**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Telephone: 212-326-0148
Facsimile: 212-515-6969
RONALD S. BEACHER, ESQ. (RB-8837)

*Attorneys for SPCP Group, L.L.C.,
as Agent for Silver Point Capital Fund, L.P.
and Silver Point Capital Offshore Fund, Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
In re                                                        :    **Chapter 11**
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    **Case No. 08-13555 (JMP)**
                                                             :    **(Jointly Administered)**
                                     Debtors.                :
                                                             :
------------------------------------------------------------- X
                                                             :    **Chapter 11**
In re                                                        :
                                                             :
LEHMAN BROTHERS SPECIAL FINANCING                            :    **Case No. 08-13888 (JMP)**
INC.,                                                        :    **(Jointly Administered)**
                                                             :
                                     Debtor.                 :
------------------------------------------------------------- X

**NOTICE OF TRANSFER OF CLAIM OTHER THAN
FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the transfer, other than for security, of the claim referenced in this evidence and notice (the "Transferred Claim"). A copy of the Evidence of Transfer of Claim is attached hereto as Exhibit A and is incorporated herein by reference.

| | |
|---|---|
| **Name of Transferee:** | **Name of Transferor:** |
| SPCP Group, L.L.C., as Agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. | Goldman Sachs Lending Partners, LLC |

**Name and Address where notices to Transferee should be sent:**

SPCP Group, L.L.C.
2 Greenwich Plaza, 1st Floor
Greenwich, CT  06830

Primary Contact:  Brian A. Jarmain
Telephone:  203-542-4032
Facsimile:  203-542-4132
Email:  bjarmain@silverpointcapital.com

With a copy to:
PRYOR CASHMAN LLP
7 Times Square
New York, NY  10036
Attn:  Ronald S. Beacher, Esq.
Telephone:  212-326-0148
Facsimile:  212-515-6969
Email:  rbeacher@pryorcashman.com

**Name and address where Transferee payments should be sent:**

SPCP Group, L.L.C.
2 Greenwich Plaza, 1st Floor
Greenwich, CT  06830
Attn: Brian A. Jarmain
Telephone:  203-542-4032

Case No.  08-13888
Court Claim No. 66889
Amount of Claim:  $10,500,000.00
Date Claim Filed:  June 28, 2010
Debtor:  Lehman Brothers Special
             Financing  Inc.

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(e)(2), to receive from the Clerk of the Court notice of filing of the Evidence of Transfer of Claim and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the Transferred Claim as an unconditional transfer; and (ii) Transferee is the valid owner of the Transferred Claim.

Dated: New York, New York  
March 30, 2011

**PRYOR CASHMAN LLP**

By: /s/ Ronald S. Beacher  
Ronald S. Beacher (RB-8837)  
7 Times Square  
New York, New York 10036  
Telephone: 212-326-0148  
Facsimile : 212-515-6969

*Attorneys for SPCP Group, L.L.C.,*  
*as Agent for Silver Point Capital Fund, L.P.*  
*and Silver Point Capital Offshore Fund, Ltd.*

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Goldman Sachs Lending Partners LLC** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **SPCP Group, L.L.C.** as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd ("Purchaser"), all of Seller's right, title, interest in and to the claims as set forth in Proof of Claim No. **66889** in the amount of $10,500,000 (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), which is jointly administered under Lehman Brothers Holdings Inc. in Case No. 08-13555 (JMP) (the "Proceedings").

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law with respect to such transfer. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this ___ day of January, 2011.

GOLDMAN SACHS LENDING PARTNERS LLC

By: *(signature)*
Name: Wendy Myers
Title: Authorized Signatory


SPCP GROUP, L.L.C. as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd

By: _____
Name:
Title:

640255.4/153-05897                    14

83451103.1

08-13555-mg    Doc 15443    Filed 03/30/11    Entered 03/30/11 12:00:06    Main Document

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Goldman Sachs Lending Partners LLC** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **SPCP Group, L.L.C.** as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd ("Purchaser"), all of Seller's right, title, interest in and to the claims as set forth in Proof of Claim No. **66889** in the amount of $10,500,000 (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), which is jointly administered under Lehman Brothers Holdings Inc. in Case No. 08-13555 (JMP) (the "Proceedings").

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law with respect to such transfer. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this ___ day of January, 2011.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:


SPCP GROUP, L.L.C. as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd

By: _____        SP
Name:
Title:    Michael A. Gatto
          Authorized Signatory


640255.4/153-05897                    14

83451103.1