WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------x
                                             :

| | |
|---|---|
| **In re** : | **Chapter 11 Case No.** |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* : | **08-13555 (JMP)** |
| : | |
| **Debtors.** : | **(Jointly Administered)** |
| : | |

---------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MARCH 31, 2011 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.**    **UNCONTESTED MATTERS:**

1.    Motion of BNC Mortgage LLC for Authorization to (i) Enter into Intercompany Services Agreement with Aurora Bank FSB, and (ii) Reimburse Aurora Bank FSB for Certain Administrative Expenses **[Docket No. 14764]**

    Response Deadline:    March 16, 2011 at 4:00 p.m.

    Responses Received:  None.

Related Documents:

    A.    Notice of Revised Intercompany Services Agreement and Revised Proposed Order **[Docket No. 15445]**

Status:  This matter is going forward.

## II.    <u>UNCONTESTED CLAIMS MATTERS</u>:

2.    Debtors' Fifth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 8006]**

Response Deadline:    May 3, 2010 at 4:00 p.m.

Resolved Responses:

    A.    Response of Paul Berlage **[Docket No. 8876]**

    B.    Response of Gisela Schultz **[Docket No. 8877]**

    C.    Response of Bernd & Renate Werneyer **[Docket No. 8893]**

Related Documents:

    D.    Order Granting the Debtors' Fifth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 9275]**

Status:  This matter is going forward on an uncontested basis solely with respect to the Resolved Responses.

3.    Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 8007]**

Response Deadline:    May 3, 2010 at 4:00 p.m.

Resolved Responses:

    A.    Response of Gisela Schultz **[Docket No. 8877]**

    B.    Responses of Juergen Terstegen **[Docket Nos. 8878 and 8879]**

    C.    Responses of Sabine Naito **[Docket Nos. 8881 and 8882]**

    D.    Response of Irmgard Wiecorek **[Docket No. 8883]**

    E.    Response of Uwe Schaper **[Docket No. 8885]**

    F.    Response of Korinna Schwerdt **[Docket No. 8886]**

G.         Response of Juergen Klein **[Docket No. 8887]**

H.         Responses of Mieczyslaw Wolski **[Docket Nos. 8890, 8891 and 8892]**

I.         Response of Bernd & Renate Werneyer **[Docket No. 8893]**

J.         Response of Manuel Freude **[Docket No. 8895]**

K.         Response of Dietmar Reinartz **[Docket No. 8896]**

L.         Response of Herbert & Christiane Sickmueller **[Docket No. 8897]**

M.        Response of Andrea Lobbe-Hermans **[Docket No. 8898]**

N.         Response of Wilfried Uttendorf **[Docket No. 8899]**

O.         Response of Gerd Meyer **[Docket No. 8900]**

P.         Response of Jean & Kerstin Ruetze **[Docket No. 8901 and 8902]**

Q.         Response of Marvin Schwerdtfeger **[Docket No. 8904]**

R.         Response of Martin Kuemmel **[Docket No. 8905]**

S.         Response of Marlies Wagner **[Docket No. 8906]**

T.         Response of Walter & Siegrid Mosch **[Docket No. 8907]**

U.         Response of Gertrud Styra **[Docket No. 8908]**

V.         Response of Bernhard Koenner **[Docket No. 8909]**

W.        Response of Uwe Schoenwaelder **[Docket No. 8910]**

X.         Response of Friz & Marga Fickenscher **[Docket No. 8911]**

Y.         Response of Hanspeter Wittig **[Docket No. 8912]**

Z.         Response of Peter Huen **[Docket No. 8913]**

AA.      Response of Hans-Dieter Olsberg **[Docket No. 8914]**

BB.      Response of Eva Schwabmueller **[Docket No. 8915]**

Related Documents:

    CC.    Order Signed Granting Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 9234]**

    DD.    Notice of Adjournment of Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims) Solely as to Certain Responses **[Docket No. 13045]**

Status:  This matter is going forward on an uncontested basis solely with respect to the Resolved Responses.

4.    Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 11260]**

Response Deadline:    October 13, 2010 at 4:00 p.m.

Resolved Response:

    A.    Response of Global Thematic Opportunities Fund LLP **[Docket No. 11953]**

Adjourned Responses:  See Exhibit A.

Related Documents:

    B.    Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 12425**]

Status:  This matter is going forward on an uncontested basis solely with respect to the Resolved Response.

5.    Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 13230]**

Response Deadline:    January 5, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit B.

Related Documents:  None.

Status:  This matter is going forward on an uncontested basis solely with respect to the objection to the claims of ASA California Tax Advantaged Fund L.P., ASA Tax Advantaged Relative Value Fund L.P., and ASA Taxable Relative Value Fund Ltd.  All Adjourned Responses and the objection to the claims of Teva Pharmaceutical Industries have been adjourned to April 28, 2011 at 10:00 a.m.

6.      Debtors' Seventy-Seventh Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 13893]**

Response Deadline:    February 10, 2011 at 4:00 p.m.

Resolved Responses:

      A.      Response of Lothar Fetkenheuer **[Docket No. 14602]**

      B.      Response of Hans-Hermann Weber **[Docket No. 14603]**

      C.      Response of Almut Klippel **[Docket No. 14606]**

      D.      Response of Frank-Roland Kuehnast **[Docket No. 14598]**

      E.      Response of Dieter & Edith Moeller **[Docket No. 14604]**

      F.      Responses of Juerg Ruettener **[Docket No. 14599 & 14600]**

Status:  This matter is going forward on an uncontested basis solely with respect to the Resolved Responses.

7.      Debtors' Eighty-Fifth Omnibus Objection to Claims (No Liability Claims) **[Docket No. 14441]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter is going forward on an uncontested basis.

8.      Debtors' Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) **[Docket No. 14440]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Resolved Responses:

      A.      Response of the Van der Hart Creditors **[Docket No. 15386]**

Adjourned Responses:  See Exhibit C.

Related Documents:

    B.    Notice of Adjournment **[Docket No. 15386]**

Status:  This matter is going forward on an uncontested basis with respect to all claims identified in the Debtors' objection other than the claims identified on Exhibit C and the claims for which the objection has been otherwise resolved. The hearing on the objection to the claims identified on Exhibit C has been adjourned to April 28, 2011 at 10:00 a.m.

9.    Debtors' Eighty-Seventh Omnibus Objection to Claims (No Liability Claims) **[Docket No. 14442]**

Response Deadline:   March 16, 2011 at 4:00 p.m.

Resolved Response:

    A.    Response of J.P. Morgan Securities Ltd. **[Docket No. 15410]**

Adjourned Responses: See Exhibit D.

Related Documents:

    B.    Notice of Adjournment **[Docket No. 15387]**

Status:  This matter is going forward on an uncontested basis with respect to all claims identified in the Debtors' objection other than the claims identified on Exhibit D and the claims for which the objection has been otherwise resolved. The hearing on the objection to the claims identified on Exhibit D has been adjourned to April 28, 2011 at 10:00 a.m.

10.    Debtors' Eighty-Eighth Omnibus Objection to Claims (No Liability Claims) **[Docket No. 14450]**

Response Deadline:   March 16, 2011 at 4:00 p.m.

Resolved Responses:

    A.    Response of the Royal Bank of Scotland plc **[Docket No. No. 15039]**

    B.    Response of Errol John Voigt **[Docket. No. 15268]**

Adjourned Responses:  See Exhibit E.

Related Documents:

        C.      Notice of Adjournment **[Docket No. 15388]**

Status:  This matter is going forward on an uncontested basis with respect to all claims identified in the Debtors' objection other than the claims identified on Exhibit E and the claims for which the objection has been otherwise resolved. The hearing on the objection to the claims identified on Exhibit E has been adjourned to April 28, 2011 at 10:00 a.m.

11.     Debtors' Eighty-Ninth Omnibus Objection to Claims (No Liability Claims) **[Docket No. 14452]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Resolved Responses:

        A.      Response of J.P. Morgan Securities Ltd. **[Docket No. 15410]**

        B.      Response of the Van Der Hart Creditors **[Docket No. 15361]**

Adjourned Responses: See Exhibit F.

Related Document:

        C.      Notice of Adjournment **[Docket No. 15389]**

Status:  This matter is going forward on an uncontested basis with respect to all claims identified in the Debtors' objection other than the responses identified on Exhibit F and the claims for which the objection has been otherwise resolved. The hearing on the objection as to the responses identified on Exhibit F has been adjourned to April 28, 2011 at 10:00 a.m.

12.     Debtors' Ninetieth Omnibus Objection to Claims (No Liability Claims) **[Docket No. 14453]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Resolved Responses:

        A.      Response of the Royal Bank of Scotland plc **[Docket No. 15039]**

        B.      Response of J.P. Morgan Securities Ltd. **[Docket No. 15410]**

        C.      Joinder of Fortis Investment Management Belgium NV/SA in the Response of the Royal Bank of Scotland PLC **[Docket No. 15092]**

    D.       Response of Deka Investments GMBH **[Docket No. 15088]**

Adjourned Responses: See Exhibit G.

Related Documents:

    E.       Notice of Adjournment **[Docket No. 15390]**

Status:  This matter is going forward on an uncontested basis with respect to all claims identified in the Debtors' objection other than the responses identified on Exhibit G and the claims for which the objection has been otherwise resolved. The hearing on the objection as to the responses identified on Exhibit G has been adjourned to April 28, 2011 at 10:00 a.m.

13.    Debtors' Ninety-First Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests) **[Docket No. 14471]**

    Response Deadline:    March 16, 2011 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:  None.

    Status:  This matter is going forward on an uncontested basis.

14.    Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[Docket No. 14472]**

    Response Deadline:    March 16, 2011 at 4:00 p.m.

    Resolved Responses:

    A.       Aspecta Assurances International Sa **[Docket No. 15273**

    B.       Astle Planes Ltd. **[Docket No. 15159]**

    C.       Banco Santander International As Agentn **[Docket No. N/A]**

    D.       Castlepark Michael Traynor Pension Fund, The **[Docket No. N/A]**

    E.       Darragh Stokes Telecoms Pension Fund, The **[Docket No. N/A]**

    F.       Famelos, Jlias **[Docket No. 15151]**

    G.       Francisco J Suarez Y Suarez Ma Ines **[Docket No. N/A]**
    H.       Georgili-Genigeorgiou, Ifigeneia **[Docket No. 15151]**

    I.       Greene, Edward **[Docket No. N/A]**

J.    Inverell Shire Council **[Docket No. 15075]**

K.    Jain, Rajiv & Rippan **[Docket No. N/A]**

L.    Knoff, Guenter Und Woeger-Knoff, Elisabeth **[Docket No. N/A]**

M.    Kokonas, Konstantinos **[Docket No. 15151]**

N.    Lagadinos, Georgios **[Docket No. 15151]**

O.    Lehman Brothers Australia Ltd **[Docket No. N/A]**

P.    Lehman Brothers(Luxembourg) Equity Finance S.A. (En Faillite)
Lehmann, Waltraut **[Docket No. N/A]**

Q.    Livaditis, John **[Docket No. 15151]**

R.    Mena Aguilar, Victor David & Nader Harp, **[Docket No. N/A]**

S.    Orient Ocean Limited **[Docket No. 15158]**

T.    Papadopulou, Leda **[Docket No. 15151]**

U.    Pattanapeeradej, Orawan  **[Docket No. N/A]**

V.    Perez Chavez, Guillermo & Chavez, **[Docket No. N/A]**

W.    Psaroudaki, Angeliki **[Docket No. 15151]**

X.    Red House Finance Ltd **[Docket No. 15295]**

Y.    Roth, Beatrice & Gabor **[Docket No. N/A]**

Z.    Salame, Souad **[Docket No. N/A]**

AA.    Saldano Caro, Emilio Javier & Arevalo; Gutierrez, Enna &
Arevalo, Erick **[Docket No. N/A]**

BB.    Saraff, Susheel Kumar & Pushpa Devi **[Docket No. 15307]**

CC.    Sauttler, Max Fabiau **[Docket No. 14958]**

DD.    Spiratos, Theodoros **[Docket No. 15151]**

EE.    Surplus Link Limited **[Docket Nos. 15293 & 15294]**

FF.      Sweeney, Kirk **[Docket No. N/A]**

GG.      Torres Landa U, Maria & Boiles F, **[Docket No. N/A]**

HH.      Wilski, Erna **[Docket No. N/A]**

II.      Wu Mei Chu, Sylvia **[Docket Nos. 15218]**

Adjourned Responses:  See Exhibit H.

Related Documents:   None.

Status:  This matter is going forward on an uncontested basis with respect to all claims identified in the Debtors' objection other than the claims identified on Exhibit H and the claims for which the objection has been otherwise resolved. The hearing on the objection to the claims identified on Exhibit H has been adjourned to April 28, 2011 at 10:00 a.m.

15.    Debtors' Ninety-Third Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 14488]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter is going forward on an uncontested basis.

16.    Debtors' Ninety-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 14489]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Response:

A.      Response of Sandra Kern **[Docket No. 15042]**

Related Documents:   None.

Status:  This matter is going forward on an uncontested basis with respect to all claims identified in the objection other than the Adjourned Response. The Adjourned Response has been adjourned to April 28, 2011 at 10:00 a.m.

17.    Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 14490]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit I.

Related Documents:    None.

Status:  This matter is going forward on an uncontested basis with respect to all claims identified in the objection other than the Adjourned Responses and the objection to the claims of Louis Dreyfus Energy Services L.P. and Parkcentral Global Hub Limited.  All Adjourned Responses and the objection to the claims of Louis Dreyfus Energy Services L.P. and Parkcentral Global Hub Limited have been adjourned to April 28, 2011 at 10:00 a.m.

18.     Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims) **[Docket No. 14491]**

Response Deadline:     March 16, 2011 at 4:00 p.m.

Adjourned Response:

   A.     Response of  Eva Schwabmueller **[Docket No. N/A]**

Related Documents:    None.

Status:  This matter is going forward on an uncontested basis with respect to all claims identified in the Debtors' objection other than the adjourned claim and the claims for which the objection has been otherwise resolved.  The hearing on the objection to adjourned claim has been adjourned to April 28, 2011 at 10:00 a.m.

19.     Debtor's Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) **[Docket No. 14492]**

Response Deadline:     March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit J.

Related Documents:    None.

Status: This matter is going forward on an uncontested basis with respect to all claims identified in the Debtors' objection other than the claims identified on Exhibit J.  The hearing on the objection to the claims identified on Exhibit J has been adjourned to April 28, 2011 at 10:00 a.m.

20.     Debtors' One Hundredth Omnibus Objection to Claims (Settled Derivative Claims) **[Docket No. 14495]**

Response Deadline:     March 16, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter is going forward on an uncontested basis.

21.      Debtors' One Hundred First Omnibus Objection to Claims (Settled Derivative Claims) **[Docket No. 14496]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter is going forward on an uncontested basis.

**III.    CONTESTED MATTERS:**

22.      Debtors' Eighty-First Omnibus Objection to Claims (Duplicative Claims) **[Docket No. 13927]**

Response Deadline:    February 14, 2011 at 4:00 p.m.

Resolved Response:

A.       Response of East Bay Municipal Utility District **[Docket No. 14624]**

Unresolved Response:

B.       Response of Ong Stephen Chua & Ong Elizabeth Yutan **[Docket No. 14607]**

Related Documents:

C.       Order Granting Debtors' Eighty-First Omnibus Objection **[Docket No. 14773]**

D.       Notice of Withdrawal of Objection of East Bay Municipal Utility District **[Docket No. 15427]**

Status:  This matter is going forward on an uncontested basis with respect to the Resolved Response and on a contested basis with respect to the Unresolved Response.

23.      Debtors' Eighty-Second Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 13936]**

Response Deadline:    February 14, 2011 at 4:00 p.m.

Unresolved Response:

    A.    Response of William Smith & Francis Hill **[Docket No. 14596 & 14623]**

Adjourned Response:

    B.    Response of Stephen Restelli **[Docket No. 14608]**

Related Document:

    C.    Order Granting Debtors' Eighty-Second Omnibus Objection to Claims **[Docket No. 14794]**

Status:  This matter is going forward on a contested basis solely with respect to the Unresolved Response.  The Adjourned Response has been adjourned to April 28, 2011 at 10:00 a.m.

24.    Motion of GLG Credit Fund to Permit it to File a Late Proof of Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) **[Docket No. 9537]**

Response Deadline:    August 20, 2010 at 4:00 p.m.

Responses Received:

    A.    Debtors' Objection **[Docket No. 10946]**

    B.    Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[Docket No. 10955]**

Related Documents:

    C.    Affidavit in Support of Motion of GLG  Credit Fund **[Docket No. 9538]**

    D.    GLG Credit Fund's Reply **[Docket No. 11337]**

Status:  This matter is going forward on a contested basis.

## IV.    **ADJOURNED MATTERS:**

25.    Debtors' Eighteenth Omnibus Objection to Claims (Amended and Superseded Claims and Duplicate Claims) **[Docket No. 9656]**

Response Deadline:    July 20, 2010 at 4:00 p.m.

Adjourned Response:

    A.    Response of Howard Terry and The Terry Foundation **[Docket No. 10324]**

Related Document:

    B.    Order Granting Debtors' Eighteenth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 11509]**

Status: This matter has been adjourned to April 28, 2011 at 10:00 a.m.

26.    Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 9983]**

Response Deadline:    August 3, 2010 at 4:00 p.m.

Adjourned Response:

    A.    Response of Investcorp Interlachen Multi-Strategy Master Fund Limited **[Docket No. 10616]**

Related Documents:

    B.    Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 11161]**

    C.    Supplemental Order Granting Debtors' Twenty-Eight Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 12416]**

    D.    Second Supplemental Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 12678]**

Status: This matter has been adjourned to April 28, 2011 at 10:00 a.m.

27.    Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims) **[Docket No. 10286]**

Response Deadline:    August 19, 2010 at 4:00 p.m.

Related Document:

    A.    Order Signed Granting Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims) **[Docket No. 11155]**

Status: This matter has been adjourned to April 28, 2011 at 10:00 a.m.

28.     Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 11305]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Related Document:

   A.    Amended Order Signed Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 12675]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

29.     Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 11306]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Related Document:

   A.    Order Signed Granting Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 12413]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

30.     Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 11307]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Related Documents:

   A.    Order Granting Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 12407]**

   B.    Notice of Adjournment **[Docket No. 14644]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

31.     Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 11308]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Related Documents:

   A.    Order Granting Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 12424]**

B.      Notice of Adjournment **[Docket No. 14645]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

32.    Debtors' Forty-Sixth Omnibus Objection to Claims (No Debtor Claims) **[Docket No. 11584]**

Response Deadline:    October 27, 2010 at 4:00 p.m.

Adjourned Responses:  See Exhibit K.

Related Documents:

A.      Order Granting Debtors' Forty-Sixth Omnibus Objection to Claims (No Debtor Claims) **[Docket No. 12892]**

B.      Notice of Adjournment **[Docket No. 14646]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m. solely with respect to the claims identified above.

33.    Debtors' Fifty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 11613**]

Response Deadline:    October 27, 2010 at 4:00 p.m.

Adjourned Response:

A.      Response of Astrea LLC **[Docket No. 12313]**

Related Documents:

B.      Order Granting Debtors' Fifty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 12793**]

Status:  This matter has been adjourned to April 28, 2011 at 10:00 a.m.

34.    Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 11978]**

Response Deadline:    November 15, 2010 at 4:00 p.m.

Adjourned Responses:  See Exhibit L.

Related Documents:

A.      Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 13164**]

B.    Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 13620**]

C.    Second Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 14023**]

D.    Third Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 14791**]

Status:  This matter has been adjourned to April 28, 2011 at 10:00 a.m.

35.    Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 12533]**

Response Deadline:    December 6, 2010 at 4:00 p.m.

Adjourned Responses:   See Exhibit M.

Related Documents:

A.    Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 13616**]

B.    Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 14019]**

C.    Second Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 14785]**

Status:  This matter has been adjourned to April 28, 2011 at 10:00 a.m.

36.    Debtors' Seventy-Second Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 13271]**

Response Deadline:    January 5, 2011 at 4:00 p.m.

Adjourned Response:

A.    Response of Chan Lai Chun Betty **[Docket No. 13898]**

Related Documents:

        B.      Order Granting Debtors' Seventy-Second Omnibus Objection to Claims (Amended and Superseded Claims) **[Docket No. 14027]**

        C.      Limited Responses and Reservation of Rights of Olivant Investments Switzerland S.A. [**Docket No. 13806**]

Status:  This matter has been adjourned to April 28, 2011 at 10:00 a.m.

37.    Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[Docket No. 13295]**

Response Deadline:    January 6, 2011 at 4:00 p.m.

Related Documents:

        A.      Order Granting Debtors' Seventy-Third Omnibus Objection [**Docket No. 14025**]

        B.      Supplemental Order Granting Debtors' Seventy-Third Omnibus Objection [**Docket No. 14776**]

        C.      Notice of Adjournment **[Docket No. TBD]**

Status:  This matter has been adjourned to April 28, 2011 at 10:00 a.m.

38.    Debtors' Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[Docket No. 13328]**

Response Deadline:    January 7, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit N.

Status:  This matter has been adjourned to April 28, 2011 at 10:00 a.m.

39.    Debtors' Seventy-Fifth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[Docket No. 13329]**

Response Deadline:    January 7, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit O.

Status:  This matter has been adjourned to April 28, 2011 at 10:00 a.m.

40.    Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 13955]**

Response Deadline:    February 14, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit P.

Related Documents:

      A.  Order Granting Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 14772**]

Status:  All Adjourned Responses and the objection to the claims of SBA Communications have been adjourned to April 28, 2011 at 10:00 a.m.

41.    Debtor's Ninety-Eighth Omnibus Objection to Claims (Insufficient Documentation) **[Docket No. 14493]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status:  This matter has been adjourned to April 28, 2011 at 10:00 a.m.

42.    Debtor's Ninety-Ninth Omnibus Objection to Claims (Insufficient Documentation) **[Docket No. 14494 ]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status:  This matter has been adjourned to April 28, 2011 at 10:00 a.m.

43.    Cross-Motion of John Dmuchowski for Entry of an Order Permitting Late Filing of Claims **[Docket No. 12007]**

Response Deadline:    May 26, 2011 at 4:00 p.m.

Responses Received:  None.

Related Document:

    A.    Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 11307]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

44.    Motion of Pearl Assurance Limited to Deem Proofs of Claim to be Timely Filed **[Docket No. 12072]**

Response Deadline:    May 26, 2011 at 4:00 p.m.

Responses Received:  None.

Related Document:

    A.    Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 11307]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

45.    Cathay United Bank's Motion to Have Claim No. 35181 Deemed Timely Filed **[Docket No. 12037]**

Response Deadline:    May 26, 2011 at 4:00 p.m.

Responses Received:  None.

Related Document:

    A.    Affidavit of Po-Hsiung, Li in Support of Cathay United Bank's Response **[Docket No. 15105]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

46.    Nagy es Trocsanyi Ugyvedi Iroda's Motion Requesting an Enlargement of Time **[Docket No. 12242]**

Response Deadline:    May 26, 2011 at 4:00 p.m.

Responses Received:  None.

Related Document:

    A.    Notice of Adjournment **[Docket No. 13543]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

47.    Symphony Asset Management LLC Motions to Deem Proof of Claim Timely Filed **[Docket No. 12074, 12075, 12076 and 12078]**

Response Deadline:    May 26, 2011 at 4:00 p.m.

Responses Received:  None.

Related Document:

    A.    Amendments to the Response of Symphony Asset Management LLC **[Docket Nos. 12301, 12304 and 12305]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

Dated: March 30, 2011
      New York, New York

          /s/ Shai Y. Waisman
          Shai Y. Waisman

          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone:  (212) 310-8000
          Facsimile:   (212) 310-8007

          Attorneys for Debtors
          and Debtors in Possession

Exhibit A

(**Thirty-Fifth** Omnibus Objection to Claims
(Valued Derivative Claims) [Docket No. 11260] – Adjourned Responses)

| Claimant Name | Docket Number |
|---|---|
| Response of Central Puget Sound Transit Authority | 11914 |
| Response of IKB International SA | 11929 |
| Response of MF Global UK Limited | 11904 |
| Response of Lincore Limited | 11922 |
| Response of The Morningside Ministries | 11894 |

<u>Exhibit B</u>

**<u>Seventy-First</u>** Omnibus Objection to Claims (Valued
Derivative Claims) [Docket No. 13230] – Adjourned Responses)

| Claimant Name | Docket Number |
|---|---|
| Response of ICCREA Banca S.P.A. | 13792 |
| Response of Norddeutsche Landesbank Giroznentrale | 13794 |

Exhibit C

**(Eighty-Sixth** Omnibus Objection to Claims (No
Liability Claims) [Docket No. 14440] – Adjourned Responses)

| Claimant Name | Claim Number |
|---|---|
| Ardenia Holdings SA | 51298 |
| Calamanda Manuel Plens | 43129 |
| Campagner, Antonella | 37204 |
| Carreno, Cristina Lurruena | 13304 |
| Cebrian, Fernando Enguidanos & Clemente, Maria Belen Velez | 47998 |
| Cesario, Fabrizio | 50160 |
| Cesario, Fabrizio | 50161 |
| Commercial Jordi, S.A. | 35867 |
| Cohn, David Nathan and Amblia Moreno Rosillo | 37362 |
| Costers-Van Leemputten, Alfons | 61658 |
| Da Silva Ferreira, Antonio Manuel Coutinhas | 55254 |
| De la Rosa Diaz, Jose Antonio | 48715 |
| Eli, Aharon | 42706 |
| Elyashiv, Shmuel | 45248 |
| Francisco Fernandez Roig | 45285 |
| Galvez, Neus Pena | 43125 |
| Franco, Jose Luis Cajal & Casabella, Clara Latorre | 40204 |

Exhibit D

**(Eighty-Seventh** Omnibus Objection to Claims (No Liability
Claims) (the "Objection") [Docket No. 14442] – Adjourned Responses)

| Claimant Name | Claim Number |
|---|---|
| Goldman, Ron and or Orna | 54812 |
| Grohs, Claudia | 36008 |
| Haleby, Henry Manzano | 36736 |
| Kux, Johannes | 31134 |
| Marcos, Pilar Lueje | 45172 |
| Marcos, Pilar Lueje | 45172 |
| Martinez Jimenez, Maria Teresa | 37116 |
| Meurer, Horst & Elizabeth | 9969 |
| Panvest Ltd | 65421 |

Exhibit E

(**Eighty-Eighth** Omnibus Objection to Claims (No Liability
Claims) (the "Objection") [Docket No. 14450] – Adjourned Responses)

| Claimant Name | Claim Number(s) |
|---|---|
| Prijs, Ben | 54579 |
| Prijs-Lips, J.M. | 54580 |
| Ram, Jacob | 25516, 42707 |
| Ruiz-Tariador Larrazabal, Jose-Manuel | 49658 |
| Sivan, Alex | 56035 |
| Smadja, Haim | 56036 |
| Sousa, Jose Martinho Silva | 35802 |
| Stocker, Hannelore | 41140 |
| Stott, Jean Todd | 51535 |
| Subira, Juan Antonio Marcos | 40161 |
| Vanderbroek, Roger | 55106 |
| Weigelt, Marco | 43496 |

Exhibit F

(**<u>Eighty-Ninth</u>** Omnibus Objection to Claims
(No Liability Claims)  [Docket No. 14452] – Adjourned Responses)

| Claimant Name | Docket Number |
|---|---|
| Kroon M and Dronk S | 15100 |
| Fam Hijmans aka R.A. Hijmans | 15134 |
| Dominique De Ville | 15153 |
| Du Mortier-Houyet, Mr. and Mrs. Christian | 15154 |
| Benoit De Blieck | 15156 |
| Weismies | 15165 |
| Careprovan Private Stichting | 15176 |
| Liestekri BM | 15177 |
| Fondation Jean Praet A.S.B.L. | 15178 |
| Kuppens – Van Den Broeck | 15179 |
| Jaso BM | 15182 |
| Alex Vukailovic | 15184 |
| Weemaes Monique | 15185 |
| Weemaes, Christel | 15189 |
| Weemaes – Mussche | 15191 |
| Borremans Lucien – Dries Elisa | 15220 |
| Buys Greta | 15292 |
| Pierre Hulet | 15300 |
| Andrew Hulet | 15302 |
| W.E. de Vries-Scheiberlich | 15303 |
| De Cleen, Walter and Andimignon, Veronique | 15320 |
| Leenknecht Norbert – Lecluyse Therese | N/A |

| Claimant Name | Docket Number |
|---|---|
| Marijke Cardoen | N/A |
| Didier Dumolin | N/A |
| A.M.A. Groot | N/A |
| Joop Cok | N/A |
| Pierre Dumolin | N/A |
| Flos Gilberta | N/A |
| Handelmij Van Pernis B.V. | N/A |

<u>Exhibit G</u>

(**<u>Ninetieth</u>** Omnibus Objection to Claims (No
Liability Claims) [Docket No. 14453] – Adjourned Responses)

| Claimant Name | Docket Number |
|---|---|
| Jeanine Schoofs | 15289 |
| Francois De Smet D'Olbecke | 15147 |
| Frans Reper | 15155 |
| Alain Nyssens | 15157 |
| Juan Enrique Speyer | 15163 |
| Priems – Bresser | 15164 |
| Marc Van Gorp | 15285 |
| Cecilia Ryckaert | 15288 |
| Promin vzw | 15290 |
| Staes | 15291 |
| Oostnederlandse Vereniging Annamers Reservefonds | 15297 |
| Schram-Defonseca | 15304 |
| Colin W. Pearson | 15305 |
| Sonja Mullens | 15332 |
| Karil Michel | 15336 |
| Karin Vandewalle | 51996 |
| Sureka Deepak &/or Shankarlal | N/A |
| Mr. and Mrs. Robert Spinette-Rose | N/A |
| Van Voorst Vader-Van Esch, P.W. | N/A |
| Bals-Missuwe | N/A |
| Dominique Stas-Orban | N/A |
| Van Noyen-Ruelens | N/A |
| Termont, Aline | N/A |

Exhibit H

(**<u>Ninety-Second</u>** Omnibus Objection to Claims (No Blocking
Number LPS Claims) [Docket No. 14472] – Adjourned Responses)

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| ADAMS, MONIKA | 12446 | N/A |
| ADAMS, MONIKA | 12447 | N/A |
| ADE, VOLKER | 12422 | N/A |
| AMONN-DINGER, VERENA | 11169 | N/A |
| BAUMHEIER, KATJA | 11170 | N/A |
| BAUMHEIER, KATJA | 11171 | N/A |
| BAYER, DR. INGEBORG | 12425 | N/A |
| BAYER, DR. INGEBORG | 12426 | N/A |
| BECKER, DR. KLAUS | 13631 | N/A |
| BIESEMANN, DR. JOERG | 13624 | N/A |
| BROMMERT, ULRIKE | 12436 | N/A |
| BROSCHK, DIETER | 13637 | N/A |
| CZYGANOWSKI, SIEGFRIED | 13610 | N/A |
| DIETZSCH, KRISTIN | 11173 | N/A |
| DREIMANN, KLAUS | 13614 | N/A |
| FASSBENDER, MARIA | 13638 | N/A |
| FETKENHEUER, LOTHAR | 67257 | N/A |
| FUCHS, GERHARD | 13632 | N/A |
| GANSER, ALBERT | 24995 | N/A |
| GETTE, HELENE | 12444 | N/A |
| HASSE, KLAUS-DIETER | 13628 | N/A |
| HEINZEN, HANS | 11178 | N/A |
| HIRSCH, KURT | 11179 | N/A |

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| ILDEFONSO LACASTA MARCH | 45223 | N/A |
| ISHII, HIROICHI AND HELLA | 13602 | N/A |
| JAHN, URSULA & HORST | 24987 | N/A |
| JANSEN, WALTER | 34350 | N/A |
| JANSEN, WALTER | 34347 | N/A |
| JONAS, PETER AND HEIKE | 13605 | N/A |
| KAPALLA, KURT | 12448 | N/A |
| KASSENS, ELKE | 11180 | N/A |
| KELLNER, MARTIN | 11181 | N/A |
| KIM, CHRISTINA | 9491 | 15337 |
| KLIPPEL, ALMUT | 67260 | N/A |
| KLUG, KLAUS | 12442 | N/A |
| KOECHLING, HERMANN | 11184 | N/A |
| KRAWINKEL, ODO | 12427 | N/A |
| KRAWINKEL, ODO | 12428 | N/A |
| KUHNAST, FRANK-ROLAND | 67258 | N/A |
| LENNARTZ, HEINZ WERNER | 39781 | 15334 |
| LEWIN, JOERG | 34348 | N/A |
| LUCKS, IIONA | 24996 | N/A |
| LUKOSCHEK, WOLFGANG | 13611 | N/A |
| MARCHAND LOPEZ, HUMBERTO G. | 2794 | N/A |
| MARCHAND LOPEZ, HUMBERTO G. | 2795 | N/A |
| MARTINEZ SABE, HECTOR RAUL | 31404 | N/A |

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| MASTALEREK, MICHAEL | 11187 | N/A |
| MITTMANN, HANA | 24990 | N/A |
| MUELLER, WILFRIED | 24991 | N/A |
| NOERRENBERG-SUDHAUS, WERNER | 11190 | N/A |
| OBERKERSCH, BEATRICE | 11191 | N/A |
| POSCH, MANFRED | 12441 | N/A |
| PROCESOS CONTROLADOS SE DE CV | 2821 | N/A |
| PUNJAB NATIONAL BANK (INTERNATIONAL) LIMITED | 63860 | 15074 |
| RAKE, FRANK-REINER | 11192 | N/A |
| RAKEPOLL FINANCE N.V. | 1638 | N/A |
| RAMPOLD, HEIDRUN ELISABETH | 11193 | N/A |
| RBS SECURITIES INC. | 59793 | 15036 |
| RBS SECURITIES INC. | 59794 | 15036 |
| RODRIGUEZ, KARSTEN | 13621 | N/A |
| RUTTENER, JUERG FOR RUETTENER, HANNELORE | 67267 | N/A |
| RUTTENER, JUERG FOR RUETTENER, HANS | 67265 | N/A |
| SCHIENER, FRIEDBERT WALTER UND HANNELORE EDELTRAUT | 11196 | N/A |
| SCHMIDT, KARIN | 11197 | N/A |
| SCHMIDT, RA PETRA | 11198 | N/A |
| SCHMITZ, HERBERT | 24982 | N/A |
| SCHMITZ, HERBERT | 24983 | N/A |
| SCHMITZ, HERBERT | 24960 | N/A |

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| SCHMITZ, HERBERT | 24984 | N/A |
| SCHOBER, HANS-JOACHIM | 13634 | N/A |
| SCHOBER, MARITA | 13635 | N/A |
| SCHWEBIUS, SANDRA | 11199 | N/A |
| SCHWERDT, KORINNA, DR. | 61158 | N/A |
| SOGECAP | 1168 | 15080 |
| SOKOLOWSKI, CLAUS-GUENTHER | 11200 | N/A |
| SPERZEL, SUSANNE | 12443 | N/A |
| SPRINGER, WERNER | 13623 | N/A |
| STANGE, HANS-JOACHIM | 12440 | N/A |
| STEINFORT, SILVIA | 11201 | N/A |
| STEINFORT, SILVIA | 11203 | N/A |
| STEINFORT, SILVIA | 11202 | N/A |
| STEINMUELLER, DR. BERND & HILDEGARD | 13603 | N/A |
| TALREJA, ROHINI | 4983 | N/A |
| THE MINAMI-NIPPON BANK LIMITED | 59150 | N/A |
| THOEMEL, HEINZ | 11207 | N/A |
| UTTENDORF, WILFRIED | 57811 | N/A |
| VOLK, HELMUT UND ANNEMARIE | 11209 | N/A |
| VON DER HEYDE, PHILIP | 11210 | N/A |
| WARTAK, BEATE | 11211 | N/A |
| WEBER HANS-HERMANN | 67237 | N/A |
| WEBER HANS-HERMANN | 67236 | N/A |

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| WEBER HANS-HERMANN | 67239 | N/A |
| WEIDLICH, JOERG | 13642 | N/A |
| WEISS, RENATE | 11212 | N/A |
| WENZEL, PETER | 11213 | N/A |
| WERNER, FRIEDHELM AND IRENE | 13615 | N/A |
| WILDEBRAND, PETER | 13609 | N/A |
| WIPPERN, MARGIT | 13619 | N/A |
| WITTIG, HANSPETER | 57824 | N/A |
| WOLF, ANDREAS | 13608 | N/A |
| WOLSKI, MIECZYSLAW | 61159 | N/A |
| WOLSKI, MIECZYSLAW | 61160 | N/A |
| WOLSKI, MIECZYSLAW | 61191 | N/A |
| ZELLINGER, ERNST | 11224 | N/A |

Exhibit I

(**<u>Ninety-Fifth</u>** Omnibus Objection to Claims (Valued
Derivative Claims) [Docket No. 14490] – Adjourned Responses)

| Claimant Name | Docket Number |
|---|---|
| Response of Brevan Howard Master Fund Limited | 15079 |
| Response of LINC-Redondo Beach Seniors, Inc. | 15085 |
| Response of SPCP Group, LLC: Transferor: Tiffany & Co. | 14983 |

<u>Exhibit J</u>

(**<u>Ninety-Seventh</u>** Omnibus Objection to Claims (Insufficient
Documentation Claims) [Docket No. 14492] – Adjourned Responses)

| Claimant Name | Claim Number |
|---|---|
| Arch Bay Holdings, LLC- Series 2008B | 16093, 16169 |
| Bank of America, National Association | 16016 |
| Bank of America, National Association, successor by merger to LaSalle Bank, N.A. | 15981, 15983, 15984, 15985, 15986, 15987, 15988, 15989, 15992, 15993, 15994, 15995, 15996, 15997, 15998, 16349, 16351, 16352, 16353, 16354, 16355, 16356, 16357, 16358, 16359, 16360, 16361, 16362, 16363, 16364, 16365, 16366, 16367, 16368, 16369, 16370, 16371, 16372, 16374, 16375, 16376, 16378, 16380, 16381, 16382, 16383, 16384, 16385, 16386, 16387, 16388, 16389, 16390, 16391, 16393, 16394, 16395, 16396, 16397, 16398, 16399, 16415, 16416, 16417, 16418, 16419, 16420, 16421, 16422, 16423, 16424, 16425, 16426, 16427, 16428, 19237, 19238, 19239, 19240, 19241, 19242, 19243, 19244, 19245, 19246, 19289, 24349, 24582, 25648, 25654 |
| BoilerMaker-Blacksmith Natl Pension Trust | 67210, 67213, 67214 |
| Deutsche Bank National Trust Company, as Custodian | 18515, 18516, 18517, 18518 |
| Deutsche Bank National Trust Company, as Trustee | 18542 |
| UAL Diversified Bond Fund | 32143 |
| Wachovia Bank, National Association | 33682 |
| Wells Fargo Bank, National Association | 32118, 32119, 32122, 32124, 32126, 34319 |
| Wells Fargo Bank, National Association, as Trustee | 24822, 24823, 24824, 24825, 24826, 24828, 24829, 24830, 24831, 24832, 24833, 24834, 24835, 24836, 24837, 24838, 24839, 24840, 24842, 24843, 24844, 24845, 24847, 24848, 33153 |

| Claimant Name | Claim Number |
|---|---|
| Wells Fargo Bank, National Association, not Individually but Solely in its Capacity as Trustee | 24747, 24748, 24749, 24750, 24751, 24752, 24753, 24754, 24755, 24768, 24769, 24772, 24773, 24774, 24775, 24776, 24777, 24778, 24779, 24780, 24781, 24782, 24783, 24784, 24785, 24786, 24787, 24788, 24789, 24790, 24791, 24792, 24793, 24794, 24795, 24796, 24797, 24798, 24799, 24800, 24801, 24802, 24803, 24805, 24807, 24809, 24810, 24811, 24812, 24813, 24814, 24815, 24816, 24818, 24819, 24820, 24821, 32153, 32154, 32156, 32157, 32159, 32160, 32161, 32162, 32163, 32168, 32169, 32170, 33066, 33067, 33070, 33071, 33072, 33073, 33074, 33075, 33076, 33077, 33078, 33079, 33081, 33082, 33086, 33093, 33095, 33096, 33099, 33103, 33106, 33108, 33109, 33111 |

Exhibit K

(**<u>Forty-Sixth</u>** Omnibus Objection to Claims (No
Debtor Claims) [Docket No. 11584] – Adjourned Responses)

| Claimant Name | Docket Number(s) |
|---|---|
| ACTIV Financial Systems, Inc. | 12306 |
| Atlantic Forms and Systems Inc. | 12179 |
| Audio Incorporated | 12543 |
| A. M. Best Company | 12362 |
| Boilermaker Trust Claims | 12431, 12434, 12440, 12441 and 12442 |
| Dav-El Reservations System, Inc. | 12308 |
| Patricio Quinn | N/A |
| ZPR International, Inc. | 12397 |

Exhibit L

(**<u>Sixty-Third</u>** Omnibus Objection to Claims (Valued
Derivative Claims) [Docket No. 11978] – Adjourned Responses)

| Claimant Name | Docket Number |
|---|---|
| Response of BG Energy Merchants LLC | 12765 |
| Response of SPCP Group LLC, As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, | 12714 |
| Response of Telecom Italia Finance SA | 12951 |
| Response of Tenor Opportunity Master Fund, Ltd. | 12698 |

<u>Exhibit M</u>

(**<u>Sixty-Seventh</u>** Omnibus Objection to Claims (Valued
Derivative Claims) [Docket No. 12533] – Adjourned Responses)

| Claimant Name | Docket Number |
|---|---|
| Response of Kilroy Realty, L.P. | 13059 |
| Response of CSP II USIS Holdings, L.P. | 13078 |
| Response of Mitsui & Co. Commodity Risk Management Limited | 13113 |
| Response of Pentwater Growth Fund Ltd. | 13117 |
| Response of Federal Home Loan Bank of Des Moines | 13156 |
| Response of E-Capital Profits Limited | 13166 |
| Response of Castlerigg Master Investments Ltd. | 13193 |
| Response of Pohjola Bank PLC | 13196 |
| Response of Lloyds TSB Bank PLC | 13201 |
| Response of Loeb Arbitrage B Fund LP, Loeb Arbitrage Fund, Loeb Offshore B Fund Ltd., and Loeb Offshore Fund Ltd. | 13217 |
| Response of SPCP Group LLC, As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, as Successor to Certain Claims of Alliance Laundry Systems LLC | 13218 |
| Response of Aozora Bank, Ltd. | 13220 |
| Response of Mariner LDC | 13222 |
| Response of Tricadia Capital Management, LLC, on behalf of Tricadia Distressed and Special Situations Master Fund, Ltd. | 13223 |
| Response of Venoco, Inc. | 13205 |
| Response of Mariner-Tricadia Credit Strategies Master Fund, Ltd. | 13224 |
| Response of ICM Business Trust | 13226 |
| Response of Canyon Balanced Master Fund, Ltd., Canyon Capital Arbitrage Master Fund, Ltd., Canyon Value Realization Fund (Cayman), Ltd., and Canyon Value Realization Fund, L.P. | 13227 |
| Response of Merrill Lynch | 13229 |

| | |
|---|---|
| Response of Ross Financial Corporation | 13232 |
| Response of Commonwealth Bank of Australia | 13242 |
| Response of National Bank of Canada | 13247 |
| Response of Nexstar Developing Opportunities Master Fund, Ltd. | 13402 |
| Response of Citibank, N.A. | 13565 |
| Advanced Graphic Printing, Inc. | N/A |
| China Minsheng Banking Corp., Ltd. | N/A |
| Halbis USSCredit Alpha Master Fund, Ltd. | N/A |
| New South Federal Savings Bank, F.S.B. | N/A |
| Owl Creek I, L.P., Owl Creek II, L.P., and Owl Creek Overseas Fund, Ltd. . | N/A |
| Royal Charter Properties – East, Inc. | N/A |

Exhibit N

(**Seventy-Fourth** Omnibus Objection to Claims (To Reclassify
Proofs of Claim as Equity Interests) [Docket No. 13328] – Adjourned Responses)

| Claimant Name | Docket Number |
|---|---|
| Response of Sandra Stolk | 13862 |
| Response of Herman Stolk | 13863 |
| Response of Gloria A. Stainkamp | 13884 |
| Response of Bowaut, Inc. | 13885 |
| Response of Peter Thompson | 14077 |

Exhibit O

(**Seventy-Fifth** Omnibus Objection to Claims (To Reclassify Proofs
of Claim as Equity Interests) [Docket No. 13329] – Adjourned Responses)

| Claimant Name | Docket Number |
|---|---|
| Response of Robert L. Zito | 13883 |
| Response of Lucky Asia Trading Limited | N/A |

<u>Exhibit P</u>

(**<u>Eighty-Fourth</u>** Omnibus Objection to Claims (Valued
Derivative Claims) [Docket No. 13955] – Adjourned Responses)

| Claimant Name | Docket Number |
|---|---|
| Response of Chinatrust Commercial Bank. | 14470 |
| Response of Easton Investments II, A California L.P. | 14466 |
| Response of Eton Park Fund, L.P. | 14587 |
| Response of Eton Park Master Fund, Ltd. | 14589 |
| Response of Magnetar Capital Master Fund Ltd | 14319 |
| Response of Magnetar Constellation Master Fund II LTD | 14321 |
| Response of Magnetar Constellation Master Fund III LTD | 14323 |
| Response of SPCP Group L.L.C. Transferor: Ratia Energie AG | 14436 |
| Response of SPCP Group L.L.C. Transferor: Inter-American Development Bank ("IADB") | 14435 |