# FORM OF NOTICE OF TRANSFER AND EVIDENCE OF TRANSFER OF CLAIM

Form 210A (10/06)

## United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC, Case No. 08 - 13555 (JMP) JOINTLY ADMINISTERED

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>Oaktree Opportunities Fund VIII (Parallel), L.P. | Name of Transferor<br>Morgan Stanley Bank International Limited |
| Name and Address where notices to transferee should be sent:<br><br>Oaktree Opportunities Fund VIII (Parallel), L.P.<br>c/o Oaktree Capital Management, L.P.<br>333 South Grand Ave, 28th Floor<br>Los Angeles, CA 90071<br>Attn: William Santangelo | Court Claim # (if known): 18219<br>Amount of Claim: $133,495,991.35<br>Date Claim Filed: September 18, 2009<br>Transferred Amount of Claim:<br>$1,944,000.00<br>1.456224% of the total Claim |
| Phone: (213) 830-6233<br>Last Four Digits of Acct #: | Phone: +44 207 677 8204<br>Last Four Digits of Acct. #: |

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

Bank accounts details of Transferee

Bank: Bank of NY
ABA: 021-000-018
DDA #:
Acct #: 0000149475
Acct Name: Oaktree Opportunities Fund VIII (Parallel), L.P.
  - Oaktree Capital Management, L.P.
Attn: Veronica Salas

VI

84486546v1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: _____ Date: 1 December 2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both. 18 U.S.C. §1152 & 3571.

VII

# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Morgan Stanley Bank International Limited ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Oaktree Opportunities Fund VIII (Parallel), L.P. ("Purchaser") an undivided interest equal to 3.888% (which corresponds to a principal amount of $1,944,000.00) of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 18219 ) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

[signatures on the following page]

VIII

84486546v1

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this ¹ day of October 2010.

Morgan Stanley Bank International Limited

By: _____
Name:
Title:  BRIAN CRIPPS
Authorised Signatory

Oaktree Opportunities Fund VIII (Parallel), L.P.

By: Oaktree Opportunities Fund VIII GP, L.P.
its General Partner

By: Oaktree Opportunities Fund VIII GP Ltd.
its General Partner

By: Oaktree Capital Management, L.P.
its Director

By: _____
Name: Kenneth Liang
Title: Managing Director

By: _____
Name:
Title: William Melanson
Vice President

IX

84486546v1