DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
                                                         :
**In re**                                                : **Chapter 11**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et*   **Case No.  08-13555 (JMP)**
*al.*                                                    :
                    **Debtors.**                         :    **(Jointly Administered)**
                                                         :
-------------------------------------------------------- x

AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss:
COUNTY OF NEW YORK         )

        Laura Saal, being duly sworn, deposes and says:

      1.    I am not a party to this action, am over 18 years of age and am employed by Dewey & LeBoeuf, L.L.P., 1301 Avenue of the Americas, New York, New York 10019.

      2.    On the 15th of March, 2011, I caused true copies of the following to be served upon the parties listed in the service list attached hereto as Exhibit A, at the addresses set forth therein via Federal Express:

- Response of RBS Securities Inc. to Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) [Docket No. 15036]

_Laura Saal_
Laura Saal

Sworn to before me the
30th day of March, 2011

_____
Notary Public

MARIA HAVELKA
NOTARY PUBLIC, State of New York
No. 01-HA4637976
Qualified in New York County
Commission Expires August 31, 2014

**Exhibit A**
**Via Federal Express**

Honorable Jame M. Peck
United States Bankruptcy Court
One Bowling Green
Courtroom 601
New York, NY  10004


Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn: Shai Waisman
Mark Bernstein

Weil Gotshal & Manges LLP
200 Crescent Court
Suite 300
Dallas, TX  75201
Attn: John O'Connor

Office of the United States Trustee
Southern District of New York
33 Whitehall Street
21st Floor
New York, New York  10004
Attn: Tracy Hope Davis
Elisabetta Gasparini
Andrea B. Schwartz

Millbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York  10005
Attn: Dennis Dunne
Dennis O'Donnell
Evan Fleck


NY3 3063808.1