DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-6501
Karen E. Wagner
Marshall S. Huebner
James I. McClammy
Brian M. Resnick

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :

In re:                            : Chapter 11 Case No. 08-13555
                                          : (JMP)

LEHMAN BROTHERS HOLDINGS INC., et al.   :
                                          : (Jointly Administered)

Debtors.                          :
                                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## SIXTH AMENDED VERIFIED STATEMENT OF
## DAVIS POLK & WARDWELL LLP PURSUANT TO
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)

Davis Polk & Wardwell LLP ("**Davis Polk**") hereby submits this amended verified statement (the "**Amended Verified Statement**") pursuant to Federal Rule of Bankruptcy Procedure 2019(a) in connection with the above-captioned chapter 11 cases (the "**Cases**") of Lehman Brothers Holdings Inc. and its debtor affiliates (together, the "**Debtors**") and respectfully states as follows:

1.      Davis Polk represents in the Cases the creditors listed on Exhibit A hereto and certain other entities that are creditors of one or more of the Debtors (together, the "**Represented Parties**"). Those Represented Parties that are not listed on Exhibit A include entities that have not yet determined to appear in the Cases and/or have sought from Davis Polk general advice regarding the Cases. Davis Polk will supplement this statement as necessary.

2.      Each of the Represented Parties may hold, whether directly or indirectly, claims against and/or interests in certain of the Debtors arising out of agreements with certain of the Debtors, in law or equity. The specific nature and amount of these claims and/or interests have not yet been finally determined and may be set forth in proofs of claim or interest filed or to be filed in the Cases.

3.      Each of the Represented Parties separately requested that Davis Polk represent them in connection with the Cases.

4.      Davis Polk has provided, and may continue to provide, certain legal services to certain of the Debtors.  With respect to these services, Davis Polk has prepetition and may have post-petition claims against the Debtors.  Davis Polk has not purchased, sold or otherwise transferred any claims against the Debtors.

5.      The undersigned hereby certifies that this Amended Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief.  Davis Polk reserves the right to revise and supplement this statement.

Dated:   New York, New York
         March 30, 2011

                              DAVIS POLK & WARDWELL LLP


                              By:   /s/ Marshall S. Huebner
                                    Karen E. Wagner
                                    Marshall S. Huebner
                                    James I. McClammy
                                    Brian M. Resnick

                              450 Lexington Avenue
                              New York, New York  10017
                              Telephone: (212) 450-4000
                              Facsimile:  (212) 450-6501

## EXHIBIT A

1.    The Joint Administrators of the
       Lehman European Group Administration Companies[1]
       Level 23
       25 Canada Square
       London E14 5LQ
       United Kingdom

2.    Natixis ABM LLC
       1251 Avenue of the Americas, 34th Floor
       New York, New York 10020

3.    Natixis Securities
       47 quai d'Austerlitz
       75648 Paris cedex 13
       FRANCE

4.    Banque Privée 1818
       50 Avenue Montaigne
       75008, Paris
       France

5.    Assurances Banque Populaire Vie
       115 rue Réaumur
       CS 40230 – 75086
       PARIS CEDEX 02
       FRANCE

6.    Natixis
       30, avenue Pierre Mendes-France
       75013 Paris
       France

7.    Natixis Bleichroeder Inc.
       810 Seventh Avenue, 18th Floor
       New York, NY 10019
       United States of America

---

[1] The Lehman European Group Administration Companies include Lehman Brothers International (Europe) and the other Lehman group companies in insolvency proceedings (including liquidation) in the UK over which partners of PricewaterhouseCoopers LLP are appointed as administrators or liquidators.

8.      Natixis Financial Products Inc.
        9 West 57th Street, 15th Floor
        New York, NY 10019
        United States of America

9.      Legal & General Finance Plc
        One Coleman Street
        London, EC2R 5AA
        United Kingdom

10.     Legal & General Protected Investments Plc
        1 Grand Canal Square
        Grand Canal Harbour
        Dublin 2
        Ireland

11.     Mediolanum International Life Limited
        Block B Iona Building
        Shelbourne Road
        Dublin 4
        Ireland

12.     EKT Holding AG
        Bahnhofstrasse 37
        CH – 9320 Arbon
        Switzerland

13.     Banque de Luxembourg
        14 Boulevard Royal
        L-2449 Luxembourg
        Grand Duchy of Luxembourg

14.     Lupus alpha Kapitalanlagegesellschaft mbH
        Speicherstraße 49-51
        60327 Frankfurt am Main
        Germany

15.     ICICI Bank Limited
        ICICI Bank Towers
        Bandra Kurla Complex
        Mumbai-400051
        India

16.    International Finance Corporation
       2121 Pennsylvania Avenue, N.W.
       Washington, D.C. 20433

17.    Bank Julius Baer & Co. Ltd.
       Bahnofstrasse 36
       8001 Zürich
       Switzerland

18.    Appleby Trust (Jersey) Limited
       as Trustee of the Diageo No. Employees' Benefit Trust
       P.O. Box 207
       St. Helier, Jersey, C.I.
       JE1 1BD

19.    International Bank for Reconstruction and Development
       1818 H Street, N.W., MSN MC7-706
       Washington, DC 20433

20.    Silver Point Capital Offshore Fund, Ltd.
       Two Greenwich Plaza, First Floor
       Greenwich, CT 06830

21.    Silver Point Capital Fund, Ltd.
       Two Greenwich Plaza, First Floor
       Greenwich, CT 06830

22.    Sovereign Bank FSB
       Mail Code: 20-536-CO1
       Lancaster Avenue & Sproul Road
       Villanova, Pennsylvania 19085

23.    Bank Leumi le-Israel B.M.
       45 Yehuda Halevi Street
       Tel Aviv
       Israel