UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                :
In re                                           :     Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :     08-13555 (JMP)
                                                :     (Jointly Administered)
                        Debtors.                :
                                                :
-------------------------------------------------------------------x    Ref. Docket Nos. 15338, 15369

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 29, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ Lauren Rodriguez
                                        Lauren Rodriguez

Sworn to before me this
30th day of March, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   CREDIT SUISSE
              ATTN: ALLEN GAGE
              1 MADISON AVE
              NEW YORK NY 10010

Additional:   CREDIT SUISSE
              CRAVATH, SWAINE & MOORE LLP
              ATTN: RICHARD LEVIN
              WORLDWIDE PLAZA
              825 EIGHTH AVENUE
              NEW YORK NY 10019

Transferee:   CREDIT SUISSE (DEUTSCHLAND) AG
              MR. RICHARD LEVIN
              CRAVATH, SWAINE & MOORE
              WORLDWIDE PLAZA
              825 EIGHTH AVENUE
              NEW YORK NY 10019

**Your transfer** of claim #   55829   is defective for the reason(s) checked below:

Other                              CURRENCY OF ISIN LISTED ON TRANSFER DOES NOT MATCH CLAIM

Docket Number 15338            Date 03/24/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 29, 2011.

# EXHIBIT B

```
TIME: 11:29:08                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 03/29/11                                                    CREDITOR LISTING

Name                          Address
APPALOOSA INVESTMENT L.P.1    TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078
APPALOOSA INVESTMENT L.P.1    DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVE NEW YORK NY 10017
BARCLAYS BANK PLC             745 SEVENTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                 ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                 CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE (DEUTSCHLAND) AG MR. RICHARD LEVIN CRAVATH, SWAINE & MOORE WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019

Total Number of Records Printed    6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC