UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                                      :

In re                            :          Chapter 11 Case No.
                                  :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :          08-13555 (JMP)
                                  :          (Jointly Administered)

                 Debtors.          :
                                  :

-------------------------------------------------------------------x     Ref. Docket Nos. 15322, 15352-
                                            15360, 15365-15368

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 29, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             */s/ Lauren Rodriguez*
                                             Lauren Rodriguez

Sworn to before me this
30th day of March, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                        |
                                        |   (Jointly Administered)
               Debtors.                 |
                                        |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  CONAGRA TRADE GROUP INC
         N/K/A GAVILON, LLC
         ATTN: RUSSELL MARTINSON
         ONE CONAGRA DRIVE
         OMAHA NE 68102-5001

Please note that your claim # 19856 in the above referenced case and in the amount of
      $874,300.00  allowed at $594,225.00       has been transferred **(unless previously expunged by court order)**

         LONGACRE INSTITUTIONAL OPPORTUNITY FUND,L.P.
         TRANSFEROR: CONAGRA TRADE GROUP INC
         ATTN: VLADIMIR JELISAVCIC
         810 SEVENTH AVENUE, 33RD FLOOR
         NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 15322    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/29/2011                 Vito Genna, Clerk of Court

                                 /s/ Lauren Rodriguez

                                 _____
                                 By: Epiq Bankruptcy Solutions, LLC
                                     as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 29, 2011.

# EXHIBIT B

TIME: 11:27:21
DATE: 03/29/11

PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| AG SUPER FUND INTERNATIONAL PARTNERS, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ANGELO GORDON & CO., LP 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALLIANCEBERNSTEIN | ASPEN INSURANCE UK LIMITED (AIUKGIA) ATTN: MICHAEL SOHR, 38TH FL. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANZ RISK TRANSFER AG | ALLIANZ RISK TRANSFER AG (FORMERLY ALLIANZ RISK TRANSFER) ATTENTION: THOMAS BRUENDLER, GENERAL COUNSEL LAVATERSTRASSE 67 ZURICH CH-8002 SWITZERLAND |
| ALLIANZ RISK TRANSFER AG | FORMERLY ALLIANZ RISK TRANSFER ATTENTION: THOMAS BRUENDLER, GENERAL COUNSEL LAVATERSTRASSE 67 CH-8002 ZURICH CH-8002 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: HAYMAN CAPITAL MASTER FUND, L.P. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BOTTICELLI, L.L.C. | TRANSFEROR: BARCLAYS BANK PLC C/O ANGELO GORDON & CO., LP 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| CITIGROUP GLOBAL MARKETS INC | TRANSFEROR: PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: BDF LIMITED ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | DOUGLAS DAVIS PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: BANCO ESPIRITO SANTO, SA. SUC. EN ESPANA ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013 |
| CONAGRA TRADE GROUP INC | N/K/A GAVILON, LLC ATTN: RUSSELL MARTINSON ONE CONAGRA DRIVE OMAHA NE 68102-5001 |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: ALLIANZ RISK TRANSFER AG C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| HIGHTIP CAPITAL LLC | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| HIGHTIP CAPITAL LLC | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ILLIQUIDX LTD | TRANSFEROR: MEGA GLOBAL ASSET MANAGEMENT CO. LTD. ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LTD | TRANSFEROR: MEGA GLOBAL ASSET MANAGEMENT CO., LTD ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: IMPERIO ASSURANCES ET CAPITALISATION ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| KNIGHTHEAD MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 5TH AVE, 29TH FLOOR NEW YORK NY 10022 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND, L.P. | TRANSFEROR: CONAGRA TRADE GROUP INC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE L.L.P ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: ALLIANCEBERNSTEIN 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| NEWFINANCE ALDEN SPV | TRANSFEROR: ILLIQUIDX LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |

Total Number of Records Printed    27

EPIQ BANKRUPTCY SOLUTIONS, LLC