# HOHMANN, TAUBE & SUMMERS, L.L.P.

ATTORNEYS AT LAW

100 CONGRESS AVENUE, 18TH FLOOR

AUSTIN, TEXAS 78701

TELEPHONE (512) 472-5997

FAX (512) 472-5248

www.hts-law.com

March 18, 2011

**VIA OVERNIGHT DELIVERY**
Clerk
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

    Re:    *In re Lehman Brothers Holdings, Inc.*, Case No. 08-13555, In the United States Bankruptcy Court for the Southern District of New York

Dear Clerk,

    Please allow this letter to serve as a request to remove my name from the electronic mailing list in the above-referenced case. This should include the primary and secondary email addresses for my account, specifically:

1. erict@hts-law.com;
2. sherris@hts-law.com; and
3. annmariej@hts-law.com.

    Thank you very much for your assistance, and please contact me should you have any questions or need any further information in this regard.

Sincerely,

Eric J. Taube w/ permission by amj

Eric J. Taube
For the Firm

EJT/amj

\\Hts-ts1\drive-g\LSSDOCS\00096910.000.WPD