Honorable James M. Peck
One Bowling Green, New York
Courtroom 601

NEW YORK 10004
UNITED STATES OF AMERICA

Brussels, 7 March 2011

Reference:

Claim number: 52293

Debtor: 08-13555

Creditor Name & Address: Bals – Missuwe  Seringenlaan 10  B 2970  Schilde  Belgium

Classification & Amount of claim: Undsecured : $ 70.755

Dear Sir,

With this letter, I want to oppose the disallowance and expungement of my claim, referenced above.

The reason of this opposition is the following: We have a position in a bond issued by Lehman Brothers UK Capital Funding (ISIN XS0215349357). This company is a wholly owned subsidiary of Lehman Brothers Holdings Inc, the debtor. Furthermore, the guarantor of the bond is Lehman Brothers Holdings plc, which itself is also fully owned by Lehman Brothers Holdings Inc.

Hence, albeit that we invested through a subsidiary of Lehman Brothers Holdings Inc, the engagements of the subsidiary are also to be respected by the parent company.

Yours sincerely,

Mr Bals                    Mrs Missuwe

Seringenlaan 10            Seringenlaan 10

B 2970 Schilde             B 2970 Schilde

RECEIVED
MAR 21 2011
U.S. BANKRUPTCY COURT, SDNY
JMP