Honorable James M. Peck
One Bowling Green, New York
Courtroom 601

NEW YORK 10004
UNITED STATES OF AMERICA

Brussels, 7 March 2011

Reference: date filed 10/28/2008 Chapter 11 case no

Claim number: 5480

Debtor: 08-135555

Creditor Name & Address: Termont, aline

Av Jean Sibelius 16B26

Anderlecht, 1070 Belgium

Classification & Amount of claim: Unsecured : $56,604.00

Dear Sir,

With this letter, I want to oppose the disallowance and expungement of my claim, referenced above.

The reason of this opposition is the following: We have a position in a bond issued by Lehman Brothers UK Capital Funding (ISIN XS0215349357). This company is a wholly owned subsidiary of Lehman Brothers Holdings Inc, the debtor. Furthermore, the guarantor of the bond is Lehman Brothers Holdings plc, which itself is also fully owned by Lehman Brothers Holdings Inc.

Hence, albeit that we invested through a subsidiary of Lehman Brothers Holdings Inc, the engagements of the subsidiary are also to be respected by the parent company.

Yours sincerely,

Termont, aline

Av Jean Sibelius 16B26

Anderlecht, 1070 Belgium



RECEIVED
MAR 21 2011
U.S. BANKRUPTCY COURT, SDNY
JMP