HANS-WERNER SCHENK

45219 Essen-Kettwig (Germany), 2011-03-11
Leibnizstrasse 11
Telefon (priv.)   02054 – 1 61 13
Telefon (off.)    02054 – 1 61 33
Fax       (off.) 02054 – 8 74 09 49

To
The Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, New York 10004 / USA

To
The Office of the United States Trustee for Region 2
Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq.
and Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004 / USA

To
Shai Waisman, Esq.
Weil, Goshal & Manges LLP
767 Fifth Avenue
New York, New York 10153 / USA

To
Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.
and Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005 / USA

Re: Lehmann Brothers Holdings, Inc., Case No. 08-13555 (JPM)
    Deptors' Omnibus Objection to Claims
    Investor: Mrs. Claudia Grohs, Leibnizstrasse 17, 45 219 Essen-Kettwig / Germany

---

Dear Sirs,

Acting for and on behalf of my daughter, Mrs. Claudia Grohs, I herewith strongly protest against Deptors' unilateral act and declare total disagreement with Deptors' "Objections to Claims", requesting at he same time, that such "Objections" be waived and Mrs. Grohs' rights be confirmed.

In 2005 Mrs. Grohs took her investment decision following a recommendation of the National Bank, Essen / Germany, selling agent of the subject securities. Special offering informations, whether in the form of a Prospectus or otherwise, had never been provided to her – even not until this date, though requested by us! Therefore, she never had any reason to doubt, that her investment was made with Lehman Brothers Holdings, Inc. in the USA or would be guaranteed by Lehman Brothers Holdings, Inc. at least.

It was only on March 7th, 2011 (when Deptors' Counsel explained in writing, that this assumption might be mistaken), that we began to understand Deptors' intentions to discharge themselves from repayment-obligations resulting from borrowings made by their Organization in the UK, and that this was furthermore the origin of a misunderstanding concerning the "response deadline" March 13th respectively 23rd versus "December 2012". Obviously this latter "date" refers to a further registration of the same claims - this time, however, in the UK, as we learnt in the meantime.



RECEIVED MAR 21 2011

Considering the facts,
- that the time-limit conceded was too short for a private, overseas investor to engage legal support in the USA,
- that the National Bank shows very little readiness to cooperate in this unpleasant affair,
- that we fully depended and still depend on the National Bank regarding any information and documentation,
- that the National Bank, obviously, believed themselves and told us so until very recently, that Lehman Brothers Holdings, Inc. is guaranteeing the investment,
- that Mrs. Grohs' rights are already registered in the USA under Claim Number 36008,
- that Lehman Brothers UK Capital Funding II LP is assumed to be nothing else than a funds raising arm of the entire Lehman Group out of the UK, and
- that Mrs. Grohs - a single parent mother – would innocently be made victim of such a unilateral expropriation-act, even loosing her rights of claim simply because of legal procedures and considerations, which are totally unjust to her,

now, therefore, we appeal to you, to accept Mrs. Grohs' investment as guaranteed by Lehman Brothers Holdings, Inc. / USA and its affiliated Debtors.

We would appreciate to receive an affirmative decision, and remain,

Sincerely yours,

*[signature]*

(H.-W. Schenk)

Copy sent to Mr. Casey Burton by facsimile
(Fax-No.: 001-214-746-7777)