Bob Buck
39199 East Thorpe Ave
Deer River, MN 56636



U.S. Bankruptcy Court
Southern District of New York

3/21/11

Ref; Lehman Brothers Holding, Inc
BNC Mortgage LLC
Case No. 09-10137 (JMP)

    I am asking the court for assistance in finding out who owns my mortgage # 24366007 that I had with BNC Mortgage LLC a Lehman Brother own subsidiary. I sign a mortgage with BNC mortgage LLC two month before Lehman Brothers filled for bankruptcy and I believe my mortgage was not sold and am trying to find out what happen to my loan so I can contact the new holder of the loan. Chase Bank is servicing the loan and after several attempts to find out the mortgages holder name Chase Bank refuses to tell me.

    I didn't know that BNC mortgage was part of Lehman Brother and was never notified that BNC was operating under bankruptcy and that my loan had been sold. I had applied for a home loan modification with Chase Bank and made fifteen payments on time and told that my modification had been approved when I received a letter from Chase that the loan holder denied my modification and demand the loan be paid off. I am trying to find out if the Bankruptcy Court approved the sale of the mortgages that BNC mortgages was holding and to who. And if there was any restriction put on the sale of the mortgages.

Thank you
Bob Buck