Francis J. Lawall (FL 0972)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

### SECOND AMENDED VERIFIED STATEMENT OF PEPPER HAMILTON LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Pepper Hamilton LLP ("Pepper"), as counsel to the parties designated herein, hereby submits this second amended verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and states as follows:

1. Pepper has been retained and is currently representing various creditors and parties in interest (collectively, the "Entities") in these jointly administered chapter 11 cases. Some or all of the Entities may hold claims against the Debtors. The Entities are listed on Exhibit A, which is attached hereto and made a part hereof.

2. Each of the Entities has requested that Pepper represent them in the Debtors' chapter 11 cases.

3. Upon information and belief, as of the date hereof, Pepper does not hold any claims against or any interest in the Debtors.

#13548356 v2

-2-

4. The Entities currently hold or will hold unsecured pre-petition claims, rejection damage claims and/or administrative priority claims. The full amount of each of the Entities' claims is undetermined at this time.

5. Pepper reserves the right to revise and supplement this statement as necessary.

I, Francis J. Lawall, hereby certify that this Verified Statement is true and accurate to the best of my knowledge, information, and belief.

Dated: March 31, 2011    PEPPER HAMILTON LLP

By:    /s/ Francis J. Lawall
Francis J. Lawall (FL 0972)
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750

#13548356 v2

-3-

## EXHIBIT A

1. EnCana Corporation and EnCana Oil & Gas Partnership
   Box 28560
   Calgary, AB T2P 2S5, Canada

2. ING Bank, FSB
   ING Direct - Legal Department
   802 Delaware Avenue
   10th Floor, Wilmington, DE 19801

3. ExxonMobil Gas Marketing Europe Limited
   ExxonMobil House
   Ermyn Way
   Leatherhead KT22 8UX
   United Kingdom

#13548356 v2