Francis J. Lawall (FL 0972)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 31, 2011, copies of the foregoing *Second Amended Verified Statement of Pepper Hamilton LLP Pursuant To Federal Rule of Bankruptcy Procedure 2019* were caused to be served via U. S. first-class mail, postage prepaid, on the entities on the attached service list.

Dated: March 31, 2011          PEPPER HAMILTON LLP

                By:    /s/ Francis J. Lawall
                       Francis J. Lawall (FL 0972)
                       3000 Two Logan Square
                       Eighteenth & Arch Streets
                       Philadelphia, PA 19103-2799
                       Tel: (215) 981-4000
                       Fax: (215) 981-4750

#13548356 v2

| | |
|---|---|
| Andy Velez-Rivera<br>Paul Schwartzberg<br>Brian Masumoto<br>Tracy Hope Bavis<br>Office of the U. S. Trustee for the SDNY<br>33 White hall Street<br>21st Floor<br>New York, NY  10004 | Lehman Brothers Holdings Inc<br>c/o Richard P. Krasnow, Esquire<br>Lori R. Fife, Esquire<br>Shai Y. Waisman, Esquire<br>Jacqueline Marcus, Esquire<br>Weil Gotshal & Manges, LLp<br>767  Fifth Avenue<br>New York, NY  10153 |
| Official Committee of Unsecured Creditors<br>c/o Dennis F. Dunne, Esquire<br>Dennis O'Donnell, Esquire<br>Evan Fleck, Esquire<br>Milbank Tweed Hadley & McCloy, LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005 | Post-Petition Lenders<br>c/o Robinson B. Lacy, Esquire<br>Hydee R. Feldstein, Esquire<br>Sullivan & Cromwell, LLP<br>125 Broad Street<br>New York, NY  10004 |
| Post-Petition Lenders<br>c/o Lindsee P. Granfield, Esquire<br>Lisa Schweiger, Esquire<br>Cleary Gotliebb, LLP<br>One Liberty Plaza<br>New York, NY  10006 | |

#10968823 v1