Johannes Kux
Feuerbachstrasse 7
24539 Neumuenster
Germany

RECEIVED
MAR - 8 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

US Bankruptcy Court Southern D. of NY
Chambers of the Honorable
James M. Peck
One Bowling Green, Courtroom 601
New York, NY 10004
USA

Neumuenster, March 2, 2011

**Reference: Objection to your notice dated 02-11-2011, Chapter 11 Case No. 08-13555 (JMP), Lehman Brothers Holdings Inc.**

Dear Sirs,

Reference is made to the above letter (enclosure 1).

I strongly oppose Lehman Brothers Holdings Inc. and certain of its affiliates 87th Omnibus Objection to my claim filed with the United States Bankruptcy Court for the Southern District of New York. I oppose the disallowance, expungement, reduction or reclassification of my following claim for the following reasons:

Claim:

i) Creditor Name and Address: Kux, Johannes, Feuerbachstrasse 7, 24539 Neumuenster, Germany

ii) Claim Number: 31134

iii) Date Filed: 9/22/2009

iv) Debtor: 08-13555

v) Classification and Amount: UNSECURED $ 70,755.00

*(handwritten: Enclosure A)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

In re                                          :   Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :   08-13555 (JMP)
                                               :
                    Debtors.                   :   (Jointly Administered)
                                               :
------------------------------------------------------x

LBH OMNI87 02-11-2011 (MERGE2,TXNUM2) 4000077908 BAR(23) MAIL ID *** 000041715268 *** BSIUSE: 47

KUX, JOHANNES
FEUERBACHSTR. 7
NEUMUENSTER, 24539 GERMANY


## THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

## IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' EIGHTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>KUX, JOHANNES<br>FEUERBACHSTR. 7<br>NEUMUENSTER, 24539 GERMANY | **Claim Number:** 31134 |
| | **Date Filed:** 9/22/2009 |
| | **Debtor:** 08-13555 |
| | **Classification and Amount:** UNSECURED: $ 70,755.00 |

PLEASE TAKE NOTICE that, on February 11, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Eighty-Seventh Omnibus Objection to Claims (No Liability Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that the Debtors have no liability for said claim because it seeks to recover for securities that were neither issued nor guaranteed by the Debtors. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on March 16, 2011 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM



MAILID *** 0004899544 ***

**** LBH CLMLTR (MERGE2,TXNUM2) 4000077908 ****

KUX, JOHANNES
FEUERBACHSTR. 7
NEUMUENSTER, 24539 GERMANY



Enclosure 2

December 02, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | KUX, JOHANNES |
| Date Received: | 09/22/2009 |
| Claim Number: | 31134 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name,etc.**

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**