UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

NOTICE OF AMENDED PARTIAL TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Chester Square, L.L.C.
Name of Transferee

Stylos Asia Master Fund Ltd.
Name of Transferor

$46,782,516.00
Proof of Claim Amount

29059
Proof of Claim Number

$34,396,333.00
Amount of Claim Transferred

** This amends previously filed Transfer of Claim at Docket No. 14853 **

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:  Chester Square, L.L.C.
Address:     c/o Ropes & Gray LLP
             1211 Avenue of the Americas
             New York, NY 10036-8704
             Attn: Adam Reiss

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By:

By: _____          Date: 3/31/11

Name: Lisa M. Ragosta
Title:  Counsel for Transferee

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Stylos Asia Master Fund Ltd. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Chester Square, L.L.C. ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, arising under or in connection with, its claim (as such term is defined in Section 101(5) of Title 11 of the United States Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 (JPM) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and Proof of Claim No. 29059 filed by Seller in respect of the foregoing claim but excluding the Excluded Claims.

"Excluded Claims" means any claim in respect of (a) the claim valued at USD 1,127,096.58 in respect of the balance of KRW 1,314,279,145.00 payable by Lehman Brothers International (Europe) to Seller or (b) the trust assets as identified in, and valued at $10,673,802.95, in the Updated Position & Balance Statement issued to the Seller by PricewaterhouseCoopers on December 31, 2009, and all claims for return or delivery of such trust assets, proprietary rights in respect of such trust assets, any proceeds thereof or income or dividends thereon, and any unsecured claim in respect of any failure to return such trust assets to Seller or any shortfall (in each case whether such right or claim arises under the CRA or otherwise).

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or other applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 1st day of March 20 11.

Stylos Asia Master Fund Ltd.

By: _____
Name: James S Lee
Title: Director

Chester Square, L.L.C.

By: _____
Name: James F. Mooney
Title: Managing Director