March 16, 2011

**Honorable James M. Peck**
One Bowling Green
New York 10004
Courtroom 601
(United States)

Dear Sir,

Regarding Lehman Brothers Holding Inc. and the Notice dated February 11, 2011, sent by United States Bankruptcy Court for the Southern District of New York to me, Francisco Fernández Roig (Claim Number 45285; Date Filed 10/23/2009; Debtor 08-13555; Classification and Amount: Unsecured $ 164.151.60), please be informed that I OPPOSE the OBJECTION and the disallowance, expungement, reduction or reclassification of my Claim due to "*EUR 50.000.000 Fixed Rated Guaranteed Non-voting Non-Cumulative Perpetual Preferred Securities*" (ISIN XS0229269856), filed by Lehman Brothers UK Capital Funding II LP, was contractually guaranteed by Lehman Brothers Holding Inc.

Best regards,

Francisco Fernández Roig



RECEIVED
MAR 22 2011
U.S. BANKRUPTCY COURT, SDNY
JMP