# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AHED BISSAR SAAD RICHARD BISSAR ABUD NADIM BISSAR ABUD ALBORADA #420, TLALPAN 14010 MEXICO | | Lehman No Case Asserted/All Cases Asserted | 09/08/2009 | 10668 | $100,000.00 | No Blocking Number LPS Claim |
| 2 | ALOIA, FABIOLA VIA MADRE T. DI CALCUTTA NO. 10 FAGNANO COSENZA, 87013 ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7077 | $17,940.00 | No Blocking Number LPS Claim |
| 3 | ANDOVER ASSOCIATES LIMITED TRANSEXPRESS, VIPSAWL # 257 P. O. BOX 52-5364 MIAMI, FL 33152 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29097 | $50,005.15 | No Blocking Number LPS Claim |
| 4 | ANLAGEVERMOGEN, NOSTRO C/O TILP INTERNATIONAL AG BIRKENWEG 11 SACHSELN, CH-6072 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 60515 | $709,800.00 | No Blocking Number LPS Claim |
| 5 | ASKI INTERNATIONAL INC ATUL JOGANI 57/14 BAAN SATHORN, SATHORN SOI1 SATHORN ROAD BANGKOK, 10120 THAILAND | | Lehman No Case Asserted/All Cases Asserted | 07/30/2009 | 6756 | $200,000.00 | No Blocking Number LPS Claim |
| 6 | AUSETH, PAL ROBERT WEIDEMANHSU 45 TROMDHEIM, 7043 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/09/2009 | 37279 | $2,592.00 | No Blocking Number LPS Claim |
| 7 | AVOLIO, VINCENZINO VIA MARGHERITA  NO. 124 FAGNANO C. (COSENZA), 87013 ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/30/2009 | 5052 | Undetermined | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | BANQUE MARTIN MAUREL SELLA VILLA DU PONT 3BD PRINCESSE CHARLOTTE BP 175 MONACO CEDEX, MC 98003 MONACO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 60486 | $14,238.00 | No Blocking Number LPS Claim |
| 9 | BASSLER, STEFFEN H.L. SEESTR. 193 KILCHBERG, 8802 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/07/2009 | 7648 | $20,000.00 | No Blocking Number LPS Claim |
| 10 | BICE, GIROTTI & DORIANO, CAVICCHIOLI VIA F. FILZI N 55 SASSUOLO (MODENA), 41049 ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/04/2009 | 4759 | $12,262.82 | No Blocking Number LPS Claim |
| 11 | BIER, THOMAS MERKUR BANK KGAA MS HILDEGARD BELL STEUARTSTR. 1 INGOLSTADT, 85049 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/20/2009 | 3860 | $15,802.80 | No Blocking Number LPS Claim |
| 12 | BODE, MICHAEL AN DER WIPPERAU 7 UELZEN, D-29525 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 26284 | $14,899.14 | No Blocking Number LPS Claim |
| 13 | BOHNISCH, INGRID RECHTSANWALT FRANK FESER DELLBRUCKER MAUSPFAD 319 KOLN, 51069 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/30/2009 | 3571 | $12,760.00 | No Blocking Number LPS Claim |
| 14 | BUDAPEST SPC LTD SEGREGATED PORTFOLIO # 2 PO BOX 875, ROAD TOWN TORTOLA, VG1110 VIRGIN ISLANDS (BRITISH) | | Lehman No Case Asserted/All Cases Asserted | 08/14/2009 | 8255 | $1,000,000.00 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | BUDAPEST SPC LTD SEGREGATED PORTFOLIO # 1 PO BOX 875, ROAD TOWN TORTOLA, VG1110 VIRGIN ISLANDS (BRITISH) | | Lehman No Case Asserted/All Cases Asserted | 08/14/2009 | 8256 | $1,000,000.00 | No Blocking Number LPS Claim |
| 16 | CAVEZZALI, DIEGO ATTN: TANYA VLADIMIROV 8020 GEARY BLVD SAN FRANCISCO, CA 94121 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57725 | $270,232.00 | No Blocking Number LPS Claim |
| 17 | CHAN LAI KAN RM 1024 MING SHUN LAU JAT MIN CHUEN SHATIN NT HONG KONG SAR., | | Lehman No Case Asserted/All Cases Asserted | 06/05/2009 | 4776 | $65,000.00 | No Blocking Number LPS Claim |
| 18 | CHLADEK, IRMIN NESTROYWEG 14 WR. NEUDORF, A-2351 AUSTRIA | | Lehman No Case Asserted/All Cases Asserted | 09/14/2009 | 11974 | $8,200.00 | No Blocking Number LPS Claim |
| 19 | CREDICORP SECURITIES INC., FOR THE BENEFIT OF JUDITH EVA SINGER AND/OR HERSH WEINBERG 50 ST. BLDG CREDICORP BANK PANAMA 1ST FL PANAMA, PANAMA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/01/2008 | 1158 | $80,000.00 | No Blocking Number LPS Claim |
| 20 | CREDITO PRIVATO COMMERCIALE SA VIA ZURIGO 46 LUGANO, 6901 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34701 | $600,000.00 | No Blocking Number LPS Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | DE BONDT, H. AND/OR DE BONDT-GOEDHART, E.J. DOMELA NIEUWENHUISSTRAAT 24 PAPENDRECHT, 3354 AE NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41654 | $6,890.98 | No Blocking Number LPS Claim |
| 22 | DEANE SUPERANNUATION PTY LTD C/O CAVENDISH SUPERANNUATION PTY LTD GPO BOX 9981 ADELAIDE, SOUTH AUSTRALIA, 5001 AUSTRALIA | | Lehman No Case Asserted/All Cases Asserted | 11/30/2009 | 65771 | $43,620.00 | No Blocking Number LPS Claim |
| 23 | DIAZ, JUAN ROMERO C/SENOR DE AZAGRA 6-17 VALENCIA, 46022 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/04/2009 | 8241 | $14,285.60 | No Blocking Number LPS Claim |
| 24 | DICK-KIN, WU FLAT F. 6TH FLOOR 49 BROADCAST DRIVE KOWLOON, HONG KONG | | Lehman No Case Asserted/All Cases Asserted | 08/12/2009 | 8047 | $100,000.00 | No Blocking Number LPS Claim |
| 25 | DODSON FINANCIAL LIMITED TRANSEXPRESS VISPAL #257 P.O. BOX 52-5364 MIAMI, FL 33152-5364 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29100 | $50,005.15 | No Blocking Number LPS Claim |
| 26 | DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG 0835-1290711-6 100 SE 2ND STREET, SUITE 2610 MIAMI, FL 33131 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32634 | Undetermined | No Blocking Number LPS Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | ERFURT, KLAUS JASMIN ERFURT KALANDSTR. 7 LUBECK, 23564 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2192 | $39,149.45 | No Blocking Number LPS Claim |
| 28 | ESPUELAS, MANUEL C/CRISTOBAL BORDIU, 19, 3 DCHA. MADRID, 28003 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/11/2009 | 8247 | $14,283.67 | No Blocking Number LPS Claim |
| 29 | FERRAMI, PIERLUIGI VIA ALESSANDRO VOLTA NO. 1/S 87036 RENDE (COSENZA), ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/28/2009 | 6552 | $20,700.00 | No Blocking Number LPS Claim |
| 30 | FIEDLER, GEORG & DORIS SCHILL-FIEDLER C/O ROTTER RECHTSANWAELTE LUISE-ULLRICH-STR. 2 GRUENWALD, D-82031 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63858 | $78,298.00 | No Blocking Number LPS Claim |
| 31 | FINKE-KRAFT, INGEBORG PLAINSTR. 2717 SALZBURG, A, 5020 AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/18/2009 | 3391 | $51,640.00 | No Blocking Number LPS Claim |
| 32 | FIRMKRANZ, PETER PICHLERGASSE  2/14 WIEN, 1090 AUSTRIA | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 24688 | $7,140.00 | No Blocking Number LPS Claim |
| 33 | FISCHER, MARCUS HERKLOTZGASSE 13/18 WIEN, 1150 AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17791 | $7,140.00 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 34 | FJELD, KENNETH AMUNDTUNET 16 SKOTTERUD, 2230 NORWAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/28/2009 | 35185 | $5,000.00 | No Blocking Number LPS Claim |
| 35 | FORK, CORINNA AN DER WIPPERAU 7 UELZEN, D-29525 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 26285 | $29,798.28 | No Blocking Number LPS Claim |
| 36 | FRANCHI, ANGELA STUDIO CAFFI MARONCELLI & ASSOCIATI VIA VERDI, 4 BERGAMO, 24121 ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/02/2009 | 5104 | $74,385.97 | No Blocking Number LPS Claim |
| 37 | FRANCHI, ANTONIETTA STUDIO CAFFI MARONCELLI & ASSOCIATI VIA VERDI, 4 BERGAMO, 24121 ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/02/2009 | 5081 | $23,883.11 | No Blocking Number LPS Claim |
| 38 | FRANCHI, MARIA PIERA STUDIO CAFFI MARONCELLI & ASSOCIATI VIA VERDI, 4 BERGAMO, 24121 ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/02/2009 | 5086 | $115,087.72 | No Blocking Number LPS Claim |
| 39 | FRANKEN, WALTER C/O TILP RECHTSANWAELTE EINHORNSTRASSE 21 KIRCHENTELLINSFURST, D72138 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 60520 | $87,124.00 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 40 | FRANZ, ROBERT<br>81 DIXON AVE<br>BOONTON, NJ 07005 | | Lehman No Case Asserted/All Cases Asserted | 09/15/2009 | 13065 | $1,506,452.90 | No Blocking Number LPS Claim |
| | TRANSFERRED TO: ANDROMEDA GLOBAL CREDIT FUND, LTD<br>TRANSFEROR: FRANZ, ROBERT<br>520 MADISON AVE, 18TH FLR<br>ATTN: ROMULO GARZA<br>NEW YORK, NY 10022 | | | | | $621,736.43 | |
| 41 | FRERS, ERNA & HORST<br>ULLSTEINSTR. 135<br>BERLIN, 12109<br>GERMANY | | Lehman No Case Asserted/All Cases Asserted | 02/09/2009 | 2664 | $29,762.00 | No Blocking Number LPS Claim |
| 42 | FRITSCH/PEZZICA G.B.R<br>RINGSTR 20<br>MAINHAUSEN, 063533<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2009 | 35546 | $53,450.00 | No Blocking Number LPS Claim |
| 43 | FUCHS, FABIAN<br>C/O TILP RECHTSANWAELTE<br>EINHORNSTRASSE 21<br>KIRCHENTELLINSFURT, DE-72138<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 60522 | $35,945.90 | No Blocking Number LPS Claim |
| 44 | GELDARD, CHRISTINE L.<br>CL CUENCA 23<br>TORRELAMATA<br>ALICANTE, 03188<br>SPAIN | | Lehman No Case Asserted/All Cases Asserted | 08/05/2009 | 7423 | $77,762.00 | No Blocking Number LPS Claim |
| 45 | GERTRUDE, KINNESWENGER<br>STEINERWEG 4<br>GRODIG, A-5082<br>AUSTRIA | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15194 | $67,725.00 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 46 | GOLDIX GROUP MANAGEMENT LTD. UBS HOUSE EAST BAY STREET PO BOX N-7757 NASSAU, BAHAMAS | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 14324 | $250,000.00 | No Blocking Number LPS Claim |
| 47 | GONZALEZ DIAZ, RODOLFO AND JESUS RODOLFO G Y GONZALEZ LAGO CAMECUARO # 55 LAGOS DE COUNTRY GUADALAJARA, JAL, CP 44210 MEXICO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51286 | $140,000.00 | No Blocking Number LPS Claim |
| 48 | GORHAM SECURITIES INC. TRANSEXPRESS VIPSAL #257, P. O. BOX 52- 5364 MIAMI, FL 33152 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29099 | $50,005.15 | No Blocking Number LPS Claim |
| 49 | GRAEBER, REINER C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11174 | $46,286.78 | No Blocking Number LPS Claim |
| 50 | GRIESER, DORIT MATTHIAS HILLEBRAND CRANACHSTR. 3 BERLIN, 12157 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/03/2009 | 2533 | $14,312.00 | No Blocking Number LPS Claim |
| 51 | GRUN, URSULA FRANZ WALLRAFFSTR. 98 AACHEN, D-52078 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/05/2009 | 7412 | $21,651.03 | No Blocking Number LPS Claim |
| 52 | GRUNHOFER, LOTHAR NASSAUISCHE STR. 5 BERLIN, 10717 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12364 | $22,509.11 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 53 | GRUTLE, LEIF ENDRE NEDRE RONNINGEN 7 TINGVOLL, 6630 NORWAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25270 | $1,509.15 | No Blocking Number LPS Claim |
| 54 | GULDNER, STEFAN FRITZ, DR. LUTT SAHL 5 HAMBURG, 22559 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 08/19/2009 | 8691 | $195,000.00 | No Blocking Number LPS Claim |
| 55 | GUSKA, JURGEN NIERENHOFER STR. 95 HATTINGEN, 45529 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2008 | 454 | $10,600.00 | No Blocking Number LPS Claim |
| 56 | GUSKA, RITA NIERENHOFER STR. 95 HATTINGEN, 45529 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2008 | 453 | $14,340.00 | No Blocking Number LPS Claim |
| 57 | HAMMER, NINA PEVIK SIGURD HOIDAHLSVEG 5 RANHEIM, 7056 NORWAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15418 | $9,835.00 | No Blocking Number LPS Claim |
| 58 | HEIDER, KARL-HEINZ & CHRISTINE SCHMUTTERSTR. 3 BURGAU, BRD, 89331 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/09/2009 | 2637 | $33,813.00 | No Blocking Number LPS Claim |
| 59 | HELENA VIDIGAL R.P. SILVA TORRES, MARIA RUA ENG. CARLOS AMARANTE, 49 PORTO, 4250-090 PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49818 | $22,681.32 | No Blocking Number LPS Claim |
| 60 | HERRMANN, STEFAN TITISEESTR. 3 D-68163 MANNHEIM, GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/17/2008 | 780 | $42,552.00 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 61 | HONG KONG BIBLE SOCIETY ROOM 902, ORIENTAL CENTRE, 67 CHATHAM ROAD SOUTH TSIMISHATSUI, KOWLOON<br><br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11081 | $950,000.00 | No Blocking Number LPS Claim |
| 62 | IBRAHIM AHMED IBRAHIM FARAG APPARTMENT 2501, API WORLD TOWER SHIEKH ZAYED RD P.O. BOX 33875 DUBAI, UNITED ARAB EMIRATES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/16/2008 | 1344 | $319,982.00 | No Blocking Number LPS Claim |
| 63 | JASUSATO CORP. 444 BRICKELL AVE. #51-838 MIAMI, FL 33131-2403 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43227 | $250,000.00 | No Blocking Number LPS Claim |
| 64 | JOHN JAY COUGHLAN INVESTMENT TRUST JOHN JAY AND JULE D. COUGHLAN 17550 BELFAST COVE EDEN PRAIRIE, MN 55347 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/27/2009 | 2048 | $250,000.00 | No Blocking Number LPS Claim |
| 65 | JOSEF, UHL TANZELSDORF 55 GROSS ST FLORIAN, A-8522 AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/01/2009 | 5066 | $21,000.00 | No Blocking Number LPS Claim |
| 66 | JS CRESVALE CAPITAL LIMITED UNITS 3712-13, 37/F., COSCO TOWER 183 QUEEN'S ROAD CENTRAL<br><br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/15/2008 | 1321 | $500,000.00 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 67 | KALTENBACH, KURT<br>AM BIENENSTOCK 14A<br>FRANKFURT AM MAIN, D-60388<br>GERMANY | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 12/24/2009 | 66020 | $114,694.30 | No Blocking Number LPS Claim |
| 68 | KARLSEN, HARRY<br>STALLERUDUEIEN 71<br>OSLO, 0693<br>NORWAY | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/28/2009 | 35184 | $17,279.00 | No Blocking Number LPS Claim |
| 69 | KARNIEL, OUZIEL<br>HAKARMEL 5<br>RAMAT HASHARON, 47230<br>ISRAEL | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62793 | $132,100.00* | No Blocking Number LPS Claim |
| 70 | KELLER, ULRICH-MICHAEL<br>REUTLINGERSTR. 59/1<br>ESSLINGEN, 73728<br>GERMANY | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57759 | $14,243.00 | No Blocking Number LPS Claim |
| 71 | KHANCHANDANI, RAMESH<br>TARACHAND & LAJWANTI RAMESH<br>PO BOX 12822<br>DUBAI,<br>UNITED ARAB EMIRATES | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34596 | $200,000.00 | No Blocking Number LPS Claim |
| 72 | KINDINGSTAD, ROBERT EINAR<br>BRENNASTUBBEN 10<br>OSLO, 1279<br>NORWAY | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44384 | $502.84 | No Blocking Number LPS Claim |
| 73 | KOCH, KLAUS<br>AM RING 33<br>TECKLENBURG, D-49545<br>GERMANY | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 01/26/2009 | 1943 | $9,100.00 | No Blocking Number LPS Claim |
| 74 | KOCH, KLAUS<br>AM RING 33<br>TECKLENBURG, D-49545<br>GERMANY | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 01/26/2009 | 1944 | $10,400.00 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 75 | KOCH, PAULINE<br>AM RING 33<br>TECKLENBURG, D49545<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/26/2009 | 1945 | $13,000.00 | No Blocking Number LPS Claim |
| 76 | KOHLHAMMER, HERTA<br>BRANDAVERWEG 13B<br>A-8054 GRAZ<br><br>AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/29/2009 | 5042 | $5,600.00 | No Blocking Number LPS Claim |
| 77 | KRANZLER, CHRISTOPH<br>HAFERGASSE 3<br>GUNTRANSDORF, 2353<br>AUSTRIA | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13347 | $21,400.00 | No Blocking Number LPS Claim |
| 78 | KURALI, ZOLTAN<br>H-1021 BUDAPEST<br>OTVOS JANOS UTCA 1/A/2<br><br>HUNGARY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/03/2008 | 87 | $60,149.00 | No Blocking Number LPS Claim |
| 79 | LATAM INVESTMENTS, LLC<br>JOHN LOWTHER, DOYLE LOWTHER LLP<br>9466 BLACK MOUNTAIN ROAD, STE 210<br>SAN DIEGO, CA 92126 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/05/2009 | 1576 | $14,668,000.00 | No Blocking Number LPS Claim |
| 80 | LIN, KUAN-WU<br>REICHENBERGERSTR. 30<br>BERLIN, 10999<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2179 | $8,146.48 | No Blocking Number LPS Claim |
| 81 | LINK, MARLENE<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11185 | $11,571.70 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 82 | LINKE, CHRISTA KURMAINZER WEG 15 GOTTINGEN, 37083 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 61424 | $8,781.27 | No Blocking Number LPS Claim |
| 83 | LIONTA, STAVROULA/ KALANITSIS, NICOLAOS/ KALANITSIS, EVDOKIA C/O ALMI MARINE MANAGEMENT SA 87, KIFISSIAS AVE, MAROUSSI 15124 ATHENS, GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/01/2008 | 1152 | $70,000.00 | No Blocking Number LPS Claim |
| 84 | LOHR, ANDREAS MAYBACHSTRASSE 28 SACHSENHEIM, 74343 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/17/2009 | 5555 | $43,500.00 | No Blocking Number LPS Claim |
| 85 | MARIE ISOBEL ESCOLET VILA CALLE COSPE, 561 BARCELONA, 08070 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/24/2009 | 6121 | $16,982.00 | No Blocking Number LPS Claim |
| 86 | MARTIN, PAUL BUCHENWEG 14 ANZING, 85646 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 09/08/2009 | 10519 | $2,722.69 | No Blocking Number LPS Claim |
| 87 | MATH OP DE KAMP DR. SCHAEPMANSTRAAT 7 SITTARD, 6136 EV NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 60031 | $21,226.50 | No Blocking Number LPS Claim |
| 88 | MIESSNER, RALF MARSTALLSTRASSE 3 LUDWIGSBURG, D-71634 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/30/2009 | 4030 | $13,191.66 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 89 | MIESSNER, RALF MARSTALLSTRASSE 3 LUDWIGSBURG, D-71634 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/30/2009 | 4032 | $19,981.49 | No Blocking Number LPS Claim |
| 90 | MIR PIPIO, RAMON CL VALENCIA 215  BA BARCELONA, 08007 0 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/27/2009 | 2057 | Undetermined | No Blocking Number LPS Claim |
| 91 | MOLLER, MARTIN WEIMARSTRASSE 15 DREIEICH, 63303 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/06/2009 | 2629 | $45,790.00 | No Blocking Number LPS Claim |
| 92 | NAVARRO SALVI, CARLOS C/TOTANA 14-15 VALENCIA, 46018 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/05/2009 | 8243 | $16,968.76 | No Blocking Number LPS Claim |
| 93 | NES, BJORN RUNAR SKYTTA FARET 27B HAGAN, 1481 NORWAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/28/2009 | 35189 | $5,256.97 | No Blocking Number LPS Claim |
| 94 | NIZAR EL HACHEM A/O YOUSSEF HACHEM AL BOURJ ABYAD BLDG, 10TH FLOOR FACING VOICE OF LEBANON RADIO STN. SASSINE SQ. ACHRAFIEH 0119613444844 LEBANON | | Lehman No Case Asserted/All Cases Asserted | 09/09/2009 | 11009 | $94,858.17 | No Blocking Number LPS Claim |
| 95 | NORDLI, ERIK JOHAN OVENSTADLIA 41 LIERSKOGEN, 3420 NORWAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44391 | $51,101.00 | No Blocking Number LPS Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 96 | O'MAHONEY, MICHAEL MOUNT PLEASANT STATION ROAD BLARNEY CO-CORK, IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43353 | $149,000.00 | No Blocking Number LPS Claim |
| 97 | OAH PRIVATSTIFTUNG WIPPLINGERSTRABE 10/10 A-1010 WIEN (VIENNA), AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34679 | $71,551.23 | No Blocking Number LPS Claim |
| 98 | OFI MANDATS 1 RUE VERNIER PARIS, 75017 FRANCE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/20/2009 | 4466 | $14,245,014.24 | No Blocking Number LPS Claim |
| 99 | PAGLIARO, MR. F.M.L. & MS. S.V. CHIAPPETTA VIA M.T. DI CALCUTTA NO. 14 87013 FAGNANO C. (COSENZA) ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/07/2009 | 5167 | $13,800.00 | No Blocking Number LPS Claim |
| 100 | PASTOR, AMPARO MUNOZ CL GARRIGUES, 6 46001 VALENCIA, SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/15/2009 | 4886 | $212,265.00* | No Blocking Number LPS Claim |
| 101 | POSTEL, GERHARD ELBERFELDER STR. 36 BERLIN, D-10555 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/26/2009 | 1972 | $12,915.00 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 102 | PROVINZIAL NORDWEST HOLDING AG BOLATTI & GRIFFITH LLP 45 BROADWAY, SUITE 2200 NEW YORK, NY 10006 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 02/17/2009 | 2853 | $32,034,000.00 | No Blocking Number LPS Claim |
| 103 | RAUPACH, CAROLA SCHWEBELSTRASSE 27A BERLIN, 12305 GERMANY | | **Lehman No Case Asserted/All Cases Asserted** | 02/05/2009 | 2574 | $19,500.00 | No Blocking Number LPS Claim |
| 104 | RAUTZENBERG, HELMTRAUD KANZLEI FESER DELLBRUCKER MAUSPFAD 319 KOLN, 51069 GERMANY | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 03/30/2009 | 3582 | $130,376.00 | No Blocking Number LPS Claim |
| 105 | ROBBIONI, JORGE OMAR CAVERZASCHI AV DE LA VEGA 8 ES. 1 2-B 28100 ALCOBENDAS MADRID, SPAIN | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 12/23/2008 | 1434 | $26,000.00 | No Blocking Number LPS Claim |
| 106 | RODRIGUES COSTA SONSA, PAULO FERNANDO RUA ENGO ADELINO AMADO DA COSTA, N 404 PAREDE, 2775-366 PORTUGAL | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 10/19/2009 | 42062 | $28,958.76 | No Blocking Number LPS Claim |
| 107 | ROEBNER, HELGA ADELE-SANROCK-STR. 37 BERLIN, 12627 GERMANY | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 02/12/2009 | 2732 | $6,140.00 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 108 | ROMAN RAMOS, ANTONIO ANGEL C/TORRENTE 20-F CP ALBAL (VALENCIA), 46470 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/11/2009 | 8250 | $56,894.84 | No Blocking Number LPS Claim |
| 109 | RUNGE, EDGAR ALTKO NIGSTR 5 FRANKFURT/MAIN, D-60323 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25356 | $71,000.00 | No Blocking Number LPS Claim |
| 110 | RUPPPRECHT, ANNETTE MOLTKESTR. 45 HAMBURG, D-20253 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 61606 | $25,968.00 | No Blocking Number LPS Claim |
| 111 | RUSSEE, SVEN SPITZWEGSTRASSE 80 DRESDEN, 01219 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62874 | $8,128.87 | No Blocking Number LPS Claim |
| 112 | SAETREVIK, VIDAR NESHADLENE 20 SAGVAAG, 5410 NORWAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 42088 | $86,393.90 | No Blocking Number LPS Claim |
| 113 | SAETREVIK, VIDAR NESHADLENE 20 SAGVAAG, 5410 NORWAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 42089 | $51,835.90 | No Blocking Number LPS Claim |
| 114 | SCHMALZ, ROBERT DR. GERHARD HACKENBERGER, MAG. JURGEN GREILBERGER, ATTONEYS AT LAW. KAISERFELDGASSE 27 8010 GRAZ, AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/31/2009 | 6789 | $13,973.74 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 115 | SCHOETTLER, HERBERT C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12433 | $43,819.29 | No Blocking Number LPS Claim |
| 116 | SCHRADE, DIETMAR & MONIKA TRETBAR DISTELWEG 5 ENGSTINGEN, D-72829 | | Lehman No Case Asserted/All Cases Asserted | 09/10/2009 | 11280 | $7,355.00 | No Blocking Number LPS Claim |
| 117 | SCHRAMM, SABINE SCHWEBELSTR. 17 A BERLIN, D 12305 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 02/05/2009 | 2575 | $26,000.00 | No Blocking Number LPS Claim |
| 118 | SCHUELGEN, GREGOR AM LIMPERTZ-HOF 29 GREVENBROICH, D-41515 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/15/2009 | 1749 | $41,243.60 | No Blocking Number LPS Claim |
| 119 | SCHULTE, JUSTUS AM RING 33 TECKLENBERG, D-49545 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/26/2009 | 1946 | $19,500.00 | No Blocking Number LPS Claim |
| 120 | SENNE, GISELA SEEBURG 5 A CUXHAVEN, D-27478 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/30/2009 | 35589 | $10,150.00 | No Blocking Number LPS Claim |
| 121 | SLATTERY, PADRAIG AND ITA WRENSBURY 4 BLACKHEATH GROVE CLONTARF DUBLIN 3, IRELAND | | Lehman No Case Asserted/All Cases Asserted | 10/22/2009 | 44187 | $745,000.00 | No Blocking Number LPS Claim |
| 122 | STANCHEV, ERIKA SCHEFFELSTRASSE 23 FRANKENTHAL, 67227 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18943 | $14,500.00 | No Blocking Number LPS Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 123 | STEINBERG, NAUM BAYERISCHE STR. 11A BERLIN, 10707 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25209 | $5,800.00 | No Blocking Number LPS Claim |
| 124 | STEVE LIN, TUNG-LIANG AND LIN TSENG CHING-NING 10 F, NO. 135-2 SONG REN RD TAIPEI, TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/25/2009 | 9570 | $300,000.00 | No Blocking Number LPS Claim |
| 125 | STEVECO INTERNATIONAL BV VAN BREESTRAAT 171 HUIS AMSTERDAM, ZN 1071 NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 50392 | $45,360.00 | No Blocking Number LPS Claim |
| 126 | STRATEGIC INVESTMENT TRIBES FUND SPC C/O PHILLIPS NIZER LLP ATTN: PETER HARUTUNIAN 666 FIFTH AVENUE NEW YORK, NY 10103 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/06/2009 | 4170 | $3,000,000.00 | No Blocking Number LPS Claim |
| 127 | TANGKARAVAKOON, JATUPHAT & LA-OR 94/1 EKAMAI 22 WATTANA BANGKOK, 10110 THAILAND | | Lehman No Case Asserted/All Cases Asserted | 08/10/2009 | 7942 | $300,000.00 | No Blocking Number LPS Claim |
| 128 | TARSITANO, MS. MARIA CONCETTA VIA MAGNA GRECIA NO. 8 FAGNANO C. (CONSENZA) ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/07/2009 | 5170 | $8,280.00 | No Blocking Number LPS Claim |
| 129 | TEMPO INDUSTRIES LIMITED 200 SOUTH BISCAYNE BOULEVARD, SUITE 5100 MIAMI, FL 33131 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45656 | $300,000.00 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 130 | TETTENBORN, KLAUS<br>GEORG-WILHELM-STRASSE 9B<br>BERLIN, 10711<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56066 | $142,008.00 | No Blocking Number LPS Claim |
| 131 | THEERKORN, GUNTHER<br>HAFENSTR. 34<br>22880 WEDEL,<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18141 | $92,306.50 | No Blocking Number LPS Claim |
| 132 | THEERKORN, KLARA<br>HAFENSTR. 34<br>22880 WEDEL,<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18142 | $92,306.50 | No Blocking Number LPS Claim |
| 133 | THOMMA, LOTHAR MR.<br>LETTENWEG 16<br>BINNINGEN, CH-4102<br>SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/07/2009 | 3755 | $255,000.00 | No Blocking Number LPS Claim |
| 134 | TSCHANETT, MARKUS DR - ING MAG<br>IMMOBILIENVERWALTER, SBH<br>WIEN<br>BLASELGASSE 13/3, 1180<br>AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/28/2009 | 35224 | $7,427.28 | No Blocking Number LPS Claim |
| 135 | TUNG-LIANG, LIN & CHING-NING,<br>TSENG<br>10F NO. 135-2<br>SONG REN RD<br>TAIPEI,<br>TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/25/2009 | 9572 | $100,000.00 | No Blocking Number LPS Claim |
| 136 | UBACH-UTERMOHL, BERNDT<br>SEILERBAHNWEB 8<br>KONIGSTEIN, D-61462<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/11/2009 | 3296 | $72,170.00 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 137 | UBACH-UTERMOHL, TAMINA SEILERBAHNWEB 8 KONIGSTEIN, D-61462 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/11/2009 | 3295 | $144,340.00 | No Blocking Number LPS Claim |
| 138 | UTOMO, TEGUH AND UTOMO, MAGGIE JALAN PATIMURA NO 27 KEBAYORAN BARU JAKARTA SELATAN INDONESIA | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 20160 | $200,000.00 | No Blocking Number LPS Claim |
| 139 | VALSECCHI, GIANFRANCO STUDIO CAFFI MARONCELLI & ASSOCIATI VIA VERDI, 4 BERGAMO, 24121 ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/02/2009 | 5085 | $34,901.58 | No Blocking Number LPS Claim |
| 140 | VALSECCHI, SERGIO STUDIO CAFFI MARONCELLI & ASSOCIATI VIA VERDI, 4 BERGAMO, 24121 ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/02/2009 | 5087 | $34,896.70 | No Blocking Number LPS Claim |
| 141 | VERSCHRAEGEN, WILFRIED & CARMEN AM PUTSCHENHOLZ 40 VELBERT, 42551 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 09/15/2009 | 12988 | $60,500.00 | No Blocking Number LPS Claim |
| 142 | VOGELSANG, DR. DIETRICH PROF. KAMPSTRABE 70, HANNOVER, D30629 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/06/2009 | 5153 | $1,000.00 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 143 | VOLK, JUTTA JM KREUZGEWANN 14 WEINHEIM, 69469 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57426 | $74,063.60 | No Blocking Number LPS Claim |
| 144 | WASCH, UWE & DOERTE HARDING RONNESTR. 8 BERLIN, 14057 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57159 | $21,930.00 | No Blocking Number LPS Claim |
| 145 | WASCH, UWE & DOERTE HARDING RONNESTR. 8 BERLIN, 14057 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57160 | $7,310.00 | No Blocking Number LPS Claim |
| 146 | WEIB, RALPH-PETER BRANDENBURGER RING 44A COTTBUS, 03051 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/10/2009 | 4833 | $13,964.00 | No Blocking Number LPS Claim |
| 147 | WEINER, INGEBORG & ERHARD BURKHARD STREET 15 SCHWAEBISCH HALL, G-74523 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6180 | $14,700.00 | No Blocking Number LPS Claim |
| 148 | WILKE, HEIDI ESSLINGER WEG 5 STUHR, D-28816 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/17/2009 | 2860 | $51,701.97 | No Blocking Number LPS Claim |
| 149 | WILLEMS, P.J. HUIZERWEG 35 AS BLARICUM, 1261 NETHERLANDS | | Lehman No Case Asserted/All Cases Asserted | 10/06/2009 | 36557 | $75,868.35 | No Blocking Number LPS Claim |
| 150 | WILLEMS-POST, ERVEN A. HUIZERWEG 35 AS BLARICUM, 1261 NETHERLANDS | | Lehman No Case Asserted/All Cases Asserted | 10/05/2009 | 36451 | $75,868.35 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 151 | WISE VISION INVESTMENTS INC. REPRESENTED BY CLARA, MAK YIM CHEE 3/F WING HING LUNG BUILDING 246 SAI YEUNG CHOI STREET SOUTH MONGKOK, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7099 | $106,555.00 | No Blocking Number LPS Claim |
| 152 | WITZIG, HARALD C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11216 | $14,464.62 | No Blocking Number LPS Claim |
| 153 | WITZIG, HARALD C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11217 | $6,934.51 | No Blocking Number LPS Claim |
| 154 | WITZIG, HARALD C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11218 | $5,672.40 | No Blocking Number LPS Claim |
| 155 | WITZIG, HARALD C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11219 | $7,303.22 | No Blocking Number LPS Claim |
| 156 | WITZIG, HARALD C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11220 | $10,592.64 | No Blocking Number LPS Claim |
| 157 | WONG, ALEX CHIN PANG NO. 2 PARK ROAD, 19/FL FLAT A, MID-LEVELS, HK HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10752 | $400,000.00 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 158 | WONG, YIN NGOR FLAT F, 33RD FLOOR, TOWER 12 TIERRA VERDE TSING YI, N.T., HONG KONG | | Lehman No Case Asserted/All Cases Asserted | 07/31/2009 | 6797 | $64,516.00 | No Blocking Number LPS Claim |
| 159 | WOX INVEST AS FARENVEIEN 24D SKUI, 1340 NORWAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/13/2009 | 37591 | $34,500.00 | No Blocking Number LPS Claim |
| 160 | WULF, NORBERT AND WICHMANN-WULF, GUDRUN C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13627 | $14,464.62 | No Blocking Number LPS Claim |
| 161 | YAU CHUNG SEUNG LUCINA FLAT 1702 FAI MING HOUSE CHUNG MING COURT JUNK BAY, HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63355 | $96,774.00 | No Blocking Number LPS Claim |
| 162 | ZARRAGA, ADOLFO 9066 SW 73 COURT, APT. 1709 METROPOLIS II AT DADELAND MIAMI, FL 33156 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2008 | 346 | $100,000.00 | No Blocking Number LPS Claim |
| | | | | TOTAL | | $80,782,384.65 | |