# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 92: EXHIBIT 2 – NO BLOCKING NUMBER LPS CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ASPECTA ASSURANCES INTERNATIONAL SA<br>GOLDBELL 1<br>5, RUE EUGENE RUPPERT<br>, L-2453<br>LUXEMBOURG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17590 | $2,584,946.00 | No Blocking Number LPS Claim |
| 2 | ASPECTA ASSURANCES INTERNATIONAL SA<br>GOLDBELL 1<br>5, RUE EUGENE RUPPERT<br>, L-2453<br>LUXEMBOURG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17591 | $130,667.60 | No Blocking Number LPS Claim |
| 3 | ASPECTA ASSURANCES INTERNATIONAL SA<br>GOLDBELL 1<br>5, RUE EUGENE RUPPERT<br>, L-2453<br>LUXEMBOURG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17592 | $6,817,440.00 | No Blocking Number LPS Claim |
| 4 | ASTLE PLANES LTD.<br>#173106<br>UBS TRUSTEES (SINGAPORE) LTD. (REF: 1899)<br>5, TEMASEK BOULEVARD, #18-00<br>SUNTEC TOWER FIVE<br>SINGAPORE, SG 038985 | | Lehman No Case Asserted/All Cases Asserted | 08/03/2009 | 6954 | $100,000.00 | No Blocking Number LPS Claim |
| 5 | BANCO SANTANDER INTERNATIONAL AS AGENT<br>ATTN: LEGAL DEPARTMENT<br>1401 BRICKWELL AVE, SUITE 1500<br>MIAMI, FL 33131 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55666 | Undetermined | No Blocking Number LPS Claim |

OMNIBUS OBJECTION 92: EXHIBIT 2 – NO BLOCKING NUMBER LPS CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | CASTLEPARK MICHAEL TRAYNOR PENSION FUND, THE<br>REF BDO SIMPSON XAVIER FINANCIAL SERVICES LTD<br>BEAUX LANE HOUSE<br>MERCER STREET LOWER<br>DUBLIN 2,<br>IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 54917 | $295,900.00 | No Blocking Number LPS Claim |
| 7 | DARRAGH STOKES TELECOMS PENSION FUND, THE<br>REF BDO SIMPSON XAVIER FINANCIAL SERVICES LTD<br>BEAUX LAND HOUSE<br>MERCER STREET LOWER<br>DUBLIN 2,<br>IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/20/2009 | 42642 | $186,821.00 | No Blocking Number LPS Claim |
| 8 | FAMELOS, JLIAS<br>4 STRAVONOS STR<br>GLYFADA, ATHENS, 16674<br>GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/03/2010 | 66759 | $73,555.00 | No Blocking Number LPS Claim |
| 9 | FRANCISCO J SUAREZ Y SUAREZ MA INES<br>SUAREZ MACEIRAS JTWROS<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY 10165 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/13/2009 | 2782 | $128,687.50 | No Blocking Number LPS Claim |
| 10 | GEORGILI - GENIGEORGIOU, IFIGENEIA<br>27 STROGILIOU STR<br>KIFISSIA, 14561<br>GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/03/2010 | 66760 | $147,110.00 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 2 – NO BLOCKING NUMBER LPS CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | GREENE, EDWARD<br>C/O NIALL DUGGAN<br>BDO SIMPSON XAVIER FINANCIAL SERVICES LTD<br>BEAUX LANE HOUSE<br>MERCER STREET LOWER<br>DUBLIN 2,<br>IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/20/2009 | 42671 | $596,720.00 | No Blocking Number LPS Claim |
| 12 | INVERELL SHIRE COUNCIL<br>PO BOX 138<br>INVERELL NSW, 2360<br>AUSTRALIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18687 | $300,000.00 | No Blocking Number LPS Claim |
| 13 | JAIN, RAJIV & RIPPAN<br>10 JALAN BESAR<br>B1-39, SIM LIM TOWER<br>SINGAPORE, 208787 | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6161 | $245,000.00 | No Blocking Number LPS Claim |
| 14 | KNOFF, GUENTER UND WOEGER-KNOFF, ELISABETH<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12438 | $17,357.54 | No Blocking Number LPS Claim |
| 15 | KOKONAS, KONSTANTINOS<br>PAPANASTASIOU 18<br>RETHYMNO, 74100<br>GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/03/2010 | 66755 | $73,555.00 | No Blocking Number LPS Claim |
| 16 | LAGADINOS, GEORGIOS<br>12 NEAS HALKIDONOS STR.<br>DAPHNI, ATHENS, 17234<br>GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/03/2010 | 66757 | $44,133.00 | No Blocking Number LPS Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 2 – NO BLOCKING NUMBER LPS CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | LEHMAN BROTHERS AUSTRALIA LTD C/- PPB LEVEL 46, 19 MARTIN PLACE SYDNEY, NSW, 2000 AUSTRALIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 48829 | $5,500,000.00 | No Blocking Number LPS Claim |
| 18 | LEHMAN BROTHERS(LUXEMBOURG) EQUITY FINANCE S.A. (EN FAILLITE) C/O J.DELVAUX AND L. FISCH 2, RUE DE LA CHAPELLE LUXEMBOURG-CITY, L-1325 LUXEMBOURG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 59138 | Undetermined | No Blocking Number LPS Claim |
| 19 | LEHMANN, WALTRAUT C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12435 | $14,464.62 | No Blocking Number LPS Claim |
| 20 | LIVADITIS, JOHN 1 PELLIS STR KIFISSIA, ATHENS, 14561 GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/03/2010 | 66762 | $205,954.00 | No Blocking Number LPS Claim |
| 21 | MENA AGUILAR, VICTOR DAVID & NADER HARP, MARIA DE LOURDES - TOD ALL LIVING ISSUES C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/13/2009 | 2796 | $102,950.00 | No Blocking Number LPS Claim |
| 22 | ORIENT OCEAN LIMITED C/O UBS TRUSTEES (SINGAPORE) .TD. 5 TEMASEK BOULEVARD, #18-00 SUNTEC TOWER 5 , 038985 SINGAPORE | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6162 | $200,000.00 | No Blocking Number LPS Claim |

## OMNIBUS OBJECTION 92: EXHIBIT 2 – NO BLOCKING NUMBER LPS CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | PAPADOPULOU, LEDA<br>7 EPTALOFOU STR.<br>MAROUSI, 15124<br>GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/03/2010 | 66756 | $257,442.50 | No Blocking Number LPS Claim |
| 24 | PATTANAPEERADEJ, ORAWAN<br>209/1 NAMUANG RD<br>MUANG KHON KAEN 4000<br><br>THAILAND | | Lehman No Case Asserted/All Cases Asserted | 08/11/2009 | 7988 | $200,000.00 | No Blocking Number LPS Claim |
| 25 | PEREZ CHAVEZ, GUILLERMO & CHAVEZ,<br>ESPERANZA - JTWROS CALLE AZCARATEO<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY 10165 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/13/2009 | 2775 | $128,687.50 | No Blocking Number LPS Claim |
| 26 | PSAROUDAKI, ANGELIKI<br>DODEKANISSOU 13<br>ATHENS, 14562<br>GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/03/2010 | 66761 | $147,110.00 | No Blocking Number LPS Claim |
| 27 | RED HOUSE FINANCE LTD<br>PORTCULLIS TRUSTNET (SINGAPORE) PTE LTD<br>6 TEMASEK BOULEVARD<br>#09-05 SUNTEC TOWER FOUR<br>SINGAPORE, 038986 | | Lehman No Case Asserted/All Cases Asserted | 08/03/2009 | 6986 | $2,000,000.00 | No Blocking Number LPS Claim |
| 28 | ROTH, BEATRICE & GABOR<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13633 | $71,825.35 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 92: EXHIBIT 2 – NO BLOCKING NUMBER LPS CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 29 | SALAME, SOUAD<br>C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>DAVID J MARK<br>1633 BROADWAY<br>NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12316 | $100,000.00 | No Blocking Number LPS Claim |
| 30 | SALDANA CARO, EMILIO JAVIER & AREVALO<br>GUTIERREZ, ENNA & AREVALO, ERICK P S<br>JTWRO - C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY 10165 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/13/2009 | 2827 | $102,950.00 | No Blocking Number LPS Claim |
| 31 | SARAFF, SUSHEEL KUMAR & PUSHPA DEVI<br>(# 180522)<br>1349-62 SAICHOI MANSION<br>22ND FLOOR, TOWER B<br>CHAROENNAKORN ROAD, BANG LAMPHU<br>BANGKOK, 10600<br>THAILAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10707 | $100,000.00 | No Blocking Number LPS Claim |
| 32 | SAUTTLER, MAX FABIAU<br>BONDENWALD 30A<br>HAMBURG, 22453<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57040 | $4,270.80 | No Blocking Number LPS Claim |
| 33 | SPIRATOS, THEODOROS<br>99 ISMINIS STR.<br>ATHENS, 10443<br>GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/03/2010 | 66758 | $147,110.00 | No Blocking Number LPS Claim |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 92: EXHIBIT 2 – NO BLOCKING NUMBER LPS CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 34 | SURPLUS LINK LIMITED<br>ROOM 1705-8, 17/F, ST. GEORGE'S BUILDING<br>2 ICE HOUSE STREET<br>CENTRAL,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/13/2009 | 37507 | $400,000.00 | No Blocking Number LPS Claim |
| 35 | SWEENEY, KIRK<br>49A AIGBURTH,<br>12 TREGUNTER PATH,<br>MID-LEVELS<br>HONG KONG,<br>HONG KONG | | Lehman No Case Asserted/All Cases Asserted | 07/28/2009 | 6528 | $250,000.00 | No Blocking Number LPS Claim |
| 36 | TORRES LANDA U, MARIA & BOILES F, FRANCISCO, JTWROS TOD JUAN F & JUAN S<br>BOILES T - C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY 10165 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/13/2009 | 2765 | $25,737.50 | No Blocking Number LPS Claim |
| 37 | WILSKI, ERNA<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12429 | $43,393.86 | No Blocking Number LPS Claim |
| 38 | WU MEI CHU, SYLVIA<br>ROOM G, 3917, BLK 16, OCEAN SHORES<br>88 O KING ROAD, TIU KENG LENG<br>TSEUNG KWAN O, N.T.,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/28/2009 | 66023 | $275,000.00* | No Blocking Number LPS Claim |
| | | | | | TOTAL | $22,018,788.77 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts