# EXHIBIT 3

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 92: EXHIBIT 3 – NO BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ADAMS, MONIKA<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12446 | $8,678.77 | No Blocking Number LPS Claim |
| 2 | ADAMS, MONIKA<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12447 | $14,464.62 | No Blocking Number LPS Claim |
| 3 | ADE, VOLKER<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12422 | $13,018.16 | No Blocking Number LPS Claim |
| 4 | AMONN-DINGER, VERENA<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11169 | $14,606.43 | No Blocking Number LPS Claim |
| 5 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE<br>ATTN: JOHN GUILIANO<br>101 BARCLAY STREET, 8 WEST<br>NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21806 | $17,796,035.41* | No Blocking Number LPS Claim |
| 6 | BAUMHEIER, KATJA<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11170 | $1,436.51 | No Blocking Number LPS Claim |
| 7 | BAUMHEIER, KATJA<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11171 | $1,436.51 | No Blocking Number LPS Claim |
| 8 | BAYER, DR. INGEBORG<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12425 | $4,381.92 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 92: EXHIBIT 3 – NO BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | BAYER, DR. INGEBORG<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12426 | $5,785.85 | No Blocking Number LPS Claim |
| 10 | BECKER, DR. KLAUS<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13631 | $7,193.67 | No Blocking Number LPS Claim |
| 11 | BIESEMANN, DR. JOERG<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13624 | $36,161.55 | No Blocking Number LPS Claim |
| 12 | BROMMERT, ULRIKE<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12436 | $72,323.10 | No Blocking Number LPS Claim |
| 13 | BROSCHK, DIETER<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13637 | $8,678.77 | No Blocking Number LPS Claim |
| 14 | CZYGANOWSKI, SIEGFRIED<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13610 | $11,441.57 | No Blocking Number LPS Claim |
| 15 | DIETZSCH, KRISTIN<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11173 | $14,301.96 | No Blocking Number LPS Claim |
| 16 | DREIMANN, KLAUS<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13614 | $57,574.86 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 92: EXHIBIT 3 – NO BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | FASSBENDER, MARIA<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13638 | $7,090.50 | No Blocking Number LPS Claim |
| 18 | FETKENHEUER, LOTHAR<br>C/O NABER PC<br>300 CENTRAL AVENUE, SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 12/17/2010 | 67257 | $7,232.31 | No Blocking Number LPS Claim |
| 19 | FUCHS, GERHARD<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13632 | $25,525.80 | No Blocking Number LPS Claim |
| 20 | GANSER, ALBERT<br>C/O NABER PC<br>300 CENTRAL AVENUE, SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24995 | $7,232.31 | No Blocking Number LPS Claim |
| 21 | GETTE, HELENE<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12444 | $11,441.51 | No Blocking Number LPS Claim |
| 22 | HASSE, KLAUS-DIETER<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13628 | $14,464.62 | No Blocking Number LPS Claim |
| 23 | HEINZEN, HANS<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11178 | $16,067.07 | No Blocking Number LPS Claim |
| 24 | HIRSCH, KURT<br>C/O NABER PC<br>300 CENTRAL AVENUE SUTIE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11179 | $80,335.37 | No Blocking Number LPS Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 92: EXHIBIT 3 – NO BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

|  | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 25 | ILDEFONSO LACASTA MARCH<br>C/MANILA N 51, 1, 2A<br>BARCELONA, 08034<br>SPAIN | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45223 | $76,415.40 | No Blocking Number LPS Claim |
| 26 | ISHII, HIROICHI AND HELLA<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13602 | $28,485.37 | No Blocking Number LPS Claim |
| 27 | JAHN, URSULA & HORST<br>C/O NABER PC<br>300 CENTRAL AVENUE, SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24987 | $13,018.16 | No Blocking Number LPS Claim |
| 28 | JANSEN, WALTER<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34347 | $36,161.55 | No Blocking Number LPS Claim |
| 29 | JANSEN, WALTER<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34350 | $21,696.93 | No Blocking Number LPS Claim |
| 30 | JONAS, PETER AND HEIKE<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13605 | $10,125.23 | No Blocking Number LPS Claim |
| 31 | KAPALLA, KURT<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12448 | $28,485.37 | No Blocking Number LPS Claim |
| 32 | KASSENS, ELKE<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11180 | $7,232.31 | No Blocking Number LPS Claim |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 92: EXHIBIT 3 – NO BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 33 | KELLNER, MARTIN<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11181 | $18,988.36 | No Blocking Number LPS Claim |
| 34 | KIM, CHRISTINA<br>UNIT 3 98 THORN STREET<br>KANGAROO POINT, QLD 4169<br>AUSTRALIA | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 08/27/2009 | 9491 | $1,000,000.00 | No Blocking Number LPS Claim |
| 35 | KLIPPEL, ALMUT<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 12/17/2010 | 67260 | $4,254.30 | No Blocking Number LPS Claim |
| 36 | KLUG, KLAUS<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12442 | $18,804.01 | No Blocking Number LPS Claim |
| 37 | KOECHLING, HERMANN<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11184 | $28,929.24 | No Blocking Number LPS Claim |
| 38 | KRAWINKEL, ODO<br>C/O NABER PC<br>300 CNETRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12427 | $28,929.24 | No Blocking Number LPS Claim |
| 39 | KRAWINKEL, ODO<br>C/O NABER PC<br>300 CNETRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12428 | $57,858.48 | No Blocking Number LPS Claim |
| 40 | KUHNAST, FRANK-ROLAND<br>C/O NABER PC<br>300 CENTRAL AVENUE, SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 12/17/2010 | 67258 | $70,905.00 | No Blocking Number LPS Claim |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 92: EXHIBIT 3 – NO BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 41 | LENNARTZ, HEINZ WERNER<br>VENLOER STRASSE 112<br>WEGBERG, 41844<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/13/2009 | 39781 | $63,693.00 | No Blocking Number LPS Claim |
| 42 | LEWIN, JOERG<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34348 | $14,464.62 | No Blocking Number LPS Claim |
| 43 | LUCKS, IIONA<br>C/O NABER PC<br>300 CENTRAL AVENUE, SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24996 | $70,905.00 | No Blocking Number LPS Claim |
| 44 | LUKOSCHEK, WOLFGANG<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13611 | $56,970.75 | No Blocking Number LPS Claim |
| 45 | MARCHAND LOPEZ, HUMBERTO G.<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY 10165 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/13/2009 | 2794 | $203,600.00 | No Blocking Number LPS Claim |
| 46 | MARCHAND LOPEZ, HUMBERTO G.<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY 10165 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/13/2009 | 2795 | $205,900.00 | No Blocking Number LPS Claim |
| 47 | MARTINEZ SABE, HECTOR RAUL<br>TACUARL 1159<br>ASUNCION,<br>PARAGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31404 | $100,000.00 | No Blocking Number LPS Claim |
| 48 | MASTALEREK, MICHAEL<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11187 | $43,393.86 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 92: EXHIBIT 3 – NO BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 49 | MITTMANN, HANA<br>C/O NABER PC<br>300 CENTRAL AVENUE, SITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24990 | $73,032.15 | No Blocking Number LPS Claim |
| 50 | MUELLER, WILFRIED<br>C/O NABER PC<br>300 CENTRAL AVENUE, SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24991 | $21,696.93 | No Blocking Number LPS Claim |
| 51 | NOERRENBERG-SUDHAUS, WERNER<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11190 | $144,646.20 | No Blocking Number LPS Claim |
| 52 | OBERKERSCH, BEATRICE<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11191 | $46,286.78 | No Blocking Number LPS Claim |
| 53 | POSCH, MANFRED<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12441 | $4,381.93 | No Blocking Number LPS Claim |
| 54 | PROCESOS CONTROLADOS SE DE CV<br>C/O JOSEPH L. FOX, ESQ.<br>60 EAST 42ND STREET, SUITE 2231<br>NEW YORK, NY 10165 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 02/13/2009 | 2821 | $203,600.00 | No Blocking Number LPS Claim |
| 55 | PUNJAB NATIONAL BANK (INTERNATIONAL) LIMITED<br>87 GRESHAM STREET<br>LONDON, EC2V 7NQ<br>UNITED KINGDOM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63860 | $5,044,967.85 | No Blocking Number LPS Claim |
| 56 | RAKE, FRANK-REINER<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11192 | $14,393.72 | No Blocking Number LPS Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 92: EXHIBIT 3 – NO BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 57 | RAKEPOLL FINANCE N.V. DLA PIPER LLP (US) ATTN: TIMOTHY W. WALSH 1251 AVENUE OF THE AMERICAS NEW YORK, NY 10020-1104 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/09/2009 | 1638 | $10,910,000.00 | No Blocking Number LPS Claim |
| 58 | RAMPOLD, HEIDRUN ELISABETH BARTHELSTRASSE 125 50823 KOLN, GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11193 | $14,606.43 | No Blocking Number LPS Claim |
| 59 | RBS SECURITIES INC. ATTN: PIA FRIIS 600 WASHINGTON BOULEVARD STAMFORD, CT 06901 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 59793 | Undetermined | No Blocking Number LPS Claim |
| 60 | RBS SECURITIES INC. ATTN: PIA FRIIS 600 WASHINGTON BLVD STAMFORD, CT 06901 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 59794 | Undetermined | No Blocking Number LPS Claim |
| 61 | RODRIGUEZ, KARSTEN C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13621 | $14,464.62 | No Blocking Number LPS Claim |
| 62 | RUTTENER, JUERG FOR RUETTENER, HANNELORE C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | | Lehman No Case Asserted/All Cases Asserted | 12/17/2010 | 67267 | $11,344.80 | No Blocking Number LPS Claim |
| 63 | RUTTENER, JUERG FOR RUETTENER, HANS C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | | Lehman No Case Asserted/All Cases Asserted | 12/17/2010 | 67265 | $17,017.20 | No Blocking Number LPS Claim |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 92: EXHIBIT 3 – NO BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 64 | SCHIENER, FRIEDBERT WALTER UND HANNELORE EDELTRAUT<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11196 | $10,125.23 | No Blocking Number LPS Claim |
| 65 | SCHMIDT, KARIN<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11197 | $21,547.60 | No Blocking Number LPS Claim |
| 66 | SCHMIDT, RA PETRA<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11198 | $72,323.10 | No Blocking Number LPS Claim |
| 67 | SCHMITZ, HERBERT<br>C/O NABER PC<br>300 CENTRAL AVENUE, SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24960 | $88,234.18 | No Blocking Number LPS Claim |
| 68 | SCHMITZ, HERBERT<br>C/O NABER PC<br>300 CENTRAL AVENUE, SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24982 | $30,375.70 | No Blocking Number LPS Claim |
| 69 | SCHMITZ, HERBERT<br>C/O NABER PC<br>300 CENTRAL AVENUE, SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24983 | $36,161.55 | No Blocking Number LPS Claim |
| 70 | SCHMITZ, HERBERT<br>C/O NABER PC<br>300 CENTRAL AVENUE, SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24984 | $43,393.86 | No Blocking Number LPS Claim |
| 71 | SCHOBER, HANS-JOACHIM<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13634 | $5,785.85 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 92: EXHIBIT 3 – NO BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 72 | SCHOBER, MARITA<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13635 | $7,232.31 | No Blocking Number LPS Claim |
| 73 | SCHWEBIUS, SANDRA<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11199 | $13,018.16 | No Blocking Number LPS Claim |
| 74 | SCHWERDT, KORINNA, DR.<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 61158 | $70,905.00 | No Blocking Number LPS Claim |
| 75 | SOGECAP<br>ATTN: MAI NGUYEN<br>50 AVENUE DU GENERALE DE GAULLE<br>92093 LA DEFENCE CEDEX,<br>FRANCE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/01/2008 | 1168 | $260,000.00 | No Blocking Number LPS Claim |
| 76 | SOKOLOWSKI, CLAUS-GUENTHER<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11200 | $42,543.00 | No Blocking Number LPS Claim |
| 77 | SPERZEL, SUSANNE<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12443 | $85,086.00 | No Blocking Number LPS Claim |
| 78 | SPRINGER, WERNER<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13623 | $11,571.70 | No Blocking Number LPS Claim |
| 79 | STANGE, HANS-JOACHIM<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12440 | $4,381.93 | No Blocking Number LPS Claim |

OMNIBUS OBJECTION 92: EXHIBIT 3 – NO BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 80 | STEINFORT, SILVIA<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11201 | $14,464.62 | No Blocking Number LPS Claim |
| 81 | STEINFORT, SILVIA<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11202 | $14,464.62 | No Blocking Number LPS Claim |
| 82 | STEINFORT, SILVIA<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11203 | $14,464.62 | No Blocking Number LPS Claim |
| 83 | STEINMUELLER, DR. BERND & HILDEGARD<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13603 | $70,099.31 | No Blocking Number LPS Claim |
| 84 | TALREJA, ROHINI<br>APT BLOCK 2<br>RIVER VALLEY GROVE<br>#02-01<br>SINGAPORE, 238405<br>SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/23/2009 | 4983 | $100,000.00 | No Blocking Number LPS Claim |
| 85 | THE MINAMI-NIPPON BANK LIMITED<br>1-1 YAMASHITA-CHO KAGOSHIMA CITY<br>KAGOSHIMA, 892-0816<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 59150 | $9,000,000.00 | No Blocking Number LPS Claim |
| 86 | THOEMEL, HEINZ<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11207 | $14,464.62 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 3 – NO BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 87 | UTTENDORF, WILFRIED C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57811 | $21,271.50 | No Blocking Number LPS Claim |
| 88 | VOLK, HELMUT UND ANNEMARIE C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11209 | $14,464.62 | No Blocking Number LPS Claim |
| 89 | VON DER HEYDE, PHILIP C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11210 | $14,464.62 | No Blocking Number LPS Claim |
| 90 | WARTAK, BEATE C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11211 | $72,323.10 | No Blocking Number LPS Claim |
| 91 | WEBER HANS-HERMANN C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS, MT 59401 | | Lehman No Case Asserted/All Cases Asserted | 12/03/2010 | 67236 | $14,181.00 | No Blocking Number LPS Claim |
| 92 | WEBER HANS-HERMANN C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS, MT 59401 | | Lehman No Case Asserted/All Cases Asserted | 12/03/2010 | 67237 | $43,181.15 | No Blocking Number LPS Claim |
| 93 | WEBER HANS-HERMANN C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS, MT 59401 | | Lehman No Case Asserted/All Cases Asserted | 12/03/2010 | 67239 | $14,181.00 | No Blocking Number LPS Claim |
| 94 | WEIDLICH, JOERG C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13642 | $4,339.39 | No Blocking Number LPS Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 92: EXHIBIT 3 – NO BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 95 | WEISS, RENATE<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11212 | $10,125.23 | No Blocking Number LPS Claim |
| 96 | WENZEL, PETER<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11213 | $36,516.08 | No Blocking Number LPS Claim |
| 97 | WERNER, FRIEDHELM AND IRENE<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13615 | $5,785.85 | No Blocking Number LPS Claim |
| 98 | WILDEBRAND, PETER<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13609 | $14,181.00 | No Blocking Number LPS Claim |
| 99 | WIPPERN, MARGIT<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13619 | $2,853.93 | No Blocking Number LPS Claim |
| 100 | WITTIG, HANSPETER<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57824 | $1,460.84 | No Blocking Number LPS Claim |
| 101 | WOLF, ANDREAS<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13608 | $43,181.15 | No Blocking Number LPS Claim |
| 102 | WOLSKI, MIECZYSLAW<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 61159 | $7,232.31 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 92: EXHIBIT 3 – NO BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 103 | WOLSKI, MIECZYSLAW<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 61160 | $11,571.70 | No Blocking Number LPS Claim |
| 104 | WOLSKI, MIECZYSLAW<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 61191 | $14,464.62 | No Blocking Number LPS Claim |
| 105 | ZELLINGER, ERNST<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11224 | $20,250.47 | No Blocking Number LPS Claim |
| | | | | | TOTAL | $47,363,236.46 | |