# EXHIBIT 2

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 86: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DA SILVA FERREIRA, ANTONIO MANUEL COUTINHAS QUINTA DE FONTELAS- LOTE 7 AMARES, 4720-526 PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55254 | $58,444.00 | No Liability Claim |
| | | | | | TOTAL | $58,444.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts