# EXHIBIT 3

### IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 86: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ARDENIA HOLDINGS SA<br>60 MARKET SQUARE PO BOX 364<br>BZ BELIZE CITY,<br>BELIZE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51298 | $28,293.88 | No Liability Claim |
| 2 | CALAMANDA MANUEL PLENS<br>PLACA DEL MERCAT, 17<br>BELLCAIRE D'URGELL, 25337<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43129 | $19,811.40 | No Liability Claim |
| 3 | CAMPAGNER, ANTONELLA<br>C/DISEMINADOS 18<br>ALQUERIA BLANCA BALEARES, 07691<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/09/2009 | 37204 | $67,924.80 | No Liability Claim |
| 4 | CARRENO, CRISTINA LURRUENA<br>FRANCISCO GERVAS 17 1ST<br>MADRID, 28020<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13304 | $841,984.50 | No Liability Claim |
| 5 | CEBRIAN, FERNANDO ENGUIDANOS & CLEMENTE, MARIA BELEN VELEZ<br>CL. ALCALDE MARTINEZ DE LA OSSA, 2<br>ALBACETE, 02001<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 47998 | $28,302.00 | No Liability Claim |
| 6 | CESARIO, FABRIZIO<br>FLAT 1<br>12 REDCLIFFE SQUARE<br>LONDON, SW10 9JZ<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 50161 | $103,875.00 | No Liability Claim |
| 7 | CESARIS, FABRIZIO<br>FLAT 1<br>12 REDCLIFFE SQUARE<br>LONDON, SW10 9JZ<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 50160 | $21,125.00 | No Liability Claim |

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 86: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | COHN, DAVID NATHAN AND AMELIA MORENO ROSILLO<br>TRES PECES 14 ESTUDIO<br>MADRID, E-28012<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/12/2009 | 37362 | $62,370.00 | No Liability Claim |
| 9 | COMERCIAL JORDI S.A.<br>GREMI SELLETERS I BASTERS, 14<br>PALMA DE MALLORCA, 07009<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/01/2009 | 35867 | $420,284.70 | No Liability Claim |
| 10 | COSTERS-VAN LEEMPUTTEN, ALFONS<br>VRIJE JACHTLAAN 1<br>TREMELO, 3120<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 61658 | $50,080.80 | No Liability Claim |
| 11 | DE LA ROSA DIAZ, JOSE ANTONIO<br>CALLE JULIAN SANZ IBANEZ 44 4 C<br>ZARAGOZA, 50017<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 48715 | $16,352.92 | No Liability Claim |
| 12 | ELI, AHARON<br>15 SIRKIN ST.<br>HAIFA, 33115<br>ISRAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/20/2009 | 42706 | $284,860.00 | No Liability Claim |
| 13 | ELYASHIV, SHMUEL<br>MOSHAV BEF ELAZARI 86<br>, 76803<br>ISRAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45248 | $71,215.00 | No Liability Claim |
| 14 | FRANCISCO FERNANDEZ ROIG<br>C1 VIRGEN DEL ROSARIO 7 1<br>TORRENT, 46900<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45285 | $164,151.60 | No Liability Claim |

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 86: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | FRANCO, JOSE LUIS CAJAL & CASABELLA, CLARA LATORRE AVDA. PABLO GARGALLO 105 4 B ZARAGOZA, 50003 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/14/2009 | 40204 | $12,735.90 | No Liability Claim |
| 16 | GALVEZ, NEUS PENA SAINT IGNASI, 502 TERRASSA, 08221 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43125 | $45,283.20 | No Liability Claim |
| | | | | | TOTAL | $2,238,650.70 | |