# EXHIBIT 2

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 87: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | J.P. MORGAN SECURITIES LTD<br>125 LONDON WALL<br>LONDON, EC2Y 5AJ<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49690 | $1,274,676.12 | No Liability Claim |
| | | | | | TOTAL | $1,274,676.12 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts