# EXHIBIT 3

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 87: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | GOLDMAN, RON AND OR ORNA<br>25/31 BEN-YOSEF ST<br>TEL-AVIV, 69125<br>ISRAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 54812 | $135,308.50 | No Liability Claim |
| 2 | GROHS, CLAUDIA<br>LEIBNITZSTR. 17<br>ESSEN, 45219<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/02/2009 | 36008 | $103,408.99 | No Liability Claim |
| 3 | HALEBY, HENRY MANZANO<br>CURICO 18<br>OFICINA 501<br>SANTIAGO,<br>CHILE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36736 | $100,000.00 | No Liability Claim |
| 4 | KUX, JOHANNES<br>FEUERBACHSTR. 7<br>NEUMUENSTER, 24539<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31134 | $70,755.00 | No Liability Claim |
| 5 | MARCOS, PILAR LUEJE<br>C/ZURBARAN, 9 ESC. DCHA. 6C<br>MADRID, 28010<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45173 | $66,898.36 | No Liability Claim |
| 6 | MARCOS, PILAR LUEJE<br>C/ZURBARAN, 9 ESC. DCHA. 6C<br>MADRID, 28010<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45172 | $84,737.93 | No Liability Claim |
| 7 | MARTINEZ JIMENEZ, MARIA TERESA<br>C. MANUEL AGUILAR MUNOZ, NO. 17<br>MADRID, 68042<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/09/2009 | 37116 | $14,736.85 | No Liability Claim |
| 8 | MEURER, HORST & ELISABETH, DR.'S<br>AUF DEM VOGELSANG 17<br>KIRCHHAIN, 35274<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/31/2009 | 9969 | $219,711.68 | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 87: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | PANVEST LTD<br>21 THIRD AVE<br>SINGAPORE, 266594<br>SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/15/2009 | 65421 | $298,008.35 | No Liability Claim |
| | | | | | TOTAL | $1,093,565.66 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts