ROBBINS GELLER RUDMAN & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  1177
Telephone:  631/367-7100
631/367-1173 (fax)

Co-Counsel for Plaintiffs-Appellants

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :  Case No. 08-13555-JMP
:
:  Chapter 11
                    Debtor.  :
:
---------------------------------------------------
KA KIN WONG, *et al.*,  :
:
:
                    Plaintiffs,  :  Adversary Proceeding
:  No. 09-01120-JMP
     vs.  :
:
HSBC BANK USA, NATIONAL  :
ASSOCIATION, *et al.*,  :
:
                    Defendants.  :
---------------------------------------------------------------x

CERTIFICATE OF SERVICE

616277_1

I hereby certify that on March 31, 2011, I electronically filed **Plaintiffs-Appellants' Statement of Issues to be Presented Upon Appeal and Designation of Contents of the Record** through the Court's CM/ECF system on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid to the following persons:

Weil Gotshal & Manges LLP
*Attorneys for the Debtors, and Defendants to the Adversary Proceeding, Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc.*
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Telecopier: (212) 310-8007
Ralph I. Miller, Esq.
Richard W. Slack, Esq.
Peter Gruenberger, Esq.
Scarlett Collings, Esq.

Milbank, Tweed, Hadley & Mccloy LLP
*Attorneys for the Creditors' Committee*
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Telecopier: (212) 530-5219
Dennis F. Dunne, Esq.

Sidley LLP
*Attorneys for Principal Global Investors (Europe) and Principal Global Investors, LLC*
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Telecopier:(212) 839-5599
Michael G. Burke, Esq.

Clifford Chance US LLP
*Attorneys for Credit Agricole Corporate and Investment Bank*
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-8000
Telecopier: (212) 878-8375
Andrew P. Brozman, Esq.
Sara M. Tapinekis, Esq.

Pryor Cashman LLP
*Attorneys for HSBC Bank USA, N.A.*
7 Times Square
New York, NY 10036
Telephone: (212) 326-0421
Telecopier: (212) 798-6355
Tina M. Moss, Esq.

Nixon Peabody LLP
*Attorneys for Wellington Management Company, LLP*
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Telecopier: (212) 940-3111
Mark N. Berman, Esq.

| | |
|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>*Attorneys for Ballyrock ABS CDO 2007-1, Ltd.*<br>51 West 52nd Street<br>New York, NY  10019<br>Telephone: (212) 506-5000<br>Telecopier: (212) 506-5151<br>Steven J. Fink, Esq.<br>Thomas C. Mitchell, Esq. | Nixon Peabody LLP<br>*Attorneys for Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company*<br>437 Madison Avenue<br>New York, NY  10022<br>Telephone: (212) 940-3000<br>Telecopier: (212) 940-3111<br>Christopher M. Desiderio, Esq.<br>David H. Lee, Esq. |
| Reed Smith LLP<br>*Attorneys for The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A. and BNY Corporate Trustee Services Limited*<br>599 Lexington Avenue<br>New York, NY  10022<br>Telephone: (212) 521-5400<br>Telecopier: (212) 521-5450<br>Eric A. Schaffer, Esq.<br>Michael J. Venditto, Esq. | Chadbourne & Parke LLP<br>*Attorneys for HSBC Bank USA, N.A. as Trustee*<br>30 Rockefeller Plaza<br>New York, NY  10112<br>Telephone: (212) 408-5100<br>Telecopier: (212) 541-5369<br>David M. LeMay, Esq.<br>Christy L. Rivera, Esq. |
| Sutherland Asbill & Brennan LLP<br>*Attorneys for Aviva S.p.A., Aviva Italia Holding S.p.A., Aviva Vita S.p.A., Aviva Life S.p.A., Aviva Italia S.p.A., Aviva Assicurazioni S.p.A. and Aviva Previdenza S.p.A.*<br>1275 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004<br>Telephone: (202) 383-0100<br>Telecopier: (202) 637-3593<br>Mark D. Sherrill, Esq. | Alston & Bird, LLP<br>*Attorneys for Bank of America, N.A. Successor by Merger to Lasalle Bank, N.A.*<br>90 Park Avenue<br>New York, NY  10016<br>Telephone: (212) 210-9400<br>Telecopier: (212) 210-9444<br>Michael Johnson, Esq. |
| Chapman and Cutler LLP<br>*Attorneys for U.S. Bank, N.A. as Trustee*<br>111 West Monroe Street<br>Chicago, IL  60603<br>Telephone: (312) 845-3000<br>Telecopier: (312) 701-2361<br>James E. Spiotto, Esq.<br>Ann E. Acker, Esq.<br>Franklin H. Top, III, Esq. | Cahill Gordon & Reindel LLP<br>*Attorneys for Defendant HSBC Bank USA, N.A.*<br>80 Pine Street<br>New York, NY  100050-1702<br>Telephone: (212) 701-3000<br>Telecopier: (212) 269-5420<br>Howard G. Sloane<br>Patricia Farren<br>David G. Januszewski |

08-13555-mg    Doc 15497    Filed 03/31/11    Entered 03/31/11 15:29:19    Main Document
Pg 4 of 4

Office of the U.S. Trustee for the
Southern District of New York
*Counsel for U.S. Trustee*
33 Whitehall Street, 21st Floor
New York, NY  10004
Elisabetta G. Gasparini
Andrea B. Schwartz
Tracy Hope Davis

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 31, 2011.

                                 s/ Jason C. Davis
                                 JASON C. DAVIS

ROBBINS GELLER RUDMAN
 & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: Jdavis@rgrdlaw.com

- 3 -
616277_1