# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 89: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DA SILVA FERREIRA, ANTONIO MANUEL COUTINHAS<br>QUINTA DE FONTELAS- LOTE 7<br>AMARES, 4720-526<br>PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55255 | $92,000.00 | No Liability Claim |
| 2 | DIAS MOURA TEIXEIRA, RUI MANUEL<br>TORRE- PADRONELO<br>PADRONELO, 4600-701<br>PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 44686 | $137,234.32 | No Liability Claim |
| 3 | FUNDACION RAFAEL DEL PINO<br>PASED DE LA CASTELLANA, N 37<br>MADRID, 28046<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57540 | $2,762,457.39 | No Liability Claim |
| 4 | J.P. MORGAN SECURITIES LTD.<br>125 LONDON WALL<br>LONDON, EC2Y 5AJ<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49786 | $6,805,724.39 | No Liability Claim |
| 5 | LOPES DE SOUSA, MIGUEL<br>RUA DE SEZINS, 290-A VER-O-MAR<br>POVOA DE VARZIM, 4490-067<br>PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41969 | Undetermined | No Liability Claim |
| 6 | MANUEL COEHLO AFFONSO DE BARROS, ANTONIO<br>RUA ANDRE ALVARES DE ALMADA NO. 23<br>PORTO, 4150-067<br>PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49837 | $44,754.00 | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 89: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | XAVIER ROCHA GOMES VAN DER HART, MARIA CLARA<br>RUA CANGOSTA DA MISSA, N 79<br>ADAUFE, 4710-562<br>PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 44654 | $70,755.00 | No Liability Claim |
| | | | | | TOTAL | $9,912,925.10 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts