# EXHIBIT 3

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 89: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BORREMANS, LUCIEN - DRIES, ELISA<br>WYCKMANSVELD 6<br>B-2850 BOOM,<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36900 | $70,905.00 | No Liability Claim |
| 2 | BPI OBRIGACOES DE ALTO RENDIMENTO DE ALTO RISCO DE OBRIGACOES DE TAXA FIXA (BPI OARAR)<br>LARGO JEAN MONET, NO. 11, 5<br>LISBOA, 1250-049<br>PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57662 | $170,000.00 | No Liability Claim |
| 3 | BPI REFORMA INVESTIMENTO PPR<br>LARGO JEAN MONET, NO. 11, 5<br>LISBOA, 1250-049<br>PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57657 | $2,750,000.00 | No Liability Claim |
| 4 | BUYS, GRETA<br>BELLESTRAAT 75 A<br>SINT-NIKLAAS, B-9100<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51907 | $35,377.50 | No Liability Claim |
| 5 | CARDOEN, MARIJKE<br>IZEGEMSESTRAAT 6<br>ROESELAVE, 8800<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52368 | $56,604.00 | No Liability Claim |
| 6 | CAREPROVAN PRIVATE STICHTING<br>CIAMBERLANIDREEF 34<br>BEVEREN-WAAS, B9120<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51621 | $70,755.00 | No Liability Claim |
| 7 | COK, JOOP<br>MIKSEBAAN 232 BUS 4<br>BRASSCHAAT, B-2930<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51902 | $424,530.00 | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 89: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | DE BLIECK, BENOIT<br>ZEEDIJK-HET ZOUTE 773/51<br>KNOKKE-HEIST, 8300<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52126 | $35,377.50 | No Liability Claim |
| 9 | DE CLEEN, WALTER AND ANDIMIGNON, VERONIQUE<br>GENTSEWEG 172<br>BEVEREN, B-9120<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 61655 | $141,510.00 | No Liability Claim |
| 10 | DE URIES-SCHEIBERLICH, W.E.<br>EDISONSTRAAT 10<br>BADHOEUEDORP, 1171 AL<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 53220 | $170,172.00 | No Liability Claim |
| 11 | DE VILLE, DOMINIQUE<br>RUE SAINT MARTIN, 28<br>NIL-ST-VINCENT, 1457<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52125 | $70,755.00 | No Liability Claim |
| 12 | DOTSON INVESTMENTS LIMITED<br>BES SFE-ES AV. MIGUEL DANTAS - EDIFICIO STATUS<br>VALENCA DEL MINHO, 4930-678<br>PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 47171 | $653,141.31 | No Liability Claim |
| 13 | DU MORTIER-HOUYET, CHRISTIAN (MR. & MRS.)<br>AVENUE WINTERBERG, 17<br>RIXENSART, 1130<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52123 | $19,811.40 | No Liability Claim |
| 14 | DUMOLIM, DIDIER<br>J. VAM EYCKSTRAAT 4<br>MARKE, 8510<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51948 | $106,132.50 | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 89: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | DUMOLIM, PIERRE<br>MGR. DE HAERMELAAN 70<br>KORTRYK, 8500<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51950 | $141,510.00 | No Liability Claim |
| 16 | FLOS, GILBERTA<br>STATIONSTRAAT 28 D<br>GEEL, B-2440<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 48716 | $70,755.00 | No Liability Claim |
| 17 | FONDATION JEAN PRAET A.S.B.L.<br>BOULEVARD LAMBERMONT 63<br>BRUSSELS, 1030<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52290 | $56,604.00 | No Liability Claim |
| 18 | GROOT, A.M.A.<br>ROSS VAN LENNEPLAAN 23<br>SITTARD, 6132 AM<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45167 | $127,359.00 | No Liability Claim |
| 19 | HANDELMIJ VAN PERNIS B.V.<br>P/A HEIDEROOSWEG 1<br>BEEKBERGEN, 7361 GG<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 48996 | $70,755.00 | No Liability Claim |
| 20 | HIJMANS, R.A.<br>CANADASTRAAT 11<br>HOLTEN, 7451 ZJ<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 54693 | $73,585.20 | No Liability Claim |
| 21 | HULET, ANDRE<br>RUE DES HAIES 14<br>GERPINNES, 6280<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56678 | $46,698.00 | No Liability Claim |
| 22 | HULET, PIERRE<br>RUE L HEC Q 64<br>EPINOIS, 7134<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56679 | $35,377.00 | No Liability Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 89: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | JASO, BM<br>STREEPSTRAAT 58<br>KAPELLEN, B-2950<br>BELGIUM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51905 | $70,755.00 | No Liability Claim |
| 24 | KROON, M. AND DRONK, S.<br>P/A HARINGVLIET 387<br>ROTTERDAM, 3011 ZP<br>NETHERLANDS | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 61636 | $73,586.00 | No Liability Claim |
| 25 | KUPPENS-VAN DEN BROECK<br>PROVINCIEBAAN 11<br>RETIE, B-2470<br>BELGIUM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 48710 | $42,453.00* | No Liability Claim |
| 26 | LEENKNECHT, NORBERT - THERESE LECLUYSE<br>GROTE MARKT 35 BUS 53<br>KORTRIJK, 8500<br>BELGIUM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52055 | $212,265.00 | No Liability Claim |
| 27 | LIESTEKRI, BM<br>SEVENHANSLEI 47<br>KAPELLEN, B-2950<br>BELGIUM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51906 | $35,377.50 | No Liability Claim |
| 28 | VUKAILOVIC, ALEX<br>HOEHENBLICK 52A<br>FRANKFURT, 60431<br>GERMANY | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41609 | $20,000.00 | No Liability Claim |
| 29 | WEEMAES, CHRISTEL<br>TIJMSTRAAT 17<br>MELSELE, B9120<br>BELGIUM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45458 | $70,755.00 | No Liability Claim |
| 30 | WEEMAES, MONIQUE<br>OUDE ZANDSTRAAT 72<br>BEVEREN-WAAS, B-9120<br>BELGIUM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45459 | $70,755.00 | No Liability Claim |

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 89: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | WEEMAES, MUSSCHE GROTE MARKT 32 D32 BEVEREN-WAAS, B-9120 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45460 | $35,377.50 | No Liability Claim |
| 32 | WEISMIES ROGGESTRAAT 24 KERBERGEN, B-3140 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 61603 | $28,302.00 | No Liability Claim |
| | | | | | TOTAL | $6,057,340.41 | |