
Aargauische Kantonalbank

5001 Aarau
Bahnhofplatz 1
Telefon 062 835 77 77
www.akb.ch
MWSt-Nr. 100 203

Datum: 18. März 2011
Kontaktperson: Stefan Buser
Geht ohne Brief an:

Direktwahl: +41 62 835 76 26

United States Bankruptcy Court
for the Southern District of New York
Attention: Clerk of the Court
One Bowling Green
New York, New York 10004
U.S.A.

**Mitteilung**

☐ gemäss telefonischer Besprechung
☐ zur Kenntnisnahme
☐ zur Stellungnahme
☐ bitte unterschreiben/visieren
☐ bitte anrufen
☐ bitte zurücksenden
☐ bitte erledigen
☐ mit Dank zurück
☒ zu Ihren Akten
☐

Dear Sir or Madam

Enclosed you will find a "Notice of Transfer of Claims" relating to a transfer of Lehman securities.

Please confirm the transfer to the following address or via e-Mail to stefan.buser@akb.ch.

*Aargauische Kantonalbank*
*ISFS / Stefan Buser*
*Bahnhofplatz 1*
*5001 Aarau*
*Switzerland*

Yours sincerely

Stefan Buser

MAR 25 2011
U.S. BANKRUPTCY COURT, SDNY

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Neue Aargauer Bank AG** ("<u>Transferor</u>") unconditionally and irrevocably transferred to **Yvonne Roth-Naville** ("<u>Transferee</u>") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 55814) in the nominal of 50 units related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "<u>Debtor</u>"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED this March 7, 2011.

**Neue Aargauer Bank AG**

By: _____
Urs Widmer
Vizedirektor
Leiter Private Banking
Region Brugg

By: _____
Uwe Mall
Vizedirektor
Senior Relationship Manager
Region Brugg

_____
Dr. Yvonne Roth-Naville
Paradiesstrasse 26

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units of Claim related to Security |
|---|---|---|---|---|
| ANN5214R2547 | 55814 | October 29, 2009 | Lehman Brothers Securities NV | 50 |