# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 90: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DEKA FUNDMASTER INVESTMENTGESELLSCHAFT MBH, ON BEHALF OF: FUNDMASTER RRVRENT-FONDS/GESAMTKAPITALANLAGEN ROLAND RS HAHNSTRASSE 55 FRANKFURT, 60528 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62854 | $427,320.00* | No Liability Claim |
| 2 | DEKA FUNDMASTER INVESTMENTGESELLSCHAFT MBH, ON BEHALF OF: FUNDMASTER RRVRENT-FONDS HAHNSTRASSE 55 FRANKFURT, 60528 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58964 | $427,320.00* | No Liability Claim |
| 3 | FORTIS INVESTMENT MANAGEMNENT LUXEMBOURG S.A. ACTING ON BEHALF OF CSA L BD CORPORATR EURO 46 B AVENUE J.F. KENNEDY LUXEMBOURG, L 1855 LUXEMBOURG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62830 | $22,465,632.00* | No Liability Claim |
| 4 | FORTIS INVESTMENT MANAGEMNENT BELGIUM NV/SA ACTING ON BEHALF OF CSA L BD CORPORATR EURO AVENUE DE L'ASTRONOMIE, 14 BRUSELS, B-1210 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62832 | $6,086,007.00* | No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 90: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | FORTIS INVESTMENT MANAGEMNENT BELGIUM NV/SA ACTING ON BEHALF OF CSA L BD CORPORATR EURO AVENUE DE L'ASTRONOMIE, 14 BRUSSELS, B-1210 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62831 | $601,088.00* | No Liability Claim |
| 6 | J.P. MORGAN SECURITIES LTD. 125 LONDON WALL LONDON, EC2Y 5AJ UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49785 | $34,564,898.30 | No Liability Claim |
| 7 | ROYAL BANK OF SCOTLAND PLC, THE C/O RBS SECURITIES INC. ATTN: PIA FRIIS 600 WASHINGTON BOULEVARD STAMFORD, CT 06901 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 59649 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $64,572,265.30 | |