# EXHIBIT 3

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 90: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | MICHEL, KARIL<br>HOUCHENEE 28<br>TAVIER, 4163<br>BELGIUM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52127 | $70,755.00 | No Liability Claim |
| 2 | MISSUWE, BALS<br>SERINGENLAAN 10<br>SCHILDE, B-2970<br>BELGIUM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52293 | $70,755.00 | No Liability Claim |
| 3 | MULLENS<br>DIESTERSTEENWEG 23<br>HALEN, 3545<br>BELGIUM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/13/2009 | 65497 | $28,467.93 | No Liability Claim |
| 4 | NOYEN-RUELENS, VAN<br>RIDDER DESSAINLAAN 59<br>MECHELEN, B-2800<br>BELGIUM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51901 | $70,755.00 | No Liability Claim |
| 5 | NYSSENS, ALAIN<br>AVENUE DE L'OREE 24/BTE 2<br>BRUSSELS, 1000<br>BELGIUM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52122 | $28,302.00 | No Liability Claim |
| 6 | OOSTNEDERLANDSE VERENIGING AANNEMERS RESERVEFONDS (O.V.A.R.)<br>AIMELOSESTRAAT 22<br>AMBT DELDEN, 7495 TH<br>NETHERLANDS | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49003 | $176,888.00 | No Liability Claim |
| 7 | PEARSON, COLIN W.<br>VEELMANLANDEN 38<br>ENSCHEDE, 7542 MB<br>NETHERLANDS | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 48997 | $42,453.00 | No Liability Claim |

# IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 90: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | PRIEMS-BRESSER<br>ALBERTPLEIN 16 BUS 72<br>KNOKKE-HEIST, B-8300<br>BELGIUM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51908 | $141,510.00 | No Liability Claim |
| 9 | PROMIN VZW<br>WINTERLING 7<br>MERKSEM, B-2170<br>BELGIUM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52378 | $849,060.00 | No Liability Claim |
| 10 | REPER, FRANS<br>CHAUSSEE DE WATERLOO 778 BTE 10<br>BRUSSELS, 1180<br>BELGIUM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52124 | $16,981.20 | No Liability Claim |
| 11 | RYCKAERT, CECILIA<br>MELKERIJ 19/1<br>EEKLO, B-9900<br>BELGIUM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52140 | $14,151.00 | No Liability Claim |
| 12 | SCHOOFS, JEANINE<br>TIEP TIAP 2<br>BRAKEL, B-9660<br>BELGIUM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52143 | $70,755.00 | No Liability Claim |
| 13 | SCHRAM-DEFONSECA<br>JOZEF MULSLAAN 6<br>KAPELLEN, 2950<br>BELGIUM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52031 | $141,510.00 | No Liability Claim |
| 14 | SMET, FRANCOIS DE<br>AVENUE LOUIS PASTEUR 7523 DEPT B33<br>RCH VITACURA SANTIAGO,<br>CHILE | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 61530 | $99,057.00 | No Liability Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 90: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | SPEYER, JUAN ENRIQUE<br>11 DE SEPTIEMBRE NO 1888 - PISO 11<br>CIUDAD AUTONOMA DE BUENOS AIRES, 1428<br>ARGENTINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/12/2009 | 37376 | $56,700.00 | No Liability Claim |
| 16 | SPINETTE-ROSE, MR. & MRS. ROBERT<br>RUE BOIS MILORD 2<br>COURT S. ETIENNE, 1490<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52030 | $11,320.00 | No Liability Claim |
| 17 | STAES<br>REIGERSDREEF 2<br>SCHILDE, B-2970<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51175 | $141,510.00* | No Liability Claim |
| 18 | STAS-ORBAN, DOMINIQUE<br>NIEUUSTRAAT 51<br>DESSELGEM, 8792<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51997 | $42,453.00* | No Liability Claim |
| 19 | SUREKA, DEEPAK &/OR SHANKARLAL<br>13E, CONWAY MANSION<br>29 CONDUIT ROAD<br>MID-LEVELS,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41323 | $213,645.00* | No Liability Claim |
| 20 | TERMONT, ALINE<br>AV JEAN SIBELIUS 16 B 26<br>ANDERLECHT, 1070<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 54840 | $56,604.00 | No Liability Claim |
| 21 | VAN GORP, MARC<br>GROTE BAAN 97 BUS 7<br>RAVELS, B-2380<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45332 | $70,755.00 | No Liability Claim |

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 90: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 22 | VAN VOORST VADER-VAN ESCH, P.W.<br>STADSWAL NOORD 31<br>HUISSEN, 6851 VG<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 48951 | $42,453.00 | No Liability Claim |
| 23 | VANDEWALLE, KARIN<br>HOOGLATEMWEG 14<br>SINT MARTENS, B-9830<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51996 | $14,151.00 | No Liability Claim |
| | | | | | TOTAL | $2,470,991.13 | |