# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 95: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA ATTN: MR. ROBERT PALOMBO AND MR. ROSSANO GIUPPA VIALE OCEANO INDIANO 13C ROMA, 00144 ITALY | 20252 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $456,009.40* | Lehman Brothers Holdings Inc. | Unsecured | $394,344.25 |
| 2 | BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA ATTN: MR. ROBERT PALOMBO AND MR. ROSSANO GIUPPA VIALE OCEANO INDIANO 13C ROMA, 00144 ITALY | 20253 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $456,009.40* | Lehman Brothers Special Financing Inc. | Unsecured | $394,344.25 |

\* - Indicates claim contains unliquidated and/or undetermined amounts                Page 1 of 11

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 95: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 3 | BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. ACTING FOR AND ON BEHALF OF BK GARANTIA CUPON MEMORIA, II FI ATTN: MR. INIGO GUERRA / MR. JAVIER BOLLAIN / MS. ANA CASUSO P DE LA CASTELLANA, 29 MADRID, 28010 SPAIN | 28145 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,747,331.28* | Lehman Brothers Holdings Inc. | Unsecured | $2,615,128.80 |
| 4 | BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. ACTING FOR AND ON BEHALF OF BK MEMORIA 6 POR 4 GARANTIZADO II, FI ATTN: MR. INIGO GUERRA / MR. JAVIER BOLLAIN / MS. ANA CASUSO P DE LA CASTELLANA, 29 MADRID, 28010 SPAIN | 28146 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,350,011.67* | Lehman Brothers Holdings Inc. | Unsecured | $1,335,957.30 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 95: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 5 | BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. ACTING FOR AND ON BEHALF OF BK MEMORIA 6 POR 4 GARANTIZADO II, FI ATTN: MR. INIGO GUERRA / MR. JAVIER BOLLAIN / MS. ANA CASUSO P DE LA CASTELLANA, 29 MADRID, 28010 SPAIN | 28147 | 09/22/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $1,350,011.67* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $1,298,418.78 |
| 6 | BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. ACTING FOR & ON BEHALF OF BANKINTER INCENTIVO EUROPA II GARANTIZADO FI ATTN: MR. INIGO GUERRA / MR. JAVIER BOLLAIN / MS. ANA CASUSO P DE LA CASTELLANA, 29 MADRID, 28010 SPAIN | 28148 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $344,878.21* | Lehman Brothers Holdings Inc. | Unsecured | $316,148.80 |

### IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 95: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 7 | BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. ACTING FOR AND ON BEHALF OF BK MEMORIA 6X4 GARANTIZADO, FI ATTN: MR. INIGO GUERRA / MR. JAVIER BOLLAIN / MS. ANA CASUSO P DE LA CASTELLANA, 29 MADRID, 28010 SPAIN | 28149 | 09/22/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $7,096,498.84* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $6,513,437.15 |
| 8 | BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. ACTING FOR AND ON BEHALF OF BK GARANTIA CUPON MEMORIA II, FI ATTN: MR. INIGO GUERRA / MR. JAVIER BOLLAIN / MS. ANA CASUSO P DE LA CASTELLANA, 29 MADRID, 28010 SPAIN | 28150 | 09/22/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $2,747,331.28* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $2,541,647.36 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 95: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 9 | BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. ACTING FOR AND ON BEHALF OF BK MEMORIA 6X4 GARANTIZADO, FI ATTN: MR. INIGO GUERRA / MR. JAVIER BOLLAIN / MS. ANA CASUSO P DE LA CASTELLANA, 29 MADRID, 28010 SPAIN | 28151 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $7,096,498.84* | Lehman Brothers Holdings Inc. | Unsecured | $6,701,746.80 |
| 10 | BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. ACTING FOR & ON BEHALF OF BANKINTER INCENTIVO EUROPA II GARANTIZADO FI ATTN: MR. INIGO GUERRA / MR. JAVIER BOLLAIN / MS. ANA CASUSO P DE LA CASTELLANA, 29 MADRID, 28010 SPAIN | 28152 | 09/22/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $344,878.21* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $307,265.46 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 95: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 11 | BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. ACTING FOR AND ON BEHALF OF BK GARANTIA CUPON MEMORIA, FL ATTN: MR. INIGO GUERRA / MR. JAVIER BOLLAIN / MS. ANA CASUSO P DE LA CASTELLANA, 29 MADRID, 28010 SPAIN | 28153 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $4,895,412.46* | Lehman Brothers Holdings Inc. | Unsecured | $4,659,843.60 |
| 12 | BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. ACTING FOR AND ON BEHALF OF BK GARANTIA CUPON MEMORIA, FL ATTN: MR. INIGO GUERRA / MR. JAVIER BOLLAIN / MS. ANA CASUSO P DE LA CASTELLANA, 29 MADRID, 28010 SPAIN | 28154 | 09/22/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $4,895,412.46* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $4,528,908.56 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 95: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 13 | BLACKSTONE PARTNERS NON-TAXABLE OFFSHORE OVERLAY FUND III LTD. C/O SEWARD & KISSELL LLP ATTN: ARLENE R. ALVES ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33296 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $6,350,585.00* | Lehman Brothers Special Financing Inc. | Unsecured | $6,370,584.73 |
| 14 | BLACKSTONE PARTNERS NON-TAXABLE OFFSHORE OVERLAY FUND III LTD. C/O SEWARD & KISSELL LLP ATTN: ARLENE R. ALVES ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33297 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,350,585.00* | Lehman Brothers Holdings Inc. | Unsecured | $6,370,584.73 |
| 15 | GALLAHER COMMON INVESTMENT FUND ATTN: KEN FRY MEMBERS HILL BROOKLANDS ROAD WEYBRIDGE SURREY, KT13 0QU UNITED KINGDOM | 16656 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $51,333.43* | Lehman Brothers Holdings Inc. | Unsecured | $51,333.43 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 95: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 16 | GALLAHER COMMON INVESTMENT FUND ATTN: KEN FRY MEMBERS HILL BROOKLANDS ROAD WEYBRIDGE SURREY, KT13 0QU UNITED KINGDOM | 16662 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $51,333.43* | Lehman Brothers Special Financing Inc. | Unsecured | $50,842.54 |
| 17 | HJSI DEVONSHIRE, LLC C/O HJ SIMS INVESTMENTS, LLC JEFFREY SANDS, MANAGING MEMBER 3530 POST ROAD, SUITE 301 SOUTHPORT, CT 06890 | 28238 | 09/22/2009 | Lehman Brothers Derivative Products Inc. | Secured | Undetermined | Lehman Brothers Derivative Products Inc. | Unsecured | $38,114.00 |
| 18 | JPMC UK RETIREMENT FUND ATTN: KEN FRY FINSBURY DIALS 20 FINSBURY STREET LONDON, EC2Y 9AQ UNITED KINGDOM | 16647 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $105,537.57* | Lehman Brothers Holdings Inc. | Unsecured | $105,537.57 |
| 19 | JPMC UK RETIREMENT FUND ATTN: KEN FRY FINSBURY DIALS 20 FINSBURY STREET LONDON, EC2Y 9AQ UNITED KINGDOM | 16658 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $105,537.57* | Lehman Brothers Special Financing Inc. | Unsecured | $104,528.33 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 95: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 20 | M. STEVEN SEMBLER AND SANDRA C. SEMBLER, TENANTS BY ENTIRETY<br>1511 N. WESTSHORE BLVD., SUITE 300<br>TAMPA, FL 33615 | 33250 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $824,000.00 | Lehman Brothers Special Financing Inc. | Unsecured | $542,500.00 |
| 21 | MM ASSET MANAGEMENT LIMITED: MM INSTITUTIONAL FUNDS PLC MM UK BOND FUND<br>ATTN: KEN FRY<br>77 QUEEN VICTORIA STREET<br>ONE BOW CHURCHYARD<br>LONDON, EC4A 4AY<br>UNITED KINGDOM | 16646 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $21,868.00* | Lehman Brothers Holdings Inc. | Unsecured | $21,658.88 |
| 22 | MM ASSET MANAGEMENT LTD: MM INSTITUTIONAL FUNDS PLC MM UK BOND FUND<br>ATTN: KEN FRY, C.O.O<br>77 QUEEN VICTORIA STREET<br>ONE BOW CHURCHYARD<br>LONDON, EC4A 4AY<br>UNITED KINGDOM | 16665 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $21,868.00* | Lehman Brothers Special Financing Inc. | Unsecured | $21,658.88 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 95: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 23 | MNOPF TRUSTEES LIMITED AS TRUSTEE OF THE MERCHANT NAVY OFFICERS PENSION FUND ATTN: KEN FRY, C.O.O. ASHCOMBE HOUSE, THE CRESCENT LEATHERHEAD SURREY, KT22 8LQ UNITED KINGDOM | 16644 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $71,672.78* | Lehman Brothers Holdings Inc. | Unsecured | $71,672.78 |
| 24 | MNOPF TRUSTEES LIMITED AS TRUSTEE OF THE MERCHANT NAVY OFFICERS PENSION FUND ATTN: KEN FRY, C.O.O. ASHCOMBE HOUSE, THE CRESCENT LEATHERHEAD SURREY, KT22 8LQ UNITED KINGDOM | 16664 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $71,672.78* | Lehman Brothers Special Financing Inc. | Unsecured | $70,987.38 |
| 25 | TURKIYE SINAI KALKINMA BANKASI AS ATTN: KORHAN AKLAR MECLISI MEBUSAN CAD. 81 FINDIKLI 34427 ISTANBUL, TURKEY | 15805 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,127,080.00* | Lehman Brothers Special Financing Inc. | Unsecured | $1,002,078.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 95: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 26 | WAVE MASTER FUND LP THE WAVE MANAGEMENT COMPANY, LLC ATTN: KELLY DOUGHERTY 4 QUEEN STREET CHARLESTON, SC 29401 | 37353 | 10/12/2009 | Lehman Brothers Holdings Inc. | Unsecured | $423,676.97 | Lehman Brothers Holdings Inc. | Unsecured | $409,127.61 |
| 27 | WAVE MASTER FUND LP THE WAVE MANAGEMENT COMPANY, LLC ATTN: KELLY DOUGHERTY 4 QUEEN STREET CHARLESTON, SC 29401 | 37354 | 10/12/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $423,676.97 | Lehman Brothers Special Financing Inc. | Unsecured | $409,127.61 |
| | | | | | TOTAL | $49,780,711.22 | | TOTAL | $47,247,527.58 |

\* - Indicates claim contains unliquidated and/or undetermined amounts