# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 95: EXHIBIT 2 – VALUED DERIVATIVE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BREVAN HOWARD MASTER FUND LIMITED C/O BREAVAN HOWARD ASSET MANAGEMENT LLP ATTN: ALEX UNDERWOOD 55 BAKER STREET LONDON, W1U 8EW UNITED KINGDOM | 14684 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $32,235,070.00* | Lehman Brothers Holdings Inc. | Unsecured | $21,519,889.00 |
| 2 | BREVAN HOWARD MASTER FUND LIMITED C/O BREAVAN HOWARD ASSET MANAGEMENT LLP ATTN: ALEX UNDERWOOD 55 BAKER STREET LONDON, W1U 8EW UNITED KINGDOM | 14685 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $32,235,070.00* | Lehman Brothers Special Financing Inc. | Unsecured | $21,519,889.00 |
| 3 | LINC-REDONDO BEACH SENIORS, INC. C/O PENELOPE PARMES, ESQ. RUTAN & TUCKER, LLP 611 ANTON BOULEVARD, FOURTEENTH FLOOR COSTA MESA, CA 92626 | 4651 | 05/29/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | Undetermined | Lehman Brothers Derivative Products Inc. | Unsecured | $101,441.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 95: EXHIBIT 2 – VALUED DERIVATIVE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | LOUIS DREYFUS ENERGY SERVICES L.P. ATTN: KEVIN CAPONE, EXECUTIVE VICE-PRESIDENT ATTN: JOHN TESORIERO 20 WESTPORT ROAD WILTON, CT 06897-0843 | 13824 | 09/16/2009 | Lehman Brothers Commodity Services Inc. | Secured<br>Unsecured<br><br>Subtotal | $6,735,392.81<br>$0.00<br><br>$6,735,392.81 | Lehman Brothers Commodity Services Inc. | Unsecured | $6,770,641.52 |
| 5 | LOUIS DREYFUS ENERGY SERVICES L.P. ATTN: KEVIN CAPONE, EXECUTIVE VICE-PRESIDENT ATTN: JOHN TESORIERO 20 WESTPORT ROAD WILTON, CT 06897-0843 | 13825 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,735,392.81 | Lehman Brothers Holdings Inc. | Unsecured | $6,770,641.52 |
| 6 | PARKCENTRAL GLOBAL HUB LIMITED ATTN: CHARLES THRESH, JAMES BENNETT, PETER LOGIE C/O KPMG ADVISORY LIMITED CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON, HM 08 BERMUDA | 27584 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured[1] | $48,937,726.00* | Lehman Brothers Holdings Inc. | Unsecured | $5,998,296.80 |

---

[1] The counterparty originally asserted that this was a secured claim, however, the claim was reclassified to an unsecured claim by Order dated September 2, 2010.

\* - Indicates claim contains unliquidated and/or undetermined amounts          Page 2 of 4

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 95: EXHIBIT 2 – VALUED DERIVATIVE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 7 | PARKCENTRAL GLOBAL HUB LIMITED LEH CRED NUM: 1000197052 C/O KPMG ADVISORY LIMITED ATTENTION: CHARLES THRESH CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON, HM 08 BERMUDA | 66382 | 03/10/2010 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $32,657,000.00* $16,280,726.00* $48,937,726.00 | Lehman Brothers Special Financing Inc. | Unsecured | $5,998,296.80 |
| 8 | SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD AS SUCCESSOR TO TIFFANY & CO. C/O SILVER POINT CAPITAL, LP ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH, CT 06830 | 20292 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured | $9,717,258.00 | Lehman Brothers Special Financing Inc. | Unsecured | $8,157,092.41 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 95: EXHIBIT 2 – VALUED DERIVATIVE CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 9 | SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD AS SUCCESSOR TO TIFFANY & CO<br>C/O SILVER POINT CAPITAL, LP<br>ATTN: ADAM J. DEPANFILIS<br>660 STEAMBOAT ROAD<br>GREENWICH, CT 06830 | 20319 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $9,717,258.00 | Lehman Brothers Holdings Inc. | Unsecured | $8,157,092.41 |
| | | | | | TOTAL | $195,250,893.62 | | TOTAL | $84,993,280.46 |