# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ALLEGIANCE (DC) 1150 18TH STREET LLC C/O PICK & ZABICKI LLP 369 LEXINGTON AVENUE, 12TH FLOOR NEW YORK, NY 10017 | 24594 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $11,325,442.00 | Lehman Brothers Special Financing Inc. | Unsecured | $0.00 |
| | TRANSFERRED TO: JPMORGAN CHASE BANK, N.A. TRANSFEROR: ALLEGIANCE (DC) 1150 18TH STREET LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK, NY 10005 | | | | | $3,000,001.00 | Lehman Brothers Special Financing Inc. | Unsecured | $3,000,001.00 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS**

| NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 ALLEGIANCE (DC) 1150 18TH STREET LLC C/O PICK & ZABICKI LLP 369 LEXINGTON AVENUE, 12TH FLOOR NEW YORK, NY 10017 | 24595 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $11,325,442.00 | Lehman Brothers Holdings Inc. | Unsecured | $0.00 |
| TRANSFERRED TO: JPMORGAN CHASE BANK, N.A. TRANSFEROR: ALLEGIANCE (DC) 1150 18TH STREET LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK, NY 10005 | | | | | $3,000,001.00 | Lehman Brothers Holdings Inc. | Unsecured | $3,000,001.00 |
| 3 ALPHA BANK A.E. ATTN: PANTELIS SGARDELIS FINANCIAL MARKETS - GROUP PLANNING DIVISION 40 STADIOU STR. ATHENS, GR-10252 GREECE | 20731 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,607,243.44* | Lehman Brothers Holdings Inc. | Unsecured | $0.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | ALPHA BANK A.E. ATTN: PANTELIS SGARDELIS FINANCIAL MARKETS - GROUP PLANNING DIVISION 40 STADIOU STR. ATHENS, GR-10252 GREECE | 20732 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,607,243.44* | Lehman Brothers Special Financing Inc. | Unsecured | $0.00 |
| 5 | AMERICAN INTERNATIONAL GROUP INC RETIREMENT PLAN TRUST C/O AIG INVESTMENTS ATTN: CISSIE ABRAHAM, VP & ASSISTANT GENERAL COUNSEL 399 PARK AVENUE, 4TH FLOOR NEW YORK, NY 10022 | 34195 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $12,496,044.00* | Lehman Brothers Holdings Inc. | Unsecured | $6,126,900.14 |
| 6 | ARCHSTONE F/K/A ARCHSTONE-SMITH OPERATING TRUST ATTN: ARIEL AMIR 9200 EAST PANORAMA CIRCLE, STE 400 ENGLEWOOD, CO 80112 | 20213 | 09/21/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $614,221.98 | Lehman Brothers Derivative Products Inc. | Unsecured | $542,025.43 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 7 | ARCHSTONE F/K/A ARCHSTONE-SMITH OPERATING TRUST ATTN: ARIEL AMIR 9200 EAST PANORAMA CIRCLE, STE 400 ENGLEWOOD, CO 80112 | 20220 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $552,266.45 | Lehman Brothers Special Financing Inc. | Unsecured | $510,340.41 |
| 8 | ASBL FONDS DE PENSION ET DE PREVOYANCE DE LA S.A IBM BELGIUM C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33022 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $434,507.34 | Lehman Brothers Special Financing Inc. | Unsecured | $433,632.56 |
| 9 | BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: UFFICIO CONSULENZE E VERTENZE LEGALI VIA SAN CARLO 8/20 MODENA, 41100 ITALY | 7908 | 08/10/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,627,703.00 | Lehman Brothers Special Financing Inc. | Unsecured | $1,577,966.54 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 10 | BANCA POPOLARE DELL'EMILIA ROMAGNA SOCIETA COOPERATIVA ATTN: UFFICIO CONSULENZE E VERTENZE LEGALI VIA SAN CARLO 8/20 MODENA, 41100 ITALY | 7905 | 08/10/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,627,703.00 | Lehman Brothers Holdings Inc. | Unsecured | $1,577,966.54 |
| 11 | BANCA POPOLARE DELL'EMILIA ROMAGNA SOCIETA COOPERATIVA ATTN: UFFICIO CONSULENZE E VERTENZE LEGALI VIA SAN CARLO 8/20 MODENA, 41100 ITALY | 7906 | 08/10/2009 | Lehman Brothers Commercial Corporation | Unsecured | $586,089.00 | Lehman Brothers Commercial Corporation | Unsecured | $452,486.00 |
| 12 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. TRANSFEROR: BOSQUE POWER COMPANY, LLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FARIMILE LANE, COBHAM SURREY, KT11 2PD UNITED KINGDOM | 66139 | 01/20/2010 | Lehman Brothers Holdings Inc. | Unsecured | $52,669,390.90* | Lehman Brothers Holdings Inc. | Unsecured | $47,385,000.00 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 13 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. TRANSFEROR: BOSQUE POWER COMPANY, LLC 11-13 BOULEVARD DE LA FOIRE L 1528 LUXEMBOURG | 66140 | 01/20/2010 | Lehman Brothers Commodity Services Inc. | Unsecured | $52,669,390.90* | Lehman Brothers Commodity Services Inc. | Unsecured | $47,385,000.00 |
| 14 | CEBFT RUSSELL LONG DURATION FIXED INCOME FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 30861 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $143,927.12 $158,071.51 $301,998.63 | Lehman Brothers Special Financing Inc. | Unsecured | $154,313.91 |
| 15 | CIVIL AVIATION AUTHORITY PENSION SCHEME C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33004 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $401,291.49* $4,608,146.32* $5,009,437.81 | Lehman Brothers Special Financing Inc. | Unsecured | $4,596,736.20 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS | AMOUNT | DEBTOR (MODIFIED) | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 16 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OFI INSTITUTIONAL CORE FIXED INCOME FUND, LLC, ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29337 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $26,788.00 | Lehman Brothers Special Financing Inc. | Unsecured | $19,829.20 |
| 17 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER COMMODITY STRATEGY TOTAL RETURN FUND, ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29331 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $816,562.00 | Lehman Brothers Special Financing Inc. | Unsecured | $692,902.00 |
| 18 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER COMMODITY STRATEGY TOTAL RETURN FUND, ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29332 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $814,044.00 | Lehman Brothers Holdings Inc. | Unsecured | $692,902.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 19 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER LIMITED-TERM GOVT FUND ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29327 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $993,554.00 | Lehman Brothers Special Financing Inc. | Unsecured | $795,346.00 |
| 20 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER LIMITED-TERM GOVT FUND ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29328 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $990,490.00 | Lehman Brothers Holdings Inc. | Unsecured | $795,346.00 |
| 21 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER US GOVT TRUST ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29329 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $849,389.00 | Lehman Brothers Special Financing Inc. | Unsecured | $707,074.00 |
| 22 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER US GOVT TRUST ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29330 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $846,769.00 | Lehman Brothers Holdings Inc. | Unsecured | $707,074.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 23 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF OFI INSTITUTIONAL COMMODITIES STRATEGY FUND I, LLC (F/K/A OFI INSTITUTIONAL REAL ASSET FUND, LLC) ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29341 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,199.00 | Lehman Brothers Special Financing Inc. | Unsecured | $1,260.00 |
| 24 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF OFI INSTITUTIONAL COMMODITIES STRATEGY FUND I, LLC (F/K/A OFI INSTITUTIONAL REAL ASSET FUND, LLC) ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29342 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,199.00 | Lehman Brothers Holdings Inc. | Unsecured | $1,260.00 |
| 25 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF OFI INSTITUTIONAL CORE FIXED INCOME FUND, LLC ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29338 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $26,788.00 | Lehman Brothers Holdings Inc. | Unsecured | $19,829.20 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 26 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8132 | 08/13/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $5,675,660.00 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $5,270,000.00 |
| 27 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8133 | 08/13/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $4,645,320.00 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $4,320,000.00 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 28 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8134 | 08/13/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $17,240,880.00 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $16,030,000.00 |
| 29 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8135 | 08/13/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $21,022,880.00 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $19,550,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 30 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8136 | 08/13/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $8,771,880.00 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $8,150,000.00 |
| 31 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8137 | 08/13/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $15,025,010.00 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $13,970,000.00 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 32 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8138 | 08/13/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $995,410.00 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $925,000.00 |
| 33 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8140 | 08/13/2009 | Lehman Brothers Holdings Inc. | Unsecured | $4,645,320.00 | Lehman Brothers Holdings Inc. | Unsecured | $4,320,000.00 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 34 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8141 | 08/13/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,675,660.00 | Lehman Brothers Holdings Inc. | Unsecured | $5,270,000.00 |
| 35 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8143 | 08/13/2009 | Lehman Brothers Holdings Inc. | Unsecured | $17,240,880.00 | Lehman Brothers Holdings Inc. | Unsecured | $16,030,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|------|---------|------------|--------|-------|--------|--------|-------|--------|
| 36 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8144 | 08/13/2009 | Lehman Brothers Holdings Inc. | Unsecured | $21,022,880.00 | Lehman Brothers Holdings Inc. | Unsecured | $19,550,000.00 |
| 37 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8145 | 08/13/2009 | Lehman Brothers Holdings Inc. | Unsecured | $8,771,880.00 | Lehman Brothers Holdings Inc. | Unsecured | $8,150,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 38 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8146 | 08/13/2009 | Lehman Brothers Holdings Inc. | Unsecured | $15,025,010.00 | Lehman Brothers Holdings Inc. | Unsecured | $13,970,000.00 |
| 39 | CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2DD UNITED KINGDOM | 8147 | 08/13/2009 | Lehman Brothers Holdings Inc. | Unsecured | $995,410.00 | Lehman Brothers Holdings Inc. | Unsecured | $925,000.00 |
| 40 | DEL MAR TERRACE APARTMENT 7007 INDIAN SCHOOL ROAD PHOENIX, AZ 85033 | 7791 | 08/10/2009 | Lehman No Case Asserted/All Cases Asserted | Unsecured | $100,000.00 | Lehman Brothers Derivative Products Inc. | Unsecured | $52,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 41 | DEUTSCHE BANK AG, LONDON BRANCH WINCHESTER HOUSE ATTN: MICHAEL SUTTON/ ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON, EC2N 2DB UNITED KINGDOM | 27016 | 09/22/2009 | Lehman Brothers Commercial Corporation | Unsecured | $10,785,837.59* | Lehman Brothers Commercial Corporation | Unsecured | $9,750,000.00 |
| 42 | DEUTSCHE BANK AG, LONDON BRANCH WINCHESTER HOUSE ATTN: MICHAEL SUTTON/ ALEXANDER DRAEMER 1 GREAT WINCHESTER STREET LONDON, EC2M 3XD UNITED KINGDOM | 27017 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $10,785,837.59* | Lehman Brothers Holdings Inc. | Unsecured | $9,750,000.00 |
| 43 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON, EC2N 2DB UNITED KINGDOM | 7369 | 08/05/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $14,697,630.04 | Lehman Brothers Special Financing Inc. | Unsecured | $12,700,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 44 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON, EC2N 2DB UNITED KINGDOM | 7370 | 08/05/2009 | Lehman Brothers Holdings Inc. | Unsecured | $14,697,630.04 | Lehman Brothers Holdings Inc. | Unsecured | $12,700,000.00 |
| 45 | EATON VANCE CDO IX, LTD C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18241 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,130,866.43 | Lehman Brothers Holdings Inc. | Unsecured | $6,046,510.24 |
| 46 | EATON VANCE CDO IX, LTD. C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18243 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $6,130,866.43 | Lehman Brothers Special Financing Inc. | Unsecured | $6,046,510.24 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 47 EATON VANCE CORP C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18260 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $231,347.38 | Lehman Brothers Special Financing Inc. | Unsecured | $177,830.71 |
| 48 EATON VANCE CORP C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18261 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $231,347.38 | Lehman Brothers Holdings Inc. | Unsecured | $177,830.71 |
| 49 EATON VANCE SHORT DURATION DIVERSIFIED INCOME FUND C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18262 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $405,070.11 | Lehman Brothers Special Financing Inc. | Unsecured | $349,921.49 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|---|
| 50 | EATON VANCE SHORT DURATION DIVERSIFIED INCOME FUND C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18263 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $405,070.11 | Lehman Brothers Holdings Inc. | Unsecured | $349,921.49 |
| 51 | EMERGING MARKETS LOCAL INCOME PORTFOLIO C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18264 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $350,342.97 | Lehman Brothers Special Financing Inc. | Unsecured | $326,655.11 |
| 52 | EMERGING MARKETS LOCAL INCOME PORTFOLIO C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18265 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $350,342.97 | Lehman Brothers Holdings Inc. | Unsecured | $326,655.11 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 53 | GLOBAL MACRO PORTFOLIO C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18245 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $263,049.72 | Lehman Brothers Holdings Inc. | Unsecured | $36,191.85 |
| 54 | GLOBAL MACRO PORTFOLIO C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18246 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $263,049.72 | Lehman Brothers Special Financing Inc. | Unsecured | $36,191.85 |
| 55 | HYDRO ONE PENSION PLAN C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33021 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | $687,312.21 $164,305.28  $851,617.49 | Lehman Brothers Special Financing Inc. | Unsecured | $160,165.22 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|---|
| 56 | INDIANAPOLIS LIFE INSURANCE COMPANY N/K/A AVIVA LIFE AND ANNUITY CO. C/O AVIVA INVESTORS NORTH AMERICA, INC. 699 WALNUT STREET, SUITE 17000 DES MOINES, IA 50309 | 65960 | 12/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,382,547.95 | Lehman Brothers Special Financing Inc. | Unsecured | $0.00 |
| 57 | ING FIXED INCOME ABSOLUTE RETURN MASTER LTD C/O ING INVESTMENT MANAGEMENT CO ATTN: GERALD LINS ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 16501 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,233,343.15* | Lehman Brothers Holdings Inc. | Unsecured | $1,068,275.50 |
| 58 | ING FIXED INCOME ABSOLUTE RETURN MASTER LTD C/0 ING INVESTMENT MANAGEMENT CO ATTN: GERALD LINS ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 16502 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,233,343.15* | Lehman Brothers Special Financing Inc. | Unsecured | $1,069,386.76 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 59 | ING PROPRIETARY ALPHA FUND, THE LLC C/O ING INVESTMENT MANAGEMENT CO. ATTN: GERALD LINS, GENERAL COUNSEL/ ARMAND APONTE, VICE PRESIDENT AND COUNSEL 230 PARK AVE NEW YORK, NY 100169 | 66606 | 05/11/2010 | Lehman Brothers Holdings Inc. | Unsecured | $1,562,038.16* | Lehman Brothers Holdings Inc. | Unsecured | $666,406.78 |
| 60 | ING PROPRIETARY ALPHA FUND, THE LLC C/O ING INVESTMENT MANAGEMENT CO. ATTN: GERALD LINS, GENERAL COUNSEL/ ARMAND APONTE, VICE PRESIDENT AND COUNSEL 230 PARK AVE NEW YORK, NY 100169 | 66607 | 05/11/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $1,562,038.16* | Lehman Brothers Special Financing Inc. | Unsecured | $667,100.00 |
| 61 | INTERNATIONAL INCOME PORTFOLIO C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18266 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $194,444.49 | Lehman Brothers Special Financing Inc. | Unsecured | $183,084.16 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 62 | INTERNATIONAL INCOME PORTFOLIO C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18267 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $194,444.49 | Lehman Brothers Holdings Inc. | Unsecured | $183,084.16 |
| 63 | KAISER FOUNDATION HOSPITALS INC C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33023 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $209,104.01 | Lehman Brothers Special Financing Inc. | Unsecured | $208,822.80 |
| 64 | KAMUNTING STREET MASTER FUND LTD ATTN: GEORGE MARINOPOULOS 140 EAST 45TH STREET, 15TH FLOOR NEW YORK, NY 10017 | 25709 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $139,536.07* | Lehman Brothers Holdings Inc. | Unsecured | $0.00 |
| 65 | KAMUNTING STREET MASTER FUND LTD 300 ATLANTIC ST STE 701 STAMFORD, CT 06901-3520 | 25710 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $139,536.07* | Lehman Brothers Special Financing Inc. | Unsecured | $0.00 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 66 | LUMINANT ENERGY COMPANY LLC C/O WHOLESALE CONTRACT ADMINISTRATION 500 N. AKARD STREET, LP-13 DALLAS, TX 75201 | 10228 | 09/03/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $150,663,525.00 | Lehman Brothers Commodity Services Inc. | Unsecured | $58,500,000.00 |
| 67 | LUMINANT ENERGY COMPANY LLC HUNTON & WILLIAMS LLP ATTN: JARRETT HALE & JESSE MOORE 1445 ROSS AVE STE 3700 DALLAS, TX 75202-2799 | 30074 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $150,663,525.00 | Lehman Brothers Holdings Inc. | Unsecured | $58,500,000.00 |
| 68 | LUTHERAN SOCIAL MINISTRIES OF NEW JERSEY RE: DERIVATIVE MASTER ACCOUNT # 060205LSMN 6 TERRI LANE, SUITE 300 BURLINGTON, NJ 08016 | 25059 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $95,518.24 | Lehman Brothers Special Financing Inc. | Unsecured | $16,590.24 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 69 NEKTAR ASSET MANAGEMENT AB FOR THE NEKTAR FUND ATTN MANAGING DIRECTOR NORMALMSTORG 14 PO BOX 7030 SE - 103 86 STOCKHOLM, SE-103 86 SWEDEN | 26250 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $5,390,759.04*<br><br>$5,390,759.04 | Lehman Brothers Special Financing Inc. | Unsecured | $4,300,000.00 |
| 70 NEKTAR ASSET MANAGEMENT AB FOR THE NEKTAR FUND ATTN MANAGING DIRECTOR NORMALMSTORG 14 PO BOX 7030 SE - 103 86 STOCKHOLM, SE-103 86 SWEDEN | 26251 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,390,759.04* | Lehman Brothers Holdings Inc. | Unsecured | $4,300,000.00 |
| 71 NRG POWER MARKETING LLC 211 CARNEGIE CENTER PRINCETON, NJ 08540 | 33210 | 09/22/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $2,316,951.53 | Lehman Brothers Commodity Services Inc. | Unsecured | $1,729,863.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 72 | O'CONNOR CAPITAL STRUCTURE OPPORTUNITY MASTER LIMITED, WALKERS SPV LIMITED, WALKERS HOUSE, 87 MARY STREET GEORGE TOWN, KY1-9002 CAYMAN ISLANDS | 33186 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,800,569.00* | Lehman Brothers Special Financing Inc. | Unsecured | $1,387,147.00 |
| 73 | O'CONNOR CAPITAL STRUCTURE OPPORTUNITY MASTER LIMITED, C/O WALKERS SPV LIMITED, WALKERS HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN, KY1-9002 CAYMAN ISLANDS | 32102 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $1,800,569.00* | Lehman Brothers Holdings Inc. | Unsecured | $1,387,147.00 |
| 74 | PACIFIC GAS & ELECTRIC CORPORATION POST RETIREMENT MEDICAL TRUST C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33003 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $169,687.22 | Lehman Brothers Special Financing Inc. | Unsecured | $169,574.38 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 75 | RAILWAYS PENSION TRUSTEE COMPANY LIMITED AS TRUSTEE OF THE RAILWAYS PENSION SCHEMES BROAD STREET HOUSE, SIXTH FLOOR 55 OLD BROAD STREET LONDON, EC2M 1LJ UNITED KINGDOM | 16268 | 09/18/2009 | Lehman Brothers Commercial Corporation | Unsecured | $257,528.24 | Lehman Brothers Commercial Corporation | Unsecured | $116,949.20 |
| 76 | RESERVOIR MASTER FUND LP C/O RMF GP, LLC ATTN: STEPHEN CHO 650 MADISON AVENUE, 24TH FLOOR NEW YORK, NY 10022 | 28404 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $872,174.85* | Lehman Brothers Holdings Inc. | Unsecured | $828,565.00 |
| 77 | RESERVOIR MASTER FUND LP C/O RMF GP, LLC ATTN: STEPHEN CHO 650 MADISON AVENUE, 24TH FLOOR NEW YORK, NY 10022 | 28405 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $1,400,555.15* $874,125.60* $2,274,680.75 | Lehman Brothers Special Financing Inc. | Unsecured | $828,565.00 |
| 78 | REYNOLDS AMERICAN INC. DEFINED BENEFIT MASTER TRUST C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33002 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $421,786.34 $4,519,290.73 $4,941,077.07 | Lehman Brothers Special Financing Inc. | Unsecured | $4,515,299.31 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 79 | RGF RUSSELL GLOBAL EQUITY FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33050 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $702,299.80 $688,130.25 $1,390,430.05 | Lehman Brothers Special Financing Inc. | Unsecured | $685,672.00 |
| 80 | RIC EMERGING MARKETS C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33020 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $34,866.65 | Lehman Brothers Special Financing Inc. | Unsecured | $34,819.76 |
| 81 | RIC II PLC THE GLOBAL BOND (EURO HEDGED) FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 30859 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $24,480.64 | Lehman Brothers Holdings Inc. | Unsecured | $22,348.80 |
| 82 | RIC II PLC THE GLOBAL BOND (EURO HEDGED) FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33041 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $514,267.36 $22,355.64 $536,623.00 | Lehman Brothers Special Financing Inc. | Unsecured | $22,348.80 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|-----------|--------|--------|--------|--------|-------|--------|
| 83 | RIC III PLC THE ACTIVE CURRENCY FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33019 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $64,546.56 $271,389.70 $335,936.26 | Lehman Brothers Special Financing Inc. | Unsecured | $269,847.01 |
| 84 | RIC PLC THE US BOND FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33043 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $8,743,220.27 $80,589.87 $8,823,810.14 | Lehman Brothers Special Financing Inc. | Unsecured | $21,152.40 |
| 85 | RIC RUSELL SHORT DURATION BOND FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 30862 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $114,561.81 $85,628.06 $200,189.87 | Lehman Brothers Special Financing Inc. | Unsecured | $6,558.26 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 86 | RIFL LLC RUSSELL INTERNATIONAL EQUITY FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33018 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $278,000.45 $79,737.01 $357,737.46 | Lehman Brothers Special Financing Inc. | Unsecured | $79,234.53 |
| 87 | RUSSELL GLOBAL EQUITY C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33017 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $457,854.19 $419,406.45 $877,260.64 | Lehman Brothers Special Financing Inc. | Unsecured | $418,101.31 |
| 88 | SAN REMO APARTMENTS, L.P. ATTN: ROBERTO C. RUIZ 3777 EAST BROADWAY BOULEVARD, SUITE 200 TUCSON, AZ 85716 | 10649 | 09/08/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $191,186.49 | Lehman Brothers Derivative Products Inc. | Unsecured | $161,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|---|
| 89 | SCHILLER PARK CLO LTD. C/O DEERFIELD CAPITAL MANAGEMENT LLC ATTN: LISA J. FORBES ONE O'HARE CENTRE, 9TH FLOOR 6250 NORTH RIVER ROAD ROSEMONT, IL 60018 | 19157 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | $2,508,255.00* | Lehman Brothers Holdings Inc. | Unsecured | $2,451,440.00 |
| 90 | SCHILLER PARK CLO LTD. C/O DEERFIELD CAPITAL MANAGEMENT LLC ATTN: LISA J. FORBES ONE O'HARE CENTRE, 9TH FLOOR 6250 NORTH RIVER ROAD ROSEMONT, IL 60018 | 19158 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | $2,508,255.00* | Lehman Brothers Special Financing Inc. | Unsecured | $2,451,440.00 |
| 91 | SHROPSHIRE COUNTY PENSION FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33016 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $62,270.35 $641,968.51 $704,238.86 | Lehman Brothers Special Financing Inc. | Unsecured | $639,917.50 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|-----------|--------|----------------|--------|-----------------|-------|--------|
| 92 | SIEMENS AG ATTN: HANS-PETER RUPPRECHT CORPORATE TREASURER MUNICH, 80312 GERMANY | 11420 | 09/11/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $12,194,013.31 | Lehman Brothers Special Financing Inc. | Unsecured | $12,426,036.06 |
| 93 | SIEMENS AG ATTN: HANS-PETER RUPPRECHT CORPORATE TREASURER MUNICH, 80312 GERMANY | 11421 | 09/11/2009 | Lehman Brothers Holdings Inc. | Unsecured | $12,150,006.06 | Lehman Brothers Holdings Inc. | Unsecured | $12,426,036.06 |
| 94 | SORIN MASTER FUND, LTD 400 ATLANTIC STREET, 12TH FLOOR STAMFORD, CT 06901 | 42249 | 10/20/2009 | Lehman Brothers Holdings Inc. | Unsecured | $8,509,860.71 | Lehman Brothers Holdings Inc. | Unsecured | $3,548,678.00 |
| 95 | SORIN MASTER FUND, LTD. 400 ATLANTIC STREET, 12TH FLOOR STAMFORD, CT 06901 | 42248 | 10/20/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $8,509,860.71 | Lehman Brothers Special Financing Inc. | Unsecured | $3,548,678.00 |
| 96 | STICHTING BEDRIJFSTAKPENSIOENFONDS ZORGVERZEKERAARS C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33015 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | $105,607.51 $396,852.98  $502,460.49 | Lehman Brothers Special Financing Inc. | Unsecured | $395,413.19 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 97 | SUN LIFE ASSURANCE COMPANY OF CANADA (US) ONE SUN LIFE EXECUTIVE PARK SC1306 WELLESLEY HILLS, MA 02481 | 67015 | 08/12/2010 | Lehman Brothers OTC Derivatives Inc. | Secured Unsecured Subtotal | $7,900,000.00 $1,536,086.47 $9,436,086.47 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $1,536,086.47 |
| 98 | THE ROYAL BANK OF SCOTLAND, PLC TRANSFEROR: GLOBAL SECURITIES EMERGING MARKETS RELATIVE VALUE MASTER FUND LP ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD, CT 06901 | 33525 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $3,863,783.82* | Lehman Brothers Holdings Inc. | Unsecured | $3,767,000.00 |
| 99 | THE ROYAL BANK OF SCOTLAND, PLC TRANSFEROR: GLOBAL SECURITIES EMERGING MARKETS RELATIVE VALUE MASTER FUND LP ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD, CT 06901 | 33527 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $1,200,000.00* $2,663,783.82* $3,863,783.82 | Lehman Brothers Special Financing Inc. | Unsecured | $3,767,000.00 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 100 | TYKHE FUND LTD ATTN: MICHAEL COLLINS ARGONAUT HOUSE 5 PARK ROAD HAMILTON, HM 09 BERMUDA | 19954 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $4,221,736.00 | Lehman Brothers Special Financing Inc. | Unsecured | $4,000,000.00 |
| 101 | TYKHE FUND LTD ATTN: MICHAEL COLLINS, DIRECTOR ARGONAUT HOUSE 5 PARK ROAD HAMILTON, HM 09 BERMUDA | 19955 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $4,221,736.00 | Lehman Brothers Holdings Inc. | Unsecured | $4,000,000.00 |
| 102 | UNUM LIFE INSURANCE COMPANY OF AMERICA (INCORPORATED) UNUM GROUP, LAW DEPT. 7S 1 FOUNTAIN SQUARE CHATTANOOGA, TN 37402 | 15140 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $176,128.00 | Lehman Brothers Special Financing Inc. | Unsecured | $176,128.00 |
| 103 | UNUM LIFE INSURANCE COMPANY OF AMERICA (INCORPORATED) UNUM GROUP, LAW DEPT. 7S 1 FOUNTAIN SQUARE CHATTANOOGA, TN 37402 | 15142 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $176,128.00 | Lehman Brothers Holdings Inc. | Unsecured | $176,128.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|------------|--------|----------------|--------|----------|-------|--------|
| 104 | WESTERN ASSET US CORE BOND FUND C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT. W-1471 385 EAST COLORADO BLVD. PASADENA, CA 91101 | 21053 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | $218,896.67 $967.22<br><br>$219,863.89 | Lehman Brothers Special Financing Inc. | Unsecured | $967.22 |
| 105 | WESTERN ASSET US CORE BOND FUND C/O WESTERN ASSET MANAGEMENT CO. ATTN: LEGAL DEPT W-1471 385 E. COLORADO BLVD. PASADENA, CA 91101 | 21212 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | $218,896.67 $967.22<br><br>$219,863.89 | Lehman Brothers Holdings Inc. | Unsecured | $967.22 |
| 106 | WYOMING RETIREMENT FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33014 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $68,643.26 | Lehman Brothers Special Financing Inc. | Unsecured | $68,577.00 |
| 107 | XEROX PENSIONS LIMITED C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33013 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,836.82 | Lehman Brothers Special Financing Inc. | Unsecured | $3,827.32 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 108 | YORK ASIAN OPPORTUNITIES MASTER FUND, L.P. C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | 17660 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,863,764.00* | Lehman Brothers Special Financing Inc. | Unsecured | $1,576,295.56 |
| 109 | YORK CAPITAL MANAGEMENT, L.P. C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | 17664 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $436,021.00* | Lehman Brothers Special Financing Inc. | Unsecured | $388,677.59 |
| 110 | YORK CREDIT OPPORTUNITIES FUND, L.P. C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | 17657 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $6,048,474.00* | Lehman Brothers Special Financing Inc. | Unsecured | $3,961,508.20 |
| 111 | YORK CREDIT OPPORTUNITIES FUND, L.P. C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | 17659 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,048,474.00* | Lehman Brothers Holdings Inc. | Unsecured | $3,961,508.20 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 100: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 112 | YORK GLOBAL VALUE PARTNERS, L.P. C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | 17662 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $677,077.00* | Lehman Brothers Special Financing Inc. | Unsecured | $551,476.16 |
| 113 | YORK INVESTMENT LIMITED C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | 17670 | 09/19/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,206,488.00* | Lehman Brothers Special Financing Inc. | Unsecured | $970,070.61 |
| 114 | YORK SELECT UNIT TRUST C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | 17668 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,228,190.00* | Lehman Brothers Special Financing Inc. | Unsecured | $999,382.05 |
| 115 | YORK SELECT, L.P. C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK, NY 10153 | 17666 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,037,623.00* | Lehman Brothers Special Financing Inc. | Unsecured | $844,891.36 |
| | | | | | TOTAL | $821,121,765.85 | | TOTAL | $527,576,649.08 |

* - Indicates claim contains unliquidated and/or undetermined amounts