# EXHIBIT 2

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 100: EXHIBIT 2 – SETTLED DERIVATIVE CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RIC RUSSELL STRATEGIC BOND FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 30863 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $13,387,287.35 $2,635,922.85 $16,023,210.20 | Lehman Brothers Special Financing Inc. | Unsecured | $2,240,213.05 |
| 2 | RIC RUSSELL STRATEGIC BOND FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 33054 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,394,286.18 | Lehman Brothers Holdings Inc. | Unsecured | $2,240,213.05 |
| | | | | | TOTAL | $18,417,496.38 | | TOTAL | $4,480,426.10 |

\* - Indicates claim contains unliquidated and/or undetermined amounts