# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 85: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BARTON, CAROL A<br>3 PARK AVENUE<br>ENGLISHTOWN, NJ 07726 | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6359 | Undetermined | No Liability Claim |
| 2 | BRAMSON, BRYANT<br>1 WOOD AVENUE, PH2<br>WESTMOUNT, QC H3Z 3C5<br>CANADA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/08/2009 | 10628 | $3,114.84 | No Liability Claim |
| 3 | DOYLE, ANTHONY<br>8 OAKENCLOUGH ROAD<br>BACUP<br>,LANCS, OL13 9ET<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/21/2009 | 5791 | Undetermined | No Liability Claim |
| 4 | FICK, ROBERT OR JOYCE OR THOMAS<br>215 LUCILLE STREET<br>FORT ATKINSON, WI 53538 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 7085 | Undetermined | No Liability Claim |
| 5 | KEELEY, PATRICK<br>122 S. COUNTY FARM ROAD<br>WHEATON, IL 60187 | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6291 | Undetermined | No Liability Claim |
| 6 | MANAGEMENT AND CAPITAL PARTNERS<br>C/O KLESTADT AND WINTERS LLP<br>292 MADISON AVE, 17TH FLOOR<br>NEW YORK, NY 10017 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30433 | $76,951.26 | No Liability Claim |
| 7 | MCLAREN, NATALIE B.<br>101 PARK BLVD S. APT. #107<br>VENICE, FL 34285 | | Lehman No Case Asserted/All Cases Asserted | 09/08/2009 | 10786 | Undetermined | No Liability Claim |
| 8 | VIRGIN EARTH(JAPAN)<br>61 ICHIGAYA-YAKUOIMACHI #505<br>SHINJUKU-KU<br>TOKYO, 13 162-0063<br>JAPAN | | Lehman No Case Asserted/All Cases Asserted | 07/28/2009 | 6511 | $0.00 | No Liability Claim |
| | | | | | TOTAL | $80,066.10 | |