# EXHIBIT 2

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 85: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DANIELSON, PAUL T REVOCABLE LIVING TRUST<br>1903 N VILLAGE AVE<br>TAMPA, FL 33612-3946 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/21/2009 | 5807 | $5,000.00 | No Liability Claim |
| | | | | | TOTAL | $5,000.00 | |

* - Indicates claim contains unliquidated and/or undetermined amounts