PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
Telephone: (215) 981-4481
Facsimile: (215) 981-4750
Francis J. Lawall, Esq. (FL 0972)
Nina M. Varughese, Esq.

Counsel for ExxonMobil Gas Marketing Europe Limited

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et. al.*, | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Please take notice that the undersigned hereby enters his appearance for and on behalf of ExxonMobil Gas Marketing Europe Limited ("ExxonMobil"), pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"); and the undersigned hereby requests, pursuant to Rules 2002 and 9001 of the Bankruptcy Rules and 11 U.S.C. § 342, that he be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices and other papers, filed or served, in these cases or any proceeding therein, be served upon the counsel listed below at the following address, facsimile number, and e-mail address:

#14076153 v1

Francis J. Lawall, Esq.
Nina M. Varughese, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
Telephone: (215) 981-4481
Facsimile: (215) 981-4750
E-Mail: lawallf@pepperlaw.com

       Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein. This Notice of Appearance and Request for Notice, and any subsequent appearance, pleading, claim, or suit, shall not be deemed or construed to be a waiver of ExxonMobil's right: (1) to have final orders in noncore matters entered only after de novo review by a District Judge; (2) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, setoffs, or recoupments to which ExxonMobil is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments ExxonMobil expressly reserves.

#14076153 v1

-3-

Dated: March 31, 2011                    Respectfully Submitted,

                                         PEPPER HAMILTON LLP

                                         By: /s/ Francis J. Lawall
                                             Francis J. Lawall, Esq. (FL 0972)
                                             Nina M. Varughese, Esq.
                                             Pepper Hamilton LLP
                                             3000 Two Logan Square
                                             Eighteenth and Arch Streets
                                             Philadelphia, Pennsylvania 19103-2799
                                             Telephone: (215) 981-4481
                                             Facsimile: (215) 981-4750
                                             E-Mail: lawallf@pepperlaw.com

                                         *Counsel for ExxonMobil Gas Marketing Europe Limited*