PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
Telephone: (215) 981-4481
Facsimile: (215) 981-4750
Francis J. Lawall, Esq. (FL 0972)
Nina M. Varughese, Esq.

Counsel for ExxonMobil Gas Marketing Europe Limited

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et. al.*, | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 31, 2011, true and accurate copies of the foregoing Notice of Appearance and Request for Notice were caused to be served via United States first class mail, postage prepaid, on the entities on the attached service list.

#14076060 v1

-2-

Dated: March 31, 2011                    Respectfully Submitted,

                                                              PEPPER HAMILTON LLP

                                                              By: /s/ Francis J. Lawall
                                                                    Francis J. Lawall, Esq. (FL 0972)
                                                                    Nina M. Varughese, Esq.
                                                                    Pepper Hamilton LLP
                                                                    3000 Two Logan Square
                                                                    Eighteenth and Arch Streets
                                                                    Philadelphia, Pennsylvania 19103-2799
                                                                    Telephone: (215) 981-4481
                                                                    Facsimile: (215) 981-4750
                                                                    E-Mail: lawallf@pepperlaw.com

                                                            *Counsel for ExxonMobil Gas Marketing Europe Limited*

-2-

#14076060 v1

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Tracy Hope Bavis
Office of the U. S. Trustee for the SDNY
33 White hall Street
21st Floor
New York, NY 10004

Lehman Brothers Holdings Inc
c/o Richard P. Krasnow, Esquire
Lori R. Fife, Esquire
Shai Y. Waisman, Esquire
Jacqueline Marcus, Esquire
Weil Gotshal & Manges, LLp
767 Fifth Avenue
New York, NY 10153

Official Committee of Unsecured Creditors
c/o Dennis F. Dunne, Esquire
Dennis O'Donnell, Esquire
Evan Fleck, Esquire
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

Post-Petition Lenders
c/o Robinson B. Lacy, Esquire
Hydee R. Feldstein, Esquire
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004

Post-Petition Lenders
c/o Lindsee P. Granfield, Esquire
Lisa Schweiger, Esquire
Cleary Gotliebb, LLP
One Liberty Plaza
New York, NY 10006

#10968823 v1