# EXHIBIT 2

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 88: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ROYAL BANK OF SCOTLAND PLC, THE C/O RBS SECURITIES INC. ATTN: PIA FRIIS 600 WASHINGTON BOULEVARD STAMFORD, CT 06901 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 59653 | Undetermined | No Liability Claim |
| 2 | VOIGT, ERROL JOHN P.O. BOX 9317 JOHANNESBURG, 2000 SOUTH AFRICA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 59110 | $144,447.72 | No Liability Claim |
| | | | | | TOTAL | $144,447.72 | |

* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 1 of 1