# EXHIBIT 3

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 88: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | PRIJS, BEN<br>ZONNEBLOEMLAAN 7<br>AERDENHOUT, 2111 ZD<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 54579 | $16,981.20 | No Liability Claim |
| 2 | PRIJS-LIPS, J.M.<br>ZONNEBLOEMLAAN 7<br>AERDENHOUT, 2111 ZD<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 54580 | $12,735.90 | No Liability Claim |
| 3 | RAM, JACOB<br>4 ITZHAK MANGER STREET<br>HERZELIYA, 46681<br>ISRAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/20/2009 | 42707 | $142,430.00 | No Liability Claim |
| 4 | RAM, JACOB<br>4 MANGER STREET<br>HERZELIYA, 46681<br>ISRAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25516 | $65,232.00 | No Liability Claim |
| 5 | RUIZ-TARIADOR LARRAZABAL, JOSE-MANUEL<br>C/ FUENTE DEL BERRO NO. 10-6-B.<br>MADRID, 28009<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49658 | $132,292.42 | No Liability Claim |
| 6 | SIVAN, ALEX<br>P.O. BOX 3368<br>GEBORONE,<br>BOTSWANA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56035 | $31,334.60 | No Liability Claim |
| 7 | SMADJA, HAIM<br>P.O. BOX 3368<br>GABORONE,<br>BOTSWANA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56036 | $156,673.00 | No Liability Claim |
| 8 | SOUSA, JOSE MARTINHO SILVA<br>RUA ZE DO TELHADO, 79<br>MARCO CANAVESES, 4630-309<br>PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/30/2009 | 35802 | $7,076.00 | No Liability Claim |

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 88: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | STOCKER, HANNELORE<br>LE PARADOR I<br>7 CHEMIN CROVETTO FRERES<br>, 98000<br>MONACO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41140 | $11,320.80 | No Liability Claim |
| 10 | STOTT, JEAN TODD<br>PORT DE LA BONAIGUA 9<br>VALLIRANA BARCELONA, 08759<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51535 | $44,598.90 | No Liability Claim |
| 11 | SUBIRA, JUAN ANTONIO MARCOS<br>C/BOLIVIA, 17-8 0 D<br>MADRID, 28016<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/14/2009 | 40161 | $35,679.13 | No Liability Claim |
| 12 | VANDEBROEK, ROGER<br>WEGNAAR DE GRANWE STEEN 31<br>HEUSDEN ZOLDER, 3550<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55106 | $327,589.00 | No Liability Claim |
| 13 | WEIGELT, MARCO<br>POTSDAMER STR. 9<br>ZIERENBERG, 32489<br>GERMANY | | Lehman No Case Asserted/All Cases Asserted | 10/21/2009 | 43496 | $4,254.00 | No Liability Claim |
| | | | | | TOTAL | $988,196.95 | |