# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 91: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | CAGLIERO, ROBERT J.<br>5280 - 302 WEST HARBOR VILLAGE DR.<br>VERO BEACH, FL 32967-7362 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 32535 | $25,000.00 |
| 2 | FRIEDMAN, SAMUEL JR.<br>JEFFREY FREIEDMAN, ESQ.<br>100 OWINGS COURT<br>SUITE 4<br>REISTERSTOWN, MD 21136 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/19/2009 | 4915 | $30,000.00 |
| 3 | HSBC BANK (URUGUAY) SA<br>CALLE RINCON 422<br>ESQUINA SAVALA<br>MONTEVIDEO,<br>URUGUAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31882 | Undetermined |
| 4 | KAZUMICHI NORIMATSU<br>14-10-306 SUZURANDAI-HIGASHIMACHI<br>9-CHOME,<br>KITAKU KOBE-CITY HYOGO, 651-1112<br>JAPAN | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/26/2009 | 46347 | Undetermined |
| 5 | MAILLOT LIMITED II<br>TRIDENT CHAMBERS, WICKHAMS CAY<br>ROADTOWN, WICKHAMS CAY,<br>VIRGIN ISLANDS (BRITISH) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31897 | $297,675.00 |
| 6 | MEE, CATHERINE<br>42 HUTTLESTON AVEN<br>FAIRHAVEN, MA 02719 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/25/2009 | 34972[1] | $9,990.80 |

---

[1] Claim 34972 is being reclassified as equity solely with respect to its asserted claim of $9,990.80 for the securities with CUSIP No. 52520W317. The portion of Claim 34972 that is asserting a claim of $24,850 for the securities with CUSIP Nos. 52520E200 and 52520X208 were previously expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) dated December 22, 2010 [Docket No. 13621].

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 91: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

|  | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 7 | N.V.TRUSTMAATSCHAPPIJ VAN BANCO DI CARIBE SCHOTTEGATWEG OOST 205 WILLEMSTAD, CURACAO, NETHERLANDS ANTILLES |  | Lehman No Case Asserted/All Cases Asserted | 08/18/2009 | 8656[2] | Undetermined |
| 8 | NEW YORK STATE COMPTROLLER THOMAS P. DINAPOLI AS TRUSTEE OF THE NEW YORK STATE COMMON RETIREMENT FUND C/O ENTWISTLE & CAPPUCCI LLP 280 PARK AVENUE, 26TH FLOOR WEST NEW YORK, NY 10017 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29068 | $216,281,686.01 |
| 9 | NORIEGA, PATRICIA A. NATACION NO.21 COLONIA RAQUET CLUB HERMOSILLO, SONORA, MEXICO |  | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 24121 | $23,058.57 |
| 10 | PERSICO, ALFONSO A 51 BEAR CREEK DRIVE HILTON HEAD PLANTATION HILTON HEAD ISLAND, SC 29926-1926 |  | Lehman No Case Asserted/All Cases Asserted | 08/24/2009 | 9209[3] | Undetermined |
| 11 | PROTECTIVE LIFE INSURANCE COMPANY JAYNA LAMAR 1901 6TH AVENUE NO., STE 2400 BIRMINGHAM, AL 35203 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 19858 | $10,750,000.00 |

---

[2] Claim 24121 is being reclassified as equity solely with respect to its asserted claim for the securities identified with the symbol LEHMQ. The portion of Claim 24121 that is asserting a claim for securities with CUSIP Nos. 52520E200, 52520B206 and 52520X208 were previously expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) dated December 22, 2010 [Docket No. 13621].

[3] Claim 9209 is being reclassified as equity solely with respect to its asserted claim for the securities with CUSIP No. 52520W317. The portion of Claim 9209 that is asserting a claim for the securities with CUSIP No. 52519Y209 was previously expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) dated December 22, 2010 [Docket No. 13621].

### IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 91: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 12 | PROTECTIVE LIFE INSURANCE COMPANY<br>JAYNA LAMAR<br>1901 6TH AVENUE NO. STE 2400<br>BIRMINGHAM, AL 35203 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/20/2010 | 67272 | $10,750,000.00 |
| 13 | REICHERT, FRANK A.<br>REICHERT, DOROTHY G.<br>7032 BASSWOOD ROAD<br>FREDERICK, MD 21703-7138 | | Lehman No Case Asserted/All Cases Asserted | 09/14/2009 | 12177 | $35,000.00 |
| 14 | SLOCUM, JEFFREY SHANNON<br>1029 B HERKIMER ST<br>HOUSTON, TX 77008 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/25/2008 | 1096 | $21,400.00 |
| | | | | | TOTAL | $238,248,660.40 |