# EXHIBIT 2

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 91: EXHIBIT 2 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | SCHMIDT, JOSEPH W & BEATRICE<br>810 W. 12TH STREET<br>RENO, NV 89503 | | Lehman No Case Asserted/All Cases Asserted | 08/25/2009 | 9395 | $24,549.82 |
| 2 | SCHMIDT, JOSEPH W & BEATRICE<br>810 W. 12TH STREET<br>RENO, NV 89503 | | Lehman No Case Asserted/All Cases Asserted | 08/25/2009 | 9396 | $25,244.03 |
| | | | | | TOTAL | $49,793.85 |

\* - Indicates claim contains unliquidated and/or undetermined amounts