RECEIVED

MAR 2 3 2011

U.S. BANKRUPTCY COURT, SDNY
JMP

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re<br>LEHMAN BROTHERS HOLDINGS INC., et al.<br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |
| --- | --- |

The Honorable James M. Peck
Courtroom 601
One Bowling Green, New York
New York 10004, U.S.A.

OBJECTION TO DEBTORS REQUEST TO DISALLOW & EXPUNGE

| Creditor Name and Address:<br>SIVAN, ALEX<br>P.O. BOX 3368<br>GABORONE,<br>BOTSWANA | Claim Number: | 56035 |
| --- | --- | --- |
| | Date Filed: | 10/29/2009 |
| | Debtor: | 08-13555 |
| | Classification and Amount: | UNSECURED: $31,334.60 |

According to the guidance given to creditors of the Lehman Programs Securities on the official Lehman bankruptcy website www.lehman-docket.com directing to http://chapter11.epiqsystems.com/LBH/Project/default.aspx securities issued by Lehman entities and which are found on a list attached to the website are included in the bankruptcy proceedings of this Bankruptcy Court.

Furthermore, according to the website "the Court entered an order on March 22, 2010 which provides that the Debtors will use good faith to amend their Schedules of Liabilities to mark the Lehman Programs Securities included on Exhibit A to the order (the "Covered LPS") as not "contingent, unliquidated or disputed." (attached hereto as **Exhibit 1** – screenshot of the relevant part of the website)Hence, it is hard to see how the Debtors' attempt to try and disallow & expunge the claim is done in good faith.

My claim is based on my holding of a (ISIN) which is part of the Lehman Programs Securities ("LPS") (attached hereto as **Exhibit 2** – the security's terms sheet; attached hereto as **Exhibit 3** a print of the relevant page from the LPS list published on the official bankruptcy website). My claim was filed within the specified period for filling, it relates to a LPS security which in accordance with an order (dated March 22, 2010) of the Court is not contigent, unliquidated or disputed.

The Debtors are now trying to deny their obligations and responsibilities for these securities despite the Court order of March 22, 2010 and the fact that the official website clearly indicates that the Debtors must assume responsibility over these LPS.

In addition, although the obligations and responsibilities of the Debtors are clearly indicated and are evidenced by documentation such as term sheets and prospectuses that clearly show that Debtors

either acted as Issuer or Guarantor or have assumed responsibilities towards securities issued by the Debtors' affiliates, the Debtors in an attempt to evade their responsibilities put forward requests to disallow and expunge claims of many small claimants like myself knowing that it will be hard for many to defend their rights. These requests like the request concerning my claim are lacking good faith as the Debtors also request that a claimant that object to their request will "plan to appear at the hearing". This request of the Debtors put a substantial burden on small claimants many of whom lost their life savings and are residing overseas. The documents speak louder than words.

The Bankruptcy Court should also note that accepting now the Debtors request will put the Creditors who followed the official information at a disadvantage and effectively cause all these Creditors to lose their claims since the deadlines to try and submit claims against the respective Lehman Brothers' entities in other jurisdictions as long passed.

I put my trust in the Bankruptcy Court to ensure that proceedings concerning my claim will be conducted in a just and equitable manner.

Creditor signature

**Copies of this objection sent by registered mail to:**

**Weil Gotshal&Manges LLP**
Attn: Shai Waisman, Esq. and Mark Bernstein, Esq.
767 Fifth Avenue, New York
New York 10153
U.S.A.

**The Office of the United States Trustee for the Southern District of New York**
Attn: Elisabeth Gasparini, Esq. and Andrea Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004
U.S.A.

**Milbank, Tweed, Hadley &McCloy LLP**
Attn: Dennis F. Dunne, Esq. And Dennis O'Donnell, Esq. And Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005
U.S.A.

**Exhibit 1**

**EXEMPT ENTITIES LIST**
The Exempt Entities List is available ˙ˑˑ

Entities identified on the Exempt Entities List or any subsidiary thereof for which the entity on the Exempt Entities List owns at least a fifty percent interest in such subsidiary, **specifically** **excludes** (i) any subsidiary that is in a bankruptcy, insolvency or similar proceeding or a foreign jurisdiction or (ii) Lehman Brothers Inc. are not required to file a proof of claim

The Exempt Entities List is subject to change and will be finalized no later than July 17, 2009 at 5:00. Prior to such time, entities may be added or deleted from the list

Creditors should review the Exempt Entities List after July 17, 2009 and prior to the Bar Date to confirm whether an entity is included on the final Exempt Entities List or whether such entity is required to file a proof of claim prior to the Bar Date.

**MASTER LIST OF SECURITIES**
The Master List of Securities, dated as of August 29, 2009 is available ˙ˑˑ

Certain securities that were included on the Master List of Securities as of June 24, 2009 have been deleted. All holders should review the Master List of Securities after August 29, 2009 and prior to the Bar Date to confirm whether their securities are included on the final Master List of Securities.

**Derivative Questionnaire And Guarantee Questionnaire**

The deadline for completion and submission of the Derivatives Questionnaire and the Guarantee Questionnaire has been established as October 22, 2009 at 5:00 p.m. Eastern Time.

The Derivative Questionnaire and the Guarantee Questionnaire may be completed by logging on to ˑˑˑ ˑˑˑ ˑˑˑˑˑˑˑˑ ˑˑˑ

The Notice of Deadlines for Filing Proofs of Claim, available ˑˑˑ, describes which creditors are required to complete the Derivatives Questionnaire and the Guarantee Questionnaire.

**Lehman Program Securities And The Securities Program Bar Date**

The Court entered an order on March 22, 2010 which provides that the Debtors will use good faith to amend their Schedules of Liabilities to mark the Lehman Programs Securities included on Debtor A in the order (the "Covered LPS") as not "contingent, unliquidated or disputed". Furthermore, solely in the case of the Covered LPS, the Debtors are authorized and directed to rely upon, and utilize the records of the clearing agencies for the purposes of providing and distributing notices and ballots in these chapter 11 cases, tabulating ballots created in any plan and making distributions in these chapter 11 cases  The order further provides that all claims filed seeking a distribution on a Covered LPS will be disregarded. A copy of the order is available ˑˑˑ

Effective November 9, 2009, the Debtors have issued a request to each clearing agency to unblock all Lehman Programs Securities for which holders previously requested a blocking number.

"Lehman Programs Securities" are the securities that are included on the "Lehman Programs Securities" list. The final list of "Lehman Programs Securities", dated July 17, 2009, is available ˑˑˑ.

All holders of securities should review the list of "Lehman Programs Securities" after July 17, 2009 and prior to the Bar Date to confirm whether their securities are included on the final list of "Lehman Programs Securities".

The deadline for filing of proofs of claims against the Debtors based on Lehman Programs Securities has been established as November 2, 2009 at 5:00 p.m. Eastern Time.

A blank Securities Programs Proof of Claim Form for the filing of claims based on Lehman Program Securities is available ˑˑˑ. The Debtors also intend to mail proof of claim forms to the depositories and issuers for all Lehman Programs Securities.

The Notice of Deadlines for Filing Proofs of Claim Based Lehman Programs Securities is available ˑˑˑ.

Supplemental Information Regarding Claims Based on Lehman Programs Securities and Procedures for the Trading of Lehman Programs Securities and Claims Filed Against Lehman Brothers Holdings Inc. Based on Lehman Programs Securities is available ˑˑˑ.

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during the normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS and USER AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.

**Exhibit 2**

## FINAL TERMS

**Lehman Brothers UK Capital Funding II L.P. (the "Issuer")**

**€50,000,000**

**Fixed Rate Guaranteed Non-Voting Non-Cumulative Perpetual Preferred Securities
(the "Preferred Securities")**

**having the benefit of a subordinated guarantee of**

**Lehman Brothers Holdings plc (the "Guarantor")**

**(to be consolidated and form a single series with the €200,000,000 Fixed Rate Guaranteed Non-Voting Non-Cumulative Perpetual Preferred Securities, which were issued on 21st September, 2005)**

Terms used herein shall be deemed to be defined as such for the purposes of the Description of the Preferred Securities set forth in the Prospectus dated 30th August, 2005 (the **Prospectus**) which constitutes a base prospectus for the purposes of the Prospectus Directive (Directive 2003/71/EC) (the **Prospectus Directive**). This document constitutes the Final Terms of the Preferred Securities described herein for the purposes of Article 5.4 of the Prospectus Directive and must be read in conjunction with the Prospectus.  Full information on the Issuer and the offer of the Preferred Securities is only available on the basis of the combination of these Final Terms and the Prospectus.  The Prospectus is available for viewing at 25 Bank Street, London E14 5LE and copies may be obtained from 25 Bank Street, London E14 5LE.

| | |
|---|---|
| **Closing Date:** | 27th October, 2005 |
| **Liquidation Preference:** | €1,000 |
| **Distribution Rate:** | 5.125 per cent. per annum payable annually in arrear |
| **Distribution Payment Dates:** | 21st September in each year, with the first Distribution Payment Date being on 21st September, 2006.   Distributions in respect of the first Distribution Period will accrue from 21st September, 2005, being the date of issue of the Issuer's €200,000,000 Fixed Rate Guaranteed Non-Voting Non-Cumulative Perpetual Preferred Securities, which were issued on 21st September, 2005 (the **Existing Preferred Securities**). |
| **Aggregate Nominal Amount of the Preferred Securities:** | |
| (i)     Series: | €250,000,000 |
| (ii)    Tranche: | €50,000,000 |
| | On issue, the Preferred Securities will be consolidated and form a single series with the **Existing Preferred Securities**.   On issue, the Preferred Securities will be evidenced by a temporary global certificate which will be exchanged for a permanent global certificate on 6th December, 2005 (40 days after the Closing Date). |

**Issue Price of Tranche:**
101.25 per cent. of the Aggregate Nominal Amount of the Tranche plus 36 days' accrued Distribution from 21st September, 2005 at the rate of 5.125 per cent. per annum.

**First Call Date of Subordinated Notes:**
21st September 2009

**Net Proceeds:**
€50,252,739.73

**Managers:**
**Lead Manager**
Lehman Brothers International (Europe)

There are no other Managers for this Tranche.

**ISIN:**
The Preferred Securities will be fungible for trading purposes upon 6th December, 2005 being the date falling 40 days after the Closing Date. Until such date, the Preferred Securities will have a temporary ISIN (XS0233128916) and following such date, the Preferred Securities will have the same ISIN as the Existing Preferred Securities (XS0229269856).

**Common Code:**
The Preferred Securities will be fungible for trading purposes upon 6th December, 2005 being the date falling 40 days after the Closing Date. Until such date, the Preferred Securities will have a temporary Common Code (023312891) and following such date, the Preferred Securities will have the same Common Code as the Existing Preferred Securities (022926985).

**Ratings:**
The Preferred Securities are expected to be assigned on issue the following ratings:
Moody's Investors Service Limited: A3
Fitch IBCA: A

**Other terms:**
The Lead Manager will receive a combined selling, management and underwriting commission of €12.50 per Preferred Security.

The above pricing gives a yield of 5.125 per cent. per annum. Such yield is applicable as of the date of these Final Terms and may fluctuate in the future. For the avoidance of doubt, upon issuance of any Eligible Investments (or further Eligible Investments) as defined in the terms of the Preferred Securities in the Prospectus, the interest rate applicable to the Eligible Investments (or further Eligible Investments) will be the fixed rate per annum determined by the then prevailing market conditions for instruments of similar risk and 30-year maturity. This does not effect the Distribution Rate on the Preferred Securities.

The date of these Final Terms is 26th October, 2005.

## LISTING AND ADMISSION TO TRADING APPLICATION

These Final Terms comprise the final terms required to list and have admitted to trading the issue by Lehman Brothers UK Capital Funding II L.P. of the Preferred Securities described herein.

## RESPONSIBILITY

Each of the LB GP No. 1 Ltd (the **General Partner**), acting on behalf of the Issuer, and the Guarantor accepts responsibility for the information contained in these Final Terms.

Signed by LB GP No. 1 Ltd
as General Partner,
acting on behalf of the Issuer:

Signed on behalf of the Guarantor:

By:    .............................................
       *Duly authorised*

By:    .............................................
       *Duly authorised*

15616-01223 ICM:2108442.3

**Exhibit 3**

Lehman Programs Securities, as of July, 17 2009

| | | | | | |
|---|---|---|---|---|---|
| | XS0385774921 | LEHMAN BROTHERS TREASURY CO. BV | | | |
| | XS0385775488 | LEHMAN BROTHERS TREASURY CO. BV | | | |
| MN11145 | XS0385822753 | LEHMAN BROTHERS TREASURY CO. BV | LB 2 YEAR USD INDEX BONUS FIXED COUPON NOTE | 9/10/2010 | USD |
| MN11143 | XS0385823309 | LEHMAN BROTHERS TREASURY CO. BV | LB 2 YEAR HKD INDEX BONUS FIXED COUPON NOTE | 9/9/2010 | HKD |
| MN11144 | XS0385823488 | LEHMAN BROTHERS TREASURY CO. BV | LB 2 YEAR HKD INDEX BONUS FIXED COUPON NOTE | 9/9/2010 | HKD |
| | XS0386289929 | LEHMAN BROTHERS TREASURY CO. BV | | | |
| MN11151 | XS0386290778 | LEHMAN BROTHERS TREASURY CO. BV | LB 2 YEAR HKD INDEX BONUS FIXED COUPON NOTE | 9/8/2010 | HKD |
| MN11154 | XS0386331127 | LEHMAN BROTHERS TREASURY CO. BV | AUTOCALLABLE MEMORY COUPON NOTES | 3/12/2012 | USD |
| | XS0386429442 | LEHMAN BROTHERS TREASURY CO. BV | | | |
| | XS0386434103 | LEHMAN BROTHERS TREASURY CO. BV | | | |
| | XS0386550058 | LEHMAN BROTHERS TREASURY CO. BV | | | |
| MN11158 | XS0386674066 | LEHMAN BROTHERS TREASURY CO. BV | 2 YEAR TWO QUANTO NOTE LINKED TO KOREA INDEX | 9/8/2010 | USD |
| MN11152 | XS0386716269 | LEHMAN BROTHERS TREASURY CO. BV | 90 DAYS HSBC HOLDING LEHMAN BROTHERS HOLDINGS PLC EQUITY | 10/31/2008 | HKD |
| | XS0386716343 | LEHMAN BROTHERS TREASURY CO. BV | | | |
| | XS0386716426 | LEHMAN BROTHERS TREASURY CO. BV | | | |
| MN11163 | XS0386716599 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR USD NOTE LINKED TO HONG KONG INDEX | 9/13/2010 | USD |
| MN11149 | XS0386738028 | LEHMAN BROTHERS TREASURY CO. BV | ASIAN NOTE ON SPGTAGID INDEX | | |
| MTN4816C | XS0387045183 | LEHMAN BROTHERS TREASURY CO. BV | CERTI PLUS DJ EURO STOXX | 7/14/2009 | EUR |
| | | LEHMAN BROTHERS UK CAPITAL | FIXED RATE GUARANTEE NON VOTING NON CALLABLE PERPETUAL PREFERRED SECURITIES | 10/12/2009 | EUR |
| | XS0243852562 | LEHMAN BROTHERS UK CAPITAL FUNDING III | COMPANY GUARANTY | | EUR |
| E913 | XS0215349357 | LEHMAN BROTHERS UK CAPITAL FUNDING IV | COMPANY GUARANTY | 6/19/2008 | EUR |
| | XS0282978566 | LEHMAN BROTHERS UK CAPITAL FUNDING IV | COMPANY GUARANTY | | EUR |
| | XS0301813522 | LEHMAN BROTHERS UK CAPITAL FUNDING V | FIXED RATE ENHANCED CAPITAL ADVANTAGED PREFERRED SECURITIES | | USD |
| | XS0272251106 | NB PRIVATE EQUITY | | | |
| | IE00B070GR92 | NEUBERGER BERMAN US REAL ESTATE | | | USD |
| | XS0127739943 | QUARTZ FINANCE LTD | COMPANY GUARANTY | | EUR |
| | XS0248505072 | SIGMA FINANCE CORP | COMPANY GUARANTY | 11/8/2008 | EUR |
| | IE0032365696 | | | | |
| | XS0168028700 | | | 3/14/2011 | |
| | XS0335515113 | | | | |
| | XS0304074016 | | | | |
| | ANN521332331 | | | 12/28/2007 | |
| | ANN521333248 | | | | |
| | ANN521333321 | | | | |
| | ANN521336134 | | | | |
| | ANN521336217 | | | | |
| | ANN521338621 | | | 9/8/2010 | |
| | ANN521338452 | | | | |
| | ANN5213N1496 | | | | |
| | ANN5213N2625 | | | 11/24/2008 | |
| | ANN5214A2934 | | | | |
| | ANN5214A3841 | | | | |
| | ANN5214A4005 | | | | |
| | ANN5214A5747 | | | | |
| | ANN5214A9053 | | | | |
| | ANN5214R2218 | | | 12/6/2008 | |
| | ANN5214R2703 | | | | |
| | ANN5214R3123 | | | | |
| | ANN5214R3206 | | | 12/9/2008 | |
| | ANN5214R4660 | | | | |
| | ANN5214R6019 | | | 12/9/2008 | |
| | ANN5214R6357 | | | | |
| | ANN5214R6431 | | | | |
| | ANN5214R6761 | | | | |
| | ANN5214R6845 | | | | |
| | ANN5214R6928 | | | | |
| | ANN5214R7181 | | | | |