# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 93: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | ALLIANCEBERNSTEIN ST GEORGE ADVANCE ASSET MGT (GEORCAFI) ATTN MICHAEL SOHR, 38TH FL 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 11/02/2009 | 08-13555 (JMP) | 63580 | $2,601,898.00 | AUSTRALIAN FIXED INTEREST MULTI-BLEND FUND BY ITS AGENT ADVANCED ASSET MANAGEMENT LIMITED CONTACT: PIA VELASQUEZ LEVEL 5 182 GEORGE STREET SYDNEY, NSW 2000 AUSTRALIA | 01/05/2011 | 08-13555 (JMP) | 67287 | $2,601,898.00 |
| 2 | BANK OF AMERICA, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO LASALLE BANK, NA HUNTON & WILLIAMS LLP ATTN: JR SMITH, ESQ RIVERFRONT PLAZA, EAST TOWER, 951 E BYRD STREET RICHMOND, VA 23219 | 09/18/2009 | 08-13555 (JMP) | 15991 | Undetermined | BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO LASALLE BANK NA HUNTON & WILLIAMS LLP ATTENTION: J.R. SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER, 951 E. BYRD STREET RICHMOND, VA 23219 | 05/14/2010 | 08-13555 (JMP) | 66613 | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 93: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 3 | BANK OF AMERICA, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO LASALLE BANK, NA HUNTON & WILLIAMS LLP ATTN: JR SMITH, ESQ RIVERFRONT PLAZA, EAST TOWER, 951 E BYRD STREET RICHMOND, VA 23219 | 09/18/2009 | 08-13555 (JMP) | 16377 | Undetermined | BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO LASALLE BANK NA HUNTON & WILLIAMS, LLP ATTENTION: J.R. SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER, 951 E. BYRD STREET RICHMOND, VA 23219 | 05/14/2010 | 08-13555 (JMP) | 66615 | Undetermined |
| 4 | BANK OF AMERICA, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO LASALLE BANK, NA HUNTON & WILLIAMS LLP ATTN: JR SMITH, ESQ RIVERFRONT PLAZA, EAST TOWER, 951 E BYRD STREET RICHMOND, VA 23219 | 09/18/2009 | 08-13555 (JMP) | 16379 | Undetermined | BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO LASALLE BANK NA HUNTON & WILLIAMS, LLP ATTENTION: J.R. SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER, 951 E. BYRD STREET RICHMOND, VA 23219 | 05/14/2010 | 08-13555 (JMP) | 66614 | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 93: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | BARCLAYS BANK PLC TRANSFEROR: LANDWIRTSCHAFTLICHE RENTENBANK ATTN: RICHARD KEARNEY 5 THE NORTH COLONNADE, CANARY WHARF LONDON, E14 4BB UNITED KINGDOM | 09/09/2009 | 08-13555 (JMP) | 11008 | $42,872,816.70 | BARCLAYS BANK PLC TRANSFEROR: LANDWIRTSCHAFTLICHE RENTENBANK ATTN: RICHARD KEARNEY 5 THE NORTH COLONNADE, CANARY WHARF LONDON, E14 4BB UNITED KINGDOM | 10/01/2010 | 08-13555 (JMP) | 67114 | $43,159,467.09 |
| 6 | CANDEL GRIFOL, MARIA PAZ PARQUE LIDON 3-7-A CASTELLON, 12003 SPAIN | 10/27/2009 | 08-13555 (JMP) | 48675 | Undetermined | MANIA PAZ CANDEL GRIFOL PANIEVE LIDON 3 7 A CASTELLON, 12003 SPAIN | 10/28/2009 | 08-13555 (JMP) | 50477 | Undetermined |
| 7 | CRE FIDUCIARY SERVICES INC TRUSTEE FOR CRE TRUST UAD 12/21/04 2120 CARREY AVE CHEYENNE, WY 82001 | 09/21/2009 | 08-13901 (JMP) | 23877 | $213,786.32 | CRE FIDUCIARY SERVICES INC TRUSTEE FOR CRE TRUST UAD 12/21/04 2120 CARREY AVE CHEYENNE, WY 82001 | 01/11/2011 | 08-13901 (JMP) | 67296 | $171,000.00 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 93: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 8 | DELTA PRIME EUROPEAN SPECIAL SITUATIONS FUND, ACTING THROUGH DELTA ALTERNATIVE MANAGEMENT 20, RUE CAMBON PARIS, 75001 FRANCE | 09/29/2010 | 08-13555 (JMP) | 67107 | $3,810,959.77* | DELTA PRIME EUROPEAN SPECIAL SITUATIONS FUND, ACTING THROUGH DELTA ALTERNATIVE MANAGEMENT 20, RUE CAMBON PARIS, 75001 FRANCE | 01/11/2011 | 08-13555 (JMP) | 67301 | $3,810,959.77* |
| 9 | FRALING, MRS. CORNELIA UHLANDSTRASSE 19 10623 BERLIN, GERMANY | 11/17/2008 | 08-13555 (JMP) | 763 | Undetermined | FRALING, MRS. CORNELIA UHLANDSTRASSE 19 10623 BERLIN, GERMANY | 01/06/2009 | 08-13555 (JMP) | 1603 | $14,249.00 |
| 10 | HSBC FRANCE ATTN: MARTIN HOLCOMBE 8 CANADA SQUARE LONDON, E14 5HQ UNITED KINGDOM | 09/18/2009 | 08-13555 (JMP) | 18859 | $305,892.03* | HSBC FRANCE ATTN: MARTIN HOLCOMBE 8 CANADA SQUARE LONDON, EI4 5HQ UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43789 | $79,998,295.50* |
| 11 | LBVN HOLDINGS LLC TRANSFEROR: GOLDMAN, SACHS & CO. PO BOX 1641 NEW YORK, NY 10150 | 10/30/2009 | 08-13555 (JMP) | 59832 | Undetermined | LBVN HOLDINGS LLC TRANSFEROR: GOLDMAN, SACHS & CO. PO BOX 1641 NEW YORK, NY 10150 | 07/19/2010 | 08-13555 (JMP) | 66948 | $810,336.00* |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 93: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 12 | MIDTOWN ACQUISITIONS L.P. (F/K/A DK ACQUISITION PARTNERS, L.P.) C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: OLAITAN SENBANJO, LEGAL COUNSEL 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 01/19/2010 | 08-13900 (JMP) | 66113 | $114,099.24* | DK ACQUISITION PARTNERS, L.P. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: OLAITAN SENBANJO, 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 01/20/2011 | 08-13900 (JMP) | 67303 | $119,677.99* |
| 13 | OHIO DEPARTMENT OF TAXATION 30 EAST BROAD STREET COLUMBUS, OH 43215 | 05/29/2009 | 08-13664 (JMP) | 4643 | $568,083.95 | OHIO DEPARTMENT OF TAXATION ATTN: REBECCA L. DAUM, ATTORNEY - BANKRUPTCY DIVISION P.O. BOX 530 COLUMBUS, OH 43215 | 01/14/2011 | 08-13664 (JMP) | 67302 | $25,204.16 |
| 14 | OREGON LABORER-EMPLOYERS PENSION TRUST FUND RYAN STEPHENS WILLIAM C. EARHART COMPANY, INC. P.O. BOX 4148 PORTLAND, OR 97208 | 08/31/2009 | 08-13888 (JMP) | 9906 | $107,374.48 | OREGON LABORER-EMPLOYERS PENSION TRUST FUND ATTN: RYAN STEPHENS, WILLIAM C. EARHART COMPANY, INC., P.O. BOX 4148 PORTLAND, OR 97208 | 01/14/2011 | 08-13888 (JMP) | 67305 | $170,621.58 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 93: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 15 | OREGON LABORER-EMPLOYERS PENSION TRUST FUND RYAN STEPHENS WILLIAM C. EARHART COMPANY, INC. P.O. BOX 4148 PORTLAND, OR 97208 | 08/31/2009 | 08-13555 (JMP) | 9910 | $107,374.48 | OREGON LABORER-EMPLOYERS PENSION TRUST FUND ATTN: RYAN STEPHENS, WILLIAM C. EARHART COMPANY, INC., P.O. BOX 4148 PORTLAND, OR 97208 | 01/14/2011 | 08-13555 (JMP) | 67304 | $0.00 |
| 16 | SAPHIR FINANCE PLC - SERIES 2007-4 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 10/16/2009 | 08-13888 (JMP) | 40707 | Undetermined | SAPHIR FINANCE PLC - SERIES 2007-4 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 01/11/2011 | 08-13888 (JMP) | 67300 | $2,598,284.44 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 93: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 17 | SAPHIR FINANCE PLC - SERIES 2007-4 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 10/16/2009 | 08-13555 (JMP) | 40708 | Undetermined | SAPHIR FINANCE PLC - SERIES 2007-4 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 01/11/2011 | 08-13555 (JMP) | 67299 | $2,598,284.44 |
| 18 | SAVANNAH ILA EMPLOYERS PENSION FUND ATTN: VIRGINIA PARHAM PO BOX 1280 SAVANNAH, GA 31498-1280 | 09/01/2009 | 08-13888 (JMP) | 10077 | $41,870.01 | SAVANNAH ILA EMPLOYERS PENSION FUND PRUDENCE W. GWYN PO BOX 1280 SAVANNAH, GA 31498-1280 | 01/11/2011 | 08-13888 (JMP) | 67297 | $46,047.42 |
| 19 | SAVANNAH ILA EMPLOYERS PENSION FUND ATTN: VIRGINIA PARHAM PO BOX 1280 SAVANNAH, GA 31498-1280 | 09/01/2009 | 08-13555 (JMP) | 10078 | $41,870.01 | SAVANNAH ILA EMPLOYERS PENSION FUND PRUDENCE W. GWYN PO BOX 1280 SAVANNAH, GA 31498-1280 | 01/11/2011 | 08-13555 (JMP) | 67298 | $0.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 93: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 20 | SYKKYLVEN GJENSIDIGE BRANNTRYGDELAG BOKS 147 SYKKYLVEN, 6239 NORWAY | 09/30/2009 | 08-13555 (JMP) | 35601 | $222,984.56 | SYKKYLVEN GJENSIDIGE BRANNTRYGDELAG BOKS 147 SYKKYLVEN, 6239 NORWAY | 11/02/2009 | 08-13555 (JMP) | 61274 | $222,984.56 |
| 21 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OFFICE OF THE ATTORNEY GENERAL COLLECTION DIVISION - BANKRUPTCY SECTION PO BOX 12548, CAPITOL STATION AUSTIN, TX 78711-2548 | 02/02/2009 | 08-13555 (JMP) | 2400 | $124,984.20 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OFFICE OF THE ATTORNEY GENERAL COLLECTION DIVISION - BANKRUPTCY SECTION PO BOX 12548 AUSTIN, TX 78711-2548 | 01/10/2011 | 08-13555 (JMP) | 67294 | $15,000.00 |
| | | | | **TOTAL** | **$51,133,993.75** | | | | | |