One Bowling Green
New York, New York 10004
Courtroom 601
Attn: The Chambers of the Honarable James M. Peck

Dear Sir,

I am responding to the Debtor's Eighty-Eighth Omnibus Objection to claims regarding the Lehman Brohers Holdings Inc. and its affiliated debtors in the chapter 11 case. I am sending this response directly to you as I was advised by the attorneys for the Debtors, Weil Gotsahl & Manges LLP.

Details of the response:
.- Bankruptcy Court: United States Bankruptcy Court for the Southern District of New York
.- Debtors' name: Lehman Bothers Holdings Inc.
.- Case number: 08-13555.
.- Title of the Objection: Eighty-Eighth Omnibus Objection to claims to be disallowed & expunged.

.- Claimant's name: Jose Manuel Ruiz-Tapiador Larrazabal
.- Claim number: 49658
.- Date Filed: 10/27/2009
.- Debtor: 08-13555
.- Classification and amount: UNSECURED : 132.292,42 USD

I oppose the disallowance and expugement of my claim for the following reasons:

1.- The objection requests that Bankruptcy Court expunge my claims on the ground that the Debtors have no liability for said claim because it seeks to recover for securities that were neither issued nor guaranteed by the Debtors. I sent my proof of claim to the United States Bankruptcy Court for the Southern District of New York following the instructions that I received from my depositary bank (broker) that was based on the information that was published on the official web page for the , www.lehman-docket.com.

2.- According to the information that I received from my depositary bank (broker) with respect to the acquisition of the Lehman Brothers titles the securities that I hold are US-Lehman Bros. Cap.- 21/09/2005 - 21/12/249 (see documents). Therefore I understand that the securities that I hold were issued and/or guaranteed by Lehman Brothers Holdings Inc. Together with this response I send you the documents that were sent to me but my depositary bank with respect to the purchase of the titles that I hold- buying dates: 26/01/2007 and 02/04/08.

All my personal details so that your reply can be returned to me are already presented on the proof of claim filed on October 27th 2009.

Dated; March 11th 2011.

Mr. Jose Manuel Ruiz- Tapiador Larrazabal

RECEIVED MAR 25 2011

## Liquidacion de valores de internacion

**BancoUrquijo** — BS

7938 - MADRID, P. VERGARA 131    26-01-2007    PAG:

EUR

COMPRA DE VALORES EXTRANJEROS    REF: 702599001013
COMPRA:    50.000,00
EMISION: US-LEHMAN BROS CAP    21-09-2005  31-12-2049    DIVISA: EUR
AL PRECIO:    97,40000%
INTERESES ACUMULADOS:    919,69    (131 DIAS)    6,5
GTOS. TRANSACCION REPERCUTIDOS:    6,50    DIVISA: EUR
    49.626,19
C/V: (EUR)    49.626,19    A:    1,00000    248,10
COMISION S/EFECTIVO:    (0,50%):    1,50
CORREO:

CARGAMOS EN CUENTA, VALOR    30-01-2007    49.875,79

Código Cuenta Cliente CCC
Entidad | Oficina | DC | Núm. de Cuenta
0185 | 7938 | 53 | 0001046510

JOSE MANUEL RUIZ TAPIADOR LARRAZABA MARIA LUISA
C FUENTE DEL BERRO, 10 6 B
28009 MADRID (MADRID)
00002476299G    000037360440Q

Código Cuenta Valores CCV
Entidad | Oficina | DC | Núm. de Cuenta
0081 | 0901 | 26 | 6010886609

www.bancourquijo.c

Banco Urquijo es una marca registrada de Banco Urquijo Sabadell Banca Privada, S.A.
Banco Urquijo Sabadell Banca Privada, S.A. - Serrano 71 - 28006 Madrid - Ins. R. M. Barcelona, Tomo 10067, Folio 18, Hoja B-41316 - CIF A58597311

---

## Liquidacion de valores de internacional

**BancoUrquijo** — BS

7938 - MADRID, P. VERGARA 131    01-04-2008    PAG: 1
FECHA OPERACIÓN:    02-04-2008

EUR

CÓDIGO ISIN:    XS0229269856
COMPRA DE VALORES EXTRANJEROS    REF: 809299000620
COMPRA:    39.000,00
EMISION: US-LEHMAN BROS CAP    21-09-2005  31-12-2049    DIVISA: EUR
AL PRECIO:    72,00000%
INTERESES ACUMULADOS:    1.059,45    (194 DIAS)    6,5
GTOS. TRANSACCION REPERCUTIDOS:    6,50    DIVISA: EUR
    29.145,95
C/V: (EUR)    29.145,95    A:    1,00000    87,42
COMISION S/EFECTIVO:    (0,30%):    0,30
CORREO:

CARGAMOS EN CUENTA, VALOR    02-04-2008    29.233,67

Código Cuenta Cliente CCC
Entidad | Oficina | DC | Núm. de Cuenta
0185 | 7938 | 53 | 0001046510

JOSE MANUEL RUIZ TAPIADOR LARRAZABA MARIA LUISA
C FUENTE DEL BERRO, 10 6 B
28009 MADRID (MADRID)
00002476299G    000037360440Q

Código Cuenta Valores CCV
Entidad | Oficina | DC | Núm. de Cuenta
0081 | 0901 | 26 | 6010886609

bancourquijo.com

Banco Urquijo es una marca registrada de Banco Urquijo Sabadell Banca Privada, S.A.
Banco Urquijo Sabadell Banca Privada, S.A., Serrano, nº 71 28006 Madrid, inscrito en el Registro Mercantil de Madrid, Tomo 23.758, Folio 142, Sección 8, Hoja M-426396 Inscripción 2ª - CIF A58597311