# Yoss LLC

a limited liability company
1349 W. Peachtree Street, NE, Suite 1500
Atlanta, GA 30309
Phone: (404) 347-8300, Fax: (404) 347-8395
www.yoss.com

STEVEN D. GINSBURG

DIRECT LINE: (404) 347-8504
DIRECT FAX: (404) 921-9110
EMAIL: SDG@YOSS.COM

March 21, 2011

U.S. Bankruptcy Court
Attn: Corrections Department
One Bowling Green
New York, NY 10004-1408

R:   Lehman Brothers Holdings Inc., et al.
     Chapter 11, Case No. 08-13555

Dear Sirs:

Please be advised that I am no longer active in this case, therefore I am respectfully requesting to be removed from the Court's electronic notification, mailing matrix and all service lists in the above-styled matter, including the electronic matrix in this case.

Thank you so much for the prompt attention to this matter.

Very truly yours,

Steven D. Ginsburg

SDG/sj



{A0344956_1}

ATTORNEYS ADMITTED SOLELY IN THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED

YOSS LLP
Two Midtown Plaza, Suite 1500
1349 West Peachtree St. N.E.
Atlanta, GA 30309
Telephone: (404) 347-8300
Facsimile: (404) 921-9110

Steven D. Ginsburg

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------x

## NOTICE TO WITHDRAW APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel respectfully requests to be removed from the Court's electronic notification, mailing matrix and all service lists in the above-styled matter, including the electronic matrix in this case.

Dated this 16th of March, 2011.

        YOSS LLC

        /s/ Steven D. Ginsburg
        Steven D. Ginsburg
        Florida Bar No.: 218723
        sdg@yoss.com
        Two Midtown Plaza, Suite 1500
        1349 West Peachtree St. N.E.
        Atlanta, GA 30309
        Telephone: (404) 347-8300
        Facsimile: (404) 921-9110

        *Attorneys for GMAC*

[RECEIVED MAR 25 2011 stamp]

{210339.0098/N0882260_1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2011, a true and correct copy of the foregoing was served electronically through the court's EM/ECF system on all parties requesting electronic service.

/s/ Steven D. Ginsburg
Steven D. Ginsburg

{210339.0098/N0882260_1}