MICHAEL S. GOLDBERG
MICHAEL S. GOLDBERG 1992 GRANTOR TRUST
913 PONUS RIDGE ROAD
NEW CANAAN, CT 06840
203.966.5463
MSGXNYC@YAHOO.COM

March 25, 2011

**Honorable James M. Peck**
One Bowling Green
Courtroom 601
New York, NY 100004

Re: Response to Lehman Brothers Holdings One Hundred Fifteenths Omnibus Objection to Claims

Honorable James M. Peck:

I have attached numerous items to challenge the notion that Lehman Brothers Holdings Inc. does not have a contractual relationship, privity, or other obligation to the warrant holders and, therefore, have no liability for the claims.

The following comes directly from a portion of the original marketing materials about the warrant from LBHI "The Warrants are issued by OPTIMA 2006-1 TRUST. To the extent that the Issuer cannot fulfil its outstanding obligations with respect to the Warrants, Lehman Brothers Holding Inc. ("LBHI" or the "Performance Guarantor") will guarantee the performance of such obligations. The Performance Guarantor's obligation will rank equal in right with all other senior obligations of the Performance Guarantor and therefore an investor in the Warrants is subject to the credit rating of LBHI.

If not for this guarantee from LBHI I would not have purchased the warrant. This guarantee should be enforced and LBHI should not be allowed to disallow and expunge it from their liabilities. But for the bankruptcy of LBHI these warrants would have produced an extraordinary gain above the purchase price. LBHI should be held to their guarantee and be ordered to reimburse the purchasers of these warrants their original purchase price. I have attached a copy of the September 2008 account statement that indicates this purchase price of $102,683.85

Sincerely

Michael S. Goldberg
Trustee of Michael S. Goldberg 1992 Grantor Trust

RECEIVED
MAR 28 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

# LEHMAN BROTHERS

## Premier client account
### 832-02205

**MICHAEL S GOLDBERG TTEE**
September 1 - September 30, 2008

page 8 of 27

### Equities

#### Common stocks (Symbol)

| | Quantity | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | Est. ann. yield (%) | Est. annual income ($) | Comment / Research rating |
|---|---|---|---|---|---|---|---|---|---|
| ***TELE NORTE LESTE (TNE) PARTICIPACOES SA SPONSORED ADR | 25 | 16.71 | 417.63 | 17.46 | 436.50 | 18.87 | 0.716 | 3.13 | In cash account |
| REPSTG PFD | 4 | 41.57 | 166.28 | 0.082 | 0.33 | -165.95 | 48.485 | 0.16 | In cash account |
| WASHINGTON MUTUAL INC (WAMUQ) | | | 40,879.20 | 36.94 | 40,042.96 | -836.24 | 3.249 | 1,300.80 | In cash account |
| WYETH (WYE) | 1,084 | 37.71 | | | | | | | Lehman: 2-E/NEU |

**Total USD Common stocks**

### Rights and warrants

| | Quantity | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | | | Comment |
|---|---|---|---|---|---|---|---|---|---|
| WTS MALACHITE 2006-1 3 YR CALL WT ON MBAM JANDAKOT FUND 6/30/2009-EXP | 450 | $228.01 | $102,603.85 | $263.40 | $118,530.00 | $15,926.15 | | | In cash account |

### Mutual funds (Symbol)

| | Quantity | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | Est. ann. yield (%) | Est. annual income ($) | Comment / Research rating |
|---|---|---|---|---|---|---|---|---|---|
| ***ARTISAN INTERNATIONAL VALUE (ARTKX) FUND INV SHS | 30,583.990 | $17.17 | $525,098.45 | $20.72 | $633,700.27 | $108,601.82 | 2.457 | 15,567.25 | In cash account |
| ***JULIUS BAER INTERNATIONAL (JIEIX) | 27,079.628 | 30.86 | 835,798.76 | 30.73 | 832,157.00 | -3,641.80 | 2.704 | 22,503.17 | In cash account |

**EQUITY CL I**
**Total USD Mutual funds** $1,465,857.27 $104,960.02 $38,070.42

### Master limited partnerships

| | Quantity | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | Est. ann. yield (%) | Est. annual income ($) | Comment / Research rating |
|---|---|---|---|---|---|---|---|---|---|
| UTS STONEMOR PARTNERS L P (STON) COMMON UNIT REP LIMITED PARTNERSHIP INTERESTS | 1,388 | $20.90 | $29,005.00 | $14.58 | $20,237.04 | -$8,767.96 | 14.678 | 2,970.32 | In cash account |

### Index tracking stocks (Symbol)

| | Quantity | Unit cost | Total cost | Market price | Market value | Unrealized gain/loss | Est. ann. yield (%) | Est. annual income ($) | Comment / Research rating |
|---|---|---|---|---|---|---|---|---|---|
| DIAMONDS TRUST UNIT SERIES 1 (DIA) | 300 | $98.48 | $29,544.85 | $108.36 | $32,508.00 | $2,963.15 | 2.480 | 806.10 | In cash account |
| POWERSHARES QQQ TRUST (QQQQ) SERIES 1 | 366 | 30.20 | 11,052.52 | 38.91 | 14,241.06 | 3,188.54 | 0.288 | 40.99 | In cash account |

**Total USD Index tracking stocks** $46,749.06 $6,151.69 $847.09

# Summary of Indicative Terms

| | |
|---|---|
| Warrant Type: | Call Warrant *What is the AP?* |
| Warrant Style: | European |
| Issuer: | OPTIMA 2006-1 TRUST, a Delaware statutory trust |
| Warrant Underlying Fund: | The MBAM Jandakot Structured Fund, an exempted company incorporated with limited liability in the Cayman Islands |
| Warrant Issue Price: | [$215–$235] per warrant – *what controls? devond?* |
| Notional Amount per share: (Fund Exposure Amount) | $1,000 |
| Strike Price: | $1,000 (Share Value on Trade Date) |
| Expiration: | 3 years |
| Currency: | USD |
| Warrant Issue Date: | July [10], 2006 |
| Exercise Value: | Max [Share Value on the Valuation Date–Strike Price, 0] |
| Options Approval: | Required |
| Client Suitability: | Qualified Purchaser |
| Minimum Initial Purchase: | 450 Warrants |
| Warrant Valuation Date: | June [30], 2009 |

The Warrants are issued by OPTIMA 2006-1 TRUST. To the extent that the Issuer cannot fulfil its outstanding obligations with respect to the Warrants, Lehman Brothers Holding Inc. ("LBHI" or the "Performance Guarantor") will guarantee the performance of such obligations. The Performance Guarantor's obligation will rank equal in right with all other senior unsecured obligations of the Performance Guarantor and therefore an investor in the Warrants is subject to the credit rating of LBHI.[2]

The Issuer intends to buy and sell the Warrants on a monthly basis to create a secondary market, but it is not obligated to do so or to continue such activity once it has begun, nor can there be any assurance that a purchaser or seller will agree with the price being offered by the Issuer. If the Issuer agrees to buy a Warrant from an investor, there may be significant delays between the time the Issuer agrees to such purchase and the pricing and settlement of such purchase. Any secondary market purchase of the Warrants by the Issuer or any of its affiliates prior to maturity will be at a price that is net of the commissions paid to the dealers and the cost of hedging the Issuer's obligations under the Warrants. As a result, the price at which holders may sell their Warrants to the Issuer or any of its affiliates may be less than the holders' original offering price.

---

[2] As of June 6, 2006, LBHI's current Moody's credit rating is A1 and Standard and Poor's credit rating is A+.

# Marble Bar Asset Management (the "MBAM")[3]

MBAM acts as the Investment Manager for The MBAM Jandakot Structured Fund which is designed to track generally the performance of The Jandakot Fund (the "Flagship Fund")[4]

### Extensive Fund Management Experience

The managing partners, Hilton Nathanson and Gilad Hayeem (the "Fund Managers"), have over 28 years of combined experience. The Fund Managers have worked together since the launch of MBAM's Tomahawk Fund in June 1998. MBAM has grown to over $2.5 billion in assets under management and employs approximately 50 people, a significant portion of who maintain MBAM's proprietary trading tool, RAID.

**Gilad Hayeem,** a resident of the UK, is a Partner and Chief Executive Officer of Marble Bar Asset Management LLP and a non-executive director and shareholder in Eden Group Plc. Previously, Mr. Hayeem was CEO of Kyte Fund Management (UK) Limited (2000-2001) and a director of Kyte Fund Management (Ireland) Limited (1998-2000). He worked at the London International Futures and Options Exchange (LIFFE) from 1992-1998, latterly as Head of Far East Marketing in LIFFE's Business Development Department. Mr. Hayeem has a degree in International History and Politics from Leeds University, England, and an MBA from City University, London, England.

**Hilton Nathanson,** is a Partner and Chief Investment Officer of Marble Bar Asset Management LLP and a non-executive director and shareholder in Eden Group Plc. Mr. Nathanson previously worked at Albert Sharp (1992-1993) and Goldman Sachs (1993-1995). In 1997, he co-founded Eden Group Plc with The Kyte Group Ltd, a partner that was subsequently bought out by Eden management. In July 1998, Mr. Nathanson started to trade for Tomahawk Fund which invests by using a system of signals which he devised and implemented. Mr. Nathanson has a degree in Business and Commerce from the University of Western Australia and an MBA from City University, London, England.

### Investment Objective

The Flagship Fund's investment objective is to achieve consistent capital growth and income largely independent of market movements by investing its assets in particular investments and strategies.

*[handwritten annotation: how does it produce income?]*

### Investment Universe

The Flagship Fund invests primarily in European equity securities. However, approximately 20% of the Flagship Fund's investments can be in Australasian equities. The Flagship Fund utilizes a variety of financial products to achieve its objective including futures, options, cap and floors, contracts for differences, debt securities (both rated and unrated) and warrants.

### Investment Style

The investment process is highly disciplined, systematic, rule-based and closely monitored through an in-house proprietary system. The Flagship Fund's team of research and fundamental analysts, traders and computer programmers identify catalyst driven anomalies, price action and momentum based opportunities in the global marketplace. The investment style is likely to be more aggressive than that of an average equities fund, thus enabling MBAM to take advantage of market momentum, relative strength and analysis of liquidity and volatility.

### RAID – Proprietary Trading and Idea Generating System[5]

MBAM's proprietary trading tool, the Research Analysis and Information Database (the "RAID"), systemizes the generation of trading ideas and provides an efficient environment for the analysis and risk management of those ideas. MBAM utilizes Beauchamp and Omegeo systems for real time risk monitoring and trade processing to further underpin the veracity of the risk monitoring and straight thought trade processing. MBAM is highly committed to maintaining RAID and a significant portion of MBAM's employees maintain the system to ensure the highest level of optimization of all MBAM's processes.

---

3 Information regarding MBAM and the Flagship Fund has been obtained from MBAM. Lehman Brothers has not verified and does not guarantee the validity or accuracy of this information.
4 Please refer to The Jandakot Fund Private Placement Memorandum for further information.
5 Source: Marble Bar Asset Management.