# EXHIBIT 2

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 94: EXHIBIT 2 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS – ADJOURNED OBJECTIONS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 1 | KERN, SANDRA 5333 ADAMS ROAD DELRAY BEACH, FL 33484 | 08/13/2009 | | 8218 | $23,003.00 | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21803 | $233,469,683.43* | Duplicative of Indenture Trustee Claim |
| | | | TOTAL | | $23,003.00 | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1