UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
In re:                                                       :   Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :   Case No. 08-13555 (JMP)
                                                             :
                    Debtors.                                 :
------------------------------------------------------------ X

## NOTICE OF CLAIMANT NAME CHANGE

**PLEASE TAKE NOTICE THAT** Basswood International Fund Inc., holder of claim numbers 28505 and 28506, has changed its name to Basswood Opportunity Fund Inc., effective immediately. Please note the new claimant name and update all service lists.

Date: 3-11-11

By: _____
Name: Matthew Lindenbaum
Title: Managing Member

RECEIVED MAR 28 2011 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

FILED / RECEIVED MAR 14, 2011 EPIQ BANKRUPTCY SOLUTIONS, LLC