# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | ADOLF DOEPFERT GMBH KELLEY DRYE & WARREN LLP ATTN: PAUL DOYLE, ESQ. JORDAN BERGMAN, ESQ. 101 PARK AVENUE, 31ST FLOOR NEW YORK, NY 10178 | 10/29/2009 | 08-13555 (JMP) | 55412 | $4,961,250.00 | CREDIT SUISSE (DEUTSCHLAND) AG ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK, NY 10010 | 10/29/2009 | 08-13555 (JMP) | 55824 | $5,782,658.00* |
| 2 | ALDERLIESTEN, N.L. & J.M. ALDERLIESTEN-VAN DEN HOEK LAURIERSTRAAT 72 DORDRECHT, 3319 HN NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 62479 | $42,453.00 | STALLBANKIERS N.V. ATTN: E. SCHILS POSTBUS 327 DEN HAAG, 2501CH NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 62700 | $1,451,892.00 |
| 3 | ANDERSEN ADVISORY GROUP A/S HENRIK BO ZINK KRISTIANIAGADE 7 COPENHAGEN, DK-2100 DENMARK | 11/02/2009 | 08-13555 (JMP) | 61328 | $31,000.00 | CHAN KWEE-HIM 22, JALAN SINAR BULAN, CHANGI HEIGHTS , 509217 SINGAPORE | 10/23/2009 | 08-13555 (JMP) | 45307 | $100,000.00 |
| 4 | ASPECTA ASSURANCES INTERNATIONAL SA GOLDBELL 1 5, RUE EUGENE RUPPERT , L-2453 LUXEMBOURG | 09/18/2009 | 08-13555 (JMP) | 17593 | $4,047,855.00 | ING LUXEMBOURG 52, ROUTE D'ESCH , L-2965 LUXEMBOURG | 10/22/2009 | 08-13555 (JMP) | 44151 | $4,025,910.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 ASPECTA ASSURANCES INTERNATIONAL SA GOLDBELL 1 5, RUE EUGENE RUPPERT , L-2453 LUXEMBOURG | 09/18/2009 | 08-13555 (JMP) | 17594 | $5,539,170.00 | ING LUXEMBOURG 52, ROUTE D'ESCH , L-2965 LUXEMBOURG | 10/22/2009 | 08-13555 (JMP) | 44154 | $3,900,000.00 |
| 6 ATKINS FAMILY TRUST C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43879 | $35,800.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 7 ATKINS FAMILY TRUST C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43880 | $35,800.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 8 | AUTO UNITS PENSION SCHEME C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43911 | $35,800.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 9 | AUTO UNITS PENSION SCHEME C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43912 | $35,800.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 10 | BAWAG P.S.K. VERSICHERUNG AG SEWARD & KISSEL LL.P. C/O RONALD L. COHEN ONE BATTERY PARK PLAZA NEW YORK, NY 10004 | 02/19/2009 | 08-13555 (JMP) | 2996 | $14,172,000.00 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS, UK, LTD KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY, KT11 2PD UNITED KINGDOM | 10/30/2009 | 08-13555 (JMP) | 59098 | $669,387,079.91* |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 11 | BIERMANN, KATHARINA WALDSTR. 20 BORNHEIM, 53332 GERMANY | 10/26/2009 | 08-13555 (JMP) | 46486 | $8,115.66 | COMMERZBANK AG ATTN: MARTIN HANNOEVER FRANKFURT / MAIN, 60261 GERMANY | 10/30/2009 | 08-13555 (JMP) | 58569 | $139,377,827.27* |
| 12 | BORGGREVE, P.E. EN/OF J.H.C. BORGGREVE-HOEK GARTENSTRASSE 31 OBERWIL, 4104 CH NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 62676 | $70,755.00 | STALLBANKIERS N.V. ATTN: E. SCHILS POSTBUS 327 DEN HAAG, 2501CH NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 62700 | $1,451,892.00 |
| 13 | BRIDGEMAN PENSION SCHEME C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43909 | $71,600.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 14 | BRIDGEMAN PENSION SCHEME C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43910 | $71,600.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 15 | C. HAVENAAR MANAGEMENT B.V. J. DE BOSCH KEMPERSTRAAT 137 ALPHEN AAN DE RIJN, 2401 KC NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 62716 | $283,020.00 | STALLBANKIERS N.V. ATTN: E. SCHILS POSTBUS 327 DEN HAAG, 2501CH NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 62700 | $1,451,892.00 |
| 16 | CHAN MIU LING UNIT 2 6/F BLK C SPRING SEAVIEW TERRACE 33 CASTLE PEAK ROAD TUEN MUN, HONG KONG | 11/04/2009 | 08-13555 (JMP) | 64616 | $128,639.70 | WING HANG BANK, LTD. ATTN: TERELSA LAM 161 QUEEN'S ROAD CENTRA HONG KONG | 11/02/2009 | 08-13555 (JMP) | 62838 | $1,334,403.08* |
| 17 | CHU YU PING FLAT B2 CORNWALL STREET KOWLOON TONG KOWLOON, HONG KONG | 10/27/2009 | 08-13555 (JMP) | 48809 | $250,000.00 | WING HANG BANK, LTD. ATTN: TERELSA LAM 161 QUEEN'S ROAD CENTRA HONG KONG | 11/02/2009 | 08-13555 (JMP) | 62838 | $1,334,403.08* |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 18 | **COLES FAMILY PENSION SCHEME C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM** | 10/22/2009 | 08-13555 (JMP) | 43907 | $89,500.00 | **BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM** | 11/02/2009 | 08-13555 (JMP) | 63614 | **Undetermined** |
| 19 | **COLES FAMILY PENSION SCHEME C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM** | 10/22/2009 | 08-13555 (JMP) | 43908 | $89,500.00 | **BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM** | 11/02/2009 | 08-13555 (JMP) | 63614 | **Undetermined** |
| 20 | **DALL'ANGELO, ROBERTO LARGO DOMENICO JACOBINI, 12 ROME, 00165 ITALY** | 04/20/2009 | 08-13555 (JMP) | 3870 | $533,850.00 | **BANCA NAZIONALE DEL LAVORO SPA ATTN: DIREZIONE LEGALE V. VITTORIO VENETO, 119 ROME, 00187 ITALY** | 10/30/2009 | 08-13555 (JMP) | 59061 | $31,742,948.92 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 21 | DAVID FRENCH FAMILY PENSION SCHEME C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43905 | $89,500.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 22 | DAVID FRENCH FAMILY PENSION SCHEME C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43906 | $89,500.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 23 | DE GROOT, J.R. EN/OF POOT, J.D. HYACINTHENLAAN 14 BENNEBROEK, 2121 TD NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 62603 | $42,453.00 | STALLBANKIERS N.V. ATTN: E. SCHILS POSTBUS 327 DEN HAAG, 2501CH NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 62700 | $1,451,892.00 |
| 24 | DEKORTE, D.J. DE SAVORNIN LOHMANLAAN 43 VLISSINGEN, 4384 KD NETHERLANDS | 10/26/2009 | 08-13555 (JMP) | 46436 | $10,920.00 | J.J.A. LEMPERS HOLDING B.V. PASWEG 101 LANDGRAAF, 6371 BL NETHERLANDS | 10/23/2009 | 08-13555 (JMP) | 45639 | $36,330.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | | |
| 25 | DICRISTO, LUIGI & LANGELLA, ROSA VIA TORRETTA FIORILLO 186/D TORRE DEL GRECO (NAPLES), 80059 ITALY | 11/02/2009 | 08-13555 (JMP) | 63554 | $28,870.00 | BANCA DI CREDITO POPOLARE SOCIETA COOPERATIVA PER AZIONI (GIA SCARL) CORSO VITTORIO EMANUELE 92/100 PALAZZO VALLELONGA TORRE DEL GRECCO (NAPLES), 80059 ITALY | 11/02/2009 | 08-13555 (JMP) | 63555 | $28,870.00 |
| 26 | DIXON, MRS JOSEPHINE 34 HOWEY HILL CONGLETON CHESHIRE, CW12 4AF. CHESHIRE, CW12 4AF UNITED KINGDOM | 09/18/2009 | 08-13555 (JMP) | 18207 | $7,131.85 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63652 | $1,560,873.85 |
| 27 | ENSHU SHINKIN BANK, THE 81-18 NAKAZAWA-CHO NAKAKU HAMAMATSU-SHI SHIZUOKA, JAPAN | 01/26/2009 | 08-13555 (JMP) | 1953 | Undetermined | YORK ASIAN OPPORTUNITIES MASTER FUND L.P. TRANSFEROR: BARCLAYS BANK PLC ATTN: ADAM J. SEMLER, C/O OPERATIONS DEPARTMENT 767 FIFTH AVENUE, 17TH FL NEW YORK, NY 10153 | 10/30/2009 | 08-13555 (JMP) | 60706 | $3,489,802.85* |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 28 | ERNST, HILDE HARRIS & MOURE, PLLC 600 STEWART STREET SUITE 1200 SEATTLE, WA 98101 | 08/28/2009 | 08-13555 (JMP) | 9600 | $71,000.00* | SUDWESTBANK POSTFACH 10 42 43 STUTTGART, 70037 GERMANY | 10/28/2009 | 08-13555 (JMP) | 51609 | $27,248,151.92 |
| 29 | GARLAND PENSION SCHEME C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43903 | $44,750.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 30 | GARLAND PENSION SCHEME C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43904 | $44,750.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 31 GOSCHIN, ANNA SOPHIE WALTER-VON-CRONBERG-PLATZ 9 FRANKFURT AM MAIN, 60594 GERMANY | 11/02/2009 | 08-13555 (JMP) | 63433 | $7,153.59 | MUELLER-GOSCHIN, ANNA MARIA WALTHER-VON-CRONBERG PLATZ 9 FRANKFURT AM MAIN, 60594 GERMANY | 11/02/2009 | 08-13555 (JMP) | 63435 | $28,614.36 |
| 32 GOSCHIN, VINCENT BENEDIKT WALTER-VON-CRONBERG-PLATZ 9 FRANKFURT AM MAIN, 60594 GERMANY | 11/02/2009 | 08-13555 (JMP) | 63434 | $7,153.59 | MUELLER-GOSCHIN, ANNA MARIA WALTHER-VON-CRONBERG PLATZ 9 FRANKFURT AM MAIN, 60594 GERMANY | 11/02/2009 | 08-13555 (JMP) | 63435 | $28,614.36 |
| 33 GROUP B PENSION SCHEME C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43901 | $71,600.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 34 | GROUP B PENSION SCHEME C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43902 | $71,600.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 35 | HORNUNG, EUGEN BODENCACHER WEG 17 FRANKFURT, 60598 GERMANY | 10/16/2009 | 08-13555 (JMP) | 40826 | Undetermined | COMMERZBANK AG ATTN: MARTIN HANNOEVER FRANKFURT / MAIN, 60261 GERMANY | 10/30/2009 | 08-13555 (JMP) | 58568 | $310,018,687.21* |
| 36 | IMPEX (GLASSWARE) PENSION SCHEME C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43899 | $89,500.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | | |
| 37 | **IMPEX (GLASSWARE) PENSION SCHEME C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM** | 10/22/2009 | 08-13555 (JMP) | 43900 | $89,500.00 | **BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM** | 11/02/2009 | 08-13555 (JMP) | 63614 | **Undetermined** |
| 38 | **ING LIFE INSURANCE COMPANY, LTD. THE NEW OTANI GARDEN COURT 26F, 4-1, KIOI-CHO, CHIYODA-KU TOKYO, JAPAN** | 01/06/2009 | 08-13555 (JMP) | 1607 | **Undetermined** | **QUANTUM PARTNERS LP. TRANSFEROR: GOLDMAN SACHS INTERNATIONAL C/O SOROS FUND MANAGEMENT LLC ATTN: JAY SCHOENFARBER 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK, NY 10106** | 10/30/2009 | 08-13555 (JMP) | 58795 | **$9,465,215.00***|
| 39 | **INVERSIONES KAIZEN, LTD. C/O BESSEMER TRUST 801 BRICKWELL AVE, SUITE 2250 ATTN: MARIA TYLER MIAMI, FL 33131** | 08/28/2009 | 08-13555 (JMP) | 9585 | $1,000,000.00 | **ORFIVE CV C/O AMICORP SWITZERLAND BAARERSTRASSE 75 ZUG, CH-6300 SWITZERLAND** | 09/22/2009 | | 30723 | $1,000,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 40 | ISEDA B.V.<br>DE HEER H.H.A. JACOBS<br>POSTBUS 101<br>WEERT, 6000 AC<br>NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 62472 | $14,151.00 | STALLBANKIERS N.V.<br>ATTN: E. SCHILS<br>POSTBUS 327<br>DEN HAAG, 2501CH<br>NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 62700 | $1,451,892.00 |
| 41 | LEDROP PENSION SCHEME<br>C/O NSS TRUSTEES LIMITED<br>ROMAN HOUSE<br>296 GOLDERS GREEN ROAD<br>LONDON, NW11 9PY<br>UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43897 | $44,750.00 | BREWIN NOMINEES LTD<br>TIME CENTRAL<br>GALLOWGATE<br>NEWCASTLE UPON TYNE, NE1 4SR<br>UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 42 | LEDROP PENSION SCHEME<br>C/O NSS TRUSTEES LIMITED<br>ROMAN HOUSE<br>296 GOLDERS GREEN ROAD<br>LONDON, NW11 9PY<br>UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43898 | $44,750.00 | BREWIN NOMINEES LTD<br>TIME CENTRAL<br>GALLOWGATE<br>NEWCASTLE UPON TYNE, NE1 4SR<br>UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 43 | LEE, REN JU JUDY<br>FLAT B2, CORNAWALL STREET<br>KOWLOON TONG<br>KOWLOON,<br>HONG KONG | 10/23/2009 | 08-13555 (JMP) | 51210 | $250,000.00 | WING HANG BANK, LTD.<br>ATTN: TERELSA LAM<br>161 QUEEN'S ROAD CENTRA<br><br>HONG KONG | 11/02/2009 | 08-13555 (JMP) | 62838 | $1,334,403.08* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 44 | LEONOV, VLADIMIR 3-72 TUCHKOV PER. ST. PETERSBURG, 199004 RUSSIAN FEDERATION | 09/02/2009 | 08-13555 (JMP) | 10150 | $102,185.00 | ZAO CITIBANK ATTN: BHASKAR KATTA 8-10 GASHEKA STREET MOSCOW, 125047 RUSSIAN FEDERATION | 10/29/2009 | 08-13555 (JMP) | 55410 | $20,223,760.00* |
| 45 | LIBERTY INTERNATIONAL HOLDINGS, INC. ATTN: ROBERT BLAUVELT, VICE PRESIDENT FIXED INCOME 175 BERKELEY STREET BOSTON, MA 02116 | 09/18/2009 | 08-13555 (JMP) | 15959 | $702,273.00 | BLACKROCK FINANCIAL MANAGEMENT INC. ET AL J GREGORY MILMOE ESQ & ANDREW THAU ESQ. SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK, NY 10036 | 11/02/2009 | 08-13555 (JMP) | 62806 | $8,010,519.58* |
| 46 | LIOTTI, FABIO MICHELE 74 YORK MANSIONS - PRINCE OF WALES DRIVE LONDON, SW114BW UNITED KINGDOM | 10/20/2009 | 08-13555 (JMP) | 42718 | $2,300,000.00 | PRIVATBANK IHAG ZURICH AG BLEICHERWEG 18 ZURICH, CH-8022 SWITZERLAND | 10/30/2009 | 08-13555 (JMP) | 60485 | $38,869,207.88 |
| 47 | LOTUS HOUSE PENSION SCHEME C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43895 | $89,500.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 48 | LOTUS HOUSE PENSION SCHEME C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43896 | $89,500.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 49 | LOUIE TIP KAU FLAT 2, 8/F BLOCK F LAI NING HOUSE CHING LAI COURT LAI CHI KOK KOWLOON, HONG KONG | 10/23/2009 | 08-13555 (JMP) | 45448 | $64,184.85 | WING HANG BANK, LTD. ATTN: TERELSA LAM 161 QUEEN'S ROAD CENTRA HONG KONG | 11/02/2009 | 08-13555 (JMP) | 62838 | $1,334,403.08* |
| 50 | LUTTE, NICHOLAS PAUL LONG DURFORD, UPPER DURFORD WOOD, PETERSFIELD HAMPSHIRE, GU31 5AW UNITED KINGDOM | 10/28/2009 | 08-13555 (JMP) | 50188 | $12,871.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 51 | LUTTE, NICHOLAS PAUL & SUSAN LONG DURFORD, UPPER DURFORD WOOD, PETERSFIELD HAMPSHIRE, GU31 5AW UNITED KINGDOM | 10/28/2009 | 08-13555 (JMP) | 50187 | $26,364.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |

*\* - Indicates claim contains unliquidated and/or undetermined amounts*                                          Page 15 of 29

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | | | | CLAIMS TO BE DISALLOWED | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 52 | LUTTE, SUSAN LONG DURFORD, UPPER DURFORD WOOD PETERSFIELD HAMPSHIRE, GU31 5AW UNITED KINGDOM | 10/28/2009 | 08-13555 (JMP) | 50189 | $12,871.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 53 | MARTIN, FREDERICK WILLIAM GEORGE 10 UPPER PARK ROAD KINGSTON UPON THAMES SURREY, KT2 5LD UNITED KINGDOM | 10/30/2009 | 08-13555 (JMP) | 57139 | $31,745.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 54 | MARTIN, FREDERICK WILLIAM GEORGE & MOIRA PATRICIA 10 UPPER PARK ROAD KINGSTON UPON THAMES SURREY, KT2 5LD UNITED KINGDOM | 10/30/2009 | 08-13555 (JMP) | 57138 | $20,907.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 55 | MINOLI, GIANCARLO STUDIO CAFFI MARONCELLI & ASSOCIATI VIA VERDI, 4 BERGAMO, 24121 ITALY | 07/02/2009 | 08-13555 (JMP) | 5105 | $55,656.05 | BANCA FIDEURAM S.P.A PIAZZALE GIULLO DOUHET, 31 ROMA, 00163 ITALY | 10/28/2009 | 08-13555 (JMP) | 51229 | $258,266,052.60 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 56 | MIRU PENSION SCHEME C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43893 | $44,750.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 57 | MIRU PENSION SCHEME C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43894 | $44,750.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 58 | MITSUI SUMITOMO INSURANCE CO., LTD. INVESTMENT DEPT. 27-2, SHINKAWA 2-CHOME CHUO-KU TOKYO, 104-8252 JAPAN | 01/09/2009 | 08-13555 (JMP) | 1656 | $5,000,000.00 | LBVN HOLDINGS, L.L.C. C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019-6064 | 10/30/2009 | 08-13555 (JMP) | 58756 | $4,777,374.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | NAME | CLAIMS TO BE DISALLOWED | | | | NAME | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 59 | N.V. NOTT J.A.A.M. DE GRUIJTER TORREMIRONA GOLF RESORT NAVATA  GERONA, 17744 SPAIN | 11/02/2009 | 08-13555 (JMP) | 62689 | $566,040.00 | STALLBANKIERS N.V. ATTN: E. SCHILS POSTBUS 327 DEN HAAG, 2501CH NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 62700 | $1,451,892.00 |
| 60 | NEMYKIN ALEXANDER YURIEVICH 1ST SMOLENSKIJ PER 15 APT 3 MOSCOW, 121099 RUSSIAN FEDERATION | 10/28/2009 | 08-13555 (JMP) | 50468 | $426,030.00 | ZAO CITIBANK ATTN: BHASKAR KATTA 8-10 GASHEKA STREET MOSCOW, 125047 RUSSIAN FEDERATION | 10/29/2009 | 08-13555 (JMP) | 55410 | $20,223,760.00* |
| 61 | NIETO AGUADO, CLAUDIA PARQUE FLORIDA 221 FRACC DEL PARQUE PISO 8 CELAYA GTO, MEXICO | 03/03/2009 | 08-13555 (JMP) | 3175 | $115,000.00 | CITIGROUP GLOBAL MARKETS INC. C/O CITI PERSONAL WEALTH MANAGEMENT ATTN: BRIAN KLEIN 201 S. BISCAYNE BOULEVARD, 5TH FLOOR MIAMI, FL 33131 | 10/29/2009 | 08-13555 (JMP) | 55392 | $175,000.00* |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 62 | NSS SOLUTIONS SIPP, THE - RAMESHACHANDRA SHAH C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43885 | $7,160.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 63 | NSS SOLUTIONS SIPP, THE - RAMESHACHANDRA SHAH C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43886 | $7,160.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS**

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 64 | OMEGA PROCESS EQUIPMENT RETIREMENT BENEFITS SCHEME C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43891 | $44,750.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 65 | OMEGA PROCESS EQUIPMENT RETIREMENT BENEFITS SCHEME C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43892 | $44,750.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 66 | PESUS PENSION FUND C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43889 | $35,800.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 67 | PESUS PENSION FUND C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43890 | $35,800.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 68 | PLAYDEN PENSION SCHEME C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43887 | $44,750.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 69 | PLAYDEN PENSION SCHEME C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43888 | $44,750.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 70 | ROBERTSON, M.A. AND D.M.A.<br>31 EASTDOWN AVENUE<br>WEYMOUTH<br>DORSET, DT3 6QN<br>UNITED KINGDOM | 10/26/2009 | 08-13555 (JMP) | 46700 | $44,890.00 | BREWIN NOMINEES LTD<br>TIME CENTRAL<br>GALLOWGATE<br>NEWCASTLE UPON TYNE,<br>NEI 4SR<br>UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63499 | $63,305,516.40 |
| 71 | RON GASSENBEEK BEHEER B.V.<br>LOOIJDIJK 34<br>TIENHOVEN, 3612 BG<br>NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 62651 | $42,453.00 | STALLBANKIERS N.V.<br>ATTN: E. SCHILS<br>POSTBUS 327<br>DEN HAAG, 2501CH<br>NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 62700 | $1,451,892.00 |
| 72 | ROSEBERRY TRUST, THE<br>C/O NSS TRUSTEES LIMITED<br>ROMAN HOUSE<br>296 GOLDERS GREEN ROAD<br>LONDON, NW11 9PY<br>UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43883 | $44,750.00 | BREWIN NOMINEES LTD<br>TIME CENTRAL<br>GALLOWGATE<br>NEWCASTLE UPON TYNE,<br>NE1 4SR<br>UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 73 | ROSEBERRY TRUST, THE<br>C/O NSS TRUSTEES LIMITED<br>ROMAN HOUSE<br>296 GOLDERS GREEN ROAD<br>LONDON, NW11 9PY<br>UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43884 | $44,750.00 | BREWIN NOMINEES LTD<br>TIME CENTRAL<br>GALLOWGATE<br>NEWCASTLE UPON TYNE,<br>NE1 4SR<br>UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 74 | SCHAIBLE, ERNST & INGE HALDENWEG 28 NEUFFEN, 72639 GERMANY | 10/30/2009 | 08-13555 (JMP) | 59210 | $5,050.12 | COMMERZBANK AG ATTN: MARTIN HANNOEVER FRANKFURT / MAIN, 60261 GERMANY | 10/30/2009 | 08-13555 (JMP) | 58571 | $38,972,624.23* |
| 75 | SCHLEIFER, J.F. 36 SLOANE COURT WEST LONDON, SW34TB UNITED KINGDOM | 10/30/2009 | 08-13555 (JMP) | 57464 | $100,000.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NEI 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63651 | $266,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 76  TAIWAN SHIN KONG COMMERCIAL BANK C/O DAVID W. PARHAM BAKER & MCKENZIE LLP 2300 TRAMMELL CROW CENTER 2001 ROSS AVENUE DALLAS, TX 75201 | 04/16/2009 | 08-13555 (JMP) | 3794 | $20,000,000.00* | DAVIDSON KEMPNER INTERNATIONAL, LTD. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN OLAITAN SENBANJO, LEGAL COUNSEL 65 EAST 55TH STREET NEW YORK, NY 10022 | 10/30/2009 | 08-13555 (JMP) | 58225 | $149,746,250.00* |
| | | | | | DAVIDSON KEMPNER INSTITUTIONAL PARTNERS, L.P. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET ATTENTION: OLAITAN SENBANJO, LEGAL COUNSEL NEW YORK, NY 10022 | 10/30/2009 | 08-13555 (JMP) | 58211 | $133,917,754.00* |
| | | | | | DAVIDSON KEMPNER PARTNERS C/O DAVIDSON KEMPNER CAPITAL MANARGEMENT LLC ATTN OLAITAN SENBANJO, LEGAL COUNSEL 65 EAST 55TH STREET NEW YORK, NY 10022 | 10/30/2009 | 08-13555 (JMP) | 58223 | $58,633,048.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| | | | | | DAVIDSON KEMPNER DISTRESSED OPPORTUNIES INTERNATIONAL LTD. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN OLAITAN SENBANJO, LEGAL COUNSEL 65 EAST 55TH STREET NEW YORK, NY 10022 | 10/30/2009 | 08-13555 (JMP) | 58224 | $44,633,734.00* |
| | | | | | DAVIDSON KEMPNER DISTRESSED OPPORTUNIES FUND LP C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN OLAITAN SENBANJO, LEGAL COUNSEL 65 EAST 55TH STREET NEW YORK, NY 10022 | 10/30/2009 | 08-13555 (JMP) | 58226 | $14,856,906.00* |
| | | | | | M.H. DAVIDSON & CO. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN OLAITAN SENBANJO, LEGAL COUNSEL 65 EAST 55TH STREET NEW YORK, NY 10022 | 10/30/2009 | 08-13555 (JMP) | 58227 | $5,716,972.00* |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 77 | TEUNISSEN, W.C.P. & M.J.S. TEUNISSEN-VAN WIJK OERDONK 24 BEUNINGEN GLD, 6641 LJ NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 62481 | $65,094.60 | STALLBANKIERS N.V. ATTN: E. SCHILS POSTBUS 327 DEN HAAG, 2501CH NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 62700 | $1,451,892.00 |
| 78 | TICE, MARTIN VAUGHAN 5 COUSINS GROVE, SOUTHSEA, PORTSMOUTH HAMPSHIRE, PO4 9RP UNITED KINGDOM | 10/28/2009 | 08-13555 (JMP) | 50190 | $12,513.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 79 | TONG MAN WAI UNIT 18, 4/F KLN BAY IND CTR NO 15 WANG HOI ROAD KOWLOON BAY KLN, HONG KONG | 10/23/2009 | 08-13555 (JMP) | 45456 | $128,369.70 | WING HANG BANK, LTD. ATTN: TERESA LAM 161 QUEEN'S ROAD CENTRAL HONG KONG | 11/02/2009 | 08-13555 (JMP) | 62837 | $26,302,409.69* |
| 80 | TUNG, YIU KWAN STEPHEN FLAT A2 17/F BLK A BAY VIEW MANSION 21 MORETON TERRACE CAUSEWAY BAY, HONG KONG | 10/29/2009 | 08-13555 (JMP) | 54813 | $100,100.00 | WING HANG BANK, LTD. ATTN: TERESA LAM 161 QUEEN'S ROAD CENTRAL HONG KONG | 11/02/2009 | 08-13555 (JMP) | 62837 | $26,302,409.69* |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 81 | VAN MOORT, H.K. EN/OF VAN MOORT-RUIJL, M. HEIN KUITENSTRAAT 30 ABCOUDE, 1391 VP NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 62647 | $42,453.00 | STALLBANKIERS N.V. ATTN: E. SCHILS POSTBUS 327 DEN HAAG, 2501CH NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 62700 | $1,451,892.00 |
| 82 | WATERMAN PARKER TRUST, THE C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43881 | $71,600.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 83 | WATERMAN PARKER TRUST, THE C/O NSS TRUSTEES LIMITED ROMAN HOUSE 296 GOLDERS GREEN ROAD LONDON, NW11 9PY UNITED KINGDOM | 10/22/2009 | 08-13555 (JMP) | 43882 | $71,600.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 84 | WECK, M.J.F.& M.J.C.G. WECK-VAN DEN ASSEM DENNENLAAN 18 VUGHT, 5263 GZ NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 62513 | $28,302.00 | STALLBANKIERS N.V. ATTN: E. SCHILS POSTBUS 327 DEN HAAG, 2501CH NETHERLANDS | 11/02/2009 | 08-13555 (JMP) | 62700 | $1,451,892.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|
| 85 | WOODINGS, JUDITH GAIL 13 GORDON ROAD KINGSTON UPON THAMES SURREY, KT2 GBS UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 61650 | $12,513.00 | BREWIN NOMINEES LTD TIME CENTRAL GALLOWGATE NEWCASTLE UPON TYNE, NE1 4SR UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 63614 | Undetermined |
| 86 | ZL LIMITED PO BOX 309GT UNGLAND HOUSE SOUTH CHURCH GEORGE TOWN - GRAND CAYMAN, CAYMAN ISLANDS | 10/19/2009 | 08-13555 (JMP) | 41137 | $1,000,000.00 | UBS FINANCIAL SERVICES INC 1000 HARBOR BLVD WEEHAWKEN, NJ 07086 | 10/30/2009 | 08-13555 (JMP) | 57835 | $1,000,000.00 |
| 87 | ZL LIMITED PO BOX 309GT UNGLAND HOUSE SOUTH CHURCH GEORGE TOWN - GRAND CAYMAN, CAYMAN ISLANDS | 10/19/2009 | 08-13555 (JMP) | 41138 | $3,000,000.00 | UBS FINANCIAL SERVICES INC 1000 HARBOR BLVD WEEHAWKEN, NJ 07086 | 10/30/2009 | 08-13555 (JMP) | 57836 | $3,000,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 88 | ZL LIMITED PO BOX 309GT UNGLAND HOUSE SOUTH CHURCH GEORGE TOWN - GRAND CAYMAN, CAYMAN ISLANDS | 10/19/2009 | 08-13555 (JMP) | 41139 | $1,000,000.00 | UBS FINANCIAL SERVICES INC 1000 HARBOR BLVD WEEHAWKEN, NJ 07086 | 10/30/2009 | 08-13555 (JMP) | 57834 | $1,000,000.00 |
| | | | TOTAL | | $68,436,526.71 | | | | | |