# EXHIBIT 2

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 96: EXHIBIT 2 – DUPLICATIVE LPS CLAIMS – WITHDRAWN OBJECTIONS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A. PIAZZETTA DEL TITANO, 2 CITY OF SAN MARINO, 47890 SAN MARINO | 10/30/2009 | 08-13555 (JMP) | 59804 | $74,712.46 | BANK VONTOBEL AG FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRAASE 43 ZURICH, 8002 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63521 | Undetermined |
| 2 | CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A. PIAZZETTA DEL TITANO, 2 CITY OF SAN MARINO, 47890 SAN MARINO | 10/30/2009 | 08-13555 (JMP) | 59805 | $1,719,203.22 | BANK VONTOBEL AG FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRAASE 43 ZURICH, 8002 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63521 | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 2 – DUPLICATIVE LPS CLAIMS – WITHDRAWN OBJECTIONS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 3 | CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A. PIAZZETTA DEL TITANO, 2 CITY OF SAN MARINO, 47890 SAN MARINO<br><br>PARTIALLY TRANSFERRED TO: ILLIQUIDX LTD TRANSFEROR: CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A. ATTN: CELESTINO AMORE - MANAGING DIRECTOR 107-111 FLEET STREET LONDON, EC4A 2AB UNITED KINGDOM | 10/30/2009 | 08-13555 (JMP) | 59807 | $143,139.44<br><br>$2,147,091.53 | BANK VONTOBEL AG FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRAASE 43 ZURICH, 8002 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63521 | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 96: EXHIBIT 2 – DUPLICATIVE LPS CLAIMS – WITHDRAWN OBJECTIONS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A. PIAZZETTA DEL TITANO, 2 CITY OF SAN MARINO, 47890 SAN MARINO<br><br>PARTIALLY TRANSFERRED TO: ILLIQUIDX LTD TRANSFEROR: CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A. ATTN: CELESTINO AMORE - MANAGING DIRECTOR 107-111 FLEET STREET LONDON, EC4A 2AB UNITED KINGDOM | 10/30/2009 | 08-13555 (JMP) | 59809 | $574,312.66<br><br><br><br>$4,163,771.49 | BANK VONTOBEL AG FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRAASE 43 ZURICH, 8002 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63521 | Undetermined |
| 5 | CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A. PIAZZETTA DEL TITANO, 2 CITY OF SAN MARINO, 47890 SAN MARINO | 10/30/2009 | 08-13555 (JMP) | 59810 | $1,717,359.98 | BANK VONTOBEL AG FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRAASE 43 ZURICH, 8002 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63521 | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 96: EXHIBIT 2 – DUPLICATIVE LPS CLAIMS – WITHDRAWN OBJECTIONS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 6 | CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A. PIAZZETTA DEL TITANO, 2 CITY OF SAN MARINO, 47890 SAN MARINO | 10/30/2009 | 08-13555 (JMP) | 59811 | $347,471.24 | BANK VONTOBEL AG FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRAASE 43 ZURICH, 8002 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63521 | Undetermined |
| 7 | CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A. PIAZZETTA DEL TITANO, 2 CITY OF SAN MARINO, 47890 SAN MARINO | 10/30/2009 | 08-13555 (JMP) | 59812 | $7,386,941.78 | BANK VONTOBEL AG FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRAASE 43 ZURICH, 8002 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63521 | Undetermined |
| 8 | CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A. PIAZZETTA DEL TITANO, 2 CITY OF SAN MARINO, 47890 SAN MARINO | 10/30/2009 | 08-13555 (JMP) | 59813 | $326,342.34 | BANK VONTOBEL AG FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRAASE 43 ZURICH, 8002 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63521 | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 96: EXHIBIT 2 – DUPLICATIVE LPS CLAIMS – WITHDRAWN OBJECTIONS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 9 | CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A. PIAZZETTA DEL TITANO, 2 CITY OF SAN MARINO, 47890 SAN MARINO | 10/30/2009 | 08-13555 (JMP) | 59814 | $14,669.25 | BANK VONTOBEL AG FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRAASE 43 ZURICH, 8002 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63521 | Undetermined |
| 10 | CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A. PIAZZETTA DEL TITANO, 2 CITY OF SAN MARINO, 47890 SAN MARINO | 10/30/2009 | 08-13555 (JMP) | 59815 | $300,149.89 | BANK VONTOBEL AG FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRAASE 43 ZURICH, 8002 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63521 | Undetermined |
| 11 | CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A. PIAZZETTA DEL TITANO, 2 CITY OF SAN MARINO, 47890 SAN MARINO | 10/30/2009 | 08-13555 (JMP) | 59816 | $465,748.41 | BANK VONTOBEL AG FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRAASE 43 ZURICH, 8002 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63521 | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 96: EXHIBIT 2 – DUPLICATIVE LPS CLAIMS – WITHDRAWN OBJECTIONS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 12 | CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A. PIAZZETTA DEL TITANO, 2 CITY OF SAN MARINO, 47890 SAN MARINO | 10/30/2009 | 08-13555 (JMP) | 59817 | $30,628.56 | BANK VONTOBEL AG FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRAASE 43 ZURICH, 8002 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63521 | Undetermined |
| 13 | CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A. PIAZZETTA DEL TITANO, 2 CITY OF SAN MARINO, 47890 SAN MARINO | 10/30/2009 | 08-13555 (JMP) | 59818 | $812,416.44 | BANK VONTOBEL AG FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRAASE 43 ZURICH, 8002 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63521 | Undetermined |
| 14 | CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A. PIAZZETTA DEL TITANO, 2 CITY OF SAN MARINO, 47890 SAN MARINO | 10/30/2009 | 08-13555 (JMP) | 59826 | $73,182.24 | BANK VONTOBEL AG FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRAASE 43 ZURICH, 8002 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63521 | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 96: EXHIBIT 2 – DUPLICATIVE LPS CLAIMS – WITHDRAWN OBJECTIONS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 15 | CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A. PIAZZETTA DEL TITANO, 2 CITY OF SAN MARINO, 47890 SAN MARINO | 10/30/2009 | 08-13555 (JMP) | 59827 | $42,482.56 | BANK VONTOBEL AG FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRAASE 43 ZURICH, 8002 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63521 | Undetermined |
| 16 | CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A. PIAZZETTA DEL TITANO, 2 CITY OF SAN MARINO, 47890 SAN MARINO | 10/30/2009 | 08-13555 (JMP) | 59828 | $331,034.74 | BANK VONTOBEL AG FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRAASE 43 ZURICH, 8002 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63521 | Undetermined |
| 17 | CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A. PIAZZETTA DEL TITANO, 2 CITY OF SAN MARINO, 47890 SAN MARINO | 10/30/2009 | 08-13555 (JMP) | 59830 | $71,210.00 | BANK VONTOBEL AG FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRAASE 43 ZURICH, 8002 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63521 | Undetermined |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 96: EXHIBIT 2 – DUPLICATIVE LPS CLAIMS – WITHDRAWN OBJECTIONS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 18 | ILLIQUIDX LTD TRANSFEROR: CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A. ATTN: CELESTINO AMORE - MANAGING DIRECTOR 107-111 FLEET STREET LONDON, EC4A 2AB UNITED KINGDOM | 10/30/2009 | 08-13555 (JMP) | 59808 | $5,361,751.88 | BANK VONTOBEL AG FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRAASE 43 ZURICH, 8002 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63521 | Undetermined |
| 19 | KNIGHTHEAD MASTER FUND, L.P. TRANSFEROR: UBS AG, LONDON BRANCH C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK, NY 10033 | 10/30/2009 | 08-13555 (JMP) | 59806 | $2,195,818.87 | BANK VONTOBEL AG FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRAASE 43 ZURICH, 8002 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63521 | Undetermined |
| | | | | TOTAL | $28,299,438.98 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts