# EXHIBIT 3

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 96: EXHIBIT 3 – DUPLICATIVE LPS CLAIMS – ADJOURNED OBJECTIONS

| | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 1 | SCHWABMUELLER, EVA<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57823 | $289,292.40 | CREDIT SUISSE (DEUTSCHLAND) AG<br>ATTN: ALLEN GAGE<br>1 MADISON AVE<br>NEW YORK, NY 10010 | 10/29/2009 | 08-13555 (JMP) | 55824 | $5,782,658.00* |
| | | | | **TOTAL** | **$289,292.40** | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts