# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 97: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CITIBANK, N.A.<br>ATTN: EDWARD G. TURAN<br>388 GREENWICH STREET<br>NEW YORK, NY 10013 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 34310 | $1,397,798,000.00* | INSUFFICIENT DOCUMENTATION CLAIM |
| 2 | CITIGROUP GLOBAL MARKETS LTD<br>ATTN: EDWARD G. TURAN<br>388 GREENWICH ST 17TH FL<br>NEW YORK, NY 10013 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 29633 | $57,734,102.00* | INSUFFICIENT DOCUMENTATION CLAIM |
| 3 | PHOENIX EDGE SERIES FUND: PHOENIX MULTI-SECTOR SHORT TERM BOND SERIES<br>ATTN: JENNIFER KEARNS<br>100 PEARL ST.  8TH FLOOR<br>HARTFORD, CT 06103 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 26152 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 4 | UAL DIVERSIFIED BOND FUND<br>C/O ELLIOT COHEN<br>RUSSELL INVESTMENTS<br>1301 SECOND AVENUE, 18TH FLOOR<br>SEATTLE, WA 98101 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/22/2009 | 32142 | $416,668.27 | INSUFFICIENT DOCUMENTATION CLAIM |
| 5 | UAL DIVERSIFIED BOND FUND<br>C/O ELLIOT COHEN<br>RUSSELL INVESTMENTS<br>1301 SECOND AVENUE, 18TH FLOOR<br>SEATTLE, WA 98101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32143[1] | $781,275.17 | INSUFFICIENT DOCUMENTATION CLAIM |
| 6 | VIRTUS BALANCED ALLOCATION FUND<br>ATTN: JENNIFER KEARNS<br>100 PEARL ST., 8TH FL<br>HARTFORD, CT 06103 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 26166 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |

---

[1] Claim 32143 is being objected to solely with respect to its asserted claim totaling $331,275.17 for the security with CUSIP No. 525161AF2.  The portion of the Claim 32143 that is asserting a claim of $60,000 for the security with CUSIP No. B1XHNL6 is not affected by this Objection and is subject to Debtors right to object to that portion of Claim 32143 in the future.

* - Indicates claim contains unliquidated and/or undetermined amounts                                                                                 Page 1 of 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 97: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | VIRTUS INTERMEDIATE GOVERNEMNET BOND FUND<br>ATTN: JENNIFER KEARNS<br>100 PEARL ST., 8TH FL<br>HARTFORD, CT 06103 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 26172 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 8 | VIRTUS MULTI-SECTOR SHORT TERM BOND FUND<br>ATTN: JENNIFER KEARNS<br>100 PEARL ST., 8TH FL<br>HARTFORD, CT 06103 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 26175 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| 9 | VIRTUS SHORT / INTERMEDIATE BOND FUND<br>ATTN: JENNIFER KEARNS<br>100 PEARL ST., 8TH FL<br>HARTFORD, CT 06103 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/21/2009 | 26176 | Undetermined | INSUFFICIENT DOCUMENTATION CLAIM |
| | | | | | TOTAL | $1,456,730,045.44 | |