# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 101: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ABERDEEN HIGH GRADE BOND FUND<br>C/O PIONEER INSTITUTIONAL ASSET MANAGEMENT, INC<br>ATTN: MAGGIE BEGLEY<br>60 STATE STREET<br>BOSTON, MA 02109 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 15326 | $165,610.17* | Settled Derivative Claim |
| 2 | ASSOCIATED BANK, NATIONAL ASSOCIATION<br>C/O AMANDA M. GIBBS<br>REINHART BOERNER VAN DEUREN S.C<br>1000 NORTH WATER STREET<br>SUITE 1700<br>MILWAUKEE, WI 53202 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 18587 | $77,177.96 | Settled Derivative Claim |
| 3 | BERYL FINANCE LIMITED SERIES 2008-17<br>C/O BNY CORPORATE TRUST SERVICES LIMITED<br>GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP<br>ATTN: SANJAY JOBANPUTRA<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17474 | Undetermined | Settled Derivative Claim |
| 4 | BERYL FINANCE LIMITED SERIES 2008-17<br>C/O BNY CORPORATE TRUST SERVICES LIMITED<br>GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP<br>ATTN: SANJAY JOBANPUTRA<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17489 | Undetermined | Settled Derivative Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 101: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | BOARD OF EDUCATION OF THE CITY OF CHICAGO<br>125 SOUTH CLARK STREET, 13TH FLOOR<br>CHICAGO, IL 60603 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28701 | Undetermined | Settled Derivative Claim |
| 6 | BOARD OF EDUCATION OF THE CITY OF CHICAGO<br>125 SOUTH CLARK STREET, 13TH FLOOR<br>CHICAGO, IL 60603 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28702 | Undetermined | Settled Derivative Claim |
| 7 | EBAY INTERNATIONAL AG<br>EBAY INC.; ATTN: TREASURER<br>2145 HAMILTON AVENUE<br>SAN JOSE, CA 95125 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/23/2008 | 1470 | $26,972.65 | Settled Derivative Claim |
| 8 | EBAY INTERNATIONAL AG<br>EBAY INC.; ATTN: TREASURER<br>2145 HAMILTON AVENUE<br>SAN JOSE, CA 95125 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/23/2008 | 1471 | $687,652.16 | Settled Derivative Claim |
| 9 | ESPRIT INTERNATIONAL LIMITED<br>HSBC HOUSE<br>ATTN: THE DIRECTORS<br>68 WEST BAY ROAD<br>GEORGETOWN, GRAND CAYMAN, KY1-1102<br>CAYMAN ISLANDS | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27828 | Undetermined | Settled Derivative Claim |
| 10 | GULF STREAM - COMPASS CLO 2002-1, LTD.<br>C/O GULF STREAM ASSET MANAGEMENT LLC<br>ATTN: BARRY K. LOVE<br>THE ROTUNDA BUILDING, SUITE 475<br>4201 CONGRESS STREET<br>CHARLOTTE, NC 28209 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19155 | Undetermined | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 101: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | GULF STREAM - COMPASS CLO 2002-1, LTD.<br>C/O GULF STREAM ASSET MANAGEMENT LLC<br>ATTN: BARRY K. LOVE<br>THE ROTUNDA BUILDING, SUITE 475<br>4201 CONGRESS STREET<br>CHARLOTTE, NC 28209 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 19156 | Undetermined | Settled Derivative Claim |
| 12 | GULF STREAM - COMPASS CLO 2003-1, LTD.<br>C/O GULF STREAM ASSET MANAGEMENT LLC<br>ATTN: BARRY K. LOVE<br>THE ROTUNDA BUILDING, SUITE 475<br>4201 CONGRESS STREET<br>CHARLOTTE, NC 28209 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 19153 | Undetermined | Settled Derivative Claim |
| 13 | GULF STREAM - COMPASS CLO 2003-1, LTD.<br>C/O GULF STREAM ASSET MANAGEMENT LLC<br>ATTN: BARRY K. LOVE<br>THE ROTUNDA BUILDING, SUITE 475<br>4201 CONGRESS STREET<br>CHARLOTTE, NC 28209 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19154 | Undetermined | Settled Derivative Claim |
| 14 | GULF STREAM - COMPASS CLO 2004-1, LTD.<br>C/O GULF STREAM ASSET MANAGEMENT LLC, ATTN: BARRY K. LOVE<br>THE ROTUNDA BUILDING, SUITE 475<br>4201 CONGRESS STREET<br>CHARLOTTE, NC 28209 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 19151 | $1,796,711.00* | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 101: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | GULF STREAM - COMPASS CLO 2004-1, LTD. C/O GULF STREAM ASSET MANAGEMENT LLC ATTN: BARRY K. LOVE THE ROTUNDA BUILDING, SUITE 475 4201 CONGRESS STREET CHARLOTTE, NC 28209 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19152 | $1,796,711.00* | Settled Derivative Claim |
| 16 | GULF STREAM - COMPASS CLO 2005-1, LTD. C/O GULF STREAM ASSET MANAGEMENT LLC, ATTN: BARRY K. LOVE THE ROTUNDA BUILDING, SUITE 475 4201 CONGRESS STREET CHARLOTTE, NC 28209 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 19149 | $2,411,637.00* | Settled Derivative Claim |
| 17 | GULF STREAM - COMPASS CLO 2005-1, LTD. C/O GULF STREAM ASSET MANAGEMENT LLC, ATTN: BARRY K. LOVE THE ROTUNDA BUILDING, SUITE 475 4201 CONGRESS STREET CHARLOTTE, NC 28209 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19150 | $2,411,637.00* | Settled Derivative Claim |
| 18 | GULF STREAM - COMPASS CLO 2005-II, LTD. C/O GULF STREAM ASSET MANAGEMENT LLC, ATTN: BARRY K. LOVE THE ROTUNDA BUILDING, SUITE 475 4201 CONGRESS STREET CHARLOTTE, NC 28209 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 19147 | Undetermined | Settled Derivative Claim |

OMNIBUS OBJECTION 101: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | GULF STREAM - COMPASS CLO 2005-II, LTD. C/O GULF STREAM ASSET MANAGEMENT LLC, ATTN: BARRY K. LOVE THE ROTUNDA BUILDING, SUITE 475 4201 CONGRESS STREET CHARLOTTE, NC 28209 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19148 | Undetermined | Settled Derivative Claim |
| 20 | LUTHER HOME, INC., THE C/O AMANDA M. GIBBS, ESQ. REINHART BOERNER VAN DEUREN S.C. 1000 NORTH WATER STREET, SUITE 1700 MILWAUKEE, WI 53202 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18623 | Undetermined | Settled Derivative Claim |
| 21 | LUTHERAN HOME, INC., THE C/O AMANDA M. GIBBS, ESQ REINHART BOERNER VAN DEUREN S.C. 1000 NORTH WATER STREET, SUITE 1700 MILWAUKEE, WI 53202 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 18283 | Undetermined | Settled Derivative Claim |
| 22 | MITSUBISHI CORPORATION ATTN MR KOICHIRO TAKAGI 3-1, MARUNOUCHI 2-CHOME, CHIYODA-KU TOKYO, 100-8086 JAPAN | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/21/2009 | 26239 | Undetermined | Settled Derivative Claim |
| 23 | NJ HOUSING AND MORTGAGE FINANCE AGENCY ATTN: TODD J. EVANS. DIRECTOR OF CAPITAL MARKETS 637 SOUTH CLINTON AVENUE TRENTON, NJ 08611 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23864 | Undetermined | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 101: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 24 | NJ HOUSING AND MORTGAGE FINANCE AGENCY<br>ATTN: TODD J. EVANS. DIRECTOR OF CAPITAL MARKETS<br>637 SOUTH CLINTON AVENUE<br>TRENTON, NJ 08611 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23865 | Undetermined | Settled Derivative Claim |
| 25 | NJ HOUSING AND MORTGAGE FINANCE AGENCY<br>ATTN: TODD J. EVANS. DIRECTOR OF CAPITAL MARKETS<br>637 SOUTH CLINTON AVENUE<br>TRENTON, NJ 08611 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23866 | Undetermined | Settled Derivative Claim |
| 26 | OESTERREICHISCHE VOLKSBANKEN-AKTIENGESELLSCHAFT<br>KOLINGASSE 19<br>VIENNA, 1090<br>AUSTRIA | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27285 | $9,722,588.69 | Settled Derivative Claim |
| 27 | OESTERREICHISCHE VOLKSBANKEN-AKTIENGESELLSCHAFT<br>KOLINGASSE 19<br>VIENNA, 1090<br>AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27286 | $9,722,588.69 | Settled Derivative Claim |
| 28 | PAYPAL PRIVATE LTD.<br>EBAY INC; ATTN: TREASURER<br>2145 HAMILTON AVENUE<br>SAN JOSE, CA 95125 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/23/2008 | 1467 | $466,864.00 | Settled Derivative Claim |
| 29 | PAYPAL PRIVATE LTD.<br>EBAY INC; ATTN: TREASURER<br>2145 HAMILTON AVENUE<br>SAN JOSE, CA 95125 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/23/2008 | 1468 | $488,983.00 | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 101: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 30 | PAYPAL PRIVATE LTD.<br>EBAY INC; ATTN: TREASURER<br>2145 HAMILTON AVENUE<br>SAN JOSE, CA 95125 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/23/2008 | 1469 | $393,372.00 | Settled Derivative Claim |
| 31 | PEARL FINANCE PLC - SERIES 2003-1<br>C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH<br>ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT<br>GLOBAL CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17974 | Undetermined | Settled Derivative Claim |
| 32 | PEARL FINANCE PLC - SERIES 2003-1<br>C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH<br>ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT<br>GLOBAL CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17975 | Undetermined | Settled Derivative Claim |
| 33 | SARASOTA COUNTY PUBLIC HOSPITAL DIST.<br>C/O WILLIAM WOELTJEN<br>1700 SOUTH TAMIAMI TRAIL<br>SARASOTA, FL 34239 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14812 | Undetermined | Settled Derivative Claim |
| 34 | SARASOTA COUNTY PUBLIC HOSPITAL DIST.<br>C/O WILLIAM WOELTJEN<br>1700 SOUTH TAMIAMI TRAIL<br>SARASOTA, FL 34239 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14813 | Undetermined | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 101: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 35 | SIEMENS CAPITAL COMPANY LLC<br>ATTN: JONATHAN FALK, ESQ.<br>170 WOOD AVENUE SOUTH<br>ISELIN, NJ 08830 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 06/12/2009 | 4858 | $97,124.97 | Settled Derivative Claim |
| 36 | SIEMENS CAPITAL COMPANY LLC<br>ATTN: JONATHAN FALK, ESQ.<br>170 WOOD AVENUE SOUTH<br>ISELIN, NJ 08830 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/11/2009 | 4875 | $97,124.97 | Settled Derivative Claim |
| 37 | SLOVENSKA SPORITELNA A.S.<br>C/O ERSTE GROUP BANK AG<br>ATTN: MAG, JOHANNA BIEGLER<br>GRABEN 21<br>1010 VIENNA,<br>AUSTRIA | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/16/2009 | 14199 | $3,482,814.00* | Settled Derivative Claim |
| 38 | SPORITELNA, SLOVENSKA<br>GRABEN 21<br>ATTN: MAG. JOHANNA BIEGLER<br>VIENNA, 1010<br>AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14235 | $3,482,814.00* | Settled Derivative Claim |
| 39 | ST JOSEPHS/CANDLER HEALTH SYSTEM, INC<br>ATTN: VICE PRESIDENT AND CHIEF FINANCIAL OFFICER<br>5353 REYNOLDS<br>SAVANNAH, GA 31405 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32444 | Undetermined | Settled Derivative Claim |
| 40 | TEXAS COUNCIL OF COMMUNITY MH MR CENTERS<br>TEXAS COUNCIL OF COMMUNITY MENTAL HEALTH<br>WESTPARK BUILDING 3, SITE. 240- 8140 N. MOPAC EXPY<br>AUSTIN, TX 78759 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/19/2009 | 19626 | Undetermined | Settled Derivative Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 101: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

|  | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 41 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30943 | $32,359.19* | Settled Derivative Claim |
| 42 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30945 | $32,359.19* | Settled Derivative Claim |
| 43 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32861 | Undetermined | Settled Derivative Claim |
| 44 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32862 | Undetermined | Settled Derivative Claim |
| 45 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 32888 | $34,337.49* | Settled Derivative Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 101: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 46 | WELLS FARGO BANK, NA AS TRUSTEE OF THE SUPPLEMENTAL INTEREST TRUST FOR STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-SCI C/O MARY SOHLBERG MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 24857 | Undetermined | Settled Derivative Claim |
| 47 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN CAPACITY AS TRUSTEE FOR THE SUPPLEMENTAL INTEREST TRUST FOR STRUCTURED ASSET SECURITIES CORP. MORTGAGE PASS-THROUGH CERTS, SERIES 2007-SCI C/O MARY SOHLBERG MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24765 | Undetermined | Settled Derivative Claim |
| | | | | | TOTAL | $37,427,439.13 | |