# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 81: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | EAST BAY MUNICIPAL UTILITY DISTRICT ATTN: GARY BREAUX, DIRECTOR OF FINANCE 375 ELEVENTH STREET, MS 801 OAKLAND, CA 94607 | 09/22/2009 | 08-13888 (JMP) | 32176 | $144,705.25 | EAST BAY MUNICIPAL UTILITY DISTRICT ATTN: GARY BREAUX, DIRECTOR OF FINANCE 375 ELEVENTH STREET, MS 801 OAKLAND, CA 94607 | 09/22/2009 | 08-13555 (JMP) | 26497 | $144,705.25 |
| 2 | ONG STEPHEN CHUA & ONG ELIZABETH YUTAN 4TH FLOOR FLAT A, GREENFIELD MANSION #8 KINGSTON STREET CAUSEWAY BAY, HONG KONG | 10/23/2009 | 08-13555 (JMP) | 45210 | Undetermined | ONG, STEPHEN CHUA & ELIZABETH YUTAN 4TH FLOOR FLAT A GREENFIELD MANSION # 8 KINGSTON STREET CAUSEWAY BAY, HONG KONG | 10/20/2009 | 08-13555 (JMP) | 42686 | Undetermined |
| 3 | ONG STEPHEN CHUA & ONG ELIZABETH YUTAN 4TH FLOOR FLAT A, GREENFIELD MANSION #8 KINGSTON STREET CAUSEWAY BAY, HONG KONG | 10/23/2009 | 08-13555 (JMP) | 45211 | Undetermined | ONG STEPHEN CHUA & ELIZABETH YUTAN 4TH FLOOR FLAT A GREENFIELD MANSION # 8 KINGSTON STREET CAUSEWAY BAY, HONG KONG | 10/20/2009 | 08-13555 (JMP) | 42688 | Undetermined |
| | | | | TOTAL | $144,705.25 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts