UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    08-13555 (JMP)
                                                             :    (Jointly Administered)
                    Debtors.                                 :
                                                             :    Ref. Docket Nos. 15393, 15394,
                                                             :    15398-15403
                                                             :
------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS SPECIAL FINANCING                            :    08-13888 (JMP)
INC.,                                                        :    (Jointly Administered)
                    Debtors.                                 :
                                                             :    Ref. Docket No. 199
                                                             :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 30, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
31st day of March, 2011
/s/ Eleni Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  YORVIK PARTNERS LLP
     TRANSFEROR: BANCA VALSABBINA SCPA
     ATTN: LISA KING
     11 IRONMONGER LANE
     LONDON    EC2V 8EY
     UNITED KINGDOM
```

Please note that your claim # 10340-01 in the above referenced case and in the amount of $1,516,854.57 has been transferred **(unless previously expunged by court order)**

```
     CORRE OPPORTUNITIES FUND, L.P.
     TRANSFEROR: YORVIK PARTNERS LLP
     C/O COORE PARTNERS MANAGEMENT, LLC
     ATTN: ERIC SODERLUND
     1370 AVENUE OF THE AMERICAS, 29THFLOOR
     NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 199 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/30/2011                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 30, 2011.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BANK OF COMMERCE                                         BANK OF COMMERCE
      ATTN: FELIPE MARTIN F. TIMBOL TREASURER/FIRST VICE PRESIDENT    FELIPE MARTIN F. TIMBOL
      PHILFIRST BUILDING                                       17/F SAN MIGUEL PROPERTIES CENTRE
      6764 AYALA AVENUE                                        7 ST. FRANCIS STREET
      MAKATI CITY                                              MANDALUYONG CITY 1550 PHILIPPINES
      PHILIPPINES
```

Please note that your claim # 22898 in the above referenced case and in the amount of
       $15,178,972.22         has been transferred **(unless previously expunged by court order)**

```
      DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: BANK OF COMMERCE
      DEUTSCHE BANK AG, HONG KONG BRANCH; ATTN: JACK TSAI
      LEVEL 60 INTERNATIONAL COMMERCE CENTRE
      1 AUSTIN ROAD WEST
      KOWLOON
      HONG KONG
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 15393      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/30/2011                             Vito Genna, Clerk of Court

                                             /s/ Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 30, 2011.

# EXHIBIT B

```
TIME: 15:00:14                                           LEHMAN BROTHERS HOLDING INC.                                                              PAGE:    1
DATE: 03/30/11                                               CREDITOR LISTING

Name                                              Address
APPALOOSA INVESTMENT L.P.1                        DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVE NEW YORK NY 10017
APPALOOSA INVESTMENT L.P.1                        TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078
BANCO SANTANDER (SUISSE) S.A., AS AGENT           ATTN: LEGAL DEPARTMENT 5-7 AMI-LEVRIER GENEVA   1201 SWITZERLAND
BANCO SANTANDER (SUISSE) S.A., AS AGENT           WILLIAM M GOLDMAN, ESQ. DLA PIPER 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
BANK OF COMMERCE                                  FELIPE MARTIN F. TIMBOL 17/F SAN MIGUEL PROPERTIES CENTRE 7 ST. FRANCIS STREET MANDALUYONG CITY   1550 PHILIPPINES
BANK OF COMMERCE                                  ATTN: FELIPE MARTIN F. TIMBOL TREASURER/FIRST VICE PRESIDENT PHILFIRST BUILDING 6764 AYALA AVENUE MAKATI CITY   PHILIPPINES
BANK VONTOBEL AG                                  FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRAASE 43 ZURICH  8002 SWITZERLAND
BANK VONTOBEL AG                                  FAO: MRS. DR. HEIDE SUDEROW GROB GOTTHARDSTRASSE 43 ZURICH  8002 SWITZERLAND
BARCLAYS BANK PLC                                 TRANSFEROR: APPALOOSA INVESTMENT L.P.1 745 SEVENTH AVENUE NEW YORK NY 10019
CORRE OPPORTUNITIES FUND, L.P.                    TRANSFEROR: YORVIK PARTNERS LLP C/O COORE PARTNERS MANAGEMENT, LLC ATTN: ERIC SODERLUND 1370 AVENUE OF THE AMERICAS, 29THFLOOR
                                                  NEW YORK NY 10019
CREDIT SUISSE AG                                  TRANSFEROR: BANCO SANTANDER (SUISSE) S.A., AS AGENT ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE AG                                  TRANSFEROR: BANK VONTOBEL AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE AG                                  TRANSFEROR: CREDIT SUISSE SUCURSAL EN ESPANA ATTN: LAWRENCE YOUNG 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE AG                                  TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE SUCURSAL EN ESPANA                  ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE SUCURSAL EN ESPANA                  CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
CVI GVF (LUX) MASTER S.A.R.L.                     TRANSFEROR: GOLDMAN, SACHS & CO. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK FAIRMILE LANE
                                                  GOBHARN SURREY KT1 12PD UK
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: BANK OF COMMERCE DEUTSCHE BANK AG, HONG KONG BRANCH; ATTN: JACK TSAI LEVEL 60 INTERNATIONAL COMMERCE CENTRE
                                                  1 AUSTIN ROAD WEST KOWLOON   HONG KONG
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: OZ ASIA MASTER FUND LTD. ATTN: JOSE AGUINAGA 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: OZ MASTER FUND, LTD. ATTN: JOSE AGUINAGA 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN, SACHS & CO.                              TRANSFEROR: BANCO BANIF, S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
HSBC PRIVATE BANK (SUISSE) SA                     ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3   1211 SWITZERLAND
OZ ASIA MASTER FUND LTD.                          C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019
OZ ASIA MASTER FUND LTD.                          SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
OZ MASTER FUND, LTD.                              C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019
OZ MASTER FUND, LTD.                              SHELLEY CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019
YORVIK PARTNERS LLP                               TRANSFEROR: BANCA VALSABBINA SCPA ATTN: LISA KING 11 IRONMONGER LANE LONDON   EC2V 8EY UNITED KINGDOM


Total Number of Records Printed              27
```