Form 210A (10/06)

# United States Bankruptcy Court

**SOUTHERN** District Of **NEW YORK**

In re **LEHMAN BROTHERS HOLDINGS**,    Case No. **08-13555 (JMP)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CVF Lux Master S.a.r.l. | Level Global Overseas Master Fund, Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o CarVal Investors UK Limited
Knowle Hill Park
Fairmile Lane
Cobham
Surrey KT11 2PD
United Kingdom

Phone:
Last Four Digits of Acct #:

Court Claim # (if known): **67364**
Amount of Claim: **$5,982,844.44**
Date Claim Filed: **March 10, 2011**

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ David Short**    Date: **March 31, 2011**
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

Schedule 1

In re:

Ch-11 Lehman Brothers Holdings, Inc.

Debtor

Case No. 08-13555 (JPM)

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Level Global Overseas Master Fund, Ltd. ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Scheduled Claim Amount | Claim No |
|---|---|
| US5,982,844.44 | 67364 |

have been transferred and assigned to CVF Lux Master Sarl ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVF Lux Master Sarl  
Address:  c/o CarVal Investors UK Limited  
Knowle Hill Park  
Fairmile Lane  
Cobham  
Surrey KT11 2PD  
United Kingdom  
BY CARVAL INVESTORS UK LIMITED  

Signature: _[signed]_  
Name: DAVID SHORT  
Title: OPERATIONS MANAGER  
Date: _____

ASSIGNOR: Level Global Overseas Master Fund, Ltd.  
Address:  c/o Level Global Investors, L.P.  
888 Seventh Avenue, 27th Floor  
New York, New York 10019

Signature: _[signed] Laurence Canzoneri_  
Name: LAWRENCE CANZONERI  
Title: CFO, LEVEL GLOBAL INVESTORS, LP, INVESTMENT MANAGER  
Date: 3/21/2011

Claim Question? Call: 646 282 2400   Technical Support Question? Call: 800 794 4430   Guest | Sign In

Lehman Brothers Holdings Inc. (Chapter 11)
Change Client

Client Home    Claims    Docket    Key Documents

Home » Search Claims                                                                                           Bookmark this Page

# Search Claims

### Criteria

| Claim Number | Creditor Name | | Scope | |
|---|---|---|---|---|
| 67364 | Name Starts With | | Claims and Schedules | |

| Schedule Number | Amount | | | |
|---|---|---|---|---|
| | Total Claim Value | Equals | | |

| Docket Number | Claim Date Range | | | |
|---|---|---|---|---|
| | | to | | |

**Debtor**

Order By: Creditor Name    Results Per Page: 25    [Reset] [Search]

### Results

Expand All

[1] Page 1 of 1 - 01 total items

| | Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
|---|---|---|---|---|---|---|
| ⊟ | 67364 | | LEVEL GLOBAL OVERSEAS MASTER FUND, LTD. | 3/10/2011 | $5,982,844.44 | Image |
| | | | C/O LEVEL GLOBAL INVESTORS, L.P.<br>ATTN: LOUIS LAROCCA<br>888 SEVENTH AVENUE, 27TH FLOOR<br>NEW YORK, NY 10019 | Claimed Unsecured: | $5,982,844.44 | |
| | | | Debtor: 08-13555 Lehman Brothers Holdings Inc. | Remarks: amends claim 10206 | | |

[1] Page 1 of 1 - 01 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.