B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District Of New York

In re Lehman Brothers Special Financing Inc.,                    Case No. 08-13888

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND LP | UBS AG, Stamford Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to
transferee should be sent:
    HBK Master Fund L.P.
    c/o HBK Services LLC
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201

Court Claim # (if known): 28502

Amount of Claim as Filed: $145,963.16
Amount of Claim Transferred: $145,963.16
Date Claim Filed: 9/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Phone: 214.758.6107
Last Four Digits of Acct #:_____

Phone:_____
Last Four Digits of Acct #:_____

Name and Address where transferee
payments should be sent (if different from
above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J. R. Smith                    Date: March 31, 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT 06901 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas 75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Special Financing, Inc., assigned Claim No. 28502 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**UBS AG, Stamford Branch,**
**acting through its agent, UBS Securities LLC**


By:_____
Name:
Title:


By:_____
Name:
Title:


HBK Master Fund L.P.
By:     HBK Services LLC
        Investment Advisor


By:_____
Name:   J. Baker Gentry, Jr.
Title:  Authorized Signatory

25205736_1.DOC

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT  06901 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas  75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Special Financing, Inc., assigned Claim No. 28502 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**UBS AG, Stamford Branch,**
**acting through its agent, UBS Securities LLC**

By: _____

Name:

Title:

By: _____

Name:

Title:

Christopher Gomes
Associate Director
Banking Products
Services, US

Stephen Scanapiec
Associate Director
Banking Products
Services, US

**HBK Master Fund L.P.**
By:    HBK Services LLC
       Investment Advisor

By: _____

Name:

Title:

25205736_1.DOC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District Of New York

In re Lehman Brothers Special Financing Inc.,                    Case No. 08-13888

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND LP | UBS AG, Stamford Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    HBK Master Fund L.P.
    c/o HBK Services LLC
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201

Court Claim # (if known): 28503 _____

Amount of Claim as Filed: $85,565.78
Amount of Claim Transferred: $85,565.78
Date Claim Filed: 9/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Phone: 214.758.6107 _____
Last Four Digits of Acct #:_____

Phone:_____
Last Four Digits of Acct #:_____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J. R. Smith _____          Date: March 31, 2011 _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT  06901  ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim  Agreement  dated  as  of  the  date  hereof,  does  hereby  certify  that  it  has  unconditionally  and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas  75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Special Financing, Inc., assigned Claim No. 28503 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**UBS AG, Stamford Branch,**
**acting through its agent, UBS Securities LLC**


By:_____
Name:
Title:


By:_____
Name:
Title:


HBK Master Fund L.P.
By:    HBK Services LLC
       Investment Advisor


By:_____
Name:
Title:        J. Baker Gentry, Jr.
             Authorized Signatory

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT 06901 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas 75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Special Financing, Inc., assigned Claim No. 28503 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**UBS AG, Stamford Branch,**
**acting through its agent, UBS Securities LLC**

By:_____
Name:
Title:

By:_____
Name:
Title:

Stephen Scanapieco
Associate Director
Banking Products
Services, US

HBK Master Fund L.P.
By:    HBK Services LLC
       Investment Advisor

By:_____
   Name:
   Title:

25205736_1.DOC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District Of New York

In re Lehman Brothers Holdings Inc.,                                      Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND LP | UBS AG, Stamford Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    HBK Master Fund L.P.
    c/o HBK Services LLC
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201

Court Claim # (if known): 28504

Amount of Claim as Filed: $85,565.78
Amount of Claim Transferred: $85,565.78
Date Claim Filed: 9/22/2009
Debtor: Lehman Brothers Holdings Inc.

Phone: 214.758.6107
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J. R. Smith                                      Date: March 31, 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT 06901 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas 75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc assigned Claim No. 28504 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**UBS AG, Stamford Branch,**
**acting through its agent, UBS Securities LLC**

By:_____
Name:
Title:


By:_____
Name:
Title:


HBK Master Fund L.P.
By:    HBK Services LLC
       Investment Advisor


By:_____
Name:
Title:    J. Baker Gentry, Jr.
          Authorized Signatory

17

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT 06901 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas 75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc assigned Claim No. 28504 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**UBS AG, Stamford Branch,**
**acting through its agent, UBS Securities LLC**

By: _____

Name:

Title:

By: _____

Name:

Title:

Stephen Scanapico
Associate Director
Banking Product
Services, US

HBK Master Fund L.P.

By:        HBK Services LLC
           Investment Advisor

By:_____

    Name:

    Title:

17

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District Of New York

In re Lehman Brothers Holdings Inc.,                                  Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| HBK MASTER FUND LP | UBS AG, Stamford Branch |
| Name of Transferee | Name of Transferor |

Name and Address where notices to
transferee should be sent:
    HBK Master Fund L.P.
    c/o HBK Services LLC
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201

Court Claim # (if known): 28505

Amount of Claim as Filed: $105,538.41
Amount of Claim Transferred: $105,538.41
Date Claim Filed: 9/22/2009
Debtor: Lehman Brothers Holdings Inc.

Phone: 214.758.6107
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct #:

Name and Address where transferee
payments should be sent (if different from
above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J. R. Smith                                  Date: March 31, 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT 06901 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas 75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc assigned Claim No. 28505 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**UBS AG, Stamford Branch,**
**acting through its agent, UBS Securities LLC**

By:_____
Name:
Title:

By:_____
Name:
Title:

HBK Master Fund L.P.
By:    HBK Services LLC
        Investment Advisor

By:
Name:
Title:        J. Baker Gentry, Jr.
             Authorized Signatory

17

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT 06901 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas 75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc assigned Claim No. 28505 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**UBS AG, Stamford Branch,**
**acting through its agent, UBS Securities LLC**

By:_____
Name:
Title:

By:_____
Name:
Title:

Stephen Scanapiece
Associate Director
Banking Products
Services, US

HBK Master Fund L.P.
By:    HBK Services LLC
        Investment Advisor

By:_____
    Name:
    Title:

17

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District Of New York

In re Lehman Brothers Special Financing Inc.,                    Case No. 08-13888

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND LP | UBS AG, Stamford Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to
transferee should be sent:

    HBK Master Fund L.P.
    c/o HBK Services LLC
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201

Court Claim # (if known): 28506

Amount of Claim as Filed: $105,538.41
Amount of Claim Transferred: $105,538.41
Date Claim Filed: 9/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Phone: 214.758.6107
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct #:

Name and Address where transferee
payments should be sent (if different from
above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J. R. Smith                              Date: March 31, 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT  06901  ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas  75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Special Financing, Inc., assigned Claim No. 28506 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**UBS AG, Stamford Branch,
acting through its agent, UBS Securities LLC**

By:_____
Name:
Title:


By:_____
Name:
Title:


HBK Master Fund L.P.
By:     HBK Services LLC
          Investment Advisor

By:_____
   Name:        J. Baker Gentry, Jr.
   Title:        Authorized Signatory

- 18 -

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT 06901 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas 75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Special Financing, Inc., assigned Claim No. 28506 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**UBS AG, Stamford Branch,**
**acting through its agent, UBS Securities LLC**

By: _____
Name:
Title:

By: _____
Name:
Title:

Stephen Scanapiece
Associate Director
Banking Products
Services, US

**HBK Master Fund L.P.**
By:    HBK Services LLC
        Investment Advisor


By: _____
     Name:
     Title:

25205736_1.DOC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District Of New York

In re Lehman Brothers Special Financing Inc.,                    Case No. 08-13888

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND LP | UBS AG, Stamford Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to
transferee should be sent:

    HBK Master Fund L.P.
    c/o HBK Services LLC
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201

Court Claim # (if known): 28507

Amount of Claim as Filed: $42,849.99
Amount of Claim Transferred: $42,849.99
Date Claim Filed: 9/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Phone: 214.758.6107
Last Four Digits of Acct #:_____

Phone:_____
Last Four Digits of Acct #:_____

Name and Address where transferee
payments should be sent (if different from
above):

Phone:_____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J. R. Smith                              Date: March 31, 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT 06901 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas 75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Special Financing, Inc., assigned Claim No. 28507 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**UBS AG, Stamford Branch,
acting through its agent, UBS Securities LLC**

By:_____
Name:
Title:


By:_____
Name:
Title:


HBK Master Fund L.P.
By:    HBK Services LLC
       Investment Advisor

By:_____
   Name:   J. Baker Gentry, Jr.
   Title:   Authorized Signatory

25205736_1.DOC

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT  06901  ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas  75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Special Financing, Inc., assigned Claim No. 28507 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**UBS AG, Stamford Branch,**
**acting through its agent, UBS Securities LLC**

By: _____
Name: _____
Title:

Christopher Gomes
Associate Director
Banking Products
Services, US

By: _____
Name: _____
Title:

Stephen Scanapieco
Associate Director
Banking Products
Services, US

**HBK Master Fund L.P.**
By:    HBK Services LLC
       Investment Advisor

By: _____
    Name: _____
    Title:

- 18 -

25205736_1.DOC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District Of New York

In re Lehman Brothers Holdings Inc.,                    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND LP | UBS AG, Stamford Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to
transferee should be sent:

    HBK Master Fund L.P.
    c/o HBK Services LLC
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201

Court Claim # (if known): 28508

Amount of Claim as Filed: $42,849.99
Amount of Claim Transferred: $42,849.99
Date Claim Filed: 9/22/2009
Debtor: Lehman Brothers Holdings  Inc.

Phone: _214.758.6107_____
Last Four Digits of Acct #:_____

Phone:_____
Last Four Digits of Acct #:_____

Name and Address where transferee
payments should be sent (if different from
above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _/s/ J. R. Smith_____        Date: _March 31, 2011_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT 06901 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas 75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc assigned Claim No. 28508 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the _____ day of March, 2011.

**UBS AG, Stamford Branch,**
**acting through its agent, UBS Securities LLC**


By:_____
Name:
Title:


By:_____
Name:
Title:


HBK Master Fund L.P.
By:     HBK Services LLC
        Investment Advisor


By:_____
Name: J. Baker Gentry, Jr.
Title: Authorized Signatory

17

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

      UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT 06901 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas 75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc assigned Claim No. 28508 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

      SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

      IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**UBS AG, Stamford Branch,
acting through its agent, UBS Securities LLC**

By:_____

Name:

Title:

By:_____

Name:

Title:

Stephen Scanapieco
Associate Director
Banking Products
Services, US

HBK Master Fund L.P.

By:     HBK Services LLC
        Investment Advisor

By:_____

    Name:

    Title:

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District Of New York

In re <u>Lehman Brothers Special Financing Inc.</u>,                    Case No. <u>08-13888</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND LP | UBS AG, Stamford Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    HBK Master Fund L.P.
    c/o HBK Services LLC
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201

Court Claim # (if known): <u>28509</u>

Amount of Claim as Filed: <u>$459,390.96</u>
Amount of Claim Transferred: <u>$459,390.96</u>
Date Claim Filed: <u>9/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone: <u>214.758.6107</u>
Last Four Digits of Acct #:_____

Phone:_____
Last Four Digits of Acct #:_____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J. R. Smith</u>                              Date: <u>March 31, 2011</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT  06901  ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas  75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Special Financing, Inc., assigned Claim No. 28509 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**UBS AG, Stamford Branch,**
**acting through its agent, UBS Securities LLC**


By:_____
Name:
Title:


By:_____
Name:
Title:


HBK Master Fund L.P.
By:    HBK Services LLC
         Investment Advisor


By:_____
Name:
Title:          J. Baker Gentry, Jr.
                 Authorized Signatory

- 18 -

25205736_1.DOC

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT 06901 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas 75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Special Financing, Inc., assigned Claim No. 28509 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**UBS AG, Stamford Branch,**
**acting through its agent, UBS Securities LLC**

Christopher Gomes
Associate Director
Banking ___ ___
Services, US

By:
Name:
Title:

By:
Name:
Title:

Stephen Scanapiec
Associate Director
Banking Products
Services, US

**HBK Master Fund L.P.**
By:    HBK Services LLC
        Investment Advisor

By:
    Name:
    Title:

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District Of New York

In re Lehman Brothers Holdings Inc.,                    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND LP | UBS AG, Stamford Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to
transferee should be sent:
    HBK Master Fund L.P.
    c/o HBK Services LLC
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201

Court Claim # (if known): 28510

Amount of Claim as Filed: $459,390.96
Amount of Claim Transferred: $459,390.96
Date Claim Filed: 9/22/2009
Debtor: Lehman Brothers Holdings Inc.

Phone:  214.758.6107
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct #:

Name and Address where transferee
payments should be sent (if different from
above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: /s/ J. R. Smith                              Date: March 31, 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT 06901 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas 75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc assigned Claim No. 28510 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**UBS AG, Stamford Branch,**
**acting through its agent, UBS Securities LLC**


By:_____
Name:
Title:


By:_____
Name:
Title:


HBK Master Fund L.P.
By:    HBK Services LLC
       Investment Advisor


By:_____
Name:    J. Baker Gentry, Jr.
Title:    Authorized Signatory


17

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT 06901 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas 75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc assigned Claim No. 28510 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**UBS AG, Stamford Branch,**
**acting through its agent, UBS Securities LLC**

By: _____
Name:
Title:

By: _____
Name:
Title:

Stephen Scanapieco
Associate Director
Banking Products
Services, US

HBK Master Fund L.P.
By:    HBK Services LLC
       Investment Advisor

By: _____
     Name:
     Title:

17

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District Of New York

In re Lehman Brothers Special Financing Inc.,                Case No. 08-13888

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND LP | UBS AG, Stamford Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, TX 75201

Court Claim # (if known): 28511

Amount of Claim as Filed: $60,691.70
Amount of Claim Transferred: $60,691.70
Date Claim Filed: 9/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Phone: 214.758.6107
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J. R. Smith                              Date: March 31, 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT 06901 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas 75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Special Financing, Inc., assigned Claim No. 28511 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**UBS AG, Stamford Branch,**
**acting through its agent, UBS Securities LLC**

By:_____
Name:
Title:

By:_____
Name:
Title:

HBK Master Fund L.P.
By:      HBK Services LLC
         Investment Advisor

By:_____
Name:  J. Baker Gentry, Jr.
Title:   Authorized Signatory

25205736_1.DOC

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT  06901  ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas  75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Special Financing, Inc., assigned Claim No. 28511 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**UBS AG, Stamford Branch,**
**acting through its agent, UBS Securities LLC**

By:_____        Christopher Gomes
Name:                                             Associate Director
Title:                                             Banking Products
                                                      Services, US

By:_____
Name:
Title:

                                                      Stephen Scanapieco
                                                      Associate Director
                                                      Banking Products
HBK Master Fund L.P.                      Services, US
By:      HBK Services LLC
         Investment Advisor


By:_____
    Name:
    Title: