B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.</u>,     Case No. <u>08-13555</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>HBK MASTER FUND LP</u> | <u>UBS AG, Stamford Branch</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
   HBK Master Fund L.P.
   c/o HBK Services LLC
   2101 Cedar Springs Road, Suite 700
   Dallas, TX 75201

Court Claim # (if known): <u>28512</u>

Amount of Claim as Filed: <u>$60,691.70</u>
Amount of Claim Transferred: <u>$60,691.70</u>
Date Claim Filed: <u>9/22/2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>214.758.6107</u>
Last Four Digits of Acct #:_____

Phone:_____
Last Four Digits of Acct #:_____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J. R. Smith</u>     Date: <u>March 31, 2011</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT 06901 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas 75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc assigned Claim No. 28512 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**UBS AG, Stamford Branch,
acting through its agent, UBS Securities LLC**

By:_____
Name:
Title:


By:_____
Name:
Title:


HBK Master Fund L.P.
By:    HBK Services LLC
       Investment Advisor

By:_____
Name:   J. Baker Gentry Jr
Title:  Authorized Signatory

17

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT 06901 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas 75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc assigned Claim No. 28512 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**UBS AG, Stamford Branch,
acting through its agent, UBS Securities LLC**

By: _____
Name:
Title:

Christopher Gomes
Associate Director
Banking Products
Services, US

By: _____
Name:
Title:

HBK Master Fund L.P.
By:   HBK Services LLC
        Investment Advisor

Stephen Scanapieco
Associate Director
Banking Products
Services, US

By: _____
     Name:
     Title:

17

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.</u>,  Case No. <u>08-13555</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>HBK MASTER FUND LP</u> | <u>UBS AG, Stamford Branch</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
    HBK Master Fund L.P.
    c/o HBK Services LLC
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201

Court Claim # (if known): <u>28513</u>

Amount of Claim as Filed: <u>$145,963.16</u>
Amount of Claim Transferred: <u>$145,963.16</u>
Date Claim Filed: <u>9/22/2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>214.758.6107</u>
Last Four Digits of Acct #:_____

Phone:_____
Last Four Digits of Acct #:_____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J. R. Smith</u>  Date: <u>March 31, 2011</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT 06901 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas 75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc assigned Claim No. 28513 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**UBS AG, Stamford Branch,**
**acting through its agent, UBS Securities LLC**

By:_____
Name:
Title:

By:_____
Name:
Title:

HBK Master Fund L.P.
By:    HBK Services LLC
       Investment Advisor

By:_____
Name: J. Baker Gentry, Jr.
Title: Authorized Signatory

17

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: UBS AG

UBS AG, a corporation organized under the laws of Switzerland, with offices located at 677 Washington Boulevard, Stamford, CT 06901 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to HBK Master Fund L.P., its successors and assigns, with offices located c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, Texas 75201 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc assigned Claim No. 28513 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**UBS AG, Stamford Branch,**
**acting through its agent, UBS Securities LLC**

By: _____
Name: Christopher Gomes
Title: Associate Director
       Banking ...
       Services, US

By: _____
Name:
Title:

Stephen Scanapieco
Associate Director
Banking Products
Services, US

HBK Master Fund L.P.
By:    HBK Services LLC
       Investment Advisor

By: _____
Name:
Title:

17