UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x
In re                                                       )
                                                            )   Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,                      )   Case No. 08-13555 (JMP)
                                                            )
                        Debtors.                            )   (Jointly Administered)
                                                            )
----------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER 8072

PLEASE TAKE NOTICE, that Saga 400 Limited hereby withdraws Claim No. 8072, a copy of which is attached hereto as Exhibit A, which it filed in the above-captioned Chapter 11 cases on August 12, 2009, and requests that the claims registry maintained by Epiq Bankruptcy Solutions LLC in the above-captioned cases be revised to reflect such withdrawal.

Dated: March 31, 2011
New York, New York

                        SAGA 400 LIMITED

                        By: _____
                            John Davies
                            Group Company Secretary
                            The Saga Building
                            Enbrook Park
                            Folkestone
                            Kent CT20 3SE
                            United Kingdom
                            Tel. 01303 771111

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | LEHMAN BROTHERS HOLDINGS INC., 08-13555 |
|---|---|
| Creditor Name and Address: | SAGA 400 LIMITED, The Saga Building, Enbrook Park, Folkestone Ken CT20 3se, United Kingdom |
| Court Claim Number (if known): | 8072 |
| Date Claim Filed: | August 12, 2009 |
| Total Amount of Claim Filed: | $455,575.43 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 1st April 2011

Print Name: JOHN DAVIES

Title (if applicable): COMPANY SECRETARY

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.