WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                                    :
**In re**                                           :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :        **08-13555 (JMP)**
                                                    :
                                    **Debtors.**    :        **(Jointly Administered)**
                                                    :
                                                    :
---------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF DEBTORS' ONE HUNDRED ELEVENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) AS TO CERTAIN CLAIMANTS

PLEASE TAKE NOTICE that Lehman Brothers Holdings Inc. and its affiliated

debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, "Debtors") are withdrawing without prejudice their One Hundred Eleventh

Omnibus Objection to Claims (No Liability Claims) [Dkt. No. 15012] solely with respect to the

claim listed on Exhibit A annexed hereto.  The Debtors reserve their rights to object to the claim

listed on Exhibit A on any grounds in the future.

Dated:  March 31, 2011
      New York, New York

/s/ Shai Y. Waisman
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| Sealed Air Corporation | 9313 |