UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.* | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM NO. 9657
## PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3006

Fulton Bank, National Association ("Claimant"), by its attorneys, Stradley, Ronon, Stevens & Young, LLP, files this notice of the withdrawal of its claim pursuant to Federal Rule of Bankruptcy Procedure 3006 (the "Withdrawal Notice") and hereby withdraws Proof of Claim (the "Claim") number 9657 filed by Claimant against Lehman Brothers Holdings Inc. ("LBHI") on August 28, 2009. In support of this Withdrawal Notice, Claimant states the following:

1. Claimant hereby provides notice that it desires immediately to withdraw, as of right, the following Claim filed against LBHI:

| Claim Number | Debtor Case Number | Amount |
|---|---|---|
| 9657 | 08-13555 | $2,550,000.00 |

2. As of the date of this Withdrawal Notice, no objection had been filed to the Claim, and no adversary complaint has been filed against Claimant in any of the jointly administered Lehman Brothers debtor cases.

3. Claimant has not accepted or rejected a plan proposed in any of the Debtors' cases and has not participated significantly in LBHI's case or any of the jointly administered Lehman Brothers debtor cases.

B # 1351406 v.1

      4.      Accordingly, by filing this Withdrawal Notice, Claimant is entitled to, as of right, and does hereby withdraw, the Claim pursuant to Federal Rule of Bankruptcy Procedure 3006.

      5.      THIS WITHDRAW OF CLAIM IS FILED UNDER AND SUBJECT TO THE RIGHTS OF THE CLAIMANT UNDER AN AGREEMENT DATED MARCH 24, 2011 (THE "AGREEMENT") BETWEEN THE CLAIMANT AND LBHI, INCLUDING, WITHOUT LIMITATION, PROVISIONS IN THE AGREEMENT PROVIDING FOR THE POSSIBLE REINSTATEMENT OF THE CLAIM IN FAVOR OF THE CLAIMANT AND AGAINST LBHI.

Respectfully submitted,

STRADLEY, RONON, STEVENS & YOUNG, LLP

Dated: April 1, 2011

By: /s/ Mark J. Dorval
    Mark J. Dorval, Esquire
    Paul A. Patterson, Esquire
    2600 One Commerce Square
    Philadelphia, PA 19103-7098
    (215) 564-8002 Phone
    (215) 564-8120 Fax

Attorneys for Fulton Bank, successor by merger to Resource Bank