

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _____,  Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

BANCO SABADELL, S.A.
Name of Transferee

Name and Address where notices to transferee should be sent:
Plaza de Sant Roc, 20
08201 SABADELL (SPAIN)

Phone: 0034 937289254
Last Four Digits of Acct #: 5861

MARTA DE LA HIJA SENTIS
Name of Transferor

Court Claim # (if known): 59047
Amount of Claim: $240.00
Date Claim Filed: 10/30/2009

Phone: 0034 934736793
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Adria Galian Valldeneu         Date: 21/03/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.