B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Special Financing Inc.          Case No.  08-13888

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lehman Brothers Holdings Inc. | Fulton Bank, National Association |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Name and Address of Transferee: |
|---|---|
| Lehman Brothers Holdings Inc.<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Attn: George Cahill | Fulton Bank, National Association<br>One Penn Center<br>P.O. Box 4887<br>Lancaster, PA 17604<br>Attn: John Merva, Esq. |
| Phone: (646) 285-9585 | Phone: (717) 735-8564 |
| Name and Address where transferee payments should be sent (if different from above): | Court Claim #: 9660<br>Amount of Claim: $2,550,000<br>Date Claim Filed: August 28, 2009 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___[signature]___       Date: 4/1/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

US_ACTIVE:\43673077\01\58399.0008