

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _____,          Case No. __08-13555__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__BANCO SABADELL, S.A.__          __MARIA DEL CARMEN MASSONI PI__
Name of Transferee                 Name of Transferor

Name and Address where notices to transferee should be sent:
  Plaza de Sant Roc, 20
  08201 SABADELL (SPAIN)

Court Claim # (if known): __57000__
Amount of Claim: __$171.00__
Date Claim Filed: __10/30/2009__

Phone: __0034937289254__
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __Adria Galion Valldemeu__          Date: __21/03/2011__
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.