RECEIVED

MAR 3 1 2011

U.S. BANKRUPTCY COURT, SDNY

Form 210B (12/09)

# United States Bankruptcy Court

_____ District Of _____

In re _____,    Case No. __08-13555__

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

PP- Manel

MARIA CARMEN MASSONI PI
Name of Alleged Transferor

BANCO SABADELL
Name of Transferee

Address of Alleged Transferor:
MONTSERRAT, 9, 1r
08750 Molins de Rei BARCELONA
SPAIN

Address of Transferee:
Pça SANT ROC, 20
08201 SABADELL
SPAIN

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
CLERK OF THE COURT