

**JS Cresvale Capital Limited**
18/F, Euro Trade Centre,
21-23 Des Voeux Road Central, Hong Kong

Tel: (852)2869 7066
Fax: (852)2766 1232

DATE: 25th March 2011

The Chambers of the Honorable James M. Peck
One Bowling Green, New York, New York 10004
Courtroom 601

**RE: CLAIM NUMBER 40619 BE DISALLOWED & EXPUNGED**

We just received a notice about Lehman Brothers Holdings Inc, and certain of its affiliates requests that the Bankruptcy Court disallow & expunge our claim case, as our claim is not denominated in lawful currency of the United States.

We, therefore, update the claim amount is US$362,970 (equivalent to AUD$450,000, i.e. rate 0.8066 on Sep 15, 2008)

We do oppose this Objection to disallow & expunge our claim by the reason of unlawful currency of the United States. Lehman Brothers Holdings Inc. is the Guarantor for the product XS0341031432 which issued by Lehman Brother Treasury Co BV. There is no reason the legal obligations of Lehman Brothers Holdings Inc. can be waived by currency issue.

Sincerely,

JS Cresvale Capital Limited
*For and on behalf of*
**JS CRESVALE CAPITAL LIMITED**
日 盛 嘉 富 融 資 有 限 公 司

......................................................
Managing Director *Authorized Signature(s)*

Encl.:   1. Notice from WEIL, GOTSHAL & MANGES LLP
         2. Terms and Conditions of ISIN (XS0341031432)
         3. Proof of Claim Form
         4. Bloomberg exchange rate information



RECEIVED
MAR 29 2011
BANKRUPTCY COURT, SDNY

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re                                         :    **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :    **08-13555 (JMP)**

                Debtors.      :    **(Jointly Administered)**

                                                    :

------------------------------------------------------------x

LBH OMNI102 03-11-2011 (MERGE2,TXNUM2) 4000086985 BAR(23) MAIL ID *** 000043197873 *** BSIUSE: 107

JS CRESVALE CAPITAL LIMITED
23/F, EIB CENTRE, 40-44 BONHAM STRAND
SHEUNG WAN, HONG KONG

## THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED SECOND**
**OMNIBUS OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| **Creditor Name and Address:**<br>JS CRESVALE CAPITAL LIMITED<br>23/F, EIB CENTRE, 40-44 BONHAM STRAND<br>SHEUNG WAN, HONG KONG | **Claim Number:** 40619 |
| | **Date Filed:** 10/16/2009 |
| | **Debtor:** 08-13555 |
| | **Classification and Amount:** UNSECURED: $ 0.00 UNLIQUIDATED |

       PLEASE TAKE NOTICE that, on March 11, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their One Hundred Second Omnibus Objection to Claims (Foreign Currency Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

       The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as it is not denominated in lawful currency of the United States. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

       If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

       If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on April 13, 2011 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on April 28, 2011 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim. If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

If you have any questions about this notice or the Objection, please contact Debtors' counsel, Erin Eckols, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: March 11, 2011
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**LEHMAN BROTHERS**

**Fixed Income Derivative Products**

Final Terms and Conditions as of 19 December 2007

In the event of any inconsistency between the Chinese language version and the English language version of this term sheet, the English language version shall prevail for interpretation purposes.

This material is distributed in HK by Lehman Brothers Asia Limited

Telephone: +852 2252 6850

# 2Y AUD NC Quanto LIBOR Range Note

| | |
|---|---|
| Issuer | Lehman Brothers Treasury Co BV |
| Guarantor | Lehman Brothers Holdings Inc (Moody's A1 / S&P A+ / Fitch AA) |
| ISIN | XS0341031432 |
| Nominal Amount | AUD 450,000 |
| Trade Date | 8 January 2008 |
| Issue Date | 25 January 2008 |
| Maturity Date | 25 January 2010 |
| Issue Price | 100% |
| Redemption Price | 100% |
| Coupon Rate | AUD 7.0% * Index Ratio |
| Coupon Payment Dates | 25 April, 25 July, 25 October and 25 January in each year from and including 25 April 2008 to and including the Maturity Date |
| Calculation Period | From and including one Coupon Payment Date (or the Issue Date in respect of the first Calculation Period) to but excluding the next Coupon Payment Date each date being subject to no adjustment. |
| Basis | 30/360 |
| Definitions | **Index Ratio:**<br><br>For any Calculation Period, the number of calendar days in respect of which<br><br>3m USD LIBOR$_{REF}$ is greater than or equal to **0.00%** AND less than or equal to **6.50%**<br><br>**3m USD LIBOR$_{REF}$:**<br><br>For any day within a Calculation Period, the rate for deposits in U.S Dollars for a period of 3 months which appears on Reuters Page LIBOR01 as of 11:00 a.m. London time on such day (or if such day is not a Business Day the immediately preceding Business Day). The rate for any days from and including the day (the "Rate Cut Off Date") which falls 5 Business Days prior to the last day of the Calculation Period shall be the rate which appears on such Rate Cut Off Date. |
| Business Days | Sydney (with respect to payment) |

This termsheet is indicative only and is subject to change without notice. Information other than indicative terms (including market data and statistical information) has been obtained from various sources. We do not represent that it is complete or accurate. Any analysis presented herein that indicates a range of outcomes that may result from changes in market parameters, is not comprehensive, is not intended to suggest that outcome is more likely than another and may have been derived using Lehman Brothers proprietary models, historic data and subjective interpretation. This term sheet does not constitute an offer or an agreement, or a solicitation of an offer or an agreement, to enter into any transaction. No assurance is given that any transaction on the terms indicated can or will be arranged or agreed. Transactions of the sort described herein contain complex characteristics and risk factors. Transactions incorporating derivatives may create additional risks and exposures. Before entering into any transaction, you should consider the suitability of the transaction to your particular circumstances and independently review (with your professional advisers as necessary) the specific financial risks as well as the legal, regulatory, credit, tax and accounting consequences. Lehman Brothers does not act as an adviser or fiduciary to its counterparties except where written agreement expressly provides otherwise. References herein to 'Lehman Bros' shall include Lehman Brothers International (Europe) and Lehman Brothers Europe Limited and their affiliates. Both Lehman Brothers International (Europe) and Lehman Brothers Europe Limited are authorised and regulated by the Financial Services Authority.

|                              |                                                          |
|------------------------------|----------------------------------------------------------|
|                              | London (with respect to index observation)               |
| **Business Day Convention**  | Modified Following                                       |
| **Calculation Agent**        | Lehman Brothers International (Europe)                   |
| **Listing**                  | None                                                     |
| **Settlement Account**       | Euroclear / Clearstream                                  |
| **Denominations**            | AUD 10,000                                               |
| **Issue Type**               | EMTN                                                     |

**Selling Restrictions**

**European Prospectus Directive Selling Restriction:** As of the date hereof the Notes described in this termsheet have not been approved by any competent authority for the purposes of making a non-exempt public offer in any EEA member state which has implemented Directive 2003/71/EC (the "Prospectus Directive") and as such, until such time as a prospectus has been published, must only be offered within such states in circumstances which do not require the publication of a prospectus pursuant to Article 3 of the Prospectus Directive. These circumstances may include:

(1) Offers to Qualified Investors (as defined in the Prospectus Directive); or

(2) Offers of Notes where the minimum consideration per separate offer is at least Euro 50,000

You are strongly advised to seek appropriate legal advice before attempting to make any offer. In investing in the Notes you represent to Lehman Brothers that you do not intend to make an offer which will breach the Prospectus Directive, or cause Lehman Brothers or the Issuer to be in breach of the Prospectus Directive.

**U.S. Selling Restriction:** The Notes have not been nor will be registered under the U.S. Securities Act of 1933 (as amended) and may not be offered or sold within the United States or to, or for the account or benefit of, U.S. persons except as permitted by Regulation S or Rule 144A under such Securities Act.

**General Selling Restriction:** Each purchaser of Notes must observe all applicable laws and regulations in any jurisdiction in which it may offer, sell, or deliver the Notes and it may not, directly or indirectly, offer, sell, resell, reoffer or deliver any Notes except under circumstances that will result, to the best of its knowledge and belief, in compliance with all applicable laws and regulations

**Risk Disclosure**

The Buyer of these Notes is responsible for its own independent analysis of and decision regarding all matters relating to this transaction and any applicable laws and regulations and the risks involved in entering into this transaction as they relate to the Buyer's own circumstances. The Buyer should consult its own counsel, accountants and other advisors on these and all matters it deems relevant. This transaction is suitable only for, and should be made only by an investor who has no need for liquidity and understands and can afford the financial and other risks of this transaction. The risks of these Notes are principally those of

This termsheet is indicative only and is subject to change without notice. Information other than indicative terms (including market data and statistical information) has been obtained from various sources. We do not represent that it is complete or accurate. Any analysis presented herein that indicates a range of outcomes that may result from changes in market parameters, is not comprehensive, is not intended to suggest that outcome is more likely than another and may have been derived using Lehman Brothers proprietary models, historic data and subjective interpretation. This term sheet does not constitute an offer or an agreement, or a solicitation of an offer or an agreement, to enter into any transaction. No assurance is given that any transaction on the terms indicated can or will be arranged or agreed. Transactions of the sort described herein contain complex characteristics and risk factors. Transactions incorporating derivatives may create additional risks and exposures. Before entering into any transaction, you should consider the suitability of the transaction to your particular circumstances and independently review (with your professional advisers as necessary) the specific financial risks as well as the legal, regulatory, credit, tax and accounting consequences. Lehman Brothers does not act as an adviser or fiduciary to its counterparties except where written agreement expressly provides otherwise. References herein to 'Lehman Bros' shall include Lehman Brothers International (Europe) and Lehman Brothers Europe Limited and their affiliates. Both Lehman Brothers International (Europe) and Lehman Brothers Europe Limited are authorised and regulated by the Financial Services Authority.

## Fixed Income Derivative Products

credit exposure to the issuer and exposure to variations in the indices to which the coupon and/or redemption amount is linked.

This termsheet is indicative only and is subject to change without notice. Information other than indicative terms (including market data and statistical information) has been obtained from various sources. We do not represent that it is complete or accurate. Any analysis presented herein that indicates a range of outcomes that may result from changes in market parameters, is not comprehensive, is not intended to suggest that outcome is more likely than another and may have been derived using Lehman Brothers proprietary models, historic data and subjective interpretation. This term sheet does not constitute an offer or an agreement, or a solicitation of an offer or an agreement, to enter into any transaction. No assurance is given that any transaction on the terms indicated can or will be arranged or agreed. Transactions of the sort described herein contain complex characteristics and risk factors. Transactions incorporating derivatives may create additional risks and exposures. Before entering into any transaction, you should consider the suitability of the transaction to your particular circumstances and independently review (with your professional advisers as necessary) the specific financial risks as well as the legal, regulatory, credit, tax and accounting consequences. Lehman Brothers does not act as an adviser or fiduciary to its counterparties except where written agreement expressly provides otherwise. References herein to 'Lehman Bros' shall include Lehman Brothers International (Europe) and Lehman Brothers Europe Limited and their affiliates. Both Lehman Brothers International (Europe) and Lehman Brothers Europe Limited are authorised and regulated by the Financial Services Authority.

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000040619 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | ☒ Check this box to indicate that this claim amends a previously filed claim.<br>Court Claim Number: _____ (If known)<br>Filed on: 12/15/2008 |
|---|---|
| JS CRESVALE CAPITAL LIMITED<br>23/F, EIB Centre, 40-44 Bonham Strand,<br>Sheung Wan, Hong Kong<br>Telephone number: 852 2869 7066    Email Address: compliance@jscresvale.com.hk | |
| Name and address where payment should be sent (if different from above)<br>JS CRESVALE SECURITIES INTERNATIONAL LTD<br>23/F, EIB Centre, 40-44 Bonham Strand,<br>Sheung Wan, Hong Kong<br>Telephone number:    Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 450,000.00 (AUD)    (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0341031432    (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

CA55321    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
CEDEL A/C 88201    (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FILED / RECEIVED**
**OCT 16 2009**
**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date.<br>10/12/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.    For and on behalf of<br>JS CRESVALE CAPITAL LIMITED |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

........................................................
Authorized Signature(s)

### INSTRUCTIONS FOR PROOF OF CLAIM FORM
*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

```
                    ;SINERS         1/18/2008 2:22 PM   PAGE   1/001   Fax Server
              TS
           VALE CAPITAL LTD
           8 2008
           AVE PLEASURE IN CONFIRMING THE FOLLOWING BUSINESS WITH YOU.
    JAN  18 WITH SETTLEMENT JAN 25 WE EXECUTED THE FOLLOWING
  JR THE ACCOUNT OF: JS CRESVALE CAPITAL LTD
  C.O.D. ACCOUNT:              53-01283
  FAX NUMBER    : 85227661232
  YOU BOUGHT    :           450,000.00
  SECURITY      : ISIN  XS0341031432
  DESCRIPTION   : LEHMAN BROS TREASURY
                : CO BV FRN 20100125
                : SERIES  9592 EMTN
  PRICED AT     : 99.0500000
  SETTLES IN AUSTRALIAN DOLLARS
  IN RETURN CORRESPONDENCE PLEASE QUOTE  ITSESIL5
  & REF  WGKY87-1
  PRINCIPAL:                              445,725.00
  INTEREST:                                    0.00        DAYS:       0
  NET AMOUNT TO BE PAID:                  445,725.00
  SPECIAL INSTRUCTIONS:
  14934582
  ORIG14923897
  DELIVERY-INSTRUCTIONS:
  WE WILL DELIVER, VERSUS PAYMENT,
  FROM   EUROCLEAR A/C 92904
  TO:    CEDEL A/C 88201 ( 94404 )
  THE DETAILS OF ANY CHARGES SHARED WITH ANOTHER PERSON OR ANY
  REMUNERATION BEING PASSED TO THIRD PARTIES FOR INTRODUCING
  BUSINESS WILL BE MADE AVAILABLE ON REQUEST
  PLEASE ADVISE ANY DISAGREEMENT WITHIN 24 HOURS
  QUOTING REF NOS.
  THANKS AND REGARDS
  LEHMAN BROTHERS INTERNATIONAL (EUROPE)
  REGULATED BY FSA
```

⑦




```
GRAB                                                                    CurncyHP
Screen Printed
 CLOSE/VALUE                                                    Page  1 / 1
USAD    AUD-USD X-RATE           PRICE 1.0160                Bloomberg BGN
                                                      HI  .8066   ON  9/15/08
  Range  9/15/08  to  9/15/08     Period  Daily      AVE  .8066
                                  Market  mid/trd    LOW  .8066   ON  9/15/08
   DATE    PRICE              DATE    PRICE              DATE    PRICE

   9/15  L.8066
```

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900       Singapore 65 6212 1000    U.S. 1 212 318 2000     Copyright 2011 Bloomberg Finance L.P.
                                                                              SN 298927 H199-388-0 24-Mar-11 18:07:46