B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc. et al.  ,           Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| UBS AG, Stamford Branch | Basswood Opportunity Partners, L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
677 Washington Blvd, Stamford CT 06901
Attn: Darlene Arias/Craig Pearson/BPS

Court Claim # (if known):  28512
Amount of Claim:  $60,691.70
Date Claim Filed:  09/22/2009

Phone:  +203 719-3000
Last Four Digits of Acct #: _____

Phone:  +212 521-9500
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Darlene Arias/Stephen Scanapieco         Date: 03/31/2011
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: **Basswood Opportunity Partners, L.P.**

  **Basswood Opportunity Partners, L.P.**, a limited partnership organized under the laws of the State of Delaware, with offices located at 645 Madison Avenue, New York, NY 10022 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to UBS AG, Stamford Branch, its successors and assigns, with offices located at 677 Washington Boulevard, Stamford CT 06901 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc., and its affiliates in the amount of $60,691.70 and assigned Claim No. 28512 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No.08-13555

  SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

  IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**Basswood Opportunity Partners, L.P.**

By: _____
Name: Matthew Lindenbaum
Title: Principal


**UBS AG, Stamford Branch,** by its Agent, UBS Securities LLC


By:_____
 Name:
 Title:




By:_____
 Name:
 Title:

17

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: **Basswood Opportunity Partners, L.P.**

    **Basswood Opportunity Partners, L.P.**, a limited partnership organized under the laws of the State of Delaware, with offices located at 645 Madison Avenue, New York, NY 10022 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to UBS AG, Stamford Branch, its successors and assigns, with offices located at 677 Washington Boulevard, Stamford CT 06901 ("BUYER"), all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc., and its affiliates in the amount of $60,691.70 and assigned Claim No. 28512 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No.08-13555

    SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

    IN WITNESS WHEREOF, dated as of the ____ day of March, 2011.

**Basswood Opportunity Partners, L.P.**

By:_____
Name:
Title:


**UBS AG, Stamford Branch,** by its Agent, UBS Securities LLC

By:_____
  Name:
  Title:

                          Stephen Scanapieco
                          Associate Director
                          Banking Products
                          Services, US

By:_____
  Name: Christopher Gomes
  Title: Associate Director
       Banking Products
       Services, US