**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-6501
Karen E. Wagner
Marshall S. Huebner
James I. McClammy
Brian M. Resnick

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x
                                     :
**In re:**                           :
                                     : **Chapter 11**
                                     :
**LEHMAN BROTHERS HOLDINGS INC., et al.,** : **Case No. 08-13555 (JMP)**
                                     :
                                     : **(Jointly Administered)**
         **Debtors.**                :
                                     :
------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF NEW YORK   )

MARGUERITE M. MELVIN, being duly sworn, deposes and says:

    1.    I am over the age of eighteen years and employed by Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, and I am not a party to the above-captioned action.

2.     On March 30, 2011, I caused to be served a true and correct copy of the "Sixth Amended Verified Statement of Davis Polk & Wardwell LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019(a)", dated March 30, 2011 [Docket No. 15460] to be delivered via first class mail to those parties listed on the annexed Exhibit A.

/s/ Marguerite M. Melvin
Marguerite M. Melvin

Sworn to before me this
1st day of April, 2011

/s/ Elliot Law
Elliot Law
Notary Public, State of New York
No. 01LA6177305
Qualified in New York County
Commission Expires November 13, 2011

# **EXHIBIT A**

**Service List**

Dennis F. Dunne, Esq.
Milbank, Tweed,
Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Harvey R. Miller, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Hon. James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Andrea B. Schwartz, Esq.
Office of the United States Trustee
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004