UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                              :

In re                                         :       Chapter 11 Case No.
                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :       08-13555 (JMP)
                                           :       (Jointly Administered)
                  Debtors.       :
                                           :
------------------------------------------------------------------x       Ref. Docket Nos. 15171, 15411,
                                                                     15412, 15414, 15418-15425, 15439

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 31, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                      */s/ Lauren Rodriguez*
                                                                      Lauren Rodriguez

Sworn to before me this
1st day of April, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CITIGROUP FINANCIAL PRODUCTS INC.              CITIGROUP FINANCIAL PRODUCTS INC.
     TRANSFEROR: SCOTTWOOD MASTER, LTD              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
     ATTN: MARC HEIMOWITZ                           ATTN: DOUGLAS R. DAVIS
     390 GREENWICH STREET, FOURTH FLOOR             1285 AVENUE OF THE AMERICAS
     NEW YORK NY 10013                              NEW YORK NY 10019
```

Please note that your claim # 66107-07 in the above referenced case and in the amount of
         $5,848,000.00        has been transferred **(unless previously expunged by court order)**

```
     PALOMINO FUND LIMITED                          PALOMINO FUND LIMITED
     TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.  ANDREWS KURTH LLP
     APPALOOSA INVESTMENT L.P.1                     ATTN: DAVID HOYT
     ATTN: KEN MAIMAN                               450 LEXINGTON AVENUE
     51 JFK PARKWAY, SUITE 250B                     NEW YORK NY 10017
     SHORT HILLS NJ 07078
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         Southern District of New York
         One Bowling Green
         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 15171     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/31/2011                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 31, 2011.

# EXHIBIT B

```
TIME: 12:11:22                                     LEHMAN BROTHERS HOLDING INC.                                     PAGE:  1
DATE: 03/31/11                                          CREDITOR LISTING

Name                                                    Address
CITIBANK INTERNATIONAL PLC                              PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK INTERNATIONAL PLC                              CITIGROUP CENTER ATTN: ROBERT STEMMONS 33 CANADA SQUARE CANARY WHARF LONDON E14 5LB UNITED KINGDOM
CITIGROUP FINANCIAL PRODUCTS INC.                       PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                       TRANSFEROR: SCOTTWOOD MASTER, LTD ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, FOURTH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                           DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                           TRANSFEROR: CITIBANK INTERNATIONAL PLC ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CREDIT SUISSE AG                                        TRANSFEROR: CREDIT SUISSE SUCURSAL EN ESPANA ATTN: LAWRENCE YOUNG 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE SUCURSAL EN ESPANA                        TRANSFEROR: CREDIT SUISSE AG ATTN: LAWRENCE YOUNG 1 MADISON AVENUE NEW YORK NY 10010
CVI GVF LUXEMBOURG TWELVE S.A.R.L.                      TRANSFEROR: BARCLAYS BANK PLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FAIRMILE LANE, COBHAM SURREY KT112PD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON                                TRANSFEROR: SABRETOOTH MASTER FUND, LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHADIITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                                TRANSFEROR: SABRETOOTH MASTER FUND, LP C/O DEUTSCHE BANK SECURITIES, INC. ATTN: RICH VICHADIITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: OZ SPECIAL MASTER FUND, LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: OZ SPECIAL MASTER FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
MORGAN STANLEY & CO. INTERNATIONAL PLC                  MANAGING CLERK RICHARD KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC                  TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM
MORGAN STANLEY BANK INTERNATIONAL LIMITED               TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. 25 CABOT SQUARE CANARY WHARF LONDON E14 4QW UNITED KINGDOM
OAKTREE HUNTINGTON INVESTMENT FUND, L.P.                TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P.      TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD LOS ANGELES CA
OAKTREE OPPORTUNITIES FUND VIII (PARALLEL), L.P.        TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO AND JEFF ARNOLD LOS ANGELES CA 90071
PALOMINO FUND LIMITED                                   ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
PALOMINO FUND LIMITED                                   TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. APPALOOSA INVESTMENT L.P.1 ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078
PERRY PRINCIPALS, L.L.C.                                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O PERRY CAPITAL ATTN: AARON ZELIG 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153
ROYAL BANK OF SCOTLAND PLC, THE                         CLIFFORD CHANCE LLP 31 WEST 52ND STREET NEW YORK NY 10019
ROYAL BANK OF SCOTLAND PLC, THE                         BANCO ESPANOL DE CREDITO, S.A., MESENA 80 EDIFICIO CPD SOTANO-1 MADRID 28033 SPAIN
ROYAL BANK OF SCOTLAND PLC, THE                         TRANSFEROR: BANCO ESPANOL DE CREDITO, S.A., ACTING FOR AND ON BEHALF O ATTN: ANDREW SCOTLAND & DONAGH HOYLAND RBS GLOBAL BANKING & MARKETS 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM
ROYAL BANK OF SCOTLAND PLC, THE                         TRANSFEROR: BANCO ESPANOL DE CREDITO, S.A., ACTING FOR AND ON BEHALF O RBS GLOBAL BANKING & MARKETS ATTN: ANDREW SCOTLAND & DONAGH HOYLAND 135 BISHOPSGATE LONDON EC2H 3UR UNITED KINGDOM
SABRETOOTH MASTER FUND, LP                              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SABRETOOTH CAPITAL MANAGEMENT, LLC/ATTN: B BAKER 405 LEXINGTON AVE, 50TH FLOOR NEW YORK NY 10174
SABRETOOTH MASTER FUND, LP                              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SABRETOOTH CAPITAL MANAGEMENT, LLC/ATTN: B BAKER 405 LEXINGTON AVENUE, 50TH FLOOR NEW YORK NY 10174
SPCP GROUP, LLC                                         ANDREWS KURTH LLP ATTN: DAVID HOTY 450 LEXINGTON AVENUE - 15TH FLOOR NEW YORK NY 10017
SPCP GROUP, LLC                                         ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE - 15TH FLOOR NEW YORK NY 10017
SPCP GROUP, LLC                                         ANDREWS KURTH LLP ATTN: DAVIT HOYT 450 LEXINGTON AVENUE - 15TH FLOOR NEW YORK NY 10017
SPCP GROUP, LLC                                         ANDREWS KURTH LLP ATTN:DAVID HOYT 450 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10017
SPCP GROUP, LLC                                         TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE 2 GREENWICH PLAZA, 1ST FLOOR ATTN: ADAM DEPANFILIS GREENWICH CT 06830
SPCP GROUP, LLC                                         TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
SPCP GROUP, LLC                                         TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC 2 GREENWICH PLAZA, 1ST FLOOR ATTN: ADAM DEPANFILIS GREENWICH CT 06830
SPCP GROUP, LLC                                         TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
THE ROYAL BANK OF SCOTLAND PLC                          TRANSFEROR: BANCO ESPANOL DE CREDITO, S.A. ATTN: ANDREW SCOTLAND & DONAGH HOYLAND RBS GLOBAL BANKING & MARKETS 135 BISHOPSGATE LONDON EC2M 3UR UK
THE ROYAL BANK OF SCOTLAND PLC                          TRANSFEROR: BANCO ESPANOL DE CREDITO, S.A. ATTN: ANDREW SCOTLAND & DONAGH HOYLAND RBS GLOBAL BANKING & MARKETS 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM

Total Number of Records Printed                   38                                                                                                 EPIQ BANKRUPTCY SOLUTIONS, LLC
```