B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>COIF SPV 3/11, Ltd.</u>
Name of Transferee

<u>Goldman Sachs Credit Opportunities Institutional 2008 Fund, L.P.</u>
Name of Transferor

Name and Address where notices to transferee should be sent:
COIF SPV 3/11, Ltd.
c/o Walkers Nominees Limited
87 Mary Street
George Town, Grand Cayman
KY1-9001, Cayman Islands

Court Claim # (if known):<u>15820</u>
Amount of Claim:<u>$6,515,636.00</u>
Date Claim Filed:<u>9/17/09</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:_____
Last Four Digits of Acct #: _____

Phone:_____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

657350.2/2760-00020

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

COIF SPV 3/11, Ltd.
Name and Title: John Lanza, Director
By: _____     Date: March 31, 2011
    Name of Transferee/Transferee's Agent

Goldman Sachs Credit Opportunities Institutional 2008 Fund, L.P.
By: Goldman Sachs Credit Institutional 2008 Advisors, L.L.C., its general partner
By: _____     Date: March 31, 2011
    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

657350.2/2760-00020

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>COIF SPV 3/11, Ltd.</u>
Name of Transferee

<u>Goldman Sachs Credit Opportunities Institutional 2008 Fund, L.P.</u>
Name of Transferor

Name and Address where notices to transferee should be sent:
COIF SPV 3/11, Ltd.
c/o Walkers Nominees Limited
87 Mary Street
George Town, Grand Cayman
KY1-9001, Cayman Islands

Court Claim # (if known): <u>15821</u>
Amount of Claim: <u>$6,515,636.00</u>
Date Claim Filed: <u>9/17/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:_____
Last Four Digits of Acct #: _____

Phone:_____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____

657359.2/2760-00020

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

COIF SPV 3/11, Ltd.
Name and Title: John Lanza, Director

By: _____          Date: March 31, 2011
    Name of Transferee/Transferee's Agent

Goldman Sachs Credit Opportunities Institutional 2008 Fund, L.P.
By: Goldman Sachs Credit Institutional 2008 Advisors, L.L.C., its general partner

By: _____          Date: March 31, 2011
    Name of Transferor/Transferor's Agent
Name and Title: Jacqueline Gigantes, Assistant Secretary

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

657359.2/2760-00020