SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 383-0100

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: § | |
| § | **Chapter 11** |
| **LEHMAN BROTHERS** § | |
| **HOLDINGS, INC., et al.,** § | **Case No. 08-13555 (JMP)** |
| § | |
| Debtors. § | **(Jointly Administered)** |
| § | |
| § | |

**MOTION FOR ADMISSION TO**
**PRACTICE PRO HAC VICE**

Paul B. Turner ("Movant") hereby moves this Court to enter an Order admitting him to practice *pro hac vice* before this Court in the above-captioned bankruptcy cases (the "Bankruptcy Cases"), pursuant to Rule 2090-1(b) of the Local Rules of Bankruptcy Procedure. In support of such motion (the "Motion"), the Movant states as follows:

1. Movant is a Partner with the law firm of Sutherland Asbill & Brennan LLP, and is a member in good standing with the bars of the State of Illinois, the District of Columbia and the State of Texas.

2. Movant is not under any order of disbarment, suspension or any other form of discipline.

3. To the extent not already paid, Movant agrees to pay the fee of $25.00 upon the entry of an order admitting him to practice *pro hac vice* in the Bankruptcy Cases.

4. Movant maintains a business address at Sutherland Asbill & Brennan LLP, 1001 Fannin, Suite 3700, Houston, Texas 77002. Movant's email address is paul.turner@sutherland.com and his telephone number is (713) 470-6100.

WHEREFORE, Movant respectfully requests that this Court enter an Order (a) granting this Motion, (b) admitting Movant to practice *pro hac vice*, and (c) granting Movant such further relief as the Court deems just.

Dated:  April 1, 2011
         Houston, Texas.

/s/ Paul B. Turner
Paul B. Turner
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas  77002
Tel:  (713) 470-6100
Fax:  (713) 654-1301