11652234.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: § | |
| § | **Chapter 11** |
| **LEHMAN BROTHERS** § | |
| **HOLDINGS, INC., et al.,** § | **Case No. 08-13555 (JMP)** |
| § | |
| Debtors. § | **(Jointly Administered)** |
| § | |
| _____ § | |

**ORDER GRANTING MOTION OF PAUL B. TURNER**
**FOR ADMISSION TO PRACTICE PRO HAC VICE**

Upon the motion (the "Motion") of Paul B. Turner for admission to practice *pro hac vice*, due and proper notice having been given in accordance with the applicable provisions of the Local and Federal Rules of Bankruptcy Procedure; and other good cause appearing;

It is hereby ORDERED:

1. The Motion is granted.

2. Pursuant to Rule 2090-1(b) of the Local Rules of Bankruptcy Procedure, Paul B. Turner is authorized to practice *pro hac vice* in connection with the above-captioned bankruptcy case.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE