SUTHERLAND ASBILL & BRENNAN LLP
Paul B. Turner (*pro hac vice*)
1001 Fannin Street, Suite 3700
Houston, Texas 77002-6760
(713) 470-6100

Mark D. Sherrill (*pro hac vice*)
1275 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 383-0100

*Counsel for the Federal Home Loan Bank of Boston*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **LEHMAN BROTHERS HOLDINGS, INC.,** | ) | **Case No. 08-13555 (JMP)** |
| *et al.,* | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE THAT the law firm of Sutherland Asbill & Brennan LLP has replaced the law firm of Mayer Brown LLP as counsel to the Federal Home Loan Bank of Boston (the "FHLBB") in connection with the above-captioned bankruptcy proceedings (the "Bankruptcy Case"). All further notices, motions, applications, reports, stipulations, orders, pleadings and other papers filed in the Bankruptcy Case, including (without limitation) all items referred to in Rules 2002, 2015, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, should be served on FHLBB at the following addresses:

| | |
|---|---|
| Sutherland Asbill & Brennan LLP<br>Attn: Paul B. Turner<br>1001 Fannin St., Ste. 3700<br>Houston, Texas 77002<br>Fax: (713) 470-1301 | Sutherland Asbill & Brennan LLP<br>Attn: Mark D. Sherrill<br>1275 Pennsylvania Ave. NW<br>Washington, DC 20004<br>Fax: (202) 637-3593 |

11634295.1

Dated: April 1, 2011.

          SUTHERLAND ASBILL & BRENNAN LLP

          By: /s/ Paul B. Turner
             Paul B. Turner (*pro hac vice* pending)
             1001 Fannin Street
             Suite 3700
             Houston, Texas 77002
             Tel: (713) 470-6100
             Fax: (713) 470-1301

             Mark D. Sherrill
             1275 Pennsylvania Avenue, NW
             Washington, DC 20004
             Tel: (202) 383-0100
             Fax: (202) 637-3593


          MAYER BROWN LLP

          By: /s/ Brian Trust
             Brian Trust
             1675 Broadway
             New York, NY 10019
             Tel: (212) 506-2500
             Fax: (212) 262-1910

11634295.1