WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                 :         **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**
:
                    **Debtors.**         :        **(Jointly Administered)**
:
---------------------------------------------------------------x

### QUARTERLY REPORTS PURSUANT TO ORDER ESTABLISHING PROCEDURES TO DISPOSE OF REAL ESTATE ASSETS AND MODIFYING THE ORDER ESTABLISHING PROCEDURES TO (I) RESTRUCTURE, (II) MAKE NEW OR ADDITIONAL DEBT OR EQUITY INVESTMENTS IN, AND/OR (III) ENTER INTO SETTLEMENTS AND COMPROMISES <u>IN CONNECTION WITH EXISTING REAL ESTATE INVESTMENTS</u>

Pursuant to the Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy

Code and Rules 6004(h) and 9019(a) of the Federal Rules of Bankruptcy Procedure Establishing

Procedures to Dispose of Real Estate Assets and Modifying the Order Establishing Procedures to

(I) Restructure, (II) Make New or Additional Debt or Equity Investments In, And/Or (III) Enter

Into Settlements And Compromises In Connection With Existing Real Estate Investments,

entered on June 17, 2010 (the "<u>Order</u>"),[1] the Court granted Lehman Brothers Holdings Inc. and

its affiliated debtors in the above-referenced chapter 11 cases (together, the "<u>Debtors</u>") authority

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

to dispose of certain real estate assets and to modify the reporting requirements set forth in the

Restructuring Procedures Order.

As required by the Order, the Debtors hereby file the quarterly reports for the

period December 1, 2010 through and including February 28, 2011 of all Real Estate Disposition

Transactions entered into by the Debtors and all New Investments made by the Debtors, which

are annexed hereto, respectively, as Exhibit A and Exhibit B.

Dated:  April 1, 2011
         New York, New York

                                    /s/ Shai Y. Waisman
                                    Shai Y. Waisman

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession

**Exhibit A**

**Real Estate Disposition Transactions**
**For the Period 12/1/2010 to 2/28/2011**

| Real Estate Disposition Transactions | |
| --- | --- |
| **Number of Real Estate Disposition Transactions from December 1, 2010 through February 28, 2011** | **Aggregate Estimated Recovery Amount of all Real Estate Investments subject to a Real Estate Disposition Transaction from December 1, 2010 through February 28, 2011** |
| 76 | $7,359,747.12 |

| Real Estate Disposition Transactions Greater Than $25 Million but Less Than $100 Million | | | |
| --- | --- | --- | --- |
| | **Estimated Recovery Amount** | **Consideration Received by the Debtors** | **City of Property Relating to Real Estate Investment** |
| NONE FOR THIS QUARTER | | | |

**Exhibit B**

**New Investments**
**For the Period 12/1/2010 to 2/28/2011**

| Aggregate amount funded by the Debtors with respect to real estate assets owned |
| :---: |
| **$23,806,356.21** |

| New Investments Greater Than or Equal to $1 Million | | | |
| :---: | :---: | :---: | :---: |
| | **Value of Underlying Investment** | **Amount of New Investments** | **City of Property Relating to New Investment** |
| 1. | Greater than $100,000,000 | $1,461,552.00<br>$775,510.00<br>$240,000.00 | New York, NY |
| 2. | Greater than $10,000,000 but less than $25,000,000 | $12,750,000.00 | Plano, TX |
| 3. | Less than $10,000,000 | $5,550,000.00 | Warwick, RI |
| 4. | Greater than $25,000,000 but less than $100,000,000 | $825,000.00<br>$811,969.00<br>$431,479.00<br>$411,440.22 | Big Sky, MT |
| | | **$23,256,950.22** | |