UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             : Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      : 08-13555 (JMP)
                                                                  : (Jointly Administered)
    Debtors.                                                      :
                                                                  : Ref. Docket Nos. 15405 & 15406
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 28, 2011, I caused to be served the:

   a. "Amended Notice of Adjournment of Debtors' Seventy-Third Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests) Solely as to Certain Claims," dated March 28, 2011 [Docket No. 15405], (the "Amended Notice of Adjournment"), and

   b. "Omnibus Reply to Responses to Debtors' Seventy-Third Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests)," dated March 25, 2011 [Docket No. 15406], (the "Omnibus Reply"),

   by causing true and correct copies of the:

   ii. Amended Notice of Adjournment and Omnibus Reply, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   iii. Amended Notice of Adjournment, to be delivered via electronic mail to those parties listed on the annexed Exhibit B,

   iv. Amended Notice of Adjournment, to be delivered via facsimile to those parties listed on the annexed Exhibit C, and

    v.    Amended Notice of Adjournment, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to Office of the US Trustee, Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq., Andrea B. Schwartz, Esq., 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                                   */s/ Samuel Garcia*
                                                                                                    Samuel Garcia

Sworn to before me this
29th day of March, 2011
*/s/ Cassandra Murray*
Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

-2-

**EXHIBIT A**

08-13555-mg    Doc 15581    Filed 04/04/11    Entered 04/04/11 10:09:01    Main Document
Pg 3 of 15

| Claim Name | Address Information |
|---|---|
| ALLARD, ANDREW | 647 DELAWARE AVENUE RIDGEWOOD NJ 07450 |
| ANDERSON, IAN W. | 7 DANSON ROAD KENT BEXLEYHEATH DA6 8HA UNITED KINGDOM |
| CRASTON, EDMUND ANTHONY | 8 ST. MAUR ROAD LONDON SW6 4DP UNITED KINGDOM |
| DICCIANNI, CHARLES | 53 WEDGEWOOD DRIVE GOSHEN NY 10924 |
| DUFFY, KATHLEEN C | 375 SOUTH END AVENUE APT 27A NEW YORK NY 10280 |
| DYER, ROBERT C. | 2 MCLAREN ROAD SOUTH DARIEN CT 06820 |
| GOLDMAN, SHERYL | 1820 BITTERSWEET LANE MOUNT PROSPECT IL 60056 |
| GRAN, MICHAEL | 45 COMELY LANE LATHAM NY 12110 |
| JAO, ANDREA T. | 77 SEVENTH AVE. APT. 10-S NEW YORK NY 10011 |
| KELLARD, CRAIG J | 8 JESMOND ROAD ESSEX CANVEY ISLAND SS8 0AH UNITED KINGDOM |
| KENNEY, JUDITH ANN | 40 WEST 77TH ST  APT #11D NEW YORK NY 10024 |
| LANGEVIN, MARY | 19 FORT CHARLES PLACE BRONX NY 10463 |
| MALTHOUSE, SAMANTHA | 206 PRIESTS LANE ESSEX SHENFIELD CM158LG UNITED KINGDOM |
| MUINOS, BARBARA | 10 GIMBALL RD LTL EGG HBR NJ 08087-3670 |
| NETZEL, GAVIN R | 17 DEFIANT CLOSE CHATHAM, KENT ME5 7QS UNITED KINGDOM |
| NOBLE, RICHARD GRANT | THE FIELD HOUSE, TYRRELLS WOOD LEATHERHEAD SURREY KT22 8QJ |
| PENTON, ANDREA M | 71 SALLOWS SHAW SOLE STREET KENT COBHAM DA139BP UNITED KINGDOM |
| SHOTTON, PAUL NIGEL | 124 LUKES WOOD ROAD NEW CANAAN CT 06840 |
| SOMMA, GREGG | 4 PETERSON ROAD HILLSBOROUGH NJ 08844 |
| STATHAM, CHRISTOPHER A. | VALEWOOD FARM HOUSE BELL VALE LANE SURREY HASLEMERE GU27 3DJ UNITED KINGDOM |
| SULLIVAN, ANDREA | 29 ROSTREVOR ROAD LONDON SW65AX UNITED KINGDOM |
| TOAL, IAN G | 20 PAIGNTON CLOSE ESSEX RAYLEIGH SS69PW UNITED KINGDOM |
| WELCH, COLIN S. A. | 26 HAMILTON GARDENS ST. JOHN'S WOOD NW8 9PU UNITED KINGDOM |

**Total Creditor count  23**

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

**Email Addresses**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
alum@ftportfolios.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com

aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carlsons@sullcrom.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| | |
|---|---|
| cbrotstein@bm.net | dbaumstein@whitecase.com |
| cgoldstein@stcwlaw.com | dbesikof@loeb.com |
| chammerman@paulweiss.com | dcimo@gjb-law.com |
| chardman@klestadt.com | dckaufman@hhlaw.com |
| charles@filardi-law.com | dcoffino@cov.com |
| charles_malloy@aporter.com | dcrapo@gibbonslaw.com |
| charu.chandrasekhar@wilmerhale.com | ddavis@paulweiss.com |
| chipford@parkerpoe.com | ddrebsky@nixonpeabody.com |
| chris.donoho@lovells.com | ddunne@milbank.com |
| christopher.schueller@bipc.com | deggermann@kramerlevin.com |
| clarkb@sullcrom.com | deggert@freebornpeters.com |
| clynch@reedsmith.com | demetra.liggins@tklaw.com |
| cmontgomery@salans.com | deryck.palmer@cwt.com |
| cohenr@sewkis.com | dfelder@orrick.com |
| cp@stevenslee.com | dflanigan@polsinelli.com |
| cpappas@dilworthlaw.com | dgrimes@reedsmith.com |
| craig.goldblatt@wilmerhale.com | dhayes@mcguirewoods.com |
| crmomjian@attorneygeneral.gov | dheffer@foley.com |
| cs@stevenslee.com | diconzam@gtlaw.com |
| csalomon@beckerglynn.com | dirk.roberts@ots.treas.gov |
| cschreiber@winston.com | djoseph@stradley.com |
| cshore@whitecase.com | dkleiner@velaw.com |
| cshulman@sheppardmullin.com | dkozusko@willkie.com |
| ctatelbaum@adorno.com | dladdin@agg.com |
| cwalsh@mayerbrown.com | dlemay@chadbourne.com |
| cward@polsinelli.com | dlipke@vedderprice.com |
| cweber@ebg-law.com | dludman@brownconnery.com |
| cweiss@ingramllp.com | dmcguire@winston.com |
| dallas.bankruptcy@publicans.com | dmurray@jenner.com |
| daniel.guyder@allenovery.com | dneier@winston.com |
| dave.davis@isgria.com | dodonnell@milbank.com |
| david.bennett@tklaw.com | dove.michelle@dorsey.com |
| david.crichlow@pillsburylaw.com | dowd.mary@arentfox.com |
| david.heller@lw.com | DPiazza@HodgsonRuss.com |
| david.seligman@kirkland.com | draelson@fisherbrothers.com |
| davids@blbglaw.com | dravin@wolffsamson.com |
| davidwheeler@mvalaw.com | drose@pryorcashman.com |
| dbalog@intersil.com | drosenzweig@fulbright.com |
| dbarber@bsblawyers.com | drosner@goulstonstorrs.com |

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| | |
|---|---|
| drosner@kasowitz.com | ggitomer@mkbattorneys.com |
| dshemano@pwkllp.com | giddens@hugheshubbard.com |
| dspelfogel@foley.com | gkaden@goulstonstorrs.com |
| dtatge@ebglaw.com | glenn.siegel@dechert.com |
| dwdykhouse@pbwt.com | gmoss@riemerlaw.com |
| dwildes@stroock.com | gravert@mwe.com |
| dworkman@bakerlaw.com | gspilsbury@jsslaw.com |
| easmith@venable.com | guzzi@whitecase.com |
| echang@steinlubin.com | harrisjm@michigan.gov |
| ecohen@russell.com | harveystrickon@paulhastings.com |
| efile@willaw.com | hbeltzer@mayerbrown.com |
| efleck@milbank.com | heidi@crumbielaw.com |
| efriedman@friedumspring.com | heim.steve@dorsey.com |
| egeekie@schiffhardin.com | heiser@chapman.com |
| eglas@mccarter.com | hirsch.robert@arentfox.com |
| ehollander@whitecase.com | hollace.cohen@troutmansanders.com |
| ekbergc@lanepowell.com | holsen@stroock.com |
| elevin@lowenstein.com | howard.hawkins@cwt.com |
| eli.mattioli@klgates.com | hseife@chadbourne.com |
| ellen.halstead@cwt.com | hsnovikoff@wlrk.com |
| eobrien@sbchlaw.com | icatto@kirkland.com |
| eschaffer@reedsmith.com | igoldstein@dl.com |
| eschwartz@contrariancapital.com | ilevee@lowenstein.com |
| esmith@dl.com | info2@normandyhill.com |
| ezujkowski@emmetmarvin.com | ira.herman@tklaw.com |
| ezweig@optonline.net | isgreene@hhlaw.com |
| fbp@ppgms.com | israel.dahan@cwt.com |
| feldsteinh@sullcrom.com | iva.uroic@dechert.com |
| ffm@bostonbusinesslaw.com | jaclyn.genchi@kayescholer.com |
| fhyman@mayerbrown.com | jacobsonn@sec.gov |
| fishere@butzel.com | jafeltman@wlrk.com |
| francois.janson@hklaw.com | james.mcclammy@dpw.com |
| frank.white@agg.com | james.sprayregen@kirkland.com |
| fsosnick@shearman.com | jamestecce@quinnemanuel.com |
| fyates@sonnenschein.com | jamie.nelson@dubaiic.com |
| gabriel.delvirginia@verizon.net | jar@outtengolden.com |
| gbray@milbank.com | jason.jurgens@cwt.com |
| george.davis@cwt.com | jay.hurst@oag.state.tx.us |
| geraci@thalergertler.com | jay@kleinsolomon.com |

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com

jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| | |
|---|---|
| jwcohen@daypitney.com | Lmay@coleschotz.com |
| jweiss@gibsondunn.com | lmcgowen@orrick.com |
| jwest@velaw.com | lml@ppgms.com |
| jwh@njlawfirm.com | lmolfetta@mayerbrown.com |
| jwhitman@entwistle-law.com | lnashelsky@mofo.com |
| k4.nomura@aozorabank.co.jp | loizides@loizides.com |
| karen.wagner@dpw.com | lromansic@steptoe.com |
| KDWBankruptcyDepartment@kelleydrye.com | lscarcella@farrellfritz.com |
| keith.simon@lw.com | lschweitzer@cgsh.com |
| Ken.Coleman@allenovery.com | lthompson@whitecase.com |
| ken.higman@hp.com | lubell@hugheshubbard.com |
| kgwynne@reedsmith.com | lwhidden@salans.com |
| kiplok@hugheshubbard.com | mabrams@willkie.com |
| kkelly@ebglaw.com | MAOFILING@CGSH.COM |
| klyman@irell.com | Marc.Chait@standardchartered.com |
| kmayer@mccarter.com | margolin@hugheshubbard.com |
| kobak@hugheshubbard.com | mark.deveno@bingham.com |
| korr@orrick.com | mark.ellenberg@cwt.com |
| KOstad@mofo.com | mark.houle@pillsburylaw.com |
| kovskyd@pepperlaw.com | mark.sherrill@sutherland.com |
| kowens@foley.com | martin.davis@ots.treas.gov |
| kpiper@steptoe.com | Marvin.Clements@ag.tn.gov |
| kressk@pepperlaw.com | matthew.klepper@dlapiper.com |
| KReynolds@mklawnyc.com | matthew.morris@lovells.com |
| krosen@lowenstein.com | mbenner@tishmanspeyer.com |
| kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| kurt.mayr@bgllp.com | mbienenstock@dl.com |
| lacyr@sullcrom.com | mbossi@thompsoncoburn.com |
| Landon@StreusandLandon.com | mcademartori@sheppardmullin.com |
| lawallf@pepperlaw.com | mcordone@stradley.com |
| lberkoff@moritthock.com | mcto@debevoise.com |
| Lee.Stremba@troutmansanders.com | mdorval@stradley.com |
| lgranfield@cgsh.com | meltzere@pepperlaw.com |
| lhandelsman@stroock.com | metkin@lowenstein.com |
| linda.boyle@twtelecom.com | mfeldman@willkie.com |
| lisa.ewart@wilmerhale.com | mgordon@briggs.com |
| lisa.kraidin@allenovery.com | mgreger@allenmatkins.com |
| LJKotler@duanemorris.com | mhanchet@mayerbrown.com |
| lmarinuzzi@mofo.com | mhopkins@cov.com |

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| | |
|---|---|
| michael.frege@cms-hs.com | notice@bkcylaw.com |
| michael.kim@kobrekim.com | oipress@travelers.com |
| millee12@nationwide.com | omeca.nedd@lovells.com |
| miller@taftlaw.com | paronzon@milbank.com |
| mimi.m.wong@irscounsel.treas.gov | patrick.oh@freshfields.com |
| mitchell.ayer@tklaw.com | paul.turner@sutherland.com |
| mjacobs@pryorcashman.com | pbattista@gjb-law.com |
| mjedelman@vedderprice.com | pbosswick@ssbb.com |
| MJR1@westchestergov.com | pdublin@akingump.com |
| mkjaer@winston.com | peisenberg@lockelord.com |
| mlahaie@akingump.com | peter.gilhuly@lw.com |
| MLandman@lcbf.com | peter.macdonald@wilmerhale.com |
| mlynch2@travelers.com | peter.simmons@friedfrank.com |
| mmendez@hunton.com | peter@bankrupt.com |
| mmooney@deilylawfirm.com | pfeldman@oshr.com |
| mmorreale@us.mufg.jp | phayden@mcguirewoods.com |
| mmurphy@co.sanmateo.ca.us | pmaxcy@sonnenschein.com |
| mneier@ibolaw.com | ppascuzzi@ffwplaw.com |
| monica.lawless@brookfieldproperties.com | ppatterson@stradley.com |
| mpage@kelleydrye.com | psp@njlawfirm.com |
| mprimoff@kayescholer.com | ptrostle@jenner.com |
| mpucillo@bermanesq.com | pwright@dl.com |
| mrosenthal@gibsondunn.com | r.stahl@stahlzelloe.com |
| mruetzel@whitecase.com | raj.madan@bingham.com |
| mschimel@sju.edu | rajohnson@akingump.com |
| mshiner@tuckerlaw.com | ramona.neal@hp.com |
| msiegel@brownrudnick.com | ranjit.mather@bnymellon.com |
| mspeiser@stroock.com | rbeacher@pryorcashman.com |
| mstamer@akingump.com | rbernard@bakerlaw.com |
| mvenditto@reedsmith.com | rbyman@jenner.com |
| mwarren@mtb.com | rdaversa@orrick.com |
| ncoco@mwe.com | relgidely@gjb-law.com |
| neal.mann@oag.state.ny.us | rfleischer@pryorcashman.com |
| ned.schodek@shearman.com | rfrankel@orrick.com |
| newyork@sec.gov | rfriedman@silvermanacampora.com |
| nfurman@scottwoodcapital.com | rgmason@wlrk.com |
| Nherman@morganlewis.com | rgraham@whitecase.com |
| nissay_10259-0154@mhmjapan.com | rgraham@whitecase.com |
| nlepore@schnader.com | rhett.campbell@tklaw.com |

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| | |
|---|---|
| RHS@mccallaraymer.com | schristianson@buchalter.com |
| richard.lear@hklaw.com | schwartzmatthew@sullcrom.com |
| richard.levy@lw.com | scottshelley@quinnemanuel.com |
| richard.tisdale@friedfrank.com | scousins@armstrongteasdale.com |
| ritkin@steptoe.com | sdnyecf@dor.mo.gov |
| RJones@BoultCummings.com | sehlers@armstrongteasdale.com |
| RLevin@cravath.com | sfelderstein@ffwplaw.com |
| rmatzat@hahnhessen.com | sfineman@lchb.com |
| rnetzer@willkie.com | sfox@mcguirewoods.com |
| rnorton@hunton.com | sgordon@cahill.com |
| robert.bailey@bnymellon.com | sgubner@ebg-law.com |
| robert.dombroff@bingham.com | shannon.nagle@friedfrank.com |
| robert.henoch@kobrekim.com | sharbeck@sipc.org |
| robert.malone@dbr.com | shari.leventhal@ny.frb.org |
| Robert.yalen@usdoj.gov | shgross5@yahoo.com |
| robertdakis@quinnemanuel.com | sidorsky@butzel.com |
| Robin.Keller@Lovells.com | slerner@ssd.com |
| ronald.silverman@bingham.com | slevine@brownrudnick.com |
| rqureshi@reedsmith.com | SLoden@DiamondMcCarthy.com |
| rreid@sheppardmullin.com | smayerson@ssd.com |
| rroupinian@outtengolden.com | smillman@stroock.com |
| rrussell@andrewskurth.com | smulligan@bsblawyers.com |
| rterenzi@stcwlaw.com | snewman@katskykorins.com |
| RTrust@cravath.com | sory@fdlaw.com |
| russj4478@aol.com | spiotto@chapman.com |
| rwasserman@cftc.gov | splatzer@platzerlaw.com |
| rwyron@orrick.com | squigley@lowenstein.com |
| s.minehan@aozorabank.co.jp | SRee@lcbf.com |
| sabin.willett@bingham.com | sselbst@herrick.com |
| sabramowitz@velaw.com | sshimshak@paulweiss.com |
| sagolden@hhlaw.com | steele@lowenstein.com |
| Sally.Henry@skadden.com | stephen.cowan@dlapiper.com |
| sandyscafaria@eaton.com | steve.ginther@dor.mo.gov |
| Sara.Tapinekis@cliffordchance.com | steven.troyer@commerzbank.com |
| sbernstein@hunton.com | steven.wilamowsky@bingham.com |
| scargill@lowenstein.com | Streusand@StreusandLandon.com |
| schannej@pepperlaw.com | susan.schultz@newedgegroup.com |
| Schepis@pursuitpartners.com | susheelkirpalani@quinnemanuel.com |
| schnabel.eric@dorsey.com | swolowitz@mayerbrown.com |

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com

wk@pwlawyers.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

# EXHIBIT C

# LEHMAN BROTHERS HOLDINGS INC.

**SERVICE LIST**

| Name | Fax |
|---|---|
| Office of the US Trustee T H Davis E Gasparini A Schwartz | 212-668-2255 |
| Internal Revenue Service | 212-436-1931 |