**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Telephone: 212-326-0148
Facsimile: 212-515-6969
RONALD S. BEACHER, ESQ. (RB-8837)

*Attorneys for SPCP Group, L.L.C.,*
*as Agent for Silver Point Capital Fund, L.P.*
*and Silver Point Capital Offshore Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- X
                                                               :
In re                                                          :   **Chapter 11**
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   **Case No. 08-13555 (JMP)**
                                                               :   **(Jointly Administered)**
                              Debtors.                         :
                                                               :
-------------------------------------------------------------- X

### NOTICE OF TRANSFER OF CLAIM OTHER THAN
### FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the transfer, other than for security, of the claim referenced in this evidence and notice (the "Transferred Claim"). A copy of the Evidence of Transfer of Claim is attached hereto as Exhibit A and is incorporated herein by reference.

- 2 -

**Name of Transferee**:

SPCP Group, L.L.C., as Agent for
Silver Point Capital Fund, L.P. and
Silver Point Capital Offshore Fund, Ltd.

**Name of Transferor**:

TPG Credit Strategies Fund, L.P.

**Name and Address where notices to Transferee should be sent:**

SPCP Group, L.L.C.
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830

Primary Contact: Brian A. Jarmain
Telephone: 203-542-4032
Facsimile: 203-542-4132
Email: bjarmain@silverpointcapital.com

With a copy to:
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher, Esq.
Telephone: 212-326-0148
Facsimile: 212-515-6969
Email: rbeacher@pryorcashman.com

**Name and address where Transferee payments should be sent:**

SPCP Group, L.L.C.
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830
Attn: Brian A. Jarmain
Telephone: 203-542-4032

Case No. 08-13555
Court Claim No. 19680
Amount of Claim: $373,182.03
Date Claim Filed: September 11, 2009
Debtor: Lehman Brothers Holdings Inc.

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(e)(2), to receive from the Clerk of the Court notice of filing of the Evidence of Transfer of Claim and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the Transferred Claim as an unconditional transfer; and (ii) Transferee is the valid owner of the Transferred Claim.

Dated: New York, New York
      March 31, 2011

**PRYOR CASHMAN LLP**

By: */s/ Ronald S. Beacher*
Ronald S. Beacher (RB-8837)
7 Times Square
New York, New York 10036
Telephone: 212-326-0148
Facsimile : 212-515-6969

*Attorneys for SPCP Group, L.L.C.,*
*as Agent for Silver Point Capital Fund, L.P.*
*and Silver Point Capital Offshore Fund, Ltd.*

# EXHIBIT A

**Exhibit A**

**EVIDENCE OF TRANSFER OF CLAIMS**

To: The Debtors and the Bankruptcy Court:

    TPG CREDIT STRATEGIES FUND, L.P. ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SPCP GROUP, L.L.C. as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. ("Assignee"), all right, title and interest in and to the claims of Assignor set forth in Proof of Claim Number 19680 (the "Claim") in the principal amount of $373,182.03 against Lehman Brothers Holdings Inc. (the "Debtor"), the Debtor in possession in Case No. 08-13555 under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Court")

    Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to any applicable law, relating to the transfer of the Claim. Assignor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of Claim, shall be delivered or made to the Assignee at the address below:

SPCP GROUP, L.L.C.  
Two Greenwich Plaza  
Greenwich, CT 06830  
Attn: Brian Jarmain  
Tel: 203-542-4032  
Fax: 203-542-4100  
Email: bjarmain@silverpointcapital.com

With a copy to:  
Day Pitney LLP  
7 Times Square  
New York, NY 10036  
Attn: Ronald S. Beacher  
Tel: 212-297-5800  
Fax: 212-916-2940  
Email: rbeacher@daypitney.com

83453729.1

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by its duly authorized representative dated as of this __ day of January, 2011.

ASSIGNOR:

TPG CREDIT STRATEGIES FUND, L.P.

By: TPG Credit Strategies GP, L.P., its General Partner

By: _____

Name: _____

Title: _____

ASSIGNEE:

SPCP GROUP, L.L.C. as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.

By: _____    SF

Name: _____

Title: _____

83453729.1