UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :
                        Debtors.                            :    (Jointly Administered)
------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING DEBTORS' SIXTH
### OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

Upon the sixth omnibus objection to claims, dated April 1, 2010 (the "Sixth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the Amended and Superseded Claims on the grounds that such claims have been amended and superseded by the corresponding Surviving Claims, all as more fully described in the Sixth Omnibus Objection to Claims; and due and proper notice of the Sixth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and upon the resolution of certain responses filed thereto; and the Court having found and determined that the relief sought in the Sixth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Sixth Omnibus Objection to Claims establish just

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Sixth Omnibus Objection to Claims.

cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Sixth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "Amended and Superseded Claims") are disallowed and expunged; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the heading "*Surviving Claims*" (collectively, the "Surviving Claims") will remain on the claims register subject to the Debtors' right to further object as set forth herein; and it is further

ORDERED that all causes of action set forth in, all information included on and all documentation filed in support of any Amended and Superseded Claims, including, but not limited to, derivative and guarantee questionnaires and supporting documentation, shall be treated as having been filed in support of the corresponding Surviving Claims; and it is further

ORDERED that nothing in this Order or the disallowance and expungement of the Amended and Superseded Claims constitutes any admission or finding with respect to any of the Surviving Claims, and the Debtors' rights to object to Surviving Claims on any basis is preserved; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Sixth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that

is not listed on Exhibit 1 annexed hereto, (ii) any claim listed on Exhibit A annexed to the Sixth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on Exhibit 1 of the Order Granting Debtors' Sixth Omnibus Objection to Claims (Amended and Superseded Claims) [Docket No. 9234], and (iii) any Surviving Claim; *provided, however*, (a) that if the Court subsequently orders that a Surviving Claim did not appropriately amend and supersede the corresponding Amended and Superseded Claim, then the claims agent shall be authorized and directed to immediately reinstate such Amended and Superseded Claim in these chapter 11 cases (the "Reinstated Claim") and the rights of all interested parties with respect to the Reinstated Claim shall be expressly reserved, and (b) that if the Court subsequently orders that a Surviving Claim did appropriately amend and supersede the corresponding Amended and Superseded Claim, then, solely with respect to any Surviving Claim where the corresponding Amended and Superseded Claim was timely filed, the Surviving Claim shall be deemed to have been filed as of the date of filing of the Amended and Superseded Claim, and the rights of all interested parties with respect to the Surviving Claim shall be expressly reserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
April 4, 2011

    *s/ James M. Peck*
UNITED STATES BANKRUPTCY JUDGE

3

# EXHIBIT 1

08-13555-mg    Doc 15603    Filed 04/04/11    Entered 04/04/11 15:32:10    Main Document
Pg 4 of 11

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 6: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | FICKENSCHER, FRITZ AND MARGA<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/16/2009 | 08-13555 (JMP) | 13617 | $8,593.69 | FICKENSCHER, FRITZ & MARGA<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57801 | $8,593.69 |
| 2 | FREUDE, MANUEL<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/16/2009 | 08-13555 (JMP) | 13612 | $22,916.50 | FREUDE, MANUEL<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57819 | $22,916.50 |
| 3 | HEUN, PETER<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/16/2009 | 08-13555 (JMP) | 13641 | $1,432.28 | HEUN, PETER<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57799 | $1,432.28 |
| 4 | KLEIN, JUERGEN<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11182 | $57,858.48 | KLEIN, JUERGEN<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57796 | $57,858.48 |
| 5 | KLEIN, JUERGEN<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11183 | $72,323.10 | KLEIN, JUERGEN<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57795 | $72,323.10 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 6: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 6 | KOENNER, BERNHARD<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/14/2009 | 08-13555 (JMP) | 12445 | $28,929.24 | KOENNER, BERNHARD<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 302<br>GREAT FALLS, MT 59041 | 10/30/2009 | 08-13555 (JMP) | 57818 | $28,929.24 |
| 7 | KUEMMEL, MARTIN<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/14/2009 | 08-13555 (JMP) | 12437 | $8,642.19 | KUEMMEL, MARTIN<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57810 | $8,642.19 |
| 8 | LOBBE-HERMANS, ANDREA<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11186 | $18,804.01 | LOBBE-HERMANNS, ANDREA<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57813 | $18,804.01 |
| 9 | MEYER, GERD<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/16/2009 | 08-13555 (JMP) | 13629 | $13,195.05 | MEYER, GERD<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57804 | $13,195.05 |
| 10 | MOSCH, WALTER & SIEGRID<br>C/O NABER PC<br>300 CENTRAL AVENUE,<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/21/2009 | 08-13555 (JMP) | 24994 | $10,082.55 | MOSCH, WALTER + SIEGRID<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57826 | $10,082.55 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

OMNIBUS OBJECTION 6: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 11 | NAITO, SABINE<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11188 | $4,339.39 | NAITO, SABINE<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57815 | $4,339.39 |
| 12 | NAITO, SABINE<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11189 | $13,145.79 | NAITO, SABINE<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57814 | $13,145.79 |
| 13 | OLSBERG, HANS-DIETER<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/16/2009 | 08-13555 (JMP) | 13639 | $7,232.31 | OLSBERG, HANS-DIETER<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57812 | $7,232.31 |
| 14 | REINARTZ, DIETMAR<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11194 | $28,929.24 | REINARTZ, DIETMER<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57821 | $28,929.24 |
| 15 | RUETZE, JEAN UND KERSTIN<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/14/2009 | 08-13555 (JMP) | 12431 | $21,696.93 | RUETZE, JEAN & KERSTIN<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57803 | $21,696.93 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 6: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 16 | RUETZE, JEAN UND KERSTIN<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/14/2009 | 08-13555 (JMP) | 12432 | $28,929.24 | RUETZE, JEAN & KERSTIN<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57802 | $28,929.24 |
| 17 | SCHAPER, UWE<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11195 | $14,464.62 | SCHAPER, UWE<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57794 | $14,464.62 |
| 18 | SCHOENWAELDER, UWE<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/14/2009 | 08-13555 (JMP) | 12424 | $70,905.00 | SCHOENWAELDER, UWE<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57827 | $70,905.00 |
| 19 | SCHWABMUELLER, EVA<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/16/2009 | 08-13555 (JMP) | 13620 | $289,292.40 | SCHWABMUELLER, EVA<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57823 | $289,292.40 |
| 20 | SCHWERDT, KORINNA, DR.<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/16/2009 | 08-13555 (JMP) | 13625 | $70,905.00 | SCHWERDT, KORINNA, DR.<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 11/02/2009 | 08-13555 (JMP) | 61158 | $70,905.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 6: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 21 | SCHWERDTFEGER, MARVIN<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/14/2009 | 08-13555 (JMP) | 12434 | $8,678.77 | SCHWERDTFEGER, MARVIN<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57822 | $8,678.77 |
| 22 | STYRA, GERTRUD<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/14/2009 | 08-13555 (JMP) | 12439 | $21,696.93 | STYRA, GERTRUD<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57828 | $21,696.93 |
| 23 | TERSTEGEN, JUERGEN<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11204 | $7,303.22 | TERSTEGEN, JUERGEN<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57817 | $7,303.22 |
| 24 | TERSTEGEN, JUERGEN<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11205 | $8,678.77 | TERSTEGEN, JUERGEN<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57816 | $8,678.77 |
| 25 | UTTENDORF, WILFRIED<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11208 | $21,271.50 | UTTENDORF, WILFRIED<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57811 | $21,271.50 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 6: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 26 | WAGNER, MARLIS<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/16/2009 | 08-13555 (JMP) | 13645 | $37,225.13 | WAGNER, MARLIES<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57805 | $37,225.13 |
| 27 | WIECZOREK, IRMGARD<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11215 | $40,898.00 | WIECZOREK, IRMGARD<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57806 | $40,898.00 |
| 28 | WITTIG, HANSPETER DR.<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/14/2009 | 08-13555 (JMP) | 12423 | $1,460.64 | WITTIG, HANSPETER<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57824 | $1,460.84 |
| 29 | WOLSKI, MIECZYSLAW<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11223 | $7,232.31 | WOLSKI, MIECZYSLAW<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 11/02/2009 | 08-13555 (JMP) | 61159 | $7,232.31 |
| 30 | WOLSKI, MIECZYSLAW<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11221 | $11,571.70 | WOLSKI, MIECZYSLAW<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 11/02/2009 | 08-13555 (JMP) | 61160 | $11,571.70 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 6: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 31 | WOLSKI, MIECZYSLAW<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11222 | $14,464.62 | WOLSKI, MIECZYSLAW<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 11/02/2009 | 08-13555 (JMP) | 61191 | $14,464.62 |
| | | | | TOTAL | $973,098.60 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts