UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, P. Sabin Willett, a member in good standing of the bar in the Commonwealth of Massachusetts, request admission, ***pro hac vice,*** before the Honorable James M. Peck, to represent State Street Bank and Trust Company in the above referenced cases.

My address is Bingham McCutchen LLP, One Federal Street, Boston Massachusetts 02110-1726.

My email address is sabin.willett@bingham.com

My telephone number is (617) 951-8775.

I agree to pay the fee of $25 upon entry of an order admitting me to practice ***pro hac vice***.

Dated: Boston, Massachusetts
April 5, 2011

                                                  BINGHAM McCUTCHEN LLP
                                                One Federal Street
                                                Boston, Massachusetts 02110-1726


                                                 By: /s/P. Sabin Willett_____
                                                       P. Sabin Willett

A/74132359.1