B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>           <u>Serengeti Rapax MM L.P.</u>
Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): <u>66653 (which amended
should be sent:                                     14213)</u>
Goldman Sachs Lending Partners LLC                  Amount of Claim: <u>$1,500,000.00</u>
c/o Goldman, Sachs & Co.                            Date Claim Filed: <u>May 20, 2010 (originally filed
30 Hudson Street, 36th Floor                        September 16, 2009)</u>
Jersey City, NJ 07302                               Debtor: <u>Lehman Brothers Special Financing Inc.</u>
Attn: Lauren Day
Email: gsd.link@gs.com

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:_____           Phone:_____
Last Four Digits of Acct #: _____       Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

651930.1/153-05828                         18

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 4/5/11
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Serengeti Rapax MM L.P. ("<u>Seller</u>"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Goldman Sachs Lending Partners LLC with office located at c/o Goldman, Sachs & Co., 30 Hudson Street, 36th Floor, Jersey City, NJ 07302 ("<u>Buyer</u>"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. in the amount of **$1,500,000.00** based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "<u>Assigned Claim</u>"), being part of the claims included in that proof of claim docketed as **Claim No. 66653** which amended Claim No. 14213 (the "<u>Proof of Claim</u>") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

The Assigned Claim was transferred to Seller as evidenced at docket No. **11621** in the proceedings referenced above.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the __5__ day of ~~March~~ April, 2011.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
    Name:
    Title:

SERENGETI RAPAX MM L.P.
By: Serengeti Asset Management LP,
as the Investment Adviser.

By: _____
    Name:
    Title:

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Serengeti Rapax MM L.P. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Goldman Sachs Lending Partners LLC with office located at c/o Goldman, Sachs & Co., 30 Hudson Street, 36th Floor, Jersey City, NJ 07302 ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. in the amount of $1,500,000.00 based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "Assigned Claim"), being part of the claims included in that proof of claim docketed as **Claim No. 66653** which amended Claim No. 14213 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

The Assigned Claim was transferred to Seller as evidenced at docket No. 11621 in the proceedings referenced above.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the __5__ day of ~~March,~~ 2011.
April

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
  Name:
  Title:


SERENGETI RAPAX MM L.P.
By: Serengeti Asset Management LP,
as the Investment Adviser.

By: _____
  Name:
  Title:

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors.</u>    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>    <u>Serengeti Rapax MM L.P.</u>
Name of Transferee    Name of Transferor

Name and Address where notices to transferee should be sent:
Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Attn: Lauren Day
Email: gsd.link@gs.com

Court Claim # (if known): <u>66655 (which amended 14212)</u>
Amount of Claim: <u>$1,500,000.00</u>
Date Claim Filed: <u>May 20, 2010 (originally filed September 16, 2009)</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone: _____    Phone: _____
Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

651930.1/153-05828                            21

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 4/5/11
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Serengeti Rapax MM L.P. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Goldman Sachs Lending Partners LLC with office located at c/o Goldman, Sachs & Co., 30 Hudson Street, 36th Floor, Jersey City, NJ 07302 ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC. in the amount of **$1,500,000.00** based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "Assigned Claim"), being part of the claims included in that proof of claim docketed as **Claim No. 66655** which amended Claim No. 14212 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

The Assigned Claim was transferred to Seller as evidenced at docket No. **11622** in the proceedings referenced above.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the __5__ day of ~~March~~ April, 2011.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name: Nancy Y. Kwok
Title: Authorized Signat...

SERENGETI RAPAX MM L.P.
By: Serengeti Asset Management LP,
as the Investment Adviser.

By: _____
Name:
Title:

651930.1/153-05828              23

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Serengeti Rapax MM L.P. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Goldman Sachs Lending Partners LLC with office located at c/o Goldman, Sachs & Co., 30 Hudson Street, 36th Floor, Jersey City, NJ 07302 ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC. in the amount of **$1,500,000.00** based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "Assigned Claim"), being part of the claims included in that proof of claim docketed as **Claim No. 66655** which amended Claim No. 14212 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

The Assigned Claim was transferred to Seller as evidenced at docket No. 11622 in the proceedings referenced above.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the __5__ day of ~~March~~ April , 2011.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
    Name:
    Title:


SERENGETI RAPAX MM L.P.
By: Serengeti Asset Management LP,
as the Investment Adviser.



By: _____
    Name:
    Title:    **Marc Baum**
              **Director**

651930.1/153-05828                    23

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>    <u>Serengeti Rapax MM L.P.</u>
Name of Transferee                        Name of Transferor

Name and Address where notices to transferee should be sent:
Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Attn: Lauren Day
Email: gsd.link@gs.com

Court Claim # (if known): <u>66653 (which amended 14213)</u>
Amount of Claim: <u>$1,500,000.00</u>
Date Claim Filed: <u>May 20, 2010 (originally filed September 16, 2009)</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:_____    Phone:_____
Last Four Digits of Acct #:_____    Last Four Digits of Acct. #:_____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

651930.1/153-05828                          24

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 4/5/11
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Serengeti Rapax MM L.P. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Goldman Sachs Lending Partners LLC with office located at c/o Goldman, Sachs & Co., 30 Hudson Street, 36th Floor, Jersey City, NJ 07302 ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. in the amount of **$1,500,000.00** based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "Assigned Claim"), being part of the claims included in that proof of claim docketed as **Claim No. 66653** which amended Claim No. 14213 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

The Assigned Claim was transferred to Seller as evidenced at docket No. **10538** in the proceedings referenced above.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the ___5___ day of ~~March~~ April, 2011.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:

SERENGETI RAPAX MM L.P.
By: Serengeti Asset Management LP,
as the Investment Adviser.

By: _____
Name:
Title:

651930.1/153-05828                           26

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Serengeti Rapax MM L.P. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Goldman Sachs Lending Partners LLC with office located at c/o Goldman, Sachs & Co., 30 Hudson Street, 36th Floor, Jersey City, NJ 07302 ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. in the amount of **$1,500,000.00** based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "Assigned Claim"), being part of the claims included in that proof of claim docketed as **Claim No. 66653** which amended Claim No. 14213 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

The Assigned Claim was transferred to Seller as evidenced at docket No. **10538** in the proceedings referenced above.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 5 day of ~~March~~ April, 2011.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:

SERENGETI RAPAX MM L.P.
By: Serengeti Asset Management LP,
as the Investment Adviser.

By: _____
Name:
Title:

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman Sachs Lending Partners LLC
Name of Transferee

Serengeti Rapax MM L.P.
Name of Transferor

Name and Address where notices to transferee should be sent:
Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Attn: Lauren Day
Email: gsd.link@gs.com

Court Claim # (if known): 66655 (which amended 14212)
Amount of Claim: $1,500,000.00
Date Claim Filed: May 20, 2010 (originally filed September 16, 2009)
Debtor: Lehman Brothers Holdings Inc.

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

651930.1/153-05828                    27

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: 4/5/11
 Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Serengeti Rapax MM L.P. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Goldman Sachs Lending Partners LLC with office located at c/o Goldman, Sachs & Co., 30 Hudson Street, 36th Floor, Jersey City, NJ 07302 ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC. in the amount of **$1,500,000.00** based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "Assigned Claim"), being part of the claims included in that proof of claim docketed as **Claim No. 66655** which amended Claim No. 14212 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

The Assigned Claim was transferred to Seller as evidenced at docket No. **10539** in the proceedings referenced above.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the __5__ day of ~~March~~ __, 2011.

April

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:

SERENGETI RAPAX MM L.P.
By: Serengeti Asset Management LP,
as the Investment Adviser.

By: _____
Name:
Title:

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Serengeti Rapax MM L.P. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Goldman Sachs Lending Partners LLC with office located at c/o Goldman, Sachs & Co., 30 Hudson Street, 36th Floor, Jersey City, NJ 07302 ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC. in the amount of $1,500,000.00 based on a certain Termination and Settlement Agreement dated as of May 10, 2010 (the "Assigned Claim"), being part of the claims included in that proof of claim docketed as **Claim No. 66655** which amended Claim No. 14212 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). *For the avoidance of doubt, Seller has not assigned any claim included in the Proof of Claim other than the Assigned Claim.*

The Assigned Claim was transferred to Seller as evidenced at docket No. **10539** in the proceedings referenced above.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the ___5___ day of ~~March~~ April, 2011.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
  Name:
  Title:

SERENGETI RAPAX MM L.P.
By: Serengeti Asset Management LP,
as the Investment Adviser.

By: _____
  Name: **Marc Baum**
  Title: **Director**