UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
-------------------------------------------------------------------x

### ORDER DENYING MOTION FOR LEAVE
### FOR GLG CEDIT FUND TO FILE A LATE CLAIM

Upon consideration of the Motion of GLG Credit Fund, dated August 20, 2010 [Docket No. 9537], (the "Motion") and the objection (the "Objection") of Lehman Brothers Holdings Inc. ("LBHI" and together with its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession, the "Debtors"); and after a hearing held on March 31, 2011 (the "Hearing") and due deliberation and sufficient cause appearing therefor, it is

ORDERED that, for the reasons set forth on the record of the Hearing, the Motion is denied; and it is further

ORDERED that Epiq Bankruptcy Solutions, LLC, as the Court-appointed claims agent is authorized to expunge Claim No. 66814 from the claims register; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
April 5, 2011

                                         *s/ James M. Peck*
                                         UNITED STATES BANKRUPTCY JUDGE