**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

**AMENDED ORDER PURSUANT TO SECTIONS 365(a) AND 554(a) OF THE
BANKRUPTCY  CODE AND RULE 6006 OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE AUTHORIZING (I) THE REJECTION OF
CERTAIN EXECUTORY CONTRACTS AND A LEASE OF NONRESIDENTIAL REAL
PROPERTY AND (II) THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY**

Upon the motion, dated August 26, 2009 (the "Motion"), of LB 2080 Kalakaua

Owners LLC ("LB 2080"), as debtor and debtor in possession, pursuant to sections 365(a) and

554(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 6006 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for authorization to (i) reject

(a) that certain Lease, dated as of August 7, 1995, between Nike Retail Services Inc. ("Nike")

and LB 2080, as successor-in-interest to Kalakaua Associates International, Inc., a memorandum

of which, dated June 18, 1997, was filed with the Land Court of the State of Hawaii (the "Land

Court") as Document No. 2419039 (as amended, the "Nike Lease") and (b) the executory

contracts set forth on Exhibit A annexed hereto (the "Contracts") and (ii) abandon certain

miscellaneous assets, including fixtures, furniture, and other office equipment of LB 2080 (the

"Personal Property") located on the premises of (y) the leasehold estate created by that certain

Ground Lease and Sublease, dated October 6, 1995, by and between the predecessor-in-interest

of Kalaimoku-Kuhio Development Corp. (the "Landlord") and LB 2080, as successor-in-interest

to King Kalakaua Owners, a short form of which was filed with the Land Court as Document

No. 2323307, as amended, and (z) the subleasehold estate created by that certain Ground Lease

and Sublease, dated October 6, 1995, by and between the predecessor-in-interest of the Landlord

and LB 2080, as successor-in-interest to King Kalakaua Owners, as amended, without further

authorization of the Court, all as more fully described in the Motion; and the Stipulation between

LB 2080 and the Landlord, dated March 1, 2011; and the Court having jurisdiction to consider

the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and

the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York

Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and

consideration of the Motion and the relief requested therein being a core proceeding pursuant to

28 U.S.C. § 157(b); and due and proper notice of the Motion having been provided in accordance

with the procedures set forth in the order entered September 22, 2008 governing case

management and administrative procedures [Docket No. 285] to (i) the United States Trustee for

the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured

Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v)

the United States Attorney for the Southern District of New York; (vi) the counterparties to the

Contracts set forth in Exhibit A annexed to the Motion; (vii) Nike and (viii) all parties who have

requested notice in these chapter 11 cases, and it appearing that no other or further notice need be

provided; and a hearing (the "Hearing") having been held to consider the relief requested in the

Motion; and the Court having found and determined that the relief sought in the Motion is in the

best interests of LB 2080, its estates and creditors, and all parties in interest and that the legal and

factual bases set forth in the Motion establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is hereby granted; and it is further

ORDERED that pursuant to section 365(a) of the Bankruptcy Code and

Bankruptcy Rule 6006, the rejection of the Contracts and Nike Lease, is hereby approved,

effective as of August 26, 2009; and it is further

ORDERED that any rejection damage claim asserted by Nike or the

counterparties to the Contracts shall be filed (subject to all of the LB 2080's rights, claims and

defenses, including rights of setoff with respect to any such claims) on or before the final date for

filing proofs of claim in LB 2080's chapter 11 case established by the Order Pursuant to Section

502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing Deadline for

Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the

Proof of Claim Form [Docket No. 4271], which proofs of claim shall be filed in accordance with

the procedures set forth in such order; and it is further

ORDERED that LB 2080 is authorized, but not directed, in its sole discretion to

abandon any Personal Property pursuant to section 554(a) of the Bankruptcy Code; and it further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation, interpretation and/or enforcement of this

Order; and it is further

ORDERED that the stay pursuant to Bankruptcy Rules 6006(d) is hereby waived

and this Order shall be effective as of September 9, 2009, which is the date of entry of that

certain "Order Pursuant To Sections 365(a) and 554(a) Of The Bankruptcy Code And Rule 6006

Of The Federal Rules Of Bankruptcy Procedure Authorizing (I) The Rejection Of Certain

Executory Contracts And A Lease Of Nonresidential Real Property And (II) The Abandonment

Of Certain Personal Property" [Docket No. 5091].


Dated: New York, New York
       April 5, 2011

                                    *s/ James M. Peck*
                              UNITED STATES BANKRUPTCY JUDGE

**Exhibit A**

**Schedule of Contracts to be Rejected**

| Counterparty and Notice Address | Description of Contract or Lease | Contract Date |
|---|---|---|
| CB Richard Ellis Hawaii, Inc.<br>1001 Bishop Street, ASB Tower<br>Honolulu, HI 96813-3429<br>Attn: Marlene DeCosta<br><br>CB Richard Ellis<br>2222 Kalakaua Avenue, Suite 1003<br>Honolulu, HI 96815-2524<br>Attn: Troy H. Fujino | Service Contract for Property Management | 11/1/2004 |
| CB Richard Ellis, Inc.<br>3501 Jamboree Road<br>Suite 100<br>Newport Beach, CA 92660 | Listing Agreement for Brokerage of Real Property | 2/5/2009 |
| Chem Systems, Inc.<br>PO BOX 17716<br>Honolulu, HI 96817 | Service Contract for A/C Water Treatment | 9/10/2001 |
| Elite Mechanical<br>98-055 Kamehameha Hwy Ste C-6<br>Aiea, HI 96701 | Service Contract for Common Area, A/C, Parking Garage Fan and Pump Equipment Maintenance | 11/10/1998 |
| Hawaiian Building Maintenance<br>Pauahi Tower<br>1003 BISHOP ST<br>STE 2020<br>Honolulu, Ill 96813 | Service Contract for Janitorial and Maintenance | 8/19/2002 |
| Mitsubishi Elevators and Escalators, Inc.<br>ELEVATORS & ESCALATORS DIVISION<br>PO BOX 100403<br>Pasadena, CA 91189 | Service Contract for Common Area Elevator Maintenance | 10/26/98 |
| Oceanfront Hawaii, Inc.<br>1888 Kalakaua Avenue,<br>Suite #2502<br>Honolulu, HI 96815 | Supplemental Payment Agreement for Ground Sublease | 7/1/2003 |
| SimplexGrinnell<br>DEPT CH 10320<br>Palatine, IL 60055-0320 | Service Contract for Fire Alarm System Maintenance | 1/1/2006 |
| Standard Parking<br>1001 BISHOP ST<br>PAUAHI TOWER STE 600<br>Honolulu, HI 96813 | Service Contract for Parking Management | 11/17/1997 |
| Tenance Co LLC<br>PO Box 66<br>Waialua, HI 96791 | Service Contract for Landscaping Maintenance | 8/21/2000 |
| World Wide Window Cleaning<br>PO BOX 17400<br>Honolulu, HI 96817 | Service Contract for Exterior Building and Window Cleaning | 9/7/2005 |