CADWALADER, WICKERSHAM & TAFT LLP
Howard R. Hawkins, Jr., Esq.
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
-and-
Mark C. Ellenberg, Esq. (admitted *pro hac vice*)
Peter Friedman, Esq. (admission pending)
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

*Attorneys for Morgan Stanley & Co. Incorporated
and affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | Case No. 08-13555 (JMP) |
| **Debtors.** | (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE**

Howard R. Hawkins Jr. (the "Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York and a member of the law firm of Cadwalader Wickersham & Taft LLP ("Cadwalader"), hereby moves this Court to enter an order permitting Peter Friedman to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York in the above captioned case. In support thereof, the Movant respectfully represents as follows:

USActive 22722832.1

-2-

Mr. Friedman is a partner with Cadwalader, a member in good standing of the Bar of the District of Columbia, and is admitted to practice in the United States District Court for the District of Columbia. Mr. Friedman agrees to pay the fee of $25.00 upon the filing of this motion for an order admitting him to practice *pro hac vice* in these chapter 11 cases. Mr. Friedman's address is: Cadwalader Wickersham & Taft LLP, 700 Sixth Street, N.W., Washington, D.C. 20001. Mr. Friedman's e-mail address is peter.friedman@cwt.com and his telephone number is (202) 862-2200.

WHEREFORE, the Movant requests entry of the attached Proposed Order granting the relief requested herein and such other and further relief as may be just and proper.

Dated:   New York, New York
         April 5, 2011

CADWALADER, WICKERSHAM & TAFT LLP

/s/ *Howard R. Hawkins Jr.*
Howard R. Hawkins Jr., Esq.
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666

- and -

Mark C. Ellenberg, Esq. (admitted *pro hac vice*)
Peter Friedman (admission pending)
700 Sixth Street, N.W.
Washington, D.C.  20001
Telephone:  (202) 862-2200
Facsimile:  (202) 862-2400

*Attorneys for Morgan Stanley & Co. Incorporated and affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> (Jointly Administered) |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Upon the motion of Howard R. Hawkins Jr., Esq. for admission to practice *pro hac vice* of Peter Friedman, Esq. of Cadwalader Wickersham & Taft LLP; due and proper notice having been given in accordance with the applicable provisions of title 11 of the United States Code and Federal Rules of Bankruptcy Procedure; and other good cause appearing, it is

ORDERED THAT Peter Friedman, Esq. is permitted to practice *pro hac vice* in connection with the above captioned bankruptcy case.

Dated:  New York, New York
        April ____, 2011

_____
UNITED STATES BANKRUPTCY JUDGE