WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
In re                                                          :    Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :    08-13555 (JMP)
                                                               :
                          Debtors.                             :    (Jointly Administered)
                                                               :
-----------------------------------------------------------------x

**SECOND NOTICE OF ESTABLISHMENT OF HEARING DATES FOR CLAIMS**
**MATTERS PURSUANT TO SECOND AMENDED CASE MANAGEMENT ORDER**
**IMPLEMENTING CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES**

PLEASE TAKE NOTICE that pursuant to the order, dated June 17, 2010 (the "Second Amended Case Management Order") [Docket No. 9635], implementing certain notice and case management procedures, the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has scheduled the following hearing dates and times for claims matters in the above-captioned cases:

**July 21, 2011 at 10:00 a.m. (Prevailing Eastern Time)**

**August 25, 2011 at 10:00 a.m. (Prevailing Eastern Time)**

**September 29, 2011 at 10:00 a.m. (Prevailing Eastern Time)**

**October 27, 2011 at 10:00 a.m. (Prevailing Eastern Time)**

**November 30, 2011 at 10:00 a.m. (Prevailing Eastern Time)**

**December 21, 2011 at 10:00 a.m. (Prevailing Eastern Time)**

PLEASE TAKE FURTHER NOTICE that except as otherwise ordered by the Bankruptcy Court, the Second Amended Case Management Order governs the scheduling of all matters to be heard on the foregoing claims hearing dates.

PLEASE TAKE FURTHER NOTICE that all hearings will be held in Courtroom 601, United States Bankruptcy Court, Alexander Custom House, One Bowling Green, New York, New York 10004 unless otherwise ordered by the Bankruptcy Court.

Dated: April 5, 2011
       New York, New York

/s/ Harvey R. Miller
Harvey R. Miller

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession