UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re                                               :   Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*        :   08-13555 (JMP)
                                                    :   (Jointly Administered)
Debtors.                                            :
                                                    :
----------------------------------------------------------------x   Ref. Docket Nos. 14798, 15465

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 1, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
5th day of April, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:    CVF LUX MASTER S.A.R.L
               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
               C/O CARVAL INVESTORS UK LTD.
               ATTN: ANNEMARIE JACOBSEN
               KNOWLE HILL PARK, FAIRMILE LANE
               COBHAM
               SURREY KT112PD UNITED KINGDOM

Additional:

Transferee:    CVF LUX MASTER S.A.R.L.
               C/O CARVAL INVESTORS UK LTD.
               KNOWLE HILL PARK, FAIRMILE LANE
               COBHAM
               SURREY KT112PD ENGLAND

**Your transfer   of claim #   46947-01   is defective for the reason(s) checked below:**

Signature Missing

Docket Number 14798              Date 03/04/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 1, 2011.

**EXHIBIT B**

```
TIME: 13:46:13                                        LEHMAN BROTHERS HOLDING INC.                                                PAGE:    1
DATE: 04/01/11                                              CREDITOR LISTING

Name                         Address
BANK OF SINGAPORE LIMITED    ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL 9 RAFFLES PLACE #08-01, REPUBLIC PLAZA
                             048619 SINGAPORE
BANK OF SINGAPORE LIMITED    CLIFFORD CHANCE US LLP ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ 31 WEST 52ND STREET NEW YORK NY 10019
CVF LUX MASTER S.A.R.L       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LTD. ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE
                             COBHAM SURREY KT112PD UNITED KINGDOM
CVF LUX MASTER S.A.R.L.      C/O CARVAL INVESTORS UK LTD. KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT112PD ENGLAND
UBS AG                       ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH 8001 SWITZERLAND

Total Number of Records Printed     5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC