UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------x Ref. Docket Nos. 15442-15444,
15447, 15448, 15450-15453, 15459,
15463, 15464, 15546

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 1, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
5th day of April, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS LENDING PARTNERS LLC                GOLDMAN SACHS LENDING PARTNERS LLC
     TRANSFEROR: AT&T INC. F/K/A SBC COMMUNICATIONS, INC.   RICHARDS KIBBE & ORBE LLP
     C/O GOLDMAN SACHS & CO                            ATTN: MANAGING CLERK
     ATTN: LAUREN DAY                                  ONE WORLD FINANCIAL CENTER
     30 HUDSON ST 36TH FL                              NEW YORK NY 10281
     JERSEY CITY NJ 07302
```

Please note that your claim # 66890 in the above referenced case and in the amount of $10,500,000.00     has been transferred **(unless previously expunged by court order)**

```
     SPCP GROUP, L.L.C.                                SPCP GROUP, L.L.C.
     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC    PRYOR CASHMAN LLP
     ATTN: BRIAN A. JARMAIN                            ATTN: RONALD S. BEACHER, ESQ
     2 GREENWICH PLAZA, 1ST FLOOR                      7 TIMES SQUARE
     GREENWICH CT 06830                                NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 15442    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/01/2011                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 1, 2011.

# EXHIBIT B

```
TIME: 13:45:12                                              LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 04/01/11                                                   CREDITOR LISTING

Name                                            Address
BANK OF SINGAPORE LIMITED                       CLIFFORD CHANCE US LLP ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ 31 WEST 52ND STREET NEW YORK NY 10019
BANK OF SINGAPORE LIMITED                       ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL 9 RAFFLES PLACE #08-01, REPUBLIC PLAZA
                                                048619 SINGAPORE
BANK VONTOBEL AG                                FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRAASE 43 ZURICH 8002 SWITZERLAND
BANK VONTOBEL AG                                FAO: MRS. DR. HEIDE SUDEROW GROB GOTTHARDSTRASSE 43 ZURICH 8002 SWITZERLAND
BARCLAYS BANK PLC                               TRANSFEROR: EFG BANK AG 745 SEVENTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH                 TRANSFEROR: EUROHYPO AG ATTN; MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
EFG BANK AG                                     GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166
EFG BANK AG                                     BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND
EUROHYPO AG                                     ATTN: OLIVER SCHOEPP HELFMANN-PARK 5 ESCHBORN 65760 GERMANY
GOLDMAN SACHS LENDING PARTNERS LLC              RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC              TRANSFEROR: AT&T INC. F/K/A SBC COMMUNICATIONS, INC. C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON ST 36TH FL
                                                JERSEY CITY NJ 07302
MORGAN STANLEY BANK INTERNATIONAL               TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. 25 CABOT SQUARE CANARY WHARF LONDON E14 4QW UNITED KINGDOM
LIMITED
OAKTREE HUNTINGTON INVESTMENT FUND, L.P.        TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO
                                                333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017
OAKTREE OPPORTUNITIES FUND VIII                 TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO
(PARALLEL 2), L.P.                              333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017
OAKTREE OPPORTUNITIES FUND VIII                 TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO
(PARALLEL), L.P.                                333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017
OAKTREE OPPORTUNITIES FUND VIIB, L.P.           TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO
                                                333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017
OCM OPPORTUNITIES FUND VIIB (PARALLEL),         TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO
L.P.                                            333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017
OCM OPPORTUNITIES FUND VIIB, L.P.               TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO
                                                333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017
ORE HILL HUB FUND LTD.                          TRANSFEROR: BARCLAYS BANK PLC ATTN: KATE SINOPOLI 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019
SPCP GROUP, L.L.C.                              PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, L.L.C.                              PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, L.L.C.                              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
UBS AG                                          TRANSFEROR: BANK OF SINGAPORE LIMITED ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH 8001 SWITZERLAND
UBS AG                                          TRANSFEROR: BANK VONTOBEL AG BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND


Total Number of Records Printed         24                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```