Ean

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re                                          :
LEHMAN BROTHERS HOLDING INC.   :       Chapter 11 Case No. 08-13555
                                               :
-----------------------------------------------------------x

### CREDITOR ELKE KASSENS' NOTICE OF ABANDONMENT OF CLAIM AND WITHDRAWAL OF COUNSEL

Creditor Elke Kassens hereby respectfully provides notice to the Debtors that she

a. abandons and withdraws Claim #11180 (US$7,232.31) submitted on September 10, 2009 against Debtor LBHI; and

b. has released counsel from his duties and responsibilities with respect to said claim.

RESPECTFULLY submitted this __29th__ day of March, 2011.

_____
Helge Naber
Montana Bar. Id. #7059
NABER PC
300 Central Avenue Suite 320
Great Falls Montana 59401
T 406 452 3100
F 406 452 6599
e helge.naber@naberpc.com

- Shai Waisman Esq.

WEIL GOTSCHAL & MANGES LLP

767 Fifth Avenue

New York New York 10153

*Attorney for Debtor*

### CERTIFICATE OF SERVICE

This is to certify that the foregoing CREDITOR'S NOTICE OF ABANDONMENT & WITHDRAWAL OF COUNSEL was duly served by U.S. First Class mail, appropriate postage prepaid, upon the other parties or their attorney of record at their address or addresses as shown herein on _____

NABER PC

By _____
300 Central Avenue Ste. 320 • Great Falls, MT 59401

08-BK-13555 IN RE LBHI • CREDITOR'S NOTICE OF WITHDRAWAL • 1