Watson, Farley & Williams (New York) LLP
Christopher P. Belisle (CB-0119)
Jane Freeberg Sarma (JF-5473)
1133 Avenue of the Americas, 11th Floor
New York, New York 10036

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP) |

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE**, that Claimant Roger B. Nagioff requests that

the following address be added to the service list:

> Roger B. Nagioff
> The Leys
> Barnet Lane
> Elstree
> Herfordshire WD6 3RQ
> United Kingdom
> Email:  roger@rnagioff.com

And henceforth all pleadings and correspondence are to be served upon him at the

address above.

Dated:  April 6, 2011
     New York, New York

       WATSON, FARLEY & WILLIAMS (NEW YORK) LLP

       By: _____
         Christopher P. Belisle (CB-0119)
         Jane Freeberg Sarma (JF-5473)
         Attorneys for Claimant Roger B. Nagioff

                               19125127 v1

1133 Avenue of the Americas, 11th Floor
New York, New York 10036
Telephone: (212) 922-2200