# United States Bankruptcy Court

## Southern District of New York

In re **Lehman Brothers Special Financing Inc.**,   Case Nos. **08-13555**
                                                    **Jointly Administered**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Merrill Lynch Credit Products, LLC | Delaware Extended Duration Bond Fund, a Series of Delaware Group Income Funds |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim #: 66766

Claim Amount: $133,903

Name and Address where notices to Transferee should be sent:

Merrill Lynch Credit Products, LLC
Bank of America Tower- 3rd Floor
One Bryant Park
New York, New York 10036
Attn: Jeffrey Benesh and Ron Torok
Tel: 646-855-7450
Email: jeffrey.benesh@baml.com / ron.torok@baml.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MERRILL LYNCH CREDIT PRODUCTS, LLC

By: _[signature]_                                     Date: April 5, 2011
Name: Donald Torok
Title: Vice President

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Delaware Extended Duration Bond Fund, a series of Delaware Group Income Funds

Delaware Extended Duration Bond Fund, a series of Delaware Group Income Funds, a statutory trust organized under the laws of Delaware, with an address of c/o Delaware Management Company, 2005 Market Street Philadelphia, PA 19103] ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Merrill Lynch Credit Products, LLC, its successors and assigns, with offices located at One Bryant Park, New York, NY 10036 ("BUYER"), all right, title and interest in and to the claim (proof of claim number 66766) of SELLER against Lehman Brothers Special Financing Inc., and its affiliates in the amount of $133,903 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 31st day of March, 2011.

**DELAWARE EXTENDED DURATION BOND FUND, A SERIES OF DELAWARE GROUP INCOME FUNDS**

By: _____
Name: Daniel V. Geatens
Title: Vice President

**MERRILL LYNCH CREDIT PRODUCTS, LLC**

By: _____
Name: Ronald Torok
Title: Vice President

845590-1

**PROOF OF CLAIM** — **AMENDED**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

69

In Re:
Lehman Brothers Holdings Inc., et al.
Debtors.

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

Name of Debtor Against Which Claim is Held:
LEHMAN BROTHERS SPECIAL FINANCING INC.

Case No. of Debtor: 08-13888 (JMP)

UNIQUE IDENTIFICATION NUMBER: 888012740
Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000066766

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LBH (MERGE2.DBF,SCHED_NO) SCHEDULE #: 888012740*****
DELAWARE EXTENDED DURATION BOND
C/O DELAWARE MANAGEMENT COMPANY
ONE COMMERCE SQUARE   and   Paul Patterson, Esquire
2005 MARKET STREET              Stradley Ronon Stevens & Young, LLP
PHILADELPHIA, PA 19103         2600 One Commerce Square
Attn: Michael E. Dresnin,            Philadelphia, PA 19103-7098
Assistant Vice President
and Legal Counsel  (215) 255-1511       MEDresnin@delinvest.com
Telephone number:    (215) 564-8052  Email Address: ppatterson@stradley.com

Name and address where payment should be sent (if different from above)
Michael E. Dresnin, Assistant Vice President and Legal Counsel
Delaware Investments
2005 Market Street
Philadelphia, PA 19103
Telephone number: (215) 255-1511   Email Address: MEDresnin@delinvest.com

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 11942
(If known)

Filed on: 9/14/09

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

NOTICE OF SCHEDULED CLAIM:
Your Claim is scheduled by the indicated Debtor as:

SCHEDULE G - EXECUTORY CONTRACT OR UNEXPIRED LEASE

DESCRIPTION:
DERIVATIVE MASTER ACCOUNT NUMBER 101304DEED

1. Amount of Claim as of Date Case Filed: $133,903.00

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☑ Check this box if all or part of your claim is based on a Derivative Contract.*
☑ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee.

2. Basis for Claim: Swap Contract
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 3929 (Tax ID)
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: _____
Value of Property: $____  Annual Interest Rate ____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $____
Basis for perfection: _____
Amount of Secured Claim: $____  Amount Unsecured: $____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $____
(See instruction #6 on reverse side.)
7. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 5/28/10

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature] Daniel V. Geatens  Vice President

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FOR COURT USE ONLY

**FILED / RECEIVED**
JUN 04 2010
EPIQ BANKRUPTCY SOLUTIONS, LLC