**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS, INC., et al. | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Bruce Bennett, request admission, *pro hac vice*, before the Honorable Judge James M. Peck, to represent certain beneficial holders of notes issued by Lehman Brothers Treasury Co. B.V. and guaranteed by Lehman Brothers Holdings Inc., creditors in the above referenced case.

I certify that I am a member in good standing of the bar in the state of California, and the bars of the U.S. District Courts for the Central, Northern, Southern and Eastern Districts of California.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: April 6, 2011
       Boston, Massachusetts       */s/ Bruce Bennett*
                                                  Bruce Bennett
                                                  Dewey & LeBoeuf LLP
                                                  333 S. Grand Avenue, Suite 2600
                                                  Los Angeles, CA 90071
                                                  Email: bbennett@dl.com
                                                  Telephone: (213) 621-6000