**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LEHMAN BROTHERS HOLDINGS, INC., et al. ) | Case No. 08-13555 (JMP) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Bruce Bennett, to be admitted, *pro hac vice*, to represent certain beneficial holders of notes issued by Lehman Brothers Treasury Co. B.V. and guaranteed by Lehman Brothers Holdings Inc. (the "Clients"), creditors in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bars of the U.S. District Courts for the Central, Northern, Southern and Eastern Districts of California, it is hereby

**ORDERED,** that Bruce Bennett, Esq., is admitted to practice, *pro hac vice,* in the above referenced case to represent the Clients, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York      /s/ _____
                              UNITED STATES BANKRUPTCY JUDGE