**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS, INC., et al. | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

---

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Monika S. Wiener, request admission, ***pro hac vice***, before the Honorable Judge James M. Peck, to represent certain beneficial holders of notes issued by Lehman Brothers Treasury Co. B.V. and guaranteed by Lehman Brothers Holdings Inc., creditors in the above referenced case.

I certify that I am a member in good standing of the bar in the state of California, and the bar of the U.S. District Court for the Central District of California.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: April 6, 2011
New York, New York         */s/ Monika S. Wiener*
                          Monika S. Wiener
                          Dewey & LeBoeuf LLP
                          333 S. Grand Avenue, Suite 2600
                          Los Angeles, CA 90071
                          Email: mwiener@dl.com
                          Telephone: (213) 621-6000