**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | § <br> § Chapter 11 <br> § |
| LEHMAN BROTHERS HOLDINGS, INC., et al.. | § Case No. 08-13555 (JMP) <br> § |
| Debtors. | § (Jointly Administered) <br> § |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK )

   Patricia A. Wright, being duly sworn deposes and says:

   1. That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

   2. That on the 5th day of April, 2011, I caused to be served a true copy of the **Opposition of State Street Bank and Trust Company to Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Rule 7026 of the Federal Rules of Bankruptcy Procedure for Authorization to Establish and Implement Procedures in Connection with Discovery Related to Plan Confirmation** upon the Debtors' counsel, Office of the United States Trustee and counsel to the Official Committee of Unsecured Creditors as listed on the annexed Service List.

             /s/Patricia A. Wright
               Patricia A. Wright

Sworn to before me this
5th day of April, 2011

 /s/Steven Sarnotsky
Notary Public, State of New York
No. 01SA6008581
Qualified in New York County
Commission Expires August 1, 2014

A/74132605.1

## SERVICE LIST

Weil, Gotshal & Manges LLP
Attn:  Irwin H. Warren
　　　Randi W. Singer
　　　Richard P. Krasnow
　　　Lori R. Fife
　　　Shai Y. Waisman
　　　Jacqueline Marcus
767 Fifth Avenue
New York, NY 10153

Office of the US Trustee
Attn: Tracy Hope Davis
　　　Elisabetta G. Gasparini
　　　Andrea B. S chwartz
　　　Andy Velez-Rivera
　　　Paul Schwartzberg
　　　Brian Masumoto
　　　Linda Riffkin
33 Whitehall Street, 21st Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne
　　　Evan Fleck
　　　Dennis O'Donnell
1 Chase Manhattan Plaza
New York, NY 10005

A/74132605.1