# Exhibit B

### E-Mail Correspondence



**RE: Why I called**

Miller, Harvey to: Thomas J MOLONEY, Miller, Harvey, Mark C. Ellenberg, Seth Grosshandler, Sean A. O'Neal, Mr. Timothy R. Coleman

03/31/2011 05:41 PM

Sent by: "Ennis, Judith" <Judith.Ennis@weil.com>
Cc: "Fife, Lori", "Fail, Garrett", "Marcus, Jacqueline"

```
Tom,

Thank you for your email of even date.

Which I finally found.

The proposition stated in your email is acceptable to the debtors.  You may
prepare an appropriate stipulation or agreement to implement the same.

Obviously, we are hopeful that the ongoing discussions referred to in your
email will be fruitful and obviate any necessity for the various creditors
that your clients have been working with to file a competing plan of
reorganization.

Your cooperation and courtesy extended is very much appreciated.

Harvey



Judith Ennis
Legal Secretary

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
judith.ennis@weil.com
+1 212 310 8398 Direct
+1 212 310 8007 Fax


-----Original Message-----
From: Thomas J MOLONEY [mailto:tmoloney@cgsh.com]
Sent: Thursday, March 31, 2011 1:17 PM
To: Miller, Harvey; Mark C. Ellenberg; Seth Grosshandler; Sean A. O'Neal; Mr.
Timothy R. Coleman
Subject: Why I called


I called to follow up our conversation yesterday. Can you confirm to me the
Debtors' position whether it will enter into some form of stipulation or
agreement that assuming the ongoing discussions are not fruitful and  it
becomes necessary for the various creditors my clients have been  working
with to file their own separate plan of reorganization (an outcome that you
know I have been working hard to avoid) that the hearing for approval of
the disclosure statement for that plan will be heard at the same time as
the debtors's disclosure statement which is currently scheduled to be heard
on June 28 provided solely that such plan and disclosure statement are
filed and a motion to approve the disclosure statement  is served
sufficiently in advance of june 28 to comply with the Bankruptcy Rules
```

---------------------------
Sent from my BlackBerry Wireless Handheld

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any
attachments without retaining a copy.


The information contained in this email message is intended only for use of
the individual or entity named above. If the reader of this message is not the
intended recipient, or the employee or agent responsible to deliver it to the
intended recipient, you are hereby notified that any dissemination,
distribution or copying of this communication is strictly prohibited. If you
have received this communication in error, please immediately notify us by
email (postmaster@weil.com), and destroy the original message. Thank you.