Richard M. Goldman
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
    -and-
James A. Stempel (*pro hac vice pending*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654-3406
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to Farallon Capital Partners, L.P.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | ) Case No. 08-13555(JMP) |
| Debtors. | ) Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, James A. Stempel, a member in good standing of the bar of the State of Illinois, request admission, *pro hac vice*, in the above-referenced bankruptcy cases.

My:    address is Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois  60654
    e-mail address is James.Stempel@kirkland.com; telephone number is (312) 862-2000.

I agree to pay the fee of $25 upon the filing of this motion for an order admitting me to practice *pro hac vice*.

Dated: April 6, 2011
       New York, New York            ____/s/_____
                                     James A. Stempel

K&E 18708800.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Lehman Brothers Holdings Inc., et al., ) | Case No. 08-13555(JMP) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JAMES A. STEMPEL

Upon the motion of James A. Stempel, dated April 6, 2011, for admission *pro hac vice* in the above-referenced cases, it is hereby:

**ORDERED,** James A. Stempel is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2011
New York, New York

_____
United States Bankruptcy Judge

2