UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,     Case No. 08-13555 (JMP)

                            Debtors.
-----------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF P. SABIN WILLETT

UPON the motion of P. Sabin Willett dated April 5, 2011, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that P. Sabin Willett is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       April 6, 2011

                                              *s/ James M. Peck*
                                              UNITED STATES BANKRUPTCY JUDGE