MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax  (212) 262-1910

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

　　　I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on April 6, 2011, I caused copies of the Fourth Amended Verified Statement of Mayer Brown LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 (the "Statement") to be served by United Parcel Service Next Day Air Upon: (i) The Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, (ii) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andrew Velez-Rivera, Esq.), (iii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Y. Waisman, Esq.), and (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq.).

　　　I further certify that on April 6, 2011, upon electronic filing of the Statement, electronic mail filing notifications of the Statement were caused to be sent to all attorneys of record registered to receive electronic filing notices in this case via this Court's ECF filing system.

700069652

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:   New York, New York
April 6, 2011

/s/ James Hennessey
James Hennessey

700069652

2