```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :    Chapter 11
In re                                                              :    Case No. 08-13555 (JMP)
                                                                   :    (Jointly Administered)
LEHMAN BROTHERS HOLDINGS INC., et al.,                             :
                                                                   :    CERTIFICATE OF
                       Debtors.                                    :    SERVICE
                                                                   :
------------------------------------------------------------------ X
```

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 6th day of April 2011, the Response of the Operating Company Creditors to the Motion of the Ad Hoc Group of Lehman Brothers Creditors Seeking, Among Other Things, an Order Scheduling a Disclosure Statement Hearing and Approving the Form and Manner of Notice Thereof with Exhibit A was served by hand upon:

> Gerard Uzzi, Esq.
> J. Christopher Shore, Esq.
> White & Case LLP
> 1155 Avenue of the Americas
> New York, NY  10036
>
> Tracy Hope Davis, Esq.
> Elisabetta G. Gasparini, Esq.
> Andrea B. Schwartz, Esq.
> Office of the United States Trustee for Region 2
> 33 Whitehall Street, 21st Floor
> New York, NY  10004
>
> Dennis F. Dunne, Esq.
> Dennis O'Donnell, Esq.
> Evan Fleck, Esq.
> Milbank, Tweed, Hadley & McCloy LLP
> 1 Chase Manhattan Plaza
> New York, NY  10005

        Harvey R. Miller, Esq.
        Lori R. Fife, Esq.
        Alfredo R. Perez, Esq.
        Weil, Gotshal & Manges LLP
        767 Fifth Avenue
        New York, NY  10153

2. This service was made by assistant managing clerks of this firm under my general supervision.

Dated:  New York, New York
        April 6, 2011

                                                /s/ Richard V. Conza
                                                Richard V. Conza