## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: PIMCO Cayman Global LIBOR Plus (Yen-Hedged) Fund

**PIMCO Cayman Global LIBOR Plus (Yen-Hedged) Fund**, having offices located at Butterfield House Fort Street, P.O. Box 2330, Georgetown, Cayman Islands ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $794,709.81 of Claim No. 25423 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 7 day of April, 2011.

WITNESS:
(Signature)
Name: Wesley Sasser
Title: Legal Specialist
(Print name and title of witness)

PIMCO Cayman Global LIBOR Plus (Yen-Hedged) Fund
By: _____
(Signature of authorized corporate officer)
Name: David Flattum
Title: Managing Director, General Counsel
Tel.: (949) 728-6000

WITNESS:
(Signature)
Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

JPMorgan Chase Bank, N.A.
By: _____
(Signature of authorized corporate officer)
Name: Peter Schoepe
Title: Authorized Signatory
Tel.: _____

9

LBSF_LBHI Claim -- PIMCO Cayman Islands to JPM_$794k_AOC (3).doc

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: PIMCO Cayman Global LIBOR Plus (Yen-Hedged) Fund

**PIMCO Cayman Global LIBOR Plus (Yen-Hedged) Fund**, having offices located at Butterfield House Fort Street, P.O. Box 2330, Georgetown, Cayman Islands ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $794,709.81 of Claim No. 25610 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 7 day of April, 2011.

WITNESS:
(Signature)
Name: Wesley Sasser
Title: Legal Specialist
(Print name and title of witness)

PIMCO Cayman Global LIBOR Plus (Yen-Hedged) Fund
By: 
(Signature of authorized corporate officer)
Name: David Flattum
Title: Managing Director, General Counsel
Tel.: (949) 720-6000

WITNESS:
(Signature)
Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

JPMorgan Chase Bank, N.A.
By: 
(Signature of authorized corporate officer)
Name: Peter Schoepe
Title: Authorized Signatory
Tel.:

10

LBSF_LBHI Claim -- PIMCO Cayman Islands to JPM_$794k_AOC (3).doc