UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | |

-----------------------------------------------------------X

**ORDER AUTHORIZING ADMISSION *PRO HAC VICE*
OF JAMES A. STEMPEL**

UPON the motion of James A. Stempel dated April 6, 2011, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that James A. Stempel is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       April 7, 2011

*s/ James M. Peck*
UNITED STATES BANKRUPTCY JUDGE