UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| Debtors. | ) (Jointly Administered) |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Bania Brothers, L.L.C. | Merrill Lynch Credit Products, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

| $203,873.00 | 66780 |
|---|---|
| Proof of Claim Amount | Proof of Claim Number |

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:  Bania Brothers, L.L.C.
Address:          c/o Ropes & Gray LLP
                   1211 Avenue of the Americas
                   New York, NY 10036-8704
                   Attn: Adam Reiss

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By:

By: /s/ Lisa Ragosta                    Date: 4/6/11

Name: Lisa Ragosta
Title: Counsel for Transferee

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Merrill Lynch Credit Products, LLC, with offices located at One Bryant Park, 3rd Floor, New York, NY 10036 ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Bania Brothers, L.L.C. ("BUYER"), all right, title and interest in and to the claim (proof of claim number 66780) of SELLER against Lehman Brothers Holdings Inc., and its affiliates in the amount of $203,873.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 31 day of March, 2011.

**MERRILL LYNCH CREDIT PRODUCTS, LLC**

By: _____
Name:
Title:

**BANIA BROTHERS, L.L.C.**

By: _____
Name: James F. Mooney
Title: Managing Director