# Exhibit A
**Supplemental Disclosure of Representation**

Representations Unrelated to Debtors' Chapter 11 Cases

     Set forth below are the Parties in Interest who Dechert currently represents or may have represented in matters unrelated to the Debtors' chapter 11 cases. Several Parties in Interest fall into multiple categories of Parties in Interest, however, each Party in Interest is listed only once below.

**Other Potential Parties in Interest Identified by the Debtor**

3iGroup PLC
ABN Amro Bank
Allstate Life Insurance Company
Banca de San Marino S.p.A.
Banca Intesa San Paolo
Bank Sarasin & Co. Ltd.
Bankers Life and Casualty Company
Bayview Financial L.P.
BB&T Investments
Black River Commodity Fund Ltd.
British Airways PLC
Caisse D'Epargne et de Prevoyance de Midi-Pyrenees
Cantor Fitzgerald Securities
Capital One N.A.
Carval Investors UK Limited
CineMedia LC
Davidson Kempner Partners
Deerfield Capital LLC
Deutsche Hypothekenbank
DRRT FBO HANSAINVEST Hanseatische Investment GmbH
Farallon Capital Partners, L.P.
Federal Home Loan Bank of Boston
Freshfields Bruckhaus Deringer US LLP
Future Industry Association (FIA)
Gabriel Capital, L.P.
Geode Capital Master Fund Ltd.
Hain Capital Holdings, Ltd.
Hayman Capital Master Fund, Ltd.
Hermes, Ltd.
Highland Crusader Offshore Parnters, L.P.
Institucion de Banca Mutiple
Janus Capital Management LLC
Ontario Teachers Pension Plan
Owl Creek I, L.P.

Owl Creek II, L.P.
Owl Creek Overseas Fund, Ltd.
Richard C. Miller
Scoggin Capital Management II
Sea Port Group Securities, LLC
SHUAA Capital PSC
Susanne K. Kraus
Symphony Asset Management LLC
Tudor BVI Global Portfolio L.P.
UBI Banca Sc.p.A.
Union Bancaire Privee, UBP SA
Vitol S.A.

2