UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

                  Debtors.

Chapter 11 Case No.

08-13555 (JMP)
(Jointly Administered)

Ref. Docket Nos. 15398, 15469
15475, 15478, 15485, 15489, 15492,
15493, 15499, 15509, 15510, 15512,
15513, 15515-15517, 15530, 15532,
15534, 15535

------------------------------------------------------------------x

In re

LEHMAN BROTHERS SPECIAL FINANCING INC.,

                  Debtors.

Chapter 11 Case No.

08-13888 (JMP)
(Jointly Administered)

Ref. Docket No. 199

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 4, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Pete Caris
Pete Caris

Sworn to before me this
7th day of April, 2011
/s/ Eleni Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   YORVIK PARTNERS LLP
      TRANSFEROR: BANCA VALSABBINA SCPA
      ATTN: LISA KING
      11 IRONMONGER LANE
      LONDON    EC2V 8EY
      UNITED KINGDOM
```

Please note that your claim # 10340 in the above referenced case and in the amount of
   $1,685,393.70       has been transferred **(unless previously expunged by court order)**

```
      CORRE OPPORTUNITIES FUND, LP
      TRANSFEROR: YORVIK PARTNERS LLP
      C/O CORRE PARTNERS MANAGEMENT, LLC
      ATTN: ERIC SODERLUND
      1370 AVENUE OF THE AMERICAS. 29TH FLOOR
      NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 199       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/04/2011                          Vito Genna, Clerk of Court

                                          /s/ Jenna Noble
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 4, 2011.

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC
      TRANSFEROR: VENOR CAPITAL MASTER FUND LTD.
      745 SEVENTH AVENUE
      NEW YORK NY 10019
```

Please note that your claim # 50307-01 in the above referenced case and in the amount of $4,500,000.00 has been transferred **(unless previously expunged by court order)**

```
KNIGHTHEAD MASTER FUND, L.P.
TRANSFEROR: BARCLAYS BANK PLC
C/O KNIGHTHEAD CAPITAL MANAGEMENT
ATTN: LAURA TORRADO
623 FIFTH AVENUE, 29TH FLOOR
NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 15532 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/04/2011

Vito Genna, Clerk of Court

/s/ Jenna Noble
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 4, 2011.

```
TIME: 21:30:58                                                LEHMAN BROTHERS HOLDING INC.                                                          PAGE:    1
DATE: 04/04/11                                                     CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES              TRANSFEROR: ILLIQUIDX LTD C/O: ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, LP
APPALOOSA INVESTMENT L.P.1                         DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVE NEW YORK NY 10017
APPALOOSA INVESTMENT L.P.1                         TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: KEN MAIMAN 51 JFK PARKWAY, STE 250B SHORT HILLS NJ 07078
BARCLAYS BANK PLC                                  TRANSFEROR: MONARCH MASTER FUNDING LTD 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                  TRANSFEROR: MOORE MACRO FUND LP 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                  TRANSFEROR: VENOR CAPITAL MASTER FUND LTD. 745 SEVENTH AVENUE NEW YORK NY 10019
CANYON COUNTRY COMMUNITIES, L.P.                   TRANSFEROR: APPALOOSA INVESTMENT L.P.1 745 SEVENTH AVENUE NEW YORK NY 10019
CHESTER SQUARE, L.L.C.                             ATTN TIM CALDWELL 17541 17TH STREET TUSTIN CA 92780
CITIGROUP GLOBAL MARKETS INC.                      TRANSFEROR: STYLOS CAPITAL MANAGEMENT C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
CITIGROUP GLOBAL MARKETS INC.                      DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CORRE OPPORTUNITIES FUND, LP                       TRANSFEROR: CITIBANK INTERNATIONAL PLC ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
                                                   TRANSFEROR: YORVIK PARTNERS LLP C/O CORRE PARTNERS MANAGEMENT, LLC ATTN: ERIC SODERLUND 1370 AVENUE OF THE AMERICAS. 29TH FLOOR
                                                   NEW YORK NY 10019
CREDIT SUISSE                                      ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                      CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE (DEUTSCHLAND) AG                     TRANSFEROR: CREDIT SUISSE C/O CRAVATH, SWAINE & MOORE ATTN: MR. RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
CVF LUX MASTER S.A.R.L.                            TRANSFEROR: LEVEL GLOBAL OVERSEAS MASTER FUND, LTD. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM
                                                   SURREY KT112PD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                    TRANSFEROR: SWEDBANK AB, NEW YORK BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DOVER MASTER FUND II, L.P.                         TRANSFEROR: CANYON COUNTRY COMMUNITIES, L.P. C/O LONGACRE MANAGEMENT LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR
                                                   NEW YORK NY 10019
HIGHTIP CAPITAL LLC                                TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
ILLIQUIDX LTD                                      TRANSFEROR: MEGA GLOBAL ASSET MANAGEMENT CO. LTD. ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET
                                                   LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LTD                                      TRANSFEROR: MEGA GLOBAL ASSET MANAGEMENT CO., LTD ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET
                                                   LONDON EC4Y 1EL UNITED KINGDOM
KNIGHTHEAD MASTER FUND, L.P.                       TRANSFEROR: BARCLAYS BANK PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10019
KNIGHTHEAD MASTER FUND, L.P.                       TRANSFEROR: BARCLAYS BANK PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN:LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022
LEVEL GLOBAL OVERSEAS MASTER FUND, LTD.            C/O LEVEL GLOBAL INVESTORS, L.P. ATTN: LOUIS LAROCCA 888 SEVENTH AVENUE, 27TH FLOOR NEW YORK NY 10019
LMA SPC FOR & ON BEHALF OF MAP 84                  TRANSFEROR: BARCLAYS BANK PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022
  SEGREGATED PORTFOLIO
NEUE AARGAUER BANK AG                              ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
NEUE AARGAUER BANK AG                              CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
NEWFINANCE ALDEN SPV                               TRANSFEROR: ILLIQUIDX LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
OAKTREE HUNTINGTON INVESTMENT FUND, L.P.           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
                                                   LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH                    K C/O OAKTREE CAPITAL MANAGEMENT , L.P. ATTN: JEFF ARNOLD
  (PARALLEL 2), LP                                 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
  DELAWARE, L.P.                                   LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB DELAWARE               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
                                                   LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB DELAWARE,              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
  L.P.                                             LOS ANGELES CA 90071
SILVIA ZIMMERMANN-BEELI                            TRANSFEROR: NEUE AARGAUER BANK AG ALZBACHFELD 5 REINACH 5734 SWITZERLAND
STYLOS CAPITAL MANAGEMENT                          A/C STYLOS ASIA MASTER FD LTD 1700 E PUTNAM AVE OLD GREENWICH CT 06870
YORVIK PARTNERS LLP                                TRANSFEROR: BANCA VALSABBINA SCPA ATTN: LISA KING 11 IRONMONGER LANE LONDON    EC2V 8EY UNITED KINGDOM
YVONNE ROTH-NAVILLE                                TRANSFEROR: NEUE AARGAUER BANK AG PARADIESSTRASSE 26 BRUGG  5200 SWITZERLAND

Total Number of Records Printed                              37
```

EPIQ BANKRUPTCY SOLUTIONS, LLC