UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               )
In re:                                                         )   Chapter 11
                                                               )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       )   Case No. 08-13555 (JMP)
                                                               )
                                                               )
                                                               )
         Debtors                                               )   (Jointly Administered)
---------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

J.P. Morgan Chase Bank, N.A.
Name of Transferee

Name and Address where notices to
transferee should be sent:

   J.P. Morgan Chase Bank, N.A
   Mail Code: NY1-A436,
   One Chase Manhattan Plaza, Floor 26
   New York, New York 10005
   ATTN: Susan McNamara

With a copy to:
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt

Korean Airlines Co., Ltd.
Name of Transferor

**Case No. 08-13555**

Court Claim # (if known): 6031, amending
   Claim 1345 filed on 12/16/2008
Amount of Claim Transferred: $2,606,812.00
Date Claim Filed: 7/24/2009
Debtor: Lehman Brother Holdings Inc.

**Case No. 08-13885**

Court Claim # (if known): 6030, amending
   Claim 1205 filed on 12/4/2008
Amount of Claim Transferred: $2,606,812.00
Date Claim Filed: 7/24/2009
Debtor: Lehman Brother Commodity Services Inc.

NYC:226579.1

## FORM OF EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, KOREAN AIRLINES CO., LTD. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to J.P. MORGAN CHASE BANK, N.A. with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 6031, amending No. 1345) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22 day of February 2011.

KOREAN AIRLINES CO., LTD.

By: 
Name: HYUN SEOK KIM
Title: Managing Vice President
       Finance Department

J.P. MORGAN CHASE BANK, N.A.

By: 
Name: David A. Martinez
Title: Authorized Signatory

29

NYC:2212585

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, KOREAN AIRLINES CO., LTD. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to J.P. MORGAN CHASE BANK, N.A. with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Commodity Services Inc. (the "Debtor"), the debtor in Case No. 08-13885 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim (No. 6030, amending No. 1205) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 22 day of February 2011.

KOREAN AIRLINES CO., LTD.

By: *[signature]*
Name: HYUN SEOK KIM
Title: Managing Vice President
Finance Department

J.P. MORGAN CHASE BANK, N.A.

By: *[signature]*
Name: David A. Martinez
Title: Authorized Signatory

28

NYC 221258.5