UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                Debtors.                                         :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket No. 12488

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 6, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          /s/ Eleni Kossivas
                                          Eleni Kossivas

Sworn to before me this
7th day of April, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 12488_Aff 04-06-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:     DEUTSCHE BANK AG, LONDON BRANCH
                TRANSFEROR: TCW ABSOLUTE RETURN CREDIT FUND LP
                C/O DEUTSCHE BANK SECURITIES INC.
                ATTN: RICHARD VICHAIDITH
                60 WALL STREET
                3RD FLOOR
                NEW YORK NY 10005

Additional:

Transferee:     HBK MASTER FUND L.P.
                C/O HBK MASTER SERVICES LLC
                2101 CEDAR SPRINGS ROAD, SUITE 700
                DALLAS TX 75201

**Your transfer    of claim #    16852    is defective for the reason(s) checked below:**

Expunged By Court Order
Expunged By Court Order

Docket Number 12488              Date 11/02/10

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 6, 2011.

# EXHIBIT B

```
TIME: 16:11:13                              LEHMAN BROTHERS HOLDING INC.                                PAGE: 1
DATE: 04/06/11                                   CREDITOR LISTING

Name                               Address

DEUTSCHE BANK AG, LONDON BRANCH    TRANSFEROR: TCW ABSOLUTE RETURN CREDIT FUND LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICHARD VICHAIDITH 60 WALL STREET 3RD FLOOR
                                   NEW YORK NY 10005

HBK MASTER FUND L.P.               C/O HBK MASTER SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201


Total Number of Records Printed    6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC