UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :    (Jointly Administered)
                    Debtors.                                :
                                                            :
------------------------------------------------------------x    Ref. Docket Nos. 13855, 13913,
                                                                 13914, 14774, 14775, 14777, 14778,
                                                                 15536, 15579, 15595-15597, 15599,
                                                                 15600, 15602, 15605

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 6, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Eleni Kossivas*
                                              Eleni Kossivas

Sworn to before me this
7th day of April, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   MERRILL LYNCH INTERNATIONAL
      TRANSFEROR: BANCA CARIGE S.P.A.
      ATTN: SIMON ORR
      2 KING EDWARD STREET
      LONDON      EC1AHQ
      ENGLAND
```

Please note that your claim # 46900-01 in the above referenced case and in the amount of $7,087,500.00    has been transferred **(unless previously expunged by court order)**

```
      BANC OF AMERICA SECURITIES LLC
      TRANSFEROR: MERRILL LYNCH INTERNATIONAL
      ATTN: MEREDITH R. SMITH
      214 N TYRON STREET
      NCI-027-14-01
      CHARLOTTE NC 28255
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 13855    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/06/2011

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 6, 2011.

# EXHIBIT B

```
TIME: 16:09:54                                      LEHMAN BROTHERS HOLDING INC.                                       PAGE:    1
DATE: 04/06/11                                           CREDITOR LISTING

Name                                                Address
ALLIANCEBERNSTEIN                                   AXA WHOLESALE CASH FUND (AXAAUSCA) ATTN MICHAEL SOHR, 38TH FL 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
ALLIANCEBERNSTEIN                                   WHOLESALE CASE MANAGEMENT TRUST (NMWCMTCA) ATTN MICHAEL SOHR, 38TH FL 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
BANC OF AMERICA SECURITIES LLC                      TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MEREDITH R. SMITH 214 N TRYON STREET NCI-027-14-01 CHARLOTTE NC 28255
CITY OF ZURICH PENSION FUND                         C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109
  (PENSIONKASSE STADT ZURICH)
CITY OF ZURICH PENSION FUND                         C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109
  (PENSIONKASSE STADT ZURICH)
CREDIT SUISSE                                       ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                       CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE (UK) LIMITED                          ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (UK) LIMITED                          CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG, SINGAPORE BRANCH                  TRANSFEROR: CREDIT SUISSE ONE RAFFLES LINK UNIT 04-02 SINGAPORE 039393 SINGAPORE
CREDIT SUISSE AG, SINGAPORE BRANCH                  TRANSFEROR: CREDIT SUISSE (UK) LIMITED ONE RAFFLES LINK UNIT 04-02 SINGAPORE 039393 SINGAPORE
CRESCENT I, LP                                      TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O CYRUS CAPITAL PARTNERS 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRS FUND, LTD                                       TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O CYRUS CAPITAL PARTNERS 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND II, LTD             TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O CYRUS CAPITAL PARTNERS 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS SELECT OPP. FUND MASTER FUND, LTD             TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O CYRUS CAPITAL PARTNERS 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: ALLIANCEBERNSTEIN DEUTSCHE BANK AG, HONG KONG BRANCH; ATTN: JACK TSAI
                                                    60/F INTERNATIONAL COMMERCE CENTRE, 1 AUSTIN ROAD WEST KOWLOON HONG KONG   HONG KONG
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: CITY OF ZURICH PENSION FUND (PENSIONKASSE STADT ZURICH) ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: CITY OF ZURICH PENSION FUND (PENSIONKASSE STADT ZURICH) ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: DIAMOND FINANCE PLC SERIES 2003-2 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                    LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)                TRANSFEROR: DIAMOND FINANCE PLC SERIES 2003-2 ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                    LONDON  EC2N 2DB UNITED KINGDOM
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR
                                                    NEW YORK NY 10019
HBK MASTER FUND LP                                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND LP                                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
MERRILL LYNCH INTERNATIONAL                         TRANSFEROR: BANCA CARIGE S.p.A. ATTN: SIMON ORR 2 KING EDWARD STREET LONDON  EC1AHQ ENGLAND
SEA PORT GROUP SECURITIES, LLC                      TRANSFEROR: FONDIARIA-SAI S.P.A. ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SPCP GROUP, L.L.C.                                  PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, L.L.C.                                  TRANSFEROR: TPG CREDIT STRATEGIES FUND, L.P. ATTN: BRIAN A. JARMIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
SUNRISE PARTNERS LIMITED PARTNERSHIP                C/O PAR-FOUR INVESTMENT MANAGEMENT, LLC 50 TICE BLVD WOODCLIFF NJ 07677
TEJAS SECURITIES GROUP, INC.                        TRANSFEROR: SUNRISE PARTNERS LIMITED PARTNERSHIP 8226 BEE CAVES ROAD AUSTIN TX 78746
THE LIVERPOOL LIMITED PARTNERSHIP                   TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O ELLIOTT MANAGEMENT CORPORATION 712 FIFTH AVE, 35TH FLOOR NEW YORK NY 100190
TPG CREDIT STRATEGIES FUND, L.P.                    TRANSFEROR: WESLEY CAPITAL MASTER FUND, LTD. C/O TPG CREDIT MANAGEMENT, LP/ATTN: MARK WHITE 4600 WELLS FARGO CENTER
                                                    90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402
TPG CREDIT STRATEGIES FUND, L.P.                    TRANSFEROR: WESLEY CAPITAL QP, LP C/O TPG CREDIT MANAGEMENT, LP/ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET
                                                    MINNEAPOLIS MN 55402
USAA HIGH YIELD OPPORTUNITIES FUND                  TRANSFEROR: TEJAS SECURITIES GROUP, INC. C/O USAA INVESTMENT MANAGEMENT CO. 9800 FREDERICKSBURG ROAD SAN ANTONIO TX 78288

Total Number of Records Printed                     33
```

EPIQ BANKRUPTCY SOLUTIONS, LLC