LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Mark A. Broude
Blair Connelly
Email: mark.broude@lw.com
         blair.connelly@lw.com

Attorneys for Bundesverband deutscher Banken e.V.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Lehman Brothers Holdings Inc. | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    )   ss.:
COUNTY OF NEW YORK  )

Sarita Chalen, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

2. On April 7, 2011, I caused true and correct copies Objection to Debtors' Motion Pursuant to Section 105 of Bankruptcy Code and Rule 7026 of the Federal Rule of Bankruptcy Procedure for Authorization to Establish and Implement Procedures in Connection

NY\1710461.2

with Discovery Related to Plan Confirmation of to be served electronically on notice parties via the Court's Case Management/Electronic Case Filing (CM/ECF) system.

3. On April 7, 2011, I caused true and correct copies of Objection to Debtors' Motion Pursuant to Section 105 of Bankruptcy Code and Rule 7026 of the Federal Rule of Bankruptcy Procedure for Authorization to Establish and Implement Procedures in Connection with Discovery Related to Plan Confirmation, to be served upon the following parties via 1st class mail.

/s/ Sarita Chalen
Sarita Chalen

Sworn to before me this
7st day of April, 2011

_/s/ Donna Keeley
Donna Keeley
Notary Public, State of New York
No. 01KE6094872
Qualified in Queens County
Commission Expires June 30, 2011

NY\1710461.2

**Exhibit A**

**VIA FACSIMILE**

| | |
|---|---|
| Internal Revenue Service | 212-436-1931 |
| Office of the US Trustee Andrew D Velez-Rivera | 212-668-2255 |

**VIA FIRST CLASS MAIL**

Honorable James M. Peck
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green, NY  10004

Andrew D Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Rifkin
Tracy Hope Davis
Office of the US Trustee
33 Whitehall Street, 21st Floor
 New York, NY  10004

Robert K. Dakis
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue
22nd Floor
New York, NY  10010

Monica L. Sherer
Neuberger Berman
605 Third Avenue, 21st Floor
New York, NY  10158

Benjamin Rosenblum
Jones Day
222 East 41st Street
New York, NY  10017

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Harvey R. Miller
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153

NY\1710461.2