The Chambers of the Honorable James M. Peck
Courtroom 601
One Bowling Green, New York
New York, 10004
U.S.A.

29th March 2011

Re: CLAIM NUMBER 42632 – NOTICE OF HEARING ON DEBTORS' ONE HUNDRED SECOND OMNIBUS OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|
| CHAPTER 11 CASE NO. 08-13555 (JMP) | | |
| Claimant Name and Address | Claim Number | 42632 |
| TEH EDDIE EWE GUAN | Date Filed | 10/20/2009 |
| 18 EWE BOON ROAD | Debtor | 08-13555 |
| #09-06 PALM SPRING | | |
| SINGAPORE, 259326 SINGAPORE | | |

Dear Sirs,

We acknowledge that we have received the notice regarding our claim (no. 42632) and the decision of Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") to file their One Hundred Second Omnibus Objection to Claims (Foreign Currency Claims) (the "Objection") with the United States Bankruptcy court for the Southern District of New York (the "Bankruptcy Court").

We took note that the Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow our claim on the ground that it was not denominated in lawful currency of the United States.

We confirm that we oppose to the disallowance and expungement of our claim because we omitted to convert our EUR 150,000 nominal value into United States Dollars. We kindly request you to reconsider the Objection and allow us to resubmit our claim by supplying the claim amount in United States Dollar equivalent (USD 213,645 at FX rate 1.4243 on September 15 2008).

Please find enclosed a copy of all documentation/evidence regarding our claim (including the proof of claim with additional "marked" amount in United States Dollars).

Yours faithfully,

TEH EDDIE EWE GUAN
18 EWE BOON ROAD, #09-06 PALM SPRING
SINGAPORE, 259326 SINGAPORE
Phone Number: (65) 91780018



RECEIVED
APR - 6 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

c.c.:   1)   Weil Gotshal & Manges LLP (Attn.: Shai Waisman, Esq. and Mark Bernstein, Esq.)
             767 Fifth Avenue, New York
             New York 10153, U.S.A.

        2)   The Office of the United States Trustee for Region 2 (Attn.: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.)
             33 Whitehall Street, 21st Floor, New York
             New York 10004, U.S.A.

        3)   Milbank, Tweed, Hadley & McCloy LLP (Attn.: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.)
             1 Chase Manhattan Plaza, New York
             New York 10005, U.S.A.

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re: Lehman Brothers Holdings Inc., et al., Debtors.
Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000042632

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Mr. Teh Eddie Ewe Guan
18 Ewe Boon Road,
#09-06 Palm Spring, Singapore 259326

Tel: (65) 91780018
Email Address: eddieteh@psa.com.sg

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

**Name and address where payment should be sent (if different from above)**

Same as the above

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $ EUR150,000 (Required)   *(USD213,645 @1.4243 ON SEPT 15, 2008)*

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0308734242 (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:** CA46744 (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:** 71256 (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**Date:** 15 Oct 2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

FOR COURT USE ONLY

**FILED / RECEIVED**

OCT 20 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Mr. Teh Eddie Ewe Guan

```
<HELP> for explanation.                                              CurncyHP

        CLOSE/VALUE                                                Page 1 / 1
EUR     EURO SPOT                    PRICE 1.4090               Bloomberg BGN
                                                       HI 1.4774    ON 9/22/08
        Range 9/15/08 to 10/1/08     Period D Daily   AVE 1.4409
                                     Market M mid/trd  LOW 1.4009   ON 10/ 1/08
```

| | DATE | PRICE | DATE | PRICE | DATE | PRICE |
|---|---|---|---|---|---|---|
| F | | | | | | |
| T | | | | | | |
| W | 10/ 1 | L1.4009 | | | | |
| T | 9/30 | 1.4092 | | | | |
| M | 9/29 | 1.4435 | | | | |
| F | 9/26 | 1.4614 | | | | |
| T | 9/25 | 1.4609 | | | | |
| W | 9/24 | 1.4621 | | | | |
| T | 9/23 | 1.4648 | | | | |
| M | 9/22 | H1.4774 | | | | |
| F | 9/19 | 1.4466 | | | | |
| T | 9/18 | 1.4348 | | | | |
| W | 9/17 | 1.4326 | | | | |
| T | 9/16 | 1.4129 | | | | |
| M | 9/15 | 1.4243 | | | | |

```
Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2011 Bloomberg Finance L.P.
                                                                                SN 751793 29-Mar-2011 12:34:25
```

DUPLICATE - WORK COPY


**BNP PARIBAS**
PRIVATE BANK

DATE: 28 June 2007
REF: ACT - 558128

## PURCHASE

We, as principal, wish to inform that the following transaction has been effected on your securities portfolio account no. 8801012-000:

_____PARTICULARS_____

Being payment for the purchase of DAC LEH-UBSN/BNP 14% 090709

Stock Exchange: OVER THE COUNTER (OTC)
ISIN Code: XS0308734242
Debited to your account no. 8801012.001.000.978

| | | | |
|---|---|---|---:|
| Trade Date | : 27 June 2007 | | |
| Value Date | : 09 July 2007 | | |
| Nominal/Qty | : EUR 150,000 | | |
| Price | : 99.80000 % | | |
| Gross Consideration | | EUR | 149,700.00 |
| Accrued Interest | | EUR | -- |
| ADD : | | | |
| Clearing fee | | EUR | -- |
| Corresp. fee | | EUR | -- |
| Handling charges | | EUR | -- |
| Stamp duty | | EUR | -- |
| | | | ------------------------- |
| TOTAL | | EUR | 149,700.00 |

Remarks :

YOURS FAITHFULLY
**BNP PARIBAS Private Bank**

Client: TEH EDDIE EWE GUAN

(NO SIGNATURE REQUIRED)

Please contact your Relationship Manager immediately should the particulars of this Confirmation/Advice NOT be in accordance with your understanding. Unless you notify us within 7 business days of the date of this Confirmation/Advice, the terms of this Confirmation/Advice shall be deemed correct and accepted.