SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Attorneys for Bank of America, N.A.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re:**                                                     : Chapter 11
                                                               :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**                     : Case No. 08 – 13555 (JMP)
                                                               :
                  Debtors.                                : (Jointly Administered)
                                                               :
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       )  s.s.:
NEW YORK COUNTY        )

Shekhar Kumar, being duly sworn, deposes and states:

1) I am employed by Shearman & Sterling LLP at 599 Lexington Avenue, in New York, New York. I am over the age of eighteen and I am not a party to this proceeding.

2) On the 6th day of April, 2011, I caused to be served via U.S. mail a true copy of the *Limited Response of Bank of America, N.A. to the Motion of the Ad Hoc Group of Lehman Brothers Creditors Seeking, Among Other Things, An Order Scheduling a Disclosure Statement Hearing and Approving the Form and Manner of Notice Thereof* [Docket No. 15673] on the parties annexed on Exhibit A and via electronic mail on the parties annexed on Exhibit B.

                                                     _____
                                                      Shekhar Kumar

Sworn to before me the 29th day of March, 2011

_____
TODD A. MATTHIAS
Notary Public, State of New York
No. 5006112
Qualified in Westchester County
Commission Expires Dec. 28, 20_14_

NYDOCS03/925264.1

## Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK ATTN:
THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

WEIL GOTSHAL & MANGES LLP
*ATTORNEYS FOR THE DEBTORS*
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS,
AMANJIT S. ARORA
767 FIFTH AVENUE
NEW YORK, NY 10163

MILBANK, TWEED, HADLEY & MCCLOY LLP
*ATTORNEYS FOR THE CREDITORS' COMMITTEE*
ATTN: DENNIS DUNNE, WILBUR FOSTER, JR.
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL
SCHWARTZBERG, BRIAN MASUMOTO, LINDA
RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

HUGHES HUBBARD & REED LLP
ATTN: SARAH CAVE, JAMES W. GIDDENS, JAMES
B. KOBAK, J.R., CHRISTOPHER K. KIPLOK
ONE BATTER PARK PLAZA
NEW YORK, NY 10004

WHITE & CASE LLP
*ATTORNEYS FOR THE AD HOC GROUP*
ATTN: GERARD UZZI, ESQ. AND J. CHRISTOPHER
SHORE, ESQ.
115 AVENUE OF THE AMERICAS
NEW YORK, NY 10004

INTERNAL REVENUE SERVICES
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

ARENT FOX LLP
ROBERT M HIRSCH AND GEORGE P ANGELICH
*COUNSEL TO THE VANGUARD GROUP, INC.*
1675 BROADWAY
NEW YORK, NY 10019

AT&T SERVICE INC.
LAW GROUP COUNSEL
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NY 07921

ATTORNEY GENERAL OF THE
STATE OF NEW YORK
ATTN: NEAL S. MANN,
ASSISTANT ATTORNEY GENERAL
120 BROADWAY, 24TH FLOOR
NEW YORK, NY 10271

BANKRUPTCY CREDITORS' SERVICE, INC.
ATTN: PETER A. CHAPMAN
572 FERNWOOD LANE
FAIRLESS HILLS, PA 19030

ARENT FOX LLP
ATTN: MARY JOANNE DOWD, ESQ.
*COUNSEL TO GEORGETOWN UNIVERSITY*
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

BAKER BOTTS L.L.P.
ATTN: TONY M. DAVIS
*COUNSEL TO LINN ENERGY, LLC*
910 LOUISIANA STREET
HOUSTON, TX 77002

BROOKFIELD PROPERTIES ONE WFC CO. LLC
ATTN: MONICAL LAWLESS
*COUNSEL TO BROOKFIELD PROPERTIES ONE
WFC CO. LLC*
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK, NY 10281

BRICE, VANDER, LINDEN & WERNICK, P.C.
ATTN: HILARY B. BONIAL
*COUNSEL TO LITTON LOAN SERVICING, LP*
9441 LBJ FREEWAY, SUITE 350
DALLAS, TX 75243

BUTZEL LONG, A PROFESSIONAL
CORPORATION
ATTN: ERIC B. FISHER AND ROBERT
SIDORSKY
*COUNSEL TO CAIXA GERAL DE DEPOSITOS,
S.A.*
380 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

2

NYDOCS03/925264.1

CHAMPAN AND CUTLER LLP
ATTN: JAMES SPIOTTO, ANN ACKER, FRANKLIN TOP, JAMES HEISER
*COUNSEL TO BANK OF MONTREAL; US BANK; NATIONAL AUSTRALIA BANK LIMITED*
111 WEST MONROE STREET
CHICAGO, IL 60603

FULBRIGHT & JAWORSKI L.L.P.
ATTN: DAVID A. ROSENZWEIG
*COUNSEL TO AT&T INC.*
666 FIFTH AVENUE
NEW YORK, NY 10103

GREENBERG TRAURIG, LLP
ATTN: MARIA DICONZA, ESQ.
*COUNSEL TO NOMURA HOLDING AMERICA, INC. AND ON BEHALF OF NOMURA HOLDINGS, INC.*
200 PARK AVENUE
NEW YORK, NY 10166

HOGAN & HARTSON LLP
ATTN: IRA GREENE, SCOTT GOLDEN AND DENA KAUFMAN
*COUNSEL TO KRAFT FOODS, INC.*
875 THIRD AVENUE
NEW YORK, NY 10022

HUNTON & WILLIAMS LLP
ATTN: SCOTT H. BERNSTEIN
*COUNSEL TO CATALANA EMPLOE, PREVISION, RF1, FP, CATOC VICA, DESPA, NORTEHISPANA, REASEGUROS, SEGUROS*
200 PARK AVENUE, 53RD FLOOR
NEW YORK, NY 10166

INTERSIL CORPORATION
ATTN: DOUGLASS BALOG, ESQ.
ASSOCIATE GENERAL COUNSEL
1650 ROBERT A. CONLON BLVD., NE
M/S 62A309
PALM BEACH, FL 32905

ATTN: MARK LANDMAN, WILLIAM BALLAINE & SOPHIA REE
*COUNSEL TO FEDERAL HOME LOAN MORTGAGE CORP. IN CONSERVATORSHIP*
120 BROADWAY, 27TH FLOOR
NEW YORK, NY 10271

LOIZIDES, P.A.
ATTN: CHRISTOPHER D. LOIZIDES, ESQ.
*COUNSEL TO 72 INDIVIDUALS*
1225 KING STREET, SUITE 800
WILMINGTON, DE 19801

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
P.O. BOX 475
301 W HIGH STREET, ROOM 670
JEFFERSON CITY, MO 65105

NOMURA HOLDINGS AMERICA, INC.
ATTN: PENNY TEHRANI
TWO WORLD FINANCIAL CENTER
BUILDING B, 22ND FLOOR
NEW YORK, NY 10281

RABINOWITZ, LUBETKIN & TULLY, LLC
ATTN: JONATHAN I. RABINOWITZ AND BARRY J. ROY
*COUNSEL TO SOMERSET PROPERTIES SPE, LLC*
293 EISENHOWER PARKWAY, SUITE 100
LIVINGSTON, NJ 07039

SAINT JOSEPH'S UNIVERSITY
OFFICE OF THE GENERAL COUNSEL
ATTN: MARIANNE SCHIMELFENIQ, ESQ.
5600 CITY AVENUE
PHILADELPHIA, PA 19131

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE, PAMELA BOSSWICK, TIMOTHY T. BROCK & ABIGAIL SNOW
*COUNSEL TO MOODY'S INVESTORS SERVICE & IBM*
230 PARK AVENE
NEW YORK, NY 10169

STANDARD CHARTERED BANK
ATTN: MARC CHAIT
1 MADISON AVENUE, 3RD FLOOR
NEW YORK, NY 10010

NYDOCS03/925264.1

**EXHIBIT B**

richard.krasnow@weil.com; lori.fife@weil.com; shai.waisman@weil.com; jacqueline.marcus@weil.com; giddens@hugheshubbard.com; kiplok@hugheshubbard.com; kobak@hugheshubbard.com; margolin@hugheshubbard.com; lubell@hugheshubbard.com; wiltenburg@hugheshubbard.com; ddunne@milbank.com; wfoster@milbank.com; dodonnell@milbank.com; efleck@milbank.com; paronzon@milbank.com; gbray@milbank.com; robert.yalen@usdoj.gov; tarbit@cftc.gov; rwasserman@cftc.gov; sharbeck@sipc.org; jwang@sipc.org; jean-david.barnea@usdoj.gov; joseph.cordaro@usdoj.gov; newyork@sec.gov; jacobsonn@sec.gov; jbromley@cgsh.com; lschweitzer@cgsh.com; lgranfield@cgsh.com; ctatelbaum@adorno.com; adg@adorno.com; mstamer@akingump.com; pdublin@akingump.com; mlahaie@akingump.com; rajohnson@akingump.com; lisa.kraidin@allenovery.com; ken.coleman@allenovery.com; daniel.guyder@allenovery.com; mgreger@allenmatkins.com; jtimko@allenmatkins.com; rrussell@andrewskurth.com; s.minehan@aozorabank.co.jp; k4.nomura@aozorabank.co.jp; hirsch.robert@arentfox.com; angelich.george@arentfox.com; dowd.mary@arentfox.com; scousins@armstrongteasdale.com; dladdin@agg.com; frank.white@agg.com; charles_malloy@aporter.com; anthony_boccanfuso@aporter.com; jg5786@att.com; neal.mann@oag.state.ny.us; tony.davis@bakerbotts.com; rbernard@bakerlaw.com; dworkman@bakerlaw.com; peter@bankrupt.com; ffm@bostonbusinesslaw.com; csalomon@beckerglynn.com; aostrow@beckerglynn.com; cbrotstein@bm.net; mpucillo@bermanesq.com; wzoberman@bermanesq.com; aoberry@bermanesq.com; davids@blbglaw.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com; steven.wilamowsky@bingham.com; sabin.willett@bingham.com; jeffrey.sabin@bingham.com; robert.dombroff@bingham.com; steven.wilamowsky@bingham.com; mark.deveno@bingham.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com; joshua.dorchak@bingham.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com; steven.wilamowsky@bingham.com; carol.weinerlevy@bingham.com; jeffrey.sabin@bingham.com; joshua.dorchak@bingham.com; raj.madan@bingham.com; aeckstein@blankrome.com; amcmullen@boultcummings.com; rjones@boultcummings.com; kurt.mayr@bgllp.com; kuehn@bragarwexler.com; notice@bkcylaw.com; mgordon@briggs.com; monica.lawless@brookfieldproperties.com; dludman@brownconnery.com; msiegel@brownrudnick.com; slevine@brownrudnick.com; schristianson@buchalter.com; christopher.schueller@bipc.com; timothy.palmer@bipc.com; fishere@butzel.com; sidorsky@butzel.com; jessica.fink@cwt.com; deryck.palmer@cwt.com; john.rapisardi@cwt.com; george.davis@cwt.com; gary.ticoll@cwt.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; israel.dahan@cwt.com; mark.ellenberg@cwt.com; howard.hawkins@cwt.com; hanh.huynh@cwt.com; ellen.halstead@cwt.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; howard.hawkins@cwt.com; jason.jurgens@cwt.com; ellen.halstead@cwt.com; sgordon@cahill.com; jlevitin@cahill.com; thomas_noguerola@calpers.ca.gov; cahn@clm.com; wanda.goodloe@cbre.com; dlemay@chadbourne.com; hseife@chadbourne.com; arosenblatt@chadbourne.com; spiotto@chapman.com; acker@chapman.com; heiser@chapman.com; heiser@chapman.com; lgranfield@cgsh.com; lschweitzer@cgsh.com; maofiling@cgsh.com; maofiling@cgsh.com; jennifer.demarco@cliffordchance.com; andrew.brozman@cliffordchance.com; sara.tapinekis@cliffordchance.com; andrew.brozman@cliffordchance.com; jen.premisler@cliffordchance.com; psp@njlawfirm.com;

jwh@njlawfirm.com; lmay@coleschotz.com; jdrucker@coleschotz.com; joli@crlpc.com; jeff.wittig@coair.com; eschwartz@contrariancapital.com; mmurphy@co.sanmateo.ca.us; mhopkins@cov.com; dcoffino@cov.com; araboy@cov.com; rlevin@cravath.com; rtrust@cravath.com; jlipson@crockerkuno.com; ttracy@crockerkuno.com; judy.morse@crowedunlevy.com; woconnor@crowell.com; bzabarauskas@crowell.com; heidi@crumbielaw.com; john@crumbielaw.com; jcarberry@cl-law.com; karen.wagner@dpw.com; james.mcclammy@dpw.com; thomas.ogden@dpw.com; james.mcclammy@dpw.com; rbeacher@daypitney.com; jjtancredi@daypitney.com; jwcohen@daypitney.com; mcto@debevoise.com; glenn.siegel@dechert.com; iva.uroic@dechert.com; mmooney@deilylawfirm.com; mbienenstock@dl.com; jliu@dl.com; tkarcher@dl.com; pwright@dl.com; esmith@dl.com; mbienenstock@dl.com; igoldstein@dl.com; wheuer@dl.com; mbienenstock@dl.com; igoldstein@dl.com; adiamond@diamondmccarthy.com; sloden@diamondmccarthy.com; aaaronson@dilworthlaw.com; cpappas@dilworthlaw.com; timothy.brink@dlapiper.com; matthew.klepper@dlapiper.com; thomas.califano@dlapiper.com; stephen.cowan@dlapiper.com; william.m.goldman@dlapiper.com; john.mcnicholas@dlapiper.com; schnabel.eric@dorsey.com; heim.steve@dorsey.com; dove.michelle@dorsey.com; joseph.scordato@dkib.com; jjoyce@dresslerpeters.com; robert.malone@dbr.com; ljkotler@duanemorris.com; tduffy@andersonkill.com; jim@atkinslawfirm.com; sandyscafaria@eaton.com; ezujkowski@emmetmarvin.com; aentwistle@entwistle-law.com; jwhitman@entwistle-law.com; jbeemer@entwistle-law.com; jporter@entwistle-law.com; kkelly@ebglaw.com; dtatge@ebglaw.com; sgubner@ebg-law.com; cweber@ebglaw.com; lscarcella@farrellfritz.com; shari.leventhal@ny.frb.org; sfelderstein@ffwplaw.com; ppascuzzi@ffwplaw.com; jhuh@ffwplaw.com; charles@filardi-law.com; pwirt@ftportfolios.com; dheffer@foley.com; jlee@foley.com; kowens@foley.com; dspelfogel@foley.com; sory@fdlaw.com; jhiggins@fdlaw.com; ahammer@freebornpeters.com; deggert@freebornpeters.com; walter.stuart@freshfields.com; patrick.oh@freshfields.com; peter.simmons@friedfrank.com; brian.pfeiffer@friedfrank.com; richard.tisdale@friedfrank.com; efriedman@friedumspring.com; drosenzweig@fulbright.com; jmerva@fult.com; jmelko@gardere.com; relgidely@gjb-law.com; jgenovese@gjblaw.com; pbattista@gjb-law.com; dcimo@gjblaw.com; dcrapo@gibbonslaw.com; mrosenthal@gibsondunn.com; jweiss@gibsondunn.com; aseuffert@lawpost-nyc.com; brian.corey@greentreecreditsolutions.com; diconzam@gtlaw.com; tannweiler@greerherz.com; scott.gibson@dubaiic.com; bgraifman@gkblaw.com; jschwartz@hahnhessen.com; jorbach@hahnhessen.com; rmatzat@hahnhessen.com; wbenzija@halperinlaw.net; jdyas@halperinlaw.net; agold@herrick.com; sselbst@herrick.com; ramona.neal@hp.com; ken.higman@hp.com; dpiazza@hodgsonruss.com; isgreene@hhlaw.com; sagolden@hhlaw.com; dckaufman@hhlaw.com; barbra.parlin@hklaw.com; arthur.rosenberg@hklaw.com; francois.janson@hklaw.com; richard.lear@hklaw.com; john.monaghan@hklaw.com; barbra.parlin@hklaw.com; eric.johnson@hro.com; adam.brezine@hro.com; kerry.moynihan@hro.com; mmendez@hunton.com; rnorton@hunton.com; sbernstein@hunton.com; keckhardt@hunton.com; jrsmith@hunton.com; alesia.pinney@infospace.com; cweiss@ingramllp.com; dave.davis@isgria.com; toby.r.rosenberg@irscounsel.treas.gov; mimi.m.wong@irscounsel.treas.gov; dbalog@intersil.com; teresa.oxford@invescoaim.com; afriedman@irell.com; klyman@irell.com; mneier@ibolaw.com; jay.hurst@oag.state.tx.us; ptrostle@jenner.com; dmurray@jenner.com; rbyman@jenner.com; gspilsbury@jsslaw.com; jowen769@yahoo.com;

jfox@joefoxlaw.com; joseph.cordaro@usdoj.gov; eli.mattioli@klgates.com;
elizabeth.harris@klgates.com; drosner@kasowitz.com; aglenn@kasowitz.com;
snewman@katskykorins.com; rchoi@kayescholer.com; rchoi@kayescholer.com;
kdwbankruptcydepartment@kelleydrye.com; mpage@kelleydrye.com;
kdwbankruptcydepartment@kelleydrye.com; icatto@kirkland.com;
james.sprayregen@kirkland.com; jay@kleinsolomon.com; jjureller@klestadt.com;
chardman@klestadt.com; michael.kim@kobrekim.com; robert.henoch@kobrekim.com;
andrew.lourie@kobrekim.com; ian.levy@kobrekim.com; tmayer@kramerlevin.com;
boneill@kramerlevin.com; acaton@kramerlevin.com; tmayer@kramerlevin.com;
deggermann@kramerlevin.com; mlandman@lcbf.com; wballaine@lcbf.com; sree@lcbf.com;
ekbergc@lanepowell.com; keith.simon@lw.com; david.heller@lw.com;
douglas.bacon@lw.com; peter.gilhuly@lw.com; richard.levy@lw.com;
gabriel.delvirginia@verizon.net; ezweig@optonline.net; michael.bonacker@lehman.com;
martin.bury@lehman.com; helmut.olivier@lehman.com;
patrick.schmitzmorkramer@lehman.com; christian.spieler@lehman.com; wswearingen@llf-law.com; sfineman@lchb.com; dallas.bankruptcy@publicans.com;
dallas.bankruptcy@publicans.com; austin.bankruptcy@publicans.com;
peisenberg@lockelord.com; wcurchack@loeb.com; vrubinstein@loeb.com; dbesikof@loeb.com;
loizides@loizides.com; robin.keller@lovells.com; omeca.nedd@lovells.com;
chris.donoho@lovells.com; robin.keller@lovells.com; matthew.morris@lovells.com;
ilevee@lowenstein.com; krosen@lowenstein.com; vdagostino@lowenstein.com;
metkin@lowenstein.com; steele@lowenstein.com; metkin@lowenstein.com;
steele@lowenstein.com; metkin@lowenstein.com; steele@lowenstein.com;
metkin@lowenstein.com; steele@lowenstein.com; metkin@lowenstein.com;
metkin@lowenstein.com; steele@lowenstein.com; jprol@lowenstein.com;
metkin@lowenstein.com; scargill@lowenstein.com; squigley@lowenstein.com;
metkin@lowenstein.com; scargill@lowenstein.com; squigley@lowenstein.com;
mwarren@mtb.com; jhuggett@margolisedelstein.com; fhyman@mayerbrown.com;
atrehan@mayerbrown.com; btrust@mayerbrown.com; jtougas@mayerbrown.com;
atrehan@mayerbrown.com; btrust@mayerbrown.com; fhyman@mayerbrown.com;
jtougas@mayerbrown.com; atrehan@mayerbrown.com; agolianopoulos@mayerbrown.com;
tkiriakos@mayerbrown.com; btrust@mayerbrown.com; fhyman@mayerbrown.com;
jtougas@mayerbrown.com; atrehan@mayerbrown.com; swolowitz@mayerbrown.com;
btrust@mayerbrown.com; jstoll@mayerbrown.com; ashaffer@mayerbrown.com;
hbeltzer@mayerbrown.com; jtougas@mayerbrown.com; cwalsh@mayerbrown.com;
btrust@mayerbrown.com; mhanchet@mayerbrown.com; jtougas@mayerbrown.com;
jlamar@maynardcooper.com; kreynolds@mklawnyc.com; rhs@mccallaraymer.com;
bkmail@prommis.com; eglas@mccarter.com; wtaylor@mccarter.com;
ggitomer@mkbattorneys.com; ncoco@mwe.com; phayden@mcguirewoods.com;
sfox@mcguirewoods.com; dhayes@mcguirewoods.com; jmaddock@mcguirewoods.com;
jsheerin@mcguirewoods.com; jmr@msf-law.com; tslome@msek.com; amarder@msek.com;
jmazermarino@msek.com; tslome@msek.com; harrisjm@michigan.gov; michael.frege@cms-hs.com; sdnyecf@dor.mo.gov; steve.ginther@dor.mo.gov; davidwheeler@mvalaw.com;
nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com; lberkoff@moritthock.com;
jpintarelli@mofo.com; lmarinuzzi@mofo.com; lmarinuzzi@mofo.com; twatanabe@mofo.com;
kostad@mofo.com; tgoren@mofo.com; jpintarelli@mofo.com; lnashelsky@mofo.com;

6

bmiller@mofo.com; bankruptcy@morrisoncohen.com; millee12@nationwide.com;
susan.schultz@newedgegroup.com; ddrebsky@nixonpeabody.com;
adarwin@nixonpeabody.com; vmilione@nixonpeabody.com; mberman@nixonpeabody.com;
vmilione@nixonpeabody.com; bankruptcymatters@us.nomura.com; info2@normandyhill.com;
krubin@ozcap.com; crmomjian@attorneygeneral.gov; mjr1@westchestergov.com;
jeremy.eiden@state.mn.us; dirk.roberts@ots.treas.gov; martin.davis@ots.treas.gov;
akantesaria@oppenheimerfunds.com; akantesaria@oppenheimerfunds.com;
rdaversa@orrick.com; rdaversa@orrick.com; jguy@orrick.com; jguy@orrick.com;
korr@orrick.com; dfelder@orrick.com; rfrankel@orrick.com; rwyron@orrick.com;
jguy@orrick.com; dfelder@orrick.com; lmcgowen@orrick.com; rdaversa@orrick.com;
wsilverm@oshr.com; pfeldman@oshr.com; jar@outtengolden.com;
rroupinian@outtengolden.com; chipford@parkerpoe.com; dwdykhouse@pbwt.com;
bguiney@pbwt.com; harveystrickon@paulhastings.com; thomaskent@paulhastings.com;
sshimshak@paulweiss.com; ddavis@paulweiss.com; chammerman@paulweiss.com;
dshemano@pwkllp.com; kressk@pepperlaw.com; kovskyd@pepperlaw.com;
wisotska@pepperlaw.com; lawallf@pepperlaw.com; meltzere@pepperlaw.com;
schannej@pepperlaw.com; arlbank@pbfcm.com; jhorgan@phxa.com;
david.crichlow@pillsburylaw.com; bill.freeman@pillsburylaw.com;
mark.houle@pillsburylaw.com; splatzer@platzerlaw.com; dflanigan@polsinelli.com;
jbird@polsinelli.com; cward@polsinelli.com; jsmairo@pbnlaw.com; tjfreedman@pbnlaw.com;
bbisignani@postschell.com; fbp@ppgms.com; lml@ppgms.com; bpershkow@profunds.com;
rfleischer@pryorcashman.com; mjacobs@pryorcashman.com; rfleischer@pryorcashman.com;
mjacobs@pryorcashman.com; drose@pryorcashman.com; shumaker@pursuitpartners.com;
canelas@pursuitpartners.com; schepis@pursuitpartners.com;
susheelkirpalani@quinnemanuel.com; jamestecce@quinnemanuel.com;
scottshelley@quinnemanuel.com; robertdakis@quinnemanuel.com;
jrabinowitz@rltlawfirm.com; broy@rltlawfirm.com; arahl@reedsmith.com;
kgwynne@reedsmith.com; jfalgowski@reedsmith.com; clynch@reedsmith.com;
eschaffer@reedsmith.com; mvenditto@reedsmith.com; jlscott@reedsmith.com;
dgrimes@reedsmith.com; rqureshi@reedsmith.com; calbert@reitlerlaw.com;
jshickich@riddellwilliams.com; gmoss@riemerlaw.com; abraunstein@riemerlaw.com;
arheaume@riemerlaw.com; ecohen@russell.com; russj4478@aol.com; mschimel@sju.edu;
cmontgomery@salans.com; lwhidden@salans.com; cbelmonte@ssbb.com; tbrock@ssbb.com;
pbosswick@ssbb.com; asnow@ssbb.com; aisenberg@saul.com; egeekie@schiffhardin.com;
jkehoe@sbtklaw.com; bhinerfeld@sbtklaw.com; bdk@schlamstone.com;
nlepore@schnader.com; nfurman@scottwoodcapital.com; cohenr@sewkis.com;
ashmead@sewkis.com; fsosnick@shearman.com; jgarrity@shearman.com;
ned.schodek@shearman.com; ann.reynaud@shell.com; jennifer.gore@shell.com;
cshulman@sheppardmullin.com; rreid@sheppardmullin.com;
mcademartori@sheppardmullin.com; rreid@sheppardmullin.com; bwolfe@sheppardmullin.com;
bankruptcy@goodwin.com; jtimko@shutts.com; aquale@sidley.com; aunger@sidley.com;
rfriedman@silvermanacampora.com; sally.henry@skadden.com; fyates@sonnenschein.com;
pmaxcy@sonnenschein.com; slerner@ssd.com; smayerson@ssd.com; rterenzi@stcwlaw.com;
cgoldstein@stcwlaw.com; r.stahl@stahlzelloe.com; marc.chait@standardchartered.com;
echang@steinlubin.com; eobrien@sbchlaw.com; shgross5@yahoo.com; jlovi@steptoe.com;
lromansic@steptoe.com; ritkin@steptoe.com; kpiper@steptoe.com; cs@stevenslee.com;

cp@stevenslee.com; apo@stevenslee.com; cp@stevenslee.com; ppatterson@stradley.com; mcordone@stradley.com; mdorval@stradley.com; mcordone@stradley.com; ppatterson@stradley.com; mcordone@stradley.com; mdorval@stradley.com; ppatterson@stradley.com; djoseph@stradley.com; jmmurphy@stradley.com; landon@streusandlandon.com; villa@streusandlandon.com; streusand@streusandlandon.com; lhandelsman@stroock.com; dwildes@stroock.com; holsen@stroock.com; mspeiser@stroock.com; smillman@stroock.com; lacyr@sullcrom.com; feldsteinh@sullcrom.com; clarkb@sullcrom.com; schwartzmatthew@sullcrom.com; carlsons@sullcrom.coms; wrightth@sullcrom.com; paul.turner@sutherland.com; mark.sherrill@sutherland.com; miller@taftlaw.com; agbanknewyork@ag.tn.gov; marvin.clements@ag.tn.gov; thaler@thalergertler.com; geraci@thalergertler.com; ranjit.mather@bnymellon.com; robert.bailey@bnymellon.com; mmorreale@us.mufg.jp; yamashiro@sumitomotrust.com; jpefile@willaw.com; ira.herman@tklaw.com; demetra.liggins@tklaw.com; rhett.campbell@tklaw.com; rhett.campbell@tklaw.com; mitchell.ayer@tklaw.com; david.bennett@tklaw.com; mbossi@thompsoncoburn.com; amenard@tishmanspeyer.com; mbenner@tishmanspeyer.com; bturk@tishmanspeyer.com; jchristian@tobinlaw.com; oipress@travelers.com; mynch2@travelres.com; hollace.cohen@troutmansanders.com; lee.stremba@troutmansanders.com; lee.stremba@troutmansanders.com; bmanne@tuckerlaw.com; btupi@tuckerlaw.com; mshiner@tuckerlaw.com; linda.boyle@twtelecom.com; dlipke@vedderprice.com; mjedelman@vedderprice.com; easmith@venable.com; sabramowitz@velaw.com; jwest@velaw.com; dkleiner@velaw.com; jeldredge@velaw.com; hsnovikoff@wlrk.com; rgmason@wlrk.com; jafeltman@wlrk.com; arwolf@wlrk.com; cbelisle@wfw.com; jfreeberg@wfw.com; kstahl@whitecase.com; szuch@wiggin.com; mabrams@willkie.com; mfeldman@willkie.com; bromano@willkie.com; mabrams@willkie.com; mfeldman@willkie.com; aalfonso@willkie.com; rnetzer@willkie.com; dkozusko@willkie.com; mabrams@willkie.com; peter.macdonald@wilmerhale.com; jeannette.boot@wilmerhale.com; charu.chandrasekhar@wilmerhale.com; craig.goldblatt@wilmerhale.com; lisa.ewart@wilmerhale.com; jmcginley@wilmingtontrust.com; jbecker@wilmingtontrust.com; cschreiber@winston.com; dmcguire@winston.com; mkjaer@winston.com; dneier@winston.com; dravin@wolffsamson.com; jlawlor@wmd-law.com; jlawlor@wmd-law.com; jlawlor@wmd-law.com; bankr@zuckerman.com; sehlers@armstrongteasdale.com; mberman@nixonpeabody.com; mberman@nixonpeabody.com; james.sprayregen@kirkland.com; maria.ginzburg@kirkland.com; david.seligman@kirkland.com; lmarinuzzi@mofo.com; glee@mofo.com; yuwatoko@mofo.com; nippon_102590154@mhmjapan.com; wk@pwlawyers.com; rbeacher@pryorcashman.com; jowolf@law.nyc.gov; elevin@lowenstein.com; tduffy@andersonkill.com

NYDOCS03/925264.1