UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                      :    Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :    08-13555 (JMP)
                                                           :    (Jointly Administered)
                    Debtors.                               :
                                                           :    Ref. Docket No. 15668
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 6, 2011, I caused to be served the "Response of the Operating Company Creditors to the Motion of the Ad Hoc Group of Lehman Brothers Creditors Seeking, Among Other Things, an Order Scheduling a Disclosure Statement Hearing and Approving the Form and Manner of Notice Thereof," dated April 6, 2011 [Docket No. 15668], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

/s/ Samuel Garcia
Samuel Garcia

Sworn to before me this
6th day of April, 2011

/s/ Notary Public
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

T:\Clients\LBH\Affidavits\CGS - Response of the Operating Company Creditors to the Motion Seeking an Order Scheduling a Disclosure Statement Hearing _DI 15668_AFF_4-6-11.doc

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

**Email Addresses**

| | |
|---|---|
| aaaronson@dilworthlaw.com | aseuffert@lawpost-nyc.com |
| aalfonso@willkie.com | ashaffer@mayerbrown.com |
| abraunstein@riemerlaw.com | ashmead@sewkis.com |
| acaton@kramerlevin.com | asnow@ssbb.com |
| acker@chapman.com | atrehan@mayerbrown.com |
| adam.brezine@hro.com | aunger@sidley.com |
| adarwin@nixonpeabody.com | austin.bankruptcy@publicans.com |
| Adiamond@DiamondMcCarthy.com | avenes@whitecase.com |
| aeckstein@blankrome.com | azylberberg@whitecase.com |
| aentwistle@entwistle-law.com | bankr@zuckerman.com |
| afriedman@irell.com | bankruptcy@goodwin.com |
| agbanknewyork@ag.tn.gov | bankruptcy@morrisoncohen.com |
| aglenn@kasowitz.com | bankruptcymatters@us.nomura.com |
| agold@herrick.com | barbra.parlin@hklaw.com |
| ahammer@freebornpeters.com | bbisignani@postschell.com |
| aisenberg@saul.com | bdk@schlamstone.com |
| akantesaria@oppenheimerfunds.com | bgraifman@gkblaw.com |
| alesia.pinney@infospace.com | bguiney@pbwt.com |
| alum@ftportfolios.com | bill.freeman@pillsburylaw.com |
| amarder@msek.com | bkmail@prommis.com |
| AMcMullen@BoultCummings.com | bmanne@tuckerlaw.com |
| amenard@tishmanspeyer.com | BMiller@mofo.com |
| Andrew.Brozman@cliffordchance.com | boneill@kramerlevin.com |
| andrew.lourie@kobrekim.com | Brian.Corey@greentreecreditsolutions.com |
| angelich.george@arentfox.com | bromano@willkie.com |
| ann.reynaud@shell.com | brosenblum@jonesday.com |
| anthony_boccanfuso@aporter.com | broy@rltlawfirm.com |
| aoberry@bermanesq.com | btrust@mayerbrown.com |
| aostrow@beckerglynn.com | btupi@tuckerlaw.com |
| apo@stevenslee.com | bturk@tishmanspeyer.com |
| aquale@sidley.com | bwolfe@sheppardmullin.com |
| araboy@cov.com | bzabarauskas@crowell.com |
| arahl@reedsmith.com | cahn@clm.com |
| arheaume@riemerlaw.com | calbert@reitlerlaw.com |
| arlbank@pbfcm.com | canelas@pursuitpartners.com |
| arosenblatt@chadbourne.com | carol.weinerlevy@bingham.com |
| arthur.rosenberg@hklaw.com | cbelisle@wfw.com |
| arwolf@wlrk.com | cbelmonte@ssbb.com |
| | cbrotstein@bm.net |

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| | |
|---|---|
| cgoldstein@stcwlaw.com | dbesikof@loeb.com |
| chammerman@paulweiss.com | dcimo@gjb-law.com |
| chardman@klestadt.com | dckaufman@hhlaw.com |
| charles@filardi-law.com | dcoffino@cov.com |
| charles_malloy@aporter.com | dcrapo@gibbonslaw.com |
| charu.chandrasekhar@wilmerhale.com | ddavis@paulweiss.com |
| chipford@parkerpoe.com | ddrebsky@nixonpeabody.com |
| chris.donoho@lovells.com | ddunne@milbank.com |
| christopher.schueller@bipc.com | deggermann@kramerlevin.com |
| clarkb@sullcrom.com | deggert@freebornpeters.com |
| clynch@reedsmith.com | demetra.liggins@tklaw.com |
| cmontgomery@salans.com | deryck.palmer@cwt.com |
| cohenr@sewkis.com | dfelder@orrick.com |
| cp@stevenslee.com | dflanigan@polsinelli.com |
| cpappas@dilworthlaw.com | dgrimes@reedsmith.com |
| craig.goldblatt@wilmerhale.com | dhayes@mcguirewoods.com |
| crmomjian@attorneygeneral.gov | dheffer@foley.com |
| cs@stevenslee.com | diconzam@gtlaw.com |
| csalomon@beckerglynn.com | dirk.roberts@ots.treas.gov |
| cschreiber@winston.com | djoseph@stradley.com |
| cshore@whitecase.com | dkleiner@velaw.com |
| cshulman@sheppardmullin.com | dkozusko@willkie.com |
| ctatelbaum@adorno.com | dladdin@agg.com |
| cwalsh@mayerbrown.com | dlemay@chadbourne.com |
| cward@polsinelli.com | dlipke@vedderprice.com |
| cweber@ebg-law.com | dludman@brownconnery.com |
| cweiss@ingramllp.com | dmcguire@winston.com |
| dallas.bankruptcy@publicans.com | dmurray@jenner.com |
| daniel.guyder@allenovery.com | dneier@winston.com |
| dave.davis@isgria.com | dodonnell@milbank.com |
| david.bennett@tklaw.com | dove.michelle@dorsey.com |
| david.crichlow@pillsburylaw.com | dowd.mary@arentfox.com |
| david.heller@lw.com | DPiazza@HodgsonRuss.com |
| david.seligman@kirkland.com | draelson@fisherbrothers.com |
| davids@blbglaw.com | dravin@wolffsamson.com |
| davidwheeler@mvalaw.com | drose@pryorcashman.com |
| dbalog@intersil.com | drosenzweig@fulbright.com |
| dbarber@bsblawyers.com | drosner@goulstonstorrs.com |
| dbaumstein@whitecase.com | drosner@kasowitz.com |

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| | |
|---|---|
| dshemano@pwkllp.com | giddens@hugheshubbard.com |
| dspelfogel@foley.com | gkaden@goulstonstorrs.com |
| dtatge@ebglaw.com | glenn.siegel@dechert.com |
| dwdykhouse@pbwt.com | gmoss@riemerlaw.com |
| dwildes@stroock.com | gravert@mwe.com |
| dworkman@bakerlaw.com | gspilsbury@jsslaw.com |
| easmith@venable.com | guzzi@whitecase.com |
| echang@steinlubin.com | harrisjm@michigan.gov |
| ecohen@russell.com | harveystrickon@paulhastings.com |
| efile@willaw.com | hbeltzer@mayerbrown.com |
| efleck@milbank.com | heidi@crumbielaw.com |
| efriedman@friedumspring.com | heim.steve@dorsey.com |
| egeekie@schiffhardin.com | heiser@chapman.com |
| eglas@mccarter.com | hirsch.robert@arentfox.com |
| ehollander@whitecase.com | hollace.cohen@troutmansanders.com |
| ekbergc@lanepowell.com | holsen@stroock.com |
| elevin@lowenstein.com | howard.hawkins@cwt.com |
| eli.mattioli@klgates.com | hseife@chadbourne.com |
| ellen.halstead@cwt.com | hsnovikoff@wlrk.com |
| eobrien@sbchlaw.com | icatto@kirkland.com |
| eschaffer@reedsmith.com | igoldstein@dl.com |
| eschwartz@contrariancapital.com | ilevee@lowenstein.com |
| esmith@dl.com | info2@normandyhill.com |
| ezujkowski@emmetmarvin.com | ira.herman@tklaw.com |
| ezweig@optonline.net | isgreene@hhlaw.com |
| fbp@ppgms.com | israel.dahan@cwt.com |
| feldsteinh@sullcrom.com | iva.uroic@dechert.com |
| ffm@bostonbusinesslaw.com | jaclyn.genchi@kayescholer.com |
| fhyman@mayerbrown.com | jacobsonn@sec.gov |
| fishere@butzel.com | jafeltman@wlrk.com |
| francois.janson@hklaw.com | james.mcclammy@dpw.com |
| frank.white@agg.com | james.sprayregen@kirkland.com |
| fsosnick@shearman.com | jamestecce@quinnemanuel.com |
| fyates@sonnenschein.com | jamie.nelson@dubaiic.com |
| gabriel.delvirginia@verizon.net | jar@outtengolden.com |
| gbray@milbank.com | jason.jurgens@cwt.com |
| george.davis@cwt.com | jay.hurst@oag.state.tx.us |
| geraci@thalergertler.com | jay@kleinsolomon.com |
| ggitomer@mkbattorneys.com | Jbecker@wilmingtontrust.com |

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| | |
|---|---|
| jbeemer@entwistle-law.com | jlipson@crockerkuno.com |
| jbird@polsinelli.com | jliu@dl.com |
| jbromley@cgsh.com | jlovi@steptoe.com |
| jcarberry@cl-law.com | jlscott@reedsmith.com |
| jchristian@tobinlaw.com | jmaddock@mcguirewoods.com |
| Jdrucker@coleschotz.com | jmazermarino@msek.com |
| jdyas@halperinlaw.net | jmcginley@wilmingtontrust.com |
| jean-david.barnea@usdoj.gov | jmelko@gardere.com |
| jeannette.boot@wilmerhale.com | jmerva@fult.com |
| jeff.wittig@coair.com | jmmurphy@stradley.com |
| jeffrey.sabin@bingham.com | jmr@msf-law.com |
| jeldredge@velaw.com | john.monaghan@hklaw.com |
| jen.premisler@cliffordchance.com | john.rapisardi@cwt.com |
| jennifer.demarco@cliffordchance.com | john@crumbielaw.com |
| jennifer.gore@shell.com | joli@crlpc.com |
| jeremy.eiden@state.mn.us | jorbach@hahnhessen.com |
| jessica.fink@cwt.com | Joseph.Cordaro@usdoj.gov |
| jfalgowski@reedsmith.com | joshua.dorchak@bingham.com |
| jflaxer@golenbock.com | jowen769@yahoo.com |
| jfox@joefoxlaw.com | jowolf@law.nyc.gov |
| jfreeberg@wfw.com | joy.mathias@dubaiic.com |
| jg5786@att.com | JPintarelli@mofo.com |
| jgarrity@shearman.com | jpintarelli@mofo.com |
| jgenovese@gjb-law.com | jporter@entwistle-law.com |
| jguy@orrick.com | jprol@lowenstein.com |
| jherzog@gklaw.com | jrabinowitz@rltlawfirm.com |
| jhiggins@fdlaw.com | jrsmith@hunton.com |
| jhorgan@phxa.com | jschwartz@hahnhessen.com |
| jhuggett@margolisedelstein.com | jsheerin@mcguirewoods.com |
| jhuh@ffwplaw.com | jshickich@riddellwilliams.com |
| jim@atkinslawfirm.com | jsmairo@pbnlaw.com |
| jjoyce@dresslerpeters.com | jstoll@mayerbrown.com |
| jjtancredi@daypitney.com | jtimko@allenmatkins.com |
| jjureller@klestadt.com | jtimko@shutts.com |
| jkehoe@sbtklaw.com | jtougas@mayerbrown.com |
| jlamar@maynardcooper.com | judy.morse@crowedunlevy.com |
| jlawlor@wmd-law.com | jwallack@goulstonstorrs.com |
| jlee@foley.com | jwang@sipc.org |
| jlevitin@cahill.com | jwcohen@daypitney.com |

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| | |
|---|---|
| jweiss@gibsondunn.com | lmcgowen@orrick.com |
| jwest@velaw.com | lml@ppgms.com |
| jwh@njlawfirm.com | lmolfetta@mayerbrown.com |
| jwhitman@entwistle-law.com | lnashelsky@mofo.com |
| k4.nomura@aozorabank.co.jp | loizides@loizides.com |
| karen.wagner@dpw.com | lromansic@steptoe.com |
| KDWBankruptcyDepartment@kelleydrye.com | lscarcella@farrellfritz.com |
| keith.simon@lw.com | lschweitzer@cgsh.com |
| Ken.Coleman@allenovery.com | lthompson@whitecase.com |
| ken.higman@hp.com | lubell@hugheshubbard.com |
| kgwynne@reedsmith.com | lwhidden@salans.com |
| kiplok@hugheshubbard.com | mabrams@willkie.com |
| kkelly@ebglaw.com | MAOFILING@CGSH.COM |
| klyman@irell.com | Marc.Chait@standardchartered.com |
| kmayer@mccarter.com | margolin@hugheshubbard.com |
| kobak@hugheshubbard.com | mark.deveno@bingham.com |
| korr@orrick.com | mark.ellenberg@cwt.com |
| KOstad@mofo.com | mark.houle@pillsburylaw.com |
| kovskyd@pepperlaw.com | mark.sherrill@sutherland.com |
| kowens@foley.com | martin.davis@ots.treas.gov |
| kpiper@steptoe.com | Marvin.Clements@ag.tn.gov |
| kressk@pepperlaw.com | matthew.klepper@dlapiper.com |
| KReynolds@mklawnyc.com | matthew.morris@lovells.com |
| krosen@lowenstein.com | mbenner@tishmanspeyer.com |
| kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| kurt.mayr@bgllp.com | mbienenstock@dl.com |
| lacyr@sullcrom.com | mbossi@thompsoncoburn.com |
| Landon@StreusandLandon.com | mcademartori@sheppardmullin.com |
| lawallf@pepperlaw.com | mcordone@stradley.com |
| lberkoff@moritthock.com | mcto@debevoise.com |
| Lee.Stremba@troutmansanders.com | mdorval@stradley.com |
| lgranfield@cgsh.com | meltzere@pepperlaw.com |
| lhandelsman@stroock.com | metkin@lowenstein.com |
| linda.boyle@twtelecom.com | mfeldman@willkie.com |
| lisa.ewart@wilmerhale.com | mgordon@briggs.com |
| lisa.kraidin@allenovery.com | mgreger@allenmatkins.com |
| LJKotler@duanemorris.com | mhanchet@mayerbrown.com |
| lmarinuzzi@mofo.com | mhopkins@cov.com |
| Lmay@coleschotz.com | michael.frege@cms-hs.com |


# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com

oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbernard@bakerlaw.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| | |
|---|---|
| richard.lear@hklaw.com | schwartzmatthew@sullcrom.com |
| richard.levy@lw.com | scottshelley@quinnemanuel.com |
| richard.tisdale@friedfrank.com | scousins@armstrongteasdale.com |
| ritkin@steptoe.com | sdnyecf@dor.mo.gov |
| RJones@BoultCummings.com | sehlers@armstrongteasdale.com |
| RLevin@cravath.com | sfelderstein@ffwplaw.com |
| rmatzat@hahnhessen.com | sfineman@lchb.com |
| rnetzer@willkie.com | sfox@mcguirewoods.com |
| rnorton@hunton.com | sgordon@cahill.com |
| robert.bailey@bnymellon.com | sgubner@ebg-law.com |
| robert.dombroff@bingham.com | shannon.nagle@friedfrank.com |
| robert.henoch@kobrekim.com | sharbeck@sipc.org |
| robert.malone@dbr.com | shari.leventhal@ny.frb.org |
| Robert.yalen@usdoj.gov | shgross5@yahoo.com |
| robertdakis@quinnemanuel.com | sidorsky@butzel.com |
| Robin.Keller@Lovells.com | slerner@ssd.com |
| ronald.silverman@bingham.com | slevine@brownrudnick.com |
| rqureshi@reedsmith.com | SLoden@DiamondMcCarthy.com |
| rreid@sheppardmullin.com | smayerson@ssd.com |
| rroupinian@outtengolden.com | smillman@stroock.com |
| rrussell@andrewskurth.com | smulligan@bsblawyers.com |
| rterenzi@stcwlaw.com | snewman@katskykorins.com |
| RTrust@cravath.com | sory@fdlaw.com |
| russj4478@aol.com | spiotto@chapman.com |
| rwasserman@cftc.gov | splatzer@platzerlaw.com |
| rwyron@orrick.com | squigley@lowenstein.com |
| s.minehan@aozorabank.co.jp | SRee@lcbf.com |
| sabin.willett@bingham.com | sselbst@herrick.com |
| sabramowitz@velaw.com | sshimshak@paulweiss.com |
| sagolden@hhlaw.com | steele@lowenstein.com |
| Sally.Henry@skadden.com | stephen.cowan@dlapiper.com |
| sandyscafaria@eaton.com | steve.ginther@dor.mo.gov |
| Sara.Tapinekis@cliffordchance.com | steven.troyer@commerzbank.com |
| sbernstein@hunton.com | steven.wilamowsky@bingham.com |
| scargill@lowenstein.com | Streusand@StreusandLandon.com |
| schannej@pepperlaw.com | susan.schultz@newedgegroup.com |
| Schepis@pursuitpartners.com | susheelkirpalani@quinnemanuel.com |
| schnabel.eric@dorsey.com | swolowitz@mayerbrown.com |
| schristianson@buchalter.com | szuch@wiggin.com |

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com

woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**Additional Parties**

Jacqueline.marcus@weil.com
Lori.fife@weil.com
Richard.krasnow@weil.com
Shai.waisman@weil.com