UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                    Debtors.                                      :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 15533, 15535,
                                                                       15536, 15544, 15545, 15550-15555,
                                                                       15557, 15559, 15560-15566, 15569,
                                                                       15571-15573, 15576, 15577

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 5, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
7th day of April, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
            Debtors.                           |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CITIGROUP GLOBAL MARKETS INC.                         CITIGROUP GLOBAL MARKETS INC.
      TRANSFEROR: CITIBANK EUROPE PLC. HUNGARIAN BRANCH OFFICE   PAUL WEILL RIFKIND WHARTON & GARRISON LLP
      ATTN: MARC HEIMOWITZ                                   ATTN: DOUGLAS R. DAVIS
      390 GREENWICH STREET, 4TH FL                           1285 AVENUE OF THE AMERICAS
      NEW YORK NY 10013                                      NEW YORK NY 10019
```

Please note that your claim # 55403-18 in the above referenced case and in the amount of
    $17,982,725.00         has been transferred **(unless previously expunged by court order)**

```
      HIGHTIP CAPITAL LLC
      TRANSFEROR: CITIGROUP GLOBAL MARKETS INC.
      C/O RICHARDS KIBBE & ORBE
      ATTN: LARRY HALPERIN
      ONE WORLD FINANCIAL CENTER
      NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 15533     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/05/2011                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 5, 2011.

# EXHIBIT B

```
TIME: 12:19:13                                          LEHMAN BROTHERS HOLDING INC.                                               PAGE:    1
DATE: 04/05/11                                              CREDITOR LISTING

Name                                                    Address
BANCO SABADELL, S.A                                     TRANSFEROR: MARTA DE LA HIJA SENTIS PLAZA DE SANT ROC, 20 SABADELL  08201 SPAIN
BANCO SABADELL, S.A.                                    TRANSFEROR: DEL CARMEN MASSONI PI, MARIA PLAZA DE SANT ROC, 20 SABADELL  08201 SPAIN
BARCLAYS BANK PLC                                       TRANSFEROR: UGF BANCA S.P.A. 745 SEVENTH AVENUE NEW YORK NY 10019
BASSWOOD OPPORTUNITY FUND INC                           C/O BASSWOOD CAPITAL MANAGEMENT, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10022
BASSWOOD OPPORTUNITY FUND INC.                          C/O BASSWOOD CAPITAL MANAGEMENT, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10022
BASSWOOD OPPORTUNITY PARTNERS, L.P.                     C/O BASSWOOD CAPITAL MANAGEMENT, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 0TH FLOOR NEW YORK NY 10022
BASSWOOD OPPORTUNITY PARTNERS, L.P.                     C/O BASSWOOD CAPITAL MANAGEMENT, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10022
BASSWOOD OPPORTUNITY PARTNERS, L.P.                     TRANSFEROR: JET I LP C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10022
BASSWOOD OPPORTUNITY PARTNERS, L.P.                     TRANSFEROR: WHITEWOOD FINANCIAL PARTNERS LP C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR
                                                        NEW YORK NY 10022
BASSWOOD OPPORTUNITY PARTNERS, LP                       C/O BASSWOOD PARTNERS, L.L.C. ATTN: MARC SAMIT 645 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10022
CITIGROUP GLOBAL MARKETS INC.                           PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                           TRANSFEROR: CITIBANK EUROPE PLC. HUNGARIAN BRANCH OFFICE ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FL NEW YORK NY 10013
COIF SOV 3/11, LTD.                                     RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
COIF SOV 3/11, LTD.                                     TRANSFEROR: GOLDMAN SACHS CREDIT OPPORTUNITES INSTITUTIONAL 2008 FUND C/O WALKERS NOMINEES LIMITED 87 MART STREET GEORGE TOWN
                                                        GRAND CAYMAN  KY1-9001 CAYMAN ISLANDS
COIF SPV 3/11, LTD.                                     RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
COIF SPV 3/11, LTD.                                     TRANSFEROR: GOLDMAN SACHS CREDIT OPPORTUNITES INSTITUTIONAL 2008 FUND C/O WALKERS NOMINEES LIMITED 87 MARY STREET GEORGE TOWN
                                                        GRAND CAYMAN  KY1-9001 CAYMAN ISLANDS
CVF LUX MASTER S.A.R.L.                                 TRANSFEROR: LEVEL GLOBAL OVERSEAS MASTER FUND, LTD. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM
                                                        SURREY  KT11 2PD UNITED KINGDOM
DEL CARMEN MASSONI PI, MARIA                            MONTSERRAT, 9 1R MOLINS DE REI BARCELONA  08750 SPAIN
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: DIAMOND FINANCE PLC SERIES 2003-2 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                        LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)                    TRANSFEROR: DIAMOND FINANCE PLC SERIES 2003-2 ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                        LONDON  EC2N 2DB UNITED KINGDOM
FONDAZIONE E.N.P.A.I.A.                                 SIMMONS & SIMMONS ATTN: ANDREA SURIANO VIA DI SAN BASILIO 72 ROME  00187 ITALY
FONDAZIONE E.N.P.A.I.A.                                 ATTN: LUCIANO MONTEMURRO & PAOLO MISCIA VIALE BEETHOVEN NO. 48 ROME  00144 ITALY
FULTON BANK, SUCCESSOR BY MERGER TO                     C/O JOHN R. MERVA, ESQ. ONE PENN CENTER PO BOX 4887 LANCASTER PA 17604
 RESOURCE BANK
FULTON BANK, SUCCESSOR BY MERGER TO                     PAUL PATTERSON, ESQ RE: FULTON BANK STRADLEY RONON, ET AL. 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
 RESOURCE BANK
GOLDMAN SACHS CREDIT OPPORTUNITES                       C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282
 INSTITUTIONAL 2008 FUND LP
GOLDMAN SACHS CREDIT OPPORTUNITES                       DAVID AMAN CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006
 INSTITUTIONAL 2008 FUND LP
HBK MASTER FUND LP                                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND LP                                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HIGHTIP CAPITAL LLC                                     TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
ILLIQUIDX LTD                                           TRANSFEROR: FONDAZIONE E.N.P.A.I.A. ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON  EC4Y1EL UNITED KINGDOM
KNIGHTHEAD MASTER FUND, L.P.                            TRANSFEROR: BARCLAYS BANK PLC ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022
LBVN HOLDINGS, L.L.C.                                   C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN 1285 AVENUE OF THE AMERICAS
                                                        NEW YORK NY 10019-6064
LEHMAN BROTHERS HOLDINGS INC.                           TRANSFEROR: FULTON BANK, SUCCESSOR BY MERGER TO RESOURCE BANK ATTN: GEORGE CAHILL 1271 AVENUE OF AMERICAS NEW YORK NY 10020
LEVEL GLOBAL OVERSEAS MASTER FUND, LTD.                 C/O MORGAN LEWIS & BOCKIUS LLP ATTN THOMAS V. D'AMBROSIO 101 PARK AVENUE NEW YORK NY 10178
LMA SPC FOR AND ON BEHALF OF MAP 84                     TRANSFEROR: BARCLAYS BANK PLC KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022
 SEGREGATED PORTFOLIO
MARTA DE LA HIJA SENTIS                                 C/UNIO-, 3-CASA SANT JUST DESVERN BARCELONA  08960 SPAIN
SEAPORT LOAN PRODUCTS, LLC                              TRANSFEROR: LBVN HOLDINGS, L.L.C. ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SERENGETI OPPORTUNITIES MM L.P.                         TRANSFEROR: SERENGETI RAPAX MM L.P. C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISER ATTN: SHAKER CHOUDHURY
                                                        632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM LP                           TRANSFEROR: SERENGETI RAPAX MM L.P. C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISER ATTN: SHAKER CHOUDHURY
                                                        632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS LP                     TRANSFEROR: SERENGETI RAPAX MM L.P. C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISER ATTN: SHAKER CHOUDHURY
                                                        632 BROADWAY, 12TH FLOOR NEW YORK NY 10012

                                                                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 12:19:13                                    LEHMAN BROTHERS HOLDING INC.                                         PAGE:     2
DATE: 04/05/11                                         CREDITOR LISTING

Name                                     Address
SERENGETI OPPORTUNITIES PARTNERS LP      TRANSFEROR: SERENGETI RAPAX MM L.P. SERENGETI ASSET MANAGAMENT LP, AS INVESTMENT ADVISER ATTN: SHAKER CHOUDHURY
                                         632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM L.P.                  MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
SERENGETI RAPAX MM L.P.                  TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR
                                         NEW YORK NY 10012
UBS AG, STAMFORD BRANCH                  TRANSFEROR: BASSWOOD OPPORTUNITY FUND INC ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                  TRANSFEROR: BASSWOOD OPPORTUNITY FUND INC. ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                  TRANSFEROR: BASSWOOD OPPORTUNITY PARTNERS, L.P. ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                  TRANSFEROR: BASSWOOD OPPORTUNITY PARTNERS, LP ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901


Total Number of Records Printed          47
```

EPIQ BANKRUPTCY SOLUTIONS, LLC