UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
        :
In re        :    Chapter 11 Case No.
        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
        :    (Jointly Administered)
        Debtors.    :
        :
-----------------------------------------------------------------x    Ref. Docket Nos. 15523, 15527

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 5, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Eleni Kossivas*
                                        Eleni Kossivas

Sworn to before me this
7th day of April, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfers 15523, 15527_Aff 04-05-11.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    CREDIT SUISSE
              ATTN: ALLEN GAGE
              1 MADISON AVE
              NEW YORK NY 10010


Additional:    CREDIT SUISSE
              CRAVATH, SWAINE & MOORE LLP
              ATTN: RICHARD LEVIN
              WORLDWIDE PLAZA
              825 EIGHTH AVENUE
              NEW YORK NY 10019


Transferee:    BANK VONTOBEL AG, ZURICH / SWITZERLAND
              GOTTHARDSTRASSE 43
              POSTFACH
              ZURICH CH-8022 SWITZERLAND


**Your transfer   of claim #   55829   is defective for the reason(s) checked below:**

Other                              TRANSFEROR NAME ON DOCKET DOES NOT MATCH CLAIM



Docket Number 15523              Date 03/28/11


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 5, 2011.

# EXHIBIT B

```
TIME: 12:43:46                         LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 04/05/11                              CREDITOR LISTING

Name                                   Address
BANK VONTOBEL AG, ZURICH / SWITZERLAND  GOTTHARDSTRASSE 43 POSTFACH ZURICH CH-8022 SWITZERLAND
CREDIT SUISSE                           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                           CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019

Total Number of Records Printed            3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC