B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings, Inc._____,    Case No.  08-13555 (JMP)____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

| SMBC Nikko Securities Inc._____ | Nikko Cordial Securities Inc._____ |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
   **SMBC Nikko Securities Inc., 3-1
    Marunouchi 3-chome, Chiyoda-ku, Tokyo
   100-8325  Japan
   Attn: Hideyuki Shinike
Phone:  81-3-5644-3111_____

Court Claim # (if known):  45941____
Amount of Claim:  $946,342.38____
Date Claim Filed:  10/26/2009____

Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):
 SMBC Nikko Securities Inc., 3-1
 Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325
 Japan
 Attn:  Hideyuki Shinike
Phone:  81-3-5644-3111_____

Name and Address where notices to transferee
should be sent:
   **Ira A. Reid
    Baker & McKenzie LLP
    1114 Avenue of the Americas
    New York, NY  10036

Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:  _G. Matsumoto_____    Date:_04/ 5 /2011_____
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

_____Southern_____    District Of _New York_____

In re _Lehman Brothers Holdings, Inc._ ,    Case No. _08-13555 (JMP)_

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _45941_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the
alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim
Other than for Security in the clerk's office of this court on _____ (date).

_Nikko Cordial Securities Inc._              _SMBC Nikko Securities Inc._
Name of Alleged Transferor                   Name of Transferee

Address of Alleged Transferor:               Address of Transferee:

Marunouchi 3-chome, Chiyoda-ku              Marunouchi 3-chome, Chiyoda-ku
Tokyo 100-8325,  Japan                       Tokyo 100-8325,  Japan

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court
within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the
court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                    _____
                                  **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk of the Court
        United States Bankruptcy Court
        Southern District of New York ("Bankruptcy Court")
        New York, New York

RE:     Lehman Brothers Holdings, Inc. ("Debtor")
        Case No. 08-13555 (JMP)

Claim #: 45941

Nikko Cordial Securities Inc. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to SMBC Nikko Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $946,342.38 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@smbc.nikko.co.jp, and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated April 5, 2011.

SMBC Nikko Securities Inc., as Transferee:

By: _Ｊ. Matsumoto_____
    Jouji Matsumoto
    General Manager of the Legal Division

Nikko Cordial Securities Inc., as Transferor

By: _Ｊ. Matsumoto_____
    Jouji Matsumoto
    General Manager of the Legal Division

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re  Lehman Brothers Holdings, Inc.                ,          Case No.   08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SMBC Nikko Securities Inc.                               Nikko Cordial Securities Inc.
——————————————                           ——————————————
Name of Transferee                                       Name of Transferor

Name and Address where notices to transferee             Court Claim # (if known):  45942
should be sent:                                          Amount of Claim:    $961,853.08
  **SMBC Nikko Securities Inc., 3-1                      Date Claim Filed:      10/26/2009
    Marunouchi 3-chome, Chiyoda-ku, Tokyo
    100-8325  Japan
    Attn: Hideyuki Shinike
Phone:  81-3-5644-3111                                   Phone: _____
Last Four Digits of Acct #: _____                 Last Four Digits of Acct. #: _____

Name and Address where transferee payments              Name and Address where notices to transferee
should be sent (if different from above):               should be sent:
  SMBC Nikko Securities Inc., 3-1                          **Ira A. Reid
    Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325              Baker & McKenzie LLP
    Japan                                                       1114 Avenue of the Americas
    Attn: Hideyuki Shinike                                      New York, NY  10036
Phone:  81-3-5644-3111
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  *G. Matsumoto*                          Date: 04/5/2011
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

Southern                District Of  New York

In re Lehman Brothers Holdings, Inc.  ,          Case No. 08-13555 (JMP)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 45942  (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Nikko Cordial Securities Inc.                          SMBC Nikko Securities Inc.
Name of Alleged Transferor                          Name of Transferee

Address of Alleged Transferor:                       Address of Transferee:

Marunouchi 3-chome, Chiyoda-ku                     Marunouchi 3-chome, Chiyoda-ku
Tokyo 100-8325,  Japan                             Tokyo 100-8325,  Japan

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:      Clerk of the Court
United States Bankruptcy Court
Southern District of New York ("Bankruptcy Court")
New York, New York

RE:      Lehman Brothers Holdings, Inc. ("Debtor")
Case No. 08-13555 (JMP)

Claim #: 45942

Nikko Cordial Securities Inc. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to SMBC Nikko Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $961,853.08 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@smbc.nikko.co.jp,, and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated April 5, 2011.

SMBC Nikko Securities Inc., as Transferee:

By: _____
Jouji Matsumoto
General Manager of the Legal Division

Nikko Cordial Securities Inc., as Transferor

By: _____
Jouji Matsumoto
General Manager of the Legal Division

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re Lehman Brothers Holdings, Inc._____,          Case No.  08-13555 (JMP)


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| SMBC Nikko Securities Inc. | Nikko Cordial Securities Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 **SMBC Nikko Securities Inc., 3-1
 Marunouchi 3-chome, Chiyoda-ku, Tokyo
 100-8325  Japan
 Attn: Hideyuki Shinike
Phone:  81-3-5644-3111_____
Last Four Digits of Acct #: _____

Court Claim # (if known):____45943____
Amount of Claim:____$956,754.85____
Date Claim Filed:____10/26/2009____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
 SMBC Nikko Securities Inc., 3-1
 Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325
 Japan
 Attn:  Hideyuki Shinike
Phone:  81-3-5644-3111_____
Last Four Digits of Acct #:_____

Name and Address where notices to transferee should be sent:
 **Ira A. Reid
 Baker & McKenzie LLP
 1114 Avenue of the Americas
 New York, NY  10036


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Q. Matsumoto_____          Date: 04/5/2011_____
  Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

Southern _____ District Of _New York_____

In re _Lehman Brothers Holdings, Inc._ ,    Case No. _08-13555 (JMP)_

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _45943_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| _Nikko Cordial Securities Inc._ | SMBC Nikko Securities Inc. |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| Marunouchi 3-chome, Chiyoda-ku<br>Tokyo 100-8325, Japan | Marunouchi 3-chome, Chiyoda-ku<br>Tokyo 100-8325, Japan |

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk of the Court
        United States Bankruptcy Court
        Southern District of New York ("Bankruptcy Court")
        New York, New York

RE:     Lehman Brothers Holdings, Inc. ("Debtor")
        Case No. 08-13555 (JMP)

Claim #: 45943

Nikko Cordial Securities Inc. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to SMBC Nikko Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $956,754.85 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@smbc.nikko.co.jp., and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated April 6, 2011.

SMBC Nikko Securities Inc., as Transferee:

By: _____
    Jouji Matsumoto
    General Manager of the Legal Division

Nikko Cordial Securities Inc., as Transferor

By: _____
    Jouji Matsumoto
    General Manager of the Legal Division

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc.                    ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

| SMBC Nikko Securities Inc. | Nikko Cordial Securities Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
   **SMBC Nikko Securities Inc., 3-1
    Marunouchi 3-chome, Chiyoda-ku, Tokyo
    100-8325  Japan
    Attn:  Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #: _____

Court Claim # (if known):    45944
Amount of Claim:    $961,374.82
Date Claim Filed:    10/26/2009

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):
 SMBC Nikko Securities Inc., 3-1
 Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325
 Japan
 Attn:  Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #:_____

Name and Address where notices to transferee
should be sent:
   **Ira A. Reid
    Baker & McKenzie LLP
    1114 Avenue of the Americas
    New York, NY  10036

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: *J. Matsumoto*                          Date: 04/5/2011
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

_____Southern_____ District Of _New York_____

In re _Lehman Brothers Holdings, Inc._ ,    Case No. _08-13555 (JMP)_

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _45944_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

_Nikko Cordial Securities Inc._                     SMBC Nikko Securities Inc.
Name of Alleged Transferor                          Name of Transferee

Address of Alleged Transferor:                      Address of Transferee:

Marunouchi 3-chome, Chiyoda-ku                      Marunouchi 3-chome, Chiyoda-ku
Tokyo 100-8325, Japan                               Tokyo 100-8325, Japan

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk of the Court
        United States Bankruptcy Court
        Southern District of New York ("Bankruptcy Court")
        New York, New York

RE:     Lehman Brothers Holdings, Inc. ("Debtor")
        Case No. 08-13555 (JMP)

Claim #: 45944

Nikko Cordial Securities Inc. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to SMBC Nikko Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $961,374.82 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@smbc.nikko.co.jp., and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated April 5, 2011.

SMBC Nikko Securities Inc., as Transferee:

By: _G. Matsumoto_____
      Jouji Matsumoto
      General Manager of the Legal Division

Nikko Cordial Securities Inc., as Transferor

By: _G. Matsumoto_____
      Jouji Matsumoto
      General Manager of the Legal Division

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc.            ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

| SMBC Nikko Securities Inc. | Nikko Cordial Securities Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
  **SMBC Nikko Securities Inc., 3-1
    Marunouchi 3-chome, Chiyoda-ku, Tokyo
    100-8325  Japan
    Attn:  Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #: _____

Court Claim # (if known): ___45945___
Amount of Claim: ___$4,258,540.74___
Date Claim Filed: ___10/26/2009___

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):
  SMBC Nikko Securities Inc., 3-1
  Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325
  Japan
  Attn:  Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #: _____

Name and Address where notices to transferee
should be sent:

  **Ira A. Reid
   Baker & McKenzie LLP
   1114 Avenue of the Americas
   New York, NY  10036

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _O. Matsumoto_                    Date: 04/_7_2011 _____
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

_____Southern_____ District Of __New York_____

In re _Lehman Brothers Holdings, Inc._ ,     Case No. _08-13555 (JMP)_

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _45945_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the
alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim
Other than for Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| _Nikko Cordial Securities Inc._ | SMBC Nikko Securities Inc. |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| Marunouchi 3-chome, Chiyoda-ku | Marunouchi 3-chome, Chiyoda-ku |
| Tokyo  100-8325,  Japan | Tokyo  100-8325,  Japan |

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|
| The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court. |

Date:_____

_____
**CLERK OF THE COURT**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:      Clerk of the Court
            United States Bankruptcy Court
            Southern District of New York ("Bankruptcy Court")
            New York, New York

RE:      Lehman Brothers Holdings, Inc. ("Debtor")
            Case No. 08-13555 (JMP)

Claim #: 45945

Nikko Cordial Securities Inc. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to SMBC Nikko Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $4,258,540.74 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@smbc.nikko.co.jp., and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated April 5, 2011.

            SMBC Nikko Securities Inc., as Transferee:

By: *J. Matsumoto*
            Jouji Matsumoto
            General Manager of the Legal Division

            Nikko Cordial Securities Inc., as Transferor

By: *J. Matsumoto*
            Jouji Matsumoto
            General Manager of the Legal Division

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re Lehman Brothers Holdings, Inc.            ,                    Case No. 08-13555 (JMP)


### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


| SMBC Nikko Securities Inc. | Nikko Cordial Securities Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**SMBC Nikko Securities Inc., 3-1
Marunouchi 3-chome, Chiyoda-ku, Tokyo
100-8325 Japan
Attn: Hideyuki Shinike
Phone: 81-3-5644-3111
Last Four Digits of Acct #: _____

Court Claim # (if known): 45946
Amount of Claim: $3,785,369.52
Date Claim Filed: 10/26/2009

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
SMBC Nikko Securities Inc., 3-1
Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325
Japan
Attn: Hideyuki Shinike
Phone: 81-3-5644-3111
Last Four Digits of Acct #:_____

Name and Address where notices to transferee should be sent:
**Ira A. Reid
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *J. Matsumoto*                    Date: 04/5/2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

_____ Southern _____ District Of _New York_____

In re _Lehman Brothers Holdings, Inc.__ ,    Case No. _08-13555 (JMP)_

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _45946_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

_Nikko Cordial Securities Inc.__                    SMBC Nikko Securities Inc.
Name of Alleged Transferor                         Name of Transferee

Address of Alleged Transferor:                     Address of Transferee:

Marunouchi 3-chome, Chiyoda-ku                     Marunouchi 3-chome, Chiyoda-ku
Tokyo 100-8325, Japan                              Tokyo 100-8325, Japan

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                              _____
                                            **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk of the Court
        United States Bankruptcy Court
        Southern District of New York ("Bankruptcy Court")
        New York, New York

RE:      Lehman Brothers Holdings, Inc. ("Debtor")
        Case No. 08-13555 (JMP)

Claim #: 45946

Nikko Cordial Securities Inc. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to SMBC Nikko Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $3,785,369.52 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@smbc.nikko.co.jp., and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated April 5, 2011.

SMBC Nikko Securities Inc., as Transferee:

By: _____
Jouji Matsumoto
General Manager of the Legal Division

Nikko Cordial Securities Inc., as Transferor

By: _____
Jouji Matsumoto
General Manager of the Legal Division

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc.            ,                    Case No.  08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| SMBC Nikko Securities Inc. | Nikko Cordial Securities Inc. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
  **SMBC Nikko Securities Inc., 3-1
    Marunouchi 3-chome, Chiyoda-ku, Tokyo
    100-8325  Japan
    Attn: Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):
  SMBC Nikko Securities Inc., 3-1
    Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325
    Japan
    Attn:  Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #:_____

Court Claim # (if known):  45947
Amount of Claim:  $821,584.80
Date Claim Filed:  10/26/2009

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where notices to transferee
should be sent:
  **Ira A. Reid
    Baker & McKenzie LLP
    1114 Avenue of the Americas
    New York, NY  10036

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _G. Matsumoto_ _____          Date: 04/5/2011 _____
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

__Southern_____ District Of __New York_____

In re _Lehman Brothers Holdings, Inc._ ,    Case No. _08-13555 (JMP)_

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _45947_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the
alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim
Other than for Security in the clerk's office of this court on _____ (date).

_Nikko Cordial Securities Inc._                    _SMBC Nikko Securities Inc._
Name of Alleged Transferor                         Name of Transferee

Address of Alleged Transferor:                     Address of Transferee:

Marunouchi 3-chome, Chiyoda-ku                     Marunouchi 3-chome, Chiyoda-ku
Tokyo 100-8325, Japan                              Tokyo 100-8325, Japan

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court
within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the
court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                    _____

                                   **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk of the Court
United States Bankruptcy Court
Southern District of New York ("Bankruptcy Court")
New York, New York

RE:    Lehman Brothers Holdings, Inc. ("Debtor")
Case No. 08-13555 (JMP)

Claim #: 45947

Nikko Cordial Securities Inc. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to SMBC Nikko Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $821,584.80 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@smbc.nikko.co.jp., and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated April 5, 2011.

SMBC Nikko Securities Inc., as Transferee:

By: _____
Jouji Matsumoto
General Manager of the Legal Division

Nikko Cordial Securities Inc., as Transferor

By: _____
Jouji Matsumoto
General Manager of the Legal Division

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re  Lehman Brothers Holdings, Inc.                ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SMBC Nikko Securities Inc.                                Nikko Cordial Securities Inc.
Name of Transferee                                        Name of Transferor

Name and Address where notices to transferee             Court Claim # (if known):  ___45948___
should be sent:                                          Amount of Claim:  ___$1,514,147.81___
    **SMBC Nikko Securities Inc., 3-1                     Date Claim Filed:  ___10/26/2009___
    Marunouchi 3-chome, Chiyoda-ku, Tokyo
    100-8325  Japan
    Attn: Hideyuki Shinike
Phone:  _81-3-5644-3111_                                 Phone: _____
Last Four Digits of Acct #: _____                 Last Four Digits of Acct. #: _____

Name and Address where transferee payments              Name and Address where notices to transferee
should be sent (if different from above):               should be sent:
 SMBC Nikko Securities Inc., 3-1                             **Ira A. Reid
 Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325              Baker & McKenzie LLP
 Japan                                                       1114 Avenue of the Americas
 Attn: Hideyuki Shinike                                      New York, NY  10036
Phone: _81-3-5644-3111_
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  _G. Matsumoto_                                      Date: _04/5/2011_____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

<u>Southern</u>        District Of <u>New York</u>

In re <u>Lehman Brothers Holdings, Inc.</u> ,        Case No. <u>08-13555 (JMP)</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>45948</u> (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

<u>Nikko Cordial Securities Inc.</u>                 <u>SMBC Nikko Securities</u> Inc.
Name of Alleged Transferor                        Name of Transferee

Address of Alleged Transferor:                     Address of Transferee:

Marunouchi 3-chome, Chiyoda-ku                    Marunouchi 3-chome, Chiyoda-ku
Tokyo  100-8325,  Japan                           Tokyo  100-8325,  Japan

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                    _____
                                                  **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk of the Court
United States Bankruptcy Court
Southern District of New York ("Bankruptcy Court")
New York, New York

RE:       Lehman Brothers Holdings, Inc. ("Debtor")
Case No. 08-13555 (JMP)

Claim #: 45948

Nikko Cordial Securities Inc. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to SMBC Nikko Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $1,514,147.81 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@smbc.nikko.co.jp,, and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated April 5, 2011.

SMBC Nikko Securities Inc., as Transferee:

By: _____
Jouji Matsumoto
General Manager of the Legal Division

Nikko Cordial Securities Inc., as Transferor

By: _____
Jouji Matsumoto
General Manager of the Legal Division