UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :
LEHMAN BROTHERS HOLDING INC.         :    Chapter 11 Case No. 08-13555
                                                           :
-----------------------------------------------------------x

### CREDITOR KLAUS DREIMANN's NOTICE OF ABANDONMENT OF CLAIM AND WITHDRAWAL OF COUNSEL

Creditor Klaus Dreimann hereby respectfully provides notice to the Debtors that he

a. abandons and withdraws Claim #13614 (US$57,574.86) submitted on September 16, 2009 against Debtor LBHI; and

b. has released counsel from his duties and responsibilities with respect to said claim.

RESPECTFULLY submitted this __28th__ day of March, 2011.

_____
Helge Naber
Montana Bar. Id. #7059
NABER PC
300 Central Avenue Suite 320
Great Falls Montana 59401
T 406 452 3100
F 406 452 6599
e helge.naber@naberpc.com

• Shai Waisman Esq.

WEIL GOTSCHAL & MANGES LLP

767 Fifth Avenue

New York New York 10153

*Attorney for Debtor*

### CERTIFICATE OF SERVICE

This is to certify that the foregoing CREDITOR'S NOTICE OF ABANDONMENT & WITHDRAWAL OF COUNSEL was duly served by U.S. First Class mail, appropriate postage prepaid, upon the other parties or their attorney of record at their address or addresses MAR 2 8 2011 shown herein on

NABER PC

By _____
300 Central Avenue Ste. 320 • Great Falls, MT 59401



RECEIVED
MAR 31 2011

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York New York 10150-5076

HELGE NABER LL.M.
RECHTSANWALT & ATTORNEY AT LAW
NABER PC
300 CENTRAL AVENUE SUITE 320
GREAT FALLS MONTANA 59401
WWW.NABERPC.COM