B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings, Inc._____ ,          Case No.  08-13555 (JMP)_____


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| SMBC Nikko Securities Inc._____ | Nikko Cordial Securities Inc._____ |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
   **SMBC Nikko Securities Inc., 3-1
    Marunouchi 3-chome, Chiyoda-ku, Tokyo
    100-8325 Japan
    Attn:  Hideyuki Shinike
Phone: _81-3-5644-3111_____
Last Four Digits of Acct #: _____

Court Claim # (if known): ___45875___
Amount of Claim: ___$1,703,416.29___
Date Claim Filed: ___10/26/2009___

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):
SMBC Nikko Securities Inc., 3-1
Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325
  Japan
Attn:  Hideyuki Shinike
Phone: _81-3-5644-3111_____
Last Four Digits of Acct #:_____

Name and Address where notices to transferee should be sent:

  **Ira A. Reid
    Baker & McKenzie LLP
    1114 Avenue of the Americas
    New York, NY 10036


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *J. Matsumoto*_____          Date: _04/5/2011_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

_____Southern_____ District Of __New York_____

In re _Lehman Brothers Holdings, Inc._ ,   Case No. _08-13555 (JMP)_

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _45875_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

_Nikko Cordial Securities Inc._
Name of Alleged Transferor

Address of Alleged Transferor:

Marunouchi 3-chome, Chiyoda-ku, Tokyo
100-8325  Japan

_SMBC Nikko Securities Inc._
Name of Transferee

Address of Transferee:

Marunouchi 3-chome, Chiyoda-ku
Tokyo  100-8325,  Japan

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:      Clerk of the Court
           United States Bankruptcy Court
           Southern District of New York ("Bankruptcy Court")
           New York, New York

RE:      Lehman Brothers Holdings, Inc. ("Debtor")
           Case No. 08-13555 (JMP)

Claim #: 45875

Nikko Cordial Securities Inc. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to SMBC Nikko Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $1,703,416.29 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@smbc.nikko.co.jp., and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated April 5, 2011.

SMBC Nikko Securities Inc., as Transferee:

By: _____
      Jouji Matsumoto
      General Manager of the Legal Division

Nikko Cordial Securities Inc., as Transferor

By: _____
      Jouji Matsumoto
      General Manager of the Legal Division

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re Lehman Brothers Holdings, Inc._____,         Case No. __08-13555 (JMP)__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| __SMBC Nikko Securities Inc._____ | __Nikko Cordial Securities Inc._____ |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**SMBC Nikko Securities Inc., 3-1 Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325  Japan
Attn: Hideyuki Shinike
Phone: __81-3-5644-3111_____
Last Four Digits of Acct #: _____

Court Claim # (if known): ___45876____
Amount of Claim: ___$2,271,221.72__
Date Claim Filed: _____10/26/2009_____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
SMBC Nikko Securities Inc., 3-1 Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325  Japan
Attn: Hideyuki Shinike
Phone: __81-3-5644-3111_____
Last Four Digits of Acct #:_____

Name and Address where notices to transferee should be sent:
**Ira A. Reid
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY  10036

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _J. Matsumoto_____         Date: __04/_5/2011_____
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

Southern _____ **District Of** _New York_____

In re _Lehman Brothers Holdings, Inc.__,    Case No. _08-13555 (JMP)_

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _45876_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the
alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim
Other than for Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| _Nikko Cordial Securities Inc._ | SMBC Nikko Securities Inc. |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325  Japan | Marunouchi 3-chome, Chiyoda-ku Tokyo 100-8325, Japan |

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court
within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the
court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk of the Court
         United States Bankruptcy Court
         Southern District of New York ("Bankruptcy Court")
         New York, New York

RE:     Lehman Brothers Holdings, Inc. ("Debtor")
         Case No. 08-13555 (JMP)

Claim #: 45876

Nikko Cordial Securities Inc. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to SMBC Nikko Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $2,271,221.72 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@smbc.nikko.co.jp, and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated April 5, 2011.

                                    SMBC Nikko Securities Inc., as Transferee:

                                      By: _____
                                        Jouji Matsumoto
                                        General Manager of the Legal Division

                                    Nikko Cordial Securities Inc., as Transferor

                                    By: _____
                                        Jouji Matsumoto
                                        General Manager of the Legal Division

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re  Lehman Brothers Holdings, Inc.                    ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| SMBC Nikko Securities Inc. | Nikko Cordial Securities Inc. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
  **SMBC Nikko Securities Inc., 3-1
  Marunouchi 3-chome, Chiyoda-ku, Tokyo
  100-8325  Japan
  Attn:  Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):
  SMBC Nikko Securities Inc., 3-1
  Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325
  Japan
  Attn:  Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #:_____

Court Claim # (if known):  45877
Amount of Claim:  $1,898,928.88
Date Claim Filed:  10/26/2009

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where notices to transferee
should be sent:
  **Ira A. Reid
  Baker & McKenzie LLP
  1114 Avenue of the Americas
  New York, NY  10036

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _G. Matsumoto_                    Date: 04/5/2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

Southern _____ District Of _New York_____

In re _Lehman Brothers Holdings, Inc._ ,    Case No. _08-13555 (JMP)_

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _45877_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| _Nikko Cordial Securities Inc._ <br> Name of Alleged Transferor | SMBC Nikko Securities Inc. <br> Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Marunouchi 3-chome, Chiyoda-ku, <br> Tokyo 100-8325  Japan | Marunouchi 3-chome, Chiyoda-ku <br> Tokyo 100-8325,  Japan |

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|
| The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court. |

Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk of the Court
        United States Bankruptcy Court
        Southern District of New York ("Bankruptcy Court")
        New York, New York

RE:     Lehman Brothers Holdings, Inc. ("Debtor")
        Case No. 08-13555 (JMP)

Claim #: 45877

Nikko Cordial Securities Inc. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to SMBC Nikko Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $1,898,928.88 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@smbc.nikko.co.jp,, and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated April 5, 2011.

                    SMBC Nikko Securities Inc., as Transferee:

                    By: _____
                        Jouji Matsumoto
                        General Manager of the Legal Division


                    Nikko Cordial Securities Inc., as Transferor

                    By: _____
                        Jouji Matsumoto
                        General Manager of the Legal Division

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc.          ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SMBC Nikko Securities Inc.
_____
Name of Transferee

Nikko Cordial Securities Inc.
_____
Name of Transferor

Name and Address where notices to transferee should be sent:
**SMBC Nikko Securities Inc., 3-1
Marunouchi 3-chome, Chiyoda-ku, Tokyo
100-8325  Japan
Attn: Hideyuki Shinike
Phone: _81-3-5644-3111_____
Last Four Digits of Acct #: _____

Court Claim # (if known): ___45878____
Amount of Claim: _____$946,342.38___
Date Claim Filed: _____10/26/2009____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
SMBC Nikko Securities Inc., 3-1
Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325
Japan
Attn: Hideyuki Shinike
Phone: _81-3-5644-3111_____
Last Four Digits of Acct #:_____

Name and Address where notices to transferee should be sent:
**Ira A. Reid
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY  10036

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _J. Matsumoto_____          Date: 04/5/2011 _____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

Southern _____ District Of __New York_____

In re _Lehman Brothers Holdings, Inc._ ,    Case No. _08-13555 (JMP)_

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _45878_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| _Nikko Cordial Securities Inc._ | SMBC Nikko Securities Inc. |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| Marunouchi 3-chome, Chiyoda-ku | Marunouchi 3-chome, Chiyoda-ku |
| Tokyo 100-8325, Japan | Tokyo 100-8325, Japan |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____

**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk of the Court
United States Bankruptcy Court
Southern District of New York ("Bankruptcy Court")
New York, New York

RE:     Lehman Brothers Holdings, Inc. ("Debtor")
Case No. 08-13555 (JMP)

Claim #: 45878

Nikko Cordial Securities Inc. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to SMBC Nikko Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $946,342.38 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@smbc.nikko.co.jp,, and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated April 5, 2011.

SMBC Nikko Securities Inc., as Transferee:

By: _____
Jouji Matsumoto
General Manager of the Legal Division

Nikko Cordial Securities Inc., as Transferor

By: _____
Jouji Matsumoto
General Manager of the Legal Division

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re Lehman Brothers Holdings, Inc.              ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| SMBC Nikko Securities Inc. | Nikko Cordial Securities Inc. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  **SMBC Nikko Securities Inc., 3-1
   Marunouchi 3-chome, Chiyoda-ku, Tokyo
   100-8325  Japan
   Attn:  Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #: _____

Court Claim # (if known):  45879
Amount of Claim:  $946,342.38
Date Claim Filed:  10/26/2009

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
  SMBC Nikko Securities Inc., 3-1
   Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325
   Japan
   Attn:  Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #:_____

Name and Address where notices to transferee should be sent:
  **Ira A. Reid
   Baker & McKenzie LLP
   1114 Avenue of the Americas
   New York, NY  10036

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _J. Matsumoto_                    Date: 04/5/2011
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

<u>Southern</u> District Of <u>New York</u>

In re <u>Lehman Brothers Holdings, Inc.</u> ,        Case No. <u>08-13555 (JMP)</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>45879</u> (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

<u>Nikko Cordial Securities Inc.</u>                          <u>SMBC Nikko Securities</u> Inc.
Name of Alleged Transferor                         Name of Transferee

Address of Alleged Transferor:                    Address of Transferee:

Marunouchi 3-chome, Chiyoda-ku                 Marunouchi 3-chome, Chiyoda-ku
Tokyo  100-8325,  Japan                             Tokyo  100-8325,  Japan

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk of the Court
United States Bankruptcy Court
Southern District of New York ("Bankruptcy Court")
New York, New York

RE:    Lehman Brothers Holdings, Inc. ("Debtor")
Case No. 08-13555 (JMP)

Claim #: 45879

Nikko Cordial Securities Inc. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to SMBC Nikko Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $946,342.38 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@smbc.nikko.co.jp, and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated April 5, 2011.

SMBC Nikko Securities Inc., as Transferee:

By: _____
Jouji Matsumoto
General Manager of the Legal Division

Nikko Cordial Securities Inc., as Transferor

By: _____
Jouji Matsumoto
General Manager of the Legal Division

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re Lehman Brothers Holdings, Inc._____,    Case No. _08-13555 (JMP)____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| SMBC Nikko Securities Inc._____ | Nikko Cordial Securities Inc._____ |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**SMBC Nikko Securities Inc., 3-1
  Marunouchi 3-chome, Chiyoda-ku, Tokyo
  100-8325  Japan
  Attn:  Hideyuki Shinike
Phone: _81-3-5644-3111_____
Last Four Digits of Acct #: _____

Court Claim # (if known): ___45880___
Amount of Claim: ___$1,027,609.04___
Date Claim Filed: _____10/26/2009_____

Phone: _____.
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
  SMBC Nikko Securities Inc., 3-1
  Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325
  Japan
  Attn:  Hideyuki Shinike
Phone: _81-3-5644-3111_____
Last Four Digits of Acct #:_____

Name and Address where notices to transferee should be sent:
  **Ira A. Reid
    Baker & McKenzie LLP
    1114 Avenue of the Americas
    New York, NY  10036

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Y. Matsumoto_____    Date: _04/5/2011_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

_____Southern_____ District Of __New York_____

In re _Lehman Brothers Holdings, Inc._ ,    Case No. _08-13555 (JMP)_


## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _45880_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

_Nikko Cordial Securities Inc._       _SMBC Nikko Securities Inc._
Name of Alleged Transferor            Name of Transferee

Address of Alleged Transferor:        Address of Transferee:

Marunouchi 3-chome, Chiyoda-ku        Marunouchi 3-chome, Chiyoda-ku
Tokyo 100-8325,  Japan                Tokyo 100-8325,  Japan

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:_____                    _____
                                   **CLERK OF THE COURT**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:    Clerk of the Court
United States Bankruptcy Court
Southern District of New York ("Bankruptcy Court")
New York, New York

RE:    Lehman Brothers Holdings, Inc. ("Debtor")
Case No. 08-13555 (JMP)

Claim #: 45880

Nikko Cordial Securities Inc. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to SMBC Nikko Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $1,027,609.04 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@smbc.nikko.co.jp., and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated April 5, 2011.

SMBC Nikko Securities Inc., as Transferee:

By: _____
Jouji Matsumoto
General Manager of the Legal Division

Nikko Cordial Securities Inc., as Transferor

By: _____
Jouji Matsumoto
General Manager of the Legal Division

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re Lehman Brothers Holdings, Inc.              ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| SMBC Nikko Securities Inc. | Nikko Cordial Securities Inc. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  **SMBC Nikko Securities Inc., 3-1
    Marunouchi 3-chome, Chiyoda-ku, Tokyo
    100-8325  Japan
    Attn:  Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #: _____

Court Claim # (if known):  __45881__
Amount of Claim:  __$999,784.44__
Date Claim Filed:  __10/26/2009__

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):
SMBC Nikko Securities Inc., 3-1
  Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325
  Japan
  Attn:  Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #: _____

Name and Address where notices to transferee should be sent:
  **Ira A. Reid
    Baker & McKenzie LLP
    1114 Avenue of the Americas
    New York, NY  10036

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _J. Matsumoto_          Date: _04/5/2011_
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

_____Southern_____ District Of __New York_____

In re _Lehman Brothers Holdings, Inc._ ,    Case No. _08-13555 (JMP)_

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _45881_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

_Nikko Cordial Securities Inc._
Name of Alleged Transferor

Address of Alleged Transferor:

Marunouchi 3-chome, Chiyoda-ku
Tokyo 100-8325, Japan

_SMBC Nikko Securities Inc._
Name of Transferee

Address of Transferee:

Marunouchi 3-chome, Chiyoda-ku
Tokyo 100-8325, Japan

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
| --- |

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk of the Court
United States Bankruptcy Court
Southern District of New York ("Bankruptcy Court")
New York, New York

RE:    Lehman Brothers Holdings, Inc. ("Debtor")
Case No. 08-13555 (JMP)

Claim #: 45881

Nikko Cordial Securities Inc. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to SMBC Nikko Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $999,784.44 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@smbc.nikko.co.jp., and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated April 5, 2011.

SMBC Nikko Securities Inc., as Transferee:

By:    *Jouji Matsumoto*
Jouji Matsumoto
General Manager of the Legal Division

Nikko Cordial Securities Inc., as Transferor

By:    *Jouji Matsumoto*
Jouji Matsumoto
General Manager of the Legal Division

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re Lehman Brothers Holdings, Inc.               ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SMBC Nikko Securities Inc.
Name of Transferee

Nikko Cordial Securities Inc.
Name of Transferor

Name and Address where notices to transferee should be sent:
  **SMBC Nikko Securities Inc., 3-1
  Marunouchi 3-chome, Chiyoda-ku, Tokyo
  100-8325  Japan
  Attn:  Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #: _____

Court Claim # (if known): ___17805___
Amount of Claim: ___$946,342.00___
Date Claim Filed: ___10/26/2009___

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
  SMBC Nikko Securities Inc., 3-1
  Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325
  Japan
  Attn:  Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #: _____

Name and Address where notices to transferee should be sent:
  **Ira A. Reid
  Baker & McKenzie LLP
  1114 Avenue of the Americas
  New York, NY  10036

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  _J. Matsumoto_          Date: _04/57/2011_____
  Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

_____Southern_____    District Of __New York_____

In re _Lehman Brothers Holdings, Inc._ ,    Case No. _08-13555 (JMP)_


## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _17805_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).


_Nikko Cordial Securities Inc._    SMBC Nikko Securities Inc.
Name of Alleged Transferor       Name of Transferee

Address of Alleged Transferor:    Address of Transferee:

 Marunouchi 3-chome, Chiyoda-ku, Tokyo     Marunouchi 3-chome, Chiyoda-ku
 100-8325  Japan                           Tokyo  100-8325,  Japan


| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.



Date:_____                              _____

                                           **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk of the Court
        United States Bankruptcy Court
        Southern District of New York ("Bankruptcy Court")
        New York, New York

RE:     Lehman Brothers Holdings, Inc. ("Debtor")
        Case No. 08-13555 (JMP)

Claim #: 17805

Nikko Cordial Securities Inc. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to SMBC Nikko Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $946,342.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@smbc.nikko.co.jp., and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated April 5, 2011.

SMBC Nikko Securities Inc., as Transferee:

By: _____
    Jouji Matsumoto
    General Manager of the Legal Division

Nikko Cordial Securities Inc., as Transferor

By: _____
    Jouji Matsumoto
    General Manager of the Legal Division

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc._____,                Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| SMBC Nikko Securities Inc. | Nikko Cordial Securities Inc. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**SMBC Nikko Securities Inc., 3-1
  Marunouchi 3-chome, Chiyoda-ku, Tokyo
  100-8325  Japan
  Attn:  Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #: _____

Court Claim # (if known):  65412____
Amount of Claim:  $932,526.00
Date Claim Filed:  10/26/2009____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
  SMBC Nikko Securities Inc., 3-1
  Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325
  Japan
  Attn:  Hideyuki Shinike
Phone:  81-3-5644-3111
Last Four Digits of Acct #:_____

Name and Address where notices to transferee should be sent:
  **Ira A. Reid
  Baker & McKenzie LLP
  1114 Avenue of the Americas
  New York, NY  10036

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _J. Matsumoto_                Date:  04/5/2011_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# United States Bankruptcy Court

_Southern_ _____ **District Of** _New York_ _____

In re _Lehman Brothers Holdings, Inc._ ,    Case No. _08-13555 (JMP)_

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _65412_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| _Nikko Cordial Securities Inc._ | _SMBC Nikko Securities Inc._ |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| Marunouchi 3-chome, Chiyoda-ku, Tokyo 100-8325  Japan | Marunouchi 3-chome, Chiyoda-ku Tokyo  100-8325,  Japan |

```
┌────────────────────────────────────────────────────────────────┐
│              ~~DEADLINE TO OBJECT TO TRANSFER~~                 │
└────────────────────────────────────────────────────────────────┘
```

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

TO:     Clerk of the Court
United States Bankruptcy Court
Southern District of New York ("Bankruptcy Court")
New York, New York

RE:     Lehman Brothers Holdings, Inc. ("Debtor")
Case No. 08-13555 (JMP)

Claim #: 65412

Nikko Cordial Securities Inc. ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transferred and assign to SMBC Nikko Securities Inc., its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $932,526.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to Transferee.

You are hereby directed to make all future payments and distributions to Transferee, at SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan; and to give all notices and other communications, in respect of the Claim to SMBC Nikko Securities Inc., 3-1, Marunouchi 3-chome,Chiyoda-ku, Tokyo 100-8325, Japan, Telephone number: +81-3-5644-3111, shinike_hideyuki@smbc.nikko.co.jp., and Baker & McKenzie LLP, 1114 Avenue of the Americas, New York, NY 10036, Attn: Ira A. Reid, Tele. No. 212-891-3976, ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated April 5, 2011.

SMBC Nikko Securities Inc., as Transferee:

By:    _Jouji Matsumoto_
Jouji Matsumoto
General Manager of the Legal Division

Nikko Cordial Securities Inc., as Transferor

By:    _Jouji Matsumoto_
Jouji Matsumoto
General Manager of the Legal Division