SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Thomas John Wright

*Attorney for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

### CERTIFICATE OF SERVICE

I, Thomas John Wright, hereby certify that, on April 8, 2011, I caused to be served a true and correct copy of **Renewed Limited Objection of Giants Stadium LLC to the Debtors' Motion for Authorization to Establish and Implement Procedures in Connection with Discovery Related to Plan Confirmation** via hand delivery upon:

> The Chambers of the Honorable James M. Peck
> One Bowling Green
> Courtroom 601
> New York, New York 10004
>
> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attn: Richard P. Krasnow, Lori R. Fife, Shai Y. Waisman, and Jacqueline Marcus
>
> *Attorneys for the Debtors*

   The U.S. Trustee
   33 Whitehall Street
   21st Floor
   New York, New York 10004
   Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis

   Milbank, Tweed, Hadley & McCloy LLP
   1 Chase Manhattan Plaza
   New York, New York 10005
   Attn: Dennis F. Dunne, Dennis O'Donnell, and Evan R. Fleck

   *Attorneys for the Creditors' Committee*

Dated: New York, New York
   April 8, 2010

Respectfully submitted,

/s/ _____
Thomas John Wright
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorney for Giants Stadium LLC*

-2-