# Stuurman Storage b.v.

Rode Klaver 2  
2923 GH  Krimpen a/d IJssel  
Holland  

Telephone: +31-(0)180-522902  
Telefax:      +31-(0)180-468310  
Mobile:       +31-(0)654-214824  
Mail:         peterstuurman@hotmail.com  

The Chambers of the Honorable  
James M. Peck  
One Bowling Green, New York  
Courtroom 601  
New York 10004  
U.S.A.  

Email; stuurma2@xs4all.nl

Krimpen a/d IJssel,    31 maart 2011

Re; Lehman Brothers Holdings Inc.et al.,Debtors. United States Bankruptcy Court/Southern District of New York, Case No. 08-13555 (JMP).

| | |
|---|---|
| Claimnumber | ; 52697 |
| Date Filed | ; 10/28/2009 |
| Debtor | ; 08-13555 |
| Creditor | ; Stuurman Storage b.v.<br>; Rode Klaver 2<br>; Krimpen a/d Yssel 2923 GH<br>; The Netherlands |
| Telephoneno. | ; +31-180-522902 or +31-654-214824 |
| e-mail | ; stuurma2@xs4all.nl |
| amount of claim | ; U$dollars 185.159 (onehundredeightyfivethousandonehundredfiftynineusdollars) being<br>; the usdollarvalue of Euro 130.000,00 (onehundredthirtythousandeuro) as per exchange rate<br>; on September 15th 2008. (1,4243). |
| On basis of | ; ISIN CODE XS0218304458 |

Euroclear Bank, Clearstream or other account number ; 13048

Concise Statement (Reason why above mentioned claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection:
We have mistakenly mentioned the amount of our claim in the Euro currency, instead of U$ Dollars. The right amount is above-mentioned amount in U$Dollars, as also stated in the attachment to this opposition letter : a newly completed LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM form. This should be, or should have been in the first instance, assessed as a ''clerical error''.

Attachment    ; Above mentioned Concise Statement' is substantiated by a newly completed LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM form, which we hereby attach.

Yours faithfully,  
Stuurman Storage B.V.

P. Stuurman (man.director)



RECEIVED APR - 4 2011 COURT SDNY

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

# LEHMAN SECURITIES PROGRAMS
# PROOF OF CLAIM

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Stuurman Storage B.V.
Rode Klaver 2
2923 GH Krimpen a/d Yssel
The Netherlands

Telephone number: 31-180-522902  Email Address: STUURMA2@XS4ALL.NL

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 52697
(If known)

Filed on: 10/28/2009

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:   Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 185.159,=** (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0218304458** (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

(Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: 13048**
(Required)

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| Date. 31/03/2011 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Peter Stuurman |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571