## CMG DR. ZORN & PARTNER AG

To the
Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, New York
New York 10004         Courtroom 601
USA


RECEIVED APR - 5 2011 U.S. BANKRUPTCY COURT, SDNY JMP

Frauenfeld, 03-30-2011

In re
Lehman Brothers Holdings Inc. et al.
Objection to disallowance, expungement, reduction or reclassification of claim

| | |
|---|---|
| Court: | United States Bankruptcy Court<br>Southern District of New York |
| Chapter 11 Case No.: | 08-13555 (JMP) |
| Creditor / Claimant: | Gort, Rudolf Jun.<br>C/O CMG Dr. Zorn & Partner AG<br>Oststr. 7<br>CH – 8500 Frauenfeld |
| Claim Number: | 55130 |
| Debtor: | Lehman Brothers Holdings Inc. et al.<br>08-13555 |
| Response to: | Objection requesting Claim to be Disallowed & Expunged |
| Basis of the Claim: | Lehman Programs Securities<br>Lehman Brothers Treasury Bv<br>0% 2007 – 14.12.2015 Yield Performance Notes A/ Basket of European Shares, issued and denominated in Swiss Francs<br>ISIN: XS0334595138<br>With a Nominal Value of CHF 10,000.- |

We herewith oppose the disallowance, expungement, reduction or reclassification of our a.m. claim as:
- According to the Bar Date Order a filing of a claim relating to notes can be made on a notional basis and a conversion in USD is not required

**CMG Capital Management Group**

## CMG DR. ZORN & PARTNER AG

- We did not file the claim in USD as the Note (the basis of the claim) was issued and denominated in Swiss Francs by the debtor and as we did not want to predetermine any exchange rate prior to the Court.
- Due to our files the regarding USD / CHF exchange rate on September 15, 2008 was 1 / 1.1038 and thus the regarding claim in USD would be USD 9,059.61
However, we are prepared to accept any other, similar and/or reasonable exchange rate, determined by the court for all claims denominated in Swiss Francs.

We herewith oppose, that the filing of the claim in the original currency of the basis of the claim is a reason for a disallowance and expungement of the claim.


Please send any correspondence to:

Gort, Rudolf Jun.
C/O CMG Dr. Zorn & Partner AG
Attn. Michael R. Zorn
Oststr. 7
CH – 8500 Frauenfeld
Tel. +41 52 7207524         email: m.zorn@cmginvest.com


Yours Sincerely

*[signature]*
Michael R. Zorn