Ruth Butti-Widmer, Torlenstrasse 36, CH 8713 Uerikon Switzerland

To the
Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York
New York 10004



Uerikon, April 2nd 2011

## Lehman Brothers Holdings Inc. / Notice regarding my claim of March 11th 2011
## Objection to disallowance, expungement, reduction or reclassification of claim

| | |
|---|---|
| Court: | United States Bankruptcy Court<br>Southern District of New York |
| **Chapter 11 Case** | No.: 08-13555 (JMP) |
| Debtor: | Lehman Brothers Holdings Inc. |
| Creditor / Claimant: | Ruth Butti-Widmer<br>Torlenstrasse 36<br>CH 8713 Uerikon<br>(Switzerland) |
| **Claim Number:** | 36220 |
| **Basis of the Claim:** | **Bonus Coupon Notes Lehmann Brothers Treasury Bv 2004-8.3.10**<br>**Variable Rate**  Structured product – basket<br>**Valor 1784540, ISIN XSO 186243118**<br>Emittent: Lehman Brothers Treasury Co. B.V.<br>Garant: Lehmann Brothers Holdings Inc. (A/A1)<br>Arranger: Lehman Brothers international (Europe)<br>Issuing: February 24th 2004 / Ending: February 24th 2010<br>Repayment: March 8th 2010<br>Shares, issued and denominated in Swiss Francs |
| **Response to:** | **Objection requesting Claim to be Disallowed & Expunged** |

I herewith oppose the disallowance, expungement, reduction or reclassification of our claim as:

<u>According to the Bar Date Order, a filing of a claim relating to notes can be made on a national basis as the note (the basis of the claim) was issued and denominated in Swiss Francs.</u>

| | |
|---|---|
| **Amount of claim:** | US $  35880 |
| Rate of exchange: | I have taken the rate applicable on 15th September 2008<br>CHF/USD  0.897<br>However, I am prepared to accept any other, similar and/or reasonable exchange rate, determined by the court for all claims denominated in Swiss Francs. |

Pg 2 of 3

**Transfer from original bank / No. of account**
The original security papers Valor-No. 1784540 has been transferred on February 4h 2009 from Bank Julius Bär to the Zürcher Kantonalbank, Bahnhofstr. 12, CH 8712 Stäfa (Switzerland)
BIC (SWIFT-Address) ZKBKCHZZ80A / Depot No. 000-283696
IBAN CH12 0070 0345 8118 1887 0 / Butti-Widmer, Ruth


<u>I herewith oppose, that the filing of the claim in the original currency of the basis of the claim is a reason for a disallowance and expungement of the claim.</u>


Please send any correspondence to:

Ruth Butti-Widmer
Torlenstrasse 36
CH 8713 Uerikon
(Switzerland)                    Mail:    andrebu@bluewin.ch


Thank you for your help.
Yours Sincerely

*Ruth Butti*

Ruth Butti-Widmer




<u>Enclosures:</u>    List of addresses which received this letter

<u>As required according to your letter our paper has been sent to the following addresses:</u>

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York
New York 10004


Weil, Gotshal & Manges LLP
Shai Y. Waisman
Attorney for debtors and debtors in possession
767 Fifth Avenue
New York
New York 10153


The Office of the United States Trustee for Region 2
(Attn. Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.)
33 Whitehall Street
21st Floor
New York
New York 10004


Attorneys for the official committee of unsecured creditors appointed in the cases
Milbank, Tweed, Hadley & MacCloy LLP,
(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)
1 Chase Manhattan Plaza,
New York
New York 10005


Epiq Bankruptcy Solutions, LLC
Attn: LB Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York
New York 10017