UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                                   :
                            Debtors.                       :    (Jointly Administered)
------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
## OF NORTHGATE MINERALS CORPORATION

PLEASE TAKE NOTICE THAT, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure and in accordance with the *Order Granting Debtors' motion, Pursuant to Section 362 of the Bankruptcy Code and Bankruptcy Rule 9019 and 4001, for an Order (I) Modifying the Automatic Stay to Allow Settlement Payment Under Directors and Officers Insurance Policies and (II) Approving an Agreement and Release*, dated January 13, 2011 [Docket No. 13929] (the "Order"), Northgate Minerals Corporation hereby gives notice that it has received the Settlement Payment (as such term is defined in the Order), and, therefore, hereby withdraws, with prejudice, Proof of Claim Number 30593 (the "Proof of Claim"). Accordingly, pursuant to the Order, the Proof of Claim shall be expunged from the official claims registry for the above-captioned Debtors.

Dated: April 8, 2011

                                            /s/ Eric R. Levine
                                        EISEMAN LEVINE LEHRHAUPT
                                        & KAKOYIANNIS, P.C.
                                         Eric R. Levine
                                         805 Third Avenue
                                         New York, NY 10022
                                         212-752-1000

                                         *Attorneys for Northgate Minerals Corporation*