UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :    (Jointly Administered)
                        Debtors.                :
                                                :
---------------------------------------------------------------x    Ref. Docket No. 15612

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 7, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
8th day of April, 2011

*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   SERENGETI RAPAX MM L.P.
      TRANSFEROR: JPMORGAN CHASE BANK, N.A.
      ATTN: SHAKER CHOUDHURY
      632 BROADWAY, 12TH FLOOR
      NEW YORK NY 10012
```

Please note that your claim # 66653-08 in the above referenced case and in the amount of $1,500,000.00     has been transferred **(unless previously expunged by court order)**

```
      GOLDMAN SACHS LENDING PARTNERS LLC
      TRANSFEROR: SERENGETI RAPAX MM L.P.
      C/O GOLDMAN, SACHS & CO.
      ATTN: LAUREN DAY
      30 HUDSON STREET, 36TH FLOOR
      JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 15612     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/07/2011                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 7, 2011.

# EXHIBIT B

```
TIME: 09:58:27                                      LEHMAN BROTHERS HOLDING INC.                                          PAGE:  1
DATE: 04/07/11                                            CREDITOR LISTING

Name                                 Address
GOLDMAN SACHS LENDING PARTNERS LLC   TRANSFEROR: SERENGETI RAPAX MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 35TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC   TRANSFEROR: SERENGETI RAPAX MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
SERENGETI RAPAX MM L.P.              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM L.P.              TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012

Total Number of Records Printed     4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC