UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
IN RE:                                                         :   Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS, INC. *et al.*,    :   Case No. 08-13555 (JMP)
                                                               :
　　Debtors.                                                :   Jointly Administered
                                                               :
---------------------------------------------------------------x

## MOTION FOR ADMISSION OF ROBERT B. KRAKOW, ESQ. *PRO HAC VICE*

I, Robert B. Krakow, Esq., a member in good standing of the State Bar of Texas, request admission, *pro hac vice*, before this Court, to represent PricewaterhouseCoopers AG, Zurich, as bankruptcy liquidator for Lehman Brothers Finance, AG, in the above-captioned cases.

My address, telephone number, facsimile number, and email address are as follows:

> Robert B. Krakow, Esq.
> **GIBSON, DUNN & CRUTCHER LLP**
> 2100 McKinney Avenue
> Suite 1100
> Dallas, Texas  75201
> Telephone:  (214) 698-3124
> Facsimile:  (214) 571-2934
> Email:  rkrakow@gibsondunn.com

I agree to pay the fee of $25.00 upon entry of an order admitting me to practice *pro hac vice*.

Dated: April 8, 2011
　　　　Dallas, Texas

> /s/  Robert B. Krakow, Esq.
> Robert B. Krakow, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
IN RE:                                                         :    **Chapter 11**
:
**LEHMAN BROTHERS HOLDINGS, INC.***et al.***,** :    **Case No. 08-13555 (JMP)**
:
    **Debtors.**                          :    **Jointly Administered**
:
---------------------------------------------------------------x

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

    **IT IS ORDERED**, that Robert B. Krakow, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2011
       New York, New York

                                                          _____
                                                          THE HONORABLE JAMES M. PECK
                                                          UNITED STATES BANKRUPTCY JUDGE