Lindsee P. Granfield
Boaz Morag
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for Barclays Capital Inc. and its affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
In re:                                                             :    Chapter 11
                                                                   :    Case No. 08-13555(JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.                              :
                                                                   :    CERTIFICATE OF
                        Debtors.                                   :    SERVICE
------------------------------------------------------------------ X

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 8th of April 2011, the Reservation of Rights of Barclays Capital Inc. and its Affiliates in Response to Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Rule 7026 of the Federal Rules of Bankruptcy Procedures for Authorization to Establish and Implement Procedures in Connection with Discovery Related to Plan Confirmation was served by hand upon:

> Irwin H. Warren, Esq.
> Randi W. Singer, Esq.
> Weil Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, NY 10153

Tracy Hope Davis, Esq.
Elisabetta G. Gasparini, Esq.
Andrea B. Schwartz, Esq.
Office of the United States Trustee Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Evan Fleck, Esq.
Dennis O'Donnell, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

2. This service was made by assistant managing clerks of this firm under my general supervision.

Dated: New York, New York
April 8, 2011

_____
Richard V. Conza