John J. Monaghan, Esq.
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, Massachusetts 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850

Counsel to Air Canada Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
In re                                            :    Chapter 11
                                                 :
LEHMAN BROTHERS HOLDINGS, INC., *et al*.         :    Case No. 08-13555 (JMP)
                                                 :
                                                 :
                                       Debtors.  :    Jointly Administered.
----------------------------------------------------------x

## WITHDRAWAL OF PROOF OF CLAIM

**PLEASE TAKE NOTICE** that Air Canada Inc. hereby withdraws the following Proof of Claim filed on September 22, 2009 and requests that the claims registry maintained by Epiq Bankruptcy Solutions LLC in the above-captioned cases be revised to reflect such withdrawal:

| Claim No. | Amount | Case No. | Debtor |
|---|---|---|---|
| 31759 | $6,093,195.63 | 08-13901 | Lehman Brothers Commercial Corporation |

Dated:  April 8, 2011                HOLLAND & KNIGHT LLP
             Boston, Massachusetts

                                     /s/ John J. Monaghan
                                     John J. Monaghan (Mass Bar. #546654)
                                     10 St. James Avenue
                                     Boston, Massachusetts 02116
                                     Telephone: (617) 523-2700
                                     Facsimile: (617) 523-6850

                                     **Counsel to Air Canada Inc.**