UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :   Chapter 11
In re:                                                             :   Case No. 08-13555(JMP)
                                                                   :   (Jointly Administered)
Lehman Brothers Holdings Inc., et al.                              :
                                                                   :   CERTIFICATE OF
                    Debtors.                                       :   SERVICE
                                                                   :
------------------------------------------------------------------ X

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 8th of April 2011, the Limited Objection of Certain Operating Company Creditors to Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Rule 7026 of the Federal Rules of Bankruptcy Procedure for Authorization to Establish and Implement Procedures in Connection with Discovery Related to Plan Confirmation was served by hand upon:

            Tracy Hope Davis, Esq.
            Elisabetta G. Gasparini, Esq.
            Andrea B. Schwartz, Esq.
            Office of the United States Trustee Region 2
            33 Whitehall Street, 21st Floor
            New York, NY  10004

            Dennis F. Dunne, Esq.
            Evan Fleck, Esq.
            Dennis O'Donnell, Esq.
            Milbank, Tweed, Hadley & McCloy LLP
            1 Chase Manhattan Plaza
            New York, NY  10005

            Irwin H. Warren, Esq.
            Randi W. Singer, Esq.
            Weil Gotshal & Manges LLP
            767 Fifth Avenue
            New York, NY  10153

2. This service was made by assistant managing clerks of this firm under my general supervision.

Dated:  New York, New York
      April 8, 2011

                                      Richard V. Conza