# Exhibit A

# Summary of Total Fees and Expenses for October 1, 2010 through January 31, 2011

## SUMMARY OF SERVICES BY PROFESSIONAL FOR ALL MATTERS

| PROFESSIONAL NAME | TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|---|
| Anthony L. Giacomini | Partner | 1995 (CO) | 15.80 | 450.00 | 6,735.00 |
| Jason M. Lynch | Partner | 2003 (MA) 2004 (NY) | 40.90 | 350.00 | 14,315.00 |
| Michael A. Rollin | Partner | 2003 (CO) 2007 (CA) | 179.10 | 400.00 | 68,270.00 |
| Kyle Velte | Partner | 1999 (CO) | 108.90 | 375.00 | 40,015.00 |
| Malia Arrington | Associate | 2003 (CO) | 80.30 | 325.00 | 26,097.50 |
| Caleb Durling | Associate | 2007 (CO) | 78.90 | 300.00 | 22,642.00 |
| Amy Gray | Associate | 2009 (CO) | 79.00 | 250.00 | 19,473.00 |
| Marisa Hudson-Arney | Associate | 2001 (CO) | 489.30 | 350.00 | 161,972.50 |
| Michael Kotlarczyk | Associate | 2008 (IL) | 11.60 | 250.00 | 2,900.00 |
| Glenn Roper | Associate | 2007 (CO) | 120.20 | 325.00 | 37,032.50 |
| Katie Roush | Associate | 2007 (CO) | 116.40 | 300.00 | 32,272.00 |
| Matthew D. Spohn | Associate | 2001 (CO) | 388.70 | 350.00 | 129,607.50 |
| Sam Bacon | Contract Attorney | 2009 (CO) | 480.90 | 200.00 | 96,180.00 |
| Chandler Kelley | Contract Attorney | 2009 (CO) | 586.80 | 225.00 | 120,575.00 |
| Ryann B. MacDonald | Contract Attorney | 2009 (CO) | 292.70 | 225.00 | 61,877.50 |
| Kelly R. March | Contract Attorney | 2009 (CO) | 389.70 | 225.00 | 80,365.00 |
| Ty McKinstry | Contract Attorney | 2009 (CO) | 428.80 | 200.00 | 85,760.00 |
| Sage Schoenfeld | Contract Attorney | 2009 (CO) | 133.90 | 225.00 | 30,127.50 |
| Jennifer Bulmer | Paralegal | N/A | 454.10 | 190.00 | 83,177.00 |
| Shannon Coggins | Paralegal | N/A | 566.20 | 115.00 | 60,876.00 |
| Shanon DeBelle | Paralegal | N/A | 17.40 | 170.00 | 2,958.00 |
| Kenneth Nakamura | Paralegal | N/A | 108.90 | 115.00 | 12,019.50 |

## SUMMARY OF SERVICES BY PROFESSIONAL FOR ALL MATTERS

| PROFESSIONAL NAME | TITLE | YEAR ADMITTED | HOURS | RATE | FEES |
|---|---|---|---|---|---|
| Michelle O'Neill | Paralegal | N/A | 2.40 | 190.00 | 456.00 |
| Kathleen Porter | Paralegal | N/A | 533.90 | 190.00 | 97,406.00 |
| Elizabeth Wimmer | Paralegal | N/A | 89.50 | 200.00 | 17,024.00 |
| Diane Casebeer | Contract Paralegal | N/A | 245.40 | 90.00 | 22,086.00 |
| Lori Christensen | Contract Paralegal | N/A | 26.20 | 90.00 | 2,358.00 |
| Linda King | Contract Paralegal | N/A | 315.20 | 90.00 | 28,368.00 |
| Larry Walsh | Contract Paralegal | N/A | 174.20 | 95.00 | 16,549.00 |
| John Dwyer | Law Clerk | N/A | 3.30 | 120.00 | 396.00 |
| Sara Hildebrand | Law Clerk | N/A | 1.20 | 120.00 | 144.00 |
| Ellie Lockwood | Law Clerk | N/A | 45.10 | 120.00 | 5,412.00 |
| Brent Owen | Law Clerk | N/A | 11.50 | 120.00 | 1,380.00 |
| Sam J. Seiberling | Law Clerk | N/A | 5.80 | 120.00 | 696.00 |
| Haley Carmer | Administration | N/A | 29.00 | 30.00 | 870.00 |
| Brett Colyer | Administration | N/A | 159.80 | 75.00 | 11,985.00 |
| Alejandra Duflos | Administration | N/A | 49.00 | 70.00 | 3,430.00 |
| Kelli Kosmatka | Administration | N/A | 40.50 | 190.00 | 7,695.00 |
| Colin P. Pitet | Administration | N/A | 42.50 | 190.00 | 8,075.00 |
| Scott Shadler | Administration | N/A | 2.00 | 190.00 | 380.00 |
| | | | **6,945.00** | | **$1,419,957.50** |

## SUMMARY OF SERVICES BY TASK CODE FOR ALL MATTERS

| Task Code | Description | HOURS | TOTAL |
|---|---|---:|---:|
| 2100 | | 357.00 | 58,097.50 |
| 3700 | | 2,431.00 | 389,709.50 |
| 3800 | | 233.60 | 50,526.00 |
| 4000 | | 3,843.40 | 906,507.00 |
| 4600 | | 80.00 | 15,117.50 |
| | | 6,945.00 | $1,419,957.50 |

## SUMMARY OF DISBURSEMENTS FOR ALL MATTERS

| Task Code | Description | Total |
|---|---|---:|
| E101 | Copying | 6,008.80 |
| E102 | Outside printing | 2,631.58 |
| E105 | Telephone | 210.85 |
| E106 | Online research | 5,455.19 |
| E107 | Delivery services/messengers | 5,217.99 |
| E108 | Postage | 21.67 |
| E109 | Local Travel | 479.40 |
| E110 | Out-of-town travel | 22,524.36 |
| E111 | Meals | 61.10 |
| E112 | Court Fees | 6,014.73 |
| E113 | Subpoena Fees | 23,214.53 |
| E115 | Deposition transcripts | 18,454.30 |
| E117 | Trial exhibits | 1,332.62 |
| E118 | Litigation support vendors | 33,296.42 |
| E119 | Experts | 880.00 |
| E120 | Private Investigators | 1,150.00 |
| E121 | Arbitrators/mediators | 1,200.00 |
| E123 | Other professionals | 621.46 |
| E124 | Other | 35.00 |
| | **DISBURSEMENTS TOTAL:** | **$ 128,810.00** |

| Matter ID | Matter Name |
|---|---|
| 7331-003 | National Bankers Group |
| 7331-004 | EZ Funding Corporation |
| 7331-005 | SCME Mortgage Bankers, Inc. |
| 7331-006 | Gateway Funding |
| 7331-008 | ComUnity Lending |
| 7331-009 | First Allied Mortgage (7335-009) |
| 7331-010 | SGB Corporation |
| 7331-012 | American Sterling Bank |
| 7331-015 | National Penn Bank |
| 7331-016 | Clarion Mortgage Capital, Inc. |
| 7331-017 | Lincoln Mortgage Company |
| 7331-018 | Home Capital Funding |
| 7331-019 | IRES Co. |
| 7331-020 | Lending 1st Mortgage LLC |
| 7331-021 | Mirad Financial Group |
| 7331-022 | Nationwide Lending Corporation |
| 7331-023 | Realty Mortgage |
| 7331-024 | Dream House Mortgage |
| 7331-026 | Impac |
| 7331-027 | Shea Mortgage |
| 7331-028 | Security Mortgage Corporation |
| 7331-029 | Paramount Residential Mortgage Group, Inc. |
| 7331-030 | Approved Funding Corp. |
| 7331-031 | Assured Lending Corporation |
| 7331-032 | Bank of England |
| 7331-033 | Coast Mortgage Corporation |
| 7331-034 | Epix Funding Group |
| 7331-035 | Manhattan Mortgage |
| 7331-036 | Paragon Mortgage Bankers Corp. |
| 7331-037 | Pine State Mortgage Corporation |
| 7331-038 | South Trust Funding, Inc. |
| 7331-039 | Beach First National Bank |
| 7331-040 | Equity Resources, Inc. |
| 7331-041 | Fairfield Financial Mortgage Group, Inc. |
| 7331-042 | First Guaranty Mortgage Corp. |
| 7331-043 | Mortgage and Equity Funding Corporation |
| 7331-044 | Professional Mortgage Partners, Inc. |
| 7331-045 | United Capital Inc. |
| 7331-046 | MortgageIT, Inc. |
| 7331-047 | PrimeLending |
| 7331-048 | Cornerstone Mortgage Company |
| 7331-049 | First Guaranty Financial Corporation |
| 7331-050 | Network Funding |
| 7331-051 | Texas Capital Bank |
| 7331-052 | EquiPoint Financial Network, Inc. |
| 7331-053 | Genesis Mortgage Corp. |
| 7331-054 | Genpact Mortgage Services, Inc. |
| 7331-055 | Homewide Lending Corporation |
| 7331-056 | Loan Correspondents, Inc. |
| 7331-057 | Loan Network, LLC |
| 7331-058 | Mortgage Management Consultants, Inc. |
| 7331-059 | PMAC Lending Services, Inc. |
| 7331-060 | PMC Bancorp |
| 7331-061 | United California Systems International Inc. |
| 7331-062 | Gateway Mortgage |
| 7331-064 | Popular Mortgage Corp (7335-064) |
| 7331-065 | 1st New England Mortgage Corp. |
| 7331-066 | Amtrust Mortgage Corp. |
| 7331-068 | Barrington Capital Corp. |
| 7331-069 | BayCal Financial Mortgage Corp. |

| | |
|---|---|
| 7331-070 | Bondcorp Realty Services, Inc. |
| 7331-071 | California Financial Group |
| 7331-072 | Callisto Group, Inc. |
| 7331-073 | Direct Mortgage Corporation |
| 7331-074 | Eagle Home Mortgage |
| 7331-075 | First Financial Lender |
| 7331-076 | First Integrity Mortgage Co. |
| 7331-077 | First Ohio Bank & Lending, Inc. |
| 7331-078 | First Residential Mortgage Services Corp. |
| 7331-079 | Florida Professional Mortgage |
| 7331-080 | Golden Empire Mortgage, Inc. |
| 7331-081 | Greene Financial Services (North Carolina) |
| 7331-082 | Griffin Mortgage |
| 7331-083 | Home Mortgage |
| 7331-084 | Hometrust Mortgage Co. |
| 7331-085 | InterMountain Mortgage |
| 7331-086 | Intohomes Mortgage Services, Inc. |
| 7331-087 | IZT Mortgage, Inc. |
| 7331-088 | K Bank |
| 7331-089 | K H Financial LP |
| 7331-090 | Key Financial Corporation (Florida) |
| 7331-091 | Lakeland Regional Mortgage Corp. |
| 7331-092 | Liberty Financial Group, Inc. |
| 7331-093 | Loan Link Financial Services |
| 7331-094 | Matrix Funding Services |
| 7331-095 | Millennium Mortgage Corp. |
| 7331-096 | Mortgage Partners, Inc. |
| 7331-097 | Mortgage Specialists, Inc. |
| 7331-098 | Mountain Range Funding, LLC |
| 7331-099 | Mountain View Mortgage |
| 7331-100 | MVP Financial Services, Inc. |
| 7331-101 | N L Inc. |
| 7331-102 | On Time Capital |
| 7331-103 | Peoples Home Equity, Inc. |
| 7331-104 | Prado Mortgage, Inc. |
| 7331-105 | Residential Home Funding Corp. |
| 7331-106 | RNB, Inc. |
| 7331-107 | Royal Financial, LLC |
| 7331-108 | Sound Mortgage Decisions Corp. |
| 7331-109 | South Pacific Financial |
| 7331-110 | TMG Financial Services |
| 7331-111 | Tower Mortgage Capital |
| 7331-112 | Transatlantic Mortgage Corp. |
| 7331-113 | Triumph Funding |
| 7331-114 | U.S. Mortgage Corp. |
| 7331-115 | USA Funding Corp. |
| 7331-116 | Wall Street Mortgage Brokers, Ltd. |
| 7331-117 | Western Residential Mortgage, Inc. |
| 7331-118 | Westlend Financing, Inc. |
| 7331-119 | First Magnus Financial Corp. |
| 7331-120 | Allied Home Mortgage Capital |
| 7331-121 | Countrywide |
| 7331-122 | First Franklin |
| 7331-123 | Greenpoint Mortgage |
| 7331-124 | American Home Mortgage |
| 7331-125 | Indymac |
| 7331-126 | Long Beach Mortgage Company |
| 7331-127 | Ohio Savings Bank |
| 7331-128 | ResMae Mortgage Corporation |
| 7331-129 | Wells Fargo |
| 7331-130 | WMC Mortgage Corporation |

| | |
|---|---|
| 7331-131 | Security National Mortgage |
| 7331-132 | Geraline Tabor |
| 7331-133 | Washington Mutual |
| 7331-134 | Mortgage Tree Lending, Inc. |
| 7331-135 | First Financial Equities |
| 7331-136 | Custom Home Loan |
| 7331-137 | CBSK Financial Group |
| 7331-138 | Concord Mortgage |
| 7331-139 | Bridge Capital |
| 7331-140 | Mortgage Store Financial, Inc. |
| 7331-141 | Sycamore Funding |
| 7331-142 | Platinum Financial Group |
| 7331-143 | Franklin First Financial |
| 7331-144 | Freedom Mortgage |
| 7331-145 | HCI Mortgage |
| 7331-146 | Ideal Mortgage Bankers |
| 7331-147 | Loanguy.com |
| 7331-148 | Maxim Mortgage Corp. |
| 7331-149 | Mega Capital Funding |
| 7331-150 | Metrostate Financial & Real Estate Corp. |
| 7331-151 | Nationwide Equities |
| 7331-152 | PHM Financial |
| 7331-153 | Platinum Capital Group |
| 7331-154 | Southwest Funding |
| 7331-155 | The Mortgage House |
| 7331-156 | United Pacific |
| 7331-157 | Aegis Mortgage Corporation |
| 7331-158 | Fieldstone Mortgage Company |
| 7331-159 | Maverick Residential Mortgage, Inc. |
| 7331-160 | Mila Incorporated |
| 7331-161 | Mortgage Lenders Network |
| 7331-162 | nBank, NA |
| 7331-163 | New Century |
| 7331-164 | New Century Mortgage Corporation |
| 7331-165 | People's Choice |
| 7331-166 | Premier Mortgage Funding, Inc. |
| 7331-167 | Southstar Funding |
| 7331-168 | Spectrum Financial Group Inc. |
| 7331-169 | Hartford Financial Services |
| 7331-170 | Winstar Mortgage Partners |
| 7331-171 | lmortgage.com, Inc. |
| 7331-172 | Residential Loan Centers of America, Inc. |
| 7331-173 | George Mason Mortgage LLC |
| 7331-174 | ION Capital, Inc. |
| 7331-175 | CMS Capital Group, Inc. |
| 7331-176 | Belvidere Networking Enterprises |
| 7331-177 | PMCC Mortgage Corp. |
| 7331-178 | First City Funding |
| 7331-179 | California Empire Financial Group, Inc. and Califonia Empire Bancorp, |
| 7331-180 | Franklin Financial |
| 7331-181 | USB Home Lending, a division of Universal Savings Bank F.A. |
| 7331-182 | Plaza Home Mortgage, Inc. |
| 7331-183 | Monticello Bank |
| 7331-184 | Primary Capital Advisors, LLC |
| 7331-185 | CTX Mortgage Company, LLC |
| 7331-186 | Guaranty Bank |
| 7331-187 | Meridias Capital, Inc. |
| 7331-188 | First Lincoln Mortgage Corp |
| 7331-189 | Southeast Funding Alliance, Inc. |
| 7331-190 | Ownit Mortgage Solutions, Inc. |
| 7331-191 | United Bank |

| | |
|---|---|
| 7331-192 | BSM Financial LP |
| 7331-193 | Apreva Financial Corporation |
| 7331-194 | Extol Mortgage Services, Inc. |
| 7331-195 | American Federal Mortgage Corporation |
| 7331-196 | Baltimore American Mortgage Corporation Inc. |
| 7331-197 | Mortgageline Funding Corporation |
| 7331-198 | Sunset Mortgage Co. |
| 7331-199 | U.S. Lending Group, Inc. |
| 7331-200 | Home Loan Center |
| 7331-201 | LendSource, Inc. |
| 7331-202 | Geneva Mortgage Corp. |
| 7331-203 | Wausau Mortgage Corporation |
| 7331-204 | Colony Mortgage Lenders, Inc. |
| 7331-205 | CHL Mortgage Group |
| 7331-206 | Amera Mortgage Corportation |
| 7331-207 | Shasta Financial Services, Inc. |
| 7331-208 | Prime Financial Corporation |
| 7331-209 | Citimutual Corporation |
| 7331-210 | Hamilton Mortgage Company |
| 7331-211 | Market Street Mortgage Corp. |
| 7331-212 | United Northern Mortgage Bankers, LTD |
| 7331-213 | RMS & Associates |
| 7331-214 | Ascent Home Loans, Inc. |
| 7331-215 | 1st Chesapeake Home Mortgage, LLC |
| 7331-216 | Homefield Financial, Inc. |
| 7331-217 | Trinity Mortgage Assurance Corporation |
| 7331-218 | Nations First Lending, Inc. |
| 7331-219 | National Bank of Arkansas in North Little Rock |
| 7331-220 | Pacific Community Mortgage Inc. |
| 7331-221 | Delta Home Loans, Inc. |
| 7331-222 | Fairmont Funding Ltd. |
| 7331-223 | American Mortgage Corporation |
| 7331-224 | Royal Pacific Funding Corporation |
| 7331-225 | Home Loan Specialists, Inc. |
| 7331-226 | Mountain West Financial, Inc. |
| 7331-227 | Maribella Mortgage LLC |
| 7331-228 | The Lending Company, Inc. |
| 7331-229 | NV Mortgage, Inc. |
| 7331-231 | Security Mortgage Inc. |
| 7331-232 | AmericaHomeKey, Inc. |
| 7331-233 | Guaranteed Rate, Inc. |
| 7331-234 | Resource Mortgage Banking, LTD. |
| 7331-235 | CMG Mortgage, Inc. |
| 7331-236 | Resource Bank |
| 7331-237 | Bayrock Mortgage Corporation |
| 7331-238 | Coastal Capital Corp. |
| 7331-239 | Collection of Defaulted Unsecured Second-Lien Loans |
| 7331-240 | U.S. Bank |
| 7331-241 | Beverly Hills Estate Funding, Inc. |
| 7331-242 | Gaines, Fannie Mari |
| 7331-243 | Transnation Title Insurance Company |
| 7331-244 | Accredited Home Lenders Holding Co. |
| 7331-245 | Evergreen Moneysource Mortgage Company |
| 7331-246 | Lira Financial |
| 7331-247 | MortgageClose.com |
| 7331-248 | Fairway Independent Mortgage Corporation |
| 7331-249 | 1st Advantage Mortgage |
| 7331-250 | American Partners Bank |
| 7331-251 | D&M Financial |
| 7331-252 | Diablo Funding Group, Incorporated |
| 7331-253 | First Estate Funding Corp. |

| | |
|---|---|
| 7331-254 | Heritage Plaza Mortgage, Inc. |
| 7331-255 | Home Loan Mortgage Corporation |
| 7331-256 | JLM Direct Funding |
| 7331-257 | NINA Funding Solutions, Inc. |
| 7331-258 | Paragon Home Lending, LLC |
| 7331-259 | Pemm. Tek Mortgage Services, LLC |
| 7331-260 | RMR Financial, LLC |
| 7331-261 | Solutions Funding, Inc. |
| 7331-262 | Sutton Bank |
| 7331-263 | The New York Mortgage Company, LLC |
| 7331-264 | The New York Mortgage Co., a division of Indymac Bank |
| 7331-265 | Trian LLC |
| 7331-266 | Trojan Lending, Inc. |
| 7331-267 | Universal American Mortgage Company, LLC |
| 7331-268 | Valley Vista Mortgage, Inc. |
| 7331-269 | Vision Mortgage LLC |
| 7331-270 | Passarelli & Potts Appraisal Service, Inc. |
| 7331-271 | Wells Fargo As Trustee |
| 7331-272 | Premier Mortgage Capital of Virginia |
| 7331-273 | Bayporte Enterprises (d/b/a Bayporte Financial) |
| 7331-274 | Alliance Mortgage Banking Corp. (d/b/a/ Prestige Home Equities) |
| 7331-275 | American Southwest Mortgage Corp. |
| 7331-276 | Central Pacific Mortgage Company |
| 7331-277 | Jersey Mortgage Company of New Jersey Inc. |
| 7331-278 | Franklin Bank S.S.B. |
| 7331-279 | Sunsets Mortgage Company, LP |
| 7331-280 | Prime Mortgage Company |
| 7331-281 | Mason Dixon Funding, Inc. |
| 7331-282 | Alterna Mortgage Company |
| 7331-283 | American Mortgage Express Financial |
| 7331-284 | American Mortgage Specialists, Inc. |
| 7331-285 | Arlington Capital Mortgage Corporation |
| 7331-286 | Avenya, Inc. |
| 7331-287 | Centennial Mortgage and Funding, Inc. |
| 7331-288 | Chase Manhattan Bank |
| 7331-289 | Lancaster Mortgage Bankers LLC |
| 7331-290 | NFM, Inc. |
| 7331-291 | Oceans Funding Company, Inc. |
| 7331-292 | Olympia |
| 7331-293 | Preferred Financial Group, Inc. |
| 7331-294 | RBC Mortgage Company |
| 7331-295 | Republic Mortgage Home Loans, LLC |
| 7331-296 | Sea Breeze Financial Services, Inc. |
| 7331-297 | Stonecreek Funding Corporation |
| 7331-298 | Tower Mortgage & Financial Services, Corp. |
| 7331-299 | HomeServices Lending |
| 7331-300 | Congressional Funding USA LLC |
| 7331-301 | CP Realty & Mortgage Inc. |
| 7331-302 | Reliable Mortgage, LLC. |
| 7331-303 | First Financing Group, Inc. |
| 7331-304 | Lakeview Financial Group, Inc. |
| 7331-305 | Apex Financial Group, Inc. |
| 7331-306 | Montgomery Capital Corporation |
| 7331-307 | Southwest Capital Corp. |
| 7331-308 | National City Mortgage |
| 7331-309 | A-M-S Mortgage Services, Inc. |
| 7331-310 | NNJR Group Inc. |
| 7331-311 | Cueva & Associates Inc. |
| 7331-312 | ALG Real Estate Services, LLC |
| 7331-313 | Velocity Lending LLC |
| 7331-314 | Premier Mortgage Company, Inc. |

| | |
|---|---|
| 7331-315 | HMLNSUSA Inc. |
| 7331-316 | Patriot Mortgage Company, Inc. |
| 7331-317 | The Columbia Bank |
| 7331-318 | First Universal Network, Inc. |
| 7331-319 | Southern Star Mortgage Corp. |
| 7331-320 | Novelty Realty Inc. |
| 7331-321 | Mortgage Teammates of Florida, Inc. |
| 7331-322 | Asset Direct Mortgage LLC |
| 7331-323 | Mortgages Unlimited, LC |
| 7331-324 | Windgate Financial, LLC |
| 7331-325 | Prime Rate Funding Group, Inc. |
| 7331-326 | McMillin Real Estate & Mortgage Co., Inc. |
| 7331-327 | Signature Financial, Inc. |
| 7331-328 | Superior Mortgage Inc. |
| 7331-329 | Ameribanq Mortgage Group, LLC. |
| 7331-330 | America One Finance, Inc. |
| 7331-500 | Proof of Claims - Administration |
| 7331-501 | AMBAC Assurance Corporation vs. Lehman Brothers Derivative Products |
| 7331-503 | AMBAC Assurance Corporation vs. Lehman Brothers Holdings Inc. |
| 7331-511 | Citibank, N.A. In its Capacity as Trustee vs. Lehman Brothers |
| 7331-513 | Citimortgage Inc. vs. Lehman Brothers Holdings Inc. |
| 7331-515 | Federal National Mortgage Associate vs. Lehman Brothers Holdings Inc. |
| 7331-517 | HSBC Bank USA, National Association vs. Lehman Brothers Holdings Inc. |
| 7331-518 | ING Bank, FSB vs. Lehman Brothers Holdings Inc. |
| 7331-522 | Syncora Guarantee Inc. vs. Lehman Brothers Holdings Inc. |
| 7331-524 | U.S. Bank National Association vs. Lehman Brothers Holdings Inc. |
| 7331-525 | Wells Fargo Bank, NA as Trustee vs. LBHI |
| 7331-526 | Wilmington Trust Company, as Trustee vs. Lehman Brothers Holdings |
| 7331-527 | AMBAC Assurance Corporation vs. Lehman Brothers Special Financing |
| 7331-529 | AMBAC Assurance Corporation vs. Structured Asset Securities |
| 7331-532 | Bank of America NA vs. LBHI |
| 7331-533 | Bank of America NA vs. SASCO |
| 7331-534 | Citibank, N.A. vs. Structured Asset Securities Corporation |
| 7331-535 | Citibank, N.A. In its Capacity as Trustee vs. Structured Asset |
| 7331-536 | Citigroup Global Markets Ltd. vs. Structured Asset Securities |
| 7331-538 | HSBC Bank USA, National Association vs. Structured Asset Securities |
| 7331-549 | U.S. Bank National Association vs. Structured Asset Securities |
| 7331-550 | Wells Fargo Bank, NA as Trustee vs. SASCO |
| 7331-551 | Wells Fargo Bank, NA vs. LBHI |
| 7331-552 | Wilmington Trust Company, in its Capacity as Trustee vs. Structured |
| 7331-553 | Arch Bay Holdings LLC-Series 2008B v. Lehman Brothers Holdings Inc. |
| 7331-554 | Carlyle Mortgage Capital LLC v. Lehman Brothers Holdings Inc. |
| 7331-556 | Deutsche Bank National Trust Company as custodian v. Lehman Brothers |
| 7331-559 | The Bank of New York Mellon, as Trustee v. Lehman Brothers Holdings |
| 7331-560 | Carlyle Mortgage Capital LLC v. Structured Asset Securities |
| 7331-561 | The Bank of New York Mellon, as Trustee v. Structured Asset |
| 7331-566 | MidFirst Bank v. Lehman Brothers Holdings Inc. |
| 7331-568 | Wachovia Bank, National Association v. Lehman Brothers Holdings Inc. |
| 7331-569 | Federal Home Loan Mortgage Corporation (Freddi Mac) v. Lehman |
| 7331-570 | Federal Home Bank of Chicago v. Lehman Brothers Holdings Inc. |
| 7331-571 | BRNP Holdings, LLC v. Lehman Brothers Holdings Inc. |
| 7331-572 | PHH Mortgage Corporation |
| 7331-573 | Federal Home Loan Bank of Pittsburgh vs. Lehman Brothers Holdings |
| 7331-574 | Virtus Investment Partners v. SASCO. |
| 7331-575 | EverBank vs. Lehman Brothers Holdings Inc. |
| 7331-576 | UAL Diversified Bond Fund v. Lehman Brothers Commercial Corporation. |
| 7331-577 | UAL Diversified Bond Fund v. Lehman Brothers Holdings Inc. |
| 7331-578 | Boilermaker-Blacksmith Natl Pension v. Structured Asset Securities |
| 7331-579 | Litton Loan Servicing, LP v. Lehman Brothers Holdings Inc. |
| 7331-580 | Government National Mortgage Association v. Lehman Brothers Holdings |
| 7331-581 | Federal Home Loan Bank of Pittsburgh v. SASCO |