# Exhibit F

Copies of invoices over $1,000.00



Subpoena Processing
Department
P.O. Box 29728
MAC S3928-020
Phoenix, AZ 85038-9728

January 24, 2011

<u>Via Facsimile (303)893-6110</u>
Matthew Spohn
Reilly Pozner LLP
511 Sixteenth St., Suite 700
Denver, Co. 80202

    Re: Subpoena
    Case No.: CV0903787GAFAJWX
    Case Name: United California Systems International
    Bank Reference No.: 1282743

Dear Mr Spohn:

Wells Fargo Bank, N. A. ('Wells Fargo') is in receipt of the subpoena in the above referenced matter.

Our preliminary research and review of your subpoena indicates the estimated total cost of the document production is $2395.00. Where estimate exceeds $100.00, Wells Fargo requires written authorization and confirmation of agreement to pay for the record production. Records will be released upon receipt of a copy of the check issued in payment via fax. If the estimated cost exceeds $1,000.00, please forward one half (50%) of the total estimated cost to begin document production. This is only an estimate. Wells Fargo remains receptive to further negotiation regarding the actual document production.

Your signature below acknowledges the estimated cost of production responsive to the subpoena and your agreement to pay Wells Fargo the full amount owed upon final production. Please sign and fax to the representative named below to begin your document production.

Please be advised that Wells Fargo will take all measures permitted under local, state and federal rules of law to recover expenses associated with this document production.

Sincerely,
(Dictated, Not Signed)

Diana Adams
Representative
Desk (480) 724-2054
Fax (480) 724-5106
Hours of Operation: 8:30a.m. to 5:00p.m. MST (No Daylight Saving Time)



Subpoena Processing Department
P.O. Box 29728
MAC S3928-020
Phoenix, AZ 85038-9728

Page 2

Case No.: CV0903787GAFAJWX
Case Name: United California Systems International
Bank Reference No.: 1282743

Initial each box.

☐  1. I am the party responsible for issuance of the above named subpoena. I have authority to make the statements below:

☐  2. I am aware that the estimated expense of the document production responsive to the subpoena issued is $          .

☐  3. If this cost exceeds $1,000.00, I have attached a supporting documentation (copy of the check issued) that one half the estimated cost has been mailed to the Legal Order Processing Department of Wells Fargo Bank, N.A.

☐  4. I further agree to pay the remaining balance of all documents produced within 30 days of final production.

_____
Attorney signature

_____
State and Bar number

# INVOICE

## Veritext Los Angeles Reporting Co.
## A Veritext Company

550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 213-623-5007

**Bill To:** Glen Roper
Reilly Pozner LLP
511 Sixteenth Street
Suite 700
Denver, CO 80202

| | |
|---|---|
| Invoice #: | CA75879 |
| Invoice Date: | 12/29/2010 |
| Balance Due: | $ 1,617.70 |
| Ambassador #: | 270,579 |

| | |
|---|---|
| Case: | Lehman Brothers Holdings, Inc. v. Wall Street Mortgage |
| Job #: | 64331  \|  Job Date: 11/09/2010  \|  Delivery: Normal |
| Billing Atty: | Glen Roper |
| Location: | Friedman Harfenist Kraut |
| | 3000 Marcus Ave \| Suite 2E1 \| Lake Success, NY 11042 |
| Sched Atty: | Glen Roper \| Reilly Pozner |

| | |
|---|---|
| Client Billing/Matter # | 7331-116 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Michael Rabin | Original & 2 Certified Transcripts | Page | 68.00 | $8.50 | $578.00 |
| 2 | | Exhibits | per page | 160.00 | $0.65 | $104.00 |
| 3 | | CD Depo | Per CD | 2.00 | $34.00 | $68.00 |
| 4 | | Transcript Handling | | 1.00 | $45.00 | $45.00 |
| 5 | Dale Ng | Original & 2 Certified Transcripts | Page | 67.00 | $8.50 | $569.50 |
| 6 | | Exhibits | per page | 8.00 | $0.65 | $5.20 |
| 7 | | CD Depo | Per CD | 2.00 | $34.00 | $68.00 |
| 8 | | Transcript Handling | | 1.00 | $45.00 | $45.00 |
| 9 | | Attendance Fee-(appearance) | | 1.00 | $100.00 | $100.00 |
| 10 | | Shipping | Package | 1.00 | $35.00 | $35.00 |
| | Notes: | | | | Invoice Total: | $1,617.70 |
| | | | | | Payment: | |



**Resolute Systems, LLC**
1550 N. Prospect Ave.
Milwaukee, WI 53202

| Number: | IN000088577 |
|---|---|
| Page: | 1 |
| Date: | 01/19/2011 |

7331-188

| Sold To: | |
|---|---|
| Matthew Spohn | |
| Reilly Pozner LLP | |
| The Kittredge Building | |
| 511 Sixteenth Street, Suite 700 | |
| Denver, CO 80202 | |

| Conference Date: | 01/18/2011 |
|---|---|
| Services Rendered: | MED |
| Resolute Neutral: | Gerlach |

| Client | Customer No. | Claim/File # | Resolute Matter # | Terms |
|---|---|---|---|---|
| LEHMAN BROTHERS INC. | 1136389 | | 3631695 | NET |

| Item No. | Description/Comments | Quantity | UOM | Unit Price | Amount |
|---|---|---|---|---|---|
| HOURLY | Conference Time  Judge Gerlach's mediation fees | 8.00000 | HOURS | 150.000000 | 1,200.00 |

PLEASE PAY THE FULL AMOUNT OF THIS INVOICE,
THE FEES HAVE ALREADY BEEN DIVIDED.

Remit To:
Resolute Systems, LLC
1550 N. Prospect Ave.
Milwaukee, WI 53202

Telephone: 800-776-6060   Tax ID #: 84-1714552

| | |
|---|---|
| Subtotal before taxes | 1,200.00 |
| Total taxes | 0.00 |
| Total amount | |
| Amount due | 1,200.00 |

Invoice



# First Legal Investigations

Mail Payments to:
First Legal Investigations
P. O. Box 26336
Los Angeles, CA 90026

**invoice**

| INVOICE NUM | CUSTOMER |
|---|---|
| 19458 | 97409 |
| INVOICE DATE | INV AMOUNT |
| 1/15/11 | 1,493.48 |

REILLY POZNER LLP
511 SIXTEENTH STREET
SUITE 700
DENVER, CO 80202

BILLING QUESTIONS CALL:
JASON G. (714) 550-1375
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 402-9007

| TAX ID# 91-2199437 | CUSTOMER | INVOICE | PERIOD END | AMOUNT | PAGE | |
|---|---|---|---|---|---|---|
| | 97409 | 19458 | 1/15/11 | 1,493.48 | 1 | FIRST LEGAL INVESTIGATION |
| 1/06/11 LOCATE  O19  E113 | 327795 | LOC | 12523 CABALLERO CT/VICTORVILLE 511 SIXTEENTH ST, DENVER CO 80203 Caller: Jennifer Musgrav C10-00402 Lehman v CMG Mortgage USDC A/P 1-12 Signed: STAKED/SERVED | John Russell Magbual Jr 14073 Diamond St HESPERIA CA 92345 Personal only advance $ 77.30  7331-247 Ref: LEHMAN V CMG MORTGAGE | PROCESS : 168.00 ATMPT/ADD : 118.75 SURVEIL : 1012.50 MILEAGE : 109.20 ADV FEE : 77.30 CHECK CHG : 7.73 | | 1,493.48 |

Invoice Amount: 1,416.18
Fees Advanced: 77.30
Total Amount Due: 1,493.48

Please pay-> 1,493.48

**INVOICE PAYMENT DUE UPON RECEIPT**

9-55-mg    Doc 15797-6    Filed 04/08/11    Entered 04/08/11 16:31:50    Exhibit F
Pg 7 of 20



SUBPOENA PROCESSING DEPARTMENT
P. O. BOX 29728
MAC# S3928-020
PHOENIX, AZ 85038-9728

December 01, 2010

MATTHEW SPOHN
REILLY POZNER LLP
511 SIXTEENTH ST., SUITE 700
DENVER, CO 80202-

RE:                        FEDERAL CIVIL SUBPOENA
SERVED NAME:               HOME CAPITAL FUNDING DBA HARBOR CAPITAL GROUP
AGENCY CASE #:             309CV0859WQHBLM
BANK REFERENCE #: 1282749-104265

## INVOICE - PAYMENT REQUEST

Dear Matthew Spohn:

This invoice is for costs incurred by Wells Fargo for the production of documents requested on the above referenced legal order. Please remit payment to the above address and include the above bank reference number to ensure proper credit.

### BILLING DETAILS

|  | Items | Items Charge | Hours | Hours Charge | Total Charge |
|---|---|---|---|---|---|
| Film Copies: | 0 | $0.00 | 0.00 | $0.00 | $ 0.00 |
| Image Copies: | 0 | $0.00 | 0.00 | $0.00 | $ 0.00 |
| **Other Items** | | | | | |
| Statements: | 416 | | | | $ 832.00 |
| Other Copies: | 0 | | | | $ 0.00 |
| Production Hours: | 17.3 | | | | $ 432.50 |
| Postage Charge: | | | | | $ 4.90 |
| Total Amount Billed: | | | | | $ 1,269.40 |

*[handwritten annotations: 203011  30.11 / 203031  34.11 / 1333.62]*

Please contact us at (480) 724-2013 if you have any questions.

Sincerely,

*[signature]*

Subpoena Processing Department

## Californsics

2281 Lava Ridge Court, Suite 130
Roseville, CA 95661
Tax I.D. No. 20-2131520

*Invoice submitted to:*
Michael Rollin
Reilly Pozner & Connelly, LLP
511 Sixteenth St, Ste 700
Denver, CO 80202

September 17, 2010

*In Reference To:* Service of Process on Inter Mtn Mtg/Lucas

Invoice #10616

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/8/2009-PH<br>6/12/2009 | Case management/supervision<br>Emails to/from attorney; assign research to EH re: Lucas; review and revise research report; telephone calls to/from attorney; emails to locate associate to perform service of process. | 2.75<br>225.00/hr | 618.75 |
| 6/9/2009 EH | Research<br>Research potential location of Gregory Lucas for service; attempt to verify addresses via phone; draft summary of research.<br>Lucas | 3.50<br>95.00/hr | 332.50 |
| 6/17/2009 PH | Email<br>Receive message from process server and email attorney. | 0.25<br>225.00/hr | 56.25 |
| 6/23/2009 PH | Email<br>Emails to/from attorney re status. | 0.25<br>225.00/hr | 56.25 |
| 6/29/2009 PH | Email<br>Email to/from attorney re staus. | 0.25<br>225.00/hr | 56.25 |
| 7/7/2009-PH<br>7/10/2009 | Research<br>Telephone call with attorney; do further research on Lucas in AZ; find associate for service of process; prepare request package and email; emails to/from process server. | 2.25<br>225.00/hr | 506.25 |
| 7/13/2009-PH<br>7/15/2009 | Email<br>Emails to/from process servers; receive and review proof of attempted service in mail. | 0.75<br>225.00/hr | 168.75 |
| 7/21/2009-PH<br>7/22/2009 | Research<br>Emails and telephone calls to/from attorney re: status and further research; prepare 2nd request for service at Penn. Lane, Glendora, address. | 1.25<br>225.00/hr | 281.25 |

916-789-1602

Michael Rollin                                                                                              Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/29/2009 | PH | Research<br>Emails to/from attorney and process servers; line up separate servers in NV if Glendora service unsuccessful. | 1.00<br>225.00/hr | 225.00 |
| 8/5/2009-PH<br>8/10/2009 |  | Email<br>Email process server in Glendora; telephone call and email to server in NV with instructions; emails to/from assistant regarding telephone calls to Glendora; receive email from NV re successful service; receive email from Glendora re successful service; emails to/from attorney. | 2.25<br>225.00/hr | 506.25 |
| 8/6/2009 | CW | Other<br>Telephone call to Glendora process server and email to PH. | 0.33<br>95.00/hr | 31.67 |
|  |  | **For professional services rendered** | **14.83** | **$2,839.17** |

Additional Charges :

|  |  |  | Qty/Price |  |
|---|---|---|---|---|
| 7/23/2009 - | CW | Misc Expense<br>Service of process fee for attempt in AZ. | 1<br>75.00 | 75.00 |
| - | CW | Misc Expense<br>Service of process fee for attempt at Wabash Ave., Glendora CA. | 1<br>75.00 | 75.00 |
| 8/10/2009 - | CW | Misc Expense<br>Service of process fee for Inter Mountain Mtg registered agent in Reno. | 1<br>100.00 | 100.00 |
| - | CW | Misc Expense<br>Service of process fee for Lucas at 805 N. Penn Lane, Glendora | 1<br>75.00 | 75.00 |
|  |  | **Total costs** |  | **$325.00** |
|  |  | **Total amount of this bill** |  | **$3,164.17** |
|  |  | Balance due |  | $3,164.17 |

# INVOICE

## Veritext Los Angeles Reporting Co.
## A Veritext Company

550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 213-623-5007

**Bill To:** Matthew Spohn Esq
Reilly Pozner LLP
511 Sixteenth Street
Suite 700
Denver, CO 80202

| | |
|---|---|
| Invoice #: | CA73255 |
| Invoice Date: | 11/23/2010 |
| Balance Due: | $ 1,917.95 |
| Ambassador #: | 29,263 |

| | |
|---|---|
| Case: | Lehman Brothers Holdings, Inc. v. Guaranty Bank |
| Job #: | 64263  \|  Job Date: 11/10/2010  \|  Delivery: Normal |
| Billing Atty: | **Matthew Spohn Esq** |
| Location: | Guaranty Bank, FSB |
| | 4000 West Brown Deer Rd \| Brown Deer, WI 53209 |
| Sched Atty: | Matthew Spohn Esq \| Reilly Pozner |

| | |
|---|---|
| Client Billing/Matter #: | 7331-186 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Jan Capito | Original & 1 Certified Transcript | Page | 318.00 | $4.95 | $1,574.10 |
| 2 | | Attendance Fee-(appearance) | | 1.00 | $75.00 | $75.00 |
| 3 | | Exhibit scanning | Per page | 471.00 | $0.35 | $164.85 |
| 4 | | CD Depo | Per CD | 1.00 | $34.00 | $34.00 |
| 5 | | Transcript Handling | | 1.00 | $45.00 | $45.00 |
| 6 | | Shipping | Package | 1.00 | $25.00 | $25.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $1,917.95 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $1,917.95 |

Fed. Tax ID: 20-3132569           Term: Net 30

**TERMS** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:  **Veritext**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | CA73255 |
| Job #: | 64263 |
| Invoice Date: | 11/23/2010 |
| Balance: | $1,917.95 |

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

# INVOICE

**Veritext Los Angeles Reporting Co.**
A Veritext Company
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 213-623-5007

**Bill To:** Matthew Spohn Esq
Reilly Pozner LLP
511 Sixteenth Street
Suite 700
Denver, CO 80202

**Invoice #:** CA73263
**Invoice Date:** 11/23/2010
**Balance Due:** $ 1,782.50
**Ambassador #** 29,263

**Case:** Lehman Brothers Holdings, Inc. v. Guaranty Bank
**Job #:** 64263 | **Job Date:** 11/10/2010 | **Delivery:** Normal
**Billing Atty:** Matthew Spohn Esq
**Location:** Guaranty Bank, FSB
4000 West Brown Deer Rd | Brown Deer, WI 53209
**Sched Atty:** Matthew Spohn Esq | Reilly Pozner

**Client Billing/Matter #** 7331-186

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Jan Capito | Video Services | Hour | 9.50 | $185.00 | $1,757.50 |
| 2 |  | Shipping | Package | 1.00 | $25.00 | $25.00 |

**Notes:**

**Invoice Total:** $1,782.50
**Payment:**
**Credit:**
**Interest:** $0.00
**Balance Due:** $1,782.50

Fed. Tax ID: 20-3132569    Term: Net 30

**TERMS** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to: **Veritext**
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** CA73263
**Job #:** 64263
**Invoice Date:** 11/23/2010
**Balance:** $1,782.50

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

# INVOICE

## Veritext Los Angeles Reporting Co.
## A Veritext Company

550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 213-623-5007

**Bill To:** Matthew Spohn Esq
Reilly Pozner LLP
511 Sixteenth Street
Suite 700
Denver, CO 80202

| | |
|---|---|
| Invoice #: | CA74267 |
| Invoice Date: | 12/07/2010 |
| Balance Due: | $ 1,042.50 |
| Ambassador #: | 26,265 |

| | |
|---|---|
| Case: | Lehman Brothers Holdings, Inc. v. Guaranty Bank |
| Job #: | 64265  \|  Job Date: 11/12/2010  \|  Delivery: Normal |
| Billing Atty: | **Matthew Spohn Esq** |
| Location: | Guaranty Bank, FSB |
| | 4000 West Brown Deer Rd \| Brown Deer, WI 53209 |
| Sched Atty: | Matthew Spohn Esq \| Reilly Pozner |

| | |
|---|---|
| Client Billing/Matter #: | 7331-186 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Kim Newby | Video Services | Hour | 5.50 | $185.00 | $1,017.50 |
| 2 | Donna Gibson | Shipping | Package | 1.00 | $25.00 | $25.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $1,042.50 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $1,042.50 |

Fed. Tax ID: 20-8132569          Term: Net 30

**TERMS** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

# INVOICE

**Veritext Los Angeles Reporting Co.**
**A Veritext Company**
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 213-623-5007

**Bill To:** Matthew Spohn Esq
Reilly Pozner LLP
511 Sixteenth Street
Suite 700
Denver, CO 80202

| | |
|---|---|
| Invoice #: | CA73966 |
| Invoice Date: | 12/06/2010 |
| Balance Due: | $ 1,551.25 |
| Ambassador # | 29,264 |

| | |
|---|---|
| Case: | Lehman Brothers Holdings, Inc. v. Guaranty Bank |
| Job #: | 64264  |  Job Date: 11/11/2010  |  Delivery: Normal |
| Billing Atty: | Matthew Spohn Esq |
| Location: | Guaranty Bank, FSB
4000 West Brown Deer Rd | Brown Deer, WI 53209 |
| Sched Atty: | Matthew Spohn Esq | Reilly Pozner |

| | |
|---|---|
| Client Billing/Matter # | 7331-186 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Paul Guardalabene | Video Services | Hour | 8.25 | $185.00 | $1,526.25 |
| 2 | Jeff Cwiklinski | Shipping | Package | 1.00 | $25.00 | $25.00 |

**Notes:** 3rd deponent: Michael Desorcy

| | |
|---|---|
| Invoice Total: | $1,551.25 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $1,551.25 |

Fed. Tax ID: 20-3132569     Term: Net 30

**TERMS** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Invoice**

1515 Arapahoe, Tower 3, Suite 400 Denver, CO 80202
Tel 303.305.4042  Fax 303.534.0741

*allonhill*

Page: 1
Number: 0000000586
Date: 12/10/2010
Salesperson:
Customer: REI001

Contact: Matthew D. Spohn

**Bill To**
Reilly Pozner LLP
511 16th St Suite 700
Denver, CO 80202  USA

| Job Code | Customer ID | Terms |
|---|---|---|
| MEE1010-002 | | Due Upon Receipt |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| Due Diligence | Loan Review | 30.00 Loans | 225.00 | 6,750.00 |
| Lexis-Nexis | | 34.00 Each | 20.00 | 680.00 |
| Other | Pacer | 2.00 Each | 25.00 | 50.00 |
| Credit Reports | | 37.00 Each | 10.00 | 370.00 |
| Other | TWN | 5.00 Each | 15.00 | 75.00 |

Please remit payment to the above address or wire to UMB Bank
Allonhill Account #6971814717 ABA#107001067
If you have any questions please email crhule@allonhill.com

| | |
|---|---|
| Subtotal | 7,925.00 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| Trade Discount | 0.00 |
| Retention | 0.00 |
| Balance | 7,925.00 |

# ElectronicLegal

518 17th Street, Suite 305
Denver, CO 80202

Phone #   303-209-0911
Web Site   www.electroniclegal.com

# Invoice

| Date | Invoice # |
|---|---|
| 11/1/2010 | S4305 |

Tax ID# 20-8159422

| Bill To | Ship To |
|---|---|
| Reilly Pozner LLP<br>511 16th Street, Suite 700<br>Denver, CO 80202 | Reilly Pozner LLP<br>511 16th Street, Suite 700<br>Denver, CO 80202 |

| P.O. Number | Rep | Job # | Terms | Customer | Due Date |
|---|---|---|---|---|---|
| 7331-247 | DW | J000959 | Net 15 | Kathy Porter | 11/16/2010 |

| Item | Description | Quantity | Price Each | Extended Cost |
|---|---|---|---|---|
| Blowbacks | | 9,864 | 0.08 | 789.12 |
| Custom Tabs | | 368 | 0.50 | 184.00 |
| Binder 3" | | 22 | 12.00 | 264.00 |

*TRIAL EXHIBIT NOTEBOOKS* (handwritten)

|  |  |
|---|---|
| Subtotal | $1,237.12 |
| Sales Tax (7.72%) | $95.50 |
| **Total** | **$1,332.62** |

Customer Signature _[signature]_

Please make checks payable to ELS, LLC

Accounts 30 days or more past due are subjuect to 1.5% monthly finance charge

# Jonathan Club
545 South Figueroa Street
Los Angeles, CA 90071-1704
(213) 624-0881

**Statement Date:** 11/08/2010
**Member No.:** 81390-000
**Amount Due:** 1,928.83

☐ Please check here and complete form on reverse if you have a change of address.

MARISSA HUDSON-ARNEY
511  16TH STREET, SUITE 700
DENVER, CA 80202

*Please return upper portion with payment.*
*Retain this portion for your records.*

# STATEMENT

| Account No. | Account Name | Statement Date | Page |
|---|---|---|---|
| 81390-000 | MARISSA HUDSON-ARNEY | 11/08/2010 | 1 |

## Minimum Spending Requirement

| Quarter Ending | Minimum | Amount Spent | Need to Spend |
|---|---|---|---|
| | | | |

## Account Status

| 30 Days Past Due | 60 Days Past Due | 90 Days & Over |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

**NOTE:** This Statement is Due on Presentation. Payments not received by the end of the last business day of the month are not included and are past due. A Finance Charge of 1½% per month (18% per annum) will be charged on past due balances. Past due balances not paid within 20 days from this Statement Date are delinquent and may result in suspended privileges. None of the Club's dues, fees or regular charges are deductible as charitable contributions for income tax purposes.

| Date | Reference | Description | Amount | + Serv. Ch. + | Tax = | Charges | Credits/Pmts |
|---|---|---|---|---|---|---|---|
| 11/08/2010 | 338257 | Banquet TF | 200.00 | .00 | 19.50 | 219.50 | |
| 11/08/2010 | 870817 | Guest Room Charges | 1,709.33 | .00 | .00 | 1,709.33 | |

|   |   |
|---|---|
| Starting Balance | 0.00 |
| Total Payments | .00 |
| Subject to Late Charges | 0.00 |
| Total New Charges | 1,928.83 |
| Total Amount Due | 1,928.83 |

**Payment Address: 545 S. Figueroa St. LA, CA 90071-1704**

**Invoice**  

1515 Arapahoe, Tower 3, Suite 400  Denver, CO 80202
Tel 303.305.4042  Fax 303.534.0741

Page: 1
Number: 0000000498
Date: 10/22/2010
Salesperson:
Customer: REI001

Contact:   Matthew D. Spohn

**Bill To**
Reilly Pozner LLP
511 16th St Suite 700
Denver, CO 80202  USA

| Job Code | Customer ID | Terms |
|---|---|---|
| MEE1010-001 | | Due Upon Receipt |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| Due Diligence | Loan Review | 16.00 Loans | 225.00 | 3,600.00 |
| Lexis-Nexis | | 16.00 Each | 20.00 | 320.00 |
| Credit Reports | | 16.00 Each | 10.00 | 160.00 |
| Other | Pacer | 2.00 Each | 25.00 | 50.00 |
| Other | TWN | 4.00 Each | 15.00 | 60.00 |

Please remit payment to the above address or wire to UMB Bank
Allonhill Account #6971814717 ABA#107001067
If you have any questions please email crhule@allonhill.com

| | |
|---|---|
| Subtotal | 4,190.00 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| Trade Discount | 0.00 |
| Retention | 0.00 |
| Balance | 4,190.00 |

# INVOICE

## Veritext Los Angeles Reporting Co.
## A Veritext Company

550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 213-623-5007

**Bill To:** Glen Roper
Reilly Pozner LLP
511 Sixteenth Street
Suite 700
Denver, CO 80202

| | |
|---|---|
| Invoice #: | CA69270 |
| Invoice Date: | 09/29/2010 |
| Balance Due: | $ 2,045.00 |
| Ambassador # | 262,287 |

| | |
|---|---|
| Case: | Lehman Brothers Holdings, Inc. v. Wall Street Mortgage |
| Job #: | 60167  \|  Job Date: 09/02/2010  \|  Delivery: Normal |
| Billing Atty: | **Glen Roper** |
| Location: | Friedman Harfenist Kraut |
| | 3000 Marcus Ave \| Suite 2E1 \| Lake Success, NY 11042 |
| Sched Atty: | Glen Roper \| Reilly Pozner |

| | |
|---|---|
| Client Billing/Matte | 7331-116 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Keith Kantrowitz | Original & 2 Certified Transcripts | Page | 212.00 | $8.50 | $1,802.00 |
| 2 | | Attendance Fee-(appearance) | | 1.00 | $100.00 | $100.00 |
| 3 | | CD Depo | Per CD | 2.00 | $34.00 | $68.00 |
| 4 | | Transcript Handling | | 1.00 | $45.00 | $45.00 |
| 5 | | Shipping | Package | 1.00 | $30.00 | $30.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $2,045.00 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $2,045.00 |

Fed. Tax ID: 20-3132569     Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.



**ESQUIRE**
Esquire Solutions - Costa Mesa
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 755-1880
Fax (866) 590-3205

**Remit to:**
Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com



### Invoice # PL260702

| | |
|---|---|
| Invoice Date | 10/17/2010 |
| Terms | NET 45 |
| Payment Due | 11/16/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

MARISA HUDSON-ARNEY ,ESQ.
REILLY POZNER, LLP - DENVER
SUITE 700
511 16TH STREET
DENVER, CO 80202

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/30/2010 | LEHMAN BROTHERS HOLDINGS vs. MORTGAGE | 347657 | 10/04/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 09/30/2010, CHAU LAM | |
| COMPLEX ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (121 Pages) | $ 1,149.50 |
| EXHIBITS | $ 63.80 |
| LITIGATION SUPPORT DISK | $ 30.00 |
| ORIGINAL HANDLING FEE | $ 35.00 |
| CONDENSED TRANSCRIPT (25 Pages) | $ 0.00 |
| | $ 1,278.30 |
| DEL-STANDARD | $ 31.75 |
| | $ 31.75 |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 2-DAY EXPEDITED RATE.*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 12/01/2010** | **$ 1,310.05** |
| Amount Due After 12/01/2010 | $ 1,441.05 |

Tax Number: 20-4667049

**Invoice**

Page: 1
Number: 0000000350
Date: 8/2/2010
Salesperson:
Customer: REI001

1515 Arapahoe, Tower 3, Suite 400  Denver, CO 80202
Tel 303.305.4042  Fax 303.534.0741

*allonhill*

Contact:    Matthew D. Spohn

**Bill To**

Reilly Pozner LLP
511 16th St Suite 700
Denver, CO 80202   USA

| Job Code | Customer ID | Terms |
|---|---|---|
| MEE0610-001 | | Due Upon Receipt |

| Item | Description | Quantity | | Price | Amount |
|---|---|---|---|---|---|
| Due Diligence | Loan Review | 51.00 | Loans | 225.00 | 11,475.00 |
| Lexis-Nexis | Lexis-Nexis | 47.00 | Each | 20.00 | 940.00 |
| Fraud | Fraud Guard | 53.00 | Each | 25.00 | 1,325.00 |
| Other | Pacer | 5.00 | Each | 25.00 | 125.00 |
| Other | TWN | 10.00 | Each | 15.00 | 150.00 |

Please remit upon receipt to the above address to wire to Wells Fargo Bank Allonhill, LLC
Operating Account #1838637856 ABA#121000248
If you have any questions please email crhule@allonhill.com

| | |
|---|---|
| Subtotal | 14,015.00 |
| Freight | 0.00 |
| Sales Tax | 0.00 |
| Trade Discount | 0.00 |
| Retention | 0.00 |
| Balance | 14,015.00 |