210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings, Inc.          Case No.  08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Bank Julius Baer & Co. Ltd. | UBS AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Bank Julius Baer & Co. Ltd.
Legal Products & Services
P.O. Box, CH-8010 Zurich, Switzerland
Fax +41 58 887 0008

Court Claim # if known)    59233
Amount of Claim:    Note: This is a Partial Transfer of Claim. See Attached Evidence of Transfer of Claim for Details. This Amends Docket No. 15032.

Date Claim Filed:    10/30/2009

Phone:  + 41 58 887 7336
Email:  patrik.roos@juliusbaer.com
Last Four Digits of Acct #:   n/a

Phone:
Last Four Digits of Acct #:    n/a

Name and Address where transferee payments should be sent (if different from above):
Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  Davis Polk & Wardwell LLP as counsel for Transferee     Date: 4/8/2011
     /s/ James I. McClammy
     James I. McClammy

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

    For value received, the adequacy and sufficiency of which are hereby acknowledged, **UBS AG, Bahnhofstrasse 45, CH-8001 Zurich** ("Transferor") unconditionally and irrevocably transferred to **Bank Julius Baer & Co. Ltd, P.O. Box, CH-8010 Zurich** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

    Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

    IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 22th day of March 2011 (Amendment of initial defective Transfer dated 4 March 2011 due to incorrect currency denomination on ISIN XS0232035534 / Docket Number 15032 Date 03/15/11)

UBS AG
By: _____
Name: Hugo Koller
Title:   Director

By: _____
Name: Jean-Claude Besson
Title:   Associate Director



## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0232035534 | 59233 | October 30, 2009 | Lehman Brothers Treasruy BV | CHF 100'000.00 out of CHF 5'365'000.00 |
| XS0232035880 | 59233 | October 30, 2009 | Lehman Brothers Treasruy BV | EUR 150'000.00 out of EUR 3'958'000.00 |
| XS0232364868 | 59233 | October 30, 2009 | Lehman Brothers Treasruy BV | EUR 20'000.00 out of EUR 1'532'000.00 |
| XS0248142894 | 59233 | October 30, 2009 | Lehman Brothers Treasruy BV | EUR 50'000.00 out of EUR 5'087'000.00 |
| XS0251909478 | 59233 | October 30, 2009 | Lehman Brothers Treasruy BV | Units 1'000 out of 15'197 |
| XS0326427480 | 59233 | October 30, 2009 | Lehman Brothers Securities NV | CHF 164'000.00 out of CHF 25'301'000.00 |
| XS0326542072 | 59233 | October 30, 2009 | Lehman Brothers Securities NV | EUR 200'000.00 out of EUR 2'333'000.00 |
| XS0279424310 | 59233 | October 30, 2009 | Lehman Brothers Treasruy BV | Units 1'000 out of 84'755 |
| ANN5214A6406 | 59233 | October 30, 2009 | Lehman Brothers Securities NV | Units 5 out of 323 |
| XS0340756898 | 59233 | October 30, 2009 | Lehman Brothers Treasruy BV | USD 50'000.00 out of USD 225'000.00 |
| XS0353557233 | 59233 | October 30, 2009 | Lehman Brothers Treasruy BV | USD 120'000.00 out of USD 8'640'000.00 |
| XS0366383387 | 59233 | October 30, 2009 | Lehman Brothers Treasruy BV | USD 100'000.00 out of USD 230'000.00 |