KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
Gregory A. Horowitz
Amy Caton

*Attorneys for The Bank of New York Mellon Trust Company, N.A. as Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————— X
In re:                                                    )
                                                          )
LEHMAN BROTHERS HOLDINGS INC., et al.   )   Chapter 11
                                                          )
                                                          )   Case No. 08-13555
Debtors.                                                )
                                                          )   (Jointly Administered)
                                                          )
———————————————————— X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        :
                                         :ss.:
COUNTY OF NEW YORK   :

Michael A. Makinde, being duly sworn deposes and says:

1.  I am over the age of eighteen years and employed by Kramer Levin Naftalis & Frankel LLP and I am not a party to the above-captioned action.

2.  I served true and correct copies of the ***Joinder Of The Bank Of New York Mellon Trust Company, N.A., As Indenture Trustee, To The Limited Objection Of Certain Operating Company Creditors To Debtors Motion Pursuant To Section 105 Of The Bankruptcy Code And Rule 7026 Of The Federal Rules Of Bankruptcy Procedure For Authorization To Establish And Implement Procedures In Connection With Discovery Related To Plan Confirmation,*** on April 8, 2011 by hand delivery, to the parties listed on the annexed Exhibit A.

    /s/ Michael A. Makinde
    Michael A. Makinde

KL2 2695756.1

Sworn to before me this
8th day of April, 2011

| | |
|---|---|
| /s/Tracey Satz | Tracey Satz |
| Notary Public | Notary Public, State of New York |
| | No. 01SA6140845 |
| | Qualified in Nassau County |
| | Commission Expires September 15, 2014 |

KL2 2695756.1

**Exhibit A**

| | |
|---|---|
| One Bowling Green<br>New York, New York, 10004<br>Courtroom 601<br>Attn: Honorable James M. Peck | Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York, 10153<br>Attn: Irwin H. Warren, Esq. and Randi W. Singer, Esq. |
| Office of the United States Trustee for Region 2<br>33 Whitehall Street, 21st Floor<br>New York, New York, 10004<br>Attn: Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq., and Andrea B. Scwartz, Esq. | Millbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York, 10005<br>Attn: Dennis F. Dunne, Esq., Evan Fleck, Esq., and Dennis O'Donnell, Esq. |