Schuyler G. Carroll
Jeffrey D. Vanacore
PERKINS COIE LLP
30 Rockefeller Center, 25th Floor
New York, NY 10112-0085
212.262.6900
212.977.1649 (facsimile)
scarroll@perkinscoie.com
jvanacore@perkinscoie.com

David M. Miller (*Pro Hac Vice Motion Pending*)
303 E. 17th Avenue, Suite 500
Denver, CO 80203
303.832.2400
303.832.1510 (facsimile)
dmm@kutnerlaw.com

Attorneys for Movants

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X
                                      :
In re:                                :
                                      :
LEHMAN BROTHERS HOLDINGS INC.; LB     :   Chapter 11
ROSE RANCH LLC and PAMI STATLER       :
ARMS LLC,                             :   Case No. 08-13555 (JMP)
                                      :   (Jointly Administered)
                Debtors.              :
                                      :
                                      :
------------------------------------- X

### NOTICE OF ADJOURNMENT OF MOTION OF MOVANTS[1] FOR RELIEF FROM STAY AND MOTION FOR AN ORDER AUTHORIZING EXAMINATION OF DEBTORS PURSUANT TO BANKRUPTCY RULE 2004

---

[1] The "Movants" or "Homeowners" are Jamin Cook, Tiffany Cook, Vaughan Counts, Suzanne Counts, Kevin Craig, Thisha Craig, Charlie Lawson, Sarahliz Lawson, Stephanie Mosher, Steve New, Kori New, Craig Willis, Pamela Willis, Kurt Kornreich, Helen Kornreich, Sohrab Amini, M.D., J. Christine Amini, Neil Ross, Gary Gray, Michael Cryan, Brian Alonge, Daniel Hock, Toni Hock, David Ice, Lisa Ice, Richard Moore, Patrick Nesbitt, Andre Pontin, Julie Pontin, James Vidakovich, The James Vidakovich Revocable Trust, Craig Willis, Pamela Willis, Kristin F. Davis, Joseph S. Davis, Chadwick Mickschl, Sarah Mickschl, Tina Rochowiak, Jamie Prough, Michael Rochwiak, and Martin Rochowiak.

PLEASE TAKE NOTICE that the hearing on the Motion of Movants for Relief from Automatic Stay (docket #15202), which was scheduled for April 13, 2011, at 10:00 a.m., **has been adjourned to May 18, 2011 at 10:00 a.m.**, or as soon thereafter as counsel may be heard.

PLEASE ALSO TAKE NOTICE that the hearing on the Motion of Movants for an Order Authorizing Examination of Debtors Pursuant to Bankruptcy Rule 2004 (docket #15200) which was scheduled for April 13, 2011, at 10:00 a.m., **has been adjourned to May 18, 2011 at 10:00 a.m.**, or as soon thereafter as counsel may be heard.

Both hearings on the Motions will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in the United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408, Room 601.

Dated: New York, New York.
April 8, 2011

PERKINS COIE LLP

By: _/s/ Jeffrey D. Vanacore__

Schuyler G. Carroll
Jeffrey D. Vanacore
PERKINS COIE LLP
30 Rockefeller Center, 25th Floor
New York, NY 10112-0085
212.262.6900
212.977.1649 (facsimile)
scarroll@perkinscoie.com
jvanacore@perkinscoie.com

- and -

David M. Miller (Admitted *Pro Hac Vice*)
303 E. 17th Avenue, Suite 500
Denver, CO 80203
303.832.2400
303.832.1510 (facsimile)
dmm@kutnerlaw.com

Attorneys for Movants