KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Thomas Moers Mayer
Jeffrey S. Trachtman
Craig L. Siegel
Daniel M. Eggermann

*Counsel to the Lehman Singapore Liquidators*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————————————— X
In re:                                                      )
                                                            )
LEHMAN BROTHERS HOLDINGS INC., et al.    )    Chapter 11
                                                            )
                                                            )    Case No. 08-13555
Debtors.                                                    )
                                                            )    (Jointly Administered)
                                                            )
——————————————————————— X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         :
                          :ss.:
COUNTY OF NEW YORK        :

      Michael A. Makinde, being duly sworn deposes and says:

      1.    I am over the age of eighteen years and employed by Kramer Levin Naftalis & Frankel LLP and I am not a party to the above-captioned action.

2.    I served true and correct copies of the ***Limited Objection Of Lehman Singapore Liquidators To Debtors Motion Pursuant To Section 105 Of The Bankruptcy Code And Rule 7026 Of The Federal Rules Of Bankruptcy Procedure For Authorization To Establish And Implement Procedures In Connection With Discovery Related To Plan Confirmation,*** on April 8, 2011 by hand delivery, to the parties listed on the annexed Exhibit A.

                                                                           /s/ Michael A. Makinde
                                                                           Michael A. Makinde

KL2 2695710.1

Sworn to before me this
8th  day of April, 2011

<u>/s/Tracey Satz</u>   Tracey Satz
Notary Public   Notary Public, State of New York
            No. 01SA6140845
            Qualified in Nassau County
            Commission Expires September 15, 2014

KL2 2695710.1

# **Exhibit A**

KL2 2695710.1

One Bowling Green  
New York, New York, 10004  
Courtroom 601  
Attn: Honorable James M. Peck

Weil Gotshal & Manges LLP  
767 Fifth Avenue  
New York, New York, 10153  
Attn: Irwin H. Warren, Esq. and Randi W. Singer, Esq.

Office of the United States Trustee for Region 2  
33 Whitehall Street, 21st Floor  
New York, New York, 10004  
Attn: Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq., and Andrea B. Scwartz, Esq.

Millbank, Tweed, Hadley & McCloy LLP  
1 Chase Manhattan Plaza  
New York, New York, 10005  
Attn: Dennis F. Dunne, Esq., Evan Fleck, Esq., and Dennis O'Donnell, Esq.