Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,     Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Hyposwiss Privatbank AG | UBS AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Hyposwiss Privatbank AG
Schützengasse 4
8021 Zürich
Switzerland

Phone: 0041 71 231 31 16
Last Four Digits of Acct #: _____

Court Claim # (if known): 59233
Date Claim Filed: 30.10.2009
Amount of Claim: USD
Portion of Claim Transferred (see Schedule I): USD 85'000

Phone: + 41 44 235 37 36
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: + 41 71 231 31 31
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: _____
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UBS AG, Bahnhofstrasse 45, CH-8001 Zurich** ("Transferor") unconditionally and irrevocably transferred to **Hyposwiss Privatbank AG, Schützengasse 4, CH-8021 Zurich** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**) of **CHF 85'000** in nominal value/units related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON 22 February 2011.

**UBS AG**

By: _____
Name: Hugo Koller
Title: Director

By: _____
Name: Jean-Claude Besson
Title: Associate Director

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount of Claim related to Security |
|---|---|---|---|---|
| XS0320322901 | 59233 | October 30, 2009 | Lehman Brothers Treasury Co. BV | CHF 85'000 out of CHF 17'798'000.00 |


**St.Galler Kantonalbank**    Zentralsitz

| | | |
|---|---|---|
| Telefon | 071-231 31 31 | St.Leonhardstrasse 25 |
| Telefax | 071-231 32 32 | Postfach |
| Call-Center | 0844 811 811 | 9001 St.Gallen |
| Internet | www.sgkb.ch | |

By Courier
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017, USA

| | |
|---|---|
| Datum | 22.03.2011 |
| u/Ref | Sfca |
| Direktwahl | +41 71 231 34 53 |
| E-mail | sabrina.vitalini@sgkb.ch |
| Direktfax | +41 71 231 31 27 |

**Claim Transfer for Lehman Brothers**

Dear Sir or Madam

Enclosed you receive the form Evidence of Transfer of Claim.

If we do not hear from you, we assume that everything is ok.

Please feel free to contact the above mentioned phone number if you have any questions.

Thank you in advance.

Yours faithfully
St.Galler Kantonalbank

Pascal Schmid              Sabrina Vitalini
Member of Management       Member of Management

**Die in diesem Fax enthaltenen Informationen sind vertraulich und für den exklusiven Gebrauch durch den Empfänger bestimmt.** Alle Personen die diesen Fax erhalten, aber nicht Empfänger oder Mitarbeiter des Empfängers sind, werden informiert, dass **die Benutzung sowie die Veröffentlichung oder Reproduktion dieser Information untersagt** ist! Wenn Sie diese Fax-Mitteilung aufgrund eines Fehlers erhalten haben, sind wir Ihnen sehr dankbar, wenn Sie uns dies telefonisch so schnell wie möglich mitteilen und diesen Fax an uns retournieren. Herzlichen Dank.