B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re <u>Lehman Brothers Holdings, Inc.</u>        Case No. <u>08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Yaokin, Inc.</u> | <u>Lehman Brothers International (Europe)</u> |
| Name of Transferee | <u>(in administration)</u> |
| | Name of Transferor |

Name and Address where notices to transferee should be sent:

<u>1606-1 Osone</u>
<u>Yashio City, Saitama 340-0834</u>
Japan

Court Claim # (if known): <u>that portion of Omnibus Claim 62783 represented by ISIN XS0331472281 listed in the schedule attached to Omnibus Claim 62783.</u>
Amount of Claim: <u>$812,297 (the amount of that portion of Omunibus Claim 62783 represented by ISIN XS0331472281 listed in the schedule attached to Omnibus Claim 62783)</u>
Date Claim Filed: <u>11/02/2009. The Omnibus Claim was filed by Transferor to reserve the rights of clients on whose behalf Transferor held certain Lehman Program Securities. The Program Security identified as ISIN XS0331472281 (in the amount of $812,297) has subsequently been transferred to Transferee.</u>

Phone: <u>+81(48)997-3003</u>
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

572171.1/153-05435

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___東京都墨田区横川5丁目3番2号 株式会社やおきん 代表取締役 角谷昌彦___  Date: __March 14, 2011__
Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 || **LEHMAN SECURITIES PROGRAMS**<br>**PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000062783 |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 |||

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) Lehman Brothers International (Europe) (in administration)<br>25 Bank Street<br>London<br>E14 5LE<br>United Kingdom<br>Attn: Steven Anthony Pearson<br>See attached for additional contact information | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number:_____<br>*(If known)* |
|---|---|
| Telephone number: see attached  Email Address: see attached | Filed on: _____ |
| Name and address where payment should be sent (if different from above) | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Telephone number:    Email Address: ||

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ see attached_____  (Required)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): see attached_____  (Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: see attached**

**(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: 97816 EUROCLEAR**

**(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. || FOR COURT USE ONLY<br>**FILED / RECEIVED**<br><br>NOV 0 2 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|
| Date.<br>10/29/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *(signature)* Administrator (acting as agent and without personal liability) ||

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

MICHAEL JOHN ANDREW JERVIS
Administrator (acting as agent and without personal liability)

### ATTACHMENT TO LEHMAN PROGRAMS SECURITIES CLAIM
### OF LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION)

1. Lehman Brothers International (Europe) (in administration) (including all of its international branches, "**LBIE**"), acting through one of Steven Anthony Pearson, Michael John Andrew Jervis, Dan Yoram Schwarzmann or Anthony Victor Lomas (together, the "**Administrators**" and each an "**Administrator**") as agents for LBIE and without personal liability, hereby files this Lehman Programs Securities (as defined in the Bar Date Order dated July 2, 2009, "**LPS**") omnibus claim (the "**LPS Omnibus Claim**") against Lehman Brothers Holdings Inc. ("**LBHI**" and, together with its direct and indirect subsidiaries, the "**Lehman Group**"), case number 08-13555 (JMP) (the "**Bankruptcy Proceeding**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"). LBIE files this LPS Omnibus Claim in connection with the LPS bar date for the purpose of preserving the rights of its clients (which term, for the avoidance of doubt, means in this LPS Omnibus Claim, LBIE's own clients and the clients of LBIE's affiliates) on whose behalf this LPS Omnibus Claim is made under title 11 of the United States Code (the "**Bankruptcy Code**"). This LPS Omnibus Claim, including, without limitation, each of the values identified herein and in any supporting workpapers attached hereto, has been calculated to the best of the Administrators' knowledge in reliance on LBIE's books and records as of the date of this filing and as qualified in every respect as set forth in greater detail herein. LBIE reserves the right to supplement, amend or correct the claim population and each claim value or value placeholder reported in this LPS Omnibus Claim.

### I.   BACKGROUND

2. LBIE (an unlimited company incorporated in England and Wales with registered number 02538254) was the principal trading company of the Lehman Group in Europe. LBIE's business involved the global provision of a wide range of financial services and products, including trading and broking, equity and fixed income instruments and financial derivatives on behalf of its clients and itself. LBHI was the parent holding company in the United States of the Lehman Group, which provided a wide array of financial services in equity and fixed income sales, trading and research, investment banking, asset management, private investment management and private equity. LBHI and LBIE functioned as part of an integrated, international financial group whose businesses were closely intertwined.

3. On September 15, 2008, LBIE was placed into administration by order of the High Court of England and Wales (the "**Administration Date**"). On the same date, LBHI filed for bankruptcy protection in the Bankruptcy Court pursuant to chapter 11 of the Bankruptcy Code (the "**Filing Date**").

### II.   DESCRIPTION OF LPS OMNIBUS CLAIM

4. LBIE asserts and reserves the rights of its clients, whose holdings are identified in the supporting workpapers attached hereto, under the Bankruptcy Code, and other applicable law, with respect to their claims, whether or not such clients have independently filed a claim on their own behalf in the Bankruptcy Proceeding. LBIE has identified the LPS holdings reflected in the attached schedule (the "**LPS Holdings**") by comparing its own books and records against the LPS list dated July 17, 2009 (as amended on September 23, 2009) provided by LBHI on its website (the "**LPS List**"). LBIE has custody of the LPS Holdings, each of which are guaranteed by LBHI. LBIE holds the LPS Holdings for its clients and/or for clients of its affiliates. LBIE estimates that the aggregate amount owing by LBHI to LBIE's clients in connection with Account Number 97816 at EUROCLEAR, subject in

1

all respects to the reservation of rights and the further discussion as set forth herein, is not less than USD 2,084,741,055 (the "**Valuation**") as displayed in the schedule attached hereto.

5.   With respect to bonds, the Valuation has been calculated as the nominal position multiplied by a factor of one multiplied by accrued interest where applicable and then converted to a USD equivalent using the appropriate exchange rate from Lehman Group systems as at September 15, 2008. Where applicable and/or where possible, the accrued interest has been calculated from the last coupon payment date to September 15, 2008, but due to limited access to the requisite Lehman Group systems post-September 15, 2008, such calculations have been based on alternative sources of information, which are still in the process of being validated.

### III.    RESERVATION OF RIGHTS

6.   The relationship between LBIE and other members of the Lehman Group, including LBHI, was extremely complex. The relationship became more complex upon and after the Administration Date because, among other reasons, the regular maintenance and functioning of the IT systems and resources on which LBIE relied to monitor and record its security and custody positions effectively ceased on the Administration Date. Further, due to the global separation of the Lehman Group since September 15, 2008, there are differences between the internal data platforms and IT systems that various members of the Lehman Group, including LBHI, may continue to use versus the IT systems and resources that LBIE may continue to use. These practical complexities, together with difficulties surrounding the evaluation and interpretation of the underlying contractual documentation and electronic records of the LPS Omnibus Claim, require substantial resources and expertise to analyze and overcome. This lack of access to full books and records, all systems, and requisite personnel impacts LBIE and other members of the Lehman Group alike.

7.   This LPS Omnibus Claim is necessarily being filed in reliance on the Administrators' best understanding of LBIE's books and records as of the date of this filing. The Administrators have only had access to LBIE's books and records since the Administration Date. LBIE reserves all rights to update, revise and supplement the data supporting this LPS Omnibus Claim, including with respect to, but not limited to, the valuation of securities as described herein, as LBIE continues to reconcile its books and records with LBHI and other members of the Lehman Group as applicable. LBIE's clients do not waive any right to amounts due for the LPS Omnibus Claim asserted herein by not stating a specific amount due for any such claims at this time.

8.   This LPS Omnibus Claim has been made for and on behalf of LBIE's clients. To the extent that new or better information becomes available which indicates that one, some or all of the LPS Holdings are in fact held by LBIE for itself, LBIE reserves all of its rights with respect to such LPS Holdings, and will amend the relevant LPS Claim(s) filed by LBIE and/or this LPS Omnibus Claim accordingly.

9.   Valuations have been performed using the best data reasonably available in the period before the Bar Date. Valuations are subject to change should more or better data become available with respect to the following non-exhaustive list of valuation components: (i) despite best efforts to ascertain the complete set of depot settlement data with respect to failed and pending trades, such data is unavailable to LBIE as certain of such data is in the control of other custodians, some of which may confront the same systems and personnel problems that LBIE currently faces; (ii) corporate actions and events and coupons payable data prior to September 15, 2008 are not included due to the need to correct underlying system data before calculating their impact; (iii) LBIE's access to and visibility of information pertaining to the movement of securities post-September 12, 2008 has been

2

substantially hindered if not terminated completely; (iv) certain pricing factors, including but not limited to inflation indices and multi-currency bonds; (v) with respect to warrant securities that were difficult to value, LBIE has not yet ascribed a value to each such warrant security for the purpose of estimating the amount of the claim in relation thereto; (vi) with respect to securities that have embedded derivatives that effect the principal payout, LBIE is not currently able to compute the impact of the default of the issuer of the security given the complexity and burdensome nature of such exercise; and (vii) other variables.

10.   Moreover, except as otherwise noted herein or in the exhibits hereto, the securities positions reflect depot positions per LBIE's records as of September 12, 2008. LBIE explicitly reserves its right to supplement, amend or revise the LPS Omnibus Claim to reflect valuations as more information becomes available.

11.   Populations of LPS have been reflected in the attached schedule using the best data reasonably available in the period before the Bar Date. Populations are subject to change should more or better data become available with respect to the following non-exhaustive list of factors affecting populations: (i) certain custodian information about transactions is unavailable to LBIE as well as other members of the Lehman Group; (ii) the process of reconciliation with LBHI, other members of the Lehman Group, other custodians, street-side counterparties, and clients is still ongoing and may result in additions to or decreases from the populations of LPS, which may include certain positions about which LBIE has received queries from certain affiliates, but with respect to which no reconciliation has yet been completed; (iii) trades were mis-booked during the pre-administration period and can only be identified and rectified after intensive manual investigation; and (iv) other factors.

12.   LBHI is the guarantor of all LPS, and it is LBHI's books and records that would reflect any and all offerings of foreign Lehman paper that should have been included in the LPS List. LBIE is not in a position to ensure that the LPS List is complete. While LBIE reviewed its books and records for any LPS-qualifying securities that it purchased or holds, and made additions to the LPS List before it was finalized by LBHI, as discussed throughout this LPS Omnibus Claim, LBIE's access to all systems and records is limited. Accordingly, LBIE reserves all rights of its clients to, among other things, supplement this LPS Omnibus Claim should new LPS-qualifying securities not included in the LPS List be discovered after the date of this filing.

13.   The claims not denominated in USD have been converted to USD for the purpose of this submission. In general, LBIE has relied on exchange rates taken from Lehman Group systems as at September 15, 2008. Ultimately, LBIE reserves its clients' rights as to the appropriate foreign exchange rates upon which to base any of its clients' claims.

14.   LBIE hereby asserts on behalf of its clients a claim for interest and other costs including but not limited to attorneys' fees and/or other professional fees on the constituent parts of the LPS Omnibus Claim where appropriate and expressly reserves the right to amend the LPS Omnibus Claim accordingly.

15.   As per the Bar Date Order dated July 2, 2009, LBIE has not attached any documentation supporting the LPS Omnibus Claim other than the attached schedule. LBIE will use its reasonable efforts to make relevant contracts, agreements and other information pertinent to the LPS Omnibus Claim available upon reasonable request by LBHI in a manner and time to be agreed by the parties.

16. To the extent that any portion of the LPS Omnibus Claim is entitled to administrative priority status under section 507 of the Bankruptcy Code, LBIE claims such priority status to the maximum amount allowed by law on behalf of its clients. The filing of this LPS Omnibus Claim shall in no way be deemed a waiver of LBIE's right to assert on behalf if its clients that any or all of the amounts owed to LBIE's clients by LBHI are entitled to administrative priority status.

17. LBIE's clients reserve the right to assert any basis for recovery of cash, securities or other assets from LBHI under any legal or equitable theory including, without limitation, indemnification, breach of fiduciary duty, unjust enrichment, conversion, constructive trust, return of property otherwise not properly within LBHI's bankruptcy estate, treatment in accordance with the regulations of the Financial Services Authority or other potentially applicable US or non-US laws and regulation or other priority treatment with respect to each of the claims asserted herein.

18. LBIE does not waive any right or rights of action that LBIE's clients have or may have against LBHI's estate or any other entity. LBIE reserves any and all rights its clients have or may have with respect to any other agreements that may exist between LBIE's clients and LBHI, including without limitation, any rights of setoff, recoupment or netting. Nothing herein shall be deemed a waiver by LBIE's clients of any of their rights and remedies in connection with such agreements.

19. By filing this LPS Omnibus Claim, LBIE does not submit itself or its clients to the jurisdiction of the Bankruptcy Court or any other U.S. court or tribunal for any purpose other than with respect to this LPS Omnibus Claim. Where U.S. jurisdiction does exist with respect to this LPS Omnibus Claim, LBIE does not waive or release its rights to, on behalf of its clients, (i) withdraw the reference or (ii) a jury trial with respect to the subject matter of this LPS Omnibus Claim, any objection thereto or other proceeding that may be commenced in this case against or otherwise involving LBIE. By filing this LPS Omnibus Claim, neither LBIE nor its clients waive any of their rights and remedies against any other person or entity who may be liable for all or part of the claims set forth herein, whether another affiliate of LBHI, or an assignee, separate guarantor or otherwise. LBIE and its clients reserve all rights to assert (i) any claim, defense, offset or other right against any party, including but not limited to LBHI or any of its affiliated debtors or non-debtors, in a foreign jurisdiction, including but not limited to claims based on U.S. and U.K. or other foreign law, and (ii) any claims, defenses, offsets or other rights available to them under U.S. or any other jurisdiction's law in the event LBHI asserts counterclaims or affirmative claims against LBIE or its clients in the Bankruptcy Court. Furthermore, LBIE asserts that any counterclaim or affirmative claim by LBHI against LBIE or its clients must be asserted in its applicable foreign proceeding, whether in the U.K. or in another foreign jurisdiction, and LBIE and its clients reserve the right to assert therein any claim, defense, offset or other right that may be asserted in such U.K. or other foreign proceeding. LBIE and its clients further reserve all rights to assert that, under principles of equity or comity or otherwise, a court other than the Bankruptcy Court would be the appropriate forum in which to hear and decide any matter in connection with this LPS Omnibus Claim.

20. This LPS Omnibus Claim is not intended to be and shall not be construed as (a) an election of remedies; (b) a waiver of any defaults; or (c) a waiver or limitation of any rights, remedies, claims or interests of LBIE and/or LBIE's clients.

21. LBIE reserves the right to replace, amend or supplement this LPS Omnibus Claim at any time and in any respect, including, without limitation, for the purpose of (a) setting forth or changing the basis of the claims described herein and (b) providing further description or evidence of such claims.

In the event that any order of the Bankruptcy Court is entered into which effects: (i) a recharacterization or subordination of claims, including without limitation, this LPS Omnibus Claim; (ii) substantive consolidation of some or all of the LBHI affiliated debtors with any of their affiliates; or (iii) any other similar remedy, the rights of LBIE to file additional proofs of claim or amended proofs of claim against LBHI or any of its affiliates on behalf of LBIE's clients is specifically reserved. This LPS Omnibus Claim is submitted without prejudice to any of LBIE's rights or those of its clients in all respects.

22. The Administrators have signed this LPS Omnibus Claim as agents for and on behalf of LBIE and neither they, their firm, partners, employees, agents, advisers or representatives shall incur any personal liability whatsoever in respect of, or in relation to, this LPS Omnibus Claim. The exclusion of liability set out in this paragraph shall arise and continue notwithstanding the termination of the agency of the Administrators and shall operate as a waiver of any claims in tort as well as under the laws of contract.

### IV.  NOTICES

23.  Notices regarding this LPS Omnibus Claim should be sent to

Lehman Brothers International (Europe) (in administration)
25 Bank Street
London
E14 5LE
United Kingdom
Attn: Steven Anthony Pearson as Joint Administrator of Lehman Brothers International (Europe)

*and*

PricewaterhouseCoopers LLP
Plumtree Court
London
EC4A 4HT
United Kingdom
Attn: Steven Anthony Pearson

*with a copy to:*

Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Attn: Titia Holtz
     Kiah Beverly-Graham
Phone: (212) 903-9000

**Lehman Paper held in account 97816 EUROCLEAR**

| International Securities Identification Number (ISIN) | Blocking Reference | Depository Account Number | Instrument type | Position | Currency | Valuation - Underlying Currency Amount | FX Rate at 15/09/2008 | Valuation - USD Equivalent | Includes Coupon Interest Accrual |
|---|---|---|---|---|---|---|---|---|---|
| XS0384072103 | 6045628 | 97816 ZCB | | 5,000,000 | USD | 5,000,000 | 1.0000 | 5,000,000 | |
| XS0379987372 | 6045629 | 97816 Floating | | 120,000,000 | JPY | 122,026,667 | 0.0095 | 1,159,483 | Yes |
| XS0372445804 | 6045625 | 97816 ZCB | | 5,000,000 | USD | 5,000,000 | 1.0000 | 5,000,000 | |
| XS0377559753 | 6045627 | 97816 ZCB | | 100,000,000 | USD | 100,000,000 | 1.0000 | 100,000,000 | |
| XS0374734480 | 6045628 | 97816 Floating | | 200,000,000 | JPY | 200,000,000 | 0.0095 | 1,898,704 | |
| XS0373162506 | 6045622 | 97816 ZCB | | 500,000,000 | JPY | 500,000,000 | 0.0095 | 4,746,760 | |
| XS0362934700 | 6045623 | 97816 Floating | | 100,000,000 | JPY | 100,000,000 | 0.0095 | 949,352 | |
| XS0362652062 | 6045617 | 97816 Floating | | 70,000,000 | JPY | 70,000,000 | 0.0095 | 664,546 | |
| XS0358973945 | 6045620 | 97816 Fixed | | 1,000,000,000 | JPY | 1,000,000,000 | 0.0095 | 9,493,521 | |
| XS0356988444 | 6045624 | 97816 Floating | | 8,727,000 | USD | 8,736,667 | 1.0000 | 8,736,667 | Yes |
| XS0358576848 | 6045618 | 97816 Fixed | | 100,000,000 | JPY | 100,000,000 | 0.0095 | 949,352 | |
| XS0358090080 | 6045619 | 97816 Floating | | 7,000,000 | NZD | 7,000,000 | 0.6571 | 4,599,700 | |
| XS0357930582 | 6045812 | 97816 ZCB | | 7,000,000 | NZD | 7,000,000 | 0.6571 | 4,599,700 | |
| XS0367646721 | 6045609 | 97816 ZCB | | 7,000,000 | NZD | 7,000,000 | 0.6571 | 4,599,700 | |
| XS0357646648 | 6045814 | 97816 Floating | | 10,000,000 | NZD | 10,000,000 | 0.6571 | 6,570,700 | |
| XS0377282059 | 6045613 | 97816 Floating | | 10,000,000 | NZD | 10,000,000 | 0.6571 | 6,570,700 | |
| XS0367280277 | 6045615 | 97816 Floating | | 10,000,000 | NZD | 10,000,000 | 0.6571 | 6,570,700 | |
| XS0367279051 | 6045611 | 97816 Floating | | 7,000,000 | NZD | 7,000,000 | 0.6571 | 4,599,700 | |
| XS0367277774 | 6045810 | 97816 Floating | | 10,000,000 | USD | 10,000,000 | 1.0000 | 10,000,000 | |
| XS0367034034 | 6045604 | 97816 Floating | | 230,000,000 | JPY | 230,000,000 | 0.0095 | 2,183,510 | |
| XS0063574304 | 6045602 | 97816 ZCB | | 200,000,000 | JPY | 200,000,000 | 0.0095 | 1,898,704 | |
| XS0361128224 | 6045603 | 97816 ZCB | | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,843,750 | |
| XS0361125029 | 6045608 | 97816 ZCB | | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,843,750 | |
| XS0359916179 | 6045607 | 97816 ZCB | | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,843,750 | |
| XS0359816108 | 6045601 | 97816 ZCB | | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,843,750 | |
| XS0359815874 | 6045608 | 97816 ZCB | | 8,000,000 | AUD | 8,000,000 | 0.8083 | 6,450,000 | |
| XS0368572068 | 6045605 | 97816 ZCB | | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,843,750 | |
| XS0055870830 | 6045798 | 97816 Floating | | 7,000,000 | NZD | 7,000,000 | 0.6571 | 4,599,700 | |
| XS0395822781 | 6045796 | 97816 Floating | | 200,000,000 | JPY | 200,000,000 | 0.0095 | 1,898,704 | |
| XS0348085667 | 6045799 | 97816 ZCB | | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,843,750 | |
| XS0348496014 | 6045797 | 97816 Floating | | 100,000,000 | JPY | 100,000,000 | 0.0095 | 949,352 | |
| XS0345449250 | 6045800 | 97816 Floating | | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,843,750 | |
| XS0342823227 | 6045790 | 97816 Fixed | | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,843,750 | |
| XS0363707895 | 6045794 | 97816 ZCB | | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,843,750 | |
| XS0340018340 | 6045795 | 97816 Fixed | | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,843,750 | |
| XS0362660778 | 6045789 | 97816 Floating | | 100,000,000 | JPY | 100,000,000 | 0.0095 | 949,352 | |
| XS0362661398 | 6045793 | 97816 Floating | | 160,000,000 | JPY | 160,000,000 | 0.0095 | 1,503,769 | |
| XS0082376435 | 6045791 | 97816 Floating | | 200,000,000 | JPY | 200,000,000 | 0.0095 | 1,898,704 | |
| XS0361167874 | 6045780 | 97816 ZCB | | 7,000,000 | NZD | 7,000,000 | 0.6571 | 4,599,700 | |
| XS0080870406 | 6045784 | 97816 Fixed | | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,843,750 | |
| XS0080670306 | 6045792 | 97816 ZCB | | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,843,750 | |
| XS0360775141 | 6045787 | 97816 Fixed | | 120,000,000 | JPY | 120,000,000 | 0.8083 | 5,843,750 | |
| XS0360377705 | 6045785 | 97816 ZCB | | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,843,750 | |
| XS0359855758 | 6045783 | 97816 Fixed | | 7,000,000 | AUD | 7,000,000 | 0.6571 | 4,599,700 | |
| XS0359851038 | 6045778 | 97816 Floating | | 5,000,000 | NZD | 5,000,000 | 0.8083 | 4,031,250 | |
| XS0359279009 | 6045779 | 97816 Floating | | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,843,750 | |
| XS0358428244 | 6045780 | 97816 Floating | | 100,000,000 | JPY | 113,902,800 | 0.8083 | 1,081,339 | Yes |
| XS0356812853 | 6045781 | 97816 Fixed | | 7,000,000 | AUD | 7,000,000 | 0.6571 | 4,599,700 | |
| XS0358118169 | 6045773 | 97816 Fixed | | 5,000,000 | USD | 5,000,000 | 1.0000 | 5,000,000 | |
| XS0357874451 | 6045770 | 97816 Floating | | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,843,750 | |
| XS0357773000 | 6045772 | 97816 ZCB | | 90,000,000 | JPY | 90,000,000 | 0.0095 | 854,417 | |
| XS0354611710 | 6045771 | 97816 Floating | | 100,000,000 | JPY | 100,000,000 | 0.0095 | 949,352 | |
| XS0354008290 | 6045774 | 97816 Floating | | 1,000,000,000 | JPY | 1,000,000,000 | 0.0095 | 9,493,521 | Yes |
| XS0354483140 | 6045775 | 97816 Floating | | 350,000,000 | JPY | 350,000,000 | 0.0095 | 3,322,732 | |
| XS0354482928 | 6045777 | 97816 Floating | | 440,000,000 | JPY | 440,000,000 | 0.0095 | 4,177,149 | |
| XS0354229954 | 6045765 | 97816 Floating | | 3,000,000 | USD | 3,027,650 | 1.0000 | 3,027,650 | Yes |
| XS0387875106 | 6045786 | 97816 Floating | | 120,000,000 | JPY | 120,000,000 | 0.0095 | 1,139,222 | |
| XS0353849760 | 6045787 | 97816 Floating | | 5,000,000 | USD | 5,000,000 | 1.0000 | 5,000,000 | |
| XS0353348823 | 6045760 | 97816 Floating | | 150,000,000 | JPY | 150,000,000 | 0.0095 | 1,424,028 | |
| XS0352912371 | 6045766 | 97816 ZCB | | 1,000,000 | USD | 1,000,000 | 1.0000 | 1,000,000 | |
| XS0352001701 | 6045764 | 97816 Floating | | 100,000,000 | JPY | 100,000,000 | 0.0095 | 949,352 | |
| XS0352001610 | 6045784 | 97816 Floating | | 100,000,000 | JPY | 100,000,000 | 0.0095 | 949,352 | |
| XS0352001024 | 6045762 | 97816 Floating | | 100,000,000 | JPY | 100,000,000 | 0.0095 | 949,352 | |
| XS0351903779 | 6045763 | 97816 Floating | | 100,000,000 | JPY | 100,000,000 | 0.0095 | 949,352 | |
| XS0351659004 | 6045757 | 97816 Floating | | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,843,750 | |

| International Securities Identification Number (ISIN) | Blocking Reference | Depository Account Number | Instrument type | Position | Currency | Valuation - Underlying Currency Amount | FX Rate at 15/09/2008 | Valuation - USD Equivalent | Includes Coupon Interest Accrual |
|---|---|---|---|---|---|---|---|---|---|
| XS0351650964 | 0045760 | 07810 | Floating | 400,000,000 | JPY | 400,000,000 | 0.0095 | 3,797,408 | |
| XS0351827800 | 0045759 | 07810 | Fixed | 7,000,000 | NZD | 7,000,000 | 0.6571 | 4,599,700 | |
| XS0351350103 | 0045758 | 07810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,643,750 | |
| XS0350803904 | 0045757 | 07810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,643,750 | |
| XS0350811704 | 0045756 | 07810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,643,750 | |
| XS0350811828 | 0045755 | 07810 | ZCB | 7,000,000 | NZD | 7,000,000 | 0.6571 | 4,599,700 | |
| XS0350118928 | 0045754 | 07810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,643,750 | |
| XS0347357398 | 0045753 | 07810 | Floating | 290,000,000 | JPY | 290,000,000 | 0.0095 | 2,753,121 | |
| XS0349442815 | 0045752 | 07810 | Floating | 400,000,000 | JPY | 400,000,000 | 0.0095 | 3,797,408 | |
| XS0348153931 | 0045751 | 07810 | Fixed | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,643,750 | |
| XS0348938181 | 0045750 | 07810 | Fixed | 50,000,000 | JPY | 50,000,000 | 0.0095 | 474,676 | |
| XS0347684787 | 0045749 | 07810 | Fixed | 10,000,000 | USD | 10,955,278 | 1.0000 | 10,955,278 | Yes |
| XS0346058016 | 0049032 | 07810 | Floating | 270,000,000 | JPY | 270,000,000 | 0.0095 | 2,563,251 | |
| XS0461124084 | 0045748 | 07810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,643,750 | |
| XS0461124038 | 0045747 | 07810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,643,750 | |
| XS0461123408 | 0045746 | 07810 | Fixed | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,643,750 | |
| XS0345815178 | 0045744 | 07810 | Floating | 7,000,000 | AUD | 8,914,111 | 0.8083 | 7,187,002 | Yes |
| XS0345814791 | 0045743 | 07810 | Fixed | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,643,750 | |
| XS0345213768 | 0045741 | 07810 | Fixed | 500,000 | NZD | 502,222,222 | 0.6571 | 4,599,700 | |
| XS0344455141 | 0045740 | 07810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,643,750 | |
| XS0344101943 | 0045738 | 07810 | Floating | 5,000,000 | AUD | 5,000,000 | 0.8083 | 4,031,250 | |
| XS0344101273 | 0045736 | 07810 | Floating | 5,000,000 | AUD | 5,000,000 | 0.8083 | 4,031,250 | |
| XS0344093008 | 0045745 | 07810 | ZCB | 5,000,000 | USD | 5,000,000 | 1.0000 | 5,000,000 | |
| XS0344066710 | 0045742 | 07810 | Floating | 100,000,000 | AUD | 8,914,111 | 0.8083 | 7,187,002 | Yes |
| XS0343700400 | 0045737 | 07810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,643,750 | |
| XS0042692005 | 0045739 | 07810 | Floating | 500,000,000 | NZD | 502,222,222 | 0.6571 | 4,787,857 | Yes |
| XS0043584002 | 0045733 | 07810 | Floating | 500,000,000 | JPY | 502,222,222 | 0.0095 | 4,787,857 | Yes |
| XS0342171104 | 0045732 | 07810 | Floating | 500,000,000 | JPY | 502,222,222 | 0.0095 | 4,787,857 | Yes |
| XS0043216809 | 0045730 | 07810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,643,750 | |
| XS0042089711 | 0045729 | 07810 | Fixed | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,643,750 | |
| XS0042089308 | 0045728 | 07810 | Floating | 18,000,000 | NZD | 18,000,000 | 0.6571 | 8,450,000 | |
| XS0042045002 | 0045731 | 07810 | Floating | 7,000,000 | USD | 7,000,000 | 1.0000 | 7,000,000 | |
| XS0042095820 | 0045726 | 07810 | ZCB | 8,000,000 | AUD | 8,000,000 | 0.8083 | 6,450,000 | |
| XS0042123427 | 0045723 | 07810 | ZCB | 8,000,000 | AUD | 8,000,000 | 0.8083 | 6,450,000 | |
| XS0041168008 | 0045725 | 07810 | Fixed | 8,000,000 | AUD | 8,000,000 | 0.8083 | 5,643,750 | |
| XS0041155509 | 0045727 | 07810 | Fixed | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,643,750 | |
| XS0040049200 | 0045724 | 07810 | Fixed | 14,000,000 | NZD | 14,000,000 | 0.6571 | 9,199,400 | |
| XS0040470840 | 0045717 | 07810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,643,750 | |
| XS0040462042 | 0045721 | 07810 | Floating | 80,000,000 | AUD | 80,000,000 | 0.8083 | 5,643,750 | |
| XS0043581002 | 0045715 | 07810 | Floating | 7,500,000 | AUD | 7,500,000 | 0.8083 | 6,046,875 | |
| XS0039659527 | 0045722 | 07810 | Floating | 7,500,000 | AUD | 7,500,000 | 0.8083 | 756,462 | |
| XS0039059300 | 0045718 | 07810 | ZCB | 7,000,000 | NZD | 7,000,000 | 0.6571 | 4,599,700 | |
| XS0039480073 | 0045719 | 07810 | Floating | 100,000,000 | JPY | 100,000,000 | 0.0095 | 949,352 | Yes |
| XS0039222050 | 0045720 | 07810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,643,750 | |
| XS0038984500 | 0045708 | 07810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,643,750 | |
| XS0038801110 | 0045712 | 07810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,643,750 | |
| XS0038667818 | 0045713 | 07810 | ZCB | 14,000,000 | AUD | 14,000,000 | 0.6571 | 8,199,400 | |
| XS0038675002 | 0045709 | 07810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,643,750 | |
| XS0038675811 | 0045711 | 07810 | Floating | 14,000,000 | AUD | 14,000,000 | 0.8083 | 11,287,500 | |
| XS0038675571 | 0045710 | 07810 | Floating | 180,000,000 | JPY | 180,000,000 | 0.0095 | 1,803,768 | |
| XS0038675105 | 0045708 | 07810 | Floating | 40,000,000 | USD | 40,047,222 | 1.0000 | 40,047,222 | Yes |
| XS0038657082 | 0045705 | 07810 | Floating | 40,000,000 | USD | 40,047,222 | 1.0000 | 40,047,222 | Yes |
| XS0038656680 | 0045706 | 07810 | Floating | 30,000,000 | USD | 30,035,417 | 1.0000 | 30,035,417 | Yes |
| XS0038650707 | 0045704 | 07810 | Floating | 40,000,000 | USD | 40,047,222 | 1.0000 | 40,047,222 | Yes |
| XS0038351845 | 0045702 | 07810 | Floating | 100,000,000 | JPY | 108,000,000 | 0.0095 | 1,025,300 | Yes |
| XS0038084378 | 0045700 | 07810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,643,750 | |
| XS0037875362 | 0045699 | 07810 | Floating | 7,000,000 | AUD | 9,312,138 | 0.8083 | 7,532,525 | Yes |
| XS0037413917 | 0045698 | 07810 | Fixed | 7,000,000 | AUD | 9,342,687 | 0.8083 | 7,507,912 | Yes |
| XS0039030440 | 0045695 | 07810 | Floating | 15,000,000 | AUD | 20,812,500 | 0.8083 | 16,850,703 | Yes |
| XS0039028113 | 0045696 | 07810 | Floating | 15,000,000 | AUD | 20,697,500 | 0.8083 | 16,687,359 | Yes |
| XS0038617203 | 0045701 | 07810 | Fixed | 7,000,000 | AUD | 9,486,750 | 0.8083 | 7,646,692 | Yes |
| XS0036414886 | 0045694 | 07810 | Floating | 7,000,000 | AUD | 9,473,333 | 0.8083 | 7,637,875 | Yes |
| XS0039249569 | 0045697 | 07810 | Floating | 7,000,000 | AUD | 9,473,333 | 0.8083 | 7,637,875 | Yes |
| XS0035507070 | 0045690 | 07810 | Fixed | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,643,750 | |
| XS0035624038 | 0045691 | 07810 | Fixed | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,643,750 | |
| XS0035562371 | 0045692 | 07810 | Fixed | 100,000,000 | JPY | 100,833,333 | 0.0095 | 958,213 | Yes |
| XS0035621875 | 0045693 | 07810 | Floating | 7,000,000 | AUD | 8,699,667 | 0.8083 | 7,820,358 | |
| XS0035345655 | 0045685 | 07810 | Floating | 7,000,000 | AUD | 9,595,833 | 0.8083 | 7,756,641 | |
| XS0035344932 | 0045688 | 07810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8083 | 5,643,750 | |
| XS0035143797 | | | | | | | | | |

| International Securities Identification Number (ISIN) | Blocking Reference | Depository Account Number | Instrument type | Position | Currency | Valuation - Underlying Currency Amount | FX Rate at 15/09/2008 | Valuation - USD Equivalent | Includes Coupon Interest Accrual |
|---|---|---|---|---|---|---|---|---|---|
| XS0335143524 | | 6045082 | 97810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0335143441 | | 6045083 | 97810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0335143284 | | 6045089 | 97810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0334704524 | | 6045088 | 97810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0334450912 | | 6045075 | 97810 | Fixed | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0334450590 | | 6045074 | 97810 | Fixed | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0334450326 | | 6045076 | 97810 | Fixed | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0334224317 | | 6045077 | 97810 | Fixed | 17,000,000 | AUD | 17,000,000 | 0.8063 | 13,734,788 | Yes |
| XS0334172004 | | 6045080 | 97810 | Fixed | 17,080,214 | AUD | 17,080,214 | 0.8063 | 13,794,788 | Yes |
| XS0334171872 | | 6045078 | 97810 | Fixed | 33,118,888 | AUD | 33,118,888 | 0.8063 | 26,700,489 | Yes |
| XS0334171759 | | 6045079 | 97810 | Fixed | 17,000,000 | AUD | 17,080,214 | 0.8063 | 13,734,788 | Yes |
| XS0034090445 | | 6045670 | 97810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0033098708 | | 6045972 | 97810 | Floating | 120,000,000 | JPY | 120,000,000 | 0.0095 | 1,139,222 | |
| XS0033099707 | | 6045971 | 97810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0033831187 | | 6045060 | 97810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.6571 | 4,599,700 | |
| XS0033106507 | | 6045070 | 97810 | Floating | 510,000,000 | JPY | 510,000,000 | 0.0095 | 4,841,696 | |
| XS0033310259 | | 6045667 | 97810 | Floating | 340,000,000 | JPY | 340,000,000 | 0.0095 | 3,227,797 | |
| XS0032764785 | | 6045073 | 97810 | ZCB | 4,000,000 | AUD | 4,000,000 | 0.8063 | 3,225,000 | |
| XS0032138483 | | 6045669 | 97810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0032108413 | | 6045054 | 97810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0031044090 | | 6045055 | 97810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0031045020 | | 6045053 | 97810 | Floating | 3,000,000 | AUD | 3,000,000 | 0.8063 | 2,418,125 | |
| XS0031044728 | | 6045057 | 97810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0031037605 | | 6045558 | 97810 | Floating | 100,000,000 | JPY | 101,827,778 | 0.0095 | 906,704 | |
| XS0031180566 | | 6045559 | 97810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0031653023 | | 6045680 | 97810 | Floating | 7,000,000 | NZD | 7,000,000 | 0.6571 | 4,599,700 | Yes |
| XS0031505122 | | 6045061 | 97810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0031504828 | | 6045063 | 97810 | Floating | 1,007,500 | AUD | 1,007,500 | 0.8063 | 812,297 | |
| XS0031472281 | | 6045062 | 97810 | Floating | 4,000,000 | AUD | 4,000,000 | 0.8063 | 3,225,000 | |
| XS0031046123 | | 6045065 | 97810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0031046040 | | 6045554 | 97810 | Floating | 10,000,000 | USD | 10,081,467 | 1.0000 | 10,081,467 | Yes |
| XS0028877889 | | 6045549 | 97810 | Floating | 250,000,000 | JPY | 250,000,000 | 0.0095 | 2,373,380 | |
| XS0028878267 | | 6045550 | 97810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0028878670 | | 6045547 | 97810 | Floating | 300,000,000 | JPY | 300,000,000 | 0.0095 | 2,848,056 | |
| XS0030704149 | | 6045548 | 97810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0030724229 | | 6045551 | 97810 | Floating | 110,000,000 | JPY | 110,000,000 | 0.0095 | 1,044,287 | |
| XS0030807782 | | 6045552 | 97810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0029337421 | | 6045541 | 97810 | Floating | 240,000,000 | JPY | 240,000,000 | 0.0095 | 2,278,445 | |
| XS0029337264 | | 6045544 | 97810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0029429541 | | 6045545 | 97810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0028085961 | | 6045546 | 97810 | Floating | 240,000,000 | JPY | 240,000,000 | 0.0095 | 2,278,445 | |
| XS0028087531 | | 6045542 | 97810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0028586119 | | 6045537 | 97810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0028587186 | | 6045539 | 97810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0028210652 | | 6045538 | 97810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0027847470 | | 6045540 | 97810 | Floating | 300,000,000 | JPY | 300,000,000 | 0.0095 | 2,848,056 | |
| XS0027713359 | | 6045532 | 97810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0027291349 | | 6045533 | 97810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0027465356 | | 6045531 | 97810 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0027275858 | | 6045934 | 97810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0027275227 | | 6045035 | 97810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0027082854 | | 6045936 | 97810 | Floating | 370,000,000 | JPY | 370,000,000 | 0.0095 | 3,512,803 | |
| XS0026823324 | | 6045926 | 97810 | Floating | 300,000,000 | JPY | 300,000,000 | 0.0095 | 2,848,056 | |
| XS0026486734 | | 6045927 | 97810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0025925285 | | 6045929 | 97810 | Floating | 50,000,000 | JPY | 51,225,000 | 0.0095 | 486,308 | Yes |
| XS0024884185 | | 6045928 | 97810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0024083983 | | 6045025 | 97810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0024583007 | | 6045930 | 97810 | ZCB | 3,000,000 | USD | 3,000,000 | 1.0000 | 3,000,000 | |
| XS0024402133 | | 6045930 | 97810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0024481911 | | 6045018 | 97810 | Floating | 417,472,222 | JPY | 417,472,222 | 0.0095 | 3,963,281 | Yes |
| XS0024342582 | | 6045920 | 97810 | Floating | 14,000,000 | AUD | 14,000,000 | 0.8063 | 11,287,500 | |
| XS0024187639 | | 6045923 | 97810 | Floating | 14,000,000 | AUD | 14,000,000 | 0.8063 | 11,287,500 | |
| XS0023835713 | | 6045922 | 97810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0023835473 | | 6045924 | 97810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0023634823 | | 6045021 | 97810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0022488777 | | 6045521 | 97810 | ZCB | 14,000,000 | AUD | 14,000,000 | 0.8063 | 11,287,500 | |
| XS0022487960 | | 6045512 | 97810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0022030940 | | 6045913 | 97810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0021705840 | | 6045517 | 97810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0021704280 | | 6045915 | 97810 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0021909087 | | 6045914 | 97810 | ZCB | 120,000,000 | AUD | 120,000,000 | 0.0095 | 1,139,222 | |
| XS0211125014 | | 6045910 | 97810 | Floating | 234,000,000 | JPY | 234,970,250 | 0.0095 | 2,278,183 | Yes |

| International Securities Identification Number (ISIN) | Blocking Reference | Depository Account Number | Instrument type | Position | Currency | Valuation - Underlying Currency Amount | FX Rate at 15/09/2008 | Valuation - USD Equivalent | Includes Coupon Interest Accrual |
|---|---|---|---|---|---|---|---|---|---|
| XS0321060912 | 6045007 | 97616 | ZCB | 300,000,000 | JPY | 300,000,000 | 0.0095 | 2,848,056 | |
| XS0320745028 | 6045008 | 97616 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0320102295 | 6045009 | 97616 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0319083990 | 6045004 | 97616 | Floating | 160,000,000 | JPY | 160,000,000 | 0.0095 | 1,518,963 | |
| XS0319032732 | 6045005 | 97616 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0319032575 | 6045003 | 97616 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0319035039 | 6045006 | 97616 | Floating | 300,000,000 | JPY | 300,000,000 | 0.0095 | 2,848,056 | |
| XS0319159702 | 6045010 | 97616 | Floating | 3,570,000 | USD | 3,570,000 | 1.0000 | 3,570,000 | |
| XS0319154454 | 6045454 | 97616 | Floating | 4,390,000 | USD | 4,390,000 | 1.0000 | 4,390,000 | |
| XS0318599058 | 6045500 | 97616 | Floating | 710,493,056 | JPY | 710,493,056 | 0.0095 | 6,745,051 | Yes |
| XS0316538830 | 6045594 | 97616 | Floating | 200,000,000 | JPY | 200,000,000 | 0.0095 | 1,898,704 | |
| XS0317981081 | 6045502 | 97616 | Floating | 500,000,000 | JPY | 500,555,558 | 0.0095 | 4,752,035 | Yes |
| XS0317043580 | 6045497 | 97616 | Floating | 100,000,000 | JPY | 100,495,887 | 0.0095 | 953,782 | Yes |
| XS0316953025 | 6045503 | 97616 | Floating | 100,000,000 | JPY | 100,000,000 | 0.0095 | 949,352 | |
| XS0316953255 | 6045505 | 97616 | Floating | 1,000,000,000 | JPY | 1,000,000,000 | 0.0095 | 9,493,521 | |
| XS0316828733 | 6045503 | 97616 | Floating | 220,000,000 | JPY | 220,000,000 | 0.0095 | 2,088,575 | |
| XS0316160050 | 6045501 | 97616 | Floating | 100,000,000 | JPY | 100,000,000 | 0.0095 | 949,352 | |
| XS0315535039 | 6045490 | 97616 | Floating | 1,000,000,000 | JPY | 1,000,000,000 | 0.0095 | 9,493,521 | |
| XS0314541914 | 6045492 | 97616 | Floating | 1,100,000 | AUD | 1,100,000 | 0.8063 | 886,875 | |
| XS0314747105 | 6045561 | 97616 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0314657810 | 6045580 | 97616 | Floating | 3,040,000 | USD | 3,040,000 | 1.0000 | 3,040,000 | |
| XS0313950031 | 6045584 | 97616 | ZCB | 4,500,000 | USD | 4,500,000 | 1.0000 | 4,500,000 | |
| XS0317782814 | 6045588 | 97616 | Floating | 101,333,333 | JPY | 101,333,333 | 0.0095 | 962,010 | |
| XS0313864459 | 6045587 | 97616 | Floating | 100,000,000 | JPY | 100,000,000 | 0.0095 | 949,352 | Yes |
| XS0313557184 | 6045585 | 97616 | Floating | 3,590,000 | USD | 3,590,000 | 1.0000 | 3,590,000 | |
| XS0313596062 | 6045581 | 97616 | Floating | 3,380,000 | USD | 3,380,000 | 1.0000 | 3,380,000 | |
| XS0313320729 | 6045580 | 97616 | Floating | 150,000,000 | JPY | 153,875,000 | 0.0095 | 1,460,815 | Yes |
| XS0312723272 | 6045579 | 97616 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0312428000 | 6045578 | 97616 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0312057432 | 6045577 | 97616 | Floating | 110,000,000 | JPY | 110,000,000 | 0.0095 | 1,044,287 | |
| XS0311740582 | 6045579 | 97616 | ZCB | 51,000,000 | JPY | 51,982,600 | 0.0095 | 492,488 | Yes |
| XS0311754603 | 6045571 | 97616 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0311084543 | 6045574 | 97616 | Floating | 100,000,000 | JPY | 100,000,000 | 0.0095 | 949,352 | |
| XS0311101652 | 6045572 | 97616 | Floating | 2,750,000 | USD | 2,750,000 | 1.0000 | 2,750,000 | |
| XS0311065933 | 6045570 | 97616 | Floating | 3,380,000 | USD | 3,380,000 | 1.0000 | 3,380,000 | |
| XS0311083021 | 6045568 | 97616 | Floating | 452,000,000 | JPY | 455,515,558 | 0.0095 | 4,324,446 | Yes |
| XS0310085062 | 6045575 | 97616 | Floating | 1,180,000 | USD | 1,180,000 | 1.0000 | 1,180,000 | |
| XS0310083950 | 6045576 | 97616 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0300770707 | 6045567 | 97616 | Floating | 2,570,000 | USD | 2,570,000 | 1.0000 | 2,570,000 | |
| XS0300365310 | 6045582 | 97616 | Floating | 300,000,000 | JPY | 312,800,000 | 0.0095 | 2,967,675 | Yes |
| XS0300227435 | 6045566 | 97616 | Floating | 100,000,000 | JPY | 100,000,000 | 0.0095 | 949,352 | |
| XS0300186731 | 6045560 | 97616 | Floating | 300,000,000 | JPY | 308,715,000 | 0.0095 | 2,930,782 | Yes |
| XS0300166145 | 6045563 | 97616 | Floating | 1,740,000 | USD | 1,740,000 | 1.0000 | 1,740,000 | |
| XS0308102283 | 6045564 | 97616 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0309166145 | 6045584 | 97616 | ZCB | 130,000,000 | JPY | 131,254,834 | 0.0095 | 1,246,070 | Yes |
| XS0307903030 | 6045558 | 97616 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0307003041 | 6045556 | 97616 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0307000372 | 6045557 | 97616 | Fixed | 1,000,000,000 | JPY | 1,000,000,000 | 0.0095 | 9,493,521 | |
| XS0307000481 | 6045554 | 97616 | Floating | 200,000,000 | JPY | 205,416,667 | 0.0095 | 1,950,127 | Yes |
| XS0305127150 | 6045559 | 97616 | Floating | 180,000,000 | JPY | 180,000,000 | 0.0095 | 1,708,834 | |
| XS0305151595 | 6045552 | 97616 | Floating | 50,000,000 | JPY | 50,000,000 | 0.0095 | 474,676 | |
| XS0302460230 | 6045543 | 97616 | Floating | 50,000,000 | USD | 50,000,000 | 1.0000 | 50,000,000 | |
| XS0302284635 | 6045544 | 97616 | Floating | 320,000,000 | JPY | 357,200,000 | 0.0095 | 3,391,730 | Yes |
| XS0302118832 | 6045541 | 97616 | Floating | 200,000,000 | JPY | 202,625,000 | 0.0095 | 1,923,625 | Yes |
| XS0303151193 | 6045546 | 97616 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0303479019 | 6045545 | 97616 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0304049200 | 6045538 | 97616 | ZCB | 8,000,000 | AUD | 8,000,000 | 0.8063 | 6,450,000 | |
| XS0306112207 | 6045528 | 97616 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0299032218 | 6045536 | 97616 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0288201688 | 6045537 | 97616 | Floating | 500,000,000 | JPY | 500,000,000 | 0.0095 | 4,746,780 | |
| XS0287815117 | 6045534 | 97616 | Floating | 500,000,000 | JPY | 500,000,000 | 0.0095 | 4,746,780 | |
| XS0287008840 | 6045520 | 97616 | Floating | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0287459088 | 6045532 | 97616 | ZCB | 200,000,000 | JPY | 200,000,000 | 0.0095 | 1,898,704 | |
| XS0287127861 | 6045533 | 97616 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |

| International Securities Identification Number (ISIN) | Blocking Reference | Depository Account Number | Instrument type | Position | Currency | Valuation - Underlying Currency Amount | FX Rate at 15/09/2008 | Valuation - USD Equivalent | Includes Coupon Interest Accrual |
|---|---|---|---|---|---|---|---|---|---|
| XS0295561107 | 6045530 | 97816 | Floating | 173,000,000 | JPY | 176,464,028 | 0.0095 | 1,675,455 | Yes |
| XS0290002231 | 6045531 | 97816 | Floating | 100,000,000 | JPY | 102,825,000 | 0.0095 | 974,273 | Yes |
| XS0284244032 | 6045522 | 97816 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0203140053 | 6045524 | 97816 | Floating | 100,000,000 | JPY | 100,000,000 | 0.0095 | 949,552 | |
| XS0202221776 | 6045528 | 97816 | Floating | 120,000,000 | JPY | 123,306,667 | 0.0095 | 1,170,614 | |
| XS0201873122 | 6045520 | 97816 | Floating | 50,000,000 | JPY | 51,911,111 | 0.0095 | 492,819 | |
| XS0200098094 | 6045525 | 97816 | Floating | 500,000,000 | JPY | 505,104,167 | 0.0095 | 4,795,217 | Yes |
| XS0200003647 | 6045521 | 97816 | Floating | 100,000,000 | JPY | 100,000,000 | 0.0095 | 949,552 | Yes |
| XS0280333948 | 6045523 | 97816 | Floating | 90,000,000 | JPY | 90,000,000 | 0.0095 | 854,617 | |
| XS0280837144 | 6045517 | 97816 | Floating | 50,000,000 | JPY | 50,000,000 | 0.0095 | 474,876 | |
| XS0280950852 | 6045520 | 97816 | Floating | 300,000,000 | JPY | 338,550,000 | 0.0095 | 3,214,031 | Yes |
| XS0278730435 | 6045518 | 97816 | Floating | 3,000,000 | USD | 3,000,000 | 1.0000 | 3,000,000 | |
| XS0278378532 | 6045519 | 97816 | Floating | 410,000,000 | JPY | 410,000,000 | 0.0095 | 3,892,443 | Yes |
| XS0278290589 | 6045518 | 97816 | Floating | 100,000,000 | JPY | 102,855,556 | 0.0095 | 977,411 | Yes |
| XS0274755072 | 6045515 | 97816 | Floating | 100,000,000 | JPY | 100,000,000 | 0.0095 | 949,552 | |
| XS0272915380 | 6045511 | 97816 | Floating | 50,000,000 | JPY | 50,700,000 | 0.0095 | 481,321 | |
| XS0272543900 | 6045510 | 97816 | ZCB | 300,000 | EUR | 300,000 | 1.4184 | 425,520 | |
| XS0272060457 | 6045512 | 97816 | Floating | 1,000,000,000 | JPY | 1,000,000,000 | 0.0095 | 9,493,521 | |
| XS0271182285 | 6045514 | 97816 | ZCB | 7,000,000 | AUD | 7,000,000 | 0.8063 | 5,643,750 | |
| XS0270920177 | 6045509 | 97816 | Floating | 100,000,000 | JPY | 105,795,833 | 0.0095 | 1,004,375 | Yes |
| XS0288364786 | 6045507 | 97816 | Floating | 200,000,000 | JPY | 200,000,000 | 0.0095 | 1,899,104 | |
| XS0268364253 | 6045506 | 97816 | Floating | 100,000,000 | JPY | 100,000,000 | 0.0095 | 949,552 | |
| XS0286524183 | 6045508 | 97816 | Floating | 100,000,000 | JPY | 101,408,333 | 0.0095 | 962,722 | Yes |
| XS0286551299 | 6045505 | 97816 | Floating | 50,000,000 | JPY | 50,085,556 | 0.0095 | 475,488 | Yes |
| XS0264130389 | 6045498 | 97816 | ZCB | 5,000,000 | EUR | 5,000,000 | 0.8063 | 4,031,250 | |
| XS0263871874 | 6049031 | 97816 | ZCB | 18,500,000 | EUR | 18,500,000 | 1.4184 | 23,403,800 | |
| XS0202568573 | 6045500 | 97816 | ZCB | 5,000,000 | AUD | 5,000,000 | 0.8063 | 4,031,250 | |
| XS0261613474 | 6045501 | 97816 | ZCB | 5,000,000 | AUD | 5,000,000 | 0.8063 | 4,031,250 | |
| XS0260439210 | 6045502 | 97816 | Floating | 5,000,000 | AUD | 5,000,000 | 0.8063 | 4,031,250 | |
| XS0255812824 | 6045504 | 97816 | Floating | 10,000,000 | USD | 10,000,000 | 1.0000 | 10,000,000 | |
| XS0257593037 | 6045499 | 97816 | Floating | 1,000,000,000 | JPY | 1,000,000,000 | 0.0095 | 9,493,521 | |
| XS0257328392 | 6045503 | 97816 | Fixed | 10,000,000 | USD | 10,000,000 | 1.0000 | 10,000,000 | |
| XS0256738757 | 6045494 | 97816 | Floating | 10,000,000 | USD | 10,000,000 | 1.0000 | 10,000,000 | |
| XS0253717986 | 6050105 | 97816 | Floating | 3,000,000 | USD | 3,000,000 | 1.0000 | 3,000,000 | |
| XS0252835110 | 6045495 | 97816 | ZCB | 9,500,000 | EUR | 9,500,000 | 1.4184 | 13,474,800 | Yes |
| XS0243200143 | 6045490 | 97816 | Fixed | 550,000 | EUR | 553,433 | 1.0000 | 553,433 | Yes |
| XS0234063006 | 6045491 | 97816 | Floating | 100,000,000 | JPY | 101,041,667 | 1.0000 | 959,241 | |
| XS0224046592 | 6045492 | 97816 | ZCB | 3,200,000 | EUR | 3,200,000 | 1.4184 | 4,538,880 | Yes |
| XS0207607160 | 6045493 | 97816 | Fixed | 1,000,000 | USD | 1,045,500 | 1.0000 | 1,045,500 | |
| XS0186852728 | 6045488 | 97816 | Fixed | 8,400,000 | USD | 8,400,000 | 1.0000 | 8,400,000 | |
| XS0176696537 | 6045030 | 97816 | ZCB | 4,260,000 | EUR | 4,260,000 | 1.4184 | 6,042,384 | |
| XS0108171588 | 6045489 | 97816 | Floating | 500,000,000 | JPY | 500,000,000 | 0.0095 | 4,740,760 | |
| XS0101875642 | 6045487 | 97816 | ZCB | 500,000,000 | JPY | 500,000,000 | 0.0095 | 4,740,760 | |
|  |  |  |  |  |  |  | Grand Total | 2,084,741,055 | |

Where possible, accrued interest has been calculated for Fixed and Floating Rate Notes. In some instances this has not been possible due to lack of information at the time of submission.
LBIE reserves all rights with respect to all valuations including as to accrued interest.

Page 5 of 5

**HAND DELIVERY**

| RECEIVED BY: | DATE | TIME |
|---|---|---|
| TP | FILED / RECEIVED<br>NOV 0 2 2009<br>EPIQ BANKRUPTCY SOLUTIONS, LLC | 1:56pm |