# EXHIBIT A



Summary Innkeepers/SASCO Transactions Diagram