B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.        Case No. 08-13555 (JMP)
                                                             (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Gentrification Ventures, L.L.C. | Goldman Sachs Lending Partners LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

P.O. Box 7235
New York, NY 10150
debt@gentrificationventures.net

with a copy to:

Kara S. Katz
Mandel, Katz & Brosnan LLP
The Law Building 210 Route 303
Valley Cottage, NY 10989
Telephone: (845) 639 7800
Facsimile: (845) 639 7850
kkatz@mkbllp.com

Court Claim # (if known): 67318, which partially amends Claim #18183[1]

Amount of Claim as Filed: $18,250,000 (with respect to Claim #67318) and $34,284,779 (with respect to Claim #18183)

Amount of Claim Transferred: $18,250,000 (with respect to Claim #67318)

Dates Claims Filed: February 4, 2011 and September 18, 2009, respectively

Debtor: Lehman Brothers Holdings Inc.

---

[1] This notice of transfer of claim includes the portion of Claim #18183 which relates to the LBSF Guarantee Claim (as defined in Claim #67318), as amended by Claim #67318. Claim #18183 originally listed the LBSF Guarantee Claim amount as $19,789,463; the LBSF Guarantee Claim has subsequently been settled pursuant to a Termination Agreement in the amount of $18,250,000, as reflected in Claim #67318.

US 641860v9                                19

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GENTRIFICATION VENTURES, L.L.C

By: _____    Date: 4/8/11
Name: Kara S. Katz
Title: Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

20

### EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Goldman Sachs Lending Partners LLC ("Seller") does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Gentrification Ventures, L.L.C. ("Purchaser") all of its right, title and interest in and to the claim against Lehman Brothers Holdings Inc. in the amount of $18,250,000 based on a certain Termination Agreement dated as of December 1, 2010, as included in that proof of claim docketed as **Claim No. 67318**, which partially amends Claim No. 18183 in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). For the avoidance of doubt, Claim No. 18183 is also transferred to Purchaser to the extent related to the LBSF Guaranty Claim (as defined in Claim No. 67318) that was originally filed under Claim No. 18183 in the amount of $19,789,463.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 8 day of April, 2011.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:
          Nancy Y. Kwok
GENTRIFICATION VENTURES, L.L.C.
          Authorized Signatory

By: _____
Name: Kara S. Katz
Title: Authority Signatory

21

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Goldman Sachs Lending Partners LLC ("Seller") does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Gentrification Ventures, L.L.C. ("Purchaser") all of its right, title and interest in and to the claim against Lehman Brothers Holdings Inc. in the amount of $18,250,000 based on a certain Termination Agreement dated as of December 1, 2010, as included in that proof of claim docketed as **Claim No. 67318**, which partially amends Claim No. 18183 in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). For the avoidance of doubt, Claim No. 18183 is also transferred to Purchaser to the extent related to the LBSF Guaranty Claim (as defined in Claim No. 67318) that was originally filed under Claim No. 18183 in the amount of $19,789,463.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 8 day of April 2011.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title:

GENTRIFICATION VENTURES, L.L.C.

By: *Kara S. K[signature]*
Name: Kara S. Katz
Title: Authority Signatory

21