WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113

Attorneys for the Ad Hoc Group
of Lehman Brothers Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>,** | : Case No. 08-13555 (JMP) |
| | : |
| Debtors. | : Jointly Administered |

------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         )   s.s.:
NEW YORK COUNTY      )

Rashida Adams, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York.  I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 11th day of April, 2011, I caused a copy of the *Omnibus Statement of the Ad Hoc Group of Lehman Brothers Creditors to (1) Motion of Lehman Commercial Paper Inc. Pursuant to Section 363 of the Bankruptcy Code for Authority to Consent to its Non-Debtor Affiliate Lehman ALI Inc. (I) Entering Into Commitment Letter with Innkeepers USA Trust; (II) Supporting the Chapter 11 Plan of Certain Affiliates of Innkeepers USA Trust; And (III) Participating in the Auction for Certain of the Assets or Equity of Innkeepers USA Trust; (2) Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code for Approval of the Purchase of Notes Issued by Pine CCS, Ltd. From Barclays Bank Plc and the Termination of the Pine Securitization; And (3) Motion of Lehman Brothers Holdings Inc. Pursuant to Section 363 of the Bankruptcy Code and Bankruptcy Rule 6004 for Authorization to Make Additional Investments With Respect to 25 and 45 Broad Street [Docket No. 15812]* to be served via regular mail on the parties annexed hereto on Exhibit A.

NEWYORK 8113316 (2K)

                                                    */s/* Rashida J. Adams  
                                                    Rashida J. Adams

Sworn to before me the 11th day of April, 2011
*/s/ Patricia A. Ashman*
_____
Notary Public State of New York, No. 01AS6155444
Qualified in Bronx County
Certificate Filed in New York County
My commission expires December 11, 2014

**EXHIBIT A**

United States Bankruptcy Court
Southern District of New York
Attn: The Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, NY 10004

Weil Gotshal & Manges LLP
*Attorneys for the Debtors*
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Attn: Alfredo R. Pérez, Esq.

Weil Gotshal & Manges LLP
*Attorneys for the Debtors*
767 Fifth Avenue
New York, New York 10153
Attn: Harvey Miller, Esq.,
Richard P. Krasnow, Esq.,
Lori R. Fife, Esq.,
Shai Y. Waisman, Esq.,
Jacqueline Marcus, Esq.
Mark Bernstein Esq.,

Office of the US Trustee
Attn: Elisabeth G. Gasparini
Andrea B Schwartz
Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
*Attorneys for the Creditors' Committee*
Attn: Dennis Dunne
Dennis O'Donnell
Evan Fleck
1 Chase Manhattan Plaza
New York, NY 10005

Dechert LLP
*Counsel to Lehman ALI Inc.*
1095 Avenue of the Americas
New York, New York 10036
Attn: Michael J. Sage, Esq.
Brian E. Greer, Esq.

Dewey & LeBoeuf LLP
*Attorneys for 25 Broad, LLC*
1301 Avenue of the Americas
New York, New York 10019
Attn: Judy G.Z. Liu, Esq.,
John F. Collins, Esq.,
Leo V. Gagion, Esq..

Cleary Gottlieb LLP
*Attorneys for the Debtors' Postpetition lenders*
One Liberty Plaza,
New York, New York 10006
Attn: Lindsee P. Granfield, Esq.
Lisa Schweiger, Esq.

Sullivan & Cromwell LLP,
*Attorneys for Barclays Bank PLC*
125 Broad Street,
New York, New York 10004
Attn: Robinson B. Lacy, Esq.

Chapman and Cutler LLP
*Attorneys for U.S. Bank National Association*
111 West Monroe Street
Chicago, Illinois 60603
Attn: James E. Spiotto, Esq.
Franklin H. Top, III, Esq.

Allen & Overy LLP
*Attorneys for Pine CCS, Ltd.*
1221 Avenue of the Americas
New York, New York, 10020
Attn: Jonathan Lee, Esq.

Quinn Emanuel Urquhart and Sullivan, LLP
*Attorneys for the Official Committee of Unsecured Creditors*
51 Madison Avenue, 22nd Floor
 New York, New York, 10010
Attn: James Tecce, Esq.