WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113

Attorneys for the Ad Hoc Group
of Lehman Brothers Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** <u>et al.</u>, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |

------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                           )    s.s.:
NEW YORK COUNTY    )

Rashida Adams, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York.  I am over the age of twenty-one years and I am not a party to this proceeding.

*2)* On the 8th day of April, 2011, I caused a copy of the *Limited Objection of the Ad Hoc Group of Lehman Brothers Creditors to the Debtors Motion Pursuant to Section 105 of the Bankruptcy Code and Rule 7026 of the Federal Rules of Bankruptcy Procedure for Authorization to Establish and Implement Procedures in Connection with Discovery Related to Plan Confirmation  [Docket No. 15800]* to be served via regular mail on the parties shown on the attached Service List.

       */s/* Rashida J. Adams
       Rashida J. Adams

Sworn to before me the 8th day of April, 2011
*/s/ Patricia A. Ashman*
_____
Notary Public State of New York, No. 01AS6155444
Qualified in Bronx County
Certificate Filed in New York County
My commission expires December 11, 2014

# SERVICE LIST

United States Bankruptcy Court
Southern District of New York
Attn: The Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, NY 10004


Weil Gotshal & Manges LLP
*Attorneys for the Debtors*
Attn:  Irwin H. Warren, Esq.
Randi W. Singer, Esq.
767 Fifth Avenue
New York, NY 10153

Milbank, Tweed, Hadley & McCloy LLP
*Attorneys for the Creditors' Committee*
Attn: Dennis Dunne
Dennis O'Donnell
Evan Fleck
1 Chase Manhattan Plaza
New York, NY 10005

Office of the US Trustee
Attn: Elisabeth G. Gasparini
Andrea B Schwartz
Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004