UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
In re                                                                    :    Chapter 11
                                                                         :    Case No. 08-13555(JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.                                    :    (Jointly Administered)
                                                                         :
         Debtors.                                                        :    CERTIFICATE OF
                                                                         :    SERVICE
------------------------------------------------------------------------ X

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       On the 11th of April 2011, the Reply of the Operating Company Creditors to the Debtors' Opposition and Objection to Motion of the Ad Hoc Group of Lehman Brothers Creditors Seeking, Among Other Things, an Order Scheduling a Disclosure Statement Hearing and Approving the Form and Manner of Notice Thereof with Exhibit A was served by hand and by email, as indicated, upon:

### BY HAND

Gerard Uzzi, Esq.
J. Christopher Shore, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Tracy Hope Davis, Esq.
Elisabetta G. Gasparini, Esq.
Andrea B. Schwartz, Esq.
Office of the United States Trustee Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Harvey R. Miller, Esq.
Lori R. Fife, Esq.
Alfredo R. Perez, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

**BY EMAIL**

guzzi@whitecase.com, cshore@whitecase.com,
ddunne@milbank.com, dodonnell@milbank.com,
efleck@milbank.com, Lori.fife@weil.com,
harvey.miller@weil.com, alfredo.perez@weil.com

Dated:  New York, New York
        April 11, 2011

_____
Richard V. Conza