**BROWN RUDNICK LLP**
Steven L. Levine
Peter J.M. Declercq
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Fax: (617) 856-8201

-and-

**DEWEY & LEBOEUF LLP**
Bruce Bennett
Monika S. Wiener
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: (213) 621-6000
Fax: (213) 621-6100

*Counsel to the Lehman Brothers*
*Treasury B.V. Noteholders Identified Herein*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings, Inc., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors | (Jointly Administered) |

**JOINDER OF VARIOUS LBT NOTEHOLDERS**
**IN SUPPORT OF THE RELIEF REQUESTED IN THE REPLY OF**
**THE OPERATING COMPANY CREDITORS TO THE DEBTORS'**
**OPPOSITION AND OBJECTION TO THE MOTION OF THE AD HOC GROUP OF**
**LEHMAN BROTHERS CREDITORS SEEKING, AMONG OTHER THINGS, AN**
**ORDER SCHEDULING A DISCLOSURE STATEMENT HEARING AND APPROVING**
<u>**THE FORM AND MANNER OF NOTICE THEREOF**</u>

The undersigned, who are holders (or investment advisors or managers for a fund or other entity which is a beneficial holder) of notes (the "<u>LBT Issued Notes</u>" and the holders thereof, the

"Noteholders") issued by Lehman Brothers Treasury, B.V. ("LBT"), a non-Debtor that is subject to Dutch insolvency proceedings, and guaranteed by Lehman Brothers Holdings, Inc.,[1] hereby file this Joinder in support of the relief requested in[2] the *Reply of the Operating Company Creditors to the Debtors' Opposition and Objection to the Motion of the Ad Hoc Group of Lehman Brothers Creditors Seeking, Among Other Things, An Order Scheduling a Disclosure Statement Hearing and Approving the Form and Manner of Notice Thereof* [Docket No. 15825] (the "Reply").

WHEREFORE, the Noteholders respectively request that the Court set a schedule which allows for a concurrent hearing on all timely filed disclosure statements and postpone any determinations regarding the solicitation and plan confirmation procedures with respect to competing plans until a later date, upon proper notice and opportunity for a hearing.

*[Signature blocks on following pages]*

---

[1] Brown Rudnick LLP and Dewey & LeBouef LLP separately represent each of the undersigned Noteholders individually (as indicated in their respective signature blocks below) solely in respect of their LBT Issued Notes and not in respect to any other claims the Noteholders may hold against the Debtors and their affiliates. Each of the Noteholders separately requested that Brown Rudnick LLP or Dewey & LeBoeuf LLP, as the case may be, represent them in connection with their LBT Issued Notes and related guarantees.

[2] Each of the Noteholders submit this statement only in connection with its individual claims relating to those LBT Issued Notes for which it is the record holder, or in which it holds a beneficial ownership interest, or in respect to which it serves as an investment advisor or manager for a fund or other entity which is such a beneficial owner.

Dated: April 11, 2011
New York, New York

Respectfully submitted,

***Certain funds and accounts managed by*** **:**
**CYRUS CAPITAL PARTNERS, LP**
**ORE HILL PARTNERS LLC**
**SILVER POINT CAPITAL LP**

**By their Attorneys,**

**BROWN RUDNICK LLP**

By:  __/s/_ Steven B. Levine_____
Steven B. Levine
Peter J.M. Declercq
One Financial Center
Boston, MA 02111
(617) 856-8200
(617) 856-8201 (fax)

*Counsel to the Lehman Brothers Treasury B.V.*
*Noteholders Identified Herein*

Dated: April 11, 2011
      New York, New York

      Respectfully submitted,

***Certain funds managed by:***
**ANGELO, GORDON & CO., L.P.**
**CASPIAN CAPITAL ADVISORS**
**CONTRARIAN CAPITAL MANAGEMENT, LLC**
**GOLDENTREE ASSET MANAGEMENT, LP**
**HAYMAN CAPITAL**
**KNIGHTHEAD CAPITAL MANAGEMENT, LLP**
**MASON CAPITAL MANAGEMENT LLC**
**MOUNT KELLETT CAPITAL MANAGEMENT**
**OAKTREE CAPITAL MANAGEMENT LP**
**SERENGETI ASSET MANAGEMENT LP**
**STONEHILL CAPITAL MANAGEMENT LLC**

**By their Attorneys,**

**DEWEY & LEBOEUF LLP**

By:  __/s/_ _Bruce Bennett_____
Bruce Bennett
Monika S. Wiener
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
(213) 621-6000
(213) 621-6100 (fax)

*Counsel to the Lehman Brothers Treasury B.V.
Noteholders Identified Herein*

# 1821561