Hearing Date and Time: April 13, 2011 at 10:00 a.m. (EST)

**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
Scott Cargill, Esq.
Erin S. Levin, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
Tel:    (973) 597-2500
Fax:    (973) 597-2400

*Counsel for LibertyView (as defined below)*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | Case No. 08-13555 (JMP) |
| Debtor. | |

**CERTIFICATION OF SERVICE**

      Lisa M. Bonito, pursuant to 28 U.S.C. § 1746, certify as follows:

      1.    I am a paralegal employed by the law firm of Lowenstein Sandler PC, attorneys for LibertyView[1] ("LibertyView") in the above captioned matter.

      2.    I hereby certify that on April 11, 2011, I caused a true and correct copy of the following document to be served upon the parties indicated on the attached service list, in the manner listed therein:

---

[1] LibertyView is a group of investment funds which include Credit Opportunities Fund, L.P., LibertyView Credit Select Fund, LP, LibertyView Funds, L.P., LibertyView Global Risk Arbitrage Fund, L.P., and LibertyView Special Opportunities Fund, L.P.

22312/14
04/11/2011 **15465430**.1

        LibertyView's Joinder to the Objection of Newport Global to Debtors' Motion Pursuant to Section 105 Of The Bankruptcy Code And Rule 7026 Of Federal Rules Of Bankruptcy Procedures For Authoritzation To Establish And Implement Procedures In Connection With Discovery Related To Plan Confirmation

        3.      On April 11, 2011, the foregoing document was filed [Docket No. ____] and served electronically via the Court's PACER system upon those parties entitled to receive electronic notice.

        I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I understand I am subject to the penalty of perjury.

                                                               */s/ Lisa M. Bonito*
                                                               Lisa M. Bonito

Dated: April 11, 2011

# SERVICE LIST

*<u>Via FedEx</u>*

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
<u>Attn</u>:  Shai Y. Waisman, Esq.
   Lori R. Fife, Esq.
   Jacqueline Marcus, Esq.
   Richard P. Krasnow, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
<u>Attn</u>:  Brian S. Masumoto, Esq.
   Andrew Velez-Rivera, Esq.
   Paul Schwartzberg, Esq.
   Linda Rifkin, Esq.
   Tracey Hope Davis, Esq.

Brown Rudnick LLP
Seven Times Square
New York, NY 10036
<u>Attn</u>:  David J. Molton, Esq.
   Andrew S. Dash, Esq.
   Howard S. Steel, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
<u>Attn</u>:  Dennis F. Dunne, Esq.
   Dennis O'Donnell, Esq.
   Evan R. Fleck, Esq.

*<u>Via the Court's Electronic Filing System:</u>*

All parties who receive notice through the Court's electronic filing system were served with said document on April 11, 2011.