B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C.
§ 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2),
Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this
evidence and notice.

| Citigroup Global Markets Inc. | Credit Suisse AG Sucursal en Espana |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:

Citigroup Global Markets Inc.
390 Greenwich Street, 4th floor
New York, New York 10013
Attn: Marc Heimowitz
Phone: 212-723-1058
Email: marc.heimowitz@citi.com

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn: Douglas R. Davis
Phone: 212-373-3000
Email: ddavis@paulweiss.com

Name and address where transferee payments
should be sent (if different from above):

Court Claim # (if known): 67421
Amount of Claim: $30,622,450.00
Date Claim Filed: March 30, 2011

Phone: (212) 538-9137
Last Four Digits of Acct #: ___4285___

I declare under penalty of perjury that the information provided in this notice is true and
correct to the best of my knowledge and belief.

By: _____     Date: _4/11/11_____
       Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                          Case No. 08-13555

## NOTICE OF TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. 67421 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the
alleged transferor.  As evidence of the transfer of that claim, the transferee filed a
Transfer of Claim Other than for Security in the clerk's office of this court on April 11,
2011.


| Credit Suisse AG Sucursal en Espana | Citigroup Global Markets Inc. |
|---|---|
| Name of Transferor | Name of Transferee |

Address of Alleged Transferor:                Address of Transferee:

Credit Suisse AG Sucursal en Espana          Citigroup Global Markets Inc.
1 Madison Avenue                              390 Greenwich Street, 4th floor
New York, NY 10010                            New York, New York 10013
Attn:  Lawrence Young                         Attn:  Marc Heimowitz
Phone:  (212) 538-9137                        Phone:  212-723-1058
                                              Email:  marc.heimowitz@citi.com

                                              With a copy to:
                                              Paul, Weiss, Rifkind, Wharton & Garrison LLP
                                              1285 Avenue of the Americas
                                              New York, New York 10019
                                              Attn:  Douglas R. Davis
                                              Phone:  212-373-3000
                                              Email:  ddavis@paulweiss.com

| ~ DEADLINE TO OBJECT TO TRANSFER ~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within
twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the
transferee will be substituted as the original claimant without further order of the court.


Date: _____       _____
                                         **CLERK OF THE COURT**

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse AG Sucursal en Espana ("Seller"), as holder on behalf of several of its clients of the securities specified in Schedule 1 attached hereto, hereby unconditionally and irrevocably sells, transfers and assigns to Citigroup Global Markets Inc. (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the nominal amount specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number 67421, filed by or on behalf of Seller, amending Proof of Claim Number 55815, filed by or on behalf of Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.    Seller hereby represents and warrants to Purchaser that:  (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; or, alternatively, Seller has been duly authorized to sell, transfer and assign the Transferred Claims by the owner of Transferred Claims who has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by such owner or against  such owner (d) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (e) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.



4.        All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, reasonable attorneys' fees, which result from Seller's breach of its representations and warranties made herein.

5.        Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.        Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.        Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 1st day of April 2011.

Credit Suisse AG Sucursal en Espana

By: _____
Name: Miguel Matossian / Enrique Moreno de la Santa
Title: Managing Director / Director

Calle Ayala 42
28001 Madrid, Spain

Citigroup Global Markets Inc.

By: _____
Name: Marc Heimowitz
Title: Managing Director

390 Greenwich Street
New York, NY 10013

Schedule 1

Transferred Claims

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount |
|---|---|---|---|---|
| Autoredeemable on Telefonica and Santander | XS0286239925 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 21,500,000<br><br>USD 30,622,450<br><br>Exchange Rate EUR/USD: 1.4243 (Bloomberg 9/15/2008) |

Schedule 1-1

United States Bankruptcy Court/Southern District of New York

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000067421

0000067421

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Credit Suisse Sucursal en Espana
1 Madison Avenue
New York, NY 10010
Attn: Lawrence Young

Telephone number: 212-538-9137     Email Address:

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 55815
(If known)

Filed on: 10/29/2009

Name and address where payment should be sent (if different from above)

Telephone number:        Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 30,622,450.00 (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0286239925 (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

9484516 (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

94285 (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED

APR 8 0 2011

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

ENRIQUE MORENO     RAFAEL DEL VILLAR
DE LA SANTA        AUTHORIZED SIGNATORY
AUTHORIZED SIGNATORY

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case |
| LEHMAN BROTHERS INC., | No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Defendants. | |

### ADDENDUM TO AMENDED PROOF OF CLAIM OF
### CREDIT SUISSE SUCURSAL EN ESPANA

Amends that portion of Claim No. 55815 owned by Credit Suisse Sucursal en Espana by
Acquisition from Credit Suisse AG

1.      Claimant: Credit Suisse Sucursal en Espana ("Claimant").

2.      Debtor: On September 15, 2008 (the "Petition Date"), Lehman Brothers Holdings Inc.
("Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States
Code in the United States Bankruptcy Court for the Southern District of New York (the "Court").

3.      Amendment: Proof of Claim No. 55815 ("Original Proof of Claim") was filed against
Debtor on October 29, 2009. A copy of the Original Proof of Claim is annexed hereto as Exhibit
A. This amended proof of claim ("Amended Proof of Claim") relates solely to that portion of the
Original Proof of Claim acquired by Claimant from Credit Suisse AG and is being filed for the
limited purpose of ensuring that the nominal claim amount is denominated in U.S. dollars.
Claimant incorporates herein by reference all information included in and any supporting
documentation filed with the Original Proof of Claim.

4.      Basis for Claim. Claimant is the beneficial owner of EUR 21,500,000.00 in nominal
amount of the Lehman Program Security issued by Lehman Brothers Treasury Co., B.V. and

guaranteed by Debtor with the International Securities Identification Number (ISIN) XS0286239925 (the "Claimant Lehman Programs Security").

5.    Amount of Claim. As of the Petition Date, the USD equivalent of the claim against Debtor under its guarantee of the nominal amount of the Claimant Lehman Programs Security, using an exchange rate of 1.4243 USD per EUR (Bloomberg 9/15/2008), was **USD 30,622,450.00** (the "Claim"). Claimant reserves the right to claim all amounts due in respect of any legal fees or expenses, charges or post-petition interest to the extent allowed by law.

6.    Acquisition of the Claim. Claimant acquired the Claim and the Claimant Lehman Programs Security from Credit Suisse AG pursuant to a transfer agreement, and on March 29, 2011, Claimant filed an evidence of the transfer pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure.  Credit Suisse AG previously acquired the Claim and the Claimant Lehman Programs Security from Claimant pursuant to a transfer agreement, and on March 28, 2011, Credit Suisse AG filed an evidence of the transfer pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure.

7.    International Securities Identification Number (ISIN). The International Securities Identification Number (ISIN) for the Claimant Lehman Programs Security is XS0286239925.

8.    Clearstream/Euroclear Information. The Clearstream Bank Blocking Number or Euroclear Bank Electronic Reference Number for the Claimant Lehman Programs Security is 9484516.

9.    Clearstream/Euroclear Account Number. The Clearstream Bank or Euroclear Bank depository participant account number for the Claimant Lehman Programs Security is 94285.

10.    Notices. All notices to Claimant concerning this Amended Proof of Claim should be sent to:

Credit Suisse Sucursal en Espana
1 Madison Avenue
New York, NY 10010
Attn: Lawrence Young
Ph: (212) 538-9137

with a copy to:

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Attn: Richard Levin
Ph: (212) 474-1135

The request for notices to be sent to Cravath, Swaine & Moore LLP shall not be deemed authorization of Cravath, Swaine & Moore LLP to accept service of process on behalf of Claimant.

11.    Amendments/Reservation of Rights. Claimant shall have the right to amend or supplement this Amended Proof of Claim and to file additional proofs of claim for additional claims which may be based on the same or additional documents.  The execution and filing of this Amended Proof of Claim is not: (i) a waiver or release of Claimant's rights against any person, entity or property; (ii) a consent by Claimant to the jurisdiction of this Court with respect to the subject matter of the Claim or any objection or other proceeding commenced in the above-captioned cases (or any jointly administered case) against or otherwise involving Claimant; (iii) a waiver of the right to move to withdraw the reference or otherwise to challenge the jurisdiction of this Court with respect to the subject matter of this Amended Proof of Claim, any objections or other proceedings commenced with respect thereto or any other proceeding commenced in this case (or jointly administered case) against or otherwise involving Claimant; (iv) an election of remedy; (v) a waiver of any rights or claims Claimant may have against the Debtor or any person or entity with respect to any pending or future litigation or to any matters related to such litigation; (vi) a waiver of any past, present or future defaults or events of default; (vii) a waiver of Claimant's right to seek payments as an administrative expense relating to any Claimant Lehman Programs Security which is the subject of this proof of claim; or (viii) a waiver of Claimant's right to seek post-petition interest relating to any Claimant Lehman Programs Security which is the subject of this proof of claim.

12.    <u>Powers of Attorney</u>.  The powers of attorney authorizing the signatories of this Amended Proof of Claim to sign on behalf of Claimant are annexed hereto as Exhibit B and C.

# Exhibit A

# Copy of Original Proof of Claim

ffort

## RIDER TO PROOF OF CLAIM FILED ON BEHALF OF
## Credit Suisse Sucursal en España against LBHI (Lehman Programs Securities)

1.      In accordance with the Order Pursuant to Section 502(b)(9) of the

Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs

of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of

Claim Form [Docket 4271] dated July 2, 2009 and the Notice of Deadlines for Filing Proofs of

Claim Based on Lehman Programs Securities dated July 27, 2009, Credit Suisse Sucursal en

España ("CS") files this claim against Lehman Brothers Holdings, Inc. ("LBHI") based on the

Lehman Programs Securities ("LPS", whether used in the singular or plural) contained in

Schedule I.  Schedule I lists the International Securities Identification Number, Depository

Participant Account Number, and Depository Blocking Reference Number for each LPS related

to this claim.

2.      As the LPS are booked either in units or nominal amounts in the relevant

depository systems, CS has provided the number of units or nominal amounts held for each LPS

in Schedule I in lieu of claim amounts.  CS reserves the right to amend this proof of claim at a

later date to specify claim amounts in United States dollars.

3.      CS reserves the right to amend, modify or supplement this proof of claim

in any manner, for any purpose and at any time.

4.      CS reserves the right to assert and file any and all additional claims of

whatever kind or nature that it has or may hereinafter have against LBHI.

5.      CS reserves the right to set-off any claim set forth in this proof of claim

against any claim that LBHI or the LBHI estate has or may assert against CS.

6.      CS reserves all rights it has or may have in the future against LBHI.  This

proof of claim is not intended as (a) a waiver or release of any rights of CS against LBHI (or

any of its affiliates) not asserted in this proof of claim, (b) a consent by CS to the jurisdiction of

this Court with respect to the subject matter of the claims set forth herein or to this Court's

hearing, determining or entering orders or judgments in any proceedings on this proof of claim,

(c) a waiver of the right of CS to trial by jury in any proceedings so triable in these cases or any

controversy or proceedings related to these cases or (d) an election of remedies.

       7.      No judgment has been rendered on the claims set forth in this proof of

claim.

       8.      No payments on the claims set forth in this proof of claim have been

made by the debtor.

9.      All notices concerning this proof of claim should be sent to:

Credit Suisse Sucursal en España
1 Madison Avenue
New York, NY 10010
Attn: Allen Gage
Ph:  (212) 538-9137

With a copy to:

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Attn: Richard Levin
Ph:  (212) 474-1135

# SCHEDULE I

**CS Entity: Credit Suisse Sucursal en España**

| ISIN (12 digits) | Denominational Currency | (Sub-)Custodian | Total Holdings at each (Sub-)Custodian | | Euroclear Bank S.A. Account No. 94285 | | |
|---|---|---|---|---|---|---|---|
| | | | Nominal | Units | Nominal | Units | Blocking No. |
| XS0282978666 | EUR | CS Zurich | 123,000 | - | 123,000 | - | 9484522 |
| XS0325369725 | USD | CS Zurich | 98,000 | - | 98,000 | - | 9484523 |
| XS0204933997 | USD | CS Zurich | 30,000 | - | 30,000 | - | 9484524 |
| XS0235227302 | EUR | CS Zurich | - | 312 | - | 312 | 9484501 |
| XS0250879763 | USD | CS Zurich | 218,000 | - | 218,000 | - | 9484502 |
| XS0302356737 | EUR | CS Zurich | - | 300 | - | 300 | 9484503 |
| XS0339537390 | EUR | CS Zurich | 387,000 | - | 387,000 | - | 9484504 |
| ANN5214R1481 | EUR | CS Zurich | - | 50 | - | 50 | 9484505 |
| XS0213416141 | EUR | CS Zurich | 370,000 | - | 370,000 | - | 9484506 |
| XS0218304458 | EUR | CS Zurich | 149,000 | - | 149,000 | - | 9484507 |
| XS0225841898 | EUR | CS Zurich | 85,000 | - | 85,000 | - | 9484508 |
| XS0246504210 | EUR | CS Zurich | 300,000 | - | 300,000 | - | 9484509 |
| XS0258901759 | EUR | CS Zurich | 440,000 | - | 440,000 | - | 9484510 |
| XS0269149497 | EUR | CS Zurich | - | 135 | - | 135 | 9484511 |
| ANN5214A1035 | EUR | CS Zurich | - | 3,553 | - | 3,553 | 9484512 |
| XS0284511994 | EUR | CS Zurich | 300,000 | - | 300,000 | - | 9484513 |
| XS0285422597 | EUR | CS Zurich | 380,000 | - | 380,000 | - | 9484514 |
| XS0286018758 | EUR | CS Zurich | 7,065,000 | - | 7,065,000 | - | 9484515 |
| XS0286239925 | EUR | CS Zurich | 23,900,000 | - | 23,900,000 | - | 9484516 |
| XS0290654978 | EUR | CS Zurich | 150,000 | - | 150,000 | - | 9484517 |
| XS0308935575 | EUR | CS Zurich | 4,000,000 | - | 4,000,000 | - | 9484518 |
| XS0308937605 | USD | CS Zurich | 2,000,000 | - | 2,000,000 | - | 9484519 |
| XS0317359718 | EUR | CS Zurich | 170,000 | - | 170,000 | - | 9484520 |
| XS0349908839 | EUR | CS Zurich | 10,730,000 | - | 10,730,000 | - | 9484521 |
| XS0349908839 | EUR | CS Zurich | 500,000 | - | 500,000 | - | 6049984 |

H
A
N
D

D
E
L
I
V
E
R
Y

RECEIVED BY:

DATE

TIME

# Exhibit B

# Power of Attorney for
# Enrique Moreno de la Santa





# EUROPA

**NIHIL PRIUS FIDE**

**ANTONIO ALVAREZ PEREZ**
NOTARIO

Num:                    **352**

Año:                    **2001**

23.02.01 010393
10393



Copia de la Escritura de:

## REVOCACION DE PODERES Y OTORGAMIENTO DE OTROS

Otorgada por:

### CREDIT SUISSE, SUCURSAL EN ESPAÑA

ooo OO ooo

*SIGMARINGA GESTION, S.L.*
*Número: 001063*
*Fecha: 24/01/2001*
*Entrada: 01/02/2001*
*Vencimiento: 23/02/2001*
*Registro: MERCANTIL*
*Salida: _____*

Calle Valdetorres de Jarama, 31, escalera 2, 1.º

Tfno.: 91

Fa

E-mail: nota

REGISTRO MERCANTIL DE MADRID.
ASIENTO    900 DIARIO 1056  - 900
HORA  13:35 / FECHA  23.02.2001
PRESENTACION:  **2/ 10393**
PROT    352 N    274 24.01.2001

KN 0872684





D. **ANTONIO ALVAREZ PEREZ**
N O T A R I O
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

=================================================

NÚMERO  TRESCIENTOS CINCUENTA Y DOS. ----------

=================================================

EN MADRID, mi residencia, a    veinticuatro

de enero del año dos mil uno. -----------------

================= ANTE MI, ==================

ANTONIO ALVAREZ PEREZ, Notario de Madrid y

de su Ilustre Colegio, ------------------------

================ COMPARECEN: =================

DON  **ANDREAS  JOHN**, mayor de  edad,  de

nacionalidad suiza, casado, con domicilio a

estos efectos en (28004)-MADRID, P° Recoletos,

17,  Tarjeta  de  residencia  NIE.:  número

X2166160C, vigente. Pasaporte de su nacionalidad

número 6788680, vigente. ----------------------

DON **RAFAEL DEL VILLAR ALVAREZ**, mayor de

edad, casado, con domicilio a estos efectos en

28004-MADRID,    Paseo    de    Recoletos,    17,

D.N.I./N.I.F. número 05398347V. ---------------

-------------------INTERVIENEN ----------------

En nombre y representación de  "_**CREDIT**_

*SUISSE, SUCURSAL EN ESPAÑA*", domiciliada en
**Madrid, Paseo de Recoletos, 17**, con C.I.F. nú-
mero **A81956856**, constituida en escritura auto-
rizada por el Notario de Madrid, Don Pedro F.
Conde Martín de Hijas, el día veintitrés, de
febrero de mil novecientos noventa y ocho, con
el número 409 de orden de su protocolo; inscri-
ta en el Registro Mercantil de Madrid, al tomo
12929, folio 15, sección 8, hoja M-208189, ins-
cripción 1ª, de la que resulta que es objeto de
la sucursal " realizar todo tipo de actividades
bancarias y actividades relacionadas con las
mismas, con las limitaciones y condiciones
aplicables a los bancos españoles y sujetas a
las reglas específicas promulgadas o que puedan.
promulgarse para bancos extranjeros por el Go-
bierno Español, el Banco de España o por otras
autoridades competentes." ---------------------

Inscrita en el Registro de Sucursales de
Entidades de Crédito Extranjeras Extracomunita-
rias del Banco de España con el número 1.460 y
en el Registro de Depositarios de Instituciones
de Inversión Colectiva de la Comisión Nacional
del Mercado de Valores con el número 197. -----




D. **ANTONIO ALVAREZ PEREZ**
**N O T A R I O**
Valdetorres del Jarama, 31 - 1º
Tel. 763 25 00
28043 MADRID

En la escritura de constitución de la su-
cursal, fueron nombrados representantes de la
Sucursal, DON JUAN VERDAGUER PASTOR, el Sr.
Werner Flückiger y otro señor, con las siguien-
tes facultades, para ser ejercitadas conjunta-
mente por dos de los tres, ante cualquier ju-
risdicción y competencia, agencias o adminis-
traciones centrales, provinciales o locales,
incluidas instituciones con sus propios estatu-
tos independientes, incluidos aquellos del Mi-
nisterio de Hacienda y Finanzas y el Banco de
España: ------------------------------------------

1.- Representar a la Sucursal con la capa-
cidad total para gestionar los negocios del es-
tablecimiento. ------------------------------------

2.- Firmar toda clase de acuerdos y docu-
mentos y participar en toda clase de actos y
negocios legales relacionados con la actividad
comercial de la compañía, teniendo autorización
por consiguiente para dar y recibir dinero a
crédito, garantías, depósitos, manejo de tran-

KN0872686

sacciones de metales preciosos, apertura de cuentas corrientes y a plazo y en general tener negocios financieros y de corretaje relaciona- dos con los establecimientos e instituciones bancarios conforme a la legislación aplicable a bancos y banqueros. --------------------------

3.- Adquirir valores financieros y bienes raíces por cuenta de la Sucursal y disponer de cualquier modo o hipotecar de cualquier manera su propiedad. --------------------------------

4.- Cambiar la dirección del domicilio so- cial de la Sucursal dentro de Madrid, pudiendo arrendar los locales necesarios en los plazos y condiciones que se considere conveniente. -----

Cambiar la dirección de la oficina en Bar- celona dentro de Barcelona pudiendo arrendar los locales necesarios en los plazos y condi- ciones que se considere conveniente. ----------

5.- Contratar y despedir empleados y revo- car lo mismo. -------------------------------

6.- Representar a y en nombre de la Sucur- sal de la Compañía en España ante la Adminis- tración Publica española e instituciones ofi- ciales o independientes de toda clase y parti-





D. ANTONIO ALVAREZ PEREZ
N O T A R I O
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

culares o corporaciones y en especial ante el
Banco de España. ------------------------------

    7.- Delegar conjunta o individualmente au-
torizaciones específicas/particulares y compe-
tencias en los empleados de la Sucursal de la
compañía en España que se consideren convenien-
tes y revocar las competencias y poderes cita-
dos. -------------------------------------------

    RESPONSABILIDADES QUE NO PUEDEN DELEGARSE:

    - responsabilidad final de la gestión de
la Sucursal y de la emisión de directivas in-
ternas; ----------------------------------------

    - fijar la organización de la Sucursal. --

    - supervisar aquellas personas a quienes
se ha confiado la dirección y representación de
la Compañía (Sucursal), esto es, con respecto
al cumplimiento de la ley, reglamentos y direc-
tivas internas; --------------------------------

    - supervisión final y control de la ges-
tión de riesgos y sus funciones. --------------

    Las competencias y poderes citados atri-

buidos incluyen pero no se limitan a los ante-
riores y debe entenderse que las citadas perso-
nas están investidas de todas las autorizacio-
nes para llevar a cabo y cumplir el objeto de
la Sucursal." --------------------------------

En lo omitido no hay nada que modifique,
restrinja o condicione lo copiado. ------------

- El Sr. John ha sido nombrado represen-
tante y Director General de Credit Suisse, Su-
cursal en España, por decisión del órgano com-
petente de la matriz, quedando modificado el
poder conferido en la escritura de constitución
de la Sucursal a los efectos de que refleje
plenamente la sustitución del Sr. Werner
Flückiger por el Sr. Andreas John, permanecien-
do sin modificar todos los términos de tal po-
der de representación, todo ello según resulta
de la escritura autorizada por mí, el día 22 de
junio del año 2.000, con el número 2592 de or-
den de mi protocolo general, que causó la ins-
cripción 14 de la hoja de la sucursal en el re-
lacionado Registro Mercantil. -----------------

- El Sr. del Villar, hace uso del poder,
vigente íntegramente según afirma, que le fue

3U3960631



**D. ANTONIO ALVAREZ PEREZ**
N O T A R I O
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

otorgado en escritura autorizada por mí, el día 8 de noviembre del año 2000, con el número 4362 de orden de mi protocolo general, que causó la inscripción 15 de la hoja de la sociedad en el relacionado Registro Mercantil, en el que, **como apoderado del Grupo A**, le fueron otorgadas las siguientes facultades, para ser ejercitadas MANCOMUNADAMENTE con, entre otras personas, cualquiera de los representantes de la Sucursal: ------------------------------------------------

"**A) FACULTADES DE REPRESENTACION**. ------

1.- Asumir la representación de la Sucursal y llevar la firma de la misma con ocasión del ejercicio de las facultades que se conceden. ------------------------------------------------

2.- Representar a la Sucursal ante el Poder Público, autoridades, organismos y oficinas de todas clases y jerarquías y ante cualquier sociedad, empresa o persona individual realizando cuantos actos y ejercitando cuantas acciones puedan ser precisas para la mejor defen-

sa de sus intereses. --------------------------

3.- Representar a las personas físicas o jurídicas que deleguen en la Sucursal su repre-sentación en Juntas General o en cualquier otro acto, de conformidad con las instrucciones que tenga formuladas por escrito por el representa-do, ejercitando los derechos correspondientes.

**B) FACULTADES DE ADMINISTRACION.** ---------

a) **De Régimen Interno.** --------------------

4.- Redactar y aprobar el reglamento de Régimen Interno de la Sucursal y modificarlo cuando lo juzgue oportuno, siguiendo las ins-trucciones cursadas al efecto por la Dirección de la Sucursal. -----------------------------

5.- Ejecutar los presupuestos y autorizar los gastos, de conformidad con las instruccio-nes de la Dirección de la Sucursal. -----------

6.- Tomar, en cualquier circunstancia, las medidas que estime oportunas para proteger los valores pertenecientes a la Sucursal o deposi-tados por terceros. --------------------------

b) **Correspondencia.** ----------------------

7.- Recibir, contestar, firmar y retirar en cualquier clase de agencias y oficinas pú-



D. ANTONIO ALVAREZ PEREZ
N O T A R I O
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

blicas o privadas la correspondencia postal, telegráfica o de cualquier otra clase. Recibir y retirar certificados y paquetes. Hacerse cargo de los giros y pliegos de valores declarados o asegurados. Hacer toda clase de reclamaciones. ------------------------------------------------

c) **De personal**. -------------------------

8.- Contratar, trasladar y despedir al personal de la Sucursal y ejercitar las demás facultades propias de la administración de personal. ------------------------------------------------

d) **De Bienes**. -----------------------------

9.- Realizar toda clase de actos inherentes a la normal administración, pudiendo convenir y establecer con absoluta libertad los pactos y condiciones que se estimen más favorables para la Sucursal. -----------------------------

10.- Arrendar y subarrendar bienes de la Sucursal ya sean muebles o inmuebles, ejercitando sus derechos de arrendador. -------------

11.- Tomar en arrendamiento o subarriendo

edificios o locales para la instalación de las oficinas o dependencias de la Sucursal, así como cualquier tipo de bienes muebles destinados a este fin, ejercitando sus derechos arrendaticios. -----------------------------------------

12.- Contratar seguros de todas clases de riesgos sobre los bienes muebles o inmuebles efectos a la actividad de la sucursal, así como sobre las actividades de la Sucursal. ---------

13.- Contratar la realización de obras o instalaciones relacionadas con el desenvolvimiento de la actividad de la Sucursal. --------

14.- Contratar el suministro de la Sucursal de los bienes y servicios necesarios para el desarrollo de su Actividad. ----------------

e) **Cobros y Pagos**. ------------------------

15.- Cobrar y percibir las cantidades correspondientes a la Sucursal en metálico, valores, géneros o cualquier otra clase de bienes adeudados por personas físicas o jurídicas, o por entidades y organismos públicos y privados, dando recibos, resguardos, cartas de pago o cualquier otros documento a estos efectos. Retirar las cantidades consignadas en estableci-




D. **ANTONIO ALVAREZ PEREZ**
**N O T A R I O**
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

mientos públicos o privados, incluso Juzgados o
Tribunales de Justicia, a nombre de la Sucur-
sal. ------------------------------------------

   16.- Pagar las cantidades debidas por la
Sucursal y cumplir toda clase de obligaciones
legítimas. ------------------------------------

   17.- Rendir, ajustar y conformar saldos y
cuentas, aprobándolas o impugnándolas. Conve-
nir, fijar y finiquitar saldos. ---------------

   18.- Exigir el cumplimiento de cualquier
obligación contraída a favor de la Sucursal,
así como pedir el levantamiento de embargos y
cartas establecidas a favor de la Sucursal, y
la cancelación de las anotaciones. ------------

   f) **Documentación**. ------------------------

   19.- Pedir certificaciones, testimonios,
copias autorizadas o simples documentos de
cualquier clase de archivos y oficinas particu-
lares y oficiales, notarías, registros y Enti-
dades u organismos públicos o privados, incluso
en el Banco de España y en la Caja General de

Depósitos. -----------------------------------

### C) OPERACIONES FINANCIERAS. --------------

A).- Con el Banco de España y otras Entidades de Crédito. ------------------------------

20.- Abrir cuentas corrientes en Bancos, Cajas y demás entidades de Crédito. -----------

21.- Llevar, continuar y cancelar cuentas corrientes y de ahorro en el Banco de España y en los demás Bancos Oficiales, Banco Exterior de España, Bancos Privados, Cajas de Ahorro y demás Entidades de Crédito y Bancos extranjeros operantes en España, firmando al efecto talones, cheques, mandatos de transferencias y demás documentos; dar conformidad a saldos y finiquitos. ------------------------------------

22.- Abrir, llevar, continuar y cancelar cuentas de crédito en el Banco de España y en los demás Bancos Oficiales, Banco Exterior de España, Bancos Privados, Cajas de Ahorro y demás Entidades de Crédito y Bancos operantes tanto en España como en el Extranjero, pudiendo concertarlas con garantía personal o de valores, de efectos públicos o con otras garantías reales mobiliarias, firmando al efecto talones,





D. ANTONIO ALVAREZ PEREZ
N O T A R I O
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

cheques, mandatos de transferencias y demás do-
cumentos; dar conformidad a saldos y finiquitos
o, en su caso, discrepar de ellos promoviendo
su rectificación. -----------------------------

23.- Concertar y realizar préstamos perso-
nales y con garantía de valores o efectos pú-
blicos o con otras garantías mobiliarias, con
el Banco de España, Bancos Oficiales, Banco Ex-
terior de España, Bancos Privados, Cajas de
Ahorros y demás Entidades de Crédito y Bancos
operantes tanto en España como en el extranje-
ro, firmando para ello los documentos oportu-
nos. ------------------------------------------

24.- Concertar y realizar créditos y prés-
tamos con garantía real inmobiliaria con el
Banco de España, Bancos Oficiales, Banco Exte-
rior de España, Bancos Privados, Cajas de Aho-
rros y demás Entidades de Crédito y Bancos ope-
rantes tanto en España como en el extranjero,
firmando para ello los documentos oportunos. --

25.- Constituir y retirar depósitos en me-

tálico o valores, voluntarios o necesarios y toda clase de imposiciones en el Banco de España, Bancos Oficiales, Banco Exterior de España, Bancos Privados, Cajas de Ahorros y demás Entidades de Crédito y Bancos operantes tanto en España como en el extranjero; así como alquilar cajas de seguridad. --------------------------

26.- Librar, aceptar, descontar, protestar y endosar letras de cambio, pagarés y demás efectos de comercio, en relación con las operaciones que se realicen en el Banco de España, Bancos Oficiales, Banco Exterior de España, Bancos Privados, Cajas de Ahorros y demás Entidades de Crédito y Bancos operantes tanto en España como en el extranjero. -----------------

27.- Puedan realizar las operaciones encargadas al Servicio Telefónico del Mercado de Dinero establecido en el Banco de España: -----

- Solicitar la adhesión al Servicio Telefónico del Mercado de Dinero del Banco de España, suscribiendo los correspondientes documentos previstos en el punto tres de la Norma Segunda de la referida Circular número 5/1990, de 28 de marzo, del Banco de España y, por consi-




D. ANTONIO ALVAREZ PEREZ
N O T A R I O
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

guiente, asumir los compromisos en los mismos especificados. --------------------------------

    - Actuar como personas autorizadas y acreditadas para formalizar las operaciones por vía telefónica en todos los Mercados con que ésta Entidad tenga acceso, así como para designar, en su caso, tales personas suscribiendo, al efecto el contrato anexo previsto en el Punto Tres de la Norma Segunda de la referida Circular, cuyas personas, por el simple hecho de tal designación, quedan desde ahora facultadas expresamente para realizar tales operaciones. ---

    - Proceder a la apertura de la Cuenta de Tesorería a que se refiere el Punto Tres de la Norma Segunda y la Norma Cuarta de la indicada Circular, para la liquidación de las operaciones canalizadas a través del referido Servicio Telefónico o, alternativamente, a fin de domiciliarlas en la Cuenta de Tesorería de otra Entidad Adherida. ------------------------------

    La referida Cuenta de Tesorería recibirá,

con carácter exclusivo, los abonos y adeudos
que en cada momento tenga establecidos el Banco
de España a través de las Circulares regulado-
ras del Servicio Telefónico del Mercado de Di-
nero. ----------------------------------------

Las facultades que se confieren en el pre-
sente poder han de interpretarse ampliamente,
pues no tienen carácter limitativo, por lo que
se faculta a los apoderados para que puedan
operar en todo lo regulado en las citadas Cir-
culares, constriñéndose exclusivamente a las
operaciones que en las mismas se regulen. -----

b) **Caja General de Depósito y otros Orga-
nismos.** ---------------------------------------

28.- Constituir, modificar o retirar depó-
sitos en metálico o valores con o sin desplaza-
mientos de títulos, voluntarios o necesarios,
tanto de propiedad de la Sucursal como de sus
clientes, en la Caja General de Depósitos y
cualquier otro Organismo o Entidad oficial. ---

29.- Retirar la documentación procedente
de operaciones canceladas ante la Caja General
de Depósitos, incluidos los avales prestados
por la Sucursal. ------------------------------

3u3960656





**D. ANTONIO ALVAREZ PEREZ**
N O T A R I O
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

30.- Prestar fianzas y avales, constituir toda clase de garantías, ante la Caja General de Depósitos y otros Organismos o Entidades Oficiales, incluso el Banco de España, cuando sean exigidas por autoridades o particulares a la Sucursal o a terceras personas. ------------

31.- Realizar toda clase de operaciones con las Oficinas y Dependencias del Estado, Comunidades Autónomas, Provincias y Municipios, o con cualquier otro Organismo o Institución de los mismos. ---------------------------------

c) De Crédito y Préstamo. ----------------

32.- Acordar y realizar las operaciones de crédito o préstamo que pueda convenir a la Sucursal. ------------------------------------

Establecer las condiciones en que la Sucursal deba tomar a su cargo a negociar toda clase de empréstitos o de otra naturaleza, abrir suscripciones para su emisión y tomar parte en empréstitos y suscripciones. ---------

33.- Solicitar, cancelar y formalizar cré-

ditos y préstamos con o sin garantía personal,
pignoraticia de valores o de cualquier otro ti-
po de bienes muebles con o sin desplazamiento
de posesión, firmando las pólizas y documentos
precisos. ------------------------------------

34.- Solicitar, cancelar y formalizar cré-
ditos y préstamos con garantía real inmobilia-
ria. Aceptar fianzas, hipotecas y otras garan-
tías sobre bienes muebles, inmuebles y derechos
reales, constituidas a favor de la Sucursal po-
derdante en aseguramiento de operaciones de
crédito, préstamo y otras cualesquiera. En re-
lación con estas facultades, hacer descripcio-
nes de fincas, agrupaciones y segregaciones y
señalar las condiciones propias de estas opera-
ciones. ------------------------------------

En general, hacer todo lo necesario para
llevar a cabo estas operaciones, hasta su ins-
cripción en el Registro de la Propiedad. ------

35.- Proponer y cancelar hipotecas, así
como liberar prendas otorgando las cartas de
pendientes y haciendo todo lo necesario cola-
ción en el Registro correspondiente de las ins-
cripciones practicadas con relación a las mis-



D. ANTONIO ALVAREZ PEREZ
N O T A R I O
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

mas. --------------------------------------------

    d) **Letras de Cambio y Efectos.** -----------

    36.- Girar, librar, descontar, negociar,

ceder, transferir, cobrar, pagar, protestar,

intervenir, retirar y renovar letras de cambio,

talones, cheques, pagarés, cartas-órdenes o

mandatos de pago y cualesquiera otros efectos

de comercio, resguardos, vales, libranzas y en

general cualquier título de crédito, sea o no

endosable. ------------------------------------

    37.- Aceptar endosar letras de cambio, ta-

lones, cheques, pagarés, cartas-órdenes o man-

datos de pago, resguardos, vales, libranzas y

cualesquiera otros efectos de comercio, a favor

de Bancos, Cajas de Ahorro y en general de toda

clase de Entidades sean o no crediticias, y a

personas físicas o jurídicas. -----------------

    e) **Fianzas y Avales.** ---------------------

    38.- Prestar fianzas y avales, incluso so-

lidarios con el deudor principal, pudiendo re-

nunciar, expresamente, a los beneficios de di-

visión, orden y excusión, en escritura pública
notarial, en póliza o en cualquier otro docu-
mento, en garantía de préstamos, créditos, con-
tratos de ejecuciones de obras y de servicios,
subastas, procedimientos, reclamaciones econó-
mico-administrativas, administrativas y civiles
o penales y en general de todo tipo de opera-
ciones, pudiendo prestarlos ante personas físi-
cas o jurídicas y toda clase de Entidades Esta-
tales y de la Administración Pública o Local,
Organos Jurisdiccionales, Banco de España, Ban-
cos Privados, Cajas de Ahorro y demás Entidades
de Crédito, nacionales o extranjeros. ---------

39.- Avalar letras de cambio, cheques, ta-
lones, pagarés, mandatos de pago y demás efec-
tos de comercio y documentos de crédito. ------

**D) FACULTADES DE DISPOSICION**. ------------

a) **De capitales**. -------------------------

40.- Disponer el empleo de los capitales
disponibles y la inversión de los fondos de re-
serva y previsión. ----------------------------

b) **De Bienes Muebles**. ---------------------

41.- Realizar en orden a la adquisición de
bienes muebles, por cualquier título, toda cla-



D. ANTONIO ALVAREZ PEREZ
N O T A R I O
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

se de contratos civiles o mercantiles, con ab-
soluta libertad para convenir y establecer los
pactos y condiciones que se estimen más favora-
bles para la Sucursal. ------------------------

42.- Realizar en orden a la transmisión o
a la enajenación de bienes muebles, por cual-
quier título, toda clase de contratos civiles o
mercantiles, con absoluta libertad para conve-
nir y establecer los pactos y condiciones que
estimen más favorables para la Sucursal poder-
dante, reconociendo, aceptando, modificando,
distribuyendo, dividiendo, gravando y extin-
guiendo toda clase de derechos reales o perso-
nales, de adquisición, disfrute o realización
de valor y, especialmente, hipotecas, prendas,
con o sin desplazamiento de posesión, y cuales-
quiera otros derechos de garantía sobre dichos
bienes muebles, agrupando, segregando y distri-
buyendo responsabilidades, en su caso entre los
bienes gravados, conviniendo cuantas cláusulas
sean propias de tales operaciones. ------------

c) **De Bienes Inmuebles**. ------------------

43.- Realizar en orden a la adquisición de bienes inmuebles, por cualquier título, toda clase de contratos civiles o mercantiles, con absoluta libertad para convenir y establecer los pactos y condiciones que se estimen más favorables para la Sucursal. --------------------

44.- Realizar en orden a transmisión o la enajenación de bienes inmuebles, por cualquier título, toda clase de contratos civiles o mercantiles, con absoluta libertad para convenir y establecer los pactos y condiciones que se estimen más favorables para la Sucursal, reconociendo, aceptando, modificando, distribuyendo, dividiendo, gravando y extinguiendo toda clase de derechos reales o personales de adquisición, disfrute o realización de valor especialmente, hipotecas y cualesquiera otros derechos de garantía sobre dichos bienes inmuebles; agrupando, segregando y distribuyendo responsabilidades, en su caso, entre los bienes gravados, conviniendo cuantas cláusulas sean propias de tales operaciones. ----------------------------

E) **CONTRATACION**. ------------------------



D. ANTONIO ALVAREZ PEREZ
N O T A R I O
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID



45.- Suscribir, en nombre de la Sucursal, contratos de cuenta corriente o de ahorro, de transferencia bancaria, de servicio de ingresos, de cajero permanente, de constitución de depósito, de alquiler de cajas de seguridad, de préstamo o de crédito, incluso de crédito subasta y de crédito documentarlo, de cesión de créditos, de fianza o caución de efectivo o de valores, de contragarantía, de arrendamiento financiero mobiliario o inmobiliario, de permuta financiera o "swap", de financiación de exportaciones, de "factoring", de "forfaiting", de descuento de efectos comerciales, de corresponsalía, de comisión para la colocación de emisiones de valores mobiliarios, de compraventa de valores mobiliarios, de usufructo, prenda, copropiedad y depósito de valores mobiliarios, de compraventa, de divisas a plazo, convenientes de tipos de interés futuros, compraventa de opciones de compra y de opciones de venta, contratos de futuro, contratos de tarje-

ta de crédito, contratos de mandato de gestión
de patrimonio, en todos los casos, fijando las
condiciones de los mismos, pudiendo concertar-
los aceptando de la otra parte contratante ga-
rantía personal, de efectivo, de valores o de
efectos públicos, o con otras garantías reales
mobiliarias, así como garantías reales inmobi-
liarias. Igualmente se comprende la facultad de
gestionar, invertir y en general, disponer, de
aquellos bienes, muebles o inmuebles, que per-
teneciendo a clientes de la Sucursal, le hayan
sido recomendados a ésta bajo mandato de ges-
tión de patrimonio. --------------------------

**F) GESTIONES Y ACTUACIONES JUDICIALES Y
EXTRAJUDICIALES.** ----------------------------

a) **Notariales y Registrales.** -------------

46.- Hacer y contestar notificaciones, re-
querimiento y actas notariales de todo tipo. --

47.- Solicitar asientos y anotaciones pre-
ventivas o no, en los Registros de la Propiedad
Industrial o en cualquier otro Registro. ------

48.- Hacer declaraciones de obra nueva,
parcelaciones, agrupaciones, segregaciones, di-
visiones, deslindes, amojonamientos, rectifica-




D. ANTONIO ALVAREZ PEREZ
N O T A R I O
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

ciones y aclaraciones de todas clases. --------

b) **Administrativas**. ----------------------

49.- Gestionar la incoación, tramitación y resolución de los expedientes en los que la Sucursal pueda ser parte interesada, ante las Autoridades, Funcionarios, Corporaciones y oficinas del Estado, de las Comunidades Autónomas de las Provincias o de los Municipios, Delegaciones Ministeriales y en general, toda clase de Oficinas Públicas o Privadas, compareciendo para ello ante dichos Organismos y presentando los documentos necesarios. Presentar y seguir los recursos oportunos en relación con dichos expedientes por vía administrativa, económico-administrativa o judicial. --------------------

c) **Patentes**. ----------------------------

50.- Solicitar la obtención de cualquier patente de invención de adición y de introducción en España y en el extranjero sujetándose a los trámites establecidos y pagando los trámites establecidos y pagando los derechos corres-

pondientes a fin de mantenerla en vigor, o ha-
cer decaer los derechos si dejara de interesar.
Convenir o concertar la explotación de licen-
cias de fabricación en España de patentes ex-
tranjeras por el precio y condiciones que esti-
me oportunos, pudiendo realizar todos los tra-
mites exigidos e interponer cualquier tipo de
recurso para la protección de los registros en
los que la Sucursal pueda ser parte interesada.

d) **Judiciales**. --------------------------

51.- Representar a la Sucursal, por sí o
por medio de Procuradores, como actor, demanda-
do, querellante o en otro concepto cualquiera,
ante toda clase de Juzgados, Audiencias, Tribu-
nales, incluido en el Tribunal Supremo, Jura-
dos, Magistraturas de Trabajo, Autoridades y
Organismos administrativos, sindicales y de to-
da índole, que existan o se creen en lo sucesi-
vo; en España o en el extranjero, cualquiera
que sea la denominación, jerarquía, grado o ju-
risdicción de los mismos, en todos los asuntos
judiciales o extrajudiciales, ya sean Civiles,
de jurisdicción, voluntaria o contenciosa, cri-
minal, canónica, contencioso administrativa,



D. ANTONIO ALVAREZ PEREZ
N O T A R I O
Valdetorres del Jarama, 31 - 1º
Tel. 763 25 00
28043 MADRID

laboral, etc., sin excepción alguna, y por tan-
to en los juicios ordinarios de mayor y menor
cuantía, de cognición, verbales, ejecutivos, de
desahucio, interdictos, retractos y en cual-
quier otro sumario, en todos los llamados uni-
versales, en los de faltas, orales y en los que
competan a jurisdicciones especiales. Tanto en
lo principal como en las incidencias, incluso
pobreza y tercerías, en la ejecución de las re-
soluciones firmes que se dicten y en todas las
instancias a que lleguen dichos asuntos, pu-
diendo por tanto presentar toda clase de escri-
tos fundamentales, denuncias y querellas, ejer-
citar acciones, formular excepciones, proponer
pruebas, ratificaciones, allanarse, contestar,
oponerse, desistir, renunciar, absolver, posi-
ciones, prestar confesión en juicio, bajo jura-
mento decisorio o indecisorio, hacer nombra-
mientos de peritos, recusaciones, peticiones de
embargo, secuestros, desahucios, lanzamientos,
posesión de bienes, intervenciones, administra-

ciones y cualquier otra medida de seguridad,
prevención o garantía y su cancelación. Aceptar
el cargo de Depositario o Administrador Judi-
cial en juicios singulares o universales, uti-
lizar o sostener toda clase de recursos que
concedan las leyes de Enjuiciamiento Civil Cri-
minal, incluso de casación y el de revisión,
siguiéndolos en todos sus trámites; desistir y
apartarse de los mismo, cualquiera que sea el
Juzgado, Tribunal, o Autoridad ante quien se
haya entablado y, en suma, ejercitar todas las
acciones civiles y criminales que los procedi-
mientos legales otorguen y desistir de las mis-
mas. -------------------------------------------

52.- Sustituir las facultades propias del
poder general para pleitos, reseñadas en el nú-
mero anterior, a favor de Procuradores de los
Tribunales, y de Letrados en ejercicio, median-
te el otorgamiento de poderes generales para
pleitos o especiales para cada caso y revocar
tal sustitución de facultades, formalizando la
correspondiente revocación de poderes. --------

e) **Suspensiones y Quiebras**. --------------

53.- Intervenir en nombre de la Sucursal




D. **ANTONIO ALVAREZ PEREZ**
N O T A R I O
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID



en suspensiones de pago, quiebras, concurso de acreedores, expedientes de quita y espera y en reuniones extrajudiciales de acreedores, pudiendo solicitar la inclusión, exclusión y reconocimiento de créditos, asistir a las Juntas, ejercer el derecho de voto, impugnar acuerdos y suscribir convenios, aceptando garantías de todo tipo, renunciando a ellas y concediendo quitas y espera. -----------------------------------

Actuar como Administrador, Interventor judicial, depositario, Síndico o miembro de comisiones especiales de acreedores, pudiendo actuar en estos cargos tanto a nombre de la Sucursal, cuando sea esta la designada, como a título personal en defensa de los intereses de la misma, y en general, realizar todos los actos necesarios para mejor defensa de los intereses de la Sucursal. --------------------------

f) **Subastas.** -----------------------------

54.- Asistir y tomar parte en concursos, licitaciones y subastas de todo tipo incluso

judiciales, administrativas y de concesiones de obra, servicios o suministros, Consignar y retirar los depósitos previos y constituir, aceptar, modificar y cancelar las fianzas, así como pagar el precio o importe de los documentos que procedan, como consecuencia de dichas subastas o concurso, pudiendo ceder a cualquier persona natural o jurídica el remate o adjudicación de bienes o derechos, haciendo lo necesario, para que tales cesiones tengan efectividad. ---------

**H) TRANSACCIONES Y COMPROMISOS**. ----------

55.- Transigir y comprometer con sujeción a las disposiciones legales vigentes al momento, todas las cuestiones, pleitos, créditos y reclamaciones en que tenga interés la Sucursal y someterlos a juicio de árbitros o de amigables componedores, pudiendo designar unos y otros y otorgar las escrituras de compromiso, con arreglo a la Ley en los términos que entienda mas conveniente para los intereses de la Sucursal. ------------------------------------

**I) EJERCICIO Y DELEGACION DE LAS FACULTADES OTORGADAS**. -------------------------------

56.- Ejercitar y practicar los actos y di-



D. ANTONIO ALVAREZ PEREZ
N O T A R I O
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

ligencias, y otorgar y firmar los escritos, es-
crituras y demás documentos públicos y privados
que sean necesarios para el más cabal ejercicio
de las facultades expresadas, en orden a su
formalización, efectividad e inscripción en su
caso, en los Registros Públicos de los actos
realizados. -------------------------------------

Y 57.- Designar apoderados y representan-
tes y conferir y revocar poderes a personas de-
terminadas de carácter general y pleno o para
actos concretos o para regir ramas determinadas
de la actividad de la Sucursal, y autorizar la
sustitución o delegación total o parcial de las
facultades otorgadas o delegadas, pudiendo a
tal efecto limitarlas por razón de la cuantía
de los actos o contratos para los que se apode-
ra o delega." ---------------------------------

En lo omitido no hay nada que modifique,
restrinja o condicione lo copiado, asegurándome
los señores comparecientes la vigencia de lo
consignado, del cargo, de sus facultades y que

la capacidad legal de su representada no ha va-
riado. -----------------------------------------

TIENEN a mi juicio, según concurren, capa-
cidad legal para otorgar esta escritura de RE-
VOCACION DE PODERES y OTORGAMIENTO DE OTROS, y
---------------------OTORGAN -------------------

1).- Quedan revocados, dejándolos sin nin-
gún valor ni efecto, y relevándome a mi el No-
tario de la obligación de practicar notifica-
ciones, los siguientes poderes: ----------------

- el otorgado a favor de Don Manuel Torres
Benitez, en escritura autorizada por mí, el día
23 de noviembre de 1999, con el número 4267 de
orden de mi protocolo general, que causó la
inscripción 12 de la hoja de la sociedad en el
relacionado Registro Mercantil. ---------------

- el otorgado a favor de Doña Carolina
Sánchez Ramos, en escritura autorizada por mí,
el día 19 de enero de 1999, con el número 193
de orden de mi protocolo general, que causó la
inscripción 3 de la hoja de la sociedad en el
relacionado Registro Mercantil. ---------------

2).- Que CONFIEREN  PODER a: -------------

- *DON ENRIQUE MORENO DE LA SANTA GARCIA,*



D. ANTONIO ALVAREZ PEREZ
N O T A R I O
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

mayor de edad, casado, con domicilio a estos efectos en 28004-Madrid, Paseo de Recoletos, 17, DNI/NIF.: 00416833G, como apoderado del tipo A; --------------------------------------

- y a DON ALFONSO HURTADO DE MENDOZA WAHROLEN, mayor de edad, casado, DNI/NIF.: 00812272G, DOÑA BELEN RIQUELME GARCIA, mayor de edad, soltera, DNI/NIF.: 00813131A, DON LUIS TELESFORO ESPINOSA DOMINGUEZ, mayor de edad, casado, DNI/NIF.: 43354138N, DOÑA MARIA FELISA MODINO ARES, mayor de edad, casada, DNI/NIF.: 10857345B, DOÑA ELISA DOMINGUEZ ALONSO, mayor de edad, soltera, DNI/NIF.: 02870473G, DON GIOVANNI MICCOLI, de nacionalidad italiana, mayor de edad, casado, Pasaporte de su nacionalidad vigente número 780801-U, DON JESUS MADALENA GONZALEZ DE LINARES, mayor de edad, casado, DNI/NIF.: 05407900N, y a DON LARRY GREEMBERGER, mayor de edad, casado, de nacionalidad norteamericana, Pasaporte de su nacionalidad vigente número Z-8.001.369, todos

*ellos con domicilio a estos efectos en 28004-*
*MADRID, Paseo de Recoletos, 17, como apoderados*
*del tipo "B"*, - - - - - - - - - - - - - - - - - - - - - - - - - - - -
para que en nombre y representación de la su-
cursal, ejerciten las facultades que han queda-
do transcritas en la intervención de esta es-
critura como facultades conferidas al Sr. del
Villar, en la siguiente forma: - - - - - - - - - - - - - - - -
       El apoderado del Grupo A, MANCOMUNADAMEN-
TE: - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
       - con otro cualquier apoderado del mismo
Grupo, o - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
       - con cualquiera de los representantes de
la Sucursal, o - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
       - con cualquier otro apoderado del grupo
"B", *excepto las reseñadas bajo los epígrafes*
*4, 40, 43, 44 y 57*. - - - - - - - - - - - - - - - - - - - - - - - -
       *Los apoderados del grupo "B"*, MANCOMUNADA-
MENTE: - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
       - uno cualquiera de ellos con cualquier
otro apoderado del grupo A), o con cualquiera
de los representantes de la Sucursal, las fa-
cultades enumeradas bajo los números 1, 2, 3, 5
a 39, ambos inclusive, 41, 42 y 45 a 56 ambos

3Q3960645



**D. ANTONIO ALVAREZ PEREZ**
**N O T A R I O**
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

inclusive, o --------------------------------

    - dos cualesquiera de ellos, o uno cuales-
quiera de ellos con cualquier otro apoderado
del grupo "B", las facultades enumeradas bajo
los números 1, 2, 3, 5, 6, 7, 9, 12 a 19, ambos
inclusive, 21 a 39 ambos inclusive y 45 a 56,
ambos inclusive. --------------------------------

    Quedan hechas las advertencias legales y
entre ellas especialmente la obligación de ins-
cribir esta escritura en el Registro Mercantil.

    Leo esta escritura a los señores compare-
cientes, a su elección y hallándola conforme,
prestan su consentimiento y firman conmigo, el
Notario, que doy fe de conocerles, y de todo lo
en ella consignado, así como de ir extendida en
dieciocho folios de papel exclusivo para docu-
mentos Notariales números 3Q3955803, 3Q3955804,
3Q3955805,   3Q3955806,   3Q3955807,   3Q3955808,
3Q3955809,   3Q3955810,   3Q3955811,   3Q3955812,
3Q3955813,   3Q3955814,   3Q3955815,   3Q3955816,
3Q3955817, 3Q3955818, 3Q3955819 y  el presente.

SIGUE LA FIRMA DEL COMPARECIENTE.- SIGNADO:
ANTONIO ALVAREZ PEREZ . -RUBRICADOS Y SELLADO.
**ES COPIA** de su matriz con la que concuerda y
que bajo el número de orden al principio indi-
cado, obra en mi Protocolo General Corriente
Ordinario de instrumentos públicos, donde anoto
esta expedición. Y para CREDIT SUISSE, SUCURSAL
EN ESPAÑA, la libro en dieciocho folios de pa-
pel exclusivo para documentos notariales, núme-
ros 3Q3960628, 3Q3960629, 3Q3960630, 3Q3960631,
3Q3960632, 3Q3960633, 3Q3960634, 3Q3960635,
3Q3960636, 3Q3960637, 3Q3960638, 3Q3960639,
3Q3960640, 3Q3960641, 3Q3960642, 3Q3960643,
3Q3960644 y 3Q3960645. Madrid, el mismo día de
su fecha. DOY FE. ----------------------------











D. ANTONIO ALVAREZ PEREZ
N O T A R I O
Valdetorras de Jarama, 31 - 1º
Tel. 763 25 00
28063 MADRID

EL PRESENTE FOLIO SE AGREGA A
COPIA DE LA ESCRITURA NUMERO 3521/2008 DE
ORDEN DE PROTOCOLO, PARA LA CONSIGNACION
DE NOTAS POR LOS REGISTROS Y OFICINAS PU-
BLICAS..........





**REGISTRO MERCANTIL DE MADRID**

P.ª de la Castellana, 44 - 28046 MADRID

EL REGISTRADOR MERCANTIL que suscribe previo examen
y calificación del documento precedente de conformidad con
los artículos 18-2 del Código de Comercio y 6 del Reglamen-
to del Registro Mercantil, ha procedido a su inscripción en el:

|  |  |
|---|---|
| DOCUMENTO PRESENTADO | 2.001/02 |
|  | 10.393 |
| DIARIO | 1.056 |
| ASIENTO | 900 |

N.I.F. E-81458556

TOMO : 13.466  LIBRO :     0 FOLIO : 176
SECCION : 8    HOJA : M-208189
INSCRIPCION :    18

Madrid,        6 de MARZO      de 2.001

EL REGISTRADOR,



BASE: SIN CUANTIA    124,77 Euros.
HNOS S/M: VEINTE MIL SETECIENTAS SESENTA

**ANTONIO ALVAREZ PEREZ**, Notario de Madrid y de su Ilustre Colegio; **DOY FE:** Que la presente fotocopia, compuesta por **veinte** folios de papel del Timbre de la Mutualidad Notarial, números **KN0872684**, los **dieciocho** siguientes en orden, y el del presente, se corresponde con la **COPIA** de la escritura de REVOCACION DE PODERES Y OTORGAMIENTO DE OTROS, otorgada por **CREDIT SUISSE, SUCURSAL EN ESPAÑA**, ante mí el día 24 de Enero del año 2.001, número **352** de protocolo, la cual me ha sido exhibida, compruebo y devuelvo, estampando en los **diecinueve** primeros antedichos folios, mi rúbrica y sello, y en el presente, mi signo, firma, rúbrica y sello. Y a instancia de parte interesada, lo expido en Madrid, a quince de Marzo del año dos mil uno.---



D. A. 3ª Ley 8 / 89

SIN CUANTIA

# Exhibit C

# Power of Attorney for
# Rafael Del Villar

PAPEL EXCLUSIVO PARA DOCUMENTOS NOTARIALES



3M6988233





D. ANTONIO ALVAREZ PEREZ
N O T A R I O
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

=================================================

NUMERO  CUATRO MIL TRESCIENTOS SESENTA Y DOS. -

=================================================

EN MADRID, mi residencia, a ocho de no-

viembre del año dos mil. ------------------------

================== ANTE MI, =====================

ANTONIO ALVAREZ PEREZ, Notario de Madrid y

de su Ilustre Colegio, --------------------------

================ COMPARECEN: ====================

DON ANDREAS JOHN, mayor de edad, de

nacionalidad suiza, casado, con domicilio a

estos efectos en (28004)-MADRID, P° Recoletos,

17, Tarjeta de residencia NIE.: número

X2166160C, vigente. Pasaporte de su nacionalidad

número 6788680, vigente. -----------------------

DON JUAN VERDAGUER PASTOR, mayor de edad,

casado, con domicilio a estos efectos en Madrid,

P° Recoletos, 17, D.N.I./N.I.F. número

39128227Y. --------------------------------------

Intervienen en su condición de representantes

en nombre y representación de "*CREDIT SUISSE*,

*SUCURSAL EN ESPAÑA*", domiciliada en **Madrid**, **Paseo de Recoletos, 17**, con C.I.F. número **A81956856**, constituida en escritura autorizada por el Notario de Madrid, Don Pedro F. Conde Martín de Hijas, el día veintitrés de febrero de mil novecientos noventa y ocho, con el número 409 de orden de su protocolo; inscrita en el Registro Mercantil de Madrid, al tomo 12929, folio 15, sección 8, hoja M-208189, inscripción 1ª, de la que resulta que es objeto de la sucursal " realizar todo tipo de actividades bancarias y actividades relacionadas con las mismas, con las limitaciones y condiciones aplicables a los bancos españoles y sujetas a las reglas específicas promulgadas o que puedan promulgarse para bancos extranjeros por el Gobierno Español, el Banco de España o por otras autoridades competentes." -----------------------

Inscrita en el Registro de Sucursales de Entidades de Crédito Extranjeras Extracomunitarias del Banco de España con el número 1.460 y en el Registro de Depositarios de Instituciones de Inversión Colectiva de la Comisión Nacional del Mercado de Valores con el número 197. -----

PAPEL EXCLUSIVO PARA DOCUMENTOS NOTARIALES

25 PTA

3M6988234



> **D. ANTONIO ALVAREZ PEREZ**
> N O T A R I O
> Valdetorres del Jarama, 31 - 1°
> Tel. 763 25 00
> 28043 MADRID

En la escritura de constitución de la su-
cursal, fueron nombrados representantes de la
Sucursal, DON JUAN VERDAGUER PASTOR, el Sr.
Werner Flückiger y otro señor, con las siguien-
tes facultades, para ser ejercitadas conjunta-
mente por dos de los tres, ante cualquier ju-
risdicción y competencia, agencias o adminis-
traciones centrales, provinciales o locales,
incluidas instituciones con sus propios estatu-
tos independientes, incluidos aquellos del Mi-
nisterio de Hacienda y Finanzas y el Banco de
España: ------------------------------------------

1.- Representar a la Sucursal con la capa-
cidad total para gestionar los negocios del es-
tablecimiento. -------------------------------------

2.- Firmar toda clase de acuerdos y docu-
mentos y participar en toda clase de actos y
negocios legales relacionados con la actividad
comercial de la compañía, teniendo autorización
por consiguiente para dar y recibir dinero,
crédito, garantías, depósitos, manejo de tran-

sacciones de metales preciosos, apertura de
cuentas corrientes y a plazo y en general tener
negocios financieros y de corretaje relaciona-
dos con los establecimientos e instituciones
bancarios conforme a la legislación aplicable a
bancos y banqueros. --------------------------

3.- Adquirir valores financieros y bienes
raíces por cuenta de la Sucursal y disponer de
cualquier modo o hipotecar de cualquier manera
su propiedad. --------------------------------

4.- Cambiar la dirección del domicilio so-
cial de la Sucursal dentro de Madrid, pudiendo
arrendar los locales necesarios en los plazos y
condiciones que se considere conveniente. -----

Cambiar la dirección de la oficina en Bar-
celona dentro de Barcelona pudiendo arrendar
los locales necesarios en los plazos y condi-
ciones que se considere conveniente. ----------

5.- Contratar y despedir empleados y revo-
car lo mismo. ---------------------------------

6.- Representar a y en nombre de la Sucur-
sal de la Compañía en España ante la Adminis-
tración Publica española e instituciones ofi-
ciales o independientes de toda clase y parti-



3M6988235

**D. ANTONIO ALVAREZ PEREZ**
**N O T A R I O**
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

culares o corporaciones y en especial ante el
Banco de España. -------------------------------

    7.- Delegar conjunta o individualmente au-
torizaciones específicas/particulares y compe-
tencias en los empleados de la Sucursal de la
compañía en España que se consideren convenien-
tes y revocar las competencias y poderes cita-
dos. -------------------------------------------

    RESPONSABILIDADES QUE NO PUEDEN DELEGARSE:

- responsabilidad final de la gestión de
la Sucursal y de la emisión de directivas in-
ternas; ----------------------------------------

    - fijar la organización de la Sucursal. --

    - supervisar aquellas personas a quienes
se ha confiado la dirección y representación de
la Compañía (Sucursal), esto es, con respecto
al cumplimiento de la ley, reglamentos y direc-
tivas internas; --------------------------------

    - supervisión final y control de la ges-
tión de riesgos y sus funciones. ----------

    Las competencias y poderes citados a-

buidos incluyen pero no se limitan a los ante-
riores y debe entenderse que las citadas perso-
nas están investidas de todas las autorizacio-
nes para llevar a cabo y cumplir el objeto de
la Sucursal." --------------------------------

En lo omitido no hay nada que modifique,
restrinja o condicione lo copiado. ------------

El Sr. John ha sido nombrado representante
y Director General de Credit Suisse, Sucursal
en España, por decisión del órgano competente
de la matriz, quedando modificado el poder con-
ferido en la escritura de constitución de la
Sucursal a los efectos de que refleje plenamen-
te la sustitución del Sr. Werner Flückiger por
el Sr. Andreas John, permaneciendo sin modifi-
car todos los términos de tal poder de repre-
sentación, todo ello según resulta de la escri-
tura autorizada por mí, el día 22 de junio del
año 2.000, con el número 2592 de orden de mi
protocolo general, pendiente de ser inscrita en
el Registro Mercantil, haciendo yo, el Notario,
las advertencias oportunas, e insistiendo los
señores comparecientes en este otorgamiento. --

Los señores compareciente me aseguran la

PAPEL EXCLUSIVO PARA DOCUMENTOS NOTARIALES

3M6988236



**D. ANTONIO ALVAREZ PEREZ**
N O T A R I O
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

vigencia de su cargo, de sus facultades y que

la capacidad legal de su representada no ha va-

riado. ------------------------------------------

TIENEN, a mi juicio, según concurren, ca-

pacidad legal para otorgar esta escritura de

REVOCACION DE PODER y OTORGAMIENTO DE OTRO, y

--------------------OTORGAN ------------------

1).- Que revocan dejándolo sin ningún valor

ni efecto, el poder conferido por su represen-

tada en escritura autorizada por mí, el día 8

de mayo del año 2.000, con el número 1874 de

orden de mi protocolo, en favor de DON RAFAEL

DEL VILLAR ALVAREZ, dejándolo subsistente en

cuanto a los otros apoderados, y relevándome a

mí, el Notario, de practicar notificaciones. --

2).- Que CONFIEREN PODER, a DON RAFAEL DEL

VILLAR ALVAREZ, mayor de edad, casado, con do-

micilio a estos efectos en Madrid, Paseo de Re-

coletos, 17, DNI/NIF: 05398347V y a DON PABLO

TOJA AGUIRRE, mayor de edad, casado, con domi-

cilio a estos efectos en Madrid, Paseo de Re-

letos, 17, DNI/NIF.: 16038012C, para que <u>como</u>
<u>apoderados del grupo "A"</u>, ejerciten en nombre
de *CREDIT SUISSE, SUCURSAL EN ESPAÑA*", todas y
cada una de las facultades que a continuación
se citarán, y en la siguiente forma: ----------

    - ambos MANCOMUNADAMENTE, o uno cualquiera
de ellos con otro cualquier apoderado del mismo
Grupo. -------------------------------------

    - cualquiera de ellos MANCOMUNADAMENTE con
cualquiera de los representantes de la Sucur-
sal. ---------------------------------------

    - cualquiera de ellos MANCOMUNADAMENTE con
cualquier otro apoderado del grupo "B", <u>excepto</u>
<u>las reseñadas bajo los epígrafes 4, 40, 43, 44</u>
<u>y 57</u>. -------------------------------------
-----------FACULTADES QUE SE OTORGAN: ---------

    <u>A) FACULTADES DE REPRESENTACION.</u> ---------

    1.- Asumir la representación de la Sucur-
sal y llevar la firma de la misma con ocasión
del ejercicio de las facultades que se conce-
den. ---------------------------------------

    2.- Representar a la Sucursal ante el Po-
der Público, autoridades, organismos y oficinas
de todas clases y jerarquías y ante cualquier

PAPEL EXCLUSIVO PARA DOCUMENTOS NOTARIALES

3M6988237



D. ANTONIO ALVAREZ PEREZ
N O T A R I O
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

sociedad, empresa o persona individual reali-
zando cuantos actos y ejercitando cuantas ac-
ciones puedan ser precisas para la mejor defen-
sa de sus intereses. --------------------------

3.- Representar a las personas físicas o
jurídicas que deleguen en la Sucursal su repre-
sentación en Juntas General o en cualquier otro
acto, de conformidad con las instrucciones que
tenga formuladas por escrito por el representa-
do, ejercitando los derechos correspondientes.

**B) FACULTADES DE ADMINISTRACION**. ---------

a) **De Régimen Interno**. --------------------

4.- Redactar y aprobar el reglamento de
Régimen Interno de la Sucursal y modificarlo
cuando lo juzgue oportuno, siguiendo las ins-
trucciones cursadas al efecto por la Dirección
de la Sucursal. -------------------------------

5.- Ejecutar los presupuestos y autorizar
los gastos, de conformidad con las instruccio-
nes de la Dirección de la Sucursal. -----------

6.- Tomar, en cualquier circunstancia,

medidas que estime oportunas para proteger los valores pertenecientes a la Sucursal o deposi- tados por terceros. ----------------------------

b) **Correspondencia.** ----------------------

7.- Recibir, contestar, firmar y retirar en cualquier clase de agencias y oficinas pú- blicas o privadas la correspondencia postal, telegráfica o de cualquier otra clase. Recibir y retirar certificados y paquetes. Hacerse car- go de los giros y pliegos de valores declarados o asegurados. Hacer toda clase de reclamacio- nes. ---------------------------------------

c) **De personal.** -------------------------

8.- Contratar, trasladar y despedir al personal de la Sucursal y ejercitar las demás facultades propias de la administración de per- sonal. ---------------------------------------

d) **De Bienes.** ----------------------------

9.- Realizar toda clase de actos inheren- tes a la normal administración, pudiendo conve- nir y establecer con absoluta libertad los pac- tos y condiciones que se estimen más favorables para la Sucursal. ----------------------------

10.- Arrendar y subarrendar bienes de la

PAPEL EXCLUSIVO PARA DOCUMENTOS NOTARIALES

3M6988238



D. ANTONIO ALVAREZ PEREZ
N O T A R I O
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

Sucursal ya sean muebles o inmuebles, ejerci-

tando sus derechos de arrendador. -------------

11.- Tomar en arrendamiento o subarriendo

edificios o locales para la instalación de las

oficinas o dependencias de la Sucursal, así co-

mo cualquier tipo de bienes muebles destinados

a este fin, ejercitando sus derechos arrendati-

cios. ------------------------------------------

12.- Contratar seguros de todas clases de

riesgos sobre los bienes muebles o inmuebles

efectos a la actividad de la sucursal, así como

sobre las actividades de la Sucursal. ---------

13.- Contratar la realización de obras o

instalaciones relacionadas con el desenvolvi-

miento de la actividad de la Sucursal. --------

14.- Contratar el suministro de la Sucur-

sal de los bienes y servicios necesarios para

el desarrollo de su Actividad. ----------------

e) **Cobros y Pagos.** ----------------------

15.- Cobrar y percibir las cantidades co-

rrespondientes a la Sucursal en metálico, ...

res, géneros o cualquier otra clase de bienes adeudados por personas físicas o jurídicas, o por entidades y organismos públicos y privados, dando recibos, resguardos, cartas de pago o cualquier otros documento a estos efectos. Retirar las cantidades consignadas en establecimientos públicos o privados, incluso Juzgados o Tribunales de Justicia, a nombre de la Sucursal. ----------------------------------------------

16.- Pagar las cantidades debidas por la Sucursal y cumplir toda clase de obligaciones legítimas. ------------------------------------

17.- Rendir, ajustar y conformar saldos y cuentas, aprobándolas o impugnándolas. Convenir, fijar y finiquitar saldos. ---------------

18.- Exigir el cumplimiento de cualquier obligación contraída a favor de la Sucursal, así como pedir el levantamiento de embargos y cartas establecidas a favor de la Sucursal, y la cancelación de las anotaciones. ------------

f) **Documentación**. ------------------------

19.- Pedir certificaciones, testimonios, copias autorizadas o simples documentos de cualquier clase de archivos y oficinas particu-

3M6988239



```
D. ANTONIO ALVAREZ PEREZ
        N O T A R I O
   Valdetorres del Jarama, 31 - 1º
          Tel. 763 25 00
           28043 MADRID
```

lares y oficiales, notarías, registros y Enti-

dades u organismos públicos o privados, incluso

en el Banco de España y en la Caja General de

Depósitos. --------------------------------------

    <u>C) OPERACIONES FINANCIERAS</u>. --------------

    A).- Con el Banco de España y otras Enti-

dades de Crédito. ---------------------------

    20.- Abrir cuentas corrientes en Bancos,

Cajas y demás entidades de Crédito. -----------

    21.- Llevar, continuar y cancelar cuentas

corrientes y de ahorro en el Banco de España y

en los demás Bancos Oficiales, Banco Exterior

de España, Bancos Privados, Cajas de Ahorro y

demás Entidades de Crédito y Bancos extranjeros

operantes en España, firmando al efecto talo-

nes, cheques, mandatos de transferencias y de-

más documentos; dar conformidad a saldos y fi-

niquitos. ------------------------------------

    22.- Abrir, llevar, continuar y cancelar

cuentas de crédito en el Banco de España y

los demás Bancos Oficiales, Banco Exterior

España, Bancos Privados, Cajas de Ahorro y de-
más Entidades de Crédito y Bancos operantes
tanto en España como en el Extranjero, pudiendo
concertarlas con garantía personal o de valo-
res, de efectos públicos o con otras garantías
reales mobiliarias, firmando al efecto talones,
cheques, mandatos de transferencias y demás do-
cumentos; dar conformidad a saldos y finiquitos
o, en su caso, discrepar de ellos promoviendo
su rectificación. -----------------------------

23.- Concertar y realizar préstamos perso-
nales y con garantía de valores o efectos pú-
blicos o con otras garantías mobiliarias, con
el Banco de España, Bancos Oficiales, Banco Ex-
terior de España, Bancos Privados, Cajas de
Ahorros y demás Entidades de Crédito y Bancos
operantes tanto en España como en el extranje-
ro, firmando para ello los documentos oportu-
nos. ------------------------------------------

24.- Concertar y realizar créditos y prés-
tamos con garantía real inmobiliaria con el
Banco de España, Bancos Oficiales, Banco Exte-
rior de España, Bancos Privados, Cajas de Aho-
rros y demás Entidades de Crédito y Bancos ope-

3M6988240



D. ANTONIO ALVAREZ PEREZ
N O T A R I O
Valdetorres del Jarama, 31 - 1º
Tel. 763 25 00
28043 MADRID

rantes tanto en España como en el extranjero,
firmando para ello los documentos oportunos. --

25.- Constituir y retirar depósitos en me-
tálico o valores, voluntarios o necesarios y
toda clase de imposiciones en el Banco de Espa-
ña, Bancos Oficiales, Banco Exterior de España,
Bancos Privados, Cajas de Ahorros y demás Enti-
dades de Crédito y Bancos operantes tanto en
España como en el extranjero; así como alquilar
cajas de seguridad. ---------------------------

26.- Librar, aceptar, descontar, protestar
y endosar letras de cambio, pagarés y demás
efectos de comercio, en relación con las opera-
ciones que se realicen en el Banco de España,
Bancos Oficiales, Banco Exterior de España,
Bancos Privados, Cajas de Ahorros y demás Enti-
dades de Crédito y Bancos operantes tanto en
España como en el extranjero. -----------------

27.- Puedan realizar las operaciones en-
cargadas al Servicio Telefónico del Mercado de
Dinero establecido en el Banco de España:

- Solicitar la adhesión al Servicio Tele-
fónico del Mercado de Dinero del Banco de Espa-
ña, suscribiendo los correspondientes documen-
tos previstos en el punto tres de la Norma Se-
gunda de la referida Circular número 5/1990, de
28 de marzo, del Banco de España y, por consi-
guiente, asumir los compromisos en los mismos
especificados. ------------------------------

- Actuar como personas autorizadas y acre-
ditadas para formalizar las operaciones por vía
telefónica en todos los Mercados con que ésta
Entidad tenga acceso, así como para designar,
en su caso, tales personas suscribiendo, al
efecto el contrato anexo previsto en el Punto
Tres de la Norma Segunda de la referida Circu-
lar, cuyas personas, por el simple hecho de tal
designación, quedan desde ahora facultadas ex-
presamente para realizar tales operaciones. ---

- Proceder a la apertura de la Cuenta de
Tesorería a que se refiere el Punto Tres de la
Norma Segunda y la Norma Cuarta de la indicada
Circular, para la liquidación de las operacio-
nes canalizadas a través del referido Servicio
Telefónico o, alternativamente, a fin de domi-



3M6988241

D. ANTONIO ALVAREZ PEREZ
N O T A R I O
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

ciliarlas en la Cuenta de Tesorería de otra En-

tidad Adherida. -------------------------------

La referida Cuenta de Tesorería recibirá,

con carácter exclusivo, los abonos y adeudos

que en cada momento tenga establecidos el Banco

de España a través de las Circulares regulado-

ras del Servicio Telefónico del Mercado de Di-

nero. ------------------------------------------

Las facultades que se confieren en el pre-

sente poder han de interpretarse ampliamente,

pues no tienen carácter limitativo, por lo que

se faculta a los apoderados para que puedan

operar en todo lo regulado en las citadas Cir-

culares, constriñéndose exclusivamente a las

operaciones que en las mismas se regulen. -----

b) **Caja General de Depósito y otros Orga-**

**nismos.** -----------------------------------

28.- Constituir, modificar o retirar depó-

sitos en metálico o valores con o sin desplaza-

mientos de títulos, voluntarios o necesarios,

tanto de propiedad de la Sucursal como de sus



clientes, en la Caja General de Depósitos y
cualquier otro Organismo o Entidad oficial. ---

29.- Retirar la documentación procedente
de operaciones canceladas ante la Caja General
de Depósitos, incluidos los avales prestados
por la Sucursal. ------------------------------

30.- Prestar fianzas y avales, constituir
toda clase de garantías, ante la Caja General
de Depósitos y otros Organismos o Entidades
Oficiales, incluso el Banco de España, cuando
sean exigidas por autoridades o particulares a
la Sucursal o a terceras personas. ------------

31.- Realizar toda clase de operaciones
con las Oficinas y Dependencias del Estado, Co-
munidades Autónomas, Provincias y Municipios, o
con cualquier otro Organismo o Institución de
los mismos. -----------------------------------

c) **De Crédito y Préstamo.** ----------------

32.- Acordar y realizar las operaciones de
crédito o préstamo que pueda convenir a la Su-
cursal. ---------------------------------------

Establecer las condiciones en que la Su-
cursal deba tomar a su cargo a negociar toda
clase de empréstitos o de otra naturaleza,



3M6988242

25 PTA
AYUNTAMIENTO PESETAS

D. ANTONIO ALVAREZ PEREZ
N O T A R I O
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

abrir suscripciones para su emisión y tomar parte en empréstitos y suscripciones. ---------

33.- Solicitar, cancelar y formalizar créditos y préstamos con o sin garantía personal, pignoraticia de valores o de cualquier otro tipo de bienes muebles con o sin desplazamiento de posesión, firmando las pólizas y documentos precisos. -----------------------------------

34.- Solicitar, cancelar y formalizar créditos y préstamos con garantía real inmobiliaria. Aceptar fianzas, hipotecas y otras garantías sobre bienes muebles, inmuebles y derechos reales, constituidas a favor de la Sucursal poderdante en aseguramiento de operaciones de crédito, préstamo y otras cualesquiera. En relación con estas facultades, hacer descripciones de fincas, agrupaciones y segregaciones y señalar las condiciones propias de estas operaciones. -----------------------------------

En general, hacer todo lo necesario para llevar a cabo estas operaciones, hasta su i

cripción en el Registro de la Propiedad. ------

35.- Proponer y cancelar hipotecas, así como liberar prendas otorgando las cartas de pendientes y haciendo todo lo necesario cola- ción en el Registro correspondiente de las ins- cripciones practicadas con relación a las mis- mas. --------------------------------------------

d) **Letras de Cambio y Efectos**. -----------

36.- Girar, librar, descontar, negociar, ceder, transferir, cobrar, pagar, protestar, intervenir, retirar y renovar letras de cambio, talones, cheques, pagarés, cartas-órdenes o mandatos de pago y cualesquiera otros efectos de comercio, resguardos, vales, libranzas y en general cualquier título de crédito, sea o no endosable. ------------------------------------

37.- Aceptar endosar letras de cambio, ta- lones, cheques, pagarés, cartas-órdenes o man- datos de pago, resguardos, vales, libranzas y cualesquiera otros efectos de comercio, a favor de Bancos, Cajas de Ahorro y en general de toda clase de Entidades sean o no crediticias, y a personas físicas o jurídicas. -----------------

e) **Fianzas y Avales**. ---------------------



3M6988243

```
D. ANTONIO ALVAREZ PEREZ
        N O T A R I O
Valdetorres del Jarama, 31 - 1°
        Tel. 763 25 00
        28043 MADRID
```

38.- Prestar fianzas y avales, incluso so-
lidarios con el deudor principal, pudiendo re-
nunciar, expresamente, a los beneficios de di-
visión, orden y excusión, en escritura pública
notarial, en póliza o en cualquier otro docu-
mento, en garantía de préstamos, créditos, con-
tratos de ejecuciones de obras y de servicios,
subastas, procedimientos, reclamaciones econó-
mico-administrativas, administrativas y civiles
o penales y en general de todo tipo de opera-
ciones, pudiendo prestarlos ante personas físi-
cas o jurídicas y toda clase de Entidades Esta-
tales y de la Administración Pública o Local,
Organos Jurisdiccionales, Banco de España, Ban-
cos Privados, Cajas de Ahorro y demás Entidades
de Crédito, nacionales o extranjeros. ---------

39.- Avalar letras de cambio, cheques, ta-
lones, pagarés, mandatos de pago y demás efec-
tos de comercio y documentos de crédito. ------

D) FACULTADES DE DISPOSICION. ---------

a) De capitales. ---------------------



40.- Disponer el empleo de los capitales
disponibles y la inversión de los fondos de re-
serva y previsión. ----------------------------

b) De Bienes Muebles. --------------------

41.- Realizar en orden a la adquisición de
bienes muebles, por cualquier título, toda cla-
se de contratos civiles o mercantiles, con ab-
soluta libertad para convenir y establecer los
pactos y condiciones que se estimen más favora-
bles para la Sucursal. ------------------------

42.- Realizar en orden a la transmisión o
a la enajenación de bienes muebles, por cual-
quier título, toda clase de contratos civiles o
mercantiles, con absoluta libertad para conve-
nir y establecer los pactos y condiciones que
estimen más favorables para la Sucursal poder-
dante, reconociendo, aceptando, modificando,
distribuyendo, dividiendo, gravando y extin-
guiendo toda clase de derechos reales o perso-
nales, de adquisición, disfrute o realización
de valor y, especialmente, hipotecas, prendas,
con o sin desplazamiento de posesión, y cuales-
quiera otros derechos de garantía sobre dichos
bienes muebles, agrupando, segregando y distri-




3M6988244

**D. ANTONIO ALVAREZ PEREZ**
**N O T A R I O**
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

buyendo responsabilidades, en su caso entre los
bienes gravados, conviniendo cuantas cláusulas
sean propias de tales operaciones. ------------

c) **De Bienes Inmuebles.** -------------------

43.- Realizar en orden a la adquisición de
bienes inmuebles, por cualquier título, toda
clase de contratos civiles o mercantiles, con
absoluta libertad para convenir y establecer
los pactos y condiciones que se estimen más fa-
vorables para la Sucursal. --------------------

44.- Realizar en orden a transmisión o la
enajenación de bienes inmuebles, por cualquier
título, toda clase de contratos civiles o mer-
cantiles, con absoluta libertad para convenir y
establecer los pactos y condiciones que se es-
timen más favorables para la Sucursal, recono-
ciendo, aceptando, modificando, distribuyendo,
dividiendo, gravando y extinguiendo toda clase
de derechos reales o personales de adquisición,
disfrute o realización de valor especialmente
hipotecas y cualesquiera otros derechos de

rantía sobre dichos bienes inmuebles; agrupan-
do, segregando y distribuyendo responsabilida-
des, en su caso, entre los bienes gravados,
conviniendo cuantas cláusulas sean propias de
tales operaciones. ---------------------------

    **E) CONTRATACION.** ------------------------

    45.- Suscribir, en nombre de la Sucursal,
contratos de cuenta corriente o de ahorro, de
transferencia bancaria, de servicio de ingre-
sos, de cajero permanente, de constitución de
depósito, de alquiler de cajas de seguridad, de
préstamo o de crédito, incluso de crédito su-
basta y de crédito documentario, de cesión de
créditos, de fianza o caución de efectivo o de
valores, de contragarantía, de arrendamiento
financiero mobiliario o inmobiliario, de permu-
ta financiera o "swap", de financiación de ex-
portaciones, de "factoring", de "forfaiting",
de descuento de efectos comerciales, de corres-
ponsalía, de comisión para la colocación de
emisiones de valores mobiliarios, de compraven-
ta de valores mobiliarios, de usufructo, pren-
da, copropiedad y depósito de valores mobilia-
rios, de compraventa, de divisas a plazo, con-



3M6988245

D. ANTONIO ALVAREZ PEREZ
N O T A R I O
Valdetorres del Jarama, 31 - 1º
Tel. 763 25 00
28043 MADRID

venientes de tipos de interés futuros, compra-
venta de opciones de compra y de opciones de
venta, contratos de futuro, contratos de tarje-
ta de crédito, contratos de mandato de gestión
de patrimonio, en todos los casos, fijando las
condiciones de los mismos, pudiendo concertar-
los aceptando de la otra parte contratante ga-
rantía personal, de efectivo, de valores o de
efectos públicos, o con otras garantías reales
mobiliarias, así como garantías reales inmobi-
liarias. Igualmente se comprende la facultad de
gestionar, invertir y en general, disponer, de
aquellos bienes, muebles o inmuebles, que per-
teneciendo a clientes de la Sucursal, le hayan
sido recomendados a ésta bajo mandato de ges-
tión de patrimonio. ------------------------------

F) GESTIONES Y ACTUACIONES JUDICIALES Y
EXTRAJUDICIALES. ----------------------------

a) Notariales y Registrales. ------------

46.- Hacer y contestar notificaciones,
querimiento y actas notariales de todo tipo -





47.- Solicitar asientos y anotaciones pre-
ventivas o no, en los Registros de la Propiedad
Industrial o en cualquier otro Registro. ------

48.- Hacer declaraciones de obra nueva,
parcelaciones, agrupaciones, segregaciones, di-
visiones, deslindes, amojonamientos, rectifica-
ciones y aclaraciones de todas clases. --------

b) **Administrativas**. ----------------------

49.- Gestionar la incoación, tramitación y
resolución de los expedientes en los que la Su-
cursal pueda ser parte interesada, ante las Au-
toridades, Funcionarios, Corporaciones y ofici-
nas del Estado, de las Comunidades Autónomas de
las Provincias o de los Municipios, Delegacio-
nes Ministeriales y en general, toda clase de
Oficinas Públicas o Privadas, compareciendo pa-
ra ello ante dichos Organismos y presentando
los documentos necesarios. Presentar y seguir
los recursos oportunos en relación con dichos
expedientes por vía administrativa, económico-
administrativa o judicial. --------------------

c ) **Patentes**. -----------------------------

50.- Solicitar la obtención de cualquier
patente de invención de adición y de introduc-



3M6988246

D. ANTONIO ALVAREZ PEREZ
N O T A R I O
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

ción en España y en el extranjero sujetándose a
los trámites establecidos y pagando los trámi-
tes establecidos y pagando los derechos corres-
pondientes a fin de mantenerla en vigor, o ha-
cer decaer los derechos si dejara de interesar.
Convenir o concertar la explotación de licen-
cias de fabricación en España de patentes ex-
tranjeras por el precio y condiciones que esti-
me oportunos, pudiendo realizar todos los trá-
mites exigidos e interponer cualquier tipo de
recurso para la protección de los registros en
los que la Sucursal pueda ser parte interesada.

d) **Judiciales.** -----------------------------

51.- Representar a la Sucursal, por sí o
por medio de Procuradores, como actor, demanda-
do, querellante o en otro concepto cualquiera,
ante toda clase de Juzgados, Audiencias, Tribu-
nales, incluido en el Tribunal Supremo, Jura-
dos, Magistraturas de Trabajo, Autoridades y
Organismos administrativos, sindicales y de to-
da índole, que existan o se creen en lo sucesi-

vo; en España o en el extranjero, cualquiera
que sea la denominación, jerarquía, grado o ju-
risdicción de los mismos, en todos los asuntos
judiciales o extrajudiciales, ya sean Civiles,
de jurisdicción, voluntaria o contenciosa, cri-
minal, canónica, contencioso administrativa,
laboral, etc., sin excepción alguna, y por tan-
to en los juicios ordinarios de mayor y menor
cuantía, de cognición, verbales, ejecutivos, de
desahucio, interdictos, retractos y en cual-
quier otro sumario, en todos los llamados uni-
versales, en los de faltas, orales y en los que
competan a jurisdicciones especiales. Tanto en
lo principal como en las incidencias, incluso
pobreza y tercerías, en la ejecución de las re-
soluciones firmes que se dicten y en todas las
instancias a que lleguen dichos asuntos, pu-
diendo por tanto presentar toda clase de escri-
tos fundamentales, denuncias y querellas, ejer-
citar acciones, formular excepciones, proponer
pruebas, ratificaciones, allanarse, contestar,
oponerse, desistir, renunciar, absolver, posi-
ciones, prestar confesión en juicio, bajo jura-
mento decisorio o indecisorio, hacer nombra-

PAPEL EXCLUSIVO PARA DOCUMENTOS NOTARIALES

3M6988247



D. ANTONIO ALVAREZ PEREZ
**N O T A R I O**
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

mientos de peritos, recusaciones, peticiones de
embargo, secuestros, desahucios, lanzamientos,
posesión de bienes, intervenciones, administra-
ciones y cualquier otra medida de seguridad,
prevención o garantía y su cancelación. Aceptar
el cargo de Depositario o Administrador Judi-
cial en juicios singulares o universales, uti-
lizar o sostener toda clase de recursos que
concedan las leyes de Enjuiciamiento Civil Cri-
minal, incluso de casación y el de revisión,
siguiéndolos en todos sus trámites; desistir y
apartarse de los mismo, cualquiera que sea el
Juzgado, Tribunal, o Autoridad ante quien se
haya entablado y, en suma, ejercitar todas las
acciones civiles y criminales que los procedi-
mientos legales otorguen y desistir de las mis-
mas. -------------------------------------------

52.- Sustituir las facultades propias del
poder general para pleitos, reseñadas en el nú-
mero anterior, a favor de Procuradores de los
Tribunales, y de Letrados en ejercicio, medi

te el otorgamiento de poderes generales para
pleitos o especiales para cada caso y revocar
tal sustitución de facultades, formalizando la
correspondiente revocación de poderes. --------

e) **Suspensiones y Quiebras.** --------------

53.- Intervenir en nombre de la Sucursal
en suspensiones de pago, quiebras, concurso de
acreedores, expedientes de quita y espera y en
reuniones extrajudiciales de acreedores, pu-
diendo solicitar la inclusión, exclusión y re-
conocimiento de créditos, asistir a las Juntas,
ejercer el derecho de voto, impugnar acuerdos y
suscribir convenios, aceptando garantías de to-
do tipo, renunciando a ellas y concediendo qui-
tas y espera. --------------------------------

Actuar como Administrador, Interventor ju-
dicial, depositario, Síndico o miembro de comi-
siones especiales de acreedores, pudiendo ac-
tuar en estos cargos tanto a nombre de la Su-
cursal, cuando sea esta la designada, como a
título personal en defensa de los intereses de
la misma, y en general, realizar todos los ac-
tos necesarios para mejor defensa de los inte-
reses de la Sucursal. -------------------------

PAPEL EXCLUSIVO PARA DOCUMENTOS NOTARIALES

3M6988248



**D. ANTONIO ALVAREZ PEREZ**
**N O T A R I O**
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

f) **Subastas**. - - - - - - - - - - - - - - - - - - - - - - - - - - -

54.- Asistir y tomar parte en concursos, licitaciones y subastas de todo tipo incluso judiciales, administrativas y de concesiones de obra, servicios o suministros, Consignar y retirar los depósitos previos y constituir, aceptar, modificar y cancelar las fianzas, así como pagar el precio o importe de los documentos que procedan, como consecuencia de dichas subastas o concurso, pudiendo ceder a cualquier persona natural o jurídica el remate o adjudicación de bienes o derechos, haciendo lo necesario, para que tales cesiones tengan efectividad.- - - - - - - - -

**H) TRANSACCIONES Y COMPROMISOS**. - - - - - - - - -

55.- Transigir y comprometer con sujeción a las disposiciones legales vigentes al momento, todas las cuestiones, pleitos, créditos y reclamaciones en que tenga interés la Sucursal y someterlos a juicio de árbitros o de amigables componedores, pudiendo designar unos y otros y otorgar las escrituras de compromiso

con arreglo a la Ley en los términos que en-
tienda más conveniente para los intereses de la
Sucursal. ------------------------------------

I) **EJERCICIO Y DELEGACION DE LAS FACULTA-
DES OTORGADAS.** -------------------------------

56.- Ejercitar y practicar los actos y di-
ligencias, y otorgar y firmar los escritos, es-
crituras y demás documentos públicos y privados
que sean necesarios para el más cabal ejercicio
de las facultades expresadas, en orden a su
formalización, efectividad e inscripción en su
caso, en los Registros Públicos de los actos
realizados. ------------------------------------

Y 57.- Designar apoderados y representan-
tes y conferir y revocar poderes a personas de-
terminadas de carácter general y pleno o para
actos concretos o para regir ramas determinadas
de la actividad de la Sucursal, y autorizar la
sustitución o delegación total o parcial de las
facultades otorgadas o delegadas, pudiendo a
tal efecto limitarlas por razón de la cuantía
de los actos o contratos para los que se apode-
ra o delega. ------------------------------------

Quedan hechas las advertencias legales,

3M6988249



D. ANTONIO ALVAREZ PEREZ
N O T A R I O
Valdetorres del Jarama, 31 - 1°
Tel. 763 25 00
28043 MADRID

especial y expresamente la obligación de ins-
cribir esta escritura en el Registro Mercantil,
solicitando los señores comparecientes, la ins-
cripción parcial, en su caso. ------------------

Leo esta escritura a los señores compare-
ciente, a su elección y hallándola conforme,
presta su consentimiento y firma conmigo, el
Notario, que doy fe de conocerles, y de todo lo
en ella consignado, así como de ir extendida en
diecisiete folios de papel exclusivo para docu-
mentos Notariales números 3M6997445, 3M6997446,
3M6997447, 3M6997448, 3M6997449, 3M6997450,
3M6997451, 3M6997452, 3M6997453, 3M6997454,
3M6997455, 3M6997456, 3M6997457, 3M6997458,
3M6997459, 3M6997460 y el presente. ----------
SIGUEN LAS FIRMAS DE LOS COMPARECIENTES.- SIG-
NADO: ANTONIO ALVAREZ PEREZ . -RUBRICADOS Y SE-
LLADO. ----------------------------------------

--------------------------------------
--------------------------------------
--------------------------------------
--------------------------------------
--------------------------------------
--------------------------------------





**ES COPIA** de su matriz con la que concuerda y
que bajo el número de orden al principio indi-
cado, obra en mi Protocolo General Corriente
Ordinario de instrumentos públicos, donde anoto
esta expedición. Y para CREDIT SUISSE, SUCURSAL
EN ESPAÑA, la libro en diecisiete folios de pa-
pel exclusivo para documentos notariales, núme-
ros 3M6988233, 3M6988234, 3M6988235, 3M6988236,
3M6988237,   3M6988238,   3M6988239,  3M6988240,
3M6988241,   3M6988242,   3M6988243,   3M6988244,
3M6988245,  3M6988246,  3M6988247,  3M6988248  y
3M6988249. Madrid, el mismo día de su fecha.
DOY FE. --------------------------------------







D. A. 3ª Ley 8/89
SIN CUANTIA



PAPEL EXCLUSIVO PARA DOCUMENTOS NOTARIALES



**319374256**

D. ANTONIO ALVAREZ PEREZ
N O T A R I O
Valdetorres de Jarama, 31 - 1º
Tel. 763 25 00

## REGISTRO MERCANTIL DE MADRID

Pº de la Castellana, 44 - 28046 MADRID

|  |  |
|---|---|
| DOCUMENTO PRESENTADO | 2.000/11 11.662 |
| DIARIO | 1.029 |
| ASIENTO | 780 |

EL REGISTRADOR MERCANTIL que suscribe previo examen y calificación del documento precedente de conformidad con los artículos 18-2 del Código de Comercio y 6 del Reglamento del Registro Mercantil, ha resuelto proceder a su inscripción en el:

```
TOMO : 13.466 LIBRO :    0 FOLIO : 172
SECCION : 8      HOJA : M-208189
INSCRIPCION :    15
```

N.I.F : E-81458556

### OBSERVACIONES E INCIDENCIAS

.— No se inscribe el apartado 1) del otorgamiento por no figurar en la escritura reseñada el poder que se revoca.

En el plazo de 2 meses a contar de esta fecha se puede interponer recurso Gubernativo de acuerdo con los Artículos 66 y siguientes del Reglamento del Registro Mercantil.

Madrid,......30......de...........NOVIEMBRE...........de......2000......

Base: SIN CUANTIA

Hnos s/m: NUEVE MIL TRESCIENTAS CINCUENTA

56,19 Euros.

EL REGISTRADOR,



Yo, ANDRÉS DE LA FUENTE O´CONNOR, Notario de Madrid y de su Ilustre Colegio,————————————————

DOY FE: de que la presente fotocopia reproduce fielmente el original que tengo a la vista para su cotejo.————————————————————————————————

Está extendida en dieciocho folios de papel de los Colegios Notariales de España, de la serie NL, números 7473001, 7473002, 7473003, 7473004, 7473005, 7473006,   7473015,   7473016,   7473017,   7473008, 7473009,   7473010,   7473018,   7473019,   7473020, 7473012, 7473013 y 7473014.————————————————————

Dejo anotado este testimonio con el número 58, en el Libro Indicador número 2.————————————————

En Madrid, a veintidós de Mayo de dos mil tres.



LEY DE TASAS 8/89. DOCUMENTO NO SUJETO.

REGISTRO MERCANTIL DE BARCELONA

EL REGISTRADOR MERCANTIL DE BARCELONA QUE SUSCRIBE,

CERTIFICA: Que los 36 ............... con el sello de este Registro, ................ las preinsertas originales archivado/s en este Registro, ............ al tomo 2229-7

foto ... 72 ... hoja n.º B 350 18 .................. ............ 150 ....

10 JUNIO

Barcelona

EL REGISTRADOR



H
A
N
D

D
E
L
I
V
E
R
Y

RECEIVED BY:

FILED / RECEIVED

MAR 2 9 2011

DATE

EPIQ BANKRUPTCY SOLUTIONS, LLC

1:05PM

TIME