**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x
                        :

In re                        :       **Chapter 11 Case No.**
                        :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :       **08-13555 (JMP)**
                        :       **(Jointly Administered)**

      **Debtors.**             :
                        :       **Ref. Docket No. 15666**

----------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 6, 2011, I caused to be served:

    a. the "Notice of Hearing on Debtors' One Hundred Eighteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests)," dated April 6, 2011, to which was attached the "Debtors' One Hundred Eighteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests)," dated April 6, 2011 [Docket No. 15666], (the "118th Omnibus Objection"), and

    b. a customized version of the "Notice of Hearing on Debtors' One Hundred Eighteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests)," dated April 6, 2011, related to Docket No. 15666, a sample of which is annexed hereto as <u>Exhibit A</u>, (the "118th Omnibus Custom Notice"),

by causing:

    i. true and correct copies of the 118th Omnibus Objection, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

    ii. true and correct copies of the 118th Omnibus Objection, to be delivered via facsimile to those parties listed on the annexed <u>Exhibit C</u>,

    iii. a true and correct copy of the 118th Omnibus Objection, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to Office of the US

Trustee, Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq., Andrea B. Schwartz, Esq., 33 Whitehall Street, 21st Floor, New York, NY 10004, and

iv. the 118th Omnibus Custom Notice, customized to include the name and address of the creditor and identification of the claim that is the subject of the objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Pete Caris*
Pete Caris

Sworn to before me this
7th day of April, 2011
/s/ *Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                          :
In re                                                     :        Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                  :        08-13555 (JMP)
                                                          :
                                Debtors.                  :        (Jointly Administered)
                                                          :
------------------------------------------------------------------x
LBH OMNI118 04-06-2011 (MERGE2,TXNUM2) 4000059287 BAR(23) MAIL ID *** 000043885346 *** BSIUSE: 1

KRALJ, NORA
MONASTERIO 364
(1638) VICENTE LOPEZ- PROV. DE
BUENOS AIRES,  ARGENTINA

**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, LEE GOLDBERG, ESQ., AT 212-310-8928.**

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED EIGHTEENTH OMNIBUS
OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**

| CLAIM TO BE RECLASSIFIED | | |
|---|---|---|
| **Creditor Name and Address:**<br>KRALJ, NORA<br>MONASTERIO 364<br>(1638) VICENTE LOPEZ- PROV. DE<br>BUENOS AIRES,  ARGENTINA | **Claim Number:** | **12550** |
| | **Date Filed:** | **9/14/2009** |
| | **Debtor:** | **08-13555** |
| | **Classification and Amount:** | **UNDETERMINED** |

PLEASE TAKE NOTICE that, on April 6, 2011, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their One Hundred Eighteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest on the ground that it is based on either restricted stock units, contingent stock awards, stock options, or other equity-related compensation, both distributed and not distributed, and vested and unvested (collectively, the "Equity Awards"), and that ownership of the Equity Awards constitutes an equity interest in a Debtor but does not constitute a claim against a Debtor's estate as such term is defined in section 101 of title 11 of the United States Code (the "Bankruptcy Code").  **Any claim that the Bankruptcy Court reclassifies as an equity interest will not be classified as a claim against LBHI but rather will be treated equivalent with other equity interests in LBHI.**

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. prevailing Eastern Time on May 18, 2011 (the "Response Deadline").

---

[1]  A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.  A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on June 2, 2011 to consider the Objection.  The hearing will be held at 10:00 a.m. prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601.  If you file a written response to the Objection, you should plan to appear at the hearing.  The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim.  If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date.  If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT reclassify your claim listed above under CLAIM TO BE RECLASSIFIED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com.  If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

**If you have any questions about this notice or the Objection, please contact Debtors' counsel, Lee Goldberg, Esq., at 212-310-8928.**  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:  April 6, 2011
　　　　New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Robert J. Lemons
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

Adiamond@DiamondMcCarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

ahammer@freebornpeters.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

alesia.pinney@infospace.com

alum@ftportfolios.com

amarder@msek.com

AMcMullen@BoultCummings.com

amenard@tishmanspeyer.com

Andrew.Brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apo@stevenslee.com

aquale@sidley.com

araboy@cov.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashaffer@mayerbrown.com

ashmead@sewkis.com

asnow@ssbb.com

atrehan@mayerbrown.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bdk@schlamstone.com

bgraifman@gkblaw.com

bguiney@pbwt.com

bill.freeman@pillsburylaw.com

bkmail@prommis.com

bmanne@tuckerlaw.com

BMiller@mofo.com

boneill@kramerlevin.com

Brian.Corey@greentreecreditsolutions.com

bromano@willkie.com

brosenblum@jonesday.com

broy@rltlawfirm.com

btrust@mayerbrown.com

btupi@tuckerlaw.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

chardman@klestadt.com

charles@filardi-law.com

charles_malloy@aporter.com

charu.chandrasekhar@wilmerhale.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cwalsh@mayerbrown.com

cward@polsinelli.com

# LEHMAN BROTHERS HOLDINGS INC.

### EMAIL SERVICE LIST

cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com

drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
echohen@russell.com
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

heidi@crumbielaw.com
heim.steve@dorsey.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com

jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com

# LEHMAN BROTHERS HOLDINGS INC.

### EMAIL SERVICE LIST

jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lmolfetta@mayerbrown.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com

lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mhanchet@mayerbrown.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbernard@bakerlaw.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com

rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
RHS@mccallaraymer.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com

tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT C**

| Name | Fax |
|------|-----|
| INTERNAL REVENUE SERVICE | (212) 436-1931 |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ADAMS, SARKA | 145 W 67 STREET, APT 334 NEW YORK NY 10023 |
| AGOSTINELLI, LORENZO | FLAT 61 VOLTAIRE BUILDINGS 330 GARRATT LANE LONDON SW184FQ UNITED KINGDOM |
| AHRENS, PETER NIKOLAI | KUSERETOBELWEG 4 KUESNACHT CH-8700 SWITZERLAND |
| AKERMAN, ARIEL | VIRREY LORETO 2146 BUENOS ARIES 1426 ARGENTINA |
| ALBERIZZI, SERGIO | 13 NAVENBY WALK LONDON E3 4EZ UNITED KINGDOM |
| ALEXANDER, CHARLES A. H. | APARTMENT 6A KNIGHTSBRIDGE COURT 28 BARKER ROAD HONG KONG HONG KONG |
| ALPER, STEVEN D. | 24 NATHAN DRIVE TOWACO NJ 07082 |
| AMIN, KAUSHIK | 111 WEST 67TH STREET APARTMENT 30 E NEW YORK NY 10023 |
| ANCHISI, SANDRO | 79A CHEMIN DES HAUTS-CRETS COLOGNY 1223 SWITZERLAND |
| ANDERSON, VANESSA J. | 4123 HARWOOD DRIVE SUGAR LAND TX 77479 |
| ANDREA NEGRI | 78 CADOGAN SQUARE FLAT 1 LONDON SW1X OEA UNITED KINGDOM |
| ANDRIOLA, ROCCO F. | 45 MOREWOOD OAKS PORT WASHINGTON NY 11050 |
| ANGIUS, SILVIO | 12 CAMPDEN HILL COURT CAMPDEN HILL ROAD LONDON W8 7HX UNITED KINGDOM |
| ANSARI, SALMAN | STANDARD CHARTERED BANK 5TH FLOOR, 1 BASINGHALL AVENUE LONDON EC2V5DD UNITED KINGDOM |
| ANSARI, SALMAN | SALMAN ANSARI STANDARD CHARTERED BANK 5TH FLOOR 1 BASINGHALL AVENUE LONDON EC2V5DD UNITED KINGDOM |
| ANTHONY, RICHARD | 102 MILLINERS HOUSE EASTFIELDS AVENUE LONDON SW18 1LP UNITED KINGDOM |
| ANTONCIC, MADELYN | 350 EAST 57TH STREET APARTMENT 13A NEW YORK NY 10022 |
| ARANCIO, ROBERT | 23 CHESTERFIELD DRIVE WARREN NJ 07059 |
| ARMAN, ANNE | 268 39TH STREET LINDENHURST NY 11757 |
| ARNONE, KYM | 1075 PARK AVENUE, 11B NEW YORK NY 10128 |
| ASSI, GEORGES | FLAT 15 1-2 QUEENS GATE LONDON SW7 5EH UNITED KINGDOM |
| ASTROLOGO, LUCA | CORSO GARIBALDI 55 MILAN 20121 ITALY |
| ATWELL, JULIE WORSHAM | 8039 NIMROD TRAIL DALLAS TX 75238 |
| AUGUSTINE, JOHN H. | 7002 BLVD E, #32G WEST NEW YORK NJ 07093 |
| AUGUSTINE, JOHN H. | 7002 BLVD E, #32G WEST NEW YORK NJ 07093 |
| AYRES, CHARLES | PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| AYRES, CHARLES | C/O TRILANTIC CAPITAL MANAGEMENT LLC ATTN: CHARLES AYRES 399 PARK AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| AYSSEH, GORDAN J. | 4 DELLWOOD RD DARIEN CT 06820 |
| AZAR, MAKRAM T | ONE BELGRAVE MEWS WEST LONDON SW1X 8HT UNITED KINGDOM |
| BACHA, MOHAMED ALI | 31 KENSINGTON MANSIONS TREBOVIR ROAD LONDON SW5 9TQ UNITED KINGDOM |
| BAIGIS, SHERI | 250 3RD ST ARCHBALD PA 18403 |
| BAKER, JAMES C. | 1172 PARK AVE APT 4B NEW YORK NY 10128 |
| BANCHETTI, RICCARDO | FORO BUONAPARTE 24 MILANO 20121 ITALY |
| BANON TREVINO, F. JAVIER | C/O TRILANTIC 35 PORTMAN SQUARE LONDON UNITED KINGDOM |
| BARICEVIC, JOANNA M. | 238 N. RAILROAD AVE STATEN ISLAND NY 10304 |
| BARKER GOLDIE, GARTH | HIGHGROVE, 3 SEYMOUR PLACE HOOK HEATH MILE PATH SURREY WOKING GU22 0JX UNITED KINGDOM |
| BARKER, JOHN JOSEPH | 54 CLEAR VIEW LANE NEW CANAAN CT 06840 |
| BARRERA, ANA | 25 MEAD HOUSE 123-125 LADBROKE ROAD LONDON W113PU UNITED KINGDOM |
| BAZYLEVSKY, BO | 51 EAST 93RD ST. NEW YORK NY 10128 |
| BEAMAN, JOHN E. | 203 EAST 72TH STREET APT #20B NEW YORK NY 10021 |
| BERGIN, DEBRA | 2411 N HALL STREET UNIT 6 DALLAS TX 75204 |
| BERTSCH, MARTIN | IM BUSCHGEWANN 40 HEIDELBERG 69123 GERMANY |
| BLACKWELL, ALASTAIR P | 505 GREENWICH STREET APARTMENT 3C NEW YORK NY 10013 |
| BLAIR, MARC H. | 330 WEST 72ND STREET APARTMENT 4A NEW YORK NY 10023 |
| BLAKEMORE, JAMES C. | 8 LOWER ADDISON GARDENS LONDON W14 8BQ UNITED KINGDOM |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| BLAKESLEE, THOMAS P. | 3 THORNBROOK LANE BEDFORD NY 10506 |
| BLAUSTEIN, MIKE | 1165 FIFTH AVE APT 10A NEW YORK NY 10029 |
| BOLTON, JEFFREY | 14 EAST 75TH STREET APT 8A NEW YORK NY 10021 |
| BORYNACK, STEPHANIE | 1160 FIFTH AVENUE APT 203 NEW YORK NY 10029 |
| BOSSARD, OLIVIER | APPARTEMENT 37 16 RUE DU GRENIER SAINT-LAZARE 75003 PARIS FRANCE |
| BOSSOLINA, DAVID F. | 125 MELROSE PLACE RIDGEWOOD NJ 07450 |
| BOWYER, MICHAEL L. | 26 OAK LANE SCARSDALE NY 10583 |
| BOZ, YAKUP | 16A REGENTS PARK ROAD LONDON NW1 7TX UNITED KINGDOM |
| BRAUN, KONSTANTIN | 26 WINTERBOTTOM LN POUND RIDGE NY 10576 |
| BRENAN, MICHAEL R. | 45 NORTHWOODS RD MANHASSET NY 11030 |
| BROOKS, MICHAEL D. | 736 FOREST AVE RYE NY 10580 |
| BURCH, ANDREW W. | 30 BUTTERNUT HOLLOW ROAD GREENWICH CT 06830 |
| BURKE, MARITA E | 23 EAST 10TH STREET APARTMENT 519 NEW YORK NY 10003-6118 |
| BURKE, PETER ROBERT | 11 BELVEDERE GROVE LONDON SW19 7RQ UNITED KINGDOM |
| BURKHART, CALVERT C | 19 BRUNSWICK GARDENS LONDON W84AS UNITED KINGDOM |
| BYRNE, BARBARA | 101 HUN ROAD PRINCETON NJ 08540 |
| CALAMARI, MICHAEL | 26 BARRY ROAD SCARSDALE NY 10583 |
| CANTELLO, PAUL | 37 SYLVESTER AVENUE HAWTHORNE NJ 07506 |
| CARDE, DAMIEN | 42 GLEDSTANES ROAD LONDON W14 3HU UNITED KINGDOM |
| CARDE, DAMIEN | CARDE, DAMIEN 42 GLEDSTANES ROAD LONDON W14 3HU UNITED KINGDOM |
| CARR, ROBERT J. | 23 STELLA DRIVE BRIDGEWATER NJ 08807 |
| CASSELL, VANCE | 1 LORING HILL ROAD HINGHAM MA 02043 |
| CATALAO MAIA, ALEXANDRE | 200 EAST 94TH STREET APT 514 NEW YORK NY 10128 |
| CESARIO, FABRIZIO | 12 REDCLIFFE SQUARE LONDON SW10 9JZ UNITED KINGDOM |
| CHAIKIN, DANIELLE | 20 E. 9TH STREET APT 9A NEW YORK NY 10003 |
| CHEN, ANDREW | 1375 CHAPMAN DRIVE DARIEN IL 60561 |
| CHHABRA, SUMIT | 20 RIVER COURT APT 3605 JERSEY CITY NJ 07310 |
| CHISHOLM, RUPERT F. | 763 VALLEY RD NEW CANAAN CT 06840-2811 |
| CHO, JOHN | 538 HILLSIDE AVENUE PALISADES PARK NJ 07650 |
| CHRISTIANSEN, SCOTT | 1 WILTSHIRE CT LUCAS TX 75002 |
| CIDONIO, MATTEO | 36 PARK STREET LONDON W1K 2JE UNITED KINGDOM |
| CIGNARELLA, GREGORY | 94 WAGON ROAD ROSLYN HEIGHTS NY 11577 |
| COHN, LAWRENCE J. | 15 BIRCH DRIVE PLAINVIEW NY 11803 |
| COLEMAN, JOSEPH P. | 160 WEST 86TH STREET APARTMENT 15B NEW YORK NY 10024 |
| CONWAY, EDWARD B. | 6 CROSS ROAD DARIEN CT 06820 |
| COPELAND, JOHN W. | 7 EAST 80TH STREET NEW YORK NY 10075 |
| CORTESE, JOHN | 26 HANS RD FLAT 2 LONDON SW3 1RW UNITED KINGDOM |
| COX, SHANNON | 917 WILDWOOD CIRCLE GRAPEVINE TX 76051 |
| CRANDELL, JAMES D. | 28 WICKHAM WAY CHATHAM NJ 07928 |
| CROSS, MARTIN ROBERT | PIRAN DARCY CLOSE BRENTWOOD UNITED KINGDOM |
| CRUZ, KATHERINE | 460 EAST 115TH STREET, # 4F NEW YORK NY 10029 |
| CUNNINGHAM, MARGERY O. | 1515 31ST STREET NW WASHINGTON DC 20007 |
| CURLEY, WILLIAM | 63 SADDLE RIDGE ROAD WILTON CT 06897 |
| D' ALELIO, ROBERT | 9 TULIP TREE LANE DARIEN CT 06820 |
| DACUS, SCOTT | 1708 FALMOUTH PLANO TX 75025 |
| DAHIYA, NITIN | 444 WASHINGTON BLVD, APT 6436 JERSEY CITY NJ 07310 |
| DALEY, CHRISTINE | 80 FRANKLIN STREET #6 NEW YORK NY 10013 |
| DALEY, CHRISTINE | CHRISTINE DALEY 1713 CHAMPIONSHIP BLVD FRANKLIN TN 37064 |
| DANIELLE, PUGLIA | 89 FORRESTAL AVENUE STATEN ISLAND NY 10312 |

| Claim Name | Address Information |
| --- | --- |
| DAPCEVIC, MILENA | FLAT 27 THE BAYNARDS 27 HEREFORD ROAD LONDON W2 4TQ UNITED KINGDOM |
| DAY, STEPHEN | 52 MELWOOD HOUSE LONDON E1 2QX UNITED KINGDOM |
| DEBOST, CHARLES H. | 85 EAST END AVENUE, #14E NEW YORK NY 10028 |
| DEFLIN, BRADFORD A | 245 JAMAICA LN PALM BEACH FL 334803321 |
| DEL BALZO, LUDOVICO | 23 PELHAM CRESCENT LONDON SWT 2NR UNITED KINGDOM |
| DEMASI, KATHLEEN M. | 146 78TH STREET BROOKLYN NY 11209 |
| DI VITO, RICHARD A. | 116 MIDDLENECK RD PORT WASHINGTON NY 11050 |
| DIEKE, RALF C | FLAT 2 197 QUEENS GATE LONDON SW7 5EU UNITED KINGDOM |
| DILENA, NICOLA | 1 LUKE STREET, APARTMENT 101 LONDON E1 1ER UNITED KINGDOM |
| DOHERTY, JEFFREY P. | 66 LEONARD ST APT 6C NEW YORK NY 10013 |
| DOMENICI, HENRY VINCENT | 24 SHADY ACRES ROAD DARIEN CT 06820 |
| DONALD,CHARLES H | BURY COURT WHITE WALTHAM, BERKS SL6 3JF UNITED KINGDOM |
| DONZELLI, ANDREA | VIA UGO BASSI 3 ROMA 00152 ITALY |
| DOUGLAS, DAVID | CAZENOVE ASIA 50/F ONE EXCHANGE SQUARE CENTRAL HONG KONG |
| DOUGLAS, DOROTHEA | 177-11 136TH AVE JAMAICA NY 11434 |
| DRBUL, ROBERT S | 111 E 85TH ST # 16D NEW YORK NY 10028 |
| DUBOIS-PELERIN, VINCENT | 79 ELMS ROAD LONDON SW4 9EP UNITED KINGDOM |
| DUPUIS, GERALD | SUITE 176, 2 OLD BROMPTON ROAD LONDON SW7 3DQ UNITED KINGDOM |
| DYNKIN, LEV | 18 EMERSON DR. GREAT NECK NY 11023 |
| DZIEDZIECH, ROBERT Z. | 1 BLORE HOUSE COLERIDGE GARDENS LONDON SW10 0RB UNITED KINGDOM |
| EASTON, CARL | 60 CARLISLE COURT OLD BRIDGE NJ 08857 |
| EINARSSON, MAGNUS P | 7 NEW END LONDON NW3 1JD UNITED KINGDOM |
| EINBINDER, LEE J. | 121 SQUIRE ROAD ROXBURY CT 06783 |
| ELKINS, JAY S. | 79 GRIFFEN AVENUE SCARSDALE NY 10583 |
| ELLSWORTH, MICHAEL R. | 10 CAYUGA WAY SHORT HILLS NJ 07078 |
| ERSOFF, BRETT I. | C/O KLESTADT & WINTERS, LLP 292 MADISON AVENUE- 17TH FLOOR NEW YORK NY 10017 |
| ERTAS, ILKER | 40 FAYETTE RD SCARSDALE NY 10583 |
| FABIO, LIOTTI | 74 YORK MANSIONS PRINCE OF WALES DRIVE LONDON SW11 4BW UNITED KINGDOM |
| FAESSEN, WILCO | 20 RIVER TERRACE APARTMENT 18K NEW YORK NY 10282 |
| FAUCHEUX, LUC | 5 STURGES HOLLOW WESTPORT CT 06880 |
| FELDMAN, RICHARD M. | 911 PARK AVE. NEW YORK NY 10075 |
| FERGUSON, SCOTT ANDREW. | BUILDING 6, LEVEL 6 DIFC, POB 506535 DUBAI UNITED ARAB EMIRATES |
| FIGUS, MARCO C | VIA DI S VALENTINO 11 RM ROME 197 ITALY |
| FISCHER, TIMOTHY K. | 55 E. 72ND STREET, APT. 12N NEW YORK NY 10021 |
| FISK, ADRIAN | 32 BALLINGDON ROAD LONDON SW11 6AJ UNITED KINGDOM |
| FLANAGAN, THOMAS E. | ONE DEER TRAIL ARMONK NY 10504 |
| FLANAGAN, THOMAS E. | ONE DEER TRAIL ARMONK NY 10504 |
| FLANNERY, JOSEPH J. | 4951 NE 28TH AVE LIGHTHOUSE POINT FL 33064 |
| FLEISCHMAN RICHMAN, SANDY | 25 CENTRAL PARK WEST APT #6E NEW YORK NY 10023 |
| FLINK, PETER | 139 LAUREL LANE SYOSSET NY 11791 |
| FORD, GENITA | 9249 S. THROOP STREET CHICAGO IL 60620 |
| FORD, JONATHAN | 45 THE AVENUE LONDON NW6-7NR UNITED KINGDOM |
| FOX, STEPHEN | STEPHEN FOX 19 BINDEN ROAD LONDON W12 9RJ UNITED KINGDOM |
| FOX, STEPHEN | 9 BLENHEIM ROAD LONDON W4 1UB UNITED KINGDOM |
| FRAENKEL, FRANCIS L. | 812 FIFTH AVENUE, 7- B NEW YORK NY 10065 |
| FROMMER, JACQUELINE | 45 EAST 85TH ST. 4A NEW YORK NY 10028 |
| FRONTINI, LORENZO | 17 GILSTON ROAD LONDON SW10 9SJ UNITED KINGDOM |
| FUCHS, BENJAMIN A | 30/F 2 IFC 8 FINANCE STREET HONG KONG |
| GALLO, JOHN F. | 365 WEST END AVENUE APARTMENT 6C NEW YORK NY 10021 |

| Claim Name | Address Information |
|---|---|
| GALLO, JOHN F. | MORRISON COHEN LLP ATTN: MICHAEL R. DAL LAGO, ESQ. 909 THIRD AVENUE NEW YORK NY 10022 |
| GANDHI, SUNIL KUMAR | 103 JERSEY ROAD HOUNSLOW TW5 0TW UNITED KINGDOM |
| GARTLAND, JAMES | 16 ADA PLACE ALLENDALE NJ 07401 |
| GATTUSO, MARY FRANCES | 531 MAIN STREET APT. 222 NEW YORK NY 10044 |
| GENIRS, KEVIN R. | 411 WEST END AVE APARTMENT 7A NEW YORK NY 10024 |
| GERAGHTY, RONALD J. | 17 BRANDYWINE LANE COLTS NECK NJ 07722 |
| GERLACH, CHRISTIAN | 62 BATHGATE ROAD LONDON SW19 5PH UNITED KINGDOM |
| GEWIRTZ, SCOTT AARON | 225 WEST 86TH STREET APT 904 NEW YORK NY 10024 |
| GHAFUR, ARSHAD | P.O. BOX 506535 DUBAI UNITED ARAB EMIRATES |
| GIACONE, PETER | 48 VANDERVEER COURT ROCKVILLE CENTRE NY 11570 |
| GIBSON, SCOTT D. | 122 MIDLAND AVENUE MONTCLAIR NJ 07042 |
| GIOVANELLI, CORRADO | 57D PRINCES GATE EXHIBITION ROAD LONDON SW7 2PG UNITED KINGDOM |
| GITLIN, MICHAEL H. | 3900 GREYSTONE AVENUE 43B BRONX NY 10463 |
| GLASEBROOK, RICHARD J., II | 515 NORTH STREET GREENWICH CT 06830 |
| GOLDBERG, JASON | 745 7TH AVENUE, 17TH FLOOR NEW YORK NY 10019 |
| GOODWIN, DOUGLAS S. | 19 NORTH GATE PRINCE ALBERT ROAD LONDON NW8 7RE UNITED KINGDOM |
| GORTAZAR, GONZALO | 28 ST LIKE STREET LONDON SW3 3RP UNITED KINGDOM |
| GOTTFRIED, BARRY K. | 515 EAST 79TH STREET APT 5E NEW YORK NY 10075-0782 |
| GOULD, BARRY | PARK HOUSE 16 PARKSIDE MILL HILL LONDON NW72LH UNITED KINGDOM |
| GREEN, ADAM M. | 147 CROSS HIGHWAY WESTPORT CT 06880 |
| GREENE, ELIZABETH | 1330 WEST AVENUE APT 2803 MIAMI BEACH FL 33139 |
| GREENFIELD, HOPE | 15 PALATINE ROAD CALIFON NJ 07830 |
| GRINNELL, MATTHEW F. | 9 MILL HILL LANE EAST HAMPTON NY 11937 |
| GUARNIERI, MICHAEL P. | 8 GEORGE LANGELOH COURT RYE NY 10580 |
| GUILLAUME, TONI | 10 ASH WALK BRANDON CROUES SOUTH OCKENDON ESSEX ENGLAND UNITED KINGDOM |
| GULBIN III, JOHN G | 10 PLYMOUTH ROAD DARIEN CT 06820 |
| GUPTA, MARTIN | 131 HAMBALT RD LONDON SW4 9EL UNITED KINGDOM |
| HAKANOGLU, EROL | 161 EAST 65TH STREET NEW YORK NY 10065 |
| HALE, IRENE V. | 300 WEST 135TH STREET APT. 5H NEW YORK NY 10030 |
| HAMILL, ROBERT B. | 72 APPLE TREE LANE NEW CANAAN CT 06840 |
| HAQUE, AISHA | 171 WEST 57TH STREET APARTMENT 3C NEW YORK NY 10019 |
| HARLIB, JEFFREY A. | 265 EAST 66TH STREET APT. 18G NEW YORK NY 10065 |
| HARRINGTON, JOAN | (MAIDEN NAME: GENIRS) 165 BEECHWOOD ROAD RIDGEWOOD NJ 07450 |
| HARRIS, TREVOR | 225 RECTOR PLACE APT 140 NEW YORK NY 10280 |
| HARTING, BRUCE W. | 1965 BROADWAY 29E NEW YORK NY 10023 |
| HASH, STEVEN | 745 SEVENTH AVE NEW YORK NY 10019 |
| HECK, ROBERT | PENTHOUSE A PIERHEAD WHARF 69 WAPPING HIGH STREET LONDON EIW 2YF UNITED KINGDOM |
| HENRY, EMIL W. JR. | 161 CANTITOE STREET KATONAH NY 10536 |
| HERRMANN, DAVID L. | 804 MAPLE GLEN LANE WAYNE PA 19087 |
| HIGGINS,KIERAN NOEL | 2 FITZGERALD AVENUE LONDON, GT LON SW148SZ UNITED KINGDOM |
| HILL, MARILYN J. | 111 ALLYN LANE PO BOX 519 BARNSTABLE MA 02630 |
| HOBERT, DAVID | 225 W 86TH STREET #707 NEW YORK NY 10024 |
| HODGES, JAMES | 10 HALSEY STREET LONDON, GT LON SW3 2QH UNITED KINGDOM |
| HOGAN, CANICE | UPPER COMMON HEYSKOTT WEST SUSSEX 9U290DC UNITED KINGDOM |
| HOROWITZ, RUTH E. | 975 PARK AVENUE, APT. 16 C NEW YORK NY 10028 |
| HOWELL, RICHARD D. | 39 CHURCH ROAD SURREY RICHMOND TW9 1UA UNITED KINGDOM |
| HOY, ROBERT J. | 19 HARMON PARK ROAD PO BOX 474 YORK HARBOR ME 03911 |

| Claim Name | Address Information |
|---|---|
| HOY, ROBERT J. | 19 HARMON PARK ROAD PO BOX 474 YORK HARBOR ME 03911 |
| HUTTON, RANDALL J. | 22 HILLSIDE LANE NEW HOPE PA 18938 |
| HYNOTE, ROBERT A. | 4459 REDWOOD ROAD NAPA CA 94558 |
| IDRISS, MOHAMED | FLAT 1, 233 KINGS ROAD LONDON SW3 5EP UNITED KINGDOM |
| IVERSEN, BEN | 12 SLOUVCESTER WALK LONDON W8 4HP UNITED KINGDOM |
| JAIN, SANJEEV K. | 3 IRON WOOD ROAD SHORT HILLS NJ 07078 |
| JAWAD, ANTHONY | 8 WOODMANSTORNE RD CARSHALTON BEECHES SURREY SM5 4JL UNITED KINGDOM |
| JOHANSEN, ROBERT A. | 82 OXFORD BOULEVARD GARDEN CITY NY 11530 |
| JOHNSON, ERIC P. | 379 HURLBUTT STREET WILTON CT 06879 |
| JOHNSON, JACK | 245 W. 19TH ST., APT 3S NEW YORK NY 10011 |
| JOHNSTON, WILLIAM H. | 29 SUNSWYCK RD DARIEN CT 06820-6024 |
| JONEJA, DEV | 252 SEVENTH AVENUE APT. 3U NEW YORK NY 10001 |
| JONES, JOCK T. | 200 CHAMBERS ST APARTMENT 4C NEW YORK NY 10007 |
| JORDAN, CARL | 7 KING ROAD SOMERSET NJ 08873 |
| KANTOR, CHARLES | 350 EAST 79TH STR. APT 23B NEW YORK NY 10075 |
| KAO, PATRICIA | C/O REBECCA J. OSBORNE VLADECK, WALDMAN, ELLIAS & ENGELHARD, P.C. 1501 BROADWAY - SUITE 800 NEW YORK NY 10036 |
| KARIM, ABDELKERIM | 55 CHENISTON GARDENS LONDON W8 6TJ UNITED KINGDOM |
| KATTAN, DAVID G | 5 DENNING CLOSE LONDON NW8 9PJ UNITED KINGDOM |
| KATZ, MICHAL | 42 ROCK SHELTER RD WACCABUC NY 10597 |
| KEVIN, HANDWERKER | 330 EAST 75TH STREET APT. 15A NEW YORK NY 10021 |
| KEYAL, ASHISH | FLAT 353 THE CIRCLE QUEEN ELIZABETH STREET SE12JU LONDON, GT LON UNITED KINGDOM |
| KILIAN, AXEL | 9 DICKENS CLOSE RICHMOND TW10 7AV UNITED KINGDOM |
| KIMMEL, SCOTT | 54 BEVERLY RD GREAT NECK NY 11021 |
| KING, GEORGE W | FLAT B, 28/F TOWER 2 DYNASTY COURT 23 OLD PEAK ROAD HONG KONG CHINA |
| KING, MITCHELL B | 572 4TH STREET BROOKLYN NY 11215 |
| KITTREDGE, FRANCINE S. | 1095 PARK AVENUE APT 7D NEW YORK NY 10128 |
| KNAUS, ROBERT | 13517 ARGO DRIVE DAYTON MD 21036 |
| KOBERNICK, JEFFREY | 349 RIDGEWOOD AVE GLEN RIDGE NJ 07028 |
| KOBERNICK, JEFFREY | 349 RIDGEWOOD AVE GLEN RIDGE NJ 07028 |
| KOFMAN, ANDREW S | C/O AMERICAN PACKAGE CO. 226 FRANKLIN STREET BROOKLYN NY 11222-1382 |
| KOGAN, SPENCER | 7 KNOLL ROAD PORT WASHINGTON NY 11050 |
| KOHLI, TINA | 70 DISCOVERY DOCKS WEST 2 SOUTH QUAY SQAURE LONDON E14 9RT UNITED KINGDOM |
| KOMAROFF, ANDREW S. | 1155 PARK AVE APT 8SE NEW YORK NY 10128 |
| KONRAD, LISA | 845 UNITED NATIONS PLAZA APT 50D NEW YORK NY 10022 |
| KOPLIN, CARY A | 19 EAST 72ND STREET NEW YORK NY 10021-4145 |
| KRALJ, NORA | MONASTERIO 364 (1638) VICENTE LOPEZ- PROV. DE BUENOS AIRES ARGENTINA |
| LANDRY, SOPHIE | 16 HOLMSIDE ROAD LONDON SW128RJ UNITED KINGDOM |
| LAUDER, HAYLEY | 14, COLLINGWOOD WAY ESSEX NORTH SHOEBURY SS3 8BT UNITED KINGDOM |
| LAW, ROBERT BALBIR | 47 BELNHEIM TERRAACE ST JOHNS WOOD LONDON NW8 OEJ UNITED KINGDOM |
| LAWRENCE, HENRY MORGAN III | 143 READE STREET, APT 3A NEW YORK NY 10013 |
| LAWSKY, MICHAEL H. | 17 OAK KNOLL ROAD SUMMIT NJ 07901 |
| LAZAR, ANDREW | 25 BYRON PLACE SCARSDALE NY 10583 |
| LE BAQUER, PHILIPPE | 44 SOLENT ROAD LONDON NW6 1TX UNITED KINGDOM |
| LE MARCHANT, PIERS | 5 QUEEN ANNES GATE LONDON SW1H 9BU UNITED KINGDOM |
| LEE, WAI | 20 NEWPORT PKWY # 2708 JERSEY CITY NJ 07310 |
| LEUNG, JANICE | FLAT 16 129 BACKCHURCH LANE LONDON E1 1LS UNITED KINGDOM |
| LIEBER, ROBERT C. | 1 CENTRAL PARK WEST APT 39A NEW YORK NY 10023 |

| Claim Name | Address Information |
|---|---|
| LINDE, STUART | 35 PHAETONS DRIVE MELVILLE NY 11747 |
| LIPSKY, MICHAEL | 330 E. 72ND STREET, APT. # 5 NEW YORK NY 10021 |
| LISTA, WILLIAM J. | 106 RUMSON ROAD RUMSON NJ 07760 |
| LOCHER, KURT A. | 500 WEST END AVE APT 5C NEW YORK NY 10024 |
| LOHAN, RICHARD SCOTT | 21 CARNEGIE AVE COLD SPRING HARBOR NY 11724 |
| LOPEZ GALAN, DANIEL | 44 LONDUIT MEWS LONDON WZ 3RE UNITED KINGDOM |
| LORD III, JOSEPH F | 79 BUENA VISTA AVE. RUMSON NJ 07760 |
| LUCARELLI, ANNA | FLAT 5 42 ONSLOW GARDNES LONDON SW7 3PY UNITED KINGDOM |
| LUCAS, JEROME D. | 87 WHITE HILL ROAD COLD SPRING HARBOR NY 11724 |
| LUKE, TIMOTHY | 36 GROVE ST. NEW YORK NY 10014 |
| LYNCH, MARY A. | 501 EAST 79TH ST NEW YORK NY 10075 |
| MACHALE, BRIAN | 10 BEACH DRIVE DARIEN CT 06820 |
| MACKIE, THOMAS R | FLAT 5 1 SLOANE COURT EAST LONDON SW3 4TQ UNITED KINGDOM |
| MACKINNON, MICHAEL LARS | 31 APPLEGARTH ROAD LONDON W14 0HY UNITED KINGDOM |
| MACLEAN, ANDREW | 21 NEWELL STREET LONDON E14 47HP UNITED KINGDOM |
| MAGNONI, RUGGERO F | VIA PIERMARINI 2/4 MILAN 20121 ITALY |
| MAHESHWARI, SHYAM | 6C, 96 MACDONNELL ROAD HONG KONG HONG KONG |
| MAJOUL, MEHDI | 10 BENBOW ROAD LONDON W6 0AG UNITED KINGDOM |
| MALIZIA, ROSE M. | 1109 BRASSIE AVENUE FLOSSMOOR IL 60422 |
| MALONE, DANIEL S. | 46 LINDEN PLACE SUMMIT NJ 07901 |
| MANISCALCO, ANTHONY | 53 STEPHEN MATHER ROAD DARIEN CT 06820 |
| MANN, ANDREW | 44 FERNHURST ROAD LONDON SW6 78W UNITED KINGDOM |
| MANNING, CHRISTOPHER R. | 15 RIDGEWOOD DRIVE RYE NY 10580 |
| MARCO, BONETTI | 10 CORNWALL MANSIONS CREMORNE ROAD LONDON SW100PE UNITED KINGDOM |
| MARCUCCI, MARK J. | 560 HUNT LANE MANHASSET NY 11030 |
| MARLAR, KIMBERLY | 6115 BAY HILL DR. ARLINGTON TX 76018 |
| MARZOMIE, JOHN D. | 975 PRIVATE RD WINNETKA IL 60093 |
| MASUDA, YUKIHIRO | 2-24-16, KAKINOKIZAKA MEGURO-KU TOKYO 152-0022 JAPAN |
| MATTU, RAVI K | 125 STEWART ROAD SHORT HILLS NJ 07078 |
| MAYER, STEVEN | 145 E 76TH ST., APT. 14 NEW YORK NY 10021 |
| MCCORMICK, JAMES | 5 MALLORD STREET LONDON SW3 2JB UNITED KINGDOM |
| MCGREEVY, NISHA | 66 LEONARD STRRT APARTMENT 7C NEW YORK NY 10013 |
| MECKLER, RICHARD A. | 21 LAKE RD SHORT HILLS NJ 07078 |
| MEE, ADRIAN | 48 SUTHERLAND PLACE LONDON W2 5BY UNITED KINGDOM |
| MEISSNER, CHRISTIAN | 2 HOLLAND VILLAS ROAD LONDON W14 8BP UNITED KINGDOM |
| MENOUNOS, ALEXANDROS | 44 THAMES POINT IMPERIAL WHARF LONDON, GT LON SW6 2SX UNITED KINGDOM |
| MEYERS, LEWIS | 15 HOOK RD RYE NY 10580 |
| MEYERS, WILLIAM | 105 EAST LANE STAMFORD CT 06905 |
| MICHAELS, JEFFREY ALAN | 147 BOULEVARD MOUNTAIN LAKES NJ 07046 |
| MICHELE, CHU | 1 PLACE DE L'ALMA 75 PARIS 75016 FRANCE |
| MICUCCI, PATRIZIA E | VIA G. DEGRASSI, 3 MILAN 20123 ITALY |
| MIKLAVCIC, BORUT | CESTA BRIGAD 16 NOVA MESTO 8000 SLOVENIA |
| MIKULICH, RAYMOND C. | 15 CENTRAL PARK WEST, APT 15D NEW YORK NY 10023 |
| MILLER, ERIC B. | 10 OVERLOOK ROAD SCARSDALE NY 10583 |
| MILLER, MATTHEW C. | 139 WEST 14TH ST., APT. 3SW NEW YORK NY 10011 |
| MITRA, RONADEV T. | 6717 DICOSOLA CT DARIEN IL 60561 |
| MOAR, GUY R. | 51 ONSLOW GARDENS LONDON SW7 3QF UNITED KINGDOM |
| MODASIA,DIPAK | 801 CASCADES TOWER 4 WESTFERRY ROAD LONDON E14 8JN UNITED KINGDOM |
| MONAHAN, BRIAN W. | MONAHAN, BRIAN W. 2 HANCOCK PLACE IRVINGTON NY 10533 |

| Claim Name | Address Information |
|---|---|
| MOORE, ELIZABETH | 35 GUNTER GROVE LONDON, GT LON SW10 0UN UNITED KINGDOM |
| MOORE, MICHAEL J. | 139 DEWINOT WINNETKA IL 60093 |
| MORETTI, ARTHUR | 52 SQUIRREL DRIVE SKILLMAN NJ 08558 |
| MORITA, SERGIO TAKEO | IZUMI GARDEN RESIDENCE #202 1-5-3, ROPPONGI 13 MINATO-KU 106-0032 JAPAN |
| MOSKAL, DOREEN | 2714 VERNON COURT WOODRIDGE IL 60517 |
| MULLER, ERIK W. | 137 WOOSTER ST. APT 5A NEW YORK NY 10012 |
| MURPHY, FRANCIS E. | 130 EAST END AVENUE APT 16-D NEW YORK NY 10028 |
| MURRAY, GUY J. | 78 RIDGEWOOD AVENUE GLEN RIDGE NJ 07028 |
| NACKENSON, RICHARD | 254 EAST 68TH STREET # 30C NEW YORK NY 10065 |
| NARAYAN, T.K. | 200 EAST 87TH STREET #22B NEW YORK NY 10128 |
| NARIO, LUIS | VIA REGGIO EMELIA 32 RM ROMA I98 ITALY |
| NARIO, LUIS | LUIS NARIO 189 COLUMBUS WAY MARCO ISLAND FL 34145 |
| NASS, DAVID M. | 95 VALLEY LANE CHAPPAQUA NY 10514 |
| NATHAN, JORDE M | 1499 SHERIDAN ROAD HIGHLAND PARK IL 60035 |
| NAZAR, SABA | 13A STRATFORD ROAD LONDON W89RF UNITED KINGDOM |
| NINEHAM, STEWART K | 113-115 HARLEY STREET FLOOR 3 LONDON W1G 6AP UNITED KINGDOM |
| NOLAN, LUKE | 29 QUEENS ROAD LONDON SW14 8PH UNITED KINGDOM |
| NORRIS, PAUL | 42 ADDISON AVENUE LONDON W11 4QP UNITED KINGDOM |
| O'CONNOR, BRIAN | 6 BERRIMA ROAD 299882 SINGAPORE |
| O'SULLIVAN, THOMAS J. | 336 NASSAU AVE MANHASSET NY 11030 |
| OGLE, CHRIS | HOUSE 2 BATTERSEAMEWS 163-165 BATTERSEA HIGH STREET LONDON SW11 3JS UNITED KINGDOM |
| ONILLON, EMMANUEL | FLAT 64 1 PRESCOT STREET LONDON E1 8RJ UNITED KINGDOM |
| OREILLY, TOM | 1946 N. HUDSON CHICAGO IL 60614 |
| ORLOWSKY, JOSEPH | 5411 PINEHURST DRIVE WILMINGTON DE 19808 |
| PADUANO, DANIEL P. | 19 EAST 72ND STREET NEW YORK NY 10021 |
| PAPADAKIS, SPYROS N. | 124 HUDSON ST # 5B NEW YORK NY 10013 |
| PAPE, MARIA | 72 EAST PARK DRIVE HUNTINGTON STATION NY 11746 |
| PAPROSKI, MARGARET D. | 18512-93 AVENUE EDMONTON, ALBERTA CANADA |
| PARR, ANKE | 15 DANEHURST STREET LONDON SW6 6 UNITED KINGDOM |
| PARRY, STEPHEN | 166 EAST DULWICH GROVE DULWICH LONDON UNITED KINGDOM |
| PAWLICKI, DANA | 17 JENNIFER LANE MAPLEWOOD NJ 07040 |
| PEACE, KARL JONATHAN | 4 BURTENSHAW ROAD THAMES DITTON SURREY KT7 OTP UNITED KINGDOM |
| PEARSON, GRAEME RUSSELL | 9 SOUTHWOOD AVENUE HIGHGATE LONDON N6 5RY UNITED KINGDOM |
| PECK, CHRISTOPHER | 432-8 NISEKO NISEKO CHO ABUTA GUN HOKKAIDO 13 048-1511 JAPAN |
| PECK, CHRISTOPHER | CHRISTOPHER PECK ANNUPURI VILLAGE K.K. 432-8 NISEKO, NISEKO-CHO ABUTA-GUN, HOKKAIDO 048-1511 JAPAN |
| PECK, CHRISTOPHER | STEPHEN Z. STARR STARR & STARR, PLLC 260 MADISON AVENUE, 17TH FLOOR NEW YORK NY 10016 |
| PEDOWITZ, DAVID R. | 194 BALDWIN ROAD BEDFORD CORNERS NY 10549 |
| PERRY, BARCLAY | 350 N. SALTAIR AVE. LOS ANGELES CA 90049 |
| PETERSEN, JACK | 415 KNOLLWOOD ROAD RIDGEWOOD NJ 07450 |
| PHELAN, PETER B. | 88 WEST ROAD SHORT HILLS NJ 07078-1829 |
| PHELPS, MICHAEL EDWARD JOHN | FLAT 17 50 QUEENS' GATE LONDON SW7 5JN UNITED KINGDOM |
| PHILLIPS, HENRY J. | 10 DRAYTON GARDENS LONDON SW109SA UNITED KINGDOM |
| PIGNATTI, VITTORIO | 45 KENSINGTON SQUARE LONDON W85HP UNITED KINGDOM |
| PINNOCK, MATTHEW | THE BURROWS 4 LAWFORDS HILL CLOSE SURREY - WORPLESDON GU3 3QD UNITED KINGDOM |
| POTSIOS, ANDREA M | VIA APPIANI, 19 MILAN 20121 ITALY |
| POTSIOS, ANDREA M | SOPHIE WHITBREAD CHARLES RUSSELL LLP 5 FLEET PLACE ELAM 7RD REF: USH/SLW LONDON UNITED KINGDOM |

| Claim Name | Address Information |
| --- | --- |
| POULSEN, JESPER | FLAT 1 35 COLLINGHAM ROAD LONDON SW5 0NU UNITED KINGDOM |
| PREZIOSO, FRANK C | 10 CITY PLACE NUMBER 7B WHITE PLAINS NY 10601 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 110 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CEMTRE NY 11570 |
| PURI, HIMAYANI | 44 EAST 12TH STREET, APT 10C NEW YORK NY 10003 |
| QAIMMAQAMI, DAVID JAMAL | 44 DEVONSHIRE ST - FLAT E LONDON W1G 7AL UNITED KINGDOM |
| RACHID, BOUZOUBA | 84A ONSLOW GARDENS LONDON SW7 3BS UNITED KINGDOM |
| RAKIC, DARINKA | 10 WEST 15TH STREET # 704 NEW YORK NY 10011 |
| RAMALLO, HENRY | 27 DAVENPORT WAY HILLSBOROUGH NJ 08844 |
| RATO, JOAO | 84 NEVILLE CT ABBEY ROAD LONDON NW8 9DB UNITED KINGDOM |
| REES, MATTHEW | 155 PRINCE ST., APT #2 NEW YORK NY 10012 |
| REGAN, DONALD H. | 61 ANDOVER ROAD ROCKVILLE CENTRE NY 11570 |
| REGUEIRO, ALANO F. | 9 STATION ROAD LOUGHTON ESSEX IG10 4NZ UNITED KINGDOM |
| REILLY, BRIAN M. | 3 WESTGATE BLVD PLANDOME NY 11030 |
| REINER, BRETT S. | 26 BURR FARMS ROAD WESTPORT CT 06880 |
| REYNOLDS, CHRISTIAN F. | 111 EAST 30TH STREET APT. 16 AC NEW YORK NY 10016 |
| REYNOLDS, NATALIE | 1141 WARBLER DRIVE FORNEY TX 75126 |
| RIEB-SMITH, DOMINIC | 247 UNDERHILL ROAD DULWICH LONDON SE21 OPB UNITED KINGDOM |
| RINNOVATORE, DIANE | 14 NORMANDV DRIVE WESTFIELD NJ 07090 |
| RISPOLI, MADELINE J. | 4651 GULF SHORE BLVD. N. UNIT 805 NAPLES FL 34103 |
| RIVERA, ROBERTO | NEW PROVIDENCE WHARF 4 FAIRMONT AVENUE LONDON 514 9PX UNITED KINGDOM |
| ROBERTS, KATY | 25 GLENDALE DRIVE WIMBLEDON SW19 7BG UNITED KINGDOM |
| ROCHA, JOANA P. | 605 THIRD AVENUE, 22ND FLOOR NEW YORK NY 10158 |
| ROGGERO, MARCO | 145 WEST BROADWAY APARTMENT 3 NEW YORK NY 10013 |
| ROITMAN, LISA L. | 7 GREY ROCK DRIVE GREENWICH CT 06831 |
| ROMANELLI, MICHAEL | 666 GREENWICH ST, APT 701 NEW YORK NY 10014 |
| ROMANELLI, RENEE | 666 GREENWICH ST, APT 701 NEW YORK NY 10014 |
| ROSEN, LEONARD G. | 64 PINKAS STREET APARTMENT 153 TEL AVIV 62157 ISRAEL |
| ROSENBERG, ADAM S. | 4 HILLVIEW CIRCLE HOCKESSIN DE 19707 |
| ROSENTHAL, ADAM S. | 245 WEST 99TH STREET APT 12B NEW YORK NY 10025 |
| ROSS, DAVID | 31 ANNADALE RD CHAPPAQUA NY 10514 |
| ROSSI, GEORGE A. | 103 IRIS AVENUE FLORAL PARK NY 11001 |
| ROUSE, LEANNE | 11 FRANCIS CLOSE LONDON E14 3DE UNITED KINGDOM |
| RUDNICK, SCOTT | 130 E. 18TH STREET, APT. 6ABX NEW YORK NY 10003 |
| RUFFINI, RONALD | 30 WEST 63RD STREET, APT 22K NEW YORK NY 10023 |
| RUIZ, SAMUEL J | 19 COOMBE LANE WEST KINGSTON UPON THAMES, SUR KT2 7EW UNITED KINGDOM |
| RUSH, ANTONY J | EARLSWOOD EARLS ROAD KENT TUNBRIDGE WELLS TN48EA UNITED KINGDOM |
| RUTHERFORD, MARK | 5O CLONCURRY STREET LONDON SW6 6DU UNITED KINGDOM |
| SABIA, DZINTRA I. | 43 MAIN ST. FARMINGDALE NY 11735 |
| SAHAY, VIVEK | 30 RIVERCOURT APT 2003 JERSEY CITY NJ 07310 |
| SALMONSON, ARLENE | 30 PARK AVENUE APT 6E NEW YORK NY 10016 |
| SANDERSON, NICHOLAS J | 29 BALLINGOON ROAD LONDON SW11 6AJ UNITED KINGDOM |
| SARGENT, ROBERT ANDREW | 28 ARUNDEL GARDENS W112LB UNITED KINGDOM |
| SARONNE, GIANCARLO | 100 OAKWOOD COURT LONDON W14 8JZ UNITED KINGDOM |
| SARONNE, GIANCARLO | 100 OAKWOOD COURT LONDON W14 8JZ UNITED KINGDOM |
| SAVORET, BENOIT C. | 3 PHILLIMORE PLACE LONDON, GT LON W8 7BY UNITED KINGDOM |
| SCARDOVI, CLAUDIO | VIA VOLTA 9 IMOLA 40026 ITALY |

| Claim Name | Address Information |
|---|---|
| SCARFE, GRAHAM IAN | 11 SHELLEY CLOSE ROYSTON SGB 5SS UNITED KINGDOM |
| SCELSA, JOHN FRANCIS | 14 LAUREL HILL ROAD MOUNTAIN LAKES NJ 07046 |
| SCHELLBACH, PETER H. | 35 WEST 81ST ST APT 10B NEW YORK NY 10024 |
| SCHIFFMAN, GLEN H. | 21 COOM BE ROAD HOUSE B; PEAK HONG KONG HONG KONG |
| SCHIFFMAN, GLENN H. | 21 COOMBE ROAD HOUSE B; PEAK; HONG KONG CHINA |
| SCHLOEGL, LUTZ | 28C BELSIZE SQUARE LONDON NW3 4H21 UNITED KINGDOM |
| SCHMID,HEINZ W | REBMATTLI 14 WILEN BEI WOLLERAU SZ 8832 SWITZERLAND |
| SCHWARTZ, MARVIN C | 2 EAST 88TH STREET NEW YORK NY 10128 |
| SCOTT, IAN C. | 24 ORMOND AVENUE MDDX HAMPTON TW122RU UNITED KINGDOM |
| SEARS, BRIAN | 230 WEST 56TH APT 53C NEW YORK NY 10019 |
| SEBIRI, JONATHAN | 10 MANCHESTER CT MORRISTOWN NJ 07960 |
| SECHAN, ROBERT J. II | 111 SUNSET HILL ROAD NEW CANAAN CT 06840 |
| SECHAN, ROBERT J. II | 111 SUNSET HILL ROAD NEW CANAAN CT 06840 |
| SEKNADJE, GUY | 44 QUARRENDON STREET LONDON SW6 3SU UNITED KINGDOM |
| SETO, KAREN | FLAT 2 25 EARDLEY CRESCENT LONDON SW59JS UNITED KINGDOM |
| SHAFIR, ROBERT S. | 1930 BROADWAY, APR. 30C NEW YORK NY 10023-6949 |
| SHAH, HARSH | FLAT 2 3 PEMBRIDGE PLACE LONDON WS 4XB UNITED KINGDOM |
| SHAH, TEJASH I | 50 REMINGTON COURT MATAWAN NJ 07747 |
| SHAPIRO, MARK | 59 UPLAND DRIVE GREENWICH CT 06831 |
| SHARLAND, MARK W. | 3 VALLEY VIEW DR MENDHAM NJ 07945 |
| SHELDON, KENNETH M | 222 BLOOMFIELD STREET, APT.3 HOBOKEN NJ 07030 |
| SHELTY, ROMITA | 444 GREENWHICH STREET BANGOR PA 18013 |
| SHERWOOD, THOMAS M. | 296 SHAWMUT AVE #2 BOSTON MA 02118 |
| SHLIONSKY, GREGORY | C/O JOHN GARDNER K&L GATES LLP 214 N. TRYON STREET, SUITE 4700 CHARLOTTE NC 28202 |
| SIGEL, ZACHARY | 212 EAST 47TH STREET, APT 15E NEW YORK NY 10017 |
| SIMONTE, STEVEN | 25 FLOWER FARM CIRCLE WESTPORT CT 06880 |
| SKOL, PIERRE P. | 3 SPICER ROAD SUFFERN NY 10901 |
| SKOL, PIERRE P. | PIERRE P SKOL 3 SPICER ROAD SUFFERN NY 10901 |
| SKROBE, JOHN | 211 NORTH END AVENUE APARTMENT 10K NEW YORK NY 10282 |
| SMITH, GRAHAM | 116 DUNDEE WHARF LONDON E14 8AY UNITED KINGDOM |
| SMITH, MICHAEL K. | 425 E. THIRD STREET HINSDALE IL 60521 |
| SNELL, SCOTT W. | 18 CHAMBERLAIN STREER RYE NY 10580 |
| SOMMER, ELIZABETH M. | 444 E 86TH STREET NEW YORK NY 10028 |
| STEIN, MICHAEL R. | 120 EAST END AVE NEW YORK NY 10028 |
| STEIN, MICHELLE | C/O NEWBERGER BERMAN 605 THIRD AVENUE NEW YORK NY 10158 |
| STEPHANIE J, STIEFEL | 15 CENTRAL PARK WEST #28B NEW YORK NY 10023 |
| STEVENSON, MARK J. | 96 BROOKSIDE DRIVE GREENWICH CT 06831 |
| STIMOLA, NICHOLAS | 536 GARDEN ST #3 HOBOKEN NJ 07030 |
| STONE, ANTHONY C. | 676 LOCUST POINT ROAD LOCUST NJ 07760 |
| SUN, GEORGE | FLAT 3302, BLOCK C, IMPERIAL COURT 62G CONDUIT ROAD MIDLEVELS HONG KONG |
| SUN, GEORGE | GOERGE SUN FLAT 3302, BLOCK C, IMPERIAL COURT 62G CONDUIT ROAD MIDLEVELS HONG KONG |
| SUNDMAN, PETER | 82 HAMPTON RD CHATHAM NJ 07928 |
| SWANSON, DAVID N | FLAT ONE 27 CHEYNE WALK LONDON SW35HH UNITED KINGDOM |
| SWEDARSKY, JOSHUA | 725 WEST 184TH STREET APT. 4B NEW YORK NY 10033 |
| SZELC, RICHARD | 4525 MANNING LANE DALLAS TX 75220 |
| TAN, HENRY | 270 HENDERSON ST APT 5D JERSEY CITY NJ 07302 |
| TANG, JOSEPHINE | 50-32 65TH PLACE WOODSIDE NY 11377 |

| Claim Name | Address Information |
|---|---|
| TANK, BRADLEY C. | 6 INDIAN HILL WINNETKA IL 60093 |
| TARBARD, GAVIN DANIEL | 9 TOR BRYAN INGATESTONE ESSEX CM4 9HJ UNITED KINGDOM |
| TARNOW, JOSHUA R. | 33 CRESCENT PLACE SHORT HILLS NJ 07078 |
| TAYLOR, CHALMER S. | 37 WARD AVE RUMSON NJ 07760 |
| TESTA, RAYMOND T. | 103 BRODY HOUSE STRYPE STREET LONDON E17LQ UNITED KINGDOM |
| THAKKER, NIRAV | 50 PINE ST, APT 12S NEW YORK NY 10005 |
| TICE, PAUL H. | 17 FAR BROOK DRIVE SHORT HILLS NJ 07078 |
| TIERNEY, GEORGE | 4718 CONGRESS ST. FAIRFIELD CT 06824 |
| TILSON, SUSAN N. | 172 EDINBURGH CT. MATAWAN NJ 077417 |
| TOPPLE, CHRISTOPHER MAR | 10 MALCOLM ROAD WIMBLEDON SW194AS UNITED KINGDOM |
| TORTORIELLO, CHERYL M. | PO BOX 501 ORIENT POINT NY 11957 |
| TRELLES, CAESAR A. | 4 FIRETHORNE ROAD OLD BRIDGE NJ 08857 |
| TROUSSET, TONY | 3627 BRODERICK STREET SAN FRANCISCO CA 94123 |
| TUROCY, YOLANDA R. | 50 EAST 72ND STREET APT 14A NEW YORK NY 10021 |
| TUTRONE, ANTHONY D. | 16 SUNNY BRAE PLACE BRONXVILLE NY 10708 |
| VALE, JUDITH M | 45 GRAMERCY PARK NORTH APT 6B NEW YORK NY 10010 |
| VAN HOLTHE, SAMUEL L | TREEMANS TREEMANS ROAD HORSTED KEYNES,W SUSX RH17 7EA UNITED KINGDOM |
| VAN LOMWEL, DIK | 39 CAMPDEN HILL ROAD LONDON W8 7DX UNITED KINGDOM |
| VERHULP, ELLEN A. | 526 UNION SCHOOL ROAD MIDDLETOWN NY 10941 |
| VEZIE, ERIC | 9 MAYFORD ROAD LONDON SW12 8RZ UNITED KINGDOM |
| VILLALON, ANTONIO | 5 QUEENSMERE HOUSE 16 ROYAL CLOSE QUEENSMERE ROAD WIMBLEDON, LONDON SW19 5RS UNITED KINGDOM |
| VISCONTI, CHRISTOPHER | 1006 PRIMROSE AVE STROUDSBURG PA 18360 |
| WAGNER, KEITH | SACK & SACK ATTN: JONATHAN SACK, ESQ. 110 EAST 59TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| WAGNER, KEITH | 13270 OWENS WAY MILTON GA 30024 |
| WALSH, W. PHILLIP | 20 PINE STREET, APARTMENT #1906 NEW YORK NY 10005 |
| WALTON, JOHANNAH H. | 9 PARKGATE LONDON SE3 9XF UNITED KINGDOM |
| WATKINS, MISTY | 5802 SANDHURST LN UNIT B DALLAS TX 75206 |
| WATSON, SHARON R | 27 ALTHORP ROAD LONDON SW1 77ED UNITED KINGDOM |
| WEAVER, CHARLES M. | 516 3RD STREET BROOKLYN NY 11215 |
| WEBER, ANDREW | 8 HOLLYWOOD ROAD LONDON SW10 9HY UNITED KINGDOM |
| WEINER, DAVID I. | 173 RIVERSIDE DR. NEW YORK NY 10024 |
| WEINRIB, ABRAMSON KARA | 1050 SMITH MANOR BLVD WEST ORANGE NJ 07052 |
| WELLS, GEORGINA | 37 HARLEY STREET LEIGH ON SEA ESSEX SS9 2NJ UNITED KINGDOM |
| WELLS, LUCY-JANE | 37 HARLEY STREET LEIGH ON SEA ESSEX SS9 2NJ UNITED KINGDOM |
| WESTON, MATTHEW J | MARL FARM BYERS LANE SURREY SOUTH GODSTONE RH98JH UNITED KINGDOM |
| WHAMOND, CHRISTIAN | 35 MIDBROOK LANE OLD GREENWICH CT 06870 |
| WHITWORTH, MARK | 1439 W. LILL CHICAGO IL 60614 |
| WIESENFELD, NATHAN | 26 SHELDRAKE ROAD SCARSDALE NY 10583 |
| WISHENGRAD, CORY | 299 RIVERSIDE DRIVE APARTMENT 2B NEW YORK NY 10025 |
| WITOVER, M. KENNETH | 12 SABINE ROAD SYOSSET NY 11791 |
| WOLFE, BARI J. | 81 OCEAN AVENUE MASSAPEQUA NY 11758 |
| WOOD, MURRAY | 6 THURLEIGH ROAD LONDON SW128UG UNITED KINGDOM |
| WUERTZ, ROBERT | 638 PARK PLACE ORADELL NJ 07649 |
| YAHR, LISA | 350 E79TH ST,APT 8B NEW YORK NY 10075 |
| YOUNG, STACEE A | 226 PINEWOOD TRAIL FORNEY TX 75126 |
| ZIVIC, ROBYN | 258 RIVERSIDE DRIVE, APT 1A NEW YORK NY 10025 |
| ZOREK, JEFFREY A | 689 SHUNPIKE ROAD GREEN VILLAGE NJ 07935 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ZUCKERMAN, HEATHER P. | 640 WEST END AVENUE APT 5A NEW YORK NY 10024 |

**Total Creditor count  476**