UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                  :
In re                                             :   Chapter 11 Case No.
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      :   08-13555 (JMP)
                                                  :   (Jointly Administered)
         Debtors.                                 :
                                                  :   Ref. Docket No. 15681
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 6, 2011, I caused to be served the "Debtors' Objection to Motions of Colorado Plaintiffs for (I) Relief from the Automatic Stay, and (II) Examination of Lehman Brothers Holdings Inc., Pami Statler Arms LLC, and LB Rose Ranch LLC Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure," dated April 6, 2011 [Docket No. 15681], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.  delivered via facsimile to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Samuel Garcia*
                                                    Samuel Garcia

Sworn to before me this
7th day of April, 2011
*/s/ Cassandra Murray*
Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Debtors' Objection to Motions of Colorado Plaintiffs_DI 1681_AFF_4-6-11.doc

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

**Email Addresses**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
alum@ftportfolios.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com

aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| | |
|---|---|
| cbrotstein@bm.net | dbaumstein@whitecase.com |
| cgoldstein@stcwlaw.com | dbesikof@loeb.com |
| chammerman@paulweiss.com | dcimo@gjb-law.com |
| chardman@klestadt.com | dckaufman@hhlaw.com |
| charles@filardi-law.com | dcoffino@cov.com |
| charles_malloy@aporter.com | dcrapo@gibbonslaw.com |
| charu.chandrasekhar@wilmerhale.com | ddavis@paulweiss.com |
| chipford@parkerpoe.com | ddrebsky@nixonpeabody.com |
| chris.donoho@lovells.com | ddunne@milbank.com |
| christopher.schueller@bipc.com | deggermann@kramerlevin.com |
| clarkb@sullcrom.com | deggert@freebornpeters.com |
| clynch@reedsmith.com | demetra.liggins@tklaw.com |
| cmontgomery@salans.com | deryck.palmer@cwt.com |
| cohenr@sewkis.com | dfelder@orrick.com |
| cp@stevenslee.com | dflanigan@polsinelli.com |
| cpappas@dilworthlaw.com | dgrimes@reedsmith.com |
| craig.goldblatt@wilmerhale.com | dhayes@mcguirewoods.com |
| crmomjian@attorneygeneral.gov | dheffer@foley.com |
| cs@stevenslee.com | diconzam@gtlaw.com |
| csalomon@beckerglynn.com | dirk.roberts@ots.treas.gov |
| cschreiber@winston.com | djoseph@stradley.com |
| cshore@whitecase.com | dkleiner@velaw.com |
| cshulman@sheppardmullin.com | dkozusko@willkie.com |
| ctatelbaum@adorno.com | dladdin@agg.com |
| cwalsh@mayerbrown.com | dlemay@chadbourne.com |
| cward@polsinelli.com | dlipke@vedderprice.com |
| cweber@ebg-law.com | dludman@brownconnery.com |
| cweiss@ingramllp.com | dmcguire@winston.com |
| dallas.bankruptcy@publicans.com | dmurray@jenner.com |
| daniel.guyder@allenovery.com | dneier@winston.com |
| dave.davis@isgria.com | dodonnell@milbank.com |
| david.bennett@tklaw.com | dove.michelle@dorsey.com |
| david.crichlow@pillsburylaw.com | dowd.mary@arentfox.com |
| david.heller@lw.com | DPiazza@HodgsonRuss.com |
| david.seligman@kirkland.com | draelson@fisherbrothers.com |
| davids@blbglaw.com | dravin@wolffsamson.com |
| davidwheeler@mvalaw.com | drose@pryorcashman.com |
| dbalog@intersil.com | drosenzweig@fulbright.com |
| dbarber@bsblawyers.com | drosner@goulstonstorrs.com |

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| | |
|---|---|
| drosner@kasowitz.com | ggitomer@mkbattorneys.com |
| dshemano@pwkllp.com | giddens@hugheshubbard.com |
| dspelfogel@foley.com | gkaden@goulstonstorrs.com |
| dtatge@ebglaw.com | glenn.siegel@dechert.com |
| dwdykhouse@pbwt.com | gmoss@riemerlaw.com |
| dwildes@stroock.com | gravert@mwe.com |
| dworkman@bakerlaw.com | gspilsbury@jsslaw.com |
| easmith@venable.com | guzzi@whitecase.com |
| echang@steinlubin.com | harrisjm@michigan.gov |
| ecohen@russell.com | harveystrickon@paulhastings.com |
| efile@willaw.com | hbeltzer@mayerbrown.com |
| efleck@milbank.com | heidi@crumbielaw.com |
| efriedman@friedumspring.com | heim.steve@dorsey.com |
| egeekie@schiffhardin.com | heiser@chapman.com |
| eglas@mccarter.com | hirsch.robert@arentfox.com |
| ehollander@whitecase.com | hollace.cohen@troutmansanders.com |
| ekbergc@lanepowell.com | holsen@stroock.com |
| elevin@lowenstein.com | howard.hawkins@cwt.com |
| eli.mattioli@klgates.com | hseife@chadbourne.com |
| ellen.halstead@cwt.com | hsnovikoff@wlrk.com |
| eobrien@sbchlaw.com | icatto@kirkland.com |
| eschaffer@reedsmith.com | igoldstein@dl.com |
| eschwartz@contrariancapital.com | ilevee@lowenstein.com |
| esmith@dl.com | info2@normandyhill.com |
| ezujkowski@emmetmarvin.com | ira.herman@tklaw.com |
| ezweig@optonline.net | isgreene@hhlaw.com |
| fbp@ppgms.com | israel.dahan@cwt.com |
| feldsteinh@sullcrom.com | iva.uroic@dechert.com |
| ffm@bostonbusinesslaw.com | jaclyn.genchi@kayescholer.com |
| fhyman@mayerbrown.com | jacobsonn@sec.gov |
| fishere@butzel.com | jafeltman@wlrk.com |
| francois.janson@hklaw.com | james.mcclammy@dpw.com |
| frank.white@agg.com | james.sprayregen@kirkland.com |
| fsosnick@shearman.com | jamestecce@quinnemanuel.com |
| fyates@sonnenschein.com | jamie.nelson@dubaiic.com |
| gabriel.delvirginia@verizon.net | jar@outtengolden.com |
| gbray@milbank.com | jason.jurgens@cwt.com |
| george.davis@cwt.com | jay.hurst@oag.state.tx.us |
| geraci@thalergertler.com | jay@kleinsolomon.com |

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| | |
|---|---|
| Jbecker@wilmingtontrust.com | jlevitin@cahill.com |
| jbeemer@entwistle-law.com | jlipson@crockerkuno.com |
| jbird@polsinelli.com | jliu@dl.com |
| jbromley@cgsh.com | jlovi@steptoe.com |
| jcarberry@cl-law.com | jlscott@reedsmith.com |
| jchristian@tobinlaw.com | jmaddock@mcguirewoods.com |
| Jdrucker@coleschotz.com | jmazermarino@msek.com |
| jdyas@halperinlaw.net | jmcginley@wilmingtontrust.com |
| jean-david.barnea@usdoj.gov | jmelko@gardere.com |
| jeannette.boot@wilmerhale.com | jmerva@fult.com |
| jeff.wittig@coair.com | jmmurphy@stradley.com |
| jeffrey.sabin@bingham.com | jmr@msf-law.com |
| jeldredge@velaw.com | john.monaghan@hklaw.com |
| jen.premisler@cliffordchance.com | john.rapisardi@cwt.com |
| jennifer.demarco@cliffordchance.com | john@crumbielaw.com |
| jennifer.gore@shell.com | joli@crlpc.com |
| jeremy.eiden@state.mn.us | jorbach@hahnhessen.com |
| jessica.fink@cwt.com | Joseph.Cordaro@usdoj.gov |
| jfalgowski@reedsmith.com | joshua.dorchak@bingham.com |
| jflaxer@golenbock.com | jowen769@yahoo.com |
| jfox@joefoxlaw.com | jowolf@law.nyc.gov |
| jfreeberg@wfw.com | joy.mathias@dubaiic.com |
| jg5786@att.com | JPintarelli@mofo.com |
| jgarrity@shearman.com | jpintarelli@mofo.com |
| jgenovese@gjb-law.com | jporter@entwistle-law.com |
| jguy@orrick.com | jprol@lowenstein.com |
| jherzog@gklaw.com | jrabinowitz@rltlawfirm.com |
| jhiggins@fdlaw.com | jrsmith@hunton.com |
| jhorgan@phxa.com | jschwartz@hahnhessen.com |
| jhuggett@margolisedelstein.com | jsheerin@mcguirewoods.com |
| jhuh@ffwplaw.com | jshickich@riddellwilliams.com |
| jim@atkinslawfirm.com | jsmairo@pbnlaw.com |
| jjoyce@dresslerpeters.com | jstoll@mayerbrown.com |
| jjtancredi@daypitney.com | jtimko@allenmatkins.com |
| jjureller@klestadt.com | jtimko@shutts.com |
| jkehoe@sbtklaw.com | jtougas@mayerbrown.com |
| jlamar@maynardcooper.com | judy.morse@crowedunlevy.com |
| jlawlor@wmd-law.com | jwallack@goulstonstorrs.com |
| jlee@foley.com | jwang@sipc.org |

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com

Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lmolfetta@mayerbrown.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matthew.klepper@dlapiper.com
matthew.morris@lovells.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanchet@mayerbrown.com

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| | |
|---|---|
| mhopkins@cov.com | nlepore@schnader.com |
| michael.frege@cms-hs.com | notice@bkcylaw.com |
| michael.kim@kobrekim.com | oipress@travelers.com |
| millee12@nationwide.com | omeca.nedd@lovells.com |
| miller@taftlaw.com | paronzon@milbank.com |
| mimi.m.wong@irscounsel.treas.gov | patrick.oh@freshfields.com |
| mitchell.ayer@tklaw.com | paul.turner@sutherland.com |
| mjacobs@pryorcashman.com | pbattista@gjb-law.com |
| mjedelman@vedderprice.com | pbosswick@ssbb.com |
| MJR1@westchestergov.com | pdublin@akingump.com |
| mkjaer@winston.com | peisenberg@lockelord.com |
| mlahaie@akingump.com | peter.gilhuly@lw.com |
| MLandman@lcbf.com | peter.macdonald@wilmerhale.com |
| mlynch2@travelers.com | peter.simmons@friedfrank.com |
| mmendez@hunton.com | peter@bankrupt.com |
| mmooney@deilylawfirm.com | pfeldman@oshr.com |
| mmorreale@us.mufg.jp | phayden@mcguirewoods.com |
| mmurphy@co.sanmateo.ca.us | pmaxcy@sonnenschein.com |
| mneier@ibolaw.com | ppascuzzi@ffwplaw.com |
| monica.lawless@brookfieldproperties.com | ppatterson@stradley.com |
| mpage@kelleydrye.com | psp@njlawfirm.com |
| mprimoff@kayescholer.com | ptrostle@jenner.com |
| mpucillo@bermanesq.com | pwright@dl.com |
| mrosenthal@gibsondunn.com | r.stahl@stahlzelloe.com |
| mruetzel@whitecase.com | raj.madan@bingham.com |
| mschimel@sju.edu | rajohnson@akingump.com |
| mshiner@tuckerlaw.com | ramona.neal@hp.com |
| msiegel@brownrudnick.com | ranjit.mather@bnymellon.com |
| mspeiser@stroock.com | rbeacher@pryorcashman.com |
| mstamer@akingump.com | rbernard@bakerlaw.com |
| mvenditto@reedsmith.com | rbyman@jenner.com |
| mwarren@mtb.com | rdaversa@orrick.com |
| ncoco@mwe.com | relgidely@gjb-law.com |
| neal.mann@oag.state.ny.us | rfleischer@pryorcashman.com |
| ned.schodek@shearman.com | rfrankel@orrick.com |
| newyork@sec.gov | rfriedman@silvermanacampora.com |
| nfurman@scottwoodcapital.com | rgmason@wlrk.com |
| Nherman@morganlewis.com | rgraham@whitecase.com |
| nissay_10259-0154@mhmjapan.com | rgraham@whitecase.com |

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| | |
|---|---|
| rhett.campbell@tklaw.com | schristianson@buchalter.com |
| richard.lear@hklaw.com | schwartzmatthew@sullcrom.com |
| richard.levy@lw.com | scottshelley@quinnemanuel.com |
| richard.tisdale@friedfrank.com | scousins@armstrongteasdale.com |
| ritkin@steptoe.com | sdnyecf@dor.mo.gov |
| RJones@BoultCummings.com | sehlers@armstrongteasdale.com |
| RLevin@cravath.com | sfelderstein@ffwplaw.com |
| rmatzat@hahnhessen.com | sfineman@lchb.com |
| rnetzer@willkie.com | sfox@mcguirewoods.com |
| rnorton@hunton.com | sgordon@cahill.com |
| robert.bailey@bnymellon.com | sgubner@ebg-law.com |
| robert.dombroff@bingham.com | shannon.nagle@friedfrank.com |
| robert.henoch@kobrekim.com | sharbeck@sipc.org |
| robert.malone@dbr.com | shari.leventhal@ny.frb.org |
| Robert.yalen@usdoj.gov | shgross5@yahoo.com |
| robertdakis@quinnemanuel.com | sidorsky@butzel.com |
| Robin.Keller@Lovells.com | slerner@ssd.com |
| ronald.silverman@bingham.com | slevine@brownrudnick.com |
| rqureshi@reedsmith.com | SLoden@DiamondMcCarthy.com |
| rreid@sheppardmullin.com | smayerson@ssd.com |
| rroupinian@outtengolden.com | smillman@stroock.com |
| rrussell@andrewskurth.com | smulligan@bsblawyers.com |
| rterenzi@stcwlaw.com | snewman@katskykorins.com |
| RTrust@cravath.com | sory@fdlaw.com |
| russj4478@aol.com | spiotto@chapman.com |
| rwasserman@cftc.gov | splatzer@platzerlaw.com |
| rwyron@orrick.com | squigley@lowenstein.com |
| s.minehan@aozorabank.co.jp | SRee@lcbf.com |
| sabin.willett@bingham.com | sselbst@herrick.com |
| sabramowitz@velaw.com | sshimshak@paulweiss.com |
| sagolden@hhlaw.com | steele@lowenstein.com |
| Sally.Henry@skadden.com | stephen.cowan@dlapiper.com |
| sandyscafaria@eaton.com | steve.ginther@dor.mo.gov |
| Sara.Tapinekis@cliffordchance.com | steven.troyer@commerzbank.com |
| sbernstein@hunton.com | steven.wilamowsky@bingham.com |
| scargill@lowenstein.com | Streusand@StreusandLandon.com |
| schannej@pepperlaw.com | susan.schultz@newedgegroup.com |
| Schepis@pursuitpartners.com | susheelkirpalani@quinnemanuel.com |
| schnabel.eric@dorsey.com | swolowitz@mayerbrown.com |

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com

wk@pwlawyers.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**Additional Parties**
DMM@kutnerlaw.com
scarroll@perkinscoie.com

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.

**SERVICE LIST**

| Name | Fax |
| --- | --- |
| Office of the US Trustee T H Davis E Gasparini A Schwartz | 212-668-2255 |
| Internal Revenue Service | 212-436-1931 |

# EXHIBIT C

# LEHMAN BROTHERS HOLDINGS INC.

## SERVICE LIST

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

**Additional Parties**

DAVID M. MILLER
KUTNER MILLER BRINEN, P.C.
303 EAST SEVENTEENTH AVENUE, SUITE 500
DENVER, CO 80203

SCHUYLER G. CARROLL, ESQ.
PERKINS COIE LLP
30 ROCKEFELLER CENTER, 25TH FLOOR
NEW YORK, NEW YORK 10112-0085