**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    08-13555 (JMP)
                                                                 :    **(Jointly Administered)**
         Debtors.                                               :
                                                                 :    Ref. Docket No. 15682
------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                        ) ss.:
COUNTY OF NEW YORK    )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 6, 2011, I caused to be served the "Notice of Second Amended Proposed Order Establishing a Discovery Protocol and Extension of Time for Filing of Objections to Proposed Discovery Protocol," dated April 6, 2011 [Docket No. 15682], by causing true and correct copies to be:

   i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii. delivered via facsimile to those parties listed on the annexed Exhibit B, and

   iii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                        */s/ Samuel Garcia*
                                                                        Samuel Garcia

Sworn to before me this
8th day of April, 2011
*/s/ Cassandra Murray*
Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Email Addresses | |
|---|---|
| aaaronson@dilworthlaw.com | aseuffert@lawpost-nyc.com |
| aalfonso@willkie.com | ashaffer@mayerbrown.com |
| abraunstein@riemerlaw.com | ashmead@sewkis.com |
| acaton@kramerlevin.com | asnow@ssbb.com |
| acker@chapman.com | atrehan@mayerbrown.com |
| adam.brezine@hro.com | aunger@sidley.com |
| adarwin@nixonpeabody.com | austin.bankruptcy@publicans.com |
| Adiamond@DiamondMcCarthy.com | avenes@whitecase.com |
| aeckstein@blankrome.com | azylberberg@whitecase.com |
| aentwistle@entwistle-law.com | bankr@zuckerman.com |
| afriedman@irell.com | bankruptcy@goodwin.com |
| agbanknewyork@ag.tn.gov | bankruptcy@morrisoncohen.com |
| aglenn@kasowitz.com | bankruptcymatters@us.nomura.com |
| agold@herrick.com | barbra.parlin@hklaw.com |
| ahammer@freebornpeters.com | bbisignani@postschell.com |
| aisenberg@saul.com | bdk@schlamstone.com |
| akantesaria@oppenheimerfunds.com | bgraifman@gkblaw.com |
| alesia.pinney@infospace.com | bguiney@pbwt.com |
| alum@ftportfolios.com | bill.freeman@pillsburylaw.com |
| amarder@msek.com | bkmail@prommis.com |
| AMcMullen@BoultCummings.com | bmanne@tuckerlaw.com |
| amenard@tishmanspeyer.com | BMiller@mofo.com |
| Andrew.Brozman@cliffordchance.com | boneill@kramerlevin.com |
| andrew.lourie@kobrekim.com | Brian.Corey@greentreecreditsolutions.com |
| angelich.george@arentfox.com | bromano@willkie.com |
| ann.reynaud@shell.com | brosenblum@jonesday.com |
| anthony_boccanfuso@aporter.com | broy@rltlawfirm.com |
| aoberry@bermanesq.com | btrust@mayerbrown.com |
| aostrow@beckerglynn.com | btupi@tuckerlaw.com |
| apo@stevenslee.com | bturk@tishmanspeyer.com |
| aquale@sidley.com | bwolfe@sheppardmullin.com |
| araboy@cov.com | bzabarauskas@crowell.com |
| arahl@reedsmith.com | cahn@clm.com |
| arheaume@riemerlaw.com | calbert@reitlerlaw.com |
| arlbank@pbfcm.com | canelas@pursuitpartners.com |
| arosenblatt@chadbourne.com | carol.weinerlevy@bingham.com |
| arthur.rosenberg@hklaw.com | cbelisle@wfw.com |
| arwolf@wlrk.com | cbelmonte@ssbb.com |
| | cbrotstein@bm.net |

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com

dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| | |
|---|---|
| dshemano@pwkllp.com | giddens@hugheshubbard.com |
| dspelfogel@foley.com | gkaden@goulstonstorrs.com |
| dtatge@ebglaw.com | glenn.siegel@dechert.com |
| dwdykhouse@pbwt.com | gmoss@riemerlaw.com |
| dwildes@stroock.com | gravert@mwe.com |
| dworkman@bakerlaw.com | gspilsbury@jsslaw.com |
| easmith@venable.com | guzzi@whitecase.com |
| echang@steinlubin.com | harrisjm@michigan.gov |
| ecohen@russell.com | harveystrickon@paulhastings.com |
| efile@willaw.com | hbeltzer@mayerbrown.com |
| efleck@milbank.com | heidi@crumbielaw.com |
| efriedman@friedumspring.com | heim.steve@dorsey.com |
| egeekie@schiffhardin.com | heiser@chapman.com |
| eglas@mccarter.com | hirsch.robert@arentfox.com |
| ehollander@whitecase.com | hollace.cohen@troutmansanders.com |
| ekbergc@lanepowell.com | holsen@stroock.com |
| elevin@lowenstein.com | howard.hawkins@cwt.com |
| eli.mattioli@klgates.com | hseife@chadbourne.com |
| ellen.halstead@cwt.com | hsnovikoff@wlrk.com |
| eobrien@sbchlaw.com | icatto@kirkland.com |
| eschaffer@reedsmith.com | igoldstein@dl.com |
| eschwartz@contrariancapital.com | ilevee@lowenstein.com |
| esmith@dl.com | info2@normandyhill.com |
| ezujkowski@emmetmarvin.com | ira.herman@tklaw.com |
| ezweig@optonline.net | isgreene@hhlaw.com |
| fbp@ppgms.com | israel.dahan@cwt.com |
| feldsteinh@sullcrom.com | iva.uroic@dechert.com |
| ffm@bostonbusinesslaw.com | jaclyn.genchi@kayescholer.com |
| fhyman@mayerbrown.com | jacobsonn@sec.gov |
| fishere@butzel.com | jafeltman@wlrk.com |
| francois.janson@hklaw.com | james.mcclammy@dpw.com |
| frank.white@agg.com | james.sprayregen@kirkland.com |
| fsosnick@shearman.com | jamestecce@quinnemanuel.com |
| fyates@sonnenschein.com | jamie.nelson@dubaiic.com |
| gabriel.delvirginia@verizon.net | jar@outtengolden.com |
| gbray@milbank.com | jason.jurgens@cwt.com |
| george.davis@cwt.com | jay.hurst@oag.state.tx.us |
| geraci@thalergertler.com | jay@kleinsolomon.com |
| ggitomer@mkbattorneys.com | Jbecker@wilmingtontrust.com |

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| | |
|---|---|
| jbeemer@entwistle-law.com | jlipson@crockerkuno.com |
| jbird@polsinelli.com | jliu@dl.com |
| jbromley@cgsh.com | jlovi@steptoe.com |
| jcarberry@cl-law.com | jlscott@reedsmith.com |
| jchristian@tobinlaw.com | jmaddock@mcguirewoods.com |
| Jdrucker@coleschotz.com | jmazermarino@msek.com |
| jdyas@halperinlaw.net | jmcginley@wilmingtontrust.com |
| jean-david.barnea@usdoj.gov | jmelko@gardere.com |
| jeannette.boot@wilmerhale.com | jmerva@fult.com |
| jeff.wittig@coair.com | jmmurphy@stradley.com |
| jeffrey.sabin@bingham.com | jmr@msf-law.com |
| jeldredge@velaw.com | john.monaghan@hklaw.com |
| jen.premisler@cliffordchance.com | john.rapisardi@cwt.com |
| jennifer.demarco@cliffordchance.com | john@crumbielaw.com |
| jennifer.gore@shell.com | joli@crlpc.com |
| jeremy.eiden@state.mn.us | jorbach@hahnhessen.com |
| jessica.fink@cwt.com | Joseph.Cordaro@usdoj.gov |
| jfalgowski@reedsmith.com | joshua.dorchak@bingham.com |
| jflaxer@golenbock.com | jowen769@yahoo.com |
| jfox@joefoxlaw.com | jowolf@law.nyc.gov |
| jfreeberg@wfw.com | joy.mathias@dubaiic.com |
| jg5786@att.com | JPintarelli@mofo.com |
| jgarrity@shearman.com | jpintarelli@mofo.com |
| jgenovese@gjb-law.com | jporter@entwistle-law.com |
| jguy@orrick.com | jprol@lowenstein.com |
| jherzog@gklaw.com | jrabinowitz@rltlawfirm.com |
| jhiggins@fdlaw.com | jrsmith@hunton.com |
| jhorgan@phxa.com | jschwartz@hahnhessen.com |
| jhuggett@margolisedelstein.com | jsheerin@mcguirewoods.com |
| jhuh@ffwplaw.com | jshickich@riddellwilliams.com |
| jim@atkinslawfirm.com | jsmairo@pbnlaw.com |
| jjoyce@dresslerpeters.com | jstoll@mayerbrown.com |
| jjtancredi@daypitney.com | jtimko@allenmatkins.com |
| jjureller@klestadt.com | jtimko@shutts.com |
| jkehoe@sbtklaw.com | jtougas@mayerbrown.com |
| jlamar@maynardcooper.com | judy.morse@crowedunlevy.com |
| jlawlor@wmd-law.com | jwallack@goulstonstorrs.com |
| jlee@foley.com | jwang@sipc.org |
| jlevitin@cahill.com | jwcohen@daypitney.com |

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| | |
|---|---|
| jweiss@gibsondunn.com | lmcgowen@orrick.com |
| jwest@velaw.com | lml@ppgms.com |
| jwh@njlawfirm.com | lmolfetta@mayerbrown.com |
| jwhitman@entwistle-law.com | lnashelsky@mofo.com |
| k4.nomura@aozorabank.co.jp | loizides@loizides.com |
| karen.wagner@dpw.com | lromansic@steptoe.com |
| KDWBankruptcyDepartment@kelleydrye.com | lscarcella@farrellfritz.com |
| keith.simon@lw.com | lschweitzer@cgsh.com |
| Ken.Coleman@allenovery.com | lthompson@whitecase.com |
| ken.higman@hp.com | lubell@hugheshubbard.com |
| kgwynne@reedsmith.com | lwhidden@salans.com |
| kiplok@hugheshubbard.com | mabrams@willkie.com |
| kkelly@ebglaw.com | MAOFILING@CGSH.COM |
| klyman@irell.com | Marc.Chait@standardchartered.com |
| kmayer@mccarter.com | margolin@hugheshubbard.com |
| kobak@hugheshubbard.com | mark.deveno@bingham.com |
| korr@orrick.com | mark.ellenberg@cwt.com |
| KOstad@mofo.com | mark.houle@pillsburylaw.com |
| kovskyd@pepperlaw.com | mark.sherrill@sutherland.com |
| kowens@foley.com | martin.davis@ots.treas.gov |
| kpiper@steptoe.com | Marvin.Clements@ag.tn.gov |
| kressk@pepperlaw.com | matthew.klepper@dlapiper.com |
| KReynolds@mklawnyc.com | matthew.morris@lovells.com |
| krosen@lowenstein.com | mbenner@tishmanspeyer.com |
| kuehn@bragarwexler.com | mberman@nixonpeabody.com |
| kurt.mayr@bgllp.com | mbienenstock@dl.com |
| lacyr@sullcrom.com | mbossi@thompsoncoburn.com |
| Landon@StreusandLandon.com | mcademartori@sheppardmullin.com |
| lawallf@pepperlaw.com | mcordone@stradley.com |
| lberkoff@moritthock.com | mcto@debevoise.com |
| Lee.Stremba@troutmansanders.com | mdorval@stradley.com |
| lgranfield@cgsh.com | meltzere@pepperlaw.com |
| lhandelsman@stroock.com | metkin@lowenstein.com |
| linda.boyle@twtelecom.com | mfeldman@willkie.com |
| lisa.ewart@wilmerhale.com | mgordon@briggs.com |
| lisa.kraidin@allenovery.com | mgreger@allenmatkins.com |
| LJKotler@duanemorris.com | mh1@mccallaraymer.com |
| lmarinuzzi@mofo.com | mhanchet@mayerbrown.com |
| Lmay@coleschotz.com | mhopkins@cov.com |

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| | |
|---|---|
| michael.frege@cms-hs.com | notice@bkcylaw.com |
| michael.kim@kobrekim.com | oipress@travelers.com |
| millee12@nationwide.com | omeca.nedd@lovells.com |
| miller@taftlaw.com | paronzon@milbank.com |
| mimi.m.wong@irscounsel.treas.gov | patrick.oh@freshfields.com |
| mitchell.ayer@tklaw.com | paul.turner@sutherland.com |
| mjacobs@pryorcashman.com | pbattista@gjb-law.com |
| mjedelman@vedderprice.com | pbosswick@ssbb.com |
| MJR1@westchestergov.com | pdublin@akingump.com |
| mkjaer@winston.com | peisenberg@lockelord.com |
| mlahaie@akingump.com | peter.gilhuly@lw.com |
| MLandman@lcbf.com | peter.macdonald@wilmerhale.com |
| mlynch2@travelers.com | peter.simmons@friedfrank.com |
| mmendez@hunton.com | peter@bankrupt.com |
| mmooney@deilylawfirm.com | pfeldman@oshr.com |
| mmorreale@us.mufg.jp | phayden@mcguirewoods.com |
| mmurphy@co.sanmateo.ca.us | pmaxcy@sonnenschein.com |
| mneier@ibolaw.com | ppascuzzi@ffwplaw.com |
| monica.lawless@brookfieldproperties.com | ppatterson@stradley.com |
| mpage@kelleydrye.com | psp@njlawfirm.com |
| mprimoff@kayescholer.com | ptrostle@jenner.com |
| mpucillo@bermanesq.com | pwright@dl.com |
| mrosenthal@gibsondunn.com | r.stahl@stahlzelloe.com |
| mruetzel@whitecase.com | raj.madan@bingham.com |
| mschimel@sju.edu | rajohnson@akingump.com |
| mshiner@tuckerlaw.com | ramona.neal@hp.com |
| msiegel@brownrudnick.com | ranjit.mather@bnymellon.com |
| mspeiser@stroock.com | rbeacher@pryorcashman.com |
| mstamer@akingump.com | rbernard@bakerlaw.com |
| mvenditto@reedsmith.com | rbyman@jenner.com |
| mwarren@mtb.com | rdaversa@orrick.com |
| ncoco@mwe.com | relgidely@gjb-law.com |
| neal.mann@oag.state.ny.us | rfleischer@pryorcashman.com |
| ned.schodek@shearman.com | rfrankel@orrick.com |
| newyork@sec.gov | rfriedman@silvermanacampora.com |
| nfurman@scottwoodcapital.com | rgmason@wlrk.com |
| Nherman@morganlewis.com | rgraham@whitecase.com |
| nissay_10259-0154@mhmjapan.com | rgraham@whitecase.com |
| nlepore@schnader.com | rhett.campbell@tklaw.com |

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com

schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com

woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.

**SERVICE LIST**

| Name | Fax |
|---|---|
| Office of the US Trustee T H Davis E Gasparini A Schwartz | 212-668-2255 |
| Internal Revenue Service | 212-436-1931 |

**EXHIBIT C**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007