**DAVIS POLK & WARDWELL LLP**

450 Lexington Avenue

New York, New York 10017

Telephone: (212) 450-4000

Facsimile: (212) 450-6501

Karen E. Wagner

Marshall S. Huebner

James I. McClammy

Brian M. Resnick

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re:                                                    : Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al.,   : Case No. 08-13555 (JMP)
:
                                       Debtors.           : (Jointly Administered)
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                     ) ss.
COUNTY OF NEW YORK )

KEVIN J. COCO, being duly sworn, deposes and says:

     1.    I am over the age of eighteen years and employed by Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, and I am not a party to the above-captioned action.

2. On April 8, 2011, I caused to be served a true and correct copy of the "Response of the Joint Administrators of the UK Administration Companies to the Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Rule 7026 of the Federal Rules of Bankruptcy Procedure for Authorization to Establish and Implement Procedures in Connection with Discovery Related to Plan Confirmation," dated April 8, 2011 [Docket No. 15773] to be delivered via first class mail to those parties listed on the annexed Exhibit A.

/s/ Kevin J. Coco
Kevin J. Coco

Sworn to before me this
11th day of April, 2011

/s/ Elliot Law
Elliot Law
Notary Public, State of New York
No. 01LA6177305
Qualified in New York County
Commission Expires November 13, 2011

# EXHIBIT A

**Service List**

Dennis F. Dunne, Esq.
Milbank, Tweed,
Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Hon. James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Harvey R. Miller, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Andrea B. Schwartz, Esq.
Office of the United States Trustee
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004