Hearing Date and Time:  April 28, 2011 at 10:00 a.m. (prevailing Eastern Time)

DLA PIPER LLP (US)
1251 Avenue of the Americas, 25th Flr.
New York, New York  10020
Telephone:  212.335.4500
Facsimile:  212.335.4501
Timothy W. Walsh

*Attorneys for Rakepoll Finance N.V.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| **In re** : | |
| : | **Chapter 11** |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** : | |
| et al., : | **Case No. 08-13555 (JMP)** |
| : | |
| : | **Jointly Administered** |
| : | |
| **Debtors.** : | |
| : | |

---------------------------------------------------------------x

**CERTIFICATE OF SERVICE OF**
**RESPONSE OF RAKEPOLL FINANCE N.V. TO DEBTORS' NINETY-SECOND**
**OMNIBUS OBJECTION TO CLAIMS (NO BLOCKING NUMBER LPS CLAIMS)**

I, William Coleman, hereby certify that on the 11th day of April, 2011, I caused to be served true copies of the Response of Rakepoll Finance N.V., to Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims), on the following parties in the following manner:  (a) by ECF notification on all parties receiving ECF notices in these jointly-administered cases; (b) by email on Shai Waisman, Esq., at shai.waisman@weil.com, and on Dennis F. Dunne, Esq., at ddunne@milbank.com; and (c) by Federal Express, priority overnight delivery service, on (i) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attn.:  Mark Bernstein, Esq.; (ii) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004, Attn.: Elisabeth Gasparini, Esq.; and (iii) Milbank,

EAST\44505751.1

Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn.: Dennis O'Donnell, Esq.

/s/William Coleman
William Coleman
