DUANE MORRIS LLP
Wendy M. Simkulak, Esquire (WS-8945)
1540 Broadway
New York, NY 10036-4086
Phone: 212-692-1000
Facsimile: 212-692-1020
Email: wmsimkulak@duanemoris.com

and

Margery N. Reed, Esquire
30 S. 17th Street
Philadelphia, PA 19103
Phone: 215-979-1000
Facsimile: 215-979-1020
Email: mreed@duanemorris.com

Counsel for the ACE Companies

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | : | Chapter 11 |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

ACE American Insurance Company and its susbsidiaries and affiliates (collectively, the "ACE Companies") hereby withdraw the following proofs of claim:

| CREDITOR | CLAIM NOS. |
|---|---|
| ACE American Insurance Company | 32194, 32195, 32196, 32197, 32198, 32199, 32200, 32201, 32202, 32203, 32204, 32205, 32206, 32207, 32208, 32579, 32580, 32581, 32582, 32583, 32584, 32585, 32586, 32587, 32588, 32589, 32590, 32702, 32703, 32704, 40281, 40282, 40283, 40284, 40285, 66815, 66816, 66817 |

DM3\1746817.1

| Indemnity Insurance Company of North America | 32340, 32341, 32342, 32343, 32344, 32345, 32346, 32347, 32348, 32349, 32350, 32351, 32352, 32353, 32354, 32355, 32356, 32357, 32358, 32359, 32559, 32560, 32561, 32562, 32563, 32564, 32565, 32566, 32567, 32568, 32569, 32570, 32571, 32572, 32573, 32574, 32575, 32576, 32577, 32578, 66818, 66819, 66820 |
|---|---|

DUANE MORRIS LLP

Dated: April 12, 2011         By:        /s/ Wendy M. Simkulak
Wendy M. Simkulak, Esquire (WS-8945)
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Telephone: 212-692-1000
Facsimile: 212-692-1020
wmsimkulak@duanemoris.com

- and -

Margery N. Reed, Esquire
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103
Phone: 215-979-1000
Facsimile: 215-979-1020

Attorneys for The ACE Companies