DUANE MORRIS LLP
Wendy M. Simkulak, Esquire (WS-8945)
1540 Broadway
New York, NY 10036-4086
Phone: 212-692-1000
Facsimile: 212-692-1020
Email: wmsimkulak@duanemoris.com

and

Margery N. Reed, Esquire
30 S. 17th Street
Philadelphia, PA 19103
Phone: 215-979-1000
Facsimile: 215-979-1020
Email: mreed@duanemorris.com

Counsel for the ACE Companies

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Wendy M. Simkulak, Esquire, an attorney with the law firm Duane Morris LLP, hereby certify that on this 12th day of April, 2011, I did cause a true and correct copy of the following papers to be served by first class mail, postage prepaid (unless otherwise noted) upon the attached service list:

1. Notice of Withdrawal of Proofs of Claim; and

2. the within Certificate of Service

/s/ Wendy M. Simkulak

## SERVICE LIST

WEIL, GOTSHAL & MANGES LLP
Attn:   Richard P. Krasnow
        Lori R. Fife
        Shai Y. Waisman
        Jacqueline Marcus
        Richard A. Rothman
767 Fifth Avenue
New York, NY 10153
*Counsel to the Debtors and Debtors In Possession*

MILBANK, TWEED, HADLEY & MCCLOY LLP
Attn:   Dennis Dunne
        Wilbur Foster, Jr.,
        Dennis O'Donnell
        Evan Fleck
1 Chase Manhattan Plaza
New York, NY 10005
*Counsel to Official Committee of Unsecured Creditors*

Office of the U.S. Trustee
c/o Clerk's Office
United States Bankruptcy Court
  for the Southern District of New York
One Bowling Green
New York, NY 10004-1408
*Via Federal Express Only*

The Honorable James M. Peck
United States Bankruptcy Judge
c/o Clerk's Office
United States Bankruptcy Court
  for the Southern District of New York
One Bowling Green
New York, NY 10004-1408
*Via Federal Express Only*

DM3\1746817.1