**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-6501
Karen E. Wagner
Marshall S. Huebner
James I. McClammy
Brian M. Resnick

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
In re:                              : Chapter 11
                                    :
LEHMAN BROTHERS HOLDINGS INC., et al., : Case No. 08-13555 (JMP)
                                    :
            Debtors.                : (Jointly Administered)
                                    :
                                    :
------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF NEW YORK   )

KEVIN J. COCO, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed by Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, and I am not a party to the above-captioned action.

2. On April 12, 2011, I caused to be served a true and correct copy of the "Response of the Joint Administrators of the UK Administration Companies to the Motion of the Ad Hoc Group of Lehman Brothers Creditors for Entry of (i) an Order Scheduling a Disclosure Statement Hearing and Approving the Form and Manner of Notice Thereof and (ii) an Order Approving the Disclosure Statement for the Joint Substantively Consolidating Chapter 11 Plan for Lehman Brothers Holdings Inc. and Certain of Its Affiliated Debtors," dated April 11, 2011 [Docket No. 15848] to be delivered via first class mail to those parties listed on the annexed Exhibit A.

/s/ Kevin J. Coco
Kevin J. Coco

Sworn to before me this
12th day of April, 2011

/s/ Elliot Law
Elliot Law
Notary Public, State of New York
No. 01LA6177305
Qualified in New York County
Commission Expires November 13, 2011

# EXHIBIT A

**Service List**

Dennis F. Dunne, Esq.
Milbank, Tweed,
Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Hon. James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Gerard Uzzi
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Harvey R. Miller, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Andrea B. Schwartz, Esq.
Office of the United States Trustee
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004