# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: The Northwestern Mutual Life Insurance Company

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, a Wisconsin mutual insurance company, having offices located at 720 E. Wisconsin Ave., Milwaukee, WI 53202 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. in the amount of $5,800,000, docketed as Claim No. 22044 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 14 day of March, 2011.

THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY

WITNESS:

(Signature)

Name: Carl P. Brummond
Title: Director, Mason Street Advisors, LLC
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: Jefferson V. DeAngelis
Title: Senior Vice President (Public Markets)
Tel.: (414) 665-5291

JPMORGAN CHASE BANK, N.A.

WITNESS:

(Signature)

Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: Peter Schoepe
Title: Authorized Signatory
Tel.: _____

Northwestern Mutual Assignment of Claim (3).docx

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: The Northwestern Mutual Life Insurance Company

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, a Wisconsin mutual insurance company, having offices located at 720 E. Wisconsin Ave., Milwaukee, WI 53202 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. in the amount of $5,800,000, docketed as Claim No. 22043 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 14 day of March, 2011.

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

WITNESS:

(Signature)

Name: Carl P. Brummond
Title: Director, Mason Street Advisors, LLC
(Print name and title of witness)

By: *(signature)*
(Signature of authorized corporate officer)

Name: Jefferson V. DeAngelis
Title: Senior Vice President (Public Markets)
Tel.: (414) 665-5291

WITNESS:

(Signature)

Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

JPMORGAN CHASE BANK, N.A.

By: *(signature)*
(Signature of authorized corporate officer)

Name: Peter Schoepe
Title: Authorized Signatory
Tel.:

Northwestern Mutual Assignment of Claim (3).docx