767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Weil, Gotshal & Manges LLP**

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

April 12, 2011

BY HAND

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

**Re: ADR Procedures Order dated 9/17/09 ("Order")
     <u>Seventeenth Status Report</u>**

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the seventeenth) to the Court pursuant to Order ¶13. Debtors will file this report on the docket in advance of the April 13, 2011 omnibus hearing.

In the just-ended 30-day period, Debtors have served eight additional ADR Notices, bringing the total number of such notices served to 118 on 144 counterparties. Also during the immediately past reporting period, Debtors achieved settlements with counterparties in eight additional ADR matters, three as a result of mediation. Upon closing of these settlements, Debtors will have received an aggregate total of $701,491,966.66 new dollars for the Debtors' estates. Settlements have now been obtained in 70 ADR matters involving 81 counterparties.

The Honorable James M. Peck                                    **Weil, Gotshal & Manges LLP**
April 12, 2011
Page 2


To date, of the 35 ADR matters that have reached the mediation stage and have been concluded, 31 have been settled in mediation. Only four mediations have terminated without settlement. Fifteen additional mediations have been scheduled to commence on the following dates: April 20, 27 and 28; May 9, 10 12, 16, 24 (2) and 26; and June 2, 7, 8, 9 and 21, 2011.

Respectfully submitted,

*[signature]*

Peter Gruenberger
WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp


cc:    Jacob Esher, Esq.
       James Freund, Esq.
       David Geronemus, Esq.
       Ralph Mabey, Esq.
       David Cohen, Esq.
       (all cc's via E-mail)

US_ACTIVE:\43679300\01\58399.0003