Dennis F. Dunne
Dennis O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                  :
In re:                                            :    Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :    08-13555 (JMP)
                                                  :
                    Debtors.                      :    (Jointly Administered)
                                                  :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

        CHARMAINE M. THOMAS, being duly sworn, deposes and says:

        I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

        On the 11th of April, 2011, I caused a copy of the following document:

STATEMENT OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS IN SUPPORT OF MOTION OF LEHMAN
COMMERCIAL PAPER INC. PURSUANT TO SECTION 363 OF THE
BANKRUPTCY CODE FOR AUTHORITY TO CONSENT TO ITS
NON-DEBTOR AFFILIATE LEHMAN ALI INC. (I) ENTERING INTO
COMMITMENT LETTER WITH INNKEEPERS USA TRUST; (II)
SUPPORTING THE CHAPTER 11 PLAN OF CERTAIN AFFILIATES
OF INNKEEPERS USA TRUST; AND (III) PARTICIPATING IN THE

AUCTION FOR CERTAIN OF THE ASSETS OF INNKEEPERS USA TRUST,

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties listed on Exhibit B attached hereto by facsimile, and to be served upon the parties listed on Exhibit C attached hereto by FedEx for next business day delivery.

    /s/ Charmaine M. Thomas
    CHARMAINE M. THOMAS

SWORN TO AND SUBSCRIBED before me this 12th day of April, 2011

/s/ Jason Hsu
Jason Hsu
Notary Public, State of New York
No. 01HS6212317
Qualified in New York County
Commission Expires Oct. 13, 2013

## Exhibit A

alfredo.perezdealejo@weil.com; harvey.miller@weil.com; jacqueline.marcus@weil.com; lori.fife@weil.com; richard.krasnow@weil.com; shai.waisman@weil.com; aaaronson@dilworthlaw.com; aalfonso@willkie.com; abraunstein@riemerlaw.com; acaton@kramerlevin.com; acker@chapman.com; adam.brezine@hro.com; adarwin@nixonpeabody.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com; aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov; aglenn@kasowitz.com; agold@herrick.com; ahammer@freebornpeters.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com; alesia.pinney@infospace.com; alum@ftportfolios.com; amarder@msek.com; AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com; anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; aostrow@beckerglynn.com; apo@stevenslee.com; aquale@sidley.com; araboy@cov.com; arahl@reedsmith.com; arheaume@riemerlaw.com; arlbank@pbfcm.com; arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com; arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashaffer@mayerbrown.com; ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com; aunger@sidley.com; austin.bankruptcy@publicans.com; avenes@whitecase.com; azylberberg@whitecase.com; bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com; bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com; bdk@schlamstone.com; bgraifman@gkblaw.com; bguiney@pbwt.com; bill.freeman@pillsburylaw.com; bkmail@prommis.com; bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com; Brian.Corey@greentreecreditsolutions.com; bromano@willkie.com; brosenblum@jonesday.com; broy@rltlawfirm.com; btrust@mayerbrown.com; btupi@tuckerlaw.com; bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; bzabarauskas@crowell.com; cahn@clm.com; calbert@reitlerlaw.com; canelas@pursuitpartners.com; carol.weinerlevy@bingham.com; cbelisle@wfw.com; cbelmonte@ssbb.com; cbrotstein@bm.net; cgoldstein@stcwlaw.com; chammerman@paulweiss.com; chardman@klestadt.com; charles@filardi-law.com; charles_malloy@aporter.com; charu.chandrasekhar@wilmerhale.com; chipford@parkerpoe.com; chris.donoho@lovells.com; christopher.schueller@bipc.com; clarkb@sullcrom.com; clynch@reedsmith.com; cmontgomery@salans.com; cohenr@sewkis.com; cp@stevenslee.com; cpappas@dilworthlaw.com; craig.goldblatt@wilmerhale.com; crmomjian@attorneygeneral.gov; cs@stevenslee.com; csalomon@beckerglynn.com; cschreiber@winston.com; cshore@whitecase.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com; cwalsh@mayerbrown.com; cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com; dallas.bankruptcy@publicans.com; daniel.guyder@allenovery.com; dave.davis@isgria.com; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com; david.heller@lw.com; david.seligman@kirkland.com; davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com; dbarber@bsblawyers.com; dbaumstein@whitecase.com;

dbesikof@loeb.com; dcimo@gjb-law.com; dckaufman@hhlaw.com; dcoffino@cov.com; dcrapo@gibbonslaw.com; ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; deggermann@kramerlevin.com; deggert@freebornpeters.com; demetra.liggins@tklaw.com; deryck.palmer@cwt.com; dfelder@orrick.com; dflanigan@polsinelli.com; dgrimes@reedsmith.com; dhayes@mcguirewoods.com; dheffer@foley.com; diconzam@gtlaw.com; dirk.roberts@ots.treas.gov; djoseph@stradley.com; dkleiner@velaw.com; dkozusko@willkie.com; dladdin@agg.com; dlemay@chadbourne.com; dlipke@vedderprice.com; dludman@brownconnery.com; dmcguire@winston.com; dmurray@jenner.com; dneier@winston.com; dove.michelle@dorsey.com; dowd.mary@arentfox.com; DPiazza@HodgsonRuss.com; draelson@fisherbrothers.com; dravin@wolffsamson.com; drose@pryorcashman.com; drosenzweig@fulbright.com; drosner@goulstonstorrs.com; drosner@kasowitz.com; dshemano@pwkllp.com; dspelfogel@foley.com; dtatge@ebglaw.com; dwdykhouse@pbwt.com; dwildes@stroock.com; dworkman@bakerlaw.com; easmith@venable.com; echang@steinlubin.com; ecohen@russell.com; efile@willaw.com; efriedman@friedumspring.com; egeekie@schiffhardin.com; eglas@mccarter.com; ehollander@whitecase.com; ekbergc@lanepowell.com; elevin@lowenstein.com; eli.mattioli@klgates.com; ellen.halstead@cwt.com; eobrien@sbchlaw.com; eschaffer@reedsmith.com; eschwartz@contrariancapital.com; esmith@dl.com; ezujkowski@emmetmarvin.com; ezweig@optonline.net; fbp@ppgms.com; feldsteinh@sullcrom.com; ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; fishere@butzel.com; francois.janson@hklaw.com; frank.white@agg.com; fsosnick@shearman.com; fyates@sonnenschein.com; gabriel.delvirginia@verizon.net; george.davis@cwt.com; geraci@thalergertler.com; ggitomer@mkbattorneys.com; giddens@hugheshubbard.com; gkaden@goulstonstorrs.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com; gravert@mwe.com; gspilsbury@jsslaw.com; guzzi@whitecase.com; harrisjm@michigan.gov; harveystrickon@paulhastings.com; hbeltzer@mayerbrown.com; heidi@crumbielaw.com; heim.steve@dorsey.com; heiser@chapman.com; hirsch.robert@arentfox.com; hollace.cohen@troutmansanders.com; holsen@stroock.com; howard.hawkins@cwt.com; hseife@chadbourne.com; hsnovikoff@wlrk.com; icatto@kirkland.com; igoldstein@dl.com; ilevee@lowenstein.com; info2@normandyhill.com; ira.herman@tklaw.com; isgreene@hhlaw.com; israel.dahan@cwt.com; iva.uroic@dechert.com; jaclyn.genchi@kayescholer.com; jacobsonn@sec.gov; jafeltman@wlrk.com; james.mcclammy@dpw.com; james.sprayregen@kirkland.com; jamestecce@quinnemanuel.com; jamie.nelson@dubaiic.com; jar@outtengolden.com; jason.jurgens@cwt.com; jay.hurst@oag.state.tx.us; jay@kleinsolomon.com; Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com; jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-law.com; jchristian@tobinlaw.com; Jdrucker@coleschotz.com; jdyas@halperinlaw.net; jean-david.barnea@usdoj.gov; jeannette.boot@wilmerhale.com; jeff.wittig@coair.com; jeffrey.sabin@bingham.com; jeldredge@velaw.com; jen.premisler@cliffordchance.com; jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com; jeremy.eiden@state.mn.us; jessica.fink@cwt.com; jfalgowski@reedsmith.com; jflaxer@golenbock.com; jfox@joefoxlaw.com; jfreeberg@wfw.com; jg5786@att.com;

2

jgarrity@shearman.com; jgenovese@gjb-law.com; jguy@orrick.com;
jherzog@gklaw.com; jhiggins@fdlaw.com; jhorgan@phxa.com;
jhuggett@margolisedelstein.com; jhuh@ffwplaw.com; jim@atkinslawfirm.com;
jjoyce@dresslerpeters.com; jjtancredi@daypitney.com; jjureller@klestadt.com;
jkehoe@sbtklaw.com; jlamar@maynardcooper.com; jlawlor@wmd-law.com;
jlee@foley.com; jlevitin@cahill.com; jlipson@crockerkuno.com; jliu@dl.com;
jlovi@steptoe.com; jlscott@reedsmith.com; jmaddock@mcguirewoods.com;
jmazermarino@msek.com; jmcginley@wilmingtontrust.com; jmelko@gardere.com;
jmerva@fult.com; jmmurphy@stradley.com; jmr@msf-law.com;
john.monaghan@hklaw.com; john.rapisardi@cwt.com; john@crumbielaw.com;
joli@crlpc.com; jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov;
joshua.dorchak@bingham.com; jowen769@yahoo.com; jowolf@law.nyc.gov;
joy.mathias@dubaiic.com; JPintarelli@mofo.com; jpintarelli@mofo.com;
jporter@entwistle-law.com; jprol@lowenstein.com; jrabinowitz@rltlawfirm.com;
jrsmith@hunton.com; jschwartz@hahnhessen.com; jsheerin@mcguirewoods.com;
jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jstoll@mayerbrown.com;
jtimko@allenmatkins.com; jtimko@shutts.com; jtougas@mayerbrown.com;
judy.morse@crowedunlevy.com; jwallack@goulstonstorrs.com; jwang@sipc.org;
jwcohen@daypitney.com; jweiss@gibsondunn.com; jwest@velaw.com;
jwh@njlawfirm.com; jwhitman@entwistle-law.com; k4.nomura@aozorabank.co.jp;
karen.wagner@dpw.com; KDWBankruptcyDepartment@kelleydrye.com;
keith.simon@lw.com; Ken.Coleman@allenovery.com; ken.higman@hp.com;
kgwynne@reedsmith.com; kiplok@hugheshubbard.com; kkelly@ebglaw.com;
klyman@irell.com; kmayer@mccarter.com; kobak@hugheshubbard.com;
korr@orrick.com; KOstad@mofo.com; kovskyd@pepperlaw.com; kowens@foley.com;
kpiper@steptoe.com; kressk@pepperlaw.com; KReynolds@mklawnyc.com;
krosen@lowenstein.com; kuehn@bragarwexler.com; kurt.mayr@bgllp.com;
lacyr@sullcrom.com; Landon@StreusandLandon.com; lawallf@pepperlaw.com;
lberkoff@moritthock.com; Lee.Stremba@troutmansanders.com; lgranfield@cgsh.com;
lhandelsman@stroock.com; linda.boyle@twtelecom.com; lisa.ewart@wilmerhale.com;
lisa.kraidin@allenovery.com; LJKotler@duanemorris.com; lmarinuzzi@mofo.com;
Lmay@coleschotz.com; lmcgowen@orrick.com; lml@ppgms.com;
lmolfetta@mayerbrown.com; lnashelsky@mofo.com; loizides@loizides.com;
lromansic@steptoe.com; lscarcella@farrellfritz.com; lschweitzer@cgsh.com;
lthompson@whitecase.com; lubell@hugheshubbard.com; lwhidden@salans.com;
mabrams@willkie.com; MAOFILING@CGSH.COM;
Marc.Chait@standardchartered.com; margolin@hugheshubbard.com;
mark.deveno@bingham.com; mark.ellenberg@cwt.com; mark.houle@pillsburylaw.com;
mark.sherrill@sutherland.com; martin.davis@ots.treas.gov;
Marvin.Clements@ag.tn.gov; matthew.klepper@dlapiper.com;
matthew.morris@lovells.com; mbenner@tishmanspeyer.com;
mberman@nixonpeabody.com; mbienenstock@dl.com; mbossi@thompsoncoburn.com;
mcademartori@sheppardmullin.com; mcordone@stradley.com; mcto@debevoise.com;
mdorval@stradley.com; meltzere@pepperlaw.com; metkin@lowenstein.com;
mfeldman@willkie.com; mgordon@briggs.com; mgreger@allenmatkins.com;
mh1@mccallaraymer.com; mhanchet@mayerbrown.com; mhopkins@cov.com;

3

michael.frege@cms-hs.com; michael.kim@kobrekim.com; millee12@nationwide.com; miller@taftlaw.com; mimi.m.wong@irscounsel.treas.gov; mitchell.ayer@tklaw.com; mjacobs@pryorcashman.com; mjedelman@vedderprice.com; MJR1@westchestergov.com; mkjaer@winston.com; mlahaie@akingump.com; MLandman@lcbf.com; mlynch2@travelers.com; mmendez@hunton.com; mmooney@deilylawfirm.com; mmorreale@us.mufg.jp; mmurphy@co.sanmateo.ca.us; mneier@ibolaw.com; monica.lawless@brookfieldproperties.com; mpage@kelleydrye.com; mprimoff@kayescholer.com; mpucillo@bermanesq.com; mrosenthal@gibsondunn.com; mruetzel@whitecase.com; mschimel@sju.edu; mshiner@tuckerlaw.com; msiegel@brownrudnick.com; mspeiser@stroock.com; mstamer@akingump.com; mvenditto@reedsmith.com; mwarren@mtb.com; ncoco@mwe.com; neal.mann@oag.state.ny.us; ned.schodek@shearman.com; newyork@sec.gov; nfurman@scottwoodcapital.com; Nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com; nlepore@schnader.com; notice@bkcylaw.com; oipress@travelers.com; omeca.nedd@lovells.com; patrick.oh@freshfields.com; paul.turner@sutherland.com; pbattista@gjb-law.com; pbosswick@ssbb.com; pdublin@akingump.com; peisenberg@lockelord.com; peter.gilhuly@lw.com; peter.macdonald@wilmerhale.com; peter.simmons@friedfrank.com; peter@bankrupt.com; pfeldman@oshr.com; phayden@mcguirewoods.com; pmaxcy@sonnenschein.com; ppascuzzi@ffwplaw.com; ppatterson@stradley.com; psp@njlawfirm.com; ptrostle@jenner.com; pwright@dl.com; r.stahl@stahlzelloe.com; raj.madan@bingham.com; rajohnson@akingump.com; ramona.neal@hp.com; ranjit.mather@bnymellon.com; rbeacher@pryorcashman.com; rbernard@bakerlaw.com; rbyman@jenner.com; rdaversa@orrick.com; relgidely@gjb-law.com; rfleischer@pryorcashman.com; rfrankel@orrick.com; rfriedman@silvermanacampora.com; rgmason@wlrk.com; rgraham@whitecase.com; rgraham@whitecase.com; rhett.campbell@tklaw.com; richard.lear@hklaw.com; richard.levy@lw.com; richard.tisdale@friedfrank.com; ritkin@steptoe.com; RJones@BoultCummings.com; RLevin@cravath.com; rmatzat@hahnhessen.com; rnetzer@willkie.com; rnorton@hunton.com; robert.bailey@bnymellon.com; robert.dombroff@bingham.com; robert.henoch@kobrekim.com; robert.malone@dbr.com; Robert.yalen@usdoj.gov; robertdakis@quinnemanuel.com; Robin.Keller@Lovells.com; roger@rnagioff.com; ronald.silverman@bingham.com; rqureshi@reedsmith.com; rreid@sheppardmullin.com; rroupinian@outtengolden.com; rrussell@andrewskurth.com; rterenzi@stcwlaw.com; RTrust@cravath.com; russj4478@aol.com; rwasserman@cftc.gov; rwyron@orrick.com; s.minehan@aozorabank.co.jp; sabin.willett@bingham.com; sabramowitz@velaw.com; sagolden@hhlaw.com; Sally.Henry@skadden.com; sandyscafaria@eaton.com; Sara.Tapinekis@cliffordchance.com; sbernstein@hunton.com; scargill@lowenstein.com; schannej@pepperlaw.com; Schepis@pursuitpartners.com; schnabel.eric@dorsey.com; schristianson@buchalter.com; schwartzmatthew@sullcrom.com; scottshelley@quinnemanuel.com; scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov; sehlers@armstrongteasdale.com; sfelderstein@ffwplaw.com; sfineman@lchb.com; sfox@mcguirewoods.com; sgordon@cahill.com; sgubner@ebg-law.com; shannon.nagle@friedfrank.com; sharbeck@sipc.org; shari.leventhal@ny.frb.org; shgross5@yahoo.com; sidorsky@butzel.com;

4

slerner@ssd.com; slevine@brownrudnick.com; SLoden@DiamondMcCarthy.com; smayerson@ssd.com; smillman@stroock.com; smulligan@bsblawyers.com; snewman@katskykorins.com; sory@fdlaw.com; spiotto@chapman.com; splatzer@platzerlaw.com; squigley@lowenstein.com; SRee@lcbf.com; sselbst@herrick.com; sshimshak@paulweiss.com; steele@lowenstein.com; stephen.cowan@dlapiper.com; steve.ginther@dor.mo.gov; steven.troyer@commerzbank.com; steven.wilamowsky@bingham.com; Streusand@StreusandLandon.com; susan.schultz@newedgegroup.com; susheelkirpalani@quinnemanuel.com; swolowitz@mayerbrown.com; szuch@wiggin.com; tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tduffy@andersonkill.com; teresa.oxford@invescoaim.com; TGoren@mofo.com; thaler@thalergertler.com; thomas.califano@dlapiper.com; thomas.ogden@dpw.com; Thomas_Noguerola@calpers.ca.gov; timothy.brink@dlapiper.com; timothy.palmer@bipc.com; tjfreedman@pbnlaw.com; tkarcher@dl.com; tkiriakos@mayerbrown.com; tlauria@whitecase.com; tmacwright@whitecase.com; tmayer@kramerlevin.com; tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov; tony.davis@bakerbotts.com; tslome@msek.com; ttracy@crockerkuno.com; twheeler@lowenstein.com; ukreppel@whitecase.com; vdagostino@lowenstein.com; Villa@StreusandLandon.com; vmilione@nixonpeabody.com; vrubinstein@loeb.com; walter.stuart@freshfields.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com; wbenzija@halperinlaw.net; wcurchack@loeb.com; william.m.goldman@dlapiper.com; wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; wk@pwlawyers.com; woconnor@crowell.com; wrightth@sullcrom.com; wsilverm@oshr.com; wswearingen@llf-law.com; wtaylor@mccarter.com; wzoberman@bermanesq.com; yamashiro@sumitomotrust.co.jp; YUwatoko@mofo.com; robertdakis@quinnemanuel.com; lynne.gugenheim@cna.com'; Karla.Lammers@cna.com; michael.sage@dechert.com; brian.greer@dechert.com

5

## Exhibit B

INTERNAL REVENUE SERVICE
Fax No.: (212) 436-1931


Tracy Hope Davis, Esq.
Elisabetta G. Gasparini, Esq.
Andrea B. Schwartz, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Fax No.: (212) 668-2255

**Exhibit C**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Alfredo R. Perez, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Tracy Hope Davis, Esq.
    Elisabetta G. Gasparini, Esq.
    Andrea B. Schwartz, Esq.

Dechert LLP
1095 Avenue of the Americas
New York, New York 10036,
Attn: Michael J. Sage, Esq. and Brian E. Greer, Esq., counsel to
    Lehman ALI Inc.