WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------------x
                                                          :
**In re**                                                 :    **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,              :    **08-13555 (JMP)**
                                                          :
                                          **Debtors.**    :    **(Jointly Administered)**
                                                          :
--------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON APRIL 13, 2011 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York,
                        Alexander Hamilton U.S. Custom House, before the Honorable
                        James M. Peck, United States Bankruptcy Judge, **Room 601**,
                        One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

1.    Debtors' Motion for Authorization to Make Additional Investments with Respect
      to 25 and 45 Broad Street **[Docket No. 15257]**

      Response Deadline:    April 6, 2011 at 4:00 p.m.

      Responses Received:

            A.    Statement of Official Committee of Unsecured Creditors in
                  Support of Motion **[Docket No. 15789]**

            B.    Omnibus Statement of the Ad Hoc Group of Lehman Brothers
                  Creditors **[Docket No. 15812]**

Related Documents:

      C.      Notice of Revised Order **[Docket No. 15822]**

      D.      Declaration of Jeffrey Fitts in Support of Motion **[Docket No. 15823]**

Status: This matter is going forward.

2.      Motion of Lehman Commercial Paper Inc. for Authority to Consent to its Non-Debtor Affiliate Lehman ALI Inc. (i) Entering into Commitment Letter with Innkeepers USA Trust; (ii) Supporting the Chapter 11 Plan of Certain Affiliates of Innkeepers USA Trust; and (iii) Participating in the Auction for Certain of the Assets or Equity of Innkeepers USA Trust **[Docket No. 15259]**

Response Deadline:    April 6, 2011 at 4:00 p.m.

Responses Received:

      A.      Omnibus Statement of the Ad Hoc Group of Lehman Brothers Creditors **[Docket No. 15812]**

      B.      Statement of Official Committee of Unsecured Creditors in Support of Motion **[Docket No. 15813]**

      C.      Statement of the SIPA Trustee **[Docket No. 15868]**

Related Documents:

      D.      Declaration of Michael Lascher in Support of Motion **[Docket No. 15842]**

      E.      Notice of Revised Order **[Docket No. 15849]**

      F.      Notice of Filing of Second Revised Order **[Docket No. 15863]**

Status: This matter is going forward.

3.      Debtors' Motion for Approval of the Purchase of Notes Issued by Pine CCS, Ltd. from Barclays Bank PLC and the Termination of the Pine Securitization **[Docket No. 15283]**

Response Deadline:    April 7, 2011 at 4:00 p.m.

Responses Received:

      A.     Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion **[Docket No. 15807]**

      B.     Omnibus Statement of the Ad Hoc Group of Lehman Brothers Creditors **[Docket No. 15812]**

      C.     Statement of the SIPA Trustee **[Docket No. 15868]**

Related Documents:

      D.     Declaration of David Walsh in Support of Motion **[Docket No. 15284]**

      E.     Supplemental Declaration of David Walsh **[Docket No. 15806]**

Status: This matter is going forward.

## II.    CONTESTED MATTERS:

4.    Notice of Presentment of Amended Order Authorizing the Debtors to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts **[Docket No. 15432]**

Response Deadline:    April 4, 2009 at 2:00 p.m.

Responses Received:

      A.     Objection of Ka Kin Wong **[Docket No. 15598]**

Related Documents:

      B.     Debtors' Reply **[Docket No. 15818]**

Status: This matter is going forward.

5.    Debtors' Motion to Compel The Ad Hoc Group of Lehman Brothers Creditors to Comply with Federal Rule of Bankruptcy Procedure 2019 **[Docket No. 15461]**

Response Deadline:    April 8, 2011 at 4:00 p.m.

Responses Received:

      A.     Limited Objection of the Ad Hoc Group of Lehman Brothers Creditors **[Docket No. 15746]**

Related Documents:

      B.     Debtors' Reply **[Docket No. 15814]**

Status: This matter is going forward.

6.     Motion of the Ad Hoc Group of Lehman Brothers Creditors for Entry of (I) an Order Scheduling a Disclosure Statement Hearing and Approving the Form and Manner of Notice Thereof and (II) an Order Approving the Disclosure Statement **[Docket No. 15431]**

Response Deadline:    April 8, 2011 at 4:00 p.m.

Responses Received:

      A.     Debtors' Opposition and Objection **[Docket No. 15744]**

      B.     Response of Official Committee of Unsecured Creditors **[Docket No. 15774]**

      C.     Statement of Alameda County Treasurer **[Docket No. 15630]**

      D.     Statement of Farallon Capital Partners, L.P. **[Docket No. 15669]**

      E.     Response of the Operating Company Creditors **[Docket No. 15668]**

      F.     Statement of Various LBT Noteholders **[Docket No. 15671]**

      G.     Statement of Centerbridge Credit Advisors LLC **[Docket No. 15672]**

      H.     Response of Bank of America, N.A. **[Docket No. 15673]**

      I.     Joinder of Carval Investors UK Limited to Response of Operating Company **[Docket No. 15674]**

      J.     Reply of the Operating Company Creditors to the Debtors' Opposition and Objections **[Docket No. 15825]**

      K.     Joinder of Various LBT Noteholders in Support of the Relief Requested in the Reply of the Operating Company Creditors **[Docket No. 15845]**

      L.     Response of the Joint Administrators of the UK Administration Companies **[Docket No. 15848]**

   M. Statement of State Street Bank and Trust Company in Support of Request of Operating Company Creditors **[Docket No. 15862]**

  Related Documents: None.

  Status: This matter is going forward.

7. Debtors' Motion for Authorization to Establish and Implement Procedures in Connection with Discovery Related to Plan Confirmation **[Docket No. 14867]**

  Response Deadline: April 8, 2011 at 4:00 p.m.

  Responses Received:

   A. Opposition of State Street Bank and Trust Company **[Docket No. 15613]**

   B. Limited Objection of Giants Stadium LLC **[Docket No. 15617]**

   C. Response of the United States Trustee **[Docket No. 15680]**

   D. Objection of Bundesverband deutscher Banken e.V. **[Docket No. 15715]**

   E. Objection of Newport Global Opportunities Fund LP, *et al.* **[Docket No. 15731]**

   F. Renewed Limited Objection of Giants Stadium LLC **[Docket No. 15742]**

   G. Reservation of Rights of Barclays Capital Inc. and its Affiliates **[Docket No. 15760]**

   H. Objection of The Lehman Singapore Liquidators **[Docket No. 15761]**

   I. Limited Objection of the Lehman Hong Kong Liquidators **[Docket No. 15762]**

   J. Objection of Deutsche Bundesbank **[Docket No. 15763]**

   K. Limited Objection of Certain Operating Company Creditors to **[Docket No. 15769]**

L.      Objection of ABC Assicura Società per Azioni, et al. **[Docket No. 15771]**

M.      Response of the Joint Administrators of the UK Administration Companies **[Docket No. 15773]**

N.      Limited Objection of Lehman Re Ltd. **[Docket No. 15778]**

O.      Joinder of The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee, to the Limited Objection of Certain Operating Company Creditors **[Docket No. 15779]**

P.      Limited Objection of Lehman Brothers Finance Liquidator **[Docket No. 15785]**

Q.      CarVal Investors UK Limited's Limited Objection **[Docket No. 15794]**

R.      Limited Objection of the Ad Hoc Group of Lehman Brothers Creditors **[Docket No. 15800]**

S.      Response of the Liquidators of Lehman Brothers Australia Limited **[Docket No. 15810]**

T.      Statement of the SIPA Trustee **[Docket No. 15829]**

U.      Libertyview's Joinder to Objection of Newport Global **[Docket No. 15850]**

V.      Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion **[Docket No. 15864]**

Related Documents:

W.      Debtors' Omnibus Reply and Amended Proposed Order **[Docket No. 15828]**

X.      Notice of Amended Order **[Docket No. 15539]**

Y.      Notice of Second Amended Proposed Order **[Docket No. 15682]**

Status: This matter is going forward.

**MATTERS TO BE HEARD AT 2:00 P.M.**

**ADVERSARY PROCEEDINGS:**

8.     Kathleen Arnold and Timothy A. Cotten v. Lehman Brothers Holdings Inc., et al.
**[Case No. 11-01540]**

**Pre-Trial Conference**

Related Documents:

      A.     Adversary Complaint **[Docket No. 1]**

      B.     Debtors' Motion to Dismiss **[Docket No. 4]**

Status: This matter is going forward.

9.     Uvino v. Lehman Brothers Holdings Inc., et. al. **[Adversary Case No. 10-05428]**

**Defendants' Motion to Dismiss Adversary Complaint [Docket No. 4]
Pre-Trial Conference**

Responses Received:

      A.     Memorandum of Law of Wendy M. Uvino in Opposition to
Defendants' Motion to Dismiss **[Docket No. 8]**

      B.     Declaration of Avrum J. Rosen in Opposition to Defendants'
Motion to Dismiss **[Docket No. 9]**

Related Documents:

      C.     Reply Memorandum of Law in Further Support of Defendants'
Motion **[Docket No. 13]**

      D.     Declaration of Lawrence J. Baer in Support of Defendants' Motion
to Dismiss **[Docket No. 5]**

      E.     Adversary Complaint **[Docket No. 1]**

Status: This matter is going forward.

III.    **ADJOURNED MATTERS:**

A.    **Lehman Brothers Holdings Inc.:**

10.    Motion of Factiva, Inc., et al. to Compel Immediate Payment of Post-Petition Administrative Expense Claims **[Docket No. 7102]**

Response Deadline:    June 8, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status: This matter has been adjourned to June 15, 2011 at 10:00 a.m.

11.    Motion of Cascade Investment, L.L.C. for Leave to Conduct Discovery of (1) the Debtors, and (2) JPMorgan Chase Bank, N.A. **[Docket No. 12120]**

Response Deadline:    May 11, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status: This matter has been adjourned to May 18, 2011 at 10:00 a.m.

12.    Motion of Jason T. Taylor for Relief from the Automatic Stay **[Docket No. 14377]**

Response Deadline:    May 11, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status: This matter has been adjourned to May 18, 2011 at 10:00 a.m.

13.    Motion of Phillip Walsh for Relief from the Automatic Stay **[Docket No. 14571]**

Response Deadline:    May 11, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status: This matter has been adjourned to May 18, 2011 at 10:00 a.m.

14.     Application of Debtors for Authorization to Employ and Retain Milbank, Tweed
        Hadley & McCloy LLP, as Special Counsel to the Debtors in Connection with
        Certain Tax Related Matters **[Docket No. 14811]**

        Response Deadline:    March 18, 2011 at 11:00 a.m.

        Responses Received

                A.      Objection of the United States Trustee **[Docket No. 15192]**

        Related Documents:    None.

        Status: This matter has been adjourned to May 18, 2011 at 10:00 a.m.

15.     Motion of Colorado Plaintiffs Authorizing 2004 Examination of Debtors **[Docket
        No. 15200]**

        Response Deadline:    March 31, 2011

        Responses Received

                A.      Debtors' Preliminary Response **[Docket No. 15522]**

                B.      Debtors' Objection **[Docket No. 15681]**

        Related Documents:

                C.      Notice of Proposed Order **[Docket No. 15201]**

        Status: This matter has been adjourned to May 18, 2011 at 10:00 a.m.

16.     Motion of Colorado Plaintiffs for Relief from the Automatic Stay **[Docket No.
        15202]**

        Response Deadline:    April 6, 2011

        Responses Received:

                A.      Debtors' Objection **[Docket No. 15681]**

        Related Documents:    None.

        Status: This matter has been adjourned to May 18, 2011 at 10:00 a.m.

17.    Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[Docket No. 11513]**

Response Deadline:    February 9, 2011 at 4:00 p.m.

Responses Received

    A.    Debtors' Objection **[Docket No. 14398]**

    B.    Joinder of Official Committee of Unsecured Creditors to LCPI'S Objection **[Docket No. 14462]**

Related Documents:

    C.    Affidavit of Michael E. Busch, Esq. in Support of Motion **[Docket No. 11514]**

    D.    Declaration of Christopher Milenkevich in Support of Debtors' Objection **[Docket No. 14454]**

Status: This matter has been adjourned to May 18, 2011 at 10:00 a.m.

18.    Debtors' Motion to Assume Certain Aircraft Lease Agreements and to Consummate Certain Related Transactions **[Docket No. 3218]**

Response Deadline:    April 17, 2009 at 4:00 p.m.

Responses Received:

    A.    Objection of Official Committee of Unsecured Creditors **[Docket No. 3395]**

Related Documents:    None.

Status: This matter has been adjourned to May 18, 2011 at 10:00 a.m.

19.    Motion of Merrill Lynch Portfolio Management, Inc. and Merrill Lynch Capital Services, Inc. for Relief from the Automatic Stay **[Docket No. 14857]**

Response Deadline:    April 8, 2011 at 4:00 p.m.

Responses Received:    None.

Related Documents:

Status: This matter has been adjourned to May 18, 2011 at 10:00 a.m.

B.    **Adversary Proceedings:**

20.    PT Bank Negara Indonesia (Persero) Tbk v. Lehman Brothers Special Financing, Inc., et al. **[Adv. Case No. 09-01480]**

**Pre-Trial Conference**

Related Documents:

A.    Amended Complaint against Citibank, N.A., Lehman Brothers Inc. and Lehman Brothers Special Financing Inc. **[Docket No. 14]**

B.    Answer to Amended Complaint of Defendant Lehman Brothers Special Financing Inc. **[Docket No. 23]**

C.    Answer to Amended Complaint of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. **[Docket No. 24]**

D.    Answer to Amended Complaint of Citibank, N.A. **[Docket No. 25]**

Status: This matter has been adjourned to May 18, 2011 at 2:00 p.m.

21.    Turnberry, et al v. Lehman Brothers Holdings Inc., et al. **[Adversary Case No. 09-01062]**

**Pre-Trial Conference and Plaintiff's Motion to Dismiss Amended Complaint**

Related Documents:

A.    Adversary Complaint **[Docket No. 1]**

B.    Answer of Jacquelyn Soffer, et al. to Counterclaim **[Docket No. 21]**

C.    Answer of Lehman Brothers Holdings Inc., et al. to Complaint **[Docket No. 30]**

D.    Lehman's Opposition to Plaintiffs' Motion to Dismiss Defendants' Amended Counterclaims **[Docket No. 37]**

Status: This matter has been adjourned to June 15, 2011 at 2:00 p.m.

22.    Lehman Brothers Holdings Inc. v. J. Soffer, Fontainebleau Resorts, LLC **[Adversary Case No. 10-02821]**

**Defendant's Motion to Dismiss Count IV of the Complaint**

Related Documents:

      A.      Adversary Complaint **[Docket No. 1]**

      B.      Motion of Fontainebleau Resorts, LLC, et al. to Dismiss Count IV of the Complaint **[Docket No. 15]**

      C.      Lehman's Opposition to Defendants' Motion to Dismiss Count IV of the Complaint **[Docket No. 17]**

      D.      Defendants' Reply in Further Support of their Motion to Dismiss Count IV of the Complaint **[Docket No. 22]**

Status: This matter has been adjourned to June 15, 2011 at 2:00 p.m.

23.      Lehman Brothers Holdings Inc. v. J. Soffer, Fontainebleau Resorts, LLC **[Adversary Case No. 10-02823]**

**Defendant's Motion to Dismiss Count IV of the Complaint**

Related Documents:

      A.      Adversary Complaint **[Docket No. 1]**

      B.      Motion of Fontainebleau Resorts, LLC, et al. to Dismiss Count IV of the Complaint **[Docket No. 15]**

      C.      Lehman's Opposition to Defendants' Motion to Dismiss Count IV of the Complaint **[Docket No. 17]**

      D.      Defendants' Reply in Further Support of their Motion to Dismiss Count IV of the Complaint **[Docket No. 22]**

Status: This matter has been adjourned to June 15, 2011 at 2:00 p.m.

24.      The Brooklyn Hospital Center v. Aurora Bank FSB f/k/a Lehman Brothers Bank FSB **[Adversary Case No. 11-01353]**

**Pre-Trial Conference**

Related Documents:

      A.      Complaint against Aurora Bank FSB f/k/a Lehman Brothers Bank FSB **[Docket No. 1]**

B.    Aurora Bank FSB's Motion to Dismiss and Brief in Support
Thereof **[Docket No. 4]**

Status: This matter has been adjourned to May 18, 2011 at 2:00 p.m.

Dated:  April 12, 2011
New York, New York

/s/ Harvey R. Miller
Harvey R. Miller

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession