**ROBINSON BROG LEINWAND GREENE
 GENOVESE & GLUCK P.C.**
875 Third Avenue
New York, New York 10022-0123
Tel. No.: (212) 603-6300
**Robert M. Sasloff, Esq.**
*Counsel for Richard S. Locke*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et. al.* | (Jointly Administered) |
| Debtors. | |
| | **AFFIDAVIT OF** <br> **SERVICE** |

-------------------------------------------------------x

STATE OF NEW YORK      )
                                              ss.:
COUNTY OF NEW YORK  )

**TINA FOGEL**, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in New York, N.Y.

2. On the **12th day** of **April, 2011,** I served **RICHARD S. LOCKE'S OPPOSITION TO DEBTORS' ONE HUNDRED TENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY PENSION CLAIMS) WITH EXHIBITS** *via FIRST CLASS MAIL* upon:

Shai Waisman, Esq.
Mark Bernstein, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea B. Schwartz, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

526651

by depositing true copies of same enclosed in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

/s/TINA FOGEL
**TINA FOGEL**

Sworn to before me this
**12th** day of **April, 2011**

/s/ Robert M. Sasloff
**Notary Public, State of New York**
No. 02SA4966401
Qualified in Kings County
Commission Expires 5-7-2014

526651