UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re: | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (JMP) |
| Debtors. | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK:
: SS
COUNTY OF NEW YORK:

Jonathan Messinger, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am a resident of New York State.

2. On the 8th day of April, 2011, I served a true and correct copy of the

- Limited Objection of Lehman Re Ltd. to Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Rule 7026 of the Federal Rules of Bankruptcy Procedures for Authorization to Establish and Implement Procedures in Connection With Discovery Related to Plan Confirmation

via hand delivery and leaving a true copy in their office at the following address:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:  Irwin H. Warren, Esq.
        Randi W. Singer, Esq.

_____
Jonathan Messinger

Sworn to before me on this
11th day of April 2011

_____
OWENS RIDGES JR
Notary Public, State of New York
No. 24-4992070
Qualified in Kings County
Certificate Filed in New York County
Commission Expires February 18, 2014

USActive 22788417.1 (90473.001)