UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK:

: SS

COUNTY OF NEW YORK:

Craig Page, being duly sworn, deposes and says:

1.  I am not a party to this action, am over 18 years of age and am a resident of New York State.

2.  On the 8th day of April, 2011, I served a true and correct copy of the

- Limited Objection of Lehman Re Ltd. to Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Rule 7026 of the Federal Rules of Bankruptcy Procedures for Authorization to Establish and Implement Procedures in Connection With Discovery Related to Plan Confirmation

via hand delivery and leaving a true copy in their office at the following address:

Office of the United States Trustee for
Region 2
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn:  Tracy Hope Davis, Esq.
        Elisabetta G. Gasparini, Esq.
        Andrea B. Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Attn:   Dennis F. Dunne, Esq.
         Evan Fleck, Esq.
         Dennis O'Donnell, Esq.

_____
Craig Page

Sworn to before me on this
11th day of April 2011

RODDIE DON DANIELS
Notary Public Of New York
No. 03
Qualified In k County
Commission Ex  v 15, 20 11
USActive 22788021.1 (90473.001)