UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                             Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,            Case No. 08-13555 (JMP)

                    Debtors.
-----------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF BRUCE BENNETT

UPON the motion of Bruce Bennett dated April 6, 2011, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Bruce Bennett is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       April 12, 2011

                                              *s/ James M. Peck*
                                              UNITED STATES BANKRUPTCY JUDGE