UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,    Case No. 08-13555 (JMP)

                           Debtors.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF MONIKA S. WIENER

UPON the motion of Monika S. Wiener dated April 6, 2011, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Monika S. Wiener is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
        April 12, 2011

                                                     *s/ James M. Peck*
                                                  UNITED STATES BANKRUPTCY JUDGE