**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| LEHMAN BROTHERS HOLDINGS, INC., et al.. | § | Case No. 08-13555 (JMP) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK )

Patricia A. Wright, being duly sworn deposes and says:

1. That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

2. That on the 12th day of April, 2011, I caused to be served a true copy of the **Statement of State Street Bank and Trust Company in Support of Request of Operating Company Creditors for an Order Scheduling a Disclosure Statement Hearing and Approving the Form and Manner of Notice Thereof** by first class mail upon the Debtors' counsel, Office of the United States Trustee and counsel to the Official Committee of Unsecured Creditors as listed on the annexed Service List.

          /s/Patricia A. Wright
          Patricia A. Wright

Sworn to before me this
12th day of April, 2011

  /s/Steven Sarnotsky
Notary Public, State of New York
No. 01SA6008581
Qualified in New York County
Commission Expires August 1, 2014

A/74149614.1

## SERVICE LIST

Weil, Gotshal & Manges LLP
Attn:  Irwin H. Warren
       Randi W. Singer
       Richard P. Krasnow
       Lori R. Fife
       Shai Y. Waisman
       Jacqueline Marcus
767 Fifth Avenue
New York, NY 10153

Office of the US Trustee
Attn: Tracy Hope Davis
      Elisabetta G. Gasparini
      Andrea B. S chwartz
      Andy Velez-Rivera
      Paul Schwartzberg
      Brian Masumoto
      Linda Riffkin
33 Whitehall Street, 21st Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne
      Evan Fleck
      Dennis O'Donnell
1 Chase Manhattan Plaza
New York, NY 10005

A/74149614.1