**EXHIBIT A**

| Customer Name | Claim Number | Claim Amount (Euros) | Claim Amount (Dollars) |
|---|---|---|---|
| Josep Roca Trescents | 46830 | €100,000 | $142,430 |
| Frank Olaya Gonzalez | 47396 | €50,000 | $71,215 |
| Maria Del Rosario Beobide | 47397 | €150,000 | $213,645 |
| Pedro Vargas Astiz | 47398 | €50,000 | $71,215 |
| Aureliano Ezquerra Samaniego | 48626 | €100,000 | $142,430 |
| Jesus Edmundo Lander | 48634 | €64,000 | $91,155 |
| Jaime H. Murcia | 57415 | €1,000,000 | $1,424,300 |

MIADOCS 5272572 1