```
GRAB                                                                CurncyHP

CLOSE/VALUE                                              Page    1 / 1
EUR        EURO SPOT              PRICE 1.4439           Bloomberg BGN
                                                   HI 1.4774   ON 9/22/08
Range  9/ 1/08  to  9/30/08    Period D Daily      AVE 1.4364
                               Market M mid/trd    LOW 1.3998  ON 9/11/08

     DATE    PRICE            DATE    PRICE            DATE    PRICE
  F                        F   9/12   1.4224
  T                        T   9/11  L1.3998
  W                        W   9/10   1.3998
  T   9/30   1.4092        T   9/ 9   1.4133
  M   9/29   1.4435        M   9/ 8   1.4128

  F   9/26   1.4614        F   9/ 5   1.4267
  T   9/25   1.4609        T   9/ 4   1.4325
  W   9/24   1.4621        W   9/ 3   1.4498
  T   9/23   1.4648        T   9/ 2   1.4520
  M   9/22  H1.4774        M   9/ 1   1.4617

  F   9/19   1.4466
  T   9/18   1.4348
  W   9/17   1.4326
  T   9/16   1.4129
  M   9/15   1.4243
```

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2011 Bloomberg Finance L.P.
                                                        SN 277688 G594-940-0 08-Apr-11 15:24:05 EDT  GMT-4:00