## CERTIFICATE OF SERVICE

       I hereby certify that, on April 12, 2011, I served the attached Response of Banco Sabadell Miami to Debtors' One Hundred Second Omnibus Objection to Claims (Foreign Currency Claims) Claim Nos. 46830, 47396, 47397, 47398, 48626, 48634 and 57415 upon the parties in interest listed below by overnight delivery service, next day delivery, addressed as follows:

Shai Waisman, Esq.  
Mark Bernstein, Esq.  
Weil Gotshal & Manges LLP  
767 Fifth Avenue  
New York, New York 10153  

Tracy Hope Davis, Esq.  
Elisabetta Gasparini, Esq.  
Andrea B. Schwartz, Esq.  
United States Trustee for Region 2  
33 Whitehall Street  
21st Floor  
New York, New York 10004  

Dennis F. Dunne, Esq.  
Dennis O'Donnell, Esq.  
Evan Fleck, Esq.  
Milbank, Tweed, Hadley & McCloy LLP  
1 Chase Manhattan Plaza  
New York, New York 10005  

       /s/ Larry I. Glick  
       1500 Miami Center  
       201 S. Biscayne Boulevard  
       Miami, FL 33131  
       Tel: (305) 379-9180  
       Fax: (305) 347-7831  
       Email: lglick@shutts.com  

MIADOCS 5274337 1