UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                              :        Chapter 11
                                                             Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS, INC.,  :                           (Jointly Administered)
et al.,
                                                    :

       Debtors.
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK              )
                               )ss:
COUNTY OF NEW YORK             )

    Marie A. Siena, being duly sworn, deposes and says:

    I am not a party to this action, am over 18 years of age, and am employed by the firm of Katten Muchin Rosenman LLP.

    On April 12, 2011, I caused a copy of the **RESPONSE OF GEROA PENTSIOAK EPSV TO DEBTORS' ONE HUNDRED SECOND OMNIBUS OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS)** in the above captioned matter to be served on the parties listed below by Federal Express Overnight Mail.

| | |
|---|---|
| Tracy Hope Davis | Dennis F. Dune |
| Elisabetta Gasparin | Dennis O'Donnell |
| Andrea B. Schwartz | Evan Fleck |
| Office of the U. S. Trustee, Region 2 | Milbank, Tweed, Hadley & McCloy LLP |
| 33 Whitehall Street, 21st Fl. | 1 Chase Manhattan Plaza |
| New York, NY 10004 | New York, NY 10005 |

Shai Wasman, Esq.
Mark Bernstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue, Fl Conc 1
New York, NY 10153

_____
Marie A. Siena

Sworn to before me this
___ day of April 2011.

_____
Notary Public
COLIN M. DOUGHERTY
Notary Public, State of New York
No. 02DO6032451
Qualified in New York County
Commission Expires November 1, 2013