Carmine D. Boccuzzi
Paul R. St. Lawrence
David Y. Livshiz
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for Nordic Investment Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Lehman Brothers Holdings Inc., et al.<br><br>　　　　　　　　　　Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered)<br><br>CERTIFICATE OF SERVICE |

    I, Brendan Cyr, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

    1. On the 13th of April 2011, the Verified Response of Nordic Investment Bank to the Debtors' One Hundred and Third Omnibus Objection to Claims (Valued Derivative Claims) with Exhibit A; the Notice of Appearance and Request for Service of Papers; and the Second Amended Verified Statement of Cleary Gottlieb Steen & Hamilton LLP Pursuant to Bankruptcy Rule 2019(a) are being served by hand and by Federal Express, as indicated, upon:

    **BY HAND**

    Office of the United States Trustee
    For the Southern District of New York
    Attn: Elisabeth Gasparini, Esq.
     and Andrea Schwartz, Esq.
    33 Whitehall Street, 21st Floor
    New York, NY 10004

**BY FEDERAL EXPRESS**

Weil Gotshal & Manges LLP
Attn:  Shai Waisman, Esq.
  and Penny Reid, Esq.
767 Fifth Avenue
New York, NY  10153

Milbank, Tweed, Hadley & McCloy LLP
Attn:   Dennis F. Dunne, Esq
       Dennis O'Donnell, Esq.
       Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY  10005

    2. This service is being made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
       April 13, 2011

_____
Brendan Cyr