HOGAN LOVELLS US LLP
Christopher R. Donoho, III
875 Third Avenue
New York, New York 10022
212-918-3000
*Attorneys for Dr. Jürgen Grossmann*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

| | |
|---|---|
| LEHMAN BROTHERS HOLDING INC., et. al., | Chapter 11 |
| | Case No. 08-13555 (jmp) |
| Debtors. | (Jointly Administered) |

--------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                        ) ss
COUNTY OF NEW YORK  )

David Spinley, being duly sworn, deposes and says:

      That I am over the age of eighteen years, am not a party to this action and reside in Brooklyn, New York.

      That on the 13th day of April 2011, I served the Response of Dr. Jürgen Grossman to Debtors' One Hundred Second Omnibus Objection to Claims (Foreign Currency Claims) via USPS First Class Mail addressed to the recipients attached as Schedule A.

                                            /s/ David Spinley

                                            DAVID SPINLEY

Sworn to before me this
13th day of April, 2011
/s/ Annette Lusardi

Notary Public, State of New York
No. 01LU5077646
Qualified in Westchester County
Commission Expires May 12, 2015

\\\NY - 002983/000001 - 2316605 v1

## SCHEDULE A

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Office of the United States Trustee
Attn: Elisabeth Gasparini, Esq. and Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Weil Gotshal & Manges LLP
Attn: Shai Y. Waisman, Esq. and Mark Bernstein, Esq.
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq. and Dennis O'Donnell, Esq.
1 Chase Manhattan Plaza
New York, New York 10005