**SILVERMANACAMPORA LLP**
Attorneys for Western Digital Corp.
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman, Esq.
Jay S. Hellman, Esq.
Katina Brountzas, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
In re

        LEHMAN BROTHERS HOLDING INC., *et al.*    Case No. 08-13555 (JMP)

                                     (Jointly Administered)

                          Debtor.
--------------------------------------------------------------------X
STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NASSAU    )

    I, **Deanna Caliendo**, being duly sworn, depose and say:  I am not a party to this action, am over 18 years of age and am employed by SILVERMANACAMPORA LLP.

    On April 13, 2011, deponent served the within:

- **OPPOSITION OF CERADYNE, INC. TO THE DEBTORS' ONE HUNDRED ELEVENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABLITY CLAIMS); and**

- **OPPOSITION OF WESTERN DIGITAL CORP. TO The DEBTORS' ONE HUNDRED ELEVENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABLITY CLAIMS)**

    Federal Express by depositing same in a designated Federal Express envelope and depositing the envelope in a Federal Express receptacle.

        To:    Tracy Hope Davis, Esq.
                Elisabetta Gasparino, Esq.
                Andrea B. Schwartz, Esq.
                The Office of the United States Trustee
                33 Whitehall Street, 21st Floor
                New York, New York 10004

                Honorable James M. Peck
                One Bowling Green, Courtroom 601
                New York, New York 10004

DC/894305.1/056233

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Even Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Shai Y. Waisman, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153



                                                          s/ Deanna Caliendo
                                                       **DEANNA CALIENDO**


Sworn to before me this                    Carol Ann Gallo-Russo
13th day of April, 2011                    Notary Public, State of New York
                                           No. 01GA4632721
                                           Qualified in Suffolk County
                                           Commission Expires April 30, 2014
  s/ Carol Ann Gallo Russo
Notary Public

DC/894305.1/056233