**Hearing Date and Time: April 28, 2011 at 11:00 a.m. Prevailing Eastern Time**

Robert F. Elgidely, Esq. (RE-0512)
John H. Genovese, Esq.
Carlos E. Sardi, Esq.
GENOVESE, JOBLOVE & BATTISTA, P.A.
Miami Tower
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
(305) 349-2300 (tel.)
(305) 349-2310 (fax)

Attorneys for Respondent

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                : Chapter 11
                                                      :
LEHMAN BROTHERS HOLDINGS INC., et al.,   : Case No. 08-13555-JMP
                                                      :
                         Debtors.                     :
-------------------------------------------------------------x

**NOTICE OF FILING AFFIDAVIT OF JAMIE MURCIA IN SUPPORT OF
RESPONSE IN OPPOSITION TO DEBTORS' OBJECTION TO
CLAIM NO. 57415 IN THEIR ONE HUNDRED SECOND OBJECTION
TO CLAIMS (FOREIGN CURRENCY CLAIMS) OR, IN THE ALTERNATIVE,
CREDITOR'S MOTION TO ALLOW AMENDED CLAIM NO. 57415 [D.E. #15945]**

TO:   THE HONORABLE JAMES M. PECK
      UNITED STATES BANKRUPTCY JUDGE

JAMIE MURCIA (hereinafter the "Respondent"), by and through the undersigned counsel, hereby files his Notice of Filing Affidavit of Jamie Murcia as **Exhibit "A"** in Support of Response in Opposition to Debtors' Objection to Claim No. 57415 in Their One Hundred Second Objection to Claims (Foreign Currency Claims) or, in the Alternative, Creditor's Motion to Allow Amended Claim No. 57415 [D.E. #15945].

Dated: Miami, Florida
April 13, 2011

                                                    Respectfully submitted,

GENOVESE, JOBLOVE & BATTISTA, P.A.

By: /s/ Robert F. Elgidely
     Robert F. Elgidely, Esq. (RE-0512)
     Miami Tower
     100 S.E. 2nd Street, Suite 4400
     Miami, Florida 33131
     Telephone: (305) 349-2300
     Telecopier: (305) 349-2310

*Attorneys for Respondent*

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                      :
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :
                                                            :   Chapter 11
           Debtors                                          :   Case No. 08-13555-JMP
                                                            :   (Jointly Administered)
                                                            :
------------------------------------------------------------x

**AFFIDAVIT OF JAIME MURCIA IN SUPPORT OF RESPONSE IN OPPOSITION
TO DEBTORS' OBJECTION TO CLAIM NO. 57415 IN THEIR ONE HUNDRED
SECOND OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS),
OR, ALTERNATIVELY, JAIME MURCIA'S MOTION TO ALLOW AMENDED
CLAIM NO. 57415**

Before the undersigned officer duly authorized to administer oaths came Respondent, Jaime Murcia ("Respondent" or "Murcia"), who after being duly sworn, deposes and states under oath as follows:

1. I am over twenty one (21) years of age and competent to give testimony as to the following matters based on my personal knowledge.

2. On October 12, 2009, I timely filed my proof of claim No.57415 against the bankruptcy estate of Lehman Brothers Holdings Inc and its affiliated debtors in the above-referenced chapter 11 cases, as debtors-in-possession (collectively, the "Debtors").

3. My claim arises out of and relates to my investment in the principal amount of €1,000,000 in a corporate bond (preferred) bearing a coupon rate of 5.75% per annum as of September 15, 2008, a copy of which is evidenced by the purchase order attached hereto. The claim is based on Lehman Securities Program as of September 15, 2008. The International Securities Identification Number for the Lehman Securities Program to which the claim relates is

XS0282978666, and the Euroclear Bank Electronic Reference Number is 97816-Ref 6049967, Bank of New York in favor of Banco Sabadell, Miami Branch, Acct. No. 170575.

4. My proof of claim was originally filed by my agent, Banco Sabadell. In this regard, I originally received the form of the claim already filled out from Banco Sabadell Miami, for my signature. The amount of the claim in the form was expressed in Euros.

5. On or about October 12, 2009, I executed the proof of claim, and, as instructed, returned the executed document to Banco Sabadell Miami for its subsequent filing on my behalf. Subsequently, Banco Sabadell Miami forwarded my claim by certified mail to Epiq Bankruptcy Solutions, LLC ("Epiq"), which acts as the filing agent in this case, On October 30, 2009, my claim was filed and received by Epiq.

6. On March 11, 2011, the Debtors, through counsel, filed their One Hundred Second Objection To Claims (Foreign Currency Claims) (the "Objection") (Docket No. 14950), seeking to disallow or expunge foreign denominated claims in their entirety, including Respondent's Claim. The Debtors' Objection is exclusively based upon the fact that the claim is not denominated in lawful currency of the United States in contravention of this Court's mandated procedures in the Court's July 2, 2009 Order establishing certain deadlines and procedures for filing proofs of claims (the "Bar Date Order") (Docket No. 4271)..

7. I had no knowledge that my claim omitted to denominate the amount of the same in U.S. Dollars until I received the Debtors' Objection in the mails.

8. Immediately after receiving the Debtors' Objection, I promptly sought the advice of counsel and proceeded to amend my claim to reflect the amount of the same in United States currency as of the date of the bankruptcy filing, or September 15, 2008. Accordingly, I have amended my claim to denominate the amount of the same in U.S. Dollars at the prevailing

2

exchange rate for the Euro as of the date of the filing of the bankruptcy, or September 15, 2008. A copy of the amended claim is attached hereto.

9. The original claim is identical to the amended claim except to change the denomination of the amount of the claim in U.S. currency, instead of Euros. That is, neither the claim nor the amount asserted has changed as of September 15, 2008, and the Respondent merely seeks to cure the defect in the original claim and/or to describe the original claim with greater particularity as set forth in the amended claim.

**FURTHER AFFIANT SAYETH NOT.**

Dated this 9 day of April, 2011.

By _____
Jaime Murcia

STATE OF FLORIDA        )
                        )
MIAMI-DADE COUNTY       )

Sworn to and subscribed before me this 9 day of April, 2011, by JAIME MURCIA, who ___ is personally known to me, or ✓ produced identification and took an oath.

_____        (SEAL)
Signature of Notary Public

SHEELA JOSEPH.
Printed Name of Notary Public
Commission No.
Commission Expires

SHEELA JOSEPH
MY COMMISSION # EE14981
EXPIRES: October 24, 2014
Fl. Notary Discount Assoc. Co.
1-800-3-NOTARY

3