UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

### NOTICE OF WITHDRAWAL OF AMENDED CLAIM NO. 67077 PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3006

Fulton Bank, National Association ("Claimant"), by its attorneys, Stradley, Ronon, Stevens & Young, LLP, files this notice of the withdrawal of its amended claim pursuant to Federal Rule of Bankruptcy Procedure 3006 (the "Withdrawal Notice") and hereby withdraws Amended Proof of Claim (the "Amended Claim") number 67077 filed by Claimant against Lehman Brothers Holdings Inc. ("LBHI") on September 15, 2010. In support of this Withdrawal Notice, Claimant states the following:

1. Claimant hereby provides notice that it desires immediately to withdraw, as of right, the following Amended Claim filed against LBHI:

| Claim Number | Debtor Case Number | Amount |
|---|---|---|
| 67077 | 08-13555 | $2,550,000.00 |

2. As of the date of this Withdrawal Notice, no objection had been filed to the Amended Claim, and no adversary complaint has been filed against Claimant in any of the jointly administered Lehman Brothers debtor cases.

3. Claimant has not accepted or rejected a plan proposed in any of the Debtors' cases and has not participated significantly in LBHI's case or any of the jointly administered Lehman Brothers debtor cases.

      4.      Accordingly, by filing this Withdrawal Notice, Claimant is entitled to, as of right, and does hereby withdraw, the Amended Claim pursuant to Federal Rule of Bankruptcy Procedure 3006.

      5.      THIS WITHDRAW OF AMENDED CLAIM IS FILED UNDER AND SUBJECT TO THE RIGHTS OF THE CLAIMANT UNDER AN AGREEMENT DATED MARCH 24, 2011 (THE "AGREEMENT") BETWEEN THE CLAIMANT AND LBHI, INCLUDING, WITHOUT LIMITATION, PROVISIONS IN THE AGREEMENT PROVIDING FOR THE POSSIBLE REINSTATEMENT OF THE AMENDED CLAIM IN FAVOR OF THE CLAIMANT AND AGAINST LBHI.

Respectfully submitted,

STRADLEY, RONON, STEVENS & YOUNG, LLP

Dated: April 14, 2011

By: /s/ Mark J. Dorval
Mark J. Dorval, Esquire
Paul A. Patterson, Esquire
2600 One Commerce Square
Philadelphia, PA 19103-7098
(215) 564-8002 Phone
(215) 564-8120 Fax

Attorneys for Fulton Bank, National Association