**BCV**

**Back Office**

Anne Paris
Corporate action dept
anne.paris@bcv.ch

**Banque Cantonale Vaudoise**
Ch. de la Vallombreuse 100
1008 Prilly
Tel. 021 212 10 68
Fax 021 212 15 62
www.bcv.ch

Epiq Bankruptcy Solutions LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Our ref. ASP

Prilly, 4 April 2011

Dear Madam, Dear Sir,

Please find attached a new claim regarding Lehman Brothers. This one replaces all three old claims (Nr 56209, 56210, 56211) which can be cancelled.

Best Regards

Banque Cantonale Vaudoise

Jacques Gmehlin
Vice-president

Victor Pereira
Assistant Vice-president