B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc. et al.         ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

Greenlight Capital Offshore Partners              Deutsche Bank AG, London Branch
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): ___66830___
should be sent:                                    Amount of Claim:  ___Partial Transfer___
  140 E. 45th Street, New York, NY 10017           Date Claim Filed:  ___06/11/2010___
  Att'n: Harry Brandler

Phone:  +212 973-1900                              Phone: __+212 250-5760__
Last Four Digits of Acct #: _____         Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:_____          Date: 4/13/11
       Transferee/Transferee's Agent

*Harry Brandler*
*CFO of Greenlight Capital, Inc, its I.A*

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO:    Lehman Brothers Special Financing Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim #s: 66830 (successor to unamended claim 7578)

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**GREENLIGHT CAPITAL OFFSHORE PARTNERS**

its successors and assigns ("Buyer"), all right, title and interest in and to $14,377,917.99 (the "Claim") of the total $31,500,000 claim of Seller against Lehman Brothers Special Financing Inc., docketed as Claim number 66830 (successor to unamended claim 7578) in United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September 30, 2010.

**Deutsche Bank AG, London Branch**

By: _____
Name:
Title:

[stamp: Michael Sutton / Managing Director]

By: _____
Name:
Title:

**Greenlight Capital Offshore Partners**
**by: Harry Brandler, CFO of Greenlight Capital, Inc., its Investment Advisor**

By: _____
Name:
Title:

By: _____
Name:
Title:

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
           Attn: Clerk

AND TO:    Lehman Brothers Special Financing Inc. ("Debtor")
           Case No. 08-13555 (JMP) (Jointly Administered)

Claim #s: 66830 (successor to unamended claim 7578)

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**GREENLIGHT CAPITAL OFFSHORE PARTNERS**

its successors and assigns ("Buyer"), all right, title and interest in and to $14,377,917.99 (the "Claim") of the total $31,500,000 claim of Seller against Lehman Brothers Special Financing Inc., docketed as Claim number 66830 (successor to unamended claim 7578) in United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September 30 2010.

**Deutsche Bank AG, London Branch**

By: _____
Name:
Title:


By: _____
Name:
Title:

**Greenlight Capital Offshore Partners**
by: Harry Brandler, CFO of Greenlight Capital, Inc., its Investment Advisor

By: _____
Name:
Title:


By: _____
Name:
Title: