# Arnall
# Golden
# Gregory LLP

WRITER'S DIRECT DIAL NUMBER
404.873.8120
WRITER'S DIRECT DIAL FACSIMILE
404.873.8121
WRITER'S EMAIL ADDRESS
dladdin@agg.com

Darryl S. Laddin
Admitted in:
Georgia
New York
Washington, D.C.

April 7, 2011

Mr. Vito Genna
Clerk of Court
United States Bankruptcy Court for the
 Southern District of New York
One Bowling Green
New York, NY 10004

Re:   *In re: Lehman Brothers Holdings, Inc., et al.*; Chapter 11;
      Case No. 08-13555-JMP

      *In re: General Motors Corp., et al.*; Chapter 11;
      Case No. 09-50026-REG

RECEIVED APR 11 2011 U.S. BANKRUPTCY COURT, SDNY

Dear Mr. Genna:

My law firm serves as counsel to the wholly-owned subsidiaries of Verizon Communications Inc. (collectively "Verizon") in both of the above-referenced cases. I am writing to request removal of my firm (bkrfilings@agg.com) from the electronic mailing list for notices therein.

Please contact me with any questions. I appreciate your assistance with this matter.

Sincerely,

Darryl S. Laddin

DSL:aid

3056069v1