

**SECURITIES INVESTOR PROTECTION CORPORATION**
805 FIFTEENTH STREET, N.W., SUITE 800
WASHINGTON, D.C. 20005-2215
(202) 371-8300    FAX (202) 371-6728
WWW.SIPC.ORG

OFFICE OF THE GENERAL COUNSEL

April 7, 2011

RECEIVED
APR 11 2011
U.S. BANKRUPTCY COURT, SDNY

<u>VIA U.S. MAIL</u>

Mr. Vito Genna
Clerk of Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
(212) 668-2870

Re:    <u>In re Lehman Brothers Holdings Inc., et al.</u>, Case No. 08-13555

Dear Mr. Genna:

This letter is to request removal of my name from all ECF/Pacer and all other service lists in the above-referenced case. While working as an attorney at Kaye Scholer LLP, I filed a notice of appearance. As I no longer work at that firm, I hereby request removal of my name from all ECF/Pacer and all other service lists in the above-referenced case.

Thank you for your attention to this matter.

Sincerely,

Lauren Attard
Staff Attorney

cc: Shai Waisman, Esq. (via email)