B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc. et al.         ,           Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

|   Greenlight Reinsurance, Ltd.   |   Deutsche Bank AG, London Branch   |
|---|---|
|   Name of Transferee   |   Name of Transferor   |

Name and Address where notices to transferee should be sent:
140 E. 45th Street, New York, NY 10017
Att'n: Harry Brandler

Court Claim # (if known):   66830
Amount of Claim:   Partial Transfer
Date Claim Filed:   06/11/2010

Phone:  +212 973-1900
Last Four Digits of Acct #: _____

Phone:  +212 250-5760
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____     Date: 4/13/11
    Transferee/Transferee's Agent
Harry Brandler, CFO of
DME Advisors, LP, its I.A

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT B**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
       Attn: Clerk

AND TO:   Lehman Brothers Special Financing Inc. ("Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered)

Claim #s: 66830 (successor to unamended claim 7578)

DEUTSCHE BANK AG, LONDON BRANCH, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**GREENLIGHT REINSURANCE, LTD**

its successors and assigns ("Buyer"), all right, title and interest in and to $4,341,122.41 (the "Claim") of the total $31,500,000 claim of Seller against Lehman Brothers Special Financing Inc., docketed as Claim number 66830 (successor to unamended claim 7578) in United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September 30, 2010.

| Deutsche Bank AG, London Branch | Greenlight Reinsurance, Ltd. |
|---|---|
| | by: Harry Brandler, CFO of DME Advisors, L.P., its Investment Advisor |
| By: _____ | By: _____ |
| Name: Michael Sutton | Name: |
| Title: Managing Director | Title: |
| By: _____ | By: _____ |
| Name: | Name: |
| Title: | Title: |

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
      Attn: Clerk

AND TO:   Lehman Brothers Special Financing Inc. ("Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered)

Claim #s: 66830 (successor to unamended claim 7578)

DEUTSCHE BANK AG, LONDON BRANCH, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**GREENLIGHT REINSURANCE, LTD**

its successors and assigns ("Buyer"), all right, title and interest in and to $4,341,122.41 (the "Claim") of the total $31,500,000 claim of Seller against Lehman Brothers Special Financing Inc., docketed as Claim number 66830 (successor to unamended claim 7578) in United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September 30 2010.

| Deutsche Bank AG, London Branch | Greenlight Reinsurance, Ltd.<br>by: Harry Brandler, CFO of DME Advisors, L.P., its Investment Advisor |
|---|---|
| By: _____<br>Name:<br>Title: | By: _____ [signature]<br>Name:<br>Title: |
| By: _____<br>Name:<br>Title: | By: _____<br>Name:<br>Title: |