# CERTIFICATE OF SERVICE

I, James M. Heiser, an attorney, hereby certify that prior to 4:00 pm EST on the 14th day of April 2011, I caused a true and correct copy of the **Withdrawal of Proof of Claims of U.S. Bank National Association as Trustee Filed Against Lehman Brothers Holdings Inc., and Lehman Brothers Financial Products Inc. in Connection with Swaps Issued in the Madison Avenue Structured Finance CDO I Limited Transaction,** to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

| | |
|---|---|
| Honorable James M. Peck<br>United States Bankruptcy Court for the<br>   Southern District of New York<br>Courtroom 601<br>One Bowling Green<br>New York, NY  10004 | Shai Y. Waisman, Esq.<br>Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Jacqueline Marcus, Esq.<br>Harvey R. Miller<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Andy Velez-Rivera<br>Paul Schwartzberg<br>Brian Masumoto<br>Linda Riffkin<br>Tracy Hope Davis<br>Office of the United States Trustee for the<br>   Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 | Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Luc A. Despins<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005 |
| Lindsee P. Granfield, Esq.<br>Lisa Schweiger, Esq.<br>Cleary Gotliebb LLP<br>One Liberty Plaza<br>New York, NY  10006 | Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY  10004 |
| Terry S. Arbit<br>Robert B. Wasserman<br>Commodity Futures Trading Commission<br>Three Lafayette Centre<br>1155 21st Street, NW<br>Washington, DC  20581 | Chicago Mercantile Exchange<br>20 South Wacker Drive<br>Chicago, IL  20581 |

2991063.01.01.doc

| | |
|---|---|
| James Kobak<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY  10004 | Ronald J. Silverman<br>Steven Wilamowsky<br>Bingham McCutchen, LLP<br>399 Park Avenue<br>New York, NY  10022-4689 |
| Jessica L. Fink<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281 | Ira M. Levee<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ  07068 |
| Thomas R. Slome<br>Meyer, Suozzi, English & Klein, P.C.<br>900 Stewart Avenue, Suite 300<br>PO Box 9194<br>Garden City, NY  11530 | Madlyn Gleich Primoff<br>Scott D. Talmadge<br>Richard Choi<br>Kaye Scholer, LLP<br>425 Park Avenue<br>New York, NY  10022 |
| Paul Aronzo<br>Gregory Bray<br>Milbank, Tweed, Hadley & McCloy<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA  90017 | Assistant United States Attorney, SDNY<br>Attn:  Robert Yalen, Esq.<br>86 Chambers Street<br>3rd Floor<br>New York, NY  10007 |
| Internal Revenue Service<br>Special Procedures Branch<br>Attn:  District Director<br>290 Broadway<br>New York, NY  10007 | |

/s/ James M. Heiser
_____
James M. Heiser