# EXHIBIT A

| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al<br>08-13555 (JMP)        0000047171 |
|---|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009.

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>DOTSON INVESTMENTS LIMITED<br>BES SFE-ES AV MIGUEL DANTAS - EDIFÍCIO STATUS<br>4930-678 VALENCA DO MINHO<br>PORTUGAL<br>Telephone number: 00 351 962739719  Email Address: hcvilela @bes.pt | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>*(If known)*<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ __653.144,31__ (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): __XS0215349357__ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
__6057520__ (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: EUROCLEAR BANK ACC
__BES # 22104__ (Required)

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY<br><br>FILED / RECEIVED<br><br>OCT 26 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| Date:<br>22.9.2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## _DEFINITIONS_

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## _INFORMATION_

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## PROCURAÇÃO

É DO CONHECIMENTO PÚBLICO QUE PELA PRESENTE, os abaixo assinados, Edgardo E. Díaz e María Vallarino A., sendo os Gerentes da **DOTSON INVESTMENTS LIMITED**, a sociedade constituída e existindo em conformidade com as leis das Ilhas Virgens Britânicas, pela presente constituiem e nomeiam o Sr. **Fernando José García Martínez** e/ou a Sra. **Berta Rodríguez Garrido**, para qualquer um deles agir individualmente, como verdadeiro e leal procurador em nome da sociedade, em quaisquer países e locais do mundo em relação com os seus negócios, conforme a ocasião o requeira, e praticar todo e qualquer acto ou assunto que a Sociedade possa ela própria praticar, incluindo, mas não restritos, aos seguintes actos e assuntos. _____

PRIMEIRO: Gerir e administrar os bens de qualquer espécie, seja pessoal, imóvel ou móvel, obrigações ou títulos, acções e/ou garantias, os quais a sociedade possa possuir actualmente ou venha mais tarde a adquirir. _____

SEGUNDO: Cobrar e receber de qualquer tipo de organizações, indivíduos, entidades, empresas, sociedades civis ou comerciais, nacionais ou estrangeiras, quaisquer somas de dinheiro que por qualquer razão sejam devidas à sociedade, quer tenha tido origem em contratos e representem receitas, empréstimos, créditos, juros ou dividendos, emitindo por isso os correspondentes recibos e documentos de quitação._

TERCEIRO: Dar e receber de aluguer todos os tipos de propriedade, nos termos e pelo preço e condições que ele possa considerar convenientes; e a rescindir todos os tipos de contratos sempre que tal seja aconselhável. _____

QUARTO: Receber e prestar contas de todos os tipos, examinar, aprovar ou rejeitar as mesmas e receber e pagar quaisquer balanços daí resultantes. _____

QUINTO: Abrir, manter, liquidar e/ou fechar contas correntes e de poupança, somente no **Grupo Banco Espírito Santo**, fazer depósitos de todos os tipos, aceitar, aprovar e rejeitar contratos de contas; retirar fundos dessas mesmas contas, depositar e assinar cheques, autorizações e ordens de pagamento de qualquer tipo; e em conexão

2



com as ditas operações assinar todos os documentos que possam ser necessários, sem qualquer limitação qualquer que ela seja e autorizar qualquer outra pessoa ou pessoas a assinarem os mesmos.

SEXTO: Através de qualquer e de todos os meios emitir, aceitar, endossar, assinar, transferir, caucionar, negociar, cancelar, pagar, cobrar ou tomar a angariação de, garantir e ou de qualquer outra forma, dispor e entregar letras de câmbio, garantias, notas, cheques, e todo o tipo de documentos de crédito e garantias. _____

SÉTIMO: Requerer e arranjar, no interesse da sociedade, somente com o **Grupo Banco Espírito Santo**, a abertura de créditos comerciais, letras de crédito e de garantia, a pessoas ou entidades que ele possa designar. _____

OITAVO: Emprestar e pedir emprestado quaisquer somas de dinheiro, com ou sem hipoteca ou fiança; fixar a taxa de juro, o termo e outras condições que ele possa em documento próprio estipular; e constituir, aceitar, prorrogar, atribuir, transferir, impedir, corrigir, e/ou liquidar hipotecas. _____

NONO: Providenciar para o depósito de todos os bens e garantias no **Grupo Banco Espírito Santo** com poder para retirar a totalidade ou parte de tais depósitos que ele possa achar apropriado, tomar de aluguer cofres de depósito em cofres de bancos, assinando, prorrogando e rescindindo os correspondentes contratos sempre que considere apropriado; e depositar e levantar de tais cofres, sempre que o julgar conveniente, assinando os respectivos documentos para esse efeito. _____

DÉCIMO: Dar e aceitar para pagamento de dívidas todo o tipo de bens pelo preço que ele acordar. _____

DÉCIMO PRIMEIRO: Levar a cabo todos os tipos de procedimentos perante repartições públicas e privadas, Repartições de Registo de todos os tipos, e perante indivíduos, funcionários e autoridades de qualquer natureza, nacionais e estrangeiras, preencher petições e requerimentos de todo o tipo, dirigir negócios e procedimentos de toda a natureza, e apelar através dos canais próprios contra qualquer tipo de resoluções passadas até que se obtenha uma resolução definitiva. _____

**DÉCIMO SEGUNDO:** Assistir a todas as reuniões para as quais a sociedade possa ser convocada ou que possa ser chamada a participar, por qualquer razão, de pessoas privadas, de accionistas de empresas civis ou comerciais, nacionais ou estrangeiras; tomar parte em todo o tipo de discussões que surjam sobre qualquer assunto, qualquer que elas sejam; adoptar, aprovar ou opor resoluções, emitir os votos da sociedade da forma que ele considere aconselhável; e assinar as actas das reuniões sempre que tal seja requerido por lei ou por regulamento. _____

**DÉCIMO TERCEIRO:** Comprar, aceitar, trocar, ou de outra maneira ou por qualquer forma adquirir e vender bens pessoais ou bens imóveis adquirir e vender, contribuir, ceder, transferir, dispor de bens móveis, efeitos, garantias, títulos, acções de empresas e sociedades civis e comerciais, documentos de crédito e de garantia e direitos e acções de todos os tipos, nacionais e estrangeiras, em dinheiro ou em prestações, fixando o preço e as condições que ele entenda conveniente estipular; pagar e receber o preço de tais operações; e aceitar e executar recibos, quitações e provas de pagamento relacionadas com tudo isto. _____

**DÉCIMO QUARTO:** Organizar, alterar, prorrogar, liquidar e dissolver, sociedades civis e comerciais de todos os tipos, aumentando ou diminuindo por essa forma o capital e bens, estabelecendo as regras sob as quais ele deve geri-los; subscrever acções, representar tais acções e receber os lucros disso e naquilo que se entenda por conveniente indicar, gestores, liquidatários e peritos. _____

**DÉCIMO QUINTO:** Assumir a posse real, física e simbólica de qualquer tipo de bens pertencentes à corporação, aplicar e garantir reduções de quantias e prorrogações de prazo, participar em acordos de pagamento com credores e devedores, e comprometer-se face a todos os tipos de créditos, direitos e acções. ____

**DÉCIMO SEXTO:** Exercer todos os direitos que tenham origem em contratos celebrados ou que possam vir a ser celebrados pela sociedade ou em seu nome; elaborar minutas com o objectivo de registar factos e emitir citações e notificações de

4

todos os tipos, e consignações, com autoridade para levantar as citadas consignações e as quantias consignadas em nome da sociedade. _____

DÉCIMO SÉTIMO: Requerer registos e inscrições de todos os géneros no Registo de Acções, no Registo Comercial de Sociedades e no Registo Predial e onde mais for conveniente. _____

DÉCIMO OITAVO: Participar em todos os actos e contratos não aqui especificados quer o objecto seja o da criação ou extensão de direitos reais ou pessoais, incluindo a conclusão de contratos de representação com sociedades concessionárias ou pessoas. _____

DÉCIMO NONO: Ser investido com toda a autoridade dos poderes para levar a cabo acções judiciais, nas quais ele deva exercer os poderes abaixo mencionados, em nome de e em representação da sociedade: _____

(I) Representar, assistir e defender a sociedade em todas as acções judiciais, em matéria civil e criminal, interrogatórios de todos os tipos e acções de despejo, de habilitação, de verificação ou aprovação de testamentos, formalidades que digam respeito a declarações de herdeiros em acções de aprovação e verificação de testamentos, declarativas envolvendo mais ou menos que uma certa quantia, execuções, com poderes especiais para preencher protestos, executar pagamentos legais em contas e preenchê-los com todos os requisitos necessários, acções de insolvência, falência, retracções, intervenções, embargos, incidentes e em todos os procedimentos de acções judiciais, incluindo aqueles de jurisdição voluntária, nos quais a sociedade possa activamente ou venha futuramente a estar interessada, seja como pleitante, defensor, ou sob qualquer outra forma; e da mesma maneira representar, assistir e defendê-la em todos os estádios das mencionadas acções e em controvérsias administrativas, procedimentos seja em qualquer estádio, apelos e recursos. _____

(II) Iniciar, continuar e terminar acções sumárias de acordo com a Lei Imobiliária ou Hipotecária ou com os seus regulamentos e provisões legais aplicáveis

5

ao assunto com poder para estipular a obrigação de indemnizar estragos; e para requerer adjudicações de propriedades em pagamento das queixas propostas. _____

(III) Comparecer em cada uma e em todas as mencionadas acções judiciais e materiais, perante tribunais, juízos, tribunais arbitrais, Ministros, Repartições competentes e autoridades em geral, seja como pleitantes ou defendentes, executar requerimentos e queixas, reivindicações, contestações, respostas, réplicas, contestação a reivindicação, concursos, patrocínios e petições de todos os tipos; iniciar, prosseguir e terminar, matérias jurisdicionais desagravando ou agravando; desafiar juizes e todos os outros indivíduos, iniciar, prosseguir e terminar todos os tipos de acções e excepções, petições citações, intimidações, citações judiciais e notariais, admoestações, despejos, transferências, aditamentos, prorrogações, certificações, ordens do tribunal, proclamações, notações, cancelamentos, aprisionamentos, libertações de prisões, embargos de qualquer espécie, desembargos, venda, capturas legais, venda em leilão de bens e preenchimento de documentos de registos de tribunal; submeter e aumentar licitações e propostas em vendas judiciais, e extra judiciais, seja para o outorgante ou com o propósito de as transferir para uma parte terceira; requerer, executar e aceitar, documentos e escrituras de venda para adjudicação de bens imóveis ou pessoas; consignar; depositar e levantar quantias de dinheiro; apresentar testemunhas, interrogatórios, ficheiros e documentos como provas; oferecer, requerer e introduzir todos os tipos de provas; denunciar testemunhos da parte contrária e representar a sociedade na tomada de todas as provas; requerer e tomar posse de bens reais ou pessoais e estar presente e votar em todas as reuniões e sessões, declarando, concordando e resolvendo tudo aquilo e todas as coisas, quaisquer que elas sejam, com as quais ele esteja de acordo; bem como em julgamentos e interrogatórios; requerer acções de falência e insolvência, nomear destinatários e comissários, depositários, peritos, avaliadores de propriedades e administradores, ouvir decisões em audiência, julgamentos e sentenças, consentindo com qualquer coisa favorável e apelando de qualquer coisa desfavorável, pedir,

6

anunciar, apresentar, prosseguir ou não, acções de nulidade e pareceres para a parte contrária, apelar, requerer, queixar-se, modificar, inconstitucionalidades, abolição de débitos, protecção da posse e propriedade, revisão governamental, controvérsias administrativas, e todas as outras acções ordinárias e extraordinárias que possam vir a ser necessárias; suspender e levantar cada um dos recursos aqui referidos, com autoridade para seguir os mesmos através de todos os estádios até que estejam terminados e rejeitando aqueles que possam ser preenchidos pela parte contrária; persistir em, desistir e levantar sempre que isso seja considerado apropriado de quaisquer acções, excepções, acções judiciais e queixas, sem qualquer excepção qualquer que ela seja; requerer a execução de sentenças reforçando o completo preenchimento delas através dos pertinentes canais legais; requerer, promover e praticar todas as formalidades preliminares e todas as acções judiciais e extra judiciais conforme for necessário, com poder para solicitar, aprovar rejeitar e exigir a tributação de custos; e ajustar, ratificar, declarar sob juramento, protestar e acordar sem limites quaisquer que eles sejam _____

VIGÉSIMO: Executar e assinar todo o tipo de poderes de Advogado sempre que ele o possa considerar apropriado ou necessário, gerais, comerciais, para acções judiciais ou especiais, com todos os poderes que nela possa livremente conceder, sem limitações quaisquer que elas sejam, em qualquer parte do mundo, como se fossem executadas pelo Conselho de Directores ou pela Assembleia Geral de Accionistas da Sociedade. _____

VIGÉSIMO PRIMEIRO: Representar a sociedade em qualquer licitação ou leilão, seja privado ou público e tomar as medidas necessárias e assinar todos os documentos julgados necessários ou convenientes no melhor interesse da sociedade na altura de realizar as ofertas. _____

VIGÉSIMO SEGUNDO: Executar e emitir no exercício de todos os poderes concedidos, todos os documentos públicos e privados que possam ser necessários, com as clausulas, termos, condições, renúncias, pactos e requisitos que ele considerar

7

necessários, sem qualquer tipo de limitação, rejeitando domicílio e estipulando o local para o cumprimento das obrigações. _____

VIGÉSIMO TERCEIRO: Delegar em parte ou na totalidade, os poderes da presente procuração a favor da pessoa ou pessoas que ele possa designar e revogar tais delegações sempre que ele julgue necessário. _____

PERANTE MIM, esta procuração foi elaborada neste dia 24 de Junho de 2005.


**DOTSON INVESTMENTS LIMITED**


Edgardo E. Díaz
Gerente

María Vallarino A.
Gerente


Yo, **LICDO. DIOMEDES EDGARDO CERRUD**, Notario Público
Quinto del Circuito de Panamá, con Cédula No. 8-171-301

**CERTIFICO:**

Que la(s) firma(s) anterior(es) de: **EDGARDO E. DÍAZ**
**MARÍA VALLARINO A.**
ha(n) sido reconocida(s) como suya(s) por los firmantes, por consiguiente dicha(s) firma(s) es (son) auténtica(s).

Panamá, **3 0 JUN. 2005**

TESTIGO                    TESTIGO

Licdo. Diomedes Edgardo Cerrud
Notario Público Quinto

REPÚBLICA DE PANAMÁ
NOTARIA QUINTA DEL CIRCUITO

REPUBLICA de PANAMA
• TIMBRE NACIONAL •
≡006.00
P.E. 1033
01 07 05
162 1
124 5
891 5

## APOSTILLE

(Convention de la Haye du 5 octobre 1961

País PANAMÁ

El presente documento público

2 ha sido firmado por _____

3 quién actúa en calidad de _____ Notario

4 y está revestido del sello / timbre de _____
   CERTIFICADO

5 en PANAMÁ    el día    0 1 JUL 2005

7 POR dirección administrativa

8 bajo el número _____ 10817

9 Sello / timbre  10 Firma

**Esta Autorización no
implica responsabilidad
en cuanto al contenido
del documento**



**BANCO ESPIRITO SANTO**

Sede | Head Office
APARTADO 8135
1802-001 LISBOA

Telegramas | Cable Address ARIEB
Telex 12191-BESCLP (Lisboa)
ou | or 22368-ARIEBP (Porto)
Swift Address LISBOA-BESCPTPL
ou | or PORTO-BESCPTPLOPR

ORIGIN

DEO-SERVIÇO DE TÍTULOS/EVENTOS

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

**ATTN: LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING**

**757 THIRD AVENUE, 3RD FLOOR**

**NEW YORK, NEW YORK 10017**

**USA**

| OUR REF. | DATE |
|---|---|
| CA/ET | 23-10-2009 |

SUBJECT: PROOF OF CLAIMS

Dear Sirs,

We herewith enclosed the Lehman Securities Programs Proof of Claims.

Yours sincerely,

BANCO ESPÍRITO SANTO, SA

**ESPIRITO SANTO**

| ISIN | NAME OF CREDITOR | TELEPHONE | E-MAIL ADDRESS: | EOC BLOCKING NUMBER |
|---|---|---|---|---|
| XS0215349357 | BANDEL OVERSEAS LTD | +351962739719 | HCVILELA@BES.PT | 6057475 |
| XS0215349357 | BARRACK HOLDING, SA | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057482 |
| XS0215349357 | BLONKAR OVERSEAS LIMITED | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057459 |
| XS0215349357 | DARMONT TRADING LIMITED | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057466 |
| XS0215349357 | DEHAVILL INVESTMENTS SA | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057478 |
| XS0215349357 | DENHACK FINANCE SA | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057487 |
| XS0215349357 | DOTSON INVESTMENTS LIMITED | +351962739719 | HCVILELA@BES.PT | 6057520 |
| XS0215349357 | DRESSER FINANCE SA | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057471 |
| XS0215349357 | DUSHORE INTERNATIONAL INC | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057472 |
| XS0215349357 | FAMILIA CUNHA SA | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057521 |
| XS0215349357 | FIRSDRIVE INVESTMENTS SA | +34610560752 | CRJHERNANDEZ@MUNDO-R.COM | 6057483 |
| XS0215349357 | FIRSDRIVE INVESTMENTS SA | +34610560752 | CRJHERNANDEZ@MUNDO-R.COM | 6057484 |
| XS0215349357 | FIRSDRIVE INVESTMENTS SA | +34610560752 | CRJHERNANDEZ@MUNDO-R.COM | 6057485 |
| XS0215349357 | GRAVELBOURG HOLDING SA | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057474 |
| XS0215349357 | GROVETON INTERNATIONAL INC | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057473 |
| XS0215349357 | IBERVILLE OVERSEAS SA | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057492 |
| XS0215349357 | LANZON INVESTMENTS SA | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057480 |
| XS0215349357 | MILCENT INTERNATIONAL LTD | +351962739719 | HCVILELA@BES.PT | 6057469 |
| XS0215349357 | MITRABURG INTERNATIONAL INC | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057518 |
| XS0215349357 | MONTEVALLO INVESTMENTS LTD | +351962739719 | HCVILELA@BES.PT | 6057481 |
| XS0215349357 | NERGAS HOLDINGS LIMITED | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057490 |
| XS0215349357 | NIBLEY INTERNATIONAL LIMITED | +351962739719 | HCVILELA@BES.PT | 6057486 |
| XS0215349357 | PARKREST INVESTMENTS SA | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057508 |
| XS0215349357 | PINCOURT INTERNATIONAL SA | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057491 |
| XS0215349357 | RADIUS INTERNATIONAL INC | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057476 |
| XS0215349357 | THURLAND OVERSEAS LTD | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057456 |
| XS0215349357 | VICTOR MANUEL SANTOS CORREIA VIANA | +351213300860 | SFE-MADEIRA.AO@BES.PT | 6057506 |
| XS0229269856 | AMEBAN INVESTMENTS LTD | +351962739719 | VALALVA@PANDEO.COM | 6057511 |
| XS0229269856 | ANTONIO ADELINO PEREIRA FERNANDES | +351917590919 | FRANCISCO.VIDAL@BES.PT | 6057500 |
| XS0229269856 | ARKLEY INVESTMENTS SA | +351962739719 | FRANCISCO.COUTINHO@BES.PT | 6057496 |
| XS0229269856 | COASTKY INVESTMENTS SA | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057515 |
| XS0229269856 | GIL LECA PEREIRA | 005511-98755300 | FRANCISCO.VIDAL@BES.PT | 6057493 |
| XS0229269856 | LANZON INVESTMENTS SA | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057494 |
| XS0229269856 | WIVENHOE INVESTMENTS, SA | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057503 |
| XS0229584296 | AMEBAN INVESTMENTS LTD | +351962739719 | VALALVA@PANDEO.COM | 6057551 |
| XS0229584296 | ARKLEY INVESTMENTS SA | +351962739719 | FRANCISCO.COUTINHO@BES.PT | 6057524 |
| XS0229584296 | JOSE VERDASCA SANTOS | +351218482732 | FRANCISCO.VIDAL@BES.PT | 6057573 |
| XS0229584296 | MERCUROAD HOLDING SA | +351962739719 | FRANCISCO.COUTINHO@BES.PT | 6057538 |
| XS0229584296 | STORDEN LIMITED | +351962739719 | FRANCISCO.COUTINHO@BES.PT | 6057545 |
| XS0229584296 | STORDEN LIMITED | +351962739719 | FRANCISCO.COUTINHO@BES.PT | 6057552 |
| XS0229584296 | STORDEN LIMITED | +351962739719 | FRANCISCO.COUTINHO@BES.PT | 6057555 |
| XS0232364868 | ARKLEY INVESTMENTS SA | +351962739719 | FRANCISCO.COUTINHO@BES.PT | 6057605 |
| XS0282978666 | DOTSON INVESTMENTS LIMITED | +351962739719 | HCVILELA@BES.PT | 6057601 |
| XS0282978666 | FAMILIA TOMAZ SA | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057592 |
| XS0282978666 | FARYN HOLDING LTD | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057591 |
| XS0282978666 | KERFAX INTERNATIONAL INC | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057602 |
| XS0282978666 | LANZON INVESTMENTS SA | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057593 |
| XS0282978666 | NADEL ENTERPRISES LTD | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057595 |
| XS0282978666 | ROLZEN OVERSEAS LIMITED | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057589 |
| XS0282978666 | THURLAND OVERSEAS LTD | +351213106571 | JOAO.MARIA.NEVES@BES.PT | 6057599 |