# EXHIBIT B

| SERIES NUMBER | ISIN | ISSUER | DESCRIPTION | MATURITY DATE | CURRENCY |
|---|---|---|---|---|---|
|  | XS0385774921 | LEHMAN BROTHERS TREASURY CO. BV |  |  |  |
|  | XS0385775498 | LEHMAN BROTHERS TREASURY CO. BV |  |  |  |
| MN11145 | XS0385822753 | LEHMAN BROTHERS TREASURY CO. BV | LB 2 YEAR USD INDEX BONUS FIXED COUPON NOTE | 9/10/2010 | USD |
| MN11143 | XS0385823306 | LEHMAN BROTHERS TREASURY CO. BV | LB 2 YEAR HKD INDEX BONUS FIXED COUPON NOTE | 9/9/2010 | HKD |
| MN11144 | XS0385823488 | LEHMAN BROTHERS TREASURY CO. BV | LB 2 YEAR HKD INDEX BONUS FIXED COUPON NOTE | 9/9/2010 | HKD |
|  | XS0386289929 | LEHMAN BROTHERS TREASURY CO. BV |  |  |  |
| MN11151 | XS0386290778 | LEHMAN BROTHERS TREASURY CO. BV | LB 2 YEAR HKD INDEX BONUS FIXED COUPON NOTE | 9/9/2010 | HKD |
| MN11154 | XS0386331127 | LEHMAN BROTHERS TREASURY CO. BV | AUTOCALLABLE MEMORY COUPON NOTES | 3/12/2012 | USD |
|  | XS0386429442 | LEHMAN BROTHERS TREASURY CO. BV |  |  |  |
|  | XS0386434103 | LEHMAN BROTHERS TREASURY CO. BV |  |  |  |
|  | XS0386650658 | LEHMAN BROTHERS TREASURY CO. BV |  |  |  |
| MN11158 | XS0386674088 | LEHMAN BROTHERS TREASURY CO. BV | 2 YEAR TWD QUANTO NOTE LINKED TO KOREA INDEX | 9/8/2010 | USD |
| MN11152 | XS0386716269 | LEHMAN BROTHERS TREASURY CO. BV | 50 DAYS HSBC HOLDING LEHMAN BROTHERS HOLDINGS PLC EQUITY | 10/31/2008 | HKD |
|  | XS0386716343 | LEHMAN BROTHERS TREASURY CO. BV |  |  |  |
|  | XS0386716426 | LEHMAN BROTHERS TREASURY CO. BV |  |  |  |
| MN11163 | XS0386716699 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR USD NOTE LINKED TO HONG KONG INDEX | 9/13/2010 | USD |
| MN11149 | XS0386736028 | LEHMAN BROTHERS TREASURY CO. BV | ASIAN NOTE ON SPGTAQD INDEX |  |  |
| MTN4616C | XS0387045163 | LEHMAN BROTHERS TREASURY CO. BV | CERTI PLUS DJ EURO STOXX | 7/14/2009 | EUR |
|  | XS0229269856 | LEHMAN BROTHERS UK CAPITAL FUNDING II | FIXED RATE GUARANTEED NON-VOTING NON-CUMULATIVE PERPETUAL PREFERRED SECURITIES | 10/12/2009 | EUR |
|  | XS0243852562 | LEHMAN BROTHERS UK CAPITAL FUNDING III | COMPANY GUARANTY |  | EUR |
| EB13 | XS0215349357 | LEHMAN BROTHERS UK CAPITAL FUNDING IV | COMPANY GUARANTY | 6/19/2008 | EUR |
|  | XS0282978666 | LEHMAN BROTHERS UK CAPITAL FUNDING IV | COMPANY GUARANTY |  | EUR |
|  | XS0301813522 | LEHMAN BROTHERS UK CAPITAL FUNDING V | FIXED RATE ENHANCED CAPITAL ADVANTAGED PREFERRED SECURITIES |  | USD |
|  | XS0272251106 | NB PRIVATE EQUITY |  |  |  |
|  | IE00B0T0GR92 | NEUBERGER BERMAN US REAL ESTATE |  |  | USD |
|  | XS0127739943 | QUARTZ FINANCE LTD | COMPANY GUARANTY |  | EUR |
|  | XS0248605072 | SIGMA FINANCE CORP | COMPANY GUARANTY | 11/3/2008 | EUR |
|  | IE0032365896 |  |  |  |  |
|  | XS0169028700 |  |  | 3/14/2011 |  |
|  | XS033515113 |  |  |  |  |
|  | XS034074016 |  |  |  |  |
|  | ANN521332331 |  |  | 12/28/2007 |  |
|  | ANN521333248 |  |  |  |  |
|  | ANN521333321 |  |  |  |  |
|  | ANN521336134 |  |  |  |  |
|  | ANN521336217 |  |  |  |  |
|  | ANN521336621 |  |  | 9/8/2010 |  |
|  | ANN521338452 |  |  |  |  |
|  | ANN5213N1486 |  |  |  |  |
|  | ANN5213N2625 |  |  | 11/24/2008 |  |
|  | ANN5214A2934 |  |  |  |  |
|  | ANN5214A3841 |  |  |  |  |
|  | ANN5214A4005 |  |  |  |  |
|  | ANN5214A5747 |  |  |  |  |
|  | ANN5214A8063 |  |  |  |  |
|  | ANN5214R2216 |  |  | 12/5/2008 |  |
|  | ANN5214R2703 |  |  |  |  |
|  | ANN5214R3123 |  |  |  |  |
|  | ANN5214R3206 |  |  | 12/8/2008 |  |
|  | ANN5214R4600 |  |  |  |  |
|  | ANN5214R6019 |  |  | 12/8/2008 |  |
|  | ANN5214R6357 |  |  |  |  |
|  | ANN5214R6431 |  |  |  |  |
|  | ANN5214R6761 |  |  |  |  |
|  | ANN5214R6845 |  |  |  |  |
|  | ANN5214R6928 |  |  |  |  |
|  | ANN5214R7181 |  |  |  |  |
|  | ANN5214R7751 |  |  |  |  |
|  | ANN5214R7918 |  |  |  |  |
|  | ANN5214R8338 |  |  |  |  |
|  | ANN5214R8411 |  |  |  |  |
|  | ANN5214R8585 |  |  |  |  |
|  | ANN5214R8668 |  |  |  |  |
|  | ANN5214R8742 |  |  |  |  |
|  | ANN5214T1364 |  |  |  |  |
|  | ANN5214T1851 |  |  |  |  |
|  | ANN5214T2016 |  |  |  |  |
|  | ANN5214T2198 |  |  |  |  |
|  | ANN5214T2503 |  |  |  |  |
|  | ANN5214T2685 |  |  |  |  |
|  | ANN5214T2768 |  |  |  |  |
|  | ANN5214T2842 |  |  |  |  |
|  | ANN5214T3592 |  |  |  |  |
|  | ANN5214T3675 |  |  |  |  |
|  | ANN5214T3832 |  |  |  |  |
|  | ANN5214T3915 |  |  |  |  |
|  | ANN5214T4582 |  |  |  |  |
|  | ANN5214T5571 |  |  |  |  |
|  | ANN5214T6157 |  |  |  |  |
|  | ANN5214T6496 |  |  |  |  |
|  | ANN5214T7221 |  |  |  |  |
|  | ANN5214T7304 |  |  |  |  |
|  | ANN5214T7486 |  |  |  |  |
|  | ANN5214T7551 |  |  |  |  |
|  | ANN5214T7635 |  |  |  |  |
|  | ANN5214T8393 |  |  |  |  |
|  | ANN5214T8476 |  |  |  |  |
|  | ANN5215P1904 |  |  |  |  |
|  | ANN5215P2084 |  |  |  |  |
|  | ANN52520D129 |  |  | 8/14/2008 |  |
|  | XS0205085456 |  |  |  |  |
|  | XS0210101750 |  | LEHMAN BROTHERS HOLDINGS LEH 5 | 01/26/2010 |  |

08-13555-mg    Doc 15994-2    Filed 04/14/11    Entered 04/14/11 13:54:32    Exhibit B-LPS List    Pg 2 of 2

Lehman Programs Securities, as of July 17, 2009