Honorable James M. Peck
One Bowling Green, New York
Courtroom 601

NEW YORK 10004
UNITED STATES OF AMERICA

Brussels, 8 March 2011

Reference: Chapter 11 Case N° 08-13555 (JMP)

Claim number: 52117

Debtor: 08-13555

Creditor Name & Address: Carnoy, Dominique, Avenue de l'Horizon 53, Woluwe St Pierre, 1150 BELGIUM

Classification & Amount of claim: UNSECURED: 70,755.00 USD

Dear Sir,

With this letter, I want to oppose the disallowance and expungement of my claim, referenced above.

The reason of this opposition is the following: We have a position in a bond issued by Lehman Brothers UK Capital Funding (ISIN XS0215349357). This company is a wholly owned subsidiary of Lehman Brothers Holdings Inc, the debtor. Furthermore, the guarantor of the bond is Lehman Brothers Holdings plc, which itself is also fully owned by Lehman Brothers Holdings Inc.

Hence, albeit that we invested through a subsidiary of Lehman Brothers Holdings Inc, the engagements of the subsidiary are also to be respected by the parent company.

Yours sincerely,

Dominique Carnoy

Avenue de l'Horizon 53, 1150 Woluwe ST Pierre, Belgium



RECEIVED
APR - 7 2011
U.S. BANKRUPTCY COURT, SDNY
JMP