WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard W. Slack

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
**In re** : Chapter 11
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : Case No. 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
----------------------------------------------------------------x

**DEBTORS' DESIGNATION OF ADDITIONAL ITEMS FOR RECORD ON
APPEAL FROM THE ALTERNATIVE DISPUTE RESOLUTION
PROCEDURES ORDER FOR AFFIRMATIVE CLAIMS OF
THE DEBTORS UNDER DERIVATIVES TRANSACTIONS
WITH SPECIAL PURPOSE VEHICLE COUNTERPARTIES**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellee Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), hereby submit the following designation of additional items to be included in the record for the appeal filed by U.S. Bank, National Association ("U.S. Bank") from the Alternative Dispute Resolution Procedures Order for Affirmative Claims of the Debtors Under Derivative Transactions with Special Purpose Vehicle Counterparties entered in the

above-referenced chapter 11 cases on March 3, 2011 [Docket No. 14789] by the United

States Bankruptcy Court for the Southern District of New York.

## Counter-Designation of the Record on Appeal

In addition to the items designated by U.S. Bank to be included in the

record on appeal, the Debtors designate the following:

1. Alternative Dispute Resolution Procedures Order for Affirmative Claims of Debtors Under Derivatives Contracts, entered on September 17, 2009 [Docket No. 5207];

2. Notice of Withdrawal of Credit Agricole Corporate and Investment Bank's Objection to Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivatives Transactions With Special Purpose Vehicle Counterparties, filed on January 10, 2011 [Docket No. 13859];

3. Notice of Withdrawal of Limited Objection of Aviva S.p.A., Aviva Italia Holding S.p.A., Aviva Vita S.p.A., Aviva Life S.p.A., Aviva Italia S.p.A., Aviva Assicurazioni S.p.A., and Aviva Previdenza S.p.A. to Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of Debtors Under Derivatives Transactions With Special Purpose Vehicle Counterparties, filed on January 10, 2011 [Docket No. 13870];

4. Notice of Second Revised Order to Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 for Authorization to Implement Alternative Dispute Resolution Procedures for Affirmative Claims of the Debtors Under Derivatives Transactions with Special Purpose Vehicle Counterparties, filed on February 15, 2011 [Docket No. 14517]; and

5. Transcript regarding Hearing Held on 02/16/2011 10:05AM RE: Debtor's Motion of the Bank of Nova Scotia for Relief from the Automatic Stay; Debtor's Motion for Authorization and approval of a Settlement and Compromise Among Lehman Brothers Holding Inc., Lehman Commercial Paper Inc. and Swedbank AB, New York Branch; Debtor Lehman Commercial Paper Inc. and Swedbank AB, New York Barnch . . . et al., including such portions of the Transcript relating to Debtors' Motion for Authorization to Implement Alternative Dispute Resolution Procedures for

Affirmative Claims of the Debtors Under Derivatives Transactions with Special Purpose Vehicle Counterparties, filed on 2/17/2011 [Docket No. 14851].

Dated: April 14, 2011
New York, New York

        Respectfully submitted,

        /s/ Richard W. Slack
        Richard W. Slack
        WEIL GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Debtors
        and Debtors in Possession