# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Drake Low Volitility Master Fund Ltd.

Drake Low Volitility Master Fund Ltd., having offices located at 660 Madison Avenue, 16th Floor, New York, New York 10065 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $1,125,256.42, docketed as Claim No. 32455 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 23rd day of December, 2010.

**Drake Low Volitility Master Fund Ltd.**

WITNESS:

(Signature) /s/ Marlin Reyes

Name: Marlin Reyes
Title: Associate
(Print name and title of witness)

By: /s/ Art Long Frillace
(Signature of authorized corporate officer)

Name: Art Long Frillace
Title: CIO
Tel.: 212.756-1282

**JPMorgan Chase Bank, N.A.**

WITNESS:

(Signature) /s/ Alexander Wilk

Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

By: /s/
(Signature of authorized corporate officer)

Name: Michael Economos
Title: Authorized Signatory
Tel.:

10

Drake Low Volitility Master Fund to JPM Assignment of Claim TD 12 10 10 $1 1MM

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Drake Low Volitility Master Fund Ltd.

Drake Low Volitility Master Fund Ltd., at 660 Madison Avenue, 16th Floor, New York, New York 10065 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $1,125,256.42, docketed as Claim No. 32454 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 23rd day of December, 2010.

**Drake Low Volitility Master Fund Ltd.**

WITNESS:

(Signature)

Name: Marlin Reyes
Title: Associate
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: Anthony Fuillace
Title: CIO
Tel.: 212.756.1282

**JPMorgan Chase Bank, N.A.**

WITNESS:

(Signature)

Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: Michael Economos
Title: Authorized Signatory
Tel.: _____

11

Drake Low Volitility Master Fund to JPM Assignment of Claim TD 12 10 10 $1 1MM