**EXHIBIT B**

GIANTS STADIUM LLC
Meadowlands Sports Complex
50 State Route 120
East Rutherford, New Jersey 07073

September 18, 2008

To:  Lehman Brothers Special Financing Inc.
     745 Seventh Avenue, 5th Floor
     New York, New York 10019
     Attention: Municipal Financial Products – Middle Office

Re:  **Termination of ISDA Master Agreement**

Dear Sir/Madam:

    Reference is made to that certain ISDA Master Agreement (FGIC-Insured), dated as of July 27, 2007 (together with the Schedule and Credit Support Annex thereto and each Confirmation issued thereunder, the "ISDA Master Agreement"), by and between us, Giants Stadium LLC, and you, Lehman Brothers Special Financing Inc. All capitalized terms not defined herein shall have the meanings assigned to such terms in the ISDA Master Agreement.

    Pursuant to Section 6(a) of the ISDA Master Agreement, we are hereby providing you notice that an Event of Default pursuant to Section 5(a)(vii) of the ISDA Master Agreement with respect to Party A's Credit Support Provider has occurred and is continuing. As the non-defaulting party, we hereby designate September 18, 2008 as the Early Termination Date with respect to all outstanding Transactions under the ISDA Master Agreement.

*[Signature follows on the next page.]*

Received by:
S. Whitaker *(handwritten)*

NY12528:335706.3

Very truly yours,

GIANTS STADIUM LLC

By: _____
Name: John K. Mara
Title: Authorized

Copies to:

Financial Security Assurance Inc.
31 West 52nd Street
New York, New York 10019
Attention: Transaction Oversight

and

Financial Guaranty Insurance Company
125 Park Avenue
New York, New York 10017
Attention: Risk Management

and

The Bank of New York Mellon, as Trustee for the Bonds
101 Barclay Street, Floor 7W
New York, New York 10286
Attention: Deirdre M. Lewis, Vice President

GIANTS STADIUM LLC
Meadowlands Sports Complex
50 State Route 120
East Rutherford, New Jersey 07073

September 18, 2008

To: Lehman Brothers Special Financing Inc.
745 Seventh Avenue, 5th Floor
New York, New York 10019
Attention: Municipal Financial Products – Middle Office

Re: **Termination of ISDA Master Agreement**

Dear Sir/Madam:

Reference is made to that certain ISDA Master Agreement (FSA-Insured), dated as of July 27, 2007 (together with the Schedule and Credit Support Annex thereto and each Confirmation issued thereunder, the "ISDA Master Agreement"), by and between us, Giants Stadium LLC, and you, Lehman Brothers Special Financing Inc. All capitalized terms not defined herein shall have the meanings assigned to such terms in the ISDA Master Agreement.

Pursuant to Section 6(a) of the ISDA Master Agreement, we are hereby providing you notice that an Event of Default pursuant to Section 5(a)(vii) of the ISDA Master Agreement with respect to Party A's Credit Support Provider has occurred and is continuing. As the non-defaulting party, we hereby designate September 18, 2008 as the Early Termination Date with respect to all outstanding Transactions under the ISDA Master Agreement.

*[Signature follows on the next page.]*

Received by:
S. Whitaker

Very truly yours,

GIANTS STADIUM LLC

By: _____
Name: John K. Mara
Title: Authorized Representative

Copies to:

Financial Security Assurance Inc.
31 West 52nd Street
New York, New York 10019
Attention: Transaction Oversight

and

Financial Guaranty Insurance Company
125 Park Avenue
New York, New York 10017
Attention: Risk Management

and

The Bank of New York Mellon, as Trustee for the Bonds
101 Barclay Street, Floor 7W
New York, New York 10286
Attention: Deirdre M. Lewis, Vice President