---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF DEBTORS' ONE HUNDRED NINETEENTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
In re                                          :      Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :      08-13555 (JMP)
                                               :
                        Debtors.               :      (Jointly Administered)
------------------------------------------------------------------x
```

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED NINETEENTH**
**OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)**

    **PLEASE TAKE NOTICE** that on April 14, 2011, Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), filed their one hundred nineteenth omnibus objection to

claims (the "Debtors' One Hundred Nineteenth Omnibus Objection to Claims"), and that a

hearing (the "Hearing") to consider the Debtors' One Hundred Nineteenth Omnibus Objection to

Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in

Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, New York, New York 10004, on **June 2, 2011 at 10:00 a.m. (Eastern

Time),** or as soon thereafter as counsel may be heard.

        **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' One

Hundred Nineteenth Omnibus Objection to Claims must be in writing, shall conform to the

Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall

be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242

(which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's

filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-242, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark

Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street,

21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini,

Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured

creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan

Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and

Evan Fleck, Esq.); so as to be so filed and received by no later than **May 18, 2011 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

           **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Debtors' One Hundred Nineteenth Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' One Hundred Nineteenth Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated:  April 14, 2011
       New York, New York

                          /s/ Robert J. Lemons
                          Robert J. Lemons

                          WEIL, GOTSHAL & MANGES LLP
                          767 Fifth Avenue
                          New York, New York 10153
                          Telephone: (212) 310-8000
                          Facsimile: (212) 310-8007

                          Attorneys for Debtors
                          and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                      :    Chapter 11 Case No.
                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.,     :    08-13555 (JMP)
                                           :
                         Debtors.          :    (Jointly Administered)
-------------------------------------------------------------------x
```

### DEBTORS' ONE HUNDRED NINETEENTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

> **THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS ONE HUNDRED NINETEENTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), respectfully represent:

**Relief Requested**

1.      The Debtors file this one hundred nineteenth omnibus objection to

claims (the "One Hundred Nineteenth Omnibus Objection to Claims"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this

Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664],

seeking the disallowance and expungement of the claims listed on Exhibit A annexed

hereto.

2.      The Debtors have examined the proofs of claim identified on

Exhibit A and have determined that the proofs of claim listed under the heading "*Claims

to be Disallowed and Expunged*" (collectively, the "Amended and Superseded Claims")

have been amended and superseded by at least one subsequently filed, corresponding

claim identified under the heading "*Surviving Claims*" (collectively, the "Surviving

Claims").  The Debtors seek the disallowance and expungement from the Court's claims

register of the Amended and Superseded Claims and preservation of the Debtors' right to

later object to any Surviving Claim on any basis.

3.      This One Hundred Nineteenth Omnibus Objection to Claims does not affect any of the Surviving Claims and does not constitute any admission or finding with respect to any of the Surviving Claims.  Further, the Debtors reserve all their rights to object on any basis to any Amended and Superseded Claim as to which the Court does not grant the relief requested herein.

## Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

5.      Commencing on September 15, 2008, and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.      On September 17, 2008, the United States Trustee for Region 2 (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

7.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's

appointment of the Examiner.  The Examiner has filed his report pursuant to section

1106(b) of the Bankruptcy Code [Docket No. 7531].

8.      On January 14, 2010, the Court entered the Procedures Order,

which authorizes the Debtors, among other things, to file omnibus objections to no more

than 500 claims at a time, on various grounds, including those set forth in Bankruptcy

Rule 3007(d) and those additional grounds set forth in the Procedures Order.

**The Amended and Superseded Claims Should Be Disallowed and Expunged**

9.      In reviewing the claims filed on the claims register in these cases

and maintained by the Court-appointed claims agent, the Debtors have determined that

each Amended and Superseded Claim on Exhibit A has been amended and superseded by

the corresponding Surviving Claim that was subsequently filed by or on behalf of the

same creditor.

10.     A filed proof of claim is "deemed allowed, unless a party in

interest . . . objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the

claim's essential allegations is asserted, the claimant has the burden to demonstrate the

validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009);

*In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS

660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524,

539 (Bankr. S.D.N.Y. 2000).

11.     Section 502(b)(1) of the Bankruptcy Code provides, in relevant

part, that a claim may not be allowed to the extent that "such claim is unenforceable

against the debtor and property of the debtor, under any agreement or applicable law."

11 U.S.C. § 502(b)(1).  Claims that are amended and superseded by subsequent claims

filed by the same creditor are routinely disallowed and expunged.  *See, e.g.*, *In re Enron Corp.*, Case No. 01 B 16034 (AJG), 2005 WL 3874285, at *1 n.1 (Bankr. S.D.N.Y. Oct. 5, 2005) (noting that "[i]n as much as the Initial Claim was amended and superceded by the Amended Claim, it was disallowed and expunged . . . ."); *In re Best Payphones, Inc.*, Case No. 01-15472, 2002 WL 31767796, at *4, 11 (Bankr. S.D.N.Y. Dec. 11, 2002) (expunging amended, duplicative claim).

12.     The Debtors cannot be required to pay on the same claim more than once.  *See, e.g., In re Finley, Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr. S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally disallowed.").  Elimination of redundant claims will also enable the Debtors to maintain a claims register that more accurately reflects the proper claims existing against the Debtors.

13.     Accordingly, to avoid the possibility of multiple recoveries by the same creditor, the Debtors request that the Court disallow and expunge in their entirety the Amended and Superseded Claims listed on <u>Exhibit A</u>.[1]  The Surviving Claims will remain on the claims register subject to further objections on any basis.

<u>**Notice**</u>

14.     No trustee has been appointed in these chapter 11 cases.  The Debtors have served notice of this One Hundred Nineteenth Omnibus Objection to Claims on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United

---

[1]  Where a creditor has filed different documentation in support of the Amended and Superseded Claim and the Surviving Claim, the Debtors will treat all documentation filed with the claims as having been filed in support of the Surviving Claim.

States Attorney for the Southern District of New York; (vi) the claimants listed on

Exhibit A annexed hereto; and (vii) all other parties entitled to notice in accordance with

the procedures set forth in the second amended order entered on June 17, 2010, governing

case management and administrative procedures for these cases [Docket No. 9635].  The

Debtors submit that no other or further notice need be provided.

15.    No previous request for the relief sought herein has been made by

the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request that the Court grant the

relief requested herein and such other and further relief as is just.

Dated:  April 14, 2011
         New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 1 | ALEXANDRA, MARIA & SILVA FEIST, G. RUA CIDADE DE VISEU NO. 67 PAREDE, 2775-393 PORTUGAL | 10/06/2009 | 08-13555 (JMP) | 36534 | $86,965.96 | MARIA ALEXANDRA C G SILVA FEIST RUA CIDADE DE VISEAU, NO. 67 PAREDE, 2775-393 PORTUGAL | 10/19/2009 | 08-13555 (JMP) | 41355 | $86,965.96 |
| 2 | BANCO PASTOR, S.A. ONE BISCAYNE TOWER 2 SOUTH BISCAYNE BOULEVARD SUITE 1620 MIAMI, FL 33131 | 10/23/2009 | 08-13555 (JMP) | 45605 | Undetermined | BANCO PASTOR, S.A. ONE BISCAYNE TOWER 2 SOUTH BISCAYNE BOULEVARD SUITE 1620 MIAMI, FL 33131 | 03/25/2011 | 08-13555 (JMP) | 67376 | $246,750.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 3 | BANK VONTOBEL AG FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRAASE 43 ZURICH, 8002 SWITZERLAND | 11/02/2009 | 08-13555 (JMP) | 63521 | Undetermined | BANK VONTOBEL AG FAO: MRS. DR. HEIDE SUDEROW GROB GOTTHARDSTRASSE 43 ZURICH, 8002 SWITZERLAND | 03/16/2011 | 08-13555 (JMP) | 67373 | Undetermined |
| | TRANSFERRED TO: BANK JULIUS BAR TRANSFEROR: BANK VONTOBEL AG BANK JULIUS BAER & CO. LTD. LEGAL PRODUCTS & SERVICES PO BOX ZURICH, CH-8010 SWITZERLAND | | | | Undetermined | TRANSFERRED TO: BANK JULIUS BAR TRANSFEROR: BANK VONTOBEL AG BANK JULIUS BAER & CO. LTD. LEGAL PRODUCTS & SERVICES PO BOX ZURICH, CH-8010 SWITZERLAND | | | | Undetermined |
| | TRANSFERRED TO: CREDIT SUISSE AG TRANSFEROR: BANK VONTOBEL AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK, NY 10010 | | | | Undetermined | TRANSFERRED TO: CREDIT SUISSE AG TRANSFEROR: BANK VONTOBEL AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK, NY 10010 | | | | Undetermined |
| | TRANSFERRED TO: UBS AG TRANSFEROR: BANK VONTOBEL AG BAHNHOFSTRASSE 45 ZURICH, CH-8001 SWITZERLAND | | | | Undetermined | TRANSFERRED TO: UBS AG TRANSFEROR: BANK VONTOBEL AG BAHNHOFSTRASSE 45 ZURICH, CH-8001 SWITZERLAND | | | | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | BOVAY & PARTENAIRES S.A GRAND CHENE 1 LAUSANNE, CH-1003 SWITZERLAND | 10/29/2009 | 08-13555 (JMP) | 56210 | $23,081,896.98 | BOVAY & PARTENAIRES GRAND-CHENE 1 - C.P. 5473 LAUSANNE, 1002 | 04/06/2011 | 08-13555 (JMP) | 67438 | $2,000,705.40 |
| 5 | BOVAY & PARTENAIRES S.A. GRAND CHENE 1 LAUSANNE, CH-1003 SWITZERLAND | 10/29/2009 | 08-13555 (JMP) | 56209 | $970,554.96 | BOVAY & PARTENAIRES GRAND-CHENE 1 - C.P. 5473 LAUSANNE, 1002 | 04/06/2011 | 08-13555 (JMP) | 67438 | $2,000,705.40 |
| 6 | CASTLEPARK MICHAEL TRAYNOR PENSION FUND, THE REF BDO SIMPSON XAVIER FINANCIAL SERVICES LTD BEAUX LANE HOUSE MERCER STREET LOWER DUBLIN 2, IRELAND | 10/29/2009 | 08-13555 (JMP) | 54917 | $295,900.00 | CASTLEPARK MICHAEL TRAYNOR PENSION FUND BDO SIMPSON XAVIER PRIVATE WEALTH MANAGEMENT LIMITED 5TH FLOOR, BEAUX LANE HOUSE MERCER STREET LOWER DUBLIN 2, IRELAND | 03/07/2011 | 08-13555 (JMP) | 67353 | $295,900.00 |
| 7 | CCP QUANTITATIVE MASTER FUND LIMITED CLIFFORD CHANCE US LLP ATTENTION: JENNIFER B. PREMISLER 31 WEST 52ND STREET NEW YORK, NY 10019-6131 | 03/24/2009 | 08-13555 (JMP) | 3482 | $25,867,557.00 | CCP QUANTITATIVE MASTER FUND LIMITED C/O CANTAB CAPITAL PARTNERS LLP ATTN: CHRIS PUGH CITY HOUSE, HILLS ROAD CAMBRIDGE, CB2 1RE UNITED KINGDOM | 03/28/2011 | 08-13555 (JMP) | 67416 | $25,867,557.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 8 | CVF LUX MASTER S.A.R.L. TRANSFEROR: LEVEL GLOBAL OVERSEAS MASTER FUND, LTD. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY, KT11 2PD UNITED KINGDOM | 09/03/2009 | 08-13555 (JMP) | 10206 | $5,948,405.44 | CVF LUX MASTER S.A.R.L. TRANSFEROR: LEVEL GLOBAL OVERSEAS MASTER FUND, LTD. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY, KT112PD UNITED KINGDOM | 03/10/2011 | 08-13555 (JMP) | 67364 | $5,982,844.44 |
| 9 | DARRAGH STOKES TELECOMS PENSION FUND, THE REF BDO SIMPSON XAVIER FINANCIAL SERVICES LTD BEAUX LAND HOUSE MERCER STREET LOWER DUBLIN 2, IRELAND | 10/20/2009 | 08-13555 (JMP) | 42642 | $186,821.00 | DARRAGH STOKES TELECOMS PENSION FUND BDO SIMPSON XAVIER PRIVATE WEALTH MANAGEMENT LIMITED 5TH FLOOR, BEAUX LANE HOUSE MERCER STREET LOWER DUBLIN 2, IRELAND | 03/07/2011 | 08-13555 (JMP) | 67354 | $186,821.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 10 | DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. ATTN: MARTHA TSUCHIHASI SPECIALTY FUND MGMT SERVICES LLC 3600 SOUTH LAKE DRIVE ST. FRANCIS, WI 53235 | 09/19/2009 | 08-13555 (JMP) | 19532 | $1,347,394.55 | DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. SPECIAL FUND MGMT. SERVICES LLC ATTENTION: JUSTIN LONGLEY 3600 SOUTH LAKE DRIVE ST. FRANCIS, WI 53235 | 03/07/2011 | 08-13555 (JMP) | 67358 | $739,294.81 |
| | | | | | | DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. SPECIAL FUND MGMT. SERVICES LLC ATTENTION: JUSTIN LONGLEY 3600 SOUTH LAKE DRIVE ST. FRANCIS, WI 53235 | 03/07/2011 | 08-13555 (JMP) | 67357 | $608,098.30 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 11 | DEEPHAVEN INTL CONVERTIBLE TRADING LTD. ATTN: MARTHA TSUCHIHASHI SPECIALTY FUND MGMT SERVICES LLC 3600 SOUTH LAKE DRIVE ST. FRANCIS, WI 53235 | 11/05/2009 | 08-13555 (JMP) | 64914 | $9,781,751.68 | DEEPHAVEN INTL. CONVERTIBLE TRADING LTD. SPECIAL FUND MGMT. SERVICES LLC ATTENTION: JUSTIN LONGLEY 3600 SOUTH LAKE DRIVE ST. FRANCIS, WI 53235 | 03/07/2011 | 08-13555 (JMP) | 67360 | $9,218,822.69 |
| | | | | | | DEEPHAVEN INTL. CONVERTIBLE TRADING LTD. SPECIAL FUND MGMT. SERVICES LLC ATTENTION: JUSTIN LONGLEY 3600 SOUTH LAKE DRIVE ST. FRANCIS, WI 53235 | 03/07/2011 | 08-13555 (JMP) | 67359 | $562,926.99 |
| 12 | FRANCISCO J SUAREZ Y SUAREZ MA INES SUAREZ MACEIRAS JTWROS C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | 02/13/2009 | 08-13555 (JMP) | 2784 | $101,800.00 | SUAREZ Y SUAREZ, FRANCISCO J. & MA INES SUAREZ MACEIRAS JTWROS C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | 03/31/2011 | 08-13555 (JMP) | 67424 | $101,800.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS**

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 13 | FRANCISCO J SUAREZ Y SUAREZ MA INES SUAREZ MACEIRAS JTWROS C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | 02/13/2009 | 08-13555 (JMP) | 2783 | $102,660.00 | SUAREZ Y SUAREZ, FRANCISCO J. & MA INES SUAREZ MACEIRAS JTWROS C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | 03/31/2011 | 08-13555 (JMP) | 67423 | $102,660.00 |
| 14 | FRANCISCO J SUAREZ Y SUAREZ MA INES SUAREZ MACEIRAS JTWROS C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | 02/13/2009 | 08-13555 (JMP) | 2782 | $128,687.50 | SUAREZ Y SUAREZ, FRANCISCO J. & MA INES SUAREZ MACEIRAS JTWROS C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | 03/31/2011 | 08-13555 (JMP) | 67430 | $128,687.50 |
| 15 | FREIJ, GEORGE ATALLAH FREIJ BUILDING JAFETH STREET HAMRA 7TH FLOOR BEIRUT, LEBANON | 10/22/2009 | 08-13555 (JMP) | 44249 | $17,943.00 | FREIJ, GEORGE ATALLAH FREIJ BUILDING JAFETH STREET HAMRA 7TH FLOOR BEIRUT, LEBANON | 11/02/2009 | 08-13555 (JMP) | 62887 | $17,943.00 |
| 16 | GFA I LLC, AS SUCCESSOR IN INTEREST TO CERTAIN CLAIMS OF KEYBANK NA 7 TIMES SQ FL 42 NEW YORK, NY 100366524 | 09/22/2009 | 08-13555 (JMP) | 28822 | $30,489,845.00* | GFA I LLC C/O ASHURST LLP PATRICIA SEDDON 7 TIMES SQUARE, 42ND FLOOR NEW YORK, NY 10036 | 03/11/2011 | 08-13555 (JMP) | 67375 | $30,489,845.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 17 | GREENE, EDWARD C/O NIALL DUGGAN BDO SIMPSON XAVIER FINANCIAL SERVICES LTD BEAUX LANE HOUSE MERCER STREET LOWER DUBLIN 2, IRELAND | 10/20/2009 | 08-13555 (JMP) | 42671 | $596,720.00 | GREENE, EDWARD C/O NIALL DUGGAN BDO SIMPSON XAVIER FINANCIAL SERVICES LTD BEAUX LANE HOUSE MERCER STREET LOWER DUBLIN, 2 IRELAND | 03/07/2011 | 08-13555 (JMP) | 67371 | $596,720.00 |
| 18 | HAVENS PARTNERS, LP 600 LEXINGTON AVENUE NEW YORK, NY 10022 | 09/22/2009 | | 29055 | Undetermined | HAVENS PARTNERS, LP 600 LEXINGTON AVENUE NEW YORK, NY 10022 | 05/27/2010 | 08-13893 (JMP) | 66701 | $163,834.00 |
| 19 | HECHT-KIENAST, BRUNO WINZERWEG 14 BULACH, 8180 SWITZERLAND | 10/26/2009 | 08-13555 (JMP) | 46685 | $17,857.14 | HECHT-KIENAST, BRUNO WINZERWEG 14 BULACH, 8180 SWITZERLAND | 03/08/2011 | 08-13555 (JMP) | 67362 | $17,857.14 |
| 20 | KEPLER-FONDS KAPITALANLAGEGESEL LCHAFT MBH ATTN: MAG. REINHARD TRINKL A-4020 LINZ EUROPAPLATZ, 1A AUSTRIA | 09/29/2009 | 08-13555 (JMP) | 35509 | $25,185,359.94 | KEPLER-FONDS KAPITALANLAGEGESELLS CHAFT MBH ATTN: MAG. REINHARD TRINKI A-4020 LINZ EUROPAPLATZ, 1A AUSTRIA | 03/07/2011 | 08-13555 (JMP) | 67361 | $25,185,359.94 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 21  KOTEWALL, ROBERT GEORGE 9TH FLOOR, AIE BUILDING 33 CONNAUGHT ROAD CENTRAL, HONG KONG | 10/16/2009 | 08-13555 (JMP) | 40625 | Undetermined | KOTEWALL, ROBERT GEORGE 9TH FLOOR, AIE BUILDING 33 CONNAUGHT ROAD CENTRAL HONG KONG, CHINA | 03/29/2011 | 08-13555 (JMP) | 67434 | $120,000.00 |
| 22  LAU YAN MI, STEPHEN & LAU, SAW YEAN 251 OHIO STREET, # 104 PASADENA, CA 91106 | 10/29/2009 | 08-13555 (JMP) | 54986 | $70,000.00* | LAU, YAN MI STEPHEN & SAW YEAN 251 OHIO STREET #104 PASADENA, CA 91106 | 10/30/2009 | 08-13555 (JMP) | 57735 | $70,000.00* |
| 23  MENA AGUILAR, VICTOR DAVID & NADER HARP, MARIA DE LOURDES - TOD ALL LIVING ISSUES C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | 02/13/2009 | 08-13555 (JMP) | 2796 | $102,950.00 | MENA AGUILAR, VICTOR DAVID & MARIA DE LOURDES NADER TOD ALL LIVING ISSUES C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | 03/31/2011 | 08-13555 (JMP) | 67428 | $102,950.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 24 | OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK GEWERBE-UND HANDELSBANK KARNTEN AG KOLINGASSE 19 VIENNA, A-1090 AUSTRIA | 04/14/2010 | 08-13555 (JMP) | 66532 | Undetermined | OESTERREICHE VOLKSBAKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK GEWERBE-UND HANDELSBANK KARNTEN AG KOLINGASSE 19 VIENNA, A-1090 AUSTRIA | 04/05/2011 | 08-13555 (JMP) | 67436 | $35,437.50* |
| 25 | OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK GEWERBE-UND HANDELSBANK KARNTEN AG KOLINGASSE 19 VIENNA, A-1090 AUSTRIA | 04/14/2010 | 08-13555 (JMP) | 66533 | Undetermined | OESTERREICHE VOLKSBAKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK GEWERBE-UND HANDELSBANK KARNTEN AG KOLINGASSE 19 VIENNA, A-1090 AUSTRIA | 04/05/2011 | 08-13555 (JMP) | 67435 | $1,417,500.00* |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 26  OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK GEWERBE-UND HANDELSBANK KARNTEN AG KOLINGASSE 19 VIENNA, A-1090 AUSTRIA | 04/14/2010 | 08-13555 (JMP) | 66531 | Undetermined | OESTERREICHE VOLKSBAKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK GEWERBE-UND HANDELSBANK KARNTEN AG KOLINGASSE 19 VIENNA, A-1090 AUSTRIA | 04/05/2011 | 08-13555 (JMP) | 67437 | $708,750.00* |
| 27  PATTANAPEERADEJ, ORAWAN 209/1 NAMUANG RD MUANG KHON KAEN 4000 THAILAND | 08/11/2009 | | 7988 | $200,000.00 | PATTANAPEERADEJ, ORAWAN 209/1 NAMUANG RD MUANG KHON KAEN, 4000 THAILAND | 03/14/2011 | 08-13555 (JMP) | 67370 | $200,000.00 |
| 28  PEREZ CHAVEZ, GUILLERMO & CHAVEZ, ESPERANZA - JTWROS CALLE AZCARATEO C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | 02/13/2009 | 08-13555 (JMP) | 2775 | $128,687.50 | PEREZ CHAVEZ, GUILLERMO & ESPERANZA CHAVEZ JTWROS CALLE AZCARATEO C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | 03/31/2011 | 08-13555 (JMP) | 67426 | $128,687.50 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 29 | PEREZ CHAVEZ, GUILLERMO & CHAVEZ, ESPERANZA - JTWROS CALLE AZCARATEO C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | 02/13/2009 | 08-13555 (JMP) | 2777 | $101,800.00 | PEREZ CHAVEZ, GUILLERMO & ESPERANZA CHAVEZ JTWROS CALLE AZCARATEO C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | 03/31/2011 | 08-13555 (JMP) | 67431 | $101,800.00 |
| 30 | PEREZ CHAVEZ, GUILLERMO & CHAVEZ, ESPERANZA - JTWROS CALLE AZCARATEO C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | 02/13/2009 | 08-13555 (JMP) | 2776 | $102,660.00 | PEREZ CHAVEZ, GUILLERMO & ESPERANZA CHAVEZ JTWROS CALLE AZCARATEO C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | 03/31/2011 | 08-13555 (JMP) | 67429 | $102,660.00 |
| 31 | REYKER SECURITIES PLC TRANSFEROR: KEYDATA INVESTMENT SERVICES LIMITED 46 ST. JAMES'S PLACE LONDON, SW1A1NS UNITED KINGDOM | 10/15/2009 | 08-13555 (JMP) | 40339 | Undetermined | REYKER SECURITIES PLC TRANSFEROR: KEYDATA INVESTMENT SERVICES LIMITED 17 MOORGATE LONDON, EC2R 6AR UNITED KINGDOM | 04/04/2011 | 08-13555 (JMP) | 67433 | $6,459,505.17 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 32 | SALAME, SOUAD C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP DAVID J MARK 1633 BROADWAY NEW YORK, NY 10019 | 09/14/2009 | 08-13555 (JMP) | 12316 | $100,000.00 | SALAME, SOAUD C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ATTN: DAVID J. MARK 1633 BROADWAY NEW YORK, NY 10019 | 03/04/2011 | 08-13555 (JMP) | 67350 | $100,000.00 |
| 33 | SAUTTLER, MAX FABIAU BONDENWALD 30A HAMBURG, 22453 GERMANY | 10/30/2009 | 08-13555 (JMP) | 57040 | $4,270.80 | SAETTLER, MAX FABION BONDENWALD 30A HAMBURG, 22453 GERMANY | 03/28/2011 | 08-13555 (JMP) | 67414 | $4,270.80 |
| 34 | SEALED AIR CORPORATION ATTN: IRA LAKRITZ, LAW DEPARTMENT 200 RIVERFRONT BLVD. ELMWOOD PARK, NJ 07407-1033 | 08/25/2009 | 08-13888 (JMP) | 9313 | $24,700,000.00 | SEALED AIR CORPORATION ATTN: IRA LAKRITZ, LAW DEPARTMENT 200 RIVERFRONT BOULEVARD ELMWOOD PARK, NJ 07407 | 03/09/2011 | 08-13888 (JMP) | 67356 | $13,200,000.00 |
| 35 | SEALED AIR CORPORATION ATTN: IRA LAKRITZ, LAW DEPARTMENT 200 RIVERFRONT BLVD ELMWOOD PARK, NJ 07407-1033 | 08/25/2009 | 08-13555 (JMP) | 9312 | $24,700,000.00 | SEALED AIR CORPORATION ATTN: IRA LAKRITZ, LAW DEPARTMENT 200 RIVERFRONT BOULEVARD ELMWOOD PARK, NJ 07407 | 03/09/2011 | 08-13555 (JMP) | 67355 | $13,200,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 36  SID R. BASS MANAGEMENT TRUST ATTN: WILLIAM O. REIMANN 201 MAIN STREET SUITE 3200 FORT WORTH, TX 76102 | 08/31/2009 | 08-13555 (JMP) | 9899 | $5,975,000.00 | SID R. BASS MANAGEMENT TRUST ATTN: WILLIAM O. REIMANN 201 MAIN STREET SUITE 3200 FORT WORTH, TX 76102 | 03/17/2011 | 08-13555 (JMP) | 67374 | $5,382,000.00 |
| 37  STARK MASTER FUND LTD. ATTN:MARTHA TSUCHIHASHI C/O STARK OFFSHORE MANAGEMENT, LLC 2600 SOTH LAKE DRIVE ST. FRANCIS, WI 53235 | 09/18/2009 | 08-13555 (JMP) | 18183 | $14,495,316.00 | STARK MASTER FUND LTD. C/O STARK OFFSHORE MANAGEMENT, LLC ATTENTION: JUSTIN LONGLEY 3600 SOUTH LAKE DRIVE ST. FRANCIS, WI 53235 | 02/04/2011 | 08-13555 (JMP) | 67316 | $14,495,316.00 |
| TRANSFERRED TO: GENTRIFICATION VENTURES, L.L.C. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC PO BOX 7235 NEW YORK, NY 10150 | | | | $19,789,463.00 | GENTRIFICATION VENTURES, L.L.C. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC PO BOX 7235 NEW YORK, NY 10150 | 02/04/2011 | 08-13555 (JMP) | 67318 | $18,250,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 38 | STATE STREET BANK AND TRUST COMPANY D/B/O BOSTON RETIREMENT BOARD ON BEHALF OF THE STATE BOSTON RETIREMENT SYSTEM AND ITSELF AS SUBROGREE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27896 | $35,713.00* | STATE STREET BANK AND TRUST COMPANY O/B/O BOSTON RETIREMENT BOARD ON BEHALF OF THE STATE BOSTON RETIREMENT SYSTEM AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67394 | $35,871.00* |
| 39 | STATE STREET BANK AND TRUST COMPANY ON BEHALF OF MAGYAR NEMZET; BANK (F/K/A NATL BANK OF HUNGARY) AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27905 | $14,739,906.00* | STATE STREET BANK AND TRUST COMPANY O/B/O MAGYAR NEMZETI (FORMERLY KNOWN AS NATIONAL BANK OF HUNGARY) AND, ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67381 | $16,262,443.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 40  STATE STREET BANK AND TRUST COMPANY O/B/O BRITISH AIRWAYS PENSIONS TRUSTEES LTD AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27904 | $40,696,770.00* | STATE STREET BANK AND TRUST COMPANY O/B/O BRITISH AIRWAYS PENSION TRUSTEES LTD AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67383 | $41,235,845.00 |
| 41  STATE STREET BANK AND TRUST COMPANY O/B/O SCOTTISH WIDOWS INVESTMENT PARTNERSHIP, ET AL. ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27885 | $306,119.00* | STATE STREET BANK AND TRUST COMPANY O/B/O STATE STREET TRUSTEES LIMITED AND SCOTTISH WIDOWS INVESTMENT PARTNERSHIP LTD ON BEHALF OF SCOTTISH WIDOWS UK AND INCOME INVESTMENT FUNDS ICVC, AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67395 | $261,249.00* |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 42 STATE STREET BANK AND TRUST COMPANY O/B/O INVESCO ASSET MANAGEMENT IRELAND AS MANAGER AND JP MORGAN BANK PLC AS TRUSTEE ON BEHALF OF INVESCO FUND SERIES 4 IN RESPECT OF SUB-FUND INVESCO JAPANESE SMALL/MID CAP EQUITY ATTN: BRYAN WOODARD BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27894 | $75,296.00* | STATE STREET BANK AND TRUST COMPANY O/B/O INVESCO ASSET MANAGEMENT IRELAND AS MANAGER AND J.P. MORGAN BANK (IRELAND) PLC AS TRUSTEE ON BEHALF OF INVESCO FUND SERIES 4 IN RESPECT OF THE SUB-FIND INVESCO JAPANESE SMALL/MID CAP EQUITY AND ITSELF AS SUBROGEE OR ASSIGNEE BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67404 | $84,549.00* |
| 43 STATE STREET BANK AND TRUST COMPANY O/B/O EUROPEAN PATENT ORGANISATION AND ITSELF AS SUBROGEE AND ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27910 | $17,397,549.00* | STATE STREET BANK AND TRUST COMPANY O/B/O EUROPEAN PATENT ORGANISATION AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67408 | $17,405,455.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | | |
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 44 | STATE STREET BANK AND TRUST COMPANY O/B/O NORGES BANK AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN CAVE 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27915 | $269,069,170.00* | STATE STREET BANK AND TRUST COMPANY O/B/O NORGES BANK AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67379 | $272,858,805.00 |
| 45 | STATE STREET BANK AND TRUST COMPANY O/B/O CZECH NATIONAL BANK AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN:  R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27899 | $18,792,749.00* | STATE STREET BANK AND TRUST COMPANY O/B/O CZECH NATIONAL BANK AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67384 | $19,082,819.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 46 | STATE STREET BANK AND TRUST COMPANY O/B/O STATE STREET MANAGEMENT S.A. ON BEHALF OF SELECT INDEX SERIES FUND AND ITSELF AS SUBROGEE OR ASSIGNEE 1 LINCOLN STREET SFC 32 ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27884 | $91,624.00* | STATE STREET BANK AND TRUST COMPANY O/B/O STATE STREET MANAGEMENT S.A. ON BEHALF OF SELECT INDEX SERIES FUND AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67392 | $95,393.00* |
| 47 | STATE STREET BANK AND TRUST COMPANY D/B/O NATIONWIDE BUILDING SOCIETY AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27901 | $752,616.00* | STATE STREET BANK AND TRUST COMPANY O/B/O NATIONWIDE BUILDING SOCIETY AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67378 | $820,921.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 48  STATE STREET BANK AND TRUST COMPANY O/B/O FRANK RUSSELL COMPANY LTD ON BEHALF OF MULTI-STYLE, MULTI MANAGER FUND PLC IN RESPECT OF THE SUB-FUND GLOBAL HIGH YIELD FUND AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27914 | $92,576.00* | STATE STREET BANK AND TRUST COMPANY O/B/O FRANK RUSSELL COMPANY LTD ON BEHALF OF MULTI-STYLE, MULTI-MANAGER FUND PLC IN RESPECT OF THE SUB-FUND GLOBAL HIGH YIELD FUND AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67400 | $92,576.00* |
| 49  STATE STREET BANK AND TRUST COMPANY D/B/O STICHTING PENSIOENFONDS ABP AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27888 | $756,360.00* | STATE STREET BANK AND TRUST COMPANY O/B/O STICHTING PENSIOENFONDS ABP AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67393 | $701,305.00* |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 50 | STATE STREET BANK AND TRUST COMPANY AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27903 | $19,490,060.00* | STATE STREET BANK AND TRUST COMPANY AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67377 | $19,929,285.00 |
| 51 | STATE STREET BANK AND TRUST COMPANY O/B/O DB TRUSTEE SERVICES LIMITED, AS TRUSTEE FOR DB (UK) SENIOR PENSION SCHEME AND DB (UK) PENSION SCHEME AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27909 | $101,071.00* | STATE STREET BANK AND TRUST COMPANY O/B/O DB TRUSTEE SERVICES LIMITED, AS TRUSTEE FOR DB (UK) SENIOR PENSION SCHEME AND DB (UK) PENSION SCHEME AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67410 | $101,624.00* |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 52  STATE STREET BANK AND TRUST COMPANY O/B/O VIRGIN MONEY UNIT TRUST MANAGERS LIMITED AS MANAGER AND CITIBANK INTERNATIONAL PLC AS TRUSTEE OF VIRGIN UK INDEX TRACKING TRUST AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN:  R. BRYAN WOODARD BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27895 | $1,476,470.00* | STATE STREET BANK AND TRUST COMPANY O/B/O VIRGIN MONEY UNIT TRUST MANAGERS LIMITED AS MANAGER AND CITIBANK INTERNATIONAL PLC AS TRUSTEE OF VIRGIN UK INDEX TRACKING TRUST AND ITSELF AS SUBROGEE OR ASSIGNEE BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67386 | $1,491,990.00* |
| 53  STATE STREET BANK AND TRUST COMPANY O/B/O INVESCO FUNDS IN RESPECT OF THE SUB-FUND INVESCO NIPPON SMALL/MID CAPITAL EQUITY AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN:  R. BRYAN WOODARD BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27916 | $86,311.00* | STATE STREET BANK AND TRUST COMPANY O/B/O INVESCO FUNDS IN RESPECT OF THE SUB-FUND INVESCO NIPPON SMALL/MID CAPITAL EQUITY AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67405 | $102,329.00* |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 54  STATE STREET BANK AND TRUST COMPANY O/B/O SCOTTISH WIDOWS INVESTMENT PARTNERSHIP, ET AL. ATTN:  R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27886 | $609,204.00* | STATE STREET BANK AND TRUST COMPANY O/B/O STATE STREET TRUSTEES LIMITED AND SCOTTISH WIDOWS INVESTMENT PARTNERSHIP LTD ON BEHALF OF SCOTTISH WIDOWS TRACKER AND SPECIALIST INVESTMENT FUNDS ICVC, AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67396 | $613,736.00* |
| 55  STATE STREET BANK AND TRUST COMPANY D/B/O STATE STREET TRUSTEES LIMITED AND SCOTTISH WIDOWS INVESTMENT PARTNERSHIP LTD ON BEHALF OF SCOTTISH, ET AL. ATTN:  R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27887 | $105,690.00* | STATE STREET BANK AND TRUST COMPANY O/B/O STATE STREET TRUSTEES LIMITED AND SCOTTISH WIDOWS INVESTMENT PARTNERSHIP LTD. ON BEHALF OF SCOTTISH WIDOWS INVESTMENT PARTNERSHIP FUNDS ICVC AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67398 | $104,963.00* |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 56 | STATE STREET BANK AND TRUST COMPANY O/B/O ABU DHABI INVESTMENT AUTHORITY AND ITSELF SA SUBROGEE OR ASSIGNEE ATTN:  R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27897 | $1,932,365.00* | STATE STREET BANK AND TRUST COMPANY O/B/O ABU DHABI INVESTMENT AUTHORITY AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67412 | $2,027,909.00* |
| 57 | STATE STREET BANK AND TRUST COMPANY O/B/O SCOTTISH WIDOWS INVESTMENT PARTNERSHIP, ET AL. ATTN:  R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27891 | $68,100.00* | STATE STREET BANK AND TRUST COMPANY O/B/O STATE STREET TRUSTEES LIMTED AND SCOTTISH WIDOWS INVESTMENT PARTNERSHIP LTD ON BEHALF OF SCOTTISH WIDOWS OVERSEAS GROWTH INVESTMENT FUNDS ICVC, AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R BRYAN WOODARD BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67399 | $68,853.00* |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 58 | STATE STREET BANK AND TRUST COMPANY O/B/O MARKS AND SPENCER PENSION TRUST LIMITED AS TRUSTEE FOR MARKS AND SPENCER PENSION SCHEME AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27920 | $67,959.00* | STATE STREET BANK AND TRUST COMPANY O/B/O MARKS AND SPENCER PENSION TRUST LIMITED AS TRUSTEE FOR MARKS AND SPENCER PENSION SCHEME AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67401 | $68,338.00* |
| 59 | STATE STREET BANK AND TRUST COMPANY O/B/O ABBEY LIFE ASSURANCE COMPANY LIMITED AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27907 | $114,792.00* | STATE STREET BANK AND TRUST COMPANY O/B/O ABBEY LIFE ASSURANCE COMPANY LIMITED AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67411 | $114,792.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | | **SURVIVING CLAIMS** | | | | |
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 60 STATE STREET BANK AND TRUST COMPANY O/B/O STATE STREET BANK AND TRUST COMPANY AS TRUSTEE OF THE DUPONT PENSION TRUST AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27902 | $52,920.00* | STATE STREET BANK AND TRUST COMPANY O/B/O STATE STREET BANK AND TRUST COMPANY AS TRUSTEE OF THE DUPONT PENSION TRUST AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67409 | $52,920.00* |
| 61 STATE STREET BANK AND TRUST COMPANY AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27898 | $5,171,431.00* | STATE STREET BANK AND TRUST COMPANY, AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67380 | $4,440,975.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 62  STATE STREET BANK AND TRUST COMPANY O/B/O BP PENSION TRUSTEES LIMITED AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27908 | $279,432.00* | STATE STREET BANK AND TRUST COMPANY O/B/O BP PENSION TRUSTEES LIMITED AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67413 | $306,140.00* |
| 63  STATE STREET BANK AND TRUST COMPANY AS SUBROGEE OR ASSIGNEE ATTN:  R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27900 | $60,965,217.00* | STATE STREET BANK AND TRUST COMPANY AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67385 | $61,245,742.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 64  STATE STREET BANK AND TRUST COMPANY O/B/O INVESCO FUND MANAGERS LIMITED ON BEHALF OF IP SMALLER COMPANIES AND MARKETS INVESTMENT SERIES AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27917 | $3,083.00* | STATE STREET BANK AND TRUST COMPANY O/B/O INVESCO FUND MANAGERS LIMITED ON BEHALF OF IP SMALLER COMPANIES AND MARKETS INVESTMENT SERIES AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67403 | $10,884.00* |
| 65  STATE STREET BANK AND TRUST COMPANY O/B/O SUFFOLK COUNTY COUNCIL AND ITSELF AS SUBTROGEE AND ASSIGNEE ATTN:  R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27890 | $204,621.00* | STATE STREET BANK AND TRUST COMPANY O/B/O SUFFOLK COUNTY COUNCIL AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67389 | $205,543.00* |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 66  STATE STREET BANK AND TRUST COMPANY O/B/O UNICO ASSET MANAGEMENT SA AND ITSELF AS SUBTROGEE AND ASSIGNEE ATTN:  R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27893 | $7,282.00* | STATE STREET BANK AND TRUST COMPANY O/B/O UNICO ASSET MANAGEMENT S.A. AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67387 | $7,282.00* |
| 67  STATE STREET BANK AND TRUST COMPANY O/B/O DEUTSCHE INTERNATIONAL TRUST CORPORATION (CI) LTD AS INVESTMENT MANAGER OF UNIVERSAL INVESTMENT FUND AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN:  R. BRYAN WOODARD BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27911 | $219,031.00* | STATE STREET BANK AND TRUST COMPANY O/B/O DEUTSCHE INTERNATIONAL TRUST CORPORATION (CI) LTD AS INVESTMENT MANAGER OF UNIVERSAL INVESTMENT FUND AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67388 | $219,672.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 68 | STATE STREET BANK AND TRUST COMPANY O/B/O FRANK RUSSELL COMPANY LIMITED ON BEHALF OF RUSSELL INVESTMENT COMPANY PLC IN RESPECT OF THE STERLING BOND FUND AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27913 | $13,506.00* | STATE STREET BANK AND TRUST COMPANY O/B/O FRANK RUSSELL COMPANY LIMITED ON BEHALF OF RUSSELL INVESMENT COMPANY PLC IN RESPECT OF THE STERLING BOND FUND AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67406 | $12,852.00* |
| 69 | STATE STREET BANK AND TRUST COMPANY O/B/O STICHTING PHILIPS PENSIOENFONDS AND ITSELF AS SUBROGEE OR ASSIGNEE 1 LINCOLN STREET SFC 32 ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27889 | $241,848.00* | STATE STREET BANK AND TRUST COMPANY O/B/O STICHTING PHILIPS PENSIOENFONDS AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67391 | $241,884.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 70 STATE STREET BANK AND TRUST COMPANY AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27892 | $19,843.00* | STATE STREET BANK AND TRUST COMPANY AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67390 | $24,854.00* |
| 71 STATE STREET BANK AND TRUST COMPANY O/B/O INVESTEC GLOBAL STRATEGY FUND LIMITED IN RESPECT OF THE SUB-FUND INVESTEC GLOBAL STRATEGIC INCOME FUND AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27918 | $25,123.00* | STATE STREET BANK AND TRUST COMPANY O/B/O INVESTEC GLOBAL STRATEGY FUND LIMITED IN RESPECT OF THE SUB-FUND INVESTEC GLOBAL STRATEGIC INCOME FUND AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67402 | $25,123.00* |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 72 | STATE STREET BANK AND TRUST COMPANY O/B/O FAMILY INVESTMENT MANAGEMENT LTD AS MGR STATE STREET TRUSTEES LTD AS TRUSTEE OF FAMILY CHARITIES ETHICAL TRUST AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27912 | $277,928.00* | STATE STREET BANK AND TRUST COMPANY O/B/O FAMILY INVESTMENT MANAGEMENT LTD AS MANAGER AND STATE STREET TRUSTEES LIMITED AS TRUSTEE OF FAMILY CHARITIES ETHICAL TRUST AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67407 | $289,151.00* |
| 73 | STATE STREET BANK AND TRUST COMPANY O/B/O KUWAIT INVESTMENT AUTHORITY AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27919 | $14,090,055.00* | STATE STREET BANK AND TRUST COMPANY O/B/O KUWAIT INVESTMENT AUTHORITY AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67382 | $14,492,991.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 74 | STATE STREET BANK AND TRUST COMPANY, O/B/O SCOTTISH WIDOWS INVESTMENT PARTNERSHIP, ET AL. ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON, MA 02111 | 09/22/2009 | 08-13555 (JMP) | 27883 | $78,073.00* | STATE STREET BANK AND TRUST COMPANY O/B/O SCOTTISH WIDOWS INVESTMENT PARTNERSHIP LTD ON BEHALF OF SCOTTISH WIDOWS PENSIONS MANAGEMENT (S.W.F.) LIMITED AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD BOSTON, MA 02111 | 03/28/2011 | 08-13555 (JMP) | 67397 | $79,310.00* |
| 75 | SWABSIN, CYNTHIA R 56 FOREST AVE VERONA, NJ 07044 | 12/03/2008 | | 1193 | $98,666.00 | SWABSIN, CYNTHIA R. 56 FOREST AVE VERONA, NJ 07044 | 09/22/2009 | 08-13555 (JMP) | 28580 | Undetermined |
| 76 | SWEENEY, KIRK 49A AIGBURTH, 12 TREGUNTER PATH, MID-LEVELS HONG KONG, HONG KONG | 07/28/2009 | | 6528 | $250,000.00 | SWEENEY, KIRK C. APT. 10I, GREENVILLE HOUSE #1 MAGAZINE GAP ROAD, MID-LEVELS HONG KONG, | 03/28/2011 | 08-13555 (JMP) | 67415 | $250,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 77 | TORRES LANDA U, MARIA & BOILES F, FRANCISCO, JTWROS TOD JUAN F & JUAN S BOILES T - C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | 02/13/2009 | 08-13555 (JMP) | 2765 | $25,737.50 | TORRES LANDA U, MARIA & FRANCISCO BOILES JTWROS TOD JUAN F & JUAN S BOILES T C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | 03/31/2011 | 08-13555 (JMP) | 67425 | $25,737.50 |
| 78 | UNION INVESTMENT LUXEMBOURG S.A. C/O UNION ASSET MANAGEMENT HOLDING AG ATTN: DR. MIKE RINKER, LEGAL COUNSEL WIESENHUTTENSTRASSE 10 FRANKFURT AM MAIN, 60329 GERMANY | 10/22/2009 | 08-13555 (JMP) | 43955 | $23,475,942.24 | UNION INVESTMENT LUXEMBOURG S.A. C/O UNION ASSET MANAGEMENT HOLDING AG ATTN: DR. MIKE RINKER, LEGAL COUNSEL WIESENHUTTENSTRABE 10 FRANKFURT AM MAIN, 60329 GERMANY | 03/28/2011 | 08-13555 (JMP) | 67417 | $31,105,837.29* |
| 79 | WANIEK, MICHAEL TOBISCHSTR. 10 TULLNERBACH, A-3011 AUSTRIA | 10/16/2009 | 08-13555 (JMP) | 40536 | $27,189.47 | WANIEK, MICHAEL TOBISCHSTR. 10 TULLNERBACH, A-3011 AUSTRIA | 03/31/2011 | 08-13555 (JMP) | 67422 | $27,189.47 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 119: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 80 | YERSIN, PAULINE DEGAUTARD 112 AV DES ALPES LA TOUR-DE-PEILZ, 1814 SWITZERLAND | 10/29/2009 | 08-13555 (JMP) | 56211 | $56,757.60 | BOVAY & PARTENAIRES GRAND-CHENE 1 - C.P. 5473 LAUSANNE, 1002 | 04/06/2011 | 08-13555 (JMP) | 67438 | $2,000,705.40 |
| | | | TOTAL | | $707,120,423.26 | | | | | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x
In re                                                  :        **Chapter 11 Case No.**
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,           :        **08-13555 (JMP)**
                                                       :
                            **Debtors.**               :        **(Jointly Administered)**
----------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' ONE HUNDRED NINETEENTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

Upon the one hundred nineteenth omnibus objection to claims, dated April 14, 2011 (the "One Hundred Nineteenth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the Amended and Superseded Claims on the basis that such claims have been amended and superseded by the corresponding Surviving Claims, all as more fully described in the One Hundred Nineteenth Omnibus Objection to Claims; and due and proper notice of the One Hundred Nineteenth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the One Hundred Nineteenth Omnibus

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred Nineteenth Omnibus Objection to Claims.

Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the One Hundred Nineteenth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the One Hundred Nineteenth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the One Hundred Nineteenth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "Amended and Superseded Claims") are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the heading "*Surviving Claims*" (collectively, the "Surviving Claims") will remain on the claims register subject to the Debtors' right to further object as set forth herein; and it is further

ORDERED that this Order supersedes all previous orders regarding the disposition of the Amended and Superseded Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that all information included on and all documentation filed in support of any Amended and Superseded Claim, including, but not limited to, derivative and guarantee questionnaires and supporting documentation, shall be treated as having been filed in support of and included in the corresponding Surviving Claim; and it is further

ORDERED that nothing in this Order or the disallowance and expungement of the Amended and Superseded Claims constitutes any admission or finding with respect to any of the Surviving Claims, and the Debtors' rights to object to the Surviving Claims on any basis are preserved, provided, however, that notwithstanding anything herein to the contrary, the Debtors may not object to a Surviving Claim that is listed on Exhibit 1 annexed hereto to the extent that it has been allowed by order of the Court or allowed pursuant to a signed settlement or termination agreement authorized by the Court; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the One Hundred Nineteenth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on Exhibit 1 annexed hereto and (ii) any Surviving Claim; *provided, however,* that if the Court subsequently orders that a Surviving Claim did not appropriately amend and supersede the corresponding Amended and Superseded Claim, then the claims agent shall be authorized and directed to immediately reinstate such Amended and Superseded Claim in these chapter 11 cases

(the "Reinstated Claim") and the rights of all interested parties with respect to the

Reinstated Claim shall be expressly reserved; and it is further

ORDERED that notwithstanding any other provision of this Order, a

Surviving Claim and all documentation previously filed in support of the Surviving

Claim, including, but not limited to, amended derivative and guarantee questionnaires

and supporting documentation, shall be deemed timely filed to the extent it appropriately

amended and superseded, directly or indirectly, a claim that had been timely filed; and it

is further

ORDERED that this Court shall retain jurisdiction to hear and determine

all matters arising from or related to this Order.

Dated: _____, 2011
      New York, New York

                                      _____
                                        UNITED STATES BANKRUPTCY JUDGE