SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Thomas John Wright

*Attorney for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

# CERTIFICATE OF SERVICE

      I, Thomas John Wright, hereby certify that, on April 14, 2011, I caused to be served a true and correct copy of **Motion of Giants Stadium LLC for Leave to Conduct Discovery of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004** by e-mail on the parties whose e-mail addresses are attached as Exhibit A, by U.S. mail on Internal Revenue Service, Special Procedures Branch, 290 Broadway, New York, New York 10007 (Attn: District Director), and by hand delivery upon:

      The Chambers of the Honorable James M. Peck
      One Bowling Green
      Courtroom 601
      New York, New York 10004

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn: Richard W. Slack, Michael J. Firestone, Richard P. Krasnow, Lori R. Fife,
    Shai Y. Waisman, and Jacqueline Marcus

    *Attorneys for the Debtors*

    The U.S. Trustee
    33 Whitehall Street
    21st Floor
    New York, New York 10004
    Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin,
    and Tracy Hope Davis

    Milbank, Tweed, Hadley & McCloy LLP
    1 Chase Manhattan Plaza
    New York, New York 10005
    Attn: Dennis F. Dunne, Dennis O'Donnell, and Evan R. Fleck

    *Attorneys for the Creditors' Committee*

Dated: New York, New York          Respectfully submitted,
       April 14, 2011

                                                 /s/
                                                 Thomas John Wright
                                                 SULLIVAN & CROMWELL LLP
                                                 125 Broad Street
                                                 New York, New York 10004
                                                 Telephone: (212) 558-4000
                                                 Facsimile: (212) 558-3588

                                                 *Attorney for Giants Stadium LLC*

**Exhibit A**

RICHARD.KRASNOW@WEIL.COM
LORI.FIFE@WEIL.COM
SHAI.WAISMAN@WEIL.COM
JACQUELINE.MARCUS@WEIL.COM
GIDDENS@HUGHESHUBBARD.COM
KIPLOK@HUGHESHUBBARD.COM
KOBAK@HUGHESHUBBARD.COM
MARGOLIN@HUGHESHUBBARD.COM
LUBELL@HUGHESHUBBARD.COM
WILTENBURG@HUGHESHUBBARD.COM
PARONZON@MILBANK.COM
GBRAY@MILBANK.COM
ROBERT.YALEN@USDOJ.GOV
TARBIT@CFTC.GOV
RWASSERMAN@CFTC.GOV
SHARBECK@SIPC.ORG
JWANG@SIPC.ORG
JBROMLEY@CGSH.COM
LSCHWEITZER@CGSH.COM
LGRANFIELD@CGSH.COM
CTATELBAUM@ADORNO.COM
MSTAMER@AKINGUMP.COM
PDUBLIN@AKINGUMP.COM
MLAHAIE@AKINGUMP.COM
RAJOHNSON@AKINGUMP.COM
LISA.KRAIDIN@ALLENOVERY.COM
KEN.COLEMAN@ALLENOVERY.COM
DANIEL.GUYDER@ALLENOVERY.COM
MGREGER@ALLENMATKINS.COM
JTIMKO@ALLENMATKINS.COM
TDUFFY@ANDERSONKILL.COM
RRUSSELL@ANDREWSKURTH.COM
S.MINEHAN@AOZORABANK.CO.JP
K4.NOMURA@AOZORABANK.CO.JP
HIRSCH.ROBERT@ARENTFOX.COM
ANGELICH.GEORGE@ARENTFOX.COM
DOWD.MARY@ARENTFOX.COM
SCOUSINS@ARMSTRONGTEASDALE.COM
SEHLERS@ARMSTRONGTEASDALE.COM
DLADDIN@AGG.COM
FRANK.WHITE@AGG.COM
CHARLES_MALLOY@APORTER.COM
ANTHONY_BOCCANFUSO@APORTER.COM
JG5786@ATT.COM

NEAL.MANN@OAG.STATE.NY.US
TONY.DAVIS@BAKERBOTTS.COM
RBERNARD@BAKERLAW.COM
DWORKMAN@BAKERLAW.COM
PETER@BANKRUPT.COM
FFM@BOSTONBUSINESSLAW.COM
CSALOMON@BECKERGLYNN.COM
AOSTROW@BECKERGLYNN.COM
CBROTSTEIN@BM.NET
MPUCILLO@BERMANESQ.COM
WZOBERMAN@BERMANESQ.COM
AOBERRY@BERMANESQ.COM
DAVIDS@BLBGLAW.COM
DBARBER@BSBLAWYERS.COM
SMULLIGAN@BSBLAWYERS.COM
JEFFREY.SABIN@BINGHAM.COM
RONALD.SILVERMAN@BINGHAM.COM
STEVEN.WILAMOWSKY@BINGHAM.COM
SABIN.WILLETT@BINGHAM.COM
ROBERT.DOMBROFF@BINGHAM.COM
MARK.DEVENO@BINGHAM.COM
JOSHUA.DORCHAK@BINGHAM.COM
CAROL.WEINERLEVY@BINGHAM.COM
RAJ.MADAN@BINGHAM.COM
AECKSTEIN@BLANKROME.COM
AMCMULLEN@BOULTCUMMINGS.COM
RJONES@BOULTCUMMINGS.COM
KURT.MAYR@BGLLP.COM
KUEHN@BRAGARWEXLER.COM
NOTICE@BKCYLAW.COM
MGORDON@BRIGGS.COM
MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM
DLUDMAN@BROWNCONNERY.COM
MSIEGEL@BROWNRUDNICK.COM
SLEVINE@BROWNRUDNICK.COM
SCHRISTIANSON@BUCHALTER.COM
CHRISTOPHER.SCHUELLER@BIPC.COM
TIMOTHY.PALMER@BIPC.COM
FISHERE@BUTZEL.COM
SIDORSKY@BUTZEL.COM
JESSICA.FINK@CWT.COM
DERYCK.PALMER@CWT.COM
JOHN.RAPISARDI@CWT.COM
GEORGE.DAVIS@CWT.COM

HOWARD.HAWKINS@CWT.COM
ELLEN.HALSTEAD@CWT.COM
ISRAEL.DAHAN@CWT.COM
MARK.ELLENBERG@CWT.COM
JASON.JURGENS@CWT.COM
SGORDON@CAHILL.COM
JLEVITIN@CAHILL.COM
THOMAS_NOGUEROLA@CALPERS.CA.GOV
CAHN@CLM.COM
WANDA.GOODLOE@CBRE.COM
DLEMAY@CHADBOURNE.COM
HSEIFE@CHADBOURNE.COM
AROSENBLATT@CHADBOURNE.COM
SPIOTTO@CHAPMAN.COM
ACKER@CHAPMAN.COM
HEISER@CHAPMAN.COM
MAOFILING@CGSH.COM
JENNIFER.DEMARCO@CLIFFORDCHANCE.COM
ANDREW.BROZMAN@CLIFFORDCHANCE.COM
SARA.TAPINEKIS@CLIFFORDCHANCE.COM
JEN.PREMISLER@CLIFFORDCHANCE.COM
PSP@NJLAWFIRM.COM
JWH@NJLAWFIRM.COM
LMAY@COLESCHOTZ.COM
JDRUCKER@COLESCHOTZ.COM
JOLI@CRLPC.COM
JEFF.WITTIG@COAIR.COM
ESCHWARTZ@CONTRARIANCAPITAL.COM
MMURPHY@CO.SANMATEO.CA.US
MHOPKINS@COV.COM
DCOFFINO@COV.COM
ARABOY@COV.COM
RLEVIN@CRAVATH.COM
RTRUST@CRAVATH.COM
JLIPSON@CROCKERKUNO.COM
TTRACY@CROCKERKUNO.COM
JUDY.MORSE@CROWEDUNLEVY.COM
WOCONNOR@CROWELL.COM
BZABARAUSKAS@CROWELL.COM
HEIDI@CRUMBIELAW.COM
JOHN@CRUMBIELAW.COM
JCARBERRY@CL-LAW.COM
KAREN.WAGNER@DPW.COM
JAMES.MCCLAMMY@DPW.COM

-3-

THOMAS.OGDEN@DPW.COM
JJTANCREDI@DAYPITNEY.COM
JWCOHEN@DAYPITNEY.COM
MCTO@DEBEVOISE.COM
GLENN.SIEGEL@DECHERT.COM
IVA.UROIC@DECHERT.COM
MMOONEY@DEILYLAWFIRM.COM
MBIENENSTOCK@DL.COM
JLIU@DL.COM
TKARCHER@DL.COM
PWRIGHT@DL.COM
ESMITH@DL.COM
IGOLDSTEIN@DL.COM
ADIAMOND@DIAMONDMCCARTHY.COM
SLODEN@DIAMONDMCCARTHY.COM
AAARONSON@DILWORTHLAW.COM
CPAPPAS@DILWORTHLAW.COM
TIMOTHY.BRINK@DLAPIPER.COM
MATTHEW.KLEPPER@DLAPIPER.COM
THOMAS.CALIFANO@DLAPIPER.COM
STEPHEN.COWAN@DLAPIPER.COM
WILLIAM.M.GOLDMAN@DLAPIPER.COM
SCHNABEL.ERIC@DORSEY.COM
HEIM.STEVE@DORSEY.COM
DOVE.MICHELLE@DORSEY.COM
STEVEN.TROYER@COMMERZBANK.COM
JJOYCE@DRESSLERPETERS.COM
ROBERT.MALONE@DBR.COM
LJKOTLER@DUANEMORRIS.COM
JIM@ATKINSLAWFIRM.COM
SANDYSCAFARIA@EATON.COM
EZUJKOWSKI@EMMETMARVIN.COM
AENTWISTLE@ENTWISTLE-LAW.COM
JWHITMAN@ENTWISTLE-LAW.COM
JBEEMER@ENTWISTLE-LAW.COM
JPORTER@ENTWISTLE-LAW.COM
KKELLY@EBGLAW.COM
DTATGE@EBGLAW.COM
SGUBNER@EBG-LAW.COM
CWEBER@EBG-LAW.COM
LSCARCELLA@FARRELLFRITZ.COM
SHARI.LEVENTHAL@NY.FRB.ORG
SFELDERSTEIN@FFWPLAW.COM
PPASCUZZI@FFWPLAW.COM

JHUH@FFWPLAW.COM
CHARLES@FILARDI-LAW.COM
ALUM@FTPORTFOLIOS.COM
DHEFFER@FOLEY.COM
JLEE@FOLEY.COM
KOWENS@FOLEY.COM
DSPELFOGEL@FOLEY.COM
SORY@FDLAW.COM
JHIGGINS@FDLAW.COM
AHAMMER@FREEBORNPETERS.COM
DEGGERT@FREEBORNPETERS.COM
WALTER.STUART@FRESHFIELDS.COM
PATRICK.OH@FRESHFIELDS.COM
PETER.SIMMONS@FRIEDFRANK.COM
RICHARD.TISDALE@FRIEDFRANK.COM
SHANNON.NAGLE@FRIEDFRANK.COM
EFRIEDMAN@FRIEDUMSPRING.COM
DROSENZWEIG@FULBRIGHT.COM
JMERVA@FULT.COM
JMELKO@GARDERE.COM
BANKRUPTCY@NTEXAS-ATTORNEYS.COM
RELGIDELY@GJB-LAW.COM
JGENOVESE@GJB-LAW.COM
PBATTISTA@GJB-LAW.COM
DCIMO@GJB-LAW.COM
DCRAPO@GIBBONSLAW.COM
MROSENTHAL@GIBSONDUNN.COM
JWEISS@GIBSONDUNN.COM
ASEUFFERT@LAWPOST-NYC.COM
TNIXON@GKLAW.COM
JHERZOG@GKLAW.COM
JFLAXER@GOLENBOCK.COM
JWALLACK@GOULSTONSTORRS.COM
DROSNER@GOULSTONSTORRS.COM
GKADEN@GOULSTONSTORRS.COM
BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM
DICONZAM@GTLAW.COM
TANNWEILER@GREERHERZ.COM
JAMIE.NELSON@DUBAIIC.COM
JOY.MATHIAS@DUBAIIC.COM
BGRAIFMAN@GKBLAW.COM
JSCHWARTZ@HAHNHESSEN.COM
JORBACH@HAHNHESSEN.COM
RMATZAT@HAHNHESSEN.COM

WBENZIJA@HALPERINLAW.NET
JDYAS@HALPERINLAW.NET
AGOLD@HERRICK.COM
SSELBST@HERRICK.COM
RAMONA.NEAL@HP.COM
KEN.HIGMAN@HP.COM
DPIAZZA@HODGSONRUSS.COM
ISGREENE@HHLAW.COM
SAGOLDEN@HHLAW.COM
DCKAUFMAN@HHLAW.COM
BARBRA.PARLIN@HKLAW.COM
ARTHUR.ROSENBERG@HKLAW.COM
FRANCOIS.JANSON@HKLAW.COM
RICHARD.LEAR@HKLAW.COM
JOHN.MONAGHAN@HKLAW.COM
ADAM.BREZINE@HRO.COM
KERRY.MOYNIHAN@HRO.COM
MMENDEZ@HUNTON.COM
RNORTON@HUNTON.COM
SBERNSTEIN@HUNTON.COM
JRSMITH@HUNTON.COM
ALESIA.PINNEY@INFOSPACE.COM
CWEISS@INGRAMLLP.COM
DAVE.DAVIS@ISGRIA.COM
TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV
MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV
DBALOG@INTERSIL.COM
TERESA.OXFORD@INVESCOAIM.COM
AFRIEDMAN@IRELL.COM
KLYMAN@IRELL.COM
MNEIER@IBOLAW.COM
JAY.HURST@OAG.STATE.TX.US
PTROSTLE@JENNER.COM
DMURRAY@JENNER.COM
RBYMAN@JENNER.COM
GSPILSBURY@JSSLAW.COM
JFOX@JOEFOXLAW.COM
JOSEPH.CORDARO@USDOJ.GOV
ELI.MATTIOLI@KLGATES.COM
DROSNER@KASOWITZ.COM
AGLENN@KASOWITZ.COM
SNEWMAN@KATSKYKORINS.COM
MPRIMOFF@KAYESCHOLER.COM
JACLYN.GENCHI@KAYESCHOLER.COM

-6-

KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM
MPAGE@KELLEYDRYE.COM
ICATTO@KIRKLAND.COM
JAMES.SPRAYREGEN@KIRKLAND.COM
DAVID.SELIGMAN@KIRKLAND.COM
JAY@KLEINSOLOMON.COM
JJURELLER@KLESTADT.COM
CHARDMAN@KLESTADT.COM
MICHAEL.KIM@KOBREKIM.COM
ROBERT.HENOCH@KOBREKIM.COM
ANDREW.LOURIE@KOBREKIM.COM
TMAYER@KRAMERLEVIN.COM
BONEILL@KRAMERLEVIN.COM
ACATON@KRAMERLEVIN.COM
DEGGERMANN@KRAMERLEVIN.COM
MLANDMAN@LCBF.COM
WBALLAINE@LCBF.COM
SREE@LCBF.COM
EKBERGC@LANEPOWELL.COM
KEITH.SIMON@LW.COM
DAVID.HELLER@LW.COM
PETER.GILHULY@LW.COM
RICHARD.LEVY@LW.COM
GABRIEL.DELVIRGINIA@VERIZON.NET
EZWEIG@OPTONLINE.NET
WSWEARINGEN@LLF-LAW.COM
SFINEMAN@LCHB.COM
DALLAS.BANKRUPTCY@PUBLICANS.COM
AUSTIN.BANKRUPTCY@PUBLICANS.COM
PEISENBERG@LOCKELORD.COM
WCURCHACK@LOEB.COM
VRUBINSTEIN@LOEB.COM
DBESIKOF@LOEB.COM
LOIZIDES@LOIZIDES.COM
ROBIN.KELLER@LOVELLS.COM
OMECA.NEDD@LOVELLS.COM
CHRIS.DONOHO@LOVELLS.COM
MATTHEW.MORRIS@LOVELLS.COM
ILEVEE@LOWENSTEIN.COM
KROSEN@LOWENSTEIN.COM
VDAGOSTINO@LOWENSTEIN.COM
METKIN@LOWENSTEIN.COM
STEELE@LOWENSTEIN.COM
TWHEELER@LOWENSTEIN.COM

JPROL@LOWENSTEIN.COM
SCARGILL@LOWENSTEIN.COM
SQUIGLEY@LOWENSTEIN.COM
ELEVIN@LOWENSTEIN.COM
MWARREN@MTB.COM
JHUGGETT@MARGOLISEDELSTEIN.COM
FHYMAN@MAYERBROWN.COM
ATREHAN@MAYERBROWN.COM
BTRUST@MAYERBROWN.COM
JTOUGAS@MAYERBROWN.COM
AGOLIANOPOULOS@MAYERBROWN.COM
TKIRIAKOS@MAYERBROWN.COM
SWOLOWITZ@MAYERBROWN.COM
JSTOLL@MAYERBROWN.COM
ASHAFFER@MAYERBROWN.COM
HBELTZER@MAYERBROWN.COM
CWALSH@MAYERBROWN.COM
MHANCHET@MAYERBROWN.COM
JLAMAR@MAYNARDCOOPER.COM
KREYNOLDS@MKLAWNYC.COM
RHS@MCCALLARAYMER.COM
BKMAIL@PROMMIS.COM
EGLAS@MCCARTER.COM
KMAYER@MCCARTER.COM
WTAYLOR@MCCARTER.COM
GGITOMER@MKBATTORNEYS.COM
NCOCO@MWE.COM
GRAVERT@MWE.COM
PHAYDEN@MCGUIREWOODS.COM
SFOX@MCGUIREWOODS.COM
DHAYES@MCGUIREWOODS.COM
JMADDOCK@MCGUIREWOODS.COM
JSHEERIN@MCGUIREWOODS.COM
JMR@MSF-LAW.COM
TSLOME@MSEK.COM
AMARDER@MSEK.COM
JMAZERMARINO@MSEK.COM
HARRISJM@MICHIGAN.GOV
MICHAEL.FREGE@CMS-HS.COM
SDNYECF@DOR.MO.GOV
STEVE.GINTHER@DOR.MO.GOV
DAVIDWHEELER@MVALAW.COM
NHERMAN@MORGANLEWIS.COM
NISSAY_10259-0154@MHMJAPAN.COM

-8-

LBERKOFF@MORITTHOCK.COM
JPINTARELLI@MOFO.COM
LMARINUZZI@MOFO.COM
YUWATOKO@MOFO.COM
KOSTAD@MOFO.COM
TGOREN@MOFO.COM
LNASHELSKY@MOFO.COM
BMILLER@MOFO.COM
BANKRUPTCY@MORRISONCOHEN.COM
MILLEE12@NATIONWIDE.COM
JOWOLF@LAW.NYC.GOV
SUSAN.SCHULTZ@NEWEDGEGROUP.COM
DDREBSKY@NIXONPEABODY.COM
ADARWIN@NIXONPEABODY.COM
VMILIONE@NIXONPEABODY.COM
MBERMAN@NIXONPEABODY.COM
BANKRUPTCYMATTERS@US.NOMURA.COM
INFO2@NORMANDYHILL.COM
CRMOMJIAN@ATTORNEYGENERAL.GOV
MJR1@WESTCHESTERGOV.COM
JEREMY.EIDEN@STATE.MN.US
DIRK.ROBERTS@OTS.TREAS.GOV
MARTIN.DAVIS@OTS.TREAS.GOV
AKANTESARIA@OPPENHEIMERFUNDS.COM
RDAVERSA@ORRICK.COM
JGUY@ORRICK.COM
KORR@ORRICK.COM
DFELDER@ORRICK.COM
RFRANKEL@ORRICK.COM
RWYRON@ORRICK.COM
LMCGOWEN@ORRICK.COM
WSILVERM@OSHR.COM
PFELDMAN@OSHR.COM
JAR@OUTTENGOLDEN.COM
RROUPINIAN@OUTTENGOLDEN.COM
WK@PWLAWYERS.COM
CHIPFORD@PARKERPOE.COM
DWDYKHOUSE@PBWT.COM
BGUINEY@PBWT.COM
HARVEYSTRICKON@PAULHASTINGS.COM
DRAELSON@FISHERBROTHERS.COM
SSHIMSHAK@PAULWEISS.COM
DDAVIS@PAULWEISS.COM
CHAMMERMAN@PAULWEISS.COM

DSHEMANO@PWKLLP.COM
KRESSK@PEPPERLAW.COM
KOVSKYD@PEPPERLAW.COM
WISOTSKA@PEPPERLAW.COM
LAWALLF@PEPPERLAW.COM
MELTZERE@PEPPERLAW.COM
SCHANNEJ@PEPPERLAW.COM
ARLBANK@PBFCM.COM
JHORGAN@PHXA.COM
DAVID.CRICHLOW@PILLSBURYLAW.COM
BILL.FREEMAN@PILLSBURYLAW.COM
MARK.HOULE@PILLSBURYLAW.COM
SPLATZER@PLATZERLAW.COM
DFLANIGAN@POLSINELLI.COM
JBIRD@POLSINELLI.COM
CWARD@POLSINELLI.COM
JSMAIRO@PBNLAW.COM
TJFREEDMAN@PBNLAW.COM
BBISIGNANI@POSTSCHELL.COM
FBP@PPGMS.COM
LML@PPGMS.COM
RFLEISCHER@PRYORCASHMAN.COM
MJACOBS@PRYORCASHMAN.COM
DROSE@PRYORCASHMAN.COM
RBEACHER@PRYORCASHMAN.COM
CANELAS@PURSUITPARTNERS.COM
SCHEPIS@PURSUITPARTNERS.COM
SUSHEELKIRPALANI@QUINNEMANUEL.COM
JAMESTECCE@QUINNEMANUEL.COM
SCOTTSHELLEY@QUINNEMANUEL.COM
ROBERTDAKIS@QUINNEMANUEL.COM
ARAHL@REEDSMITH.COM
KGWYNNE@REEDSMITH.COM
JFALGOWSKI@REEDSMITH.COM
CLYNCH@REEDSMITH.COM
ESCHAFFER@REEDSMITH.COM
MVENDITTO@REEDSMITH.COM
JLSCOTT@REEDSMITH.COM
DGRIMES@REEDSMITH.COM
RQURESHI@REEDSMITH.COM
CALBERT@REITLERLAW.COM
JSHICKICH@RIDDELLWILLIAMS.COM
GMOSS@RIEMERLAW.COM
ABRAUNSTEIN@RIEMERLAW.COM

ARHEAUME@RIEMERLAW.COM
ECOHEN@RUSSELL.COM
RUSSJ4478@AOL.COM
MSCHIMEL@SJU.EDU
CMONTGOMERY@SALANS.COM
LWHIDDEN@SALANS.COM
CBELMONTE@SSBB.COM
TBROCK@SSBB.COM
PBOSSWICK@SSBB.COM
ASNOW@SSBB.COM
AISENBERG@SAUL.COM
EGEEKIE@SCHIFFHARDIN.COM
JKEHOE@SBTKLAW.COM
BDK@SCHLAMSTONE.COM
NLEPORE@SCHNADER.COM
COHENR@SEWKIS.COM
ASHMEAD@SEWKIS.COM
FSOSNICK@SHEARMAN.COM
JGARRITY@SHEARMAN.COM
NED.SCHODEK@SHEARMAN.COM
ANN.REYNAUD@SHELL.COM
JENNIFER.GORE@SHELL.COM
CSHULMAN@SHEPPARDMULLIN.COM
RREID@SHEPPARDMULLIN.COM
MCADEMARTORI@SHEPPARDMULLIN.COM
BWOLFE@SHEPPARDMULLIN.COM
BANKRUPTCY@GOODWIN.COM
JTIMKO@SHUTTS.COM
AQUALE@SIDLEY.COM
AUNGER@SIDLEY.COM
RFRIEDMAN@SILVERMANACAMPORA.COM
SALLY.HENRY@SKADDEN.COM
FYATES@SONNENSCHEIN.COM
PMAXCY@SONNENSCHEIN.COM
SLERNER@SSD.COM
SMAYERSON@SSD.COM
RTERENZI@STCWLAW.COM
CGOLDSTEIN@STCWLAW.COM
R.STAHL@STAHLZELLOE.COM
MARC.CHAIT@STANDARDCHARTERED.COM
ECHANG@STEINLUBIN.COM
EOBRIEN@SBCHLAW.COM
JLOVI@STEPTOE.COM
LROMANSIC@STEPTOE.COM

-11-

RITKIN@STEPTOE.COM
KPIPER@STEPTOE.COM
CS@STEVENSLEE.COM
CP@STEVENSLEE.COM
APO@STEVENSLEE.COM
PPATTERSON@STRADLEY.COM
MCORDONE@STRADLEY.COM
MDORVAL@STRADLEY.COM
DJOSEPH@STRADLEY.COM
JMMURPHY@STRADLEY.COM
LANDON@STREUSANDLANDON.COM
VILLA@STREUSANDLANDON.COM
STREUSAND@STREUSANDLANDON.COM
LHANDELSMAN@STROOCK.COM
DWILDES@STROOCK.COM
HOLSEN@STROOCK.COM
MSPEISER@STROOCK.COM
SMILLMAN@STROOCK.COM
LACYR@SULLCROM.COM
FELDSTEINH@SULLCROM.COM
CLARKB@SULLCROM.COM
SCHWARTZMATTHEW@SULLCROM.COM
WRIGHTTH@SULLCROM.COM
PAUL.TURNER@SUTHERLAND.COM
MARK.SHERRILL@SUTHERLAND.COM
MILLER@TAFTLAW.COM
AGBANKNEWYORK@AG.TN.GOV
MARVIN.CLEMENTS@AG.TN.GOV
THALER@THALERGERTLER.COM
GERACI@THALERGERTLER.COM
RANJIT.MATHER@BNYMELLON.COM
ROBERT.BAILEY@BNYMELLON.COM
MMORREALE@US.MUFG.JP
YAMASHIRO@SUMITOMOTRUST.CO.JP
EFILE@WILLAW.COM
IRA.HERMAN@TKLAW.COM
DEMETRA.LIGGINS@TKLAW.COM
RHETT.CAMPBELL@TKLAW.COM
MITCHELL.AYER@TKLAW.COM
DAVID.BENNETT@TKLAW.COM
MBOSSI@THOMPSONCOBURN.COM
AMENARD@TISHMANSPEYER.COM
MBENNER@TISHMANSPEYER.COM
BTURK@TISHMANSPEYER.COM

JCHRISTIAN@TOBINLAW.COM
OIPRESS@TRAVELERS.COM
MLYNCH2@TRAVELERS.COM
HOLLACE.COHEN@TROUTMANSANDERS.COM
LEE.STREMBA@TROUTMANSANDERS.COM
BMANNE@TUCKERLAW.COM
BTUPI@TUCKERLAW.COM
MSHINER@TUCKERLAW.COM
LINDA.BOYLE@TWTELECOM.COM
DLIPKE@VEDDERPRICE.COM
MJEDELMAN@VEDDERPRICE.COM
EASMITH@VENABLE.COM
SABRAMOWITZ@VELAW.COM
JWEST@VELAW.COM
DKLEINER@VELAW.COM
JELDREDGE@VELAW.COM
HSNOVIKOFF@WLRK.COM
RGMASON@WLRK.COM
JAFELTMAN@WLRK.COM
ARWOLF@WLRK.COM
CBELISLE@WFW.COM
JFREEBERG@WFW.COM
RGRAHAM@WHITECASE.COM
TMACWRIGHT@WHITECASE.COM
AVENES@WHITECASE.COM
EHOLLANDER@WHITECASE.COM
AZYLBERBERG@WHITECASE.COM
DBAUMSTEIN@WHITECASE.COM
MRUETZEL@WHITECASE.COM
UKREPPEL@WHITECASE.COM
TLAURIA@WHITECASE.COM
GUZZI@WHITECASE.COM
CSHORE@WHITECASE.COM
LTHOMPSON@WHITECASE.COM
SZUCH@WIGGIN.COM
MABRAMS@WILLKIE.COM
MFELDMAN@WILLKIE.COM
BROMANO@WILLKIE.COM
AALFONSO@WILLKIE.COM
RNETZER@WILLKIE.COM
DKOZUSKO@WILLKIE.COM
PETER.MACDONALD@WILMERHALE.COM
JEANNETTE.BOOT@WILMERHALE.COM
CRAIG.GOLDBLATT@WILMERHALE.COM

-13-

LISA.EWART@WILMERHALE.COM
JMCGINLEY@WILMINGTONTRUST.COM
JBECKER@WILMINGTONTRUST.COM
CSCHREIBER@WINSTON.COM
DMCGUIRE@WINSTON.COM
MKJAER@WINSTON.COM
DNEIER@WINSTON.COM
DRAVIN@WOLFFSAMSON.COM
JLAWLOR@WMD-LAW.COM
BANKR@ZUCKERMAN.COM