

## IBERDROLA

IBERDROLA GENERACIÓN, S.A. Unipersonal
C/ Tomás Redondo, nº 1
28033 Madrid
Te: +34 91 784 22 72
Fax: +34 91 784 22 67

United States Bankruptcy Court/Southern District of New York
Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York
New York 10004
United States of America

------------------------------------------------x
:
In re                                            :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al.,           :    Case No. 08-13555 (JMP)
:
Debtors.                                     :    (Jointly Administered)
:
------------------------------------------------x

RECEIVED APR 1 1 2011 U.S. BANKRUPTCY COURT, SDNY JMP

### RESPONSE OF IBERDROLA GENERACIÓN TO DEBTORS' ONE HUNDRED AND THIRD OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

Iberdrola Generación, S.A. Unipersonal (hereinafter "Iberdrola Generación") company duly registered under the rules of the Kingdom of Spain, with VAT number A-95075586, creditor of **Lehman Brothers Commodity Services inc** (hereinafeter LBCS), with case number **08- 13885** and creditor of **Lehman Brothers Holdings Inc.** (hereinafter LBHI) with case number **08 – 13555**, hereby files this response[1] (hereinafter "Response") to the one hundred and third omnibus objection to claims, dated March 14, 2011 (hereinafter the "Objection"), filed by Lehman Brothers Holdings Inc. and its affiliates debtors in the above-captioned case (together, the "Debtors") by saying that the Debtors reduction of the claim for **Lehman Brothers Commodity Services inc**, and for **Lehman Brothers Holdings Inc.** to an **Modified Claim Amount of $ 2.751.553, 67** is not fair, accurate and reasonable.

#### Argument

1. Iberdrola Generación believes that the allowed Claim should take into account the real replacement costs suffered by Iberdrola Generación as a consequence of the file for bankruptcy under Chapter 11 base of both **LBCS** and **LBHI**. Iberdrola Generación had to close Replacement Transactions in order to mitigate the damages caused by the filing of the bankruptcy. Iberdrola Generación contacted some well known counterparties and

---

[1] Since Iberdrola Generación. S.A. Unipersonal has not been able to register electronically at the Bankruptcy Court filing system, we have served our Response to Debtors' One Hundred And Third Omnibus Objection To Claims (valued derivative claims) on the persons listed on the Objection

1



# IBERDROLA

finally we closed with Barclays a deal replicating the original transactions agreed with LBCS. The Court will find on the documents attached to the proof of claim filed by Iberdrola Generación the characteristics, terms and conditions of the transactions closed with Barclays that replaced the transactions agreed but no performed with Lehman.

2. Because the claim was not denominated in dollars and for clarity issues Iberdrola Generación used a unique rate for both the two Claims to convert into dollars. At this stage, having received external advice we know that pursuant to Section 502(b) of chapter 11 of title 11 of the United States Code (the "US Bankruptcy Code") euros shall be converted into USD as of the date of filing of the petition of the relevant debtor. LBHI and LBCS filed for bankruptcy under Chapter 11 of the US Bankruptcy Code was respectively, on 15 September 2008 and on 3 October 2008 so the correct FX rates to effect such conversion that are, therefore, 1.4201 for LBHI and 1.3801 for LBCS.
3. As a consequence of the above, Iberdrola Generación considers and ask the Court to consider that the Allowed Claims should be 3.030.731 $ for LBHI and 2.945.359 $ for LBCS.

WHEREFORE, Iberdrola Generación respectfully requests that the Court deny the Objection to Iberdrola Generación Claims and grant Iberdrola Generación such other further relief as stated above and as the Court deems just and proper.

Dated: April, 8, 2011
Madrid, Madrid 28033, Spain.

Respectfully Submitted,

Fernando Tallón Yágüez
Legal Director
Iberdrola Generación, S.A. Unipersonal

2