Irene Zeidler
Schmiege 36
79238 Ehrenkirchen
   - Germany --

Ehrenkirchen, den 07.04.2011

United States Bankruptcy Court Souterns District of New York

In re Lehman Borthers Holding Inc., et al, Debtors

Chapter 11 Case No. 08-13555 (JMP)

Response to Debtor's One Hundred Twelfth Omnibus Objecton to claims (Invalid Blocking Number LPS claims)

Claim No. 12246

Creditor: Zeidler, Irene

Dear Judge Peck,

I write to oppose Objecton Number 112. My claim number is 12246. I submitted my claim on or before 2-September 2009, before the claims deadline. At that time, i includet a blocking number that was supplied to me by my bank, ING DiBa. On 10.Sebtember 2009, ING DiBa informed me that they gave me the wrong blocking number and they provided a new blocking number to me along with a letter to mail to EPIQ. On 11-September, 2009, I mailed the letter I received form ING to EPIQ advising EPIQ of the change in my blocking number; please see copy of letter attached. I heard nothing more about this until last week when I learned that there ist this objection to my claim based on the worng blocking number but which did not credit me with providing the correct blocking number to EPIQ befor the deadline. A copy of the ING letter explaining the error and which I immediately forwarded to EPIQ in September 2009 is attached. The letter reflects my accurate blocking number of CA67650.

I am retired and this claim ist valuable to me. It is unfair that EPIQ did not properly record this blocking number and I should not be penalized for the mistake of either EPIQ or ING. Please find my claim to be proberly changed in time as I did promptly notify EPIQ of ING's mistake befor the claims deadline expired.

Respectfully,

*[signature: I. Zeidler]*

RECEIVED
APR 11 2011
U.S. BANKRUPTCY COURT, SDNY
JMP