Oberringingen, 04.04.2011

Abs: Simon Möhnle
Oberringingen 18

D-86657 Bissingen


Office of the Unitet States Trustees for Region 2
Attn.; Tracy Hope Davis, Esq., Elisabetta Gasparini
Esq. and Andrea Schwartz
33 Whitehall Street, 21st Floor, New York
New York 10004
U. S. A


**Unitet States Bankruptcy Court**
**Southern District of New York**
**In re LEHMANN Brothers Hodings INC et al., Debtors**
**Chapter 11 Case No. 08-1355 (JMP) (Jointly Administered )**


**Creditor Name and Address:**
**Möhnle Simon, Oberringingen 18, D-86657 Bissingen**


**Claim to be Disallowed**      Claim Number 31295   Date: 09/22/2009      Case Number 08-13555
**And Expunged**                Classification: $ 14 Thousand an 175,00 (14.175,00 Dollar)
                                = Vierzehntausendeinhundertfünfundsiebzig Dollar
This Claim to be Disallowed an Expunged is O. K.!


**Claim to be Surviving**       Claim Number 37209 Date 10/9/2009      Case Number 08-13555
                                Classification: $ 14 Thousand an 175,00 (14.175,00 Dollar)
                                = Vierzehntausendeinhundertfünfundsiebzig Dollar

                                International Securities Identification Number (ISIN) XS0280223107
                                Blocking Number CA 23416 , Lagerstellennummer 64043
**This Claim Surviving is O.K.**


If you have more questions - my telephone-Number ist
Germany 09089/920000 The mother from Simon Möhnle  - Erika Möhnle
Please call in germany!
Thank your very much.

Mit freundlichen Grüßen

Erika Möhnle                                              Friedrich Möhnle
Mother                                                    Father

*Möhle Erika*                                             *Möhnle Friedrich*

**Anlage:**
**Kopie from the letter**

RECEIVED APR 11 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                   :   Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,                  :   08-13555 (JMP)
                                                        :
                            Debtors.                    :   (Jointly Administered)
                                                        :
----------------------------------------------------------x

LBH OMNI106 03-14-2011 (MERGE2,TXNUM2) 4000077669 BAR(23) MAIL ID *** 000043231863 *** BSIUSE: 21

MOHNLE, SIMON
OBERRINGINGEN 18
BISSINGEN, 86657 GERMANY

## THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

## IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' ONE HUNDRED SIXTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

| Creditor Name and Address: | | Claim Number | Date Filed | Case Number | Classification and Amount |
|---|---|---|---|---|---|
| MOHNLE, SIMON<br>OBERRINGINGEN 18<br>BISSINGEN, 86657 GERMANY | Claim to be Disallowed and Expunged | 31295 | 9/22/2009 | 08-13555 | UNSECURED: $ 14,175.00 |
| | Surviving Claim(s) | 37209 | 10/9/2009 | 08-13555 | UNSECURED: $ 14,175.00 |

PLEASE TAKE NOTICE that, on March 14, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their One Hundred Sixth Omnibus Objection to Claims (Amended and Superseded Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim was amended and superseded by the claim(s) listed above under SURVIVING CLAIM(S). **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on April 13, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.