*Martin Kirtzel, Ortrudstrasse 18, 22083 Hamburg, Germany*   *Hamburg, 2011-04-01*

*Honorable James M. Peck*
*One Bowling Green, Courtroom 601, New York*
*New York 10004*
*United States of America*

Dear Sir or Madam,

I oppose the disallowence and expungement of my claim.
I hereby notice you of the correct blocking reference code.
I would be grateful if you could take this adjustment into account.

(i) **1) Name of the Bankruptcy Court:**
   *United State Bankruptcy Court/*
   *Southern District Of New York*
   **2) Name of the Debtors:**
   *Lehman Brothers Holdings Inc., et al. Debtors*
   **3) Case Number:**
   *Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered)*
   **4) Title of the Objection to which the response is directed:**
   *Notice of hearing on Debtors' one hundred twelfth*
   *Omnibus Objection to Claims (Invalid Blocking Number LPS Claims)*
(ii) **1) Name of the claimant**
   *Martin Kirtzel*
   **2) Basis for the amount of the claim:**
   $ 28,392.96
(iii)   My proof of claim was filled with an invalid Blocking Reference Code.
   *I hereby notice you of the correct blocking reference code*
   **The correct Blocking Reference Code is CA47255.**
(iv) **Documentation:**
   *See attachment #1*
(v) -
(vi) **Name, address, telephone number of the person processing ultimate authority to reconsile, settle, or resolve the claim:**
   *Martin Kirtzel*
   *Ortrudstrasse 18*
   *22083 Hamburg*
   *Germany*
   *Tel.: 0049-176-51249920*
   *Mail: m.kirtzel@gmx.de*

Kind regard

*Martin Kirtzel* (signature)
*Martin Kirtzel*


RECEIVED APR 1 1 2011 U.S. BANKRUPTCY COURT, SDNY JMP

-1-



ING-DiBa AG · 60628 Frankfurt am Main

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Nürnberg, 2009-10-09

Re: Lehman Brothers Holdings Inc., et al., Debtors
    Chapter 11
    Case No. 08-13555 (JMP) (Jointly Administered)

Dear Sir or Madam,

our customer, Mr. Martin Kirtzel, Ortrudstr. 18, 22083 Hamburg has filed the respective form to assert his/her claims in respect of *Lehman Securities Programs* (Chapter 11, based on the list dated 17 July 2009).
Unfortunately, we accidentally confirmed the wrong blocking reference code (Sender's Reference of Clearstream (Luxemburg) blocking order n°.3776 for ISIN XS0269657994) on the form indicated as *Lehman Securities Programs Proof of Claim*.

We hereby wish to notify you of the correct blocking reference code applicable to such customer:

**Blocking Reference Code CA47255**

We would be grateful if you could take such adjustment into account and would like to apologize for any inconvenience incurred.

Kind regards
ING-DiBa AG

Birgit Schüßler
Responsible for CA & Payments

Stefanie Strunz
Responsible for CA & Payments

ING-DiBa AG                Vorsitzender des Aufsichtsrates: Hans K. Verkoren        Sitz: Frankfurt am Main         Telefon  0180 2 / 34 22 20