CHRISTIAN & HELKE BEIER
Minneweg 11b
21720 Grünendeich Germany

Christian & Helke Beier, Minneweg 11b, 21720 Grünendeich

**Honorable James M. Peck**
**One Bowling Green, Courtroom 601, New York**
**New York 100004**
**United States of America**

Grünendeich, 04/06/2011

**NOTICE OF HEARING ON DEBTORS` FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS**
**Name of Debtors: Lehman Brothers Holdings**
**Name of Claimant: Christian Beier**
**Claim Number: 65605**
**Chapter 11 Case No. 08-13555 (JMP)   (Jointly Administred)**

Dear Ladies and Gentlemen:

I would like to file an objection against your written rejection. When we signed the investment contract, we were guaranteed a 100% repayment of our money. This guarantee could be found in the contract.

The district court of Munich confirms that this false information is due to serious mistakes in the contract and brochure (court decision from 11/30/2010 Az: 28 O 8380/10 and from 03/03/2011 Az: 22 O 1310/10).

Therefore, we make a claim for reimbursement of our investment.

Yours faithfully,

Christian Beier

RECEIVED
APR 1 1 2011
U.S. BANKRUPTCY COURT, SDNY
JMP