

**United States Bankruptcy Court**
**Southern District of New York**

------------------------------------------------------------

In re

**Chapter 11 Case No.**
**08-13555 (JMP)**
**(Jointly Administered)**

**Lehman Brothers Holdings Inc., et al.,**
           **Debtors**

------------------------------------------------------------

The Chambers of the Honorable James M. Peck
One Bowling Green
New York, New York 10004, Courtroom 601

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Shai Waisman, Esq. and Mark Bernstein, Esq.

The Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.

**Creditor Name and Address**
GATTUSO, MARGARET E.            **Claim Number:**     27736
101 WARREN STREET               **Date Filed:**       09/22/2009
APT 1120
NEW YORK, NY 10007

**Title of Objection: Creditor's Objection to Debtor's Request to Disallow and Expunge Pension-Related Obligations**

Margaret E. Gattuso hereby requests that the above claim pertaining to ERISA based retirement / pension benefits is NOT DISALLOWED & EXPUNGED. MARGARET E. GATTUS0 does oppose the disallowance and expungement of her claim listed above.

Such pension benefits were accrued and earned based on over 15 years of service. Margaret E. Gattuso had sufficient service from Neuberger Berman, acquired by Lehman Brothers in October 2003, and from Lehman Brothers. Such benefits should not be reduced by any settlement with PBGC.

Amount of claim is approximately $200,000 based upon an estimated full monthly pension benefit estimated at $525 per month over a period of 30 years (normal retirement).

Records of MARGARET E. GATTUSO's account are available through Lehman Brother's records or through the PBGC. Due to the immediate nature of the Lehman Brother's bankruptcy, sufficient time was not available to retrieve employee records.

Please send any future correspondence to the Creditor's name and address listed above.

Thank you,

*Margaret Gattuso*
Margaret E. Gattuso