

ING-DiBa AG · 60628 Frankfurt am Main

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076          Nürnberg, 2009-10-09

Re: Lehman Brothers Holdings Inc., et al., Debtors
    Chapter 11
    Case No. 08-13555 (JMP) (Jointly Administered)

Dear Sir or Madam,

our customer, Ms. Elisabeth Gölz, Neuffenstr. 6, 73107 Eschenbach has filed the respective
form to assert his/her claims in respect of *Lehman Securities Programs* (Chapter 11, based on
the list dated 17 July 2009).
Unfortunately, we accidentally confirmed the wrong blocking reference code (Sender's
Reference of Clearstream (Luxemburg) blocking order n°.3815 for ISIN XS0231442046) on the
form indicated as *Lehman Securities Programs Proof of Claim*.

We hereby wish to notify you of the correct blocking reference code applicable to such customer:

**Blocking Reference Code CA93940**

We would be grateful if you could take such adjustment into account and would like to apologize
for any inconvenience incurred.

Kind regards
ING-DiBa AG

Birgit Schüßler                    Stefanie Strunz
Responsible for CA & Payments      Responsible for CA & Payments

RECEIVED APR 1 1 2011 U.S. BANKRUPTCY COURT, SDNY JMP

In Re: Lehman Brothers Holdings, Inc., et al  Chapter 11 Case No. 08-13555 (JMP)

**FORMAL OBJECTION OF CLAIMS OBJECTION REGARING CLAIM NUMBER 34190**

Dear Sirs,

I am objecting that my claim, claim number 34190 will be disallowed and expunged from the official claims register on the ground that it did not include a valid electronic instruction reference number or a blocking number, as required by the Bankruptcy Court's July 2, 2009 order setting for the procedures and deadlines for filling proof of claim in these chapter 11 case (the "Bar Date Order") [Docket No. 4271].

The original claim form filed on September 14, 2009 included a blocking number we had originally received from our bank. In a letter dated 2009-10-09 (attached as Exhibit 1) ING DiBA informed the Lehman Brothers Holdings Claims Processing Center of this mistake and corrected the Blocking number to Blocking Reference Code CA93940. We trusted that with this letter from our bank, the incorrect blocking number reference was corrected for my claim number 34190.

We hope that if the letter from ING DiBa was not properly processed and the claim information for claim 34190 was not updated with the correct blocking number reference that this response will sufficiently resolve any incorrect information for this claim and that the court will withdraw their objection to this claim and will allow this as originally intended with the revised blocking number.
Sincerely,

_Elisabeth Goelz_                                        Dated 4. 4. 11
(Signature)

Elisabeth Goelz,

Neuffen Strasse 6

73107 Eschenbach,

Claim Number 34190

Date Filed 9/14/2009

Debtor: 08-13555

Classification and Amount: Unsecured $28,390.00

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :    08-13555 (JMP)
                                               :
                              Debtors.         :    (Jointly Administered)
                                               :
-------------------------------------------------------------x

LBH OMNI112 03-14-2011 (MUROE2,TXNUM2) 4000080087 BAR(23) MAIL ID *** 000043233307 *** BSIUSB: 57
GOELZ, ELISABETH
NEUFFEN STR.6
ESCHENBACH, 73107 GERMANY


**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, ERIC KASENETZ, ESQ., AT 212-310-8737.**

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED TWELFTH
OMNIBUS OBJECTION TO CLAIMS (INVALID BLOCKING NUMBER LPS CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:** GOELZ, ELISABETH NEUFFEN STR.6 ESCHENBACH, 73107 GERMANY | **Claim Number:** 34190 |
| | **Date Filed:** 9/14/2009 |
| | **Debtor:** 08-13555 |
| | **Classification and Amount:** UNSECURED: $ 28,390.00 |

PLEASE TAKE NOTICE that, on March 14, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that it did not include a valid electronic instruction reference number or a blocking reference number, as required by the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271]. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. prevailing Eastern Time on April 13, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the Bar Date Order), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on April 28, 2011 to consider the Objection. The hearing will be held at 10:00 a.m. prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim. If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

**If you have any questions about this notice or the Objection, please contact Debtors' counsel, Eric Kasenetz, Esq., at 212-310-8737. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.**

DATED: March 14, 2011
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

*Elisabeth Goelz*

Neuffenstrasse 6
73107 Eschenbach

Germany

To:

Chambers of the Honorable James M. Peck

One Bowling Green Courtroom 601

New York, New York 10004

With copies to:

Weil Gotshal & Manges LLP,

767 Fifth Avenue

New York, New York 10153

Atttn: Shai Waisman, Esq. and Mark Bernstein, Esq.

Office of the United Trustees for Region 2

33 Whitehall Street 21st Floor

New York, New York 10004

Attn: Tracy Hope Davis, Esp., Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP

1 Chase Manhattan Plaza

New York, New York 10005

Attn: Dennis F Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.