**Johannes und Anita Stärkel**

Breite Heerstrasse 17/2
75365 Calw
Germany

Phone: +49 7051 930988
Mail: Johannes.Staerkel@online.de

Honorable James M. Peck
One Bowling Green, Courtroom 601, New York
New York 10004
United States of America

April 2, 2011

In re:
**LEHMAN Brothers Holdings Inc., et al.,**

**Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered)**

**United States Bankruptcy Court
Southern District of New York**

**NOTICE OF HEARING ON DEBTORS ONE HUNDRED TWELFTH OMNIBUS
OBJECTION TO CLAIMS
(INVALID BLOCKING NUMBER LPS CLAIMS)
„CLAIM TO BE DISALLOWED & EXPUNGED"**

Creditor:
STAERKEL, Johannes
Breite Heerstrasse 17-2
75365 Calw
GERMANY



RECEIVED
APR 11 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

Dear Honorable Mr. Peck,

in a notice, dated March 14, 2011 the United States Bankruptcy Court Southern District of New York informed me that my claim (claim number 41602) against Lehman Brothers Holdings INC. was to be disallowed & expunged.

I strongly object to the notice of the Court and continue to uphold my claim against Lehman Brothers Holdings INC., et al.

<u>Please allow me to give the reasons for my objection:</u>

1) ING-DiBa Nuernberg-branch, the investment bank which handled the investment of my Lehman Brothers certificate, filled in *the depository blocking reference* „**3963**" in the provided form.

2) The *Lehman Securities Programs Proof of Claim* was mailed by recorded delivery to the US Bankruptcy Court/Southern District of New York on **October 10, 2009.** (App. 1: Receipt of the 'Einschreiben' (Recorded Delivery) by the German Postal Agency)

1

3) In a letter to the United States Bankruptcy Court Southern District of New York, dated **October 09, 2009** ING-DiBa Nuernberg apologized for having accidently confirmed the wrong blocking reference code.
In the same letter ING-DiBa notified the Court of the correct blocking reference code **Blocking Reference Code CA23903** (applicable to their customers Mr. and Mrs. Johannes Staerkel, Breite Heerstr. 17/2, 75365 Calw, Germany).
(App. 2: Letter of ING-DiBa to the US Bankruptcy Court/Southern District of New York, dated October 09, 2009)

4) This letter was mailed by recorded delivery to the US Bankruptcy Court/Southern District of New York on October 19, 2009.
(App. 3: Receipt of the ‚Einschreiben' (Recorded Delivery) by the German Postal Agency)

5) In a letter, dated December 2, 2009, EPIQ Systems (757 Third Avenue, Third Floor, New York, NY 10017) informed, that the claim (claim No. 41602) had been received. – After having received this letter I was in no doubt that the Court had received and correctly filed my claim with the correct Blocking Reference Number CA23903.
(App. 4: Letter of EPIQ Systems, dated December 2, 2009)

Conclusion:
I therefore strongly disagree with the objection of the Court since the Court must have received all necessary information. If in any way this was not the case, it was because of reasons which were not under my control and might have occured at other places.

I therefore kindly ask you to do all you can to have the objection dismissed and my claim not be disallowed and expunged.

May I also kindly ask you to send a valid proof that you have received this letter.

Would you also be so kind and advise me whether my appearance at the scheduled hearing is mandatory.

Sincerely yours,

*Johannes Staerkel*
Johannes Staerkel

Please find enclosed:
App 1.: Receipt of the ‚Einschreiben' (Recorded Delivery) by the German Postal Agency
App 2.: Letter of ING-DiBa to the US Bankruptcy Court/Southern District of New York, dated October 09, 2009
App 3.: Receipt of the Einschreiben (Recorded Delivery) by the German Postal Agency
App 4.: Letter of EPIQ Systems, dated December 2, 2009

App. 1

Einlieferungsbeleg/Quittung
Bitte Beleg gut aufbewahren!

Deutsche Post AG
75328 Schömberg

85042622  1306        10.10.09  11:16

Sendungsnummer:    RF 9591 2107 9DE

Einschreiben International

Servicenummer National
Telefon: 0 18 05/29 06 90
14 ct/60 Sek. im Festnetz
Mo.-Fr. 8-18h

Servicenummer International
Telefon: 0 18 01/80 55 55
3,9 ct/60 Sek. im Festnetz
Mo.-Fr. 8-18h und Sa. 8-14h

Internet: www.deutschepost.de/briefstatus

Vielen Dank für Ihren Besuch.
Ihre Deutsche Post AG

**ING DiBa**

App. 2

ING-DiBa AG · 60628 Frankfurt am Main

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Nürnberg, 2009-10-09

Re: Lehman Brothers Holdings Inc., et al., Debtors
    Chapter 11
    Case No. 08-13555 (JMP) (Jointly Administered)

Dear Sir or Madam,

our customers, Mr. and Ms. Johannes Stärkel and Anita Stärkel, Breite Heerstr. 17/2, 75365 Calw has filed the respective form to assert there claim in respect of *Lehman Securities Programs* (Chapter 11, based on the list dated 17 July 2009).
Unfortunately, we accidentally confirmed the wrong blocking reference code (Sender's Reference of Clearstream (Luxemburg) blocking order n°.3963 for ISIN XS0269657135) on the form indicated as *Lehman Securities Programs Proof of Claim*.

We hereby wish to notify you of the correct blocking reference code applicable to such customer:

**Blocking Reference Code CA23903**

We would be grateful if you could take such adjustment into account and would like to apologize for any inconvenience incurred.

Kind regards
ING-DiBa AG

Birgit Schüßler
Responsible for CA & Payments

Stefanie Strunz
Responsible for CA & Payments

ING-DiBa AG
Theodor-Heuss-Allee 106

Vorsitzender des Aufsichtsrates: Hans K. Verkoren
Vorstand: Ben Tellings (Vorsitzender),

Sitz: Frankfurt am Main
AG Frankfurt am Main HRB 7727
Steuernummer 047 220 2800 4

Telefon    0180 2 / 34 22 20
Internet    www.ing-diba.de
E-Mail    info@ing-diba.de
Bankleitzahl 500 105 17

App. 3

Einlieferungsbeleg/Quittung
Bitte Beleg gut aufbewahren!

Deutsche Post AG
75392 Deckenpfronn

85052462  8868          19.10.09   15:51

Sendungsnummer:      RF 7221 3432 6DE

US Bankruptcy

Einschreiben International

New York
USA

Servicenummer National
Telefon: 0 18 05/29 06 90
14 ct/60 Sek. im Festnetz
Mo.-Fr. 8-18h

Servicenummer International
Telefon: 0 18 01/80 55 55
3,9 ct/60 Sek. im Festnetz
Mo.-Fr. 8-18h und Sa. 8-14h

Internet: www.deutschepost.de/briefstatus

Vielen Dank für Ihren Besuch.
Ihre Deutsche Post AG

App. 4

EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM



 MAILID *** 0004901556 ***
**** LBH CLMLTR (MERGE2.TXNUM2) 4000089382 ****

STAERKEL, JOHANNES
BRETTE HEERSTRASSE 17-2
CALW, 75365 GERMANY

December 02, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

Debtor:           LEHMAN BROTHERS HOLDINGS, INC.
Case Number:      08-13555
Creditor:         STAERKEL, JOHANNES
Date Received:    10/19/2009
Claim Number:     41602

Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name,etc.

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

EPIQ BANKRUPTCY SOLUTIONS, LLC