HEARING DATE AND TIME: June 2, 2011 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: May 18, 2011 at 4:00 p.m. (Eastern Time)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF DEBTORS' ONE HUNDRED TWENTY-SECOND OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

----------------------------------------------------------------x

### NOTICE OF HEARING ON DEBTORS' ONE HUNDRED TWENTY SECOND OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

      **PLEASE TAKE NOTICE** that on April 15, 2011, Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), filed their one hundred twenty-second omnibus

objection to claims (the "Debtors' One Hundred Twenty-Second Omnibus Objection to

Claims"), and that a hearing (the "Hearing") to consider the Debtors' One Hundred Twenty-Second Omnibus Objection to Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **June 2, 2011 at 10:00 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

        **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' One Hundred Twenty-Second Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabeth Gasparini, Esq., and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.); so as to be so filed and received by no later than **May 18, 2011 at 4:00 p.m.**

**(Eastern Time)** (the "Response Deadline").

      **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' One Hundred Twenty-Second Omnibus Objection to Claims

or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the

Bankruptcy Court an order substantially in the form of the proposed order annexed to the

Debtors' One Hundred Twenty Second Omnibus Objection to Claims, which order may be

entered with no further notice or opportunity to be heard offered to any party.

Dated: April 15, 2011
     New York, New York

                    /s/ Robert J. Lemons
                    Robert J. Lemons

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------------x

**DEBTORS' ONE HUNDRED TWENTY SECOND OMNIBUS**
**OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS ONE HUNDRED TWENTY-SECOND OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

   Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent as follows:

**Relief Requested**

   1.  The Debtors file this one hundred twenty-second omnibus objection to claims (the "One Hundred Twenty-Second Omnibus Objection to Claims"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking disallowance and expungement of the claims listed on Exhibit A annexed hereto.

   2.  The Debtors have examined the proofs of claim identified on Exhibit A (collectively, the "No Liability Claims") and have determined that they assert claims, either wholly or in part, against entities that are not debtors in these jointly administered chapter 11 cases.  To that extent, the Debtors have no liability for the No Liability Claims, and the Debtors request they be disallowed and expunged accordingly.

   3.  The Debtors reserve all their rights to object on any basis to any No Liability Claim as to which the Court does not grant the relief requested herein.

**Jurisdiction**

   4.  This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

5.       Commencing on September 15, 2008, and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.       On September 17, 2008, the United States Trustee for Region 2 (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

7.       On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner.  The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy Code [Docket No. 7531].

8.       On July 2, 2009, this Court entered an order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271].  The Bar Date Order identified the names and case number of each of the Debtors in these chapter 11 cases.  (Bar Date Order at 1 n.2.)  The Bar Date Order requires, among other things, that each proof of claim "state the name and case number of the specific Debtor against which it is filed . . . ."  (Bar Date Order at 6.)  A copy of the Bar Date Order was made publicly available at http://www.lehman-docket.com.

9.       Claimants received notice of the Bar Date Order by mail.  (*See* Notice of Deadlines for Filing Proofs of Claim (the "Bar Date Notice").)  The Bar Date Notice was also

published in <u>The New York Times</u> (International Edition), <u>The Wall Street Journal</u> (International

Edition), and <u>The Financial Times</u>.  A list of the Debtors in these chapter 11 cases and their

respective case numbers was included as part of the Bar Date Notice and the instructions to the

Court-approved proof of claim form.  (Bar Date Notice at Schedule A.)  In accordance with the

Bar Date Order's requirement that claims be filed against the proper Debtor, the Bar Date Notice

stated, in bold-face type and in capital letters, that "**YOU SHOULD NOT FILE A PROOF OF**

**CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTORS.**" (*Id.* at 3

(emphasis in original).)

10.     On January 14, 2010, the Court entered the Procedures Order, which

authorizes the Debtors, among other things, to file omnibus objections to no more than 500

claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and

those additional grounds set forth in the Procedures Order.

### The No Liability Claims Should Be Disallowed and Expunged

11.     In their review of the claims filed on the claims register in these chapter 11

cases and maintained by the Court-appointed claims agent, the Debtors have identified the claims

on <u>Exhibit A</u> as claims, either wholly or in part, against entities that are not debtors in these

chapter 11 cases.  A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See*

*In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*,

No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re*

*Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).  Moreover, section

502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to

the extent that "such claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law."  11 U.S.C. § 502(b)(1).

12.    The No Liability Claims state on their face and/or the supporting documentation establishes that they are claims, at least in part, against a non-Debtor entity.  They include claims against foreign and domestic affiliates of the Debtors that are not Debtors in these jointly administered chapter 11 cases.  The No Liability Claims do not set forth any legal justification for asserting a claim against a Debtor in these cases, and if the No Liability Claims remain on the claims register, the potential exists for recoveries by parties who do not hold valid claims against the Debtors' estates.  Accordingly, the Debtors respectfully request the Court disallow and expunge the No Liability Claims listed on <u>Exhibit A</u> to the extent set forth therein.

<u>**Notice**</u>

13.    No trustee has been appointed in these chapter 11 cases.  The Debtors have served notice of this One Hundred Twenty-Second Omnibus Objection to Claims on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on <u>Exhibit A</u>; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635].  The Debtors submit that no other or further notice need be provided.

14.    No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request that the Court grant the relief requested herein and such other and further relief as is just.

Dated:  April 15, 2011
       New York, New York

                               /s/ Robert J. Lemons
                               Robert J. Lemons

                               WEIL, GOTSHAL & MANGES LLP
                               767 Fifth Avenue
                               New York, New York 10153
                               Telephone: (212) 310-8000
                               Facsimile: (212) 310-8007

                               Attorneys for Debtors
                               and Debtors in Possession

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO, GILBERT<br>ATTN:  NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19023 | $396.00 | No Liability Claim |
| 2 | ADVANCED PLANNING CONCEPTS, INC.<br>1205 NORTHERN BOULEVARD<br>MANHASSET, NY 11030 | 08-13555<br>(JMP) | 09/22/2009 | 31942 | $52,000.00 | No Liability Claim |
| 3 | AGIS, FRANCISCO<br>ATTN:  NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19022 | $396.00 | No Liability Claim |
| 4 | ANWORTH MORTGAGE<br>ASSET CORPORATION<br>1299 OCEAN AVE., SUITE 250<br>SANTA MONICA, CA 90401-1025 | 08-13555<br>(JMP) | 09/17/2009 | 15747 | $1,923,912.51* | No Liability Claim |
| 5 | ARIANO, NEIL A.<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19021 | $396.00 | No Liability Claim |
| 6 | ARICA, HUGO G<br>1 POLICE PLAZA<br>NEW YORK, NY 10038 | 08-13555<br>(JMP) | 09/18/2009 | 19100 | $396.00 | No Liability Claim |
| 7 | ARRIETA, ANGEL L.<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19020 | $396.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 8 | BALLESTE, JUAN R.<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19019 | $792.00 | No Liability Claim |
| 9 | BANK OF OKLAHOMA, N.A.<br>C/O FREDERIC DORWART, LAWYERS<br>ATTN: SAMUEL S. ORY<br>124 EAST FOURTH STREET<br>TULSA, OK 74103 | 08-13555<br>(JMP) | 09/21/2009 | 24141 | $1,452,773.23 | No Liability Claim |
| 10 | BANK OF OKLAHOMA, N.A.<br>C/O FREDERIC DORWART LAWYERS<br>ATTN: SAMUEL S. ORY<br>124 EAST FOURTH STREET<br>TULSA, OK 74103 | 08-13555<br>(JMP) | 09/21/2009 | 25229 | $46,559.00 | No Liability Claim |
| 11 | BAUMANN, CHRISTOPHER<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19018 | $792.00 | No Liability Claim |
| 12 | CARRASCO EDWARD<br>ONE POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 19017 | $504.00 | No Liability Claim |
| 13 | CARRASCO, EDWARD<br>ONE POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 33404 | $504.00 | No Liability Claim |
| 14 | CASTILLO ROBIN A<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19016 | $396.00 | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 15 | CASTILLO, ROBIN A.<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33405 | $396.00 | No Liability Claim |
| 16 | CHECO, MANUEL<br>ATTN: NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19015 | $1,188.00 | No Liability Claim |
| 17 | CHEN YAU YU, JULIA<br>FLAT B, 23/F, BLOCK 2, BRAEMAR HILL MANSIONS<br>17 BRAEMAR HILL ROAD, NORTH POINT<br>HONG KONG | 08-13888 (JMP) | 09/22/2009 | 31337 | $50,000.00 | No Liability Claim |
| 18 | CHEN YAU YU, JULIA<br>FLAT B, 23/F, BLOCK 2, BRAEMAR HILL MANSIONS<br>17 BRAEMAR HILL ROAD, NORTH POINT<br>HONG KONG | 08-13555 (JMP) | 09/22/2009 | 31338 | $50,000.00 | No Liability Claim |
| 19 | CIGANEK, THOMAS<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19014 | $1,188.00 | No Liability Claim |
| 20 | COLUCCI, EDWARD<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19013 | $792.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT A – NO LIABILITY CLAIMS

| NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|------|-------------|------------|---------|---------------------|----------------------------------|
| 21 D'AMBROSI, CARLO<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET<br>NEW YORK, NY 10007 | | 09/18/2009 | 19012 | $396.00 | No Liability Claim |
| 22 DILL, JARRETT<br>NYPD PAID DETAIL UNIT<br>51 CHAMBER STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19011 | $396.00 | No Liability Claim |
| 23 DILL, JARRETT<br>NYPD PAID DETAIL UNIT<br>51 CHAMBER STREET  3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33389 | $396.00 | No Liability Claim |
| 24 DOMARECKI, DANIEL<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19046 | $396.00 | No Liability Claim |
| 25 DOMINICCI, SHAUN<br>ONE POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 19047 | $504.00 | No Liability Claim |
| 26 FIORILLI, MATTHEW & JUDY<br>6 HEATH DRIVE<br>BRIDGEWATER, NJ 08807 | 08-13893 (JMP) | 09/22/2009 | 31172[1] | $206,007.70 | No Liability Claim |
| 27 FOELLA, MICHAEL A<br>ONE POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 19045 | $396.00 | No Liability Claim |

[1] Claim 31172 is being expunged solely with respect to its asserted claim totaling $36,053.85 for securities with ISIN No. US524908BE79.  The portion of Claim 31172 that is asserting a claim totaling $169,953.85 for securities with ISIN No. US524908HX14 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 31172 in the future.

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 28 | FRANCIS, ANNETTE<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19044 | $396.00 | No Liability Claim |
| 29 | FUNG, KENNETH<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19098 | $396.00 | No Liability Claim |
| 30 | GAYO, DIANA E<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19043 | $792.00 | No Liability Claim |
| 31 | GERMOSEN, WILSON<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19042 | $396.00 | No Liability Claim |
| 32 | GIUDICE, ANTONELLO<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19041 | $792.00 | No Liability Claim |
| 33 | GODINO, GLENN<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19040 | $396.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 34 | GODINO, GLENN<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBER STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33397 | $396.00 | No Liability Claim |
| 35 | GRAY, GLENN N<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19039 | $396.00 | No Liability Claim |
| 36 | HABERSAAT, DONALD<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19038 | $396.00 | No Liability Claim |
| 37 | HANLEY, TIMOTHY P<br>ONE POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 19037 | $396.00 | No Liability Claim |
| 38 | HARRIS COUNTY HOSPITAL DISTRICT<br>DOUGLAS P. RAY<br>1019 CONGRESS, 15TH FLOOR<br>HOUSTON, TX 77002 | 08-13555<br>(JMP) | 03/13/2009 | 3434 | $5,574,617.85 | No Liability Claim |
| 39 | HEYMAN, MATTHEW D.<br>566 LUCERO AVENUE<br>PACIFIC PALISADES, CA 90272 | | 08/24/2009 | 9111[2] | $200,000.00 | No Liability Claim |

---

[2] Claim 9111 is being expunged solely with respect to its asserted claim totaling $50,000 for securities with ISIN No. US524908BE79.  The portion of Claim 9111 that asserts a claim totaling $100,000 for securities with CUSIP No. 5252M0FA0 was previously disallowed and expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].  The portion of claim 9111 that is asserting a claim of $50,000 for securities with ISIN No. US524908HX14 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 9111 in the future.

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 40 | HINDS, WENDELL A<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19036 | $396.00 | No Liability Claim |
| 41 | INFANT0E, JUAN C<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19035 | $792.00 | No Liability Claim |
| 42 | INFANTE, JUAN C.<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33383 | $792.00 | No Liability Claim |
| 43 | INTEMANN, EDWARDS<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19034 | $1,188.00 | No Liability Claim |
| 44 | JAMES, NOEL<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19033 | $396.00 | No Liability Claim |
| 45 | JUSTE, CARY<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19031 | $396.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 46 | KHAN, MOHAMMED G<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19030 | $396.00 | No Liability Claim |
| 47 | KRIVINSKY, JOHN<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19029 | $396.00 | No Liability Claim |
| 48 | LEONARDI, DAVID<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19028 | $396.00 | No Liability Claim |
| 49 | LEONARDI, DAVID<br>NYPD PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33377 | $396.00 | No Liability Claim |
| 50 | LIRANZO, JOSE A<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19027 | $396.00 | No Liability Claim |
| 51 | LIRANZO, JOSE A.<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33378 | $396.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 52 | LUGO, ORESTES<br>3802 NE 207 STREET # 1104<br>AVENTURA, FL 33180 | | 09/09/2009 | 10931[3] | $110,600.00 | No Liability Claim |
| 53 | MAHMOOD, MUHAMMAD B.<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19026 | $396.00 | No Liability Claim |
| 54 | MARGRAF, PETER<br>ATTN:  NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19025 | $1,188.00 | No Liability Claim |
| 55 | MARIN, HECTOR<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19024 | $396.00 | No Liability Claim |
| 56 | MARINES, LUIS<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET-3RD FLOOR<br>ATTN:  NADINE POPE<br>NEW YORK, NY 10007 | | 09/18/2009 | 19075 | $504.00 | No Liability Claim |
| 57 | MARINO, RALPH AND GAETANA<br>459 SUMMIT AVE<br>CARLSTADT, NJ 07072 | | 09/21/2009 | 21382[4] | $191,000.00 | No Liability Claim |

[3] Claim 10931 is being expunged solely with respect to its asserted claim totaling $2,725 for securities with ISIN No. US524908BE79.  The portion of Claim 10931 that is asserting a claim totaling $52,575 for securities with ISIN No. US524908HX14 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 10931 in the future.

[4] Claim 21382 is being expunged solely with respect to its asserted claim totaling $40,000 for securities with CUSIP No. 52519HPZ4.  The portion of Claim 21382 asserting a claim totaling $151,000 for securities with CUSIP Nos. 52517PXW6, 52517PYG0, 52517PYW5, and 52517PZM6 was previously disallowed and expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 58 | MARTE, LUIS<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19074 | $792.00 | No Liability Claim |
| 59 | MARTUSCELLO, MARY M<br>410 EAST 6TH STREET, APT 12 B<br>NEW YORK, NY 10009 | 08-13555 (JMP) | 09/21/2009 | 24968 | $46,000.00 | No Liability Claim |
| 60 | MC ASSET RECOVERY, LLC<br>C/O JEFF P. PROSTOK<br>777 MAIN STREET, SUITE 1290<br>FORT WORTH, TX 76102 | | 01/15/2009 | 1746 | Undetermined | No Liability Claim |
| 61 | MCGURRAN, JOHN<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19073 | $792.00 | No Liability Claim |
| 62 | MCLOUGHLIN LIAM<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19072 | $792.00 | No Liability Claim |
| 63 | MCLOUGHLIN, LIAM<br>NYPD PAID DETAIL UNIT<br>41 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33364 | $792.00 | No Liability Claim |
| 64 | MERA RAUL H<br>ATTN:  NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19071 | $396.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 65 | MIRANDA PHILIP<br>ATTN: NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19070 | $792.00 | No Liability Claim |
| 66 | MONTEGOMERY, CHRISTOPHER J.<br>PAID DETAIL UNIT<br>ONE POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 19068 | $396.00 | No Liability Claim |
| 67 | MOSCATELLI, LEONARD A.<br>NYPD PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10038 | | 09/18/2009 | 33367 | $396.00 | No Liability Claim |
| 68 | NEWSOM, CHRISTOPHER<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33369 | $1,008.00 | No Liability Claim |
| 69 | OWENS, KEVIN W<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS ST - 3RD<br>NEW YORK, NY 10007 | | 09/18/2009 | 33344 | $396.00 | No Liability Claim |
| 70 | PARK AVENUE INVESTMENT CO., LLC<br>ATTN: DAVID RAGSDALE<br>6702 STONEFIELD RD, 2ND FLOOR<br>MIDDLETON, WI 53562 | 08-13555 (JMP) | 01/15/2009 | 4301 | $500,000.00 | No Liability Claim |
| 71 | PATTON, JOSEPH<br>NYPD PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33345 | $396.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 72 | PERALTA, PABLO N.<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET<br>3RD FLOOR<br>NEW YORK, NY 10007 | | 09/22/2009 | 33626 | $504.00 | No Liability Claim |
| 73 | PEREZ, DANTE<br>NYPD PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33346 | $396.00 | No Liability Claim |
| 74 | PESANTES, SERGIO<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBER STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33347 | $792.00 | No Liability Claim |
| 75 | PHILLIPS TANISHAE<br>1 POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 19062 | $396.00 | No Liability Claim |
| 76 | PHILLIPS, TANISHAE<br>1 POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 33348 | $396.00 | No Liability Claim |
| 77 | PICHARDO EMILIO J<br>ATTN:  NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19061 | $792.00 | No Liability Claim |
| 78 | PICHARDO, EMILIO J<br>NYPD PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33349 | $792.00 | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 79 | PIERRE, HEURTELOU<br>ATTN:  NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19060 | $792.00 | No Liability Claim |
| 80 | PLATZ, JAMES<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS ST 3RD FL<br>NEW YORK, NY 10007 | | 09/18/2009 | 33351 | $396.00 | No Liability Claim |
| 81 | PRIMAX INTERNATIONAL INVESTMENTS LTD.<br>1725-26, STAR HOUSE, 3 SALISBURY ROAD<br>TXIM SHA TSUI, KOWLOON<br>HONG KONG | | 09/21/2009 | 22757 | $200,000.00 | No Liability Claim |
| 82 | PRYOR, JEFFREY M<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33352 | $396.00 | No Liability Claim |
| 83 | RABASSA, AUGUSTIN<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33353 | $396.00 | No Liability Claim |
| 84 | RICCIUTO, GERARD<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33354 | $396.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 85 | RIVERA, HECTOR J.<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19055 | $1,188.00 | No Liability Claim |
| 86 | ROBIN NICOLE P<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19054 | $396.00 | No Liability Claim |
| 87 | ROBIN, NICOLE P.<br>NYPD PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33356 | $396.00 | No Liability Claim |
| 88 | ROOSEVELT, THEODORE, IV<br>ONE PIERREPONT STREET<br>BROOKLYN, NY 11201 | | 09/16/2009 | 14343 | $20,000.00 | No Liability Claim |
| 89 | ROOSEVELT, THEODORE, IV<br>ONE PIERREPONT STREET<br>BROOKLYN, NY 11201 | | 09/16/2009 | 14345 | $25,000.00 | No Liability Claim |
| 90 | ROTHSTEIN, JONATHAN H.<br>241 ADAMS ROAD<br>HEWLETT HARBOR, NY 11557 | 08-13893 (JMP) | 09/22/2009 | 32086[5] | $50,007.70 | No Liability Claim |
| 91 | RUMPH, ANTHONY<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19052 | $396.00 | No Liability Claim |

[5] Claim 32086 is being expunged solely with respect to its asserted claim totaling $8,753.85 for securities with ISIN No. US524908BE79.  The portion of Claim 32086 that is asserting a claim totaling $41,253.85 for securities with ISIN No. US524908HX14 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 32086 in the future.

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 92 | RUMPH, ANTHONY<br>PAID UNIT DETAIL<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33358 | $396.00 | No Liability Claim |
| 93 | SANDSETH, ERIC S.<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19051 | $504.00 | No Liability Claim |
| 94 | SANDSETH, ERIC S.<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBER STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33359 | $504.00 | No Liability Claim |
| 95 | SANTANA, LISA<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19049 | $792.00 | No Liability Claim |
| 96 | SANTANA, LISA<br>NYPD PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33361 | $792.00 | No Liability Claim |
| 97 | SANTIAGO, TERRY<br>NYPD PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33362 | $396.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 98 | SANTIAGO,TERRY<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19048 | $396.00 | No Liability Claim |
| 99 | SILVERIO, DANIEL<br>ATTN: NADINE POPE<br>NYPD PAID DETAILUNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19113 | $396.00 | No Liability Claim |
| 100 | SILVERIO, DANIEL<br>NYPD PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33363 | $396.00 | No Liability Claim |
| 101 | SMYTH, EDWARD P.<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19112 | $396.00 | No Liability Claim |
| 102 | SOGLUIZZO, MICHAEL<br>1 POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 19111 | $396.00 | No Liability Claim |
| 103 | SULLIVAN, CHRISTIAN<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET-3RD FLOOR<br>NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19110 | $396.00 | No Liability Claim |
| 104 | TAVERAS, ROBIN<br>ATTN: NADINE POPE<br>NYPD PAID DETAILUNIT<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19109 | $396.00 | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 105 | TEJERA, JUAN<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19108 | $396.00 | No Liability Claim |
| 106 | TUCKER, JAMES E.<br>7217 ELLAVIEW LN<br>AUSTIN, TX 78759 | | 09/19/2009 | 19599[6] | $56,406.00 | No Liability Claim |
| 107 | VALENTINE, CHRISTOPHER<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19107 | $396.00 | No Liability Claim |
| 108 | VAZQUEZ JR., JUAN<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19105 | $396.00 | No Liability Claim |
| 109 | VAZQUEZ, ELVIS<br>ATTN: NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19106 | $396.00 | No Liability Claim |
| 110 | VUCKOVIC, JOSIP<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19104 | $396.00 | No Liability Claim |

[6] Claim 19599 is being expunged solely with respect to its asserted claim totaling $2,779.50 for securities with ISIN No. US524908BE79.  The portion of Claim 19599 that is asserting a claim totaling $53,626.50 for securities with ISIN No. US524908HX14 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 19599 in the future.

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 111 | WIGDOR, PAUL<br>97 OVERLOOK ROAD<br>MONTCLAIR, NJ 07043 | 08-13555 (JMP) | 09/21/2009 | 26107 | $100,000.00 | No Liability Claim |
| 112 | WIGDOR, PAUL<br>97 OVERLOOK ROAD<br>MONTCLAIR, NJ 07043 | 08-13555 (JMP) | 09/21/2009 | 26108 | $80,000.00 | No Liability Claim |
| 113 | WOLDERICH, ODDNY<br>480 PARK RD<br>BANGOR, PA 18013 | 08-13555 (JMP) | 09/22/2009 | 32606 | $8,000.00 | No Liability Claim |
| 114 | WOLDERICH, ODDNY<br>480 PARK RD<br>BANGOR, PA 18013 | 08-13555 (JMP) | 09/22/2009 | 32607 | $8,000.00 | No Liability Claim |
| 115 | WOLDERICH, RICHARD<br>480 PARK RD<br>BANGOR, PA 18013 | 08-13555 (JMP) | 09/22/2009 | 32604 | $12,000.00 | No Liability Claim |
| 116 | WOLDERICH, RICHARD<br>480 PARK RD<br>BANGOR, PA 18013 | 08-13555 (JMP) | 09/22/2009 | 32605 | $8,000.00 | No Liability Claim |
| 117 | WONG, PHILIP<br>PAID DETAIL UNIT<br>51 CHAMBERS ST 3RD FLOOR<br>ATTN: NADINE POPE<br>NEW YORK, NY 10007 | | 09/18/2009 | 19096 | $396.00 | No Liability Claim |
| 118 | YAKUBOV, NATHAN<br>ONE POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 33337 | $396.00 | No Liability Claim |
| 119 | YANNI MICHAEL<br>ATTN:  NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19103 | $396.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 120 | YEE, HUBERT<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33338 | $396.00 | No Liability Claim |
| | | | | TOTAL | $11,020,959.99 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re                                                    :         **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :         **08-13555 (JMP)**
                                                         :
                              **Debtors.**               :         **(Jointly Administered)**

------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' ONE HUNDRED TWENTY-SECOND OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the one hundred twenty-second omnibus objection to claims, dated April 15, 2011 (the "One Hundred Twenty-Second Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability Claims on the grounds that they assert claims against entities that are not debtors in these jointly administered chapter 11 cases, all as more fully described in the One Hundred Twenty-Second Omnibus Objection to Claims; and due and proper notice of the One Hundred Twenty-Second Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the One Hundred Twenty-Second Omnibus Objection to Claims; and (vii) all other parties

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred Twenty-Second Omnibus Objection to Claims.

entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635]; and the Court having found and determined that the relief sought in the One Hundred Twenty-Second Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the One Hundred Twenty-Second Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the One Hundred Twenty-Second Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto (collectively, the "No Liability Claims") are disallowed and expunged with prejudice as set forth therein; and it is further

ORDERED that this Order supersedes all previous orders regarding the No Liability Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the One Hundred Twenty-Second Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2011
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE