# Uwe Jahnke

Uwe Jahnke
Am Walde 15
29553 Bienenbüttel

Bienenbüttel, 06.04.2011

UNITED STATES BANKRUPTCY COURT /
SOUTHERN DISTRICT OF NEW YORK
_____x
In re                                           Chapter 11 Case No.

**LEHMANN BROTHERS HOLDINGS INC.,et al.,**     08-13555 (JMP)
        **Debtors.**
_____x       (Jointly Administered)

**Honorable James M. Peck**

**One Bowling Green, Courtroom 601, New York**
**New York 10004**
**United States of America**

### NOTICE OF HEARING ON DEBTORS'ONE HUNDRED SECOND OMNIBUS OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS), *"CLAIM TO BE DISALLOWED & EXPUNGED"*

| Claim | |
|---|---|
| Creditor Name and Address<br>Uwe Jahnke<br>Edendorfer Weg 7<br>29575 Altenmedingen<br>GERMANY | Claim Number:     42452<br><br>Date filed:       10/20/2009<br><br>Debtor:           08-13555 |

Dear Sir or Madam,

I received a letter, dated March 11, 2011, notified me that my claim should be disallowed.

To oppose the threatening disallowance I sent today a second time that documents which should be already in your hands. These documents account for the claim I have. In 2006 I bought my certificates in Germany at the "Financial Partners AG" which were certified by the MPC CAPITAL AUSTRIA AG.

Filling out the form for reclaim I did not want to make a mistake concerning the exchange rate of U.S. dollars in EURO that's why I transmitted the absolute value of the certificate in EURO. The certificate is issued in €. I was not aware of the consequences when I made this registration.

Furthermore, it seems to me being easier for you to track this smooth € sum instead of entering an odd dollar amount. The claim amounts for the value of 5,000 € which was at Sep 15, 2008 a sum of 7.087,4736 U.S. dollars, exactly. (Exchange rate: Sep 15, 2008: 1 US $ = 0,70547 €, please see: http://www.exchange-rates.org/Rate/USD/EUR/9-15-2008)

*RECEIVED APR 12 2011 U.S. BANKRUPTCY COURT, SDNY*

1

For reply please use the following address, because I have removed.

Uwe Jahnke,
Am Walde 15,
29553 Bienenbüttel
Germany

Tel: 0174 518 52 78

Please excuse me bad English and please contact me, if anything is not proper or you need more information.

With kind regards

Uwe Jahnke  *U. Jahnke*

-Attachments

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | | THIS SPACE IS FOR COURT USE ONLY |

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) Uwe Jahnke  Tel: 0049134 5485278<br>Edendorfer Weg 7<br>28575 Pulxxxxxxxxx  0049 5823 354870<br>Telephone number:   Email Address: herrjah @ gmx.de | ☐ Check this box to indicate that this claim amends a previously filed claim.<br>Court Claim Number: **42452**<br>(If known)<br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br>Telephone number:   Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ __€ - 5.000 €__ (Required)    7.087,5  U.S. $

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): __XS0269657435__ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

__CA 39583__ (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

__67160__ (Required)

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.   U. Jahnke | FOR COURT USE ONLY |
|---|---|
| Date.<br>15.10.09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.   U. Jahnke | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**MPC Münchmeyer Petersen Capital Austria**

The MPC Group

MPC Münchmeyer Petersen Capital Austria AG, Operngasse 17-21, A-1040 Wien

Team Strukturierte Produkte
Tel. +49 40 / 38022-406
Fax +49 40 / 38022-181

Herrn
Uwe Jahnke
Edendorfer Weg 7
29575 Altenmedingen
DEUTSCHLAND

Hamburg, 23. Januar 2007

**Fortrust V: Ihre Zeichnung war erfolgreich!**

Sehr geehrter Herr Jahnke,

Herzlichen Glückwunsch! Sie haben sich für die Fortrust V Anleihe entschieden und erfolgreich EUR 5.000,00 gezeichnet.

Die Auslieferung der Stücke hat begonnen und soll bis Anfang Februar abgeschlossen sein. Die Einlieferung und Verbuchung kann mehrere Tage in Anspruch nehmen. Dies ist unter anderem davon abhängig, bei welcher Bank oder Sparkasse Ihr Wertpapierdeport geführt wird.

Wir bitten Sie daher darauf zu achten, ob die Wertpapiere tatsächlich in das von Ihnen angegebene Depot Nr. 3602354095, bei der Volksbank Uelzen (BLZ: 25862292) eingebucht wurden.

Die Papiere werden voraussichtlich mit der folgenden Bezeichnung der Emittentin eingebucht:
LEHMAN BR.TR. 07/17FLRMTN

Sollten sich die Fortrust V Anleihe bis zum 05. Februar nicht in Ihrem Depot befinden, melden Sie sich bitte bei unserem Abwicklungsteam unter der Telefonnummer 040/38022-406.

Mit freundlichen Grüßen

MPC Münchmeyer Petersen Capital Austria AG

Peter Maierhofer

**VOLKSBANK UELZEN-SALZWEDEL EG**

**GUDESSTR. 25**
**29525 UELZEN**

VOLKSBANK UELZEN-SALZWEDEL EG
GUDESSTR. 25, 29525 UELZEN

428//0002692/08//76185-10.09/ 0,55EUR



Herrn
Uwe Jahnke
Am Walde 15
29553 Bienenbüttel

01  0463

**Umbuchung**

WIR HABEN IN IHREM DEPOT FOLGENDE
DEPOTBUCHUNGEN VORGENOMMEN

BANK-NR.          01-20004292
FIL.-NR.          630
DEPOT-NR.         3602354095
DEPOTVERM.
DEPOTHINW.

DATUM             08.10.09
GESCHAEFTSDATEN: (BITTE ANGEBEN)
GESCH-TAG         07.10.09
BELEG-NR.           342280

# DEPOT -
# INFORMATION

```
D E P O T - E I N B U C H U N G

WKN  ISIN      D LGST VA ST SP  SP-DATUM  WAEHRUNG              NENNWERT/STUECK
A0GY3W         2 1092 91 09 71  00.00.00  EO /EO                      5.000,000
XS0269657135     3,02794% LEHMAN BR.TR. 07/17FLRMTN                   06MRZ
GESAMTFAELLIG
BIS 02.03.17

D E P O T - A U S B U C H U N G
WKN  ISIN      D LGST VA ST SP  SP-DATUM  WAEHRUNG              NENNWERT/STUECK
A0GY3W         2 1092 91 00 00  00.00.00  EO /EO                      5.000,000-
XS0269657135     3,02794% LEHMAN BR.TR. 07/17FLRMTN                   06MRZ
GESAMTFAELLIG
BIS 02.03.17


B U C H U N G S G R U N D
Umbuchung im Rahmen der Kapitalmaßnahme
gemäss Ihrem Auftrag

Mit freundlichen Grüßen
VBK UELZEN-SALZWEDEL EG
```

ERLAEUTERUNGEN
D   :    2 Depot B (Kundenbestände)
VA  :   91 WR LUXEMBURG          CBL (GLOBALURKUNDE)
ST  :   09 STUECKE ZUR ABFINDUNG/  UMTAUSCH/RUECKKAUF
ST  :   00 OHNE SONDERHEIT
SP  :   71 UMTAUSCH/FUSIONEN/ABFINDUNGS-/RÜCKKAUFANGEB.VAR.1
SP  :   00 NICHT GESPERRT

Einwendungen gegen diese Mitteilung müssen unverzüglich nach Zugang bei der Bank erhoben werden.

 **VOLKSBANK UELZEN-SALZWEDEL EG**

**GUDESSTR. 25**
**29525 UELZEN**

VOLKSBANK UELZEN-SALZWEDEL EG
GUDESSTR. 25, 29525 UELZEN

301//0005288/24//76185-08.09/ 0,55EUR

Herrn
Uwe Jahnke
Am Walde 15
29553 Bienenbüttel                     01  0463

| | |
|---|---|
| BANK-NR. | 01-20004292 |
| FIL.-NR. | 630 |
| DEPOT-NR. | 3602354095 |
| DEPOTVERM. | |
| DEPOTHINW. | |
| DATUM | 22.08.09 |

# DEPOT -
# INFORMATION

**DEPOT-BESTAND**

```
WKN  ISIN       D LGST VA ST SP SP-DATUM WAEHRUNG              NENNWERT/STUECK
A0GY3W     2 1092 91 00 00 00.00.00 EO /EO                          5.000,000
XS0269657135       3,02794% LEHMAN BR.TR. EO-FLR BSKT LKD MTN07/17  06MRZ
GESAMTFAELLIG
BIS 02.03.17
```

Sehr geehrte Depotkundin, sehr geehrter Depotkunde,
es wurde eine Aktualisierung zum Antrag auf Gläubigerschutz (Chapter 11)
und des Verfahrens zur Anmeldung von Ansprüchen gegen Lehman Brothers
Hold. Inc. veröffentlicht. Hiervon sind auch andere Vermögenswerte
betroffen. Ansprüche können von Gläubigern geltend gemacht werden, deren
Forderungen auf der offiz. Liste Lehman Brothers Sec. aufgeführt sind und
die zum Zeitpunkt des Antrags auf Chapter 11 am 15.09.08 bestanden haben.
Diese Liste, die Unterlagen zum Proof-of-Claim (Formular zur Anmeldung)
und die vollständige Publikation in englischer Sprache, die allein
maßgebend zur Wahrung Ihrer Rechts- und Vermögensposition sind, können Sie
im Internet unter www.lehman-docket.com abrufen. Bitte beachten Sie
bezüglich der Lehman Brothers Treasury BV auch die Veröffentlichungen
unter www.houthoff.com. Für die Anmeldung Ihrer Forderung (Proof-of-Claim)
benötigen Sie eine Blocking- und Account-Number. Sollten Sie an der
Anmeldung interessiert sein, benötigen wir Ihren Auftrag bis 15.10.09. Sie
erhalten zeitnah eine Rückmeldung über die entsprechenden Daten. Bitte
beachten Sie, dass Ihre persönlichen Daten offen gelegt und Ihre Bestände
bis auf weiteres gesperrt werden. Die von Ihnen bzw. Ihren
Bevollmächtigten einzureichenden Originalunterlagen müssen bis 02.11.09,
17:00 Uhr (New York) den US-Behörden vorliegen. Dies muss von Ihnen selbst
veranlasst werden. Über den Proof-of-Claim hinausgehende Forderungen sind
gem. www.lehman-docket.com bis zum 22.09.09 geltend zu machen. Diese
Information wurde in den Wertpapiermitteilungen bzw. von unserer
Lagerstelle veröffentlicht. Wir sind verpflichtet, Sie hierüber zu
informieren. Dieses Schreiben stellt keine Empfehlung dar.

Mit freundlichen Grüßen
VBK UELZEN-SALZWEDEL EG

*[handwritten:] Sehr geehrter Hr. Guderr,*
*hiermit nehme ich obiges Angebot an und möchte Sie*
*bitten, die genannte „Blocking-Nr" zu beantragen.*

**ERLAEUTERUNGEN**
```
D    :    2 Depot B (Kundenbestände)
VA   :   91 WR LUXEMBURG              CBL (GLOBALURKUNDE)
ST   :   00 OHNE SONDERHEIT
SP   :   00 NICHT GESPERRT
LGST : 1092 CB AUSLAND dwp/WGZL1/dwp/WGZL2
```

*[handwritten:] Vielen Dank im Voraus!*

*[handwritten:] Secklendorf, 05.10.09.*

Einwendungen gegen diese Mitteilung müssen unverzüglich nach Zugang bei der Bank erhoben werden.



**VOLKSBANK UELZEN-SALZWEDEL EG**

**GUDESSTR. 25**
**29525 UELZEN**

VOLKSBANK UELZEN-SALZWEDEL EG
GUDESSTR. 25, 29525 UELZEN

399//0002460/06//76185-10.08/ 0,55EUR

Herrn
Uwe Jahnke
Edendorfer Weg 7
29575 Altenmedingen

01  0463

| | |
|---|---|
| BANK-NR. | 01-20004292 |
| FIL.-NR. | 630 |
| DEPOT-NR. | 3602354095 |
| DEPOTVERM. | |
| DEPOTHINW. | |
| DATUM | 03.10.08 |

# DEPOT-INFORMATION

DEPOT-BESTAND

```
WKN  ISIN      D LGST VA ST SP SP-DATUM WAEHRUNG                     NENNWERT/STUECK
A0GY3W         2 1092 91 00 00 00.00.00 EO /EO                              5.000,000
XS0269657135           3,02794% LEHMAN BR.TR. EO-FLR BSKT LKD MTN07/17  06MRZ
GESAMTFAELLIG
BIS 02.03.17
```



Antrag auf Chapter 11

Sehr geehrte Depotkundin, sehr geehrter Depotkunde,

lt. Informationen der Lehman Brothers Treasury Co. B.V. hat der
Mutterkonzern Lehman Brothers Holdings Inc. einen Antrag auf Schutz unter
Chapter 11 des US Bankruptcy Code (Schutz vor Gläubigern) gestellt.

Das bedeutet, dass die Gesellschaft für eine Übergangszeit Schutz vor
ihren Gläubigern genießt, bis ein von den Parteien ausgehandelter Vergleich
vom zuständigen "US Bankruptcy Court" genehmigt worden ist.

Die Einzelheiten können der aktuellen Publikation der Tochtergesellschaft
Lehman Brothers Treasury Co. B.V. entnommen werden, die wir Ihnen auf
Wunsch gerne zur Verfügung stellen.

Ihre Fragen beantworten wir gern.

Mit freundlichen Grüßen
VBK UELZEN-SALZWEDEL EG

```
ERLAEUTERUNGEN
D    :    2 Depot B (Kundenbestände)
VA   :   91 WR LUXEMBURG           CBL (GLOBALURKUNDE)
ST   :   00 OHNE SONDERHEIT
SP   :   00 NICHT GESPERRT
LGST : 1092 CB AUSLAND dwp/WGZL1/dwp/WGZL2
```

Einwendungen gegen diese Mitteilung müssen unverzüglich nach Zugang bei der Bank erhoben werden.

| Depot-ID: | ZS-Nr.: | Erfasst: |
|---|---|---|

# ZEICHNUNGSSCHEIN
## ANTRAG ZUM KAUF: _____

Vermittler, Name

Anschrift des Vermittlers/Stempel

Ich, der/die Unterzeichnende    Bitte in Blockschrift ausfüllen

☐ Frau  ☒ Herr    Titel    Vorname: *UWE*    Name: *JAHNKE*    Geburtsdatum (TT.MM.JJJJ): *07.12.1973*

Straße, Hausnr.: *[handwritten] WEG 7*    PLZ/Ort: *[handwritten]*    Telefon (privat):

Bank: *VOLKSBANK [...]*    BLZ:    Kontonummer:

Depotbank: *VOLKSBANK*    BLZ:    Depotinhaber:

Wertpapier Depotnummer:    Telefonnummer der Depotbank:

### Zeichnungsangebot:
Ich (wir) zeichne(n) gemäß den Bedingungen des jeweiligen Wertpapierprospektes.
(Bitte ankreuzen)

ISIN: *XS0269657435* (ab EUR _____ )

Nominalwert: *5.000 €* _____ EURO

zzgl. *5* % Agio: *250 €* _____ EURO

Gesamtbetrag: *5.250 €* _____ EURO

**Soweit kein Zahlungseingang innerhalb der Frist erfolgt (siehe Checkliste: Zeichnung für Privatanleger), kann die Transaktionsbank, Erste Bank Austria AG, die Zeichnung ablehnen.**

### SONSTIGE ERKLÄRUNGEN:
Die Wertpapiere werden ggf. durch eine Sammelurkunde verbrieft, ein Anspruch auf Einzelverbriefung besteht in diesem Fall nicht. Mir ist bekannt, dass mein Angebot erst von der Transaktionsbank angenommen werden muss, die hierzu nicht verpflichtet ist. Des weiteren erkläre ich mich im Falle der Überzeichnung damit einverstanden, dass mein Angebot auch gekürzt werden kann, ich somit nur Schuldverschreibungen mit geringerem Nominalwert zugewiesen bekommen kann.

Ich bestätige, dass mein Kaufangebot vorbehaltlos und ausschließlich auf Grundlage des Prospektes für dieses Wertpapier samt seinen Anhängen und Ergänzungen erfolgt ist und ich über die Chancen und Risiken dieser Anlage informiert wurde (das ausgefüllte Anlegerprofil und der unterschriebene Risikohinweis liegen diesem Zeichnungsschein bei). Mündliche Nebenabreden, die vom Prospekt abweichen, sind nicht getroffen worden. Ich nehme zur Kenntnis, dass der Vermittler nicht berechtigt ist, abweichende Erklärungen abzugeben. Der Vermittler wird unter dem Haftungsdach der MPC Capital Austria AG gemäß § 19 Abs. 2a österreichisches WAG tätig. MPC Capital Austria haftet hier daher zivilrechtlich unmittelbar für etwaige Pflichtverletzungen des Vermittlers.

X  *[handwritten] 16, 10.12.06*    *[signature]*
Ort, Datum                          Unterschrift des Zeichners

---

### WIDERRUFSRECHT
Sie können Ihre Vertragserklärung innerhalb von zwei Wochen ohne Angabe von Gründen in Textform (z. B. Brief, Fax, E-Mail) widerrufen. Die Frist beginnt frühestens mit Erhalt dieser Belehrung. Zur Wahrung der Widerrufsfrist genügt die rechtzeitige Absendung des Widerrufs. Der Widerruf ist zu richten an: MPC Münchmeyer Petersen Capital Austria AG, Operngasse 17-21, 1040 Wien, Tel. +43 (0) 1 585 56 70-0, Fax +43 (0) 1 585 56 70-99, E-Mail: info@mpc-capital.at

### WIDERRUFSFOLGEN
Im Falle eines wirksamen Widerrufs sind die beiderseits empfangenen Leistungen zurückzugewähren und ggf. gezogene Nutzungen (z. B. in Ihr Depot gebuchte Wertpapiere, erhaltene Kuponzahlungen) herauszugeben. Können Sie uns die empfangene Leistung ganz oder teilweise nicht oder nur in verschlechtertem Zustand zurückgewähren, müssen Sie uns insoweit ggf. Wertersatz leisten. Dies kann dazu führen, dass Sie die vertraglichen Zahlungsverpflichtungen für den Zeitraum bis zum Widerruf gleichwohl erfüllen müssen. Verpflichtungen zur Erstattung von Zahlungen müssen Sie innerhalb von 30 Tagen nach Absendung Ihrer Widerrufserklärung erfüllen.
Ende der Widerrufsbelehrung

X  *[handwritten] 16, 10.12.06*    *[signature]*
Ort, Datum                          Unterschrift des Zeichners

# EMPFANGSBESTÄTIGUNG

## WERTPAPIERKAUFVERTRAG MIT DER MPC CAPITAL AUSTRIA AG

Interne Angaben

Kunde: UWE JAHNKE

Stamm-Nr.: _____

**BITTE SENDEN SIE DIESE EMPFANGSBESTÄTIGUNG ZUSAMMEN MIT DEM UNTERSCHRIEBENEN ZEICHNUNGSSCHEIN AN MPC CAPITAL AUSTRIA AG ZURÜCK.**

Ich habe ein Exemplar

■ der Basisinformationen über Vermögensanlagen in Wertpapieren

erhalten.

x   L6, 10.12.06                          V.
Ort, Datum                                Unterschrift des Kunden

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | THIS SPACE IS FOR COURT USE ONLY |

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Uwe Jahnke
Edendorfer Weg 7
25575 Pinneberg (?)

Tel: 004941145185278
004958235354870

Telephone number:        Email Address: herrjuh@gmx.de

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: __42452__
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:        Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ __€ · 5.000 €__ (Required)    7.087,5 U.S. $

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): __XS0269657135__ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

__CA39383__ (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

__67160__ (Required)

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.     U. Jahnke | FOR COURT USE ONLY |
|---|---|
| Date.<br>15.10.09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.     U. Jahnke | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**MPC**

**MPC Münchmeyer Petersen Capital Austria**
The MPC Group

MPC Münchmeyer Petersen Capital Austria AG, Operngasse 17-21, A-1040 Wien

Herrn
Uwe Jahnke
Edendorfer Weg 7
29575 Altenmedingen
DEUTSCHLAND

Team Strukturierte Produkte
Tel. +49 40 / 38022-406
Fax +49 40 / 38022-181

Hamburg, 23. Januar 2007

**Fortrust V: Ihre Zeichnung war erfolgreich!**

Sehr geehrter Herr Jahnke,

Herzlichen Glückwunsch! Sie haben sich für die Fortrust V Anleihe entschieden und erfolgreich EUR 5.000,00 gezeichnet.

Die Auslieferung der Stücke hat begonnen und soll bis Anfang Februar abgeschlossen sein. Die Einlieferung und Verbuchung kann mehrere Tage in Anspruch nehmen. Dies ist unter anderem davon abhängig, bei welcher Bank oder Sparkasse Ihr Wertpapierdeport geführt wird.

Wir bitten Sie daher darauf zu achten, ob die Wertpapiere tatsächlich in das von Ihnen angegebene Depot Nr. 3602354095 , bei der Volksbank Uelzen (BLZ: 25862292 ) eingebucht wurden.

Die Papiere werden voraussichtlich mit der folgenden Bezeichnung der Emittentin eingebucht:
LEHMAN BR.TR. 07/17FLRMTN

Sollten sich die Fortrust V Anleihe bis zum 05. Februar nicht in Ihrem Depot befinden, melden Sie sich bitte bei unserem Abwicklungsteam unter der Telefonnummer 040/38022-406.

Mit freundlichen Grüßen

MPC Münchmeyer Petersen Capital Austria AG

*[Unterschrift]*
Peter Maierhofer

 **VOLKSBANK UELZEN-SALZWEDEL EG**

**GUDESSTR. 25**
**29525 UELZEN**

VOLKSBANK UELZEN-SALZWEDEL EG
GUDESSTR. 25, 29525 UELZEN

428//0002692/08//76185-10.09/ 0,55EUR

**Umbuchung**

WIR HABEN IN IHREM DEPOT FOLGENDE
DEPOTBUCHUNGEN VORGENOMMEN

Herrn
Uwe Jahnke
Am Walde 15
29553 Bienenbüttel

01   0463

| | |
|---|---|
| BANK-NR. | 01-20004292 |
| FIL.-NR. | 630 |
| DEPOT-NR. | 3602354095 |
| DEPOTVERM. | |
| DEPOTHINW. | |
| DATUM | 08.10.09 |
| GESCHAEFTSDATEN: | (BITTE ANGEBEN) |
| GESCH-TAG | 07.10.09 |
| BELEG-NR. | 342280 |

# D E P O T -
# I N F O R M A T I O N

```
D E P O T - E I N B U C H U N G

WKN ISIN    D LGST VA ST SP SP-DATUM WAEHRUNG                    NENNWERT/STUECK
A0GY3W      2 1092 91 09 71 00.00.00 EO /EO                          5.000,000
XS0269657135       3,02794% LEHMAN BR.TR. 07/17FLRMTN              06MRZ
GESAMTFAELLIG
BIS 02.03.17

D E P O T - A U S B U C H U N G
WKN ISIN    D LGST VA ST SP SP-DATUM WAEHRUNG                    NENNWERT/STUECK
A0GY3W      2 1092 91 00 00 00.00.00 EO /EO                          5.000,000-
XS0269657135       3,02794% LEHMAN BR.TR. 07/17FLRMTN              06MRZ
GESAMTFAELLIG
BIS 02.03.17


B U C H U N G S G R U N D
Umbuchung im Rahmen der Kapitalmaßnahme
gemäss Ihrem Auftrag

Mit freundlichen Grüßen
VBK UELZEN-SALZWEDEL EG
```

```
ERLAEUTERUNGEN
D   :   2 Depot B (Kundenbestände)
VA  :  91 WR LUXEMBURG              CBL (GLOBALURKUNDE)
ST  :  09 STUECKE ZUR ABFINDUNG/    UMTAUSCH/RUECKKAUF
ST  :  00 OHNE SONDERHEIT
SP  :  71 UMTAUSCH/FUSIONEN/ABFINDUNGS-/RÜCKKAUFANGEB.VAR.1
SP  :  00 NICHT GESPERRT
```

Einwendungen gegen diese Mitteilung müssen unverzüglich nach Zugang bei der Bank erhoben werden.

 **VOLKSBANK UELZEN-SALZWEDEL EG**

**GUDESSTR. 25
29525 UELZEN**

VOLKSBANK UELZEN-SALZWEDEL EG
GUDESSTR. 25, 29525 UELZEN

301//0005288/24//76185-08.09/ 0,55EUR

Herrn
Uwe Jahnke
Am Walde 15
29553 Bienenbüttel

01  0463

| | |
|---|---|
| BANK-NR. | 01-20004292 |
| FIL.-NR. | 630 |
| DEPOT-NR. | 3602354095 |
| DEPOTVERM. | |
| DEPOTHINW. | |
| DATUM | 22.08.09 |

# DEPOT - INFORMATION

**DEPOT-BESTAND**

```
WKN  ISIN      D LGST VA ST SP SP-DATUM WAEHRUNG               NENNWERT/STUECK
A0GY3W     2 1092 91 00 00 00.00.00 EO /EO                            5.000,000
XS0269657135     3,02794% LEHMAN BR.TR. EO-FLR BSKT LKD MTN07/17  06MRZ
GESAMTFAELLIG
BIS 02.03.17
```

Sehr geehrte Depotkundin, sehr geehrter Depotkunde,
es wurde eine Aktualisierung zum Antrag auf Gläubigerschutz (Chapter 11)
und des Verfahrens zur Anmeldung von Ansprüchen gegen Lehman Brothers
Hold. Inc. veröffentlicht. Hiervon sind auch andere Vermögenswerte
betroffen. Ansprüche können von Gläubigern geltend gemacht werden, deren
Forderungen auf der offiz. Liste Lehman Brothers Sec. aufgeführt sind und
die zum Zeitpunkt des Antrags auf Chapter 11 am 15.09.08 bestanden haben.
Diese Liste, die Unterlagen zum Proof-of-Claim (Formular zur Anmeldung)
und die vollständige Publikation in englischer Sprache, die allein
maßgebend zur Wahrung Ihrer Rechts- und Vermögensposition sind, können Sie
im Internet unter www.lehman-docket.com abrufen. Bitte beachten Sie
bezüglich der Lehman Brothers Treasury BV auch die Veröffentlichungen
unter www.houthoff.com. Für die Anmeldung Ihrer Forderung (Proof-of-Claim)
benötigen Sie eine Blocking- und Account-Number. Sollten Sie an der
Anmeldung interessiert sein, benötigen wir Ihren Auftrag bis 15.10.09. Sie
erhalten zeitnah eine Rückmeldung über die entsprechenden Daten. Bitte
beachten Sie, dass Ihre persönlichen Daten offen gelegt und Ihre Bestände
bis auf weiteres gesperrt werden. Die von Ihnen bzw. Ihren
Bevollmächtigten einzureichenden Originalunterlagen müssen bis 02.11.09,
17:00 Uhr (New York) den US-Behörden vorliegen. Dies muss von Ihnen selbst
veranlasst werden. Über den Proof-of-Claim hinausgehende Forderungen sind
gem. www.lehman-docket.com bis zum 22.09.09 geltend zu machen. Diese
Information wurde in den Wertpapiermitteilungen bzw. von unserer
Lagerstelle veröffentlicht. Wir sind verpflichtet, Sie hierüber zu
informieren. Dieses Schreiben stellt keine Empfehlung dar.

Mit freundlichen Grüßen
VBK UELZEN-SALZWEDEL EG

*[handschriftlich:]* Sehr geehrter Hr. Guderr,
hiermit nehme ich obiges Angebot an und möchte Sie
bitten, die genannte "Blocking-Nr" zu beantragen.

**ERLAEUTERUNGEN**
```
D    :    2 Depot B (Kundenbestände)
VA   :   91 WR LUXEMBURG                CBL (GLOBALURKUNDE)
ST   :   00 OHNE SONDERHEIT
SP   :   00 NICHT GESPERRT
LGST : 1092 CB AUSLAND dwp/WGZL1/dwp/WGZL2
```

*[handschriftlich:]* Vielen Dank im Voraus!

*[handschriftlich:]* Seckendorf, 05.10.09.

**Einwendungen gegen diese Mitteilung müssen unverzüglich nach Zugang bei der Bank erhoben werden.**

 **VOLKSBANK UELZEN–SALZWEDEL EG**

**GUDESSTR. 25**
**29525 UELZEN**

VOLKSBANK UELZEN-SALZWEDEL EG
GUDESSTR. 25, 29525 UELZEN

399//0002460/06//76185-10.08/ 0,55EUR

Herrn
Uwe Jahnke
Edendorfer Weg 7
29575 Altenmedingen

01   0463

| | |
|---|---|
| BANK-NR. | 01-20004292 |
| FIL.-NR. | 630 |
| DEPOT-NR. | 3602354095 |
| DEPOTVERM. | |
| DEPOTHINW. | |
| DATUM | 03.10.08 |

# DEPOT - INFORMATION



DEPOT-BESTAND

```
WKN ISIN     D LGST VA ST SP SP-DATUM WAEHRUNG                    NENNWERT/STUECK
A0GY3W       2 1092 91 00 00 00.00.00 EO /EO                              5.000,000
XS0269657135       3,02794% LEHMAN BR.TR. EO-FLR BSKT LKD MTN07/17   06MRZ
GESAMTFAELLIG
BIS 02.03.17
```

Antrag auf Chapter 11

Sehr geehrte Depotkundin, sehr geehrter Depotkunde,

lt. Informationen der Lehman Brothers Treasury Co. B.V. hat der
Mutterkonzern Lehman Brothers Holdings Inc. einen Antrag auf Schutz unter
Chapter 11 des US Bankruptcy Code (Schutz vor Gläubigern) gestellt.

Das bedeutet, dass die Gesellschaft für eine Übergangszeit Schutz vor
ihren Gläubigern genießt, bis ein von den Parteien ausgehandelter Vergleich
vom zuständigen "US Bankruptcy Court" genehmigt worden ist.

Die Einzelheiten können der aktuellen Publikation der Tochtergesellschaft
Lehman Brothers Treasury Co. B.V. entnommen werden, die wir Ihnen auf
Wunsch gerne zur Verfügung stellen.

Ihre Fragen beantworten wir gern.

Mit freundlichen Grüßen
VBK UELZEN-SALZWEDEL EG

ERLAEUTERUNGEN
```
D    :    2 Depot B (Kundenbestände)
VA   :   91 WR LUXEMBURG           CBL (GLOBALURKUNDE)
ST   :   00 OHNE SONDERHEIT
SP   :   00 NICHT GESPERRT
LGST : 1092 CB AUSLAND dwp/WGZL1/dwp/WGZL2
```

Einwendungen gegen diese Mitteilung müssen unverzüglich nach Zugang bei der Bank erhoben werden.
Andernfalls gilt diese Mitteilung als genehmigt.   - Diese Mitteilung wird nicht unterschrieben. -

| Depot-ID: | ZS-Nr.: | Erfasst: |
|---|---|---|

# ZEICHNUNGSSCHEIN
## ANTRAG ZUM KAUF: _____

_____
Vermittler, Name

Anschrift des Vermittlers/Stempel

_____

Ich, der/die Unterzeichnende    Bitte in Blockschrift ausfüllen

☐ Frau  ☒ Herr    Titel    Vorname: JWG    Name: JANHANS    Geburtsdatum (TT.MM.JJJJ): 07.12.1973

Straße, Hausnr.: LOFFHAYEN WEG 7    PLZ/Ort: 75757 AICHELBERG    Telefon (privat):

Bank: VOLKSBANK AICHELBERG    BLZ:    Kontonummer:

Depotbank: VOLKSBANK    BLZ:    Depotinhaber:

Wertpapier Depotnummer:    Telefonnummer der Depotbank:

## Zeichnungsangebot:
Ich (wir) zeichne(n) gemäß den Bedingungen des jeweiligen Wertpapierprospektes.
(Bitte ankreuzen)
ISIN: XS0269657135 (ab EUR _____ )

Nominalwert: 5.000 €  _____ EURO

zzgl. ☒ 5 % Agio 250 €  _____ EURO

Gesamtbetrag 5.250 €  _____ EURO

**Soweit kein Zahlungseingang innerhalb der Frist erfolgt (siehe Checkliste: Zeichnung für Privatanleger), kann die Transaktionsbank, Erste Bank Austria AG, die Zeichnung ablehnen.**

## SONSTIGE ERKLÄRUNGEN:
Die Wertpapiere werden ggf. durch eine Sammelurkunde verbrieft, ein Anspruch auf Einzelverbriefung besteht in diesem Fall nicht. Mir ist bekannt, dass mein Angebot erst von der Transaktionsbank angenommen werden muss, die hierzu nicht verpflichtet ist. Des weiteren erkläre ich mich im Falle der Überzeichnung damit einverstanden, dass mein Angebot auch gekürzt werden kann, ich somit nur Schuldverschreibungen mit geringerem Nominalwert zugewiesen bekommen kann.

Ich bestätige, dass mein Kaufangebot vorbehaltlos und ausschließlich auf Grundlage des Prospektes für dieses Wertpapier samt seinen Anhängen und Ergänzungen erfolgt ist und ich über die Chancen und Risiken dieser Anlage informiert wurde (das ausgefüllte Anlegerprofil und der unterschriebene Risikohinweis liegen diesem Zeichnungsschein bei). Mündliche Nebenabreden, die vom Prospekt abweichen, sind nicht getroffen worden. Ich nehme zur Kenntnis, dass der Vermittler nicht berechtigt ist, abweichende Erklärungen abzugeben. Der Vermittler wird unter dem Haftungsdach der MPC Capital Austria AG gemäß § 19 Abs. 2a österreichisches WAG tätig. MPC Capital Austria haftet hier daher zivilrechtlich unmittelbar für etwaige Pflichtverletzungen des Vermittlers.

X ___ G, 10.11.06 _____ _____
Ort, Datum                                 Unterschrift des Zeichners

## WIDERRUFSRECHT
Sie können Ihre Vertragserklärung innerhalb von zwei Wochen ohne Angabe von Gründen in Textform (z. B. Brief, Fax, E-Mail) widerrufen. Die Frist beginnt frühestens mit Erhalt dieser Belehrung. Zur Wahrung der Widerrufsfrist genügt die rechtzeitige Absendung des Widerrufs. Der Widerruf ist zu richten an: MPC Münchmeyer Petersen Capital Austria AG, Operngasse 17-21, 1040 Wien, Tel. +43 (0) 1 585 56 70-0, Fax +43 (0) 1 585 56 70-99, E-Mail: info@mpc-capital.at

## WIDERRUFSFOLGEN
Im Falle eines wirksamen Widerrufs sind die beiderseits empfangenen Leistungen zurückzugewähren und ggf. gezogene Nutzungen (z. B. in Ihr Depot gebuchte Wertpapiere, erhaltene Kuponzahlungen) herauszugeben. Können Sie uns die empfangene Leistung ganz oder teilweise nicht oder nur in verschlechtertem Zustand zurückgewähren, müssen Sie uns insoweit ggf. Wertersatz leisten. Dies kann dazu führen, dass Sie die vertraglichen Zahlungsverpflichtungen für den Zeitraum bis zum Widerruf gleichwohl erfüllen müssen. Verpflichtungen zur Erstattung von Zahlungen müssen Sie innerhalb von 30 Tagen nach Absendung Ihrer Widerrufserklärung erfüllen.

Ende der Widerrufsbelehrung

X ___ G, 10.11.06 _____ _____
Ort, Datum                                 Unterschrift des Zeichners

# EMPFANGSBESTÄTIGUNG

## WERTPAPIERKAUFVERTRAG MIT DER MPC CAPITAL AUSTRIA AG

Interne Angaben

Kunde: UWE JAHNKE

Stamm-Nr.: _____

**BITTE SENDEN SIE DIESE EMPFANGSBESTÄTIGUNG ZUSAMMEN MIT DEM UNTERSCHRIEBENEN ZEICHNUNGSSCHEIN AN MPC CAPITAL AUSTRIA AG ZURÜCK.**

Ich habe ein Exemplar

■ der Basisinformationen über Vermögensanlagen in Wertpapieren

erhalten.

X  LG, 20.12.06                    V. J
Ort, Datum                         Unterschrift des Kunden