Jason Imperato
148 Weaver Street * Greenwich, CT 06831
(203)-532-0481 * jasoni@optonline.net

**Bankruptcy Court:** UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

**Debtors:** LEHMAN BROTHERS HOLDINGS INC.

**Case Number:** 08-13555 (JMP)

**Title of Objection:** OBJECTION TO CLAIMS (NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS)

**Claimant:** Jason Imperato

**Claim Number:** 6615

April 10, 2011

I am writing in response to a notice I received regarding the claim referenced above. I oppose the disallowance of my claim.

### Description of the basis for the claim

I have an employment contract with Lehman Brothers guaranteeing me a minimum annual bonus awards in the amount of $1.3 Million for the performance year ending November 2008.

### Reasons the claim should not be disallowed

The letter / employment contract that I provided as evidence for my claim states that I was guaranteed a minimum bonus (for performance year ending in November 2008) in the amount of $1.3 Million. This letter sets forth compensation terms agreed to with respect to my employment by Lehman Brothers (the "Firm"), not a specific Lehman entity. Lehman Brothers Holdings Inc., as the parent company, is liable for this debt.

Sincerely,

Jason Imperato



RECEIVED APR 1 2 2011 U.S. BANKRUPTCY COURT, SDNY JMP