WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
**In re**                                          :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    **08-13555 (JMP)**
:
Debtors.                              :    **(Jointly Administered)**
:
:
----------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEBTORS' NINETY-SIXTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE LPS CLAIMS) SOLELY AS TO EVA SCHWABMUELLER

**PLEASE TAKE NOTICE** that the hearing on Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims) (the "Objection"), solely with respect to the claim listed on Exhibit A attached hereto, that was scheduled for March 31, 2011, at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned to April 28, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned to June 2, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file any objections or responses, solely with respect to the claim listed on <u>Exhibit A</u>, has been extended to **May 18, 2011 at 4:00 p.m. (Prevailing Eastern Time)**.

Dated: April 15, 2011
       New York, New York

          /s/ Robert J. Lemons
          Robert J. Lemons

          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          Attorneys for Debtors
          and Debtors in Possession

**Exhibit A**

**Adjourned Claim:**

| Claimant Name | Claim Number |
| --- | --- |
| Eva Schwabmueller | 57823 |