<u>Kevin Lieu, Pfauenweg 9E, 22305 Hamburg Germany</u>

Honorable James M. Peck
One Bowling Green, Courtroom 601, New York
New York 10004
United States of America

Hamburg, 09.04.2011

Dear Sirs,
Hereby I would like to mean requirement to make valid / Hiermit möchte ich meinen Anspruch geltend machen

(i).1   Name of the Bankruptcy Court / Name des Invsolvenzgerichtes:
        UNITED STATES BANKRUPTCY COURT
        SOUTHERN DISTIUCT OF NEW YORK

(i).2   Name of the Debtors / Name des Schuldners:
        LEHMAN BROTHERS HOLDINGS Inc., et al. Debtors

(i).3   Case Number / Nummer der Rechtssache:
        Chapter 11 Case No.
        08-13555 (JMP)
        (Jointly Administered)

(i).4   Title of the Objection to which the response is directed / Überschrift der Nicht-anerkennung:
        NOTICE OF HEARING ON DEBTORS' ONE HUNDRED TWELFTB OMNffiUS OBJECTION TO CLAIMS
        ((NVALID BLOCKING NUMBER LPS CLAIMS)

(ii).1  Name of the Claimant / Name des Anspruchsstellers
        Kevin Lieu

(ii).2  Basis for the amount of the claim / Erläuterung der Basis für die Höhe des angemeldeten Anspruchs
        4270,20 $

(iii)   The reason is among other things the actual and legal basis, on whose basis those is not contested acknowledgment
        and deletion. / Die begründung ist unter anderem die faktische und rechtliche grundlage, auf deren basis die nicht
        anerkennung und löschung angefochten wird .

(iV)    /
(v)     Kevin Lieu, Pfauenweg 9E, 22305 Hamburg, Germany

Kind regards

*Kevin Lieu* (signature)
Kevin Lieu


RECEIVED APR 12 2011 U.S. BANKRUPTCY COURT, SDNY JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
In re                                    :    Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :    08-13555 (JMP)
                                         :
         Debtors.                        :    (Jointly Administered)
                                         :
----------------------------------------x

LBH OMNI112 03-14-2011 (MERGE2,TXNUM2) 4000089302 BAR(23) MAIL ID *** 000043233286 *** BSIUSE: 36
KEVIN LIEU, CAM-QUE
PFAUENWEG 9C
HAMBURG, 22305 GERMANY

## THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

## IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIC KASENETZ, ESQ., AT 212-310-8737.

## NOTICE OF HEARING ON DEBTORS' ONE HUNDRED TWELFTH OMNIBUS OBJECTION TO CLAIMS (INVALID BLOCKING NUMBER LPS CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>KEVIN LIEU, CAM-QUE<br>PFAUENWEG 9C<br>HAMBURG, 22305 GERMANY | **Claim Number:** 41587<br>**Date Filed:** 10/19/2009<br>**Debtor:** 08-13555<br>**Classification and Amount:** UNSECURED: $ 4,270.20 |

PLEASE TAKE NOTICE that, on March 14, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that it did not include a valid electronic instruction reference number or a blocking reference number, as required by the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271]. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. prevailing Eastern Time on April 13, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.