**To the attention of :**

The Honorable James Peck

One Bowling Green

New York, New York 10004,

Courtroom 601

**And:**

Shai Waisman, Esq and Mark Bernstein, Esq

Weil, Gotshal & Manges LLP

767 Fifth Avenue,

New York, New York 10153

**And:**

Tracy Hope Davis, Esq, Elisabetta Gasparini, Esq, and Andrea B. Schwartz, Esq

Office of the US Trustee for Region 2

33 Whitehall Street, 21st floor

Now York, New York, 10004

**And:**

Dennis F. Dunne, Esq Dennis O'Donnell, Esq, and Evan Fleck, Esq

Milbank, Tweed, Hadley & McCloy LLP

1 Chase Manhattan Plaza

New York, New York, 10005


In response to the letter of March 11th, 2011 (enclosed), and with regard to the following case:

United States Bankruptcy Court

Southern District of New York

Regarding: Lehman Brother Holdings Inc, et al, Debtors

Chapter 11 Case No. 08-13555 (JMP)

Title of the Objection: "Claim to be disallowed & Expunged"



RECEIVED APR 1 2 2011 U.S. BANKRUPTCY COURT, SDNY JMP

**Name and address of the claimant:**

Dirk van Leeuwen

75 Bis rue des entrepreneurs

75015, Paris, France

Claim Number: 53662

Date filed: 10/28/2009

Amount of the claim: 10 000 Euros.

Statement setting forth the reasons why the claim should not be disallowed.

The amount of my original investment in Lehman Brothers Bonds was 10 000 Euros, and the bonds I bought were Euro-denominated. The reason stated for disallowing or expunging my claim on Lehman Brothers is that my claim is not denominated in "lawful United States currency".

The reason for not stating my claim in US dollars is that (i) the claim was originally denominated in Euros, and (ii) the original filing documents did not specify the claim had to be denominated in US dollars.

I duly note that the Bankruptcy Court's July 2, 2009 order sets forth the procedures for filing proofs, under which the claims' currency denomination is required to be in lawful currency of the United States; however, this court order is subsequent to the filing of my claim, and at the time of claiming, I could not therefore have known of this procedure.

I therefore request to change the currency denomination of my claim to US dollars, using the exchange rate at the time of purchase of said bonds (May 17th 2005). The then current exchange rate was:

1 euro = 1.2601 US dollar

My claim should therefore be restated to 12 601 US dollars.

Regards,

Dirk van Leeuwen

75 bis rue des entrepreneurs

75015 Paris

France

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
                                                         :
                                    Debtors.             :    (Jointly Administered)
                                                         :
-----------------------------------------------------------X

LBH OMNI102 03-11-2011 (MERGE2,TXNUM2) 4000101551 BAR(23) MAIL ID *** 000043197794 *** BSIUSE: 28

VAN LEEUWEN, DIRK
75 BIS RUE DES ENTREPRENEURS
PARIS, 75015 FRANCE


### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' ONE HUNDRED SECOND OMNIBUS OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>VAN LEEUWEN, DIRK<br>75 BIS RUE DES ENTREPRENEURS<br>PARIS, 75015 FRANCE | **Claim Number:** 53662 |
| | **Date Filed:** 10/28/2009 |
| | **Debtor:** 08-13555 |
| | **Classification and Amount:** UNSECURED: $ 0.00 UNLIQUIDATED |

PLEASE TAKE NOTICE that, on March 11, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their One Hundred Second Omnibus Objection to Claims (Foreign Currency Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim violates the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as it is not denominated in lawful currency of the United States. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on April 13, 2011 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on April 28, 2011 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim. If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

If you have any questions about this notice or the Objection, please contact Debtors' counsel, Erin Eckols, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: March 11, 2011
       New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION