Ernst Brandenburger
Bönstädter Str. 34
61194 Niddatal



Honorable James M. Peck
1, Bowling Green, Courtroom 601, New York
New York 10004
United States of America

Niddatal, April 8, 2011

| | |
|---|---|
| Name of Bankruptcy Court: | Unites States Bankruptcy Court/Southern District of New York |
| Name of Debtors: | Lehman Brothers Holdings Inc., et al. Debtors |
| Case Number: | Chapter 11 Case No. 08-13555 (JMP) |
| Title of objection to which response is directed: | Notice of hearing on Debtors one hundred twelfth omnibus objection to claims |
| Name of claimant: | Ernst Brandenburger |
| Basis for the amount of claim: | see account statement ING Diba (original document) |

Dear Sirs,

we herby formally object to your letter of March 14, 2011 (encl).

Reason for objection:

The „Lehman Securities Programs Proof of Claim" original document, which has already been made available to you, carries the original stamp of ING Diba AG.
ING Diba AG issued Blocking Number 3859.

For proof of correctness of above claim, I enclose the original account statement of January 11, 2011 of ING Diba (encl).
This account statement proves my position as debtor of the amount of € 13.000,00 €, i.e. US$ 18.720,00.

Yours sincerely,
Ernst Brandenburger

Enclosure: - original account statement of January 11, 2011 of ING Diba
           - your letter of March 14, 2011

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re                                                : Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,               : 08-13555 (JMP)

Debtors.                                             : (Jointly Administered)

-------------------------------------------------------------x

LBH OMNI112 03-14-2011 (MERGE2,TXNUM2) 4000085731 BAR(23) MAIL ID *** 000043233302 *** BSIUSE: 52

BRANDENBURGER, ERNST
BONSTADTERSTR. 34
NIDDATAL, 61194 GERMANY

## THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

## IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIC KASENETZ, ESQ., AT 212-310-8737.

### NOTICE OF HEARING ON DEBTORS' ONE HUNDRED TWELFTH OMNIBUS OBJECTION TO CLAIMS (INVALID BLOCKING NUMBER LPS CLAIMS)

### CLAIM TO BE DISALLOWED & EXPUNGED

| Creditor Name and Address: | | |
|---|---|---|
| BRANDENBURGER, ERNST<br>BONSTADTERSTR. 34<br>NIDDATAL, 61194 GERMANY | Claim Number: | 39749 |
| | Date Filed: | 10/13/2009 |
| | Debtor: | 08-13555 |
| | Classification and Amount: | UNSECURED: $ 18,720.00 |

PLEASE TAKE NOTICE that, on March 14, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that it did not include a valid electronic instruction reference number or a blocking reference number, as required by the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271]. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. prevailing Eastern Time on April 13, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

# ING DiBa

Die Bank und Du

*790*14949*1*A*
ING-DiBa AG · 60628 Frankfurt am Main

DV 01  0,55  Deutsche Post 

▲
Herrn
Ernst Brandenburger
Bönstädter Str. 34
61194 Niddatal

| | |
|---|---|
| **Depotinhaber:** | Ernst Brandenburger |
| **Direkt-Depot Nr.:** | 8811314730 |
| **Datum:** | 11.01.2011 |
| **Seite:** | 1 von 1 |

### Jahresdepotauszug

Wir übersenden Ihnen hiermit die zum 31.12.2010 abgeschlossene Aufstellung der für Sie verwahrten Wertpapiere. Gemäß Ziffer 11 Abs. 4 der Allgemeinen Geschäftsbedingungen bitten wir Sie, diese Aufstellung umgehend zu prüfen. Richten Sie Beanstandungen bitte schriftlich an unsere Revisionsabteilung.

| Depotbestand | Wertpapier-Informationen | Kurs/Dev.kurs | Kurswert in EUR |
|---|---|---|---|
| 13.000,00  EUR | 3,02794 % Lehman Bros Treasury Co. B.V. EO-FLR Basket Lkd MTN 2007(17)<br>ISIN (WKN):    XS0269657135 (A0GY3W)<br>Verwahrart:    Wertpapierrechnung<br>Lagerland:     Luxemburg<br>Letzte Fälligkeit: 02.03.2017 | Kurs fehlt<br>1,00 | 0,00 EUR |
| **Anzahl Posten: 1** | **Gesamtkurswert** | **EUR** | **0,00 EUR** |

Hinweis zu vorstehender Aufstellung: Depotbestände ohne besonderen Verwahrart-Hinweis werden in der Girosammelverwahrung geführt.

**Übrigens:**
Einen jederzeit aktuellen Überblick über Ihre Wertpapierbestände finden Sie auch in der Depotbewertung im Internetbanking + Brokerage. Ab sofort können Sie fehlende Einstandswerte dort ganz einfach selbst ergänzen.

Für Fragen stehen wir Ihnen gerne telefonisch 7 Tage die Woche von 7.30 bis 22 Uhr unter 0180 2 / 34 22 97 (Festnetzpreis 6 Cent pro Anruf, max. 42 Cent pro Minute aus Mobilfunknetzen) zur Verfügung. Unser besonderer Service: Wenn Sie eine Festnetz-Flatrate nutzen, erreichen Sie uns kostenlos unter 069 / 78 80 88 70.

ING-DiBa AG
Theodor-Heuss-Allee    Vorsitzender des Aufsichtsrates: Ben Tellings