Reusch, Thomas und Greiff-Reusch, Claudia
Steinstraße 20
D-64291 Darmstadt (Germany)

Honorable James M. Peck
One Bowling Green, Courtroom 601, New York
New York 10004
United States of America



RECEIVED
APR 1 2 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

Darmstadt, April 9th, 2011

Dear Sir or Madam,

we oppose the disallowance and expungement of our claim:

United States Bankruptcy Court/ Southern District of New York

Debtor. Lehman Brothers Holdings Inc. et al. Debtors

Case Number: Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered)

Title of the Objection:
Notice of Hearing on Debtors' one hundred twelfth Omnibus Objection to Claims (invalid Blocking Number LPS Claims)

Name of the Claimant: Thomas Reusch, Claudia Greiff-Reusch,
Steinstr. 20, D-64291 Darmstadt (Germany)
Claim Number 35290, Date Filed 9/28/2009, Debtor 08-13555, Amount: $ 7,138.82

**Reason why the claim should not be disallowed and expunged:**
Due to a problem of our bank (ING DiBa) originally a wrong blocking reference code was confirmed on the form indicated as Lehman Securities Proof of Claim.
With a letter from 2009-10-09 the correct Blocking Reference Code was sent to United States Bankruptcy Court/ Southern District of NY.
Attached you find a copy of this letter.

Best Regards

Letter also to
Weil, Gotshal & Manges LLP, NY 10153
Office of the US Trustees for Region 2; NY 10004
Milbank, Tweed, Hadley & McCloy LLP, NY 10005



18. 4412993

ING-DiBa AG · 60628 Frankfurt am Main

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Nürnberg, 2009-10-09

Re: Lehman Brothers Holdings Inc., et al., Debtors
    Chapter 11
    Case No. 08-13555 (JMP) (Jointly Administered)

Dear Sir or Madam,

our customers, Mr. and Ms. Thomas Reusch and Claudia Greiff-Reusch, Steinstr. 20, 64291 Darmstadt has filed the respective form to assert there claim in respect of *Lehman Securities Programs* (Chapter 11, based on the list dated 17 July 2009).
Unfortunately, we accidentally confirmed the wrong blocking reference code (Sender's Reference of Clearstream (Luxemburg) blocking order n°.3888 for ISIN XS0280223107) on the form indicated as *Lehman Securities Programs Proof of Claim*.

We hereby wish to notify you of the correct blocking reference code applicable to such customer:

**Blocking Reference Code CA07449**

We would be grateful if you could take such adjustment into account and would like to apologize for any inconvenience incurred.

Kind regards
ING-DiBa AG

Birgit Schüßler
Responsible for CA & Payments

Stefanie Strunz
Responsible for CA & Payments

ING-DiBa AG
Theodor-Heuss-Allee 106
60486 Frankfurt am Main

Vorsitzender des Aufsichtsrates: Hans K. Verkoren
Vorstand: Ben Tellings (Vorsitzender),
Bas Brouwers, Martin Krebs,
Klaus Schmidt, Herbert Willius

Sitz: Frankfurt am Main
AG Frankfurt am Main HRB 7727
Steuernummer 047 220 2800 4
USt-IdNr. DE 114 103 475

Telefon   0180 2 / 34 22 20
Internet  www.ing-diba.de
E-Mail    info@ing-diba.de
Bankleitzahl 500 105 17

55.817/0509/1053/05