April 11, 2011

Honorable James M. Peck

1 Bowling Green, Courtroom 601

New York, NY 10004

attention: Weil, Gotshal & Manges, LLP
767 Fifth Ave., New York, NY 10153

RECEIVED
APR 13 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

In re: Lehman Brothers Holdings, Inc., et al.,
Chapter 11 Case No. 08-13555 (JMP)

Dear Sir: The above Omnibus Objection to Claims was sent to me on March 14, 2011 by Epiq Bankruptcy Solutions, LLC., and I do oppose this Disallowance and Expungement, on the grounds that I did send the required documents proving that I was the legal Executor of the ESTATE of my deceased husband, Lawrence E. Phillips; on Dec. 3, 2010. The receipt of these documents was acknowledged by Mrs. Casey A. Burton of Weill, Gotshall & Manges, LLP on Dec. 16, 2010.

I therefore fail to see how my claim can be un-documented. In addition, I had previously submitted 12 documents with my original Claim against Lehman Brothers in 2003, before Lehman Brothers had declared bankruptcy. The record should be available for all parties concerned.

Copies Enclosed (3) for
Attorneys for Debtors,
Shai Waisman, Esq. and
Mark Bernstein, Esq.

Yours truly,

Doris M. Phillips
374 Hamilton Rd.
Ridgewood, NJ 07450
Tel. # (201) 652-2613

Honorable James M. Peck
1 Bowling Green, Courtroom 601
New York, NY 10004
attention: Weil, Gotshal & Manges, LLP
         767 Fifth Ave., New York, NY 10153

In re: Lehman Brothers Holdings, Inc., et al.;
       Chapter 11 Case No. 08-13555 (JMP)

Dear Sir: The above Omnibus Objection to Claims was
sent to me on March 14, 2011 by Epiq Bankruptcy So-
lutions, LLC; and I do oppose this Disallowance and
Expungement, on the grounds that I did send the required
documents proving that I was the legal Executor of the
ESTATE of my deceased husband, Lawrence E. Phillips; on
Dec. 3, 2010. The receipt of these documents was acknow-
leged by Mr. Casey A. Burton of Weill, Gotshall & Manges,
LLP on Dec. 16, 2010.
& therefore fail to see how my claim can be un-
documented. In addition, I had previously submitted
12 documents with my original Claim against Lehman
Brothers in 2003, before Lehman Brothers had de-
clared bankruptcy. The record should be available for
all parties concerned.

Copies Enclosed (3) for
Attorneys for Debtors,
Shai Waisman, Esq. and
Mark Bernstein, Esq.

Yours truly,
Doris M. Phillips
374 Hamilton Rd.
Ridgewood, NJ 07450
Tel. # (201) 652-2613

Honorable James M. Peck

1 Bowling Green, Courtroom 601

New York, NY 10004

attention: Weil, Gotshal & Manges, LLP
767 Fifth Ave., New York, NY 10153

In re: Lehman Brothers Holdings, Inc., et al.,
Chapter 11 Case No. 08-13555 (JMP)

Dear Sir: The above Omnibus Objection to Claims was sent to me on March 14, 2011 by Epiq Bankruptsy Solutions, LLC., and I do oppose this Disallowance and Expungement, on the grounds that I did send the required documents proving that I was the legal Executor of the ESTATE of my deceased husband, Lawrence E. Phillips; on Dec. 3, 2010. The receipt of these documents was acknowledged by Mr. Casey A. Burton of Weill, Gotshall & Manges, LLP on Dec. 16, 2010.

I therefore fail to see how my claim can be undocumented. In addition, I had previously submitted 12 documents with my original Claim against Lehman Brothers in 2003, before Lehman Brothers had declared bankruptsy. The record should be available for all parties concerned.

Copies Enclosed (3) for
Attorneys for Debtors,
Shai Waisman, Esq. and
Mark Bernstein, Esq.

Yours truly,
Doris M. Phillips
374 Hamilton Rd.
Ridgewood, NJ 07456
Tel. # (201) 652-2613

Honorable James M. Peck
1 Bowling Green, Courtroom 601
New York, NY 10004
attention: Weil, Gotshal & Manges, LLP
          767 Fifth Ave., New York, NY 10153

In re; Lehman Brothers Holdings, Inc., et al.,
      Chapter 11 Case No. 08-13555 (JMP)

Dear Sir: The above Omnibus Objection to Claims was
sent to me on March 14, 2011 by Epiq Bankruptcy So-
lutions, LLC., and I do oppose this Disallowance and
Expungement, on the grounds that I did send the required
documents proving that I was the legal Executor of the
ESTATE of my deceased husband, Lawrence E. Phillips, on
Dec. 3, 2010. The receipt of these documents was acknow-
leged by Mrs. Casey A. Burton of Weill, Gotshall & Manges,
LLP on Dec. 16, 2010.
& therefore fail to see how my claim can be un-
documented. In addition, I had previously submitted
12 documents with my original Claim against Lehman
Brothers in 2003, before Lehman Brothers had de-
clared bankruptcy. The record should be available for
all parties concerned.

                                    Yours truly,
Copies Enclosed (3) for            Doris M. Phillips
Attorneys for Debtors,             374 Hamilton Rd.
  Shai Waisman, Esq. and            Ridgewood, NJ 07450
  Mark Bernstein, Esq.              Tel. # (201) 652-2613