Hearing Date: April 28, 2011 at 10:00 a.m.<br>
Objection Deadline: April 13, 2011 at 4:00 p.m.

Douglas R. Schwartz, Esq.
Petra M. Reinecke, Esq.
Robert L. Elam, Esq.
Schwartz & Cera LLP
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 956-2600
Facsimile:  (415 438-2655

Attorneys for Charles E. Moore

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et. al. | Case No. 08-13555 (JMP) (Jointly Administered) |
| Debtors. | |

### CERTIFICATE OF SERVICE

I, Du'Ana K. McGee, certifies as follows:

1. I am a legal assistant employed by the law firm of Schwartz & Cera LLP, in the above-captioned matter.

2. On, April 12, 2011, I caused to be served the following via FedEx for next business day delivery to the parties listed on the annexed Exhibit "A":

- Charles E. Moore's Response to Claim Objection and Declaration of Douglas R. Schwartz in Support of Response to Claim Objection.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment

_____
Du'Ana K. McGee

**Exhibit "A"**
**Via FedEx**

Shai Y. Waisman, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea B. Schwartz, Esq.
The Office of the United States Trustee
for Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Pleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005