HEARING DATE AND TIME: June 2, 2011 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: May 18, 2011 at 4:00 p.m. (Eastern Time)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF ONE HUNDRED TWENTIETH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIC KASENETZ, AT (212) 310-8737.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |

----------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED TWENTIETH**
**OMNIBUS OBJECTION TO CLAIMS (NO BLOCKING NUMBER LPS CLAIMS)**

        **PLEASE TAKE NOTICE** that on April 15, 2011, Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), filed their one hundred twentieth omnibus objection to

claims (the "Debtors' One Hundred Twentieth Omnibus Objection to Claims"), and that a

hearing (the "Hearing") to consider the Debtors' One Hundred Twentieth Omnibus Objection to

Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in

Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, New York, New York 10004, on **June 2, 2011 at 10:00 a.m. (Eastern**

**Time),** or as soon thereafter as counsel may be heard.

       **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' One

Hundred Twentieth Omnibus Objection to Claims must be in writing, shall conform to the

Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall

be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399

(which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's

filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert Lemons, Esq. and Mark

Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street,

21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini,

Esq. and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured

creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan

Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and

Evan Fleck, Esq.); so as to be so filed and received by no later than **May 18, 2011 at 4:00 p.m.**

**(prevailing Eastern Time)** (the "Response Deadline").

      **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' One Hundred Twentieth Omnibus Objection to Claims or any

claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the

Bankruptcy Court an order substantially in the form of the proposed order annexed to the

Debtors' One Hundred Twentieth Omnibus Objection to Claims, which order may be entered

with no further notice or opportunity to be heard offered to any party.

Dated:  April 15, 2011
      New York, New York

                  /s/ Robert J. Lemons
                  Robert J. Lemons

                  WEIL, GOTSHAL & MANGES LLP
                  767 Fifth Avenue
                  New York, New York 10153
                  Telephone: (212) 310-8000
                  Facsimile: (212) 310-8007

                  Attorneys for Debtors
                  and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re                                            :    Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :    08-13555 (JMP)
                                                 :
                              Debtors.            :    (Jointly Administered)
-------------------------------------------------------------------x

## DEBTORS' ONE HUNDRED TWENTIETH OMNIBUS
## OBJECTION TO CLAIMS (NO BLOCKING NUMBER LPS CLAIMS)

THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN
FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS ONE
HUNDRED TWENTIETH OMNIBUS OBJECTION TO CLAIMS SHOULD
REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S)
AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION
AND/OR ON THE EXHIBIT ATTACHED THERETO TO DETERMINE
WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).

IF YOU HAVE QUESTIONS, PLEASE CONTACT
DEBTORS' COUNSEL, ERIC KASENETZ, AT (212) 310-8737.

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

          Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent:

### **Relief Requested**

          1.      The Debtors file this one hundred twentieth omnibus objection to claims (the "One Hundred Twentieth Omnibus Objection to Claims"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking disallowance and expungement of the claims listed on Exhibit A annexed hereto.

          2.      The Debtors have examined the proofs of claim identified on Exhibit A and have determined that the proofs of claim listed thereon (collectively, the "No Blocking Number LPS Claims") violate this Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271].  Specifically, the No Blocking Number LPS Claims are claims based on a Lehman Program Security (as defined in the Bar Date Order and further below) that do not include an electronic instruction reference number or a blocking reference number as required by the Bar Date Order.  The Debtors, therefore, request the disallowance and expungement of the No Blocking Number LPS Claims in their entirety.

          3.      The Debtors reserve all their rights to object on any other basis to any No Blocking Number LPS Claims as to which the Court does not grant the relief requested herein.

**Jurisdiction**

4.       This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

5.       Commencing on September 15, 2008, and periodically thereafter, LBHI

and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the

Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural

purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).  The

Debtors are authorized to operate their businesses and manage their properties as debtors in

possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.       On September 17, 2008, the United States Trustee for Region 2 (the "U.S.

Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of

the Bankruptcy Code (the "Creditors' Committee").

7.       On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as

Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated

January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the

Examiner.  The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy

Code [Docket No. 7531].

8.       On January 14, 2010, the Court entered the Procedures Order, which

authorizes the Debtors, among other things, to file omnibus objections to no more than 500

claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and

those additional grounds set forth in the Procedures Order.

9.       On July 2, 2009, this Court entered the Bar Date Order, which set forth

specific alternative claim filing procedures (the "Lehman Programs Securities Procedures") that

"apply to the filing of any and all claims (including claims under a related Guarantee) against the Debtors arising from securities issued by the Debtors or any of the Debtors' affiliates outside of the United States, solely to the extent identified on http://www.lehman-docket.com under the heading 'Lehman Programs Securities' (any such security, a 'Lehman Program Security')."  (Bar Date Ord. at 12.)  The Lehman Programs Securities Procedures resulted from extensive negotiations among the Debtors, the Creditors' Committee, the issuers of Lehman Programs Securities, Euroclear Bank ("Euroclear"), Clearstream Bank ("Clearstream"), and a large group of creditors.

10.     The Bar Date Order set forth the Lehman Programs Securities Procedures that specifically required, among other things, that claims for Lehman Programs Securities "include either a Euroclear electronic instruction reference number or a Clearstream blocking reference number" (a "Blocking Number")  (Id. at 13.)  Each Blocking Number issued by the applicable clearing agency relates to a specific holder of a specific Lehman Program Security in a specific amount.  The issuance of a Blocking Number prevented the holder of a Lehman Program Security from trading that security through November 2, 2009 (the "Securities Programs Bar Date") and is utilized by the Debtors to reconcile such claims.

11.     The Blocking Number requirement was necessary because the Lehman Programs Securities did not have an indenture trustee that would file a global claim on behalf of all holders of a particular security, but rather individual holders of such securities (or custodians thereof) would be filing claims based on such securities.  Accordingly, the blocking number requirement provided the only mechanism for the Debtors to confirm the ownership and amount of a particular security for purposes of the proof of claim based on a Lehman Program Security.  Absent the blocking number requirement and temporary restriction on trading, the risk would

exist that the Debtors would make distributions in excess of the outstanding amount of the Lehman Programs Securities and multiple distributions on the same obligation.

12.    Moreover, the Bar Date Order warned that "any holder of a claim against the Debtors who is required, but fails to file a proof of such claim in accordance with the Bar Date Order . . . shall forever be barred, estopped, and enjoined from asserting such claim against the Debtors (or filing a Proof of Claim with respect thereto)."  (Bar Date Order at 9-10.)[1]  A copy of the Bar Date Order was made publicly available at http://www.lehman-docket.com.

13.    Because the Lehman Programs Securities were widely held by investors around the world, the Lehman Programs Securities Procedures provided that the notice of the Securities Programs Bar Date (the "Securities Programs Bar Date Notice") would be widely published and disseminated.  Pursuant to the Bar Date Order, the Securities Programs Bar Date Notice was published by the Debtors in ten languages, plus seven translations for local dialects, in twenty-six newspapers in eighteen countries.[2]  The Securities Programs Bar Date Notice was also provided to Euroclear, Clearstream, and similar clearing systems as well as to the issuers of the Lehman Programs Securities with a request that those entities distribute the notice to the holders of Lehman Programs Securities.

14.    The Securities Programs Bar Date Notice included a "**Special Note Regarding Blocking Numbers**" instructing that "[e]ach Securities Program Proof of Claim must

---

[1] The Bar Date Order also stated that, "other than specifically provided in clauses (a) through (m) above [setting forth the procedures to file claims by holders of a Lehman Program Security], all provisions of this Order apply to holders of claims under any Lehman Program Security and holders of claims based on such Lehman Program Security are required to comply with all provisions of this Order."  (Bar Date Order at 15.)

[2] The Bar Date Order specified that "the Debtors shall publish notice (translated into the appropriate language, if necessary) substantially in the form of the Securities Programs Bar Date Notice at least once in one leading national newspaper in each of Italy, Spain, France, Germany, The Netherlands (in English), Switzerland, Luxembourg, United Kingdom, Hong Kong, Mexico, Belgium, Austria, Greece, Brazil, Argentina, Australia, and Japan."  (Bar Date Order at 14.)

include either a Euroclear Electronic Instruction Reference Number, a Clearstream Blocking

Reference Number, or other depository blocking reference number, as appropriate . . . with

respect to each Lehman Programs Security for which such Securities Program Proof of Claim is

filed." (Secs. Programs Bar Date Notice at 3.)[3]  It also warned claimants in bold-face type that

"[a]ny holder of a claim based on a Lehman Programs Security who fails to file a Securities

Programs Proof of Claim in accordance with the Bar Date Order on or before the Securities

Programs Bar Date . . . will be forever barred, estopped, and enjoined from asserting such claim

(and from filing a Securities Programs Proof of Claim with respect to such claim) against LBHI

[and] the other Debtors and their estates." (*Id.* at 3.)

### The No Blocking Number LPS Claims Should Be Disallowed and Expunged

15.    In reviewing the claims filed on the claims register in these cases and

maintained by the Court-appointed claims agent, the Debtors have identified the claims on

Exhibit A as being claims based on Lehman Programs Securities that were filed without the

required Blocking Numbers.  In reviewing claims based on Lehman Programs Securities, the

Debtors must reconcile the Blocking Number provided on the proof of claim form with the lists

of issued Blocking Numbers provided to the Debtors by the various clearing agencies.  Such a

reconciliation confirms the ownership of a security by the claimant on the Securities Programs

Bar Date.  The Debtors, despite their diligent efforts, have been unable to identify a valid

Blocking Number issued by a clearing agency for each No Blocking Number LPS Claim.

Consequently, the No Blocking Number LPS Claims do not provide any evidence regarding the

ownership of such claimed securities and do not comply with the provisions of the Bar Date

Order.

---

[3]  The Securities Programs Bar Date Notice established October 23, 2009, as the deadline to request a Blocking
Number.  (Secs. Programs Bar Date Notice at 3.)

16.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

17.     The No Blocking Number LPS Claims fail to comply with the specific directions in the Bar Date Order and the Securities Programs Bar Date Notice that each claim based on a Lehman Program Security include a Blocking Number issued by Euroclear, Clearstream or other relevant depository.  (*See* Bar Date Order at 13; Secs. Programs Bar Date Notice at 3.)  The Blocking Number requirement in the Lehman Programs Securities Procedures was specifically and extensively negotiated and is a critical safeguard against duplicative or excess distributions on Lehman Programs Securities.  Without confirming a valid and unique Blocking Number associated with each and every Lehman Program Security, the Debtors have no way of verifying the ownership and amount of a particular security.  The widely distributed Securities Programs Bar Date Notice informed holders of Lehman Programs Securities of the Blocking Number requirement and expressly warned that failure to comply would result in their claims being barred.  (*See* Secs. Programs Bar Date Notice at 3.)  Nevertheless, these claimants filed the No Blocking Number LPS Claims without the required blocking number.

18.     Accordingly, the Debtors request that the Court disallow and expunge in their entirety with prejudice the No Blocking Number LPS Claims listed on Exhibit A.

**Notice**

19.     No trustee has been appointed in these chapter 11 cases.  The Debtors have served notice of this One Hundred Twentieth Omnibus Objection to Claims on (i) the U.S.

Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange

Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern

District of New York; (vi) each claimant listed on Exhibit A; and (vii) all other parties entitled to

notice in accordance with the procedures set forth in the second amended order entered on June

17, 2010 governing case management and administrative procedures for these cases [Docket No.

9635].  The Debtors submit that no other or further notice need be provided.

      20.    No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

      WHEREFORE the Debtors respectfully request that the Court grant the relief

requested herein and such other and further relief as is just.

Dated:  April 15, 2011
     New York, New York

             /s/ Robert J. Lemons
             Robert J. Lemons

             WEIL, GOTSHAL & MANGES LLP
             767 Fifth Avenue
             New York, New York 10153
             Telephone: (212) 310-8000
             Facsimile: (212) 310-8007

             Attorneys for Debtors
             and Debtors in Possession

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 120: EXHIBIT A – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALVAREZ, AGUSTINA TORANO CL ALCALA 70  5-IZ MADRID, 28009 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/12/2009 | 1674 | Undetermined | No Blocking Number LPS Claim |
| 2 | ANDALUCIA ORIENTAL CASTELLANO MUJER, PRIVATE & BUSINESS CLIENTS - UR VENTURA DEL MAR 1503 CASTELLANO, SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/16/2008 | 1356 | Undetermined | No Blocking Number LPS Claim |
| 3 | ANDALUCIA ORIENTAL ALEMAN MUJER, PRIVATE & BUSINESS CLIENTS - CL LOS LAGOS 15  3 URB. LA ALQUERIA, BARCELO, SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1539 | Undetermined | No Blocking Number LPS Claim |
| 4 | ANDALUCIA ORIENTAL ALEMAN HOMBRE, PRIVATE & BUSINESS CLIENTS CL LOS LAGOS 15 URB. LA ALQUERIA, BARCELO, SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1538 | Undetermined | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 120: EXHIBIT A – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|------|------|------|------|------|------|
| 5 | ANDRES HIBERNON GARCIA GORRITA DIAZ, JESUS GARCIA DIAZ, CAYETANO GARCIA-GORRITA DIAZ, SUSANA GARCIA DIAZ, MILAGRO GARCIA-DIAZ, FRANCISCO CRISTOBAL GARCIA DIAZ, PALOMA GARCIA DIAZ, CARMEN GARCIA DIAZ, MARIA DESAMPARADOS GARCIA DIAZ ATTN: CARMEN GARCIA DIAZ VALENCIA, SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/15/2009 | 4888 | $191,038.50* | No Blocking Number LPS Claim |
| 6 | BADER, ANNEMARIE HOLSTEINER STR. 33 DORTMUND, 44145 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41547 | Undetermined | No Blocking Number LPS Claim |
| 7 | BALTA SERRET, FERNANDO CL GRABUAC 22 BARCELONA, 08793 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/09/2009 | 2649 | Undetermined | No Blocking Number LPS Claim |
| 8 | BARCELONA CASTELLANO HOMBRE, PRIVATE & BUSINESS CLIENTS CL CAMI DEL PINYER 9 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2008 | 1435 | Undetermined | No Blocking Number LPS Claim |
| 9 | BERGER PASCUAL, MANUEL CL CHILE 36  5-B LOGROÑO, LA RIOJA, 26005 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1544 | Undetermined | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 120: EXHIBIT A – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | BREDER, BARBARA HUBERTUSHOEHE 6 BAD SODEN, 65812 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/30/2009 | 4031 | Undetermined | No Blocking Number LPS Claim |
| 11 | BRETOS, JOSE EUSEBIO PRADO CL DOCTOR FLEMING 21 6-2 BARCELONA, 08017 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/12/2009 | 1669 | Undetermined | No Blocking Number LPS Claim |
| 12 | CAMPOS, MAXIMILIANO HERRERA AV MERIDIANA 329  5-1 BARCELONA, 08027 SPAIN | | Lehman No Case Asserted/All Cases Asserted | 09/04/2009 | 10419 | Undetermined | No Blocking Number LPS Claim |
| 13 | CAPILUPPI, SABRINA VIA CHIASSI NO. 13 MANTOVA, 46100 ITALY | 09-10108 (JMP) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/17/2009 | 15199 | $29,141.00 | No Blocking Number LPS Claim |
| 14 | CHICHARRO IZQUIERDO, MARIA I. CL PORTILLO DEL PARDO 28 MADRID, 28023 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1533 | Undetermined | No Blocking Number LPS Claim |
| 15 | CHING-NING, LIN TSEN 10/F, NO. 135-2 SONG-REN ROAD TAIPEI, TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/25/2009 | 9571 | $100,000.00 | No Blocking Number LPS Claim |
| 16 | CITY OF BOTANY BAY PO BOX 331 MASCOT NSW 2020 SYDNEY, AUSTRALIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/17/2008 | 767 | Undetermined | No Blocking Number LPS Claim |
| 17 | CLARK, MONICA DIAZ 941 ORANGE AVE - 403 CORONADO, CA 92118 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/11/2009 | 3288 | $100,000.00 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 120: EXHIBIT A – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 18 | D'LUNA CANTON, JOSE FRANCISCO LILIANA ASCENCIO DE LUNA/ VERONICA VANESSA/JACQUELINE/ CYNTHIA P. D'LUNA ASCENCIO RAYON #237 COL. OBRERA ENSENADA B.C., 22830 MEXICO | | Lehman No Case Asserted/All Cases Asserted | 07/29/2009 | 6647 | $50,000.00 | No Blocking Number LPS Claim |
| 19 | DE GROOT, P.B. P/A MOZARTLAAN 22 BILTHOVEN, 3723 JM NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/08/2009 | 65879 | $22,760.51 | No Blocking Number LPS Claim |
| 20 | DE KLUIS-DOMISSE, W. BOTERLAARBAAN 34, SCHILDE, 2970 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/11/2009 | 4258 | Undetermined | No Blocking Number LPS Claim |
| 21 | EASTERN METROPOLITAN REGIONAL COUNCIL C/- HAYDN ROBINSON 1/23 RHEOLA STREET WEST PERTH, WA, 6005 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/01/2008 | 1146 | Undetermined | No Blocking Number LPS Claim |
| 22 | ENGUIX ALONSO, CARMEN CL FRANCISCO SUAREZ 9 BL. 4  1-B MADRID, 28036 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1535 | Undetermined | No Blocking Number LPS Claim |
| 23 | FERNANDEZ FERNANDEZ, ARGIMIRO CL SECTOR PINTORES 37  2-B TRES CANTOS, MADRID, 28760 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1530 | Undetermined | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 120: EXHIBIT A – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 24 | FERNANDEZ MORENO, MARIA ISABEL Y FERNANDO BALTA SERRET CL GRABUAC 22 BARCELONA, 08793 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/09/2009 | 2648 | Undetermined | No Blocking Number LPS Claim |
| 25 | FILIPPO, DANIELE VIA ROMA 42 S GIOVANNI AL NATISONE (UD), 33100 ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34765 | $28,116.60 | No Blocking Number LPS Claim |
| 26 | FRANZEK, ERHARD AND URSULA C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13644 | $72,323.10 | No Blocking Number LPS Claim |
| 27 | GARCIA-PUENTE RUIZ, MARIA DE ASIS CL NUÑEZ DE BALBOA 84  6-DC MADRID, 28006 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1542 | Undetermined | No Blocking Number LPS Claim |
| 28 | GATO SOUTO, PLACIDO CL MESENA 69  3-A MADRID, 28033 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1534 | Undetermined | No Blocking Number LPS Claim |
| 29 | GELDARD, CHRISTINE L. CL CUENCA 23 TORRELAMATA ALICANTE, 03188 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1537 | Undetermined | No Blocking Number LPS Claim |
| 30 | GOETZ, EBERHARD STEFAN CR MORAIRA-TEULADA 32 BUZON 956A RADA MORAIRA, ALICANTE, 03724 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/12/2009 | 1673 | Undetermined | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 120: EXHIBIT A – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | GOLLMER, DR. RALF RICHARD-DEHMEL-STR. 14 DUISBERG, D-47057 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25520 | Undetermined | No Blocking Number LPS Claim |
| 32 | GONZALEZ SOTO, CELIA CL LA MASO 8   3-G MADRID, 28034 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1540 | Undetermined | No Blocking Number LPS Claim |
| 33 | HEINZEN, HANS C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11177 | $10,224.50 | No Blocking Number LPS Claim |
| 34 | HESSE, LEOPOLD C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13636 | $32,616.30 | No Blocking Number LPS Claim |
| 35 | HUETTELMEYER, KLAUS DIETER DE EICHENDORFFSTRASSE 1 WEISSENSTADT, 0-ALEMANIA, 95163 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/12/2009 | 1672 | Undetermined | No Blocking Number LPS Claim |
| 36 | INDIAN PACIFIC LTD RICHARD GODFREY P.O. BOX 508 SUBIACO, 6904 AUSTRALIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2008 | 498 | Undetermined | No Blocking Number LPS Claim |
| 37 | INGEBORG WYRSCH CHEMIN DU CHAMP 20 MARLY/FR, CH 1723 SWITZERLAND | | Lehman No Case Asserted/All Cases Asserted | 11/23/2009 | 65696 | Undetermined | No Blocking Number LPS Claim |
| 38 | JAHN, HORST & URSULA C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13613 | $14,606.43 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 120: EXHIBIT A – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | KAPFERER, FRANZ FORCHETSIEDLVNG 7 HAIMING, 6425 AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/07/2009 | 3707 | $25,619.60 | No Blocking Number LPS Claim |
| 40 | KOELLEN, DR.ING.OTTMAR HAMMERSTRASSE 9 BREMEN, 28199 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/23/2009 | 3929 | Undetermined | No Blocking Number LPS Claim |
| 41 | KOLL, CHRISTIAN 6426 ROPPEN HNR, 125 AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/07/2009 | 3708 | $5,393.60 | No Blocking Number LPS Claim |
| 42 | KT EVENTS INCENTIVOS S.L.U. CL ALEGRE DE DALT 55 4-B BARCELONA, 08024 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/06/2009 | 3682 | Undetermined | No Blocking Number LPS Claim |
| 43 | LAUTENSCHLAGER, ROLF A. SAUERBRUCHSTRASSE 31 MUENCHEN, 81377 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34834 | $14,500.00 | No Blocking Number LPS Claim |
| 44 | LEOUSSIS, ANDREW & TSOUYOPOULOS, MARIA FLORA 22, GORGIOU STREET 11636 ATHENS, GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/02/2008 | 1177 | Undetermined | No Blocking Number LPS Claim |
| 45 | LEOUSSIS, ANDREW & TSOUYOPOULOS, MARIA FLORA 22, GORGIOU STREET 11636 ATHENS, GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/02/2008 | 1176 | Undetermined | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 120: EXHIBIT A – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 46 | LYSEKNAPPEN, ELIN<br>S SKOGVEIEN 125B<br>5073 BERGEN<br><br>NORWAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/11/2009 | 11553 | $30.00 | No Blocking Number LPS Claim |
| 47 | MAIER, LOTHAR<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13626 | $81,001.88 | No Blocking Number LPS Claim |
| 48 | MARIA DEL CARMEN BARBERA EJARQUE<br>CL FERNANDO EL CATOLICO 28 4-B<br>12005 CASTELLON DEL LA PLANA<br>CASTELLON,<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/16/2008 | 1355 | Undetermined | No Blocking Number LPS Claim |
| 49 | MARTINEZ, FRANCISCO JAVIER TORTUERO<br>AV FACULTAD DE VETERINARIA 31 7-D<br>LEON, 24004<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/12/2009 | 1676 | Undetermined | No Blocking Number LPS Claim |
| 50 | MARTINEZ, JOSE IGNACIO TORTUERO<br>CL PINTORES 20<br>TRES CANTOS, MADRID, 28760<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/12/2009 | 1675 | Undetermined | No Blocking Number LPS Claim |
| 51 | MARTINEZ, JOSE JIMENEZ<br>CALLE RIBAS 27 1-3<br>BARCELONA, 08013<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2008 | 1432 | Undetermined | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 120: EXHIBIT A – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 52 | MARTINEZ, SIRA HERRERA<br>CL EDUARD TOLRA 8  BA<br>EL MASNOU, BARCELONA, 08320<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/12/2009 | 1670 | Undetermined | No Blocking Number LPS Claim |
| 53 | MDA NATIONAL INSURANCE PTY LTD<br>ANDREW FRASER-GILLARD, HEAD OF FINANCE<br>PO BOX 1557<br>SUBIACO, WA, 6008<br>AUSTRALIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/24/2008 | 1442 | Undetermined | No Blocking Number LPS Claim |
| 54 | MILIOU, MRS. ZOI/MRS. AMALIA MILIOU/MISS ALEXANDRIA VOVTSINA<br>C/O ALMI MARINE MANAGEMENT S A<br>87 KIFISSIAS AVENUE<br>MAROUSI<br>ATHENS, 15124<br>GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/30/2009 | 3563 | Undetermined | No Blocking Number LPS Claim |
| 55 | MILLENNIUM MARKETING & MANAGEMENT PTY LTD<br>80 LANG ROAD<br>CENTENNIAL PARK, NSW<br>AUSTRALIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/12/2010 | 66106 | Undetermined | No Blocking Number LPS Claim |
| 56 | MORENO BARCO, MARIA TERESA<br>CL SAN ANTON 19  7-B<br>LOGROÑO, LA RIOJA, 26002<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1543 | Undetermined | No Blocking Number LPS Claim |
| 57 | MULLER, BARBARA<br>RANKENWEG 21<br>DORTMUND, 44265<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/31/2009 | 9988 | Undetermined | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 120: EXHIBIT A – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 58 | MULLER, KIRSTEN BRANDENIUSSTR. 3 DORTMUND, 44265 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/31/2009 | 9982 | Undetermined | No Blocking Number LPS Claim |
| 59 | NEWCASTLE CITY COUNCIL, ""NSW AUSTRALIA"" TREASURY ACCOUNTANT - ALISSA JONES PO BOX 489 NEWCASTLE NSW, 2300 AUSTRALIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/10/2008 | 566 | Undetermined | No Blocking Number LPS Claim |
| 60 | OHTAWARA SHINKIN BANK 10-5, CHUO 1-CHOME OHTAWARA-SHI TOCHIGI, 324-0056 JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/12/2009 | 1662 | Undetermined | No Blocking Number LPS Claim |
| 61 | OMAHONY, DONAL 17 UPPER MOUNT STREET DUBLIN 2, IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43170 | $1,494,018.05 | No Blocking Number LPS Claim |
| 62 | OPTIQUE PTY LTD ATF OPTIQUE SUPER PENSION FUND KEITH MASNICK 1 ROSLYNDALE AVE WOOLLAHRA, N.S.W., 2025 AUSTRALIA | | Lehman No Case Asserted/All Cases Asserted | 07/20/2009 | 5712 | Undetermined | No Blocking Number LPS Claim |
| 63 | PAGES, JOSE MARIA SOLA PS DEL PLA 88 08230 MATADEPERA BARCELONA, SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2008 | 1431 | Undetermined | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 120: EXHIBIT A – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 64 | PARERA RICART, LUIS PLA€A NOVA 5  2-1 TERRASSA BARCELONA, 08221 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1536 | Undetermined | No Blocking Number LPS Claim |
| 65 | PIETERSEN-PUNT, A. EPICEADREEF 24 KALMTHOUT, 2920 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/12/2009 | 4862 | Undetermined | No Blocking Number LPS Claim |
| 66 | PRANGE GEB THEN, DORIS ANA VL TUSET 26  8 BARCELONA, 08006 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/02/2009 | 3145 | Undetermined | No Blocking Number LPS Claim |
| 67 | PRELL, ELISABETH KRONHUTTENWEG 64 KULMBACH, 95326 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/18/2008 | 790 | Undetermined | No Blocking Number LPS Claim |
| 68 | RANTZSCH, GUNTHER C/O SVEN TINTEMANN UHLANDSTRASSE 173/174 ECKE KURFURSTENDAMM 10719 BERLIN, GERMANY | | Lehman No Case Asserted/All Cases Asserted | 11/02/2009 | 65665 | $15,314.61* | No Blocking Number LPS Claim |
| 69 | RAPP, ANTONIO LUIS VILLARRUBIA CL CANILLAS 32 NOVEDADES VILLARRUBIA MADRID, 28002 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2008 | 1433 | Undetermined | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 120: EXHIBIT A – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 70 | REASEGUROS CREDITO Y CAUCION, S.A.U. C/O KEVIN M. ECKHARDT, HUNTON & WILLIAMS LLP 1111 BRICKELL AVE., SUITE 2500 MIAMI, FL 33131 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/28/2009 | 3999 | Undetermined | No Blocking Number LPS Claim |
| 71 | RIBEIRO PIMENTEL, PEDRO MANUEL CORREIA PZ DE BASILEA 2 ESC. 1 4-B MADRID, 28028 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/27/2009 | 2055 | Undetermined | No Blocking Number LPS Claim |
| 72 | RIBERA, CARLOS FRANQUES CL BALMES 427 8-A BARCELONA, 08022 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/26/2009 | 3086 | Undetermined | No Blocking Number LPS Claim |
| 73 | RIESER, URBAN DR C/O VON GRAFFEURIED U PARTNER LIMMATQUAI 94 ZURICH, CH-8021 SWITZERLAND | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 10/01/2009 | 35964 | $49,000.00 | No Blocking Number LPS Claim |
| 74 | RODRIGUEZ CARNEIRO, ARMANDO RUA FIRMO RIBEIRO 320 BARRA DA TIJUCA RIO DE JANEIRO, RJ BRAZIL | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18064 | $250,000.00 | No Blocking Number LPS Claim |
| 75 | RUDOLPH, RALF AND CLAUDIA C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13606 | $65,728.94 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 120: EXHIBIT A – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 76 | SALCEDO DURAN, GABRIEL<br>CL DIEGO DE LEON 41  7-D<br>MADRID, 28006<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1531 | Undetermined | No Blocking Number LPS Claim |
| 77 | SCHULGEN, GREGOR<br>AM LIMPERTZ-HOF 29<br>GREVENBROICH, D-41515<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 911 | $78,000.00 | No Blocking Number LPS Claim |
| 78 | SERVAT LIGERO, JOSE M<br>CL CASANOVA 0209 2 - 2<br>BARCELONA, 08021<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/16/2009 | 3357 | Undetermined | No Blocking Number LPS Claim |
| 79 | TSANG, MAN CHIU<br>FLAT C, 49/F, TOWER 1, ISLAND RESORT<br>28 SIU SAN WAN ROAD<br>CHAI WAN,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/02/2009 | 2506 | Undetermined | No Blocking Number LPS Claim |
| 80 | TWIGG, JONATHAN LEYCESTER<br>50 COOMBE ROAD<br>IRBY<br>WIRRAL, CH61 4US<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31645 | $33,000.00* | No Blocking Number LPS Claim |
| 81 | VAN OTTERLOO, W. DE MOL<br>FRANS DEN HOLLANDERLAAN 29<br>HM GOES, 4461<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2010 | 67120 | $45,095.58 | No Blocking Number LPS Claim |
| 82 | VAN OTTERLOO, W. DE MOL<br>FRAN DEN HOLLANDERLAAN 29<br>HM GOES, 4461<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2010 | 67121 | $60,836.49 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 120: EXHIBIT A – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 83 | WERNER, FRIEDHELM AND IRENE C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13616 | $21,696.93 | No Blocking Number LPS Claim |
| 84 | WILDEBRAND, NORMA C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13643 | $5,785.85 | No Blocking Number LPS Claim |
| | | | | | TOTAL | $2,895,848.47 | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                                  :            **Chapter 11 Case No.**
                                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :            **08-13555 (JMP)**
                                                                       :
                            **Debtors.**                       :            **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' ONE HUNDRED TWENTIETH OMNIBUS OBJECTION TO CLAIMS (NO BLOCKING NUMBER LPS CLAIMS)

Upon the one hundred twentieth omnibus objection to claims, dated April 15,

2011 (the "One Hundred Twentieth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the

United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking disallowance and

expungement of the No Blocking Number LPS Claims on the grounds that the Bar Date Order

required that such claims include an electronic instruction reference number or a blocking

reference number, all as more fully described in the One Hundred Twentieth Omnibus Objection

to Claims; and due and proper notice of the One Hundred Twentieth Omnibus Objection to

Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors'

Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service;

(v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on

Exhibit A attached to the One Hundred Twentieth Omnibus Objection to Claims; and (vii) all

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred Twentieth Omnibus Objection to Claims.

other parties entitled to notice in accordance with the procedures set forth in the second amended

order entered on June 17, 2010, governing case management and administrative procedures for

these cases [Docket No. 9635], and it appearing that no other or further notice need be provided;

and the Court having found and determined that the relief sought in the One Hundred Twentieth

Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and

all parties in interest and that the legal and factual bases set forth in the One Hundred Twentieth

Omnibus Objection to Claims establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the One Hundred Twentieth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "No Blocking Number LPS Claims") are

disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the No

Blocking Number LPS Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the One Hundred

Twentieth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE