---

**THE DEBTORS' ONE HUNDRED TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS SEEKS TO RECLASSIFY AS EQUITY CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIKA DEL NIDO, AT 212-310-8323.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
|  |  |
|---|---|
| **In re** | :     **Chapter 11 Case No.** |
|  | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | :     **08-13555 (JMP)** |
|  | : |
| **Debtors.** | :     **(Jointly Administered)** |

---------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS'**
**ONE HUNDRED TWENTY-FIRST OMNIBUS OBJECTION TO**
**CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**

     **PLEASE TAKE NOTICE** that on April 15, 2011, Lehman Brothers Holdings

Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors in

possession (collectively, the "Debtors"), filed their one hundred twenty-first omnibus objection

to claims (the "Debtors' One Hundred Twenty-First Omnibus Objection to Claims"), and that a hearing (the "Hearing") to consider the Debtors' One Hundred Twenty-First  Omnibus Objection to Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **June 2, 2011 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' One Hundred Twenty-First Omnibus Objection to Claims must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and

Evan Fleck, Esq.); so as to be so filed and received by no later than **May 18, 2011 at 4:00 p.m. (prevailing Eastern Time)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Debtors' One Hundred Twenty-First Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' One Hundred Twenty-First Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: April 15, 2011
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

------------------------------------------------------------------x

**DEBTORS' ONE HUNDRED TWENTY-FIRST OMNIBUS OBJECTION**
**TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**

---

**THIS OBJECTION SEEKS TO RECLASSIFY AS EQUITY CERTAIN
FILED PROOFS OF CLAIM.  PARTIES RECEIVING
THIS ONE HUNDRED TWENTY-FIRST OMNIBUS
OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS
OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE
LOCATED IN THE OMNIBUS OBJECTION AND/OR IN
THE EXHIBIT ATTACHED THERETO TO DETERMINE
WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT
DEBTORS' COUNSEL, ERIKA DEL NIDO, AT 212-310-8323.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent:

### Relief Requested

1.       Each of the proofs of claim listed on Exhibit A annexed hereto (collectively, the "Stock Claims") was filed as a general unsecured, secured, priority, or administrative expense claim pursuant to section 507(a) of title 11 of the United States Code (the "Bankruptcy Code") based on the ownership of preferred stock, common stock, or other equity interest (collectively, "Stock") in LBHI and/or alleged losses related thereto.  Certain of the Stock Claims also include claims arising out of the purchase of Stock.  Many of the Stock Claims were filed by former employees on account of stock in LBHI held as part of a 401(k) or retirement portfolio.  The Debtors file this omnibus objection to reclassify the Stock Claims as equity interests because the ownership of the Stock and the related decrease in the value thereof constitutes an equity interest, but does not constitute a claim against a Debtor's estate as such term is defined in section 101 of the Bankruptcy Code.  Accordingly, the Debtors file this omnibus objection, in accordance with Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and this Court's order approving procedures for the filing of omnibus objections to proofs of claim (the "Procedures Order") [Docket No. 6664] to reclassify the Stock Claims as equity interests.

### Jurisdiction

2.       This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

3.      Commencing on September 15, 2008, and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      On September 17, 2008, the United States Trustee for Region 2 (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

5.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner.  The Examiner filed its report with the Court on March 11, 2010 pursuant to section 1106(b) of the Bankruptcy Code [Docket No. 7531].

6.      On January 14, 2010, the Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to up to 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and in the Procedures Order.

## The Stock Claims Should Be Reclassified as Interests

7.      Bankruptcy Rule 3007(d)(7) provides that a debtor may file an objection, and join one or more objections in an omnibus objection, if all of the claims "are based solely on the grounds that the claims should be disallowed, in whole or in part, because . . . they are interests, rather than claims." FED. R. BANKR. P. 3007(d).  The Procedures Order additionally

permits the Debtors to object, on an omnibus basis, to claims that "were incorrectly classified." (Procedures Order at 2.)

A.    **Stock Is an Equity Security**

8.    Section 501(a) of the Bankruptcy Code provides that a creditor may file a proof of claim and that an equity security holder may file a proof of interest.  11 U.S.C. §501(a). The Bankruptcy Code defines a "claim" as a right to payment.  *Id.* at §101(5).  The Bankruptcy Code definition of an "equity security," alternatively, includes a share in a corporation or similar "security," including "stock," "treasury stock," "other claim or interest commonly known as 'security'," "certificate of interest or participation in," and "warrant or right to subscribe to or purchase or sell, a security."  *Id.* §§ 101(16) and 101(49)(A).

9.    Courts have interpreted the definition of equity security to include a range of stock-based transactions, including transactions based on a right to acquire stock, such as stock options and stock assignments.  *See, e.g., In re Enron Corp.*, 341 B.R. 141, 162 (Bankr. S.D.N.Y. 2006) (holding that a phantom stock purchase program where delivery of shares was deferred for tax purposes qualified as a "security" under the Bankruptcy Code); *see also In re Baldwin-United Corp.*, 52 B.R. 549, 552 (Bankr. S.D. Ohio 1985) (holding that claims to exercise stock option portion of plan were equity security interests for purposes of determining priority).

10.    As noted above, each of the Stock Claims is based on the ownership of preferred stock, common stock, or other equity interest in LBHI and, in some cases, the decrease in value of the Stock and/or claims arising out of the purchase of the Stock.  Certain Stock Claims include a CUSIP number or ticker symbol for LBHI stock; others describe the basis of the claims as "common stock," "stock," "shares," "equity interests" or using similar terms.  The holders of Stock Claims are equity security holders.  *See* 11 U.S.C. §§ 101(16) and (17).  They

have "interests" but not "claims" against the Debtors, and, accordingly, the Debtors hereby object to reclassify the Stock Claims as equity interests.

**B.    Damages from the Purchase or Sale of an Equity Security Are Subordinated**

11.    Section 510(b) of the Bankruptcy Code provides that, for purposes of distribution, a claim arising from rescission of a purchase or sale of a security of the debtor or of an affiliate of the debtor, or for damages arising from the purchase or sale of a security, shall be subordinated to all claims or interests that are senior to or equal to the claim or interest represented by such security, except that if such security is common stock, such claim has the same priority as common stock.  11 U.S.C. § 510(b).

12.    Courts have generally applied section 510(b) liberally.  *Enron*, 341 B.R. at 162-63 ("[T]he broad applicat[ion] of section 510(b) is now quite settled.").  Courts have construed the language in section 510(b) as being broad enough to include fraud, violations of securities laws, breach of contract, and related causes of action against debtors.  *See, e.g., id.* at 141 (subordinating breach of contract, fraudulent inducement, and fraudulent retention claims); *In re Med Diversified Inc.*, 461 F.3d 251, 256 (2d Cir. 2006) (holding that claim based on debtor's failure to issue its common stock to employee in exchange for his stock in another company, allegedly in violation of the parties' termination agreement, was a claim arising from the purchase or sale of the debtor's stock).

13.    Certain Stock Claims assert claims arising from rescission of a purchase or sale of a security of a Debtor or its affiliate or damages arising from the purchase or sale of such security.  As set forth above, section 510(b) forecloses the possibility that such Stock Claims receive equal or better treatment than valid, general unsecured claims against the Debtors.  *See* 11 U.S.C. § 510(b); *Enron,* 341 B.R. at 158 ("Congress enacted § 510(b) to prevent disappointed shareholders from . . . bootstrap[ing] their way to parity with general unsecured creditors in a

bankruptcy proceeding.") (internal quotations omitted).  Accordingly, to the extent applicable, the Stock Claims should be subordinated pursuant to Bankruptcy Code section 510(b) and reclassified as equity interests.[1]

### Reservation of Rights

14.     The Debtors reserve all their rights to object on any other basis to any Stock Claim or any portion of any Stock Claim for which the Court does not grant the relief requested herein.

### Notice

15.     No trustee has been appointed in these chapter 11 cases.  Notice of this omnibus objection to claims has been provided to:  (i) each claimant listed on Exhibit A; (ii) the U.S. Trustee for Region 2; (iii) the attorneys for the Creditors' Committee; (iv) the Securities and Exchange Commission; (v) the Internal Revenue Service; and (vi) the United States Attorney for the Southern District of New York, in accordance with the Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures, dated February 13, 2009 [Docket No. 2837] and the Procedures Order.  The Debtors submit that such notice is sufficient and no other or further notice need be provided.

16.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

---

[1] The Bankruptcy Code, Bankruptcy Rules and case law make clear that the Debtors do not need to commence an adversary proceeding to subordinate a Stock Claim pursuant to Bankruptcy Code section 510(b).  11 U.S.C. § 502(a); FED. R. BANKR. P. 7001(8); *In re Lernout & Hauspie Speech Prods., N.V.*, 264 B.R. 336, 339 (Bankr. D. Del. 2001) ("Because Rule 7001(8) appears to limit subordination complaints to allowed claims, the appropriate procedural vehicle for resolution of the issue is a contested matter under Fed. R. Bankr. P. 9104.").

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: April 15, 2011
    New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 121 – EXHIBIT A: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | ALTIDOR, FRITZNER L. 514 UNION ST. LINDEN, NJ 07036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27385 | $1,977.99 |
| 2 | ALTOMARE, NICHOLAS 76 FENNIMORE AVE YONKERS, NY 10701 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27554 | $624.00 |
| 3 | ARAMAYO, LUIS 6038 HIGHLAND PL. WEST NEW YORK, NJ 07093 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26419 | $37,403.00 |
| 4 | ASARO, DONNA M. 155 EAST 38TH ST APT 5F NEW YORK, NY 10016 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27267 | $222.65 |
| 5 | AXELROD, STUART 412 CHURCH AVE CEDARHURST, NY 11516-1708 | | Lehman No Case Asserted/All Cases Asserted | 09/10/2009 | 11252 | $82,000.00 |
| 6 | BADALUCCO, LOUISE 199 MILLARD AVENUE WEST BABYLON, NY 11704 | | Lehman No Case Asserted/All Cases Asserted | 09/15/2009 | 12742 | $8,999.04 |
| 7 | BARRY, NANCY E. 166 EAST 61ST STREET #8C NEW YORK, NY 10021 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13326 | $8,998.37 |
| 8 | BASCH, CHRISTINA 3133 BRIGHTON 7TH STREET #3CL BROOKLYN, NY 11235 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23772 | Undetermined |
| 9 | BERSHTEIN, JULIA 374 RAHWAY RD EDISON, NJ 08820 | | Lehman No Case Asserted/All Cases Asserted | 09/15/2009 | 13085 | $30,294.70 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 121 – EXHIBIT A: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 10 | BESS, DONNA E.<br>1777 GRAND CONCOURSE<br># 4E<br>BRONX, NY 10453 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26416 | $51,858.82 |
| 11 | BLAKESLEE, THOMAS P.<br>3 THORNBROOK LANE<br>BEDFORD, NY 10506 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27270 | $18,553.12 |
| 12 | BOILES, NANCY L.<br>19 THOMAS PAINE RD<br>CONVENT STATION, NJ 07961 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24159 | Undetermined |
| 13 | CALABRESE, JENNIFER<br>157 SERRELL AVENUE<br>STATEN ISLAND, NY 10312 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28433 | Undetermined |
| 14 | CASELLA, LORIE<br>505 E 79 ST<br>APT 4F<br>NEW YORK, NY 10075 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27454 | $11,382.00 |
| 15 | CASTRO, DANIEL<br>2145 19TH ST<br>ASTORIA, NY 11105 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30016 | $15,700.00 |
| 16 | CATALANO,JULIE ANN<br>109 NANCY LANE<br>CHESTER, NY 10918 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31387 | Undetermined |
| 17 | COHEN, ELIAS<br>235 W 70TH STREET<br>APT 5D<br>NEW YORK, NY 10023 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18296 | $5,929.54 |
| 18 | COPPERWAITE, PAUL R.<br>397 HURST ROAD<br>BEXLEYHEATH<br>KENT, DA5 3LG<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11053 | $6,050.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 121 – EXHIBIT A: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 19 | DALY, KIMBERLY<br>251 EAST 51ST STREET, APT 6H<br>NEW YORK, NY 10022 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28352 | $3,996.26 |
| 20 | DHRUV PURI<br>271 WEST 47TH STREET<br>APARTMENT 8F<br>NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18162 | $9,323.62 |
| 21 | DIAZ, AGNES<br>23 ARGO AVE<br>ELMONT, NY 11003 | | Lehman No Case Asserted/All Cases Asserted | 09/11/2009 | 11570 | $8,966.33 |
| 22 | DIMILTA, TERESA<br>35-02 21 AVENUE<br>ASTORIA, NY 11105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/30/2009 | 65748 | $8,996.59 |
| 23 | DURRANT, SHARON MRS.<br>14 WHITMORE CRESCENT<br>CHELMSFORD<br>ESSEX, CM2 6YN<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/11/2009 | 11430 | $4,840.00 |
| 24 | DURRANT, STEVEN A<br>14 WHITMORE CRESCENT<br>CHELMSFORD, ESSEX, CM26YN<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/08/2009 | 10642 | $5,005.00 |
| 25 | EINSTOSS, JUDITH A.<br>21 LANCASTER AVENUE<br>1ST FLOOR<br>BROOKLYN, NY 11223 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/24/2009 | 9022 | $1,510.61 |
| 26 | EWOBARE, RUTH SODJE<br>824 MARC DRIVE<br>NORTH BRUNSWICK, NJ 08902 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27562 | $31,736.99 |
| 27 | FIDELIA, NADJA<br>626 WEST 147TH STREET<br>NEW YORK, NY 10031 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33208 | $871,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 121 – EXHIBIT A: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 28 | FOGEL, DARREN 164 FOX MEADOW ROAD SCARSDALE, NY 10583 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23787 | Undetermined |
| 29 | FOUNTAINE, PETER 2979 AVE S BROOKLYN, NY 11229 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 29464 | Undetermined |
| 30 | FOX, DIANE K 10 DOWNING ST. 3U NEW YORK, NY 10014 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28438 | $8,999.22 |
| 31 | GABRIELSON, SETH 360 E 65TH APT 12C NEW YORK, NY 10021 | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 14830 | $1,963.96 |
| 32 | GAMBALE, DONNA 1 BIRCH HILL ROAD FREEHOLD, NJ 07728 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13934 | $5,469.06 |
| 33 | GANIM, ROBERT M. 29 WESTCHESTER AVENUE JERICHO, NY 11753 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 19645 | $40,810.38 |
| 34 | GEER JR., JOHN F. 575 MILL PLAIN ROAD FAIRFIELD, CT 06824 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20205 | $7,998.82 |
| 35 | GILBERT, FRANCINE 6 BAUER PLACE WESTPORT, CT 06880 | | Lehman No Case Asserted/All Cases Asserted | 08/28/2009 | 9696 | $60,000.00 |
| 36 | GOLDADE, SANDRA K. 1053 S FRASER WAY AURORA, CO 80012 | | Lehman No Case Asserted/All Cases Asserted | 05/26/2009 | 4560 | $7,123.74 |
| 37 | GORMAN, DOUGLAS 164 NORMAN AVE #3A BROOKLYN, NY 11222 | | Lehman No Case Asserted/All Cases Asserted | 09/15/2009 | 12659 | $748.31 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 121 – EXHIBIT A: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 38 | GUILLEN-MORIN, JEANETTE<br>566 WEST 159TH STREET # 21<br>NEW YORK, NY 10032 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13936 | $7,893.06 |
| 39 | HALL, OTTMAR A.<br>1829 LACOMBE AVENUE<br>BRONX, NY 10473 | | Lehman No Case Asserted/All Cases Asserted | 09/14/2009 | 12359 | Undetermined |
| 40 | HARLOW, MICHAEL E.<br>667 W VALLEYVIEW AVE<br>LITTLETON, CO 80120 | | Lehman No Case Asserted/All Cases Asserted | 07/24/2009 | 6068 | $743.45 |
| 41 | HAYES, SANDRA G<br>254 COLLFIELD AVE<br>STATEN ISLAND, NY 10314-1930 | | Lehman No Case Asserted/All Cases Asserted | 08/03/2009 | 6961 | Undetermined |
| 42 | HAYES, SANDRA G.<br>254 COLLFIELD AVE<br>STATEN ISLAND, NY 10314 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 6962 | Undetermined |
| 43 | HERRMANN, DAVID L.<br>804 MAPLE GLEN LANE<br>WAYNE, PA 19087 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33211 | $17,881.29* |
| 44 | HIRD-HAUGHTON, MARJORIE<br>6 DONALD COURT<br>ELMONT, NY 11003 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6191 | Undetermined |
| 45 | HORNER, BRIAN<br>110 HORATIO ST<br>#111<br>NEW YORK, NY 10014 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27272 | $7,288.00 |
| 46 | HUNN, JEFFREY W.<br>3511 STEPHEN LANE<br>WANTAGH, NY 11793 | | Lehman No Case Asserted/All Cases Asserted | 09/11/2009 | 11508 | $3,832.84 |
| 47 | INCAO, PAUL M.<br>3 AMHERST PLACE<br>UPPER MONTCLAIR, NJ 07043 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15392 | $19,447.61 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 121 – EXHIBIT A: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 48 | INGRAM, EARON M. 1455 S. IVY WAY DENVER, CO 80224 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2329 | $3,701.26 |
| 49 | JAO, ANDREA T. 77 SEVENTH AVE. APT. 10-S NEW YORK, NY 10011 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/15/2009 | 5339 | $21,195.20 |
| 50 | JONATHAN, CONTRACT 33 EASTERN DRIVE ARDSLEY, NY 10502 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/20/2009 | 5642 | $26,779.00 |
| 51 | JONES, ELLEN KAY 5681 S ESTES WAY LITTLETON, CO 80123 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/30/2009 | 2339 | $9,608.71 |
| 52 | JOSEPH, SARAH KATHLEEN 45 WALTHAM AVENUE SURREY GUILFORD, GU2 9QF UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 16287 | $17,934.00 |
| 53 | JUNG, JENNIFER 327 W. 30TH ST, APT 4J NEW YORK, NY 10001 | | Lehman No Case Asserted/All Cases Asserted | 09/15/2009 | 13013 | $8,084.04 |
| 54 | KARR, RAYMOND P. 16494 E. POWERS AVENUE CENTENNIAL, CO 80015 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2356 | $792.44 |
| 55 | KENNEY, JUDITH A 40 WEST 77TH STREET APT. 11D NEW YORK, NY 10024 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13928 | $599,548.00 |
| 56 | KINNALY, RAYMOND J 3924 220TH ST BAYSIDE, NY 11361-2348 | | Lehman No Case Asserted/All Cases Asserted | 09/14/2009 | 11975 | $10,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 121 – EXHIBIT A: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 57 | KLOPSIS, NICHOLAS<br>18 STUYVESANT ROAD<br>OAKDALE, NY 11769 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36838 | $999.96 |
| 58 | KRUPUIN, ALEXANDER<br>1921 AVE. K, #E6<br>BROOKLYN, NY 11230 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20776 | $7,999.00 |
| 59 | LAURIE, EVELYN T.<br>3250 S TOWN CENTER DRIVE<br>APT 3010<br>LAS VEGAS, NV 89135 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 08/19/2009 | 9019 | $60,000.00* |
| 60 | LAWRENCE, BLAIR<br>230 E 27TH ST, APT G<br>NEW YORK, NY 10016 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18932 | $973.00 |
| 61 | LEMOND, BEVERLY R.<br>703 BUTTERMILK DRIVE<br>ARLINGTON, TX 76006 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 19853 | $12,668.46 |
| 62 | LENHART, DEBORAH A.<br>16494 E. POWERS AVENUE<br>CENTENNIAL, CO 80015 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2369 | $42,369.33 |
| 63 | LENHART,CAROL S<br>1340 R ST<br>GERING, NE 69341 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31631 | Undetermined |
| 64 | LEVY, PATRICK R<br>30 TONBURY WAY<br>ROTHWELL<br>NORTH HAMPSHIRE, NN14 6BG<br>UNITED KINGDOM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 08/19/2009 | 8752 | Undetermined |
| 65 | LLOYD, MELINDA L<br>215 EAST 68TH STREET<br>APT. 4Y<br>NEW YORK, NY 10021 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23711 | $262,738.39 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 121 – EXHIBIT A: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 66 | LOPRESTI, DEANA<br>48 BOATWORK DR.<br>BAYONNE, NJ 07002 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 34274 | Undetermined |
| 67 | LYNCH, MARY A.<br>501 EAST 79TH ST<br>NEW YORK, NY 10075 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26311 | Undetermined |
| 68 | MAIONE, CYANNE<br>262 HOLLYWOOD AVE<br>FAIRFIELD, NJ 07004 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 22116 | $8,999.79 |
| 69 | MCCORMAC, CYNTHIA<br>28 RIVERSDALE ROAD<br>HIGHBURY<br>LONDON, N52JT<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 24906 | $60,000.00 |
| 70 | MCDONALD, DOUGLAS S.<br>1609 WALNUT AVENUE<br>MANHATTAN BEACH, CA 90266 | | Lehman No Case Asserted/All Cases Asserted | 08/24/2009 | 9138 | $4,500.00* |
| 71 | MCENTEE, OWEN F., JR.<br>2564 MILBURN AVENUE<br>BALDWIN, NY 11510-3627 | | Lehman No Case Asserted/All Cases Asserted | 09/14/2009 | 12295 | $18,964.24 |
| 72 | MCGOVERN, JOHN M<br>17E. 13TH STREET, 4A<br>NEW YORK, NY 10003 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28350 | $4,999.66 |
| 73 | MCPARTLAND, NOUREEN<br>920 PELHAMDALE AVE<br>APT B2H<br>PELHAM, NY 10803 | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15166 | $3,119.28 |
| 74 | MILAZZO, JANINNE<br>308 EAST 49TH ST<br>#3C<br>NEW YORK, NY 10017 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17893 | $8,999.72 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 121 – EXHIBIT A: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 75 | MOLDAVER, ALEKSANDR<br>435 NEPTUNE AVENUE<br>APT. 18G<br>BROOKLYN, NY 11224 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25529 | $9,490.51 |
| 76 | MOORMANN, DIANE KELLY<br>6612 W ELDORADO PLACE<br>DENVER, CO 80227 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2367 | $754.14 |
| 77 | MORRIS, DAVID C. SAVINGS A/C 401K<br>5203 BRAEBURN DRIVE<br>BELLAIRE, TX 77401 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31985 | $19,617.88 |
| 78 | MORRISON, E. VICTORIA<br>3912 ALCAZAR DR.<br>CASTLE ROCK, CO 80109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2373 | $6,819.85 |
| 79 | MOUM, FRANCESCA S.<br>214 LINDEN AVENUE<br>WESTFIELD, NJ 07090 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31125 | $16,443.23 |
| 80 | MUINOS, BARBARA<br>10 GIMBALL ROAD<br>LITTLE EGG HARBOR, NJ 08087 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11045 | $8,000.00 |
| 81 | O'BRIEN, BARRY J<br>22 MEADOWBROOK ROAD<br>SHORT HILLS, NJ 07078-3316 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30535 | $10,247.33 |
| 82 | OLDS, MICHELE LYNN<br>8475 LIVERPOOL CIRCLE<br>LITTLETON, CO 80125 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2385 | $3,476.88 |
| 83 | PANJABI, GHANSHAM<br>9 NORMAN COURT<br>LIVINGSTON, NJ 07039 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/15/2009 | 5384 | $11,552.99 |
| 84 | PARKER, DEBORAH<br>1902 LYNTON CIRCLE<br>WELLINGTON, FL 33414 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26099 | $972.33 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 121 – EXHIBIT A: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 85 | QUIRK, JOSEPH S. 111 SOUTH VILLAGE AVENUE ROCKVILLE CENTRE, NY 110 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 29945 | $3,931.37 |
| 86 | RABENOLD, DAVID 415 LEONARD STREET 2C BROOKLYN, NY 11222 | | Lehman No Case Asserted/All Cases Asserted | 09/11/2009 | 11566 | $10,488.07 |
| 87 | RAO, MARK G. 11807 WILLOW BRANCH ELLICOTT CITY, MD 21042 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/30/2009 | 6715 | $141,763.47 |
| 88 | RIZZO, CHARLES K. 14 ATLANTIC AVENUE- UNIT F OCEAN CITY, NJ 08226 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6244 | Undetermined |
| 89 | ROBSON-CANTY, GERALDINE D. 61 BEECHWOOD TER YONKERS, NY 10705-1704 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20288 | $15,819.70 |
| 90 | SANTIAGO, TRUDY 1469 E. 57TH STREET BROOKLYN, NY 11234 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31419 | Undetermined |
| 91 | SCHAEFER, JAMES M 470 VILLAGE OAKS LANE BABYLON, NY 11702 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28458 | $15,327.83 |
| 92 | SCHREIER, MICHAEL 301 E 76TH ST APT 12 NEW YORK, NY 10021 | | Lehman No Case Asserted/All Cases Asserted | 09/11/2009 | 11600 | $606.11 |
| 93 | SCHULZ, KELLY 11004 S. KEATING #1B OAK LAWN, IL 60453 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 16018 | $8,175.21 |
| 94 | SCOPELLITO, ANN C. 191 TENAFLY PLACE STATEN ISLAND, NY 10312 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 54847 | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 121 – EXHIBIT A: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 95 | SHAPIRO, JILL ELIZABETH<br>442 PACING WAY<br>WESTBURY, NY 11590 | | Lehman No Case Asserted/All Cases Asserted | 08/07/2009 | 7632 | $2,469.20 |
| 96 | SIMPSON, ANDREA'<br>2589 BEDFORD AVE<br>BROOKLYN, NY 11226 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13932 | $4,902.69 |
| 97 | STATHATOS, ELEFTERIA<br>256 E MADISON AVE<br>CRESSKILL, NJ 07626 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30360 | $32,672.90 |
| 98 | STEFANONI,ANTHONY M.<br>405 W. 23RD STREET<br>APARTMENT 5G<br>NEW YORK, NY 10011 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/31/2009 | 6881 | $61,666.79 |
| 99 | STEPHENSON, REBECCA<br>10272 MOUNTAIN MAPLE DR<br>LITTLETON, CO 80129 | | Lehman No Case Asserted/All Cases Asserted | 09/11/2009 | 11471 | $47,915.00 |
| 100 | STEVENSON, AUTUMN LYN<br>11857 E. FAIR AVE.<br>GREENWOOD VILLAGE, CO 80111 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2363 | $2,190.81 |
| 101 | STRICKLAND, CHARLES E. III<br>2072 LEXINGTON ROAD<br>GREEN OAKS, IL 60048 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/04/2009 | 10430 | $1,804.00 |
| 102 | SUEN-LEE, THERESA<br>52 THOMAS STREET APT 3B<br>NEW YORK, NY 10013 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24618 | $38,788.68 |
| 103 | SZOTT, GENEVIEVE MARY<br>3318 NORTH LAKEWOOD STREET<br>2<br>CHICAGO, IL 60657 | | Lehman No Case Asserted/All Cases Asserted | 09/03/2009 | 10188 | $2,673.30 |
| 104 | TABENSHLAK, NELLI<br>3337 SEAWANE DR<br>MERRICK, NY 11566 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 24714 | $40,378.81 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 121 – EXHIBIT A: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 105 | TERIACO, JACQUELINE<br>625 WILLOW LANE<br>HOBOKEN, NJ 07030 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32768 | $78,535.34 |
| 106 | TIETJEN, JOHN H.<br>15-19 209TH STREET<br>BAYSIDE, NY 11360 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/22/2009 | 5924 | $2,768.42 |
| 107 | TRACY, GRACE A.<br>35-31 85TH STREET<br>APARTMENT 5D<br>JACKSON HEIGHTS, NY 11372 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/20/2009 | 5755 | $6,320.00 |
| 108 | TUROCY, YOLANDA R<br>50 EAST 72ND STREET<br>APT. 14A<br>NEW YORK, NY 10021 | | Lehman No Case Asserted/All Cases Asserted | 08/06/2009 | 7498 | $64,396.05 |
| 109 | WALSH, SUSAN<br>228 EAST 25TH STREET<br>#7<br>NEW YORK, NY 10010 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25242 | $4,000.00 |
| 110 | WAN, YI<br>36 FOX RUN<br>NEW PROVIDENCE, NJ 07974 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30635 | $8,000.00 |
| 111 | WITKIN, MICHAEL<br>17 TREBRIDGE CT<br>PRINCETON, NJ 08540 | | Lehman No Case Asserted/All Cases Asserted | 08/31/2009 | 9976 | $7,500.00 |
| 112 | WOO, JACK<br>2 JANET COURT<br>MORGANVILLE, NJ 07751 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26190 | $96,148.72 |
| 113 | ZABBIA, JOEY MARIE<br>29 LANDVIEW DRIVE<br>DIX HILLS, NY 11746 | | Lehman No Case Asserted/All Cases Asserted | 09/15/2009 | 12705 | $12,577.89 |
| | | | | | TOTAL | $3,409,737.35 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                    :        **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :        **08-13555 (JMP)**
                                                         :
                               **Debtors.**              :        **(Jointly Administered)**
-------------------------------------------------------------------x

**ORDER GRANTING DEBTORS'**
**ONE HUNDRED TWENTY-FIRST OMNIBUS OBJECTION TO**
<u>**CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**</u>

Upon the one hundred twenty-first omnibus objection to claims, dated April 15,

2011 (the "<u>One Hundred Twenty-First Omnibus Objection to Claims</u>"),[1] of Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession, in accordance with Bankruptcy Rule 3007(d) and this Court's order

approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664],

seeking to reclassify Stock Claims as common equity interests in the LBHI, all as more fully

described in the One Hundred Twenty-First Omnibus Objection to Claims; and due and proper

notice of the One Hundred Twenty-First Omnibus Objection to Claims having been provided to:

(i) each claimant listed on <u>Exhibit A</u>; (ii) the U.S. Trustee; (iii) the attorneys for the Creditors'

Committee; (iv) the Securities and Exchange Commission; (v) the Internal Revenue Service; and

(vi) the United States Attorney for the Southern District of New York, and (vii) all other parties

entitled to notice in accordance with the procedures set forth in the second amended order

entered on June 17, 2010 governing case management and administrative procedures for these

cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and

the Court having found and determined that the relief requested in the One Hundred Twenty-

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the One Hundred Twenty-First Omnibus Objection to Claims.

First Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the One Hundred Twenty-First Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the One Hundred Twenty-First Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the heading "*Claims to be Reclassified*" have the same priority as, and no greater priority than, common stock interests in LBHI; and it is further

ORDERED that the Debtors' Court-appointed claims agent is authorized to modify the claims register to reflect this order; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the One Hundred Twenty-First Omnibus Objection to Claims; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2011
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE