UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Whatley Place, L.L.C.                            Galleon Buccaneer's Offshore, Ltd.
_____                      _____
Name of Transferee                               Name of Transferor

$146,702,592.72                                  27568
_____                      _____
Proof of Claim Amount                            Proof of Claim Number

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:   Whatley Place, L.L.C.
Address:      c/o Ropes & Gray LLP
              1211 Avenue of the Americas
              New York, NY 10036-8704
              Attn:  Adam Reiss

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By:

By: _____                Date:  4-15-11

Name: Jonathan Reisman
Title:  Counsel for Transferee

## FORM OF EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Galleon Buccaneer's Offshore, Ltd. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Whatley Place, L.L.C. ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, arising under or in connection with, its claim (as such term is defined in section 101(5) of title 11 of the United States Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 (JPM) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and Proof of Claim No. 27568 filed by Seller in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or other applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 29th day of October 2010.

Galleon Buccaneer's Offshore, Ltd.

By: _____
Name: RICHARD SCHUTTE
Title: DIRECTOR

Whatley Place, L.L.C.

By: _____
Name: 
Title: Managing Director