## EXHIBIT B

### EXPENSE SUMMARY BY SNR DENTON US LLP FOR THE SECOND INTERIM PERIOD OF OCTOBER 1, 2010 THROUGH JANUARY 31, 2011

| EXPENSES | AMOUNTS |
|---|---|
| Document Reproduction | $994.30 |
| Overnight Delivery | $198.79 |
| Teleconference Expenses | $60.97 |
| Ground Transportation | $110.85 |
| Meals | $22.36 |
| Total: | $1387.27 |

10444226\V-6