## EXHIBIT C

### COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY SNR DENTON US LLP FOR THE SECOND INTERIM PERIOD OF OCTOBER 1, 2010 THROUGH JANUARY 31, 2011

| PROJECT CATEGORY | CLIENT NUMBER | MATTER NUMBER | HOURS | AMOUNT |
|---|---|---|---|---|
| Real Estate | | | | |
| | 21416248 | | | |
| | | 0795 | 2.3 | $1,894.50 |
| | | 0807 | 39.9 | $25,284.50 |
| | | 0810 | 1.5 | $1,222.50 |
| | | 0813 | 3.4 | $2,771.00 |
| | | 0814 | 9.8 | $8,184.50 |
| | | 0817 | 3.9 | $3,226.00 |
| | | 0831 | 1.7 | $1,364.50 |
| | | 0832 | 0.8 | $672.00 |
| | | 0838 | 1.8 | $907.00 |
| | | 0851 | 24.6 | $16,099.50 |
| | | 0855 | 0.5 | $115.00 |
| | 09807760 | | | |
| | | 0008 | 10.6 | $6,810.50 |
| | | 0011 | 198.2 | $129,317.00 |
| | | 0012 | 9.8 | $5,333.00 |
| | | 0013 | 1.7 | $688.50 |
| | | 0016 | 13.5 | $7,950.50 |
| | | 0021 | 98.0 | $62,919.50 |
| Fee/Retention Issues | | | | |
| | 09807760 | | | |
| | | 0030 | 89.2 | $38,544.00 |
| Total Fees Requested: | | | 511.20 | $313,304.00 |

10444226\V-6