# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020
USA

December 7, 2010

**Invoice No. 1263446**

Client/Matter: 09807760-0030

BANKRUPTCY (POST-PETITION WORK)

Payment Due Upon Receipt

---

Total This Invoice                                    $        8,760.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN                                                   December 7, 2010
LEHMAN BROTHERS HOLDINGS INC.
1217 SIXTH AVENUE, 38TH FLOOR                          **Invoice No. 1263446**
NEW YORK, NY 10020
USA

Client/Matter:   09807760-0030

BANKRUPTCY (POST-PETITION WORK)

For Professional Services Rendered through November 30, 2010:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 11/04/10 | L. Bechutsky | 0.40 | B160 | A102 | Research special counsel fee applications (.4). |
| 11/09/10 | L. Bechutsky | 2.80 | B160 | A103 | Review and revise monthly invoices for monthly fee statement (2.8). |
| 11/10/10 | L. Bechutsky | 1.40 | B160 | A103 | Revise invoices (.4); draft monthly statement (1.00). |
| 11/11/10 | L. Bechutsky | 0.10 | B160 | A105 | Correspondence re monthly statement with billing attorneys (.1). |
| 11/17/10 | L. Bechutsky | 0.30 | B160 | A105 | Internal correspondence re status of September monthly statement (.2); correspondence with US Trustee re same (.1). |
| 11/19/10 | L. Bechutsky | 1.40 | B160 | A105 | Conferences with L. White re October invoice payment (.4); follow up conferences with Lehman notice parties (.4) and Alvarez (.3) re same; review invoices and monthly statement (.3). |
| 11/23/10 | L. Bechutsky | 5.80 | B160 | A103 | Draft fee application for fee period January 2010- September 2010 (5.8). |
| 11/29/10 | L. Bechutsky | 3.90 | B160 | A103 | Continue drafting fee application (3.0); attention to received payments and allocations thereof (.9). |
| 11/30/10 | L. Bechutsky | 5.80 | B160 | A103 | Continue drafting fee application (5.8). |
| Total Hours | | 21.90 | | | |
| Fee Amount | | | | | $8,760.00 |

BANKRUPTCY (POST-PETITION WORK)

December 7, 2010

Matter: 09807760-0030
Invoice No.: 1263446

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. Bechutsky - Associate | $400.00 | 21.90 | $8,760.00 |
| Totals | | 21.90 | $8,760.00 |

| | | | |
|---|---|---|---|
| Fee Total | $ | 8,760.00 | |
| Invoice Total | $ | 8,760.00 | |

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.                                    December 7, 2010
1271 SIXTH AVENUE
38TH FLOOR                                                **Invoice No. 1263431**
NEW YORK, NY 10020

Client/Matter: 09807760-0011

RITZ KAPALUA                                               Payment Due Upon Receipt

Total This Invoice                              $         24,243.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

December 7, 2010

**Invoice No. 1263431**

Client/Matter:   09807760-0011

RITZ KAPALUA

For Professional Services Rendered through November 30, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 11/01/10 | L. White | 0.30 | P300 | Email correspondence with Jon Kapit regarding foreclosure ledger (.3). |
| 11/03/10 | L. White | 1.30 | P300 | Telephone conference Nan Molofsky regarding restructure of LOC (.3); email correspondence with Barry Sullivan regarding possible purchase of Lehman RE interest and transfer tax issues (.5); review supporting declarations for foreclosure proceeding (.5). |
| 11/03/10 | M. Zessar | 1.50 | P300 | Review Ritz documents and condo documents regarding possible Ritz rights with respect to Board appointment (1.3); e-mail correspondence with Meghan Cocci (.2). |
| 11/03/10 | M. Cocci | 0.20 | P300 | Review and respond to e-mail from N. Molofsky regarding revisions to asset management agreement (.2). |
| 11/04/10 | M. Zessar | 0.30 | P300 | E-mail correspondence with Meghan Cocci regarding condo association board members and association issues (.3). |
| 11/04/10 | L. White | 1.80 | P300 | Email correspondence with Meghan Cocci and Margie Zessar regarding asset management agreement questions (.3); review existing documentation for line of credit (.7); telephone conference with Nan Molofsky regarding line of credit (.3); email correspondence with Julie Levitt regarding collateral securing line of credit (.5). |
| 11/05/10 | L. White | 1.00 | P300 | Review changes to Karim's management agreement (.2); telephone conference with Barry Sullivan regarding Hawaii law questions relating to Lehman RE's mezz piece (.5); review mezz documents regarding same (.3). |

RITZ KAPALUA

December 7, 2010

Matter: 09807760-0011
Invoice No.: 1263431

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 11/05/10 | M. Cocci | 0.30 | P300 | E-mail to N. Molofsky regarding request for information on board memberships (.2); review response from N. Molofsky regarding same (.1). |
| 11/08/10 | L. White | 0.50 | P300 | Telephone conference with Nan Molofsky regarding LOC, asset management agreement and transfer tax issues (.3); correspondence with Jon Kapit regarding reconciliation of outstanding principal and interest amounts for summary judgment (.2). |
| 11/09/10 | L. White | 2.00 | P300 | Review intercreditor agreement regarding Lehman RE rights (.8); review Munekiyo & Hiraga land use report (1.0); email correspondence with Jon Kapit regarding outstanding amounts for motion for summary judgment (.2). |
| 11/10/10 | L. White | 0.30 | P300 | Telephone conference with Nan Molofsky regarding purchase of Lehman RE interest (.3). |
| 11/11/10 | L. White | 1.80 | P300 | Review Borrower's comments on settlement agreement (1.0). Telephone conference with Julie Levitt regarding LOC collateral and deal terms (.3). Telephone conference with Jim Forstot and Hugh McDonald regarding Lehman RE possible actions (.5). |
| 11/12/10 | L. White | 1.50 | P300 | Review borrower's comments to settlement agreement (.7); review conveyance tax and successor liability issues (.5); correspondence with Jon Kapit (Trimont) and David Paulson (local counsel) regarding motion for summary judgment (.3). |
| 11/15/10 | L. White | 0.30 | P300 | Correspondence with Kapit and Molofsky regarding motion for summary judgment (.3). |
| 11/16/10 | L. White | 1.00 | P300 | Telephone conference with Nan Molofsky regarding motion for summary judgment, deed in lieu and Lehman RE issues (.3); correspondence with Julie Levitt regarding deed in lieu (.2); correspondence with Nancy Wilson regarding accounts for summary judgment motion (.2); telephone conference with Brian Gross regarding analysis of Lehman RE hold-up value (.3). |

RITZ KAPALUA

December 7, 2010

Matter: 09807760-0011
Invoice No.: 1263431

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 11/16/10 | M. Zessar | 1.50 | P300 | Review comments to Settlement and Deed-in-Lieu Agreement (1.5). |
| 11/17/10 | L. White | 2.00 | P300 | Review intercreditor agreement regarding Lehman RE rights (.8); telephone conference with Nancy Wilson regarding existing accounts (.2); telephone conference with Brian Gross regarding Lehman RE rights (.5); review Borrower's comments on deed-in-lieu (.5). |
| 11/18/10 | L. White | 0.70 | P300 | Review Borrower's comments on settlement agreement (.7). |
| 11/19/10 | L. White | 2.50 | P300 | Review deed-in-lieu agreement (1.7); correspondence with Nan Molofsky and Borrower's counsel regarding deed-in-lieu (.5); telephone conference with Nancy Wilson regarding bank accounts (.3). |
| 11/22/10 | L. White | 0.50 | P300 | Telephone conference with Nan Molofsky and Brian Gross regarding Borrower's comments on deed-in-lieu (.3); telephone conference with Margie Zessar regarding same (.2). |
| 11/23/10 | L. White | 1.70 | P300 | Conference with Margie Zessar regarding deed in lieu (.7); email correspondence with David Paulson regarding summary judgment motion and status of accounts (1.0). |
| 11/23/10 | M. Zessar | 0.70 | P300 | Conference with Linda White regarding Deed-in-Lieu Agreement response (.7). |
| 11/24/10 | M. Cocci | 0.90 | P300 | Review Gencom comments to Asset Management Agreement (.3); draft e-mail to N. Molofsky regarding same (.3); e-mail to N. Molofsky regarding input on performance test proposal (.3). |
| 11/24/10 | L. White | 0.20 | P300 | Email correspondence with Nan Molofsky regarding comments on deed-in-lieu (.2). |
| 11/26/10 | M. Zessar | 3.20 | P300 | Prepare memo of major open issues in response to Borrower's comments to Settlement and Deed-in-Lieu Agreement (3.2). |
| 11/29/10 | M. Cocci | 1.30 | P300 | Draft revisions to Asset Management Agreement (1.3). |

RITZ KAPALUA

December 7, 2010

Matter: 09807760-0011
Invoice No.: 1263431

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 11/29/10 | M. Zessar | 2.50 | P300 | Prepare memo responding to Borrower's comments to Deed-in-Lieu Agreement (1.8); telephone calls with title company regarding quit claim deed issue (.4); e-mail correspondence to B. Sullivan (.1); e-mail memo to Linda White (.2). |
| 11/29/10 | L. White | 0.50 | P300 | Review memo regarding Borrower's comments on loan agreement (.5). |
| 11/30/10 | L. White | 2.80 | P300 | Review memo regarding Borrower's comments on deed-in-lieu (1.0); conference with Margie Zessar regarding same (.2); review revised asset management agreement (1.0); email correspondence with Meghan Cocci regarding asset management agreement (.3); email correspondence with local counsel regarding motion for summary judgment (.3). |
| 11/30/10 | M. Zessar | 0.80 | P300 | Conference with Linda White (.2); finalize memo to Borrower and its counsel regarding Deed-in-Lieu Agreement (.5); e-mail correspondence to Borrower and its counsel (.1). |
| 11/30/10 | M. Cocci | 0.90 | P300 | Review and respond to e-mail from N. Molofsky regarding responses to open issues in Asset Management Agreement (.2); incorporate additional revisions to Asset Management Agreement (.5); draft e-mail to Gencom counsel regarding delivery of same (.2). |

Total Hours          36.80

Fee Amount                                      $24,243.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| L. White - Partner | $685.00 | 22.70 | $15,549.50 |
| M. Cocci - Partner | $665.00 | 3.60 | $2,394.00 |
| M. Zessar - Partner | $600.00 | 10.50 | $6,300.00 |
| Totals | | 36.80 | $24,243.50 |

RITZ KAPALUA

December 7, 2010

Matter: 09807760-0011
Invoice No.: 1263431

|  |  |  |
|---|---|---|
| Fee Total | $ | 24,243.50 |
| Invoice Total | $ | 24,243.50 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

December 7, 2010

**Invoice No. 1263440**

Client/Matter: 09807760-0016

THE POINT

Payment Due Upon Receipt

Total This Invoice                                    $          1,246.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

December 7, 2010

**Invoice No. 1263440**

Client/Matter:   09807760-0016

THE POINT

---

For Professional Services Rendered through November 30, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 11/01/10 | L. White | 0.50 | P300 | Telephone conference with Jon Forstot regarding foreclosure (.2); email correspondence and telephone conference with Sam Gleeson regarding foreclosure (.3). |
| 11/01/10 | M. Flynn | 0.30 | B110 | Coordinating foreclosure search with title company (.3). |
| 11/01/10 | J. Forstot | 0.80 | B100 | Emails with Michael Flynn regarding foreclosure search; review foreclosure documents (.3); telephone call with Lehman re same (.3); correspondence with Linda White re same (.2). |
| 11/18/10 | L. White | 0.30 | P300 | Telephone conference with Sam Gleeson (.2); review term sheet (.1). |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 1.90 | | |
| Fee Amount | | | | $1,246.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| J. Forstot - Partner | $760.00 | 0.80 | $608.00 |
| L. White - Partner | $685.00 | 0.80 | $548.00 |
| M. Flynn - Associate | $300.00 | 0.30 | $90.00 |
| Totals | | 1.90 | $1,246.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,246.00 |
| Invoice Total | $ | 1,246.00 |

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

December 7, 2010

**Invoice No. 1263444**

Client/Matter: 09807760-0021

LIFESTYLE DEVELOPMENT, LP

Payment Due Upon Receipt

---

Total This Invoice                                          $          7,643.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON 🗗

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

December 7, 2010

**Invoice No. 1263444**

Client/Matter:  09807760-0021

LIFESTYLE DEVELOPMENT, LP

For Professional Services Rendered through November 30, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 11/02/10 | L. White | 2.80 | P300 | Telephone conference with Nan Molofsky, Laurinda Martins, Patrick Mace, Bob Fernandez regarding foreclosure issues (.8); review foreclosure issues (.5); conference call with Lehman team regarding strategy (1.5). |
| 11/02/10 | R. Fernandez | 4.50 | P300 | Review Montana, Alaska and Massachusetts foreclosure issues (1.0); conference call with N. Molofsky, L. White and L. Martins regarding same (.8); telephone conversations with D. James regarding MT issues (1.3); telephone conversations with B. Kraft regarding Alaska issues (1.4). |
| 11/03/10 | L. White | 0.50 | P300 | Conference with Bob Fernandez regarding Montana foreclosure issues (.5). |
| 11/04/10 | L. White | 0.20 | P300 | Telephone conference with Laurinda Martins regarding foreclosures (.2). |
| 11/04/10 | R. Fernandez | 2.00 | P300 | Numerous telephone conversations with Doug James regarding Montana foreclosure and receiver issues (1.5); review existence of release language in PNA (.3); conference with L. White regarding same (.2). |
| 11/05/10 | L. White | 0.30 | P300 | Telephone conference with Laurinda Martins regarding Montana bad faith questions and possible mitigating release by Borrower of Lender (.3). |

LIFESTYLE DEVELOPMENT, LP

December 7, 2010

Matter: 09807760-0021
Invoice No.: 1263444

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 11/05/10 | R. Fernandez | 0.50 | P300 | Telephone conversation with D. James regarding Montana foreclosure issues (.4); circulate local counsel contact information to L. Martins and N. Molofsky (.1). |
| 11/29/10 | R. Fernandez | 1.00 | P300 | Conference with L. Martins regarding restructuring Loan Settlement (.3); review documents and prepare status of outstanding items (.7). |
| 11/30/10 | R. Fernandez | 1.00 | P300 | Review and compile outstanding issues list (1.0). |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 12.80 | | |
| Fee Amount | | | | $7,643.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| L. White - Partner | $685.00 | 3.80 | $2,603.00 |
| R. Fernandez - Partner | $560.00 | 9.00 | $5,040.00 |
| | | | |
| Totals | | 12.80 | $7,643.00 |

|  |  |  |
|---|---|---|
| Fee Total | $ | 7,643.00 |
| Invoice Total | $ | 7,643.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

December 7, 2010

**Invoice No. 1263439**

Client/Matter: 09807760-0013

MANAGEMENT AGREEMENT - CROWNE PLAZA MINNEAPOLIS

Payment Due Upon Receipt

---

Total This Invoice                                              $           688.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

December 7, 2010

**Invoice No. 1263439**

Client/Matter:  09807760-0013

MANAGEMENT AGREEMENT - CROWNE PLAZA MINNEAPOLIS

For Professional Services Rendered through November 30, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 11/10/10 | C. Lee | 0.40 | P300 | Review and revise Crowne Plaza (Minneapolis) hotel management agreement (.4). |
| 11/11/10 | C. Lee | 0.40 | P400 | Review and revise Crowne Plaza (Minneapolis) hotel management agreement (.4). |
| 11/12/10 | C. Lee | 0.30 | P400 | Review and analyze final insurance issues (.3). |
| 11/12/10 | M. Cocci | 0.40 | P300 | Review and respond to e-mails from E. Dziadul regarding open issue on indemnity matter (.2); telephone conference with C. Lee regarding same (.2). |
| 11/15/10 | C. Lee | 0.20 | P300 | Review and analyze primary insurance issues (.2). |
| Total Hours | | 1.70 | | |
| Fee Amount | | | | $688.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Cocci - Partner | $665.00 | 0.40 | $266.00 |
| C. Lee - Associate | $325.00 | 1.30 | $422.50 |
| Totals | | 1.70 | $688.50 |

MANAGEMENT AGREEMENT - CROWNE PLAZA MINNEAPOLIS

December 7, 2010

Matter: 09807760-0013
Invoice No.: 1263439

|  |  |  |
|---|---|---|
| Fee Total | $ | 688.50 |
| Invoice Total | $ | 688.50 |

# SNR DENTON ⌐

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

January 10, 2011

**Invoice No. 1267149**

Client/Matter: 21416248-0795

CROW PORTFOLIO RESTRUCTURING

Payment Due Upon Receipt

---

**Lehman Contact:  James Pomeranz**

Total This Invoice                                              $          1,222.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

January 10, 2011

**Invoice No. 1267149**

Client/Matter:  21416248-0795

CROW PORTFOLIO RESTRUCTURING

For Professional Services Rendered through December 31, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 12/03/10 | M. Williams | 1.50 | P300 | Telephone conference  with Mr. Pomeranz regarding scope of guarantees (.1), review mezz loan guarantees, mortgage loan guarantees and intercreditor agreement for amount of the various guarantees, limitations on enforcement of mezz guarantees contained in intercreditor agreement, research applicable state anti-deficiency rules to determine likelihood that any liability would remain on the mezz guarantees after a foreclosure of the mortgage loans,(1.2) telephone conference with Mr. Pomerantz regarding results of analysis.(.2) |

| Total Hours | | 1.50 | | |
|---|---|---|---|---|
| Fee Amount | | | | $1,222.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Williams | $815.00 | 1.50 | $1,222.50 |
| Totals | | 1.50 | $1,222.50 |

| | | |
|---|---|---|
| Fee Total | $ | 1,222.50 |
| Invoice Total | $ | 1,222.50 |

2

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020
ATTN: THOMAS BUFFA

January 10, 2011

**Invoice No. 1267151**

Client/Matter: 21416248-0807

FIVE ASSETS PORTFOLIO SALE

Payment Due Upon Receipt

---

**Lehman Contact:  Thomas Buffa**

Total This Invoice                                  $          7,178.95

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

12844089\V-5

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020
ATTN: THOMAS BUFFA

January 10, 2011

**Invoice No. 1267151**

Client/Matter:  21416248-0807

FIVE ASSETS PORTFOLIO SALE

For Professional Services Rendered through December 31, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 10/21/10 | B. Shortt | 1.30 | B250 | E-mail with M. Williams regarding loan sale documentation (0.3); review of file regarding same (1.0). |
| 11/10/10 | B. Shortt | 1.70 | B250 | Conference with M. Williams (0.5); review of loan sale documentation (1.2). |
| 11/11/10 | B. Shortt | 2.10 | B250 | Conferences with M. Williams (0.1); draft termination agreement (0.1); review of loan documents (0.8); e-mail with Borrower (0.1). |
| 11/12/10 | B. Shortt | 3.50 | B250 | Attending to loan sale (1.5); conference with M. Williams (.2); calls with borrower's counsel (1.0); call with Mr. Buffa (0.8). |
| 11/15/10 | B. Shortt | 3.20 | B250 | Attending to loan sale (1.0); conference with M. Williams (.2); calls with borrower's counsel (0.8); attending to closing matters (1.2). |
| 11/16/10 | B. Shortt | 2.10 | B250 | Closing of sale. |
| Total Hours | | 13.90 | | |
| Fee Amount | | | | $7,019.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| B. Shortt | $505.00 | 13.90 | $7,019.50 |
| Totals | | 13.90 | $7,019.50 |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|--------|

2

12844089\V-5

FIVE ASSETS PORTFOLIO SALE

January 10, 2011

Matter: 21416248-0807
Invoice No.: 1267151

| Date | Description | | Amount |
|------|-------------|---|--------|
| 11/11/2010 | Delivery FedEx Airbill #794109729457 11/11/10 Delivery to  600 University St Ste 1518 SEATTLE, WA per C MASTRO PHENY | | 32.71 |
| 11/11/2010 | Delivery FedEx Airbill #796442573918 11/11/10 Delivery to  600 University St Ste 1518 SEATTLE, WA per C MASTRO PHENY | | 20.69 |
| 11/15/2010 | Delivery FedEx Airbill #796453472044 11/15/10 Delivery to  355 S Grand Ave, LOS ANGELES, CA per D DSAUTO | | 81.59 |
| | | SUBTOTAL | 134.99 |
| | Document reproduction | | 2.10 |
| | | SUBTOTAL | 2.10 |
| 11/11/2010 | Meals - -        SEAMLESSWEB PROFESSIONAL SOLUTIONS, LLC B. SHORTT | | 22.36 |
| | | SUBTOTAL | 22.36 |
| | Total Disbursements | | $159.45 |

| | | |
|---|---|---|
| Fee Total | $ | 7,019.50 |
| Disbursement Total | $ | 159.45 |
| Invoice Total | $ | 7,178.95 |

12844089\V-5

# SNR DENTON ⅂

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020
ATTN:  SUSANNE FREY

January 10, 2011

**Invoice No. 1267152**

Client/Matter: 21416248-0813

HOUSTON RENAISSANCE LOAN MODIFICATION

Payment Due Upon Receipt

---

**Lehman Contact:  Susanne Frey**

Total This Invoice                                         $          1,222.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

12844090\V-3

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020
ATTN: SUSANNE FREY

January 10, 2011

**Invoice No. 1267152**

Client/Matter:  21416248-0813

HOUSTON RENAISSANCE LOAN MODIFICATION

For Professional Services Rendered through December 31, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 11/23/10 | M. Williams | 0.50 | P500 | Telephone conference with Mr. Furman regarding comments to PNA (0.4). Telephone conference with Ms. Frey regarding same (0.1). |
| 11/30/10 | M. Williams | 0.50 | P500 | Revise PNA and distribute to borrower's counsel (0.5). |
| 12/01/10 | M. Williams | 0.50 | P300 | Telephone conference  with Ms. Frey (0.2), review corporate loan provisions regarding lender's rights to property inspections (0.3). |

Total Hours      1.50

Fee Amount      $1,222.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Williams | $815.00 | 1.50 | $1,222.50 |
| Totals | | 1.50 | $1,222.50 |

Fee Total      $     1,222.50

Invoice Total      $     1,222.50

12844090\V-3

# SNR DENTON ⅂

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020
ATTN: THOMAS BUFFA

January 10, 2011

**Invoice No. 1267156**

Client/Matter: 21416248-0851

301 HOWARD

Payment Due Upon Receipt

---

**Lehman Contact:  Thomas Buffa**

Total This Invoice                                                    $        6,956.85

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

128440094\V-3

# SNR DENTON

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020
ATTN: THOMAS BUFFA

January 10, 2011

**Invoice No. 1267156**

Client/Matter:  21416248-0851

301 HOWARD

For Professional Services Rendered through December 31, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 11/29/10 | M. Williams | 1.30 | P300 | Review default notices form servicer (1.0), telephone conference with Messrs. Buffa, Gupta regarding order of cure periods, time to decide course of action, approach to guarantees on CW Capital mezz and Harbor group mezz (0.3) |
| 11/30/10 | M. Williams | 1.00 | P300 | Review loan documents regarding Lehman ability to sell  CW Capital corporate loan to Harbor group (0.8), telephone conference with Messrs. Buffa, Gupta regarding responses (0.2). |
| 12/01/10 | M. Williams | 0.50 | P300 | Review default notice to Mezz C holder (0.3), email correspondence with Messrs. Buffa, Gupta regarding obtaining mezz C loan documents (0.2). |
| 12/02/10 | M. Williams | 1.30 | P300 | Telephone conference with Mr. Siddons regarding TriMont notice letter (.1), review underlying Mezz C and mortgage loan documents  (.5), proposed draft of TriMont default notice regarding argument that a mortgage default had not yet occurred under the terms of the mortgage documents (.4), telephone conference with Messrs. Siddons and Buffa regarding likelihood of success with no default argument  to buy more time for cure (.3). |
| 12/10/10 | M. Williams | 0.50 | P300 | Telephone conference with Mr. Buffa regarding various proposals from harbor group in connection with mortgage loan default (.5) |
| 12/13/10 | M. Williams | 1.00 | P300 | Telephone conference with Mr. Buffa regarding pna with Harbor Group, and mezz C borrower and proposed discussions (.6), telephone conference with A. Gilbert regarding potential conflict issues in proposed negotiations (.4) |

2

301 HOWARD

January 10, 2011

Matter: 21416248-0851
Invoice No.: 1267156

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 12/14/10 | M. Williams | 0.50 | P300 | Telephone conference  with Mr. Gupta regarding status of 10UCP,  questions about co-lender provisions and request for summary (.5) |
| 12/15/10 | M. Williams | 1.00 | P300 | Review 10UCP co -lender agreement for limitations on assignments of notes and pledges, remedies,  and note priorities (1.0). |
| 12/17/10 | M. Williams | 1.30 | P300 | Draft email to Mr. Gupta summarizing remedies, transfer restrictions and priority issues in the 10UCP co-lender agreement (1.2), distribute same (0.1). |
| Total Hours | | 8.40 | | |
| Fee Amount | | | | $6,846.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| M. Williams | $815.00 | 8.40 | $6,846.00 |
| Totals | | 8.40 | $6,846.00 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|--|--------|
| 9/29/2010 | Ground Transportation - - | DIAL CAR, INC A1860812/GREBINER | 26.90 |
| 9/28/2010 | Ground Transportation - - | DIAL CAR, INC A3029385/CUSTOMER | 40.30 |
| 10/1/2010 | Ground Transportation - - | DIAL CAR, INC A3141449/CUSTOMER | 43.65 |
| | | SUBTOTAL | 110.85 |
| | Total Disbursements | | $110.85 |

3

12844094\V-3

301 HOWARD

January 10, 2011

Matter: 21416248-0851
Invoice No.: 1267156

| | | |
|---|---|---|
| Fee Total | $ | 6,846.00 |
| Disbursement Total | $ | 110.85 |
| Invoice Total | $ | 6,956.85 |

12844094\V-3

# SNR DENTON ⁊

SNR Denton US LLP                                  snrdenton.com
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                              January 10, 2011
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                  **Invoice No. 1267153**

Client/Matter: 21416248-0831

HARBOR 301 HOWARD                                  Payment Due Upon Receipt

---

**Lehman Contact:  Thomas Buffa**

Total This Invoice                                  $          1,365.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

12844091\V-3

# SNR DENTON ⅂

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.                                January 10, 2011
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                  **Invoice No. 1267153**

Client/Matter:  21416248-0831

HARBOR 301 HOWARD

For Professional Services Rendered through December 31, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 12/13/10 | A. Gilbert | 0.30 | L120 | Conference M. Williams re: possible conflict of interest in workout where Lehman is mezz lender and corporate lender to other mezz lender (0.3). |
| 12/15/10 | M. Williams | 1.10 | P400 | Telephone conference with Mr. Buffa regarding new PNA agreement (0.1), draft and distribute same (1.0). |
| 12/21/10 | M. Williams | 0.30 | P300 | Telephone conference with Mr. Buffa regarding borrower request to add in Mezz C lender to PNA (0.3). |
| Total Hours | | 1.70 | | |
| Fee Amount | | | | $1,364.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| A. Gilbert | $745.00 | 0.30 | $223.50 |
| M. Williams | $815.00 | 1.40 | $1,141.00 |
| Totals | | 1.70 | $1,364.50 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Document reproduction | | 0.50 |
| | | SUBTOTAL | 0.50 |
| | Total Disbursements | | $0.50 |

2

12844091\V-3

HARBOR 301 HOWARD

January 10, 2011

Matter: 21416248-0831
Invoice No.: 1267153

| | | |
|---|---|---|
| Fee Total | $ | 1,364.50 |
| Disbursement Total | $ | 0.50 |
| Invoice Total | $ | 1,365.00 |

12844091\V-3

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

January 18, 2011

**Invoice No. 1269276**

Client/Matter: 09807760-0011

RITZ KAPALUA

Payment Due Upon Receipt

---

Total This Invoice                                    $          30,152.58

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

January 18, 2011

**Invoice No. 1269276**

Client/Matter:   09807760-0011

RITZ KAPALUA

---

For Professional Services Rendered through December 31, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 12/01/10 | M. Zessar | 4.20 | B250 | Review e-mail correspondence from N. Molofsky re: options (.1); review Option Agreement and Development and Cooperation Agreement re: purchase price issues (1.0); prepare e-mail memo response (2.2); telephone call with D. Conley re: developer successor liability and transfer tax issues (.4); review and respond to e-mail correspondence from D. Conley re: same (.5). |
| 12/01/10 | L. White | 0.70 | P300 | Email correspondence with Nan Molofsky (.1); telephone conferences with Margie Zessar regarding Maui Land option parcels (.2); review memo regarding option land (.4). |
| 12/01/10 | R. Brice | 0.70 | L120 | E-mails to/from M. Zessar and L. White re: analysis of the Ritz Kapalua collective bargaining agreement as it may affect the client upon foreclosure or acceptance of a deed in lieu thereof (.2).  Initial review of collective bargaining agreement (.5). |
| 12/02/10 | L. White | 2.50 | P300 | Review option parcel issues (.7); telephone conference with Margie Zessar regarding same (.3); review Ritz estoppel given to Lehman RE and impact on senor loan (1.0); telephone conference with David Paulson regarding motion for summary judgment (.5). |
| 12/02/10 | M. Zessar | 1.70 | B250 | Review zoning report (1.2); conference with Linda White re: same (.3); review e-mail correspondence form D. Conley re: transfer taxes (.2). |

RITZ KAPALUA

January 18, 2011

Matter: 09807760-0011
Invoice No.: 1269276

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 12/06/10 | L. White | 0.80 | P300 | Review documentation relating to Lehman RE request of estoppel from Ritz (.3); review option agreement (.5). |
| 12/07/10 | L. White | 0.50 | P300 | Telephone conference with Nan Molofsky regarding option parcels, Lehman RE, deed in lieu and foreclosure issues (.3); telephone conference with Margie Zessar regarding option parcels (.2). |
| 12/08/10 | L. White | 0.80 | P300 | Review option parcel sales contracts (.5). Email correspondence with Nan Molofsky regarding Kapalua Bay Project and Maui Land's desire to tie the 2 projects together (.3). |
| 12/08/10 | F. VanderPloeg | 1.80 | C300 | Review collective bargaining agreement and related documents (1.4); teleconference R. Brice regarding multiemployer plan issues (.4). |
| 12/08/10 | R. Brice | 0.40 | L120 | Conference w/F. VanderPloeg re: issues concerning possible multi-employer plan liability upon acquisition of the property (.4). |
| 12/09/10 | R. Brice | 0.40 | L120 | Conferences w/L. White and F. VanderPloeg re: information needed to analyze potential multi-employer pension liability in connection with transaction (.2); review documents re: same (.2). |
| 12/09/10 | F. VanderPloeg | 3.00 | C300 | Review management agreement (1.0); consider potential multiemployer plan withdrawal liability and related issues in light of uncertainty regarding status of "Reserve Fund" and draft and circulate memo regarding same (2.0). |
| 12/09/10 | M. Zessar | 1.30 | B250 | Conference call with all parties re Deed-in-Lieu (1.0); telephone call with Client and Linda White (.3). |

RITZ KAPALUA

January 18, 2011

Matter: 09807760-0011
Invoice No.: 1269276

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 12/09/10 | L. White | 2.50 | P300 | Prepare for conference call (.5) and attend conference call in deed in lieu with Borrower and Borrower's counsel (1.0); follow-up with Nan Molofsky and Brian Gross regarding same (.3); revise deed in lieu (.7). |
| 12/10/10 | L. White | 0.50 | P300 | Email correspondence with local counsel regarding motion for summary judgment (.2); email correspondence with Nan Molofsky regarding Lehman RE (.3). |
| 12/11/10 | L. White | 1.10 | P300 | Review deed in lieu and covenant not to sue in light of conference call with Borrower (.3); Review foreclosure pleadings (.8). |
| 12/13/10 | L. White | 1.00 | P300 | Review foreclosure pleadings (.5); review Borrower's Hawaii counsels' comments on deed-in-lieu (.5). |
| 12/14/10 | L. White | 3.30 | P300 | Conference with Margie Zessar regarding motion for summary judgment (.3); review same (.5); telephone conferences and email correspondence with Nan Molofsky regarding foreclosure, deed-in-lieu, property issues and management agreement (1.0); email correspondence with local counsel regarding motion for summary judgment (1.5). |
| 12/14/10 | M. Zessar | 2.60 | B250 | Conference with Linda White re: summary judgment motion (.3); review revised drafts of summary judgment motion, memorandum and declarations (1.5); e-mail correspondence with B. Sullivan and D. Paulson re: same (.5); review comments to Deed-in-Lieu Agreement for Borrower's local counsel (.3). |

RITZ KAPALUA

January 18, 2011

Matter: 09807760-0011
Invoice No.: 1269276

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 12/15/10 | L. White | 1.50 | P300 | Conference with Margie Zessar regarding deed-in-lieu (.5); telephone conference with Megan Cocci regarding asset management agreement (.3); review email correspondence regarding same (.2); review asset management agreement (.5). |
| 12/15/10 | M. Zessar | 0.50 | B250 | Conference with Linda White re: redrafting Deed-in-Lieu Agreement (.5). |
| 12/16/10 | M. Zessar | 0.90 | B250 | Review revised drafts of the summary judgment motion and memorandum (.5); telephone call with L. Petry re: Master Declaration and assignment of Declarant's rights (.3); e-mail correspondence with L. Petry re: same (.1) |
| 12/16/10 | M. Cocci | 0.50 | P500 | Telephone conference with client team and Gencom team regarding negotiation of remaining open issues in Asset Management Agreement (.5). |
| 12/16/10 | L. White | 2.50 | P300 | Review revised motion for summary judgment (.7); telephone conference and conferences with Margie Zessar regarding same (.8); conference call with Gencom, Gencom's counsel, Nan Molofsky, Margie Zessar and Meghan Cocci regarding deed-in-lieu and asset management agreement (.8); follow-up with Nan regarding Lehman RE and call (.2). |
| 12/17/10 | L. White | 1.30 | P300 | Review revised motion for summary judgment (1.0); email comments back to local counsel (.3). |
| 12/17/10 | M. Zessar | 0.50 | B250 | Review revised draft of summary judgment motion and memorandum (.5). |
| 12/20/10 | M. Zessar | 1.80 | B250 | Review revisions to pro forma title policies (1.0); e-mail correspondence with title company (.3); prepare redraft of Deed-in-Lieu Agreement (.5). |

RITZ KAPALUA

January 18, 2011

Matter: 09807760-0011
Invoice No.: 1269276

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 12/20/10 | L. White | 0.50 | P300 | Review local counsel responses to SNR Denton comments on motion for summary judgment (.3); email correspondence with Meghan Cocci regarding asset management agreement (.2). |
| 12/21/10 | L. White | 1.30 | P300 | Review final summary judgment pleadings (1.0); correspondence with Brian Gross and Jon Kapit regarding execution of declarations necessary for motion (.3). |
| 12/22/10 | M. Zessar | 2.50 | B250 | Prepare redraft of Deed-in-Lieu Agreement (2.5). |
| 12/23/10 | M. Zessar | 1.80 | B250 | Prepare redraft of Deed-in-Lieu Agreement (1.8). |
| 12/27/10 | L. White | 1.00 | P300 | Telephone conference with Nan Molofsky regarding summary judgment, deed in lieu, line of credit and asset management agreement(.5); review revisions to deed in lieu agreement (.5). |

Total Hours                    46.40

Fee Amount                                                    $30,126.00

TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| L. White | $685.00 | 21.80 | $14,933.00 |
| M. Cocci | $665.00 | 0.50 | $332.50 |
| F. VanderPloeg | $660.00 | 4.80 | $3,168.00 |
| M. Zessar | $600.00 | 17.80 | $10,680.00 |
| R. Brice | $675.00 | 1.50 | $1,012.50 |
| Totals | | 46.40 | $30,126.00 |

RITZ KAPALUA

January 18, 2011

Matter: 09807760-0011
Invoice No.: 1269276

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| 10/4/2010 | American Teleconferencing Services Conference Calls | | 11.33 |
| 10/12/2010 | American Teleconferencing Services Conference Call | | 11.72 |
| 10/25/2010 | American Teleconferencing Services Conference Call | | 3.53 |
| | | SUBTOTAL | 26.58 |
| | Total Disbursements | | $26.58 |

| | | |
|---|---|---|
| Fee Total | $ | 30,126.00 |
| Disbursement Total | $ | 26.58 |
| Invoice Total | $ | 30,152.58 |

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

January 18, 2011

**Invoice No. 1269273**

Client/Matter: 09807760-0008

GENCOM PORTFOLIO

Payment Due Upon Receipt

---

Total This Invoice                                      $         6,810.50

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

January 18, 2011

**Invoice No. 1269273**

Client/Matter:   09807760-0008

GENCOM PORTFOLIO

For Professional Services Rendered through December 31, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 12/14/10 | L. White | 0.30 | P300 | Correspondence with Julie Levitt and Nan Molofsky regarding Line Of Credit (.3). |
| 12/15/10 | L. White | 2.50 | P300 | Line Of Credit - review assets/documents (.7); various telephone conferences with Nan Molofsky regarding extension/ pay-down of line of credit and security for same (.8); telephone conference and conference with Margie Zessar regarding same (1.0). |
| 12/15/10 | M. Zessar | 0.70 | P300 | Conference with Linda White re: amendment/extension of Kapalua Letter of Credit (.5); e-mail correspondence with N. Molofsky re: same (.2). |
| 12/16/10 | M. Zessar | 2.30 | P300 | Review of Line of Credit loan documents (1.0); Prepare amendment to Line of Credit (1.3). |
| 12/20/10 | L. White | 1.50 | P300 | Review amendment to line of credit (1.0); conference with Margie Zessar regarding same (.5). |
| 12/20/10 | M. Zessar | 1.30 | P300 | Finalize draft Amendment to K. Alibhai Line of Credit (.5); conference with Linda White re: draft Amendment (.5); incorporate Linda White's comments (.3). |
| 12/21/10 | L. White | 0.30 | P300 | Review revisions to LOC amendment (.3). |

GENCOM PORTFOLIO

January 18, 2011

Matter: 09807760-0008
Invoice No.: 1269273

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 12/22/10 | M. Zessar | 0.80 | P300 | Telephone call with N. Wilson re: valuation of collateral for K. Alibhai Line of Credit (.3); e-mail memo to Linda White (.1); conference with Linda White (.2); review file set provided by N. Wilson (.2). |
| 12/22/10 | L. White | 0.70 | P300 | Review valuation on pledged collateral for LOC (.5); telephone conference with Margie Zessar regarding same (.2). |
| 12/23/10 | M. Zessar | 0.20 | P300 | Review and respond to e-mail correspondence from N. Wilson re: K. Alibhai Line of Credit collateral (.2). |

Total Hours                      10.60

Fee Amount                                                              $6,810.50

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| L. White | $685.00 | 5.30 | $3,630.50 |
| M. Zessar | $600.00 | 5.30 | $3,180.00 |
| Totals | | 10.60 | $6,810.50 |

Fee Total            $     6,810.50
                     _____

Invoice Total        $      6,810.50

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

For your Information - Open Invoices

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
46TH FLOOR
NEW YORK, NY 10020

January 18, 2011

Client/Matter #: 09807760-0008

GENCOM PORTFOLIO

---

Statement of Account

According to our records, as of January 18, 2011, the amounts shown below are outstanding on this matter.
If your records are not in agreement with ours, please call us. Thank you.

|  |  |  | Payments/ |  |
| Date | Invoice No. | Invoice Amount | Adjustments | Invoice Total |
| 01/18/11 | 1269273 | 6,810.50 | 0.00 | 6,810.50 |
|  |  | Total Outstanding Invoices |  | 6,810.50 |

Questions should be directed to:
L. White
at 1 312 876 8000

Federal Tax I.D. Number 36-1796730

LDW/CH

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

January 18, 2011

**Invoice No. 1269279**

Client/Matter: 09807760-0021

LIFESTYLE DEVELOPMENT, LP

Payment Due Upon Receipt

---

Total This Invoice                                    $        11,027.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
38TH FLOOR
NEW YORK, NY 10020

January 18, 2011

**Invoice No. 1269279**

Client/Matter:   09807760-0021

LIFESTYLE DEVELOPMENT, LP

For Professional Services Rendered through December 31, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 12/22/10 | L. White | 1.00 | P300 | Conference with Bob Fernandez regarding deed in lieu, aircraft lease, liquor license and closing (.7); telephone conference with Sam Gleeson regarding same. (.3). |
| 12/23/10 | L. White | 0.50 | P300 | Correspondence with Bob Fernandez and Laurinda Martins regarding status of deed in lieu and next steps (.5). |
| 12/27/10 | L. White | 5.50 | P300 | Review settlement agreement, release and covenant not to sue (4.8); conference with Bob Fernandez (.5); attention to Montana liquor license (.2). |
| 12/28/10 | L. White | 0.30 | P300 | Conference with Bob Fernandez regarding Montana liquor license issues (.3). |
| 12/28/10 | R. Fernandez | 1.00 | P300 | Multiple telephone conversations with D. James, J. Johns and L. White re: Liquor License application and background checks (1.0). |
| 12/29/10 | R. Fernandez | 1.20 | P300 | Review Settlement Agreement, Note, Guaranty and Facility Agreement (.7); conference with L. White re: same (.5). |
| 12/29/10 | L. White | 3.50 | P300 | Analyze settlement agreement, releases and covenant not to sue (2.0); conference with Bob Fernandez regarding due diligence, closing documents and closing (.5); review note and guaranty in light of covenant not to sue (1.0). |
| 12/30/10 | L. White | 2.50 | P300 | Review underlying documents and Facility Agreement (2.5). |
| 12/31/10 | L. White | 1.00 | P300 | Review settlement agreement (1.0). |

LIFESTYLE DEVELOPMENT, LP

January 18, 2011

Matter: 09807760-0021
Invoice No.: 1269279

| | | |
|---|---|---|
| Total Hours | 16.50 | |
| Fee Amount | | $11,027.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White | $685.00 | 14.30 | $9,795.50 |
| R. Fernandez | $560.00 | 2.20 | $1,232.00 |
| Totals | | 16.50 | $11,027.50 |

| | | |
|---|---|---|
| Fee Total | $ | 11,027.50 |
| Invoice Total | $ | 11,027.50 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

January 18, 2011

**Invoice No. 1269277**

Client/Matter: 09807760-0016

THE POINT

Payment Due Upon Receipt

---

Total This Invoice                                        $            900.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020

January 18, 2011

**Invoice No. 1269277**

Client/Matter:   09807760-0016

THE POINT

For Professional Services Rendered through December 31, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 11/18/10 | M. Flynn | 2.60 | B100 | Drafting foreclosure documents. |
| 12/20/10 | M. Flynn | 0.40 | B110 | Sending title report to L. White. |
| Total Hours | | 3.00 | | |
| Fee Amount | | | | $900.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Flynn | $300.00 | 3.00 | $900.00 |
| Totals | | 3.00 | $900.00 |

| | | |
|---|---|---|
| Fee Total | $ | 900.00 |
| Invoice Total | $ | 900.00 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020
USA

January 18, 2011

**Invoice No. 1269283**

Client/Matter: 09807760-0030

BANKRUPTCY (POST-PETITION WORK)

Payment Due Upon Receipt

---

Total This Invoice                          $        20,810.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020
USA

January 18, 2011

**Invoice No. 1269283**

Client/Matter:  09807760-0030

BANKRUPTCY (POST-PETITION WORK)

For Professional Services Rendered through December 31, 2010:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 12/01/10 | L. Bechutsky | 6.80 | B160 | Draft fee application (6.8). |
| 12/01/10 | L. White | 1.50 | P300 | Review interim fee application (1.5). |
| 12/02/10 | L. Bechutsky | 3.50 | B160 | Draft fee application (3.5). |
| 12/03/10 | L. Bechutsky | 3.50 | B160 | Review HMM edits to fee application, revise same (3.5). |
| 12/03/10 | H. McDonald | 1.00 | B101 | Revise Fee Application (1.0) |
| 12/07/10 | L. Bechutsky | 1.80 | B160 | Revise fee application for Jan-Sept 2010 (1.8). |
| 12/08/10 | L. Bechutsky | 5.70 | B160 | Revise invoices for November (1.7); revise fee application (4.0). |
| 12/09/10 | L. Bechutsky | 5.80 | B160 | Revise fee application (5.8). |
| 12/10/10 | L. Bechutsky | 4.90 | B160 | Revise fee application (4.9). |
| 12/10/10 | L. White | 0.50 | P300 | Review First Interim Fee Application (.5). |
| 12/13/10 | L. Bechutsky | 2.80 | B160 | Revise fee application (2.8). |
| 12/13/10 | L. White | 1.50 | P300 | Review and revise First Interim Fee Application (1.5). |
| 12/13/10 | H. McDonald | 0.30 | B101 | Review of Fee Statement (0.3) |
| 12/14/10 | H. McDonald | 0.70 | B101 | Review fee app. revisions (.2); telephone call with LB regarding same (.3); revise Order (.2). |
| 12/14/10 | L. White | 1.00 | P300 | Review First Interim Fee Application (.5); telephone conferences with Linda Bechutsky (.5). |
| 12/14/10 | L. Bechutsky | 3.80 | B160 | Revise, finalize and file fee application (3.8). |

2

BANKRUPTCY (POST-PETITION WORK)

January 18, 2011

Matter: 09807760-0030
Invoice No.: 1269283

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 12/14/10 | G. Medina | 1.30 | B160 | Conferred with L. Betchusky regarding filing of SNR Denton Fee Application (0.1); Review invoices and sent L. Betchusky Notice of Filing (0.1); Confer with I. Ortiz regarding Same (0.1); Receive fee application and separate Invoices and exhibits filed and distributed same (1.0). |
| 12/20/10 | L. Bechutsky | 0.70 | B160 | Correspondence with Alvarez re payment of monthly fee statement (.3); same with L. White (.2); attention to same (.2). |
| 12/28/10 | L. Bechutsky | 0.10 | B160 | Attention to monthly fee statement (.1). |
| Total Hours | | 47.20 | | |
| Fee Amount | | | | $20,810.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White | $685.00 | 4.50 | $3,082.50 |
| H. McDonald | $805.00 | 2.00 | $1,610.00 |
| L. Bechutsky | $400.00 | 39.40 | $15,760.00 |
| G. Medina | $275.00 | 1.30 | $357.50 |
| Totals | | 47.20 | $20,810.00 |

Fee Total          $    20,810.00

Invoice Total      $    20,810.00

# SNR DENTON ⌐

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

February 11, 2011

**Invoice No. 1273564**

Client/Matter: 21416248-0814

SALE OF WYNDHAM MEZZ LOAN

Payment Due Upon Receipt

---

**Lehman Contact:  Ms. Susanne Frey**

Total This Invoice                                    $          6,637.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

12855815\V-2

# SNR DENTON

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

February 11, 2011

**Invoice No. 1273564**

Client/Matter:  21416248-0814

SALE OF WYNDHAM MEZZ LOAN

For Professional Services Rendered through January 31, 2011:

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 01/13/11 | M. Williams | 1.80 | P400 | Telephone conference with Ms. Frey regarding status of PNA, (.2), telephone conference with Mr. Furman regarding status of approval of PNA(.1), revise loan PNA agreement and  participation PNA, (1.5) |
| 01/14/11 | M. Williams | 1.00 | P400 | Revise and distribute PNA for corporate loan and participation(1.0) |
| 01/18/11 | M. Williams | 2.30 | P500 | Telephone conference with Mr. Furman regarding participation PNA (1.1), review and draft proposed revisions(.2), office conference with P. Mignone regarding  same (.1), further telephone conference with Mr. Furman regarding same (.4) telephone conference with Ms. Frey regarding payment of senior participant's expenses,(.2) telephone conference with Ms. Frey regarding replacement guarantors (.3). |
| 01/19/11 | M. Williams | 1.30 | P400 | Draft and distribute replacement guarantor "Joinder" letters (1.3) |
| 01/20/11 | M. Williams | 1.50 | P500 | Telephone conference with Ms. Frey regarding Investcorp comments on participation PNA(.3), revise and distribute participation PNA incorporating Lehman responses to comments(1.2) |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 7.90 | | |
| Fee Amount | | | | $6,636.00 |

12855815\V-2

SALE OF WYNDHAM MEZZ LOAN

February 11, 2011

Matter: 21416248-0814
Invoice No.: 1273564

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams | $840.00 | 7.90 | $6,636.00 |
| Totals | | 7.90 | $6,636.00 |

## DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction | | 1.00 |
| | | SUBTOTAL | 1.00 |
| | Total Disbursements | | $1.00 |

| | | |
|---|---|---|
| Fee Total | $ | 6,636.00 |
| Disbursement Total | $ | 1.00 |
| Invoice Total | $ | 6,637.00 |

3

# SNR DENTON ⌐

SNR Denton US LLP                                    snrdenton.com
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                    February 11, 2011
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                  **Invoice No. 1273565**

Client/Matter: 21416248-0817

ALMADEN LOAN SALE                                   Payment Due Upon Receipt

---

**Lehman Contact:  Mr. Thomas Buffa**

Total This Invoice                    $         1,596.00

Please return this page with your payment

In the case of mail deliveries to:                    In the case of overnight deliveries to:
SNR Denton US LLP                                      SNR Denton US LLP
Dept. 7247-6670              OR                        Attention: Accounting
Philadelphia, PA 19170-6670                           233 South Wacker Drive
                                                       Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

12855816\V-2

# SNR DENTON ⫟

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

February 11, 2011

**Invoice No. 1273565**

Client/Matter:  21416248-0817

ALMADEN LOAN SALE

For Professional Services Rendered through January 31, 2011:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 01/11/11 | M. Williams | 1.50 | P300 | Review loan agreement and deposit account agreement in response to question from Ms. Franz (TriMont) on applying collateral deficiency deposit and interest thereon to prepayment (1.5) |
| 01/14/11 | M. Williams | 0.40 | P300 | Telephone conference with Mr. Buffa regarding borrower request to apply collateral deficiency deposit to partial prepayment of loan (.2), telephone conference with Ms. Frantz (TriMont) regarding same (.2) |
| Total Hours | | 1.90 | | |
| Fee Amount | | | | $1,596.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Williams | $840.00 | 1.90 | $1,596.00 |
| Totals | | 1.90 | $1,596.00 |

| | | |
|---|---|---|
| Fee Total | $ 1,596.00 | |
| Invoice Total | $ 1,596.00 | |

12855816\V-2

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

February 11, 2011

**Invoice No. 1273567**

Client/Matter: 21416248-0838

SERVICING MATTERS FOR CLOSED LOANS

Payment Due Upon Receipt

---

**Lehman Contact:  Ms. Joelle Halperin**

Total This Invoice                                                                 $        1,807.00

Please return this page with your payment

<table>
<tr><td>In the case of mail deliveries to:<br>SNR Denton US LLP<br>Dept. 7247-6670<br>Philadelphia, PA 19170-6670</td><td>OR</td><td>In the case of overnight deliveries to:<br>SNR Denton US LLP<br>Attention: Accounting<br>233 South Wacker Drive<br>Chicago, IL  60606-6306</td></tr>
</table>

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

12855818\V-2

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

February 11, 2011

**Invoice No. 1273567**

Client/Matter:  21416248-0838

Lehman Contact:  Ms. Joelle Halperin

For Professional Services Rendered through January 31, 2011:

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 01/25/11 | M. Williams | 0.80 | P800 | Houston Hyatt Corporate loan made T. Capital Trust- telephone conference with Ms. Wilson from TriMont regarding question on application of prepayment fee to corporate loan (.2), review loan documentation (.4), telephone conference  with Ms. Wilson regarding answer (.2) |
| 01/31/11 | R. Barkachy | 1.00 | B250 | Begin File research for Project Peach fully executed Colony Square and Midtown Plaza Intercreditor Agreements (October 2006) via TPW legacy site, filesurf and records as directed by M. Williams (.8); confirm word versions found (.2); |

| Total Hours | | 1.80 | | |
|---|---|---|---|---|
| Fee Amount | | | | $907.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams | $840.00 | 0.80 | $672.00 |
| R. Barkachy | $235.00 | 1.00 | $235.00 |
| Totals | | 1.80 | $907.00 |

2

BANKRUPTCY (POST-PETITION WORK)

February 11, 2011

Matter: 21416248-0838
Invoice No.: 1273567

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Specialized Document Processing Services | | 900.00 |
| | | SUBTOTAL | 900.00 |
| | Total Disbursements | | $900.00 |

| | | |
|---|---|---|
| Fee Total | $ | 907.00 |
| Disbursement Total | $ | 900.00 |
| Invoice Total | $ | 1,807.00 |

3

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

February 11, 2011

**Invoice No. 1273566**

Client/Matter: 21416248-0832

HILTON MEZZ PARTICIPATION SALE

Payment Due Upon Receipt

---

**Lehman Contact:  Ms. Susanne Frey**

Total This Invoice                                    $          672.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

12855817\V-2

# SNR DENTON ⏌

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

February 11, 2011

**Invoice No. 1273566**

Client/Matter:   21416248-0832

HILTON MEZZ PARTICIPATION SALE

For Professional Services Rendered through January 31, 2011:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 01/04/11 | M. Williams | 0.80 | P300 | Review requests from borrower for consent to waiver of certain terms of underlying loans (0.8) |

| | | | |
|---|---|---|---|
| Total Hours | | 0.80 | |
| Fee Amount | | | $672.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Williams | $840.00 | 0.80 | $672.00 |
| Totals | | 0.80 | $672.00 |

| | | |
|---|---|---|
| Fee Total | $ | 672.00 |
| Invoice Total | $ | 672.00 |

12855817\V-2

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

February 11, 2011

**Invoice No. 1273563**

Client/Matter: 21416248-0795

CROW PORTFOLIO RESTRUCTURING

Payment Due Upon Receipt

---

**Lehman Contact:  Mr. James Pomeranz**

Total This Invoice                                          $            672.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

12855814\V-2

# SNR DENTON ⌐⌐

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

February 11, 2011

**Invoice No. 1273563**

Client\Matter:  21416248-0795

CROW PORTFOLIO RESTRUCTURING

For Professional Services Rendered through January 31, 2011:

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 01/31/11 | M. Williams | 0.80 | P300 | Telephone conference with Mr. Pomeranz (.2), review intercreditor agreement for mezz rights regarding mortgagee accepting deed-in-lieu, potential liability of recourse carveout guarantor as a result of deed-in-lieu, (.5)telephone conference with Mr. Pomeranz regarding same (.1) |

| | |
|---|---|
| Total Hours | 0.80 |
| Fee Amount | $672.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams | $840.00 | 0.80 | $672.00 |
| Totals | | 0.80 | $672.00 |

| | | |
|---|---|---|
| Fee Total | $ | 672.00 |
| Invoice Total | $ | 672.00 |

12855814\V-2

# SNR DENTON ⅂

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020

February 11, 2011

**Invoice No. 1273568**

Client/Matter: 21416248-0851

301 HOWARD

Payment Due Upon Receipt

---

**Lehman Contact:  Mr. Thomas Buffa**

Total This Invoice                                      $        1,512.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

12855819\V-2

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020

February 11, 2011

**Invoice No. 1273568**

Client/Matter:  21416248-0851

301 HOWARD

For Professional Services Rendered through January 31, 2011:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 01/03/11 | M. Williams | 1.00 | P300 | 10 UCP:telephone conference with Mr. Gupta regarding repo remedies and rights (.5), review related corporate loan and draft email to Mr. Gupta regarding corporate lender's approval rights over borrower/lender property level decisions(.5) |
| 01/14/11 | M. Williams | 0.30 | P300 | Telephone conference with Mr. Buffa regarding borrower's notice of protective advance and demand for repayment (.3) |
| 01/28/11 | M. Williams | 0.50 | P300 | Telephone conference with Mr. Buffa regarding CW Capital demands for repayment of protective advances, impact on corporate loan to CW Capital and to harbor group (0.5) |

| | | |
|---|---|---|
| Total Hours | 1.80 | |
| Fee Amount | | $1,512.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Williams | $840.00 | 1.80 | $1,512.00 |
| Totals | | 1.80 | $1,512.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,512.00 |
| Invoice Total | $ | 1,512.00 |

2

12855819\V-2

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
46TH FLOOR
NEW YORK, NY 10020

February 16, 2011

**Invoice No. 1274851**

Client/Matter: 09807760-0011

RITZ KAPALUA

Payment Due Upon Receipt

---

Total This Invoice                                    $        40,601.39

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
46TH FLOOR
NEW YORK, NY 10020

February 16, 2011

**Invoice No. 1274851**

Client/Matter:    09807760-0011

RITZ KAPALUA

For Professional Services Rendered through January 31, 2011:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 01/03/11 | L. White | 0.30 | P300 | Telephone conference with Nan Molofsky re foreclosure, deed-in-lieu, and asset management agreement (.3). |
| 01/04/11 | L. White | 1.00 | P300 | Telephone conferences with Nan Molofsky regarding Lehman re foreclosure, deed-in-lieu, and asset management agreement (.7); correspondence with Meghan Cocci regarding asset management agreement (.1); correspondence with Julie Levitt and Taylor White regarding schedules to deed-in-lieu (.1); correspondence with David Paulson regarding filing summary judgment (.1). |
| 01/04/11 | M. Cocci | 0.20 | P300 | E-mail to owner's counsel regarding status of Asset Management Agreement (.2). |
| 01/05/11 | M. Cocci | 0.50 | P400 | Draft performance test insert for Asset Management Agreement (.5). |
| 01/05/11 | L. White | 1.30 | P300 | Correspondence with Ritz and Borrower regarding release of and confidentiality of Ritz materials (.3); correspondence with Brian Gross regarding performance hurdles (.2); review and markup confidentiality agreement (.8). |

RITZ KAPALUA

February 16, 2011

Matter: 09807760-0011
Invoice No.: 1274851

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 01/06/11 | L. White | 2.50 | P300 | Revise confidentiality agreement and review and respond to Ritz's redraft (1.2); correspondence with Nan Molofsky regarding same (.3); telephone conference with Joelle Halperin (.2); prepare for and attend call with Joelle and David Lamb at Milbank (.8). |
| 01/06/11 | M. Cocci | 0.60 | P500 | Review e-mail from N. Molofsky regarding comments to performance test provisions (.1); revise draft of performance test provision (.2); e-mail to Gencom counsel regarding performance provision proposal (.2); e-mail to Gencom counsel regarding term of asset management agreement (.1). |
| 01/07/11 | L. White | 2.50 | P300 | Correspondence with David Lamb at Milbank regarding foreclosure, summary judgment and deed-in-lieu and follow-up with documentation (1.0); correspondence with Nan Molofsky, Brian Gross and Margie Zessar regarding LOC (.3); review and revise revised LOC documents and email correspondence with Julie Levitt regarding same (.7); review final Ritz confidentiality agreement (.5). |
| 01/07/11 | M. Zessar | 0.70 | B250 | Revise draft amendment to Alibhai Line of Credit (.5); e-mail memo to Linda White re: Ritz notice requirements (.2). |
| 01/07/11 | T. Stennes | 0.30 | P300 | Reviewing e-mails re: foreclosure and status (.3). |
| 01/11/11 | L. White | 0.30 | P300 | Correspondence with David Paulson regarding motion for summary judgment (.3). |

RITZ KAPALUA

February 16, 2011

Matter: 09807760-0011
Invoice No.: 1274851

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 01/12/11 | L. White | 0.70 | P300 | Email correspondence with Borrower's counsel regarding scheduled information (.3); email correspondence with Nan Molofsky regarding confidentiality agreement (.2); email correspondence with local counsel regarding motion for summary judgment (.2). |
| 01/13/11 | L. White | 0.50 | P300 | Email correspondence regarding Rtiz confidentiality letter (.2); emails regarding motion for summary judgment (.3). |
| 01/13/11 | K. Londo | 1.00 | B110 | Meet with T. Stennes and M. Zessar related to summarizing status of transactions (1.0). |
| 01/13/11 | T. Stennes | 1.00 | P300 | Conference with M. Zessar and K. Londo re: deal status and open items (1.0). |
| 01/14/11 | K. Londo | 0.50 | B110 | Follow up with M. Zessar and T. Stennes (.5). |
| 01/14/11 | T. Stennes | 0.30 | P300 | Conference with M. Zessar and K. Londo re: Deed in Lieu Agreement (.3). |
| 01/14/11 | L. White | 3.50 | P300 | Review due diligence materials (1.0); review Asset Management Agreement as revised by Gencom's counsel (.5); revise settlement agreement (2.0). |
| 01/17/11 | L. White | 0.50 | P300 | Revise settlement agreement (.5). |
| 01/18/11 | M. Cocci | 0.30 | P500 | Review Gencom revisions to Asset Management Agreement (.3). |
| 01/18/11 | L. White | 2.50 | P300 | Review and revise next draft of settlement agreement (2.0); email correspondence with Barry Sullivan regarding hearing on motion for summary judgment (.3); review asset management agreement for Wednesday call (.2). |
| 01/19/11 | M. Cocci | 0.40 | P300 | Telephone conference with L. White, N. Molofsky and B. Gross regarding Asset Management Agreement (.4). |

RITZ KAPALUA

February 16, 2011

Matter: 09807760-0011
Invoice No.: 1274851

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 01/19/11 | L. White | 3.50 | P300 | Conference call with Nan Molofsky, Brian Gross and Meghan Cocci regarding asset management agreement, summary judgment and deed in lieu (.7); revise settlement agreement (2.3); email correspondence with Nan Molofsky regarding covenant not to sue issues (.5). |
| 01/20/11 | L. White | 5.80 | P300 | Revise settlement agreement (3.8); review revised asset management agreement (.5); telephone conference and email correspondence with Meghan Cocci regarding asset management agreement (.5); review Borrower's revisions to LOC (.5); email correspondence with Nan Molofsky regarding asset management agreement and LOC (.5). |
| 01/20/11 | C. Lee | 1.20 | P300 | Review, analyze and revise Asset Management Agreement to incorporate comments and revisions from conference call discussions and work on revisions to Performance Test provisions (1.2). |
| 01/20/11 | M. Cocci | 0.80 | P500 | Review and respond to e-mails for J. Levitt regarding Asset Management Agreement status (.2); review and revise Asset Management Agreement (.4); e-mail to N. Molofsky and B. Gross regarding same (.2). |
| 01/21/11 | M. Cocci | 0.30 | P500 | Revise Asset Management Agreement to incorporate changes to force majeure and performance test (.3). |
| 01/21/11 | L. White | 6.00 | P300 | Revise Settlement Agreement, covenant not to sue and related documents (4.5); telephone conference and email correspondence with Nan Molofsky regarding same (.7); conference with bankruptcy lawyer regarding bankruptcy provisions in Settlement Agreement (.8). |

RITZ KAPALUA

February 16, 2011

Matter: 09807760-0011
Invoice No.: 1274851

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 01/24/11 | K. Londo | 2.50 | B110 | Review deliveries received and summarize what deliverables have not yet been received (2.5). |
| 01/24/11 | L. White | 2.50 | P300 | Email correspondence with Meghan Cocci regarding need to cross asset management agreement with covenant not to sue (.3); correspondence with Nan Molofsky regarding same (.5); correspondence with Gencom and Gencom counsel regarding settlement agreement and asset management agreement (.8); correspondence with Brian Gross regarding due diligence materials for schedules (.4); telephone conference with Keith Londo regarding same (.5). |
| 01/25/11 | L. White | 0.80 | P300 | Conference with Keith Londo regarding deliverables and schedules to settlement agreement (.5); email correspondence with Nan Molofsky and Brian Gross regarding asset management agreement (.3). |
| 01/25/11 | K. Londo | 6.30 | B110 | Complete memorandum summarizing due diligence status (4.0); update closing checklist (1.3); follow up and correspondence with L. White and Brian Gross regarding due diligence deliverables (1.0). |
| 01/26/11 | K. Londo | 2.30 | B110 | Follow up review of settlement agreement and due diligence requirements (1.3); revise letter to Gencom (1.0). |
| 01/26/11 | L. White | 1.50 | P300 | Review due diligence requirement memo (.3); conference with Keith Londo regarding same (.2); review performance test hurdles for asset management agreement (.3); email correspondence with Nan Molofsky regarding hurdles (.5); correspondence with Nan Molofsky and Joelle Halperin regarding next steps (.2). |

RITZ KAPALUA

February 16, 2011

Matter: 09807760-0011
Invoice No.: 1274851

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 01/27/11 | L. White | 0.20 | P300 | Review revised asset management agreement (.2). |
| 01/27/11 | M. Cocci | 1.80 | P500 | Review e-mails from N. Molofosky. L. White, B. Gross and J. Fitts regarding revisions to Asset Management Agreement (.3); revise Asset Management Agreement (1.5). |
| 01/28/11 | L. White | 2.00 | P300 | Review revised management agreement (.5); email correspondence with Nan Molofsky, Brian Gross and Meghan Cocci regarding same (.5); correspondence with Joelle Halperin comparing term sheet and management agreement and LOC (.7); correspondence with Nan Molofsky regarding next steps in foreclosure process (.3). |
| 01/29/11 | L. White | 0.80 | P300 | Review management agreement, settlement agreement and LOC in preparation for Monday call (.8). |
| 01/31/11 | L. White | 2.00 | P300 | Conference call with David Lamb and Michael Fleischer at Milbank (1.0); follow up calls and email correspondence with Joelle Halperin and Nan Molofsky (1.0). |

Total Hours      61.70

Fee Amount      $40,533.00

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| L. White | $705.00 | 40.70 | $28,693.50 |
| M. Cocci | $685.00 | 4.90 | $3,356.50 |
| M. Zessar | $600.00 | 0.70 | $420.00 |
| T. Stennes | $650.00 | 1.60 | $1,040.00 |
| K. Londo | $525.00 | 12.60 | $6,615.00 |
| C. Lee | $340.00 | 1.20 | $408.00 |

RITZ KAPALUA

February 16, 2011

Matter: 09807760-0011
Invoice No.: 1274851

| Totals | 61.70 | $40,533.00 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Document reproduction | | 34.00 |
| | | SUBTOTAL | 34.00 |
| 12/9/2010 | Miscellaneous Hard - - CONFERENCE CALLS | AMERICAN TELECONFERENCING SERVICES | 34.39 |
| | | SUBTOTAL | 34.39 |
| | Total Disbursements | | $68.39 |

| | | |
|---|---|---|
| Fee Total | $ | 40,533.00 |
| Disbursement Total | $ | 68.39 |
| Invoice Total | $ | 40,601.39 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
39TH FLOOR
NEW YORK, NY 10020

February 16, 2011

**Invoice No. 1274852**

Client/Matter: 09807760-0021

LIFESTYLE DEVELOPMENT, LP

Payment Due Upon Receipt

Total This Invoice                                     $        40,695.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
39TH FLOOR
NEW YORK, NY 10020

February 16, 2011

**Invoice No. 1274852**

Client/Matter:  09807760-0021

LIFESTYLE DEVELOPMENT, LP

For Professional Services Rendered through January 31, 2011:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 01/03/11 | L. White | 3.80 | P300 | Review settlement documents, releases and covenant not to sue (3.5); conference with Nan Molofsky re same (.3). |
| 01/04/11 | L. White | 2.50 | P300 | Revise settlement agreement and work through issues (1.7); telephone conference with Clyde Click regarding same (.5); telephone conference with Nan Molofsky (.3). |
| 01/04/11 | M. Cocci | 0.40 | P300 | Review and respond to e-mail from N. Molofsky regarding status of Management Agreements (.2); work on issues regarding information for status update (.2). |
| 01/04/11 | C. Lee | 0.70 | P300 | Review and analyze e-mail correspondences and prepare summary of status and documents for N. Molofsky (.7). |
| 01/04/11 | R. Fernandez | 1.50 | P300 | Review revised Settlement Agreement (.7); update and revise same (.8). |
| 01/05/11 | R. Fernandez | 4.00 | P300 | Conference call with L. White and C. Click re: Settlement Agreement issues and re: Lifestyle Development Partnership issues (1.5); telephone conversation with N. Molofsky re: same (.8); revise Settlement Agreement (1.7). |

LIFESTYLE DEVELOPMENT, LP

February 16, 2011

Matter: 09807760-0021
Invoice No.: 1274852

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 01/05/11 | L. White | 5.00 | P300 | Conference call with Bob Fernandez and Clyde Click (1.5); follow-up with Bob (.7); prepare list of open items (1.0); follow-up conference call with Nan Molofsky (.8); additional conference with Bob Fernandez (.2); review documents relating to modification of LB rights in partnership (.8). |
| 01/06/11 | L. White | 2.50 | P300 | Review Borrower partnership structure and liability issues (1.5); telephone conference with Laurinda Martins regarding facility agreement and termination of borrowing entity issues (.5); follow-up conversation and email correspondence with Joelle Halperin regarding same (.5). |
| 01/06/11 | R. Fernandez | 2.50 | P300 | Revise Settlement Agreement (1.5); emails and conversations with L. White, C. Click and J. Halperin (1.0). |
| 01/07/11 | R. Fernandez | 3.40 | P300 | Revise Settlement Agreement, Release and Covenant Not to Sue (2.4); conference with L. White re: same (1.0). |
| 01/07/11 | L. White | 2.00 | P300 | Various conferences with Bob Fernandez (1.0); review settlement agreement issues (.5); follow-up with Joelle Halperin regarding partnership issues (.2); correspondence with Nan Molofsky (.3). |
| 01/08/11 | L. White | 1.50 | P300 | Review revised Settlement Agreement. (1.5). |
| 01/09/11 | L. White | 1.00 | P300 | Telephone conference with Bob Fernandez regarding Settlement Agreement Revisions (.5); review further revisions to Settlement Agreement (.5). |

LIFESTYLE DEVELOPMENT, LP

February 16, 2011

Matter: 09807760-0021
Invoice No.: 1274852

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 01/10/11 | R. Fernandez | 3.00 | P300 | Conference call with N. Molofsky, L. White and P. Mace re: Settlement Agreement (1.5); revise same (.5); telephone conversation with MT counsel re: Licensing issues (.5). emails re: Merlin Management ownership structure (.5). |
| 01/10/11 | L. White | 2.50 | P300 | Conference call with Nan Molofsky, Patrick Mace and Bob Fernandez regarding settlement agreement and transaction in general (1.0); follow-up conferences and telephone conferences with Bob Fernandez (.5); follow up telephone conferences with Nan Molofsky (.5); telephone conferences with Sam Gleeson regarding relationship between the Point and Lifestyle (.5). |
| 01/11/11 | L. White | 4.00 | P300 | Telephone conference with Sam Gleeson regarding Everlands/Club questions (.3); review partnership documents and related correspondence (2.5); telephone conference with Nan Molofsky and Patrick Mace regarding same (.5); revise list of waived partnership approval rights (.7). |
| 01/11/11 | R. Fernandez | 1.50 | P300 | Revise Settlement Agreement (1.5). |
| 01/12/11 | R. Fernandez | 4.80 | P300 | Revise and circulate Settlement Agreement and Closing Checklist (2.0); conference call with N. Molofsky, J. Jones and P. Mace re: MT Licensing issues (1.0); draft Saloon Lease (1.8). |
| 01/12/11 | L. White | 2.30 | P300 | Conference with Bob Fernandez regarding settlement agreement (.8); revise partnership approval rights waiver list (.5); telephone conference with Nan Molofsky regarding her conversation with Dan Gorge (.2); telephone conference regarding Montana liquor license (.5); follow up conference with Bob regarding liquor license (.3). |

LIFESTYLE DEVELOPMENT, LP

February 16, 2011

Matter: 09807760-0021
Invoice No.: 1274852

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 01/13/11 | L. White | 1.20 | P300 | Email correspondence with Brian North (.2); conference with Bob Fernandez regarding management agreements / liquor license documents (.5); review settlement agreement forwarded to Brian North (.5). |
| 01/13/11 | R. Fernandez | 1.30 | P300 | Conference with MT counsel, John Jones, re: lien on licenses (.5); revise Management Agreement (.8). |
| 01/19/11 | L. White | 0.50 | P300 | Telephone conference with Nan Molofsky regarding settlement agreement (.3); follow-up with Bob Fernandez (.2). |
| 01/24/11 | L. White | 1.30 | P300 | Conferences with Bob Fernandez regarding management agreements (.5); review revised management agreement (.8). |
| 01/24/11 | R. Fernandez | 1.50 | P300 | Revise Management Agreement (1.5). |
| 01/25/11 | R. Fernandez | 1.50 | P300 | Review Lifestyle's comments to the Settlement Agreement (1.5). |
| 01/25/11 | L. White | 1.00 | P300 | Review Brian North's comments to Settlement Agreement (1.0). |
| 01/26/11 | L. White | 1.50 | P300 | Conference and email correspondence with Bob Fernandez regarding borrower's comments on settlement agreement (.8); review same (.5); email correspondence with Nan Molofsky regarding settlement agreement (.2). |
| 01/26/11 | R. Fernandez | 2.60 | P300 | Review Lifestyle's comments to Settlement Agreement with L. White (.8); conference call with B. North re: same (1.0); emails with N. Molofsky and P. Mace re: same (.8). |
| 01/27/11 | L. White | 1.00 | P300 | Conference with Bob Fernandez regarding settlement agreement (.5); review settlement agreement issues (.2); email correspondence with Nan Molofsky regarding the same and regarding partnership approval rights (.3). |

5

LIFESTYLE DEVELOPMENT, LP

February 16, 2011

Matter: 09807760-0021
Invoice No.: 1274852

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 01/28/11 | L. White | 0.30 | P300 | Telephone conference with Bob Fernandez regarding negotiations (.3). |
| Total Hours | | 62.60 | | |
| Fee Amount | | | | $40,695.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| L. White | $705.00 | 33.90 | $23,899.50 |
| M. Cocci | $685.00 | 0.40 | $274.00 |
| R. Fernandez | $590.00 | 27.60 | $16,284.00 |
| C. Lee | $340.00 | 0.70 | $238.00 |
| Totals | | 62.60 | $40,695.50 |

Fee Total          $    40,695.50

Invoice Total          $    40,695.50

# SNR DENTON 🗗

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020
USA

February 16, 2011

**Invoice No. 1274856**

Client/Matter: 09807760-0030

BANKRUPTCY (POST-PETITION WORK)

Payment Due Upon Receipt

---

Total This Invoice                                    $        5,237.80

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020
USA

February 16, 2011

**Invoice No. 1274856**

Client/Matter:   09807760-0030

BANKRUPTCY (POST-PETITION WORK)

For Professional Services Rendered through January 31, 2011:

| Date | Timekeeper | Hours | Task | Activity | Narrative |
|------|-----------|-------|------|----------|-----------|
| 01/03/11 | L. Bechutsky | 0.30 | B160 | A104 | Attention to monthly statement payment. |
| 01/04/11 | L. Bechutsky | 0.60 | B160 | A104 | Attention to monthly statement payment. |
| 01/14/11 | L. Bechutsky | 0.50 | B160 | A102 | Review docket for Fee Application hearing. |
| 01/19/11 | L. Bechutsky | 1.50 | B160 | A103 | Revise monthly invoices (.8) and draft monthly statement (.7). |
| 01/20/11 | L. Bechutsky | 1.00 | B160 | A103 | Revise monthly invoices. |
| 01/21/11 | L. Bechutsky | 1.00 | B160 | A103 | Revise monthly invoices (.5) and monthly statement (.5). |
| 01/24/11 | L. Bechutsky | 1.40 | B160 | A103 | Revise monthly statement and exhibits. |
| 01/25/11 | L. Bechutsky | 0.50 | B160 | A103 | Revise monthly statement and exhibits. |
| 01/25/11 | H. McDonald | 0.30 | B100 | A101 | Revision of fee statement. |
| 01/26/11 | H. McDonald | 0.30 | B100 | A101 | Review BrownGreer email (.1); telephone call with LB regarding same (.2). |
| 01/26/11 | L. Bechutsky | 1.50 | B160 | A103 | Conference with HMM re Fee Committee request for Excel invoices (.4); attention to same (1.1). |
| 01/27/11 | L. Bechutsky | 1.10 | B160 | A103 | Correspondence with BrownGreer (.4), Trustee (.3) re Fee Committee request for Excel invoices attention to same (.4). |
| 01/27/11 | H. McDonald | 0.30 | B100 | A101 | Conference with LB regarding fee statement and fee application issues with BrownGreer. |
| 01/31/11 | L. Bechutsky | 0.30 | B170 | A105 | Attention to December 2010 invoice. |

BANKRUPTCY (POST-PETITION WORK)

February 16, 2011

Matter: 09807760-0030
Invoice No.: 1274856

Total Hours                           10.60

Fee Amount                                                      $5,174.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|-----:|------:|-----:|
| H. McDonald | $845.00 | 0.90 | $760.50 |
| L. Bechutsky | $455.00 | 9.70 | $4,413.50 |
| Totals | | 10.60 | $5,174.00 |

## DISBURSEMENT DETAIL

| Date | Description | Amount |
|------|-------------|-------:|
| 12/15/2010 | Delivery FedEx Airbill #794220010413 12/15/10 Delivery to 1455 Pennsylvania Ave NW, WASHINGTON, DC per R SICA | 11.07 |
| 12/15/2010 | Delivery FedEx Airbill #794220033469 12/15/10 Delivery to 1 Chase Manhattan Plz Fl 4 NEW YORK CITY, NY per SANTIAGO | 9.79 |
| 12/15/2010 | Delivery FedEx Airbill #794220040427 12/15/10 Delivery to 767 5th Ave Fl Conc1, NEW YORK CITY, NY per R DIXON | 9.79 |
| 12/15/2010 | Delivery FedEx Airbill #794220067868 12/15/10 Delivery to 1271 Avenue Of The America NEW YORK CITY, NY per M BARRETT | 11.97 |
| 12/15/2010 | Delivery FedEx Airbill #796554699880 12/15/10 Delivery to 33 Whitehall St Fl 22, NEW YORK CITY, NY per C BANKS | 9.79 |
| 12/15/2010 | Delivery FedEx Airbill #796554756516 12/15/10 Delivery to 1271 Avenue Of The America NEW YORK CITY, NY per M BARRETT | 11.39 |
| | SUBTOTAL | 63.80 |
| | Total Disbursements | $63.80 |

Fee Total                    $        5,174.00

Disbursement Total           $           63.80

Invoice Total                $        5,237.80