**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
               :

**In re**                         :        **Chapter 11 Case No.**

                               :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :      **08-13555 (JMP)**

                               :

               **Debtors.**     :      **(Jointly Administered)**

                               :

---------------------------------------------------------------------x

**ORDER GRANTING SECOND INTERIM APPLICATION OF SNR DENTON US LLP**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM OCTOBER 1, 2010 THROUGH JANUARY 31, 2011**

Upon consideration of the Second Application of SNR Denton US LLP, as attorneys for

the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and

Reimbursement of Actual and Necessary Expenses (the "Application"), dated April 15, 2011,

relating to the above-referenced bankruptcy case for the period from October 1, 2010 through

January 31, 2011 (the "Second Compensation Period") for the (i) allowance of compensation for

professional services performed by SNR Denton US LLP ("SNR Denton") during the Second

Compensation Period in the total amount of $313,304.00; (ii) allowance of SNR Denton's actual

and necessary expenses incurred during the Second Compensation Period in the total amount of

$1,387.27; and (iii) payment of the twenty percent (20%) holdback withheld from payments of

the monthly fee statements and after notice and hearing thereon, and sufficient cause appearing

therefore, and capitalized terms used in this Order being given the same meanings as are ascribed

to those terms in the Application, it is hereby

**ORDERED** that the Application is granted; and it is further

**ORDERED** that SNR Denton is authorized to apply against such amounts the amounts

previously paid to it in respect of the Second Compensation Period pursuant to the Fee Protocol

and Guidelines; and it is further

10447775\V-2

**ORDERED** that the Debtors pay to SNR Denton the twenty percent (20%) holdback, as

adjusted in the Application, withheld from the payment of monthly statements during the Second

Compensation Period in the amount of $63,039.20.


Dated:        New York, New York
              _____, 2011.


                                        _____
                                        THE HONORABLE JAMES M. PECK
                                        UNITED STATES BANKRUPTCY JUDGE

10447775\V-2