# EXHIBIT E

**NOTICE OF AN EVENT OF DEFAULT**

35622ASBk.

September 15, 2008

<u>BY HAND</u>

**Lehman Brothers Special Financing Inc.**
**c/o Lehman Brothers Inc.**
Corporate Advisory Division
Transaction Management Group
745 Seventh Avenue
New York, NY 10019

**Attention: Transaction Management Group**

Ladies and Gentlemen:

We refer to the ISDA Master Agreement dated as of May 28, 1998 between Washington Mutual Bank (formerly known as Washington Mutual Bank, FA and referred to herein as "WMB") and Lehman Brothers Special Financing Inc. (the "Company") (as amended, supplemented and modified from time to time, the "Agreement") and to the Transactions outstanding thereunder (the "Transactions"). Capitalized terms used and not otherwise defined herein shall have the meanings given to them in the Agreement.

We have hereby determined that an Event of Default has occurred pursuant to Section 5(a)(vii) of the Agreement. In accordance with Section 6(a) of the Agreement, we hereby designate Monday, September 15, 2008 as the Early Termination Date in respect of all outstanding Transactions.

In accordance with Section 6(d) of the Agreement we will make the calculations contemplated by, and in accordance with, Section 6(e) as soon as is practicable following the Early Termination Date and will notify you of the amounts payable pursuant to Section 6(e).

WMB hereby reserve all of its rights and remedies, including but not limited to the right to receive interest on the amounts owed to WMB by the Company as provided in the Agreement or otherwise.

Questions regarding this Notice of an Event of Default should be directed to Robert Batt at 206-500-2450 or Chad Smith at 206-500-4347.

Very truly yours,

WASHINGTON MUTUAL BANK

By: _____
        Name: David Beck
        Title: Executive Vice President

LBSF EOD NOTICES (WMB)
185580.1