# EXHIBIT G

# J.P.Morgan

**JPMorgan Chase & Co.**
Legal Department
245 Park Avenue, 11th Floor
New York, NY 10167

**Alexander M. Hunt**
Managing Director
Associate General Counsel
Email:
alexander.m.hunt@jpmchase.com
Tel: 212 648 0274
Fax: 917 464 7281

Lehman Brothers Holdings Inc.
745 7th Ave
New York, NY 10019

October 24, 2008

**BY HAND**

Gentlemen:

### Demand for Payment under Guaranty

We refer to (i) that certain Guaranty dated as of September 9, 2008 made by Lehman Brothers Holdings Inc. in favor of JPMorgan Chase Bank, N.A. and its affiliates, subsidiaries, successors and assigns (the "Guaranty") and (ii) the Security Agreement relating to the Guaranty entered into between Lehman Brothers Holdings Inc. and JPMorgan Chase Bank, N.A. dated as of September 9, 2008. Capitalized terms that appear in this letter (this "Demand") that are not otherwise defined herein will have the meanings given to them in the Guaranty.

Attached hereto as an Exhibit is a schedule of Borrowers, together with certain amounts that are now due and payable by such Borrowers to JPMorgan Chase Bank, N.A. and certain of its affiliates (each of such amounts, a "JPMorgan Receivable"). Also identified in the Exhibit are the Facility Documents pursuant to which the JPMorgan Receivables have become due and payable. Written demand for payment of each JPMorgan Receivable has been made of the relevant Borrower. As of the date of this Demand, all of the JPMorgan Receivables remain unpaid.

Demand is hereby made of you for immediate payment in full of the JPMorgan Receivables. Such payment should be made to the following account:

JPMorgan Chase Bank
ABA#021000021
Credit Special Credits Group
Acct. No. 144-002419
Ref: Lehman Brothers
Attn: Dennis P. Murphy

JPMorgan Chase Bank, N.A. and its affiliates reserve all of their rights and remedies with respect to the Guaranty including, without limitation, their right to realize on collateral posted by

CONFIDENTIAL INFORMATION     JPM-2004 0000001

the Guarantor to secure its obligations under the Guaranty and to make further demands for payment under the Guaranty with respect to: (i) amounts owing to JPMorgan Chase Bank, N.A. or any of its affiliates under other Facility Documents; (ii) amounts paid or otherwise transferred to or for the benefit of JPMorgan Chase Bank, N.A. or any of its affiliates in connection with any set-off or secured creditor right arising under the Guaranty or any Facility Document that are avoided, reduced or otherwise impaired; (iii) interest accruing in relation to amounts that remain unpaid under Facility Documents; and (iv) out-of-pocket expenses, including legal fees, incurred by JPMorgan Chase Bank, N.A. or any of its affiliates by reason of the enforcement and protection of their respective rights under the Facility Documents.

Very truly yours,

JPMORGAN CHASE BANK, N.A.

By: *[signature]*

Name: ALEXANDER M. HUNT
Title: MANAGING DIRECTOR AND ASSOCIATE GENERAL COUNSEL

Copy:

Harvey R. Miller Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Copy:

Harold S. Novikoff Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019

### EXHIBIT TO DEMAND UNDER GUARANTY

| Bank Entity | Borrower | Amount in Default | Facility Document |
|---|---|---|---|
| JPMorgan Chase Bank, N.A. | Lehman Brothers Special Financing Inc. | US$1,574,475,765.50 | ISDA Master Agreement dated as of December 20, 1995 |
| Bear, Stearns International Limited | Lehman Brothers Special Financing, Inc. | US$17,647,110.88 | ISDA Master Agreement dated as of July 11, 2001 |
| JPMorgan Chase Bank, N.A. | Lehman Brothers Commercial Corporation | US$138,486,687 | ISDA Master Agreement dated as of November 15, 1993 |
| Bear, Stearns International Limited | Lehman Brothers International (Europe) | US$3,440,367 | ISDA Master Agreement dated as of August 26, 1997 |
| Bear Stearns Bank plc | Lehman Brothers International (Europe) | US$2,100,335 | ISDA Master Agreement dated as of June 18, 1997 |
| JPMorgan Chase Bank, N.A. | Lehman Brothers Finance S.A. | US$90,975,924 | ISDA Master Agreement dated as of November 15, 1993 |
| Bear, Stearns International Limited | Lehman Brothers Finance S.A. | US$10,172,430 | ISDA Master Agreement dated as of January 14, 1994 |
| JPMorgan Chase Bank, N.A. | Lehman Brothers Special Financing Inc. | US$80,313,435 | ISDA Master Agreement, dated as of May 28, 1998, entered into between Washington Mutual Bank (formerly known as Washington Mutual Bank, FA and referred to herein as "WMB") and Lehman Brothers Special Financing Inc. |
| Total now due in respect of this Demand: | | US$1,917,612,055.50 | |

CONFIDENTIAL INFORMATION

JPM-2004 0000003