**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                             :    Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :    08-13555 (JMP)
                                                  :    (Jointly Administered)
          Debtors.                                :
                                                  :    Ref. Docket No. 15917
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 12, 2011, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for Hearing on April 13, 2011 at 10:00 A.M.," dated April 12, 2011 [Docket No. 15917], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.  delivered via facsimile to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Samuel Garcia*
                                                        Samuel Garcia

Sworn to before me this
13th day of April, 2011
*/s/ Cassandra Murray*
Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

08-13555-mg    Doc 16097    Filed 04/18/11    Entered 04/18/11 11:26:38    Main Document
Pg 2 of 14

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| | |
|---|---|
| aaaronson@dilworthlaw.com | ashaffer@mayerbrown.com |
| aalfonso@willkie.com | ashmead@sewkis.com |
| abraunstein@riemerlaw.com | asnow@ssbb.com |
| acaton@kramerlevin.com | atrehan@mayerbrown.com |
| acker@chapman.com | aunger@sidley.com |
| adam.brezine@hro.com | austin.bankruptcy@publicans.com |
| adarwin@nixonpeabody.com | avenes@whitecase.com |
| Adiamond@DiamondMcCarthy.com | azylberger@whitecase.com |
| aeckstein@blankrome.com | bankr@zuckerman.com |
| aentwistle@entwistle-law.com | bankruptcy@goodwin.com |
| afriedman@irell.com | bankruptcy@morrisoncohen.com |
| agbanknewyork@ag.tn.gov | bankruptcymatters@us.nomura.com |
| aglenn@kasowitz.com | barbra.parlin@hklaw.com |
| agold@herrick.com | bbisignani@postschell.com |
| ahammer@freebornpeters.com | bcarlson@co.sanmateo.ca.us |
| aisenberg@saul.com | bdk@schlamstone.com |
| akantesaria@oppenheimerfunds.com | bgraifman@gkblaw.com |
| alesia.pinney@infospace.com | bguiney@pbwt.com |
| alum@ftportfolios.com | bill.freeman@pillsburylaw.com |
| amarder@msek.com | bkmail@prommis.com |
| AMcMullen@BoultCummings.com | bmanne@tuckerlaw.com |
| amenard@tishmanspeyer.com | BMiller@mofo.com |
| Andrew.Brozman@cliffordchance.com | boneill@kramerlevin.com |
| andrew.lourie@kobrekim.com | Brian.Corey@greentreecreditsolutions.com |
| angelich.george@arentfox.com | bromano@willkie.com |
| ann.reynaud@shell.com | brosenblum@jonesday.com |
| anthony_boccanfuso@aporter.com | broy@rltlawfirm.com |
| aoberry@bermanesq.com | btrust@mayerbrown.com |
| aostrow@beckerglynn.com | btupi@tuckerlaw.com |
| apo@stevenslee.com | bturk@tishmanspeyer.com |
| aquale@sidley.com | bwolfe@sheppardmullin.com |
| araboy@cov.com | bzabarauskas@crowell.com |
| arahl@reedsmith.com | cahn@clm.com |
| arheaume@riemerlaw.com | calbert@reitlerlaw.com |
| arlbank@pbfcm.com | canelas@pursuitpartners.com |
| arosenblatt@chadbourne.com | carol.weinerlevy@bingham.com |
| arthur.rosenberg@hklaw.com | cbelisle@wfw.com |
| arwolf@wlrk.com | cbelmonte@ssbb.com |
| aseuffert@lawpost-nyc.com | cbrotstein@bm.net |

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| | |
|---|---|
| cgoldstein@stcwlaw.com | dbesikof@loeb.com |
| chammerman@paulweiss.com | dcimo@gjb-law.com |
| chardman@klestadt.com | dckaufman@hhlaw.com |
| charles@filardi-law.com | dcoffino@cov.com |
| charles_malloy@aporter.com | dcrapo@gibbonslaw.com |
| charu.chandrasekhar@wilmerhale.com | ddavis@paulweiss.com |
| chipford@parkerpoe.com | ddrebsky@nixonpeabody.com |
| chris.donoho@lovells.com | ddunne@milbank.com |
| christopher.schueller@bipc.com | deggermann@kramerlevin.com |
| clarkb@sullcrom.com | deggert@freebornpeters.com |
| clynch@reedsmith.com | demetra.liggins@tklaw.com |
| cmontgomery@salans.com | deryck.palmer@cwt.com |
| cohenr@sewkis.com | dfelder@orrick.com |
| cp@stevenslee.com | dflanigan@polsinelli.com |
| cpappas@dilworthlaw.com | dgrimes@reedsmith.com |
| craig.goldblatt@wilmerhale.com | dhayes@mcguirewoods.com |
| crmomjian@attorneygeneral.gov | dheffer@foley.com |
| cs@stevenslee.com | diconzam@gtlaw.com |
| csalomon@beckerglynn.com | dirk.roberts@ots.treas.gov |
| cschreiber@winston.com | djoseph@stradley.com |
| cshore@whitecase.com | dkleiner@velaw.com |
| cshulman@sheppardmullin.com | dkozusko@willkie.com |
| ctatelbaum@adorno.com | dladdin@agg.com |
| cwalsh@mayerbrown.com | dlemay@chadbourne.com |
| cward@polsinelli.com | dlipke@vedderprice.com |
| cweber@ebg-law.com | dludman@brownconnery.com |
| cweiss@ingramllp.com | dmcguire@winston.com |
| dallas.bankruptcy@publicans.com | dmurray@jenner.com |
| daniel.guyder@allenovery.com | dneier@winston.com |
| dave.davis@isgria.com | dodonnell@milbank.com |
| david.bennett@tklaw.com | dove.michelle@dorsey.com |
| david.crichlow@pillsburylaw.com | dowd.mary@arentfox.com |
| david.heller@lw.com | DPiazza@HodgsonRuss.com |
| david.seligman@kirkland.com | draelson@fisherbrothers.com |
| davids@blbglaw.com | dravin@wolffsamson.com |
| davidwheeler@mvalaw.com | drose@pryorcashman.com |
| dbalog@intersil.com | drosenzweig@fulbright.com |
| dbarber@bsblawyers.com | drosner@goulstonstorrs.com |
| dbaumstein@whitecase.com | drosner@kasowitz.com |

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| | |
|---|---|
| dshemano@pwkllp.com | gkaden@goulstonstorrs.com |
| dspelfogel@foley.com | glenn.siegel@dechert.com |
| dtatge@ebglaw.com | gmoss@riemerlaw.com |
| dwdykhouse@pbwt.com | gravert@mwe.com |
| dwildes@stroock.com | gspilsbury@jsslaw.com |
| dworkman@bakerlaw.com | guzzi@whitecase.com |
| easmith@venable.com | harrisjm@michigan.gov |
| echang@steinlubin.com | harveystrickon@paulhastings.com |
| ecohen@russell.com | hbeltzer@mayerbrown.com |
| efleck@milbank.com | heidi@crumbielaw.com |
| efriedman@friedumspring.com | heim.steve@dorsey.com |
| egeekie@schiffhardin.com | heiser@chapman.com |
| eglas@mccarter.com | hirsch.robert@arentfox.com |
| ehollander@whitecase.com | hollace.cohen@troutmansanders.com |
| ekbergc@lanepowell.com | holsen@stroock.com |
| elevin@lowenstein.com | howard.hawkins@cwt.com |
| eli.mattioli@klgates.com | hseife@chadbourne.com |
| ellen.halstead@cwt.com | hsnovikoff@wlrk.com |
| eobrien@sbchlaw.com | icatto@kirkland.com |
| eschaffer@reedsmith.com | igoldstein@dl.com |
| eschwartz@contrariancapital.com | ilevee@lowenstein.com |
| esmith@dl.com | info2@normandyhill.com |
| ezujkowski@emmetmarvin.com | ira.herman@tklaw.com |
| ezweig@optonline.net | isgreene@hhlaw.com |
| fbp@ppgms.com | israel.dahan@cwt.com |
| feldsteinh@sullcrom.com | iva.uroic@dechert.com |
| ffm@bostonbusinesslaw.com | jaclyn.genchi@kayescholer.com |
| fhyman@mayerbrown.com | jacobsonn@sec.gov |
| fishere@butzel.com | james.mcclammy@dpw.com |
| francois.janson@hklaw.com | james.sprayregen@kirkland.com |
| frank.white@agg.com | jamestecce@quinnemanuel.com |
| fsosnick@shearman.com | jamie.nelson@dubaiic.com |
| fyates@sonnenschein.com | jar@outtengolden.com |
| gabriel.delvirginia@verizon.net | jason.jurgens@cwt.com |
| gbray@milbank.com | jay.hurst@oag.state.tx.us |
| george.davis@cwt.com | jay@kleinsolomon.com |
| geraci@thalergertler.com | Jbecker@wilmingtontrust.com |
| ggitomer@mkbattorneys.com | jbeemer@entwistle-law.com |
| giddens@hugheshubbard.com | jbeiers@co.sanmateo.ca.us |

## LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| | |
|---|---|
| jbird@polsinelli.com | jliu@dl.com |
| jbromley@cgsh.com | jlovi@steptoe.com |
| jcarberry@cl-law.com | jlscott@reedsmith.com |
| jchristian@tobinlaw.com | jmaddock@mcguirewoods.com |
| Jdrucker@coleschotz.com | jmazermarino@msek.com |
| jdyas@halperinlaw.net | jmcginley@wilmingtontrust.com |
| jean-david.barnea@usdoj.gov | jmelko@gardere.com |
| jeannette.boot@wilmerhale.com | jmerva@fult.com |
| jeff.wittig@coair.com | jmmurphy@stradley.com |
| jeffrey.sabin@bingham.com | jmr@msf-law.com |
| jeldredge@velaw.com | john.monaghan@hklaw.com |
| jen.premisler@cliffordchance.com | john.rapisardi@cwt.com |
| jennifer.demarco@cliffordchance.com | john@crumbielaw.com |
| jennifer.gore@shell.com | joli@crlpc.com |
| jeremy.eiden@state.mn.us | jorbach@hahnhessen.com |
| jessica.fink@cwt.com | Joseph.Cordaro@usdoj.gov |
| jfalgowski@reedsmith.com | joshua.dorchak@bingham.com |
| jflaxer@golenbock.com | jowen769@yahoo.com |
| jfox@joefoxlaw.com | jowolf@law.nyc.gov |
| jfreeberg@wfw.com | joy.mathias@dubaiic.com |
| jg5786@att.com | JPintarelli@mofo.com |
| jgarrity@shearman.com | jpintarelli@mofo.com |
| jgenovese@gjb-law.com | jporter@entwistle-law.com |
| jguy@orrick.com | jprol@lowenstein.com |
| jherzog@gklaw.com | jrabinowitz@rltlawfirm.com |
| jhiggins@fdlaw.com | jrsmith@hunton.com |
| jhorgan@phxa.com | jschwartz@hahnhessen.com |
| jhuggett@margolisedelstein.com | jsheerin@mcguirewoods.com |
| jhuh@ffwplaw.com | jshickich@riddellwilliams.com |
| jim@atkinslawfirm.com | jsmairo@pbnlaw.com |
| jjoyce@dresslerpeters.com | jstoll@mayerbrown.com |
| jjtancredi@daypitney.com | jtimko@allenmatkins.com |
| jjureller@klestadt.com | jtimko@shutts.com |
| jkehoe@sbtklaw.com | jtougas@mayerbrown.com |
| jlamar@maynardcooper.com | judy.morse@crowedunlevy.com |
| jlawlor@wmd-law.com | jwallack@goulstonstorrs.com |
| jlee@foley.com | jwang@sipc.org |
| jlevitin@cahill.com | jwcohen@daypitney.com |
| jlipson@crockerkuno.com | jweiss@gibsondunn.com |

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| | |
|---|---|
| jwest@velaw.com | lmcgowen@orrick.com |
| jwh@njlawfirm.com | lml@ppgms.com |
| jwhitman@entwistle-law.com | lmolfetta@mayerbrown.com |
| k4.nomura@aozorabank.co.jp | lnashelsky@mofo.com |
| karen.wagner@dpw.com | loizides@loizides.com |
| KDWBankruptcyDepartment@kelleydrye.com | lromansic@steptoe.com |
| keith.simon@lw.com | lscarcella@farrellfritz.com |
| Ken.Coleman@allenovery.com | lschweitzer@cgsh.com |
| ken.higman@hp.com | lthompson@whitecase.com |
| kgwynne@reedsmith.com | lubell@hugheshubbard.com |
| kiplok@hugheshubbard.com | lwhidden@salans.com |
| kkelly@ebglaw.com | mabrams@willkie.com |
| klyman@irell.com | MAOFILING@CGSH.COM |
| kmayer@mccarter.com | Marc.Chait@standardchartered.com |
| kobak@hugheshubbard.com | margolin@hugheshubbard.com |
| korr@orrick.com | mark.deveno@bingham.com |
| KOstad@mofo.com | mark.ellenberg@cwt.com |
| kovskyd@pepperlaw.com | mark.houle@pillsburylaw.com |
| kowens@foley.com | mark.sherrill@sutherland.com |
| kpiper@steptoe.com | martin.davis@ots.treas.gov |
| kressk@pepperlaw.com | Marvin.Clements@ag.tn.gov |
| KReynolds@mklawnyc.com | matt@willaw.com |
| krosen@lowenstein.com | matthew.klepper@dlapiper.com |
| kuehn@bragarwexler.com | matthew.morris@lovells.com |
| kurt.mayr@bgllp.com | mbenner@tishmanspeyer.com |
| lacyr@sullcrom.com | mberman@nixonpeabody.com |
| Landon@StreusandLandon.com | mbienenstock@dl.com |
| lathompson@co.sanmateo.ca.us | mbossi@thompsoncoburn.com |
| lawallf@pepperlaw.com | mcademartori@sheppardmullin.com |
| lberkoff@moritthock.com | mcordone@stradley.com |
| Lee.Stremba@troutmansanders.com | mcto@debevoise.com |
| lgranfield@cgsh.com | mdorval@stradley.com |
| lhandelsman@stroock.com | meltzere@pepperlaw.com |
| linda.boyle@twtelecom.com | metkin@lowenstein.com |
| lisa.ewart@wilmerhale.com | mfeldman@willkie.com |
| lisa.kraidin@allenovery.com | mgordon@briggs.com |
| LJKotler@duanemorris.com | mgreger@allenmatkins.com |
| lmarinuzzi@mofo.com | mh1@mccallaraymer.com |
| Lmay@coleschotz.com | mhanchet@mayerbrown.com |

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| | |
|---|---|
| mhopkins@cov.com | notice@bkcylaw.com |
| michael.frege@cms-hs.com | oipress@travelers.com |
| michael.kim@kobrekim.com | omeca.nedd@lovells.com |
| millee12@nationwide.com | paronzon@milbank.com |
| miller@taftlaw.com | patrick.oh@freshfields.com |
| mimi.m.wong@irscounsel.treas.gov | paul.turner@sutherland.com |
| mitchell.ayer@tklaw.com | pbattista@gjb-law.com |
| mjacobs@pryorcashman.com | pbosswick@ssbb.com |
| mjedelman@vedderprice.com | pdublin@akingump.com |
| MJR1@westchestergov.com | peisenberg@lockelord.com |
| mkjaer@winston.com | peter.gilhuly@lw.com |
| mlahaie@akingump.com | peter.macdonald@wilmerhale.com |
| MLandman@lcbf.com | peter.simmons@friedfrank.com |
| mlynch2@travelers.com | peter@bankrupt.com |
| mmendez@hunton.com | pfeldman@oshr.com |
| mmooney@deilylawfirm.com | phayden@mcguirewoods.com |
| mmorreale@us.mufg.jp | pmaxcy@sonnenschein.com |
| mneier@ibolaw.com | ppascuzzi@ffwplaw.com |
| monica.lawless@brookfieldproperties.com | ppatterson@stradley.com |
| mpage@kelleydrye.com | psp@njlawfirm.com |
| mprimoff@kayescholer.com | ptrostle@jenner.com |
| mpucillo@bermanesq.com | pwright@dl.com |
| mrosenthal@gibsondunn.com | r.stahl@stahlzelloe.com |
| mruetzel@whitecase.com | raj.madan@bingham.com |
| mschimel@sju.edu | rajohnson@akingump.com |
| mshiner@tuckerlaw.com | ramona.neal@hp.com |
| msiegel@brownrudnick.com | ranjit.mather@bnymellon.com |
| mspeiser@stroock.com | rbeacher@pryorcashman.com |
| mstamer@akingump.com | rbernard@bakerlaw.com |
| mvenditto@reedsmith.com | rbyman@jenner.com |
| mwarren@mtb.com | rdaversa@orrick.com |
| ncoco@mwe.com | relgidely@gjb-law.com |
| neal.mann@oag.state.ny.us | rfleischer@pryorcashman.com |
| ned.schodek@shearman.com | rfrankel@orrick.com |
| newyork@sec.gov | rfriedman@silvermanacampora.com |
| nfurman@scottwoodcapital.com | rgmason@wlrk.com |
| Nherman@morganlewis.com | rgraham@whitecase.com |
| nissay_10259-0154@mhmjapan.com | rgraham@whitecase.com |
| nlepore@schnader.com | rhett.campbell@tklaw.com |

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| | |
|---|---|
| richard.lear@hklaw.com | schristianson@buchalter.com |
| richard.levy@lw.com | schwartzmatthew@sullcrom.com |
| richard.tisdale@friedfrank.com | scottshelley@quinnemanuel.com |
| ritkin@steptoe.com | scousins@armstrongteasdale.com |
| RJones@BoultCummings.com | sdnyecf@dor.mo.gov |
| RLevin@cravath.com | sehlers@armstrongteasdale.com |
| rmatzat@hahnhessen.com | sfelderstein@ffwplaw.com |
| rnetzer@willkie.com | sfineman@lchb.com |
| rnorton@hunton.com | sfox@mcguirewoods.com |
| robert.bailey@bnymellon.com | sgordon@cahill.com |
| robert.dombroff@bingham.com | sgubner@ebg-law.com |
| robert.henoch@kobrekim.com | shannon.nagle@friedfrank.com |
| robert.malone@dbr.com | sharbeck@sipc.org |
| Robert.yalen@usdoj.gov | shari.leventhal@ny.frb.org |
| robertdakis@quinnemanuel.com | shgross5@yahoo.com |
| Robin.Keller@Lovells.com | sidorsky@butzel.com |
| roger@rnagioff.com | slerner@ssd.com |
| ronald.silverman@bingham.com | slevine@brownrudnick.com |
| rqureshi@reedsmith.com | SLoden@DiamondMcCarthy.com |
| rreid@sheppardmullin.com | smayerson@ssd.com |
| rroupinian@outtengolden.com | smillman@stroock.com |
| rrussell@andrewskurth.com | smulligan@bsblawyers.com |
| rterenzi@stcwlaw.com | snewman@katskykorins.com |
| RTrust@cravath.com | sory@fdlaw.com |
| russj4478@aol.com | spiotto@chapman.com |
| rwasserman@cftc.gov | splatzer@platzerlaw.com |
| rwyron@orrick.com | squigley@lowenstein.com |
| s.minehan@aozorabank.co.jp | SRee@lcbf.com |
| sabin.willett@bingham.com | sselbst@herrick.com |
| sabramowitz@velaw.com | sshimshak@paulweiss.com |
| sagolden@hhlaw.com | steele@lowenstein.com |
| Sally.Henry@skadden.com | stephen.cowan@dlapiper.com |
| sandyscafaria@eaton.com | steve.ginther@dor.mo.gov |
| Sara.Tapinekis@cliffordchance.com | steven.troyer@commerzbank.com |
| sbernstein@hunton.com | steven.wilamowsky@bingham.com |
| scargill@lowenstein.com | Streusand@StreusandLandon.com |
| schannej@pepperlaw.com | susan.schultz@newedgegroup.com |
| Schepis@pursuitpartners.com | susheelkirpalani@quinnemanuel.com |
| schnabel.eric@dorsey.com | swolowitz@mayerbrown.com |

# LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com

wk@pwlawyers.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Name | Fax |
| --- | --- |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | 212-668-2255 |
| WHITE AND CASE LLP - ATTN ANDREW HAMMOND | 212-354-8113 |
| ROBBINS GELLER S RUDMAN D ROSENFELD | 631-367-1173 |
| ALAMEDA COUNTY TREASURER - ATTN CLAUDE F KOLM | 510-272-5020 |
| KIRKLAND AND ELLIS - ATTN RICHARD GOLDMAN | 212-446-4900 |
| KIRKLAND AND ELLIS - ATTN JAMES STEMPEL | 312-862-2200 |
| BROWN RUDNICK LLP - ATTN PETER JM DECLERCQ | 617-856-8201 |
| DEWEY AND LEBOEUF LLP - ATTN B BENNETT M WIENER | 213-621-6100 |
| SHEARMAN AND STERLING - W ROLL III D LAGUARDIA | 212-848-7179 |
| DAVIS POLK - M HUEBNER J WINDELS B RESNICK | 212-701-5800 |
| LINKLATERS LLP - MARTIN FLICS  PAUL HESSLER | 212-903-9100 |
| BINGHAM MCCUTCHEN - E SMITH S MAI | 617-951-8736 |
| LATHAM AND WATKINS LLP - M BROUDE B CONNELLY | 212-751-4864 |
| BROWN RUDNICK LLP - ATTN D MOLTON A DASH H STEEL | 212-209-4801 |
| KRAMER LEVIN - ATTN J TRACHTMAN C SIEGEL | 212-715-8000 |
| CHADBOURNE AND PARKE LLP - ATTN THOMAS HALL | 212-541-5369 |
| GIBSON DUNN - ROBERT KRAKOW | 214-571-2934 |
| MILBANK TWEED - STACEY RAPPAPORT | 212-530-5219 |
| MILBANK TWEED - DAVID COHEN | 202-835-7586 |
| AVRUM J ROSEN | 631-423-4536 |
| TROUTMAN SANDERS - BRETT GOODMAN | 212-704-5966 |
| BUCHANAN INGERSOLL - ELLIOT BLUMENTHAL | 212-440-4401 |
| KASOWITZ BENSON - JED BERGMAN | 212-506-1800 |
| KASOWITZ BENSON - MARC KASOWITZ | 212-506-1800 |
| KASOWITZ BENSON - SETH MOSKOWITZ | 212-506-1800 |
| HASS AND GOTTLIEB - LAWRENCE GOTTLIEB | 914-725-7724 |
| PAUL HASTINGS  - LUC DESPINS | 212-230-7771 |
| PAUL HASTINGS  - BRYAN KAPLAN | 212-230-5179 |
| CLEARY GOTTLIEB - BOAZ MORAG | 212-225-3999 |
| CADWALADER - G PETRICK I BAGBY D KRONENBERG | 212-504-6666 |
| KRAMER LEVIN - GREGORY HOROWITZ | 212-715-7571 |
| KRAMER LEVIN -AMY CATON | 212-715-8000 |

# EXHIBIT C

# LEHMAN BROTHERS HOLDINGS INC.

**SERVICE LIST**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007