**United States Bankruptcy Court**
**For the Southern District of New York**

In re Lehman Brothers Holdings, Inc.          Case No. 08-13555 (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED OR DEEMED FILED IN THIS CASE under 11 U.S.C. § 1111(a) against Lehman Brothers Holdings Inc. Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Successal Group LLC                          CCP Quantitative Master Fund Limited
Name of Transferee                           Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 67416
should be sent:                                  Amount of Claim being transferred:
                                                 $25,867,557
Successal Group LLC                              Full Claim amount (if Claim # is unknown):
c/o Richards Kibbe & Orbe                        $25,867,557
Attn: Larry Halperin                             Date Claim Filed:  28 March 2011
One World Financial Center
New York, New York 10281


Phone: 212.530.1870                          Phone:  00 44 1223 755 759
Last Four Digits of Acct. #_____    Last Four Digits of Acct.
                                             #_____
Name and Address where transferee payments
should be sent (if different from above):

Phone_____
Last Four Digits of Acct.

_____

I declare under penalty of perjury that the information provided in this notice in true and correct
to the best of my knowledge and belief.

By: _Richard Kibbe+Orbe LLP_          By: _____
as authorized signatory and not in its capacity    Name:
as legal counsel to Successal Group LLC    Title:

    Transferee/Transferee's Agent            Authorized Signatory of Transferor

Date: ___4/13/11_____          Date:_____

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years*
*or both. 18 Y.S.C. §§ 152 & 3571*

United States Bankruptcy Court
For the Southern District of New York

In re Lehman Brothers Holdings, Inc.          Case No. 08-13555 (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED OR DEEMED FILED IN THIS CASE under 11 U.S.C. §
1111(a) against Lehman Brothers Holdings Inc. Transferee hereby gives evidence and notice
pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the
claim referenced in this evidence and notice.

Successal Group LLC                          CCP Quantitative Master Fund Limited
Name of Transferee                           Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): 67416
should be sent:                                Amount of Claim being transferred:
                                              $25,867,557
Successal Group LLC                           Full Claim amount (if Claim # is unknown):
c/o Richards Kibbe & Orbe                     $25,867,557
Attn: Larry Halperin                          Date Claim Filed: 28 March 2011
One World Financial Center
New York, New York 10281


Phone: 212.530.1870                          Phone: 00 44 1223 755 759
Last Four Digits of Acct. #_____   Last Four Digits of Acct.
                                             #_____

Name and Address where transferee payments
should be sent (if different from above):

Phone_____
Last Four Digits of Acct.
_____

I declare under penalty of perjury that the information provided in this notice in true and correct
to the best of my knowledge and belief.

By:_____          By:_____
as authorized signatory and not in its capacity   Name: _chris pitt_
as legal counsel to Successal Group LLC   Title: _signatory_

     Transferee/Transferee's Agent          Authorized Signatory of Transferor

Date:_____           Date: _13.4.11_

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years
or both. 18 Y.S.C. §§ 152 & 3571*