ARNALL GOLDEN GREGORY LLP
171 17th Street N.W.
Suite 2100
Atlanta, Georgia 30363
(404) 873-8500
Darryl S. Laddin (DL-5130)
Frank N. White

Attorneys for SunTrust Banks, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : **08-13555 (JMP)**
: **(Jointly Administered)**
**Debtors.** :
:
------------------------------------------------------------------------x

**WITHDRAWAL OF NOTICE OF APPEARANCE**
**AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

PLEASE TAKE NOTICE that the undersigned attorneys, as counsel of record for SunTrust Banks, Inc. and its subsidiaries, hereby withdraw their appearance in this case and request that the undersigned be removed from the CM/ECF electronic notification list and any other service list in this case.

This 18th day of April, 2011.

3064393v1v1

Respectfully submitted,

ARNALL GOLDEN GREGORY LLP

/s/  Darryl S. Laddin
Darryl S. Laddin (GA Bar No. 460793)
Frank N. White (GA Bar No. 753377)
171 17th Street NW, Suite 2100
Atlanta, Georgia  30363-1031
(404) 873-8120
Attorneys for SunTrust Banks, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the Withdrawal of Notice of Appearance and Request for Removal from Service Lists by causing a copy of same to be deposited in the United States Mail, first-class postage prepaid, addressed as follows:

Harvey R. Miller
Jacqueline Marcus
Shai Waisman
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

James Tecce
Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

Paul Aronzon
Gregory A. Bray
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

Dennis F. Dunne
Luc A. Despins
Wilbur F. Foster, Jr.
Milbank, Tweed, Hadley & Mccloy LLP
1 Chase Manhattan Place
New York, NY 10005

This 18th day of April, 2011.

/s/ Darryl S. Laddin
Darryl S. Laddin

3064393v1