EXHIBIT C

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   <u>Case No. 08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

<u>ALTUNED HOLDINGS LLC</u>                          <u>Deutsche Bank AG, London Branch</u>
Name of Transferee                                  Name of Transferor
Name and Address where notices to transferee        Court Claim # (if known): <u>27640</u>
should be sent:                                     Amount of Claim Transferred: <u>$81,995,772.50</u>
                                                    Date Claim Filed: <u>9/22/09</u>
    ALTUNED HOLDINGS LLC                        Debtor: <u>Lehman Brothers Holdings Inc.</u>
    c/o Richards Kibbe & Orbe LLP
    Attn: Larry Halperin
    One World Financial Center
    New York, NY 10281

Phone: <u>212-530-1937</u>                              Phone: _____
Last Four Digits of Acct #: _____                Last Four Digits of Acct #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>Richards Kibbe + Orbe LLP</u>                    Date: <u>3/31/11</u>
   as authorized signatory and not its capacity as legal
   counsel to ALTUNED HOLDINGS LLC
   Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

656978v.2 445/01483                      - 12 -

# EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (Jointly administered) |
| CLAIM NO. | 27640 (the "Claim") (in part only – see below) |
| DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: | This Evidence of Transfer of Claim relates solely to the portion of Claim No. 27640 as relates to that certain German Master Agreement ("Rahmenvertrag für Finanztermingeschäfte") between Lehman Brothers International (Europe) and Eurohypo AG (formerly "Hypothekenbank in Essen AG") dated 12 February 2003, and the Guarantee given by Debtor with respect thereto dated 18 February 2003, as referred to in Claim No. 27640 as being in the principal amount of USD 163,991,655.40 (the "USD 163,991,655.40 Claim"). In particular, this Evidence of Transfer relates to the transfer of an undivided interest to the extent only of USD 81,995,772.50 or a 50% share of the USD 163,991,655.40 Claim (the "Transferred Portion of the Claim"). |

It is herby certified that **DEUTSCHE BANK AG, LONDON BRANCH** ("Seller") has, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged), unconditionally and irrevocably sold, transferred and assigned unto:

**ALTUNED HOLDINGS LLC**
c/o Richards Kibbe & Orbe LLP
Attn: Larry Halperin
One World Financial Center
New York, NY 10281

("Buyer"), by agreement dated 30 March 2011, all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Transferred Portion of the Claim.

Seller hereby waives any objection to the transfer of the Transferred Proportion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 31st day of March 2011

| Deutsche Bank AG, London Branch | ALTUNED HOLDINGS LLC |
|---|---|
| Name: | Richards Kibbe + Orbe LLP |
| Title: Ross Miller, Director | as authorized signatory and not its capacity as legal counsel to ALTUNED HOLDINGS LLC |

- 2 -