UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
: 
In re                                                      :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                               :
                                    Debtors.             :    (Jointly Administered)
                                                               :
---------------------------------------------------------------------x

### ORDER COMPELLING THE AD HOC GROUP OF
### LEHMAN BROTHERS CREDITORS TO COMPLY WITH FEDERAL
### RULE OF BANKRUPTCY PROCEDURE 2019 AND RELATED RELIEF

Upon the motion, dated March 30, 2011 [Docket No. 15461] (the "Motion"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), to compel full compliance of the Ad Hoc Group of Lehman Brothers Creditors (the "Ad Hoc Group") with Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), all as more fully described in the Motion, the Limited Objection of the Ad Hoc Group [Docket No. 15746], and the Debtors' Reply in further support of the Motion [Docket No. 15814]; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the second amended order entered on

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

June 17, 2010 governing case management and administrative procedures [Docket No. 9635] to (i) the United States Trustee for Region 2; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; and (vi) all parties who have requested notice in these chapter 11 cases; and it appearing that no other or further notice need be provided; and the Court having held a hearing on April 13, 2011 (the "Hearing") to consider the Motion; and the Court having determined the relief sought in the Motion is in the best interests of the administration of the chapter 11 cases, and the legal and factual bases set forth in the Motion establish just cause for the relief granted; and after due deliberation and sufficient cause appearing therefor, it is

      ORDERED that, for the reasons stated by the Court on the record of the Hearing, the Motion is granted; and it is further

      ORDERED that the Ad Hoc Group shall comply with the requirements of Bankruptcy Rule 2019 and file with the Court as promptly as is practicable in accordance with the Court's statements on the record of the Hearing, at a minimum, the following information: (1) the names and addresses of the members of the Ad Hoc Group; (2) the nature of the claims and interests held by the members of the Ad Hoc Group; (3) the amounts paid for the claims and interests held by the members of the Ad Hoc Group; (4) the date of acquisition of the claims and interests held by the members of the Ad Hoc Group; (5) the details of any disposition of the claims and interests held by the members of the Ad Hoc Group; (6) a recital of the pertinent facts and circumstances in connection with the formation of the Ad Hoc Group and the name or names of the entity or entities at whose instance, directly or indirectly, the Ad Hoc Group was formed;

and (7) a copy of the instrument whereby the Ad Hoc Group is empowered to act; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York
April 18, 2011

    *s/ James M. Peck*
UNITED STATES BANKRUPTCY JUDGE