HEARING DATE AND TIME: June 2, 2011 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: May 18, 2011 at 4:00 p.m. (Eastern Time)

---

**THIS OBJECTION SEEKS TO PARTIALLY REDUCE, RECLASSIFY, AND ALLOW CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS NOTICE OF ONE HUNDRED TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                   :        **Chapter 11 Case No.**
                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :        **08-13555 (JMP)**
                                        :
                        Debtors.        :        **(Jointly Administered)**
------------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (PARTIALLY SETTLED GUARANTEE CLAIMS)**

    **PLEASE TAKE NOTICE** that on April 18, 2011, Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), filed their one hundred twenty-sixth omnibus objection

to claims (the "Debtors' One Hundred Twenty-Sixth Omnibus Objection to Claims"), and that a

US_ACTIVE:\43680578\03\58399.0008

hearing (the "<u>Hearing</u>") to consider the Debtors' One Hundred Twenty-Sixth Omnibus Objection

to Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in

Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, New York, New York 10004, on **June 2, 2011 at 10:00 a.m. (Eastern**

**Time),** or as soon thereafter as counsel may be heard.

        **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' One

Hundred Twenty-Sixth Omnibus Objection to Claims must be in writing, shall conform to the

Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall

be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399

(which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's

filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark

Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street,

21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini,

Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured

creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan

Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and

Evan Fleck, Esq.); so as to be so filed and received by no later than **May 18, 2011 at 4:00 p.m.**

**(Eastern Time)** (the "Response Deadline").

PLEASE TAKE FURTHER NOTICE that if no responses are timely filed and

served with respect to the Debtors' One Hundred Twenty-Sixth Omnibus Objection to Claims or

any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the

Bankruptcy Court an order substantially in the form of the proposed order annexed to the

Debtors' One Hundred Twenty-Sixth Omnibus Objection to Claims, which order may be entered

with no further notice or opportunity to be heard offered to any party.

Dated: April 18, 2011
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

US_ACTIVE:\43680578\03\58399.0008

HEARING DATE AND TIME: June 2, 2011 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: May 18, 2011 at 4:00 p.m. (Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

------------------------------------------------------------------x

**DEBTORS' ONE HUNDRED TWENTY-SIXTH OMNIBUS**
**OBJECTION TO CLAIMS (PARTIALLY SETTLED GUARANTEE CLAIMS)**

---

**THIS OBJECTION SEEKS TO PARTIALLY REDUCE, RECLASSIFY, AND ALLOW CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS NOTICE OF ONE HUNDRED TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), respectfully represent as follows:

**Relief Requested**

1.       The Debtors file this one hundred twenty-sixth omnibus objection

to claims (the "One Hundred Twenty-Sixth Omnibus Objection to Claims"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this

Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664],

seeking to reduce, reclassify (in certain instances), and allow, in part, the claims listed on

Exhibit A annexed hereto.[1]

2.       The Debtors have determined that portions of the proofs of claim

listed on Exhibit A (collectively, the "Partially Settled Guarantee Claims") should be

reduced, reclassified (in certain instances), and allowed in accordance with the parties'

settlement agreements.  Exhibit A sets forth which portion of the Partially Settled

Guarantee Claims will be reduced, reclassified (in certain instances), and allowed, as well

as which portion of the Partially Settled Guarantee Claims remains unresolved.

3.       The Partially Settled Guarantee Claims assert, in part, guarantee

claims against LBHI for derivatives contracts that the relevant counterparty entered into

---

[1] Not all claims listed on Exhibit A require reclassification.  Exhibit A sets forth which specific portion of
each claim will be reclassified as a non-priority general unsecured claim pursuant to the parties' agreement.

US_ACTIVE:\43680578\03\58399.0008

with Lehman Brothers Special Financing, Inc. ("LBSF").  Pursuant to this Court's order

approving procedures for the settlement or assumption and assignment of prepetition

derivatives contracts (the "December Order") [Docket No. 2257], claimants and the

Debtors have negotiated settlements of disputes related to derivatives claims, including

claim amounts and classifications.  These settlements are reflected in executed

termination agreements among the relevant parties or have been agreed to by the relevant

parties in other writings.  The portion of each Partially Settled Guarantee Claim that

relates to LBHI's alleged guarantee of LBSF's derivatives contracts (the "LBSF

Portion") has been settled, and the Partially Settled Guarantee Claims are not consistent

with the terms of such settlements.  The Debtors, therefore, request that the Court reduce,

reclassify (as appropriate), and allow the LBSF Portion of each Partially Settled

Guarantee Claim to reflect the amount listed on Exhibit A under the column heading

*"Allowed Portion of Claim –-Amount,"* and the classification listed under the column

heading *"Allowed Portion of Claim – Class."*  The Debtors further request that the Court

allow each such Partially Settled Guarantee Claim only to the extent of such Allowed

Class and Allowed Amount.

    4.  This One Hundred Twenty-Sixth Omnibus Objection to Claims

does not affect the portion of each Partially Settled Guarantee Claim set forth on Exhibit

A under the column heading *"Unresolved Portion of Claim"* (the "Non-LBSF Portion")

and does not constitute any admission or finding with respect thereto.  The Non-LBSF

Portions of the Partially Settled Guarantee Claims have not been settled.  The Debtors

reserve all their rights to object on any basis to the Non-LBSF Portion of each Partially

US_ACTIVE:\43680578\03\58399.0008

Settled Guarantee Claim that is set forth on <u>Exhibit A</u> under the column heading

*"Unresolved Portion of Claim."*

## <u>Jurisdiction</u>

5.      This Court has jurisdiction to consider this matter pursuant to

28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## <u>Background</u>

6.      Commencing on September 15, 2008, and periodically thereafter,

LBHI and certain of its subsidiaries commenced with this Court voluntary cases under

chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been

consolidated for procedural purposes only and are being jointly administered pursuant to

Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and

manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of

the Bankruptcy Code.

7.      On September 17, 2008, the United States Trustee for Region 2

(the "<u>U.S. Trustee</u>") appointed the statutory committee of unsecured creditors pursuant to

section 1102 of the Bankruptcy Code (the "<u>Creditors' Committee</u>").

8.      On December 16, 2008, the Court entered the December Order,

which approved and established specific procedures by which the Debtors could settle

claims arising from the termination of prepetition derivatives contracts.

9.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas

as Examiner in the above-captioned chapter 11 cases (the "<u>Examiner</u>") and by order,

dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's

4

appointment of the Examiner.  The Examiner has filed his report pursuant to section

1106(b) of the Bankruptcy Code [Docket No. 7531].

10.    On January 14, 2010, the Court entered the Procedures Order,

which authorizes the Debtors, among other things, to file omnibus objections to no more

than 500 claims at a time, on various grounds, including those set forth in Bankruptcy

Rule 3007(d) and those additional grounds set forth in the Procedures Order.

### The Partially Settled Guarantee Claims
### Should Be Reduced, Reclassified, and Allowed in Part

11.    In their review of the claims filed on the claims register in these

cases, the Debtors have identified the Partially Settled Guarantee Claims as being claims

for which the Debtors specifically negotiated a settlement with the claimants resolving

the LBSF Portion of said claim for a claim amount and (in certain cases) classification

that is not the amount and/or classification that is reflected on that claimants' proof of

claim.

12.    A filed proof of claim is "deemed allowed, unless a party in

interest . . . objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the

claim's essential allegations is asserted, the claimant has the burden to demonstrate the

validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009);

*In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS

660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524,

539 (Bankr. S.D.N.Y. 2000).

13.    The Partially Settled Guarantee Claims assert guarantee claims

against LBHI that relate, in part, to derivatives contracts between LBSF and the

5

applicable counterparty.  Pursuant to the December Order, the Debtors engaged in

negotiations with certain claimants that had filed proofs of claim against the Debtors

asserting obligations based on prepetition derivatives contracts.  The Debtors and these

claimants negotiated and agreed to claim amounts and (in certain instances)

classifications to resolve those proofs of claim, including guarantee claims related

thereto, that are documented in an executed termination agreement or other writing.

Pursuant to certain of those settlements, the LBSF Portions of the Partially Settled

Guarantee Claims were resolved.  However, the agreed-upon claim amounts and

classifications for the LBSF Portion of the Partially Settled Guarantee Claims are not

reflected on the proof of claim forms filed by these claimants.

         14.      The holders of the Partially Settled Guarantee Claims agreed that

the LBSF Portion of their claim would be allowed in the reduced amounts and

classifications that are reflected on <u>Exhibit A</u> under the column headings *"Allowed

Portion of Claim -- Class"* and *"Allowed Portion of Claim -- Amount."*  The Debtors are

seeking only to reduce and reclassify the LBSF Portion of the Partially Settled Guarantee

Claims where the claimant's proof of claim is not consistent with such claimant's

settlement agreement.

         15.      In order to properly reflect the Debtors' and claimants' agreements

with respect to the amount and classification of the LBSF Portion of the Partially Settled

Guarantee Claims, the Debtors request that the Court reduce and reclassify (as

appropriate) the LBSF Portion of such Partially Settled Guarantee Claim to reflect the

amount listed under the column heading *"Allowed Portion of Claim -- Amount,"* and the

classification under the column heading *"Allowed Portion of Claim -- Class."*  The

6

Debtors further request that the Court allow the LBSF Portion of each Partially Settled Guarantee Claim only to the extent of such modified classification and amount listed on Exhibit A under the column headings *"Allowed Portion of Claim -- Class"* and *"Allowed Portion of Claim -- Amount."* Finally, the Debtors reserve all their rights to object on any basis to the Non-LBSF Portion of each Partially Settled Guarantee Claim that is set forth on Exhibit A under the column heading *"Unresolved Portion of Claim."*

## Notice

16.     No trustee has been appointed in these chapter 11 cases. The Debtors have served notice of this One Hundred Twenty-Sixth Omnibus Objection to Claims on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635]. The Debtors submit that no other or further notice need be provided.

17.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

7

WHEREFORE the Debtors respectfully request that the Court grant the

relief requested herein and such other and further relief as is just.

Dated:  April 18, 2011
        New York, New York

                                        /s/ Robert J. Lemons
                                        Robert J. Lemons

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 126: EXHIBIT A – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 1 | ABU DHABI INVESTMENT AUTHORITY ATTN: EXECUTIVE DIRECTOR - TREASURY 211 CORNICHE, P.O. BOX 3600 ABU DHABI, UNITED ARAB EMIRATES | 15651 | Lehman Brothers Holdings Inc. | Unsecured | $1,497,646.72 | Unsecured | $6,688.68 | Unsecured | $1,490,958.04 |
| 2 | ABU DHABI RETIREMENT PENSIONS & BENEFITS FUND PIMCO ATTN: INVESTMENT DEPARTMENT P.O. BOX 3122 ABU DHABI, UNITED ARAB EMIRATES | 15539 | Lehman Brothers Holdings Inc. | Unsecured | $70,150.10 | Unsecured | $7,789.58 | Unsecured | $62,360.52 |
| 3 | ALEPPA FUNDING I LLC C/O GLOBAL SECURITIZATION SERVICES, LLC 445 BROAD HOLLOW ROAD SUITE 239 NEW YORK, NY 11747 | 26546 | Lehman Brothers Holdings Inc. | Unsecured | $217,722.64 | Unsecured | $210,820.96 | Unsecured | $6,901.68 |
| 4 | BANK OF ESTONIA ESTONIA PST 13 TALLINN, 15095 ESTONIA | 42197 | Lehman Brothers Holdings Inc. | Unsecured | $115,512.22 | Unsecured | $66,356.52 | Unsecured | $49,155.70 |
| 5 | BARLOWORLD PENSION TRUST LIMITED STATESMAN HOUSE STAFFERTON WAY MAIDENHEAD BERKSHIRE, 5L6 1AD | 11384 | Lehman Brothers Holdings Inc. | Unsecured | $90,615.76 | Unsecured | $56,715.98 | Unsecured | $33,899.78 |

* - Indicates claim contains unliquidated and/or undetermined amounts
† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 126: EXHIBIT A – PARTIALLY SETTLED GUARANTEE CLAIMS**

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 6 | BMW (UK) TRUSTEES LIMITED ATTN: BARRY BETTS PO BOX 10277 ALBERT STREET REDDITCH, B97 4WA UNITED KINGDOM | 11483 | Lehman Brothers Holdings Inc. | Unsecured | $146,107.81 | Unsecured | $54,700.42 | Unsecured | $91,407.39 |
| 7 | BOARD OF THE PENSION PROTECTION FUND, THE C/O FIELD FISHER WATERHOUSE LLP REF: EAM/EJA 35 VINE STREET LONDON, EC3N 2AA UNITED KINGDOM | 17246 | Lehman Brothers Holdings Inc. | Unsecured | $409,939.59 | Unsecured | $175,342.77 | Unsecured | $234,596.82 |
| 8 | CAPITAL GUIDANCE (FUND) LTD. UGLAND HOUSE, SOUTH CHURCH STREET GEORGETOWN, CAYMAN ISLANDS | 13048 | Lehman Brothers Holdings Inc. | Unsecured | $64,937.00 | Unsecured | $45,353.93 | Unsecured | $19,583.07 |
| 9 | DS SMITH PENSION TRUSTEES LIMITED, AS TRUSTEE OF THE DS SMITH GROUP PENSION SCHEME DS SMITH PLC, BEECH HOUSE, WHITEBROOK PARK 68 LOWER COOKHAM ROAD, MAIDENHEAD BERKSHIRE, SL6 8XY UNITED KINGDOM | 11399 | Lehman Brothers Holdings Inc. | Unsecured | $252,929.18 | Unsecured | $95,097.29 | Unsecured | $157,831.89 |
| 10 | EMBARQ MASTER RETIREMENT TRUST 5454 W. 110TH STREET OVERLAND PARK, KS 66211 | 18605 | Lehman Brothers Holdings Inc. | Unsecured | $349,567.95 | Unsecured | $310,695.09 | Unsecured | $38,872.86 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 126: EXHIBIT A – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 11 | EMI GROUP PENSION TRUSTEES LTD. 27 WRIGHTS LANE LONDON, W8 5SW UNITED KINGDOM | 25870 | Lehman Brothers Holdings Inc. | Unsecured | $39,378.74 | Unsecured | $23,044.95 | Unsecured | $16,333.79 |
| 12 | EQUITY TRUSTEES LIMITED ATF PIMCO GLOBAL BOND FUND HARVEY H KALMAN LEVEL 2, 575 BOURKE STREET MELBOURE, VIC, 3000 AUSTRALIA | 11135 | Lehman Brothers Holdings Inc. | Unsecured | $127,374.83 | Unsecured | $102,552.38 | Unsecured | $24,822.45 |
| 13 | EQUITY TRUSTEES LIMITED ATF PIMCO GLOBAL REAL RETURN FUND HARVEY H. KALMAN LEVEL 2, 575 BOURKE STREET MELBOURE, VIC, 3000 AUSTRALIA | 11138 | Lehman Brothers Holdings Inc. | Unsecured | $1,645,820.90 | Unsecured | $992,532.45 | Unsecured | $653,288.45 |
| 14 | EURO BOND FUND - (#1691) PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN, 2 IRELAND | 16347 | Lehman Brothers Holdings Inc. | Unsecured | $2,042,504.03 | Unsecured | $401,052.32 | Unsecured | $1,641,451.71 |
| 15 | FUNDO DE PENSOES ALAMEDA DR. CARLOS D' ASSUMPCAO NOS. 181-187 CENTRO COMERCIAL BRILHANTISMO, 20TH ANDAR MACAU, MACAU | 10658 | Lehman Brothers Holdings Inc. | Unsecured | $135,509.00 | Unsecured | $128,336.20 | Unsecured | $7,172.80 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 126: EXHIBIT A – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 16 | GA FUND L BOND ACTIVE WORLD TP (SICAN) 50 AVENUE J.F. KENNEDY LUXEMBOURG, L 2951 LUXEMBOURG | 24999 | Lehman Brothers Holdings Inc. | Unsecured | $356,020.97 | Unsecured | $174,801.28 | Unsecured | $181,219.69 |
| 17 | GLOBAL BOND FUND (#699) PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN, 2 IRELAND | 18590 | Lehman Brothers Holdings Inc. | Unsecured | $775,794.59 | Unsecured | $158,427.82 | Unsecured | $617,366.77 |
| 18 | GLOBAL REAL RETURN FUND (#3693) PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2, IRELAND | 18588 | Lehman Brothers Holdings Inc. | Unsecured | $811,974.01 | Unsecured | $479,264.79 | Unsecured | $332,709.22 |
| 19 | GOVERNMENT EMPLOYEES SUPERANNUATION BOARD ATTN: ALAN CHAPPEL LEVEL 4, CENTRAL PARK 152 ST GEORGE'S TERRACE PERTH, WA 6000 AUSTRALIA | 10248 | Lehman Brothers Holdings Inc. | Unsecured | $76,908.44 | Unsecured | $17,139.33 | Unsecured | $59,769.11 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 126: EXHIBIT A – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 20 | GREAT EASTERN LIFE ASSURANCE COMPANY LIMITED ATTENTION MERVYN GOH 1 PICKERING STREET # 13-01 GREAT EASTERN CENTRE, 048659 SINGAPORE | 25325 | Lehman Brothers Holdings Inc. | Unsecured | $243,933.99 | Unsecured | $54,995.49 | Unsecured | $188,938.50 |
| 21 | HIGH YIELD BOND FUND - (#696) PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE, UPPER HATCH STREET DUBLIN, 2 IRELAND | 16322 | Lehman Brothers Holdings Inc. | Unsecured | $762,476.48 | Unsecured | $255,476.48 | Unsecured | $507,000.00 |
| 22 | IBM GLOBAL STRATEGY FUND ATTN: NEIL BULL PO BOX 41, NORTH HARBOUR PORTSMOUTH, PO6 3AU UNITED KINGDOM | 19927 | Lehman Brothers Holdings Inc. | Unsecured | $635,066.13 | Unsecured | $285,375.92 | Unsecured | $349,690.21 |
| 23 | LAND TRANSPORT AUTHORITY ATTN: ALICE TAN GUONG KHIM NO. 1 HAMPSHIRE ROAD , 219428 SINGAPORE | 14326 | Lehman Brothers Holdings Inc. | Unsecured | $99,901.95 | Unsecured | $93,731.34 | Unsecured | $6,170.61 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 126: EXHIBIT A – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 24 | MARS PENSION TRUSTEES LIMITED PIMCO  ACCOUNT NUMBER 1440 ATTN: RIANNE STEENBERGEN MARS NEDERLAND BV TAYLORWEG 5 VEGHEL, 5466 AE | 25245 | Lehman Brothers Holdings Inc. | Unsecured | $77,459.97 | Unsecured | $14,751.63 | Unsecured | $62,708.34 |
| 25 | MINNESOTA STATE BOARD OF INVESTMENT C/O ASSISTANT ATTORNEY GENERAL JEREMEY D EIDEN OFFICE OF THE MINNESOTA ATTORNEY GENERAL 445 MINNESOTA STREET, SUITE 900 SAINT PAUL, MN 55101-2127 | 19851 | Lehman Brothers Holdings Inc. | Unsecured | $160,380.40 | Unsecured | $69,144.73 | Unsecured | $91,235.67 |
| 26 | OFID - OPEC FUND FOR INTERNATIONAL DEVELOPMENT PARKRING 8 VIENNA, 1010 AUSTRIA | 13950 | Lehman Brothers Holdings Inc. | Unsecured | $465,699.01 | Unsecured | $292,842.78 | Unsecured | $172,856.23 |
| 27 | PAUL HAMLYN FOUNDATION 18 QUEEN ANNE'S GATE LONDON, SWIH 9AA UNITED KINGDOM | 9637 | Lehman Brothers Holdings Inc. | Unsecured | $464,239.43 | Unsecured | $361,173.94 | Unsecured | $103,065.49 |
| 28 | PENSION FUND OF THE CHRISTIAN CHURCH (DISCIPLES OF CHRIST), INC. ATTN: DAVID STONE 130 EAST WASHINGTON STREET INDIANAPOLIS, IN 46204 | 14381 | Lehman Brothers Holdings Inc. | Unsecured | $55,357.83 | Unsecured | $38,103.61 | Unsecured | $17,254.22 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 126: EXHIBIT A – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 29 | PIMCO ABSOLUTE RETURN STRATEGY II CAYMAN UNIT TRUST (#4902) ATTN: RICHARD LEBRUN BUTTERFIELD HOUSE FORT STREET, P.O. BOX 2330 SUITE 100 GEORGETOWN, CAYMAN ISLANDS | 22752 | Lehman Brothers Holdings Inc. | Unsecured | $492,637.82 | Unsecured | $372,041.81 | Unsecured | $120,596.01 |
| 30 | PIMCO ABSOLUTE RETURN STRATEGY II MASTER FUND LDC (4802) ATTN: RICHARD LEBRUN WALKERS FUND SERVICES LIMITED 87 MARY STREET GEORGE TOWN GRAND CAYMAN, KY1-9002 CAYMAN ISLANDS | 24553 | Lehman Brothers Holdings Inc. | Unsecured | $599,077.32 | Unsecured | $224,770.87 | Unsecured | $374,306.45 |
| 31 | PIMCO ABSOLUTE RETURN STRATEGY III - (#4803) ATTN: RICHARD LEBRUN WALKERS FUND SERVICES LIMITED 87 MARY STREET GEORGE TOWN GRAND CAYMAN, KY1-9002 CAYMAN ISLANDS | 25449 | Lehman Brothers Holdings Inc. | Unsecured | $4,035,316.20 | Unsecured | $2,991,900.46 | Unsecured | $1,043,415.74 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 126: EXHIBIT A – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 32 | PIMCO ABSOLUTE RETURN STRATEGY IV EFUND - (#4899) PIMCO OFFSHORE FUNDS ATTN: RICHARD LEBRUN 87 MARY STREET GEORGE TOWN GRAND CAYMAN, KY1-9002 CAYMAN ISLANDS | 25421 | Lehman Brothers Holdings Inc. | Unsecured | $5,827,685.77 | Unsecured | $5,511,553.85 | Unsecured | $316,131.92 |
| 33 | PIMCO ABSOLUTE RETURN STRATEGY IV MASTER FUND LDC (#3199) ATTN: RICHARD LEBRUN WALKERS FUND SERVICES LIMITED 87 MARY STREET GEORGETOWN, GRAND CAYMAN, KY1-9002 CAYMAN ISLANDS | 25555 | Lehman Brothers Holdings Inc. | Unsecured | $11,376,446.65 | Unsecured | $8,482,314.71 | Unsecured | $2,894,131.94 |
| 34 | PIMCO ABSOLUTE RETURN STRATEGY V ALPHA FUND - (#4942) PIMCO OFFSHORE FUNDS ATTN: RICHARD LEBRUN 87 MARY STREET, GEORGE TOWN GRAND CAYMAN, KY1-9002 CAYMAN ISLANDS | 25641 | Lehman Brothers Holdings Inc. | Unsecured | $595,888.01 | Unsecured | $191,109.93 | Unsecured | $404,778.08 |
| 35 | PIMCO BERMUDA FOREIGN LOW DURATION FUND - (#2742) PIMCO BERMUDA TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN, CAYMAN ISLANDS | 22724 | Lehman Brothers Holdings Inc. | Unsecured | $403,903.51 | Unsecured | $396,872.26 | Unsecured | $7,031.25 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 126: EXHIBIT A – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 36 | PIMCO BERMUDA GLOBAL HIGH YIELD FUND II - (# 3761) PIMCO BERMUDA TRUST IV ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN, CAYMAN ISLANDS | 22499 | Lehman Brothers Holdings Inc. | Unsecured | $92,698.99 | Unsecured | $67,348.99 | Unsecured | $25,350.00 |
| 37 | PIMCO BERMUDA US LOW DURATION FUND- (2741) PIMCO BERMUDA TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN, CAYMAN ISLANDS | 22500 | Lehman Brothers Holdings Inc. | Unsecured | $94,367.06 | Unsecured | $66,440.78 | Unsecured | $27,926.28 |
| 38 | PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN BOND FUND - (#2755) PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN, CAYMAN ISLANDS | 25426 | Lehman Brothers Holdings Inc. | Unsecured | $403,927.80 | Unsecured | $89,044.27 | Unsecured | $314,883.53 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 126: EXHIBIT A – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 39 | PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN INCOME FUND - (#2763) PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN, CAYMAN ISLANDS | 24438 | Lehman Brothers Holdings Inc. | Unsecured | $705,147.10 | Unsecured | $125,307.25 | Unsecured | $579,839.85 |
| 40 | PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN YEN-HEDGED BOND FUND II-2759 PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 SUITE 100 GEORGETOWN, CAYMAN ISLANDS | 25557 | Lehman Brothers Holdings Inc. | Unsecured | $64,568.51 | Unsecured | $8,030.78 | Unsecured | $56,537.73 |
| 41 | PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN YEN-HEDGED INCOME FUND 2781 PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET PO BOX 2330 GEORGETOWN, CAYMAN ISLANDS | 24467 | Lehman Brothers Holdings Inc. | Unsecured | $21,724.05 | Unsecured | $1,207.83 | Unsecured | $20,516.22 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 126: EXHIBIT A – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 42 | PIMCO CAYMAN GLOBAL EX-JAPAN BOND (#2730) PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN, CAYMAN ISLANDS | 22275 | Lehman Brothers Holdings Inc. | Unsecured | $483,912.25 | Unsecured | $70,982.05 | Unsecured | $412,930.20 |
| 43 | PIMCO COMBINED ALPHA STRATEGIES MASTER FUND LDC ATTN: RICHARD LEBRUN WALKERS FUND SERVICES LIMITED 87 MARY STREET GEORGE TOWN, GRAND CAYMAN, KYI-9002 CAYMAN ISLANDS | 25626 | Lehman Brothers Holdings Inc. | Unsecured | $2,833,324.40 | Unsecured | $1,544,466.12 | Unsecured | $1,288,858.28 |
| 44 | PIMCO COVERTIBLE FUND- (#761) PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH, CA 92660 | 18611 | Lehman Brothers Holdings Inc. | Unsecured | $273,778.66 | Unsecured | $20,278.66 | Unsecured | $253,500.00 |
| 45 | PIMCO EMERGING MARKETS BOND FUND (M) - (#2737) PIMCO BERMUDA TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET PO BOX 2330 GEORGETOWN, CAYMAN ISLANDS | 33416 | Lehman Brothers Holdings Inc. | Unsecured | $551,577.49 | Unsecured | $313,974.80 | Unsecured | $237,602.69 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 126: EXHIBIT A – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 46 | PIMCO GLOBAL BOND FUND (US DOLLAR-HEDGED) (#785) PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH, CA 92660 | 18598 | Lehman Brothers Holdings Inc. | Unsecured | $97,335.35 | Unsecured | $60,311.65 | Unsecured | $37,023.70 |
| 47 | PIMCO GLOBAL STOCKS PLUS & INCOME FUND (# 429) ATTN: BRIAN SHLISSEL 1345 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK, NY 10105 | 13038 | Lehman Brothers Holdings Inc. | Unsecured | $433,324.09 | Unsecured | $431,927.23 | Unsecured | $1,396.86 |
| 48 | PRIMONE INC. AKARA BULDING, 24 DE CASTRO STREET WICKHAMS CAY I, ROAD TOWN TORTOLA, VIRGIN ISLANDS (BRITISH) | 16053 | Lehman Brothers Holdings Inc. | Unsecured | $137,479.72 | Unsecured | $31,915.83 | Unsecured | $105,563.89 |
| 49 | PSEG INC. MASTER RETIREMENT TRUST ATTN: PETER CARUSO 80 PARK PLAZA T6B NEWARK, NJ 07102 | 13755 | Lehman Brothers Holdings Inc. | Unsecured | $89,361.20 | Unsecured | $24,199.89 | Unsecured | $65,161.31 |
| 50 | RBC DEXIA INVESTOR SERVICES TRUST AS TRUSTEE FOR RBC CANADIAN MASTER TRUST PO BOX 7500, STATION A TORONTO, ON MSW 1P9 CANADA | 24338 | Lehman Brothers Holdings Inc. | Unsecured | $599,086.18 | Unsecured | $369,075.69 | Unsecured | $230,010.49 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 126: EXHIBIT A – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 51 | SALVATION ARMY, THE A NEW YORK RELIGIOUS & CHARITABLE CORPORATION 440 WEST NYACK ROAD P.O. BOX C-435 WEST NYACK, NY 10994 | 17606 | Lehman Brothers Holdings Inc. | Unsecured | $1,380,341.16 | Unsecured | $1,252,090.02 | Unsecured | $128,251.14 |
| 52 | SCHLUMBERGER MASTER PROFIT SHARING TRUST 5599 SAN FELIPE, 17TH FLOOR HOUSTON, TX 77056 | 13745 | Lehman Brothers Holdings Inc. | Unsecured | $378,280.64 | Unsecured | $249,715.78 | Unsecured | $128,564.86 |
| 53 | STATE STREET CAYMAN TRUST COMPANY, LTD. TTEE OF GLOBAL LIBOR ALPHA CAYMAN UNIT TRUST, IN REPSECT OF ITS SERIES TRUST, PACIFIC LIBOR ALPHA CAYMAN UNIT TRUST 45 MARKET STEET, STE 3206A GARDENIA COURT CAMANA BAY, KY1 1205 CAYMAN ISLANDS | 12766 | Lehman Brothers Holdings Inc. | Unsecured | $14,625,584.84 | Unsecured | $13,203,475.44 | Unsecured | $1,422,109.40 |
| 54 | TECOMARA N.V. C/O HSBC SECURITIES SERVICES (BERMUDA) LIMITED, AS MANAGING DIRECTOR 6 FRONT STREET HAMILTON, HM 11 BERMUDA | 15381 | Lehman Brothers Holdings Inc. | Unsecured | $530,211.46 | Unsecured | $474,358.91 | Unsecured | $55,852.55 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 126: EXHIBIT A – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 55 | THE TARGET PORTFOLIO TRUST, ON BEHALF OF THE INT'L BOND PORTFOLIO ATTN: M. SADIQ PESHIMAM PRUDENTIAL INVESTMENTS 100 MULBERRY STREET NEWARK, NJ 07102 | 13949 | Lehman Brothers Holdings Inc. | Unsecured | $54,645.73 | Unsecured | $7,788.85 | Unsecured | $46,856.88 |
| 56 | TR2 CAYMAN FUND REGATTA OFFICE PARK WINDWARD 1, FIRST FLOOR PO BOX 31371 GRAND CAYMAN, KY1-1206 CAYMAN ISLANDS | 32261 | Lehman Brothers Holdings Inc. | Unsecured | $1,176,087.76 | Unsecured | $896,617.17 | Unsecured | $279,470.59 |
| 57 | UK STERLING INFLATION-LINKED FUND - (#3689) PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE, UPPER HATCH STREET DUBLIN, 2 IRELAND | 16174 | Lehman Brothers Holdings Inc. | Unsecured | $545,931.32 | Unsecured | $104,002.01 | Unsecured | $441,929.31 |
| 58 | UK STERLING INVESTMENT GRADE CREDIT FUND (#4690) PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN, 2 IRELAND | 16081 | Lehman Brothers Holdings Inc. | Unsecured | $282,130.87 | Unsecured | $84,631.20 | Unsecured | $197,499.67 |

* - Indicates claim contains unliquidated and/or undetermined amounts                                                    Page 14 of 15

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 126: EXHIBIT A – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 59 | UK STERLING LONG AVERAGE DURATION FUND - (#4683) PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE, UPPER HATCH STREET DUBLIN 2, IRELAND | 18609 | Lehman Brothers Holdings Inc. | Unsecured | $2,337,060.32 | Unsecured | $1,868,614.24 | Unsecured | $468,446.08 |
| 60 | VERIZON MASTER SAVINGS TRUST C/O VERIZON INVESTMENT MGMT. CORP. 1 VERIZON WAY BASKING RIDGE, NJ 07920 | 32378 | Lehman Brothers Holdings Inc. | Unsecured | $170,279.89 | Unsecured | $38,394.51 | Unsecured | $131,885.38 |
| | TOTAL | | | | $63,884,051.79 | | $44,547,072.50 | | $19,336,979.29 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

Page 15 of 15

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                           :        **Chapter 11 Case No.**
                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :        **08-13555 (JMP)**
                                                :
                              **Debtors.**      :        **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' ONE HUNDRED TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (PARTIALLY SETTLED GUARANTEE CLAIMS)

Upon the one hundred twenty-sixth omnibus objection to claims, dated April 18, 2011 (the "One Hundred Twenty-Sixth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking to partially reduce, reclassify (in certain instances), and allow the LBSF Portion of the Partially Settled Guarantee Claims on the grounds that the Debtors and claimants have agreed upon a claim amount and, in certain instances, a classification for the LBSF Portion of the Partially Settled Guarantee Claim that is not currently reflected on claimants' proofs of claim, all as more fully described in the One Hundred Twenty-Sixth Omnibus Objection to Claims; and due and proper notice of the One Hundred Twenty-Sixth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred Twenty-Sixth Omnibus Objection to Claims.

claimant listed on Exhibit A attached to the One Hundred Twenty-Sixth Omnibus Objection to

Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in

the second amended order entered on June 17, 2010 governing case management and

administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

sought in the One Hundred Twenty-Sixth Omnibus Objection to Claims is in the best interests of

the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases

set forth in the One Hundred Twenty-Sixth Omnibus Objection to Claims establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the One Hundred Twenty-Sixth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that the LBSF Portion of each Partially Settled Guarantee Claim

listed on Exhibit 1 annexed hereto is hereby allowed solely as to the classification and amount

that is set forth on Exhibit 1 under the column headings *"Allowed Portion of Claim -- Class"* and

*"Allowed Portion of Claim -- Amount"*; and it is further

ORDERED that this Order supersedes all previous orders regarding the Partially

Settled Guarantee Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) the Non-LBSF Portion of each Partially Settled Guarantee

Claim that is set forth on Exhibit 1 under the column heading *"Unresolved Portion of Claim"* and

(ii) any claim listed on Exhibit A to the One Hundred Twenty-Sixth Omnibus Objection to

Claims that does not appear on Exhibit 1 annexed hereto; and it is further

2

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

US_ACTIVE:\43680814\03\58399.0008