**GIBSON, DUNN & CRUTCHER LLP**
Wayne P.J. McArdle
Telephone House
2-4 Temple Avenue
London EC4Y 0HB
Telephone: +44 (0)20 7071-4000
Facsimile: +44 (0)20 7070-4244

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                                        :
In re                                                                   :      Chapter 11 Case No.
                                                                        :
**LEHMAN BROTHERS HOLDINGS INC., et al.**                               :      08-13555 (JMP)
                                                                        :
                                     Debtors                            :      (Jointly Administered)
                                                                        :
                                                                        :
------------------------------------------------------------------------x

**THIS APPLICATION APPLIES TO:**

 X    All Debtors

**AMENDED THIRD APPLICATION OF GIBSON, DUNN & CRUTCHER
LLP, AS A 327(e) PROFESSIONAL, FOR ALLOWANCE OF INTERIM
COMPENSATION FOR SERVICES RENDERED AND FOR
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES
INCURRED FROM JUNE 1, 2010 THROUGH SEPTEMBER 30, 2010**

Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), a professional providing services to

Lehman Brothers Holdings, Inc. ("LBHI") and its affiliated debtors in the above-referenced

chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), files pursuant

to sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code") and

Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), this amended

application (the "Application") for interim allowance of compensation for professional services

performed by Gibson Dunn for the period from June 1, 2010 through September 30, 2010 (the

1

"Compensation Period"), and for reimbursement of its actual and necessary expenses incurred during the Compensation Period.  Gibson Dunn respectfully represents:

**AMENDMENTS**

1. On December 14, 2010, Gibson Dunn filed its *Third Application of Gibson, Dunn & Crutcher LLP, As A 327(e) Professional, For Allowance of Interim Compensation For Services Rendered and For Reimbursement of Actual and Necessary Expenses Incurred From June 1, 2010 Through September 30, 2010* [Docket No. 13465] (the "Prior Application") seeking interim allowance of compensation for professional services performed by Gibson Dunn during the Compensation Period.  This amended Application partially relates to work performed during the Compensation Period in connection with Lower Thames Sarl ("Lower Thames"), a joint venture between LBHI, Resolution Properties and Connah Limited (the "Joint Venture").  Gibson Dunn advised the Debtors on all matters related to the Joint Venture.  This advice included (i) the preparation and negotiation of the joint venture agreement, (ii) advice on the acquisition of a loan by Lower Thames, (iii) advice on the steps needed to be taken to enforce the security under the loan, and (iv) advice on related matters.  The shareholders of Lower Thames had initially agreed that the legal fees and expenses incurred by Gibson Dunn in connection with the preparation of the joint venture agreement and other matters, such as enforcement, would be billed to Lower Thames, and the Debtors instructed Gibson Dunn to bill Lower Thames for all of its legal fees incurred in connection with the preparation and negotiation of the Joint Venture Agreement and related matters such as enforcement.  Subsequent to the filing of the Prior Application, the Debtors and the other shareholders of Lower Thames agreed that only a portion of Gibson Dunn's fees incurred in connection with the preparation and negotiation of the Joint Venture Agreement and related matters such as enforcement should in fact be borne by Lower

Thames. Accordingly, Gibson Dunn was instructed to reverse the bill previously sent to Lower Thames, to allocate some of the time to the Debtors, and to bill the remainder to Lower Thames. The services rendered during the Compensation Period that the Debtors and the other shareholders of Lower Thames have agreed should be paid for by LBHI are described in <u>Exhibit 1</u>. Therefore, Gibson Dunn hereby amends its Prior Application to include in its request for compensation for necessary professional services rendered to the Debtors during the Compensation Period the services described in Exhibit 1, for which Gibson Dunn seeks compensation in the amount of $10,407.46.

2.   In addition, a third party has agreed to pay Gibson Dunn's fees incurred rendering the services described in <u>Exhibit 2</u>. Therefore, Gibson Dunn hereby amends its Prior Application to reduce its prior request for compensation for necessary professional services rendered to the Debtors during the Compensation Period by the amount set forth in Exhibit 2, $107,498.00.

3.   Accordingly, Gibson Dunn hereby amends its Prior Application to reduce its prior request for compensation for necessary professional services rendered to the Debtors during the Compensation Period by a total of $97,090.54, from $793,428.99 to $696,338.45.

Dated:   April 14, 2011
         London, England

**GIBSON, DUNN & CRUTCHER LLP**

/s/ Wayne P.J. McArdle
By: Wayne P.J. McArdle
Telephone House
2-4 Temple Avenue
London EC4Y 0HB
Telephone: +44 (0)20 7071-4000
Facsimile: +44 (0)20 7070-4244

Special Counsel to the Debtors
and Debtors in Possession

# Exhibit 1

# Services to be Added to Prior Application

**Breakdown of Hours by Timekeeper**

| Timekeeper | Title | 2010 | | | |
|---|---|---|---|---|---|
| | | Hours | Rate | Amount (Currency) | Amount (USD)^ |
| **GBP Rates** | | | | | |
| Fischer-Appelt, Dorothee | Partner | 0.20 | £ 580 | £ 116.00 | $ 183.28 |
| McArdle, Wayne PJ | Partner | 7.30 | £ 650 | £ 4,745.00 | $ 7,497.10 |
| Radoycheva, Milena | Associate | 3.80 | £ 380 | £ 1,444.00 | $ 2,281.52 |
| Roost, Hedley | Associate | 0.50 | £ 370 | £ 185.00 | $ 292.30 |
| Tran, Edward A. | Associate | 0.20 | £ 485 | £ 97.00 | $ 153.26 |
| **Total** | | **12.00** | | £ **6,587.00** | $ **10,407.46** |
| | | | | | |
| **Grand Total** | | **12.00** | | £ **6,587.00** | **10,407.46** |

^ All amounts have been converted into U.S. Dollars using the exchange rate that was in effect as of September 30, 2010 of USD 1.58 per GBP 1.00.

**Time Details**

| Client # | Matter # | Date | Timekeeper | Currency | Hours | Amount (Currency) | Amount (USD)^ | Task Code | Narrative |
|---|---|---|---|---|---|---|---|---|---|
| 52279 | 00341 | 06/04/10 | Radoycheva, Milena | GBP | 0.50 | £ 190.00 | $ 300.20 | G23 | Emails to O. Sinclair of Herbert Smith and J. Young/R Tyler of Mishcons regarding post-completion actions. |
| 52279 | 00341 | 06/07/10 | Radoycheva, Milena | GBP | 1.50 | £ 570.00 | $ 900.60 | G23 | shares to the joint venture entity, potential enforcement of security under the senior loan and composition of the board of the joint venture |
| 52279 | 00341 | 06/08/10 | McArdle, Wayne PJ | GBP | 0.50 | £ 325.00 | $ 513.50 | G23 | Review email from R. Tayler and discuss with M. Radoycheva. |
| 52279 | 00341 | 06/09/10 | Radoycheva, Milena | GBP | 0.50 | £ 190.00 | $ 300.20 | G23 | Reviewing a letter from Landmark's counsel requesting consent to Landmark's share transfers (0.2) and call with P Coles of LBHI regarding the letter (0.3) |
| 52279 | 00341 | 06/16/10 | McArdle, Wayne PJ | GBP | 1.00 | £ 650.00 | $ 1,027.00 | G23 | Engaged with M. Radoycheva on R. Tyler emails. |
| 52279 | 00341 | 06/21/10 | McArdle, Wayne PJ | GBP | 1.00 | £ 650.00 | $ 1,027.00 | G23 | Engaged on correspondence from/to Tyler and related matters. |
| 52279 | 00341 | 06/24/10 | McArdle, Wayne PJ | GBP | 0.20 | £ 130.00 | $ 205.40 | G23 | Engaged re email on fee recovery to S. Price. |
| 52279 | 00341 | 06/25/10 | McArdle, Wayne PJ | GBP | 0.20 | £ 130.00 | $ 205.40 | G23 | Email from R. Tyler. |
| 52279 | 00341 | 07/02/10 | McArdle, Wayne PJ | GBP | 0.70 | £ 455.00 | $ 718.90 | G23 | Attend call with Tyler and Sinclair to discuss Landmark QBH consents and next steps. |
| 52279 | 00341 | 07/02/10 | McArdle, Wayne PJ | GBP | 0.20 | £ 130.00 | $ 205.40 | G23 | Review JVA and related provisions on consents. |
| 52279 | 00341 | 07/05/10 | McArdle, Wayne PJ | GBP | 1.20 | £ 780.00 | $ 1,232.40 | G23 | Engaged reviewing draft letter prepared by Mishcon in respect of consent to transfer of Pinboard Shares (0.75); prepare email to P. Coles on how to proceed (0.5). |
| 52279 | 00341 | 07/06/10 | McArdle, Wayne PJ | GBP | 0.80 | £ 520.00 | $ 821.60 | G23 | Review JVA provisions on shareholdings and enforcement to better understand Landmark position and timing of enforcement. |
| 52279 | 00341 | 07/07/10 | McArdle, Wayne PJ | GBP | 0.50 | £ 325.00 | $ 513.50 | G23 | Telephone conversation with P. Coles on Landmark issues. |
| 52279 | 00341 | 07/29/10 | Radoycheva, Milena | GBP | 0.60 | £ 228.00 | $ 360.24 | G23 | Emails regarding post-completion share transfers on Queensbridge House. |
| 52279 | 00341 | 07/30/10 | McArdle, Wayne PJ | GBP | 0.50 | £ 325.00 | $ 513.50 | G23 | Engaged on emails regarding Landmark transfers. |
| 52279 | 00341 | 07/30/10 | Radoycheva, Milena | GBP | 0.50 | £ 190.00 | $ 300.20 | G23 | Review of authorisations for transfer of shares in the GP and LP to the JV entity by Landmark. |
| 52279 | 00341 | 08/09/10 | McArdle, Wayne PJ | GBP | 0.50 | £ 325.00 | $ 513.50 | G23 | Engaged re emails on transfer by Landmark of interests in Pinboard. |
| 52279 | 00341 | 08/31/10 | Fischer-Appelt, Dorothee | GBP | 0.20 | £ 116.00 | $ 183.28 | G23 | Meeting with Wayne McArdle/Milena Radoycheva/Ed Tran (GDC) to discuss update on joint venture matters. |
| 52279 | 00341 | 08/31/10 | Radoycheva, Milena | GBP | 0.20 | £ 76.00 | $ 120.08 | G23 | Internal meeting with D Fischer-Appelt, W McArdle, E Tran and H Roost of GDC regarding post-completion work on the JV structure. |
| 52279 | 00341 | 08/31/10 | Roost, Hedley | GBP | 0.20 | £ 74.00 | $ 116.92 | G23 | Meeting with M. Radoycheva (GDC); W. McArdle (GDC); E. Tran (GDC), D. Fischer-Appelt (GDC) to discuss handover matters. |
| 52279 | 00341 | 08/31/10 | Tran, Edward A. | GBP | 0.20 | £ 97.00 | $ 153.26 | G23 | Confer with W. McArdle, H. Root, D. Fischer Appelt and M. Radyocheva regarding current status of outstanding matters, including enforcement. |
| 52279 | 00341 | 09/13/10 | Roost, Hedley | GBP | 0.30 | £ 111.00 | $ 175.38 | G23 | Queensbridge House handover meeting with M. Radoycheva (GDC) and H. Roost (GDC). |
| | **00341 Total** | | | | **12.00** | **£ 6,587.00** | **$ 10,407.46** | | |

# Exhibit 2

# Services to be Removed from Prior Application

**Summary of Time by Matter**

| | | | | | 2010 | | |
|---|---|---|---|---|---|---|---|
| Client # | Matter # | Timekeeper | Rank | Currency | Hours | Rate | Amount (USD) |
| 52279 | 00280 | Champion, Douglas Martin | Associate Salary Year 2006 | USD | 20.30 | $ 515.00 | $ 10,454.50 |
| 52279 | 00280 | Forbes, Amy R. | Partner | USD | 39.70 | $ 875.00 | $ 34,737.50 |
| 52279 | 00280 | Garber, Sarah R. | Associate Salary Year 2009 | USD | 3.80 | $ 360.00 | $ 1,368.00 |
| 52279 | 00280 | Kidd, Allison Hamstra | Associate Salary Year 2008 | USD | 1.00 | $ 415.00 | $ 415.00 |
| 52279 | 00280 | Lestor, Kelsey M. | Associate Salary Year 2007 | USD | 6.70 | $ 490.00 | $ 3,283.00 |
| 52279 | 00280 | Randall, Erika Ruth | Associate Salary Year 2006 | USD | 25.40 | $ 515.00 | $ 13,081.00 |
| 52279 | 00280 | Sharf, Jesse | Partner | USD | 0.20 | $ 925.00 | $ 185.00 |
| 52279 | 00280 | Vigil, Claire L. | Associate Salary Year 2004 | USD | 0.60 | $ 595.00 | $ 357.00 |
| | **00280 Total** | | | | **97.70** | | **$ 63,881.00** |
| 52279 | 00324 | Arnaoutova, Joulia | Associate Salary Year 2006 | USD | 0.30 | $ 515.00 | $ 154.50 |
| 52279 | 00324 | More, Farshad E. | Associate Salary Year 2003 | USD | 0.90 | $ 615.00 | $ 553.50 |
| | **00324 Total** | | | | **1.20** | | **$ 708.00** |
| 52279 | 00328 | Szczurek, Michael | Associate Salary Year 2009 | USD | 0.40 | $ 360.00 | $ 144.00 |
| | **00328 Total** | | | | **0.40** | | **$ 144.00** |
| 52279 | 00330 | More, Farshad E. | Associate Salary Year 2003 | USD | 1.00 | $ 615.00 | $ 615.00 |
| | **00330 Total** | | | | **1.00** | | **$ 615.00** |
| 52279 | 00332 | Egdal, David S. | Associate Salary Year 2003 | USD | 3.20 | $ 615.00 | $ 1,968.00 |
| 52279 | 00332 | Fabrizio, Carol Ann | Associate Salary Year 2008 | USD | 7.90 | $ 415.00 | $ 3,278.50 |
| 52279 | 00332 | Holecek, Michael J. | Summer Associate | USD | 0.90 | $ 275.00 | $ 247.50 |
| 52279 | 00332 | Sharf, Jesse | Partner | USD | 0.50 | $ 925.00 | $ 462.50 |
| | **00332 Total** | | | | **12.50** | | **$ 5,956.50** |
| 52279 | 00337 | Egdal, David S. | Associate Salary Year 2003 | USD | 52.30 | $ 615.00 | $ 32,164.50 |
| 52279 | 00337 | Fabrizio, Carol Ann | Associate Salary Year 2008 | USD | 5.80 | $ 415.00 | $ 2,407.00 |
| 52279 | 00337 | Hoxie, Deborah D. | Legal Assistant | USD | 1.80 | $ 330.00 | $ 594.00 |
| 52279 | 00337 | Sharf, Jesse | Partner | USD | 0.80 | $ 925.00 | $ 740.00 |
| 52279 | 00337 | Yonei, Kevin H | Legal Assistant | USD | 0.90 | $ 320.00 | $ 288.00 |
| | **00337 Total** | | | | **61.60** | | **$ 36,193.50** |
| | | | | | | | |
| | **Grand Total** | | | | **174.40** | | **$ 107,498.00** |

| **Breakdown of Hours by Timekeeper** | | | | |
|---|---|---|---|---|
| | | 2010 | | |
| Timekeeper | Title | Hours | Rate | Amount (USD) |
| **USD Rates** | | | | |
| Arnaoutova, Joulia | Associate | 0.30 | $ 515 | $ 154.50 |
| Champion, Douglas Martin | Associate | 20.30 | $ 515 | $ 10,454.50 |
| Egdal, David S. | Associate | 55.50 | $ 615 | $ 34,132.50 |
| Fabrizio, Carol Ann | Associate | 13.70 | $ 415 | $ 5,685.50 |
| Forbes, Amy R. | Partner | 39.70 | $ 875 | $ 34,737.50 |
| Garber, Sarah R. | Associate | 3.80 | $ 360 | $ 1,368.00 |
| Holecek, Michael J. | Summer Associate | 0.90 | $ 275 | $ 247.50 |
| Hoxie, Deborah D. | Legal Assistant with Certificate | 1.80 | $ 330 | $ 594.00 |
| Kidd, Allison Hamstra | Associate | 1.00 | $ 415 | $ 415.00 |
| Lestor, Kelsey M. | Associate | 6.70 | $ 490 | $ 3,283.00 |
| More, Farshad E. | Associate | 1.90 | $ 615 | $ 1,168.50 |
| Randall, Erika Ruth | Associate | 25.40 | $ 515 | $ 13,081.00 |
| Sharf, Jesse | Partner | 1.50 | $ 925 | $ 1,387.50 |
| Szczurek, Michael | Associate | 0.40 | $ 360 | $ 144.00 |
| Vigil, Claire L. | Associate | 0.60 | $ 595 | $ 357.00 |
| Yonei, Kevin H | Legal Assistant with Certificate | 0.90 | $ 320 | $ 288.00 |
| **Total** | | **174.40** | | **$ 107,498.00** |

## Time Details

| Client # | Matter # | Date | Timekeeper | Currency | Hours | Amount (USD) | Task Code | Narrative |
|---|---|---|---|---|---|---|---|---|
| 52279 | 00280 | 08/02/10 | Forbes, Amy R. | USD | 4.30 | $ 3,762.50 | G23 | Research status of Oak Knolll approvals (0.5); review redevelopment agency budget (0.5); review EIR status for Oak Knoll and determine possible "asks" in exchange for site clearance (1.0); telephone conference with Nellie Camerik and team regarding Oak Knoll and things to ask the City for (1.0); pull together summary of entitlement update and strategy for approaching the City; revise and edit (1.3). |
| 52279 | 00280 | 08/03/10 | Forbes, Amy R. | USD | 4.50 | $ 3,937.50 | G23 | Review previous entitlement memo and status of process (0.5); read draft EIR (0.5); review Oakland annual budget for redevelopment; put together plan for "ask" of Oakland based upon amounts in the budget (0.5); work on proposal to present to City Councilmember regarding advance of costs (2.0); review and edit written summary of status and analysis of possible "gives" from Oakland Redevelopment Agency (1.0). |
| 52279 | 00280 | 08/04/10 | Forbes, Amy R. | USD | 2.00 | $ 1,750.00 | G23 | Review collective permits to determine which cannot be assigned as part of bankruptcy plan (1.0); work on review of documents to determine which to exclude from title in the plan proposal (1.0). |
| 52279 | 00280 | 08/04/10 | Kidd, Allison Hamstra | USD | 1.00 | $ 415.00 | G23 | Review diligence materials (0.6); correspond with A. Forbes regarding same (0.4). |
| 52279 | 00280 | 08/06/10 | Forbes, Amy R. | USD | 0.50 | $ 437.50 | G23 | Telephone conference with Camerik regarding consents to assignment of approvals. |
| 52279 | 00280 | 08/09/10 | Champion, Douglas Martin | USD | 1.20 | $ 618.00 | G23 | Preparation of entitlement summary chart for client in anticipation of sale of assets out of bankruptcy |
| 52279 | 00280 | 08/09/10 | Forbes, Amy R. | USD | 1.00 | $ 875.00 | G23 | Telephone conference with bankruptcy counsel regarding plan approval and assignment of entitlements. |
| 52279 | 00280 | 08/11/10 | Champion, Douglas Martin | USD | 0.20 | $ 103.00 | G23 | E-mail to D. Cottle (NWH Blue Harbor) to inquire on status of recordation of access easement; e-mail to TriMont re same |
| 52279 | 00280 | 08/11/10 | Forbes, Amy R. | USD | 1.00 | $ 875.00 | G23 | Go over Marbelhead demand letter (0.5); telephone conference with Drew Wilson to get background information and client goals with respect to response to commercial developer's demand for contribution (0.5). |
| 52279 | 00280 | 08/13/10 | Forbes, Amy R. | USD | 2.00 | $ 1,750.00 | G23 | Go over Craig Realty letter and issues (0.6); telephone conference with E. Randall (0.4); review DA and related documents for Marblehead (0.5); go over bankruptcy review with D. Champion (0.5). |
| 52279 | 00280 | 08/13/10 | Lestor, Kelsey M. | USD | 0.20 | $ 98.00 | G23 | Locate entitlements documents for Heartland and Delta Coves. |
| 52279 | 00280 | 08/16/10 | Champion, Douglas Martin | USD | 1.00 | $ 515.00 | G23 | Review of entitlements file to locate relevant documents to client inquiry regarding entitlement transfer as part of bankruptcy sale |
| 52279 | 00280 | 08/19/10 | Lestor, Kelsey M. | USD | 3.70 | $ 1,813.00 | G23 | Review entitlements documents for Delta Coves and prepare summary of assignment provisions and list of improvement agreements. |
| 52279 | 00280 | 08/19/10 | Randall, Erika Ruth | USD | 1.00 | $ 515.00 | G23 | Perform due diligence regarding traffic impact fees for Marblehead development. |
| 52279 | 00280 | 08/20/10 | Lestor, Kelsey M. | USD | 2.80 | $ 1,372.00 | G23 | Prepare summary of assignment provisions in entitlements documents for Delta Coves and Heartland projects (1.8); prepare list of improvement agreements for Delta Coves and Heartland projects (1.0). |
| 52279 | 00280 | 08/20/10 | Randall, Erika Ruth | USD | 0.20 | $ 103.00 | G23 | Perform due diligence regarding traffic impact fees for Marblehead development. |
| 52279 | 00280 | 08/22/10 | Randall, Erika Ruth | USD | 2.50 | $ 1,287.50 | G23 | Perform due diligence re traffic impact fees for Marblehead development (0.5); draft memorandum re the same (2.0). |
| 52279 | 00280 | 08/23/10 | Forbes, Amy R. | USD | 2.30 | $ 2,012.50 | G23 | Discuss bankruptcy plan status with D. Champion and status of entitlement review (1.3); review Marblehead documents for Craig Realty issue to determine appropriate response and relative negotiating leverage (1.0). |
| 52279 | 00280 | 08/23/10 | Randall, Erika Ruth | USD | 1.40 | $ 721.00 | G23 | Perform due diligence re traffic impact fees for Marblehead development (0.6); draft memorandum re the same (0.8). |
| 52279 | 00280 | 08/24/10 | Randall, Erika Ruth | USD | 0.50 | $ 257.50 | G23 | Meet with A. Forbes re traffic impact fees for Marblehead development. |
| 52279 | 00280 | 08/24/10 | Sharf, Jesse | USD | 0.20 | $ 185.00 | G23 | Telephone conference with A. Forbes. |
| 52279 | 00280 | 08/25/10 | Champion, Douglas Martin | USD | 2.00 | $ 1,030.00 | G23 | Reviewed entitlements documentation and prepared recommendations for Weil Gotshal regarding proposed bankruptcy plan for assignment/assumption of recorded instruments |
| 52279 | 00280 | 08/25/10 | Forbes, Amy R. | USD | 4.30 | $ 3,762.50 | G23 | Go through title memo prepared by D. Champion for bankruptcy and try to determine if obligation runs with the land (1.0); review title documents with D. Champion to determine whether Lehman wants to take fee of encumbrances (1.5); read documents relative to SuncalPSA with Craig to determine impact of title restrictions (1.8). |
| 52279 | 00280 | 08/25/10 | Vigil, Claire L. | USD | 0.60 | $ 357.00 | G23 | Discuss Heartland exception documents with D. Champion; review memo; review exception documents. |
| 52279 | 00280 | 08/26/10 | Randall, Erika Ruth | USD | 0.50 | $ 257.50 | G23 | 0.5 Review Title Report for Marblehead development. |
| 52279 | 00280 | 08/27/10 | Randall, Erika Ruth | USD | 1.10 | $ 566.50 | G23 | Perform due diligence re traffic impact fees for Marblehead development (0.3); draft memorandum re the same (0.6); telephone conference with A. Forbes re the same (0.2). |
| 52279 | 00280 | 08/29/10 | Randall, Erika Ruth | USD | 5.60 | $ 2,884.00 | G23 | Draft memorandum re traffic impact fees for Marblehead development. |
| 52279 | 00280 | 08/30/10 | Randall, Erika Ruth | USD | 0.70 | $ 360.50 | G23 | Draft memorandum re traffic impact fees for Marblehead development. |
| 52279 | 00280 | 08/31/10 | Champion, Douglas Martin | USD | 0.30 | $ 154.50 | G23 | Call w/ E. Randall re Marblehead DAs; e-mail to J. Markum re same |
| 52279 | 00280 | 08/31/10 | Forbes, Amy R. | USD | 0.50 | $ 437.50 | G23 | Review Heartland agreement and Weil questions. |
| 52279 | 00280 | 09/01/10 | Champion, Douglas Martin | USD | 0.50 | $ 257.50 | G23 | Preparation of draft e-mail regarding Marblehead transportation fee (0.4); transmittal of same to A. Forbes (0.1). |
| 52279 | 00280 | 09/01/10 | Forbes, Amy R. | USD | 1.50 | $ 1,312.50 | G23 | Review Craig Realty issues and documentation (0.80); review items to be removed from title in bankruptcy plan (0.70). |
| 52279 | 00280 | 09/02/10 | Forbes, Amy R. | USD | 0.50 | $ 437.50 | G23 | E-mails to working group regarding Sanner and Craig Realty demand letter. |

**Time Details**

| Client # | Matter # | Date | Timekeeper | Currency | Hours | Amount (USD) | Task Code | Narrative |
|---|---|---|---|---|---|---|---|---|
| 52279 | 00280 | 09/03/10 | Champion, Douglas Martin | USD | 1.10 | $ 566.50 | G23 | Call with N. Camerik, J. Markum re outstanding issues at Marblehead, Heartland (0.8); preparation of outline in anticipation of call with City Attorney for Beaumont (0.3). |
| 52279 | 00280 | 09/03/10 | Forbes, Amy R. | USD | 1.00 | $ 875.00 | G23 | Telephone conference regarding Heartland Memorandum of Understanidng and the provision of $700,000 in security for wetland mitigation requirements, notice of lien on title and other bankruptcy plan title issues (.5); work on determining why the Cityof Beaumont filed a lien for amounts that were either barred by the stay or already covered by other security (.5). |
| 52279 | 00280 | 09/07/10 | Champion, Douglas Martin | USD | 1.70 | $ 875.50 | G23 | Follow-up calls (0.5), e-mails (0.5) w/ D. Spencer, D. Cottle re status of unrecorded NWH easement agreement (1.0); e-mails to A. Forbes re Marblehead documents (0.2); call w/ City Attorney for Beaumont re removal of Notice of Lien (0.5). |
| 52279 | 00280 | 09/07/10 | Forbes, Amy R. | USD | 2.80 | $ 2,450.00 | G23 | Edit memorandum on facts surrounding obligation to pay for major infrastructure improvement in order to determine whether there was liability for an alleged $5 million fee obligation for related improvements (2.0); telephone conference regarding Craig Realty letter and response (0.8). |
| 52279 | 00280 | 09/07/10 | Randall, Erika Ruth | USD | 1.80 | $ 927.00 | G23 | Review Title Report exception documents re Marblehead Development Agreement. |
| 52279 | 00280 | 09/08/10 | Champion, Douglas Martin | USD | 0.40 | $ 206.00 | G23 | Follow-up call (0.2), e-mail (0.1) w/ City Attorney for Beaumont re removal of Notice of Lien (0.3); e-mail to Weil Gotshal re same (0.1). |
| 52279 | 00280 | 09/08/10 | Forbes, Amy R. | USD | 1.50 | $ 1,312.50 | G23 | Review SLUR redline; work on proposal for dealing with production support review. |
| 52279 | 00280 | 09/08/10 | Randall, Erika Ruth | USD | 2.20 | $ 1,133.00 | G23 | Review Title Report exception documents re Marblehead Development Agreement (0.7); draft memorandum re traffic impact fees for Marblehead development (1.0); telephone conference with A. Forbes re the same (0.5). |
| 52279 | 00280 | 09/10/10 | Randall, Erika Ruth | USD | 1.50 | $ 772.50 | G23 | Draft memorandum re traffic impact fees for Marblehead development. |
| 52279 | 00280 | 09/14/10 | Forbes, Amy R. | USD | 1.50 | $ 1,312.50 | G23 | Telephone conference with Craig Realty representatives to discuss traffic fee and related DA issues. |
| 52279 | 00280 | 09/14/10 | Randall, Erika Ruth | USD | 1.80 | $ 927.00 | G23 | Revise memorandum re Marblehead traffic improvements. |
| 52279 | 00280 | 09/20/10 | Forbes, Amy R. | USD | 0.50 | $ 437.50 | G23 | Go over status of sub agreement claims. |
| 52279 | 00280 | 09/20/10 | Randall, Erika Ruth | USD | 4.60 | $ 2,369.00 | G23 | Revise memorandum re Marblehead traffic improvements. |
| 52279 | 00280 | 09/24/10 | Champion, Douglas Martin | USD | 7.70 | $ 3,965.50 | G23 | Review of pertinent text of and related title reports for subject properties in voluntary BK filing to determine scope of entitlements to be assumed |
| 52279 | 00280 | 09/24/10 | Forbes, Amy R. | USD | 1.00 | $ 875.00 | G23 | Call w/ D. Champion, N. Camerik to review comments to bankruptcy plan. |
| 52279 | 00280 | 09/27/10 | Champion, Douglas Martin | USD | 2.90 | $ 1,493.50 | G23 | Call with N. Camerik, A. Forbes re land use issues/questions in proposed bankruptcy plans (1.2); preparation of e-mail summary of same (1.2); e-mail to J. Kim at PSZJL regarding bankruptcy plan language (0.5). |
| 52279 | 00280 | 09/27/10 | Forbes, Amy R. | USD | 5.50 | $ 4,812.50 | G23 | Prepare comments to bankruptcy plan and related bond chart to evaluate off-record documents and title exceptions for assessment of rejection possibilities (5.0); telephone conference with N. Camerik regarding same (0.5). |
| 52279 | 00280 | 09/28/10 | Champion, Douglas Martin | USD | 0.80 | $ 412.00 | G23 | Call with J. Kim at PSZJL re service list for bankruptcy filing (0.2); review of additional language in bankruptcy filing (0.5); e-mail to N. Camerik re same (0.1) |
| 52279 | 00280 | 09/28/10 | Forbes, Amy R. | USD | 1.50 | $ 1,312.50 | G23 | Review submission to Jonathan Kim at PSZJL (0.2); discuss notice parties for bankruptcy plan service list (0.3); review development agreement executory actions and whether they can be rejected (1.0). |
| 52279 | 00280 | 09/29/10 | Champion, Douglas Martin | USD | 0.50 | $ 257.50 | G23 | Meeting with S. Garber re service list diligence |
| 52279 | 00280 | 09/29/10 | Garber, Sarah R. | USD | 1.50 | $ 540.00 | G23 | Review entitlements agreements and prepare service list (1); conference with D. Champion regarding same (.5). |
| 52279 | 00280 | 09/30/10 | Garber, Sarah R. | USD | 2.30 | $ 828.00 | G23 | Review entitlements documents and prepare service list. |
| | **00280 Total** | | | | **97.70** | **$ 63,881.00** | | |
| 52279 | 00324 | 09/07/10 | Arnaoutova, Joulia | USD | 0.10 | $ 51.50 | G23 | Attention to email correspondence regarding post assignment clean up matters |
| 52279 | 00324 | 09/10/10 | Arnaoutova, Joulia | USD | 0.20 | $ 103.00 | G23 | Review organizational documents for LB/VCC Dublin, LLC |
| 52279 | 00324 | 09/10/10 | More, Farshad E. | USD | 0.30 | $ 184.50 | G23 | Exchange emails and telephoen calls with J. Pomeranz and J. Arnaoutova regarding corrective filings and LLC agreement amendments. |
| 52279 | 00324 | 09/24/10 | More, Farshad E. | USD | 0.60 | $ 369.00 | G23 | Telephone call with E. Siddons regarding website use and Elk Grove tax refunds (0.4); call with S. Farb regarding same (0.2). |
| | **00324 Total** | | | | **1.20** | **$ 708.00** | | |
| 52279 | 00328 | 09/14/10 | Szczurek, Michael | USD | 0.40 | $ 144.00 | G23 | Calculate increased per diem from date of last sale (.2); Update bidding instructions to reflect later date and higher bid amount (.1); Submit to F. More (.1). |
| | **00328 Total** | | | | **0.40** | **$ 144.00** | | |
| 52279 | 00330 | 08/11/10 | More, Farshad E. | USD | 1.00 | $ 615.00 | G23 | Finalize instructions to bid (0.3); exchange emails with J. Nastasi, D. Fancher and D. Grezkowiak regarding same and regarding trustee sale logistics (0.7). |
| | **00330 Total** | | | | **1.00** | **$ 615.00** | | |
| 52279 | 00332 | 08/02/10 | Egdal, David S. | USD | 1.10 | $ 676.50 | G23 | Review summary of open items prepared by C. Fabrizio and updated release agreement, comment and revise (0.3); communications with potential purchasers of Tirador project and D. Fancher re: same (0.5); communications with C. Fabrizio re: post sale matters (0.3). |
| 52279 | 00332 | 08/02/10 | Fabrizio, Carol Ann | USD | 1.10 | $ 456.50 | G23 | Request final trustee's deed from title company (0.1 hrs); create checklist for outstanding items, revise substantially based on D. Egdal's comments (0.8 hrs); revise release to update post-foreclosure (0.2). |
| 52279 | 00332 | 08/02/10 | Holecek, Michael J. | USD | 0.90 | $ 247.50 | G23 | Draft memo re required notices post-foreclosure. |
| 52279 | 00332 | 08/03/10 | Egdal, David S. | USD | 0.40 | $ 246.00 | G23 | Communications with C. Fabrizio re: post sale matters. |

**Time Details**

| Client # | Matter # | Date | Timekeeper | Currency | Hours | Amount (USD) | Task Code | Narrative |
|---|---|---|---|---|---|---|---|---|
| 52279 | 00332 | 08/03/10 | Fabrizio, Carol Ann | USD | 0.30 | $ 124.50 | G23 | Review trustee's deed and send questions about the same to First American (0.3 hrs). |
| 52279 | 00332 | 08/04/10 | Fabrizio, Carol Ann | USD | 0.20 | $ 83.00 | G23 | Revise trustee's deed and send to D. Egdal for his review. |
| 52279 | 00332 | 08/05/10 | Fabrizio, Carol Ann | USD | 0.50 | $ 207.50 | G23 | Update closing checklist (0.1); review and revise Trustee's deed (0.3); correspond with title company (0.1 hrs). |
| 52279 | 00332 | 08/09/10 | Egdal, David S. | USD | 0.10 | $ 61.50 | G23 | Communications with C. Fabrizio regarding post-sale matters. |
| 52279 | 00332 | 08/09/10 | Sharf, Jesse | USD | 0.10 | $ 92.50 | G23 | Reviewing notice of default. |
| 52279 | 00332 | 08/11/10 | Egdal, David S. | USD | 0.10 | $ 61.50 | G23 | Communications with C. Fabrizio regarding post-sale matters. |
| 52279 | 00332 | 08/11/10 | Fabrizio, Carol Ann | USD | 0.20 | $ 83.00 | G23 | Correspond with G. Taylor regarding due diligence requests and open items(0.1); request confirmation of recording of Trustee's deed (0.1). |
| 52279 | 00332 | 08/12/10 | Fabrizio, Carol Ann | USD | 0.20 | $ 83.00 | G23 | Correspond with client regarding recorded Trustee's Deeds (0.1); correspond with D. Egdal regarding team call (0.1). |
| 52279 | 00332 | 08/17/10 | Egdal, David S. | USD | 0.60 | $ 369.00 | G23 | Communications with E. Siddons regarding equity dissolution side letter (0.1); revise same (0.5). |
| 52279 | 00332 | 08/17/10 | Fabrizio, Carol Ann | USD | 0.10 | $ 41.50 | G23 | Discuss status of title insurance with D. Egdal (0.1). |
| 52279 | 00332 | 08/18/10 | Fabrizio, Carol Ann | USD | 0.50 | $ 207.50 | G23 | Conference with D. Egdal regarding title issues (0.2); call with title company (0.3). |
| 52279 | 00332 | 08/18/10 | Sharf, Jesse | USD | 0.20 | $ 185.00 | G23 | Exchange of emails. |
| 52279 | 00332 | 08/20/10 | Egdal, David S. | USD | 0.30 | $ 184.50 | G23 | Communications with E. Siddons and J. Pomeranz regarding post trustees sale matters (0.3). |
| 52279 | 00332 | 08/25/10 | Egdal, David S. | USD | 0.20 | $ 123.00 | G23 | Review email communications with sponsor re: equity wind down (0.1); teleconference with E. Siddons and J. Pomeranz re: same (0.1). |
| 52279 | 00332 | 09/02/10 | Fabrizio, Carol Ann | USD | 3.40 | $ 1,411.00 | G23 | Correspond with title company regarding Declarations of Service (0.2 hrs); finish drafting asset management agreement based on information from D. Egdal (3.2 hrs). |
| 52279 | 00332 | 09/03/10 | Sharf, Jesse | USD | 0.20 | $ 185.00 | G23 | Reviewing judgment; exchange of emails. |
| 52279 | 00332 | 09/13/10 | Fabrizio, Carol Ann | USD | 0.40 | $ 166.00 | G23 | Discuss status of transaction with D. Egdal (0.2 hrs); review correspondence from David Egdal (0.2 hrs). |
| 52279 | 00332 | 09/14/10 | Fabrizio, Carol Ann | USD | 0.20 | $ 83.00 | G23 | Retrieve and send executed and word versions of Asset Management Agreements. |
| 52279 | 00332 | 09/24/10 | Egdal, David S. | USD | 0.30 | $ 184.50 | G23 | Communications with D. Fancher and J. Pomeranz regarding wind-down of joint venture. |
| 52279 | 00332 | 09/24/10 | Fabrizio, Carol Ann | USD | 0.40 | $ 166.00 | G23 | Prepare post-foreclosure assignment (0.2); prepare Updated Release (0.2). |
| 52279 | 00332 | 09/30/10 | Egdal, David S. | USD | 0.10 | $ 61.50 | G23 | Communications J. Pomeranz regarding asset management agreement. |
| 52279 | 00332 | 09/30/10 | Fabrizio, Carol Ann | USD | 0.40 | $ 166.00 | G23 | Review files regarding foreclosure cooperation documents (0.2); conference with D. Egdal regarding foreclosure cooperation documents (0.2 hrs). |
| | **00332 Total** | | | | **12.50** | **$ 5,956.50** | | |
| 52279 | 00337 | 08/02/10 | Egdal, David S. | USD | 1.60 | $ 984.00 | G23 | Review summary of open items prepared by C. Fabrizio and updated release agreement, comment and revise (0.3); communications with E. Siddons, G. Taylor and C. Fabrizio re: proposed sub-division of the Pilot project and matters related to Wynn purchase offer (1.0); communications with C. Fabrizio re: post sale matters (0.3). |
| 52279 | 00337 | 08/02/10 | Fabrizio, Carol Ann | USD | 0.90 | $ 373.50 | G23 | Create checklist for outstanding items and revise substantially based on D. Egdal's comments, and circulate to clients (0.8 hrs); call with broker regarding pilot property LOI (0.1). |
| 52279 | 00337 | 08/03/10 | Egdal, David S. | USD | 0.80 | $ 492.00 | G23 | Communications with E. Siddons, G. Taylor and C. Fabrizio re: proposed sub-division of the Pilot project and matters related to Wynn purchase offer (0.5); communications with C. Fabrizio re: post sale matters (0.3). |
| 52279 | 00337 | 08/03/10 | Fabrizio, Carol Ann | USD | 0.20 | $ 83.00 | G23 | Review and discuss LOI with D. Egdal. |
| 52279 | 00337 | 08/04/10 | Egdal, David S. | USD | 0.20 | $ 123.00 | G23 | Communications with C. Fabrizio re: post sale matters. |
| 52279 | 00337 | 08/05/10 | Fabrizio, Carol Ann | USD | 0.20 | $ 83.00 | G23 | Update closing checklist (0.1); call with broker regarding Pilot LOI (0.1). |
| 52279 | 00337 | 08/09/10 | Egdal, David S. | USD | 0.10 | $ 61.50 | G23 | Communications with C. Fabrizio regarding post-sale matters. |
| 52279 | 00337 | 08/10/10 | Egdal, David S. | USD | 0.20 | $ 123.00 | G23 | Communications with prospective purchaser of Pilot asset. |
| 52279 | 00337 | 08/10/10 | Fabrizio, Carol Ann | USD | 0.10 | $ 41.50 | G23 | Correspond with title company regarding recordation of Trustee's Deed. |
| 52279 | 00337 | 08/11/10 | Egdal, David S. | USD | 0.10 | $ 61.50 | G23 | Communications with C. Fabrizio regarding post-sale matters. |
| 52279 | 00337 | 08/12/10 | Fabrizio, Carol Ann | USD | 0.10 | $ 41.50 | G23 | Circulate recorded Trustee's Deeds to team (0.1). |
| 52279 | 00337 | 08/13/10 | Egdal, David S. | USD | 0.20 | $ 123.00 | G23 | Communications with Wynn counsel and E. Siddons regarding Wynn purchase offer and lot line adjustment. |
| 52279 | 00337 | 08/16/10 | Egdal, David S. | USD | 0.20 | $ 123.00 | G23 | Communications with Wynn counsel and E. Siddons regarding Wynn purchase offer and lot line adjustment. |
| 52279 | 00337 | 08/17/10 | Egdal, David S. | USD | 3.10 | $ 1,906.50 | G23 | Communications E. Siddons, C. Fabrizio and title company underwriter regarding mechanics liens (1.0); review title policy and related communication regarding lien coverage (1.0), communications with C. Fabrizio regarding same (0.5); communications with E. Siddonsregarding equity dissolution side letter (0.1); revise same (0.5). |
| 52279 | 00337 | 08/17/10 | Fabrizio, Carol Ann | USD | 0.80 | $ 332.00 | G23 | Research mechanic's lien issues and post-foreclosure process (0.5 hours); correspond with title company and D. Egdal regarding mechanic's lien indemnity form (0.3). |
| 52279 | 00337 | 08/18/10 | Egdal, David S. | USD | 2.50 | $ 1,537.50 | G23 | Communications with title company and local counsel regarding treatment of subordinate liens and risk of litigation from lienor post-trustees sale (1.5); review title jacket and communications with title company, comment (0.5); communications with C.Fabrizio regarding foregoing matters (0.5). |
| 52279 | 00337 | 08/19/10 | Egdal, David S. | USD | 0.60 | $ 369.00 | G23 | Communications with local counsel and C. Fabrizio regarding lien matters. |

**Time Details**

| Client # | Matter # | Date | Timekeeper | Currency | Hours | Amount (USD) | Task Code | Narrative |
|---|---|---|---|---|---|---|---|---|
| 52279 | 00337 | 08/20/10 | Egdal, David S. | USD | 1.20 | $ 738.00 | G23 | Communications with E. Siddons and J. Pomeranz regarding post trustees sale matters (0.3); communications E. Siddons and J. Pomeranz regarding status of Wynn sale and Nevada lien matters (0.7); communications with local counsel and C. Fabrizio regarding lien matters (0.2). |
| 52279 | 00337 | 08/20/10 | Fabrizio, Carol Ann | USD | 0.40 | $ 166.00 | G23 | Teleconference with D. Egdal regarding mechanic's lien issues. |
| 52279 | 00337 | 08/23/10 | Egdal, David S. | USD | 1.00 | $ 615.00 | G23 | Communications with title underwriter and local counsel regarding lien issues (0.3); communications with Wynn's counsel regarding lot line adjustment (0.3); communications with E. Siddons regarding potential structures for Wynn sale and property control issues related to proposed lot line adjustment (0.4). |
| 52279 | 00337 | 08/24/10 | Egdal, David S. | USD | 0.40 | $ 246.00 | G23 | Communications with title company and C. Fabrizio regarding lien issues. |
| 52279 | 00337 | 08/24/10 | Fabrizio, Carol Ann | USD | 0.30 | $ 124.50 | G23 | Correspond with D. Egdal re: indemnity (0.2); e-mail correspondence with title company regarding the same (0.1). |
| 52279 | 00337 | 08/25/10 | Egdal, David S. | USD | 1.20 | $ 738.00 | G23 | Teleconference with E. Siddons and J. Pomeranz regarding lien issues, disposition of property and equity wind-down (0.5); teleconference with title company, D. Hoxie and C. Fabrizio regarding coverage matters (0.7). |
| 52279 | 00337 | 08/25/10 | Fabrizio, Carol Ann | USD | 0.20 | $ 83.00 | G23 | E-mail correspondence with title company and D. Egdal re: indemnification issue. |
| 52279 | 00337 | 08/26/10 | Egdal, David S. | USD | 0.40 | $ 246.00 | G23 | Communications with title company regarding lien matters. |
| 52279 | 00337 | 08/26/10 | Fabrizio, Carol Ann | USD | 0.10 | $ 41.50 | G23 | Correspond with D. Egdal regarding mechanic's lien indemnity. |
| 52279 | 00337 | 08/27/10 | Egdal, David S. | USD | 1.00 | $ 615.00 | G23 | Communications with E. Siddons regarding Wynn purchase offer and strategic considerations. |
| 52279 | 00337 | 08/30/10 | Egdal, David S. | USD | 0.50 | $ 307.50 | G23 | Communications with E. Siddons regarding Wynn purchase offer and proposed subdivision of property. |
| 52279 | 00337 | 08/30/10 | Hoxie, Deborah D. | USD | 0.80 | $ 264.00 | G23 | Telephone conference D. Egdal regarding complete copy of loan policy (.10); review title materials archives for complete copy of loan policy (.50); locate copy of loan policy (.10); email copy of loan policy to D. Egdal (.10). |
| 52279 | 00337 | 08/31/10 | Egdal, David S. | USD | 2.60 | $ 1,599.00 | G23 | Teleconference with E. Siddons and G. Peterson regarding Wynn purchase offer (0.6); revise letter of intent (2.0). |
| 52279 | 00337 | 08/31/10 | Sharf, Jesse | USD | 0.20 | $ 185.00 | G23 | Exchange emails with D. Egdal regarding transaction structure. |
| 52279 | 00337 | 09/01/10 | Egdal, David S. | USD | 2.80 | $ 1,722.00 | G23 | Communications with E. Siddons regarding Wynn purchase offer (0.4) and proposed subdivision of property (0.3); prepare revised letter of intent (1.3); communications with E. Siddons (0.2) and C. Fabrizio (0.2) regarding asset management agreement; communicationswith M. Watson (Chicago Title) (0.2) and D. Hoxie (0.2) regarding title report and lien matters. |
| 52279 | 00337 | 09/01/10 | Fabrizio, Carol Ann | USD | 1.70 | $ 705.50 | G23 | Correspond with D. Egdal regarding asset management agreement (0.3 hrs); begin drafting asset management agreement (1.4 hrs). |
| 52279 | 00337 | 09/02/10 | Egdal, David S. | USD | 0.80 | $ 492.00 | G23 | Communications with E. Siddons regarding Wynn purchase offer (0.2) and proposed subdivision of property (0.2); communications with M. Watson (Chicago Title) (0.2) and D. Hoxie (0.2) regarding title report and lien matters. |
| 52279 | 00337 | 09/02/10 | Fabrizio, Carol Ann | USD | 0.10 | $ 41.50 | G23 | Correspond with title company for Declarations of service. |
| 52279 | 00337 | 09/02/10 | Hoxie, Deborah D. | USD | 1.00 | $ 330.00 | G23 | Review updated title report (.40); compare title report to TSG (.30); discuss issues with D. Egdal (.20); email M. Watson regarding issues with updated title report (.10). |
| 52279 | 00337 | 09/03/10 | Egdal, David S. | USD | 3.20 | $ 1,968.00 | G23 | Communications with E. Siddons (0.2) and local counsel (0.4) regarding Wynn letter of intent (0.3 and subdivision of property (0.4); review management agreement prepared by C. Fabrizio (0.8), revise and comment (1.0). |
| 52279 | 00337 | 09/04/10 | Egdal, David S. | USD | 1.00 | $ 615.00 | G23 | Revise property management agreement. |
| 52279 | 00337 | 09/07/10 | Egdal, David S. | USD | 0.50 | $ 307.50 | G23 | Prepare and distribute draft asset management agreement (Centra). |
| 52279 | 00337 | 09/09/10 | Egdal, David S. | USD | 0.20 | $ 123.00 | G23 | Communications with E. Siddons regarding asset management agreement. |
| 52279 | 00337 | 09/10/10 | Egdal, David S. | USD | 2.60 | $ 1,599.00 | G23 | Teleconference with E. Siddons regarding Asset Management Agreement (0.5), revise same (1.6); communications with local counsel and Centra counsel (0.3) and J. Pomeranz (0.2) regarding MHC judgment. |
| 52279 | 00337 | 09/13/10 | Egdal, David S. | USD | 2.80 | $ 1,722.00 | G23 | Communications with J. Pomeranz (0.5), Centra counsel (0.5) and local counsel (1.0) regarding Martin Harris litigation matters; communications with E. Siddons regarding asset management agreement (0.2), revise same (0.3); teleconference with R. Jonesregarding subdivision matters (0.3). |
| 52279 | 00337 | 09/14/10 | Egdal, David S. | USD | 2.50 | $ 1,537.50 | G23 | Review contractor application for default judgment (1.0, communications with J. Pomeranz (0.1) , Centra counsel (0.2) and local counsel (0.5) regarding same ; communications with E. Siddons regarding asset management agreement (0.1), revise same (0.4); communications with E.Siddons and J. Sharf regarding subdivision matters (0.2). |
| 52279 | 00337 | 09/14/10 | Sharf, Jesse | USD | 0.20 | $ 185.00 | G23 | Exchange of emails re default judgment and parcelization. |
| 52279 | 00337 | 09/15/10 | Egdal, David S. | USD | 4.40 | $ 2,706.00 | G23 | Email communications (2.0) and teleconferences (1.0) with J. Pomeranz, local counsels and title company counsel regarding contractor lien matters and related application for default judgment; communications with title officer (0.2) and J. Pomeranz (0.1) re: UCC approval for property sale; revise asset management agreement (0.8), communications with E. Siddons regarding same (0.2); communications with E. Siddons regarding sub-division matters (0.1). |
| 52279 | 00337 | 09/15/10 | Sharf, Jesse | USD | 0.20 | $ 185.00 | G23 | Reviewing documents. |

## Time Details

| Client # | Matter # | Date | Timekeeper | Currency | Hours | Amount (USD) | Task Code | Narrative |
|---|---|---|---|---|---|---|---|---|
| 52279 | 00337 | 09/16/10 | Egdal, David S. | USD | 4.70 | $ 2,890.50 | G23 | Email communications (2.0) and teleconferences (1.0) with J. Pomeranz, local counsels and title company counsel regarding contractor lien matters and related application for default judgment; communications with title officer (0.1) and J. Pomeranz (0.1) regarding UCC approval for property sale; communications with M. Paskerian regarding LB Member consent and other matters related to contractor default (0.5); review motion to intervene and complaint prepared by L. Mead (0.5), comment (0.4), communications with J. Pomeranz regarding same (0.1). |
| 52279 | 00337 | 09/16/10 | Sharf, Jesse | USD | 0.20 | $ 185.00 | G23 | Exchange of emails. |
| 52279 | 00337 | 09/17/10 | Egdal, David S. | USD | 1.70 | $ 1,045.50 | G23 | Email communications (1.0) and teleconferences (0.5) with J. Pomeranz, local counsels and title company counsel regarding contractor lien matters and related application for default judgment; prepare asset management agreement (0.2). |
| 52279 | 00337 | 09/17/10 | Fabrizio, Carol Ann | USD | 0.30 | $ 124.50 | G23 | Correspond with D. Egdal regarding proof of service to Martin Harris. |
| 52279 | 00337 | 09/20/10 | Egdal, David S. | USD | 1.30 | $ 799.50 | G23 | Communications with L. Mead (0.3) and J. Pomeranz (0.2) regarding owner's motion to intervene; communications with E. Siddons regarding asset management agreement (0.2), revise same (0.6). |
| 52279 | 00337 | 09/21/10 | Egdal, David S. | USD | 1.10 | $ 676.50 | G23 | Communications with L. Mead regarding continuation of default hearing (0.2); communications with E. Siddons regarding asset management agreement (0.2), revise same (0.7). |
| 52279 | 00337 | 09/22/10 | Egdal, David S. | USD | 1.20 | $ 738.00 | G23 | Communications with E. Siddons regarding updated release and equity wind-down (0.3); revise side letter regarding wind-down of joint venture and updated release (0.9). |
| 52279 | 00337 | 09/23/10 | Egdal, David S. | USD | 0.80 | $ 492.00 | G23 | Communications with M. Paskerian regarding post-cooperation agreement deliverables (0.3); communications with K. Yonei regarding dissolution / cancellation of Delaware limited liability company faced with current litigation (0.5). |
| 52279 | 00337 | 09/23/10 | Yonei, Kevin H | USD | 0.60 | $ 192.00 | G23 | Teleconference with D. Egdal regarding dissolution of a Delaware LLC (0.1); research regarding same (0.3); teleconference with S. Sterling regarding same (0.2). |
| 52279 | 00337 | 09/24/10 | Egdal, David S. | USD | 2.30 | $ 1,414.50 | G23 | Review Delaware limited liability company act regarding winding down entity and statutory provisions for known and contingent liabilities (0.8), communications with M. Paskerian (0.1) and K. Yonei (0.2) regarding same; communications with M. Paskerian (0.4) and C. Fabrizio (0.4) regarding updated release and assignment; review revised documentation prepared by C. Fabrizio (0.2), comment (0.2). |
| 52279 | 00337 | 09/24/10 | Fabrizio, Carol Ann | USD | 0.40 | $ 166.00 | G23 | Prepare post-foreclosure assignment (0.2); prepare Updated Release (0.1); prepare side-letter (0.1). |
| 52279 | 00337 | 09/24/10 | Yonei, Kevin H | USD | 0.30 | $ 96.00 | G23 | Teleconference with Delaware Secretary of State regarding dissolutions (0.2); teleconference with D. Egdal regarding same (0.1). |
| 52279 | 00337 | 09/30/10 | Egdal, David S. | USD | 0.50 | $ 307.50 | G23 | Communications with E. Siddons and J. Pomeranz regarding asset management agreement and mechanics lien litigation (0.3), review communication from local counsel regarding same (0.2). |
| | **00337 Total** | | | | **61.60** | **$ 36,193.50** | | |
| | | | | | | | | |
| | **Grand Total** | | | | **174.40** | **$ 107,498.00** | | |