**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**               :    08-13555 (JMP)
                                                               :    (Jointly Administered)
         Debtors.                                      :
                                                               :    Ref. Docket Nos. 15684-15690,
                                                               :    15692, 15694-15706, 15709,
                                                               :    15711, 15714, 15716, 15717,
                                                               :    15719, 15720, 15728, 15729,
                                                               :    15736, 15739-15741
---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS OTC DERIVATIVES INC.,**                      :    08-13893 (JMP)
                                                               :    (Jointly Administered)
                                                               :
         Debtors.                                      :    Ref. Docket No. 13
                                                               :
---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS SPECIAL FINANCING**                          :    08-13888 (JMP)
**INC.,**                                                      :    (Jointly Administered)
                                                               :
         Debtors.                                      :
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 202-212


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 11, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<i>/s/ Pete Caris</i><br>
Pete Caris

Sworn to before me this
13th day of April, 2011
<i>/s/ Eleni Kossivas</i>
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANK HAPOALIM B.M.                              BANK HAPOALIM B.M.
     ATTN: DAVID HERTZ & HAROLD J. WEISSLER          PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
     1177 AVENUE OF THE AMERICAS                     ATTN: DOUGLAS R. DAVIS
     NEW YORK NY 10019                               1285 AVENUE OF THE AMERICAS
                                                     NEW YORK NY 10019
```

Please note that your claim # 55854-02 in the above referenced case and in the amount of
        $2,350,000.00        has been transferred **(unless previously expunged by court order)**

```
     RESTORATION HOLDINGS LTD
     TRANSFEROR: BANK HAPOALIM B.M.
     325 GREENWICH AVE - 3RD FLOOR
     ATTN: CLAIMS PROCESSING (BANKRUPTCY)
     GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 15740     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2011                          Vito Genna, Clerk of Court

                                          /s/ Jenna Noble
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 8, 2011.

**EXHIBIT B**

```
TIME: 22:51:00                                         LEHMAN BROTHERS HOLDING INC.
DATE: 04/13/11                                              CREDITOR LISTING                                               PAGE:      1

Name                                       Address
─────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────
ALCATEL-LUCENT                             CORPORATE SUCCESSOR OF ALCATEL 54 RUE LA BOETIE ATTN: XAVIER LANGIOIS D"ESTAINTOL PARIS  75008 FRANCE
BANCA SELLA HOLDING SPA                    TRANSFEROR: CENTROSIM S.P.A. ATTN: CARLO NEGRO - UFF. TITOLI PIAZZA G.SELLA 1 - I BIELLA   13900 ITALY
BANIA BROTHERS, L.L.C.                     TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ROPES & GRAY LLP/ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS
                                           NEW YORK NY 10036-8704
BANK HAPOALIM B.M.                         ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                         PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CAJA DE AHORROS Y M.P. DE GUIPUZCOA Y      MIKEL EZKERRA HERNANDEZ CAMINO PORTUETXE, N 10 DONOSTIA-SAN SEBASTIAN GUIPUZCOA  20018 SPAIN
SAN SEBASTIAN- KUTXA
CAJA DE AHORROS Y M.P. DE GUIPUZCOA Y      MIKEL EZERRA HERNANDEZ CALLE GETERIA 9-11 DONOSTIA-SAN SEBASTIAN GUIPUZCOA  20005 SPAIN
SAN SEBASTIAN- KUTXA
CENTROSIM S.P.A.                           ATTN: MS. MARINA DJORDJEVIC - COMPLIANCE & LEGAL DEPARTMENT 37 VIA BROLETTO MILAN  20121 ITALY
DEUTSCHE BANK AG LONDON BRANCH             TRANSFEROR: ALCATEL-LUCENT ATTN: MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH            TRANSFEROR: GULF STREAM - SEXTANT CLO 2006-1, LTD. ATTN: JEFFREY OLINSKY / MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH            TRANSFEROR: GULF STREAM - SEXTANT CLO 2007 - 1, LTD. ATTN: JEFFREY OLINSKY / MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR
                                           NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH            TRANSFEROR: GULF STREAM - SEXTANT CLO 2007-1, LTD. ATTN: JEFFREY OLINSKY / MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
JP MORGAN CHASE BANK, N.A.                 DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
JP MORGAN CHASE BANK, N.A.                 TRANSFEROR: KOREAN AIRLINES CO., LTD. ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JP MORGAN CHASE BANK, N.A.                 TRANSFEROR: PIMCO CAYMAN GLOBAL LIBOR PLUS (YEN-HEDGED) FUND - (#2798) ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436
                                           ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JP MORGAN CHASE BANK, NA                   TRANSFEROR: PIMCO CAYMAN GLOBAL LIBOR PLUS (YEN-HEDGED) FUND - (#2798) ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436
                                           ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JP MORGAN CHASE, NA.                       DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
JP MORGAN CHASE, NA.                       TRANSFEROR: KOREAN AIRLINES CO., LTD. ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
KOREAN AIRLINES CO., LTD.                  ATTEN: CHAN-JOO PARK RISK MGMT., FINANCE TEAM, KOREAN AIR 1370, GONHANG-DONG, GANGSEO-GU SEOUL  157-712 KOREA, REPUBLIC OF
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: CORE PLUS FIXED INCOME PORTFOLIO, THE, A SERIES OF DELAWARE POOLED TRUST ATTN: JEFFREY BENESH & RON TOROK
                                           BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: DELAWARE CORE BOND FUND, A SERIES OF DELAWARE GROUP INCOME
                                           FUNDS (AS SUCCESSOR TO THE INTERMEDIATE FIXED INCOME PORTFOLIO, A SERIES OF DELAWARE POOLED TRUST) ATTN: JEFFREY BENESH & RON TOROK
                                           BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: DELAWARE CORE PLUS BOND FUND, A SERIES OF DELAWARE GROUP GOVERNMENT FUND ATTN: JEFFREY BENESH & RON TOROK
                                           BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: DELAWARE CORE PLUS BOND FUND, A SERIES OF DELAWARE GROUP GOVT. FUND ATTN: JEFFREY BENESH & RON TOROK
                                           BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: DELAWARE CORPORATE BOND FUND ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK
                                           NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: DELAWARE DPT CORE FOCUS FIXED INCOME ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK
                                           NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: DELAWARE ENHANCED GLOBAL DIVIDEND & INCOME FUND ATTN: JEFFREY BENESH & RON TOROK
                                           BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: DELAWARE EXTENDED DURATION BOND ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK
                                           NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: DELAWARE EXTENDED DURATION BOND FUND, A SERIES OF DELAWARE GROUP INCOME FUNDS ATTN: JEFFREY BENESH & RON TOROK
                                           BANK OF AMERICA TWR 3RD FL ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: DELAWARE FOUNDATION MODERATE ALLOCATION FUND, A SERIES OF
                                           DELAWARE GROUP FOUNDATION FUNDS (AS SUCCESSOR TO DELAWARE BALANCED FUND, A SERIES OF DELAWARE GROUP EQUITY FUNDS 1)
                                           ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: DELAWARE INVESTMENTS DIVIDEND & INCOME FUND, INC ATTN: JEFFREY BENESH & RON TOROK
                                           BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: DELAWARE POOLED TRST CORE PLUSFIXED INC PORTFOLIO ATTN: JEFFREY BENESH & RON TOROK
                                           BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: LINCOLN NATIONAL REINSURANCE COMPANY (BARBADOS) LIMITED ATTN: JEFFREY BENESH & RON TOROK
                                           BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036
```

```
TIME: 22:51:00                                      LEHMAN BROTHERS HOLDING INC.
DATE: 04/13/11                                           CREDITOR LISTING                                                      PAGE:     2
```

| Name | Address |
|---|---|
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: LVIP DELAWARE FOUNDATION MODERATE ALLOCATION FUND, A SERIES OF LINCOLN VARIABLE INSURANCE PRODUCTS TRUST (AS SUCCESSOR TO DELAWARE VIP BALANCED SERIES, A SERIES OF DELAWARE VIP TRUST ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: LVIP DELAWARE FOUNDATION MODERATE ALLOCATION FUND, A SERIE SERIES OF LINCOLN VARIABLE INSURANCE PRODUCTS TRUST (AS SUCCESSOR TO DELAWARE VIP BALANCED SERIES, A SERIES OF DELAWARE VIP TRUST) ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME FUND ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: CAJA DE AHORROS Y M.P. DE GUIPUZCOA Y SAN SEBASTIAN- KUTXA ATTN: SIMON ORR 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM |
| MONTAUK ENERGY CAPITAL, LLC | ATTN: MARTIN L. RYAN, VP AND GENERAL COUNSEL 680 ANDERSEN DRIVE FOSTER PLAZA 10, 5TH FL PITTSBURGH PA 15220 |
| NIKKO CORDIAL SECURITIES INC. | 3-3-1 MARUNOUCHI CHIYODA-KU TOKYO  100-8325 JAPAN |
| NIKKO CORDIAL SECURITIES INC. | 3-3-1 MARUNOUCHI CHIYODA-KU TOKYO  1008325 JAPAN |
| NIKKO CORDIAL SECURITIES INC. | BAKER & MCKENZIE LLP ATTN: IRA A. REID 11 AVENUE OF AMERICAS NEW YORK NY 10036 |
| NIKKO CORDIAL SECURITIES INC. | BAKER & MCKENZIE LLP ATTN: IRA A. RELD 1114 AVENUE OF AMERICAS NEW YORK NY 10036 |
| NIKKO CORDIAL SECURITIES INC. | BAKER & MCKENZIE LLP ATTN: IRA R. REID 1114 AVENUE OF AMERICAS NEW YORK NY 10036 |
| NIKKO CORDIAL SECURITIES INC. | SHINICHIRO ABE BAKER & MCKENZIE GJBJ TOKYO AOYAMA LAW OFFICE THE PRUDENTIAL TOWER, 11TH FLOOR 1-13-10 NAGATA-CHO CHIYODA-KU TOKYO  100-0014 JAPAN |
| NIKKO CORDIAL SECURITIES INC. | SHINICHIRO ABE, BAKER & MCKENZIE GJBJ TOKYO AOYAMA LAW OFFICE THE PRUDENTIAL TOWER, 11TH FLOOR 2-3-10, NAGATA-CHO CHLYODA-KU TOKYO  100-0014 JAPAN |
| NIKKO CORDIAL SECURITIES INC. | TRANSFEROR: NIKKO CORDIAL SECURITIES INC. ATTN: HIDEYUKI SHINIKE 3-1 MARUNOUCHI, 3-CHOME, CHIYODA-KU TOKYO  100-8325 JAPAN |
| NIKKO CORDIAL SECURITIES INC. | TRANSFEROR: SMBC FRIEND SECURITIES CO., LTD. ATTN: HIDEYUKI SHINIKE 3-1 MARUNOUCHI, 3-CHOME, CHIYODA-KU TOKYO  100-8325 JAPAN |
| NIKKO CORDIAL SECURITIES INC. | TRANSFEROR: SMBC FRIEND SECURITIES CO., LTD. NIKKO CORDIAL SECURITIES INC, 3-1, ATTN: HIDEYUKI AHINIKE MARUNOUCHI 3-CHOME, CHIYODA-KU TOKYO  100-8325 JAPAN |
| NIKKO CORDIAL SECURITIES INC. | TRANSFEROR: SMBC FRIEND SECURITIES CO., LTD. NIKKO CORDIAL SECURITIES INC, 3-1, ATTN: HIDEYUKI AHINIKE MARUNOUCHI 3-CHOME, CHIYODA-KU TOYKO  100-8325 JAPAN |
| NIKKO CORDIAL SECURITIES INC. | TRANSFEROR: SMBC FRIEND SECURITIES CO., LTD. NIKKO CORDIAL SECURITIES INC, 3-1, ATTN: HIDEYUKI SHINIKE MARUNOUCH 3-CHOME,CHIYODA-KU TOKYO  100-8325 JAPAN |
| NIKKO CORDIAL SECURITIES INC. | TRANSFEROR: SMBC FRIEND SECURITIES CO., LTD. NIKKO CORDIAL SECURITIES INC., 3-1, ATTN: HIDEYUKI AHINIKE MARUNOUCHI 3-CHOME, CHIYODA-KU TOYKO  100-8325 JAPAN |
| NIKKO CORDIAL SECURITIES INC. | TRANSFEROR: SMBC FRIEND SECURITIES CO., LTD. NIKKO CORDIAL SECURITIES INC., 3-1, ATTN:HIDEYUKI SHINIKE MARUNOUCHI 3-CHOME, CHIYODA-KU TOKYO  100-8325 JAPAN |
| PIMCO CAYMAN GLOBAL LIBOR PLUS (YEN-HEDGED) FUND - (#2798) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL LIBOR PLUS (YEN-HEDGED) FUND - (#2798) | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN    CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL LIBOR PLUS (YEN-HEDGED) FUND - (#2798) | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE, FORT STREET, P.O. BOX 2330 GEORGETOWN    CAYMAN ISLANDS |
| RESTORATION HOLDINGS LTD | TRANSFEROR: BANK HAPOALIM B.M. 325 GREENWICH AVE - 3RD FLOOR ATTN: CLAIMS PROCESSING (BANKRUPTCY) GREENWICH CT 06830 |
| RESTORATION SPECIAL OPPORTUNITIES MASTER, LTD. | TRANSFEROR: BANK HAPOALIM B.M. 325 GREENWICH AVE - 3RD FLOOR ATTN: CLAIMS PROCESSING (BANKRUPTCY) GREENWICH CT 06830 |
| SCOTTWOOD MASTER, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: DOUG STROUP 33 BENEDICT PLACE GREENWICH CT 06830 |
| SMBC NIKKO SECURITIES INC. | IRA A. REID BAKER & MCKENZIE 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SMBC NIKKO SECURITIES INC. | IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SMBC NIKKO SECURITIES INC. | TRANSFEROR: NIKKO CORDIAL SECURITIES INC. ATTN: HIDEYUKI SHINIKE 3-1 MARUNOUCHI 3-CHOME CHIYODA-KU TOKYO  100-8325 JAPAN |
| SMBC NIKKO SECURITIES INC. | TRANSFEROR: NIKKO CORDIAL SECURITIES INC. ATTN: HIDEYUKI SHINIKE 3-1 MARUNOUCHI 3-CHOME, CHIYODA-KU TOKYO  100-8325 JAPAN |
| YORK GLOVAL FINANCE BDH, LLC | TRANSFEROR: MONTAUK ENERGY CAPITAL, LLC ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |

Total Number of Records Printed         62

EPIQ BANKRUPTCY SOLUTIONS, LLC