HEARING DATE AND TIME: **June 2, 2011 at 10:00 a.m. (Eastern Time)**
RESPONSE DEADLINE: **May 18, 2011 at 4:00 p.m. (Eastern Time)**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF ONE HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
**In re**                                                :      **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :      **08-13555 (JMP)**
                                                         :
                            **Debtors.**       :      **(Jointly Administered)**
------------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED TWENTY-EIGHTH**
**OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)**

**PLEASE TAKE NOTICE** that on April 18, 2011, Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), filed their one hundred twenty-eighth omnibus objection

to claims (the "Debtors' One Hundred Twenty-Eighth Omnibus Objection to Claims"), and that a

1

hearing (the "Hearing") to consider the Debtors' One Hundred Twenty-Eighth Omnibus

Objection to Claims will be held before the Honorable James M. Peck, United States Bankruptcy

Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New

York, One Bowling Green, New York, New York 10004, on **June 2, 2011 at 10:00 a.m.**

**(Eastern Time)**, or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that any responses to the Debtors' One

Hundred Twenty-Eighth Omnibus Objection to Claims must be in writing, shall conform to the

Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall

be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399

(which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's

filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark

Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street,

21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini,

Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured

creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan

Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and

2

US_ACTIVE:\43679032\01\58399.0008

Evan Fleck, Esq.); so as to be so filed and received by no later than **May 18, 2011 at 4:00 p.m.**

**(Eastern Time)** (the "Response Deadline").

          **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' One Hundred Twenty-Eighth Omnibus Objection to Claims

or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the

Bankruptcy Court an order substantially in the form of the proposed order annexed to the

Debtors' One Hundred Twenty-Eighth Omnibus Objection to Claims, which order may be

entered with no further notice or opportunity to be heard offered to any party.

Dated: April 18, 2011
      New York, New York

                            /s/ Robert J. Lemons
                            Robert J. Lemons

                            WEIL, GOTSHAL & MANGES LLP
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone: (212) 310-8000
                            Facsimile: (212) 310-8007

                            Attorneys for Debtors
                            and Debtors in Possession

US_ACTIVE:\43679032\01\58399.0008

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| -------------------------------------------------------------------x | | |
| **In re** | **:** | **Chapter 11 Case No.** |
| | **:** | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | **:** | **08-13555 (JMP)** |
| | **:** | |
| **Debtors.** | **:** | **(Jointly Administered)** |
| -------------------------------------------------------------------x | | |

**DEBTORS' ONE HUNDRED TWENTY-EIGHTH OMNIBUS**
**OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE
CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING
THIS ONE HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION
TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO
SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN
THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT
ATTACHED THERETO TO DETERMINE WHETHER THIS
OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT
DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

---

US_ACTIVE:\43679032\01\58399.0008

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the
above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the
"Debtors"), respectfully represent as follows:

### Relief Requested

1.      The Debtors file this one hundred twenty-eighth omnibus objection
to claims (the "One Hundred Twenty-Eighth Omnibus Objection to Claims"), pursuant to
section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule
3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this
Court's order approving procedures for the filing of omnibus objections to proofs of
claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664],
seeking to disallow and expunge the claims listed on Exhibit A annexed hereto.

2.      The Debtors have examined the proofs of claim identified on
Exhibit A and have determined that the proofs of claim listed on Exhibit A (collectively,
the "Settled Derivatives Claims") should be disallowed and expunged as contrary to the
settlements that the parties have entered into.  Pursuant to this Court's order approving
procedures for the settlement or assumption and assignment of prepetition derivatives
contracts (the "December Order") [Docket No. 2257], claimants and the Debtors have
negotiated settlements of disputes related to derivatives claims.  These settlements
provide for resolution of the derivatives claims with a payment to the Debtors, with no
amounts being due between the parties, or with the counterparty being granted an allowed
derivatives claim against one or more Debtor counterparties for a release of all of the

2

other derivatives claims the claimant has asserted related thereto.  The settlements are

reflected in executed termination agreements among the relevant parties or have been

agreed to by the relevant parties in other writings.  The proofs of claim being objected to

are not consistent with such settlements as they seek to recover amounts based on

prepetition derivatives contracts for which the applicable Debtor does not have liability.

The Debtors, therefore, request that the Court disallow and expunge the Settled

Derivatives Claims.

**Jurisdiction**

3.    This Court has jurisdiction to consider this matter pursuant to

28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

4.    Commencing on September 15, 2008, and periodically thereafter,

LBHI and certain of its subsidiaries commenced with this Court voluntary cases under

title 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated

for procedural purposes only and are being jointly administered pursuant to Bankruptcy

Rule 1015(b).  The Debtors are authorized to operate their businesses and manage their

properties as debtors in possession pursuant to sections 1107(a) and 1108 of the

Bankruptcy Code.

5.    On September 17, 2008, the United States Trustee for Region 2

(the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to

section 1102 of the Bankruptcy Code (the "Creditors' Committee").

3

6.      On December 16, 2008, the Court entered the December Order, which approved and established specific procedures by which the Debtors could settle claims arising from the termination of prepetition derivatives contracts.

7.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner.  The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy Code [Docket No. 7531].

8.      On January 14, 2010, the Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

**The Settled Derivatives Claims Should Be Disallowed and Expunged**

9.      In their review of the claims filed on the claims register in these cases, the Debtors have identified the claims on Exhibit A as being claims for which the Debtors specifically negotiated a settlement with the claimants for a payment to the Debtors, for zero dollars, or for an allowed derivatives claim against one or more Debtors in exchange for a release of all other related derivatives claims.  The Settled Derivatives Claims are not consistent with the settlements, which provide that the applicable Debtors have no liability under the relevant derivatives contracts.

10.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the

4

validity of the claim. *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009);

*In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS

660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524,

539 (Bankr. S.D.N.Y. 2000).

11.    Pursuant to the December Order, the Debtors engaged in

negotiations with certain claimants that had filed proofs of claim against the Debtors

asserting obligations based on prepetition derivatives contracts.  The Debtors and these

claimants negotiated and agreed that these derivatives claims would be resolved by (i) no

amounts being due between the parties, (ii) the claimants making a payment to the

Debtors, or (iii) the claimant having an allowed claim against one or more Debtor

counterparties in exchange for a release of all other derivatives claims that it has asserted

related thereto.  The agreements are reflected in an executed termination agreement or

other writing.  In order to properly reflect the Debtors' and claimants' agreements, the

Debtors request that the Court disallow and expunge in their entirety the Settled

Derivatives Claims listed on Exhibit A.

### Notice

12.    No trustee has been appointed in these chapter 11 cases.  The

Debtors have served notice of this One Hundred Twenty-Eighth Omnibus Objection to

Claims on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the

Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United

States Attorney for the Southern District of New York; (vi) each claimant listed on

Exhibit A; and (vii) all other parties entitled to notice in accordance with the procedures

set forth in the second amended order entered on June 17, 2010, governing case

5

US_ACTIVE:\43679032\01\58399.0008

management and administrative procedures for these cases [Docket No. 9635].  The

Debtors submit that no other or further notice need be provided.

13.    No previous request for the relief sought herein has been made by

the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting

the relief requested herein and such other and further relief as is just.

Dated: April 18, 2011
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

6

# EXHIBIT A

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 128: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DIADEM CITY CDO LIMITED SERIES 2005-1 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONGDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17951 | Undetermined | Settled Derivatives Claim |
| 2 | DIADEM CITY CDO LIMITED SERIES 2005-1 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQURE LONDON, E14 AL5 UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17952 | Undetermined | Settled Derivatives Claim |
| 3 | FRANCISCAN AT ST. LEONARD K/ N/ A ST. LEONARD 8100 CLYO ROAD CENTERVILLE, OH 45458 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31925 | $7,192,814.10* | Settled Derivatives Claim |
| 4 | FRANCISCAN AT ST. LEONARD K/ N/ A ST. LEONARD 8100 CLYO ROAD CENTERVILLE, OH, OH 45458 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 31926 | $7,192,814.10* | Settled Derivatives Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 128: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | FRANK RUSSELL MULTI- STRATEGY GLOBAL BOND FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1457 385 E. COLORADO BLVD. PASADENA, CA 91101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20924 | $190,324.80 | Settled Derivatives Claim |
| 6 | FRANK RUSSELL MULTI-STRATEGY GLOBAL BOND FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1457 385 E. COLORADO BLVD. PASADENA, CA 91101 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21056 | $190,324.80 | Settled Derivatives Claim |
| 7 | GMAM GROUP PENSION TRUST I - FOR THE ACCOUNT OF ALTERNATIVE HIGH YIELD BANK LOAN POOL - ACCT NO.6FPC C/O PROMARK INVESTMENT ADVISORS, INC. ATTN: MARK SZYCHER 767 FIFTH AVENUE BOSTON, MA 02110 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26428 | $10,370,862.00* | Settled Derivatives Claim |
| 8 | GMAM GROUP PENSION TRUST I FOR THE ACCOUNT OF ALTERNATIVE HIGH YIELD BANK LOAN POOL - ACCT. NO. 6FPC C/O PROMARK INVESTMENT ADVISORS, INC. ATTN: MARK SZYCHER 767 FIFTH AVENUE BOSTON, MA 02110 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26429 | $10,370,862.00* | Settled Derivatives Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 128: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | GMAM GROUP PENSION TRUST I FOR THE ACCOUNT OF GM STRUCTURED CREDIT OPPORTUNITY POOL - ACCT. NP. 6FDK C/O PROMARK INVESTMENT ADVISORS INC. 767 FIFTH AVENUE ATTN: MARK SZYCHER NEW YORK, NY 10153 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26427 | $7,836,599.00* | Settled Derivatives Claim |
| 10 | GMAM GROUP PENSION TRUST I FOR THE ACCOUNT OF GM STRUCTURED CREDIT OPPORTUNITY POOL - ACCT. NO. 6FDK C/O PROMARK INVESTMENT ADVISORS, INC ATTN: MARK SZYCHER 767 FIFTH AVENUE NEW YORK, NY 10153 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29212 | $7,836,599.00* | Settled Derivatives Claim |
| 11 | JEWISH SENIORS AGENCY OF RHODE ISLAND ATTN: EXECUTIVE DIRECTOR JEWISH ELDER CARE OF RHODE ISLAND C/O JEWISH SENIORS AGENCY OF RHODE ISLAND 100 NIANTIC AVENUE PROVIDENCE, RI 02907-3119 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 08/04/2009 | 9573 | $10,771.49 | Settled Derivatives Claim |
| 12 | KENDAL ON HUDSON ATTN : JENNIFER ANDERSON, CFO 1010 KENDAL WAY SLEEPY HOLLOW, NY 10591 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31911 | Undetermined | Settled Derivatives Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 128: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | KENDAL ON HUDSON ATTN: JENNIFER ANDERSON, CFO 1010 KENDAL WAY SLEEPY HOLLOW, NY 10591 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 31912 | Undetermined | Settled Derivatives Claim |
| 14 | LONGACRE MASTER FUND II, LP TRANSFEROR: NYKREDIT BANK A/S ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/09/2009 | 10947 | $10,549.23 | Settled Derivatives Claim |
| 15 | LONGACRE MASTER FUND II, LP TRANSFEROR: NYKREDIT BANK A/S ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK, NY 100193 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 08/11/2009 | 8031 | $10,549.23 | Settled Derivatives Claim |
| 16 | LOOMIS SAYLES MULTI-STRATEGY MASTER ALPHA, LTD. -MR. MICHAEL DALEY DIRECTOR OF FIXED INCOME OPERATIONS 25TH FLOOR, ONE FINANCIAL CENTER BOSTON, MA 02111 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 11/12/2008 | 589 | $25,583.40 | Settled Derivatives Claim |
| 17 | LOOMIS SAYLES MULTI-STRATEGY MASTER ALPHA, LTD. -MR. MICHAEL DALEY DIRECTOR OF FIXED INCOME OPERATIONS 25TH FLOOR, ONE FINANCIAL CENTER BOSTON, MA 02111 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/12/2008 | 590 | $25,583.40 | Settled Derivatives Claim |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 128: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 18 | NYKREDIT BANK A/S PLESNER LAW FIRM ATTN: ATTORNEY-AT-LAW SOREN TOFT BJERRESKOV AMERIKA PLADS 37 COPENHAGEN, DK-2100 DENMARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/09/2009 | 10945 | $1,729,654.49 | Settled Derivatives Claim |
| 19 | PACIFIC LIFE INSURANCE COMPANY 700 NEWPORT CENTER DR NEWPORT BEACH, CA 92660-6397 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30382 | $3,637,021.00 | Settled Derivatives Claim |
| 20 | PACIFIC LIFECORP 700 NEWPORT CENTER DRIVE NEWPORT BEACH, CA 92660 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30386 | $374,673.00 | Settled Derivatives Claim |
| 21 | PACIFIC LIFECORP 700 NEWPORT CENTER DRIVE NEWPORT BEACH, CA 92660 | 08-13905 (JMP) | CES Aviation LLC | 09/22/2009 | 30387 | $374,673.00 | Settled Derivatives Claim |
| 22 | PEARL FINANCE PLC - SERIES 2005-1 C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25855 | $25,472,618.00* | Settled Derivatives Claim |

**\* - Indicates claim contains unliquidated and/or undetermined amounts**

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 128: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | PEARL FINANCE PLC - SERIES 2005-1 C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25856 | $25,472,618.00* | Settled Derivatives Claim |
| 24 | RIC PLC THE GLOBAL BOND FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30852 | $122,523.00 | Settled Derivatives Claim |
| 25 | TVO COACH HOUSE NORTH LLC ATTN: LEGAL DEPT C/O RESOURCE INVESTMENTS LIMITED, LLC 4300 HADDONFIELD ROAD, SUITE 314 PENNSAUKEN, NJ 08109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14705 | $15,507.17 | Settled Derivatives Claim |
| 26 | TVO COACH HOUSE SOUTH LLC ATTN: LEGAL DEPT C/O RESOURCE INVESTMENTS LIMITED, LLC 4300 HADDONFIELD ROAD, SUITE 314 PENNSAUKEN, NJ 08109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14704 | $38,770.20 | Settled Derivatives Claim |
| 27 | TVO CORINTH PLACE LLC ATTN: LEGAL DEPT C/O RESOURCE INVESTMENTS LIMITED, LLC 4300 HADDONFIELD ROAD, SUITE 314 PENNSAUKEN, NJ 08109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14703 | $8,722.63 | Settled Derivatives Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 128: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 28 | VIRGIN ISLANDS PUBLIC FINANCE AUTHORITY<br>ATTN: MR JULITO FRANCIS<br>RE: DERIVATIVE MASTER ACCOUNT NUMBER 092104VIPF<br>PO BOX 430, EMANCIPATION GARDEN STATION<br>ST. THOMAS, 00804-430<br>VIRGIN ISLANDS (U.S.) | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30532 | Undetermined | Settled Derivatives Claim |
| | | | | | TOTAL | $108,511,017.04 | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
In re                                                            :          **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :          **08-13555 (JMP)**
                                                                 :
                                          Debtors.     :          **(Jointly Administered)**
--------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' ONE HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

Upon the one hundred twenty-eighth omnibus objection to claims, dated

April 18, 2011 (the "One Hundred Twenty-Eighth Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter

11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving

procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664],

seeking disallowance and expungement of the Settled Derivatives Claims on the grounds

that the Debtors and claimants have agreed that the Settled Derivatives Claims seek

recovery of monies for which the applicable Debtors are not liable, all as more fully

described in the One Hundred Twenty-Eighth Omnibus Objection to Claims; and due and

proper notice of the One Hundred Twenty-Eighth Omnibus Objection to Claims having

been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii)

the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the

United States Attorney for the Southern District of New York; (vi) each claimant listed

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such
terms in the Debtors' One Hundred Twenty-Eighth Omnibus Objection to Claims.

on Exhibit A attached to the One Hundred Twenty-Eighth Omnibus Objection to Claims;

and (vii) all other parties entitled to notice in accordance with the procedures set forth in

the second amended order entered on June 17, 2010, governing case management and

administrative procedures for these cases [Docket No. 9635]; and it appearing that no

other or further notice need be provided; and the Court having found and determined that

the relief sought in the One Hundred Twenty-Eighth Omnibus Objection to Claims is in

the best interests of the Debtors, their estates, creditors, and all parties in interest and that

the legal and factual bases set forth in the One Hundred Twenty-Eighth Omnibus

Objection to Claims establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the One Hundred Twenty-Eighth

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the

Settled Derivatives Claims listed on Exhibit 1 annexed hereto are disallowed and

expunged in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the

Settled Derivatives Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on

the validity, allowance, or disallowance of, and all rights to object and defend on any

basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the

One Hundred Twenty-Eighth Omnibus Objection to Claims that does not appear on

Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine

2

US_ACTIVE:\43679041\02\58399.0008

all matters arising from or related to this Order.

Dated: _____, 2011
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

3