UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                                    :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                                 :
:
------------------------------------------------------------x    Ref. Docket Nos. 14667, 15519,
15537, 15538, 15614, 15618, 15632-
15645, 15647-15660, 15683

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 8, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      /s/ *Lauren Rodriguez*
                                                      Lauren Rodriguez

Sworn to before me this
18th day of April, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: CLAL FINANCE BATUCHA INVESTMENT MANAGEMENT LTD
RUBINSTEIN HOUSE, 24TH FL
37 MENAHEM BEGIN ROAD
TEL AVIV    65220
ISRAEL

Please note that your claim # 18216 in the above referenced case and in the amount of $1,873,584.58    has been transferred **(unless previously expunged by court order)**

YORVIK PARTNERS LLP
TRANSFEROR: CLAL FINANCE BATUCHA INVESTMENT MANAGEMENT LTD
ATTN: LISA KING
11 IRONMONGER LANE
LONDON    EC2V 8EY
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 14667    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/08/2011                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 8, 2011.

# EXHIBIT B

```
TIME: 11:14:17                              LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 04/08/11                                    CREDITOR LISTING

Name                                                          Address
BANCA POPOLARE DELL'EMILIA ROMAGNA SOC.                       VIA SAN CARLO 8/20 MODENA   41100 ITALY
  COOP.
BERENBERG BANK                                                TRANSFEROR: WUERST, CHRISTIAN ATTN: MR. SVEN STEGELMANN POSTFACH 30 05 47 HAMBURG   20302 GERMANY
BERENBERG BANK                                                TRANSFEROR: WURST, WOLFGANG ATTN: MR. SVEN STEGELMANN POSTFACH 30 05 47 HAMBURG   20302 GERMANY
CLAL FINANCE BATUCHA INVESTMENT                               RUBINSTEIN HOUSE, 24TH FL 37 MENAHEM BEGIN ROAD TEL AVIV   65220 ISRAEL
  MANAGEMENT LTD
CORE PLUS FIXED INCOME PORTFOLIO, THE, A                      PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
  SERIES OF DELAWARE POOLED
CORE PLUS FIXED INCOME PORTFOLIO, THE, A                      TRUST C/O DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE
  SERIES OF DELAWARE POOLED                                   2005 MARKET STREET PHILADELPHIA PA 19103
DELAWARE CORE BOND FUND, A SERIES OF                          PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
  DELAWARE GROUP INCOME FUNDS (AS
DELAWARE CORE BOND FUND, A SERIES OF                          SUCCESSOR TO THE INTERMEDIATE FIXED INCOME PORTFOLIO, A SERIES OF DELAWARE POOLED TRUST) C/O DELAWARE INVESTMENTS
  DELAWARE GROUP INCOME FUNDS (AS                             ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE, 2005 MARKET STREET PHILADELPHIA PA 19103
DELAWARE CORE BOND FUND, A SERIES OF                          SUCCESSOR TO THE INTERMEDIATE FIXED INCOME PORTFOLIO, A SERIES OF DELAWARE POOLED TRUST) C/O DELAWARE INVESTMENTS
  DELAWARE GROUP INCOME FUNDS (AS                             ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE, 2005 MARKET STREET
                                                              PHILADELPHIA PA 19103-7094
DELAWARE CORE PLUS BOND FUND, A SERIES                        FUND C/O DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE
  OF DELAWARE GROUP GOVERNMENT                                2005 MARKET STREET PHILADELPHIA PA 19103
DELAWARE CORE PLUS BOND FUND, A SERIES                        PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
  OF DELAWARE GROUP GOVERNMENT
DELAWARE CORE PLUS BOND FUND, A SERIES                        C/O DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL 2005 MARKET STREET
  OF DELAWARE GROUP GOVT. FUND                                PHILADELPHIA PA 19103-7094
DELAWARE CORE PLUS BOND FUND, A SERIES                        PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
  OF DELAWARE GROUP GOVT. FUND
DELAWARE CORPORATE BOND FUND                                  C/O DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET
                                                              PHILADELPHIA PA 19103-7094
DELAWARE CORPORATE BOND FUND                                  C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE
                                                              2005 MARKET STREET PHILADELPHIA PA 19103-7094
DELAWARE CORPORATE BOND FUND                                  PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
DELAWARE DPT CORE FOCUS FIXED INCOME                          ALFIO LEONE C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANCE VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE
                                                              2005 MARKET STREET PHILADELPHIA PA 19103
DELAWARE DPT CORE FOCUS FIXED INCOME                          C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE
                                                              2005 MARKET STREET PHILADELPHIA PA 19103-7094
DELAWARE DPT CORE FOCUS FIXED INCOME                          PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
DELAWARE ENHANCED GLOBAL DIVIDEND &                           C/O DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET
  INCOME FUND                                                 PHILADELPHIA PA 19103
DELAWARE ENHANCED GLOBAL DIVIDEND &                           C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE
  INCOME FUND                                                 2005 MARKET STREET PHILADELPHIA PA 19103-7094
DELAWARE ENHANCED GLOBAL DIVIDEND &                           PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
  INCOME FUND
DELAWARE EXTENDED DURATION BOND                               C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE
                                                              2005 MARKET STREET PHILADELPHIA PA 19103-7094
DELAWARE EXTENDED DURATION BOND                               PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
DELAWARE EXTENDED DURATION BOND FUND, A                       INCOME FUNDS C/O DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE
  SERIES OF DELAWARE GROUP                                    2005 MARKET STREET PHILADELPHIA PA 19103
DELAWARE EXTENDED DURATION BOND FUND, A                       PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
  SERIES OF DELAWARE GROUP
DELAWARE FOUNDATION MODERATE ALLOCATION                       GROUP FOUNDATION FUNDS (AS SUCCESSOR TO DELAWARE BALANCED FUND, A SERIES OF DELAWARE GROUP EQUITY FUNDS I) C/O DELAWARE INVESTMENTS
  FUND, A SERIES OF DELAWARE                                  ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE, 2005 MARKET STREET PHILADELPHIA PA 19103
DELAWARE FOUNDATION MODERATE ALLOCATION                       GROUP FOUNDATION FUNDS (AS SUCCESSOR TO DELAWARE BALANCED FUND, A SERIES OF DELAWARE GROUP EQUITY FUNDS I) C/O DELAWARE INVESTMENTS
  FUND, A SERIES OF DELAWARE                                  ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE, 2005 MARKET STREET
                                                              PHILADELPHIA PA 19103-7094
DELAWARE FOUNDATION MODERATE ALLOCATION                       PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
  FUND, A SERIES OF DELAWARE


                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| DELAWARE INVESTMENTS DIVIDEND & INCOME FUND, INC | C/O DELAWARE INVESTMENTS ATTN: MICHAEL DRESNIN, ASSISTANT VICE PRESIDENT & LEGAL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE INVESTMENTS DIVIDEND & INCOME FUND, INC | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DELAWARE POOLED TRST CORE PLUSFIXED INC PORTFOLIO | C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| DELAWARE POOLED TRST CORE PLUSFIXED INC PORTFOLIO | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SWEDBANK AB, NEW YORK BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| HBK MASTER FUND L.P. | TRANSFEROR: UBS AG, STAMFORD BRANCH C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| LINCOLN NATIONAL REINSURANCE COMPANY (BARBADOS) LIMITED | LEGAL COUNSEL C/O DELAWARE INVESTMENTS 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| LINCOLN NATIONAL REINSURANCE COMPANY (BARBADOS) LIMITED | C/O DELAWARE INVESTMENTS ATTN: MICHAEL DRESNIN., ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL 2005 MARKET STREET PHILADELPHIA PA 19103-7098 |
| LINCOLN NATIONAL REINSURANCE COMPANY (BARBADOS) LIMITED | LEGAL COUNSEL C/O DELAWARE INVSEMENTS 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| LINCOLN NATIONAL REINSURANCE COMPANY (BARBADOS) LIMITED | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| LINCOLN NATIONAL REINSURANCE COMPANY (BARBADOS) LIMITED | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| LVIP DELAWARE FOUNDATION MODERATE ALLOCATION FUND, A SERIES OF LINCOLN | VARIABLE INSURANCE PRODUCTS TRUST (AS SUCCESSOR TO DELAWARE VIP BALANCED SERIES, A SERIES OF DELAWARE VIP TRUST) C/O DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE, 2005 MARKET STREET PHILADELPHIA PA 19103 |
| LVIP DELAWARE FOUNDATION MODERATE ALLOCATION FUND, A SERIES OF LINCOLN | VARIABLE INSURANCE PRODUCTS TRUST (AS SUCCESSOR TO DELAWARE VIP BALANCED SERIES, A SERIES OF DELAWARE VIP TRUST) C/O DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE, 2005 MARKET STREET PHILADELPHIA PA 19103-7094 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: CORE PLUS FIXED INCOME PORTFOLIO, THE, A SERIES OF DELAWARE POOLED TRUST ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: CORE PLUS FIXED INCOME PORTFOLIO, A SERIES OF DELAWARE POOLED TRUST) ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DELAWARE CORE BOND FUND, A SERIES OF DELAWARE GROUP GOVERNMENT FUND ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DELAWARE CORE BOND FUND, A SERIES OF DELAWARE GROUP INCOME FUNDS (AS SUCCESSOR TO THE INTERMEDIATE FIXED INCOME PORTFOLIO, A SERIES OF DELAWARE GROUP GOVT. FUND ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DELAWARE CORE PLUS BOND FUND, A SERIES OF DELAWARE GROUP INCOME FUNDS (AS SUCCESSOR TO THE INTERMEDIATE FIXED INCOME PORTFOLIO, A SERIES OF DELAWARE GROUP INCOME FUNDS ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DELAWARE CORE PLUS BOND FUND, A SERIES OF DELAWARE GROUP INCOME FUNDS ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DELAWARE CORPORATE BOND FUND FUND ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DELAWARE DPT CORE FOCUS FIXED INCOME ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DELAWARE ENHANCED GLOBAL DIVIDEND & INCOME FUND ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DELAWARE EXTENDED DURATION BOND ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DELAWARE EXTENDED DURATION BOND FUND, A SERIES OF DELAWARE GROUP INCOME FUNDS ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DELAWARE FOUNDATION MODERATE ALLOCATION FUND, A SERIES OF DELAWARE GROUP FOUNDATION FUNDS (AS SUCCESSOR TO DELAWARE BALANCED FUND, A SERIES OF DELAWARE GROUP EQUITY FUNDS 1) ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |

```
TIME: 11:14:17                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    3
DATE: 04/08/11                                           CREDITOR LISTING

Name                                              Address
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: DELAWARE INVESTMENTS DIVIDEND & INCOME FUND, INC ATTN: JEFFREY BENESH & RON TOROK
                                                  BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: DELAWARE POOLED TRST CORE PLUSFIXED INC PORTFOLIO ATTN: JEFFREY BENESH & RON TOROK
                                                  BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: LINCOLN NATIONAL REINSURANCE COMPANY (BARBADOS) LIMITED ATTN: JEFFREY BENESH & RON TOROK
                                                  BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: LVIP DELAWARE FOUNDATION MODERATE ALLOCATION FUND, A SERIES OF LINCOLN VARIABLE INSURANCE PRODUCTS TRUST (AS SUCCESSOR
                                                  TO DELAWARE VIP BALANCED SERIES, A SERIES OF DELAWARE VIP TRUST ATTN: JEFFREY BENESH & RON TOROK
                                                  BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: LVIP DELAWARE FOUNDATION MODERATE ALLOCATION FUND, A SERIE
                                                  SERIES OF LINCOLN VARIABLE INSURANCE PRODUCTS TRUST (AS SUCCESSOR TO DELAWARE VIP BALANCED SERIES, A SERIES OF DELAWARE VIP TRUST)
                                                  ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME FUND ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK
                                                  NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                       TRANSFEROR: MIZUHO INVESTORS SECURITIES CO., LTD ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON     EC1A 1HQ UNITED KINGDOM
METHOD INVESTMENT AND ADVISORY                    TRANSFEROR: NENIGOEN, S.L. ATTN: MARCO BORSA 16 BERKLEY STREET LONDON     W1J 8D2 UNITED KINGDOM
MIZUHO INVESTORS SECURITIES CO., LTD              STROOCK & STROOCK & LAVAN LLP ATTN: SHERRY MILLMAN 180 MAIDEN LANE NEW YORK NY 10038
MIZUHO INVESTORS SECURITIES CO., LTD              LEGAL DEPARTMENT ATTN: KEN HASHIMOTO 2-10-30, NIHONBASHI KAKIGARA-CHO, CHUO-KU TOKYO     103-8658 JAPAN
NENIGOEN, S.L.                                    C/ MANUEL IRADIER N 10 BAJO VITORIA (ALAVA)     01005 SPAIN
OAKTREE HUNTINGTON INVESTMENT FUND L.P.           TRANSFEROR: YORVIK PARTNERS LLP C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: KENNETH LIANG/WILLIAM MELANSON
                                                  333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
(PARALLEL 2), L.P.                                LOS ANGELES CA 90071
OAKTREE OPPORTUNITIES FUND VIII                   TRANSFEROR: YORVIK PARTNERS LLP C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: KENNETH LIANG/WILLIAM MELANSON
DELAWARE, L.P.                                    333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VII DELAWARE,              TRANSFEROR: YORVIK PARTNERS LLP C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: KENNETH LIANG/WILLIAM MELANSON
L.P.                                              333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071
OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME           C/O DELAWARE INVESTMENTS ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE 2005 MARKET STREET
FUND                                              PHILADELPHIA PA 19103-7094
OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME           C/O DELAWARE MANAGEMENT COMPANY ATTN: MICHAEL E. DRESNIN, ASSISTANT VICE PRESIDENT AND LEGAL COUNSEL ONE COMMERCE SQUARE
FUND                                              2005 MARKET STREET PHILADELPHIA PA 19103-7094
OPTIMUM FUND TRUST-OPTIMUM FIXED INCOME           PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098
FUND
UBS AG, STAMFORD BRANCH                           TRANSFEROR: BASSWOOD OPPORTUNITY FUND INC ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                           TRANSFEROR: BASSWOOD OPPORTUNITY FUND INC. ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                           TRANSFEROR: BASSWOOD OPPORTUNITY PARTNERS, L.P. ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901
UBS AG, STAMFORD BRANCH                           TRANSFEROR: BASSWOOD OPPORTUNITY PARTNERS, LP ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901
WUERST, CHRISTIAN                                 MUUSBARG 8B HAMBURG     22397 GERMANY
WURST, WOLFGANG                                   MUUSBARG 8 B HAMBURG     22397 GERMANY
YORVIK PARTNERS LLP                               TRANSFEROR: CLAL FINANCE BATUCHA INVESTMENT MANAGEMENT LTD ATTN: LISA KING 11 IRONMONGER LANE LONDON     EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                               TRANSFEROR: RAIFFEISENLANDESBANK OBEROSTERREICH AKTIENGESELLSCHAFT ATTN: LISA KING 11 IRONMONGER LANE LONDON     EC2V 8EY UNITED KINGDOM


Total Number of Records Printed      81
                                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```