HEARING DATE AND TIME: June 2, 2011 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: May 18, 2011 at 4:00 p.m. (Eastern Time)

> **THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF ONE HUNDRED TWENTY NINTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, LEE J. GOLDBERG, AT 212-310-8928.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
------------------------------------------------------------------x

<u>**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED TWENTY NINTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)**</u>

   **PLEASE TAKE NOTICE** that on April 18, 2011, Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "<u>Debtors</u>"), filed their one hundred twenty-ninth omnibus objection

to claims (the "<u>Debtors' One Hundred Twenty-ninth Omnibus Objection to Claims</u>"), and that a

hearing (the "Hearing") to consider the Debtors' One Hundred Twenty-Ninth Omnibus

Objection to Claims will be held before the Honorable James M. Peck, United States Bankruptcy

Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New

York, One Bowling Green, New York, New York 10004, on **June 2, 2011 at 10:00 a.m.**

**(Eastern Time),** or as soon thereafter as counsel may be heard.

    **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' One

Hundred Twenty-Ninth Omnibus Objection to Claims must be in writing, shall conform to the

Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall

be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399

(which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's

filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Lee J.

Goldberg, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street,

21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini,

Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured

creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan

Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and

Evan Fleck, Esq.); so as to be so filed and received by no later than **May 18, 2011 at 4:00 p.m.**

**(Eastern Time)** (the "Response Deadline").

             **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' One Hundred Twenty-Ninth Omnibus Objection to Claims or

any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the

Bankruptcy Court an order substantially in the form of the proposed order annexed to the

Debtors' One Hundred Twenty-Ninth Omnibus Objection to Claims, which order may be entered

with no further notice or opportunity to be heard offered to any party.

Dated: April 18, 2011
      New York, New York

                    /s/ Robert J. Lemons
                    Robert J. Lemons

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                       :    Chapter 11 Case No.
                                            :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :    **08-13555 (JMP)**
                                            :
                     Debtors.               :    (Jointly Administered)
-------------------------------------------------------------------x

DEBTORS' ONE HUNDRED TWENTY-NINTH OMNIBUS
OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS ONE HUNDRED TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, LEE J. GOLDBERG, AT 212-310-8928.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

    Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-

referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"),

respectfully represent:

## Relief Requested

1.      The Debtors file this one hundred twenty-ninth omnibus objection to claims (the "One Hundred Twenty-Ninth Omnibus Objection to Claims") pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking to disallow and expunge the claims listed on Exhibit A annexed hereto.

2.      The Debtors have examined the proofs of claim identified on Exhibit A (collectively, the "No Liability Derivatives Claims") and have determined that the No Liability Derivatives Claims should be disallowed and expunged on the basis that they provide no basis of liability as to the Debtors.  After a review of the claimant's supporting documentation and the Debtors' books and records, the Debtors have determined that, based on the fair, accurate, and reasonable values of the subject Derivatives Contracts (as defined herein) and the netting provisions thereunder, the Debtors do not owe any amounts to the claimants but rather, in most cases, the respective claimants actually owe money to the Debtors based on such Derivatives Contracts.  Therefore, the No Liability Derivatives Claims do not constitute valid *prima facie* claims, and the Debtors request they be disallowed and expunged in their entirety.

3.      The Debtors reserve all their rights to object on any basis to any No Liability Derivatives Claim as to which the Court does not grant the relief requested herein.

## Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

5.        Commencing on September 15, 2008 and periodically thereafter, LBHI

and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of

title 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for

procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule

1015(b).  The Debtors are authorized to operate their businesses and manage their properties as

debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.        On September 17, 2008, the United States Trustee for Region 2 (the "U.S.

Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of

the Bankruptcy Code (the "Creditors' Committee").

7.        On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as

Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January

20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the

Examiner.  The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy

Code [Docket No. 7531].

8.        On July 2, 2009, this Court entered an order setting forth procedures for

filing proofs of claim in these chapter 11 cases, including procedures for filing proofs of claim

and supporting documentation for claims based on Derivatives Contracts[1] (the "Bar Date Order")

[Docket No. 4271].  The Bar Date Order provided that "each holder of a claim against a Debtor

based on amounts owed pursuant to any Derivative Contract must: . . . complete the electronic

Derivative Questionnaire [and] electronically upload supporting documentation on the

website . . . ."  (Bar Date Order at 7)  The Bar Date Order further provided that "each holder of a

---

[1] "Derivative Contract" is defined in the Bar Date Order as meaning "any contract that is of (i) a 'swap agreement' as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a 'forward contract' as such term is defined in section 101(25) of the Bankruptcy Code . . . ."  (*See* Bar Date Order at 6).

claim against a Debtor based on a Guarantee by a Debtor of the obligations of a non-Debtor

entity under a Derivative Contract must [also]: . . . complete the electronic Guarantee

Questionnaire and electronically upload supporting documentation on the website . . . ." (*Id.* at

8.)  A copy of the Bar Date Order was made publicly available at http://www.lehman-

docket.com.

        9.      Exhibit C to the Bar Date Order was a version of the Derivative

Questionnaire, which required that the claimant provide various information in support of its

claim, such as copies of relevant agreements; a copy of the termination notice; a valuation

statement; individual trade-level detail; trade value methodology and quotations; and unpaid

amounts, collateral, and other costs associated with the claim pursuant to the Derivatives

Contract.  Also attached to the Bar Date Order was Exhibit D, a version of the Guarantee

Questionnaire setting forth the information forming the basis of the claimant's assertions of a

guarantee claim.

        10.     On January 14, 2010, the Court entered the Procedures Order, which

authorizes the Debtors, among other things, to file omnibus objections to no more than 500

claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and

those additional grounds set forth in the Procedures Order.

### The No Liability Derivatives Claims Should Be Disallowed and Expunged

        11.     In reviewing the claims filed on the claims register in these cases and

maintained by the Court-appointed claims agent, the Debtors have identified the No Liability

Derivatives Claims as claims that should be disallowed and expunged on the basis that they

provide no basis of liability as to the Debtors.  The Derivatives Contracts that underlie the No

Liability Derivatives Claims have either been terminated or matured pursuant to the terms

thereof.  After a review of the claimants' supporting documentation and the Debtors' books and

records, the Debtors have determined that, based on the fair, accurate, and reasonable values of

the subject Derivatives Contracts and the netting provisions thereunder, the Debtors do not owe

any amounts to the claimants but rather either no amounts are owed under the Derivatives

Contracts to either party or the respective claimants actually owe money to the Debtors based on

such Derivatives Contracts, and, therefore, the No Liability Derivatives Claims do not constitute

valid *prima facie* claims.

12.    A filed proof of claim is "deemed allowed, unless a party in interest . . .

objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential

allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See*

*In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*,

Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20,

2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

13.    The Debtors have developed and currently utilize a thorough, multi-step

process to review claims filed against the Debtors and based on a Derivatives Contract

("Derivatives Claims") in order to determine the fair, accurate, and reasonable value, if any, of

such claims or, alternatively, the monetary recovery due to the Debtors with respect to the

subject Derivatives Contract. In order to determine the amounts due under a Derivatives

Contract, the Debtors: (i) collect and review documents related to the relevant Derivatives Claim

including, but not limited to, the relevant Derivatives Questionnaire and/or Guarantee

Questionnaire, the termination notice, and the valuation statement; (ii) reconcile posted collateral

and any cash payments already received, made, or missed; and (iii) review the valuation

methodology used by the claimant to determine the value of the claim, including verifying the

legitimacy of quotes provided by the claimant in connection with their valuation statement,

reviewing claimant's "loss" calculation, and evaluating any set-off claims.[2]  Furthermore, the

Debtors engage in, to the extent the holder is willing to so engage, lengthy negotiations with the

holder of the Derivatives Claim that are often very detailed and may extend over a period of

months.

14.    The Debtors have undertaken this lengthy process with respect to each of

the No Liability Derivatives Claims and concluded that a fair, accurate, and reasonable valuation

of the No Liability Derivatives Claims demonstrates that the Debtors do not owe any of the

claimants money and that, either no amounts are owed to either party or the claimant in fact owes

the Debtors money.  Accordingly, the Debtors request that the Court disallow and expunge in

their entirety the No Liability Derivatives Claims listed on Exhibit A.

15.    In an effort to resolve differences between the Debtors and claimants

asserting No Liability Derivatives Claims and because the subject Derivatives Contracts mostly

constitute Derivatives Contracts for which the Debtors are owed money, the Debtors expect in

many instances to commence alternative dispute resolution procedures approved by this Court in

either (i) the *Affirmative Dispute Resolution Procedures Order for Affirmative Claims of Debtors

Under Derivatives Contracts*, dated September 17, 2009 [Docket No. 5207] or (ii) the *Order

Pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-

390 Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute

Resolution Procedures for Claims Against Debtors*, dated April 19, 2010 [Docket No. 8474], as

applicable.

---

[2] For a more comprehensive discussion of the valuation process, please see the Declaration of Gary H. Mandelblatt
in Support of Debtors' Motion Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule
3003(c)(3) for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of
Notice Thereof and Approval of the Proof of Claim Form (attached as "Exhibit C" to Debtors' Omnibus Reply to
Objections to Motion of the Debtors, Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule
3003(c)(3), for Establishment of the Deadline for Filing Proofs of Claim, Approval of the Form and Manner of
Notice Thereof and Approval of the Proof of Claim Form [Docket No. 4113]).

**Notice**

16.     No trustee has been appointed in these chapter 11 cases.  The Debtors have served notice of this One Hundred Twenty-Ninth Omnibus Objection to Claims on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A, and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635].  The Debtors submit that no other or further notice need be provided.

17.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the relief requested herein and such other and further relief as is just.

Dated:  April 18, 2011
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**<u>Exhibit A</u>**

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 1 | 1100 VERMONT OWNER LLC C/O JOSS REALTY PARTNERS 520 MADISON AVENUE, 29TH FLOOR NEW YORK, NY 10022 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 07/23/2009 | 5932 | $15,950.00 | No Liability Claim |
| 2 | 1199 SEIU HEALTH CARE EMPLOYEES PENSION FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-923 385 E. COLORADO BLVD. PASADENA, CA 91101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20872 | $931,901.86 | No Liability Claim |
| 3 | 1199 SEIU HEALTH CARE EMPLOYEES PENSION FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-923 385 E. COLORADO BLVD PASADENA, CA 91101 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21007 | $931,901.86 | No Liability Claim |
| 4 | 1199 SEIU HEALTH CARE EMPLOYEES PENSION FUND INDEX PLUS C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-11445 PASADENA, CA 91101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20920 | $150,645.67 | No Liability Claim |
| 5 | 1199 SEIU HEALTH CARE EMPLOYEES PENSION FUND INDEX PLUS C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1445 385 COLORADO BLVD. PASADENA, CA 91101 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21061 | $150,645.67 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | AMERICAN AIRLINES, INC. C/O ROBERT D. ALBERGOTTI HAYNES AND BOONE, LLP 2323 VICTORY AVE., STE 700 DALLAS, TX 75261-9616 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17298 | $3,801,000.00 | No Liability Claim |
| 7 | AMERICAN AIRLINES, INC. C/O ROBERT D. ALBERGOTTI HAYNES AND BOONE, LLP 2323 VICTORY AVE., STE 700 DALLAS, TX 75219 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17300 | $3,801,000.00 | No Liability Claim |
| 8 | BANCA POPOLARE DELL'ETRURIA E DEL LAZIO ATTN: ROBERTO RAINERI BANCA POPOLARE DELL'ETRURIA E DEL LAZIO SCRL SERVIZIO GESTIONE PROPRIETA' E TERZI VIA CALMANDREI, 255 MAREZZO, 52100 ITALY | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/03/2009 | 10214 | $2,023.94 | No Liability Claim |
| 9 | BLACK DIAMOND ARBITRAGE OFFSHORE LTD F/K/A BLACK DIAMOND ARBITRAGE OFFSHORE LDC C/O CARLSON CAPITAL, L.P.  -  ATTN: STEVE PULLY 2100 MCKINNEY AVENUE, 16TH FLOOR DALLAS, TX 75201 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17160 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|-----------|---------|---------------------|----------------------------------|
| 10 | BLACK DIAMOND ARBITRAGE OFFSHORE LTD (FKA BLACK DIAMOND ARBITRAGE OFFSHORE LDC) C/O CARLSON CAPITAL, LP ATTN: STEVE PULLY 2100 MCKINNEY AVENUE, 16TH FLOOR DALLAS, TX 75201 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17165 | Undetermined | No Liability Claim |
| 11 | CAIXA PENEDES GESTIO, S.G.I.I.C, S.A. ACTING ON BEHALF OF FONPENEDES GARANTIT INTERES MES BORSA IX ATTN: DANIEL ZAPLANA & JOSE MANUEL SANCHEZ, & LAURA DE LA FUENTE RAMBLA NOSTRA SENYORA, 2-4, 80720 VILAFRANCA DEL PENEDES BARCELONA, SPAIN | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 29600 | $39,001.02 | No Liability Claim |
| 12 | CENTRAL STREAM SHIPPING CORPORATION ATTN: HODENOBU NAKAGAWA, DIRECTOR 37-23, SHIOMI-CHO, MINATO-KU NAGOYA CITY AICHI PREF, 455- 0028 JAPAN | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 18789 | $775,612.21 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | CWABS ASSET BACKED CERTIFICATE TRUST 2006-19, ASSET BACKED CERTIFICATE SERIES 2006-19 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14493 | Undetermined | No Liability Claim |
| 14 | CWABS ASSET BACKED CERTIFICATES TRUST 2006-19, ASSET BACKED CERTIFICATES, SERIES 2006-19 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14449 | Undetermined | No Liability Claim |
| 15 | CWABS ASSET-BACKED CERTIFICATES TRUST 2007-6 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14451 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | CWABS ASSET-BACKED CERTIFICATES TRUST 2007-6 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14452 | Undetermined | No Liability Claim |
| 17 | CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2, ASSET BACKED CERTIFICATES SERIES 2007-BC2 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14450 | Undetermined | No Liability Claim |
| 18 | CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2, ASSET BACKED CERTIFICATES SERIES 2007-BC2 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14471 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | CWABS ASSET-BACKED NOTES TRUST 2007-SEA2 ASSET-BACKED NOTES, SERIES 2007-SEA2 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14462 | Undetermined | No Liability Claim |
| 20 | CWABS ASSET-BACKED NOTES TRUST 2007-SEA2, ASSET-BACKED NOTES, SERIES 2007-SEA2 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14463 | Undetermined | No Liability Claim |
| 21 | CWABS, INC ASSET BACKED CERTIFICATES SERIES 2005-AB4 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14438 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 22 | CWABS, INC ASSET BACKED CERTIFICATES SERIES 2005-BC5 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/17/2009 | 14441 | Undetermined | No Liability Claim |
| 23 | CWABS, INC ASSET-BACKED CERTIFICATES SERIES 2005-AB4 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/17/2009 | 14437 | Undetermined | No Liability Claim |
| 24 | CWABS, INC ASSET-BACKED CERTIFICATES SERIES 2005-AB5 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14440 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 25 | CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2005-BC5 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14442 | Undetermined | No Liability Claim |
| 26 | CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006-13 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14443 | Undetermined | No Liability Claim |
| 27 | CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006-13 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14444 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 28 | CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006-22 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/17/2009 | 14494 | Undetermined | No Liability Claim |
| 29 | CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006-22 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14495 | Undetermined | No Liability Claim |
| 30 | CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006-3 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/17/2009 | 14498 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006-3 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14499 | Undetermined | No Liability Claim |
| 32 | CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006-4 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14500 | Undetermined | No Liability Claim |
| 33 | CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006-4 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14501 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 34 | CWABS, INC. ASSET-BACKED CERTIFICATES SERIES 2005-AB5 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14439 | Undetermined | No Liability Claim |
| 35 | CWABS, INC. ASSET-BACKED CERTIFICATES SERIES 2006-5 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14502 | Undetermined | No Liability Claim |
| 36 | CWABS, INC. ASSET-BACKED CERTIFICATES SERIES 2006-5 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14503 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 37 | CWALT INC., ALTERNATIVE LOAN TRUST 2006-OC10 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/17/2009 | 14477 | Undetermined | No Liability Claim |
| 38 | CWALT INC., ALTERNATIVE LOAN TRUST 2006-OC10 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14478 | Undetermined | No Liability Claim |
| 39 | CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OC3 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/17/2009 | 14479 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 40 | CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OC3 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14480 | Undetermined | No Liability Claim |
| 41 | CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OC7 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/17/2009 | 14488 | Undetermined | No Liability Claim |
| 42 | CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OC7 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14489 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 43 | CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OC8 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/17/2009 | 14490 | Undetermined | No Liability Claim |
| 44 | CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OC8 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14491 | Undetermined | No Liability Claim |
| 45 | CWALT, INC. ALTERNATIVE LOAN TRUST 2007-0H3 MORTGAGE PASS-THROUGH CERIFICATES SERIES 2007-0H3 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14484 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 46 | CWALT, INC. ALTERNATIVE LOAN TRUST 2007-OH3 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OH3 THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/17/2009 | 14483 | Undetermined | No Liability Claim |
| 47 | ESPERANCE FAMILY FOUNDATION, THE 3672 PROSPECT RD ANN ARBOR, MI 48105-9534 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 15276 | $275,200.00 | No Liability Claim |
| 48 | FORT DEARBORN LIFE INSURANCE COMPANY C/O COLLEEN N. WERTZ 1020 WEST 31ST STREET DOWNERS GROVE, IL 60515-5591 | 08-13893 (JMP) | **Lehman Brothers OTC Derivatives Inc.** | 09/22/2009 | 31776 | $1,784,427.00 | No Liability Claim |
| 49 | HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-1 CTLA STRUCTRED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 28790 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 50 | HSBC BANK USA NATIONAL ASSOCIATION, AS TTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-1 ATTN: FERNANDO ACEBEDO CTLA STRUCTURED FINANCE 10 EAST 40TH STREET, 14TH FLOOR BUFFALO, NY 14203 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28786 | Undetermined | No Liability Claim |
| 51 | HSBC BANK USA, NA, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-1 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28531 | Undetermined | No Liability Claim |
| 52 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-14 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28777 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 53 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-12 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28778 | Undetermined | No Liability Claim |
| 54 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-12 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NWE YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28784 | Undetermined | No Liability Claim |
| 55 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TTEE FOR STRUCTURE ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-1, CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28776 | Undetermined | No Liability Claim |
| 56 | INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT ATTN: NIRMALIJIT SINGH PAUL 1818 H STREET N.W. MSN MC7-706 WASHINGTON, DC 20433 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18976 | $11,757,799.75* | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 57 | INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT ATTN: NIRMALIJIT SINGH PAUL 1818 H STREET N.W. MSN MC7-706 WASHINGTON, DC 20433 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 18977 | $11,757,799.75* | No Liability Claim |
| 58 | INTERNATIONAL FINANCE CORPORATION ATTN: VP, FINANCE AND TREASURER 2121 PENNSYLVANIA AVE NW WASHINGTON, DC 20433 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21858 | $3,343,311.00* | No Liability Claim |
| 59 | INTERNATIONAL FINANCE CORPORATION ATTN: VICE PRESIDENT, FINANCE AND TREASURER 2121 PENNSYLVANIA AVE, N.W. WASHINGTON, DC 20433 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21863 | $3,343,311.00* | No Liability Claim |
| 60 | MIZRAHI TEFAHOT BANK LTD 7 JABOTINSKY ST RAMAT GAN, 52136 ISRAEL | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/18/2009 | 19171 | $2,774,348.69* | No Liability Claim |
| 61 | MIZRAHI TEFAHOT BANK, LTD ATTN: IRENE GRUBER, LEGAL DIVISION 7 JABOTINSKY STREET RAMAT GAN, 52136 ISRAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19170 | $2,774,348.69* | No Liability Claim |
| 62 | MMC UK PENSION PLAN - GLOBAL SMALL CAP EQUITY C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23690 | $2,902.64* | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 63 | MMC UK PENSION PLAN - GLOBAL SMALL CAP EQUITY C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23691 | $2,897.44* | No Liability Claim |
| 64 | NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1734 385 E. COLORADO BLVD PASADENA, CA 91101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20948 | $2,560,092.14 | No Liability Claim |
| 65 | NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1734 385 E. COLORADO BLVD PASADENA, CA 91101 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20960 | $2,560,092.14 | No Liability Claim |
| 66 | NEWTON, ROGER AND COCO JTWROS 3672 PROSPECT RD ANN ARBOR, MI 48105-9534 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15248 | $469,000.00 | No Liability Claim |
| 67 | PENSIOENFONDS MEDEWERKERS APOTHEKEN NEUHUYSKADE 92 DEN HAAG, 2596 XM NETHERLANDS | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30705 | $48,581.82 | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 68 | QIC DIVERSIFIED FIXED INTEREST FUND NO 1 QUEENSLAND INVESTMENT CORPORATION LEVEL 6, CENTRAL PLAZA II, 66 EAGLE STREET BRISBANE QLD, 4000 AUSTRALIA | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28066 | $259,688.00 | No Liability Claim |
| 69 | QIC DIVERSIFIED FIXED INTEREST FUND NO 1 QUEENSLAND INVESTMENT CORPORATION LEVEL 6, CENTRAL PLAZA II, 66 EAGLE STREET BRISBANE, QLD, 4000 AUSTRALIA | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28068 | $259,688.00 | No Liability Claim |
| 70 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-40A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14472 | Undetermined | No Liability Claim |
| 71 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-37A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/17/2009 | 14474 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 72 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-40A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14475 | Undetermined | No Liability Claim |
| 73 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION SERIES 2003-BC3 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14575 | Undetermined | No Liability Claim |
| 74 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-37A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 10/19/2009 | 41767 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 75 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-37A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13899 (JMP) | **Lehman Brothers Derivative Products Inc.** | 10/19/2009 | 41771 | Undetermined | No Liability Claim |
| 76 | WELLS FARGO BANK, NA AS TRUSTEE OF THE SUPPLEMENTAL INTEREST TRUST FOR BNC MORTGAGE LOAN TRUST MORTGAGE PASS THROUGH CERTIFICATES 2007-4 C/O MARY SOHLBERG MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/21/2009 | 24858 | Undetermined | No Liability Claim |
| 77 | WELLS FARGO BANK, NA AS TRUSTEE FOR IMPAC CMB TRUST SERIES 2005-3, COLLATERALIZED ASSET BACKED BONDS, SERIES 2005-3 C/O MARY SOHLBERG MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/21/2009 | 24860 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 78 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN CAPACITY AS TRUSTEE OF IMPAC CMB TRUST SERIES 2005-3, COLLATERALIZED ASSET-BACKED BONDS, SERIES 2005-3 C/O MARY SOHLBERG MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24762 | Undetermined | No Liability Claim |
| 79 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN CAPACITY AS TRUSTEE FOR THE SUPPLEMENTAL INTEREST TRUST FOR BNC MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-4 C/O MARY SOHLBERG MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24764 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 80 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN ITS CAPACITY AS TRUSTEE FOR IMPAC CMB TRUST SERIES 2005-3, COLLATERALIZED ASSET-BACKED BONDS, SEROES 2005-3 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33084 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $54,573,170.29 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                    :        **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
                                                         :
                              **Debtors.**               :        **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' ONE HUNDRED TWENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS)

Upon the one hundred twenty-ninth omnibus objection to claims, dated April 18, 2011 (the "One Hundred Twenty-Ninth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability Derivatives Claims on the grounds that they assert claims for which the Debtors have no liability, all as more fully described in the One Hundred Twenty-Ninth Omnibus Objection to Claims; and due and proper notice of the One Hundred Twenty-Ninth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the One Hundred Twenty- Ninth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred Twenty-[xth] Omnibus Objection to Claims.

procedures set forth in the second amended order entered on June 17, 2010 governing case

management and administrative procedures for these cases [Docket No. 9635]; and the Court

having found and determined that the relief sought in the One Hundred Twenty- Ninth Omnibus

Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties

in interest and that the legal and factual bases set forth in the One Hundred Twenty- Ninth

Omnibus Objection to Claims establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the One Hundred Twenty-Ninth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that this Order supersedes all previous orders regarding the No

Liability Derivatives Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the One Hundred

Twenty-Ninth Omnibus Objection to Claims; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
     New York, New York

                _____
                UNITED STATES BANKRUPTCY JUDGE