UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                                           :     Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :     08-13555 (JMP)
                                                                :     (Jointly Administered)
                        Debtors.                                :
                                                                :
----------------------------------------------------------------x     Ref. Docket No. 15549

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 18, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
19th day of April, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:   BANCO SABADELL, S.A
              TRANSFEROR: MARTA DE LA HIJA SENTIS
              PLAZA DE SANT ROC, 20
              SABADELL 08201 SPAIN

Additional:

Transferee:   BANCO SABADELL, S.A.
              PLAZA DE SANT ROC, 20
              SABADELL 08201 SPAIN

**Your transfer   of claim #   59047   is defective for the reason(s) checked below:**

Other                                   Different currency

Docket Number 15549            Date 03/31/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 18, 2011.

**EXHIBIT B**

```
TIME: 13:02:41
DATE: 04/18/11                          LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
                                              CREDITOR LISTING

Name                           Address
BANCO SABADELL, S.A            TRANSFEROR: MARTA DE LA HIJA SENTIS PLAZA DE SANT ROC, 20 SABADELL 08201 SPAIN
BANCO SABADELL, S.A.           PLAZA DE SANT ROC, 20 SABADELL 08201 SPAIN

Total Number of Records Printed         2
```