UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re:                                                             :  Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :  08-13555 (JMP)
                                                                   :
                                    Debtors.                       :  (Jointly Administered)
                                                                   :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Daniel Pina, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of SNR Denton US LLP.

On April 14, 2011, I served a true and correct copy of the *Supplemental Affidavit and Declaration of Linda D. White on Behalf of SNR Denton US LLP* by U.S. First Class Mail on the parties listed on the Service List attached hereto, by placing true and correct copies thereof in properly addressed, postage pre-paid wrappers and depositing them in a depository in the exclusive custody and control of the United States Postal Service within the State of New York.

                                                                      */s/*      *Daniel Pina*
                                                                       Daniel Pina

Subscribed and sworn to before
me this 19th day of April, 2011

*/s/*      *Neil R. Toro*
Notary Public

**Notary Public, State of New York
No. 01TO6012986
Qualified in Kings County
Commission Expires October 21, 2014**

**Notice Parties in re:**

**LEHMAN BROTHERS HOLDINGS, INC. *et al.*, Case No. 08-13555 (JMP)**

Lehman Brothers Holdings Inc.
Attn:   John Suckow
             William Fox
1271 Avenue of the Americas, 45th Floor
New York, New York, 10020

Weil, Gotshal & Manges, LLP
Attn: Shai Y. Waisman, Esq.
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn:   Dennis F. Dunne, Esq.
             Dennis O'Donnell, Esq.
             Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Office of the United States Trustee
Attn:   Elisabetta G. Gasparini
             Andrea B. Schwartz
Southern District of New York
33 Whitehall Street, 22nd Floor
New York, New York 10004

Attn.:  Richard Gitlin
Chair of the Fee Committee
c/o Godfrey & Kahn, S.C.
One East Main Street
P.O. Box 2719
Madison, WI 53701-2719