UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
         Debtors.                                                 :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 6098, 14399,
                                                                       14929, 14930, 15602, 15604, 15610,
                                                                       15611, 15765, 15767, 15768, 15770,
                                                                       15775-15777, 15781-15784, 15786,
                                                                       15788, 15790, 15795, 15798, 15799,
                                                                       15801, 15808, 15809, 15811, 15815,
                                                                       15816, 15819-15821, 15824, 15826,
                                                                       15833, 15838, 15839, 15844, 15851,
                                                                       15869, 15871, 15872, 15876, 15877,
                                                                       15879, 15884, 15885, 15887-15889,
                                                                       15899, 15901, 15903, 15906, 15907,
                                                                       15909-15912, 15924-15934, 15936-
                                                                       15938, 15948, 15950, 15956, 15959,
                                                                       15961, 15968, 15970, 15972, 15976,
                                                                       15980-15985, 15987, 15988, 15990,
                                                                       15991, 16009-16011, 16013

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 18, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
19th day of April, 2011

/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. |  |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  DRAWBRIDGE GLOBAL MACRO MASTER COMMODITIES LTD
         C/O DRAWBRIDGE GLOBAL MACRO ADVISORS LLC
         ATTN: GENERAL COUNSEL
         1345 AVENUE OF THE AMERICAS
         47TH FLOOR
         NEW YORK NY 10105
```

Please note that your claim # 65275 in the above referenced case and in the amount of
         $10,223,081.00          has been transferred **(unless previously expunged by court order)**

```
         BARCLAYS BANK PLC
         TRANSFEROR: DRAWBRIDGE GLOBAL MACRO MASTER COMMODITIES LTD
         745 SEVENTH AVENUE
         NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6098         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/18/2011                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 18, 2011.

**EXHIBIT B**

```
TIME: 12:50:46                                               LEHMAN BROTHERS HOLDING INC.                                                        PAGE:    1
DATE: 04/18/11                                                    CREDITOR LISTING

Name                                                    Address
BANK JULIUS BAER & CO. LTD.                             TRANSFEROR: CREDIT SUISSE LEGAL PRODUCTS AND SERVICES P.O. BOX CH-8010 ZURICH SWITZERLAND
BANK JULIUS BAER & CO. LTD.                             TRANSFEROR: UBS AG LEGAL PRODUCTS & SERVICES P.O. BOX ZURICH CH-8010 SWITZERLAND
BANK JULIUS BAER & CO., LTD.                            TRANSFEROR: CREDIT SUISSE LEGAL PRODUCTS AND SERVICES PO BOX, CH-8010 ZURICH SWITZERLAND
BANK JULIUS BAR                                         TRANSFEROR: BANK VONTOBEL AG BANK JULIUS BAER & CO. LTD LEGAL PRODUCTS & SERVICES PO BOX ZURICH CH-8010 SWITZERLAND
BANK JULIUS BAR                                         TRANSFEROR: BANK VONTOBEL AG BANK JULIUS BAER & CO. LTD. LEGAL PRODUCTS & SERVICES PO BOX ZURICH CH-8010 SWITZERLAND
BANK VONTOBEL AG                                        FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRASSE 43 ZURICH 8002 SWITZERLAND
BANK VONTOBEL AG                                        FAO: MRS. DR. HEIDE SUDEROW GROB GOTTHARDSTRASSE 43 ZURICH 8002 SWITZERLAND
CENTROSIM S.P.A.                                        ATTN: MS. MARINA DJORDJEVIC - COMPLIANCE & LEGAL DEPARTMENT 37 VIA BROLETTO MILAN 20121 ITALY
CREDIT SUISSE                                           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                           CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: FEDERAL HOME LOAN BANK OF SEATTLE ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK S.P.A.                                    TRANSFEROR: CENTROSIM S.P.A. ATTN: MS. LUCIA RAVESI PIAZZA DEL CALENDARIO, 3 MILAN 20126 ITALY
HUSALANSGRUNNURIN                                       POSTBOKS 215 TORSHAVN FO-110 DENMARK
HYPOSWISS PRIVATBANK AG                                 TRANSFEROR: UBS AG SCHUTZENGASSE 4 ZURICH 8021 SWITZERLAND
JATRALEC CAPITAL LLC                                    TRANSFEROR: YORVIK PARTNERS LLP C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
LEHMAN BROTHERS INTERNATIONAL (EUROPE)                  ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM
 (IN ADMINISTRATION)
LEHMAN BROTHERS INTERNATIONAL (EUROPE)                  PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM
 (IN ADMINISTRATION)
LEHMAN BROTHERS INTERNATIONAL (EUROPE)                  LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
 (IN ADMINISTRATION)
OCM OPPORTUNITIES FUND VIIB (PARALLEL)                  PAUL, WEISS, RIFKIND, WHARTON & GARRISON ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
 LP
OCM OPPORTUNITIES FUND VIIB (PARALLEL)                  ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
 LP
OCM OPPORTUNITIES FUND VIIB, L.P.                       PAUL, WEISS, RIFKIND, WHARTON & GARRISON ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
OCM OPPORTUNITIES FUND VIIB, L.P.                       ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071
PRIME CAPITAL MASTER SPC, GOT WAT MAC                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH % WATERSTONE CAPITAL MANAGEMENT, LP ATN: CHRIS PARKS, 2 CARLSON PKWY, #260
 SEGREGATED PORTFOLIO                                   MINNEAPOLIS MN 55447
UBS AG                                                  BAHNHOFSTR. 45 ZURICH 8001 SWITZERLAND
UBS AG                                                  ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
WATERSTONE MF FUND, LTD                                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH % WATERSTONE CAPITAL MANAGEMENT, LP ATN: CHRIS PARKS, 2 CARLSON PKWY, #260
                                                        PLYMOUTH MN 55447
WATERSTONE MKT NEUTRAL MASTER FUND, LTD                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH % WATERSTONE CAPITAL MANAGEMENT, LP ATN: CHRIS PARKS, 2 CARLSON PKWY, #260
                                                        PLYMOUTH MN 55447
YAOKIN, INC.                                            TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ATTN: SUMIYA MASHIKO 1606-1 OSONE
                                                        YASHIO CITY, SAITAMA 340-0834 JAPAN
YORVIK PARTNERS LLP                                     TRANSFEROR: HUSALANSGRUNNURIN 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                                     TRANSFEROR: OCM OPPORTUNITIES FUND VIIB (PARALLEL) LP ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                                     TRANSFEROR: OCM OPPORTUNITIES FUND VIIB, L.P. ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM

Total Number of Records Printed                         31
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 12:58:06
DATE: 04/18/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ADLER & CO. PRIVATBANK AG | IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| ADLER & CO. PRIVATBANK AG | LEGAL & COMPLIANCE DEPARTMENT CLARIDENSTRASSE 22 ZURICH CH-8022 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: ADLER & CO. PRIVATBANK AG LEGAL PRODUCTS & SERVICES P.O. BOX ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: ADLER & CO. PRIVATBANK AG LEGAL PRODUCTS & SERVICES P.O. BOX ZURICH CH-8010 SWITZERLAND |
| CITIGROUP GLOBAL MARKETS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: CREDIT SUISSE SUCURSAL EN ESPANA ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: CREDIT SUISSE SUCURSAL EN ESPAÑA ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CREDIT SUISSE SUCURSAL EN ESPANA | TRANSFEROR: CREDIT SUISSE AG ATTN: LAWRENCE YOUNG 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE SUCURSAL EN ESPAÑA | ATTN: LAWRENCE YOUNG 1 MADISON AVENUE NEW YORK NY 10010 |
| GENTRIFICATION VENTURES, L.L.C. | MANDEL, KATZ & BROSNAN LLP KARA S. KATZ THE LAW BUILDING 210 ROUTE 303 VALLEY COTTAGE NY 10989 |
| GENTRIFICATION VENTURES, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC PO BOX 7235 NEW YORK NY 10150 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: STARK GLOBAL OPPORTUNITIES MASTER FUND LTD C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: STARK GLOBAL OPPORTUNITIES MASTER FUND LTD. C/O GOLDMAN, SACHS 7 CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: STARK MASTER FUND LTD C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: STARK MASTER FUND LTD. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| ILLIQUIDX LTD | TRANSFEROR: ITAS ASSICURAZIONI SPA ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LTD | TRANSFEROR: ITAS MUTUA SPA ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LTD | TRANSFEROR: ITAS VITA SPA ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ITAS ASSICURAZIONI SPA | ATTN: ALESSANDRO TEDOLDI VIA MANTOVA, 67 TRENTO 38100 ITALY |
| ITAS ASSICURAZIONI SPA | SIMMONS & SIMMONS ATTN: ANDREA SURIANA VIA DI SAN BASILIO 72 ROME 00187 ITALY |
| ITAS MUTUA SPA | ATTN: ALESSANDRO TEDOLDI VIA MANTOVA, 67 TRENTO 38100 ITALY |
| ITAS MUTUA SPA | SIMMONS & SIMMONS ATTN: ANDREA SURIANO VIA DI SAN BASILIO 72 ROME 00187 ITALY |
| ITAS VITA SPA | ATTN: ALESSANDRO TEDOLDI VIA MANTOVA, 67 TRENTO 38100 ITALY |
| ITAS VITA SPA | SIMMONS & SIMMONS ATTN: ANDREA SURIANO VIA DI SAN BASILIO 72 ROME 00187 ITALY |
| STARK GLOBAL OPPORTUNITIES MASTER FUND LTD | C/O STARK GLOBAL OPPORTUNITIES MANAGEMENT LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STARK GLOBAL OPPORTUNITIES MASTER FUND LTD. | C/O STARK GLOBAL OPPORTUNITIES MANAGEMENT LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STARK MASTER FUND LTD | C/O STARK OFFSHORE MANAGEMENT, LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STARK MASTER FUND LTD. | ATTN:MARTHA TSUCHIHASHI C/O STARK OFFSHORE MANAGEMENT, LLC 2600 SOTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STARK MASTER FUND LTD. | C/O STARK OFFSHORE MANAGEMENT, LLC ATTENTION: JUSTIN LONGLEY 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |

Total Number of Records Printed    29

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 13:01:38                                    LEHMAN BROTHERS HOLDING INC.                                            PAGE:   1
DATE: 04/18/11                                        CREDITOR LISTING

Name                                               Address
AB MOORE, L.P.                                     TRANSFEROR: BARCLAYS BANK PLC C/O MOORE CAPITAL MANAGEMENT, L.P. ATTN: LEGAL DEPARTMENT 1252 AVENUE OF THE AMERICAS, 53RD FLOOR
                                                   NEW YORK NY 10020
ALDEN GLOBAL DISTRESSED OPPORTUNITIES              TRANSFEROR: ILLIQUIDX LTD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, LP
ALDEN GLOBAL DISTRESSED OPPORTUNITIES              TRANSFEROR: ILLIQUIDX LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, LP
BARCLAYS BANK PLC                                  TRANSFEROR: DRAWBRIDGE GLOBAL MACRO MASTER COMMODITIES LTD 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                  TRANSFEROR: EFG BANK AG ATTN: DANIEL CROWLEY; DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                  TRANSFEROR: LBVN HOLDINGS, L.L.C. ATTN: DANIEL CROWLEY; DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                  TRANSFEROR: TELECOM ITALIA CAPITAL SOCIETE ANONYME 745 SEVENTH AVENUE NEW YORK NY 10019
CVI GVF (LUX) MASTER S.A.R.L.                      TRANSFEROR: BARCLAYS BANK PLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM
DRAWBRIDGE GLOBAL MACRO MASTER                     C/O DRAWBRIDGE GLOBAL MACRO ADVISORS LLC ATTN: GENERAL COUNSEL 1345 AVENUE OF THE AMERICAS 47TH FLOOR NEW YORK NY 10105
  COMMODITIES LTD
EFG BANK AG                                        GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166
EFG BANK AG                                        BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND
GOLDMAN SACHS & CO.                                TRANSFEROR: KING CAPITAL LTD. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                 TRANSFEROR: RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                 TRANSFEROR: RICHARDS KIBBE & ORBE LLP ATTN: MANAGING PARTNER ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                 TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR
                                                   JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                 TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR
                                                   JERSEY CITY NJ 07302
ILLIQUIDX LTD                                      TRANSFEROR: FONDAZIONE E.N.P.A.I.A. ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y1EL UNITED KINGDOM
ILLIQUIDX LTD                                      TRANSFEROR: MEGA GLOBAL ASSET MANAGEMENT CO. LTD. ATTN: GALINA ALABATCHKA, MANAGING DIRECTOR 80 FLEET STREET
                                                   LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LTD                                      TRANSFEROR: MEGA INTERNATIONAL ASSET MANAGEMENT CO. LTD. ATTN: GALINA ALABATCHKA, MANAGING DIRECTOR 80 FLEET STREET
                                                   LONDON EC4Y 1EL UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                          TRANSFEROR: NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, THE ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                                   ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
LBVN HOLDINGS, L.L.C.                              C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN 1285 AVENUE OF THE AMERICAS
                                                   NEW YORK NY 10019-6064
MEGA GLOBAL ASSET MANAGEMENT CO. LTD.              UNITS 2201-07, 22/F, COSCO TOWER NOS. 181-3 QUEEN'S ROAD CENTRAL HONG KONG
MEGA GLOBAL ASSET MANAGEMENT CO. LTD.              UNITS 2201-07, 22/F, COSCO TOWER NOS. 181-3 QUEEN'S ROAD CENTRAL HONG KONG
MEGA INTERNATIONAL ASSET MANAGEMENT CO.            UNITS 2201-07, 22/F, COSCO TOWER NOS. 181-3 QUEEN'S ROAD CENTRAL HONG KONG
  LTD.
NEW FINANCE ALDEN SPV                              TRANSFEROR: ILLIQUIDX LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
NEWFINANCE ALDEN SPV                               TRANSFEROR: ILLIQUIDX LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
NEWFINANCE ALDEN SPV                               TRANSFEROR: ILLIQUIDX LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
NORTHWESTERN MUTUAL LIFE INSURANCE                 ATTN: ANDREW T. VEDDER, ASSISTANT GENERAL COUNSEL 720 EAST WISCONSIN AVENUE MILWAUKEE WI 53202-4797
  COMPANY, THE
SERENGETI OPPORTUNITIES MM L.P.                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY; 632 BROADWAY, 12TH FL
                                                   NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS LP                TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS LP                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS LP                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL
                                                   NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS 1.5 L.P.          TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
TACONIC CAPITAL PARTNERS 1.5 L.P.                  TRANSFEROR: GOLDMAN SACHS & CO. C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY FUND L.P.                      TRANSFEROR: GOLDMAN SACHS & CO. C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022
TELECOM ITALIA CAPITAL SOCIETE ANONYME             TELECOM ITALIA CAPITAL SA 12, RUE EUGENE RUPPERT L-2453 LUXEMBOURG, B.P. 872 L-2018 LUXEMBOURG


Total Number of Records Printed                    38                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```

TIME: 13:06:16
DATE: 04/18/11
PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: METHOD INVESTMENT AND ADVISORY ATTN: CHRIS SCHOLFIELD ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022 |
| BANCO DE ORO UNIBANK, INC. | BDO CORPORATE CENTER ATTN: PEDRO FLORESCIO, LUISITO SALAZAR, MA. ANA ELENA REYES 7899 MAKATI AVENUE MAKATI CITY 0726 PHILIPPINES |
| BANCO DI CREDITO P. AZZOAGLIO | ATTN: MR ROSSI ALLESANDRO - LEGAL DEPARTMENT 17 VIA A. DORIA CEVA (CN) 12073 ITALY |
| BANK JULIUS BAR & CO. AG ZURICH | TRANSFEROR: VALIANT PRIVATBANK AG C/O BANK BAER & CO. LTD. ATTN: LEGAL PRODUCTS & SERVICES PO BOX, CH-8010 ZURICH 8010 SWITZERLAND |
| BAWAG P.S.K. INVEST GMBH | ATTN: ROBERT ZENZ GEORG-COCH-PLATZ 2 WIEN 1010 AUSTRIA |
| BAWAG P.S.K. INVEST GMBH | JEROME RANAWAKE AND YEHUDA HERBST FRESHFIELDS BRUCKHAUS DERRINGER US LLP 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022 |
| CASSA DI RISPARMIO DI ALESSANDRIA S.P.A. | TRANSFEROR: BANCO DI CREDITO P. AZZOAGLIO ATTN: SABRINA SAMMARTANO VIA DANTE, 2 ALESSANDRIA 15121 ITALY |
| CITIGROUP GLOBAL MARKETS INC. | PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: YAOKIN, INC. ATTN: MARC HEIMOWITZ 390 GREENWICH ST 4TH FL NEW YORK NY 10013 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANCO DE ORO UNIBANK, INC. ATTN: JACK TSAI/CHRISTOPHER WONG 60/F INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG |
| GOLDMAN SACHS INTERNATIONAL | TRANSFEROR: SIRIUS INTERNATIONAL LIMITED C/O GOLDMAN, SACHS & CO. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO | TRANSFEROR: KLEINWORT BENSON (CHANNEL ISLANDS) LIMITED ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO | TRANSFEROR: KLEINWORT BENSON PRIVATE BANK LIMITED ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN,SACHS & CO. | TRANSFEROR: KLEINWORT BENSON PRIVATE BANK LIMITED ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN,SACHS & CO. | TRANSFEROR: KLEINWORT BENSON (CHANNEL ISLANDS) LIMITED ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| ILLIQUIDX LTD | TRANSFEROR: BAWAG P.S.K. INVEST GMBH ATTN: GALINA ALABATCHKA, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LTD | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. ATTN: GALINA ALABATCHKA, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| KLEINWORT BENSON (CHANNEL ISLANDS) LIMITED | PO BOX 76 WESTS CENTRE ST HELIER JERSEY JE4 8PQ UNITED KINGDOM |
| KLEINWORT BENSON PRIVATE BANK LIMITED | ATTN: MATTHEW GLASS 30 GRESHAM STREET LONDON EC2V 7PG UNITED KINGDOM |
| METHOD INVESTMENT AND ADVISORY | TRANSFEROR: NENIGOEN, S.L. ATTN: MARCO BORSA 16 BERKLEY STREET LONDON W1J 8D2 UNITED KINGDOM |
| NEWFINANCE ALDEN SPV | TRANSFEROR: METHOD INVESTMENT AND ADVISORY ATTN: CHRIS SCHOLFIELD ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022 |
| VALIANT PRIVATBANK AG | P.O. BOX BERN 3001 SWITZERLAND |
| VARDE FUND IX LP, THE | TRANSFEROR: ILLIQUIDX LTD ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND IX-A LP, THE | TRANSFEROR: ILLIQUIDX LTD ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND LP, THE | TRANSFEROR: ILLIQUIDX LTD ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND VI-A LP, THE | TRANSFEROR: ILLIQUIDX LTD ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1570 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: ILLIQUIDX LTD ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: ILLIQUIDX LTD ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: ILLIQUIDX LTD ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: ILLIQUIDX LTD ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437 |
| YAOKIN, INC. | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) ATTN: SUMIYA MASHIKO 1606-1 OSONE YASHIO CITY, SAITAMA 340-0834 JAPAN |

Total Number of Records Printed    33

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 13:09:56                                              LEHMAN BROTHERS HOLDING INC.                                                          PAGE:   1
DATE: 04/18/11                                                   CREDITOR LISTING

Name                                                 Address
CAJA DE CREDITO DE LOS INGENIEROS, SCC               TRANSFEROR: FERNANDO ALAIX IDOATE ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN
CAJA DE CREDITO DE LOS INGENIEROS, SCC               TRANSFEROR: HIJOS RAUBERT, ESTEBAN & MARIA JESUS GAGO MOREDA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN
DEUTSCHE BANK AG, LONDON BRANCH                      TRANSFEROR: CIT GROUP INC. ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DRAKE GLOBAL OPPORTUNITIES (MASTER)                  954 LEXINGTON AVE #149 NEW YORK NY 10021-5055
  FUND, LTD, THE
FERNANDO ALAIX IDOATE                                CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN
FERNANDO ALAIX IDOATE                                C/FOLGAROLAS, 30, 3-2 BARCELONA 08022 SPAIN
GREENLIGHT CAPITAL OFFSHORE PARTNERS                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: HARRY BRANDLER 140 E. 45TH STREET NEW YORK NY 10017
GREENLIGHT CAPITAL QUALIFIED, L.P.                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: HARRY BRANDLER 140 E. 45TH STREET NEW YORK NY 10017
GREENLIGHT CAPITAL QUALIFIED, L.P.                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: HARRY BRANDLER 140 E. 45TH STREET NEW YORK NY 10017
GREENLIGHT CAPITAL, L.P.                             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: HARRY BRANDLER 140 E. 45TH STREET NEW YORK NY 10017
GREENLIGHT REINSURANCE, LTD.                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: HARRY BRANDLER 140 E. 45TH STREET NEW YORK NY 10017
GREENLIGHT REINSURANCE, LTD.                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: HARRY BRANDLER 140 E. 45TH STREET NEW YORK NY 10017
HIJOS RAUBERT, ESTEBAN & MARIA JESUS                 CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN
  GAGO MOREDA
HIJOS RAUBERT, ESTEBAN & MARIA JESUS                 PJ DEL CARMEN, 30, CASA D SANT CUGAT DEL VALLES (BARCELONA) 08190 SPAIN
  GAGO MOREDA
JPMORGAN CHASE BANK, N.A.                            TRANSFEROR: DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD, THE ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                                     ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
                                                     SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
LMA SPC FOR AND ON BEHALF OF MAP V                   C/O LIGHTHOUSE INVESTMENT PARTNERS ATTN: DAVID POLLOK 3801 PGA BLVD, SUITE 500 PALM BEACH GARDENS FL 33410
  SEGREGATED PORTFOLIO
LMA SPC FOR AND ON BEHALF OF MAP V                   ROBERT SCHEININGER SIDLEY AUSTIN 787 SEVENTH AVENUE NEW YORK NY 10019
  SEGREGATED PORTFOLIO
MAP 502, A SUB-TRUST OF LMA IRELAND                  ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MAP 502, A SUB-TRUST OF LMA IRELAND                  TRANSFEROR: LMA SPC FOR AND ON BEHALF OF MAP V SEGREGATED PORTFOLIO ROBERT SWAN; LIGHTHOUSE INVESTMENT
MAP 502, A SUB-TRUST OF LMA IRELAND                  PARTNERS, LLC; 3801 PGA BLVD, SUITE 500 PALM BEACH GARDENS FL 33410
MERRILL LYNCH CREDIT PRODUCTS, LLC                   TRANSFEROR: PACIFIC GAS AND ELECTRIC COMPANY ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER- 3RD FLOOR ONE BRYANT PARK
                                                     NEW YORK NY 10036
PACIFIC GAS AND ELECTRIC COMPANY                     ATTN TANYA WILLACY PO BOX 7442 SAN FRANCISCO CA 94120
SPCP GROUP, L.L.C.                                   PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, L.L.C.                                   PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, L.L.C.                                   TRANSFEROR: TPG CREDIT STRATEGIES FUND, L.P. ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
SPCP GROUP, L.L.C.                                   TRANSFEROR: TPG CREDIT STRATEGIES FUND, L.P. ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
TPG CREDIT STRATEGIES FUND, L.P.                     TRANSFEROR: WESLEY CAPITAL MASTER FUND, LTD. C/O TPG CREDIT MANAGEMENT, LP/ATTN: MARK WHITE 4600 WELLS FARGO CENTER
                                                     90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402
TPG CREDIT STRATEGIES FUND, L.P.                     TRANSFEROR: WESLEY CAPITAL, LP C/O TPG CREDIT MANAGEMENT, LP/ATTN: MARK WHITE 4600 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET
                                                     MINNEAPOLIS MN 55402


Total Number of Records Printed        28                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```