Alex R. Rovira
Sidley Austin LLP
787 Seventh Ave.
New York, NY 10019
Tel: (212)839-5300
Fax: (212)839-5599

*Counsel For Deutsche Bank Securities Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
In re:                                                         : Chapter 11
                                                               :
Lehman Brothers Holdings Inc., *et al.*,                       : Case No. 08-13555 (JMP)
                                                               :
                         Debtors,                              : (Jointly Administered)
                                                               :
                                                               :
---------------------------------------------------------------X


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            )   s.s.:
COUNTY OF NEW YORK          )

      1.  EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

      2. On April 13, 2011 I caused to be served true and correct copy of the

**RESPONSE AND RESERVATION OF RIGHTS OF DEUTSCHE BANK SECURITIES INC. TO THE DEBTORS' ONE HUNDRED ELEVENTH OMNIBUS OBJECTION TO CLAIMS** by email upon: (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attn: Shai Waisman, Esq.(shai.waisman@weil.com) and Penny Reid, Esq.

NY1 7334328v.1

(penny.reid@weil.com); (ii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Dennis F. Dunne, Esq. (ddunne@milbank.com), Dennis O'Donnell, Esq. (dodonnell@milbank.com), and Evan Fleck, Esq. (efleck@milbank.com); and by hand upon: (iii) Office of the U.S. Trustee, 33 Whitehall Street, 21st Fl., New York, NY 10004, Attn: Tracy Hope Davis, Esq., Andrea Schwartz, Esq. and Elisabetta Gasparini, Esq.

       /s/ Eileen A. McDonnell\
       EILEEN A. MCDONNELL

Sworn to before me this\
19th day of April 2011

 /s/ Melanie Nelson\
Notary Public, State of New York\
No.01NE6214750\
Qualified in New York County\
Commission Expires 12/21/13

NY1 7334328v.1\
NY1 7118012v.1