1304

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc. et al., Debtors,</u>    Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

<u>Standard Chartered Bank (Hong Kong) Limited</u>       <u>YIP TUNG HOI</u>
Name of Transferee                                                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 38190
should be sent:                                                              Amount of Claim: USD 285,000
21/F, Standard Chartered Tower,                           Date Claim Filed: Oct 13, 2009
388 Kwun Tong Road, Hong Kong
Phone: WM.Invest@sc.com                                   Phone: 852-9367 9972
Last Four Digits of Acct #: 8881                              Last Four Digits of Acct. #: 8470

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____    Date: 15 Apr 2011
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

FILED / RECEIVED
APR 20 2011
EPIQ BANKRUPTCY SOLUTIONS, LLC