295

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited     KWOK YUK YING
Name of Transferee                               Name of Transferor

Name and Address where notices to transferee should be sent:    Court Claim # (if known): 38951
                                                                 Amount of Claim: USD 77,078
21/F, Standard Chartered Tower,                                  Date Claim Filed: Oct 13, 2009
388 Kwun Tong Road, Hong Kong
Phone: WM.Invest@sc.com                                          Phone: 852 - 9256 6882
Last Four Digits of Acct #: 8881                                 Last Four Digits of Acct. #: 9638

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____signature_____    Date: Apr 13, 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



FILED / RECEIVED
APR 20 2011
EPIQ BANKRUPTCY SOLUTIONS, LLC