Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited    YUEN HAN FUNG
———— Name of Transferee                         —— Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 48541
should be sent:                                  Amount of Claim: USD 64,232
21/F, Standard Chartered Tower,                  Date Claim Filed: Oct 27, 2009
388 Kwun Tong Road, Hong Kong
Phone: WM.Invest@sc.com                          Phone: _____
Last Four Digits of Acct #: 8881                 Last Four Digits of Acct. #: 3095

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 15 Apr 2011
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

FILED / RECEIVED
APR 20 2011
EPIQ BANKRUPTCY SOLUTIONS, LLC