# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings, Inc.,    Case Nos. 08-13555
                                          Jointly Administered

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Serengeti Opportunities MM L.P. | Goldman Sachs Lending Partners, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim #: 11020

Transferred Claim: 69.00% of $1,694,353.02 = $1,169,103.58

Name and Address where notices to Transferee
should be sent:

Serengeti Opportunities MM L.P.
632 Broadway, 12th Floor
New York, NY 10012
Attn: Shaker Choudhury
Tel: 212-672-2248
Email: schoudhury@serengeti-am.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SERENGETI OPPORTUNITIES MM L.P.
By: Serengeti Asset Management LP,
as the Investment Adviser

By: _____          Date: 4/21/11
Name:
Title: **Marc Baum**
       **Director**

# EXHIBIT F

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Goldman Sachs Lending Partners, LLC

Goldman Sachs Lending Partners, LLC, a limited liability company ("Seller"), with offices at 200 West Street, New York, NY 10282, ATTN: Dennis M. Lafferty, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Serengeti Opportunities MM L.P., a limited partnership ("Purchaser"), with offices at [●], all of Seller's right, title and interest in and to the claims of Intesa Sanpaolo S.p.A. against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $1,169,103.58 (the "Claim Amount")(representing 69.00% of the amount of the Claim (as hereinafter defined)), plus interest and legal charges, docketed as Claim No. 11020 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim Amount as an unconditional sale and Purchaser herein as the valid owner of the Claim Amount. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim Amount to Purchaser.

IN WITNESS WHEREOF, dated as of the 21 day of April, 2011.

WITNESS:

_____
(Signature)
Name: Nancy Y. Kwok
Title: Authorized Signatory
(Print name and title of witness)

WITNESS:

_____
(Signature)
Name:
Title:
(Print name and title of witness)

Goldman Sachs Lending Partners, LLC

By: _____
(Signature of authorized corporate officer)

Name: Lawrence DeCamillo
Title: Authorized Signatory
Tel.:

Serengeti Opportunities MM L.P.

By: _____
(Signature of authorized corporate officer)

Name:
Title:
Tel.:

19

# PROOF OF CLAIM

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC. | 08-13555 |

UNIQUE IDENTIFICATION NUMBER: 1000221578

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000011020

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000221578********
INTESA SANPAOLO SPA
ATTN: MR. MARIO FIORENZO BONA
DOCUMENTATION UNIT
VIA CERNAIA 8/10
20121 MILAN
ITALY

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Telephone number: 02-87965123  Email Address: MARIO.BONA@INTESASANPAOLO.COM

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number: _____  Email Address: _____

1. Amount of Claim as of Date Case Filed: $1,694,353.02 PLUS INTEREST AND LEGAL EXPENSES TO BE DETERMINED

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☒ Check this box if all or part of your claim is based on a Derivative Contract.*
☒ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or at http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee.

2. Basis for Claim: GUARANTEE TO THE ISDA M.A. DATED AS OF JUNE 24TH 1998 ENTERED INTO WITH
(See instruction #2 on reverse side.) L.B. FINANCE S.A. AND UNDERLYING TRANSACTIONS

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____
   Value of Property: $_____  Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____  Basis for perfection: _____

   Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
   (See instruction #6 on reverse side.)

- Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
- Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority:

$_____

FOR COURT USE ONLY

**FILED / RECEIVED**

SEP 09 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

INTESA SANPAOLO S.p.A
DIREZIONE RECUPERO CREDITI
00144 - Roma

Date: 1 AGO. 2009

Signature: [signed]