Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,　　　Case No. 08-13555 (JMP)
　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | SEGESPAR FINANCE (now named AMUNDI FINANCE) |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: michael.sutton@db.com

Last Four Digits of Acct. #: N/A

Court Claim # (if known): 29353
Amount of Claim: USD 40,455,331.00

(FULL TRANSFER)

Date Claim Filed: 22 September 2009

Tel: N/A
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_　　　　　　　　　　　　　　　Date: 13/4/11
Transferee/Transferee's Agent

Michael Sutton
Managing Director

Ross Miller
Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF ASSIGNMENT OF RIGHTS

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings, Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP)

CLAIM NO. 29353 **(full transfer)**

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **AMUNDI FINANCE (previously known as SEGESPAR FINANCE)** (the "Assignor") does hereby absolutely assign unto:

**DEUTSCHE BANK AG, LONDON BRANCH**

Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Jamie Liew
E-mail: michael.sutton@db.com / jamie.liew@db.com

(the "Assignee") all rights, title and interest in and to the claims of Assignor referenced as proof of claim number 29353 in the principal amount of $ 40,455,331 plus all interest, fees and other amounts related thereto (the "Rights") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

The Assignor hereby waives any objection to the assignment of the Rights assigned herein (the "Assigned Rights") to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Assigned Rights and recognising the Assignee as the sole owner and holder of the Assigned Rights. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Rights, and all payments or distributions of money or property in respect of the Assigned Rights, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Rights by its duly authorised representative dated the 13th day of April, 2011.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| AMUNDI FINANCE | DEUTSCHE BANK AG, LONDON BRANCH |
| *[signature]* | *[signatures]* |
| Name: Jean-Paul MAZOYER | Name: Michael Sutton / Ross [illegible] |
| Title: C.E.O. | Title: Managing Director / Director |

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
                                               (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Amundi Investment Solutions acting on behalf of CLIKEO 3 |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: michael.sutton@db.com

Last Four Digits of Acct. #: N/A

Court Claim # (if known): 29355
Amount of Claim: USD 27,375,227.00

(FULL TRANSFER)

Date Claim Filed: 22 September 2009

Tel: N/A
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ signature_   Date: 13/4/11
Transferee/Transferee's Agent
Michael Sutton, Managing Director
Ross Miller, Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF ASSIGNMENT OF RIGHTS

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings, Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., *et al.*,

CASE NO. Chapter 11, Case No. 08-13555 (JMP)

CLAIM NO. 29355 **(full transfer)**

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Amundi Investment Solutions acting on behalf of CLIKEO 3** (the "Assignor") does hereby absolutely assign unto:

**DEUTSCHE BANK AG, LONDON BRANCH**

Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Jamie Liew
E-mail: michael.sutton@db.com / jamie.liew@db.com

(the "Assignee") all rights, title and interest in and to the claims of Assignor referenced as proof of claim number 29355 in the principal amount of $27,375,227 plus all interest, fees and other amounts related thereto (the "Rights") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

The Assignor hereby waives any objection to the assignment of the Rights assigned herein (the "Assigned Rights") to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Assigned Rights and recognising the Assignee as the sole owner and holder of the Assigned Rights. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Rights, and all payments or distributions of money or property in respect of the Assigned Rights, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Rights by its duly authorised representative dated the 13th day of April, 2011.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| Amundi Investment Solutions acting on behalf of CLIKEO 3 | DEUTSCHE BANK AG, LONDON BRANCH |
| *[signature]* | *[signature]* |
| Name: Jean-Philippe BIANQUIS | Name: Michael Sutton — Managing Director / Ros... Director |
| Title: C.E.O. | Title: |

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,        Case No. 08-13555 (JMP)
                                                    (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                                  Name of Transferor

Deutsche Bank AG, London Branch                     Amundi Investment Solutions acting on behalf
                                                    of CLIKEO

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch                     Court Claim # (if known): 29356
Winchester House, 1 Great Winchester Street         Amount of Claim: USD 67,848,487.00
London EC2N 2DB
Tel: +44 20 7547 2400                               (FULL TRANSFER)
Fax: +44 113 336 2010
Attention: Michael Sutton                           Date Claim Filed: 22 September 2009
E-mail: michael.sutton@db.com
                                                    Tel: N/A
Last Four Digits of Acct. #: N/A                    Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 13/4/11
    Transferee/Transferee's Agent

    Michael Sutton                             Ross Miller
    Managing Director                          Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF ASSIGNMENT OF RIGHTS

TO:          United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO:     Lehman Brothers Holdings, Inc. (the "Debtor")

CASE NAME:  In re Lehman Brothers Holdings Inc., et al.,

CASE NO.    Chapter 11, Case No. 08-13555 (JMP)

CLAIM NO.   29356 **(full transfer)**

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Amundi Investment Solutions acting on behalf of CLIKEO** (the "Assignor") does hereby absolutely assign unto:

**DEUTSCHE BANK AG, LONDON BRANCH**

Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Jamie Liew
E-mail: michael.sutton@db.com / jamie.liew@db.com

(the "Assignee") all rights, title and interest in and to the claims of Assignor referenced as proof of claim number 29356 in the principal amount of $67,848,487 plus all interest, fees and other amounts related thereto (the "Rights") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

The Assignor hereby waives any objection to the assignment of the Rights assigned herein (the "Assigned Rights") to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Assigned Rights and recognising the Assignee as the sole owner and holder of the Assigned Rights. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Rights, and all payments or distributions of money or property in respect of the Assigned Rights, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Rights by its duly authorised representative dated the 13th day of April, 2011.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| Amundi Investment Solutions acting on behalf of CLIKEO | DEUTSCHE BANK AG, LONDON BRANCH |
| *[signature]* | *[signature]* |
| Name: Jean-Philippe BIANQUIS | Name: |
| Title: C.E.O. | Title: Michael Sutton, Managing Director    Ross Miller, Director |

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Deutsche Bank AG, London Branch

Name of Transferor

Amundi Investment Solutions acting on behalf of DRAKKAR 30.04.2012

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: michael.sutton@db.com

Last Four Digits of Acct. #: N/A

Court Claim # (if known): 29359
Amount of Claim: USD 2,432,925.00

(FULL TRANSFER)

Date Claim Filed: 22 September 2009

Tel: N/A
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 13/4/11
Transferee/Transferee's Agent

Michael Sutton
Managing Director

Ross Miller
Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF ASSIGNMENT OF RIGHTS

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings, Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP)

CLAIM NO. 29359 **(full transfer)**

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Amundi Investment Solutions acting on behalf of DRAKKAR 30.04.2012** (the "Assignor") does hereby absolutely assign unto:

**DEUTSCHE BANK AG, LONDON BRANCH**

Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Jamie Liew
E-mail: michael.sutton@db.com / jamie.liew@db.com

(the "Assignee") all rights, title and interest in and to the claims of Assignor referenced as proof of claim number 29359 in the principal amount of $2,432,925 plus all interest, fees and other amounts related thereto (the "Rights") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

The Assignor hereby waives any objection to the assignment of the Rights assigned herein (the "Assigned Rights") to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Assigned Rights and recognising the Assignee as the sole owner and holder of the Assigned Rights. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Rights, and all payments or distributions of money or property in respect of the Assigned Rights, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Rights by its duly authorised representative dated the 13th day of April, 2011.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| Amundi Investment Solutions acting on behalf of DRAKKAR 30.04.2012 | DEUTSCHE BANK AG, LONDON BRANCH |
| Name: Jean-Philippe BIANQUIS | Name: |
| Title: C.E.O. | Title: Michael Sutton, Managing Director  Ross Miller, Director |

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,      Case No. 08-13555 (JMP)
    (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Amundi Investment Solutions acting on behalf of DRAKKAR JUILLET 2011 |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: michael.sutton@db.com

Court Claim # (if known): 29358
Amount of Claim: USD 19,776,595.00

(FULL TRANSFER)

Date Claim Filed: 22 September 2009

Tel: N/A
Last Four Digits of Acct. #: N/A

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 13/4/11
Transferee/Transferee's Agent

Michael Sutton
Managing Director

Ross Miller
Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF ASSIGNMENT OF RIGHTS

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings, Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP)

CLAIM NO. 29358 **(full transfer)**

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Amundi Investment Solutions acting on behalf of DRAKKAR JUILLET 2011** (the "Assignor") does hereby absolutely assign unto:

**DEUTSCHE BANK AG, LONDON BRANCH**

Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Jamie Liew
E-mail: michael.sutton@db.com / jamie.liew@db.com

(the "Assignee") all rights, title and interest in and to the claims of Assignor referenced as proof of claim number 29358 in the principal amount of $19,776,595 plus all interest, fees and other amounts related thereto (the "Rights") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

The Assignor hereby waives any objection to the assignment of the Rights assigned herein (the "Assigned Rights") to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Assigned Rights and recognising the Assignee as the sole owner and holder of the Assigned Rights. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Rights, and all payments or distributions of money or property in respect of the Assigned Rights, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Rights by its duly authorised representative dated the 13th day of April, 2011.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| Amundi Investment Solutions acting on behalf of DRAKKAR JUILLET 2011 | [DEUTSCHE BANK AG, LONDON BRANCH |
| Name: Jean-Philippe BIANQUIS | Name: Michael Sutton / Ross Miller |
| Title: C.E.O. | Title: Managing Director / Director |

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,　　　　Case No. 08-13555 (JMP)
　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Amundi Investment Solutions acting on behalf of FILTREO CLIC |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: michael.sutton@db.com

Last Four Digits of Acct. #: N/A

Court Claim # (if known): 29357
Amount of Claim: USD 2,122,803.00

(FULL TRANSFER)

Date Claim Filed: 22 September 2009

Tel: N/A
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____　　　Date: 13/4/11
　　Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Michael Sutton
Managing Director

Ross Miller
Director

# EVIDENCE OF ASSIGNMENT OF RIGHTS

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings, Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.,

CASE NO. Chapter 11, Case No. 08-13555 (JMP)

CLAIM NO. 29357 **(full transfer)**

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Amundi Investment Solutions acting on behalf of FILTREO CLIC** (the "Assignor") does hereby absolutely assign unto:

**DEUTSCHE BANK AG, LONDON BRANCH**

Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Jamie Liew
E-mail: michael.sutton@db.com / jamie.liew@db.com

(the "Assignee") all rights, title and interest in and to the claims of Assignor referenced as proof of claim number 29357 in the principal amount of $2,122,803 plus all interest, fees and other amounts related thereto (the "Rights") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

The Assignor hereby waives any objection to the assignment of the Rights assigned herein (the "Assigned Rights") to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Assigned Rights and recognising the Assignee as the sole owner and holder of the Assigned Rights. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Rights, and all payments or distributions of money or property in respect of the Assigned Rights, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Rights by its duly authorised representative dated the 13th day of April, 2011.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| Amundi Investment Solutions acting on behalf of FILTREO CLIC | DEUTSCHE BANK AG, LONDON BRANCH |
| Name: Jean-Philippe BLANQUIS | Name: Michael Sutton / Ross Miller |
| Title: C.E.O. | Title: Managing Director / Director |