**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                                    :
In re                                               :         Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :         **08-13555 (JMP)**
                                                    :         **(Jointly Administered)**
         **Debtors.**                               :
                                                    :         **Ref. Docket No. 16019**
-----------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757
    Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not
    a party to the above-captioned action.

2.  On April 14, 2011, I caused to be served:

    a.  the "Notice of Hearing on Debtors' One Hundred Nineteenth Omnibus Objection to
        Claims (Amended and Superseded Claims)," dated April 14, 2011, to which was attached
        the "Debtors' One Hundred Nineteenth Omnibus Objection to Claims (Amended and
        Superseded Claims)," dated April 14, 2011[Docket No. 16019], (the "119th Omnibus
        Objection"), and

    b.  a customized version of the "Notice of Hearing on Debtors' One Hundred Nineteenth
        Omnibus Objection to Claims (Amended and Superseded Claims)," dated April 14, 2011,
        related to Docket No. 16019, a sample of which is annexed hereto as <u>Exhibit A</u>, (the
        "119th Omnibus Custom Notice"),

    by causing:

        i.   true and correct copies of the 119th Omnibus Objection, to be delivered via electronic mail
             to those parties listed on the annexed <u>Exhibit B</u>,

        ii.  true and correct copies of the 119th Omnibus Objection, to be delivered via facsimile to
             those parties listed on the annexed <u>Exhibit C</u>,

        iii. true and correct copies of the 119th Omnibus Objection, to be enclosed securely in separate
             postage-prepaid envelopes and delivered via overnight mail to those parties listed on the
             annexed <u>Exhibit D</u>, and

    iv.  the 119th Omnibus Custom Notice, customized to include the name and address of the creditor and identification of the claim that is the subject of the objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ <em>Pete Caris</em></u>
Pete Caris

Sworn to before me this
15th day of April, 2011
<u>/s/ <em>Sidney J. Garabato</em></u>
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

--------------------------------------------------------------x

LBH OMNI119 04-14-2011 (MERGE2,TXNUM2) 4000065902 BAR(23) MAIL ID *** 000044757020 *** BSIUSE: 123

DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD.
ATTN: MARTHA TSUCHIHASI
SPECIALTY FUND MGMT SERVICES LLC
3600 SOUTH LAKE DRIVE
ST. FRANCIS, WI 53235

**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED NINETEENTH
OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)**

| Creditor Name and Address: | | Claim Number | Date Filed | Case Number | Classification and Amount |
|---|---|---|---|---|---|
| DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. ATTN: MARTHA TSUCHIHASI SPECIALTY FUND MGMT SERVICES LLC 3600 SOUTH LAKE DRIVE ST. FRANCIS, WI 53235 | **Claim to be Disallowed and Expunged** | 19532 | 9/19/2009 | 08-13555 | UNSECURED: $ 1,347,394.55 |
| | **Surviving Claim(s)** | 67357 | 3/7/2011 | 08-13555 | UNSECURED: $ 608,098.30 |
| | | 67358 | 3/7/2011 | 08-13555 | UNSECURED: $ 739,294.81 |

PLEASE TAKE NOTICE that, on April 14, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their One Hundred Nineteenth Omnibus Objection to Claims (Amended and Superseded Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim was amended and superseded by the claim(s) listed above under SURVIVING CLAIM(S).  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on May 18, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other

---

[1]  A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

       The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.  A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

       A hearing will be held on June 2, 2011 to consider the Objection.  The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601.  If you file a written response to the Objection, you should plan to appear at the hearing.  The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim.  If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date.  If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

       If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

       You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

       If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com.  If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

       If you have any questions about this notice or the Objection, please contact Debtors' counsel, Erin Eckols, Esq., at 214-746-7700.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:  April 14, 2011
      New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Robert J. Lemons
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.

### EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | barbra.parlin@hklaw.com |
| aalfonso@willkie.com | bbisignani@postschell.com |
| abraunstein@riemerlaw.com | bcarlson@co.sanmateo.ca.us |
| acaton@kramerlevin.com | bdk@schlamstone.com |
| acker@chapman.com | bgraifman@gkblaw.com |
| adam.brezine@hro.com | bguiney@pbwt.com |
| adarwin@nixonpeabody.com | bill.freeman@pillsburylaw.com |
| adiamond@diamondmccarthy.com | bkmail@prommis.com |
| aeckstein@blankrome.com | bmanne@tuckerlaw.com |
| aentwistle@entwistle-law.com | bmiller@mofo.com |
| afriedman@irell.com | boneill@kramerlevin.com |
| agbanknewyork@ag.tn.gov | brian.corey@greentreecreditsolutions.com |
| aglenn@kasowitz.com | bromano@willkie.com |
| agold@herrick.com | brosenblum@jonesday.com |
| ahammer@freebornpeters.com | broy@rltlawfirm.com |
| aisenberg@saul.com | btrust@mayerbrown.com |
| akantesaria@oppenheimerfunds.com | bturk@tishmanspeyer.com |
| alesia.pinney@infospace.com | bwolfe@sheppardmullin.com |
| alum@ftportfolios.com | bzabarauskas@crowell.com |
| amarder@msek.com | cahn@clm.com |
| amcmullen@boultcummings.com | calbert@reitlerlaw.com |
| amenard@tishmanspeyer.com | canelas@pursuitpartners.com |
| andrew.brozman@cliffordchance.com | carol.weinerlevy@bingham.com |
| andrew.lourie@kobrekim.com | cbelisle@wfw.com |
| angelich.george@arentfox.com | cbelmonte@ssbb.com |
| ann.reynaud@shell.com | cbrotstein@bm.net |
| anthony_boccanfuso@aporter.com | cgoldstein@stcwlaw.com |
| aoberry@bermanesq.com | chammerman@paulweiss.com |
| aostrow@beckerglynn.com | chardman@klestadt.com |
| apo@stevenslee.com | charles@filardi-law.com |
| aquale@sidley.com | charles_malloy@aporter.com |
| araboy@cov.com | charu.chandrasekhar@wilmerhale.com |
| arahl@reedsmith.com | chipford@parkerpoe.com |
| arheaume@riemerlaw.com | chris.donoho@lovells.com |
| arlbank@pbfcm.com | christopher.schueller@bipc.com |
| arosenblatt@chadbourne.com | clarkb@sullcrom.com |
| arthur.rosenberg@hklaw.com | clynch@reedsmith.com |
| arwolf@wlrk.com | cmontgomery@salans.com |
| aseuffert@lawpost-nyc.com | cohenr@sewkis.com |
| ashaffer@mayerbrown.com | cp@stevenslee.com |
| ashmead@sewkis.com | cpappas@dilworthlaw.com |
| asnow@ssbb.com | craig.goldblatt@wilmerhale.com |
| atrehan@mayerbrown.com | crmomjian@attorneygeneral.gov |
| aunger@sidley.com | cs@stevenslee.com |
| austin.bankruptcy@publicans.com | csalomon@beckerglynn.com |
| avenes@whitecase.com | cschreiber@winston.com |
| azylberberg@whitecase.com | cshore@whitecase.com |
| bankr@zuckerman.com | cshulman@sheppardmullin.com |
| bankruptcy@goodwin.com | ctatelbaum@adorno.com |
| bankruptcy@morrisoncohen.com | cwalsh@mayerbrown.com |
| bankruptcymatters@us.nomura.com | cward@polsinelli.com |

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpiazza@hodgsonruss.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com

drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
frank.white@agg.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heidi@crumbielaw.com
heim.steve@dorsey.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com

jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

| | |
|---|---|
| jwallack@goulstonstorrs.com | lthompson@whitecase.com |
| jwang@sipc.org | lubell@hugheshubbard.com |
| jwcohen@daypitney.com | lwhidden@salans.com |
| jweiss@gibsondunn.com | mabrams@willkie.com |
| jwest@velaw.com | maofiling@cgsh.com |
| jwh@njlawfirm.com | marc.chait@standardchartered.com |
| jwhitman@entwistle-law.com | margolin@hugheshubbard.com |
| k4.nomura@aozorabank.co.jp | mark.deveno@bingham.com |
| karen.wagner@dpw.com | mark.ellenberg@cwt.com |
| kdwbankruptcydepartment@kelleydrye.com | mark.houle@pillsburylaw.com |
| keith.simon@lw.com | mark.sherrill@sutherland.com |
| ken.coleman@allenovery.com | martin.davis@ots.treas.gov |
| ken.higman@hp.com | marvin.clements@ag.tn.gov |
| kgwynne@reedsmith.com | matt@willaw.com |
| kiplok@hugheshubbard.com | matthew.klepper@dlapiper.com |
| kkelly@ebglaw.com | mbenner@tishmanspeyer.com |
| klyman@irell.com | mberman@nixonpeabody.com |
| kmayer@mccarter.com | mbienenstock@dl.com |
| kobak@hugheshubbard.com | mbossi@thompsoncoburn.com |
| korr@orrick.com | mcademartori@sheppardmullin.com |
| kostad@mofo.com | mcordone@stradley.com |
| kovskyd@pepperlaw.com | mcto@debevoise.com |
| kowens@foley.com | mdorval@stradley.com |
| kpiper@steptoe.com | meltzere@pepperlaw.com |
| kressk@pepperlaw.com | metkin@lowenstein.com |
| kreynolds@mklawnyc.com | mfeldman@willkie.com |
| krosen@lowenstein.com | mgordon@briggs.com |
| kuehn@bragarwexler.com | mgreger@allenmatkins.com |
| kurt.mayr@bgllp.com | mh1@mccallaraymer.com |
| lacyr@sullcrom.com | mhanchet@mayerbrown.com |
| landon@streusandlandon.com | mhopkins@cov.com |
| lathompson@co.sanmateo.ca.us | michael.frege@cms-hs.com |
| lawallf@pepperlaw.com | michael.kim@kobrekim.com |
| lberkoff@moritthock.com | millee12@nationwide.com |
| lee.stremba@troutmansanders.com | miller@taftlaw.com |
| lgranfield@cgsh.com | mimi.m.wong@irscounsel.treas.gov |
| lhandelsman@stroock.com | mitchell.ayer@tklaw.com |
| linda.boyle@twtelecom.com | mjacobs@pryorcashman.com |
| lisa.ewart@wilmerhale.com | mjedelman@vedderprice.com |
| lisa.kraidin@allenovery.com | mjr1@westchestergov.com |
| ljkotler@duanemorris.com | mkjaer@winston.com |
| lmarinuzzi@mofo.com | mlahaie@akingump.com |
| lmay@coleschotz.com | mlandman@lcbf.com |
| lmcgowen@orrick.com | mlynch2@travelers.com |
| lml@ppgms.com | mmendez@hunton.com |
| lmolfetta@mayerbrown.com | mmooney@deilylawfirm.com |
| lnashelsky@mofo.com | mmorreale@us.mufg.jp |
| loizides@loizides.com | mneier@ibolaw.com |
| lromansic@steptoe.com | monica.lawless@brookfieldproperties.com |
| lscarcella@farrellfritz.com | mpage@kelleydrye.com |
| lschweitzer@cgsh.com | mprimoff@kayescholer.com |

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com

rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
rjones@boultcummings.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com

tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT C**

| Name | Fax |
| --- | --- |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT D**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT E**

| Claim Name | Address Information |
| --- | --- |
| ALEXANDRA, MARIA & SILVA FEIST, G. | RUA CIDADE DE VISEU NO. 67 PAREDE 2775-393 PORTUGAL |
| BANCO PASTOR, S.A. | ONE BISCAYNE TOWER 2 SOUTH BISCAYNE BOULEVARD SUITE 1620 MIAMI FL 33131 |
| BANK JULIUS BAR | TRANSFEROR: BANK VONTOBEL AG BANK JULIUS BAER & CO. LTD. LEGAL PRODUCTS & SERVICES PO BOX ZURICH CH-8010 SWITZERLAND |
| BANK VONTOBEL AG | FAO: DR. HEIDE SUDEROW GROB GOTTARDSTRAASE 43 ZURICH 8002 SWITZERLAND |
| BOVAY & PARTENAIRES S.A | GRAND CHENE 1 LAUSANNE CH-1003 SWITZERLAND |
| BOVAY & PARTENAIRES S.A. | GRAND CHENE 1 LAUSANNE CH-1003 SWITZERLAND |
| CASTLEPARK MICHAEL TRAYNOR PENSION FUND, THE | REF BDO SIMPSON XAVIER FINANCIAL SERVICES LTD BEAUX LANE HOUSE MERCER STREET LOWER DUBLIN 2 IRELAND |
| CCP QUANTITATIVE MASTER FUND LIMITED | CLIFFORD CHANCE US LLP ATTENTION: JENNIFER B. PREMISLER 31 WEST 52ND STREET NEW YORK NY 10019-6131 |
| CREDIT SUISSE AG | TRANSFEROR: BANK VONTOBEL AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: LEVEL GLOBAL OVERSEAS MASTER FUND, LTD. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| DARRAGH STOKES TELECOMS PENSION FUND, THE | REF BDO SIMPSON XAVIER FINANCIAL SERVICES LTD BEAUX LAND HOUSE MERCER STREET LOWER DUBLIN 2 IRELAND |
| DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. | ATTN: MARTHA TSUCHIHASI SPECIALTY FUND MGMT SERVICES LLC 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| DEEPHAVEN INTL CONVERTIBLE TRADING LTD. | ATTN: MARTHA TSUCHIHASHI SPECIALTY FUND MGMT SERVICES LLC 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| FRANCISCO J SUAREZ Y SUAREZ MA INES | SUAREZ MACEIRAS JTWROS C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK NY 10165 |
| FRANCISCO J SUAREZ Y SUAREZ MA INES | SUAREZ MACEIRAS JTWROS C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK NY 10165 |
| FRANCISCO J SUAREZ Y SUAREZ MA INES | SUAREZ MACEIRAS JTWROS C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK NY 10165 |
| FREIJ, GEORGE | ATALLAH FREIJ BUILDING JAFETH STREET HAMRA 7TH FLOOR BEIRUT LEBANON |
| GENTRIFICATION VENTURES, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC PO BOX 7235 NEW YORK NY 10150 |
| GENTRIFICATION VENTURES, L.L.C. | MANDEL, KATZ & BROSNAN LLP KARA S. KATZ THE LAW BUILDING 210 ROUTE 303 VALLEY COTTAGE NY 10989 |
| GFA I LLC, AS SUCCESSOR IN INTEREST TO CERTAIN CLA | 7 TIMES SQ FL 42 NEW YORK NY 100366524 |
| GREENE, EDWARD | C/O NIALL DUGGAN BDO SIMPSON XAVIER FINANCIAL SERVICES LTD BEAUX LANE HOUSE MERCER STREET LOWER DUBLIN 2 IRELAND |
| HAVENS PARTNERS, LP | 600 LEXINGTON AVENUE NEW YORK NY 10022 |
| HECHT-KIENAST, BRUNO | WINZERWEG 14 BULACH 8180 SWITZERLAND |
| KEPLER-FONDS KAPITALANLAGEGESELLCHAFT MBH | ATTN: MAG. REINHARD TRINKL A-4020 LINZ EUROPAPLATZ 1A AUSTRIA |
| KOTEWALL, ROBERT GEORGE | 9TH FLOOR, AIE BUILDING 33 CONNAUGHT ROAD CENTRAL HONG KONG |
| LAU YAN MI, STEPHEN & LAU, SAW YEAN | 251 OHIO STREET, # 104 PASADENA CA 91106 |
| MENA AGUILAR, VICTOR DAVID & NADER HARP, | MARIA DE LOURDES - TOD ALL LIVING ISSUES C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK NY 10165 |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEH | DLA PIPER WEISS-TESSBACH ATTN: THOMAS RUHM, ESQ. CHRISTIAN TEMMEL, ESQ. SCHOTTENRING 14 VIENNA A-1010 AUSTRIA |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEH | DLA PIPER WEISS-TESSBACH ATTN: THOMAS RUHM, ESQ. CHRISTIAN TEMMEL, ESQ. SCHOTTENRING 14 VIENNA A-1010 AUSTRIA |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEH | DLA PIPER WEISS-TESSBACH ATTN: THOMAS RUHM, ESQ. CHRISTIAN TEMMEL, ESQ. SCHOTTENRING 14 VIENNA A-1010 AUSTRIA |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEH | GEWERBE-UND HANDELSBANK KARNTEN AG KOLINGASSE 19 VIENNA A-1090 AUSTRIA |
| OESTERREICHE | GEWERBE-UND HANDELSBANK KARNTEN AG KOLINGASSE 19 VIENNA A-1090 AUSTRIA |

| Claim Name | Address Information |
|---|---|
| VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEH | GEWERBE-UND HANDELSBANK KARNTEN AG KOLINGASSE 19 VIENNA A-1090 AUSTRIA |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEH | GEWERBE-UND HANDELSBANK KARNTEN AG KOLINGASSE 19 VIENNA A-1090 AUSTRIA |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEH | DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ. VINCENT ROLDAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEH | DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ. VINCENT ROLDAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEH | DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ. VINCENT ROLDAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| PATTANAPEERADEJ, ORAWAN | 209/1 NAMUANG RD MUANG KHON KAEN 4000 THAILAND |
| PEREZ CHAVEZ, GUILLERMO & CHAVEZ, | ESPERANZA - JTWROS CALLE AZCARATEO C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK NY 10165 |
| PEREZ CHAVEZ, GUILLERMO & CHAVEZ, | ESPERANZA - JTWROS CALLE AZCARATEO C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK NY 10165 |
| PEREZ CHAVEZ, GUILLERMO & CHAVEZ, | ESPERANZA - JTWROS CALLE AZCARATEO C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK NY 10165 |
| REYKER SECURITIES PLC | TRANSFEROR: KEYDATA INVESTMENT SERVICES LIMITED 46 ST. JAMES'S PLACE LONDON SW1A1NS UNITED KINGDOM |
| SALAME, SOUAD | C/O KASOWITZ, BENSON, TORRES & FRIEDMAN LLP DAVID J MARK 1633 BROADWAY NEW YORK NY 10019 |
| SAUTTLER, MAX FABIAU | BONDENWALD 30A HAMBURG 22453 GERMANY |
| SEALED AIR CORPORATION | ATTN: IRA LAKRITZ, LAW DEPARTMENT 200 RIVERFRONT BLVD ELMWOOD PARK NJ 07407-1033 |
| SEALED AIR CORPORATION | ATTN: IRA LAKRITZ, LAW DEPARTMENT 200 RIVERFRONT BLVD. ELMWOOD PARK NJ 07407-1033 |
| SID R. BASS MANAGEMENT TRUST | ATTN: WILLIAM O. REIMANN 201 MAIN STREET SUITE 3200 FORT WORTH TX 76102 |
| SID R. BASS MANAGEMENT TRUST | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| STARK MASTER FUND LTD. | ATTN:MARTHA TSUCHIHASHI C/O STARK OFFSHORE MANAGEMENT, LLC 2600 SOTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVE LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVE LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVE LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVE LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVEN LOZNER 399 PARK AVENUE NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| STATE STREET BANK AND TRUST COMPANY | 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVE LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVE LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTHEN LLP ATTN:  STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVEN LOZER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN:  STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN ATTN:  STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O STATE STREET MANAGEMENT S.A. ON BEHALF OF SELECT INDEX SERIES FUND AND ITSELF AS SUBROGEE OR ASSIGNEE 1 LINCOLN STREET SFC 32 ATTN: R. BRYAN WOODARD BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O SCOTTISH WIDOWS INVESTMENT PARTNERSHIP, ET AL. ATTN:  R. BRYAN WOODARD BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O SCOTTISH WIDOWS INVESTMENT PARTNERSHIP, ET AL. ATTN:  R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | D/B/O STICHTING PENSIOENFONDS ABP AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O STICHTING PHILIPS PENSIOENFONDS AND ITSELF AS SUBROGEE OR ASSIGNEE 1 LINCOLN STREET SFC 32 ATTN: R. BRYAN WOODARD BOSTON MA 02111 |

| Claim Name | Address Information |
|---|---|
| STATE STREET BANK AND TRUST COMPANY | O/B/O SUFFOLK COUNTY COUNCIL AND ITSELF AS SUBTROGEE AND ASSIGNEE ATTN:  R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O SCOTTISH WIDOWS INVESTMENT PARTNERSHIP, ET AL. ATTN:  R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O UNICO ASSET MANAGEMENT SA AND ITSELF AS SUBTROGEE AND ASSIGNEE ATTN:  R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O INVESCO ASSET MANAGEMENT IRELAND AS MANAGER AND JP MORGAN BANK PLC AS TRUSTEE ON BEHALF OF INVESCO FUND SERIES 4 IN RESPECT OF SUB- FUND INVESCO JAPANESE SMALL/MID CAP EQUITY ATTN: BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O VIRGIN MONEY UNIT TRUST MANAGERS LIMITED AS MANAGER AND CITIBANK INTERNATIONAL PLC AS TRUSTEE OF VIRGIN UK INDEX TRACKING TRUST AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN:  R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | D/B/O BOSTON RETIREMENT BOARD ON BEHALF OF THE STATE BOSTON RETIREMENT SYSTEM AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN:  R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O ABU DHABI INVESTMENT AUTHORITY AND ITSELF SA SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O CZECH NATIONAL BANK AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN:  R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | AS SUBROGEE OR ASSIGNEE ATTN:  R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | D/B/O NATIONWIDE BUILDING SOCIETY AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O STATE STREET BANK AND TRUST COMPANY AS TRUSTEE OF THE DUPONT PENSION TRUST AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN:  R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | AS SUBROGEE OR ASSIGNEE ATTN:  R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O BRITISH AIRWAYS PENSIONS TRUSTEES LTD AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN:  R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | ON BEHALF OF MAGYAR NEMZET; BANK (F/K/A NATL BANK OF HUNGARY) AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O ABBEY LIFE ASSURANCE COMPANY LIMITED AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN:  R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O BP PENSION TRUSTEES LIMITED AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O DB TRUSTEE SERVICES LIMITED, AS TRUSTEE FOR DB (UK) SENIOR PENSION SCHEME AND DB (UK) PENSION SCHEME AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN:  R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O EUROPEAN PATENT ORGANISATION AND ITSELF AS SUBROGEE AND ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O DEUTSCHE INTERNATIONAL TRUST CORPORATION (CI) LTD AS INVESTMENT MANAGER OF UNIVERSAL INVESTMENT FUND AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN:  R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O FAMILY INVESTMENT MANAGEMENT LTD AS MGR STATE STREET TRUSTEES LTD AS TRUSTEE OF FAMILY CHARITIES ETHICAL TRUST AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |

| Claim Name | Address Information |
| --- | --- |
| STATE STREET BANK AND TRUST COMPANY | O/B/O FRANK RUSSELL COMPANY LIMITED ON BEHALF OF RUSSELL INVESTMENT COMPANY PLC IN RESPECT OF THE STERLING BOND FUND AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O FRANK RUSSELL COMPANY LTD ON BEHALF OF MULTI-STYLE, MULTI MANAGER FUND PLC IN RESPECT OF THE SUB-FUND GLOBAL HIGH YIELD FUND AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O NORGES BANK AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN CAVE 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O INVESCO FUNDS IN RESPECT OF THE SUB-FUND INVESCO NIPPON SMALL/MID CAPITAL EQUITY AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O INVESCO FUND MANAGERS LIMITED ON BEHALF OF IP SMALLER COMPANIES AND MARKETS INVESTMENT SERIES AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O INVESTEC GLOBAL STRATEGY FUND LIMITED IN RESPECT OF THE SUB-FUND INVESTEC GLOBAL STRATEGIC INCOME FUND AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O KUWAIT INVESTMENT AUTHORITY AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | O/B/O MARKS AND SPENCER PENSION TRUST LIMITED AS TRUSTEE FOR MARKS AND SPENCER PENSION SCHEME AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY | D/B/O STATE STREET TRUSTEES LIMITED AND SCOTTISH WIDOWS INVESTMENT PARTNERSHIP LTD ON BEHALF OF SCOTTISH, ET AL. ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET BANK AND TRUST COMPANY, | BINGHAM MCCUTCHN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY, | O/B/O SCOTTISH WIDOWS INVESTMENT PARTNERSHIP, ET AL. ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| SWABSIN, CYNTHIA R | 56 FOREST AVE VERONA NJ 07044 |
| SWEENEY, KIRK | 49A AIGBURTH, 12 TREGUNTER PATH, MID-LEVELS HONG KONG HONG KONG |
| TORRES LANDA U, MARIA & BOILES F, | FRANCISCO, JTWROS TOD JUAN F & JUAN S BOILES T - C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK NY 10165 |
| UBS AG | TRANSFEROR: BANK VONTOBEL AG BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND |
| UNION INVESTMENT LUXEMBOURG S.A. | C/O UNION ASSET MANAGEMENT HOLDING AG ATTN: DR. MIKE RINKER, LEGAL COUNSEL WIESENHUTTENSTRASSE 10 FRANKFURT AM MAIN 60329 GERMANY |
| UNION INVESTMENT LUXEMBOURG S.A. | KATHRYIN A. BENNETT WILMER CUTLER PICKERING HALE & DORR LLP ATTORNEY FOR UNION INVESTMENT LUXEMBOURG S.A. 399 PARK AVENUE NEW YORK NY 10022 |
| WANIEK, MICHAEL | TOBISCHSTR. 10 TULLNERBACH A-3011 AUSTRIA |
| YERSIN, PAULINE DEGAUTARD | 112 AV DES ALPES LA TOUR-DE-PEILZ 1814 SWITZERLAND |

**Total Creditor count  129**