UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :    (Jointly Administered)
                    Debtors.                                   :
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 16013-16015,
                                                                    16017, 16018, 16020, 16055, 16056,
                                                                    16058, 16060-16062, 16064-16068,
                                                                    16070, 16071, 16078

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 19, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
21st day of April, 2011

/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 16013-16015, 16017…16070, 16071, 16078_AFF_04-19-11.doc

# EXHIBIT A

|                                                        |                          |
| ------------------------------------------------------ | ------------------------ |
| In re                                                  | Chapter 11 Case No.      |
|                                                        | 08-13555 (JMP)           |
| LEHMAN BROTHERS HOLDINGS INC., et al.,                 | (Jointly Administered)   |
|                                                        |                          |
| Debtors.                                               |                          |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD, THE            DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LT
         954 LEXINGTON AVE  #149                                       THE DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND
         NEW YORK NY 10021-5055                                        954 LEXINGTON AVE  #149
                                                                       NEW YORK NY 10021-5055

Please note that your claim # 32403 in the above referenced case and in the amount of
     $102,045,018.35    allowed at $92,688,732.77      has been transferred **(unless previously expunged by court order)**

         JPMORGAN CHASE BANK, N.A.
         TRANSFEROR: DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD, THE
         ATTN: SUSAN MCNAMARA
         MAILING CODE: NY1- A436
         ONE CHASE MANHATTAN PLAZA, FLOOR 26
         NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 16013       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2011                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 19, 2011.

# EXHIBIT B

Pg 5 of 5

```
TIME: 11:27:17                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:  1
DATE: 04/19/11                                                    CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. | ATTN: MR. MARIO MUSSO CORSO ITALIA, 4 ALBA (CUNEO) 12051 ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS, UK, LTD KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CASSA DI RISPARMIO DI ALESSANDRIA S.P.A. | TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. ATTN: SABRINA SMMARTANO VIA DANTE 2 15100 ALESSANDRIA ITALY |
| COMMONFUND CREDIT OPPORTUNITIES COMPANY | ATTN: MANAGING DIRECTOR C/O COMMONFUND OPERATIONS 15 OLD DANBURY ROAD, P.O. BOX 812 WILTON CT 06897 |
| DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD, THE | THE DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD 954 LEXINGTON AVE #149 NEW YORK NY 10021-5055 |
| DRAKE LOW DURATION FUND, THE | 954 LEXINGTON AVE #149 NEW YORK NY 10021-5055 |
| DRAKE LOW VOLATILITY MASTER FUND, LTD., THE | 954 LEXINGTON AVE #149 NEW YORK NY 10021-5055 |
| DRAKE OFFSHORE MASTER FUND, LTD, THE | ATTN: STEVEN LUTTRELL 660 MADISON AVE, 16TH FLOOR NEW YORK NY 10065 |
| DRAKE OFFSHORE MASTER FUND, LTD. THE | ATTN: STEVEN LUTTRELL C/O DRAKE MANAGEMENT LLC 660 MADISON AVE, 16TH FLOOR NEW YORK NY 10065 |
| DRAKE TOTAL RETURN FUND, THE | 954 LEXINGTON AVE #149 NEW YORK NY 10021-5055 |
| GALLEON BUCCANEER'S OFFSHORE, LTD | C/O THE GALLEON GROUP 590 MADISON AVENUE NEW YORK NY 10022 |
| JADE TREE 1, L.L.C. | ESBIN & ALTER, LLP ATTN: SCOTT L. ESBIN 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| JADE TREE 1, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. PO BOX 6463 NEW YORK NY 10150 |
| JADE TREE I, L.L.C. | ESBIN & ALTER, LLP ATTN: SCOTT L. ESBIN 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. PO BOX 6463 NEW YORK NY 10150 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: COMMONFUND CREDIT OPPORTUNITIES COMPANY ATTN: SUSAN MCNAMARA MAILING CODE: NY1- A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD, THE ATTN: SUSAN MCNAMARA MAILING CODE: NY1- A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD, THE ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: DRAKE LOW DURATION FUND, THE ATTN: SUSAN MCNAMARA MAILING CODE: NY1- A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: DRAKE LOW VOLATILITY MASTER FUND, LTD., THE ATTN: SUSAN MCNAMARA MAILING CODE: NY1- A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: DRAKE OFFSHORE MASTER FUND, LTD. THE ATTN: SUSAN MCNAMARA MAILING CODE: NY1- A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: DRAKE OFFSHORE MASTER FUND, LTD. THE ATTN: SUSAN MCNAMARA MAILING CODE: NY1- A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: DRAKE TOTAL RETURN FUND, THE ATTN: SUSAN MCNAMARA MAILING CODE: NY1- A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| WHATLEY PLACE, L.L.C. | TRANSFEROR: GALLEON BUCCANEER'S OFFSHORE, LTD C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |

Total Number of Records Printed    25