UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                                : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors.                            :
:
------------------------------------------------------------------------x  Ref. Docket No. 16102

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 18, 2011, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Motion of the Debtors Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 for Authorization and Approval of a Settlement between Lehman Brothers Holdings Inc. and Aegis Mortgage Corp," dated April 18, 2011 [Docket No. 16102], by causing true and correct copies to be delivered via facsimile to those parties listed on the annexed Exhibit A.

/s/ *Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
19th day of April, 2011
/s/ *Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

| Name | Fax |
|---|---|
| MILBANK: D DUNNE, E FLECK, W FOSTER D ODONNELL | (212) 530-5219 |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |
| MILBANK: PAUL ARONZO & GREGORY BRAY | (213) 629-5063 |