B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

        Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

# PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman, Sachs & Co.
Name of Transferee

BBVA (Suiza) S.A.
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 51153 (33.63636364 % of such claim)

Amount of Claim as Filed: $468,789.75
Amount of Claim Transferred: $157,683.83
Date Claim Filed: 10/28/2009
Debtor: Lehman Brothers Holdings Inc.

30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Andrew Caditz
Phone: 212-357-6240
Email: Andrew.Caditz@gs.com

Phone:_____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

659590v.1 153/05435

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Goldman, Sachs & Co.**

Dennis Lafferty
Managing Director

By: _____     Date: _____
Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

*Final Form 11/20/09*

<u>AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY</u>

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **BBVA (Suiza) S.A.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Goldman, Sachs & Co.** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentages specified in <u>Schedule 1</u> attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to the Proof of Claim Numbers specified in <u>Schedule 1</u> attached hereto, each filed by or on behalf of Seller (each, a "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in <u>Schedule 1</u> attached hereto.

2.    Seller hereby represents and warrants to Purchaser that: (a) each Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) each Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proofs of Claim collectively include the Purchased Claim specified in <u>Schedule 1</u> attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

659492.1 153/05435

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to any Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 20ᵗʰ day of April 2011.

**BBVA (SUIZA) S.A.**                              **GOLDMAN, SACHS & CO.**

By:_____              By:_____
Name:                                              Name:    Dennis Lafferty
Title:                                             Title:    Managing Director

Zeltweg 63                                         30 Hudson Street, 36th Floor
CH-8021 Zurich                                     Jersey City, NJ 07302
Switzerland                                        Fax: 212-428-1243
Attn: Inigo Berasaluce/Director                    Contact: Andrew Caditz
Phone: +41442659504                                Phone: 212-357-6240
                                                   Email: Andrew.Caditz@gs.com

659492.1 153/05435

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to any Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 20ᵗʰ day of April 2011.

**BBVA (SUIZA) S.A.**

By: _____
Name:   Jaime Raga
Title:  HEAD THIRD PARTY Prod

Zeltweg 63
CH-8021 Zurich
Switzerland
Attn: Inigo Berasaluce/Director
Phone: +41442659504

**GOLDMAN, SACHS & CO.**

By: _____
Name:
Title:

30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Andrew Caditz
Phone: 212-357-6240
Email: Andrew.Caditz@gs.com

659492.1 153/05435

Schedule 1

Transferred Claims

Purchased Claim

1. 71.71428571% = USD 1,426,257.30 of USD 1,988,805.00 (the outstanding amount of Proof of Claim Number 51302 as of April 20, 2011);

2. 17.13114754% = USD 296,900.18 of USD 1,733,101.50 (the outstanding amount of the Proof of Claim Number 51143 as of April 20, 2011);

3. 80.9% = USD 1,149,245.18 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51157 as of April 20, 2011);

4. 85.3% = USD 1,211,750.48 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51319 as of April 20, 2011);

5. 93.8% = USD 1,332,499.35 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51159 as of April 20, 2011);

6. 62.91759465% = USD 802,624.88 of USD 1,275,676.35 (the outstanding amount of the Proof of Claim Number 51167 as of April 20, 2011);

7. 59.76744186% = USD 730,175.55 of USD 1,221,694.50 (the outstanding amount of the Proof of Claim Number 51137 as of April 20, 2011);

8. 72.58064516% = USD 639,258.75 of USD 880,756.50 (the outstanding amount of the Proof of Claim Number 51145 as of April 20, 2011);

9. 31.73553719% = USD 272,750.40 of USD 859,447.88 (the outstanding amount of the Proof of Claim Number 51310 as of April 20, 2011);

10. 13.84297521% = USD 95,178.53 of USD 687,558.30 (the outstanding amount of the Proof of Claim Number 51306 as of April 19, 2011);

11. 27.20763723% = USD 161,945.55 of USD 595,220.93 (the outstanding amount of the Proof of Claim Number 51304 as of April 20, 2011);

12. 33.63636364 % = USD 157,683.83 of USD 468,789.75 (the outstanding amount of the Proof of Claim Number 51153 as of April 20, 2011);

13. 78.5% = USD 1,115,151.38 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51161 as of April 20, 2011);

14. 28.85821832% = USD 326,732.25 of USD 1,132,198.28 (the outstanding amount of the Proof of Claim Number 51155 as of April 20, 2011);

15. 13.86095321% = USD 317,000.00 of USD 2,287,000.00 (the outstanding amount of the Proof of Claim Number 51144 as of April 20, 2011);

16. 9.05250452% = USD 150,000.00 of USD 1,657,000.00 (the outstanding amount of the Proof of Claim Number 51162 as of April 20, 2011);

Schedule 1-1

17. 54.06666667% = USD 811,000.00 of USD 1,500,000.00 (the outstanding amount of the Proof of Claim Number 51166 as of April 20, 2011);

18. 52.6% = USD 526,000.00 of USD 1,000,000.00 (the outstanding amount of the Proof of Claim Number 51158 as of April 20, 2011);

19. 15.58044807% = USD 153,000.00 of USD 982,000.00 (the outstanding amount of the Proof of Claim Number 51136 as of April 21, 2011);

20. 30.87719298% = USD 264,000.00 of USD 855,000.00 (the outstanding amount of the Proof of Claim Number 51156 as of April 20, 2011);

21. 11.76470588% = USD 86,000.00 of USD 731,000.00 (the outstanding amount of the Proof of Claim Number 51309 as of April 20, 2011);

22. 90.90909091% = USD 500,000.00 of USD 550,000.00 (the outstanding amount of the Proof of Claim Number 51313 as of April 20, 2011);

23. 100% = USD 405,000.00 of USD 405,000.00 (the outstanding amount of the Proof of Claim Number 51169 as of April 20, 2011);

24. 7.66871166% = USD 25,000.00 of USD 326,000.00 (the outstanding amount of the Proof of Claim Number 51308 as of April 20, 2011);

25. 48.61538462% = USD 158,000.00 of USD 325,000.00 (the outstanding amount of the Proof of Claim Number 51307 as of April 20, 2011);

26. 53.16455696% = USD 168,000.00 of USD 316,000.00 (the outstanding amount of the Proof of Claim Number 51311 as of April 20, 2011);

27. 100% = USD 304,000.00 of USD 304,000.00 (the outstanding amount of the Proof of Claim Number 51315 as of April 20, 2011);

28. 15.63636364% = USD 43,000.00 of USD 275,000.00 (the outstanding amount of the Proof of Claim Number 51301 as of April 20, 2011);

29. 100% = USD 100,000.00 of USD 100,000.00 (the outstanding amount of the Proof of Claim Number 51142 as of April 21, 2011);

30. 25.23629449% = USD 267,000.00 of USD 1,058,000.00 (the outstanding amount of the Proof of Claim Number 51171 as of April 20, 2011);

31. 63.21965353% = USD 1,724,000.00 of USD 2,727,000.00 (the outstanding amount of the Proof of Claim Number 51160 as of April 20, 2011); and

32. 23.46651666% = USD 417,000.00 of USD 1,777,000.00 (the outstanding amount of the Proof of Claim Number 51154 as of April 20, 2011);

659492.1 153/05435

Lehman Programs Securities to which Transfer Relates

| | Proof of Claim Number | Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity |
|---|---|---|---|---|---|---|---|
| 1. | 51302 | 7YR AUTOREDEEMABLE EQUITY LINKED NOTE TO SAN & BLEHMAN BROTHERS TREASURY BV | XS035963l974 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 1,004,000.00 (equivalent to USD 1,426,257.30) | 4/30/2015 |
| 2. | 51143 | 7 YR AUTOREDEEMBALE ELN TO RBS AND LLOYD TSB GROUP | XS0329243876 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 209,000.00 (equivalent to USD 296,900.18) | 11/28/2014 |
| 3. | 51157 | 7YR AUTOREDEEMABLE EQUITY LINKD NT | XS0345215148 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 809,000.00 (equivalent to USD 1,149,245.18) | 2/28/2015 |
| 4. | 51319 | 7 YR AUTOREDEEMABLE EQ LNKD NT TO DTE & FTE | XS0345439250 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 853,000.00 (equivalent to USD 1,211,750.48) | 2/28/2015 |
| 5. | 51159 | 7 YEARS AUTOREDEEMABLE EQUITY LINKED NOTE | XS0338465098 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 938,000.00 (equivalent to USD 1,332,499.35) | 1/31/2015 |
| 6. | 51167 | 7 YEARS AUTOREDEEMABLE EQUITY LINKED NOTE | XS0344087340 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 565,000.00 (equivalent to USD 802,624.88) | 2/28/2015 |
| 7. | 51137 | 7 YEARS AUTOREDEEMABLE ELN | XS0350310909 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 514,000.00 (equivalent to USD 730,175.55) | 3/30/2015 |
| 8. | 51145 | FUND LINKED | XS0204199540 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 450,000.00 (equivalent to USD 639,258.75) | 10/27/2011 |
| 9. | 51310 | EUR FX LINKED NOTE | XS0329905417 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 192,000.00 (equivalent to USD 272,750.40) | 12/4/2010 |
| 10. | 51306 | EUR FX LINKED NOTE | XS0362343930 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 67,000.00 (equivalent to USD 95,178.53) | 5/30/2011 |

| No. | ID | Description | Security Code | Issuer | Guarantor | Amount | Date |
|---|---|---|---|---|---|---|---|
| 11. | 51304 | EUR FX LINKED NOTE | XS0368298187 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 114,000.00 (equivalent to USD 161,945.55) | 6/28/2011 |
| 12. | 51153 | EUROPEAN INFLATION LINKED NOTE | XS0178969209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 111,000.00 (equivalent to USD 157,683.83) | 11/26/2013 |
| 13. | 51161 | 3 YR AUTOREDEEMABLE ELN ON SANTANDER AND RWE | XS0303538200 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 785,000.00 (equivalent to USD 1,115,151.38) | 6/29/2010 |
| 14. | 51155 | CAPITAL PROTECTED NOTE LINKED TO BASKET OF SHARES | XS0180154550 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 230,000.00 (equivalent to USD 326,732.25) | 11/26/2009 |
| 15. | 51144 | 7 YRS AUTOREDEEMABLE ELN TO RBS AND LLOYD TSB GROUP | XS0329243108 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 317,000.00 | 11/28/2014 |
| 16. | 51162 | 7 YR AUTOREDEEMABLE ELN | XS0329289192 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 150,000.00 | 11/28/2014 |
| 17. | 51166 | 7 YR AUTOREDMBLE EQ-LNKD NTE TO BLEHMAN BROTHERS TREASURY BVA AND SANTANDER | XS0358300571 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 811,000.00 | 1/31/2014 |
| 18. | 51158 | 7 YR AUTOREDEEMABLE EQUITY LINKED NOTE TO UBS AND | XS0338464950 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 526,000.00 | 1/31/2015 |
| 19. | 51136 | 7 YR AUTOREDEEMABLE ELN TO DEUTSCHE TELE AND FRANC | XS0289261546 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 153,000.00 | 3/31/2014 |
| 20. | 51156 | 7 YR AUTOREDEEMABLE ELN | XS0344834691 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 264,000.00 | 2/28/2015 |
| 21. | 51309 | USD FX LINKED NOTE | XS0329284987 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 86,000.00 | 12/4/2010 |
| 22. | 51313 | USD FX LINKED NOTE | XS0337437007 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 500,000.00 | 1/30/2011 |
| 23. | 51169 | 7 YR AUTOREDEEMABLE ELN TO BLEHMAN BROTHERS TREASURY | XS0321471517 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 405,000.00 | 1/31/2014 |

659492.1 15305435

|  |  | BVA AND SANTANDER |  |  |  |  |
|---|---|---|---|---|---|---|
| 24. | 51308 | USD FX LINKED NOTE | XS0329288384 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 25,000.00 | 12/4/2010 |
| 25. | 51307 | USD FX LINKED NOTE | XS0380296144 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 158,000.00 | 8/22/2011 |
| 26. | 51311 | USD FX LINKED NOTE | XS0334446134 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 168,000.00 | 12/4/2010 |
| 27. | 51315 | USD FX LINKED NOTE | XS0345320872 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 304,000.00 | 2/28/2011 |
| 28. | 51301 | EUR FX LINKED NOTE | XS0368249487 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 43,000.00 | 6/28/2011 |
| 29. | 51142 | 6YR AUTOREDEEMABLE EQL NOTE TO DEUTSCHE TELECOM | XS0358299542 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 100,000.00 | 2/20/2014 |
| 30. | 51171 | 3YR EQUITY LINKED NOTE ON S&P BRIC 40 | XS0309101508 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 267,000.00 | 8/2/2010 |
| 31. | 51160 | 3 YR AUTOREDEEMABLE ELN | XS0303537574 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 1,724,000.00 | 6/29/2010 |
| 32. | 51154 | CAPITAL PROTECTED NOTE LINKED TO A BASKET | XS0180153826 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 417,000.00 | 11/26/2009 |

659492.1 153/05435

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

                             Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman, Sachs & Co.
Name of Transferee

BBVA (Suiza) S.A.
Name of Transferor

Name and Address where notices to transferee should be sent:

30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Andrew Caditz
Phone: 212-357-6240
Email: Andrew.Caditz@gs.com

Court Claim # (if known): 51155(28.85821832% of such claim)
Amount of Claim as Filed: $1,132,198.28
Amount of Claim Transferred: $326,732.25
Date Claim Filed: 10/28/2009
Debtor: Lehman Brothers Holdings Inc.

Phone:_____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

659595v.1 153/05435

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Goldman, Sachs & Co.**

Dennis Lafferty
**Managing Director**

By: _____    Date: _____

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

659595v.1 153/05435

*Final Form 11/20/09*

<u>AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM</u>
<u>LEHMAN PROGRAM SECURITY</u>

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **BBVA (Suiza) S.A.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Goldman, Sachs & Co.** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentages specified in <u>Schedule 1</u> attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to the Proof of Claim Numbers specified in <u>Schedule 1</u> attached hereto, each filed by or on behalf of Seller (each, a "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in <u>Schedule 1</u> attached hereto.

2.    Seller hereby represents and warrants to Purchaser that: (a) each Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) each Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proofs of Claim collectively include the Purchased Claim specified in <u>Schedule 1</u> attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to any Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of April 2011.

BBVA (SUIZA) S.A.                           GOLDMAN, SACHS & CO.

By:_____                 By:_____
Name:                                      Name:          Dennis Lafferty
Title:                                     Title:         Managing Director

Zeltweg 63                                 30 Hudson Street, 36th Floor
CH-8021 Zurich                             Jersey City, NJ 07302
Switzerland                                Fax: 212-428-1243
Attn: Inigo Berasaluce/Director            Contact: Andrew Caditz
Phone: +41442659504                        Phone: 212-357-6240
                                           Email: Andrew.Caditz@gs.com

659492.1 153/05435

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to any Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of April 2011.

BBVA (SUIZA) S.A.                                    GOLDMAN, SACHS & CO.

By: _____                         By: _____
Name:   Jalme Raga                                  Name:
Title:  HEAD THIRD PARTY Prod                       Title:

Zeltweg 63                                          30 Hudson Street, 36th Floor
CH-8021 Zurich                                      Jersey City, NJ 07302
Switzerland                                         Fax: 212-428-1243
Attn: Inigo Berasaluce/Director                     Contact: Andrew Caditz
Phone: +41442659504                                 Phone: 212-357-6240
                                                    Email: Andrew.Caditz@gs.com

659492.1 153/05435

Schedule 1

Transferred Claims

Purchased Claim

1. 71.71428571% = USD 1,426,257.30 of USD 1,988,805.00 (the outstanding amount of Proof of Claim Number 51302 as of April 20, 2011);

2. 17.13114754% = USD 296,900.18 of USD 1,733,101.50 (the outstanding amount of the Proof of Claim Number 51143 as of April 20, 2011);

3. 80.9% = USD 1,149,245.18 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51157 as of April 20, 2011);

4. 85.3% = USD 1,211,750.48 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51319 as of April 20, 2011);

5. 93.8% = USD 1,332,499.35 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51159 as of April 20, 2011);

6. 62.91759465% = USD 802,624.88 of USD 1,275,676.35 (the outstanding amount of the Proof of Claim Number 51167 as of April 20, 2011);

7. 59.76744186% = USD 730,175.55 of USD 1,221,694.50 (the outstanding amount of the Proof of Claim Number 51137 as of April 20, 2011);

8. 72.58064516% = USD 639,258.75 of USD 880,756.50 (the outstanding amount of the Proof of Claim Number 51145 as of April 20, 2011);

9. 31.73553719% = USD 272,750.40 of USD 859,447.88 (the outstanding amount of the Proof of Claim Number 51310 as of April 19, 2011);

10. 13.84297521% = USD 95,178.53 of USD 687,558.30 (the outstanding amount of the Proof of Claim Number 51306 as of April 19, 2011);

11. 27.20763723% = USD 161,945.55 of USD 595,220.93 (the outstanding amount of the Proof of Claim Number 51304 as of April 20, 2011);

12. 33.63636364 % = USD 157,683.83 of USD 468,789.75 (the outstanding amount of the Proof of Claim Number 51153 as of April 20, 2011);

13. 78.5% = USD 1,115,151.38 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51161 as of April 20, 2011);

14. 28.85821832% = USD 326,732.25 of USD 1,132,198.28 (the outstanding amount of the Proof of Claim Number 51155 as of April 20, 2011);

15. 13.86095321% = USD 317,000.00 of USD 2,287,000.00 (the outstanding amount of the Proof of Claim Number 51144 as of April 20, 2011);

16. 9.05250452626% = USD 150,000.00 of USD 1,657,000.00 (the outstanding amount of the Proof of Claim Number 51162 as of April 20, 2011);

Schedule 1-1

17.  54.06666667% = USD 811,000.00 of USD 1,500,000.00 (the outstanding amount of the Proof of Claim Number 51166 as of April 20, 2011);

18.  52.6% = USD 526,000.00 of USD 1,000,000.00 (the outstanding amount of the Proof of Claim Number 51158 as of April 20, 2011);

19.  15.58044807% = USD 153,000.00 of USD 982,000.00 (the outstanding amount of the Proof of Claim Number 51136 as of April 20, 2011);

20.  30.87719298% = USD 264,000.00 of USD 855,000.00 (the outstanding amount of the Proof of Claim Number 51156 as of April 20, 2011);

21.  11.76470588% = USD 86,000.00 of USD 731,000.00 (the outstanding amount of the Proof of Claim Number 51309 as of April 20, 2011);

22.  90.90909091% = USD 500,000.00 of USD 550,000.00 (the outstanding amount of the Proof of Claim Number 51313 as of April 20, 2011);

23.  100% = USD 405,000.00 of USD 405,000.00 (the outstanding amount of the Proof of Claim Number 51169 as of April 20, 2011);

24.  7.668711656% = USD 25,000.00 of USD 326,000.00 (the outstanding amount of the Proof of Claim Number 51308 as of April 20, 2011);

25.  48.61538462% = USD 158,000.00 of USD 325,000.00 (the outstanding amount of the Proof of Claim Number 51307 as of April 20, 2011);

26.  53.16455696% = USD 168,000.00 of USD 316,000.00 (the outstanding amount of the Proof of Claim Number 51311 as of April 20, 2011);

27.  100% = USD 304,000.00 of USD 304,000.00 (the outstanding amount of the Proof of Claim Number 51315 as of April 20, 2011);

28.  15.63636364% = USD 43,000.00 of USD 275,000.00 (the outstanding amount of the Proof of Claim Number 51301 as of April 20, 2011);

29.  100% = USD 100,000.00 of USD 100,000.00 (the outstanding amount of the Proof of Claim Number 51142 as of April 20, 2011);

30.  25.23629949% = USD 267,000.00 of USD 1,058,000.00 (the outstanding amount of the Proof of Claim Number 51171 as of April 20, 2011);

31.  63.21965353% = USD 1,724,000.00 of USD 2,727,000.00 (the outstanding amount of the Proof of Claim Number 51160 as of April 20, 2011); and

32.  23.46651166% = USD 417,000.00 of USD 1,777,000.00 (the outstanding amount of the Proof of Claim Number 51154 as of April 20, 2011);

Lehman Programs Securities to which Transfer Relates

| | Proof of Claim Number | Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity |
|---|---|---|---|---|---|---|---|
| 1. | 51302 | 7YR AUTOREDEEMABLE EQUITY LINKED NOTE TO SAN & BLEHMAN BROTHERS TREASURY BV | XS035963 1974 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 1,004,000.00 (equivalent to USD 1,426,257.30) | 4/30/2015 |
| 2. | 51143 | 7 YR AUTOREDEEMBALE ELN TO RBS AND LLOYD TSB GROUP | XS0329243876 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 209,000.00 (equivalent to USD 296,900.18) | 11/28/2014 |
| 3. | 51157 | 7YR AUTOREDEEMABLE EQUITY LINKD NT | XS0345215148 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 809,000.00 (equivalent to USD 1,149,245.18) | 2/28/2015 |
| 4. | 51319 | 7 YR AUTOREDEEMABLE EQ LNKD NT TO DIE & FTE | XS0345439250 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 853,000.00 (equivalent to USD 1,211,750.48) | 2/28/2015 |
| 5. | 51159 | 7 YEARS AUTOREDEEMABLE EQUITY LINKED NOTE | XS0338465098 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 938,000.00 (equivalent to USD 1,332,499.35) | 1/31/2015 |
| 6. | 51167 | 7 YEARS AUTOREDEEMABLE EQUITY LINKED NOTE | XS0344087340 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 565,000.00 (equivalent to USD 802,624.88) | 2/28/2015 |
| 7. | 51137 | 7 YEARS AUTOREDEEMABLE ELN | XS0350310909 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 514,000.00 (equivalent to USD 730,175.55) | 3/30/2015 |
| 8. | 51145 | FUND LINKED | XS0204199540 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 450,000.00 (equivalent to USD 639,258.75) | 10/27/2011 |
| 9. | 51310 | EUR FX LINKED NOTE | XS0329905417 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 192,000.00 (equivalent to USD 272,750.40) | 12/4/2010 |
| 10. | 51306 | EUR FX LINKED NOTE | XS0362343930 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 67,000.00 (equivalent to USD 95,178.53) | 5/30/2011 |

659492.1 153/05435

| # | ID | Description | ISIN | Issuer | Guarantor | Amount | Date |
|---|----|-------------|------|--------|-----------|--------|------|
| 11. | 51304 | EUR FX LINKED NOTE | XS0368298187 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 114,000.00 (equivalent to USD 161,945.55) | 6/28/2011 |
| 12. | 51153 | EUROPEAN INFLATION LINKED NOTE | XS0178969209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 111,000.00 (equivalent to USD 157,683.83) | 11/26/2013 |
| 13. | 51161 | 3 YR AUTOREDEEMABLE ELN ON SANTANDER AND RWE | XS0303538200 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 785,000.00 (equivalent to USD 1,115,151.38) | 6/29/2010 |
| 14. | 51155 | CAPITAL PROTECTED NOTE LINKED TO BASKET OF SHARES | XS0180154550 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 230,000.00 (equivalent to USD 326,732.25) | 11/26/2009 |
| 15. | 51144 | 7 YRS AUTOREDEEMABLE ELN TO RBS AND LLOYD TSB GROUP | XS0329243108 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 317,000.00 | 11/28/2014 |
| 16. | 51162 | 7 YR AUTOREDEEMABLE ELN | XS0329289192 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 150,000.00 | 11/28/2014 |
| 17. | 51166 | 7 YR AUTOREDMBLE EQ-LNKD NTE TO BLEHMAN BROTHERS TREASURY BVA AND SANTANDER | XS0358300571 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 811,000.00 | 1/31/2014 |
| 18. | 51158 | 7 YR AUTOREDEEMABLE EQUITY LINKED NOTE TO UBS AND | XS0338464950 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 526,000.00 | 1/31/2015 |
| 19. | 51136 | 7 YR AUTOREDEEMABLE ELN TO DEUTSCHE TELE AND FRANC | XS0289261546 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 153,000.00 | 3/31/2014 |
| 20. | 51156 | 7 YR AUTOREDEEMABLE ELN | XS0344834691 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 264,000.00 | 2/28/2015 |
| 21. | 51309 | USD FX LINKED NOTE | XS0329284987 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 86,000.00 | 12/4/2010 |
| 22. | 51313 | USD FX LINKED NOTE | XS0337437007 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 500,000.00 | 1/30/2011 |
| 23. | 51169 | 7YR AUTOREDEEMABLE ELN TO BLEHMAN BROTHERS TREASURY | XS0321471517 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 405,000.00 | 1/31/2014 |

| | | BVA AND SANTANDER | | | | | |
|---|---|---|---|---|---|---|---|
| 24. | 51308 | USD FX LINKED NOTE | XS0329288384 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 25,000.00 | 12/4/2010 |
| 25. | 51307 | USD FX LINKED NOTE | XS0380296144 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 158,000.00 | 8/22/2011 |
| 26. | 51311 | USD FX LINKED NOTE | XS0334446134 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 168,000.00 | 12/4/2010 |
| 27. | 51315 | USD FX LINKED NOTE | XS0345320872 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 304,000.00 | 2/28/2011 |
| 28. | 51301 | EUR FX LINKED NOTE | XS0368249487 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 43,000.00 | 6/28/2011 |
| 29. | 51142 | 6YR AUTOREDEEMABLE EQL NOTE TO DEUTSCHE TELECOM | XS0358299542 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 100,000.00 | 2/20/2014 |
| 30. | 51171 | 3YR EQUITY LINKED NOTE ON S&P BRIC 40 | XS0309101508 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 267,000.00 | 8/2/2010 |
| 31. | 51160 | 3 YR AUTOREDEEMABLE ELN | XS0303537574 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 1,724,000.00 | 6/29/2010 |
| 32. | 51154 | CAPITAL PROTECTED NOTE LINKED TO A BASKET | XS0180153826 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 417,000.00 | 11/26/2009 |

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555 (JMP)
                                                                (Jointly Administered)
                                    Debtors.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman, Sachs & Co.                          BBVA (Suiza) S.A.
        Name of Transferee                          Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 51145 (72.58064516%
should be sent:                                 of such claim)
                                                Amount of Claim as Filed: $880,756.50
30 Hudson Street, 36th Floor                    Amount of Claim Transferred: $639,258.75
Jersey City, NJ 07302                           Date Claim Filed: 10/28/2009
Fax: 212-428-1243                               Debtor: Lehman Brothers Holdings Inc.
Contact: Andrew Caditz
Phone: 212-357-6240
Email: Andrew.Caditz@gs.com

Phone:_____              Phone: _____
Last Four Digits of Acct #: _____   Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

659582v.1 153/05435

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Goldman, Sachs & Co.**

By: _____  Dennis Lafferty   Date: _____
   Transferee/Transferee's Agent  Managing Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

*Final Form 11/20/09*

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **BBVA (Suiza) S.A.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Goldman, Sachs & Co.** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentages specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to the Proof of Claim Numbers specified in Schedule 1 attached hereto, each filed by or on behalf of Seller (each, a "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.    Seller hereby represents and warrants to Purchaser that: (a) each Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) each Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proofs of Claim collectively include the Purchased Claim specified in Schedule 1 attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.    Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.    Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to any Proof of Claim.

7.    Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of April 2011.

BBVA (SUIZA) S.A.                                   GOLDMAN, SACHS & CO.

By:_____                        By:_____
Name:                                               Name:    Dennis Lafferty
Title:                                              Title:   Managing Director

Zeltweg 63                                          30 Hudson Street, 36th Floor
CH-8021 Zurich                                      Jersey City, NJ 07302
Switzerland                                         Fax: 212-428-1243
Attn: Inigo Berasaluce/Director                     Contact: Andrew Caditz
Phone: +41442659504                                 Phone: 212-357-6240
                                                    Email: Andrew.Caditz@gs.com

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller.  Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser.  Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to any Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction).  Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of April 2011.

BBVA (SUIZA) S.A.                                  GOLDMAN, SACHS & CO.

By:_____                       By:_____
Name:  Jalme Raga                                  Name:
Title: HEAD THIRD PARTY PROD                        Title:

Zeltweg 63                                         30 Hudson Street, 36th Floor
CH-8021 Zurich                                     Jersey City, NJ 07302
Switzerland                                        Fax: 212-428-1243
Attn: Inigo Berasaluce/Director                    Contact: Andrew Caditz
Phone: +41442659504                                Phone: 212-357-6240
                                                   Email: Andrew.Caditz@gs.com

659492.1 153/05435

Schedule 1

Transferred Claims

**Purchased Claim**

1. 71.71428571% = USD 1,426,257.30 of USD 1,988,805.00 (the outstanding amount of Proof of Claim Number 51302 as of April 20, 2011);

2. 17.13114754% = USD 296,900.18 of USD 1,733,101.50 (the outstanding amount of the Proof of Claim Number 51143 as of April 20, 2011);

3. 80.9% = USD 1,149,245.18 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51157 as of April 20, 2011);

4. 85.3% = USD 1,211,750.48 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51319 as of April 20, 2011);

5. 93.8% = USD 1,332,499.35 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51159 as of April 20, 2011);

6. 62.91759465% = USD 802,624.88 of USD 1,275,676.35 (the outstanding amount of the Proof of Claim Number 51167 as of April 20, 2011);

7. 59.76744186% = USD 730,175.55 of USD 1,221,694.50 (the outstanding amount of the Proof of Claim Number 51137 as of April 20, 2011);

8. 72.58064516% = USD 639,258.75 of USD 880,756.50 (the outstanding amount of the Proof of Claim Number 51145 as of April 20, 2011);

9. 31.73553719% = USD 272,750.40 of USD 859,447.88 (the outstanding amount of the Proof of Claim Number 51310 as of April 20, 2011);

10. 13.84297521% = USD 95,178.53 of USD 687,558.30 (the outstanding amount of the Proof of Claim Number 51306 as of April 20, 2011);

11. 27.20763723% = USD 161,945.55 of USD 595,220.93 (the outstanding amount of the Proof of Claim Number 51304 as of April 20, 2011);

12. 33.63636364 % = USD 157,683.83 of USD 468,789.75 (the outstanding amount of the Proof of Claim Number 51153 as of April 20, 2011);

13. 78.5% = USD 1,115,151.38 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51161 as of April 20, 2011);

14. 28.85821832% = USD 326,732.25 of USD 1,132,198.28 (the outstanding amount of the Proof of Claim Number 51155 as of April 20, 2011);

15. 13.86095321% = USD 317,000.00 of USD 2,287,000.00 (the outstanding amount of the Proof of Claim Number 51144 as of April 20, 2011);

16. 9.05250452 6% = USD 150,000.00 of USD 1,657,000.00 (the outstanding amount of the Proof of Claim Number 51162 as of April 20, 2011);

Schedule 1–1

17. 54.06666667% = USD 811,000.00 of USD 1,500,000.00 (the outstanding amount of the Proof of Claim Number 51166 as of April 20, 2011);

18. 52.6% = USD 526,000.00 of USD 1,000,000.00 (the outstanding amount of the Proof of Claim Number 51158 as of April 20, 2011);

19. 15.58044807% = USD 153,000.00 of USD 982,000.00 (the outstanding amount of the Proof of Claim Number 51136 as of April 21, 2011);

20. 30.87119298% = USD 264,000.00 of USD 855,000.00 (the outstanding amount of the Proof of Claim Number 51156 as of April 20, 2011);

21. 11.76470588% = USD 86,000.00 of USD 731,000.00 (the outstanding amount of the Proof of Claim Number 51309 as of April 20, 2011);

22. 90.90909091% = USD 500,000.00 of USD 550,000.00 (the outstanding amount of the Proof of Claim Number 51313 as of April 20, 2011);

23. 100% = USD 405,000.00 of USD 405,000.00 (the outstanding amount of the Proof of Claim Number 51169 as of April 20, 2011);

24. 7.668711656% = USD 25,000.00 of USD 326,000.00 (the outstanding amount of the Proof of Claim Number 51308 as of April 20, 2011);

25. 48.61538462% = USD 158,000.00 of USD 325,000.00 (the outstanding amount of the Proof of Claim Number 51307 as of April 20, 2011);

26. 53.16455696% = USD 168,000.00 of USD 316,000.00 (the outstanding amount of the Proof of Claim Number 51311 as of April 20, 2011);

27. 100% = USD 304,000.00 of USD 304,000.00 (the outstanding amount of the Proof of Claim Number 51315 as of April 20, 2011);

28. 15.63636364% = USD 43,000.00 of USD 275,000.00 (the outstanding amount of the Proof of Claim Number 51301 as of April 20, 2011);

29. 100% = USD 100,000.00 of USD 100,000.00 (the outstanding amount of the Proof of Claim Number 51142 as of April 21, 2011);

30. 25.23629949% = USD 267,000.00 of USD 1,058,000.00 (the outstanding amount of the Proof of Claim Number 51171 as of April 21, 2011);

31. 63.21965353% = USD 1,724,000.00 of USD 2,727,000.00 (the outstanding amount of the Proof of Claim Number 51160 as of April 20, 2011); and

32. 23.46651166% = USD 417,000.00 of USD 1,777,000.00 (the outstanding amount of the Proof of Claim Number 51154 as of April 20, 2011);

Lehman Programs Securities to which Transfer Relates

|  | Proof of Claim Number | Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity |
|---|---|---|---|---|---|---|---|
| 1. | 51302 | 7YR AUTOREDEEMABLE EQUITY LINKED NOTE TO SAN & BLEHMAN BROTHERS TREASURY BV | XS035963197 4 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 1,004,000.00 (equivalent to USD 1,426,257.30) | 4/30/2015 |
| 2. | 51143 | 7 YR AUTOREDEEMBALE ELN TO RBS AND LLOYD TSB GROUP | XS032924387 6 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 209,000.00 (equivalent to USD 296,900.18) | 11/28/2014 |
| 3. | 51157 | 7YR AUTOREDEEMABLE EQUITY LINKD NT | XS034521514 8 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 809,000.00 (equivalent to USD 1,149,245.18) | 2/28/2015 |
| 4. | 51319 | 7 YR AUTOREDEEMABLE EQ LNKD NT TO DTE & FTE | XS034543925 0 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 853,000.00 (equivalent to USD 1,211,750.48) | 2/28/2015 |
| 5. | 51159 | 7 YEARS AUTOREDEEMABLE EQUITY LINKED NOTE | XS033846509 8 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 938,000.00 (equivalent to USD 1,332,499.35) | 1/31/2015 |
| 6. | 51167 | 7 YEARS AUTOREDEEMABLE EQUITY LINKED NOTE | XS034408734 0 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 565,000.00 (equivalent to USD 802,624.88) | 2/28/2015 |
| 7. | 51137 | 7 YEARS AUTOREDEEMABLE ELN | XS035031090 9 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 514,000.00 (equivalent to USD 730,175.55) | 3/30/2015 |
| 8. | 51145 | FUND LINKED | XS020419954 0 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 450,000.00 (equivalent to USD 639,258.75) | 10/27/2011 |
| 9. | 51310 | EUR FX LINKED NOTE | XS032990541 7 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 192,000.00 (equivalent to USD 272,750.40) | 12/4/2010 |
| 10. | 51306 | EUR FX LINKED NOTE | XS036234393 0 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 67,000.00 (equivalent to USD 95,178.53) | 5/30/2011 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11. | 51304 | EUR FX LINKED NOTE | XS0368298187 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 114,000.00 (equivalent to USD 161,945.55) | 6/28/2011 |
| 12. | 51153 | EUROPEAN INFLATION LINKED NOTE | XS0178969209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 111,000.00 (equivalent to USD 157,683.83) | 11/26/2013 |
| 13. | 51161 | 3 YR AUTOREDEEMABLE ELN ON SANTANDER AND RWE | XS0303538200 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 785,000.00 (equivalent to USD 1,115,151.38) | 6/29/2010 |
| 14. | 51155 | CAPITAL PROTECTED NOTE LINKED TO BASKET OF SHARES | XS0180154550 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 230,000.00 (equivalent to USD 326,732.25) | 11/26/2009 |
| 15. | 51144 | 7 YRS AUTOREDEEMABLE ELN TO RBS AND LLOYD TSB GROUP | XS0329243108 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 317,000.00 | 11/28/2014 |
| 16. | 51162 | 7 YR AUTOREDEEMABLE ELN | XS0329289192 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 150,000.00 | 11/28/2014 |
| 17. | 51166 | 7 YR AUTOREDMBLE EQ-LNKD NTE TO BLEHMAN BROTHERS TREASURY BVA AND SANTANDER | XS0358300571 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 811,000.00 | 1/31/2014 |
| 18. | 51158 | 7 YR AUTOREDEEMABLE EQUITY LINKED NOTE TO UBS AND | XS0338464950 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 526,000.00 | 1/31/2015 |
| 19. | 51136 | 7 YR AUTOREDEEMABLE ELN TO DEUTSCHE TELE AND FRANC | XS0289261546 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 153,000.00 | 3/31/2014 |
| 20. | 51156 | 7 YR AUTOREDEEMABLE ELN | XS0344834691 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 264,000.00 | 2/28/2015 |
| 21. | 51309 | USD FX LINKED NOTE | XS0329284987 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 86,000.00 | 12/4/2010 |
| 22. | 51313 | USD FX LINKED NOTE | XS0337437007 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 500,000.00 | 1/30/2011 |
| 23. | 51169 | 7YR AUTOREDEEMABLE ELN TO BLEHMAN BROTHERS TREASURY | XS0321471517 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 405,000.00 | 1/31/2014 |

659492.1 15305435

|  |  | BVA AND SANTANDER |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| 24. | 51308 | USD FX LINKED NOTE | XS0329288384 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 25,000.00 | 12/4/2010 |
| 25. | 51307 | USD FX LINKED NOTE | XS0380296144 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 158,000.00 | 8/22/2011 |
| 26. | 51311 | USD FX LINKED NOTE | XS0334446134 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 168,000.00 | 12/4/2010 |
| 27. | 51315 | USD FX LINKED NOTE | XS0345320872 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 304,000.00 | 2/28/2011 |
| 28. | 51301 | EUR FX LINKED NOTE | XS0368249487 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 43,000.00 | 6/28/2011 |
| 29. | 51142 | 6YR AUTOREDEEMABLE EQL NOTE TO DEUTSCHE TELECOM | XS0358299542 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 100,000.00 | 2/20/2014 |
| 30. | 51171 | 3YR EQUITY LINKED NOTE ON S&P BRIC 40 | XS0309101508 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 267,000.00 | 8/2/2010 |
| 31. | 51160 | 3 YR AUTOREDEEMABLE ELN | XS0303537574 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 1,724,000.00 | 6/29/2010 |
| 32. | 51154 | CAPITAL PROTECTED NOTE LINKED TO A BASKET | XS0180153826 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 417,000.00 | 11/26/2009 |

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

# PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman, Sachs & Co.
Name of Transferee

Name and Address where notices to transferee should be sent:

30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Andrew Caditz
Phone: 212-357-6240
Email: Andrew.Caditz@gs.com

BBVA (Suiza) S.A.
Name of Transferor

Court Claim # (if known): 51136 (15.58044807% of such claim)
Amount of Claim as Filed: $982,000.00
Amount of Claim Transferred: $153,000.00
Date Claim Filed: 10/28/2009
Debtor: Lehman Brothers Holdings Inc.

Phone:_____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

659608v.1 153/05435

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Goldman, Sachs & Co.**                     Dennis Lafferty
                                             Managing Director

By: _____        Date: _____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

659608v.1 153/05435

*Final Form 11/20/09*

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **BBVA (Suiza) S.A.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Goldman, Sachs & Co.** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentages specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to the Proof of Claim Numbers specified in Schedule 1 attached hereto, each filed by or on behalf of Seller (each, a "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.    Seller hereby represents and warrants to Purchaser that: (a) each Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) each Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proofs of Claim collectively include the Purchased Claim specified in Schedule 1 attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.    Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.    Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to any Proof of Claim.

7.    Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 20ᵗ day of April 2011.

BBVA (SUIZA) S.A.                            GOLDMAN, SACHS & CO.

By:_____                   By:_____
Name:                                        Name:    Dennis Lafferty
Title:                                       Title:   Managing Director

Zeltweg 63                                   30 Hudson Street, 36th Floor
CH-8021 Zurich                               Jersey City, NJ 07302
Switzerland                                  Fax: 212-428-1243
Attn: Inigo Berasaluce/Director              Contact: Andrew Caditz
Phone: +41442659504                          Phone: 212-357-6240
                                             Email: Andrew.Caditz@gs.com

659492.1 153/05435

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller.  Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser.  Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to any Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction).  Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of April 2011.

BBVA (SUIZA) S.A.

By:_____
Name:  Jalme Raga
Title:  HEAD THIRD PARTY P&D

Zeltweg 63
CH-8021 Zurich
Switzerland
Attn: Inigo Berasaluce/Director
Phone: +41442659504

GOLDMAN, SACHS & CO.

By:_____
Name:
Title:

30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Andrew Caditz
Phone: 212-357-6240
Email: Andrew.Caditz@gs.com

659492.1 153/05435

Schedule 1

Transferred Claims

Purchased Claim

1. 71.71428571% = USD 1,426,257.30 of USD 1,988,805.00 (the outstanding amount of Proof of Claim Number 51302 as of April 20, 2011);

2. 17.13114754% = USD 296,900.18 of USD 1,733,101.50 (the outstanding amount of the Proof of Claim Number 51143 as of April 20, 2011);

3. 80.9% = USD 1,149,245.18 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51157 as of April 20, 2011);

4. 85.3% = USD 1,211,750.48 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51319 as of April 20, 2011);

5. 93.8% = USD 1,332,499.35 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51159 as of April 20, 2011);

6. 62.91759465% = USD 802,624.88 of USD 1,275,676.35 (the outstanding amount of the Proof of Claim Number 51167 as of April 20, 2011);

7. 59.76744186% = USD 730,175.55 of USD 1,221,694.50 (the outstanding amount of the Proof of Claim Number 51137 as of April 20, 2011);

8. 72.58064516% = USD 639,258.75 of USD 880,756.50 (the outstanding amount of the Proof of Claim Number 51145 as of April 20, 2011);

9. 31.73553719% = USD 272,750.40 of USD 859,447.88 (the outstanding amount of the Proof of Claim Number 51310 as of April 20, 2011);

10. 13.84297521% = USD 95,178.53 of USD 687,558.30 (the outstanding amount of the Proof of Claim Number 51306 as of April 19, 2011);

11. 27.20763723% = USD 161,945.55 of USD 595,220.93 (the outstanding amount of the Proof of Claim Number 51304 as of April 20, 2011);

12. 33.63636364 % = USD 157,683.83 of USD 468,789.75 (the outstanding amount of the Proof of Claim Number 51153 as of April 20, 2011);

13. 78.5% = USD 1,115,151.38 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51161 as of April 20, 2011);

14. 28.85821832% = USD 326,732.25 of USD 1,132,198.28 (the outstanding amount of the Proof of Claim Number 51155 as of April 20, 2011);

15. 13.86095321% = USD 317,000.00 of USD 2,287,000.00 (the outstanding amount of the Proof of Claim Number 51144 as of April 20, 2011);

16. 9.05250452% = USD 150,000.00 of USD 1,657,000.00 (the outstanding amount of the Proof of Claim Number 51162 as of April 20, 2011);

Schedule 1–1

659492.1 153/05435

17. 54.06666667% = USD 811,000.00 of USD 1,500,000.00 (the outstanding amount of the Proof of Claim Number 51166 as of April 20, 2011);

18. 52.6% = USD 526,000.00 of USD 1,000,000.00 (the outstanding amount of the Proof of Claim Number 51158 as of April 20, 2011);

19. 15.58044807% = USD 153,000.00 of USD 982,000.00 (the outstanding amount of the Proof of Claim Number 51136 as of April 21, 2011);

20. 30.87719298% = USD 264,000.00 of USD 855,000.00 (the outstanding amount of the Proof of Claim Number 51156 as of April 20, 2011);

21. 11.76470588% = USD 86,000.00 of USD 731,000.00 (the outstanding amount of the Proof of Claim Number 51309 as of April 20, 2011);

22. 90.90909091% = USD 500,000.00 of USD 550,000.00 (the outstanding amount of the Proof of Claim Number 51313 as of April 20, 2011);

23. 100% = USD 405,000.00 of USD 405,000.00 (the outstanding amount of the Proof of Claim Number 51169 as of April 20, 2011);

24. 7.66871166% = USD 25,000.00 of USD 326,000.00 (the outstanding amount of the Proof of Claim Number 51308 as of April 20, 2011);

25. 48.61538462% = USD 158,000.00 of USD 325,000.00 (the outstanding amount of the Proof of Claim Number 51307 as of April 20, 2011);

26. 53.16455696% = USD 168,000.00 of USD 316,000.00 (the outstanding amount of the Proof of Claim Number 51311 as of April 19, 2011);

27. 100% = USD 304,000.00 of USD 304,000.00 (the outstanding amount of the Proof of Claim Number 51315 as of April 20, 2011);

28. 15.63636364% = USD 43,000.00 of USD 275,000.00 (the outstanding amount of the Proof of Claim Number 51301 as of April 20, 2011);

29. 100% = USD 100,000.00 of USD 100,000.00 (the outstanding amount of the Proof of Claim Number 51142 as of April 21, 2011);

30. 25.23629949% = USD 267,000.00 of USD 1,058,000.00 (the outstanding amount of the Proof of Claim Number 51171 as of April 21, 2011);

31. 63.21965353% = USD 1,724,000.00 of USD 2,727,000.00 (the outstanding amount of the Proof of Claim Number 51160 as of April 20, 2011); and

32. 23.46651663% = USD 417,000.00 of USD 1,777,000.00 (the outstanding amount of the Proof of Claim Number 51154 as of April 20, 2011);

659492.1 153/05435

Lehman Programs Securities to which Transfer Relates

| | Proof of Claim Number | Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity |
|---|---|---|---|---|---|---|---|
| 1. | 51302 | 7YR AUTOREDEEMABLE EQUITY LINKED NOTE TO SAN & BLEHMAN BROTHERS TREASURY BV | XS0359631974 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 1,004,000.00 (equivalent to USD 1,426,257.30) | 4/30/2015 |
| 2. | 51143 | 7 YR AUTOREDEEMBABLE ELN TO RBS AND LLOYD TSB GROUP | XS0329243876 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 209,000.00 (equivalent to USD 296,900.18) | 11/28/2014 |
| 3. | 51157 | 7YR AUTOREDEEMABLE EQUITY LINKD NT | XS0345215148 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 809,000.00 (equivalent to USD 1,149,245.18) | 2/28/2015 |
| 4. | 51319 | 7 YR AUTOREDEEMABLE EQ LNKD NT TO DTE & FTE | XS0345439250 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 853,000.00 (equivalent to USD 1,211,750.48) | 2/28/2015 |
| 5. | 51159 | 7 YEARS AUTOREDEEMABLE EQUITY LINKED NOTE | XS0338465098 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 938,000.00 (equivalent to USD 1,332,499.35) | 1/31/2015 |
| 6. | 51167 | 7 YEARS AUTOREDEEMABLE EQUITY LINKED NOTE | XS0344087340 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 565,000.00 (equivalent to USD 802,624.88) | 2/28/2015 |
| 7. | 51137 | 7 YEARS AUTOREDEEMABLE ELN | XS0350310909 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 514,000.00 (equivalent to USD 730,175.55) | 3/30/2015 |
| 8. | 51145 | FUND LINKED | XS0204199540 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 450,000.00 (equivalent to USD 639,258.75) | 10/27/2011 |
| 9. | 51310 | EUR FX LINKED NOTE | XS0329905417 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 192,000.00 (equivalent to USD 272,750.40) | 12/4/2010 |
| 10. | 51306 | EUR FX LINKED NOTE | XS0362343930 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 67,000.00 (equivalent to USD 95,178.53) | 5/30/2011 |

| # | ID | Description | ISIN | Issuer | Guarantor | Amount | Date |
|---|---|---|---|---|---|---|---|
| 11. | 51304 | EUR FX LINKED NOTE | XS0368298187 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 114,000.00 (equivalent to USD 161,945.55) | 6/28/2011 |
| 12. | 51153 | EUROPEAN INFLATION LINKED NOTE | XS0178969209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 111,000.00 (equivalent to USD 157,683.83) | 11/26/2013 |
| 13. | 51161 | 3 YR AUTOREDEEMABLE ELN ON SANTANDER AND RWE | XS0303538200 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 785,000.00 (equivalent to USD 1,115,151.38) | 6/29/2010 |
| 14. | 51155 | CAPITAL PROTECTED NOTE LINKED TO BASKET OF SHARES | XS0180154550 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 230,000.00 (equivalent to USD 326,732.25) | 11/26/2009 |
| 15. | 51144 | 7 YRS AUTOREDEEMABLE ELN TO RBS AND LLOYD TSB GROUP | XS0329243108 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 317,000.00 | 11/28/2014 |
| 16. | 51162 | 7 YR AUTOREDEEMABLE ELN | XS0329289192 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 150,000.00 | 11/28/2014 |
| 17. | 51166 | 7 YR AUTOREDMBLE EQ-LNKD NTE TO BLEHMAN BROTHERS TREASURY BVA AND SANTANDER | XS0358300571 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 811,000.00 | 1/31/2014 |
| 18. | 51158 | 7 YR AUTOREDEEMABLE EQUITY LINKED NOTE TO UBS AND | XS0338464950 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 526,000.00 | 1/31/2015 |
| 19. | 51136 | 7 YR AUTOREDEEMABLE ELN TO DEUTSCHE TELE AND FRANC | XS0289261546 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 153,000.00 | 3/31/2014 |
| 20. | 51156 | 7 YR AUTOREDEEMABLE ELN | XS0344834691 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 264,000.00 | 2/28/2015 |
| 21. | 51309 | USD FX LINKED NOTE | XS0329284987 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 86,000.00 | 12/4/2010 |
| 22. | 51313 | USD FX LINKED NOTE | XS0337437007 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 500,000.00 | 1/30/2011 |
| 23. | 51169 | 7YR AUTOREDEEMABLE ELN TO BLEHMAN BROTHERS TREASURY | XS0321471517 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 405,000.00 | 1/31/2014 |

| | | BVA AND SANTANDER | | | | |
|---|---|---|---|---|---|---|
| 24. | 51308 | USD FX LINKED NOTE | XS0329288384 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 25,000.00 | 12/4/2010 |
| 25. | 51307 | USD FX LINKED NOTE | XS0380296144 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 158,000.00 | 8/22/2011 |
| 26. | 51311 | USD FX LINKED NOTE | XS0344446134 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 168,000.00 | 12/4/2010 |
| 27. | 51315 | USD FX LINKED NOTE | XS0345320872 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 304,000.00 | 2/28/2011 |
| 28. | 51301 | EUR FX LINKED NOTE | XS0368249487 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 43,000.00 | 6/28/2011 |
| 29. | 51142 | 6YR AUTOREDEEMABLE EQL NOTE TO DEUTSCHE TELECOM | XS0358299542 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 100,000.00 | 2/20/2014 |
| 30. | 51171 | 3YR EQUITY LINKED NOTE ON S&P BRIC 40 | XS0309101508 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 267,000.00 | 8/2/2010 |
| 31. | 51160 | 3 YR AUTOREDEEMABLE ELN | XS0303537574 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 1,724,000.00 | 6/29/2010 |
| 32. | 51154 | CAPITAL PROTECTED NOTE LINKED TO A BASKET | XS0180153826 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 417,000.00 | 11/26/2009 |

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,                      Case No. 08-13555 (JMP)
                                                                 (Jointly Administered)
                          Debtors.


# PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

Goldman, Sachs & Co.                              BBVA (Suiza) S.A.
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): 51144 (13.86095321%
should be sent:                                   of such claim)
                                                  Amount of Claim as Filed: $2,287,000.00
30 Hudson Street, 36th Floor                       Amount of Claim Transferred: $317,000.00
Jersey City, NJ 07302                             Date Claim Filed: 10/28/2009
Fax: 212-428-1243                                 Debtor: Lehman Brothers Holdings Inc.
Contact: Andrew Caditz
Phone: 212-357-6240
Email: Andrew.Caditz@gs.com




Phone:_____      Phone:_____
Last Four Digits of Acct #: _____   Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____




659603v.1 153/05435

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Goldman, Sachs & Co.**

By: _____

Dennis Lafferty
**Managing Director**

Transferee/Transferee's Agent

Date: _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

659603v.1 153/05435

*Final Form 11/20/09*

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

1.      For value received, the adequacy and sufficiency of which are hereby acknowledged, **BBVA (Suiza) S.A.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Goldman, Sachs & Co.** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentages specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to the Proof of Claim Numbers specified in Schedule 1 attached hereto, each filed by or on behalf of Seller (each, a "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.      Seller hereby represents and warrants to Purchaser that: (a) each Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) each Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proofs of Claim collectively include the Purchased Claim specified in Schedule 1 attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3.      Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to any Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of April 2011.

BBVA (SUIZA) S.A.

By:_____
Name:
Title:

Zeltweg 63
CH-8021 Zurich
Switzerland
Attn: Inigo Berasaluce/Director
Phone: +41442659504

GOLDMAN, SACHS & CO.

By:_____
Name:                Dennis Lafferty
Title:               Managing Director

30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Andrew Caditz
Phone: 212-357-6240
Email: Andrew.Caditz@gs.com

659492.1 153/05435

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to any Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 20ᵗʰ day of April 2011.

| BBVA (SUIZA) S.A. | GOLDMAN, SACHS & CO. |
|---|---|
| By: _____ | By: _____ |
| Name: Jalme Raga | Name: |
| Title: HEAD THIRD PARTY Pℓod | Title: |
| Zeltweg 63 | 30 Hudson Street, 36th Floor |
| CH-8021 Zurich | Jersey City, NJ 07302 |
| Switzerland | Fax: 212-428-1243 |
| Attn: Inigo Berasaluce/Director | Contact: Andrew Caditz |
| Phone: +41442659504 | Phone: 212-357-6240 |
| | Email: Andrew.Caditz@gs.com |

659492.1 153/05435

Schedule 1

Transferred Claims

| Purchased Claim | |
|---|---|
| 1. | 71.71428571% = USD 1,426,257.30 of USD 1,988,805.00 (the outstanding amount of Proof of Claim Number 51302 as of April 20, 2011); |
| 2. | 17.13114754% = USD 296,900.18 of USD 1,733,101.50 (the outstanding amount of the Proof of Claim Number 51143 as of April 20, 2011); |
| 3. | 80.9% = USD 1,149,245.18 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51157 as of April 20, 2011); |
| 4. | 85.3% = USD 1,211,750.48 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51319 as of April 20, 2011); |
| 5. | 93.8% = USD 1,332,499.35 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51159 as of April 20, 2011); |
| 6. | 62.91759465% = USD 802,624.88 of USD 1,275,676.35 (the outstanding amount of the Proof of Claim Number 51167 as of April 20, 2011); |
| 7. | 59.76744186% = USD 730,175.55 of USD 1,221,694.50 (the outstanding amount of the Proof of Claim Number 51137 as of April 20, 2011); |
| 8. | 72.58064516% = USD 639,258.75 of USD 880,756.50 (the outstanding amount of the Proof of Claim Number 51145 as of April 20, 2011); |
| 9. | 31.73553719% = USD 272,750.40 of USD 859,447.88 (the outstanding amount of the Proof of Claim Number 51310 as of April 19, 2011); |
| 10. | 13.84297521% = USD 95,178.53 of USD 687,558.30 (the outstanding amount of the Proof of Claim Number 51306 as of April 19, 2011); |
| 11. | 27.20763723% = USD 161,945.55 of USD 595,220.93 (the outstanding amount of the Proof of Claim Number 51304 as of April 20, 2011); |
| 12. | 33.63636364 % = USD 157,683.83 of USD 468,789.75 (the outstanding amount of the Proof of Claim Number 51153 as of April 20, 2011); |
| 13. | 78.5% = USD 1,115,151.38 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51161 as of April 20, 2011); |
| 14. | 28.85821832% = USD 326,732.25 of USD 1,132,198.28 (the outstanding amount of the Proof of Claim Number 51155 as of April 20, 2011); |
| 15. | 13.86095321% = USD 317,000.00 of USD 2,287,000.00 (the outstanding amount of the Proof of Claim Number 51144 as of April 20, 2011); |
| 16. | 9.05250452% = USD 150,000.00 of USD 1,657,000.00 (the outstanding amount of the Proof of Claim Number 51162 as of April 20, 2011); |

Schedule 1–1

17. 54.06666667% = USD 811,000.00 of USD 1,500,000.00 (the outstanding amount of the Proof of Claim Number 51166 as of April 20, 2011);

18. 52.6% = USD 526,000.00 of USD 1,000,000.00 (the outstanding amount of the Proof of Claim Number 51158 as of April 20, 2011);

19. 15.58044807% = USD 153,000.00 of USD 982,000.00 (the outstanding amount of the Proof of Claim Number 51136 as of April 20, 2011);

20. 30.87719298% = USD 264,000.00 of USD 855,000.00 (the outstanding amount of the Proof of Claim Number 51156 as of April 20, 2011);

21. 11.76470588% = USD 86,000.00 of USD 731,000.00 (the outstanding amount of the Proof of Claim Number 51309 as of April 20, 2011);

22. 90.90909091% = USD 500,000.00 of USD 550,000.00 (the outstanding amount of the Proof of Claim Number 51313 as of April 20, 2011);

23. 100% = USD 405,000.00 of USD 405,000.00 (the outstanding amount of the Proof of Claim Number 51169 as of April 20, 2011);

24. 7.668711656% = USD 25,000.00 of USD 326,000.00 (the outstanding amount of the Proof of Claim Number 51308 as of April 20, 2011);

25. 48.61538462% = USD 158,000.00 of USD 325,000.00 (the outstanding amount of the Proof of Claim Number 51307 as of April 20, 2011);

26. 53.16455696% = USD 168,000.00 of USD 316,000.00 (the outstanding amount of the Proof of Claim Number 51311 as of April 20, 2011);

27. 100% = USD 304,000.00 of USD 304,000.00 (the outstanding amount of the Proof of Claim Number 51315 as of April 20, 2011);

28. 15.63636364% = USD 43,000.00 of USD 275,000.00 (the outstanding amount of the Proof of Claim Number 51301 as of April 20, 2011);

29. 100% = USD 100,000.00 of USD 100,000.00 (the outstanding amount of the Proof of Claim Number 51142 as of April 20, 2011);

30. 25.23629949% = USD 267,000.00 of USD 1,058,000.00 (the outstanding amount of the Proof of Claim Number 51171 as of April 20, 2011);

31. 63.21965353% = USD 1,724,000.00 of USD 2,727,000.00 (the outstanding amount of the Proof of Claim Number 51160 as of April 20, 2011); and

32. 23.46651166% = USD 417,000.00 of USD 1,777,000.00 (the outstanding amount of the Proof of Claim Number 51154 as of April 20, 2011);

659492.1 153/05435

Lehman Programs Securities to which Transfer Relates

| | Proof of Claim Number | Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity |
|---|---|---|---|---|---|---|---|
| 1. | 51302 | 7YR AUTOREDEEMABLE EQUITY LINKED NOTE TO SAN & BLEHMAN BROTHERS TREASURY BV | XS035963l974 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 1,004,000.00 (equivalent to USD 1,426,257.30) | 4/30/2015 |
| 2. | 51143 | 7 YR AUTOREDEEMBALE ELN TO RBS AND LLOYD TSB GROUP | XS0329243876 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 209,000.00 (equivalent to USD 296,900.18) | 11/28/2014 |
| 3. | 51157 | 7YR AUTOREDEEMABLE EQUITY LINKD NT | XS0345215148 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 809,000.00 (equivalent to USD 1,149,245.18) | 2/28/2015 |
| 4. | 51319 | 7 YR AUTOREDEEMABLE EQ LNKD NT TO DTE & FTE | XS0345439250 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 853,000.00 (equivalent to USD 1,211,750.48) | 2/28/2015 |
| 5. | 51159 | 7 YEARS AUTOREDEEMABLE EQUITY LINKED NOTE | XS0338465098 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 938,000.00 (equivalent to USD 1,332,499.35) | 1/31/2015 |
| 6. | 51167 | 7 YEARS AUTOREDEEMABLE EQUITY LINKED NOTE | XS034408734O | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 565,000.00 (equivalent to USD 802,624.88) | 2/28/2015 |
| 7. | 51137 | 7 YEARS AUTOREDEEMABLE ELN | XS035031O9O9 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 514,000.00 (equivalent to USD 730,175.55) | 3/30/2015 |
| 8. | 51145 | FUND LINKED | XS020419954O | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 450,000.00 (equivalent to USD 639,258.75) | 10/27/2011 |
| 9. | 51310 | EUR FX LINKED NOTE | XS0329905417 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 192,000.00 (equivalent to USD 272,750.40) | 12/4/2010 |
| 10. | 51306 | EUR FX LINKED NOTE | XS0362343930 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 67,000.00 (equivalent to USD 95,178.53) | 5/30/2011 |

| No. | | Description | ISIN | | | Amount | Date |
|---|---|---|---|---|---|---|---|
| 11. | 51304 | EUR FX LINKED NOTE | XS0368298187 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 114,000.00 (equivalent to USD 161,945.55) | 6/28/2011 |
| 12. | 51153 | EUROPEAN INFLATION LINKED NOTE | XS0178969209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 111,000.00 (equivalent to USD 157,683.83) | 11/26/2013 |
| 13. | 51161 | 3 YR AUTOREDEEMABLE ELN ON SANTANDER AND RWE | XS0303538200 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 785,000.00 (equivalent to USD 1,115,151.38) | 6/29/2010 |
| 14. | 51155 | CAPITAL PROTECTED NOTE LINKED TO BASKET OF SHARES | XS0180154550 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 230,000.00 (equivalent to USD 326,732.25) | 11/26/2009 |
| 15. | 51144 | 7 YRS AUTOREDEMABLE ELN TO RBS AND LLOYD TSB GROUP | XS0329243108 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 317,000.00 | 11/28/2014 |
| 16. | 51162 | 7 YR AUTOREDEEMABLE ELN | XS0329289192 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 150,000.00 | 11/28/2014 |
| 17. | 51166 | 7 YR AUTOREDMBLE EQ-LNKD NTE TO BLEHMAN BROTHERS TREASURY BVA AND SANTANDER | XS0358300571 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 811,000.00 | 1/31/2014 |
| 18. | 51158 | 7 YR AUTOREDEEMABLE EQUITY LINKED NOTE TO UBS AND | XS0338464950 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 526,000.00 | 1/31/2015 |
| 19. | 51136 | 7 YR AUTOREDEEMABLE ELN TO DEUTSCHE TELE AND FRANC | XS0289261546 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 153,000.00 | 3/31/2014 |
| 20. | 51156 | 7 YR AUTOREDEEMABLE ELN | XS0344834691 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 264,000.00 | 2/28/2015 |
| 21. | 51309 | USD FX LINKED NOTE | XS0329284987 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 86,000.00 | 12/4/2010 |
| 22. | 51313 | USD FX LINKED NOTE | XS0337437007 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 500,000.00 | 1/30/2011 |
| 23. | 51169 | 7YR AUTOREDEEMABLE ELN TO BLEHMAN BROTHERS TREASURY | XS0321471517 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 405,000.00 | 1/31/2014 |

| | | BVA AND SANTANDER | | | | |
|---|---|---|---|---|---|---|
| 24. | 51308 | USD FX LINKED NOTE | XS0329288384 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 25,000.00 | 12/4/2010 |
| 25. | 51307 | USD FX LINKED NOTE | XS0380296144 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 158,000.00 | 8/22/2011 |
| 26. | 51311 | USD FX LINKED NOTE | XS0334446134 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 168,000.00 | 12/4/2010 |
| 27. | 51315 | USD FX LINKED NOTE | XS0345320872 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 304,000.00 | 2/28/2011 |
| 28. | 51301 | EUR FX LINKED NOTE | XS0368249487 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 43,000.00 | 6/28/2011 |
| 29. | 51142 | 6YR AUTOREDEEMABLE EQL NOTE TO DEUTSCHE TELECOM | XS0358299542 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 100,000.00 | 2/20/2014 |
| 30. | 51171 | 3YR EQUITY LINKED NOTE ON S&P BRIC 40 | XS0309101508 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 267,000.00 | 8/2/2010 |
| 31. | 51160 | 3 YR AUTOREDEEMABLE ELN | XS0303537574 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 1,724,000.00 | 6/29/2010 |
| 32. | 51154 | CAPITAL PROTECTED NOTE LINKED TO A BASKET | XS0180153826 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 417,000.00 | 11/26/2009 |

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

# PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman, Sachs & Co.
Name of Transferee

Name and Address where notices to transferee should be sent:

30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Andrew Caditz
Phone: 212-357-6240
Email: Andrew.Caditz@gs.com

BBVA (Suiza) S.A.
Name of Transferor

Court Claim # (if known): 51137 (59.76744186% of such claim)
Amount of Claim as Filed: $1,221,694.50
Amount of Claim Transferred: $730,175.55
Date Claim Filed: 10/28/2009
Debtor: Lehman Brothers Holdings Inc.

Phone:_____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

659580v.1 153/05435

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Goldman, Sachs & Co.**

By: _____

Transferee/Transferee's Agent

**Dennis Lafferty
Managing Director**

Date: _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

659580v.1 153/05435

*Final Form 11/20/09*

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **BBVA (Suiza) S.A.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Goldman, Sachs & Co.** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentages specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to the Proof of Claim Numbers specified in Schedule 1 attached hereto, each filed by or on behalf of Seller (each, a "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.    Seller hereby represents and warrants to Purchaser that: (a) each Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) each Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proofs of Claim collectively include the Purchased Claim specified in Schedule 1 attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller.  Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser.  Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to any Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction).  Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York.  Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of April 2011.

BBVA (SUIZA) S.A.

By:_____
Name:
Title:

Zeltweg 63
CH-8021 Zurich
Switzerland
Attn: Inigo Berasaluce/Director
Phone: +41442659504

GOLDMAN, SACHS & CO.

By:_____
Name:          Dennis Lafferty
Title:         Managing Director

30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Andrew Caditz
Phone: 212-357-6240
Email: Andrew.Caditz@gs.com

4.     All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.     Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.     Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to any Proof of Claim.

7.     Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of April 2011.

| BBVA (SUIZA) S.A. | GOLDMAN, SACHS & CO. |
|---|---|
| By: _____ | By: _____ |
| Name: Jalme Raga | Name: |
| Title: HEAD THIRD PARTY Prod | Title: |
| | |
| Zeltweg 63 | 30 Hudson Street, 36th Floor |
| CH-8021 Zurich | Jersey City, NJ 07302 |
| Switzerland | Fax: 212-428-1243 |
| Attn: Inigo Berasaluce/Director | Contact: Andrew Caditz |
| Phone: +41442659504 | Phone: 212-357-6240 |
| | Email: Andrew.Caditz@gs.com |

659492.1 153/05435

Schedule 1

Transferred Claims

Purchased Claim

1. 71.71428571% = USD 1,426,257.30 of USD 1,988,805.00 (the outstanding amount of Proof of Claim Number 51302 as of April 20, 2011);

2. 17.13114754% = USD 296,900.18 of USD 1,733,101.50 (the outstanding amount of the Proof of Claim Number 51143 as of April 20, 2011);

3. 80.9% = USD 1,149,245.18 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51157 as of April 20, 2011);

4. 85.3% = USD 1,211,750.48 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51319 as of April 20, 2011);

5. 93.8% = USD 1,332,499.35 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51159 as of April 20, 2011);

6. 62.91759465% = USD 802,624.88 of USD 1,275,676.35 (the outstanding amount of the Proof of Claim Number 51167 as of April 20, 2011);

7. 59.76744186% = USD 730,175.55 of USD 1,221,694.50 (the outstanding amount of the Proof of Claim Number 51137 as of April 20, 2011);

8. 72.58064516% = USD 639,258.75 of USD 880,756.50 (the outstanding amount of the Proof of Claim Number 51145 as of April 20, 2011);

9. 31.73553719% = USD 272,750.40 of USD 859,447.88 (the outstanding amount of the Proof of Claim Number 51310 as of April 20, 2011);

10. 13.84297521% = USD 95,178.53 of USD 687,558.30 (the outstanding amount of the Proof of Claim Number 51306 as of April 20, 2011);

11. 27.20763723% = USD 161,945.55 of USD 595,220.93 (the outstanding amount of the Proof of Claim Number 51304 as of April 20, 2011);

12. 33.63636364 % = USD 157,683.83 of USD 468,789.75 (the outstanding amount of the Proof of Claim Number 51153 as of April 20, 2011);

13. 78.5% = USD 1,115,151.38 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51161 as of April 20, 2011);

14. 28.85821832% = USD 326,732.25 of USD 1,132,198.28 (the outstanding amount of the Proof of Claim Number 51155 as of April 20, 2011);

15. 13.86095321% = USD 317,000.00 of USD 2,287,000.00 (the outstanding amount of the Proof of Claim Number 51144 as of April 20, 2011);

16. 9.05250452% = USD 150,000.00 of USD 1,657,000.00 (the outstanding amount of the Proof of Claim Number 51162 as of April 20, 2011);

Schedule 1–1

659492.1 153/05435

17. 54.06666667% = USD 811,000.00 of USD 1,500,000.00 (the outstanding amount of the Proof of Claim Number 51166 as of April 20, 2011);

18. 52.6% = USD 526,000.00 of USD 1,000,000.00 (the outstanding amount of the Proof of Claim Number 51158 as of April 20, 2011);

19. 15.58044807% = USD 153,000.00 of USD 982,000.00 (the outstanding amount of the Proof of Claim Number 51136 as of April 20, 2011);

20. 30.87719298% = USD 264,000.00 of USD 855,000.00 (the outstanding amount of the Proof of Claim Number 51156 as of April 20, 2011);

21. 11.76470588% = USD 86,000.00 of USD 731,000.00 (the outstanding amount of the Proof of Claim Number 51309 as of April 20, 2011);

22. 90.90909091% = USD 500,000.00 of USD 550,000.00 (the outstanding amount of the Proof of Claim Number 51313 as of April 20, 2011);

23. 100% = USD 405,000.00 of USD 405,000.00 (the outstanding amount of the Proof of Claim Number 51169 as of April 20, 2011);

24. 7.66871166% = USD 25,000.00 of USD 326,000.00 (the outstanding amount of the Proof of Claim Number 51308 as of April 20, 2011);

25. 48.61538462% = USD 158,000.00 of USD 325,000.00 (the outstanding amount of the Proof of Claim Number 51307 as of April 20, 2011);

26. 53.16455696% = USD 168,000.00 of USD 316,000.00 (the outstanding amount of the Proof of Claim Number 51311 as of April 20, 2011);

27. 100% = USD 304,000.00 of USD 304,000.00 (the outstanding amount of the Proof of Claim Number 51315 as of April 20, 2011);

28. 15.63636364% = USD 43,000.00 of USD 275,000.00 (the outstanding amount of the Proof of Claim Number 51301 as of April 20, 2011);

29. 100% = USD 100,000.00 of USD 100,000.00 (the outstanding amount of the Proof of Claim Number 51142 as of April 20, 2011);

30. 25.23629449% = USD 267,000.00 of USD 1,058,000.00 (the outstanding amount of the Proof of Claim Number 51171 as of April 20, 2011);

31. 63.21965353% = USD 1,724,000.00 of USD 2,727,000.00 (the outstanding amount of the Proof of Claim Number 51160 as of April 20, 2011); and

32. 23.46651166% = USD 417,000.00 of USD 1,777,000.00 (the outstanding amount of the Proof of Claim Number 51154 as of April 20, 2011);

659492.1 153/05435

Lehman Programs Securities to which Transfer Relates

|  | Proof of Claim Number | Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity |
|---|---|---|---|---|---|---|---|
| 1. | 51302 | 7YR AUTOREDEEMABLE EQUITY LINKED NOTE TO SAN & BLEHMAN BROTHERS TREASURY BV | XS035963l974 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 1,004,000.00 (equivalent to USD 1,426,257.30) | 4/30/2015 |
| 2. | 51143 | 7 YR AUTOREDEEMBALE ELN TO RBS AND LLOYD TSB GROUP | XS0329243876 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 209,000.00 (equivalent to USD 296,900.18) | 11/28/2014 |
| 3. | 51157 | 7YR AUTOREDEEMABLE EQUITY LINKD NT | XS0345215148 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 809,000.00 (equivalent to USD 1,149,245.18) | 2/28/2015 |
| 4. | 51319 | 7 YR AUTOREDEEMABLE EQ LNKD NT TO DTE & FTE | XS0345439250 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 853,000.00 (equivalent to USD 1,211,750.48) | 2/28/2015 |
| 5. | 51159 | 7 YEARS AUTOREDEEMABLE EQUITY LINKED NOTE | XS0338465098 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 938,000.00 (equivalent to USD 1,332,499.35) | 1/31/2015 |
| 6. | 51167 | 7 YEARS AUTOREDEEMABLE EQUITY LINKED NOTE | XS0344087340 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 565,000.00 (equivalent to USD 802,624.88) | 2/28/2015 |
| 7. | 51137 | 7 YEARS AUTOREDEEMABLE ELN | XS0350310909 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 514,000.00 (equivalent to USD 730,175.55) | 3/30/2015 |
| 8. | 51145 | FUND LINKED | XS0204199540 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 450,000.00 (equivalent to USD 639,258.75) | 10/27/2011 |
| 9. | 51310 | EUR FX LINKED NOTE | XS0329905417 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 192,000.00 (equivalent to USD 272,750.40) | 12/4/2010 |
| 10. | 51306 | EUR FX LINKED NOTE | XS0362343930 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 67,000.00 (equivalent to USD 95,178.53) | 5/30/2011 |

659492.1 153/05435

| | | | | | | |
|---|---|---|---|---|---|---|
| 11. | 51304 | EUR FX LINKED NOTE | XS0368298187 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 114,000.00 (equivalent to USD 161,945.55) | 6/28/2011 |
| 12. | 51153 | EUROPEAN INFLATION LINKED NOTE | XS0178969209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 111,000.00 (equivalent to USD 157,683.83) | 11/26/2013 |
| 13. | 51161 | 3 YR AUTOREDEEMABLE ELN ON SANTANDER AND RWE | XS0303538200 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 785,000.00 (equivalent to USD 1,115,151.38) | 6/29/2010 |
| 14. | 51155 | CAPITAL PROTECTED NOTE LINKED TO BASKET OF SHARES | XS0180154550 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 230,000.00 (equivalent to USD 326,732.25) | 11/26/2009 |
| 15. | 51144 | 7 YRS AUTOREDEEMABLE ELN TO RBS AND LLOYD TSB GROUP | XS0329243108 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 317,000.00 | 11/28/2014 |
| 16. | 51162 | 7 YR AUTOREDEEMABLE ELN | XS0329289192 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 150,000.00 | 11/28/2014 |
| 17. | 51166 | 7 YR AUTOREDMBLE EQ-LNKD NTE TO BLEHMAN BROTHERS TREASURY BVA AND SANTANDER | XS0358300571 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 811,000.00 | 1/31/2014 |
| 18. | 51158 | 7 YR AUTOREDEEMABLE EQUITY LINKED NOTE TO UBS AND | XS0338464950 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 526,000.00 | 1/31/2015 |
| 19. | 51136 | 7 YR AUTOREDEEMABLE ELN TO DEUTSCHE TELE AND FRANC | XS0289261546 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 153,000.00 | 3/31/2014 |
| 20. | 51156 | 7 YR AUTOREDEEMABLE ELN | XS0344834691 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 264,000.00 | 2/28/2015 |
| 21. | 51309 | USD FX LINKED NOTE | XS0329284987 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 86,000.00 | 12/24/2010 |
| 22. | 51313 | USD FX LINKED NOTE | XS0337437007 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 500,000.00 | 1/30/2011 |
| 23. | 51169 | 7YR AUTOREDEEMABLE ELN TO BLEHMAN BROTHERS TREASURY | XS0321471517 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 405,000.00 | 1/31/2014 |

| | | BVA AND SANTANDER | | | | |
|---|---|---|---|---|---|---|
| 24. | 51308 | USD FX LINKED NOTE | XS0329288384 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 25,000.00 | 12/4/2010 |
| 25. | 51307 | USD FX LINKED NOTE | XS0380296144 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 158,000.00 | 8/22/2011 |
| 26. | 51311 | USD FX LINKED NOTE | XS0334446134 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 168,000.00 | 12/4/2010 |
| 27. | 51315 | USD FX LINKED NOTE | XS0345320872 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 304,000.00 | 2/28/2011 |
| 28. | 51301 | EUR FX LINKED NOTE | XS0368249487 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 43,000.00 | 6/28/2011 |
| 29. | 51142 | 6YR AUTOREDEEMABLE EQL NOTE TO DEUTSCHE TELECOM | XS0358299542 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 100,000.00 | 2/20/2014 |
| 30. | 51171 | 3YR EQUITY LINKED NOTE ON S&P BRIC 40 | XS0309101508 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 267,000.00 | 8/2/2010 |
| 31. | 51160 | 3 YR AUTOREDEEMABLE ELN | XS0303537574 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 1,724,000.00 | 6/29/2010 |
| 32. | 51154 | CAPITAL PROTECTED NOTE LINKED TO A BASKET | XS0180153826 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 417,000.00 | 11/26/2009 |

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

# PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman, Sachs & Co.
Name of Transferee

BBVA (Suiza) S.A.
Name of Transferor

Name and Address where notices to transferee should be sent:

30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Andrew Caditz
Phone: 212-357-6240
Email: Andrew.Caditz@gs.com

Court Claim # (if known): 51143 (17.13114754% of such claim)
Amount of Claim as Filed: $1,733,101.50
Amount of Claim Transferred: $296,900.18
Date Claim Filed: 10/28/2009
Debtor: Lehman Brothers Holdings Inc.

Phone:_____
Last Four Digits of Acct #: _____

Phone:_____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

659539v.1 153/05435

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Goldman, Sachs & Co.**

Dennis Lafferty
Managing Director

By: _____
Transferee/Transferee's Agent

Date: _____

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

659539v.1 153/05435

*Final Form 11/20/09*

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **BBVA (Suiza) S.A.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Goldman, Sachs & Co.** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentages specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to the Proof of Claim Numbers specified in Schedule 1 attached hereto, each filed by or on behalf of Seller (each, a "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.    Seller hereby represents and warrants to Purchaser that: (a) each Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) each Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proofs of Claim collectively include the Purchased Claim specified in Schedule 1 attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to any Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of April 2011.

BBVA (SUIZA) S.A.                                      GOLDMAN, SACHS & CO.

By:_____                              By:_____
Name:                                                 Name:   Dennis Lafferty
Title:                                                 Title:  Managing Director

Zeltweg 63                                            30 Hudson Street, 36th Floor
CH-8021 Zurich                                        Jersey City, NJ 07302
Switzerland                                           Fax: 212-428-1243
Attn: Inigo Berasaluce/Director                      Contact: Andrew Caditz
Phone: +41442659504                                  Phone: 212-357-6240
                                                     Email: Andrew.Caditz@gs.com

659492.1 153/05435

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to any Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of April 2011.

BBVA (SUIZA) S.A.                                      GOLDMAN, SACHS & CO.

By:_____                            By:_____
Name:  Jalme Raga                                    Name:
Title: HEAD THIRD PARTY P&D                          Title:

Zeltweg 63                                            30 Hudson Street, 36th Floor
CH-8021 Zurich                                        Jersey City, NJ 07302
Switzerland                                           Fax: 212-428-1243
Attn: Inigo Berasaluce/Director                      Contact: Andrew Caditz
Phone: +41442659504                                  Phone: 212-357-6240
                                                     Email: Andrew.Caditz@gs.com

Schedule 1

Transferred Claims

Purchased Claim

1.  71.71428571% = USD 1,426,257.30 of USD 1,988,805.00 (the outstanding amount of Proof of Claim Number 51302 as of April 20, 2011);

2.  17.13114754% = USD 296,900.18 of USD 1,733,101.50 (the outstanding amount of the Proof of Claim Number 51143 as of April 20, 2011);

3.  80.9% = USD 1,149,245.18 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51157 as of April 20, 2011);

4.  85.3% = USD 1,211,750.48 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51319 as of April 20, 2011);

5.  93.8% = USD 1,332,499.35 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51159 as of April 20, 2011);

6.  62.91759465% = USD 802,624.88 of USD 1,275,676.35 (the outstanding amount of the Proof of Claim Number 51167 as of April 20, 2011);

7.  59.76744186% = USD 730,175.55 of USD 1,221,694.50 (the outstanding amount of the Proof of Claim Number 51137 as of April 20, 2011);

8.  72.58064516% = USD 639,258.75 of USD 880,756.50 (the outstanding amount of the Proof of Claim Number 51145 as of April 20, 2011);

9.  31.73553719% = USD 272,750.40 of USD 859,447.88 (the outstanding amount of the Proof of Claim Number 51310 as of April 20, 2011);

10.  13.84297521% = USD 95,178.53 of USD 687,558.30 (the outstanding amount of the Proof of Claim Number 51306 as of April 19, 2011);

11.  27.20763723% = USD 161,945.55 of USD 595,220.93 (the outstanding amount of the Proof of Claim Number 51304 as of April 20, 2011);

12.  33.63636364 % = USD 157,683.83 of USD 468,789.75 (the outstanding amount of the Proof of Claim Number 51153 as of April 20, 2011);

13.  78.5% = USD 1,115,151.38 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51161 as of April 20, 2011);

14.  28.85821832% = USD 326,732.25 of USD 1,132,198.28 (the outstanding amount of the Proof of Claim Number 51155 as of April 20, 2011);

15.  13.86095321% = USD 317,000.00 of USD 2,287,000.00 (the outstanding amount of the Proof of Claim Number 51144 as of April 20, 2011);

16.  9.052504526% = USD 150,000.00 of USD 1,657,000.00 (the outstanding amount of the Proof of Claim Number 51162 as of April 20, 2011);

17.  54.06666667% = USD 811,000.00 of USD 1,500,000.00 (the outstanding amount of the Proof of Claim Number 51166 as of April 20, 2011);

18.  52.6% = USD 526,000.00 of USD 1,000,000.00 (the outstanding amount of the Proof of Claim Number 51158 as of April 20, 2011);

19.  15.58044807% = USD 153,000.00 of USD 982,000.00 (the outstanding amount of the Proof of Claim Number 51136 as of April 21, 2011);

20.  30.87119298% = USD 264,000.00 of USD 855,000.00 (the outstanding amount of the Proof of Claim Number 51156 as of April 20, 2011);

21.  11.76470588% = USD 86,000.00 of USD 731,000.00 (the outstanding amount of the Proof of Claim Number 51309 as of April 20, 2011);

22.  90.90909091% = USD 500,000.00 of USD 550,000.00 (the outstanding amount of the Proof of Claim Number 51313 as of April 20, 2011);

23.  100% = USD 405,000.00 of USD 405,000.00 (the outstanding amount of the Proof of Claim Number 51169 as of April 20, 2011);

24.  7.668711656% = USD 25,000.00 of USD 326,000.00 (the outstanding amount of the Proof of Claim Number 51308 as of April 20, 2011);

25.  48.61538462% = USD 158,000.00 of USD 325,000.00 (the outstanding amount of the Proof of Claim Number 51307 as of April 20, 2011);

26.  53.16455696% = USD 168,000.00 of USD 316,000.00 (the outstanding amount of the Proof of Claim Number 51311 as of April 19, 2011);

27.  100% = USD 304,000.00 of USD 304,000.00 (the outstanding amount of the Proof of Claim Number 51315 as of April 20, 2011);

28.  15.63636364% = USD 43,000.00 of USD 275,000.00 (the outstanding amount of the Proof of Claim Number 51301 as of April 20, 2011);

29.  100% = USD 100,000.00 of USD 100,000.00 (the outstanding amount of the Proof of Claim Number 51142 as of April 21, 2011);

30.  25.23629449% = USD 267,000.00 of USD 1,058,000.00 (the outstanding amount of the Proof of Claim Number 51171 as of April 21, 2011);

31.  63.21965353% = USD 1,724,000.00 of USD 2,727,000.00 (the outstanding amount of the Proof of Claim Number 51160 as of April 21, 2011); and

32.  23.46651664% = USD 417,000.00 of USD 1,777,000.00 (the outstanding amount of the Proof of Claim Number 51154 as of April 20, 2011);

659492.1 153/05435

Lehman Programs Securities to which Transfer Relates

| | Proof of Claim Number | Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity |
|---|---|---|---|---|---|---|---|
| 1. | 51302 | 7YR AUTOREDEEMABLE EQUITY LINKED NOTE TO SAN & BLEHMAN BROTHERS TREASURY BV | XS035963I974 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 1,004,000.00 (equivalent to USD 1,426,257.30) | 4/30/2015 |
| 2. | 51143 | 7 YR AUTOREDEEMBALE ELN TO RBS AND LLOYD TSB GROUP | XS0329243876 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 209,000.00 (equivalent to USD 296,900.18) | 11/28/2014 |
| 3. | 51157 | 7YR AUTOREDEEMABLE EQUITY LINKD NT | XS0345215148 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 809,000.00 (equivalent to USD 1,149,245.18) | 2/28/2015 |
| 4. | 51319 | 7 YR AUTOREDEEMABLE EQ LNKD NT TO DTE & FTE | XS0345439250 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 853,000.00 (equivalent to USD 1,211,750.48) | 2/28/2015 |
| 5. | 51159 | 7 YEARS AUTOREDEEMABLE EQUITY LINKED NOTE | XS0338465098 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 938,000.00 (equivalent to USD 1,332,499.35) | 1/31/2015 |
| 6. | 51167 | 7 YEARS AUTOREDEEMABLE EQUITY LINKED NOTE | XS0344087340 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 565,000.00 (equivalent to USD 802,624.88) | 2/28/2015 |
| 7. | 51137 | 7 YEARS AUTOREDEEMABLE ELN | XS0350310909 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 514,000.00 (equivalent to USD 730,175.55) | 3/30/2015 |
| 8. | 51145 | FUND LINKED | XS0204199540 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 450,000.00 (equivalent to USD 639,258.75) | 10/27/2011 |
| 9. | 51310 | EUR FX LINKED NOTE | XS0329905417 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 192,000.00 (equivalent to USD 272,750.40) | 12/4/2010 |
| 10. | 51306 | EUR FX LINKED NOTE | XS0362343930 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 67,000.00 (equivalent to USD 95,178.53) | 5/30/2011 |

659492.1 153/05435

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11. | 51304 | EUR FX LINKED NOTE | XS0368298187 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 114,000.00 (equivalent to USD 161,945.55) | 6/28/2011 |
| 12. | 51153 | EUROPEAN INFLATION LINKED NOTE | XS0178969209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 111,000.00 (equivalent to USD 157,683.83) | 11/26/2013 |
| 13. | 51161 | 3 YR AUTOREDEEMABLE ELN ON SANTANDER AND RWE | XS0303538200 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 785,000.00 (equivalent to USD 1,115,151.38) | 6/29/2010 |
| 14. | 51155 | CAPITAL PROTECTED NOTE LINKED TO BASKET OF SHARES | XS0180154550 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 230,000.00 (equivalent to USD 326,732.25) | 11/26/2009 |
| 15. | 51144 | 7 YRS AUTOREDEEMABLE ELN TO RBS AND LLOYD TSB GROUP | XS0329243108 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 317,000.00 | 11/28/2014 |
| 16. | 51162 | 7 YR AUTOREDEEMABLE ELN | XS0329289192 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 150,000.00 | 11/28/2014 |
| 17. | 51166 | 7 YR AUTOREDMBLE EQ-LNKD NTE TO BLEHMAN BROTHERS TREASURY BVA AND SANTANDER | XS0358300571 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 811,000.00 | 1/31/2014 |
| 18. | 51158 | 7 YR AUTOREDEEMABLE EQUITY LINKED NOTE TO UBS AND | XS0338464950 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 526,000.00 | 1/31/2015 |
| 19. | 51136 | 7 YR AUTOREDEEMABLE ELN TO DEUTSCHE TELE AND FRANC | XS0289261546 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 153,000.00 | 3/31/2014 |
| 20. | 51156 | 7 YR AUTOREDEEMABLE ELN | XS0344834691 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 264,000.00 | 2/28/2015 |
| 21. | 51309 | USD FX LINKED NOTE | XS0329284987 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 86,000.00 | 12/4/2010 |
| 22. | 51313 | USD FX LINKED NOTE | XS0337437007 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 500,000.00 | 1/30/2011 |
| 23. | 51169 | 7YR AUTOREDEEMABLE ELN TO BLEHMAN BROTHERS TREASURY | XS0321471517 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 405,000.00 | 1/31/2014 |

| | | BVA AND SANTANDER | | | | |
|---|---|---|---|---|---|---|
| 24. | 51308 | USD FX LINKED NOTE | XS0329288384 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 25,000.00 | 12/4/2010 |
| 25. | 51307 | USD FX LINKED NOTE | XS0380296144 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 158,000.00 | 8/22/2011 |
| 26. | 51311 | USD FX LINKED NOTE | XS0334446134 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 168,000.00 | 12/4/2010 |
| 27. | 51315 | USD FX LINKED NOTE | XS0345320872 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 304,000.00 | 2/28/2011 |
| 28. | 51301 | EUR FX LINKED NOTE | XS0368249487 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 43,000.00 | 6/28/2011 |
| 29. | 51142 | 6YR AUTOREDEEMABLE EQL NOTE TO DEUTSCHE TELECOM | XS0358299542 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 100,000.00 | 2/20/2014 |
| 30. | 51171 | 3YR EQUITY LINKED NOTE ON S&P BRIC 40 | XS0309101508 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 267,000.00 | 8/2/2010 |
| 31. | 51160 | 3 YR AUTOREDEEMABLE ELN | XS0303537574 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 1,724,000.00 | 6/29/2010 |
| 32. | 51154 | CAPITAL PROTECTED NOTE LINKED TO A BASKET | XS0180153826 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 417,000.00 | 11/26/2009 |

659492.1 153/05435

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman, Sachs & Co.
Name of Transferee

BBVA (Suiza) S.A.
Name of Transferor

Name and Address where notices to transferee should be sent:

30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Andrew Caditz
Phone: 212-357-6240
Email: Andrew.Caditz@gs.com

Court Claim # (if known):51142
Amount of Claim: $100,000.00
Date Claim Filed: 10/28/2009
Debtor:  Lehman Brothers Holdings Inc.

Phone:
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

659644v.1 153/05435

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Goldman, Sachs & Co.**

**Dennis Lafferty**
**Managing Director**

By: _____          Date: _____
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

659644v.1 153/05435

*Final Form 11/20/09*

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

     1.     For value received, the adequacy and sufficiency of which are hereby acknowledged, **BBVA (Suiza) S.A.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Goldman, Sachs & Co.** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentages specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to the Proof of Claim Numbers specified in Schedule 1 attached hereto, each filed by or on behalf of Seller (each, a "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

     2.     Seller hereby represents and warrants that: (a) each Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) each Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proofs of Claim collectively include the Purchased Claim specified in Schedule 1 attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

     3.     Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.    Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.    Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to any Proof of Claim.

7.    Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of April 2011.

**BBVA (SUIZA) S.A.**

By:_____
Name:
Title:

Zeltweg 63
CH-8021 Zurich
Switzerland
Attn: Inigo Berasaluce/Director
Phone: +41442659504

**GOLDMAN, SACHS & CO.**

By:_____
Name:                          Dennis Lafferty
Title:                         Managing Director

30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Andrew Caditz
Phone: 212-357-6240
Email: Andrew.Caditz@gs.com

4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.    Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.    Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to any Proof of Claim.

7.    Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 20th day of April 2011.

BBVA (SUIZA) S.A.

By: _____
Name:    Jaime Raga
Title:    HEAD THIRD PARTY P&D

Zeltweg 63
CH-8021 Zurich
Switzerland
Attn: Inigo Berasaluce/Director
Phone: +41442659504

GOLDMAN, SACHS & CO.

By: _____
Name:
Title:

30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Andrew Caditz
Phone: 212-357-6240
Email: Andrew.Caditz@gs.com

Schedule 1

Transferred Claims

Purchased Claim

1. 71.71428571% = USD 1,426,257.30 of USD 1,988,805.00 (the outstanding amount of Proof of Claim Number 51302 as of April 20, 2011);

2. 17.13114754% = USD 296,900.18 of USD 1,733,101.50 (the outstanding amount of the Proof of Claim Number 51143 as of April 20, 2011);

3. 80.9% = USD 1,149,245.18 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51157 as of April 20, 2011);

4. 85.3% = USD 1,211,750.48 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51319 as of April 20, 2011);

5. 93.8% = USD 1,332,499.35 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51159 as of April 20, 2011);

6. 62.91759465% = USD 802,624.88 of USD 1,275,676.35 (the outstanding amount of the Proof of Claim Number 51167 as of April 20, 2011);

7. 59.76744186% = USD 730,175.55 of USD 1,221,694.50 (the outstanding amount of the Proof of Claim Number 51137 as of April 20, 2011);

8. 72.58064516% = USD 639,258.75 of USD 880,756.50 (the outstanding amount of the Proof of Claim Number 51145 as of April 20, 2011);

9. 31.73553719% = USD 272,750.40 of USD 859,447.88 (the outstanding amount of the Proof of Claim Number 51310 as of April 20, 2011);

10. 13.84297521% = USD 95,178.53 of USD 687,558.30 (the outstanding amount of the Proof of Claim Number 51306 as of April 19, 2011);

11. 27.20763723% = USD 161,945.55 of USD 595,220.93 (the outstanding amount of the Proof of Claim Number 51304 as of April 20, 2011);

12. 33.63636364 % = USD 157,683.83 of USD 468,789.75 (the outstanding amount of the Proof of Claim Number 51153 as of April 20, 2011);

13. 78.5% = USD 1,115,151.38 of USD 1,420,575.00 (the outstanding amount of the Proof of Claim Number 51161 as of April 20, 2011);

14. 28.85821832% = USD 326,732.25 of USD 1,132,198.28 (the outstanding amount of the Proof of Claim Number 51155 as of April 20, 2011);

15. 13.86095321% = USD 317,000.00 of USD 2,287,000.00 (the outstanding amount of the Proof of Claim Number 51144 as of April 20, 2011);

16. 9.05250452 6% = USD 150,000.00 of USD 1,657,000.00 (the outstanding amount of the Proof of Claim Number 51162 as of April 20, 2011);

Schedule 1–1

17. 54.06666667% = USD 811,000.00 of USD 1,500,000.00 (the outstanding amount of the Proof of Claim Number 51166 as of April 20, 2011);

18. 52.6% = USD 526,000.00 of USD 1,000,000.00 (the outstanding amount of the Proof of Claim Number 51158 as of April 20, 2011);

19. 15.58044807% = USD 153,000.00 of USD 982,000.00 (the outstanding amount of the Proof of Claim Number 51136 as of April 20, 2011);

20. 30.87719298% = USD 264,000.00 of USD 855,000.00 (the outstanding amount of the Proof of Claim Number 51156 as of April 20, 2011);

21. 11.76470588% = USD 86,000.00 of USD 731,000.00 (the outstanding amount of the Proof of Claim Number 51309 as of April 20, 2011);

22. 90.90909091% = USD 500,000.00 of USD 550,000.00 (the outstanding amount of the Proof of Claim Number 51313 as of April 20, 2011);

23. 100% = USD 405,000.00 of USD 405,000.00 (the outstanding amount of the Proof of Claim Number 51169 as of April 20, 2011);

24. 7.668711656% = USD 25,000.00 of USD 326,000.00 (the outstanding amount of the Proof of Claim Number 51308 as of April 20, 2011);

25. 48.61538462% = USD 158,000.00 of USD 325,000.00 (the outstanding amount of the Proof of Claim Number 51307 as of April 20, 2011);

26. 53.16455696% = USD 168,000.00 of USD 316,000.00 (the outstanding amount of the Proof of Claim Number 51311 as of April 20, 2011);

27. 100% = USD 304,000.00 of USD 304,000.00 (the outstanding amount of the Proof of Claim Number 51315 as of April 20, 2011);

28. 15.63636364% = USD 43,000.00 of USD 275,000.00 (the outstanding amount of the Proof of Claim Number 51301 as of April 20, 2011);

29. 100% = USD 100,000.00 of USD 100,000.00 (the outstanding amount of the Proof of Claim Number 51142 as of April 20, 2011);

30. 25.23629949% = USD 267,000.00 of USD 1,058,000.00 (the outstanding amount of the Proof of Claim Number 51171 as of April 20, 2011);

31. 63.21965353% = USD 1,724,000.00 of USD 2,727,000.00 (the outstanding amount of the Proof of Claim Number 51160 as of April 20, 2011); and

32. 23.46651166% = USD 417,000.00 of USD 1,777,000.00 (the outstanding amount of the Proof of Claim Number 51154 as of April 20, 2011);

Lehman Programs Securities to which Transfer Relates

| | Proof of Claim Number | Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity |
|---|---|---|---|---|---|---|---|
| 1. | 51302 | 7YR AUTOREDEEMABLE EQUITY LINKED NOTE TO SAN & BLEHMAN BROTHERS TREASURY BV | XS035963T974 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 1,004,000.00 (equivalent to USD 1,426,257.30) | 4/30/2015 |
| 2. | 51143 | 7 YR AUTOREDEEMBALE ELN TO RBS AND LLOYD TSB GROUP | XS032943876 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 209,000.00 (equivalent to USD 296,900.18) | 11/28/2014 |
| 3. | 51157 | 7YR AUTOREDEEMABLE EQUITY LINKD NT | XS034521S148 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 809,000.00 (equivalent to USD 1,149,245.18) | 2/28/2015 |
| 4. | 51319 | 7 YR AUTOREDEEMABLE EQ LNKD NT TO DTE & FTE | XS034543925O | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 853,000.00 (equivalent to USD 1,211,750.48) | 2/28/2015 |
| 5. | 51159 | 7 YEARS AUTOREDEEMABLE EQUITY LINKED NOTE | XS033846509S | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 938,000.00 (equivalent to USD 1,332,499.35) | 1/31/2015 |
| 6. | 51167 | 7 YEARS AUTOREDEEMABLE EQUITY LINKED NOTE | XS034408734O | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 565,000.00 (equivalent to USD 802,624.88) | 2/28/2015 |
| 7. | 51137 | 7 YEARS AUTOREDEEMABLE ELN | XS035031090O9 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 514,000.00 (equivalent to USD 730,175.55) | 3/30/2015 |
| 8. | 51145 | FUND LINKED | XS020419954O | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 450,000.00 (equivalent to USD 639,258.75) | 10/27/2011 |
| 9. | 51310 | EUR FX LINKED NOTE | XS032990541T | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 192,000.00 (equivalent to USD 272,750.40) | 12/4/2010 |
| 10. | 51306 | EUR FX LINKED NOTE | XS036234393O | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 67,000.00 (equivalent to USD 95,178.53) | 5/30/2011 |

659492.1 153/05435

| 11. | 51304 | EUR FX LINKED NOTE | XS0368298187 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 114,000.00 (equivalent to USD 161,945.55) | 6/28/2011 |
|-----|-------|--------------------|--------------|-----------------------------------|-------------------------------|-----------------------------------------------|----------|
| 12. | 51153 | EUROPEAN INFLATION LINKED NOTE | XS0178969209 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 111,000.00 (equivalent to USD 157,683.83) | 11/26/2013 |
| 13. | 51161 | 3 YR AUTOREDEEMABLE ELN ON SANTANDER AND RWE | XS0303538200 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 785,000.00 (equivalent to USD 1,115,151.38) | 6/29/2010 |
| 14. | 51155 | CAPITAL PROTECTED NOTE LINKED TO BASKET OF SHARES | XS0180154550 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 230,000.00 (equivalent to USD 326,732.25) | 11/26/2009 |
| 15. | 51144 | 7 YRS AUTOREDEEMABLE ELN TO RBS AND LLOYD TSB GROUP | XS0329243108 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 317,000.00 | 11/28/2014 |
| 16. | 51162 | 7 YR AUTOREDEEMABLE ELN | XS0329289192 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 150,000.00 | 11/28/2014 |
| 17. | 51166 | 7 YR AUTOREDMBLE EQ-LNKD NTE TO BLEHMAN BROTHERS TREASURY BVA AND SANTANDER | XS0358300571 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 811,000.00 | 1/31/2014 |
| 18. | 51158 | 7 YR AUTOREDEEMABLE EQUITY LINKED NOTE TO UBS AND | XS0338464950 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 526,000.00 | 1/31/2015 |
| 19. | 51136 | 7 YR AUTOREDEEMABLE ELN TO DEUTSCHE TELE AND FRANC | XS0289261546 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 153,000.00 | 3/31/2014 |
| 20. | 51156 | 7 YR AUTOREDEEMABLE ELN | XS0344834691 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 264,000.00 | 2/28/2015 |
| 21. | 51309 | USD FX LINKED NOTE | XS0329284987 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 86,000.00 | 12/24/2010 |
| 22. | 51313 | USD FX LINKED NOTE | XS0337437007 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 500,000.00 | 1/30/2011 |
| 23. | 51169 | 7YR AUTOREDEEMABLE ELN TO BLEHMAN BROTHERS TREASURY | XS0321471517 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 405,000.00 | 1/31/2014 |

| | | BVA AND SANTANDER | | | | |
|---|---|---|---|---|---|---|
| 24. | 51308 | USD FX LINKED NOTE | XS0329288384 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 25,000.00 | 12/4/2010 |
| 25. | 51307 | USD FX LINKED NOTE | XS0380296144 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 158,000.00 | 8/22/2011 |
| 26. | 51311 | USD FX LINKED NOTE | XS0344446134 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 168,000.00 | 12/4/2010 |
| 27. | 51315 | USD FX LINKED NOTE | XS0345320872 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 304,000.00 | 2/28/2011 |
| 28. | 51301 | EUR FX LINKED NOTE | XS0368249487 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 43,000.00 | 6/28/2011 |
| 29. | 51142 | 6YR AUTOREDEEMABLE EQL NOTE TO DEUTSCHE TELECOM | XS0358299542 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 100,000.00 | 2/20/2014 |
| 30. | 51171 | 3YR EQUITY LINKED NOTE ON S&P BRIC 40 | XS0309101508 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 267,000.00 | 8/2/2010 |
| 31. | 51160 | 3 YR AUTOREDEEMABLE ELN | XS0303537574 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 1,724,000.00 | 6/29/2010 |
| 32. | 51154 | CAPITAL PROTECTED NOTE LINKED TO A BASKET | XS0180153826 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 417,000.00 | 11/26/2009 |