WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------------x
                                                    :
In re                                               :   Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :   08-13555 (JMP)
                                                    :
                    Debtors.                        :   (Jointly Administered)
                                                    :
-----------------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' EIGHTY-SIXTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) (the "Objection"), that was scheduled for April 28, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to June 2, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: April 21, 2011
      New York, New York

                                      /s/ Robert J. Lemons
                                      Robert J. Lemons

                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone:  (212) 310-8000
                                      Facsimile:   (212) 310-8007

                                      Attorneys for Debtors
                                      and Debtors in Possession

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number(s) |
|---|---|
| Ardenia Holdings SA | 51298 |
| Calamanda Manuel Plens | 43129 |
| Campagner, Antonella | 37204 |
| Carreno, Cristina Lurruena | 13304 |
| Cebrian, Fernando Enguidanos & Clemente, Maria Belen Velez | 47998 |
| Cesario, Fabrizio | 50160 |
| Cesario, Fabrizio | 50161 |
| Commercial Jordi, S.A. | 35867 |
| Cohn, David Nathan and Amblia Moreno Rosillo | 37362 |
| Costers-Van Leemputten, Alfons | 61658 |
| Da Silva Ferreira, Antonio Manuel Coutinhas | 55254 |
| De la Rosa Diaz, Jose Antonio | 48715 |
| Eli, Aharon | 42706 |
| Elyashiv, Shmuel | 45248 |
| Francisco Fernandez Roig | 45285 |
| Galvez, Neus Pena | 43125 |
| Franco, Jose Luis Cajal & Casabella, Clara Latorre | 40204 |