WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| Debtors. | : | **(Jointly Administered)** |

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' NINETIETH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Ninetieth Omnibus Objection to Claims (No Liability Claims) (the "Objection"), that was scheduled for April 28, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to June 2, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\43663491\02\58399.0008

Dated: April 21, 2011
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## **Exhibit A**

## **Adjourned Claims:**

| Claimant Name | Claim Number(s) |
|---|---|
| Michel, Karil | 52127 |
| Missuwe, Bals | 52293 |
| Mullens, Sonja | 65497 |
| Noyen-Ruelens, Van | 51901 |
| Nyssens, Alain | 52122 |
| Oostnederlandse Vereniging Aannemers Reservefonds (O.V.A.R.) | 49003 |
| Pearson, Colin W. | 48997 |
| Preims-Bresser | 51908 |
| Promin VZW | 52378 |
| Reper, Frans | 52124 |
| Ryckaert, Cecilia | 52140 |
| Schoofs, Jeanine | 52143 |
| Schram-Defonseca | 52031 |
| Smet, Francois de | 61530 |
| Speyer, Juan Enrique | 37376 |
| Spinette-Rose, Mr. & Mrs. Robert | 52030 |
| Staes | 51175 |
| Stas-Orban, Dominique | 51997 |
| Sureka, Deepak & Shankarlal | 41323 |
| Tremont, Aline | 54840 |
| Van Gorp, Marc | 45332 |

| **Claimant Name** | **Claim Number(s)** |
|---|---|
| Van Voorst Vader-Van Esch, P.W. | 48951 |
| Vandewalle, Karin | 51996 |