UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                                        )
In re:                                                                  ) Chapter 11
                                                                        )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                ) Case No. 08-13555 (JMP)
                                                                        )
                                                                        )
                                                                        )
                                                                        )
        Debtors                                                         ) (Jointly Administered)
------------------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Centerbridge Special Credit Partners, L.P. | The Royal Bank of Scotland plc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Lisa Murray
375 Park Avenue
13th Floor
New York, NY 10152
Phone number: 212-672-4617
Fax number: 646-652-5342

Scott Hopson
Phone number: 212-672-4626
Fax number: 212-672-5004 & 212-672-4526

With a copy to:
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt

**Case No. 08-13885**
Court Claim # (if known): 66016
Amount of Claim: $505,553.46
Date Claim Filed: 12/24/2009

Court Claim # (if known): 66017
Amount of Claim: $249,813.25
Date Claim Filed: 12/24/2009

Court Claim # (if known): 66015
Amount of Claim: $448,413.35
Date Claim Filed: 12/24/2009

Court Claim # (if known): 66013
Amount of Claim: $306,968.24
Date Claim Filed: 12/24/2009

Court Claim # (if known): 66014
Amount of Claim: $44,651.71
Date Claim Filed: 12/24/2009

NYC:227340.1

## FORM OF EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, The Royal Bank of Scotland plc ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Centerbridge Special Credit Partners, L.P. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) as listed and described in Schedule A hereto, (the "Claims") in the amounts set forth therein, against Lehman Brothers Commodity Services Inc. (the "Debtor"), the debtor in Case No. 08-13885 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim filed by Seller or its predecessor-in-interest with the Bankruptcy Court in respect of the Claims.

Seller hereby waives any objection to the transfer of the Claims to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Claims, recognizing Purchaser as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 22 day of April 2011.

THE ROYAL BANK OF SCOTLAND PLC
By: RBS Securities Inc., its agent

By: _____
Name:   Christopher M. Aitkin
Title:   Authorized Signatory

658411v.2 2620/00374                    16

CENTERBRIDGE SPECIAL CREDIT
PARTNERS, L.P.

By: _____
Name: Richard Krissinger
Title: Authorized Signatory

## SCHEDULE A

| Predecessor-in-Title | Seller | Proof of Claim Number | Claim Amount |
|---|---|---|---|
| T. BOONE PICKENS | The Royal Bank of Scotland ("RBS") | 66016 | $505,553.46 |
| BP CAPITAL ENERGY FUND LP | RBS | 66017 | $249,813.25 |
| BP CAPITAL ENERGY EQUITY FUND, L.P. | RBS | 66015 | $448,413.35 |
| BP CAPITAL ENERGY EQUITY FUND MASTER II, L.P. | RBS | 66013 | $306,968.24 |
| BP CAPITAL ENERGY EQUITY INTERNATIONAL HOLDINGS I, L.P. | RBS | 66014 | $44,651.71 |