STROOCK & STROOCK & LAVAN LLP
Attorneys for Louis Dreyfus Energy Services L.P.
Claude G. Szyfer
Harold A. Olsen
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | ) ) ) | Case No. 08-13555 (JMP) |
| Debtors. | ) ) | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                            ) ss.:
COUNTY OF NEW YORK  )

Michael Magzamen, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

2. On April 22, 2011, affiant served, via First Class Mail, true and correct copies of the *Response of Louis Dreyfus Energy Services L.P. to Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Dlaims)* (Dkt. No. 16209), filed via the Court's ECF system, on such date, upon the parties listed on the attached Service List.

                                          /s/ Michael Magzamen
                                          Michael Magzamen

Sworn to before me this
22nd day of April, 2011

/s/ Gabriel Sasson
NOTARY PUBLIC

Gabriel Sasson
Notary Public, State of New York
No. 02SA6229974
Qualified in Kings County
Commission Expires October 25, 2014

## Service List

Elisabeth Gasparini, Esq.
Andrea Schwartz, Esq.
The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis O' Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Shai Waisman, Esq.
Penny Reid, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153