## ANNEX A

| NAME | ADDRESS | STATUS |
|---|---|---|
| California Public Employees' Retirement System | P.O. Box 2749<br>Sacramento, CA 95812-2749 | Institutional Holder |
| Canyon Capital Advisors LLC | 2000 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067 | Fee Participant |
| City of Costa Mesa | 77 Fair Drive<br>Costa Mesa, CA 92626 | Institutional Holder |
| City of Fremont | 3300 Capitol Avenue<br>Fremont, CA 94537 | Institutional Holder |
| County of San Mateo | 400 County Center, 6th Floor<br>Redwood City, CA 94063-1662 | Institutional Holder |
| Fiduciary Counselors Inc. | 700 12th Street NW, Suite 700<br>Washington, DC 20005 | Institutional Holder |
| Fir Tree, Inc. | 505 Fifth Avenue, 23rd Floor<br>New York, NY 10017 | Fee Participant |
| Gruss Asset Management, L.P. | 667 Madison Avenue, 3rd Floor<br>New York, NY 10065 | Fee Participant |
| Owl Creek Asset Management, L.P. on behalf of the funds it manages or advises | 640 Fifth Avenue, 20th Floor<br>New York, NY 10019 | Fee Participant |
| Pacific Investment Management Company LLC | 849 Newport Center Drive<br>Newport Beach, CA 92660 | Institutional Holder |
| Paulson & Co. Inc. | 1251 Avenue of the Americas<br>New York, NY 10020 | Fee Participant |
| Perry Capital LLC on behalf of one or more investment funds for which or an affiliate acts as investment advisor or general partner | 767 Fifth Avenue<br>New York, NY 10153 | Fee Participant |
| Taconic Capital Advisors L.P. | 450 Park Avenue, 9th Floor<br>New York, NY 10022 | Fee Participant |
| Vallejo Sanitation and Flood Control District | 450 Ryder Street<br>Vallejo, CA 94590 | Institutional Holder |