UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                           :      Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :      08-13555 (JMP)
                                                                :      (Jointly Administered)
                  Debtors.                                :
                                                                :
---------------------------------------------------------------x      Ref. Docket Nos. 15805, 15872,
                                                                       15885, 15979, 16084, 16086, 16087,
                                                                       16089, 16099, 16101, 16106

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 20, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
22nd day of April, 2011

/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 15805, 15872, 15885, 15979, 16084, 16086, 16087, 16089, 16099, 16101, 16106_AFF_04-20-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                            |
In re                                       |   Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |   08-13555 (JMP)
                                            |
                                            |   (Jointly Administered)
              Debtors.                      |
                                            |
_____|

NOTICE: **FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK      OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT
         BAD GOISERN                                                             DLA PIPER LLP (US)
         KOLLINGASSE 19                                                          ATTN: WILLIAM M. GOLDMAN, ESQ & VINCENT ROLD
         VIENNA     A-1090                                                       1251 AVENUE OF THE AMERICAS
         AUSTRIA                                                                 NEW YORK NY 10020
```

Please note that your claim # 58682 in the above referenced case and in the amount of
        $0.00          has been transferred **(unless previously expunged by court order)**

```
         OSTERREICHISCHE VOLKSBANKEN-AKTIENGESELLSCHAFT
         TRANSFEROR: OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF
         VOLKSBANK BAD GOISERN
         ATTN: MRS. VERENA RUPP
         KOLINGASSE 14-16
         VIENNA     A-1090
         AUSTRIA
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 15805         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/20/2011                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 20, 2011.

**EXHIBIT B**

TIME: 18:36:38                                                                LEHMAN BROTHERS HOLDING INC.                                                                PAGE:    1
DATE: 04/20/11                                                                    CREDITOR LISTING

| Name | Address |
|---|---|
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O RICHARDS KIBBE & ORBE LLP ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| BARCLAYS BANK PLC | TRANSFEROR: TELECOM ITALIA CAPITAL SOCIETE ANONYME 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: SUBIRA FARRE, PEDRO ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA  08003 SPAIN |
| CCP QUANTITATIVE MASTER FUND LIMITED | C/O CANTAB CAPITAL PARTNERS LLP ATTN: CHRIS PUGH CITY HOUSE, HILLS ROAD CAMBRIDGE  CB2 1RE UNITED KINGDOM |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SCOTTWOOD MASTER, LTD. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, FOURTH FLOOR NEW YORK NY 10013 |
| CVF LUX MASTER S.A.R.L | TRANSFEROR: BARCLAYS BANK PLC C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY  KT11 2PD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: EUROHYPO AG ATTN; MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: JUICE ENERGY, INC. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN, FL0RR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, THE ATTN: SUSAN MCNAMARA MAILING CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JUICE ENERGY, INC. | D. BRADLEY CLEMENTS, ESQ. LONDON AND MEAD 1225 19TH STREET, N.W., WASHINGTON DC 20036 |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, THE | ATTN: ANDREW T. VEDDER, ASSISTANT GENERAL COUNSEL 720 EAST WISCONSIN AVENUE MILWAUKEE WI 53202-4797 |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK | DLA PIPER WEISS- TESSBACH ATTN:  THOMAS RUHM, ESQ. & CHRISTIAN TEMMEL, ESQ. SCHOTTENRING 14 VIENNA  A-1010 AUSTRIA |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK | DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ & VINCENT ROLDAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK | BAD GOISERN KOLLINGASSE 19 VIENNA  A-1090 AUSTRIA |
| OSTERREICHISCHE VOLKSBANKEN-AKTIENGESELLSCHAFT | TRANSFEROR: OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK BAD GOISERN ATTN: MRS. VERENA RUPP KOLINGASSE 14-16 VIENNA  A-1090 AUSTRIA |
| SCOTTWOOD MASTER, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN:  DOUG STROUP 33 BENEDICT PLACE GREENWICH CT 06830 |
| SUBIRA FARRE, PEDRO | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALIA VIA LAIETANA, 39 BARCELONA  08003 SPAIN |
| SUBIRA FARRE, PEDRO | RAMONA SERENTILL LLOVERA C/DOLORS MODOLELL, 7 BIS BAJOS 2 SAN JUST DESVERN (BARCELONA)   08960 SPAIN |
| SUCCESSAL GROUP LLC | TRANSFEROR: CCP QUANTITATIVE MASTER FUND LIMITED C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |

Total Number of Records Printed         21

EPIQ BANKRUPTCY SOLUTIONS, LLC