## Exhibit 3

*Reserved*