# **Exhibit 6**

*Reserved*