Honorable James M. Peck
One Bowling Green, Courtroom 601, New York
New York 10004
United States of America


Lars Dahlke
Westpreußenstrasse 18
26954 Nordenham


Ladies and Gentlemen,

by a false assortment with UPS, my letters to you unfortunately become one day later, than required, transmitted.

So that you also believe me, I send you the transmission numbers and the waybills, as copy of UPS.

I ask you this writing, concerning the objection - lead time, to absolutely consider.

That the error was situated not with me, but with UPS.
UPS transmitted the letters not as agreed upon on Wednesday, the 13.April 2011, around 10:30, but a whole day later to you!

Thank you in advance, for your consideration

Yours sincerely,

sgd. _[signature]_   Nordenham, April, 14, 2011



Letter plant:

UPS waybill
UPS supply status with transmission number



RECEIVED
APR 18 2011
U.S. BANKRUPTCY COURT, SDNY

[UPS Frachtbrief (freight waybill) form, filled out in handwriting. Rotated 180° on page.

Sender: Lars Dahlke, Westpreussenstr. 18, 26954 Nordenham, DE
UPS customer number: 284725
Recipient: Hon. James M. Peck, One Bowling Green, Courtroom 601, 10004 New York, US
Tracking number: H856 920 212 0
Service: Express Saver
Packages: 1, weight 0.5 kg, total 0.3 kg
Shipment date: 12.04.11
Time: 11:00
Barcode: 3101]

Statusabfrageergebnis - Detaillinformationen | Drucken | Hilfe | A A A

Aktualisiert: 14.04.2011 5:16 EST

# H85692021120

### Unterwegs

**Letzter Standort:**
Eingegangen - Newark, NJ, United States, Donnerstag, 14.04.2011

**Versandinformationen**

**An:** NEW YORK, NY, US

**Versendet durch**

UPS Express®

Zustellung ändern
Benachrichtigung hinzufügen

### Weitere Informationen

**Gewicht:** 0.20 kg
**Typ:** Paket
**Versandt bzw. in Rechnung gestellt am:** 12.04.2011

### Sendungsstatus

| Ort | Datum | Ortszeit | Aktivität |
|---|---|---|---|
| Newark, NJ, United States | 14.04.2011 | 5:23 | Ankunfts Scan |
| Koeln, Germany | 14.04.2011 | 3:09 | Abfahrts Scan |
|  | 14.04.2011 | 2:15 | Export Scan |
|  | 14.04.2011 | 2:13 | Export Scan |
|  | 14.04.2011 | 1:27 | Ankunfts Scan |
| Langenhagen, Germany | 13.04.2011 | 22:22 | Abfahrts Scan |
|  | 13.04.2011 | 20:29 | Zustellung ist für heute vorgesehen. |
|  | 13.04.2011 | 8:41 | Fehlsortierung an falschen Ort. / Zustellung neu terminiert. |
| Langenhagen, Germany | 12.04.2011 | 23:03 | Ankunfts Scan |
| Westerstede, Germany | 12.04.2011 | 21:00 | Abfahrts Scan |
|  | 12.04.2011 | 20:39 | Herkunfts Scan |
|  | 12.04.2011 | 17:32 | Abhol Scan |
| Germany | 12.04.2011 | 16:17 | Auftrag verarbeitet: Für UPS bereit |