UNITED STATES BANRUPTCY SUPREME
SOUTHER DISTRICT OF NEW YORK

------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                          :
                 Debtor.                  :    (Jointly Administered)
                                          :
------------------------------------------x

## NOTICE OF INTENT TO PARTICIPATE IN
## DISCOVERY RELATED TO PLAN CONFIRMATION

NOTICE IS HEREBY GIVEN that PricewaterhouseCoopers AG, Zurich, as bankruptcy liquidator and foreign representative of Lehman Brothers Finance AG, in Liquidation, also known as Lehman Brothers Finance SA, in Liquidation, a Swiss corporation ("LBF"), represented by Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, New York 10166, has filed, among others, Claims Numbers 63459, 63460, 63461, 63462 and 63847 against Lehman Brothers Holdings Inc. in an aggregate amount in excess of $58 billion, and is a party of interest in the confirmation of a plan in the above-captioned chapter 11 cases (the "Chapter 11 Cases") on the basis that LBF is an affiliate of the Debtors that is impacted by the provisions of the competing plans.

ACCORDINGLY, PLEASE TAKE FURTHER NOTICE that, subject to any objections by the Debtors or the Statutory Committee of Unsecured Creditors appointed in the Chapter 11 Cases and/or any limitations imposed by the Court, the above-named party in interest and its counsel intend to participate as follows in Plan Discovery, as defined in the Order Establishing Procedures in Connection with Discovery Related to Plan Confirmation and Other Issues, entered by the Court on April 14, 2011 [Docket No. 16003].

Dated: April 26, 2011                     GIBSON, DUNN & CRUTCHER LLP

                                          By: /s/ Michael A. Rosenthal
                                          Michael A. Rosenthal (MR-7006)
                                          200 Park Avenue
                                          New York, New York 10166-0193
                                          Telephone: (212) 351-3969
                                          Facsimile: (212) 351-6258

                                          *Attorneys for PricewaterhouseCoopers AG, Zurich, as
                                          Bankruptcy Liquidator of Lehman Brothers Finance
                                          AG, in Liquidation, a/k/a Lehman Brothers Finance SA,
                                          in Liquidation*

**Contact Information for Party in Interest:**

Christiana Suhr Brunner / Pascal Portmann
PRICEWATERHOUSECOOPERS AG
As Liquidator for Lehman Brothers Finance AG
Birchstrasse 160
CH-8050 Zurich
Telephone: +41 58 792 25 66
Facsimile: +41 58 792 44 10
christiana.suhr.brunner@ch.pwc.com
pascal.portmann@ch.pwc.com

**Contact Information for Attorneys for Party in Interest:**

Michael A. Rosenthal
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-3969
Facsimile: (212) 351-6258
mrosenthal@gibsondunn.com

Robert B. Krakow
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue
Dallas, Texas 75201-6912
Telephone: (214) 698-3124
Facsimile: (214) 571-2934
rkrakow@gibsondunn.com

**Contact Information for Advisors for Party in Interest (address, phone and email):**

NOT APPLICABLE

**Designation of Contact(s) to Receive Any Notice(s) Required Under the Order:**

Michael A. Rosenthal
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: 212-351-3969
Facsimile: 212-351-6258
mrosenthal@gibsondunn.com

Robert B. Krakow
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue
Dallas, Texas 75201-6912
Telephone: (214) 698-3124
Facsimile: (214) 571-2934
rkrakow@gibsondunn.com

Christiana Suhr Brunner / Pascal Portmann
PRICEWATERHOUSECOOPERS AG
As Liquidator for Lehman Brothers Finance AG
Birchstrasse 160
CH-8050 Zurich
Telephone: +41 58 792 25 66
Facsimile: +41 58 792 44 10
christiana.suhr.brunner@ch.pwc.com
pascal.portmann@ch.pwc.com

Dr. Markus Guggenbühl, LL.M., Attorney at Law
VISCHER AG
Schuetzengasse 1, CH-8021 Zurich
Telephone: +41 44 254 34 54
Facsimile: +41 44 254 34 10
mguggenbuehl@vischer.com

**Group that Participant elects to join (pursuant to Paragraph 3(b) of the Order):**

GROUP 9