Rhode ST. Genèse,
April 5th 2011



From :

Tinant Danielle
Avenue des Tilleuls, 16
1640 Rhode Saint-Genèse
Belgium

Mobile 00-32-478 788 201
Phone nbr. 00-32-2- 358 20 55

To :

The Honorable James M. Peck
One Bowling Green, New York
New York 10004
Courtroom 601

Weil Gotshal & Manges LLP
Attn : Shai Waisman and Mark Berstain
767 Fifth Avenue, New York
New York 10153

The Office of the United States Trustee for Region 2
Attn : Tracy Hope Davis, Elisabetta Gasparini
     And Andrea Schwartz
33 Whitehall Street, 21st Floor, New York
New York 10004

Milbank, Tweed, Hadley & Mc Cloy LLP
Attn : Dennis F. Dunne, Dennis O'Donnell,
     And Evan Fleck
1 Chase Manhattan Plaza, New York
New York 10005

ANNEXES : 6 annexes / 7 pages

Subject : Answer to the letter in ANNEX 1.
         Correct Blocking Reference Number mentioned in ANNEX 5.
         My Claim should consequently not be disallowed and expunged.

Dear,

I oppose the disallowance and expurgation of my claim number 64460 mentioned in the letter in ANNEX 1.

I however discovered that the Blocking Reference Number mentioned on my Proof of Claim (see ANNEX 2), CA11169 is erroneous, and should be replaced by the Blocking Reference Number CA67719 communicated by ING Bank (see ANNEX 5).

Please find the required information:

1) <u>Name of Bankruptcy Court</u> : United States Bankruptcy Court for the Southern District of New York.

<u>Name of the Debtors</u>: Lehman Brothers Holding Inc. and certains of its affiliates, identified as 08-13555 in ANNEX 1.

<u>Care number</u>: Chapter 11 Case number 09-13555(JMP).

<u>Title of the Objection</u>: Debtor's One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims).

2) <u>Claimant's Name</u>: Tinant Danielle, Avenue des Tilleuls 16, 1640 Rhode Saint- Genèse, Belgium.

<u>Description of the basis for the amount of the claim</u>: 14 securities identified by the ISIN number XS0218304458-00 with a purchase value of 1000 EURO each, which makes a total value of 14000 EURO. See Proof of Claim (ANNEX 2).

The Securities one on my account 363-0223447-96-0, with a total value of 14000 EURO as stated in the document from ING Belgium Bank in ANNEX 3.

3) <u>Reason why the claim should not be disallowed and expunged</u>: My Proof of Claim (see ANNEX 2) included indeed by accident the erroneous Blocking Reference Number CA11169, but a valid Blocking Reference Number exists, number CA67719, communicate by ING Bank (see ANNEX 4).
Consequently, please find the correct Proof of Claim in ANNEX 5.

4) <u>Other evidence of the claim</u>: The original Proof of Claim (see ANNEX 2) was sent on time via the Belgian Post to the right address, as it can be seen on the "Proof of Sending" of the Belgian Post (see ANNEX 6).

5) <u>Address where the Debtors must return any reply to my response</u> : Same as in the Proof of Claim (ANNEX 5), i.e. :

Me Danielle Tinant
Avenue des Tilleuls 16
1640 Rhode Saint-Genèse
Belgium

6) <u>Name , address, telephone numbers of the person resolving the claim</u>:

Me Danielle Tinant
Avenue des Tilleuls 16
1640 Rhode Saint-Genèse
Belgium

Phone: 00-32-2-358-20-55
Mobile: 00-32-478-888-201

Regards,

D. Tinant

ANNEX 1

recto

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                               :   Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :   08-13555 (JMP)
                                                    :
                            Debtors.                :   (Jointly Administered)
                                                    :
------------------------------------------------------------x

LBH OMNI1 12 03-14-2011 (MERGE2,TXNUM2) 40001 11929 BAR(23) MAIL ID *** 000043233260 *** BSIUSE: 10

TINANT, DANIELLE
AV. DES TILLEULS 16
RHODE-ST-GENES, 1640 BELGIUM

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, ERIC KASENETZ, ESQ., AT 212-310-8737.**

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED TWELFTH
OMNIBUS OBJECTION TO CLAIMS (INVALID BLOCKING NUMBER LPS CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:** TINANT, DANIELLE AV. DES TILLEULS 16 RHODE-ST-GENES, 1640 BELGIUM | **Claim Number:** 64460 |
| | **Date Filed:** 11/3/2009 |
| | **Debtor:** 08-13555 |
| | **Classification and Amount:** UNSECURED: $ 0.00 UNLIQUIDATED |

　　　　PLEASE TAKE NOTICE that, on March 14, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

　　　　The Objection requests that the Bankruptcy Court disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that it did not include a valid electronic instruction reference number or a blocking reference number, as required by the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271]. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

　　　　If you do NOT oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

　　　　If you DO oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. prevailing Eastern Time on April 13, 2011 (the "Response Deadline").

　　　　Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the Bar Date Order), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on April 28, 2011 to consider the Objection. The hearing will be held at 10:00 a.m. prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim. If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

**If you have any questions about this notice or the Objection, please contact Debtors' counsel, Eric Kasenetz, Esq., at 212-310-8737.** CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: March 14, 2011
       New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

ANNEX 2

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Mle Danielle TINANT
Av. des Tilleuls 16
1630 Rhode-St-Genèse

Telephone number: 02/358.20.55   Email Address: daniellatinant@yahoo.fr

☑ Check this box to indicate that this claim amends a previously filed claim.
Court Claim Number: CA1169 (If known)
Filed on: ING Banque

Name and address where payment should be sent (if different from above)

2 0478 64 PS P1

☑ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:   Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 14000 € (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0218304418 (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

CA 1.11 6P (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: 1116P (Required)

Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

Date: 18/10/10
Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# ING

ANNEX 3

**ING Belgique SA**
**Securities Department**

B-W2-E1   67

363-310988-1640

Nos ref: COA/103943/102592
Votre contact: +32 2 464 60 02

MME DANIELLE TINANT
AV DES TILLEULS 16
1640    RHODE-ST-GENES

Bruxelles, le 19 octobre 2009

**LEHMAN BROTHERS**
Procédure de plainte

*Nous nous référons à notre lettre du 18 septembre 2009.*

Suivant vos instructions, nous avons demandé un numéro de blocage pour un montant d'**EUR 14000** nominal d'obligations LEHMAN BROTH.05/35 17/5 7% -F/FR (ISIN XS0218304458), qui se trouvent dans votre dossier-titres 363-0223447-96-0.

Le numéro de blocage est composé des lettres **CA** suivies par **5 chiffres** et vous sera communiqué par un avis intégré dans vos extraits de compte.

La prochaine étape dans l'introduction d'une plainte valable est de remplir, signer et envoyer le document « Proof of Claim » sur lequel vous devez marquer le numéro de blocage. Vous trouvez le document en annexe.

Données utiles pour le remplissage du Proof of Claim:
  Amount of claim : doit être en USD. Vous pouvez éventuellement ajouter les intérêts courus. Dans ce cas, n'oubliez pas de cocher la case correspondante. Puisque vos obligations sont en EUR, vous devez convertir le montant nominal en USD sur base du cours de change du 15 septembre 2008.
  Cours de change le 15.09.2008 : EUR 1 = USD 1,4151.
  ISIN-code : mentionné ci-dessus dans cette lettre.
  Clearstream Bank Blocking Number : vous sera communiqué dans vos extraits de compte. Le numéro est composé de **CA** suivi de **5 chiffres**.
  Accountholders Clearstream Account Number : **11169**.

Le document Proof of Claim doit être envoyé **par vos soins** et doit être en possession d'Epiq Bankruptcy Solution **pour le 2 novembre 2009 au plus tard.**

Si vous avez besoin d'aide pour remplir le claim ou si vous désirez plus d'info, n'hésitez pas à contacter votre agence, chargé de relation ou d'appeler le numéro ci-dessous.

Les interlocuteurs placements d' ING sont à votre disposition pour tout complément d'information. Vous pouvez les joindre au 02/464 60 02, option 2 - et ensuite option 1 - du lundi au vendredi de 08.00 à 22.00, le samedi de 09.00 à 17.00.

Nous vous prions de recevoir l'expression de nos sentiments distingués,

**ING Belgique S.A.**

ANNEX 4

Compte 363-0223447-96

INVEST ACCOUNT - EUROS (EUR)
**PIECE JUSTIFICATIVE**

+ 0,00

```
*** NOMINATIF ***  REF 4324758
DOSSIER TITRES 36302234479G
------------------------Corporate action---------------
LEHMAN BROTH.05/35 17/5 7% -F/FR
ISIN XS0218304458
Notre lettres du 18/09/09 et 19/10/09 - COA103943
Suivant vos instructions, nous avons demandé un
numéro de blocage pour les obligations mentionnées.
---------------------------------------------------------
Quantité bloquée:                    CA        14000
Numéro de blocage:                              67719
---------------------------------------------------------
```

→ RIGHT BLOCKING REFERENCE NUMBER

Opération 6 du 19/10/2009

ING

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

ANNEX 5

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Me Danielle TINANT
Av. des Tilleuls 16 bis Geneve
1660 Rhode-St.

Telephone number: 02/358.20.55  Email Address: daniellehinant@yahoo.fr

☑ Check this box to indicate that this claim amends a previously filed claim.
Court Claim Number: CA11168 (If known)
Filed on: INC Bonpu

Name and address where payment should be sent (if different from above)

2 0478 44 95 81

☑ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $ 14000 € (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0218304418 (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: CA11168 → CA67719 (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:** 11168 (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

Date: 28/10/10

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

ANNEX 6





```
         LA POSTE
                ST-GENESIUS-RODE
                   FONTEINSTR. 22
             1640 RHODE-SAINT-GENESE
                    TEL. 023831260
                    FAX. 023831270
         Lu - Ve : 9:00 - 12:30 / 13:30 - 17:00
                   Sa : 9:00 - 12:30

              Caisse 5560
    Numéro du ticket de caisse  556000115968

 1    Prior INTL                    1,05
 1    Recommandé int                4,60
 1    Dépôt envoi recomm.           0,00

 TOTAL TVA incluse                  5,65
 TOTAL TVA                          0,00
 TOTAL TVA exclue                   5,65

 Espèces                           10,00
 A RENDRE                           4,35

         Merci de votre visite et à bientôt

 Didier 19197916           26/10/2009 11:31
 Retail
 212469122492
```

556000115968

Achetez vos timbres sans vous déplacer
www.post.be/eshop.

LA POSTE, société anonyme de droit
public, Centre Monnaie, 1000 Bruxelles. TVA BE
0214.596.464 RPM Bruxelles. CCP IBAN BE08 6790 0000
1313. BIC PCHQBEBB.
LA POSTE est distributeur,
intermédiaire de crédit et intermédiaire en assurances
(CBFA 025275 cA-cB) pour Banque de La Poste S.A.

Addressed to:
Lehman Brothers
Holdings Claims
Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

R RR 69714838 8 BE