**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN THE MATTER OF CHAPTER 11 CASE NO. 08-13555 (JMP) – IN RE**
**LEHMAN BROTHERS HOLDINGS INC.; et al.; (Debtors)**

**DEBTORS' ONE HUNDRED SECOND OMNIBUS OBJECTION TO CLAIMS**
**(FOREIGN CURRENCY CLAIMS)**

**Creditor Name and Address:**
SHARMA, ASHOK KUMAR AND KUMARI LATA BACHAN SINGH
NO. 40, JALAN EKSEKUTIF, U1/6 GLENMARIE COURT, 40150 SHAH ALAM,
MALAYSIA

Claim Number: 15431
Date Filed: 9/17/2009
Debtor : 08-13555
Classification and Amount : Unsecured: $0.00, Unliquidated

To:

1) The Honourable James M. Peck
   One Bowling Green,
   New York
   New York 10004
   Courtroom 601

2) M/s Weil Gotshal & Manges LLP
   767 Fifth Avenue
   New York
   New York 10153
   Attn: Shai Waisman, Esq,
   Mark Bernstein, Esq

3) The Office of the United States Trustee for Region 2,
   33 Whitehall Street,
   21st Floor,
   New York,
   New York 10004
   Attn: Tracy Hope Davis, Esq, Elisabetta Gasparini, Esq, Andrea B. Schwartz,
   Esq

4) Milbank, Tweed, Hadley & McCloy LLP
   1 Chase Manhattan Plaza
   New York
   New York 10005
   Attn: Dennis F Dunne, Esq, Dennis O'Donnell, Esq, Evan Fleck, Esq



RECEIVED APR 20 2011

This is in response to the Notice dated March 11, 2011 which we have received notifying us of the Debtor's intention to disallow and expunge our claim number 15431 filed on 9/17/2009.

We object to the Debtor's application to disallow and expunge our said claim on the basis that the claim made is not denominated in lawful currency of the United States.

We have filed a valid claim in this matter which is founded on legal merits. The objection raised by the Debtors does not hinge on the principle or validity behind on our claim but merely on the currency denomination of the claim.

Our claim is founded on the basis that an investment was made by us on a structured note issued by the Debtors. Before the expiry of the note, the Debtors went into bankruptcy. We are now claiming for the amount invested by us into the structured product. This product was purchased by us through HSBC Private Bank in Singapore in Euro currency, hence our said claim was filed on the basis of the return of our investment sum in Euro dollars as well.

Details of our claim and supporting documents have already been earlier submitted.

We have no objections to our claim being made by the Debtors to us in US dollars at the conversion rate prevailing at the date the Order of Court is made. If you require us to file additional document/s to indicate our consent to our claim being settled in US dollars, please forward the same to us for our execution.

Dated 18th April 2011

Signed : _____
SHARMA, ASHOK KUMAR

_____
KUMARI LATA BACHAN SINGH