

Kongevejen 495 C
DK-2840 Holte

Tel.: +45 4546 5000
Fax: +45 4546 5001

Holte, 15th April 2011

## Respond to the Objection for claim 47330

| i) | Bankruptcy Court | United States Bankruptcy Court, Southern district of New York |
| --- | --- | --- |
| | Name of Debitor | Lehman Brothers Holdings Inc., et al., |
| | Case number | 08-13555 (JPM) |
| | Claim number | 47330 |
| | Objection to which the response is directed | Notice of hearing on debtors' one hundred twelfth omnibus objection to claim (invalid blocking number LPS claims) |
| ii) | Name of claimant | Investeringsselskabet af 11.12.1990 ApS CVR. Nr. 14794530 |
| | Description of the basis for the amount of the claim | Amount of claim $ 39,718.10 ISIN code ANN 521338783 Number of shares 5 |
| iii) | Reason why the claim should not be disallowed for the reasons set forth in the Objection (factual & legal bases) | We think we have given valid information. Euroclear cannot give us any Blocking number but Euroclear can confirm we have the securities, cf. attachment. You can call Euroclear/ JP Morgan to have this confirmed. |
| iv) | Documentation of the claim | We have statements from our deposit bank JP Morgan and our Danish bank FIH that Investeringsselskabet af 11.12.1990 ApS are legitimated owners of the shares, cf. attachments. |
| v) | Address for reply & responses if different from what is presented in proof of claim | Not changed |
| vi) | Name, address, telephone number of the person to resolve the claim | Kristian Klinge, +45 25 25 00 12 Mette Thygesen, +34 630 481 053/ +45 29 66 60 01 Kongevejen 495C 2840 Holte Denmark |

Best regards
**Investeringsselskabet af 11.12.1990 ApS**

Niels K. Thygesen



RECEIVED
APR 20 2011
BANKRUPTCY COURT, SDNY
JMP



EUROCLEAR BANK SA/NV
1 BOULEVARD DU ROI ALBERT II
1210 BRUSSELS, BELGIUM
RPM BRUSSELS 0429 875 591
TEL. +32 (0)2 326 1211
www.euroclear.com

Brussels, 11 April, 2011

To: **JPMC IS/OMNIBUS GROSS AC,LDN**
**Chaseside**
**Littledown**
**BH7 7DB    BOURNEMOUTH**
**UNITED KINGDOM**

Re: **LEHMAN BROTHERS SECURITIES NV – Shares**
**ISIN: ANN521338783 – Common Code: 027222617**

## STATEMENT OF ACCOUNT FOR THE PURPOSE OF FILING A CLAIM

Dear Sir, Madam,

We hereby certify that on 11 Apr 2011, JPMC IS/OMNIBUS GROSS AC,LDN had a holding of 5 Shares of the captioned securities in Euroclear Securities Clearance Account 23861 with us.

Please note that the above holding has been blocked in such account as from settlement date 11 Apr 2011 for the purpose of FILING A CLAIM. This holding can be unblocked only at your request and only provided that you are able to meet any further requirements we may have for unblocking your holding in the circumstances under which your request is made.

Yours sincerely,

MAXIME BONNAVE
euroclear

DAVID
DOS SANTOS
FERREIRA

Euroclear Bank sa/nv
Debt Reorganization and Insolvency Team
Tel  32 2326 7934
Fax  32 2326 1459

Euroclear Bank sa/nv
Debt Reorganization and Insolvency Team
Tel  32 2326 7934
Fax  32 2326 1459

**FIH ERHVERVSBANK**
CORPORATE AND INVESTMENT BANKING

Investeringsselskabet af 11.12.1990 ApS
Attention: Mette Thygesen
Kongevejen 495C
2840 Holte

15 April 2011
Ref. kgr

Lehman Brothers Securities NV - Shares
ISIN: ANN521338783 - Common Code: 027222617

**Statement of Account for the purpose of filing a Claim**

Dear Sir, Madam,

We hereby certify that on 25 June 2009, FIH Erhvervsbank A/S had a holding of 5 Shares of the captioned securities with our custodian.

Yours sincerely

Christina Pedersen
Head of Markets Support

Michael Hansen
Head of Capital Markets Operations

**FIH MARKETS OPERATIONS**

FIH ERHVERVSBANK A/S | Langelinie Allé 43 | 2100 København Ø
Tel 72 22 50 00 | Fax 72 22 50 01 | CVR 17 02 93 12 | www.fih.dk | fih@fih.dk