March 18, 2011

EPIQ SYSTEMS
757 Third Avenue
Third floor,
New York, NY 10017,
USA

**In reference to:**
**Debtor: Lehman Brothers Holding Inc.**
**Court claim: 47101**
**Creditor: Union Bancaire Privée, UBP S.A.**

Dear Sir,

Please find enclosed the Evidence of Transfer of the above mentioned claim from Union Bancaire Privée, UBP S.A. to Darengo Sociedad Anonima.

Kindly acknowledge receipt of this transfer of claim and confirm to us to the below addresses that this change has been duly registered.

1900 Northwest 97 Avenue
Suite 051-101091
Miami, Fl 33172
USA

E-mail: jfangio2004@yahoo.com.ar

We thank you in advance,

Yours faithfully,

Darengo Sociedad Anonima

By: _____
Leila Marina González, Attorney in fact

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

    For value received, the adequacy and sufficiency of which are hereby acknowledged, **UNION BANCAIRE PRIVEE, UBP SA** ("Transferor") unconditionally and irrevocably transferred to **DARENGO SOCIEDAD ANONIMA,** 1900 NORTHWEST 97 AVENUE, SUITE 051-101091, MIAMI,FL,33172 USA  all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **47101**) in **nominal amount of USD 100'000.--** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

    Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

    IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 15TH FEBRUARY , 2011.

**UNION BANCAIRE PRIVEE UBP SA**

Jean-Marc Epiney  
Executive Director

Daniel Fries  
Director

Schedule I

Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| ISIN XS0200454188<br><br>0% 04/11.09.09 Notes Lehman Brothers | 47101 | 19 October 2009 | Lehman Brothers Treasury BV | USD 100'000 |