ORIGINAL

United States Bankruptcy Court for the Southern District of New York

**WITHDRAWAL OF CLAIM**

| Debtor Name and Case Number: | Lehman Brothers Special Financing Inc. - 08-13888 |
|---|---|
| Creditor Name and Address: | Horizon II International Limited with respect to Series 211<br>68 West Bay Road<br>George Town<br>Grand Cayman, KY1-1102<br>Cayman Islands |
| Court Claim Number (if known): | 20042 |
| Date Claim Filed: | September 21, 2009 |
| Total Amount of Claim Filed: | Contingent and unliquidated |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

HORIZON II INTERNATIONAL LIMITED

By: HSBC BANK USA, NATIONAL ASSOCATION,
as Trustee, as Attorney-in-fact

By: _Sandra E. Horwitz_
Name: Sandra E. Horwitz
Title: Vice-President

Dated: April 21, 2011

CPAM: 3079008.1