UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                  :

In re                            :
LEHMAN BROTHERS HOLDING INC.    :      Chapter 11 Case No. 08-13555
                                  :

--------------------------------------------------------x

### CREDITOR ULRIKE BROMMERT's NOTICE OF ABANDONMENT OF CLAIM WITHDRAWAL OF COUNSEL

       Creditor Ulrike BROMMERT hereby respectfully provides notice to the Debtors that he

       **a.** abandons and withdraws Claim #12436 (US$72,323.10) submitted on September 11, 2009 against Debtor LBHI; and

       **b.** has released counsel from his duties and responsibilities with respect to said claim.

       RESPECTFULLY submitted this  __20th__  day of April, 2011.

                                   Helge Naber
                                   Montana Bar Id. #7059
                                   NABER PC
                                   300 Central Avenue Suite 320
                                   Great Falls Montana 59401
                                   T 406 452 3100
                                   F 406 452 6599
                                   e naber@naberpc.com

| | |
|---|---|
| • Shai Waisman Esq.<br><br>WEIL GOTSCHAL & MANGES LLP<br><br>767 Fifth Avenue<br><br>New York New York 10153<br><br>*Attorney for Debtor* | **CERTIFICATE OF SERVICE**<br><br>This is to certify that the foregoing CREDITOR'S NOTICE OF ABANDONMENT & WITHDRAWAL OF COUNSEL was duly served by U.S. First Class mail, appropriate postage prepaid, upon the other parties or their attorney of record at their address or addresses as shown herein on<br><br>NABER PC<br><br>By _____<br>300 Central Avenue Ste. 320 • Great Falls, MT 59401 |