# Court Conference, a division of CourtCall
## Confirmation and Invoice (No separate statement will be sent)

___

| | |
|---|---|
| **Attorney Name:** | Jerome Zamos |
| **Firm Name:** | Law Offices of Jerome Zamos |

**Attorney Phone:** (818) 348-7151     **Attorney Fax:** (818) 348-6095
**Appearance Date:** Wednesday, May 18th, 2011     **Appearance Time:** 10:00 AM ET
**Judge Name:** Judge James M. Peck     **Court Conference ID#:** 4187830
**Case Number:** 08-13555     **Proceeding Type:** Hearing
**Case Name:** Lehman Brothers Holding, Inc

**Customer Ref. #:** 15710
**Representing:** Moving Party, Prudence Waltz / LIVE

Following are the procedures for your telephonic appearance.

**1. YOU MUST DIAL IN TO THE CALL AT LEAST TEN (10) MINUTES PRIOR TO THE HEARING BY DIALING (877) 807-0528. DO NOT BE LATE! IF YOU HAVE ANY DIFFICULTY DIALING INTO THE CALL, CALL US AT 1-866-58-COURT OR 1-310-743-1886.**
2. Please take a moment to review this Confirmation. For any changes that need to be made, or if you have not received a Confirmation for each reservation made, please contact us at 1-866-58-COURT or 1-310-743-1886.
3. To ensure the quality of the call, no speaker or cellular phones, headsets or public phones may be used. Counsel must be on the handset of the telephone during the appearance.
4. Once you have joined the call, you must not place the call on hold or have anyone else hold the line for you.
5. Unless you have been designated to speak, you will be placed in a "listen only" mode. You will be able to hear the courtroom without being heard.
6. Once your case is called, a coordinator will place you in an "open conference" mode if you are not designated as "listen only".
**7. On every occasion before speaking, you must identify yourself to the Court.**
8. Once your case has been heard and concluded by the Judge, please disengage from the call by hanging up the phone.
9. If you have multiple appearances during one calendar you will be charged the appearance fee for each separate matter except if the Judge hears your cases consecutively, in which case you will be charged one fee for all consecutive appearances, subject to the time increments set out below.

___

**EFFECTIVE FOR APPEARANCES ON OR AFTER MAY 1st 2009** YOUR INITIAL CHARGE FOR THIS COURT CONFERENCE APPEARANCE IS $30.00 AND WILL BE SUPPLEMENTED BASED ON THE LENGTH OF THE CALL AS FOLLOWS: 0-45 MINUTES - $30.00, 46-60 MINUTES - $37.00, 61 MINUTES AND ABOVE, AN ADDITIONAL $7.00 PER EACH ADDITIONAL 15 MINUTE INCREMENT. **NO SEPARATE STATEMENT WILL BE SENT.** IF YOU HAVE AN ACCOUNT WITH US (OR IF YOU PAID BY CREDIT CARD), YOUR ACCOUNT/CARD WILL BE CHARGED. OTHERWISE, PLEASE MAIL YOUR CHECK AND A COPY OF THIS CONFIRMATION/INVOICE TO: COURT CONFERENCE, 6383 ARIZONA CIRCLE, LOS ANGELES, CA 90045.

Brandon Dais [CS]     OUR TAX ID# IS: 95-4568415