UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., ) | |
| Debtors. ) | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

      Brian A. Bucher, being duly sworn, deposes and says:

      1.    I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned proceeding. I am employed by the law firm of Wachtell, Lipton, Rosen & Katz, counsel for JPMorgan Chase Bank, N.A. in the above-captioned proceeding.

      2.    On April 26, 2011, I caused a copy of the **Notice of Intent to Participate in Discovery Related to Plan Confirmation**, to be served by Federal Express upon the parties listed on the service list attached hereto as Exhibit A.

                                               _____
                                                  Brian A. Bucher

Sworn to before me this
26th Day of April, 2011

_____

A KAITLIN ZYLICH
NOTARY PUBLIC, State of New York
No. 01ZY6176995
Qualified in Tompkins County
Commission Expires Nov. 5, 2011

# EXHIBIT A

## BY FEDEX

Weil Gotshal & Manges LLP,
767 Fifth Avenue
New York, New York 10153
Attn: Richard P. Krasnow, Esq.,
Lori R. Fife, Esq., Shai Y. Waisman, Esq.,
and Jacqueline Marcus, Esq.,
*Attorneys for the Debtors*

Milbank, Tweed, Hadley & McCloy LLP,
1 Chase Manhattan Plaza,
New York, New York 10005,
Attn: Dennis F. Dunne, Esq.,
Dennis O'Donnell, Esq., and
Evan R. Fleck, Esq.,
*Attorneys for the Creditors' Committee*