UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                    :
In re                                               :     Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :     08-13555 (JMP)
                                                    :     (Jointly Administered)
                           Debtors.                 :
                                                    :
---------------------------------------------------------------x     Ref. Docket Nos. 8158, 8237,
                                                          14929, 14930, 15975, 16118, 16124,
                                                          16128-16139, 16142, 16144-16148,
                                                          16151-16165

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 21, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
26th day of April, 2011

*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 8158, 8237, 14929, 14930, 15975, 16118, 16124, 16128-16139, 16142, 16144-16148, 16151-16165_AFF_04-21-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                           |
In re                                      |   Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     |   08-13555 (JMP)
                                           |
                                           |   (Jointly Administered)
              Debtors.                     |
                                           |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  BARCLAYS BANK PLC                              BARCLAYS BANK PLC
          ATTN: MARK MANSKI, MANAGING DIRECTOR           CLEARY GOTTLIEB STEEN & HAMILTON LLP
          200 PARK AVENUE                                ATTN: LINDSEE P. GRANFIELD, ESQ.
          NEW YORK NY 10166                              ONE LIBERTY PLAZA
                                                         NEW YORK NY 10006
```

Please note that your claim # 18074-02 in the above referenced case and in the amount of
      $9,731,000.00        has been transferred **(unless previously expunged by court order)**

```
          KING CAPITAL LTD                               KING CAPITAL LTD
          TRANSFEROR: BARCLAYS BANK PLC                  MANAGING CLERK
          ONE DEER PARK COURT                            RICHARDS KIBBE & ORBE LLP
          GREENWICH CT 06830                             ONE WORLD FINANCIAL CENTER
                                                         NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 8158       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/21/2011                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 21, 2011.

**EXHIBIT B**

TIME: 11:20:03
DATE: 04/21/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ASPIN WILLIAM RAYMOND | FLT D1 10/F GREENERY GARDEN 2A MOUNT DAVIS ROAD POKFULAM HK   HONG KONG |
| AU KI PING KATHY | FLAT F 23/F BLOCK 6 RIVIERA GARDEN TSUEN WAN NT   HONG KONG |
| BARCLAYS BANK PLC | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BARCLAYS BANK PLC | ATTN: MARK MANSKI, MANAGING DIRECTOR 200 PARK AVENUE NEW YORK NY 10166 |
| BARCLAYS BANK PLC | TRANSFEROR: EFG BANK AG 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CHAN CHI, KUEN | 3/F TAT MING INDUSTRIAL BUILDING NO 44-52 TA CHUEN PING STREET KWAI CHUNG   HONG KONG |
| CHAN KIT, YUE | FLT G 22/F CHENGTU HOUSE TSUEN WAN CENTRE TSUEN WAN, NT   HONG KONG |
| CHAN YUET, SUM | NO.5 5/F KING LAM CT HONG LAM YUEN SHATIN, NT   HONG KONG |
| CHEUNG KIT, FONG & LAU SIN, YING | FLT F 15/F BLK 7 WHAMPOA GARDEN SITE 9 HUNG HOM, KLN   HONG KONG |
| CHEUNG YUK CHEE | FLAT B1 18/F BLOCK B GOLDEN CASTLE MANSION 5-13 FORTRESS HILL ROAD NORTH POINT HK   HONG KONG |
| CHING YIN KAI ANNA | ROOM 2 3/F BLOCK A PARK VIEW COURT NO. 1 LYTTELTON ROAD MID-LEVELS HK   HONG KONG |
| CHIU CHOI SOOK CHUN | FLAT H 5/F BLOCK 1 VILLA CONCERTO SYMPHONY BAY SAI KUNG, NT   HONG KONG |
| CHIU WAI, SUM | 1/F BLK 21 WAH ON VILLA 138 SUN WAI TSUEN YUEN LONG, NT   HONG KONG |
| CHUNG NGOK CHEONG / YUK HEUNG | FLAT C 5/F TOWER 2 MARBELLA MA ON SHAN, NT   HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SERENGETI OVERSEAS MM L.P. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| EFG BANK AG | GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166 |
| EFG BANK AG | BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND |
| GOLDMAN, SACHS & CO. | TRANSFEROR: KING CAPITAL LTD 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| KAN LAI FONG/LAM HOK CHUN | 4/F 4 KWAN YICK ST KENNEDY TOWN HK   HONG KONG |
| KEI FUNG CHU | ROOM 1028 10/F BLOCK H LOK CHEE LAU LOK MAN SUN CHUEN 111 KO SHAN ROAD TO KWA WAN KLN   HONG KONG |
| KEPLER-FONDS KAPITALANLAGEGESELLSCHAFT MBH | ATTN: MAG. REINHARD TRINKL A-4020 LINZ EUROPAPLATZ 1A AUSTRIA |
| KEPLER-FONDS KAPITALANLAGEGESELLSCHAFT MBH | ATTN: MAG. REINHARD TRINKI A-4020 LINZ EUROPAPLATZ 1A AUSTRIA |
| KING CAPITAL LTD | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| KING CAPITAL LTD | TRANSFEROR: BARCLAYS BANK PLC ONE DEER PARK COURT GREENWICH CT 06830 |
| KWAN TONG SHUI | ROOM 5 3/F KWAI SHUE HOUSE LEI MUK SHUE ESTATE KWAI CHUNG NT   HONG KONG |
| KWOK YUK, YING | HOUSE K PINE VILLA CLEAR WATER BAY ROAD CLEAR WATER BAY SAI KUNG, NT   HONG KONG |
| LAI KIT FONG / LAI YUK LUI | 5/F 9 WAI FUNG STREET AP LEI CHAU, HK   HONG KONG |
| LAM ME YIN | FLT H 52/F TOWER 2 THE BELCHER'S 89 POKFULAM ROAD POK FU LAM HK   HONG KONG |
| LAM WUNG HPANG | FLAT F 11/F BLOCK 1 VICTORIA CENTRE 15 WATSON ROAD NORTH POINT   HONG KONG |
| LAM YUK FUN | FLAT B 6/F BLOCK 6 GREENPARK VILLA 9 KAT CHEUNG CRESCENT FANLING, NT   HONG KONG |
| LAU TIT WAH | RM 1809 18/F KAR YAM HOUSE ON YAM ESTATE GARDEN NORTH POINT HK   HONG KONG |
| LEUNG KWOK FAN | FLAT G 4/F FU BON COURT FORTRESS GARDEN NORTH POINT HK   HONG KONG |
| LEUNG, FAI/YIM, SAU CHUN | 2/F NO 60 TAI WAI NEW VILLAGE SHATIN NT   HONG KONG |
| LUK MIU PING | ROOM 1112 WING MAU HOUSE SUI WO COURT SHATIN NT   HONG KONG |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: PACIFIC GAS AND ELECTRIC COMPANY ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT P NEW YORK NY 10036 |
| ODDO & CIE | TRANSFEROR: KEPLER-FONDS KAPITALANLAGEGESELLSCHAFT MBH C/O GIDE LOYRETTE NOUEL LLP ATTN: VANESSA TOLLIS 120 W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036 |
| ODDO & CIE | TRANSFEROR: KEPLER-FONDS KAPITALANLAGEGESELLSCHAFT MBH C/O GIDE LOYRETTE NOUEL LLP ATTN: VANESSA TOLLIS 120 W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036 |
| PACIFIC GAS AND ELECTRIC COMPANY | ATTN: TANYA WILLACY P.O. BOX 7442 SAN FRANCISCO CA 94120 |
| SERENGETI OVERSEAS MM L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SHAM WAI KIN PHILIP / TSO HEI CHUN | ROOM 3 2/F BLOCK B VILLA ROCHA 10 BROADWOOD ROAD HAPPY VALLEY HK   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: ASPIN WILLIAM RAYMOND 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: AU KI PING KATHY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHAN CHI, KUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHAN KIT, YUE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHAN YUET, SUM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHEUNG KIT, FONG & LAU SIN, YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHEUNG YUK CHEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHING YIN KAI ANNA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHIU CHOI SOOK CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHIU WAI, SUM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHUNG NGOK CHEONG / YUK HEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 11:20:03                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 04/21/11                                         CREDITOR LISTING

Name                                              Address
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: KAN LAI FONG/LAM HOK CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: KEI FUNG CHU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: KWAN TONG SHUI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: KWOK YUK, YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: LAI KIT FONG / LAI YUK LUI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: LAM ME YIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: LAM WUNG HPANG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: LAM YUK FUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: LAU TIT WAH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: LEUNG KWOK FAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: LEUNG, FAI/YIM, SAU CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: LUK MIU PING / TSO HEI CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: SHAM WAI KIN PHILIP / TSO HEI CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: WONG NG BIU / WONG MAN CHIU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: WONG YUK CHOI JOHNSON 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: YIP KAI CHIU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: YIP TUNG HOI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: YUEN HAN FUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
TACONIC CAPITAL PARTNERS 1.5 L.P.                 TRANSFEROR: GOLDMAN, SACHS & CO. C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVE., 8TH FLOOR NEW YORK NY 10022
TACONIC OPPORTUNITY FUND L.P.                     TRANSFEROR: GOLDMAN, SACHS & CO. C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVE., 8TH FLOOR NEW YORK NY 10022
WONG NG BIU / WONG MAN CHIU                       FLT C 12/F STAR COURT 4 MAN WAN ROAD HO MAN TIN KLN    HONG KONG
WONG YUK CHOI JOHNSON                             FLAT A 33/F BLOCK 13 LOCWOOD COURT KINGSWOOD VILLAS TIN SHUI WAS NT    HONG KONG
YIP KAI CHIU                                      FLAT A 3/F 12 BROADWAY MEI FOO SUN CHUEN LAI CHI KOK KLN    HONG KONG
YIP TUNG HOI                                      P.O. BOX 1119 SHEK WU HUI POST OFFICE SHEUNG SHUI, NT    HONG KONG
YUEN HAN FUNG                                     FLAT D 12/F BLOCK 6 WING FOK CENTRE FANLING NT HONG KONG

Total Number of Records Printed              76

                                                                                                               EPIQ BANKRUPTCY SOLUTIONS, LLC
```