UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
  In re                                                     :    Chapter 11 Case No.
                                                            :
  LEHMAN BROTHERS HOLDINGS INC., *et al.*,                  :    08-13555 (JMP)
                                                            :    (Jointly Administered)
                        Debtors.                            :
                                                            :
------------------------------------------------------------x    Ref. Docket Nos. 16101, 16126,
                                                                 16150

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 22, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
26th day of April, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 16101, 16126, 16150_AFF_04-22-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                            |
In re                                       |    Chapter 11 Case No.
                                            |
                                            |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,      |
                                            |    (Jointly Administered)
                                            |
           Debtors.                         |
                                            |
_____ |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:  CCP QUANTITATIVE MASTER FUND LIMITED
              CLIFFORD CHANCE US LLP
              ATTENTION: JENNIFER B. PREMISLER
              31 WEST 52ND STREET
              NEW YORK NY 10019-6131

Please note that your claim # 3482 in the above referenced case and in the amount of
         $25,867,557.00          has been transferred **(unless previously expunged by court order)**

              SUCCESSAL GROUP LLC
              TRANSFEROR: CCP QUANTITATIVE MASTER FUND LIMITED
              C/O RICHARDS KIBBE & ORBE
              ATTN: LARRY HALPERIN
              ONE WORLD FINANCIAL CENTER
              NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 16101      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2011                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 22, 2011.

# EXHIBIT B

```
TIME: 18:38:21                                          LEHMAN BROTHERS HOLDING INC.                                                              PAGE:   1
DATE: 04/22/11                                               CREDITOR LISTING

Name                                    Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES    TRANSFEROR: ODDO & CIE C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
MASTER FUND, LP
ALDEN GLOBAL OPPORTUNITIES MASTER FUND,  TRANSFEROR: ODDO & CIE C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVE, 34TH FLOOR NEW YORK NY 10022
LP
CCP QUANTITATIVE MASTER FUND LIMITED     CLIFFORD CHANCE US LLP ATTENTION: JENNIFER B. PREMISLER 31 WEST 52ND STREET NEW YORK NY 10019-6131
HBK MASTER FUND L.P.                     TRANSFEROR: JP MORGAN CHASE, NA. C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
JP MORGAN CHASE, NA.                     DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
JP MORGAN CHASE, NA.                     TRANSFEROR: KOREAN AIRLINES CO., LTD. ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
ODDO & CIE                               TRANSFEROR: KEPLER-FONDS KAPITALANLAGEGESELLCHAFT MBH C/O GIDE LOYRETTE NOUEL LLP ATTN: VANESSA TOLLIS 120 W. 45TH STREET, 19TH FLOOR
                                         NEW YORK NY 10036
ODDO & CIE                               TRANSFEROR: KEPLER-FONDS KAPITALANLAGEGESELLSCHAFT MBH C/O GIDE LOYRETTE NOUEL LLP ATTN: VANESSA TOLLIS
                                         120 W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036
SUCCESSAL GROUP LLC                      TRANSFEROR: CCP QUANTITATIVE MASTER FUND LIMITED C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER
                                         NEW YORK NY 10281


Total Number of Records Printed          9
```

EPIQ BANKRUPTCY SOLUTIONS, LLC