Hearing Date: May 18, 2011 at 10:00 a.m.<br>
Objection Deadline: May 11, 2011 at 4:00 p.m.

Edward H. Tillinghast, III, Esq.
Blanka K. Wolfe, Esq.
**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

*Counsel for Evangelical Christian Credit Union*

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>                Debtors. | Case No. 08-13555 (JMP)<br><br>Chapter 11<br><br>(Jointly Administered) |

### NOTICE OF HEARING ON MOTION OF EVANGELICAL CHRISTIAN CREDIT UNION PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that a hearing (the "**Hearing**") shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004, on **May 18, 2011 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, to consider the *Motion of Evangelical Christian Credit Union Pursuant to Section 362(d) of the Bankruptcy Code for Relief from the Automatic Stay* (the "**Motion**") filed by Evangelical Christian Credit Union ("**ECCU**").

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall set forth the name of the

W02-WEST:7BXL1\403395596.1    -1-

objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format, and shall be served upon: (i) the chambers of the Honorable James M. Peck, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Courtroom 601, One Bowling Green, New York, New York 10004; (ii) Weil Gotshal & Manges LLP (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq. and Jacqueline Marcus, Esq.), 767 Fifth Avenue, New York, New York 10153, counsel for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq. and Tracy Hope Davis, Esq.), 33 Whitehall Street, 21st Floor, New York, New York 10004; (iv) Milbank, Tweed, Hadley & McCloy LLP (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan R. Fleck, Esq.),  1 Chase Manhattan Plaza, New York, New York 10005, counsel for the Creditors' Committee; and (v) Sheppard Mullin Richter & Hampton LLP (Attn: Edward H. Tillinghast, III, Esq. and Blanka K. Wolfe, Esq.), 30 Rockefeller Plaza, New York, New York, 10112, counsel to ECCU, **so as to be received no later than May 11, 2011 at 4:00 p.m. (Prevailing Eastern Time)** (the "**Objection Deadline**").

      **PLEASE TAKE FURTHER NOTICE** that if an objection to the Motion is not filed and served by the Objection Deadline in accordance with this notice and the *Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007*

*Implementing Certain Notice and Case Management Procedures* [Docket No. 9635], the Court may grant the relief requested in the Motion without further notice and hearing.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without notice to any creditor or other party in interest other than by announcement of the adjourned date in open court on the date of the Hearing.

Dated:  April 26, 2011
        New York, NY

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By:  /s/ Edward H. Tillinghast, III
     Edward H. Tillinghast, III, Esq.
     Blanka K. Wolfe, Esq.
     30 Rockefeller Plaza
     New York, New York 10112
     Tel: (212) 653-8700
     Fax: (212) 653-8701
     E-mail: etillinghast@sheppardmullin.com
             bwolfe@sheppardmullin.com

*Counsel for Evangelical Christian Credit Union*