# Exhibit D
**(The SunCal Grant Deed)**

W02-WEST:7BXL1\403395597.2

```
DOC # 2007-0663048
10/29/2007 08:00A Fee:42.00
Page 1 of 6 Doc T Tax Paid
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder
```

RECORDING REQUESTED BY:

FIDELITY NATIONAL TITLE COMPANY
Order No. 9843307-BB
Escrow No. _____

WHEN RECORDED MAIL TO:

Suncal Emerald Meadows, LLC
2392 Morse Avenue
Irvine, CA 92614
Attn: Bruce V. Cook, Esq.

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|----|------|-----|------|
| 1 |   |   | 6    |      |    |    |      |     |      |
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM |
| 179101002-9 |   |   |   | v-K |   | 129 | CTY | UNI | 051 |

APN: 179-130-004,007; 179-170-002,005
TRA: 099-037

(Space Above for Recorder's Use)

DOCUMENTARY TRANSFER TAX IS Not a Part of Public Records
____ Computed on the consideration or value of property conveyed, OR
____ Computed on the consideration or value less liens or encumbrances remaining at time of sale.

(42)  T 051

## GRANT DEED

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, LIFE CHURCH OF GOD IN CHRIST, a California nonprofit religious corporation, hereby grants to SUNCAL EMERALD MEADOWS LLC, a Delaware limited liability company, that certain real property located in the County of Riverside, State of California, more particularly described in the legal description attached hereto as Exhibit "1", subject to all covenants, conditions, restrictions, reservations, and easements of record.

Dated  MAY 16 , 2006

LIFE CHURCH OF GOD IN CHRIST, a
California nonprofit religious corporation
By: _____
Its: PASTOR / CEO
RON M. GIBSON
AKA RONNIE M. GIBSON

538/023169-0001
705621.03 a05/16/06

-1-

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF Riverside    )

On May 16, 2006, before me, the undersigned, a Notary Public in and for said County and State, personally appeared Ronnie M. Gibson, _____,
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____Cecil C. Bennett_____
Notary Public

[Notary Seal: CECELIA A. BENNETT, Comm. # 1385057, NOTARY PUBLIC - CALIFORNIA, Riverside County, My Comm. Expires Nov. 17, 2006]

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF _____ )

On _____, _____, before me, the undersigned, a Notary Public in and for said County and State, personally appeared _____,
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary Public

Government Code 27361.7

I certify under the penalty of perjury that the notary seal on this document read as follows:

| | |
|---|---|
| Name of Notary: | Cecelia A. Bennett |
| Date Commission Expires: | November 17, 2006 |
| County where bond is Filed: | Riverside |
| Commission No.: | 1385057 |
| Manufacturer/Vendor No.: | VSI1 |

Place of execution - Newport Beach          Date - October 26, 2007

_____
**FIDELITY NATIONAL TITLE COMPANY**

# EXHIBIT " 1 "

PARCEL 43: (APN 179-130-004, 007, AND 179-170-002, 005)

PARCEL 43A:

THAT PORTION OF LOT 2 OF ARTHUR PARKS TRACT, AS SHOWN BY MAP ON FILE IN BOOK 1 PAGE(S) 21, OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE NORTHWESTERLY LINE OF SAID LOT, 624 FEET NORTHEASTERLY FROM THE SOUTHWESTERLY CORNER THEREOF, SAID POINT BEING THE NORTHERLY CORNER OF THAT CERTAIN PARCEL OF LAND CONVEYED TO JAMES A. MCCLAIN AND NANCY A. MCCLAIN, HIS WIFE, BY DEED RECORDED AUGUST 9, 1922 IN BOOK 560 PAGE 479, OF DEEDS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA; THENCE SOUTH 59°16' EAST, ALONG THE NORTHERLY LINE OF SAID PARCEL, 502 FEET, TO A POINT IN THE EASTERLY LINE OF SAID LOT 2; THENCE NORTH 53°39' EAST, ALONG SAID EASTERLY LINE 179.6 FEET; THENCE NORTH 59°16' WEST 550.43 FEET, TO THE NORTHWESTERLY LINE OF SAID LOT 2; THENCE SOUTH 38° WEST, ALONG SAID NORTHWESTERLY LINE, 167 FEET, TO THE POINT OF BEGINNING;

EXCEPTING THEREFROM THE NORTHWESTERLY 40 FEET CONVEYED TO THE COUNTY OF RIVERSIDE BY DEED RECORDED DECEMBER 31, 1946 AS INSTRUMENT NO. 4018 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA;

ALSO EXCEPTING THEREFROM THAT PORTION CONVEYED TO THE COUNTY OF RIVERSIDE, IN A DEED RECORDED MARCH 19, 1964 AS INSTRUMENT NO. 34403 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

PARCEL 43B:

THAT PORTION OF LOT 2 OF ARTHUR PARKS TRACT, AS SHOWN BY MAP ON FILE IN BOOK 1 PAGE(S) 21, OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE NORTHWESTERLY LINE OF SAID LOT 791 FEET NORTHEASTERLY FROM THE SOUTHWESTERLY CORNER THEREOF, SAID POINT BEING THE NORTHERLY CORNER OF THAT CERTAIN PARCEL OF LAND CONVEYED TO ALBERT C. ADIX AND MABLE N. ADIX, HIS WIFE, BY DEED RECORDED NOVEMBER 23, 1929 IN BOOK 832 PAGE 314, OF DEEDS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA; THENCE SOUTH 59°16' EAST, ALONG THE NORTHERLY LINE OF SAID PARCEL, 55043 FEET, TO A POINT IN THE EASTERLY LINE OF SAID LOT 2; THENCE NORTH 53°39' EAST, ALONG SAID EASTERLY LINE, 243.1 FEET; THENCE NORTH 59°16' EAST 616.7 FEET TO THE NORTHWESTERLY LINE OF SAID LOT 2; THENCE SOUTH 38° WEST, ALONG SAID NORTHWESTERLY LINE, 225.8 FEET TO THE POINT OF BEGINNING;

EXCEPTING THEREFROM THE NORTHWESTERLY 40 FEET CONVEYED TO THE COUNTY OF RIVERSIDE, BY DEED RECORDED DECEMBER 31, 1946 AS INSTRUMENT NO. 4018 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA;

ALSO EXCEPTING THEREFROM THAT PORTION CONVEYED TO THE COUNTY OF RIVERSIDE, IN A DEED RECORDED MARCH 19, 1964 AS INSTRUMENT NO. 34403 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

PARCEL 43C:

THAT PORTION OF LOT 2 OF ARTHUR PARKS TRACT, AS SHOWN BY MAP ON FILE IN

BOOK 1 PAGE(S) 21, OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE NORTHWESTERLY LINE OF SAID LOT 1016.8 FEET NORTHEASTERLY FROM THE SOUTHWESTERLY CORNER THEREOF, SAID POINT BEING THE MOST WESTERLY CORNER OF THAT CERTAIN PARCEL OF LAND CONVEYED TO JACK PREDIADO AND WILLIAM S. STEVENS BY DEED RECORDED MARCH 14, 1941 IN BOOK 495 PAGE 145 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA; THENCE NORTH 38° EAST, ALONG SAID NORTHWESTERLY LINE, 250 FEET; THENCE SOUTH 59°16' EAST, TO A POINT ON THE SOUTHEASTERLY LINE OF SAID LOT; THENCE SOUTH 53°39' WEST, ALONG SAID SOUTHEASTERLY LINE, 265 FEET, MORE OR LESS, TO THE SOUTHEASTERLY CORNER OF THE HEREIN DESCRIBED PARCEL; THENCE NORTH 59°16' WEST, ALONG THE SOUTHWESTERLY LINE OF SAID PARCEL 616.7 FEET TO THE POINT OF BEGINNING;

EXCEPTING THEREFROM THE NORTHWESTERLY 40 FEET CONVEYED TO THE COUNTY OF RIVERSIDE, BY DEED RECORDED DECEMBER 31, 1946 AS INSTRUMENT NO. 4018 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA;

ALSO EXCEPTING THEREFROM THAT PORTION CONVEYED TO THE COUNTY OF RIVERSIDE, IN A DEED RECORDED MARCH 19, 1964 AS INSTRUMENT NO. 34403 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA;

ALSO EXCEPTING THEREFROM THAT PORTION DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE NORTHWESTERLY LINE OF SAID LOT 1266.8 FEET NORTHEASTERLY OF THE SOUTHWEST CORNER OF SAID LOT 2; THENCE SOUTH 59°16' EAST 150 FEET; THENCE SOUTHWESTERLY PARALLEL TO THE NORTHWESTERLY LINE OF SAID LOT, 130 FEET; THENCE NORTH 59°16' WEST 150 FEET; THENCE NORTH 38° EAST, ALONG THE NORTHWESTERLY LINE OF SAID LOT 2, TO THE POINT OF BEGINNING.

PARCEL 43D:

ALL THAT PORTION OF LOT 1 OF ARTHUR PARKS TRACT, AS SHOWN BY MAP ON FILE IN BOOK 1, PAGE(S) 21, OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, AND THOSE PORTIONS OF LOT 9 AND OF THAT CERTAIN PARCEL OF LAND DESIGNATED AS "LANDS OF W.W. CARR, 13.75 AC.", AS SHOWN ON MAP OF THE RIVERSIDE LAND AND IRRIGATING COMPANY'S TURBINE TRACT, ON FILE IN BOOK 5 PAGE 116, OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE MOST SOUTHERLY CORNER OF SAID PARCEL DESIGNATED AS "LANDS OF W.W. CARR"; THENCE NORTH 59°58' WEST ALONG THE NORTHEASTERLY LINE OF THE COUNTY ROAD AS SHOWN ON MAP LAST AFORESAID, 395.18 FEET, TO AN ANGLE POINT THEREIN; THENCE NORTH 60° WEST, ALONG THE NORTHEASTERLY LINE OF SAID COUNTY ROAD, 131.02 FEET FOR THE POINT OF BEGINNING; THENCE NORTH 33°53' EAST, 528.49 FEET (FORMERLY RECORDED 528.45 FEET); THENCE NORTH 45°36' (FORMERLY RECORDED NORTH 45°37' EAST), 265.00 FEET; THENCE NORTH 54°06' EAST, 129.73 FEET; THENCE NORTH 59°09' WEST, PARALLEL WITH THE NORTHEASTERLY LINE OF SAID ARTHUR PARKS TRACT, 804.14 FEET TO A POINT ON THE NORTHWESTERLY LINE OF LOT 1 OF SAID ARTHUR PARKS TRACT, 804.14 FEET TO A POINT ON THE NORTHWESTERLY LINE OF LOT 1 OF SAID ARTHUR PARKS TRACT; THENCE SOUTH 53°43' WEST (FORMERLY RECORDED SOUTH 53°30' WEST) ALONG THE NORTHWESTERLY LINE OF SAID LOT 1, 426.89 FEET TO THE MOST WESTERLY CORNER OF SAID LOT 1; THENCE SOUTH 59°34' EAST (FORMERLY RECORDED SOUTH 59°45' EAST) ALONG THE SOUTHWESTERLY LINE OF SAID LOT 1, 345.84 FEET TO AN ANGLE POINT THEREIN; THENCE SOUTH 24°04' EAST (FORMERLY RECORDED SOUTH

24°30' EAST) ALONG THE SOUTHWESTERLY LINE OF SAID LOT 1, 362.34 TO THE MOST SOUTHERLY CORNER OF SAID LOT 1; THENCE SOUTH 52°41' WEST ALONG THE SOUTHEASTERLY LINE OF SAID ARTHUR PARKS TRACT, 95.31 FEET (FORMERLY RECORDED SOUTH 52°30' WEST 95.70 FEET) TO AN ANGLE POINT THEREIN; THENCE SOUTH 35°34' WEST (FORMERLY RECORDED SOUTH 37° WEST) ALONG THE SOUTHEASTERLY LINE OF SAID ARTHUR PARKS TRACT, 219.90 FEET, MORE OR LESS, TO A POINT ON THE NORTHEASTERLY LINE OF THE COUNTY ROAD AS SHOWN ON SAID MAP OF RIVERSIDE LAND AND IRRIGATING COMPANY'S TURBINE TRACT; THENCE SOUTH 60°00' EAST, ALONG SAID NORTHEASTERLY LINE, 235.79 FEET TO THE POINT OF BEGINNING;

EXCEPTING THEREFROM ANY PORTION THEREOF LYING EASTERLY OF THE JURUPA DITCH AS LOCATED ON APRIL 9, 1918, BEING THE DATE OF DEED TO H.M. VANDERLICE, TO THE POINT WHERE L.W. WILSON TAKES HIS WATER THROUGH A WOODEN FLUME;

ALSO EXCEPTING THEREFROM ALL LAND LYING EASTERLY OF SAID WOODEN FLUME EXTENDING TO THE COUNTY ROAD.

PARCEL 43E:

PARCEL 2 OF PARCEL MAP 6868, AS SHOWN BY MAP ON FILE IN BOOK 24 PAGE(S) 53 AND 54, OF PARCEL MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.