## Exhibit F
### (The Spreader Agreement)

**PREPARED BY AND UPON
RECORDATION RETURN TO:**

Weil, Gotshal & Manges LLP
1395 Brickell Avenue
Suite 1200
Miami, Florida 33131
Attention: Beatriz Azcuy-Diaz



DOC # 2008-0485910
09/04/2008 08:00A Fee:180.00
Page 1 of 44
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
| 3 | | N | 44 | | 1 | | | | |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
| | | | | | | T: | | CTY | UNI | 044 |

OR-35991S068-SB

SPACE RESERVED FOR RECORDER'S USE         180

T
044

# SPREADER AGREEMENT AND MODIFICATION OF DEED OF TRUST, SECURITY AGREEMENT, ASSIGNMENT OF LEASES AND RENTS, AND FIXTURE FILING

THIS SPREADER AGREEMENT AND MODIFICATION OF DEED OF TRUST, SECURITY AGREEMENT, ASSIGNMENT OF LEASES AND RENTS, AND FIXTURE FILING (this "Agreement") is made and entered into as of this 31ˢᵗ day of August 2008 by and among SUNCAL EMERALD MEADOWS LLC, a Delaware limited liability company ("Trustor"), FIDELITY NATIONAL TITLE INSURANCE COMPANY ("Trustee"), and LEHMAN COMMERCIAL PAPER INC., a Delaware corporation, as Syndication Agent, Administrative Agent and Lender (as such terms are defined in the Loan Agreement (as hereinafter defined)) ("Beneficiary").

## R E C I T A L S:

A.    Beneficiary, SunCal Communities I, LLC, a Delaware limited liability company ("SunCal I Borrower"), and SunCal Communities III, LLC, a Delaware limited liability company ("SunCal III Borrower" and together with the SunCal I Borrower, the "Borrowers"), among others, previously entered into to that certain Credit Agreement dated as of November 17, 2005 (as heretofore amended and/or supplemented, the "Loan Agreement"), pursuant to which Beneficiary agreed to make to Borrowers a loan in an amount of up to $395,313,713.37 (the "Loan"). Initially capitalized terms used but not defined herein shall have the meanings ascribed to them in the Loan Agreement.

B.    The Loan is secured, in part, by that certain Guarantee and Collateral Agreement dated November 17, 2005 made by, inter alios, the Borrowers in favor of Beneficiary (as heretofore amended, the "Guarantee Agreement").

C.    Pursuant to the Assumption Agreement dated July 17, 2007 made by Trustor in favor of Beneficiary, Trustor become a party to the Guarantee Agreement.

D.    The obligations of Trustor created pursuant to the Guarantee Agreement are secured, in part, by that certain Deed of Trust, Security Agreement, Assignment of Leases and Rents and Fixture Filing dated as of July 17, 2007, made by Trustor to Trustee for the benefit of Beneficiary (the "Deed of Trust"), which Deed of Trust was recorded on July 19, 2007 in the

Official Records of the County of Riverside, State of California as Instrument No. 2007-0471396
and encumbers that certain property legally described on Exhibit A hereto.

      E.            Subsequent to the recordation of the Deed of Trust, on October 29, 2007,
that certain Grant Deed, dated as of May 16, 2006, made by the Life Church of God In Christ, a
California nonprofit religious corporation, in favor of Trustor (the "Grant Deed"), was recorded
in the Official Records of the County of Riverside, State of California, under Instrument Number
663048. Pursuant to the Grant Deed, Trustor acquired that certain property legally described on
Exhibit B attached hereto (the "Additional Land").

      F.            Trustor, Trustee and Beneficiary wish to enter into this Agreement to
modify the Deed of Trust in order to spread the lien of the Deed of Trust onto the Additional
Land and the personal property related thereto.

      NOW, THEREFORE, for and in consideration of the sum of Ten Dollars
($10.00) and other good and valuable consideration, the receipt and sufficiency of which are
hereby acknowledged, the parties hereto agree as follows:

      1.      Recitals. The foregoing recitals are true, complete and correct in all
respects.

      2.      Spread of Lien of Deed of Trust. Trustor hereby grants, bargains, sells,
assigns, releases, aliens, transfers, warrants, demises, conveys and mortgages to Trustee for the
benefit of Beneficiary forever and grants to Trustee for the benefit of Beneficiary forever a
continuing security interest in Trustor's right, title and interest in and to the Additional Land as if
the Additional Land had originally been mortgaged, conveyed, encompassed and described as
part of the "Land" (as defined in the Deed of Trust) in the Deed of Trust, and each and every
term, covenant and condition of the Deed of Trust is hereby incorporated by reference and hereby
reaffirmed and restated with respect to the Additional Land and made applicable to Trustor's
right, title and interest in and to the Additional Land. Without limiting the foregoing, the lien of
the Deed of Trust shall encumber and extend to and include all Equipment, Rent, and all other
personal property and Trust Property (as defined in the Deed of Trust) of any kind or nature
located on, appurtenant to, used in connection with, arising or derived from, out of or in
connection with, or otherwise related in any way or manner to the Additional Land as fully and
completely as if the Additional Land were initially a part of the "Land" under the Deed of Trust.

      3.      Modification to Deed of Trust. The Deed of Trust is hereby amended
such that all references to the term "Land" contained in the Deed of Trust shall be deemed to
include the Additional Land.

      4.      Confirmation of Power of Sale and Right of Reentry.    Trustor hereby
confirms that the Deed of Trust grants to the Trustee for the benefit of Beneficiary the power of
sale and right of re-entry with respect to the Trust Property (as such term is modified by this
Amendment).

      5.      Confirmation and Ratification. Trustor acknowledges and agrees that the
Deed of Trust constitutes a valid first lien upon the Trust Property (as such term is modified by
this Amendment) in favor of Trustee for the benefit of Beneficiary and that the Trust Property (as
such term is modified by this Amendment) is and shall remain subject to and encumbered by the
lien, charge and encumbrance of the Deed of Trust, and nothing herein contained shall affect or

be construed to affect the lien or encumbrance of the Deed of Trust or the priority thereof over other liens or encumbrances.

6.     <u>Future Modifications</u>. This Agreement may not be modified, amended, changed or terminated orally, but only by an agreement in writing signed by the party against whom the enforcement of the modification, amendment, change or termination is sought.

7.     <u>Governing Law</u>. This Agreement shall be interpreted, construed and enforced according to the laws of the State of New York, except that the laws of the State of California shall govern as to the creation, priority and enforcement of security interests granted herein. This choice of governing law is made pursuant to New York general obligation law Section 5-1401. Should any obligation or remedy under this Agreement be invalid or unenforceable pursuant to the laws provided herein to govern, the laws of the other state referred to hereinabove or of another state whose laws can validate and apply thereto shall govern.

8.     <u>Binding Upon Successors and Assigns</u>. This Agreement shall inure to the benefit of, and shall be binding upon, the parties hereto and their respective successors and assigns subject to the terms and conditions of the Loan Documents.

9.     <u>Severability</u>. In case any one or more of the provisions of this Agreement shall be invalid, illegal or unenforceable in any respect, the validity of the remaining provisions shall be in no way affected, prejudiced or disturbed thereby.

10.     <u>Counterparts</u>. This Agreement may be executed in any number of counterparts, each of which shall be an original but all of which together shall constitute one agreement. It shall not be necessary for the same counterpart to be signed by all parties in order for this instrument to be fully binding upon any party signing at least one counterpart.

11.     <u>Execution by Parties</u>. Each person executing this Agreement in a representative capacity acknowledges, warrants and represents that he is an official representative of the firm or corporation in whose name he is executing this Agreement and that he possesses full and complete authority to bind said firm or corporation to the full and faithful performance of all conditions, terms, provisions, covenants, warranties and representation as contained in this Agreement.

12.     <u>Further Assurances</u>. Trustor agrees that at any time, and from time to time, after the execution and delivery of this Agreement, it shall, upon the request of Beneficiary, execute and deliver such further documents and do such further acts and things as Beneficiary may reasonably request in order to more fully effectuate the purposes of this Agreement.

13.     <u>Headings</u>. The headings of the Sections of this Agreement are for convenience and reference only and shall not be considered a part hereof nor shall they be deemed to limit or otherwise affect any of the terms or provisions hereof.

14.     <u>WAIVER OF JURY TRIAL</u>. TRUSTOR AND BENEFICIARY HEREBY KNOWINGLY, VOLUNTARILY, AND INTENTIONALLY WAIVE THE RIGHT TO A TRIAL BY JURY IN RESPECT OF ANY LITIGATION BASED HEREON, ARISING OUT OF, UNDER OR IN CONNECTION WITH THIS AGREEMENT OR THE LOAN DOCUMENTS, OR ANY COURSE OF CONDUCT, COURSE OF DEALINGS, STATEMENTS (WHETHER VERBAL OR WRITTEN) OR ACTIONS OF EITHER PARTY;

THIS WAIVER BEING A MATERIAL INDUCEMENT FOR BENEFICIARY TO ENTER
INTO AND ACCEPT THIS AGREEMENT.

[SIGNATURES APPEAR ON THE FOLLOWING PAGE]

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the day and year first above written.

Signed, sealed and delivered in the presence of:

**TRUSTOR:**

_____

Name:_____

**SUNCAL EMERALD MEADOWS LLC, a**
Delaware limited liability company

By:_____
Name:    Bruce V. Cook
Title:    Authorized Signatory

_____

Name:_____

**BENEFICIARY:**

**LEHMAN COMMERCIAL PAPER INC., a**
Delaware corporation

By:_____Signed in Counterpart_____
Name: _____
Title: _____

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the day and year first above written.

Signed, sealed and delivered in the
presence of:

**TRUSTOR:**

**SUNCAL EMERALD MEADOWS LLC,** a
Delaware limited liability company

Name:_____

By:_____Signed in Counterpart_____
Name: _____
Title: _____

Name: Delia Rosario

**BENEFICIARY:**

**LEHMAN COMMERCIAL PAPER INC.,** a
Delaware corporation

By:_____
Name: John Nasfasi
Title: Authorized Signatory

STATE OF CALIFORNIA           )
                              )
COUNTY OF _Orange_____      )

On _August 22_____, 200_8_, before me _Rosemarie Dyvig__,(here insert name and title of the officer) a Notary Public, personally appeared _Bruce V. Cook_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. **[TRUSTOR]**

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

ROSEMARIE DYVIG
Commission # 1535739
Notary Public - California
Orange County
My Comm. Expires Dec 17, 2008

(SEAL)

STATE OF CALIFORNIA           )
                              )
COUNTY OF _____     )

On _____, 200__, before me, _____,(here insert name and title of the officer) a Notary Public, personally appeared _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. **[BENEFICIARY]**

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

(SEAL)

STATE OF CALIFORNIA        )
                                  )
COUNTY OF _____    )

On _____, 200___, before me, _____,(here insert name and title of the officer) a Notary Public, personally appeared _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. **[TRUSTOR]**

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

(SEAL)

New York
STATE OF CALIFORNIA       )
                               )
COUNTY OF __New York__    )

On _August 20,_, 200_8_, before me, __EDNA LANAHAN__,(here insert name and title of the officer) a Notary Public, personally appeared _JOHN NASTASI_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. **[BENEFICIARY]**

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Edna Lanahan_

```
         EDNA LANAHAN
NOTARY PUBLIC State of New York
      No. 01LA6070349
   Qualified in New York County
  Commission Expires March 4, 2010
```

(SEAL)

**Government Code 27361.7**

**I certify under the penalty of perjury that the notary seal on this document reads as follows:**

**Name of Notary:  Edna Lanahan**

**Date Commission Expires: March 4, 2010**

**County where bond is Filed:  New York, New York**

**Commission No.:  01LA6070349**

**Manufacturer/Vendor No.:  None Shown**

**Place of execution- Newport Beach**             **Date- 09/03/2008**

**FIDELITY NATIONAL TITLE COMPANY**

# EXHIBIT A

Legal Description

Attached.

PARCEL 1:

PARCEL 1A:           (APN 178-252-003)

THAT PORTION OF LOT 2 IN BLOCK 11 OF WEST RIVERSIDE IN THE COUNTY OF RIVERSIDE, STATE
OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 9 PAGE 34 OF MAPS, RECORDS OF SAN
BERNARDINO COUNTY, CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE CENTER LINE OF 30TH STREET (SHOWN AS FIRST
STREET ON SAID MAP) WITH THE NORTHEASTERLY PROLONGATION OF THE SOUTHEAST LINE OF
SAID LOT 2; THENCE NORTHWESTERLY 84.33 FEET ON SAID CENTER LINE OF 30TH STREET TO THE
TRUE POINT OF BEGINNING; THENCE NORTHWESTERLY 164.00 FEET, CONTINUING ON SAID
CENTER LINE; THENCE SOUTHWESTERLY 530.00 FEET PARALLEL WITH THE SOUTHEAST LINE OF
SAID LOT 2, THE SOUTHWEST LINE OF SAID LOT; THENCE SOUTHEASTERLY 164.00 FEET ON SAID
SOUTHWEST LINE TO THE INTERSECTION OF A LINE PARALLEL WITH THE SOUTHEAST LINE OF
SAID LOT 2 WHICH PASSES THROUGH THE TRUE POINT OF BEGINNING; THENCE NORTHEASTERLY
520.00 FEET ON LAST SAID LINE TO THE TRUE POINT OF BEGINNING.

EXCEPT THAT PORTION CONVEYED TO THE STATE OF CALIFORNIA BY DEED RECORDED JULY 27,
1959 AS INSTRUMENT NO. 64776 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

PARCEL 1B:           (APN 178-252-004)

THAT PORTION OF LOT 2 IN BLOCK 11 OF WEST RIVERSIDE IN THE COUNTY OF RIVERSIDE, STATE
OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 9 PAGE 34 OF MAPS, RECORDS OF SAN
BERNARDINO COUNTY, CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE CENTER LINE OF 30TH STREET (SHOWN AS FIRST
STREET ON SAID MAP) WITH THE NORTHEASTERLY PROLONGATION OF THE SOUTHEAST LINE OF
SAID LOT 2; THENCE NORTHWESTERLY 84.33 FEET ON SAID CENTER LINE OF 30TH STREET;
THENCE SOUTHWESTERLY 520.00 FEET PARALLEL WITH THE SOUTHEAST LINE OF SAID LOT 2 TO
THE SOUTHWEST LINE OF SAID LOT; THENCE SOUTHEASTERLY 84.33 FEET ON SAID SOUTHWEST
LINE TO THE MOST SOUTHERLY CORNER OF SAID LOT 2; THENCE NORTHEASTERLY 516.50 FEET
ON THE SOUTHEAST LINE OF SAID LOT, PROLONGED NORTHEASTERLY, TO THE POINT OF
BEGINNING.

PARCEL 2:           (APN 178-261-001)

ALL THAT PORTION OF LOT 1 IN BLOCK 11 OF WEST RIVERSIDE, AS SHOWN BY MAP ON FILE IN
BOOK 9, PAGE 34 OF MAPS, SAN BERNARDINO COUNTY RECORDS, DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEASTERLY CORNER OF LOT 1 WITH THE WESTERLY LINE OF 30TH
STREET (FORMERLY FIRST STREET); THENCE SOUTHEASTERLY ALONG THE SOUTHWESTERLY
LINE OF SAID 30TH STREET, A DISTANCE OF 426.5 FEET; THENCE SOUTHWESTERLY AT RIGHT
ANGLES TO 30TH STREET, A DISTANCE OF 440.69 FEET, MORE OR LESS, TO THE SOUTHWESTERLY
LINE OF LOT 1; THENCE NORTHWESTERLY ALONG THE SOUTHWESTERLY LINE OF LOT 1, A
DISTANCE OF 426.50 FEET, MORE OR LESS, TO THE NORTHWEST CORNER OF LOT 1; THENCE

NORTHEASTERLY ALONG THE NORTHWESTERLY LINE OF LOT 1, A DISTANCE OF 483.50 FEET TO THE POINT OF BEGINNING.

PARCEL 3:          (APN 178-261-002)

THE SOUTHERLY 4.00 ACRES OF LOT 1 IN BLOCK 11 OF WEST RIVERSIDE IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP RECORDED IN BOOK 9, PAGE 34 OF MAPS, RECORDS OF SAN BERNARDINO COUNTY, CALIFORNIA AND DESCRIBED AS FOLLOWS:

BEGINNING ON THE SOUTHWESTERLY LINE OF FIRST STREET, AT A POINT 426.50 FEET SOUTHEASTERLY FROM THE MOST NORTHERLY CORNER OF SAID LOT 1; THENCE RUNNING SOUTHWESTERLY AT RIGHT ANGLES TO FIRST STREET, THROUGH SAID LOT TO THE SOUTHWESTERLY LINE OF SAID LOT 1; THENCE SOUTHEASTERLY ON THE SOUTHWESTERLY LINE TO THE MOST SOUTHERLY CORNER OF SAID LOT 1; THENCE EASTERLY AND NORTHERLY ALONG THE MEANDERINGS OF THE SOUTHEASTERLY SIDE OF SAID LOT 1 TO THE MOST EASTERLY CORNER THEREOF ON THE SOUTHWESTERLY LINE OF FIRST STREET; THENCE NORTHWESTERLY ON THE SOUTHWESTERLY LINE OF FIRST STREET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM THAT PORTION CONVEYED BY FRED. A BAUMANN AND MINNIE BAUMANN, HIS WIFE, TO THE JURUPA DITCH COMPANY, A CORPORATION, BY DEED RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, STATE OF CALIFORNIA, IN BOOK 149, PAGE 122 OF DEEDS, SAID EXCEPTED PORTION BEING DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHWESTERLY LINE OF FIRST STREET, AT THE MOST EASTERLY CORNER OF SAID LOT 1; THENCE NORTHWESTERLY ON THE SOUTHWESTERLY LINE OF FIRST STREET, TO A POINT FROM WHICH A LINE DRAWN AT RIGHT ANGLES TO FIRST STREET, IN A SOUTHWESTERLY DIRECTION, WOULD INTEREST THE COURSE LINE OF SAID LOT RUNNING SOUTH 75° 37' WEST, WHEN EXTENDED 15.00 FEET INTO SAID LOT 1; THENCE AT RIGHT ANGLES TO SAID WESTERLY LINE OF FIRST STREET, IN A SOUTHWESTERLY DIRECTION TO THE INTERSECTION OF SUCH LINE RUNNING SOUTHWESTERLY AT RIGHT ANGLES TO FIRST STREET WITH THE COURSE LINE OF SAID LOT 1, RUNNING SOUTH 75° 37' WEST, WHEN EXTENDED 15.00 FEET INTO SAID LOT 1; THENCE SOUTHWESTERLY PARALLEL WITH THE COURSE LINE OF SAID LOT 1, RUNNING SOUTH 05° 55' WEST TO THE INTERSECTION OF SUCH PARALLEL LINE WITH THE COURSE LINE OF SAID LOT 1 RUNNING SOUTH 66° 22' WEST; THENCE EASTERLY AND NORTHERLY ALONG THE MEANDERINGS OF THE SOUTHEASTERLY SIDE OF SAID LOT 1 TO THE POINT OF BEGINNING.

PARCEL 4:          (APN 178-262-002)

THAT PORTION OF LOT 1 IN BLOCK 25 OF WEST RIVERSIDE, AS PER MAP RECORDED IN BOOK 9 PAGE 34 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST NORTHERLY CORNER OF SAID LOT 1; THENCE SOUTH 53° 00' 00" EAST 330.00 FEET TO THE MOST EASTERLY CORNER OF THE LAND DESCRIBED IN DEED TO JOSEPHINE F. BRIDSON RECORDED FEBRUARY 16, 1917 IN BOOK 454, PAGE 387 OF DEEDS; THENCE SOUTH 37° 00' 00" WEST 619.30 FEET ON THE SOUTHEAST LINE OF SAID LAND TO THE TRUE POINT OF BEGINNING; THENCE SOUTH 53° 00' 00" EAST 394.07 FEET, PARALLEL WITH SAID NORTHEAST LINE OF LOT 1 TO THE CENTER LINE OF "C" STREET; THENCE SOUTH 64° 53' 00" WEST 195.33 FEET ON SAID CENTERLINE OF "C" STREET TO THE CENTER LINE OF FIRST STREET; THENCE NORTH 53° 00' 00" WEST 302.69 FEET ON LAST SAID CENTERLINE TO THE MOST SOUTHERLY CORNER OF SAID LAND DESCRIBED IN DEED TO JOSEPHINE F. BRIDSON; THENCE NORTH 37° 00' 00" EAST 172.70 FEET ON THE SOUTHEAST LINE OF SAID LAND TO THE TRUE POINT OF BEGINNING.

EXCEPT THOSE PORTIONS IN SAID "C" STREET AND SAID FIRST STREET.

PARCEL 5:                (APN 178-262-001)

PARCEL 5A:

THAT PORTION OF LOT 1 IN BLOCK 25 OF WEST RIVERSIDE, AS SHOWN BY MAP ON FILE IN BOOK 9 PAGE 34 OF MAPS, RECORDS OF SAN BERNARDINO COUNTY, CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST NORTHERLY CORNER OF SAID LOT; THENCE SOUTH 53° EAST ON THE NORTHEASTERLY LINE OF SAID LOT, TO THE INTERSECTION WITH A LINE DRAWN PARALLEL WITH THE NORTHWESTERLY LINE OF SAID LOT, AND AT SUCH A DISTANCE FROM SAID NORTHWESTERLY LINE AS WILL INCLUDE IN THIS DESCRIPTION 6 ACRES OF LAND, NO MORE OR LESS; THENCE SOUTH 37° WEST ON SAID LINE DRAWN PARALLEL WITH THE NORTHWESTERLY LINE OF SAID LOT, 792 FEET, MORE OR LESS, TO THE CENTER LINE OF FIRST STREET; THENCE NORTH 53° WEST ON THE CENTER LINE OF FIRST STREET, TO THE INTERSECTION WITH THE NORTHWESTERLY LINE OF SAID LOT EXTENDED SOUTHWESTERLY; THENCE NORTH 37° EAST ON THE NORTHWESTERLY LINE OF SAID LOT TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM AN EASEMENT IN FAVOR OF THE PUBLIC OVER THAT PORTION INCLUDED IN FIRST STREET.

ALSO EXCEPTING THEREFROM THE FOLLOWING DESCRIBED PORTION:

BEGINNING AT THE MOST NORTHERLY CORNER OF SAID LOT 1; THENCE ALONG THE NORTHWESTERLY LINE OF SAID LOT, 1 SOUTH 37° 35' 34" WEST, 650.54 FEET; THENCE NORTH 84° 41' 12" EAST 450.53 FEET TO THE SOUTHEASTERLY LINE OF THAT CERTAIN PARCEL OF LAND AS CONVEYED TO JOSEPHINE F. BRIDSON BY DEED RECORDED FEBRUARY 16, 1917 IN BOOK 454 PAGE 387 OF DEEDS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA; THENCE ALONG SAID SOUTHEASTERLY LINE NORTH 37° 35' 34" EAST 344.26 FEET TO THE NORTHEASTERLY LINE OF SAID LOT 1; THENCE ALONG SAID NORTHEASTERLY LINE NORTH 52° 28' 59" WEST 330 FEET TO THE POINT OF BEGINNING.

PARCEL 5B:

THAT PORTION OF LOT 4 IN BLOCK 25 OF WEST RIVERSIDE, AS SHOWN BY MAP ON FILE IN BOOK 9 PAGE 34 OF MAPS, RECORDS OF SAN BERNARDINO COUNTY, CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST SOUTHERLY CORNER OF SAID LOT 4, BEING A POINT IN THE CENTER LINE OF FIRST STREET, AS SHOWN ON SAID MAP;,THENCE ALONG THE SOUTHEASTERLY LINE OF SAID LOT, NORTH 37° 35' 34" EAST 141.59 FEET TO A POINT DISTANT ALONG SAID SOUTHEASTERLY LINE SOUTH 37° 35' 34" WEST 650.54 FEET FROM THE MOST EASTERLY CORNER OF SAID LOT 4; THENCE COURSE "A", SOUTH 84° 41' 12" WEST 95.98 FEET TO THE BEGINNING OF A TANGENT CURVE, CONCAVE EASTERLY AND HAVING A RADIUS OF 25.00 FEET, AND WHICH CURVE IS TANGENT AT ITS SOUTHERLY TERMINUS WITH THE NORTHEASTERLY LINE OF SAID FIRST STREET; THENCE COURSE "B", SOUTHERLY ALONG SAID CURVE, THROUGH AN ANGLE OF 137° 09' 55", AN ARC DISTANCE OF 59.85 FEET TO SAID NORTHEASTERLY LINE OF FIRST STREET; THENCE AT RIGHT ANGLES TO SAID NORTHEASTERLY LINE SOUTH 37° 31' 17" WEST 33.00 FEET TO SAID CENTER LINE OF FIRST STREET; THENCE ALONG SAID CENTER LINE SOUTH 52° 28' 43" EAST 53.21 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM AN EASEMENT IN FAVOR OF THE PUBLIC OVER THAT PORTION INCLUDED WITHIN THE LINES OF SAID FIRST STREET.

PARCEL 6:            (APN 178-262-003)

THAT PORTION OF LOT 1, BLOCK 25 OF WEST RIVERSIDE, AS SHOWN BY A MAP ON FILE IN BOOK 9 PAGE 34, OF MAPS, RECORDS OF SAN BERNARDINO COUNTY, CALIFORNIA, DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT ON THE NORTHEASTERLY LINE OF SAID LOT 1, WHICH BEARS SOUTH 53° 00' EAST, A DISTANCE OF 330.0 FEET FROM THE MOST NORTHERLY CORNER OF SAID LOT 1; THENCE SOUTH 37° 00' WEST AND PARALLEL WITH THE NORTHWESTERLY LINE OF SAID LOT 1, A DISTANCE OF 515.93 FEET TO THE POINT OF BEGINNING OF THE PARCEL OF LAND TO BE DESCRIBED; THENCE SOUTH 53° 00' EAST AND PARALLEL WITH THE NORTHEASTERLY LINE OF SAID LOT 1, A DISTANCE OF 448.76 FEET TO A POINT IN THE CENTER LINE OF C STREET; THENCE SOUTH 64° 53' WEST ALONG THE CENTER LINE OF C STREET, A DISTANCE OF 116.95 FEET; THENCE NORTH 53° 00' WEST AND PARALLEL WITH THE NORTHEASTERLY LINE OF SAID LOT 1, A DISTANCE OF 394.07 FEET; THENCE NORTH 37° 00' EAST AND PARALLEL WITH NORTHWESTERLY LINE OF SAID LOT 1, A DISTANCE OF 103.37 FEET, TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM THAT PORTION INCLUDED IN C STREET.

PARCEL 7:            (APN 178-262-004)

THAT PORTION OF LOT 1, BLOCK 25 OF WEST RIVERSIDE, AS SHOWN ON A MAP ON FILE IN MAP BOOK 9, AT PAGE 34 THEREOF, RECORDS OF THE RECORDER'S OFFICE OF SAN BERNARDINO, CALIFORNIA, DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT ON THE NORTHEASTERLY LINE OF SAID LOT 1, WHICH BEARS SOUTH 53° 00' EAST, A DISTANCE OF 330 FEET FROM THE MOST NORTHERLY CORNER OF SAID LOT 1; THENCE SOUTH 37° 00' WEST AND PARALLEL WITH THE NORTHWESTERLY LINE OF SAID LOT 1, A DISTANCE OF 327 FEET, TO THE POINT OF BEGINNING OF THE PARCEL OF LAND TO BE DESCRIBED; THENCE SOUTH 53° 00' EAST AND PARALLEL WITH THE NORTHEASTERLY LINE OF SAID LOT 1, A DISTANCE OF 462 FEET, TO A POINT IN THE CENTER LINE OF C STREET; THENCE SOUTH 37° 00' WEST ALONG THE CENTER LINE OF C STREET, A DISTANCE OF 163.9 FEET; THENCE SOUTH 64° 53' WEST ALONG THE CENTER LINE OF C STREET, A DISTANCE OF 28.22 FEET; THENCE NORTH 53° 00' WEST AND PARALLEL WITH THE NORTHEASTERLY LINE OF SAID LOT 1, A DISTANCE OF 448.76 FEET; THENCE NORTH 37° 00' EAST AND PARALLEL WITH THE NORTHWESTERLY LINE OF SAID LOT 1, A DISTANCE OF 188.93 FEET, TO THE POINT OF BEGINNING.

EXCEPT THEREFROM THAT PORTION INCLUDED IN C STREET.

ALSO EXCEPT THEREFROM THAT PORTION CONVEYED TO THE STATE OF CALIFORNIA BY DEED RECORDED JUNE 22, 1959 AS INSTRUMENT NO. 54300, OFFICIAL RECORDS.

PARCEL 8:            (APN 178-290-005)

THAT PORTION OF LOT 2, AS SHOWN BY THE AMENDED MAP OF INDIAN HILL TRACT RECORDED IN BOOK 10 OF MAPS, PAGE 3, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE SOUTHEASTERLY PROLONGATION OF THE NORTHEASTERLY LINE OF SECOND STREET, DISTANT ALONG SAID PROLONGATION, SOUTH 52° 37' 12" EAST 29.30 FEET FROM THE COMMON CORNER OF LOTS "A" AND 2, AS SAID STREET AND LOTS ARE SHOWN ON SAID MAP; THENCE ALONG SAID PROLONGATION, SOUTH 52° 37' 12" EAST 310.70 FEET TO THE MOST SOUTHERLY CORNER OF THAT CERTAIN PARCEL OF LAND DESCRIBED AS PARCEL 4 IN DEED TO THE STATE OF CALIFORNIA RECORDED JUNE 7, 1957, IN BOOK 2100 OF OFFICIAL RECORDS, PAGE 151, IN SAID RECORDER'S OFFICE; THENCE ALONG THE SOUTHEASTERLY LINE OF SAID PARCEL 4, NORTH 37° 22' 48" EAST 183.80 FEET; THENCE NORTH 83° 13' 39" WEST 361.01 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM ALL WATER PERCOLATING OR FLOWING, OR BENEATH THE SURFACE THEREOF, AS RESERVED IN DEED FROM S. C. EVANS AND MARY S. EVANS, HIS WIFE, RECORDED MARCH 5, 1928, IN BOOK 722 OF DEEDS, PAGE 172, IN SAID RECORDER'S OFFICE.

PARCEL 9:          (APN 178-300-001)

THAT PORTION OF LOT 13 OF THE RIVERSIDE LAND AND IRRIGATING COMPANY'S TURBINE TRACT, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA AS PER MAP RECORDED IN BOOK 5, PAGE 116 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST WESTERLY CORNER OF SAID LOT 13; THENCE NORTH 37° 00' EAST, ALONG THE NORTHWESTERLY LINE OF SAID LOT 13, BEING THE SOUTHEASTERLY LINE OF "C" STREET, A DISTANCE OF 63.00 FEET; THENCE SOUTH 53° 00' EAST, AND PARALLEL WITH THE SOUTHWESTERLY LINE OF SAID LOT 13, A DISTANCE OF 112.47 FEET, TO A POINT ON THE SOUTHEASTERLY LINE OF SAID LOT 13; THENCE SOUTH 74° 00' WEST, ALONG THE SOUTHEASTERLY LINE OF SAID LOT 13, A DISTANCE OF 78.88 FEET, TO THE MOST SOUTHERLY CORNER OF SAID LOT 13; THENCE NORTH 53° 00' WEST, ALONG THE SOUTHWESTERLY LINE OF SAID LOT 13, A DISTANCE OF 65.00 FEET, TO THE POINT OF BEGINNING.

PARCEL 10:          (APN 178-300-002)

THAT PORTION OF LOT 13 OF THE RIVERSIDE LAND AND IRRIGATING COMPANY'S TURBINE TRACT, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 5, PAGE(S) 116 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT WHICH BEARS NORTH 37° 00' EAST A DISTANCE OF 63 FEET FROM THE MOST WESTERLY CORNER OF SAID LOT 13; THENCE NORTH 37° 00' EAST, ALONG THE NORTHWESTERLY LINE OF SAID LOT 13, BEING THE SOUTHEASTERLY LINE OF "C" STREET, A DISTANCE OF 60.00 FEET; THENCE SOUTH 53° 00' EAST, AND PARALLEL WITH THE SOUTHWESTERLY LINE OF SAID LOT 13, A DISTANCE OF 157.68 FEET TO A POINT ON THE SOUTHEASTERLY LINE OF SAID LOT 13; THENCE SOUTH 74° 00' WEST, ALONG THE SOUTHEASTERLY LINE OF SAID LOT 13, A DISTANCE OF 75.13 FEET; THENCE NORTH 53° 00' WEST, A DISTANCE OF 112.47 FEET TO THE POINT OF BEGINNING.

PARCEL 11:          (APN 178-300-003)

THAT PORTION OF LOT 13 OF RIVERSIDE LAND AND IRRIGATING COMPANY, TURBINE TRACT, AS SHOWN BY MAP ON FILE IN BOOK 5, PAGE 116 OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE NORTHWESTERLY LINE OF SAID LOT 13 THAT BEARS NORTH 37°
EAST, 123.00 FEET FROM THE MOST WESTERLY CORNER THEREOF; THENCE NORTH 37° EAST ON
THE NORTHWESTERLY LINE OF SAID LOT, 175.00 FEET, MORE OR LESS, TO THE MOST WESTERLY
CORNER OF SAID PARCEL OF LAND CONVEYED TO OLIVER WILSON, ET UX, BY DEED FROM IZOLA
MAYFIELD RECORDED JANUARY 26, 1951 AS INSTRUMENT NO. 3917 OF OFFICIAL RECORDS OF
RIVERSIDE COUNTY, CALIFORNIA; THENCE SOUTH 53° EAST ON THE SOUTHWESTERLY LINE OF
SAID PARCEL CONVEYED TO WILSON, 303.15 FEET, MORE OR LESS, TO A POINT ON THE
SOUTHEASTERLY LINE OF SAID LOT 13; THENCE SOUTH 74° WEST ON THE SOUTHEASTERLY LINE
OF SAID LOT, 220.00 FEET, MORE OR LESS, TO THE SOUTHEASTERLY CORNER OF THAT CERTAIN
PARCEL OF LAND CONVEYED TO DANIEL R. HOLLIS, ET UX, BY DEED FROM IZOLA MAYFIELD
RECORDED FEBRUARY 25, 1952 IN BOOK 1344, PAGE 363 OF OFFICIAL RECORDS OF RIVERSIDE
COUNTY, CALIFORNIA; THENCE NORTH 53° WEST ON THE NORTHWESTERLY LINE OF SAID
PARCEL CONVEYED TO HOLLIS, 157.68 FEET, MORE OR LESS, TO THE POINT OF BEGINNING.

PARCEL 12:        (APN 178-300-004)

THAT PORTION OF LOT 13 OF RIVERSIDE LAND AND IRRIGATING COMPANY'S TURBINE TRACT, AS
SHOWN BY MAP ON FILE IN BOOK 5 PAGE 116 OF MAPS, RECORDS OF RIVERSIDE COUNTY,
CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE NORTHWEST LINE OF SAID LOT 13, BEING A POINT ON THE
EASTERLY LINE OF "C" STREET OF WEST RIVERSIDE, WHICH BEARS SOUTH 37° 00' WEST, A
DISTANCE OF 795.74 FEET, FROM THE MOST NORTHERLY CORNER OF SAID LOT 13; THENCE
SOUTH 53° 00' EAST, A DISTANCE OF 348.36 FEET, TO A POINT ON THE SOUTHEASTERLY LINE OF
SAID LOT 13; THENCE SOUTH 74° 00' WEST, ALONG THE SOUTHEASTERLY LINE OF SAID LOT 13, A
DISTANCE OF 75.13 FEET; THENCE NORTH 53° 00' WEST, A DISTANCE OF 303.15 FEET, TO A POINT
ON THE NORTHWESTERLY LINE OF SAID LOT 13, THENCE NORTH 37° 00' EAST, ALONG THE
NORTHWESTERLY LINE OF SAID LOT 13, A DISTANCE OF 60.00 FEET, TO THE POINT OF BEGINNING.

PARCEL 13:        (APN 178-300-005)

THAT PORTION OF LOT 13 OF RIVERSIDE LAND AND IRRIGATING COMPANY'S TURBINE TRACT,
COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 5, PAGE 116 OF
MAPS, RECORDS OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE NORTHWESTERLY LINE OF SAID LOT 13, BEING A POINT ON THE
EASTERLY LINE OF "C" STREET OF WEST RIVER, WHICH BEARS SOUTH 37° 00' WEST, A DISTANCE
OF 684.00 FEET FROM THE MOST NORTHERLY CORNER OF SAID LOT 13; THENCE SOUTH 53° 00'
EAST, A DISTANCE OF 432.56 FEET TO A POINT ON THE SOUTHEASTERLY LINE OF SAID LOT 13;
THENCE SOUTH 74° 00' WEST ALONG SOUTHEASTERLY LINE OF SAID LOT 13, A DISTANCE OF
139.91 FEET; THENCE NORTH 53° 00' WEST, A DISTANCE OF 348.36 FEET TO A POINT ON THE
NORTHWESTERLY LINE OF SAID LOT 13; THENCE NORTH 37° 00' EAST ALONG THE
NORTHWESTERLY LINE OF SAID LOT 13, A DISTANCE OF 111.74 FEET TO THE POINT OF
BEGINNING.

EXCEPTING THEREFROM THAT PORTION CONVEYED TO THE STATE OF CALIFORNIA BY DEED
RECORDED NOVEMBER 13, 1959 AS INSTRUMENT NO. 96824.

PARCEL 14:        (APN 178-300-006)

THAT PORTION OF LOT 13 OF RIVERSIDE LAND & IRRIGATING COMPANY'S TURBINE TRACT, AS
SHOWN BY MAP ON FILE IN BOOK 5 PAGE 116 OF MAPS, RIVERSIDE COUNTY RECORDS,
DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT ON THE NORTHWESTERLY LINE OF LOT 13, BEING A POINT ON THE
EASTERLY LINE OF HALL STREET OF WEST RIVERSIDE, WHICH BEARS SOUTH 37° 0' WEST 582
FEET FROM THE MOST NORTHERLY CORNER OF SAID LOT 13; THENCE SOUTH 53° 0' EAST 187.95
FEET TO THE MOST EASTERLY CORNER OF THAT CERTAIN PARCEL CONVEYED TO THE STATE OF
CALIFORNIA BY DEED RECORDED JULY 23, 1959 AS INSTRUMENT NO. 63725; THENCE SOUTH 70° 38'
03" WEST TO A POINT LOCATED 15 FEET, MEASURED AT RIGHT ANGLES, TO THE
NORTHEASTERLY LINE OF THAT CERTAIN PARCEL CONVEYED TO PERCY STRICKLAND, JR., BY
DEED RECORDED DECEMBER 5, 1950 IN BOOK 1225, PAGE 328, OFFICIAL RECORDS, AND THE
QUITCLAIM DEED RECORDED AUGUST 24, 1955 IN BOOK 1785, PAGE 225, BOTH OF OFFICIAL
RECORDS, THE TRUE POINT OF BEGINNING; THENCE SOUTH 53° 0' EAST 123 FEET; THENCE SOUTH
37° 0' WEST 87 FEET TO THE SOUTHWESTERLY LINE OF THE PARCEL CONVEYED TO PERCY
STRICKLAND, JR., ABOVE REFERRED TO; THENCE NORTH 53° 0' WEST ON SAID SOUTHWESTERLY
LINE 180 FEET, MORE OR LESS, TO THE MOST SOUTHERLY CORNER OF THE PARCEL CONVEYED
TO THE STATE OF CALIFORNIA ABOVE REFERRED TO; THENCE NORTH 70° 38' 03" EAST ON THE
SOUTHEASTERLY LINE OF SAID PARCEL 106.61 FEET, MORE OR LESS, TO THE TRUE POINT OF
BEGINNING.

PARCEL 15:            (APN 178-300-007)

THAT PORTION OF LOT 13 OF THE RIVERSIDE LAND AND IRRIGATING COMPANY'S TURBINE
TRACT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 5,
PAGE 116 OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE NORTHWESTERLY LINE OF LOT 13, BEING A POINT ON THE
EASTERLY LINE OF HALL STREET OF WEST RIVERSIDE, WHICH BEARS SOUTH 37° 00' WEST, A
DISTANCE OF 582.00 FEET, FROM THE MOST NORTHERLY CORNER OF SAID LOT 13; THENCE
SOUTH 53° 00' EAST, A DISTANCE OF 408.02 FEET, TO A POINT ON THE SOUTHEASTERLY LINE OF
SAID LOT 13; THENCE SOUTH 15° 00' WEST, ALONG THE SOUTHEASTERLY LINE OF SAID LOT 13, A
DISTANCE OF 92.59 FEET; THENCE SOUTH 74° 00' WEST, ALONG THE SOUTHEASTERLY LINE OF
SAID LOT 13, A DISTANCE OF 21.80 FEET; THENCE NORTH 53° 00' WEST, A DISTANCE OF 432.66 FEET
TO A POINT ON THE NORTHWESTERLY LINE OF SAID LOT 13; THENCE NORTH 37° 00' EAST, ALONG
THE NORTHWESTERLY LINE OF SAID LOT 13, A DISTANCE OF 102.00 FEET TO THE POINT OF
BEGINNING.

EXCEPT THEREFROM THAT PORTION OF SAID LAND CONVEYED TO THE STATE OF CALIFORNIA
BY GRANT DEED RECORDED JULY 23, 1959 AS INSTRUMENT NO. 63725, IN BOOK 2515, PAGE 40,
OFFICIAL RECORDS.

FURTHER EXCEPTING THEREFROM THAT PORTION OF LOT 13 OF THE RIVERSIDE LAND &
IRRIGATING COMPANY'S TURBINE TRACT, AS SHOWN BY MAP ON FILE IN BOOK 5, PAGE 116 OF
MAPS, RIVERSIDE COUNTY RECORDS, DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT ON THE NORTHWESTERLY LINE OF LOT 13, BEING A POINT ON THE
EASTERLY LINE OF HALL STREET OF WEST RIVERSIDE WHICH BEARS SOUTH 37° 0' WEST, 582.00
FEET FROM THE MOST NORTHERLY CORNER OF SAID LOT 13; THENCE SOUTH 53° 0' EAST 187.95
FEET TO THE MOST EASTERLY CORNER OF THAT CERTAIN PARCEL CONVEYED TO THE STATE OF
CALIFORNIA BY DEED RECORDED JULY 23, 1959 AS INSTRUMENT NO. 63725; THENCE SOUTH 70° 38'
03" WEST TO A POINT LOCATED 15.00 FEET, MEASURED AT RIGHT ANGLES, TO THE
NORTHEASTERLY LINE OF THAT CERTAIN PARCEL CONVEYED TO PERCY STRICKLAND, JR., BY
DEED RECORDED DECEMBER 5, 1950 IN BOOK 1225, PAGE 328 OF OFFICIAL RECORDS AND THE
QUITCLAIM DEED RECORDED AUGUST 24, 1955 IN BOOK 1785, PAGE 225, BOTH OF OFFICIAL
RECORDS, THE TRUE POINT OF BEGINNING; THENCE SOUTH 53° 0' EAST 123.00 FEET; THENCE

SOUTH 37° 0' WEST 87.00 FEET TO THE SOUTHWESTERLY LINE OF THE PARCEL CONVEYED TO PERCY STRICKLAND, JR., ABOVE REFERRED TO; THENCE NORTH 53° 0' WEST ON SAID SOUTHWESTERLY LINE 180.00 FEET, MORE OR LESS, TO THE MOST SOUTHERLY CORNER OF THE PARCEL CONVEYED TO THE STATE OF CALIFORNIA ABOVE REFERRED TO; THENCE NORTH 70° 38' 03" EAST ON THE SOUTHEASTERLY LINE OF SAID PARCEL 106.61 FEET, MORE OR LESS, TO THE TRUE POINT OF BEGINNING.

PARCEL 16:            (APN 178-300-008)

THAT PORTION OF LOT 13 OF RIVERSIDE LAND AND IRRIGATING COMPANY'S TURBINE TRACT, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 5, PAGE 116, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS: .

BEGINNING AT THE MOST SOUTHERLY CORNER OF THAT CERTAIN PARCEL OF LAND CONVEYED TO THE STATE OF CALIFORNIA BY DEED RECORDED JANUARY 18, 1961 AS INSTRUMENT NO. 4358, IN BOOK 2833, PAGE 301 OF OFFICIAL RECORDS;

THENCE NORTHWESTERLY ALONG THE SOUTHWESTERLY LINE OF SAID PARCEL OF LAND, 218.14 FEET TO THE SOUTHERLY LINE OF A CONNECTING ROAD SHOWN AS SEGMENT "S" ON "DETAIL MAP OF RELINQUISHMENT" ON FILE IN BOOK 3, PAGE 37 OF STATE HIGHWAY MAPS, RECORDS OF SAID COUNTY;

THENCE EASTERLY ALONG SAID SOUTHERLY LINE, 124.99 FEET TO THE BEGINNING OF A TANGENT CURVE, CONCAVE SOUTHERLY AND HAVING A RADIUS OF 700 FEET;

THENCE EASTERLY ALONG SAID CURVE, 108.24 FEET TO THE SOUTHEASTERLY LINE OF SAID LOT;

THENCE SOUTHWESTERLY ALONG SAID SOUTHEASTERLY LINE, 208.54 FEET TO THE POINT OF BEGINNING.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS, AND OTHER HYDROCARBON SUBSTANCES LYING BELOW THE SURFACE OF SAID LAND, BUT WITH NO RIGHT OF SURFACE ENTRY, AS PROVIDED IN DEED RECORDED APRIL 28, 1964, INSTRUMENT NO. 52474, OF OFFICIAL RECORDS.

PARCEL 17:            (APN 178-310-001)

THAT PORTION OF LOT 4 OF THE TURBINE TRACT, IN THE CITY OF RIVERSIDE, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER RECORDED IN MAP BOOK 5 PAGE 116, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, WHICH LIES NORTHERLY OF THE FOLLOWING DESCRIBED LINE:

BEGINNING AT A POINT IN THE WEST LINE OF SAID LOT 4 WHICH BEARS NORTH 11° 30' 00" WEST 85.61 FEET FROM THE ANGLE POINT SHOWN AS STATION 6 ON SAID MAP; SAID POINT OF BEGINNING BEING ALSO THE MOST NORTHERLY CORNER OF THE LAND DESCRIBED IN THE DEED TO HENRY L. BORDERS, ET UX, RECORDED MAY 24, 1959 AS INSTRUMENT NO. 44110, OFFICIAL RECORDS, THENCE SOUTH 73° 08' 50" EAST 427.63 FEET ALONG THE NORTH LINE OF SAID LAND TO THE EAST LINE OF SAID LOT 4.

EXCEPT THAT PORTION THEREOF LYING NORTHERLY AND EASTERLY OF THE SOUTHERLY AND WESTERLY LINE OF THAT CERTAIN PARCEL CONVEYED TO THE STATE OF CALIFORNIA FOR FREEWAY PURPOSES BY DEED RECORDED DECEMBER 22, 1959 AS INSTRUMENT NO. 108047.

ALSO EXCEPT THAT PORTION THEREOF DESCRIBED AS FOLLOWS:

COMMENCING AT AN ANGLE POINT ON THE EASTERLY LINE OF SAID LOT, SHOWN AS STATION 39 ON SAID MAP; THENCE NORTH 13° 45' EAST ALONG THE EASTERLY LINE OF SAID LOT, 138.33 FEET FOR THE TRUE POINT OF BEGINNING; THENCE CONTINUING NORTH 13° 45' EAST ALONG THE EASTERLY LINE OF SAID LOT, 80 FEET; THENCE NORTH 73° 08' 50" WEST 150 FEET; THENCE SOUTH 13° 45' WEST, 80 FEET; THENCE SOUTH 73° 08' 50" EAST, 150 FEET TO THE TRUE POINT OF BEGINNING.

PARCEL 18:          (APN 178-310-002)

THAT PORTION OF LOT 4 OF THE TURBINE TRACT, AS SHOWN BY MAP ON FILE IN BOOK 5 PAGE 116 OF MAPS, RIVERSIDE COUNTY RECORDS, PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT AN ANGLE POINT ON THE EASTERLY LINE OF SAID LOT, SHOWN AS STATION 39 ON SAID MAP; THENCE NORTH 13° 45' EAST ALONG THE EASTERLY LINE OF SAID LOT, 138.33 FEET FOR THE TRUE POINT OF BEGINNING; THENCE CONTINUING NORTH 13° 45' EAST ALONG THE EASTERLY LINE OF SAID LOT, 80 FEET; THENCE NORTH 73° 08' 50" WEST, 150.00 FEET; THENCE SOUTH 13° 45' WEST, 80 FEET; THENCE SOUTH 73° 08' 50" EAST, 150 FEET TO THE TRUE POINT OF BEGINNING.

PARCEL 19:          (APN 178-310-003)

INTENTIONALLY DELETED

PARCEL 20:          (APN 178-310-004)

ALL THAT PORTION OF LOT 4 OF THE TURBINE TRACT IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 5 OF MAPS, PAGE 116, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEASTERLY CORNER OF SAID LOT 4; THENCE NORTH 9° 00' WEST ALONG THE EASTERLY LINE OF SAID LOT 4, A DISTANCE OF 325 FEET TO THE POINT OF BEGINNING OF THE PARCEL TO BE DESCRIBED; THENCE CONTINUING NORTH 9° 00' WEST ALONG THE EASTERLY LINE OF SAID LOT 4, A DISTANCE OF 75.00 FEET; THENCE NORTH 81° 38' 40" WEST, A DISTANCE OF 405.97 FEET TO A POINT ON THE NORTHWESTERLY LINE OF SAID LOT; THENCE SOUTH 32° 00' WEST, ALONG THE NORTHWESTERLY LINE OF SAID LOT, A DISTANCE OF 64.00 FEET; THENCE SOUTH 45° 00' WEST ALONG THE NORTHWESTERLY LINE OF SAID LOT 4, A DISTANCE OF 55.00 FEET; THENCE SOUTH 55° 00' WEST ALONG THE NORTHWESTERLY LINE OF SAID LOT 4, A DISTANCE OF 31.00 FEET; THENCE SOUTH 42° 40' EAST A DISTANCE OF 2.75 FEET; THENCE SOUTH 87° 44' 20" EAST, A DISTANCE OF 510.12 FEET TO THE POINT OF BEGINNING.

PARCEL 21:

PARCEL 21A:    (APN 178-310-005, 006, AND 008)

THAT PORTION OF LOT 4 OF TURBINE TRACT, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 5, PAGE 116 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST SOUTHERLY CORNER OF SAID LOT 4; THENCE NORTH 41° 50' 19" WEST, 740.60 FEET ON THE SOUTHWESTERLY LINE OF SAID LOT 4 TO STATION 14 AS SHOWN ON SAID MAP; THENCE NORTH 79° 48' 18" EAST, 98.87 FEET TO STATION 13 AS SHOWN ON SAID MAP; THENCE NORTH 81° 06' 08" EAST, 143.81 FEET TO STATION 12 AS SHOWN ON SAID MAP; THENCE

NORTH 68° 11' 46" EAST, 173.03 FEET TO STATION 11 AS SHOWN ON SAID MAP; THENCE NORTH 69° 48' 48" EAST, 94.04 FEET TO STATION 10 AS SHOWN ON SAID MAP; THENCE NORTH 56° 26' 55" EAST, 63.00 FEET TO THE MOST WESTERLY CORNER OF THE LAND DESCRIBED IN DEED TO ARTHUR L. WHITLEY AND WIFE, RECORDED AUGUST 19, 1959 AS INSTRUMENT NO. 72092 OF OFFICIAL RECORDS; THENCE SOUTH 41° 50' 19" EAST 2.75 FEET; THENCE SOUTH 86° 57' 26" EAST 509.74 FEET ON THE SOUTHERLY LINE OF THE LAND DESCRIBED IN SAID DEED TO WHITLEY, TO A POINT ON THE EASTERLY LINE OF SAID LOT 4; THENCE SOUTH 08° 11' 52" EAST, 325.00 FEET ON SAID EASTERLY LINE TO THE MOST EASTERLY CORNER OF SAID LOT 4; THENCE SOUTH 58° 25' 01" WEST, 713.42 FEET ON THE SOUTHEASTERLY LINE OF SAID LOT 4 TO THE POINT OF BEGINNING.

PARCEL 21B:   (APN 178-310-023, 179-310-001, 004, AND 179-340-001)

THAT PORTION OF LOT 2 OF AMENDED MAP OF INDIAN HILL TRACT, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 10, PAGE 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST EASTERLY CORNER OF THE LAND DESCRIBED IN DEED TO THE CITIZENS NATIONAL TRUST AND SAVINGS BANK OF RIVERSIDE RECORDED MAY 12, 1949 IN BOOK 1075, PAGE 538 OF OFFICIAL RECORDS, SAID POINT ALSO BEING ON THE WESTERLY LINE OF THE LAND DESCRIBED IN THE DEED TO THE CITY OF RIVERSIDE RECORDED MAY 6, 1949 IN BOOK 1074, PAGE 193 OF OFFICIAL RECORDS, THE BEARING OF THE NORTHEASTERLY LINE OF SAID LAND DESCRIBED IN SAID DEED TO CITIZENS NATIONAL TRUST AND SAVINGS BANK BEING SOUTH 52° 34' 10" EAST FOR THE PURPOSES OF THIS DESCRIPTION; THENCE NORTH 37° 26' 50" EAST 55.00 FEET; THENCE NORTH 45° 49' 50" EAST 60.00 FEET; THENCE NORTH 51° 53' 50" EAST 128.00 FEET; THENCE NORTH 56° 22' 50" EAST 84.00 FEET; THENCE NORTH 67° 19' 50" EAST 84.88 FEET TO A POINT ON THE SOUTHERLY LINE OF THE LAND DESCRIBED IN THE DEED TO THE STATE OF CALIFORNIA RECORDED JULY 10, 1957 IN BOOK 2116, PAGE 213 OF OFFICIAL RECORDS, SAID POINT BEING ON A CURVE CONCAVE SOUTHERLY AND HAVING A RADIUS OF 8,000.00 FEET, A RADIAL LINE OF SAID CURVE TO SAID POINT BEARS NORTH 10° 52' 04" EAST; THENCE EASTERLY, ON SAID CURVE, THROUGH A CENTRAL ANGLE OF 05° 34' 17" AN ARC DISTANCE OF 777.90 FEET TO A POINT OF COMPOUND CURVATURE WITH A CURVE IN SAID SOUTHERLY LINE BEING CONCAVE SOUTHERLY AND HAVING A RADIUS OF 7,375.00 FEET; THENCE EASTERLY ON SAID SOUTHERLY LINE AND SAID LAST MENTIONED CURVE, THROUGH A CENTRAL ANGLE OF 01° 03' 50" AN ARC DISTANCE OF 136.94 FEET TO A POINT FROM WHICH A RADIAL OF SAID LAST MENTIONED CURVE BEARS NORTH 17° 30' 11" EAST; THENCE SOUTH 35° 38' 11" WEST, 3,576.13 FEET; THENCE NORTH 54° 21' 39" WEST, 153.01 FEET TO THE EASTERLY LINE OF THE LEVEE RIGHT OF WAY DESCRIBED IN THE DEED TO THE COUNTY OF RIVERSIDE RECORDED SEPTEMBER 27, 1938 IN BOOK 390, PAGE 475 OF OFFICIAL RECORDS; THENCE NORTH 15° 51' 20" EAST ON SAID RIGHT OF WAY LINE, 507.83 FEET TO THE BEGINNING OF A CURVE, IN SAID EASTERLY LINE, BEING CONCAVE WESTERLY AND HAVING A RADIUS OF 24,140.37 FEET (RECORDED AS 20,070.00 FEET); THENCE NORTHERLY ON SAID CURVE, THROUGH A CENTRAL ANGLE OF 02° 47' 52" AN ARC DISTANCE OF 1,178.78 FEET TO A POINT, A RADIAL LINE OF SAID CURVE TO SAID POINT BEARS SOUTH 76° 56' 32" EAST; THENCE NORTH 19° 54' 32" EAST 678.13 FEET TO THE MOST EASTERLY CORNER OF THE LAND DESCRIBED IN THE FINAL DECREE OF CONDEMNATION, A CERTIFIED COPY OF WHICH WAS RECORDED OCTOBER 13, 1961 AS INSTRUMENT NO. 87691; THENCE NORTH 52° 34' 10" WEST, 135.00 FEET ON THE NORTHERLY LINE OF THE LAND DESCRIBED IN SAID DECREE OF CONDEMNATION TO ANGLE POINT IN SAID LINE; THENCE SOUTH 19° 20' 05" WEST, 609.41 FEET ON THE WESTERLY LINE OF THE LAND DESCRIBED IN SAID DECREE OF CONDEMNATION TO THE MOST SOUTHERLY CORNER OF SAID LAND DESCRIBED IN SAID DECREE OF CONDEMNATION; THENCE SOUTH 20° 04' 36" WEST 321.76 FEET TO A POINT THAT BEARS SOUTH 52° 59' 00" EAST 622.05 FEET FROM A POINT IN THE SOUTHEASTERLY LINE OF TURBINE STREET DISTANT SOUTH 58° 25' 00" WEST THEREON 897.85 FEET FROM THAT CERTAIN ANGLE POINT SHOWN ON THE MAP OF THE TURBINE TRACT RECORDED IN BOOK 5, PAGE 116 OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID

COUNTY AS BEING THE MOST EASTERLY CORNER OF LOT 12 OF SAID TURBINE TRACT; THENCE NORTH 52° 59' 00" WEST 622.05 FEET TO SAID POINT IN THE SOUTHEASTERLY LINE OF TURBINE STREET; THENCE NORTH 58° 25' 00" EAST, 897.85 FEET ON SAID SOUTHEASTERLY LINE OF TURBINE STREET, TO THE AFORESAID ANGLE POINT; THENCE NORTH 08° 11' 52" WEST, 418.20 FEET ON THE NORTHEASTERLY LINE OF TURBINE STREET TO AN ANGLE POINT ON SAID TURBINE STREET; THENCE NORTH 14° 38' 13" EAST, 46.06 FEET TO A POINT IN THE NORTHEASTERLY LINE OF TURBINE STREET DISTANCE SOUTH 14° 38' 13" WEST THEREON 339.80 FEET FROM THE INTERSECTION OF THE NORTHEASTERLY LINE OF SAID TURBINE STREET WITH THE SOUTHEASTERLY PROLONGATION OF THE SOUTHWESTERLY LINE OF 28TH STREET (FORMERLY SECOND STREET) AS SHOWN ON SAID MAP; THENCE. SOUTH 52° 34' 10" EAST, 507.73 FEET PARALLEL WITH SAID SOUTHWESTERLY LINE OF 28TH STREET TO THE WESTERLY LINE OF THE AFORESAID LAND DESCRIBED IN SAID DEED TO THE CITY OF RIVERSIDE; THENCE NORTH 32° 04' 36" EAST, 354.81 FEET ON SAID WESTERLY LINE TO THE POINT OF BEGINNING.

PARCEL 22:        (APN 178-310-007)

THAT PORTION OF LOT 11 OF RIVERSIDE LAND AND IRRIGATION COMPANY'S TURBINE TRACT, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 5, PAGE 116 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

ALL OF LOT 11 OF SAID TRACT, EXCEPTING THEREFROM THE FOLLOWING PORTION:

COMMENCING AT STATION #1 OF SAID TRACT; THENCE IN A STRAIGHT LINE 155 FEET TO STATION #2 OF SAID TRACT; THENCE IN A STRAIGHT LINE 136 FEET TO STATION #3 OF SAID TRACT; THENCE IN A STRAIGHT LINE TO SECOND STREET TO STATION #41 OF SAID TRACT; THENCE IN A STRAIGHT LINE TO STATION #1 AND THE POINT OF BEGINNING; THE PORTION HEREBY RESERVED CONTAINS THIRTY FIVE HUNDREDTHS (.35) OF AN ACRE, MORE OR LESS, AND THE PORTION OF SAID LOT #11 HEREBY CONVEYED CONTAINS SIX (6) ACRES.  THE .35 ACRES HEREBY RESERVED IS A TRIANGULAR PIECE OF LAND FACING TURBINE STREET SAID STATION #41 MENTIONED BEING AT THE POINT WHERE TURBINE AND SECOND STREETS JOIN, AS SHOWN ON THE PLAT OF SAID TRACT ABOVE REFERRED TO.

EXCEPT THEREFROM THAT PORTION OF LOT 11 DEEDED TO WALKER M. MORRISON BY DEED RECORDED AUGUST 18, 1952 IN BOOK 1393, PAGE 513, OFFICIAL RECORDS, AS MORE PARTICULARLY DESCRIBED THEREIN.

FURTHER EXCEPT THEREFROM THAT PORTION OF LOT 11 DEEDED TO THE STATE OF CALIFORNIA BY DEED RECORDED AUGUST 23, 1961 AS INSTRUMENT NO. 71941, OFFICIAL RECORDS, AS MORE PARTICULARLY DESCRIBED THEREIN.

PARCEL 23:        (APN 178-310-009)

LOT 5 OF RIVERSIDE LAND AND IRRIGATION COMPANY'S TURBINE TRACT, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 5, PAGE 116 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM THAT PORTION DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST SOUTHERLY CORNER OF SAID LOT 5; THENCE NORTHEASTERLY, ALONG THE SOUTHEASTERLY LINE OF SAID LOT, 16.00 FEET; THENCE NORTHWESTERLY, PARALLEL WITH THE SOUTHWESTERLY LINE OF SAID LOT, 370.00 FEET; THENCE SOUTHWESTERLY, PARALLEL WITH THE SOUTHEASTERLY LINE OF SAID LOT, 16.00 FEET TO THE SOUTHWESTERLY LINE THEREOF; THENCE SOUTHEASTERLY, ALONG SAID SOUTHWESTERLY LINE, 370.00 FEET TO THE POINT OF BEGINNING.

**PARCEL 24:**          (APN 178-310-011)

THAT PORTION OF LOT 6 OF THE RIVERSIDE LAND AND IRRIGATING COMPANY'S TURBINE TRACT,
AS SHOWN BY MAP ON FILE IN BOOK 5 PAGE 116 OF MAPS, RECORDS OF RIVERSIDE COUNTY,
CALIFORNIA, LYING SOUTHWESTERLY OF THE FOLLOWING DESCRIBED LINE:

BEGINNING ON THE SOUTHEASTERLY LINE OF SAID LOT 6 AT A POINT 197.86 FEET
NORTHEASTERLY FROM THE MOST SOUTHERLY CORNER OF SAID LOT, SAID POINT OF
BEGINNING BEING THE MOST EASTERLY CORNER OF THAT CERTAIN PARCEL OF LAND
CONVEYED TO THOMAS H. GOODE, RECORDED IN BOOK 605, PAGE 95 OF DEEDS, RECORDS OF
RIVERSIDE COUNTY, CALIFORNIA; THENCE NORTH 34° 42' WEST, 836.76 FEET TO THE
NORTHWESTERLY LINE OF SAID LOT.

EXCEPT THEREFROM THAT PORTION THEREOF DESCRIBED AS BEGINNING AT THE MOST
SOUTHERLY CORNER OF SAID LOT 6; THENCE NORTH 41° 48' WEST, 315.45 FEET; THENCE NORTH
54° 03' EAST, 236.70 FEET; THENCE SOUTH 34° 42' EAST, 326.16 FEET; THENCE SOUTH 57° 36' WEST
ON THE SOUTHERLY LINE OF SAID LOT TO THE POINT OF BEGINNING.

ALSO EXCEPT THEREFROM THAT PORTION THEREOF CONVEYED BY M. PEARL GOOCH, ET CON.,
TO ALFRED E. GOODE, BY DEED RECORDED MARCH 9, 1932 IN BOOK 69, PAGE 203, OFFICIAL
RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

**PARCEL 25:**          (APN 178-310-012)
LOT 10 OF RIVERSIDE LAND AND IRRIGATION COMPANY'S TRACT, AS SHOWN BY MAP ON FILE IN
BOOK 5 PAGE 116 OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

**PARCEL 26:**          (APN 178-310-013)

THAT PORTION OF LOT 6 OF TURBINE TRACT, AS SHOWN BY MAP ON FILE IN BOOK 5 PAGE 116 OF
MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHWESTERLY LINE OF SAID LOT, 315.45 FEET,
NORTHWESTERLY FROM THE MOST SOUTHERLY CORNER THEREOF; THENCE NORTH 41° 48' 00"
WEST, ALONG THE SOUTHWESTERLY LINE OF SAID LOT, 271.78 FEET; THENCE NORTH 42° 41' 00"
EAST, 100.70 FEET; THENCE NORTH 51° 19' 00" WEST, 60.00 FEET; THENCE NORTH 28° 59' 00" EAST,
34.48 FEET, THE LAST THREE COURSES AND DISTANCES FOLLOWING ALONG THE BOUNDARY
LINE OF SAID LOT 6; THENCE SOUTH 41° 48' 00" EAST, 372.60 FEET, TO POINT ON THE
NORTHEASTERLY EXTENSION OF THE NORTHWESTERLY LINE OF THE PARCEL OF LAND
CONVEYED TO ALFRED E. GOODE BY DEED RECORDED OCTOBER 26, 1936 IN BOOK 301, PAGE 286
OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA; THENCE SOUTH 53° 54' 00" WEST,
ALONG SAID NORTHEASTERLY EXTENSION AND SAID NORTHWESTERLY LINE, 142.18 FEET, TO
THE POINT OF BEGINNING.

**PARCEL 27:**          (APN 178-310-015)

THAT PORTION OF LOT 6 OF TURBINE TRACT, AS SHOWN BY MAP ON FILE IN BOOK 5 PAGE 116 OF
MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST SOUTHERLY CORNER OF SAID LOT 6; THENCE NORTH 41° 48' WEST,
ALONG THE SOUTHWESTERLY LINE OF SAID LOT, 315.45 FEET; THENCE NORTH 54° 03' EAST, 118.35
FEET; THENCE SOUTH 38° 15' EAST, 320.12 FEET, TO A POINT ON THE SOUTHEASTERLY LINE OF

SAID LOT; THENCE SOUTH 57° 36' WEST, ALONG THE SOUTHEASTERLY LINE OF SAID LOT, 98.93 FEET TO THE POINT OF BEGINNING.

PARCEL 28:          (APN 178-310-016)

INTENTIONALLY DELETED

PARCEL 29:          (APN 178-310-021 and a portion of 178-310-037, 038)

PARCEL C, AS SHOWN ON EXHIBIT "B", OF LOT LINE ADJUSTMENT NO. 4997, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, RECORDED MARCH 9, 2007, AS INSTRUMENT NO. 2007-163406, OF OFFICIAL RECORDS, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

THAT CERTAIN PARCEL DESCRIBED IN CERTIFICATE OF COMPLIANCE NO. 6297, IN THE UNINCORPORATED TERRITORY OF THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, RECORDED MARCH 6, 2006 AS INSTRUMENT NO. 2006-0158780, OF OFFICIAL RECORDS OF SAID COUNTY, TOGETHER WITH THAT PORTION OF LOT 2 OF THE AMENDED MAP OF INDIAN HILL TRACT, PER MAP RECORDED IN BOOK 10, PAGE 3 OF MAPS, RECORDS OF SAID COUNTY, DESCRIBED AS A WHOLE AS FOLLOWS:

BEGINNING AT A POINT, ON THE SOUTHEASTERLY LINE OF WALLACE STREET, SHOWN AS TURBINE STREET, 40 FEET WIDE, ON SAID AMENDED MAP, SAID POINT BEING THE MOST NORTHERLY CORNER OF THAT CERTAIN 7.5 ACRE PARCEL CONVEYED TO D.C. MILAN BY DEED RECORDED IN BOOK 221, PAGE 359 OF DEEDS, AS SHOWN ON SAID AMENDED MAP, THENCE NORTH 57°29'43" EAST 334.00 FEET ALONG SAID SOUTHEASTERLY LINE OF WALLACE STREET; THENCE PARALLEL WITH THE NORTHEASTERLY LINE OF SAID 7.5 ACRE PARCEL, SOUTH 53°44'50" EAST 310.34 FEET TO THE TRUE POINT OF BEGINNING, SAID POINT BEING THE INTERSECTION OF SAID PARALLEL LINE WITH A LINE THAT IS DESCRIBED AS FOLLOWS:

BEGINNING AT SAID MOST NORTHERLY CORNER OF THAT CERTAIN 7.5 ACRE PARCEL; THENCE NORTH 57°29'43" EAST 72.00 FEET ALONG SAID SOUTHEASTERLY LINE OF WALLACE STREET; THENCE PARALLEL WITH THE NORTHEASTERLY LINE OF SAID 7.5 ACRE PARCEL, SOUTH 53°44'50" EAST 310.34 FEET TO THE BEGINNING OF SAID LINE; THENCE NORTH 57°29'43" EAST 262.00 FEET ALONG SAID LINE TO SAID POINT;

THENCE CONTINUING ALONG SAID LINE, NORTH 57°29'43" EAST 70.32 FEET TO THE BEGINNING OF A CURVE CONCAVE NORTHWESTERLY, HAVING A RADIUS OF 1243.00 FEET; THENCE NORTHEASTERLY 61.12 FEET ALONG SAID CURVE, THROUGH A CENTRAL ANGLE OF 2°49'02" TO THE SOUTHWESTERLY LINE OF SAID PARCEL DESCRIBED IN SAID CERTIFICATE OF COMPLIANCE; THENCE NORTH 53°44'50" WEST 308.73 FEET ALONG SAID SOUTHWESTERLY LINE TO THE WESTERLY CORNER OF SAID PARCEL, BEING A POINT ON SAID SOUTHEASTERLY LINE OF WALLACE STREET; THENCE NORTH 57°29'43" EAST 132.00 FEET ALONG SAID SOUTHEASTERLY LINE OF WALLACE STREET AND THE NORTHWESTERLY LINE OF SAID PARCEL TO THE NORTHERLY CORNER OF SAID PARCEL; THENCE SOUTH 53°44'50" EAST 620.68 FEET ALONG THE NORTHEASTERLY LINE OF SAID PARCEL TO THE EASTERLY CORNER OF SAID PARCEL; THENCE SOUTH 57°29'43" WEST 132.00 FEET ALONG THE SOUTHEASTERLY LINE OF SAID PARCEL TO THE SOUTHERLY CORNER OF SAID PARCEL; THENCE SOUTH 53°44'50" EAST 42.92 FEET ALONG THE SOUTHEASTERLY PROLONGATION OF THE SOUTHWESTERLY LINE OF SAID PARCEL; THENCE SOUTH 57°29'43" WEST 132.00 FEET TO THE SOUTHEASTERLY PROLONGATION OF THAT LINE HEREINABOVE DESCRIBED AS BEING PARALLEL WITH THE NORTHEASTERLY LINE OF SAID 7.5 ACRE PARCEL AND HAVING A BEARING AND DISTANCE OF SOUTH 53°44'50" EAST 310.34 FEET; THENCE NORTH 53°44'50" WEST 353.26 FEET ALONG SAID SOUTHEASTERLY PROLONGATION TO SAID TRUE POINT OF BEGINNING.

PARCEL 30:          (APN 179-270-001)

THAT PORTION OF LOT 2 OF AMENDED MAP OF INDIAN HILL TRACT, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 10, PAGE 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT POINT ON THE WESTERLY LINE OF SAID LOT 2, SAID POINT BEING THE INTERSECTION OF THE CENTER LINE OF A RIGHT OF WAY OF PILES, 12 INCHES IN DIAMETER, WITH THE EASTERLY LINE OF 5.63 ACRE PARCEL SHOWN AS THE LANDS OF MILLIE J. VOORHEES ON SAID MAP; THENCE NORTH 37° 14' 00" EAST 126.10 FEET ON SAID WESTERLY LINE OF LOT 2 TO AN ANGLE POINT THEREIN; THENCE NORTH 12° 29' 00" EAST 154.00 FEET ON SAID WESTERLY LINE TO AN ANGLE POINT THEREIN; THENCE NORTH 43° 08' 00" WEST 396.00 FEET ON SAID WESTERLY LINE TO AN ANGLE POINT THEREIN; THENCE NORTH 30° 14' 00" EAST ON SAID WESTERLY LINE OF LOT 2 TO AN ANGLE POINT THEREIN, ALSO BEING THE MOST EASTERLY CORNER OF THE 7.50 ACRE PORTION OF LOT 3 OF TURBINE TRACT CONVEYED TO D. C. MILAN AS SHOWN ON SAID MAP; THENCE NORTH 53° 41' 00" WEST ON SAID WESTERLY LINE OF LOT 2 AND ON THE LINE OF SAID 7.50 ACRE PARCEL TO THE EASTERLY LINE OF TURBINE STREET (NOW KNOWN AS WALLACE STREET) AS SHOWN ON SAID MAP; THENCE NORTH 56° 43' 00" EAST ON SAID EASTERLY LINE OF TURBINE STREET TO THE MOST WESTERLY CORNER OF THE LAND DESCRIBED IN DEED TO PHILIP D. GORDON, ET UX RECORDED FEBRUARY 17, 1928 IN BOOK 722, PAGE 161 OF DEEDS; THENCE SOUTH 53° 41' 00" EAST 620.68 FEET ON THE SOUTHWEST LINE OF LAST SAID LAND TO THE MOST SOUTHERLY CORNER THEREOF; THENCE NORTH 57° 45' 00" EAST 132.00 FEET ON THE SOUTHEAST LINE OF LAST SAID LAND TO THE MOST EASTERLY CORNER THEREOF, ALSO BEING THE MOST SOUTHERLY CORNER OF THE LAND DESCRIBED IN DEED TO SISTO RODRIGEZ, ET UX, RECORDED MARCH 29, 1928 IN BOOK 722, PAGE 199 OF DEEDS; THENCE NORTH 31° 17' 00" EAST ON THE SOUTHEAST LINE OF LAST SAID LAND TO THE WEST LINE OF THE LAND DESCRIBED AS PARCEL 1 IN DEED TO CITY OF RIVERSIDE RECORDED MAY 6, 1949 AS INSTRUMENT NO. 76; THENCE SOUTH ON SAID WEST LINE TO THE NORTHEAST CORNER OF THE APPROXIMATELY 4.80 ACRE PARCEL DESCRIBED IN DEED TO E. W. TUCKER RECORDED NOVEMBER 1, 1940 IN BOOK 479, PAGE 534 OF OFFICIAL RECORDS; THENCE WEST ON THE NORTH LINE OF LAST SAID LAND TO THE POINT OF BEGINNING.

EXCEPT THAT PORTION DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST NORTHERLY CORNER OF SAID 7.50 ACRE PORTION OF LOT 3 OF TURBINE TRACT CONVEYED TO D. C. MILAN; THENCE NORTH 57° 43' 00" EAST 598.00 FEET ON SAID SOUTHEAST LINE OF TURBINE STREET; THENCE SOUTH 53° 41' 00" EAST 620.00 FEET, PARALLEL WITH THE NORTHEAST LINE OF SAID 7.50 ACRE PORTION; THENCE SOUTH 57° 43' 00" WEST 132.00 FEET, PARALLEL WITH SAID SOUTHEAST LINE OF TURBINE STREET; THENCE SOUTH 53° 41' 00" EAST 42.92 FEET, PARALLEL WITH THE NORTHEAST LINE OF SAID 7.50 ACRE PORTION; THENCE SOUTH 57° 43' 00" WEST 132.00 FEET, PARALLEL WITH SAID SOUTHEAST LINE OF TURBINE STREET; THENCE NORTH 53° 41' 00" WEST 42.92 FEET, PARALLEL WITH THE NORTHEAST LINE OF SAID 7.50 ACRE PORTION; THENCE SOUTH 57° 43' 00" WEST 202.00 FEET, PARALLEL WITH THE SAID SOUTHEAST LINE OF TURBINE STREET TO THE NORTHEAST LINE OF THE LAND DESCRIBED IN DEED TO ROBERT V. CANNADY, ET UX, RECORDED AUGUST 29, 1923 IN BOOK 590, PAGE 186 OF DEEDS; THENCE SOUTH 53° 41' 00" EAST 42.92 FEET ON SAID NORTHEAST LINE TO THE MOST EASTERLY CORNER OF LAST SAID LAND; THENCE SOUTH 57° 43' 00" WEST 132.00 FEET ON THE SOUTHEAST LINE OF LAST SAID LAND TO THE MOST SOUTHERLY CORNER THEREOF; THENCE NORTH 53° 41' 00" WEST 663.60 FEET ON THE NORTHWEST LINE OF LAST SAID LAND TO THE POINT OF BEGINNING.

EXCEPT THEREFROM THAT CERTAIN LAND DESCRIBED IN THAT CERTAIN FINAL ORDER OF CONDEMNATION IN FAVOR OF THE RIVERSIDE COUNTY FLOOD CONTROL DISTRICT WHICH RECORDED IN BOOK 2999 PAGE 64 OF OFFICIAL RECORDS.

PARCEL 31:        (APN 178-310-025)

ALL THAT PORTION OF LOT 2, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY AMENDED MAP OF INDIAN HILL TRACT, ON FILE IN BOOK 10 PAGE 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE INTERSECTION OF THE SOUTHERLY LINE OF SECOND STREET WITH THE WESTERLY LINE OF TURBINE STREET; THENCE SOUTH 53° 17' EAST, ALONG SAID SOUTHERLY LINE OF SECOND STREET, PRODUCED EASTERLY, 43.42 FEET TO A POINT ON THE EASTERLY LINE OF SAID TURBINE STREET; THENCE SOUTH 13° 52' WEST, ALONG SAID EASTERLY LINE OF TURBINE STREET, 162.18 FEET FOR POINT OF BEGINNING; THENCE CONTINUING SOUTH 13° 52' WEST, ALONG SAID EASTERLY LINE OF TURBINE STREET, 177.62 FEET; THENCE SOUTH 53° 17' EAST, 505 FEET; THENCE NORTH 31° 17' EAST, 165 FEET; THENCE NORTH 53° 17' WEST 558.2 FEET TO POINT OF BEGINNING.

PARCEL 32:
PARCEL 32A:    (APN 178-290-009)

THAT PORTION OF LOT 2, AS SHOWN BY AMENDED MAP OF INDIAN HILL TRACT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, ON FILE IN BOOK 10, PAGE 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

COMMENCING AT THE COMMON CORNER OF LOTS A AND 2 ON THE NORTHEASTERLY SIDE OF SECOND STREET.  AS SHOWN ON SAID MAP, THENCE SOUTH 53° 17' EAST, ALONG SAID NORTHEASTERLY SIDE OF SECOND STREET PRODUCED, 340 FEET FOR THE POINT OF BEGINNING; THENCE NORTH 36° 43' EAST, 650 FEET; THENCE SOUTH 53° 17' EAST, 510 FEET TO A POINT ON THE SOUTHEASTERLY LINE OF THAT CERTAIN PARCEL OF LAND CONVEYED TO H. B. CROUCH BY DEED RECORDED JUNE 18, 1929 IN BOOK 819, PAGE 39 OF DEEDS; THENCE SOUTH 67° 48' WEST ALONG THE SOUTHEASTERLY LINE OF SAID PARCEL OF LAND, 232 FEET TO AN ANGLE POINT IN SAID SOUTHEASTERLY LINE; THENCE SOUTH 66° 27' WEST 155 FEET; THENCE SOUTH 55° 30' WEST, 84 FEET; THENCE SOUTH 51° 01' WEST, 128 FEET; THENCE SOUTH 44° 57' WEST, 60 FEET; THENCE SOUTH 36° 34' WEST, 55 FEET TO A POINT WHICH BEARS SOUTH 53° 17' EAST FROM THE POINT OF BEGINNING; THENCE NORTH 53° 17' WEST, 244 FEET TO THE POINT OF BEGINNING; THE LAST 6 BEARINGS AND DISTANCES BEING ALONG THE SOUTHEASTERLY AND SOUTHWESTERLY LINE OF SAID PARCEL OF LAND SO CONVEYED TO H. B. CROUCH BY THE ABOVE REFERRED TO DEED.

EXCEPT THEREFROM THAT PORTION GRANTED TO THE STATE OF CALIFORNIA BY DEED FROM W. J. CLARK AND NANCY B. CLARK, HIS WIFE, DATED MAY 17, 1957 AND FILED FOR RECORD JULY 2, 1957.

PARCEL 32B:    (APN 178-310-026)

THAT PORTION OF LOT 2, AS SHOWN BY AMENDED MAP OF INDIAN HILL TRACT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, ON FILE IN BOOK 10, PAGE 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT AT THE INTERSECTION OF THE SOUTHERLY LINE OF SECOND STREET WITH THE WESTERLY LINE OF TURBINE STREET; THENCE SOUTH 53° 17' EAST A DISTANCE OF 43.42 FEET TO A POINT IN THE EASTERLY LINE OF TURBINE STREET, SAID POINT BEING THE POINT

OF BEGINNING OF THE PROPERTY HEREIN DESCRIBED; THENCE SOUTH 13° 52' WEST A DISTANCE
OF 162.18 FEET TO A POINT; THENCE SOUTH 53° 17' EAST A DISTANCE OF 558.2 FEET TO A POINT;
THENCE NORTH 31° 17' EAST A DISTANCE OF 150 FEET TO A POINT; THENCE NORTH 53° 17' WEST A
DISTANCE OF 606.58 FEET TO THE POINT OF BEGINNING.

PARCEL 33:        (APN 178-310-028)

THAT PORTION OF LOT 2 OF AMENDED MAP OF INDIAN HILL TRACT, IN THE COUNTY OF
RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 10, PAGE 3 OF MAPS, IN THE
OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE SOUTHWEST LINE OF SECOND STREET (NOW KNOWN
AS 28TH STREET) WITH THE WESTERLY LINE OF TURBINE STREET (NOW KNOWN AS WALLACE
STREET) AS SHOWN ON SAID MAP; THENCE SOUTH 53° 17' 00" EAST 43.42 FEET TO THE EASTERLY
LINE OF SAID TURBINE STREET AND THE TRUE POINT OF BEGINNING.

ALSO BEING THE MOST NORTHERLY CORNER OF THE LAND DESCRIBED IN DEED TO W. J. CLARK,
ET UX, RECORDED FEBRUARY 17, 1928 IN BOOK 722, PAGE 155 OF DEEDS; THENCE SOUTH 53° 17'
00" EAST 604.58 FEET ON THE NORTHEAST LINE OF LAST SAID LAND TO THE MOST EASTERLY
CORNER THEREOF; THENCE NORTHEAST TO THE MOST SOUTHERLY CORNER OF THE LAND
DESCRIBED IN DEED TO H. B. CROUCH, ET UX, RECORDED APRIL 28, 1928 IN BOOK 722, PAGE 208
OF DEEDS, SAID CORNER BEING ON THE SOUTHEASTERLY PROLONGATION OF THE NORTHEAST
LINE OF SAID SECOND STREET; THENCE NORTH 53° 17' 00" WEST ON SAID PROLONGATION TO
SAID EAST LINE OF TURBINE STREET; THENCE SOUTH 13° 58' 00" WEST ON SAID EAST LINE OF
TURBINE STREET TO THE TRUE POINT OF BEGINNING.

PARCEL 34:        (APN 178-310-031 AND 178-310-032)

PARCEL 34A:

THAT PORTION OF LOT 6, AS SHOWN BY MAP OF RIVERSIDE LAND AND IRRIGATING COMPANY'S
TURBINE TRACT ON FILE IN BOOK 5 PAGE 116, OF MAPS, RECORDS OF RIVERSIDE COUNTY,
CALIFORNIA, LYING NORTHEASTERLY OF THE FOLLOWING DESCRIBED LINE:

BEGINNING ON THE SOUTHEASTERLY LINE OF SAID LOT 6 AT A POINT 197.86 FEET
NORTHEASTERLY FROM THE MOST SOUTHERLY CORNER OF SAID LOT, SAID POINT OF
BEGINNING BEING THE MOST EASTERLY CORNER OF THAT CERTAIN PARCEL OF LAND
CONVEYED TO THOMAS H. GOODE, RECORDED IN BOOK 605, PAGE 95, OF DEEDS, RECORDS OF
RIVERSIDE COUNTY, CALIFORNIA; THENCE NORTH 34° 42' WEST, 836.76 FEET TO THE
NORTHWESTERLY LINE OF SAID LOT.

PARCEL 34B:

THAT PORTION OF LOT 5, AS SHOWN BY MAP OF RIVERSIDE LAND AND IRRIGATING COMPANY'S
TURBINE TRACT ON FILE IN BOOK 5, PAGE 116, OF MAPS, RECORDS OF RIVERSIDE COUNTY,
CALIFORNIA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST SOUTHERLY CORNER OF SAID LOT; THENCE NORTHEASTERLY ON THE
SOUTHEASTERLY LINE OF SAID LOT, 16 FEET; THENCE NORTHWESTERLY PARALLEL WITH THE
SOUTHWESTERLY LINE OF SAID LOT 370 FEET; THENCE SOUTHWESTERLY PARALLEL WITH THE
SOUTHEASTERLY LINE OF SAID LOT, 16 FEET TO THE SOUTHWESTERLY LINE THEREOF; THENCE
SOUTHEASTERLY ON SAID SOUTHWESTERLY LINE 370 FEET TO THE POINT OF BEGINNING.

PARCEL 35:        (APN 178-310-035)

INTENTIONALLY DELETED

PARCEL 36:          (APN 178-310-037)

INTENTIONALLY DELETED

PARCEL 37:          (APN 178-310-038)

INTENTIONALLY DELETED

PARCEL 38:

PARCEL 38A:   (APN 178-310-041)
ALL THAT PORTION OF LOT 2, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY THE
AMENDED MAP OF INDIAN HILL TRACT, ON FILE IN BOOK 10 PAGE 3 OF MAPS, IN THE OFFICE OF
THE COUNTY RECORDER OF SAID COUNTY, PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE INTERSECTION OF THE SOUTHERLY LINE OF SECOND STREET WITH THE
WESTERLY LINE OF TURBINE STREET; THENCE SOUTH 53° 17' EAST ALONG SAID SOUTHERLY
LINE OF SECOND STREET, PRODUCED EASTERLY, 43.42 FEET TO A POINT ON THE EASTERLY LINE
OF SAID TURBINE STREET; THENCE SOUTH 13° 52' WEST ALONG SAID EASTERLY LINE OF
TURBINE STREET, 381.95 FEET; THENCE SOUTH 8° 53' EAST ALONG SAID EASTERLY LINE OF
TURBINE STREET, 422.15 FEET; THENCE SOUTH 57° 43' WEST ALONG THE SOUTHEASTERLY LINE
OF SAID TURBINE STREET, 1029.85 FEET FOR THE POINT OF BEGINNING SAID POINT BEING THE
MOST WESTERLY CORNER OF THAT CERTAIN PARCEL OF LAND CONVEYED TO BRUCE COLLINS
AND MARY C. COLLINS, BY DEED FILED FOR RECORD OCTOBER 15, 1947 IN THE OFFICE OF THE
COUNTY RECORDER OF SAID RIVERSIDE COUNTY, BEING INSTRUMENT NO. 1567 OF SAID DATE;
THENCE SOUTH 53° 41' EAST ALONG THE SOUTHWESTERLY LINE OF SAID PARCEL, 150 FEET;
THENCE NORTH 57° 43' EAST, 61 FEET; THENCE NORTH 53° 41' WEST, 150 FEET TO A POINT ON THE
SOUTHEASTERLY LINE OF TURBINE STREET; THENCE SOUTH 57° 43' WEST ALONG THE
SOUTHEASTERLY LINE OF TURBINE STREET, 61 FEET, TO THE POINT OF BEGINNING.

PARCEL 38B:   (APN 178-310-042)

ALL THAT PORTION OF LOT 2, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY THE
AMENDED MAP OF INDIAN HILL TRACT, ON FILE IN BOOK 10, PAGE 3, OF MAPS, IN THE OFFICE OF
THE COUNTY RECORDER OF SAID COUNTY, PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE INTERSECTION OF THE SOUTHERLY LINE OF SECOND STREET WITH THE
WESTERLY LINE OF TURBINE STREET; THENCE SOUTH 53° 17' EAST ALONG SAID SOUTHERLY
LINE OF SECOND STREET, PRODUCED EASTERLY, 43.42 FEET TO A POINT ON THE EASTERLY LINE
OF SAID TURBINE STREET; THENCE SOUTH 13° 52' WEST ALONG SAID EASTERLY LINE OF
TURBINE STREET, 381.95 FEET; THENCE SOUTH 8° 53' EAST ALONG SAID EASTERLY LINE OF
TURBINE STREET, 422.15 FEET; THENCE SOUTH 57° 43' WEST ALONG THE SOUTHEASTERLY LINE
OF SAID TURBINE STREET, 897.85 FEET FOR THE POINT OF BEGINNING; THENCE CONTINUING
SOUTH 57° 43' WEST ALONG THE SOUTHEASTERLY LINE OF SAID TURBINE STREET, 897.85 FEET
FOR THE POINT OF BEGINNING; THENCE CONTINUING SOUTH 57° 43' WEST ALONG THE
SOUTHEASTERLY LINE OF TURBINE STREET, 132 FEET; THENCE SOUTH 53° 41' EAST, 620.68 FEET;
THENCE NORTH 57° 43' EAST, 132 FEET; THENCE NORTH 53° 41' WEST, 620.68 FEET TO THE POINT OF
BEGINNING.

EXCEPT THEREFROM ALL THAT PORTION AS DEEDED TO EMERALD MEADOWS RANCH, A CALIFORNIA CORPORATION, IN DEED RECORDED NOVEMBER 9, 1990, INSTRUMENT NO. 412315, AND RE-RECORDED JULY 18, 1991, INSTRUMENT NO. 245304, BOTH OF OFFICIAL RECORDS.

PARCEL 39:        (APN 178-262-005)

THAT PORTION OF LOT 1 IN BLOCK 25 OF WEST RIVERSIDE, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 9 PAGE 34 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAN BERNARDINO COUNTY, CALIFORNIA.

BEGINNING AT A POINT ON THE NORTHEASTERLY LINE OF SAID LOT WHICH BEARS SOUTH 53° 00' 00" EAST 330.00 FEET FROM THE MOST NORTHERLY CORNER THEREOF; THENCE SOUTH 37° 00' 00" WEST, PARALLEL WITH THE NORTHWESTERLY LINE OF SAID LOT, 232.71 FEET, FOR THE TRUE POINT OF BEGINNING; THENCE SOUTH 53° 00' 00" EAST, PARALLEL WITH THE NORTHEASTERLY LINE OF SAID LOT, 462.00 FEET, TO A POINT IN THE CENTER LINE OF "C" STREET; THENCE SOUTH 37° 00' 00" WEST, ALONG THE CENTER LINE OF "C" STREET, 94.29 FEET, TO THE MOST EASTERLY CORNER OF THAT CERTAIN PARCEL OF LAND CONVEYED TO J. C. ALEXANDER AND MONTEZ ALEXANDER, HUSBAND AND WIFE, BY DEED RECORDED SEPTEMBER 28, 1947 IN BOOK 769, PAGE 419 OF OFFICIAL RECORDS, RIVERSIDE COUNTY RECORDS; THENCE NORTH 53° 00' 00" WEST, ALONG THE NORTHEASTERLY LINE OF SAID PARCEL AND PARALLEL WITH THE NORTHEASTERLY LINE OF SAID LOT, 462.00 FEET, TO THE MOST NORTHERLY CORNER OF SAID PARCEL; THENCE NORTH 37° 00' 00" EAST, PARALLEL WITH THE NORTHWESTERLY LINE OF SAID LOT, 94.29 FEET, TO THE TRUE POINT OF BEGINNING.

EXCEPT THE PORTION IN "C" STREET.

ALSO EXCEPT THAT PORTION GRANTED TO THE STATE OF CALIFORNIA BY DEED RECORDED OCTOBER 9, 1959 AS INSTRUMENT NO. 86455 OF OFFICIAL RECORDS.

PARCEL 40:        (APN 178-262-006)

THAT PORTION OF LOT 1, BLOCK 25 OF WEST RIVERSIDE, AS SHOWN BY MAP ON FILE IN BOOK 9, PAGE 34 OF MAPS, RECORDS OF SAN BERNARDINO COUNTY, CALIFORNIA, DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT ON THE NORTHEASTERLY LINE OF SAID LOT, WHICH BEARS SOUTH 53° 00' EAST, 330 FEET FROM THE MOST NORTHERLY CORNER OF SAID LOT 1, SAID POINT BEING THE MOST EASTERLY CORNER OF THE NORTHWESTERLY 6 ACRES OF SAID LOT, AS CONVEYED BY C. H. BENEDICT AND WIFE, TO D. B. O'NEILL BY DEED RECORDED MAY 10, 1909 IN BOOK 281, PAGE 35 OF DEEDS, RIVERSIDE COUNTY RECORDS; THENCE SOUTH 37° 00' WEST AND PARALLEL WITH THE NORTHWESTERLY LINE OF SAID LOT, 94.29 FEET TO THE TRUE POINT OF BEGINNING; THENCE CONTINUING SOUTH 37° 00' WEST AND PARALLEL WITH THE NORTHWESTERLY LINE OF SAID LOT 1, 138.42 FEET; THENCE SOUTH 53° 00' EAST AND PARALLEL WITH THE NORTHEASTERLY LINE OF SAID LOT 1, 462 FEET TO A POINT IN THE CENTER LINE OF "C" STREET; THENCE NORTH 37° 11' EAST ALONG THE CENTER LINE OF "C" STREET, 138.42 FEET, MORE OR LESS, TO THE MOST SOUTHERLY CORNER OF PARCEL OF LAND CONVEYED TO NATHANIEL BOWENS AND WIFE, BY DEED FILED FOR RECORD NOVEMBER 17, 1947 AS INSTRUMENT NO. 1871; THENCE NORTHWESTERLY ON THE SOUTHWESTERLY LINE OF SAID PARCEL CONVEYED TO BOWENS, 462 FEET TO THE TRUE POINT OF BEGINNING.

EXCEPT THEREFROM THAT PORTION INCLUDED IN "C" STREET.

ALSO EXCEPT THEREFROM THAT PORTION CONVEYED TO THE STATE OF CALIFORNIA BY DEED
RECORDED OCTOBER 14, 1959 AS INSTRUMENT NO. 87540, OFFICIAL RECORDS.

PARCEL 41:

PARCEL 41A:   (APN 178-262-007)

THAT PORTION OF LOT 1, BLOCK 25 OF WEST RIVERSIDE, IN THE COUNTY OF RIVERSIDE, STATE
OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 9 PAGE 34 OF MAPS, SAN BERNARDINO
COUNTY RECORDS, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE NORTHEASTERLY LINE OF SAID LOT 1, WHICH BEARS SOUTH 53°
00' EAST 330 FEET FROM THE MOST NORTHERLY CORNER OF SAID LOT 1; THENCE SOUTH 53° 00'
EAST ON THE NORTHEASTERLY LINE OF SAID LOT 1, 462 FEET TO A POINT IN THE CENTER LINE
OF "C" STREET; THENCE SOUTH 37° 00' WEST, ON THE CENTER LINE OF "C" STREET 94.29 FEET;
THENCE NORTH 53° 00' WEST, AND PARALLEL WITH THE NORTHEASTERLY LINE OF SAID LOT 1,
462 FEET; THENCE NORTH 37° 00' EAST, AND PARALLEL WITH THE NORTHWESTERLY LINE OF
SAID LOT 1, 94.29 FEET TO THE POINT OF BEGINNING.

EXCEPT THEREFROM THAT PORTION INCLUDED IN "C" STREET.

ALSO EXCEPT THEREFROM THAT PORTION CONVEYED TO THE STATE OF CALIFORNIA BY DEED
RECORDED JUNE 17, 1959 AS INSTRUMENT NO. 52582, OFFICIAL RECORDS, DESCRIBED AS
FOLLOWS:

BEGINNING AT THE MOST NORTHERLY CORNER OF THAT CERTAIN PARCEL OF LAND CONVEYED
TO LEON THOMAS, ET AL, BY DEED RECORDED DECEMBER 29, 1948 IN BOOK 1039, PAGE 193, OF
OFFICIAL RECORDS, OF RIVERSIDE COUNTY RECORDS; THENCE ON THE NORTHEASTERLY LINE
OF SAID THOMAS PARCEL OF LAND, SOUTH 52° 28' 59" EAST, 370.92 FEET; THENCE SOUTH 84° 41'
12" WEST, 138.70 FEET TO THE SOUTHWESTERLY LINE OF SAID THOMAS PARCEL OF LAND;
THENCE ON SAID SOUTHWESTERLY LINE NORTH 52° 28' 59" WEST, 269.32 FEET TO THE MOST
WESTERLY CORNER OF SAID THOMAS PARCEL OF LAND; THENCE ON THE NORTHWESTERLY LINE
OF SAID THOMAS PARCEL OF LAND, NORTH 37° 35' 34" EAST 94.29 FEET TO THE POINT OF
BEGINNING.

PARCEL 41B:   (APN 178-262-008)

THAT PORTION OF LOT 2 IN BLOCK 25 OF WEST RIVERSIDE, COUNTY OF RIVERSIDE, STATE OF
CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 9 OF MAPS, PAGE 34, RECORDS OF THE
COUNTY OF SAN BERNARDINO, DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE SOUTHWESTERLY LINE OF SAID LOT 2 WITH THE
NORTHWESTERLY LINE OF "C" STREET (NOW KNOWN AS HALL STREET) 66 FEET WIDE, AS SHOWN
ON SAID MAP; THENCE ALONG SAID SOUTHWESTERLY LINE NORTH 52° 28' 59" WEST 57.47 FEET
TO THE MOST EASTERLY CORNER OF THAT CERTAIN PARCEL OF LAND CONVEYED TO THE STATE
OF CALIFORNIA BY DEED RECORDED JUNE 17, 1959 IN BOOK 2493, OFFICIAL RECORDS, PAGE 276,
RECORDS OF SAID RIVERSIDE COUNTY; THENCE NORTH 84° 41' 12" EAST 78.53 FEET TO SAID
NORTHWESTERLY LINE OF "C" STREET; THENCE SOUTHWESTERLY ALONG SAID
NORTHWESTERLY LINE TO THE POINT OF BEGINNING.

EXCEPT THEREFROM ALL MINERALS, OILS, GASES AND OTHER HYDROCARBONS BY
WHATSOEVER NAME KNOWN THAT MAY BE WITHIN OR UNDER THE PARCEL OF LAND
HEREINABOVE DESCRIBED, WITHOUT, HOWEVER, THE RIGHT TO DRILL DIG OR MINE THROUGH

THE SURFACE THEREOF, AS EXCEPTED BY STATE OF CALIFORNIA, IN A DEED RECORDED MAY 7, 1963 IN BOOK 3387, PAGE 386 OF OFFICIAL RECORDS OF SAID COUNTY.

PARCEL 42:          (APN 179-130-003)

INTENTIONALLY DELETED

PARCEL 43:

PARCEL 43A:
INTENTIONALLY DELETED

PARCEL 43B:

INTENTIONALLY DELETED

PARCEL 43C:

INTENTIONALLY DELETED

PARCEL 43D:    (APN 179-170-002 AND 179-170-005)

INTENTIONALLY DELETED (to be purchased at a later date)

PARCEL 43E:

INTENTIONALLY DELETED

PARCEL 44:          (APN 179-130-006)

INTENTIONALLY DELETED

PARCEL 45:          (APN 179-130-008)

INTENTIONALLY DELETED

PARCEL 46:          (APN 179-170-001 AND 179-170-004)

ALL THAT PORTION OF LOT 1 OF ARTHUR PARKS TRACT, AS SHOWN BY MAP ON FILE IN BOOK 1 PAGE 21, OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, AND THAT PORTION OF LOT 9, AS SHOWN BY MAP OF THE RIVERSIDE LAND AND IRRIGATING COMPANY'S TURBINE TRACT, ON FILE IN BOOK 5 PAGE 116, OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE MOST SOUTHERLY CORNER OF THAT CERTAIN PARCEL OF LAND DESIGNATED AS "LANDS OF W. W. CARR, 13.75 AC", AS SHOWN ON SAID MAP OF TURBINE TRACT; THENCE NORTH 59° 58' WEST ALONG THE NORTHEASTERLY LINE OF THE COUNTY ROAD AS SHOWN ON SAID MAP OF TURBINE TRACT, 395.18 FEET TO AN ANGLE POINT THEREON; THENCE NORTH 60° WEST ALONG THE NORTHEASTERLY LINE OF SAID COUNTY ROAD, 131.02 FEET; THENCE NORTH 33° 53' EAST, 528.49 FEET (FORMERLY RECORDED 528.45 FEET); THENCE NORTH 45° 36' EAST (FORMERLY RECORDED NORTH 45° 37' EAST) 265 FEET; THENCE NORTH 54° 06' EAST, 129.73 FEET FOR THE POINT OF BEGINNING, SAID POINT BEING THE MOST EASTERLY CORNER OF THAT CERTAIN PARCEL OF LAND CONVEYED TO GEORGE A. CALKINS AND RUTH E. CALKINS,

22

HUSBAND AND WIFE, BY DEED RECORDED APRIL 15, 1952 IN BOOK 1359 PAGE 363 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA; THENCE NORTH 59° 09' WEST ALONG THE NORTHEASTERLY LINE OF SAID PARCEL, SAID NORTHEASTERLY LINE BEING PARALLEL WITH THE NORTHEASTERLY LINE OF ARTHUR PARKS TRACT, 804.14 FEET TO A POINT ON THE NORTHWESTERLY LINE OF LOT 1 OF SAID ARTHUR PARKS TRACT; THENCE NORTH 53° 43' EAST (FORMERLY RECORDED NORTH 53° 30' EAST) ALONG THE NORTHWESTERLY LINE OF SAID LOT 1, A DISTANCE OF 650.32 FEET TO THE MOST NORTHERLY CORNER OF SAID LOT; THENCE SOUTH 59° 09' EAST (FORMERLY RECORDED SOUTH 59° 45' EAST) ALONG THE NORTHEASTERLY LINE OF SAID LOT 1, A DISTANCE OF 801.90 FEET TO THE MOST EASTERLY CORNER OF SAID LOT; THENCE SOUTH 37° 54' WEST ALONG THE SOUTHEASTERLY LINE OF SAID LOT, 102.58 FEET (FORMERLY RECORDED SOUTH 36° 22' WEST, 100.32 FEET); THENCE SOUTH 78° 32' WEST ALONG THE SOUTHEASTERLY LINE OF SAID LOT, 222.70 FEET (FORMERLY RECORDED SOUTH 80° 15' WEST, 221.76 FEET); THENCE SOUTH 61° 01' WEST ALONG THE SOUTHEASTERLY LINE OF SAID LOT, 138.60 FEET (FORMERLY RECORDED SOUTH 61° 30' WEST) TO STATION 56 AS SHOWN ON SAID MAP OF TURBINE TRACT; THENCE SOUTH 34° 49' EAST, ALONG A LINE BETWEEN SAID STATION 56 AND STATION 29, AS SHOWN ON SAID MAP OF TURBINE TRACT, 61.18 FEET TO A POINT 23.10 FEET NORTHWESTERLY FROM SAID STATION 29; THENCE SOUTH 34° 40' WEST, 75.72 FEET; THENCE SOUTH 54° 06' WEST, 137.67 FEET TO THE POINT OF BEGINNING.

EXCEPT THEREFROM ANY PORTION THEREOF LYING EASTERLY OF THE JURUPA DITCH AS LOCATED ON APRIL 9, 1918, BEING THE DATE OF DEED TO H. H. VANDERSLICE, TO THE POINT WHERE L. S. WILSON TAKES HIS WATER THROUGH A WOODEN FLUME.

PARCEL 47:        (APN 179-170-003)

LOT 9 OF THE RIVERSIDE LAND AND IRRIGATING COMPANY'S TURBINE TRACT, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 5, PAGE 116 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM THAT PORTION CONVEYED TO W. W. CARR, BY DEED RECORDED JULY 19, 1905, IN BOOK 202 OF DEEDS, PAGE 361, RECORDS OF SAID COUNTY.

PARCEL 48:        (APN 179-170-006 and a portion of 179-180-012)

PARCEL 1 OF PARCEL MAP NO. 33314, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP FILED IN BOOK 200, PAGES 79 AND 80, OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 49:        (APN 179-170-007)

THAT PORTION OF LOT 8 AND 9 OF TURBINE TRACT, AS SHOWN BY MAP ON FILE IN BOOK 5 PAGE 116 OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEAST CORNER OF A TRACT OF LAND AS SHOWN BY MAP OF THE TURBINE TRACT ON FILE IN BOOK 5 PAGE(S) 116 OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, AND THEREON DESIGNATED AS "LAND OF W. W. CARR 13.75 A." SAID POINT BEING STATION #72 OF SURVEY OF SAID TURBINE TRACT; THENCE NORTH 59° 58' WEST ALONG THE NORTH LINE OF THE COUNTY ROAD, AS SHOWN BY MAP OF SAID TURBINE TRACT, 526.2 FEET; THENCE NORTH 33° 53' EAST, 528.45 FEET; THENCE NORTH 45° 37' EAST, 265 FEET; THENCE NORTH 54° 06' EAST, 40 FEET, MORE OR LESS, TO THE SOUTHWESTERLY LINE OF LOT 9, AS SHOWN ON SURVEY OF SAID TURBINE TRACT, FOR THE POINT OF BEGINNING; THENCE CONTINUING NORTH 54° 06' EAST, 227.4 FEET; THENCE 71.4 FEET, MORE OR LESS, TO A POINT ON A LINE RUNNING BETWEEN STATIONS 29 AND 56 OF SURVEY OF SAID TURBINE TRACT AND DISTANT FROM STATION 29, 23.10 FEET; THENCE SOUTH ALONG THE LINE BETWEEN STATIONS 29 AND 56 OF SAID

SURVEY, 23.10 FEET TO SAID STATION 29, THE SAME BEING THE NORTHEAST CORNER OF LOT 8 OF SAID TURBINE TRACT; THENCE SOUTH 41° 48' EAST, 694.75 FEET TO THE NORTHWESTERLY LINE OF TURBINE STREET; THENCE SOUTH 57° 36' WEST ALONG THE NORTHWESTERLY LINE OF TURBINE STREET, 260.3 FEET TO STATION 32 OF SAID SURVEY; THENCE NORTH 43° 28' WEST, ALONG THE SOUTHWESTERLY LINE OF SAID LOTS 8 AND 9 TO THE POINT OF BEGINNING.

ALSO ALL THAT CERTAIN STRIP OF LAND LYING BETWEEN THE NORTHWESTERLY BOUNDARY LINE OF THE FOREGOING DESCRIBED TRACT OF LAND AND SOUTHWESTERLY OF JURUPA DITCH AS NOW LOCATED AND SOUTHEASTERLY OF THAT CERTAIN WOODEN FLUME EXTENDING FROM SAID JURUPA DITCH TO THE COUNTY ROAD.

PARCEL 50:          (A portion of APN 178-310-016, 035; 179-170-009, 010)

PARCEL A, AS SHOWN ON EXHIBIT "B", OF LOT LINE ADJUSTMENT NO. LLA 04996, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, RECORDED MARCH 9, 2007, AS INSTRUMENT NO. 2007-0163410, OF OFFICIAL RECORDS, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

THAT PORTION OF PARCEL AS OF LOT LINE ADJUSTMENT NO. 04998, IN THE UNINCORPORATED TERRITORY OF THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, PER DOCUMENT RECORDED MARCH 9, 2007 AS INSTRUMENT NO. 2007-163401, OF OFFICIAL RECORDS OF SAID COUNTY, DESCRIBED AS FOLLOWS:
BEGINNING AT THE MOST NORTHERLY CORNER OF SAID PARCEL A, SAID MOST NORTHERLY CORNER BEING A POINT ON THE SOUTHEASTERLY LINE OF WALLACE STREET, SHOWN AS TURBINE STREET, 40 FEET WIDE, ON SAID AMENDED MAP, SAID POINT BEING THE MOST NORTHERLY CORNER OF THAT CERTAIN 7.5 ACRE PARCEL CONVEYED TO D.C. MILAN BY DEED RECORDED IN BOOK 221, PAGE 359 OF DEEDS, AS SHOWN ON SAID AMENDED MAP; THENCE ALONG THE NORTHEASTERLY LINE OF SAID 7.5 ACRE PARCEL AND SAID PARCEL A, SOUTH 53°44'50" EAST 310.34 FEET; THENCE LEAVING SAID NORTHEASTERLY LINE, AND ALONG THE NORTHWESTERLY LINE OF SAID PARCEL A AND ITS NORTHEASTERLY PROLONGATION, NORTH 57°29'34" EAST 334.00 FEET TO A LINE THAT IS PARALLEL WITH SAID NORTHEASTERLY LINE OF THAT 7.5 ACRE PARCEL, AND PASSES THROUGH SAID SOUTHEASTERLY LINE OF WALLACE STREET AT A POINT NORTH 57°29'43" EAST 334.00 FEET FROM SAID NORTHERLY CORNER OF THAT CERTAIN 7.5 ACRE PARCEL; THENCE ALONG SAID PARALLEL LINE AND THE NORTHEASTERLY LINE OF SAID PARCEL A, SOUTH 53°44'50" EAST 310.34 FEET; THENCE CONTINUING ALONG THE PERIMETER OF SAID PARCEL A IN A CLOCKWISE DIRECTION THE FOLLOWING 14 COURSES: PARALLEL WITH SAID SOUTHEASTERLY LINE OF WALLACE STREET, SOUTH 57°29'43" WEST 334.00 FEET TO SAID NORTHEASTERLY LINE OF SAID 7.5 ACRE PARCEL; THENCE SOUTH 53°44'50" EAST 0.04 FEET ALONG SAID NORTHEASTERLY LINE; THENCE SOUTH 29°35'10" WEST 845.38 FEET ALONG THE SOUTHEASTERLY LINE OF SAID 7.5 ACRE PARCEL AND THE SOUTHEASTERLY LINE OF SAID LOT 1 OF THE TURBINE TRACT, TO A POINT THAT IS NORTH 29°35'10" WEST 10.00 FEET, MORE OR LESS, TO THE NORTHEASTERLY CORNER OF THAT PARCEL OF LAND CONVEYED TO JOHN LAMAIN BY DEED RECORDED JANUARY 7, 1931 IN BOOK 8, PAGE 79 OF OFFICIAL RECORDS OF SAID COUNTY; THENCE NORTH 60°01'40" WEST 350.06 FEET ALONG THE NORTHEASTERLY LINE OF SAID LAMAIN PARCEL TO THE MOST NORTHERLY CORNER THEREOF; THENCE NORTH 29°58'20" EAST 46.00 FEET ALONG THE NORTHEASTERLY PROLONGATION OF THE NORTHWESTERLY LINE OF SAID LAMAIN PARCEL, TO A POINT THEREON, DISTANT 366.00 FEET NORTHEASTERLY FROM THE MOST WESTERLY CORNER OF SAID LAMAIN PARCEL; THENCE NORTH 60°01'40" WEST 329.65 FEET TO THE SOUTHEASTERLY LINE OF SAID WALLACE STREET; THENCE NORTH 57°32'10" EAST 533.04 FEET ALONG SAID SOUTHEASTERLY LINE OF WALLACE STREET TO THE WESTERLY CORNER OF PARCEL D OF SAID LOT LINE ADJUSTMENT NO. 04998; THENCE SOUTH 50°14'50" EAST 204.79 FEET TO THE BEGINNING OF A NON-TANGENT CURVE, CONCAVE NORTHWESTERLY, HAVING A RADIUS OF 563.00 FEET, A RADIAL TO SAID BEGINNING OF CURVE BEARS NORTH 01°10'46" EAST; THENCE NORTHEASTERLY 325.91 FEET ALONG SAID CURVE, THROUGH A

24

CENTRAL ANGLE OF 33°10'01" TO A NON-TANGENT LINE; THENCE NORTH 53°44'18" WEST 310.44 FEET ALONG SAID NON-TANGENT LINE TO SAID SOUTHEASTERLY LINE OF WALLACE STREET AND THE NORTHERLY CORNER OF SAID PARCEL D; THENCE NORTH 57°32'10" EAST 183.85 FEET ALONG SAID SOUTHEASTERLY LINE TO AN ANGLE POINT THEREIN; THENCE CONTINUING ALONG SAID SOUTHEASTERLY LINE, NORTH 57°29'43" EAST 15.57 FEET TO THE POINT OF BEGINNING.

PARCEL 51:            (APN 179-270-012)

PARCEL 51A:

THAT PORTION OF BLOCK 2 AS SHOWN BY MAP OF INDIAN HILL TRACT, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 10, PAGE 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE NORTHERLY LINE OF WILSON ROAD, AS SHOWN BY MAP OF DALEY STOCK FARM TRACT AS PER MAP RECORDED IN BOOK 6 PAGE 21 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, WITH THE EASTERLY LINE OF THE ROAD KNOWN AS CRESTMORE ROAD, AS SHOWN BY MAP SHOWING A CHANGE IN THE COUNTY ROAD THROUGH THE DALEY STOCK FARM TRACT AS SHOWN ON RECORD OF SURVEY FILED IN BOOK 4 OF PAGE 21 OF RECORDS OF SURVEY, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY; THENCE EASTERLY ALONG THE EASTERLY EXTENSION OF SAID NORTHERLY LINE OF WILSON ROAD, TO THE CENTER LINE OF THE ROW OF PILES SHOWN ON SAID AMENDED MAP OF INDIAN HILL TRACT; THENCE CONTINUING EASTERLY ALONG THE NORTHERLY EXTENSION OF WILSON ROAD, A DISTANCE OF 220 FEET MORE OR LESS; THENCE NORTH 15° 21' 30" EAST A DISTANCE OF 246 FEET TO THE TRUE POINT OF BEGINNING; THENCE CONTINUING ALONG THE LAST MENTIONED COURSE, A DISTANCE OF 123 FEET; THENCE WESTERLY TO A POINT IN THE CENTER LINE OF SAID ROW OF PILES TO A POINT 313.5 FEET NORTHWESTERLY OF WILSON ROAD, AS MEASURED ALONG THE CENTER LINE OF SAID ROW OF PILES; THENCE SOUTHERLY ALONG THE CENTER LINE OF SAID ROW OF PILES, A DISTANCE OF 104.5 FEET; THENCE EASTERLY IN A STRAIGHT LINE TO THE TRUE POINT OF BEGINNING.

PARCEL 51B:

AN EASEMENT FOR ROAD PURPOSES OVER THE WESTERLY 30 FEET OF ALL THAT PORTION OF BLOCK 2, AS SHOWN BY AMENDED MAP OF INDIAN HILL TRACT AS PER MAP RECORDED IN BOOK 10 PAGE 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE NORTHERLY LINE OF WILSON ROAD, AS SHOWN BY MAP OF DALEY STOCK FARM TRACT AS PER MAP RECORDED IN BOOK 6 PAGE 21 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, WITH THE EASTERLY LINE OF THE ROAD KNOWN AS CRESTMORE ROAD, AS SHOWN BY MAP SHOWING A CHANGE IN THE COUNTY ROAD THROUGH THE DALEY STOCK FARM TRACT AS SHOWN ON RECORD OF SURVEY FILED IN BOOK 4 OF PAGE 21 OF RECORDS OF SURVEY, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY; THENCE EASTERLY ALONG THE EASTERLY EXTENSION OF SAID NORTHERLY LINE OF WILSON ROAD TO THE CENTER LINE OF THE ROW OF PILES SHOWN ON SAID AMENDED MAP OF INDIAN HILL TRACT; THENCE CONTINUING EASTERLY ALONG THE NORTHERLY EXTENSION OF WILSON ROAD, A DISTANCE OF 220 FEET MORE OR LESS; THENCE NORTH 15° 21' 30" EAST, A DISTANCE OF 246 FEET TO THE TRUE POINT OF BEGINNING; THENCE WESTERLY TO A POINT IN THE CENTER LINE OF SAID ROW OF PILES TO A POINT 209 FEET NORTHWESTERLY OF WILSON ROAD, AS MEASURED ALONG THE CENTER LINE OF SAID ROW OF PILES; THENCE SOUTHERLY ALONG THE CENTER LINE OF SAID ROW OF PILES, A DISTANCE OF 209 FEET; THENCE EASTERLY IN A STRAIGHT LINE TO THE TRUE POINT OF BEGINNING.

PARCEL 52:

PARCEL 52A:    (APN 179-270-024)

ALL THAT PORTION OF BLOCK 2 AS SHOWN BY MAP OF INDIAN HILL TRACT ON FILE IN BOOK 10
PAGE 3 OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY,
CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE NORTHERLY LINE OF WILSON ROAD, AS SHOWN BY
MAP OF DALEY STOCK FARM TRACT ON FILE IN BOOK 6 PAGE 21 OF MAPS IN THE OFFICE OF THE
COUNTY RECORDER OF THE COUNTY OF RIVERSIDE, CALIFORNIA, WITH THE EASTERLY LINE OF
THE ROAD NOW KNOWN AS CRESTMORE ROAD, AS SHOWN BY MAP SHOWING A CHANGE IN THE
COUNTY ROAD THROUGH THE DALEY STOCK FARM TRACT ON FILE IN BOOK 4 PAGE 21 OF
RECORDS OF SURVEY IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF RIVERSIDE,
CALIFORNIA:
THENCE EASTERLY ALONG THE EASTERLY EXTENSION OF SAID NORTHERLY LINE OF WILSON
ROAD TO THE CENTER LINE OF THE ROW OF PILES AS SHOWN ON SAID AMENDED MAP OF INDIAN
HILL TRACT THE TRUE POINT OF BEGINNING; THENCE CONTINUING EASTERLY ALONG SAID
NORTHERLY LINE OF WILSON ROAD, 220 FEET, MORE OR LESS; THENCE NORTH 15° 21' 30" EAST, A
DISTANCE OF 123 FEET; THENCE WESTERLY TO A POINT ON THE CENTER LINE OF SAID ROW OF
PILES, DISTANT 104.5 FEET NORTHERLY FROM THE NORTHERLY LINE OF WILSON ROAD; THENCE
SOUTHERLY ALONG THE CENTER LINE OF SAID ROW OF PILES, A DISTANCE OF 104.5 FEET TO THE
TRUE POINT OF BEGINNING.


PARCEL 52B:    (APN 179-270-013)

THAT PORTION OF LOT 2, AS SHOWN BY AMENDED MAP OF INDIAN HILL TRACT RECORDED IN
BOOK 10, PAGE 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY,
DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE NORTHERLY LINE OF WILSON ROAD OF DALEY STOCK
FARM TRACT AS PER MAP RECORDED IN BOOK 6, PAGE 21 OF MAPS, IN THE OFFICE OF THE
COUNTY RECORDER OF RIVERSIDE COUNTY, WITH THE EASTERLY LINE OF CRESTMORE ROAD,
AS SHOWN ON RECORD OF SURVEY FILED IN BOOK 4, PAGE 21 OF RECORDS OF SURVEY, IN THE
OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY; THENCE EASTERLY ALONG THE
EASTERLY EXTENSION OF SAID NORTHERLY LINE OF WILSON ROAD TO THE CENTER LINE OF
THE ROW OF PILES AS SHOWN ON SAID AMENDED MAP OF INDIAN HILL TRACT; THENCE
CONTINUING EASTERLY ALONG THE NORTHERLY EXTENSION OF WILSON ROAD, 220 FEET;
THENCE NORTH 15° 21' 30" EAST, 369 FEET FOR THE TRUE POINT OF BEGINNING, SAID POINT ALSO
BEING THE NORTHEASTERLY CORNER OF THAT CERTAIN PARCEL OF LAND CONVEYED TO MARY
JANE MC WILLIAMS, AN UNMARRIED WOMAN, BY DEED RECORDED AUGUST 21, 1980 AS
INSTRUMENT NO. 151713, OFFICIAL RECORDS; THENCE CONTINUING NORTH 15° 21' 30" EAST, 123
FEET TO THE SOUTHEASTERLY CORNER OF THAT CERTAIN PARCEL OF LAND CONVEYED TO
FRED RANDOLPH CHRISTOPHERSON AND LYNN BROOKS CHRISTOPHERSON, HUSBAND AND
WIFE, BY DEED RECORDED JUNE 3, 1980 AS INSTRUMENT NO. 101981, OFFICIAL RECORDS; THENCE
NORTHWESTERLY ON THE SOUTHWESTERLY LINE OF SAID PARCEL SO CONVEYED TO
CHRISTOPHERSON, 305.9 FEET, MORE OR LESS, TO THE MOST WESTERLY CORNER THEREOF;
THENCE SOUTHWESTERLY IN A DIRECT LINE, 106 FEET, MORE OR LESS, TO THE MOST
NORTHERLY CORNER OF SAID PARCEL SO CONVEYED TO MC WILLIAMS; THENCE
SOUTHEASTERLY ALONG THE NORTHEASTERLY LINE OF SAID PARCEL SO CONVEYED TO MC
WILLIAMS, 290 FEET, MORE OR LESS, TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM THE WESTERLY 30 FEET FOR A PERPETUAL EASEMENT FOR ROAD PURPOSES.

PARCEL 53:        (APN 179-270-014)

THAT PORTION OF LOT 2, AS SHOWN BY AMENDED MAP OF INDIAN HILL TRACT, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, ON FILE IN BOOK 10, PAGE 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE NORTHERLY LINE OF WILSON ROAD, AS SHOWN BY MAP OF DALEY STOCK FARM, ON FILE IN BOOK 6, PAGE 21 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, WITH THE EASTERLY LINE OF THE ROAD KNOWN AS CRESTMORE ROAD, AS SHOWN BY MAP SHOWING THE CHANGE IN THE COUNTY ROAD THROUGH THE DALEY STOCK FARM TRACT ON FILE IN BOOK 4, PAGE 21, OF RECORDS OF SURVEY, RIVERSIDE COUNTY RECORDS; THENCE EASTERLY ALONG THE EASTERLY EXTENSION OF SAID NORTHERLY LINE OF WILSON ROAD, TO THE CENTER LINE OF THE ROW OF PILES, AS SHOWN ON SAID AMENDED MAP OF INDIAN HILL TRACT; THENCE NORTH 05° 14' EAST, ALONG SAID CENTER LINE OF SAID ROW OF PILES, 419.5 FEET TO THE NORTHERLY CORNER OF THAT CERTAIN PARCEL CONVEYED TO CLARA MISHLER, A WIDOW, BY DEED RECORDED APRIL 2, 1954 AS INSTRUMENT NO. 16393, OFFICIAL RECORDS, FOR THE TRUE POINT OF BEGINNING; THENCE NORTH 05° 14' EAST, ON SAID CENTER LINE OF ROW OF PILES, 100 FEET; THENCE AT A RIGHT ANGLE EASTERLY TO A POINT ON THE WEST BOUNDARY OF THE SANTA ANA RIVER FLOOD CONTROL LEVEE; THENCE SOUTHERLY, ON SAID WEST BOUNDARY OF THE SANTA ANA RIVER FLOOD CONTROL LEVEE TO THE MOST EASTERLY CORNER OF SAID PARCEL SO CONVEYED TO CLARA MISHLER, A WIDOW; THENCE WESTERLY, ON THE NORTHERLY LINE OF SAID PARCEL SO CONVEYED TO CLARA MISHLER, A WIDOW, TO THE TRUE POINT OF BEGINNING.

EXCEPTING THEREFROM THE WESTERLY 30 FEET FOR ROAD PURPOSES.

PARCEL 54:        (APN 179-270-015)

THAT PORTION OF LOT 2, AS SHOWN BY AMENDED MAP OF INDIAN HILL TRACT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, ON FILE IN BOOK 10, PAGE 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

COMMENCING AT THE INTERSECTION OF THE NORTHERLY LINE OF WILSON ROAD, AS SHOWN BY MAP OF DALEY STOCK FARM ON FILE IN BOOK 6, PAGE 21 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, WITH THE EASTERLY LINE OF THE ROAD KNOWN AS CRESTMORE ROAD, AS SHOWN BY MAP SHOWING THE CHARGE IN THE COUNTY ROAD THROUGH THE DALEY STOCK FARM TRACT ON FILE IN BOOK 4, PAGE 21 OF RECORDS OF SURVEY, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY; THENCE EASTERLY, ALONG THE EASTERLY EXTENSION OF SAID NORTHERLY LINE OF WILSON ROAD, TO THE CENTER LINE OF THE ROW OF PILES, AS SHOWN ON SAID AMENDED MAP OF INDIAN HILL TRACT; THENCE NORTH 05° 14' EAST, ALONG SAID CENTER LINE OF SAID ROW OF PILES, 519.5 FEET TO THE NORTHWESTERLY CORNER OF THAT CERTAIN PARCEL CONVEYED TO JERRY D. BARCHENGER AND ELVIE J. BARCHENGER, HUSBAND AND WIFE AS JOINT TENANTS, BY DEED RECORDED NOVEMBER 21, 1926 AS INSTRUMENT NO. 112588, FOR THE TRUE POINT OF BEGINNING; THENCE AT A RIGHT ANGLE EASTERLY TO A POINT ON THE WEST BOUNDARY OF THE SANTA ANA RIVER FLOOD CONTROL LEVEE; THENCE NORTHERLY ON SAID WEST BOUNDARY OF THE SANTA ANA RIVER FLOOD CONTROL LEVEE, 100 FEET MORE OR LESS, TO THE MOST EASTERLY CORNER OF SAID PARCEL SO CONVEYED TO JOHN FREDERICK ROTRAMEL, AN UNMARRIED MAN, BY DEED RECORDED NOVEMBER 21, 1966, AS INSTRUMENT NO. 112590; THENCE WESTERLY ON THE SOUTHERLY LINE OF SAID PARCEL SO CONVEYED TO JOHN FREDERICK ROTRAMEL TO THE SOUTHWESTERLY CORNER OF SAID PARCEL CONVEYED TO JOHN FREDERICK ROTRAMEL;

THENCE SOUTH 05° 14' WEST ON THE CENTER LINE OF SAID ROW OF PILES, 100 FEET MORE OR LESS TO THE POINT OF BEGINNING.

PARCEL 55:

PARCEL 55A:    (APN 179-270-019)

INTENTIONALLY DELETED

PARCEL 55B:    (APN 179-270-016)

THAT PORTION OF LOT 2, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY AMENDED MAP OF INDIAN HILL TRACT, ON FILE IN BOOK 10 PAGE 3 OF MAPS, RIVERSIDE COUNTY RECORDS, DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE NORTHERLY LINE OF WILSON ROAD, AS SHOWN BY MAP OF DALEY STOCK FARM ON FILE IN BOOK 6 PAGE 21 OF MAPS, RIVERSIDE COUNTY RECORDS, WITH THE EASTERLY LINE OF THE ROAD NOW KNOWN AS CRESTMORE ROAD, AS SHOWN BY MAP SHOWING THE CHANGE IN THE COUNTY ROAD THROUGH THE DALEY STOCK FARM TRACT, ON FILE IN BOOK 4 PAGE 21 OF RECORDS OF SURVEY, RIVERSIDE COUNTY RECORDS; THENCE EASTERLY ALONG THE EASTERLY EXTENSION OF SAID NORTHERLY LINE OF WILSON ROAD TO THE CENTER LINE OF THE ROW OF PILES, AS SHOWN ON SAID AMENDED MAP OF INDIAN HILL TRACT; THENCE NORTH 5° 14' EAST ALONG SAID CENTER LINE OF SAID ROW OF PILES, 394.5 FEET; THENCE CONTINUING NORTH 5° 14' EAST ALONG SAID CENTER LINE OF SAID ROW OF PILES, 344.5 FEET, MORE OR LESS, TO THE MOST NORTHEASTERLY CORNER OF THAT CERTAIN 4.355 ACRES OF LAND DEEDED BY MARY S. EVANS TO E. W. TUCKER ON MAY 18, 1937 AND RECORDED MAY 26, 1937 IN BOOK 324 PAGE 178 OF OFFICIAL RECORDS, FOR THE TRUE POINT OF BEGINNING; THENCE AT RIGHT ANGLES EASTERLY, 352.44 FEET, MORE OR LESS, TO THE WEST BOUNDARY OF SANTA ANA RIVER FLOOD CONTROL LEVEE; THENCE SOUTHERLY ON SAID WESTERLY BOUNDARY OF THE SANTA ANA RIVER FLOOD CONTROL LEVEE, 119.5 FEET; THENCE WESTERLY TO A POINT ON THE CENTER LINE OF SAID ROW OF PILES, DISTANT 119.5 FEET SOUTHERLY FROM THE POINT OF BEGINNING; THENCE NORTHERLY ON THE CENTER LINE OF SAID ROW OF PILES, 119.5 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM THE WESTERLY 30 FEET FOR ROAD PURPOSES.

PARCEL 56:        (A portion of APN 179-270-019, 021, 022 AND 023)

PARCEL D, AS SHOWN ON EXHIBIT "B", OF LOT LINE ADJUSTMENT NO. LLA 04995, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, RECORDED JANUARY 23, 2007, AS INSTRUMENT NO. 2007-0052626, OF OFFICIAL RECORDS, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

THAT PORTION OF LOT 2 OF THE AMENDED MAP OF INDIAN HILL TRACT, IN THE UNINCORPORATED TERRITORY OF THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 10, PAGE 3 OF MAPS, RECORDS OF SAID COUNTY, DESCRIBED AS FOLLOWS:

COMMENCING AT THE INTERSECTION OF THE SOUTHEASTERLY PROLONGATION OF THE NORTHEASTERLY LINE OF 34TH STREET, SHOWN AS WILSON STREET, 40.00 FEET WIDE, ON SAID MAP, WITH THE EASTERLY LINE OF THE LANDS OF MILLIE J. VOORHIES, AS SHOWN ON SAID MAP; THENCE NORTH 14°47'20" EAST 177.19 FEET ALONG SAID EASTERLY LINE TO THE TRUE POINT OF BEGINNING; THENCE LEAVING SAID EASTERLY LINE, NORTH 26°58'54" EAST 211.54 FEET; THENCE SOUTH 57°27'50" EAST 158.47 FEET; THENCE SOUTH 08°49'09" WEST 370.07 FEET TO A POINT ON THE EASTERLY LINE OF THAT PARCEL CONVEYED TO SYLVESTER REXROAT, PER DEED RECORDED

AUGUST 13, 1945 IN BOOK 589, PAGE 512 OF OFFICIAL RECORDS OF SAID COUNTY, SAID POINT BEING NORTH 07°19'16" EAST 32.51 FEET FROM THE SOUTHEASTERLY CORNER OF SAID REXROAT PARCEL; THENCE SOUTH 07°19'16" WEST 32.51 FEET ALONG LAST SAID SOUTHEASTERLY LINE TO SAID SOUTHEASTERLY CORNER, ALSO BEING ON SAID SOUTHEASTERLY PROLONGATION OF THE NORTHEASTERLY LINE OF 34TH STREET; THENCE SOUTH 60°01'40" EAST 148.52 FEET ALONG SAID SOUTHEASTERLY PROLONGATION TO ITS INTERSECTION WITH THE EASTERLY LINE OF THAT CERTAIN TRACT OF LAND CONVEYED TO E.W. TUCKER BY DEED RECORDED MAY 26, 1937 IN BOOK 324, PAGE 178 OF OFFICIAL RECORDS OF SAID COUNTY; THENCE NORTH 04°47'51" EAST 738.20 FEET ALONG LAST SAID EASTERLY LINE TO THE NORTHEASTERLY CORNER OF SAID PARCEL CONVEYED TO E.W. TUCKER; THENCE WESTERLY AND SOUTHERLY ALONG THE NORTHERLY LINE OF SAID PARCEL CONVEYED TO E.W. TUCKER AND THE SOUTHERLY AND SAID EASTERLY LINE OF THE LANDS OF MILLIE J. VOORHIES, THE FOLLOWING THREE COURSES: SOUTH 76°31'20" WEST 100.00 FEET; THENCE SOUTH 65°46'20" WEST 213.00 FEET; THENCE SOUTH 14°47'20" WEST 264.79 FEET TO THE TRUE POINT OF BEGINNING.

PARCEL 57:

PARCEL 57A:    (APN 179-340-005 AND 179-310-005)

THAT PORTION OF LOT 2 OF AMENDED MAP OF INDIAN HILL TRACT, AS SHOWN BY MAP ON FILE IN BOOK 10, PAGE 3 OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, DESCRIBED AS FOLLOWS:

COMMENCING AT THE MOST NORTHERLY CORNER OF PARCEL 55A OF RECORD OF SURVEY ON FILE IN BOOK 26, PAGES 87 THROUGH 92 OF RECORDS OF SURVEY, RECORDS OF SAID RIVERSIDE COUNTY:

THENCE NORTH 35°38'11" EAST, ALONG THE WEST LINE OF THE STAGE 2 LEVEE R/W AS SHOWN BY SAID RECORD OF SURVEY, A DISTANCE OF 779.92 FEET TO THE MOST SOUTHERLY CORNER OF PARCEL NO. 47 OF JUDGMENT AND FINAL ORDER OF CONDEMNATION BY DOCUMENT RECORDED AUGUST 7, 1963 IN BOOK 3459, PAGE 298, ET SEQ., OF OFFICIAL RECORDS OF SAID RIVERSIDE COUNTY:

THENCE NORTH 54°21'49" WEST, ALONG THE SOUTHERLY LINE OF SAID PARCEL NO. 47, A DISTANCE OF 153.01 FEET TO THE EASTERLY LINE OF THAT CERTAIN RIGHT OF WAY EASEMENT GRANTED TO THE COUNTY OF RIVERSIDE BY DOCUMENT RECORDED SEPTEMBER 27, 1938, IN BOOK 390, PAGE 475, ET SEQ., OF OFFICIAL RECORDS OF SAID RIVERSIDE COUNTY, AND THE POINT OF BEGINNING OF THE PARCEL OF LAND BEING DESCRIBED:

THENCE NORTH 15°51'20" EAST, ALONG SAID EASTERLY LINE AND ALONG THE WESTERLY LINE OF SAID PARCEL NO. 47, A DISTANCE OF 507.83 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVING WESTERLY AND HAVING A RADIUS OF 24,140.37 FEET;

THENCE NORTHERLY TO THE LEFT ALONG SAID CURVE AND CONTINUING ALONG SAID EASTERLY LINE AND ALONG SAID WESTERLY LINE OF PARCEL NO. 47, THROUGH A CENTRAL ANGLE OF 2°47'52" AN ARC LENGTH OF 1178.78 FEET TO THE END OF SAID CURVE;

THENCE NORTH 19°39'30" EAST, A DISTANCE OF 677.77 FEET TO AN INTERSECTION WITH THE WESTERLY LINE OF THAT CERTAIN PARCEL OF LAND CONVEYED TO THE CITY OF RIVERSIDE BY DEED RECORDED IN BOOK 1074, PAGE 193 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA; SAID POINT ALSO BEING THE MOST EASTERLY CORNER OF THAT CERTAIN PARCEL OF LAND CONVEYED TO THEODORA DE ALCAZAR BY DEED RECORDED IN BOOK 722, PAGE 178 OF DEEDS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA:

THENCE SOUTH 32°02'45" WEST, ALONG SAID WESTERLY LINE, A DISTANCE OF 620.32 FEET TO AN INTERSECTION WITH THE WESTERLY LINE OF SAID STAGE 2 LEVEE R/W;

THENCE SOUTH 13°03'18" WEST, ALONG SAID LAST MENTIONED WESTERLY LINE, A DISTANCE OF 86.26 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVING WESTERLY AND HAVING A RADIUS OF 24,020.37 FEET; SAID CURVE BEING CONCENTRIC WITH AND DISTANT 120.00 FEET EASTERLY AS MEASURED RADIALLY TO THE PREVIOUS DESCRIBED CURVE HAVING A RADIUS OF 24,140.37 FEET;

THENCE SOUTHERLY TO THE RIGHT ALONG SAID CURVE HAVING A RADIUS OF 24,020.37 FEET AND CONTINUING ALONG SAID WESTERLY LINE OF THE STAGE 2 LEVEE R/W, THROUGH A CENTRAL ANGLE OF 2°47'52" AN ARC LENGTH OF 1172.92 FEET TO THE END OF SAID CURVE;

THENCE SOUTH 15°51'10" WEST, CONTINUING ALONG SAID WESTERLY LINE OF THE STAGE 2 LEVEE R/W, A DISTANCE OF 464.67 FEET TO THE WESTERLY PROLONGATION OF SAID SOUTHERLY LINE OF PARCEL NO. 47;

THENCE SOUTH 54°21'49" EAST, ALONG SAID WESTERLY PROLONGATION OF THE SOUTHERLY LINE OF PARCEL NO. 47, A DISTANCE OF 127.53 FEET TO THE POINT OF BEGINNING.

EXCEPT THEREFROM ANY AND ALL WATER RIGHTS IN, TO AND/OR ON THE PROPERTY, AS RESERVED BY THE CITY OF RIVERSIDE, A MUNICIPAL CORPORATION OF THE STATE OF CALIFORNIA, IN DEED RECORDED JANUARY 10, 2007, AS INSTRUMENT NO. 2007-0020306, OF OFFICIAL RECORDS.

PARCEL 57B:    (APN 179-340-002)

THAT PORTION OF LOT 2 OF AMENDED MAP OF INDIAN HILL TRACT, AS SHOWN BY MAP ON FILE IN BOOK 10, PAGE 3 OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST NORTHERLY CORNER OF PARCEL 55A OF RECORD OF SURVEY ON FILE IN BOOK 26, PAGES 87 THROUGH 92 OF RECORDS OF SURVEY, RECORDS OF SAID RIVERSIDE COUNTY;

THENCE NORTH 35°38'11" EAST, ALONG THE WEST LINE OF THE STAGE 2 LEVEE R/W AS SHOWN BY SAID RECORD OF SURVEY, A DISTANCE OF 779.92 FEET TO THE MOST SOUTHERLY CORNER OF PARCEL NO. 47 OF JUDGMENT AND FINAL ORDER OF CONDEMNATION BY DOCUMENT RECORDED AUGUST 7, 1963 IN BOOK 3459, PAGE 298, ET SEQ., OF OFFICIAL RECORDS OF SAID RIVERSIDE COUNTY;

THENCE NORTH 54°21'49" WEST, ALONG THE SOUTHERLY LINE OF SAID PARCEL NO. 47, A DISTANCE OF 153.01 FEET TO THE EASTERLY LINE OF THAT CERTAIN RIGHT OF WAY EASEMENT GRANTED TO THE COUNTY OF RIVERSIDE BY DOCUMENT RECORDED SEPTEMBER 27, 1938, IN BOOK 390, PAGE 475, ET SEQ., OF OFFICIAL RECORDS OF SAID RIVERSIDE COUNTY;

THENCE CONTINUING NORTH 54°21'49" WEST, ALONG THE WESTERLY PROLONGATION OF SAID SOUTHERLY LINE OF PARCEL NO. 47, A DISTANCE OF 127.53 FEET TO THE WESTERLY LINE OF SAID RIGHT OF WAY EASEMENT GRANTED TO THE COUNTY OF RIVERSIDE;

THENCE SOUTH 15°51'20" WEST, ALONG SAID WESTERLY LINE, A DISTANCE OF 828.83 FEET TO THE POINT OF BEGINNING.

EXCEPT THEREFROM ANY AND ALL WATER RIGHTS IN, TO AND/OR ON THE PROPERTY, AS RESERVED BY THE REDEVELOPMENT AGENCY OF THE CITY OF RIVERSIDE, CALIFORNIA, A PUBLIC BODY, CORPORATE AND POLITIC, IN DEED RECORDED JANUARY 10, 2007, AS INSTRUMENT NO. 2007-0020307, OF OFFICIAL RECORDS.

PARCEL 58:          (APN 179-170-008)

LOT 7 OF TURBINE TRACT, AS SHOWN BY MAP ON FILE IN BOOK 5, PAGE 116 OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPT THEREFROM ALL WATER AND WATER RIGHTS AS RESERVED BY THE RIVERSIDE LAND AND IRRIGATING CO., A CORPORATION, IN DEED RECORDED FEBRUARY 20, 1905, IN BOOK 199, PAGE 1, OF DEEDS.

PARCEL 59:          (APN 179-230-010)

PARCEL 1 OF PARCEL MAP NO. 10879, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP FILED IN BOOK 56, PAGES 13, OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 60:          (APN 179-270-011)

ALL THAT PORTION OF BLOCK 2, AS SHOWN BY AMENDED MAP OF INDIAN HILL TRACT, ON FILE IN BOOK 10, PAGE 3 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF RIVERSIDE, CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE NORTHERLY LINE OF WILSON ROAD, AS SHOWN BY MAP OF DALEY STOCK FARM TRACT, ON FILE IN BOOK 6, PAGE 21 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF RIVERSIDE, CALIFORNIA, WITH THE EASTERLY LINE OF THE ROAD NOW KNOWN AS CRESTMORE ROAD, AS SHOWN BY MAP SHOWING A CHANGE IN THE COUNTY ROAD THROUGH THE DALEY STOCK FARM TRACT, ON FILE IN BOOK 4, PAGE 21 OF RECORDS OF SURVEY, IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF RIVERSIDE, CALIFORNIA; THENCE EASTERLY ALONG THE EASTERLY EXTENSION OF SAID NORTHERLY LINE OF WILSON ROAD TO THE CENTER LINE OF THE ROW OF PILES AS SHOWN ON SAID AMENDED MAP OF INDIAN HILL TRACT; THENCE CONTINUING EASTERLY ALONG THE NORTHERLY LINE OF WILSON ROAD, 220.00 FEET, MORE OR LESS; THENCE NORTH 15° 21' 30" EAST, A DISTANCE OF 123.00 FEET TO THE TRUE POINT OF BEGINNING; THENCE CONTINUING NORTHERLY ALONG THE LAST MENTIONED COURSE, A DISTANCE OF 123.00 FEET; THENCE WESTERLY TO A POINT ON THE CENTER LINE OF SAID AFOREMENTIONED ROW OF PILES TO A POINT 209.00 FEET NORTHERLY OF THE NORTHERLY LINE OF WILSON ROAD; THENCE SOUTHERLY ALONG SAID ROW OF PILES, A DISTANCE OF 104.5 FEET; THENCE EASTERLY IN A STRAIGHT LINE TO THE TRUE POINT OF BEGINNING.

EXCEPT THEREFROM THE WESTERLY 30 FEET FOR A PERPETUAL EASEMENT FOR ROAD PURPOSES.

PARCEL 61:

PARCEL 61A:    (APN 179-270-017)

THAT PORTION OF LOTS 2 AND 3 OF TURBINE TRACT, AS SHOWN BY MAP ON FILE IN BOOK 5, PAGE 116 OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF LOT 2; THENCE NORTH 59° 48' WEST, 269.40 FEET TO
THE POINT OF BEGINNING; THENCE NORTH 12° 29' EAST, 154.00 FEET; THENCE NORTH 45° 88' WEST
TO A POINT WHICH IS 150.00 FEET MEASURED AT RIGHT ANGLES FROM THE MOST WESTERLY
LINE OF LOT 2; THENCE SOUTHERLY AND PARALLEL TO THE WESTERLY LINE OF LOT 2 TO A
POINT WHICH IS 191.00 FEET FROM THE CENTER LINE OF 34TH STREET AS MEASURED ALONG
SAID PARALLEL LINE; THENCE AT A RIGHT ANGLE EASTERLY, 75.00 FEET; THENCE AT A RIGHT
ANGLE SOUTHERLY 171.00 FEET; THENCE AT A RIGHT ANGLE EASTERLY AND PARALLEL WITH
THE CENTER LINE OF 34TH STREET, 76.00 FEET, MORE OR LESS, TO THE WESTERLY LINE OF LOT 2
OF INDIAN HILLS AS SHOWN BY MAP ON FILE IN BOOK 10, PAGE 3 OF MAPS, RECORDS OF
RIVERSIDE COUNTY, CALIFORNIA; THENCE NORTH 14° 51' EAST, 337.70 FEET; THENCE NORTH 65°
50' EAST, 213.00 FEET; THENCE NORTH 76° 35' EAST, 100.00 FEET; THENCE NORTH 37° 14' EAST,
126.10 FEET TO THE POINT OF BEGINNING.

PARCEL 61B:

THAT PORTION OF LOT 2 OF TURBINE TRACT, AS SHOWN BY MAP ON FILE IN BOOK 5, PAGE 116 OF
MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, MORE PARTICULARLY DESCRIBED AS
FOLLOWS: .

BEGINNING AT THE MOST WESTERLY CORNER OF SAID LOT 2; THENCE ALONG THE EASTERLY
PROLONGATION OF THE NORTHERLY LINE OF 34TH STREET, 225.00 FEET; THENCE NORTHERLY AT
A RIGHT ANGLE 120.00 FEET; THENCE AT A RIGHT ANGLE AND PARALLEL WITH THE NORTHERLY
LINE OF 34TH STREET, 76.00 FEET TO THE MOST EASTERLY LINE OF SAID LOT 2; THENCE SOUTH
14° 51' WEST, 125.00 FEET MORE OR LESS, TO THE EASTERLY PROLONGATION OF THE NORTHERLY
LINE OF 34TH STREET; THENCE 59° 58' WEST, ALONG THE EASTERLY PROLONGATION OF 34TH
STREET, 113.00 FEET, MORE OR LESS, TO THE POINT OF BEGINNING.

PARCEL 61C:    (APN 179-270-018)

THAT PORTION OF LOTS 2 AND 3 OF RIVERSIDE LAND AND IRRIGATING COMPANY'S TURBINE
TRACT, AS SHOWN BY MAP ON FILE IN BOOK 5, PAGE 116 OF MAPS, RECORDS OF RIVERSIDE
COUNTY, CALIFORNIA, DESCRIBED AS FOLLOWS:

·BEGINNING AT THE SOUTHWESTERLY CORNER OF SAID LOT 2, SAID POINT OF BEGINNING BEING
LOCATED ON THE NORTHERLY LINE OF THE COUNTY ROAD AS SHOWN ON SAID MAP; THENCE
SOUTH 59° 58' EAST, ON THE NORTHERLY LINE OF SAID COUNTY ROAD 150.00 FEET; THENCE
NORTH 29° 59' EAST, TO A POINT ON THE NORTHEASTERLY LINE OF THAT CERTAIN 1.81 ACRE
TRACT OF LAND CONVEYED TO MILLIE J. VOORHEES, BY DEED RECORDED MAY 23, 1913 IN BOOK
375, PAGE 379 OF DEEDS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA; THENCE NORTH 45° 8'
WEST, ON THE NORTHEASTERLY LINE OF SAID 1.81 ACRE TRACT TO THE MOST NORTHERLY
CORNER THEREOF; THENCE SOUTH 29° 59' WEST, ON THE NORTHWESTERLY LINE OF SAID
PARCEL 247.40 FEET TO THE NORTHWEST CORNER OF LOT 2 OF SAID TURBINE TRACT; THENCE
SOUTH 29° 59' WEST, ON THE NORTHWESTERLY LINE OF SAID LOT 2, 812.00 FEET, MORE OR LESS,
TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM THE FOLLOWING:

BEGINNING AT THE SOUTHWESTERLY CORNER OF SAID LOT 2, SAID POINT OF BEGINNING BEING
LOCATED ON THE NORTHERLY LINE OF COUNTY ROAD; THENCE SOUTH 59° 58' EAST, ON THE
NORTHERLY LINE OF SAID COUNTY ROAD, 150.00 FEET TO THE TRUE POINT OF BEGINNING;
THENCE NORTH 29° 59' EAST, 170.00 FEET; THENCE NORTH 59° 58' WEST AND PARALLEL WITH THE
NORTHERLY LINE OF SAID COUNTY ROAD, 69.00 FEET; THENCE SOUTH 29° 59' WEST 170.00 FEET

TO THE NORTHERLY LINE OF SAID COUNTY ROAD; THENCE SOUTH 59° 58' EAST ON THE NORTHERLY LINE OF SAID COUNTY ROAD, 69.00 FEET TO THE TRUE POINT OF BEGINNING.

PARCEL 62:        (APN 178-310-024)

IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, ALL THAT PORTION OF LOT 2 AS SHOWN BY AMENDED MAP OF INDIAN HILL TRACT RECORDED IN BOOK 10 OF MAPS, AT PAGE 3 THEREOF, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE COMMON CORNER TO SAID LOT 2 AND LOT A OF SAID AMENDED MAP OF INDIAN HILL TRACT, SAID CORNER BEING THE MOST SOUTHERLY CORNER OF SAID LOT A, SAID POINT ALSO BEING ON THE SOUTHEASTERLY PROLONGATION OF THE NORTHEASTERLY LINE OF SECOND STREET AS SHOWN ON SAID MAP;

THENCE NORTH 52° 41' WEST ALONG SAID SOUTHEASTERLY PROLONGATION OF THE NORTHEASTERLY LINE OF SECOND STREET, A DISTANCE OF 37.58 FEET TO AN ANGLE POINT IN THE EASTERLY LINE OF TURBINE STREET AS SHOWN ON SAID MAP;

THENCE SOUTH 14° 33' 30" WEST ALONG SAID EASTERLY LINE OF TURBINE STREET, A DISTANCE OF 428.63 FEET TO AN ANGLE POINT THEREIN;

THENCE SOUTH 08° 11' 30" EAST ALONG SAID EASTERLY LINE OF TURBINE STREET, A DISTANCE OF 324.08 FEET TO A POINT THEREON, SAID POINT BEING THE SOUTHWESTERLY CORNER OF THAT CERTAIN PARCEL OF LAND CONVEYED TO JOHN AND MERCEDES GUERRERO BY DEED RECORDED IN BOOK 1009 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, AT PAGE 563 THEREOF, SAID POINT ALSO BEING THE MOST NORTHERLY CORNER OF THAT CERTAIN PARCEL OF LAND CONVEYED TO THEODORA DE ALCARAZ BY DEED RECORDED IN BOOK 722 OF DEEDS OF RIVERSIDE COUNTY, CALIFORNIA, AT PAGE 178 THEREOF;

THENCE SOUTH 52° 41' EAST ALONG THE NORTHEASTERLY LINE OF THE PARCEL SO CONVEYED TO ALCARAZ, A DISTANCE OF 148.45 FEET TO A POINT THEREON FOR THE TRUE POINT OF BEGINNING;

THENCE CONTINUING SOUTH 52° 41' EAST ALONG SAID NORTHEASTERLY LINE, A DISTANCE OF 135.00 FEET TO THE MOST EASTERLY CORNER OF THE PARCEL CONVEYED TO ALCARAZ AS AFORESAID, SAID POINT ALSO BEING THE MOST SOUTHERLY CORNER OF THE PARCEL CONVEYED TO GUERRERO AS AFORESAID;

THENCE SOUTH 32° 02' 45" WEST ALONG THE SOUTHEASTERLY LINE OF THE PARCEL SO CONVEYED TO ALCARAZ, A DISTANCE OF 582.39 FEET TO THE MOST SOUTHERLY CORNER THEREOF;

THENCE NORTH 19° 18' 35" EAST, A DISTANCE OF 609.79 FEET TO THE TRUE POINT OF BEGINNING.

PARCEL 63:        (APN 178-310-018)

INTENTIONALLY DELETED

PARCEL 64:        (APN 179-230-012)
INTENTIONALLY DELETED

## **EXHIBIT B**

Legal Description

Attached.

**PARCEL 43:  (APN: 179-130-004, 007 AND 179-170-002, 005)**

**PARCEL 43A:**

THAT PORTION OF LOT 2 OF ARTHUR PARKS TRACT, AS SHOWN BY MAP ON FILE IN BOOK 1 PAGE(S) 21, OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE NORTHWESTERLY LINE OF SAID LOT, 624 FEET NORTHEASTERLY FROM THE SOUTHWESTERLY CORNER THEREOF, SAID POINT BEING THE NORTHERLY CORNER OF THAT CERTAIN PARCEL OF LAND CONVEYED TO JAMES A. MCCLAIN AND NANCY A. MCCLAIN, HIS WIFE, BY DEED RECORDED AUGUST 9, 1922 IN BOOK 560 PAGE 479, OF DEEDS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA; THENCE SOUTH 59°16' EAST, ALONG THE NORTHERLY LINE OF SAID PARCEL, 502 FEET, TO A POINT IN THE EASTERLY LINE OF SAID LOT 2; THENCE NORTH 53°39' EAST, ALONG SAID EASTERLY LINE 179.6 FEET; THENCE NORTH 59°16' WEST 550.43 FEET, TO THE NORTHWESTERLY LINE OF SAID LOT 2; THENCE SOUTH 38° WEST, ALONG SAID NORTHWESTERLY LINE, 167 FEET, TO THE POINT OF BEGINNING;

EXCEPTING THEREFROM THE NORTHWESTERLY 40 FEET CONVEYED TO THE COUNTY OF RIVERSIDE BY DEED RECORDED DECEMBER 31, 1946 AS INSTRUMENT NO. 4018 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA;

ALSO EXCEPTING THEREFROM THAT PORTION CONVEYED TO THE COUNTY OF RIVERSIDE, IN A DEED RECORDED MARCH 19, 1964 AS INSTRUMENT NO. 34403 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

**PARCEL 43B:**

THAT PORTION OF LOT 2 OF ARTHUR PARKS TRACT, AS SHOWN BY MAP ON FILE IN BOOK 1 PAGE(S) 21, OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE NORTHWESTERLY LINE OF SAID LOT 791 FEET NORTHEASTERLY FROM THE SOUTHWESTERLY CORNER THEREOF, SAID POINT BEING THE NORTHERLY CORNER OF THAT CERTAIN PARCEL OF LAND CONVEYED TO ALBERT C. ADIX AND MABLE N. ADIX, HIS WIFE, BY DEED RECORDED NOVEMBER 23, 1929 IN BOOK 832 PAGE 314, OF DEEDS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA; THENCE SOUTH 59°16' EAST, ALONG THE NORTHERLY LINE OF SAID PARCEL, 55043 FEET, TO A POINT IN THE EASTERLY LINE OF SAID LOT 2; THENCE NORTH 53°39' EAST, ALONG SAID EASTERLY LINE, 243.1 FEET; THENCE NORTH 59°16' EAST 616.7 FEET TO THE NORTHWESTERLY LINE OF SAID LOT 2; THENCE SOUTH 38° WEST, ALONG SAID NORTHWESTERLY LINE, 225.8 FEET TO THE POINT OF BEGINNING;

EXCEPTING THEREFROM THE NORTHWESTERLY 40 FEET CONVEYED TO THE COUNTY OF RIVERSIDE, BY DEED RECORDED DECEMBER 31, 1946 AS INSTRUMENT NO. 4018 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA;

ALSO EXCEPTING THEREFROM THAT PORTION CONVEYED TO THE COUNTY OF RIVERSIDE, IN A DEED RECORDED MARCH 19, 1964 AS INSTRUMENT NO. 34403 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

**PARCEL 43C:**

THAT PORTION OF LOT 2 OF ARTHUR PARKS TRACT, AS SHOWN BY MAP ON FILE IN BOOK 1 PAGE(S) 21, OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE NORTHWESTERLY LINE OF SAID LOT 1016.8 FEET NORTHEASTERLY FROM THE SOUTHWESTERLY CORNER THEREOF, SAID POINT BEING THE MOST WESTERLY CORNER OF THAT CERTAIN PARCEL OF LAND CONVEYED TO JACK PREDIADO AND WILLIAM S. STEVENS BY DEED RECORDED MARCH 14, 1941 IN BOOK 495 PAGE 145 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA; THENCE NORTH 38° EAST, ALONG SAID NORTHWESTERLY LINE, 250 FEET; THENCE SOUTH 59°16' EAST, TO A POINT ON THE SOUTHEASTERLY LINE OF SAID LOT; THENCE SOUTH 53°39' WEST, ALONG SAID SOUTHEASTERLY LINE, 265 FEET, MORE OR LESS, TO THE SOUTHEASTERLY CORNER OF THE HEREIN DESCRIBED PARCEL; THENCE NORTH 59°16' WEST, ALONG THE SOUTHWESTERLY LINE OF SAID PARCEL 616.7 FEET TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM THE NORTHWESTERLY 40 FEET CONVEYED TO THE COUNTY OF RIVERSIDE, BY DEED RECORDED DECEMBER 31, 1946 AS INSTRUMENT NO. 4018 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA;

ALSO EXCEPTING THEREFROM THAT PORTION CONVEYED TO THE COUNTY OF RIVERSIDE, IN A DEED RECORDED MARCH 19, 1964 AS INSTRUMENT NO. 34403 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA;

ALSO EXCEPTING THEREFROM THAT PORTION DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE NORTHWESTERLY LINE OF SAID LOT 1266.8 FEET NORTHEASTERLY OF THE SOUTHWEST CORNER OF SAID LOT 2; THENCE SOUTH 59°16' EAST 150 FEET; THENCE SOUTHWESTERLY PARALLEL TO THE NORTHWESTERLY LINE OF SAID LOT, 130 FEET; THENCE NORTH 59°16' WEST 150 FEET; THENCE NORTH 38° EAST, ALONG THE NORTHWESTERLY LINE OF SAID LOT 2, TO THE POINT OF BEGINNING.

**PARCEL 43D:  (APN 179-170-002 AND 179-170-005)**

ALL THAT PORTION OF LOT 1 OF ARTHUR PARKS TRACT, AS SHOWN BY MAP ON FILE IN BOOK 1, PAGE(S) 21, OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, AND THOSE PORTIONS OF LOT 9 AND OF THAT CERTAIN PARCEL OF LAND DESIGNATED AS "LANDS OF W.W. CARR, 13.75 AC.", AS SHOWN ON MAP OF THE RIVERSIDE LAND AND IRRIGATING COMPANY'S TURBINE TRACT, ON FILE IN BOOK 5 PAGE 116, OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

PARCEL B, AS SHOWN ON EXHIBIT "B" ATTACHED TO THAT CERTAIN LOT LINE ADJUSTMENT NO. 5294 RECORDED AUGUST 22, 2008 AS INSTRUMENT NO. 2008-0466509 OF OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

**PARCEL 43E:**

PARCEL 2 OF PARCEL MAP 6868, AS SHOWN BY MAP ON FILED IN BOOK 24 PAGE(S) 53 AND 54 OF PARCEL MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.