GUSRAE, KAPLAN, BRUNO & NUSBAUM PLLC
*Attorneys for Creditor Mark Glasser*
120 Wall Street
New York, NY 10005
(212) 269-1400

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

In re

LEHMAN BROTHERS HOLDINGS INC, et al.,

　　　　　　　　　　Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE OF ADJOURNMENT**

**NOTICE OF ADJOURNMENT OF MOTION
PURSUANT TO RULE 9006(b)(1) FOR AN
ORDER PERMITTING THE LATE FILING OF A CLAIM**

PLEASE TAKE NOTICE that the hearing on the motion of **Mark Glasser** for an order pursuant to Rule 9006(b)(1) seeking permission to file a late claim, presently scheduled for April 28, 2011, has been adjourned to **June 30, 2011 at 10:00 a.m.**, or as soon thereafter as counsel may be heard.  This adjournment is made at the request of counsel for Mark Glasser and is the first such request made at the specific request of Mark Glasser's counsel (as opposed to Mark Glasser or the Trustee).

Dated: New York, New York
　　　　April 26, 2011

　　　　　　　　　　　　　　　　GUSRAE, KAPLAN, BRUNO &
　　　　　　　　　　　　　　　　　NUSBAUM PLLC

　　　　　　　　　　　　　　　　By: _____/s_____
　　　　　　　　　　　　　　　　　　Brian D. Graifman, Esq.
　　　　　　　　　　　　　　　　　　*Attorneys for Mark Glasser*
　　　　　　　　　　　　　　　　　　120 Wall Street
　　　　　　　　　　　　　　　　　　New York, NY  10005
　　　　　　　　　　　　　　　　　　212-269-1400