James H.M. Sprayregen, P.C.
Paul M. Basta
Jonathan S. Henes
Iskender H. Catto
Natasha Labovitz
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

and

David R. Seligman, P.C. (admitted *pro hac vice*)
James A. Stempel (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**VERIFIED STATEMENT OF KIRKLAND & ELLIS LLP**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Kirkland & Ellis LLP ("K&E") files this statement in connection with its representation of certain creditors and parties-in-interest in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (the "Debtors"), and respectfully states as follows:

1. K&E currently represents the following sixteen creditors and parties-in-interest (collectively, the "Represented Parties") in the above-captioned cases:

K&E 18096236.13

(a) Liquidators of Lehman Brothers Australia Limited
c/o Mr. Neil Singleton and Mr. Stephen Parbery
PPB, Level 46, MLC Centre
19 Martin Place
Sydney NSW 2000, Australia

(b) Pulsar Re, Ltd.
Cumberland House, 7th Floor
One Victoria Street
Hamilton HM 11, Bermuda

(c) Venoco, Inc.
6267 Carpinteria Avenue, Suite 100
Carpenteria, CA 93013-2802

(d) Dow Corning Corp.
2200 W. Salzburg Road
Auburn, MI 48611

(e) Silverpeak Real Estate Partners
(f/k/a Lehman Brothers Real Estate Partners and
its Affiliate Funds and Subsidiaries)
1271 Avenue of the Americas, 38th Floor
New York, NY 10020

(f) PCCP, LLC
(f/k/a Lehman Brothers Real Estate Mezzanine Partners, L.P. and
its Affiliate Funds and Subsidiaries)
280 Park Avenue, 35th Floor West
New York, NY 10017

(g) King Street Capital, L.P.
65 East 55th Street, 30th Floor
New York, NY 10022

(h) York Capital Management, L.P.
As Successor in Interest to Pequot Short Credit Master Fund, Ltd.
767 Fifth Avenue, 17th Floor
New York, NY 10153

(i)    Smurfit Kappa Acquisitions
f/k/a JSG Acquisitions
f/k/a MDCP Acquisitions I
Beech Hill
Clonskeagh
Dublin, 4
Ireland

(j)    Ferrero S.P.A.
f/k/a P. Ferrero & C. S.P.A.
c/o Direzione Finanza
Piazzale Ferrero, 1
Alba, 12051
Italy

(k)    Ferrero Trading Lux SA
6e Route De Treves
Senningerberg, L-2633
Luxembourg

(l)    QVT Fund LP
c/o Nick Brumm
QVT Financial LP
1177 Avenue of the Americas, 9th Floor
New York, NY 10036

(m)    New Silk Route PE Asia Fund LP
c/o New Silk Route Partners, Ltd
540 Madison Avenue, 38th Floor
New York, NY 10022

(n)    40|86 Advisors, Inc.
535 N. College Drive
Carmel, IN 46032

(o)    Farallon Capital Partners
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

(p)    Magnetar Capital Master Fund, Ltd.
c/o Magnetar Financial LLC
1603 Orrington Avenue, 13th Floor
Evanston, IL 60201

2. Each of the Represented Parties has claims or rights arising solely by virtue of their contractual, statutory, and/or common law rights with or against the Debtors, and/or by operation of law and has filed proofs of claim against the Debtors for various liquidated and unliquidated amounts.

3. Each of the Represented Parties retained K&E to represent its interests in connection with the Debtors' chapter 11 cases. K&E's representation of each Represented Party commenced at various times during the pendency of the Debtors' chapter 11 cases. K&E represents each of the Represented Parties as an individual party and does not represent the Represented Parties as a group.

4. Upon information and belief formed after due inquiry, K&E has no independent claims against or equity interests in the Debtors.[1]

5. K&E reserves the right to revise, supplement, and/or amend this verified statement as may be appropriate or necessary.

---

[1] K&E has, however, been listed on the Debtors' Amended Schedules of Assets and Liabilities, Schedule G, Executory Contracts and Unexpired Leases.

4

I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

                                                      Respectfully submitted,

New York, New York                */s/ James H.R. Sprayregen*
Dated: April 27, 2011

                                                      James H.R. Sprayregen, P.C.
                                                      Paul M. Basta
                                                      Jonathan S. Henes
                                                      Iskender H. Catto
                                                      Natasha Labovitz
                                                      KIRKLAND & ELLIS LLP
                                                      601 Lexington Avenue
                                                      New York, NY 10022
                                                      Telephone: (212) 446-4800
                                                      Facsimile: (212) 446-4900

                                                      and

                                                      David R. Seligman, P.C. (admitted *pro hac vice*)
                                                      James A. Stempel (admitted *pro hac vice*)
                                                      KIRKLAND & ELLIS LLP
                                                      300 North LaSalle
                                                      Chicago, IL 60654
                                                      Telephone: (312) 862-2000
                                                      Facsimile: (312) 862-2200