B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re LEHMAN BROTHERS HOLDINGS INC.        Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name and Address of Transferee:

Raiffeisenkasse Ebreichsdorf
Reg.Genossenschaft m.b.H.
Hauptplatz 1
2483 Ebreichsdorf

Name and Address of Transferor:

Josef Moser
Hauptstrasse 35
2441 Mitterndorf

Name and Address where notices to transferee should be sent:

Alston & Bird LLP
Attn: Karl Geercken
90 Park Avenue
New York, New York 10016
rnwbank-lehman@alston.com

Court Claim # (if known): 43642

Amount of Claim: USD 14,310.00

Date Claim Filed: 10/22/2009

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Dir. Mag. Christian Moucka_____    Date: 03/31/2011
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

566570.1/9999-00999

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Josef Moser** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **Raiffeisenkasse Ebreichsdorf** ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of **USD 14.310,--** associated with proof of claim number 43642 against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No. 08-13555, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 31st day of March, 2011.

Assignor:                                                            Assignee:

**Josef Moser**                                                      **Raiffeisenkasse Ebreichsdorf**

By: _____                           By: _____
Name: Josef Moser                                            Name: Mag. Christian Moucka    Leopold Moser
                                                             Title: Director                         Title: Director

Hauptstrasse 35                                              Hauptplatz 1
2441 Mitterndorf                                             2483 Ebreichsdorf
Austria                                                      Austria