B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re <u>LEHMAN BROTHERS HOLDINGS INC.</u>    Case No. <u>08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Name and Address of Transferee:</u>

Raiffeisenkasse Ebreichsdorf
Reg.Genossenschaft m.b.H.
Hauptplatz 1
2483 Ebreichsdorf

<u>Name and Address of Transferor:</u>

Stefanie Herold
Feriensiedlung 145
2485 Wimpassing an der Leitha

Name and Address where notices to transferee should be sent:

   Alston & Bird LLP
   Attn: Karl Geercken
   90 Park Avenue
   New York, New York 10016
   rnwbank-lehman@alston.com

Court Claim # (if known): <u>43698</u>

Amount of Claim: <u>USD 2,862.00</u>

Date Claim Filed: <u>10/22/2009</u>

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>Dir. Mag. Christian Moucka</u>                                             Date: <u>03/31/2011</u>
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

566570.1/9999-00999

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Stefanie Herold** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **Raiffeisenkasse Ebreichsdorf** ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of **USD 2,862.00** associated with proof of claim number 43698 against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No. 08-13555, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 31st day of March, 2011.

Assignor:                                                  Assignee:

**Stefanie Herold**                                        **Raiffeisenkasse Ebreichsdorf**

By: /s/ Stefanie Herold                                    By: /s/
Name: Stefanie Herold                                      Name: Mag. Christian Moucka    Leopold Moser
                                                           Title: Director                Title: Director

Feriensiedlung 145                                         Hauptplatz 1
2485 Wimpassing an der Leitha                              2483 Ebreichsdorf
Austria                                                    Austria