UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                                                              :    Chapter 11
                                                                                        :
Lehman Brothers Holdings Inc., *et al.*,                    :    Case No. 08-13555 (JMP)
                                                                                        :
            Debtors.                                                      :    (Jointly Administered)
-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                                )    ss.:
COUNTY OF NEW YORK   )

Leslie Salcedo, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2. On the 27th of April 2011, I caused a true and correct copy of the following documents to be to be served upon the parties as indicated on the attached service list:

- Transfer of Claim Other Than for Security re: Claim 43628 [Docket No. 16266]
- Transfer of Claim Other Than for Security re: Claim 43632 [Docket No. 16267]
- Transfer of Claim Other Than for Security re: Claim 43642 [Docket No. 16269]
- Transfer of Claim Other Than for Security re: Claim 43690 [Docket No. 16270]
- Transfer of Claim Other Than for Security re: Claim 43698 [Docket No. 16271]

LEGAL02/32598825v1

- Transfer of Claim Other Than for Security re: Claim 43736 [Docket No. 16272]

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
27th  April, 2011

/s/ Tiffany T. Douse
Tiffany T. Douse
Notary Public, State of New York
No. 01DO6126555
Qualified in New York County
Commission Expires May 9, 2013

## SERVICE LIST

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| Weil Gotshal & Manges LLP, 767 Fifth Avenue New York, New York 10153 Attn: Harvey R. Miller, Esq. | Epiq Bankruptcy Solutions, LLC Attn: Lehman Brothers Holdings Claims Processing 757 Third Avenue, 3rd Floor New York, NY 10017 |