WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------------x
                                              :
**In re**                                     :     **Chapter 11 Case No.**
                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :     **08-13555 (JMP)**
                                              :
                              **Debtors.**    :     **(Jointly Administered)**
                                              :
--------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON APRIL 28, 2011 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York,
                        Alexander Hamilton U.S. Custom House, before the Honorable, James
                        M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling
                        Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

1.    Debtors' Second Omnibus Objection to Claims (Amended and Superseded
      Claims) **[Docket No. 6874]**

      Response Deadline:  March 1, 2010

      Related Documents:

              A.    Order Granting Debtors' Second Omnibus Objection to Claims
                    (Amended and Superseded Claims) **[Docket No. 7827]**

              B.    Supplemental Order Granting Debtors' Second Omnibus Objection
                    to Claims (Amended and Superseded Claims) **[Docket No. 8352]**

Status:  This matter is going forward on an uncontested basis solely with respect to the claim of OMX Timber Finance Investments II, LLC.

2.  Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims) **[Docket No. 10286]**

Response Deadline:   August 19, 2010 at 4:00 p.m.

Related Document:

   A.   Order Signed Granting Debtors' Thirty-Fourth Omnibus Objection to Claims (Misclassified Claims) **[Docket No. 11155]**

Status:  This matter is going forward on an uncontested basis solely with respect to the claim of Belgium S.A./N.V.

3.  Debtors' Fifty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 11613]**

Response Deadline:   October 27, 2010 at 4:00 p.m.

Resolved Response:

   A.   Response of Astrea LLC **[Docket No. 12313]**

Related Document:

   B.   Order Granting Debtors' Fifty-Sixth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 12793]**

Status:  This matter is going forward on an uncontested basis solely with respect to the Resolved Response.

4.  Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 13230]**

Response Deadline:   January 5, 2011 at 4:00 p.m.

Adjourned Responses:

   A.   Response of ICCREA Banca S.P.A. **[Docket No. 13792]**

   B.   Response of Norddeutsche Landesbank Giroznentrale **[Docket No. 13794]**

Related Document:

    C.    Order Granting Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 15601**]

Status:  This matter is going forward on an uncontested basis solely with respect to the claims of Teva Pharmaceutical Industries.  All Adjourned Responses have been adjourned to June 2, 2011 at 10:00 a.m.

5.    Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 13955**]

Response Deadline:    February 14, 2011 at 4:00 p.m.

Adjourned Responses:

    A.    Response of Chinatrust Commercial Bank. [**Docket No. 14470**]

    B.    Response of Easton Investments II, A California L.P. [**Docket No. 14466**]

    C.    Response of Eton Park Fund, L.P. [**Docket No. 14587**]

    D.    Response of Eton Park Master Fund, Ltd. [**Docket No. 14589**]

    E.    Response of Magnetar Capital Master Fund Ltd [**Docket No. 14319**]

    F.    Response of Magnetar Constellation Master Fund II LTD [**Docket No. 14321**]

    G.    Response of Magnetar Constellation Master Fund III LTD [**Docket No. 14323**]

    H.    Response of SPCP Group L.L.C. Transferor: Ratia Energie AG [**Docket No. 14436**]

    I.    Response of SPCP Group L.L.C. Transferor: Inter-American Development Bank ("IADB") [**Docket No. 14435**]

Related Document:

    J.    Order Granting Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 14772**]

Status:  This matter is going forward on an uncontested basis solely with respect to the claim of SBA Communications.  All Adjourned Responses have been adjourned to June 2, 2011 at 10:00 a.m.

6.    Debtors' Ninety-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 14489]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Resolved Response:

   A.    Response of Sandra Kern **[Docket No. 15042]**

Related Documents:    None.

Status:  This matter is going forward on an uncontested basis solely with respect to the Resolved Response.

7.    Debtor's Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) **[Docket No. 14492]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Unresolved Responses:  See Exhibit A.

Related Documents:    None.

Status: This matter is going forward solely with respect to Claim Nos. 18515, 18516, 18517 and 18518 filed by Deutsche Bank National Trust Company, as custodian. The objection with respect to all other claims has been adjourned until June 2, 2011 at 10:00 a.m.

8.    Debtors' One Hundred Second Omnibus Objection to Claims (Foreign Currency Claims) **[Docket No. 14950]**

Response Deadline:    April 13, 2011 at 4:00 p.m.

Adjourned Response:

   A.    Response of Ashok Kumar Sharma and Kumari Lata Bachan Singh **[Docket No. 16239]**

Resolved Responses:

   B.    Response of Jose Miguel Marco Tello **[Docket No. N/A]**

   C.    Response of Peter Weber **[Docket No. 15479]**

D.       Opposition of JS Cresvale Capital Limited **[Docket No. 15558]**

E.       Objection of Ingo Hafner **[Docket No. 15756]**

F.       Objection of U Shing Keung **[Docket No. 15723]**

G.       Objection of Teh Eddie Ewe Guan **[Docket No. 15724]**

H.       Objection of Pang Siew Man Li Karen Kwai Har **[Docket No. 15726]**

I.       Opposition of Cannon Asset Management **[Docket Nos. 16023, 16027 & 16037]**

J.       Opposition of Wrytime Limited **[Docket Nos. 16024, 16025 & 16036]**

K.       Objection of Taminiau C.J.R.M. **[Docket No. 16028]**

L.       Response of Heinrich Stille **[Docket No. 16034]**

M.       Response of Hella Kohrs **[Docket No. 16035]**

N.       Opposition of Chang Tsann Rong Ernest Et Liu Ai Lin **[Docket No. 16038]**

O.       Response of Geroa Pentsioak EPSV **[Docket No. 15874]**

P.       Response of Banco Sabadell Miami **[Docket No. 15905]**

Q.       Response of Dr. Jurgen Grossman **[Docket No. 15916]**

R.       Opposition of Wong Lup Kuen Joseph **[Docket Nos. 16043 & 16044]**

S.       Opposition of Uwe Jahnke **[Docket No. 16047]**

T.       Objection of Dirk Van Leeuwen **[Docket No. 16057]**

U.       Response of Berner Kantonalbank AG **[Docket No 15935]**

V.       Response of Jamie H. Murcia **[Docket No. 15967]**

W.       Response of Stuurman Storage B.V. **[Docket No. 15749]**

X.      Response of Ruth Butti-Widmer **[Docket No. 15755]**

Y.      Response of Andrew Butti **[Docket No. 15754]**

Z.      Response of W.P. Sprenger Holding B.V. **[Docket No. N/A]**

AA.     Response of Robert George Kotewall **[Docket No. N/A]**

BB.     Response of J.H.A.A. Prins **[Docket No. 16045]**

CC.     Response of Rudolf Gort **[Docket Nos. 15751 & 15752]**

DD.     Response of Lennart Agneskog **[Docket No. N/A]**

Status:  This matter is going forward on an uncontested basis with respect to the Resolved Responses.  The Unresolved Responses are adjourned to June 2, 2011 at 10:00 a.m.

9.      Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 15003]**

Response Deadline:    April 13, 2011 at 4:00 p.m.

Adjourned Responses:

A.      Response of Bayerische Landesbank **[Docket No. 15922]**

B.      Response of Iberdrola Genercion, S.A. Unipersonal **[Docket No. 16029]**

C.      Response of Nordic Investment Bank **[Docket No. 15957]**

D.      Response of SPCP Group, LLC: Transferor: Central European Media Enterprises Ltd.  **[Docket No. 15921]**

Related Documents: None.

Status:  This matter is going forward on an uncontested basis with respect to the objection to the claims of Nestle USA, Inc., Nestle in the USA Pension Plan and all claims identified in the objection other than the Adjourned Responses and the objection to the claim of Microsoft Global Finance.  All Adjourned Responses and the objection to the claim of Microsoft Global Finance have been adjourned to June 2, 2011 at 10:00 a.m.

10.    Debtors' One Hundred Fourth Omnibus Objection to Claims (Settled Derivative Claims) [**Docket No. 14991**]

Response Deadline:    April 13, 2011 at 4:00 p.m.

Responses Received:  None.

Status:  This matter is going forward.

11.    Debtors' One Hundred Fifth Omnibus Objection to Claims (Settled Derivative Claims) [**Docket No. 14992**]

Response Deadline:    April 13, 2011 at 4:00 p.m.

Responses Received:  None.

Status:  This matter is going forward.

12.    Debtors' One Hundred Sixth Omnibus Objection to Claims (Amended and Superseded Claims) [**Docket No. 14993**]

Response Deadline:    April 13, 2011 at 4:00 p.m.

Responses Received:

            A.    Opposition of Great Bay Condominium Owners Association, Inc. [**Docket No. 15837**]

            B.    Response of Friedrich and Erika Mohnle [**Docket No. 16031**]

Status:  This matter is going forward on an uncontested basis only. The response of Great Bay Condominium Owners Association, Inc. has been adjourned to June 2, 2011 at 10:00 a.m.

13.    Debtors' One Hundred Seventh Omnibus Objection to Claims (Duplicative Claims) [**Docket No. 14994**]

Response Deadline:    April 13, 2011 at 4:00 p.m.

Responses Received:  None.

Status:  This matter is going forward.

14.    Debtors' One Hundred Eighth Omnibus Objection to Claims (Duplicative of Trustee / No Liability Claims) [**Docket No. 15000**]

Response Deadline:    April 13, 2011 at 4:00 p.m.

Responses Received:  None.

Status:  This matter is going forward.

15.    Debtors' One Hundred Tenth Omnibus Objection to Claims (Pension Claims) **[Docket No. 15010]**

Response Deadline:    April 13, 2011 at 4:00 p.m.

Resolved Response:

A.    Response of Ivan McKinney **[Docket No. 15757]**

Adjourned Responses: See Exhibit B.

Related Documents:    None.

Status:  This matter is going forward on an uncontested basis with respect to all claims identified in the Debtors' objection other than the claims identified on Exhibit B.  The hearing on the objection to the claims identified on Exhibit B has been adjourned to June 2, 2011 at 10:00 a.m.

16.    Debtors' One Hundred Eleventh Omnibus Objection to Claims (No Liability Claims) **[Docket No. 15012]**

Response Deadline:    April 13, 2011 at 4:00 p.m.

Resolved Responses:

A.    Response of Deutsche Bank Securities Inc.  **[Docket No. 15969]**

B.    Response of Banc of America Securities, Inc.

C.    Response of Sealed Air Corp.  **[Docket No. 15547]**

Adjourned Responses: See Exhibit C.

Related Document:

D.    Notice of Withdrawal of Debtors' One Hundred Eleventh Omnibus Objection to Claims (No Liability Claims) as to Certain Claimants **[Docket No. 15547]**

Status:  This matter is going forward on an uncontested basis with respect to all claims identified in the Debtors' objection other than the claims identified on

Exhibit C and the Resolved Responses for which the objection has been otherwise resolved. The hearing on the objection to the claims identified on Exhibit C has been adjourned to June 2, 2011 at 10:00 a.m.

17.     Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) [**Docket No. 15014**]

Response Deadline:     April 13, 2011 at 4:00 p.m.

Resolved Responses:

>       A.      Objection of Johannes Staerkel [**Docket Nos. 16004 & 16042**]
>
>       B.      Response of Irene Zeidler [**Docket No. 16030**]
>
>       C.      Opposition of Martin Kirtzel [**Docket No. 16032**]
>
>       D.      Objection of Elisabeth Golz [**Docket No. 16041**]
>
>       E.      Opposition of Claudia Greiff-Reusch & Thomas Reusch [**Docket No. 16063**]

Adjourned Responses: See Exhibit D.

Related Documents:

>       F.      Notice of Adjournment of Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) Solely as to Certain Claims [**Docket No. 16224**]
>
>       G.      Notice of Withdrawal of Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) as to Certain Claimants [**Docket No. 16256**]

Status:  This matter is going forward on an uncontested basis with respect to all claims identified in the Debtors' objection other than the claims identified on Exhibit D and the claims for which the objection has been otherwise resolved. The hearing on the objection to the claims identified on Exhibit D has been adjourned to June 2, 2011 at 10:00 a.m.

18.     Debtors' One Hundred Thirteenth Omnibus Objection to Claims (No Liability Insurance Claims) [**Docket No. 15016**]

Response Deadline:     April 13, 2011 at 4:00 p.m..

Responses Received:  None.

Status:  This matter is going forward.

19.     Debtors' One Hundred Fourteenth Omnibus Objection to Claims (No Liability LPS Claims) [**Docket No. 15017**]

Response Deadline:    April 13, 2011 at 4:00 p.m.

Responses Received:  None.

Status:  This matter is going forward.

20.     Debtors' One Hundred Fifteenth Omnibus Objection to Claims (No Liability Claims) [**Docket No. 15019**]

Response Deadline:    April 13, 2011 at 4:00 p.m.

Adjourned Response:

    A.     Response of Michael S. Goldberg [**Docket No. 15518**]

Status:  This matter is going forward on an uncontested basis only.  The Adjourned Response has been adjourned until June 2, 2011 at 10:00 am.

21.     Debtors' One Hundred Sixteenth Omnibus Objection to Claims (No Liability Derivative Claims) [**Docket No. 15025**]

Response Deadline:    April 13, 2011 at 4:00 p.m.

Status:  This matter is going forward other than with respect to claims for which the objection was either withdrawn or resolved.

## II.     **CONTESTED CLAIMS MATTERS**:

22.     Debtors' Seventy-Second Omnibus Objection to Claims (Amended and Superseded Claims) [**Docket No. 13271**]

Response Deadline:    January 5, 2011 at 4:00 p.m.

Unresolved Response:

    A.     Response of Chan Lai Chun Betty [**Docket No. 13898**]

Related Documents:

B.      Order Granting Debtors' Seventy-Second Omnibus Objection to
        Claims (Amended and Superseded Claims) **[Docket No. 14027]**

C.      Limited Responses and Reservation of Rights of Olivant
        Investments Switzerland S.A. **[Docket No. 13806]**

Status:  This matter is going forward on a contested basis as to the Unresolved
Response.

## III.   **ADJOURNED MATTERS:**

23.   Debtors' Eighteenth Omnibus Objection to Claims (Amended and Superseded
      Claims and Duplicate Claims) **[Docket No. 9656]**

Response Deadline:      July 20, 2010 at 4:00 p.m.

Adjourned Response:

A.      Response of Howard Terry and The Terry Foundation **[Docket
        No.  10324]**

Related Document:

B.      Order Granting Debtors' Eighteenth Omnibus Objection to Claims
        (Duplicative of Indenture Trustee Claims) **[Docket No. 11509]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

24.   Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative
      Claims) **[Docket No. 9983]**

Response Deadline:   August 3, 2010 at 4:00 p.m.

Adjourned Response:

A.      Response of Investcorp Interlachen Multi-Strategy Master Fund
        Limited **[Docket No. 10616]**

Related Documents:

B.      Order Granting Debtors' Twenty-Eighth Omnibus Objection to
        Claims (Valued Derivative Claims) **[Docket No. 11161]**

       C.      Supplemental Order Granting Debtors' Twenty-Eight Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 12416]**

       D.      Second Supplemental Order Granting Debtors' Twenty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 12678]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

25.     Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 11260]**

Response Deadline:    October 13, 2010 at 4:00 p.m.

Adjourned Responses:

       A.      Response of Central Puget Sound Transit Authority **[Docket No. 11914]**

       B.      Response of IKB International SA **[Docket No. 11929]**

       C.      Response of Lincore Limited **[Docket No. 11922]**

       D.      Response of MF Global UK Limited **[Docket No. 11904]**

       E.      Response of The Morningside Ministries **[Docket No. 11894]**

Related Documents:

       F.      Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 12425**]

       G.      Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims [**Docket No. 14022**]

       H.      Second Supplemental Order Granting Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims [**Docket No. 15487**]

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

26.     Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 11305]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Related Document:

      A.     Amended Order Signed Granting Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 12675]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

27.    Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 11306]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Related Document:

      A.     Order Signed Granting Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) **[Docket No. 12413]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

28.    Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 11307]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Related Documents:

      A.     Order Granting Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 12407]**

      B.     Notice of Adjournment **[Docket No. 14644]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

29.    Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 11308]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Related Documents:

      A.     Order Granting Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 12424]**

      B.     Notice of Adjournment **[Docket No. 14645]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

30.     Debtors' Forty-Sixth Omnibus Objection to Claims (No Debtor Claims)
        **[Docket No. 11584]**

        Response Deadline:    October 27, 2010 at 4:00 p.m.

        Adjourned Responses:  See Exhibit E.

        Related Documents:

                A.      Order Granting Debtors' Forty-Sixth Omnibus Objection to Claims
                        (No Debtor Claims) **[Docket No. 12892]**

                B.      Notice of Adjournment **[Docket No. 14646]**

        Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m. solely with
        respect to the claims identified above.

31.     Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims)
        **[Docket No. 11978]**

        Response Deadline:    November 15, 2010 at 4:00 p.m.

        Adjourned Responses:

                A.      Response of BG Energy Merchants LLC **[Docket No. 12765]**

                B.      Response of SPCP Group LLC, As Agent for Silver Point Capital
                        Fund, LP and Silver Point Capital Offshore Fund, Ltd, **[Docket
                        No. 12714]**

                C.      Response of Telecom Italia Finance SA **[Docket No. 12951]**

                D.      Response of Tenor Opportunity Master Fund, Ltd. **[Docket No.
                        12698]**

        Related Documents:

                E.      Order Granting Debtors' Sixty-Third Omnibus Objection to
                        Claims (Valued Derivative Claims) **[Docket No. 13164**]

                F.      Supplemental Order Granting Debtors' Sixty-Third Omnibus
                        Objection to Claims (Valued Derivative Claims) **[Docket No.
                        13620**]

G.      Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 13620**]

H.      Second Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 14023**]

I.      Third Supplemental Order Granting Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 14791**]

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

32.     Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 12533**]

Response Deadline:    December 6, 2010 at 4:00 p.m.

Adjourned Responses:   See Exhibit F.

Related Documents:

A.      Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 13616**]

B.      Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 14019**]

C.      Second Supplemental Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) [**Docket No. 14785**]

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

33.     Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [**Docket No. 13295**]

Response Deadline:    January 6, 2011 at 4:00 p.m.

Related Documents:

A.      Order Granting Debtors' Seventy-Third Omnibus Objection [**Docket No. 14025**]

        B.      Supplemental Order Granting Debtors' Seventy-Third Omnibus Objection [**Docket No. 14776**]

        C.      Notice of Adjournment **[Docket No. 16233]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

34.    Debtors' Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[Docket No. 13328]**

Response Deadline:   January 7, 2011 at 4:00 p.m.

Unresolved Responses:  See Exhibit G.

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

35.    Debtors' Seventy-Fifth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) **[Docket No. 13329]**

Response Deadline:   January 7, 2011 at 4:00 p.m.

Unresolved Responses:  See Exhibit H.

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

36.    Debtors' Eighty-Second Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) **[Docket No. 13936]**

Response Deadline:   February 14, 2011 at 4:00 p.m.

Adjourned Responses:

        A.      Response of Stephen Restelli **[Docket No. 14608]**

Related Document:

        B.      Order Granting Debtors' Eighty-Second Omnibus Objection to Claims **[Docket No. 14794]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

37.    Debtors' Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) **[Docket No. 14440]**

Response Deadline:   March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See <u>Exhibit I</u>.

Related Documents:

  A. Notice of Adjournment **[Docket No. 15386]**

<u>Status</u>:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

38. Debtors' Eighty-Seventh Omnibus Objection to Claims (No Liability Claims) **[Docket No. 14442]**

<u>Response Deadline</u>: March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See <u>Exhibit J</u>.

Related Documents:

  A. Notice of Adjournment **[Docket No. 15387]**

<u>Status</u>:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

39. Debtors' Eighty-Eighth Omnibus Objection to Claims (No Liability Claims) **[Docket No. 14450]**

<u>Response Deadline</u>: March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See <u>Exhibit K</u>.

Related Documents:

  A. Notice of Adjournment **[Docket No. 15388]**

<u>Status</u>:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

40. Debtors' Eighty-Ninth Omnibus Objection to Claims (No Liability Claims) **[Docket No. 14452]**

<u>Response Deadline</u>: March 16, 2011 at 4:00 p.m.

Adjourned Responses: See <u>Exhibit L</u>.

Related Document:

  A. Notice of Adjournment **[Docket No. 15389]**

<u>Status</u>:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

41.     Debtors' Ninetieth Omnibus Objection to Claims (No Liability Claims) **[Docket No. 14453]**

Response Deadline:     March 16, 2011 at 4:00 p.m.

Adjourned Responses: See Exhibit M.

Related Documents:

        A.     Notice of Adjournment **[Docket No. 15390]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

42.     Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[Docket No. 14472]**

Response Deadline:     March 16, 2011 at 4:00 p.m.

Adjourned Responses:  See Exhibit N.

Related Documents:

        A.     Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims **[Docket No. 16143]**

        B.     Order Signed on 3/31/2011 Granting Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) **[Docket No. 15491]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

43.     Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 14490]**

Response Deadline:     March 16, 2011 at 4:00 p.m.

Adjourned Responses:

        A.     Response of Brevan Howard Master Fund **[Docket No. 15079]**

        B.     Response of LINC-Redondo Beach Seniors, Inc. **[Docket No. 15085]**

        C.     Response of SPCP Group LLC: Transferor: Tiffany & Co. **[Docket No. 14983]**

Related Document:

    D.    Order Granting Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims) **[Docket No. 15501]**

Status:  All Adjourned Responses and the objection to the claims of Louis Dreyfus Energy Services L.P. and Parkcentral Global Hub Limited have been adjourned to June 2, 2011 at 10:00 a.m.

44.    Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims) **[Docket No. 14491]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Unresolved Response:

    A.    Response of  Eva Schwabmueller **[Docket No. N/A]**

Related Documents:

    B.    Order Granting Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims) **[Docket No. 15524]**

    C.    Notice of Adjournment **[Docket No. 16052]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

45.    Debtor's Ninety-Eighth Omnibus Objection to Claims (Insufficient Documentation) **[Docket No. 14493]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

46.    Debtor's Ninety-Ninth Omnibus Objection to Claims (Insufficient Documentation) **[Docket No. 14494 ]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

47.     Debtors' One Hundred Ninth Omnibus Objection to Claims (Insufficient Documentation) [**Docket No. 15008**]

Response Deadline:    April 13, 2011 at 4:00 p.m.

Related Document:

> A.    Declaration of Keri Reed in support of Debtors' Motion [**Docket No. 15009**]

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

48.     Cross-Motion of John Dmuchowski for Entry of an Order Permitting Late Filing of Claims [**Docket No. 12007**]

Response Deadline:    May 26, 2011 at 4:00 p.m.

Responses Received:  None.

Related Document:

> A.    Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) [**Docket No. 11307**]

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

49.     Motion of Pearl Assurance Limited to Deem Proofs of Claim to be Timely Filed [**Docket No. 12072**]

Response Deadline:    May 26, 2011 at 4:00 p.m.

Responses Received:  None.

Related Document:

> A.    Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) [**Docket No. 11307**]

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

50.     Cathay United Bank's Motion to Have Claim No. 35181 Deemed Timely Filed [**Docket No. 12037**]

Response Deadline:    May 26, 2011 at 4:00 p.m.

Responses Received:  None.

Related Document:

    A.    Affidavit of Po-Hsiung, Li in Support of Cathay United Bank's Response **[Docket No. 15105]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

51.    Nagy es Trocsanyi Ugyvedi Iroda's Motion Requesting an Enlargement of Time **[Docket No. 12242]**

Response Deadline:    May 26, 2011 at 4:00 p.m.

Responses Received:  None.

Related Document:

    A.    Notice of Adjournment **[Docket No. 13543]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

52.    Symphony Asset Management LLC Motions to Deem Proof of Claim Timely Filed **[Docket No. 12074, 12075, 12076 and 12078]**

Response Deadline:    May 26, 2011 at 4:00 p.m.

Responses Received:  None.

Related Document:

    A.    Amendments to the Response of Symphony Asset Management LLC **[Docket Nos. 12301, 12304 and 12305]**

Status:  This matter has been adjourned to June 2, 2011 at 10:00 a.m.

53.    First Motion of Mark Glasser to Extend Time for Claim **[Docket No. 6386]**

Response Deadline:    April 15, 2010 at 4:00 p.m.

Responses Received:

    A.    Debtors' Objection **[Docket No. 8354]**

<u>Related Document</u>:

      B.    Notice of Intention to Offer Testimony in Support filed by Mark Glasser **[Docket No. 9087]**

<u>Status</u>:  This matter has been adjourned to June 30, 2011 at 10:00 a.m.

Dated:  April 27, 2011
       New York, New York

               /s/ Robert J. Lemons
               Robert J. Lemons

               WEIL, GOTSHAL & MANGES LLP
               767 Fifth Avenue
               New York, New York 10153
               Telephone:  (212) 310-8000
               Facsimile:   (212) 310-8007

               Attorneys for Debtors
               and Debtors in Possession

<u>Exhibit A</u>

(**<u>Ninety-Seventh</u>** Omnibus Objection to Claims (Insufficient
Documentation Claims) [Docket No. 14492] – Adjourned Responses)

| Claimant Name | Claim Number |
|---|---|
| Arch Bay Holdings, LLC- Series 2008B | 16093, 16169 |
| Bank of America, National Association | 16016 |
| Bank of America, National Association, successor by merger to LaSalle Bank, N.A. | 15981, 15983, 15984, 15985, 15986, 15987, 15988, 15989, 15992, 15993, 15994, 15995, 15996, 15997, 15998, 16349, 16351, 16352, 16353, 16354, 16355, 16356, 16357, 16358, 16359, 16360, 16361, 16362, 16363, 16364, 16365, 16366, 16367, 16368, 16369, 16370, 16371, 16372, 16374, 16375, 16376, 16378, 16380, 16381, 16382, 16383, 16384, 16385, 16386, 16387, 16388, 16389, 16390, 16391, 16393, 16394, 16395, 16396, 16397, 16398, 16399, 16415, 16416, 16417, 16418, 16419, 16420, 16421, 16422, 16423, 16424, 16425, 16426, 16427, 16428, 19237, 19238, 19239, 19240, 19241, 19242, 19243, 19244, 19245, 19246, 19289, 24349, 24582, 25648, 25654 |
| BoilerMaker-Blacksmith Natl Pension Trust | 67210, 67213, 67214 |
| Deutsche Bank National Trust Company, as Custodian | 18515, 18516, 18517, 18518 |
| Deutsche Bank National Trust Company, as Trustee | 18542 |
| UAL Diversified Bond Fund | 32143 |
| Wachovia Bank, National Association | 33682 |
| Wells Fargo Bank, National Association | 32118, 32119, 32122, 32124, 32126, 34319 |
| Wells Fargo Bank, National Association, as Trustee | 24822, 24823, 24824, 24825, 24826, 24828, 24829, 24830, 24831, 24832, 24833, 24834, 24835, 24836, 24837, 24838, 24839, 24840, 24842, 24843, 24844, 24845, 24847, 24848, 33153 |

| Claimant Name | Claim Number |
|---|---|
| Wells Fargo Bank, National Association, not Individually but Solely in its Capacity as Trustee | 24747, 24748, 24749, 24750, 24751, 24752, 24753, 24754, 24755, 24768, 24769, 24772, 24773, 24774, 24775, 24776, 24777, 24778, 24779, 24780, 24781, 24782, 24783, 24784, 24785, 24786, 24787, 24788, 24789, 24790, 24791, 24792, 24793, 24794, 24795, 24796, 24797, 24798, 24799, 24800, 24801, 24802, 24803, 24805, 24807, 24809, 24810, 24811, 24812, 24813, 24814, 24815, 24816, 24818, 24819, 24820, 24821, 32153, 32154, 32156, 32157, 32159, 32160, 32161, 32162, 32163, 32168, 32169, 32170, 33066, 33067, 33070, 33071, 33072, 33073, 33074, 33075, 33076, 33077, 33078, 33079, 33081, 33082, 33086, 33093, 33095, 33096, 33099, 33103, 33106, 33108, 33109, 33111 |

<u>Exhibit B</u>

(**One Hundred Tenth** Omnibus Objection to Claims
(Pension Claims) [Docket No. 15010] – Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Edward Lill | 5343 | N/A |
| Margaret Gattuso | 27736 | 16040 |
| Richard S. Locke | 9581 | 15890 |
| Doris Phillips | 31702 | 16069 |

Exhibit C

(**One Hundred Eleventh** Omnibus Objection to Claims
(No Liability Claims) [Docket No. 15012] – Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Charles Moore | 3001 | 16073 |
| Western Digital Corp. | 5357 | 15964 |
| Ceradyne, Inc. | 5358 | 15962 |
| Banco Interior de Sao Paolo | 21949 | N/A |
| NY Comptroller, Thomas P. Dinapoli | 22019 | N/A |
| NYC Employee Retirement System | 22020 | N/A |
| JAS Holding Corporation | 27386 | N/A |
| Riverside Holdings LLP | 27384 | N/A |
| Jeffrey Sardis | 27409 | N/A |
| Jeffrey and Lauren Sardis | 26347 | N/A |
| Roger J. Weiss and Suzanne Weiss, as Executors of the Estate of Roger J. Weiss | 35916 | N/A |
| US Airways | 30598 | N/A |
| Essex Equities Holding USA, LLC | 30596 | N/A |

Exhibit D

(**One Hundred Twelfth** Omnibus Objection to Claims
(Invalid Blocking Number LPS Claims) [Docket No. 15014] – Adjourned Responses)

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
| Cam-Que Kevin Lieu | 41587 | 16054 |
| Ernst Brandenburger | 39749 | 16059 |
| Carnegie Bank A/S | 50055 | N/A |
| Caspian Alpha Long Credit Fund, L.P. | 50055 | N/A |
| Caspian Select Credit Master Fund, Ltd. | 50055 | N/A |
| Stonehill Master Fund Ltd. | 50055 | N/A |
| York Credit Opportunities Fund, L.P. | 50055 | N/A |
| York Credit Opportunities Master Fund, L.P. | 50055 | N/A |
| York European Opportunities Master Fund, L.P. | 50055 | N/A |
| Restoration Holdings Ltd. | 10693 | N/A |
| Esopus Creek Value LP | 16474 | N/A |
| Bawag P.S.K. Versicherung AG | 64108 | N/A |
| Investeringsselskabet af 11.12.1990 ApS | 47330, 47331 | N/A |
| Eduardo Cauterucci, Adriana M. Perilli & Maria F. Cauterucci | 62778 | N/A |
| Jen-Po Lin | 59311 | N/A |
| Pei-Yi Chu | 59312 | N/A |
| Lucia Del Campo | 37187 | N/A |
| Banque Cantonale du Valais | 58602, 58531, 58540, 58549, 58519, 58496, 58502, 58494, 58537, 58516, 58506, 58550, 58517, 58523, 58500, 58515, 58526, 58605, 58513, 58520, 58557, 58548, 58524, 58495, 58603, 58509, 58529, 58556, 58554, 58604, 58525, 58514, 58504, 58521, 58547, 58510, 58522, 58530, 58507, 58518, 58498, 58499, | N/A |

| CLAIMANT NAME | CLAIM NO. | DOCKET NO. |
|---|---|---|
|  | 58543, 58505, 58538, 58512, 58527, 58497, 58546, 58551, 58508, 58555, 58553, 58542, 58541, 58536, 58539, 58545, 58501, 58552, 58528, 58511, 58544 |  |
| Lars Dahlke | 37724 | N/A |
| Ilse Biskup | 36281 | N/A |

Exhibit E

(**Forty-Sixth** Omnibus Objection to Claims (No
Debtor Claims) [Docket No. 11584] – Adjourned Responses)

| Claimant Name | Docket Number(s) |
|---|---|
| ACTIV Financial Systems, Inc. | 12306 |
| Atlantic Forms and Systems Inc. | 12179 |
| Audio Incorporated | 12543 |
| A. M. Best Company | 12362 |
| Boilermaker Trust Claims | 12431, 12434, 12440, 12441 and 12442 |
| Dav-El Reservations System, Inc. | 12308 |
| Patricio Quinn | N/A |
| ZPR International, Inc. | 12397 |

<u>Exhibit F</u>
(**Sixty-Seventh** Omnibus Objection to Claims (Valued Derivative
Claims) [Docket No. 12533] - Adjourned Responses and Objections to Claims)

| Claimant Name | Docket Number |
|---|---|
| Response of Kilroy Realty, L.P. | 13059 |
| Response of CSP II USIS Holdings, L.P. | 13078 |
| Response of Mitsui & Co. Commodity Risk Management Limited | 13113 |
| Response of Pentwater Growth Fund Ltd. | 13117 |
| Response of Federal Home Loan Bank of Des Moines | 13156 |
| Response of E-Capital Profits Limited | 13166 |
| Response of Castlerigg Master Investments Ltd. | 13193 |
| Response of Pohjola Bank PLC | 13196 |
| Response of Lloyds TSB Bank PLC | 13201 |
| Response of Loeb Arbitrage B Fund LP, Loeb Arbitrage Fund, Loeb Offshore B Fund Ltd., and Loeb Offshore Fund Ltd. | 13217 |
| Response of SPCP Group LLC, As Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, as Successor to Certain Claims of Alliance Laundry Systems LLC | 13218 |
| Response of Aozora Bank, Ltd. | 13220 |
| Response of Mariner LDC | 13222 |
| Response of Tricadia Capital Management, LLC, on behalf of Tricadia Distressed and Special Situations Master Fund, Ltd. | 13223 |
| Response of Venoco, Inc. | 13205 |
| Response of Mariner-Tricadia Credit Strategies Master Fund, Ltd. | 13224 |
| Response of ICM Business Trust | 13226 |
| Response of Canyon Balanced Master Fund, Ltd., Canyon Capital Arbitrage Master Fund, Ltd., Canyon Value Realization Fund (Cayman), Ltd., and Canyon Value Realization Fund, L.P. | 13227 |
| Response of Merrill Lynch | 13229 |
| Response of Ross Financial Corporation | 13232 |

| | |
|---|---|
| Response of Commonwealth Bank of Australia | 13242 |
| Response of National Bank of Canada | 13247 |
| Response of Nexstar Developing Opportunities Master Fund, Ltd. | 13402 |
| Response of Citibank, N.A. | 13565 |
| Response of Capstone Value Realization Fund, Ltd. | 14020 |
| Response of Royal Charter Properties – East, Inc. | 15918 |
| Objection to the Claims of China Minsheng Banking Corp., Ltd. | N/A |
| Objection to the Claims of Halbis USSCredit Alpha Master Fund, Ltd. | N/A |
| Objection to the Claims of New South Federal Savings Bank, F.S.B. | N/A |
| Objection to the Claims of Owl Creek I, L.P., Owl Creek II, L.P., and Owl Creek Overseas Fund, Ltd. . | N/A |

Exhibit G

(**Seventy-Fourth** Omnibus Objection to Claims (To Reclassify
Proofs of Claim as Equity Interests) [Docket No. 13328] – Adjourned Responses)

| Claimant Name | Docket Number |
|---|---|
| Response of Sandra Stolk | 13862 |
| Response of Herman Stolk | 13863 |
| Response of Gloria A. Stainkamp | 13884 |
| Response of Bowaut, Inc. | 13885 |
| Response of Peter Thompson | 14077 |

Exhibit H

(**Seventy-Fifth** Omnibus Objection to Claims (To Reclassify Proofs
of Claim as Equity Interests) [Docket No. 13329] – Adjourned Responses)

| Claimant Name | Docket Number |
|---|---|
| Response of Robert L. Zito | 13883 |
| Response of Lucky Asia Trading Limited | N/A |

Exhibit I

**(Eighty-Sixth** Omnibus Objection to Claims (No
Liability Claims) [Docket No. 14440] – Adjourned Responses)

| Claimant Name | Claim Number |
|---|---|
| Ardenia Holdings SA | 51298 |
| Calamanda Manuel Plens | 43129 |
| Campagner, Antonella | 37204 |
| Carreno, Cristina Lurruena | 13304 |
| Cebrian, Fernando Enguidanos & Clemente, Maria Belen Velez | 47998 |
| Cesario, Fabrizio | 50160 |
| Cesario, Fabrizio | 50161 |
| Commercial Jordi, S.A. | 35867 |
| Cohn, David Nathan and Amblia Moreno Rosillo | 37362 |
| Costers-Van Leemputten, Alfons | 61658 |
| Da Silva Ferreira, Antonio Manuel Coutinhas | 55254 |
| De la Rosa Diaz, Jose Antonio | 48715 |
| Eli, Aharon | 42706 |
| Elyashiv, Shmuel | 45248 |
| Francisco Fernandez Roig | 45285 |
| Galvez, Neus Pena | 43125 |
| Franco, Jose Luis Cajal & Casabella, Clara Latorre | 40204 |

Exhibit J

**(Eighty-Seventh** Omnibus Objection to Claims (No Liability
Claims) (the "Objection") [Docket No. 14442] – Adjourned Responses)

| Claimant Name | Claim Number |
|---|---|
| Goldman, Ron and or Orna | 54812 |
| Grohs, Claudia | 36008 |
| Haleby, Henry Manzano | 36736 |
| Kux, Johannes | 31134 |
| Marcos, Pilar Lueje | 45172 |
| Marcos, Pilar Lueje | 45172 |
| Martinez Jimenez, Maria Teresa | 37116 |
| Meurer, Horst & Elizabeth | 9969 |
| Panvest Ltd | 65421 |

<u>Exhibit K</u>

(**Eighty-Eighth** Omnibus Objection to Claims (No Liability
Claims) (the "<u>Objection</u>") [Docket No. 14450] – Adjourned Responses)

| Claimant Name | Claim Number(s) |
|---|---|
| Prijs, Ben | 54579 |
| Prijs-Lips, J.M. | 54580 |
| Ram, Jacob | 25516, 42707 |
| Ruiz-Tariador Larrazabal, Jose-Manuel | 49658 |
| Sivan, Alex | 56035 |
| Smadja, Haim | 56036 |
| Sousa, Jose Martinho Silva | 35802 |
| Stocker, Hannelore | 41140 |
| Stott, Jean Todd | 51535 |
| Subira, Juan Antonio Marcos | 40161 |
| Vanderbroek, Roger | 55106 |
| Weigelt, Marco | 43496 |

Exhibit L

(**Eighty-Ninth** Omnibus Objection to Claims
(No Liability Claims) [Docket No. 14452] – Adjourned Responses)

| Claimant Name | Docket Number |
|---|---|
| Kroon M and Dronk S | 15100 |
| Fam Hijmans aka R.A. Hijmans | 15134 |
| Dominique De Ville | 15153 |
| Du Mortier-Houyet, Mr. and Mrs. Christian | 15154 |
| Benoit De Blieck | 15156 |
| Weismies | 15165 |
| Careprovan Private Stichting | 15176 |
| Liestekri BM | 15177 |
| Fondation Jean Praet A.S.B.L. | 15178 |
| Kuppens – Van Den Broeck | 15179 |
| Jaso BM | 15182 |
| Alex Vukailovic | 15184 |
| Weemaes Monique | 15185 |
| Weemaes, Christel | 15189 |
| Weemaes – Mussche | 15191 |
| Borremans Lucien – Dries Elisa | 15220 |
| Buys Greta | 15292 |
| Pierre Hulet | 15300 |
| Andrew Hulet | 15302 |
| W.E. de Vries-Scheiberlich | 15303 |
| De Cleen, Walter and Andimignon, Veronique | 15320 |
| Leenknecht Norbert – Lecluyse Therese | N/A |

| Claimant Name | Docket Number |
|---|---|
| Marijke Cardoen | N/A |
| Didier Dumolin | N/A |
| A.M.A. Groot | N/A |
| Joop Cok | N/A |
| Pierre Dumolin | N/A |
| Flos Gilberta | N/A |
| Handelmij Van Pernis B.V. | N/A |

Exhibit M

(**Ninetieth** Omnibus Objection to Claims (No
Liability Claims) [Docket No. 14453] – Adjourned Responses)

| Claimant Name | Docket Number |
|---|---|
| Jeanine Schoofs | 15289 |
| Francois De Smet D'Olbecke | 15147 |
| Frans Reper | 15155 |
| Alain Nyssens | 15157 |
| Juan Enrique Speyer | 15163 |
| Priems – Bresser | 15164 |
| Marc Van Gorp | 15285 |
| Cecilia Ryckaert | 15288 |
| Promin vzw | 15290 |
| Staes | 15291 |
| Oostnederlandse Vereniging Annamers Reservefonds | 15297 |
| Schram-Defonseca | 15304 |
| Colin W. Pearson | 15305 |
| Sonja Mullens | 15332 |
| Karil Michel | 15336 |
| Karin Vandewalle | 51996 |
| Sureka Deepak &/or Shankarlal | N/A |
| Mr. and Mrs. Robert Spinette-Rose | N/A |
| Van Voorst Vader-Van Esch, P.W. | N/A |
| Bals-Missuwe | N/A |
| Dominique Stas-Orban | N/A |
| Van Noyen-Ruelens | N/A |
| Termont, Aline | N/A |

Exhibit N

(**Ninety-Second** Omnibus Objection to Claims (No Blocking
Number LPS Claims) [Docket No. 14472] – Adjourned Responses)

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| ADAMS, MONIKA | 12446 | N/A |
| ADAMS, MONIKA | 12447 | N/A |
| ADE, VOLKER | 12422 | N/A |
| AMONN-DINGER, VERENA | 11169 | N/A |
| BAUMHEIER, KATJA | 11170 | N/A |
| BAUMHEIER, KATJA | 11171 | N/A |
| BAYER, DR. INGEBORG | 12425 | N/A |
| BAYER, DR. INGEBORG | 12426 | N/A |
| BECKER, DR. KLAUS | 13631 | N/A |
| BIESEMANN, DR. JOERG | 13624 | N/A |
| BROSCHK, DIETER | 13637 | N/A |
| CZYGANOWSKI, SIEGFRIED | 13610 | N/A |
| DIETZSCH, KRISTIN | 11173 | N/A |
| DREIMANN, KLAUS | 13614 | N/A |
| FASSBENDER, MARIA | 13638 | N/A |
| FETKENHEUER, LOTHAR | 67257 | N/A |
| FUCHS, GERHARD | 13632 | N/A |
| GANSER, ALBERT | 24995 | N/A |
| GETTE, HELENE | 12444 | N/A |
| HASSE, KLAUS-DIETER | 13628 | N/A |
| HEINZEN, HANS | 11178 | N/A |
| HIRSCH, KURT | 11179 | N/A |
| ILDEFONSO LACASTA MARCH | 45223 | N/A |

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| ISHII, HIROICHI AND HELLA | 13602 | N/A |
| JAHN, URSULA & HORST | 24987 | N/A |
| JANSEN, WALTER | 34350 | N/A |
| JANSEN, WALTER | 34347 | N/A |
| JONAS, PETER AND HEIKE | 13605 | N/A |
| KAPALLA, KURT | 12448 | N/A |
| KELLNER, MARTIN | 11181 | N/A |
| KIM, CHRISTINA | 9491 | 15337 |
| KLIPPEL, ALMUT | 67260 | N/A |
| KLUG, KLAUS | 12442 | N/A |
| KOECHLING, HERMANN | 11184 | N/A |
| KRAWINKEL, ODO | 12427 | N/A |
| KRAWINKEL, ODO | 12428 | N/A |
| KUHNAST, FRANK-ROLAND | 67258 | N/A |
| LENNARTZ, HEINZ WERNER | 39781 | 15334 |
| LEWIN, JOERG | 34348 | N/A |
| LUCKS, IIONA | 24996 | N/A |
| LUKOSCHEK, WOLFGANG | 13611 | N/A |
| MARCHAND LOPEZ, HUMBERTO G. | 2794 | N/A |
| MARCHAND LOPEZ, HUMBERTO G. | 2795 | N/A |
| MARTINEZ SABE, HECTOR RAUL | 31404 | N/A |
| MASTALEREK, MICHAEL | 11187 | N/A |
| MITTMANN, HANA | 24990 | N/A |

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| MUELLER, WILFRIED | 24991 | N/A |
| NOERRENBERG-SUDHAUS, WERNER | 11190 | N/A |
| OBERKERSCH, BEATRICE | 11191 | N/A |
| POSCH, MANFRED | 12441 | N/A |
| PROCESOS CONTROLADOS SE DE CV | 2821 | N/A |
| PUNJAB NATIONAL BANK (INTERNATIONAL) LIMITED | 63860 | 15074 |
| RAKE, FRANK-REINER | 11192 | N/A |
| RAKEPOLL FINANCE N.V. | 1638 | N/A |
| RAMPOLD, HEIDRUN ELISABETH | 11193 | N/A |
| RBS SECURITIES INC. | 59793 | 15036 |
| RBS SECURITIES INC. | 59794 | 15036 |
| RODRIGUEZ, KARSTEN | 13621 | N/A |
| RUTTENER, JUERG FOR RUETTENER, HANNELORE | 67267 | N/A |
| RUTTENER, JUERG FOR RUETTENER, HANS | 67265 | N/A |
| SCHIENER, FRIEDBERT WALTER UND HANNELORE EDELTRAUT | 11196 | N/A |
| SCHMIDT, KARIN | 11197 | N/A |
| SCHMIDT, RA PETRA | 11198 | N/A |
| SCHMITZ, HERBERT | 24982 | N/A |
| SCHMITZ, HERBERT | 24983 | N/A |
| SCHMITZ, HERBERT | 24960 | N/A |
| SCHMITZ, HERBERT | 24984 | N/A |
| SCHOBER, HANS-JOACHIM | 13634 | N/A |

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| SCHOBER, MARITA | 13635 | N/A |
| SCHWEBIUS, SANDRA | 11199 | N/A |
| SCHWERDT, KORINNA, DR. | 61158 | N/A |
| SOGECAP | 1168 | 15080 |
| SOKOLOWSKI, CLAUS-GUENTHER | 11200 | N/A |
| SPERZEL, SUSANNE | 12443 | N/A |
| SPRINGER, WERNER | 13623 | N/A |
| STANGE, HANS-JOACHIM | 12440 | N/A |
| STEINFORT, SILVIA | 11201 | N/A |
| STEINFORT, SILVIA | 11203 | N/A |
| STEINFORT, SILVIA | 11202 | N/A |
| STEINMUELLER, DR. BERND & HILDEGARD | 13603 | N/A |
| TALREJA, ROHINI | 4983 | N/A |
| THE MINAMI-NIPPON BANK LIMITED | 59150 | N/A |
| THOEMEL, HEINZ | 11207 | N/A |
| UTTENDORF, WILFRIED | 57811 | N/A |
| VOLK, HELMUT UND ANNEMARIE | 11209 | N/A |
| VON DER HEYDE, PHILIP | 11210 | N/A |
| WARTAK, BEATE | 11211 | N/A |
| WEBER HANS-HERMANN | 67237 | N/A |
| WEBER HANS-HERMANN | 67236 | N/A |
| WEBER HANS-HERMANN | 67239 | N/A |
| WEIDLICH, JOERG | 13642 | N/A |

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| WEISS, RENATE | 11212 | N/A |
| WENZEL, PETER | 11213 | N/A |
| WERNER, FRIEDHELM AND IRENE | 13615 | N/A |
| WILDEBRAND, PETER | 13609 | N/A |
| WIPPERN, MARGIT | 13619 | N/A |
| WITTIG, HANSPETER | 57824 | N/A |
| WOLF, ANDREAS | 13608 | N/A |
| WOLSKI, MIECZYSLAW | 61159 | N/A |
| WOLSKI, MIECZYSLAW | 61160 | N/A |
| WOLSKI, MIECZYSLAW | 61191 | N/A |
| ZELLINGER, ERNST | 11224 | N/A |