Dres. Horst und Elisabeth Meurer

97082 Würzburg/Germany
April 15, 2011
Leutfresserwg 29
Former Address:
35274 Kirchhain/Germany
Auf dem Vogelsang 17

Honorable James M. Peck
One Bowling Green, New York
New York 10004
Courtroom 601

In re
LEHMAN BROTHERS HOLDINGS INC., et al.
Debtors

Claim Number:         9969
Date Filed:           8/31/2009
Chapter 11 Case No.   08 – 13555  (JMP)
Classification        $ 219,711.68

Dear Sir,

as we have seen from your last letter, dated March 25, 2011,the Omnibus Objection to Claims has for us been adjourned to April 28, 2011.
We have to inform you, that we spent all our money, which was reserved for annuity for us, into the Lehman Brothers UK Cap. Fdg. II L.P. notes, which were – as described in our letter, dated March 09,2011, company guaranteed with preferred securities.
In consideration of our age and the fact, that we lost all our money, it is impossible for us to take part in the hearing, planned on April 28, 2011.
We hope for your understanding.

- 2 -



RECEIVED
APR 19 2011

- 2 -

Nevertheless we trust on a fair treatment of our interests, because the subject is so important for us and our future.


We appreciate to hear from you


_Horst Meurer_

Horst Meurer

_Elisabeth Meurer_

Elisabeth Meurer


Same letter was sent to

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Shai Y. Waisman