# M.A.B. Donkers

United States Bankruptcy Court Southern
District of New York, Courtroom 601
The Chambers of
The Honorable James M. Peck
One Bowling Green. New York
New York 10004
USA

| | |
|---|---|
| Reference | Chapter 11 Case No. 08-13555 (JMP), claim no. 63244 |
| Telephone | +31.45.4049444; +31.6.16.794763 (cell phone) |
| E-mail | marc@donkers.in |
| Date | 12 April 2011 |

Re: Lehman Brother Holdings Inc. et at. Chapter 11 Case No. 08-13555 (JMP), claim no. 63244

Dear Sir / Madam,

We received your letter / Notice regarding above mentioned claim.
We disagree with the objection. We filed the claim in EUROS as that is the amount mentioned in the administration of our bank and Lehman did business in the Netherlands in EUROS.

As we understand it is the law that we file the claim in USD we hereby refile / substitute or add to our earlier claim that we also claim the amount dominated in the lawful currency of the United States in this case USD 29.700,--. We understand that it is necessary to object for the due procedure.
In advance we do apologize as this procedure and the filing of claims etc. is not common to us as small private investor.

If you need additional information do not hesitate to contact us.

Yours truly,

M.A.B. Donkers

RECEIVED APR 19 2011 U.S. BANKRUPTCY COURT, SDNY JMP

CC: Milbank, Tweed, Hadley & McCloy LLP
    1 Chase Manhattan Plaza, New York, New York 1005, USA
    Attn. Dennis f. Dunne. Esq. Dennis O'Donnell. Esq. Evan Fleck. Esq.