B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                                    Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C.
§ 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2),
Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest
in the claim referenced in this evidence and notice.

| Citibank, N.A., Hong Kong Branch | Bank Sarasin-Rabo (Asia) Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:

Citibank NA Hong Kong Branch
3 Changi Business Park Crescent, 8th floor
Singapore 486026
Attn:  Asia Securities Operations

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn:  Douglas R. Davis
Phone: 212-373-3000
Email:  ddavis@paulweiss.com

Name and address where transferee payments
should be sent (if different from above):

Court Claim # (if known): 57486
Total Amount of Claim Filed: $244,659.59
Amount of Claim Transferred: $88,967.12
ISIN/CUSIP:  XS0308274140
Date Claim Filed:  October 30, 2009

Phone:  +41 58 261 50 00
Last Four Digits of Acct #:  ___1471___

I declare under penalty of perjury that the information provided in this notice is true and
correct to the best of my knowledge and belief.

By: _____   Date: 21 April 2011.
    Transferee/Transferee's Agent
            **Daryl Kwok**
         **Authorized Signature**

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

### NOTICE OF PARTIAL TRANSFER OF CLAIM
### OTHER THAN FOR SECURITY

Claim No. 57486 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on April 27, 2011.

| Bank Sarasin-Rabo (Asia) Limited | Citibank, N.A., Hong Kong Branch |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:

Bank Sarasin-Rabo (Asia) Limited
Baer & Karrer Ltd.
Brandschenkestrasse 90, 8027 Zurich
Switzerland
Attn: Peter Hsu
Phone: +41 58 261 50 00
Email: peter.hsu@baerkarrer.ch

Address of Transferee:

Citibank, N.A., Hong Kong Branch
30/F, Citibank Tower, 3 Garden Road
Central, Hong Kong
Attn: Marga Garcia, Karmen Chan
Phone: (852) 2868 8896 or (852) 2868 8435
Email: marga.garcia@citi.com, karmen.chan@citi.com

| ~ DEADLINE TO OBJECT TO TRANSFER ~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

<u>AGREEMENT AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY</u>

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, Bank Sarasin-Rabo (Asia) Limited ("Seller"), acting on behalf of one or more of its customers (the "Customer"), hereby unconditionally and irrevocably sells, transfers and assigns to Citibank, N.A., Hong Kong Branch (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the principal amount specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's rights, title and interest in and to Proof of Claim Number 57486 filed by or on behalf of Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller or its Customer relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's or Customer's right, title and interest in, to and under the transfer agreements, if any, under which Seller, Customer or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.    Seller hereby represents and warrants to Purchaser that:  (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller's Customer is the beneficial owner of the Purchased Securities relating to the Purchased Claim and specified in Schedule 1 attached hereto; (d) Seller or its Customer owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (e) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Partial Transfer of Claim; (f) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (g) neither Seller nor its Customer has engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims.  Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Partial Transfer of Claim.  Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder

of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Partial Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.    Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method, or via another settlement method agreeable to both Purchaser and Seller), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Partial Transfer of Claim supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.    Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Partial Transfer of Claim, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.    Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 15 April 2011 .

Citibank, N.A., Hong Kong Branch

By:
Name:  Marianito De Leon Santos
Title:   Director

Bank Sarasin-Rabo (Asia) Limited

By:
Name:  Marianito De Leon Santos
Title:   Director

Citibank, N.A., Hong Kong Branch
Attn:   Marga Garcia, Karmen Chan
Phone:  (852) 2868 8896 or (852) 2868 8435
Email:   marga.garcia@citi.com,
          karmen.chan@citi.com
Address: 30/F, Citibank Tower, 3 Garden Road,
          Central, Hong Kong

Bank Sarasin-Rabo (Asia) Limited
Attn:   Wanda Lee
Phone:  (852) 2287 9775
Email:   wanda.lee@sarasin.com
Address: 40/F Edinburgh Tower, The Landmark, 15
          Queen's Road Central, Hong Kong

Schedule 1

Transferred Claims

Purchased Claim

USD 88,967.12 of USD 244,659.59 (the outstanding amount of the Proof of Claim as of _15 April 2011_ ).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity |
|---|---|---|---|---|---|---|
| 2 Year Worst of USD Quanto Callable Daily Accrual ELN | XS0308274140 | Lehman Brothers Treasury Co BV | LBHI | USD 88,967.12 | 3.925% | 6-Jul-09 |

| *United States Bankruptcy Court/Southern District of New York* | **LEHMAN SECURITIES PROGRAMS** |
|---|---|

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS
PROOF OF CLAIM**

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000057486

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Creditor:            Bank Sarasin-Rabo (Asia) Limited
Address for notices: Baer & Karrer Ltd., Attn. Peter Hsu
                     Brandschenkestrasse 90, 8027 Zurich
                     Switzerland

Telephone number: +41 58 261 50 00 Email Address:  peter.hsu@baerkarrer.ch

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
   (*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

Deutsche Bank Trust Company Americas, New York (SWIFT: BKTRUS33)
For account: Bank Sarasin-Rabo (Asia) Limited, 77 Robinson Road, #31-00,
Singapore 068896,  SWIFT: RABOSGSB; Account number 04-171-739

Telephone number:            Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim.  Attach copy of statement giving particulars.

1.  Provide the total amount of your claim based on Lehman Programs Securities.  Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.  The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $  244'659.59                        **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates.  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0308274140                    **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.  You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA90308                                **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim.  You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
  Clearstream a/c 81471                        **(Required)**

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

**FILED / RECEIVED**

OCT 3 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. 29 Oct. 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. (See power of attorney; Baer & Karrer Ltd., Brandschenkestr. 90, 8027 Zurich, Switzerland; Tel. no.: +41 58 261 50 00)    *Peter Hsu*  (PETER HSU) |
|---|---|

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____ **D E F I N I T I O N S** _____          _____ **I N F O R M A T I O N** _____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**Exhibit 1**

In re Lehman Brothers Holdings Inc., Case No. 08-13555 (JMP)

## ATTACHMENT TO PROOF OF CLAIM FORM
## OF BANK SARASIN-RABO (ASIA) LIMITED

This proof of claim is submitted by Bank Sarasin-Rabo (Asia) Limited ("Sarasin"), a company incorporated under Singapore law, which maintains offices at 77 Robinson Road #31-00, Singapore 068896, Republic of Singapore (the "Claim"). This attachment is incorporated into the proof of claim form to which it is attached.

As more specifically described below, Sarasin hereby asserts a claim against Lehman Brothers Holdings Inc. ("LBHI") pursuant to the terms and conditions of certain guarantees of Lehman Program Securities, as that term is defined in the Bar Date Order discussed below, or pursuant to the relevant terms and conditions of the securities as provided for.

### I.    Background

On September 15, 2008 (the "Petition Date"), LBHI filed a petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). On July 2, 2009 the Bankruptcy Court entered an Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form (the "Bar Date Order") [D.I. 4271 in Case No. 08-13555 (JMP)].

Pursuant to the Bar Date Order, the Bankruptcy Court set September 22, 2009 at 5:00 p.m. as the bar date (the "Bar Date") for each person or entity to file proofs of claim based on pre-petition claims against LBHI, with certain specific exceptions as provided for in the Bar Date Order. One of those exceptions relates to certain specifically identified securities, referred to collectively as "Lehman Programs Securities," a list of which is available on

In re Lehman Brothers Holdings Inc., Case No. 08-13555 (JMP)

http://www.lehman-docket.com.  The Bar Date Order provides that on or before November 2,

2009 at 5:00 p.m. (the "Securities Programs Bar Date") holders of claims based on amounts

owed pursuant to any Lehman Program Security (as defined in the Bar Date Order and including

claims based on related guarantees) must complete the Securities Program Proof of Claim Form

(as defined in the Bar Date Order).  As explained in the Notice of Deadlines for Filing Proofs of

Claim Based on Lehman Programs Securities, dated July 27, 2009, each Securities Program

Proof of Claim must include either a Euroclear Electronic Instruction Reference Number, a

Clearsteam Blocking Reference Number, or other depository blocking reference number, as

appropriate (each, a "Blocking Number") with respect to each Lehman Programs Securities for

which such Securities Program Proof of Claim is filed.  The Bar Date Order explicitly does not

require entities that file Securities Program Proofs of Claim to submit any documentation

supporting such claims, but the Debtors reserve the right to seek production of all documentation

required by Bankruptcy Rule 3001(c) as part of the claims reconciliation process.[1]

## II.   The Claim

Sarasin is the record holder and/or beneficial owner of Lehman Program

Securities, which are issued by LBHI or issued by a Lehman affiliate and guaranteed by LBHI,

as applicable.[2]  As of the Petition Date and with respect to each Lehman Program Security

identified in the proof of claim form to which this attachment is attached, LBHI was and still is

indebted to Sarasin for the payment of all principal, nominal, notional or other amounts

(howsoever described in the documentation governing such Lehman Program Security), plus all

---

[1] Sarasin is not submitting supporting documentation as it is voluminous and not required by the terms of the Bar Date Order but reserves the right to later do so.

[2] The guarantees are evidenced either pursuant to: (a) separate guarantees by LBHI of specific issuances set forth in the relevant offering documents for the particular issuance, (b) separate standalone guarantee agreements, or (c) global guarantees through which LBHI generally guaranteed the obligations of certain entities.  Sarasin will provide guarantee documentation specific to a particular claim upon request.

In re Lehman Brothers Holdings Inc., Case No. 08-13555 (JMP)

other amounts relating to such Lehman Program Security that accrued as of or after the Petition Date, including, without limitation, interest, premium, costs and any other amounts payable in respect of such Lehman Program Security (howsoever described in the documentation governing such Lehman Program Security) included on the proof of claim form to which this attachment is attached (all such amounts, in the aggregate, the "Indebtedness").

As a holder of the Lehman Program Securities, Sarasin is owed all Indebtedness arising under such Lehman Program Securities and hereby asserts an unsecured claim against LBHI for all such Indebtedness (subject to any right of Sarasin to set-off that might arise from claims that LBHI may assert or has asserted against Sarasin or otherwise).

III.    Miscellaneous

Sarasin reserves the right to withdraw, amend, clarify, modify or supplement this Claim to assert additional claims (including, without limitation, additional administrative expense claims (including, without limitation, claims arising from misdirected wires to, or postpetition contracts, activity, torts, etc. of LBHI), for which a bar date has not yet been set, secured claims, and/or general unsecured claims) and/or additional grounds for its claims against LBHI. Sarasin also reserves all rights accruing to it or its affiliates against LBHI or its estate, and the submission of this Claim is not intended to be and shall not be construed as (a) an election of remedy or (b) a waiver or limitation of any rights of Sarasin or its affiliates. In addition, Sarasin reserves the right to supplement this Claim with relevant documents to the extent necessary. Furthermore, Sarasin reserves the right to withdraw this Claim for any reason whatsoever. In addition, Sarasin reserves all rights and remedies against affiliates of LBHI or any other third parties.

3

In re Lehman Brothers Holdings Inc., Case No. 08-13555 (JMP)

This Claim shall not be deemed to be a waiver of Sarasin's right (i) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases (to the extent such right has not otherwise been waived), (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Sarasin is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Sarasin expressly reserves. To the extent that LBHI has made or makes any claims against Sarasin, Sarasin reserves its set-off rights, such that all or part of the Claim may be secured to the extent of such set-off rights. This claim solely relates to the Lehman Program Securities having the ISINs expressly listed on the proof of claim form to which this attachment is attached. This claim is in addition to and does not supersede the proofs of claim (and related Derivative Questionnaires and Guarantee Questionnaires) filed by Sarasin, or any other claim that has been or may be filed by Sarasin unless expressly stated otherwise.

Any notices sent in connection with the Claim should be addressed to Sarasin at the address below:

Baer & Karrer Ltd.
Brandschenkestrasse 90
8027 Zurich
Switzerland
Attn.:  Peter Hsu, Esq.

and

Cleary Gottlieb Steen & Hamilton LLP
12, rue de Tilsitt
75008 Paris
France
Attn.:  Andrew A. Bernstein, Esq.

4

| V.T. | Claim No. | Asset ISIN | LPSL | Asset Title | Type of Security | Currency | Quantity | Clearstream participant account no. | Clearstream blocking reference no. | Total Amount Accrued Interest | Exchange Rate as of 15 Sept. 2008 | Amount of the Claim to be filed in US$, including interest | Issuer | Guarantor 1 | Guarantor 2 (Global Guarantee, Board resolution) | Remarks from Bank Sarasin-Rabo (Asia) Limited |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| c | 245 | XS0308274140 | yes | Lehman Brothers Treasury CO. B.V. | Hybrid | USD | 550'000 | 81471 | CA90308 | 244'659.59 | 1 | 244'659.59 | Lehman Brothers Treasury Co BV | LBHI | LBHI | |

## POWER OF ATTORNEY

Baer & Karrer Ltd. (the **"Attorney"**)

is hereby empowered

in the matter of group entities and investment funds of Lehman Brothers

concerning the filing and enforcement of claims

BÄR
& KARRER

to perform all acts that this matter may involve. The Attorney has the right to appoint substitutes. Each lawyer employed by the Attorney is individually empowered to make use of this power of attorney.

This power of attorney namely includes the right to file, submit and enforce claims in bankruptcy or similar proceedings, to institute and carry out the collection of debts (including the filing of petitions for bankruptcy), to enforce judgments and settlements, to receive and deliver securities or any other objects in dispute and to receive and effect payments, to enter into arbitration agreements and agreements regarding jurisdiction, and to negotiate and agree to settlements. Furthermore, this power of attorney also includes in particular the right to represent the principal vis-à-vis opposing parties and other third parties, before administrative bodies, arbitral tribunals and in matters requiring notarization.

This power of attorney does not expire upon the liquidation, loss of capacity to act or bankruptcy of the principal.

The ordinary courts shall have exclusive jurisdiction with respect to all disputes arising from or in connection with this power of attorney or the underlying mandate agreement. The exclusive place of jurisdiction shall be Zurich, Switzerland. This power of attorney as well as the mandate agreement shall be governed by, and interpreted in accordance with, the laws of Switzerland.

............. SINGAPORE .............          ............. 28 October 2009 .............

Place                                         Date

**The principal:**

Bank Sarasin-Rabo (Asia) Limited:

Signature(s)

Bär & Karrer          Zürich                  Genf                    Lugano                  Zug                     www.baerkarrer.ch
Rechtsanwälte         Bär & Karrer AG         Bär & Karrer SA         Bär & Karrer SA         Bär & Karrer AG
                      Brandschenkestrasse 90  12, quai de la Poste    Via Vegezzi 6           Baarerstrasse 8
                      CH-8027 Zürich          CH-1211 Genève 11       CH-6901 Lugano          CH-6301 Zug
                      Tel. +41 (0)58 261 50 00 Tel. +41 (0)58 261 57 00 Tel. +41 (0)58 261 58 00 Tel. +41 (0)58 261 59 00
                      Fax +41 (0)58 261 50 01 Fax +41 (0)58 261 57 01 Fax +41 (0)58 261 58 01 Fax +41 (0)58 261 59 01
                      zuerich@baerkarrer.ch   geneve@baerkarrer.ch    lugano@baerkarrer.ch    zug@baerkarrer.ch

