**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | **Case No. 08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------- x

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY RELATED TO PLAN CONFIRMATION

NOTICE IS HEREBY GIVEN that Nordea Bank AB (publ) (f/k/a Nordbanken AB (publ)) ("NBAB") and Nordea Bank Finland Plc (f/k/a Merita Bank Ltd) ("NBF"), represented by Stroock & Stroock & Lavan LLP, have filed the following claims in the above-captioned chapter 11 cases (the "Chapter 11 Cases"):

| Claim No. | Claimant | Debtor | Claim Amount |
|---|---|---|---|
| 22904 | NBAB | Lehman Brothers Holdings Inc. | $3,435,112.87 |
| 22907 | NBF | Lehman Brothers Holdings Inc. | $3,129,615.87 |
| 22909 | NBF | Lehman Brothers Holdings Inc. | $4,931,540.00 |
| 66537 | NBF | Lehman Brothers Holdings Inc. | $149,987,497.88 |
| 66538 | NBAB | Lehman Brothers Special Financing, Inc. | $1,150,640.87 |
| 66539 | NBAB | Lehman Brothers Holdings Inc. | $1,150,640.87 |
| 66540 | NBF | Lehman Brothers Special Financing, Inc. | $149,987,497.88 |

ACCORDINGLY, PLEASE TAKE FURTHER NOTICE that, subject to any objections by the Debtors or the Statutory Committee of Unsecured Creditors appointed in the Chapter 11 Cases and/or any limitations imposed by the Court, NBAB and NBF and their counsel intend to participate in Plan Discovery, as defined in the Order Establishing Procedures in Connection with Discovery Related to Plan Confirmation and Other Issues, entered by the Court on April 14, 2011 [Docket No. 16003] (the "Order").

Dated:  April 27, 2011                              STROOCK & STROOCK & LAVAN LLP

                                                     /s/ Claude Szyfer
                                                    Claude Szyfer
                                                    180 Maiden Lane
                                                    New York, New York 10038
                                                    Telephone: (212) 806-5400
                                                    Facsimile: (212) 806-6006

                                                    *Counsel to NBAB and NBF*

Contact Information for NBAB and NBF:

Nordea Bank AB (publ)
Smalandsgatan 17
SE-105 71 Stockholm
Sweden
Attn:  Maria Kronstrom

Nordea Finland PLC (publ)
Smalandsgatan 17
SE-105 71 Stockholm
Sweden
Attn:  Maria Kronstrom

Contact Information for Attorneys for NBAB
and NBF:

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
Attn:  Claude Szyfer and Bonnie Bolz Merkt
cszyfer@stroock.com
bmerkt@stroock.com

Designation of Contacts to Receive Any
Notice(s) Required Under the Order:

Nordea Bank AB (publ)
Smalandsgatan 17
SE-105 71 Stockholm
Sweden
Attn:  Maria Kronstrom

-and-

Nordea Finland PLC (publ)
Smalandsgatan 17
SE-105 71 Stockholm
Sweden
Attn:  Maria Kronstrom

-and-


Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
Attn:  Claude Szyfer and Bonnie Bolz Merkt
cszyfer@stroock.com
bmerkt@stroock.com


Group that Participant elects to join:  the creditors of the derivative entity debtors, including
Lehman Brothers Special Financing Inc., Lehman Brothers OTC Derivatives Inc., Lehman
Brothers Derivative Products Inc., Lehman Brothers Financial Products Inc., and Lehman
Brothers Commercial Corp., in each case, other than the LBSF Public Side Working Group (as
designated in subparagraph 3(b)(v) of the Order).