Edward H. Tillinghast, III, Esq.
Blanka K. Wolfe, Esq.
**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

*Counsel for Evangelical Christian Credit Union*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., et al., <br><br> Debtors. | Case No. 08-13555 (JMP) <br><br> Chapter 11 <br><br> (Jointly Administered) |

**CERTIFICATE OF SERVICE**

   I, Blanka K. Wolfe, hereby certify that on April 26, 2011, I caused a copy of (i) the *Motion of Evangelical Christian Credit Union Pursuant to Section 362(d) of the Bankruptcy Code for Relief from the Automatic Stay* [Docket No. 16259] and (ii) *Declaration of Michael Boblit in support of Motion of Evangelical Christian Credit Union For Relief from the Automatic Stay* [Docket No. 16260] to be sent by automatic ECF notice to those parties receiving ECF in the above-captioned case, and on April 26, 2011 and April 27, 2011, as indicated below to be served pursuant to the *Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures* [Docket No. 9635] on

   (i) the Standard Parties identified in <u>Exhibit A</u> hereto by hand delivery on April 27, 2011,

(ii) the Standard Parties identified in <u>Exhibit B</u> hereto by overnight delivery on April 26, 2011,

(iii) the Rule 2002 List parties, as such parties are identified in the Master Service List maintained by the above-captioned debtors, as identified in <u>Exhibit C</u> hereto, by electronic mail on April 26, 2011 and April 27, 2011, and

(iv) the Rule 2002 List parties, as such parties are identified in the Master Service List maintained by the above-captioned debtors, as identified in Exhibit D hereto, by overnight delivery on April 26, 2011.

By:   /s/ Blanka K. Wolfe
      Blanka K. Wolfe, Esq.

# Exhibit A

## Standard Parties Served by Hand Delivery

Honorable James M. Peck
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004

# Exhibit B

## Standard Parties Served by Overnight Delivery

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq.
    Lori R. Fife, Esq.
    Shai Y. Waisman, Esq.
    Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, New York 10153

*Counsel to the Debtors*

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.
    Dennis O'Donnell, Esq.
    Evan R. Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

*Counsel to the Committee*

Office of the United States Trustee for the
Southern District of New York
Attn:  Andy Velez-Rivera, Esq.
    Paul Schwartzberg, Esq.
    Brian Masumoto, Esq.
    Linda Riffkin, Esq.
    Tracy Hope Davis, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Paul J Couchot
Winthrop Couchot P.C.
660 Newport Ctr Drive Ste 400
Newport Beach, CA 92660

*Counsel to SunCal*

# Exhibit C

**Rule 2002 List Parties Served by Electronic Mail**

richard.krasnow@weil.com
lori.fife@weil.com
shai.waisman@weil.com
jacqueline.marcus@weil.com
giddens@hugheshubbard.com
kiplok@hugheshubbard.com
kobak@hugheshubbard.com
margolin@hugheshubbard.com
lubell@hugheshubbard.com
wiltenburg@hugheshubbard.com
ddunne@milbank.com
wfoster@milbank.com
dodonnell@milbank.com
efleck@milbank.com
paronzon@milbank.com
gbray@milbank.com
robert.yalen@usdoj.gov
tarbit@cftc.gov
rwasserman@cftc.gov
sharbeck@sipc.org
jwang@sipc.org
jbromley@cgsh.com
lschweitzer@cgsh.com
lgranfield@cgsh.com
ctatelbaum@adorno.com
mstamer@akingump.com
pdublin@akingump.com
mlahaie@akingump.com
rajohnson@akingump.com
lisa.kraidin@allenovery.com
ken.coleman@allenovery.com
daniel.guyder@allenovery.com
mgreger@allenmatkins.com
jtimko@allenmatkins.com
tduffy@andersonkill.com
rrussell@andrewskurth.com
s.minehan@aozorabank.co.jp
k4.nomura@aozorabank.co.jp
hirsch.robert@arentfox.com
angelich.george@arentfox.com
dowd.mary@arentfox.com
scousins@armstrongteasdale.com
sehlers@armstrongteasdale.com
dladdin@agg.com
frank.white@agg.com
charles_malloy@aporter.com

anthony_boccanfuso@aporter.com
jg5786@att.com
neal.mann@oag.state.ny.us
tony.davis@bakerbotts.com
rbernard@bakerlaw.com
dworkman@bakerlaw.com
peter@bankrupt.com
ffm@bostonbusinesslaw.com
csalomon@beckerglynn.com
aostrow@beckerglynn.com
cbrotstein@bm.net
mpucillo@bermanesq.com
wzoberman@bermanesq.com
aoberry@bermanesq.com
davids@blbglaw.com
dbarber@bsblawyers.com
dbarber@bsblawyers.com
smulligan@bsblawyers.com
jeffrey.sabin@bingham.com
ronald.silverman@bingham.com
steven.wilamowsky@bingham.com
sabin.willett@bingham.com
jeffrey.sabin@bingham.com
robert.dombroff@bingham.com
steven.wilamowsky@bingham.com
mark.deveno@bingham.com
jeffrey.sabin@bingham.com
ronald.silverman@bingham.com
joshua.dorchak@bingham.com
jeffrey.sabin@bingham.com
ronald.silverman@bingham.com
steven.wilamowsky@bingham.com
carol.weinerlevy@bingham.com
jeffrey.sabin@bingham.com
joshua.dorchak@bingham.com
raj.madan@bingham.com
aeckstein@blankrome.com
amcmullen@boultcummings.com
rjones@boultcummings.com
kurt.mayr@bgllp.com
kuehn@bragarwexler.com
notice@bkcylaw.com
mgordon@briggs.com
monica.lawless@brookfieldproperties.com
dludman@brownconnery.com
msiegel@brownrudnick.com

slevine@brownrudnick.com
schristianson@buchalter.com
christopher.schueller@bipc.com
timothy.palmer@bipc.com
fishere@butzel.com
sidorsky@butzel.com
jessica.fink@cwt.com
deryck.palmer@cwt.com
john.rapisardi@cwt.com
george.davis@cwt.com
howard.hawkins@cwt.com
ellen.halstead@cwt.com
israel.dahan@cwt.com
mark.ellenberg@cwt.com
jason.jurgens@cwt.com
sgordon@cahill.com
jlevitin@cahill.com
thomas_noguerola@calpers.ca.gov
cahn@clm.com
wanda.goodloe@cbre.com
dlemay@chadbourne.com
hseife@chadbourne.com
arosenblatt@chadbourne.com
spiotto@chapman.com
acker@chapman.com
heiser@chapman.com
lgranfield@cgsh.com
lschweitzer@cgsh.com
maofiling@cgsh.com
jennifer.demarco@cliffordchance.com
andrew.brozman@cliffordchance.com
sara.tapinekis@cliffordchance.com
jen.premisler@cliffordchance.com
psp@njlawfirm.com
jwh@njlawfirm.com
lmay@coleschotz.com
jdrucker@coleschotz.com
joli@crlpc.com
jeff.wittig@coair.com
eschwartz@contrariancapital.com
mmurphy@co.sanmateo.ca.us
mhopkins@cov.com
dcoffino@cov.com
araboy@cov.com
rlevin@cravath.com
rtrust@cravath.com

jlipson@crockerkuno.com
ttracy@crockerkuno.com
judy.morse@crowedunlevy.com
woconnor@crowell.com
bzabarauskas@crowell.com
heidi@crumbielaw.com
john@crumbielaw.com
jcarberry@cl-law.com
karen.wagner@dpw.com
james.mcclammy@dpw.com
thomas.ogden@dpw.com
jjtancredi@daypitney.com
jwcohen@daypitney.com
mcto@debevoise.com
glenn.siegel@dechert.com
iva.uroic@dechert.com
mmooney@deilylawfirm.com
mbienenstock@dl.com
jliu@dl.com
tkarcher@dl.com
pwright@dl.com
esmith@dl.com
igoldstein@dl.com
adiamond@diamondmccarthy.com
sloden@diamondmccarthy.com
aaaronson@dilworthlaw.com
cpappas@dilworthlaw.com
timothy.brink@dlapiper.com
matthew.klepper@dlapiper.com
thomas.califano@dlapiper.com
stephen.cowan@dlapiper.com
william.m.goldman@dlapiper.com
schnabel.eric@dorsey.com
heim.steve@dorsey.com
dove.michelle@dorsey.com
steven.troyer@commerzbank.com
jjoyce@dresslerpeters.com
robert.malone@dbr.com
ljkotler@duanemorris.com
tduffy@andersonkill.com
jim@atkinslawfirm.com
sandyscafaria@eaton.com
ezujkowski@emmetmarvin.com
aentwistle@entwistle-law.com
jwhitman@entwistle-law.com
jbeemer@entwistle-law.com

jporter@entwistle-law.com  
kkelly@ebglaw.com  
dtatge@ebglaw.com  
sgubner@ebg-law.com  
cweber@ebg-law.com  
lscarcella@farrellfritz.com  
shari.leventhal@ny.frb.org  
sfelderstein@ffwplaw.com  
ppascuzzi@ffwplaw.com  
jhuh@ffwplaw.com  
charles@filardi-law.com  
alum@ftportfolios.com  
dheffer@foley.com  
jlee@foley.com  
kowens@foley.com  
dspelfogel@foley.com  
sory@fdlaw.com  
jhiggins@fdlaw.com  
ahammer@freebornpeters.com  
deggert@freebornpeters.com  
walter.stuart@freshfields.com  
patrick.oh@freshfields.com  
peter.simmons@friedfrank.com  
richard.tisdale@friedfrank.com  
shannon.nagle@friedfrank.com  
efriedman@friedumspring.com  
drosenzweig@fulbright.com  
jmerva@fult.com  
jmelko@gardere.com  
bankruptcy@ntexas-attorneys.com  
relgidely@gjb-law.com  
jgenovese@gjb-law.com  
pbattista@gjb-law.com  
dcimo@gjb-law.com  
dcrapo@gibbonslaw.com  
mrosenthal@gibsondunn.com  
jweiss@gibsondunn.com  
aseuffert@lawpost-nyc.com  
tnixon@gklaw.com  
jherzog@gklaw.com  
jflaxer@golenbock.com  
jwallack@goulstonstorrs.com  
drosner@goulstonstorrs.com  
gkaden@goulstonstorrs.com  
brian.corey@greentreecreditsolutions.com  
diconzam@gtlaw.com

tannweiler@greerherz.com
jamie.nelson@dubaiic.com
joy.mathias@dubaiic.com
bgraifman@gkblaw.com
jschwartz@hahnhessen.com
jorbach@hahnhessen.com
rmatzat@hahnhessen.com
wbenzija@halperinlaw.net
jdyas@halperinlaw.net
agold@herrick.com
sselbst@herrick.com
ramona.neal@hp.com
ken.higman@hp.com
dpiazza@hodgsonruss.com
isgreene@hhlaw.com
sagolden@hhlaw.com
dckaufman@hhlaw.com
barbra.parlin@hklaw.com
arthur.rosenberg@hklaw.com
francois.janson@hklaw.com
richard.lear@hklaw.com
john.monaghan@hklaw.com
adam.brezine@hro.com
kerry.moynihan@hro.com
mmendez@hunton.com
rnorton@hunton.com
sbernstein@hunton.com
jrsmith@hunton.com
alesia.pinney@infospace.com
cweiss@ingramllp.com
dave.davis@isgria.com
toby.r.rosenberg@irscounsel.treas.gov
mimi.m.wong@irscounsel.treas.gov
dbalog@intersil.com
teresa.oxford@invescoaim.com
afriedman@irell.com
klyman@irell.com
mneier@ibolaw.com
jay.hurst@oag.state.tx.us
ptrostle@jenner.com
dmurray@jenner.com
rbyman@jenner.com
gspilsbury@jsslaw.com
jfox@joefoxlaw.com
joseph.cordaro@usdoj.gov
eli.mattioli@klgates.com

drosner@kasowitz.com
aglenn@kasowitz.com
snewman@katskykorins.com
mprimoff@kayescholer.com
jaclyn.genchi@kayescholer.com
kdwbankruptcydepartment@kelleydrye.com
mpage@kelleydrye.com
icatto@kirkland.com
james.sprayregen@kirkland.com
david.seligman@kirkland.com
jay@kleinsolomon.com
jjureller@klestadt.com
chardman@klestadt.com
michael.kim@kobrekim.com
robert.henoch@kobrekim.com
andrew.lourie@kobrekim.com
tmayer@kramerlevin.com
boneill@kramerlevin.com
acaton@kramerlevin.com
tmayer@kramerlevin.com
deggermann@kramerlevin.com
mlandman@lcbf.com
wballaine@lcbf.com
sree@lcbf.com
ekbergc@lanepowell.com
keith.simon@lw.com
david.heller@lw.com
peter.gilhuly@lw.com
richard.levy@lw.com
gabriel.delvirginia@verizon.net
ezweig@optonline.net
wswearingen@llf-law.com
sfineman@lchb.com
dallas.bankruptcy@publicans.com
austin.bankruptcy@publicans.com
peisenberg@lockelord.com
wcurchack@loeb.com
vrubinstein@loeb.com
dbesikof@loeb.com
loizides@loizides.com
robin.keller@lovells.com
omeca.nedd@lovells.com
chris.donoho@lovells.com
robin.keller@lovells.com
matthew.morris@lovells.com
ilevee@lowenstein.com

krosen@lowenstein.com
vdagostino@lowenstein.com
metkin@lowenstein.com
steele@lowenstein.com
twheeler@lowenstein.com
jprol@lowenstein.com
scargill@lowenstein.com
squigley@lowenstein.com
elevin@lowenstein.com
mwarren@mtb.com
jhuggett@margolisedelstein.com
fhyman@mayerbrown.com
atrehan@mayerbrown.com
btrust@mayerbrown.com
jtougas@mayerbrown.com
btrust@mayerbrown.com
agolianopoulos@mayerbrown.com
tkiriakos@mayerbrown.com
swolowitz@mayerbrown.com
jstoll@mayerbrown.com
ashaffer@mayerbrown.com
hbeltzer@mayerbrown.com
cwalsh@mayerbrown.com
mhanchet@mayerbrown.com
jlamar@maynardcooper.com
kreynolds@mklawnyc.com
rhs@mccallaraymer.com
bkmail@prommis.com
eglas@mccarter.com
kmayer@mccarter.com
wtaylor@mccarter.com
ggitomer@mkbattorneys.com
ncoco@mwe.com
gravert@mwe.com
phayden@mcguirewoods.com
sfox@mcguirewoods.com
dhayes@mcguirewoods.com
jmaddock@mcguirewoods.com
jsheerin@mcguirewoods.com
jmr@msf-law.com
tslome@msek.com
amarder@msek.com
jmazermarino@msek.com
harrisjm@michigan.gov
michael.frege@cms-hs.com
sdnyecf@dor.mo.gov

steve.ginther@dor.mo.gov
davidwheeler@mvalaw.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
lberkoff@moritthock.com
jpintarelli@mofo.com
lmarinuzzi@mofo.com
yuwatoko@mofo.com
kostad@mofo.com
tgoren@mofo.com
lnashelsky@mofo.com
bmiller@mofo.com
bankruptcy@morrisoncohen.com
millee12@nationwide.com
jowolf@law.nyc.gov
susan.schultz@newedgegroup.com
ddrebsky@nixonpeabody.com
adarwin@nixonpeabody.com
vmilione@nixonpeabody.com
mberman@nixonpeabody.com
bankruptcymatters@us.nomura.com
info2@normandyhill.com
crmomjian@attorneygeneral.gov
mjr1@westchestergov.com
jeremy.eiden@state.mn.us
dirk.roberts@ots.treas.gov
martin.davis@ots.treas.gov
akantesaria@oppenheimerfunds.com
rdaversa@orrick.com
jguy@orrick.com
korr@orrick.com
dfelder@orrick.com
rfrankel@orrick.com
rwyron@orrick.com
lmcgowen@orrick.com
wsilverm@oshr.com
pfeldman@oshr.com
jar@outtengolden.com
rroupinian@outtengolden.com
wk@pwlawyers.com
chipford@parkerpoe.com
dwdykhouse@pbwt.com
bguiney@pbwt.com
harveystrickon@paulhastings.com
draelson@fisherbrothers.com
sshimshak@paulweiss.com

ddavis@paulweiss.com
chammerman@paulweiss.com
dshemano@pwkllp.com
kressk@pepperlaw.com
kovskyd@pepperlaw.com
wisotska@pepperlaw.com
lawallf@pepperlaw.com
meltzere@pepperlaw.com
schannej@pepperlaw.com
arlbank@pbfcm.com
jhorgan@phxa.com
david.crichlow@pillsburylaw.com
bill.freeman@pillsburylaw.com
mark.houle@pillsburylaw.com
splatzer@platzerlaw.com
dflanigan@polsinelli.com
jbird@polsinelli.com
cward@polsinelli.com
jsmairo@pbnlaw.com
tjfreedman@pbnlaw.com
bbisignani@postschell.com
fbp@ppgms.com
lml@ppgms.com
rfleischer@pryorcashman.com
mjacobs@pryorcashman.com
drose@pryorcashman.com
rbeacher@pryorcashman.com
canelas@pursuitpartners.com
schepis@pursuitpartners.com
susheelkirpalani@quinnemanuel.com
jamestecce@quinnemanuel.com
scottshelley@quinnemanuel.com
robertdakis@quinnemanuel.com
jrabinowitz@rltlawfirm.com
broy@rltlawfirm.com
arahl@reedsmith.com
kgwynne@reedsmith.com
jfalgowski@reedsmith.com
clynch@reedsmith.com
eschaffer@reedsmith.com
mvenditto@reedsmith.com
jlscott@reedsmith.com
dgrimes@reedsmith.com
rqureshi@reedsmith.com
calbert@reitlerlaw.com
jshickich@riddellwilliams.com

gmoss@riemerlaw.com
abraunstein@riemerlaw.com
arheaume@riemerlaw.com
ecohen@russell.com
russj4478@aol.com
mschimel@sju.edu
cmontgomery@salans.com
lwhidden@salans.com
cbelmonte@ssbb.com
tbrock@ssbb.com
pbosswick@ssbb.com
asnow@ssbb.com
aisenberg@saul.com
egeekie@schiffhardin.com
jkehoe@sbtklaw.com
bdk@schlamstone.com
nlepore@schnader.com
cohenr@sewkis.com
ashmead@sewkis.com
fsosnick@shearman.com
jgarrity@shearman.com
ned.schodek@shearman.com
ann.reynaud@shell.com
jennifer.gore@shell.com
cshulman@sheppardmullin.com
rreid@sheppardmullin.com
mcademartori@sheppardmullin.com
bwolfe@sheppardmullin.com
bankruptcy@goodwin.com
jtimko@shutts.com
aquale@sidley.com
aunger@sidley.com
rfriedman@silvermanacampora.com
sally.henry@skadden.com
fyates@sonnenschein.com
pmaxcy@sonnenschein.com
slerner@ssd.com
smayerson@ssd.com
rterenzi@stcwlaw.com
cgoldstein@stcwlaw.com
r.stahl@stahlzelloe.com
marc.chait@standardchartered.com
echang@steinlubin.com
eobrien@sbchlaw.com
jlovi@steptoe.com
lromansic@steptoe.com

ritkin@steptoe.com
kpiper@steptoe.com
cs@stevenslee.com
cp@stevenslee.com
apo@stevenslee.com
ppatterson@stradley.com
mcordone@stradley.com
mdorval@stradley.com
djoseph@stradley.com
jmmurphy@stradley.com
landon@streusandlandon.com
villa@streusandlandon.com
streusand@streusandlandon.com
lhandelsman@stroock.com
dwildes@stroock.com
holsen@stroock.com
mspeiser@stroock.com
smillman@stroock.com
lacyr@sullcrom.com
feldsteinh@sullcrom.com
clarkb@sullcrom.com
schwartzmatthew@sullcrom.com
wrightth@sullcrom.com
paul.turner@sutherland.com
mark.sherrill@sutherland.com
miller@taftlaw.com
agbanknewyork@ag.tn.gov
marvin.clements@ag.tn.gov
thaler@thalergertler.com
geraci@thalergertler.com
ranjit.mather@bnymellon.com
robert.bailey@bnymellon.com
mmorreale@us.mufg.jp
yamashiro@sumitomotrust.co.jp
efile@willaw.com
ira.herman@tklaw.com
demetra.liggins@tklaw.com
rhett.campbell@tklaw.com
mitchell.ayer@tklaw.com
david.bennett@tklaw.com
mbossi@thompsoncoburn.com
amenard@tishmanspeyer.com
mbenner@tishmanspeyer.com
bturk@tishmanspeyer.com
jchristian@tobinlaw.com
oipress@travelers.com

mlynch2@travelers.com
hollace.cohen@troutmansanders.com
lee.stremba@troutmansanders.com
bmanne@tuckerlaw.com
btupi@tuckerlaw.com
mshiner@tuckerlaw.com
linda.boyle@twtelecom.com
dlipke@vedderprice.com
mjedelman@vedderprice.com
easmith@venable.com
sabramowitz@velaw.com
jwest@velaw.com
dkleiner@velaw.com
jeldredge@velaw.com
hsnovikoff@wlrk.com
rgmason@wlrk.com
jafeltman@wlrk.com
arwolf@wlrk.com
cbelisle@wfw.com
jfreeberg@wfw.com
rgraham@whitecase.com
tmacwright@whitecase.com
avenes@whitecase.com
ehollander@whitecase.com
azylberberg@whitecase.com
dbaumstein@whitecase.com
mruetzel@whitecase.com
ukreppel@whitecase.com
tlauria@whitecase.com
guzzi@whitecase.com
cshore@whitecase.com
lthompson@whitecase.com
szuch@wiggin.com
mabrams@willkie.com
mfeldman@willkie.com
bromano@willkie.com
aalfonso@willkie.com
rnetzer@willkie.com
dkozusko@willkie.com
peter.macdonald@wilmerhale.com
jeannette.boot@wilmerhale.com
charu.chandrasekhar@wilmerhale.com
craig.goldblatt@wilmerhale.com
lisa.ewart@wilmerhale.com
jmcginley@wilmingtontrust.com
jbecker@wilmingtontrust.com

cschreiber@winston.com
dmcguire@winston.com
mkjaer@winston.com
dneier@winston.com
dravin@wolffsamson.com
jlawlor@wmd-law.com
bankr@zuckerman.com
roger@rnagioff.com

## **Exhibit D**

**Rule 2002 List Parties Served by Overnight Delivery**

Internal Revenue Service
Special Procedures Branch
Attn: District Director
290 Broadway
New York, NY 10007