# Exhibit 5

## Members of the Ad Hoc Group of Lehman Brothers Creditors

1. **California Public Employees' Retirement System**

   California Public Employees' Retirement System ("CalPERS") is the nation's largest public pension fund with approximately $235 billion in assets. CalPERS administers retirement benefits for more than 1.6 million active and retired State, public school and local public employees and their families, and health benefits for 1.3 million enrollees. More information about CalPERS is available online at www.calpers.ca.gov.

2. **Canyon Capital Advisors LLC**

   Canyon Capital Advisors LLC ("Canyon") is a leading alternative asset manager providing investment advice to institutional clients and high net worth individuals globally. Canyon and its affiliates currently manage investment partnerships and separate accounts with approximately $18.9 billion in assets. Canyon was founded in 1990 and is headquartered in Los Angeles, California. Canyon has been an SEC registered investment advisor since 1994.

3. **City of Costa Mesa**

   The City of Costa Mesa ("Costa Mesa"), incorporated in 1953, has an estimated population of 113,440. It is located in the southern coastal area of Orange County, California. Costa Mesa is operated under the council-manager form of government. Costa Mesa is also home to the world-renowned Henry and Renee Segerstrom Concert Hall, the Orange County Performing Arts Center and the Orange County Fairgrounds. Costa Mesa is a "full service city" and provides a wide range of services.

4. **City of Fremont**

   The City of Fremont ("Fremont") is a California general law city located in southern Alameda County on the eastern side of the San Francisco Bay. Fremont is approximately 92 square miles in size, with a population of 218,000. Fremont continues to grapple with the budgetary deficits resulting from the fiscal impacts of the recent recession and the California State budget crisis.

5. **County of San Mateo**

   The County of San Mateo ("San Mateo") is a California Charter County, established in 1856. San Mateo covers most of the San Francisco Peninsula, just south of the City of San Francisco, and has an estimated population of 718,000. San Francisco International Airport is located near the northern end of San Mateo, and Silicon Valley begins at the southern end.

6. **Fiduciary Counselors Inc.**

Fiduciary Counselors Inc. ("Fiduciary Counselors") is an investment adviser registered with the Securities and Exchange Commission under the Investment Advisers Act of 1940. With a breadth of knowledge that runs deep into the complicated nature of the Employee Retirement Income Security Act (ERISA) and the associated fiduciary responsibilities established by the Department of Labor, along with expertise and experience in financial and investment matters, the firm primarily acts as an independent fiduciary for employee benefit plans. In the Lehman reorganization, Fiduciary Counselors serves as independent fiduciary for numerous pension plans that acquired Lehman Brothers Holding Inc. medium term notes through a securities lending program before Lehman filed for reorganization. Fiduciary Counselors continues to represent the plans that have continued to hold Lehman notes in the securities lending program.

7. **Fir Tree, Inc.**

Fir Tree Partners ("Fir Tree") is a private investment firm formed in 1994, and currently manages approximately $6.5 billion in assets in four principal funds focusing on opportunistic and valued oriented investments. Fir Tree employees approximately 60 people, with offices in New York and Miami.

8. **Gruss Asset Management, L.P.**

Gruss Asset Management ("Gruss") is an investment partnership specialized in distressed/credit, event arbitrage and special situations investing. Gruss has offices in New York, London and Hong Kong, and employs approximately 50 people.

9. **Owl Creek Asset Management, L.P. on behalf of the funds it manages or advises**

Owl Creek Asset Management LP ("Owl Creek") is an investment firm with offices in New York, London, and Hong Kong. Owl Creek manages assets in excess of $6 billion, investing across the capital structure in both debt and equity instruments.

10. **Pacific Investment Management Company LLC**

Founded in 1971, Pacific Investment Management Company LLC ("PIMCO") is a leading global investment management firm and manages investments for a wide variety of clients, including public and private pension and retirement plans, individuals and institutions. PIMCO has more than 1,400 dedicated professionals in 10 countries with more than $1.2 trillion in assets under management as of December 31, 2010. PIMCO is a majority owned subsidiary of Allianz Global Investors of America L.P., which is majority owned by Allianz S.E., a leading global diversified financial services provider.

**11.  Paulson & Co. Inc.**

Paulson & Co. Inc. is a New York-based investment firm with approximately $37.5 billion of capital under management as of March 31, 2011 and 51 investment professionals. The funds overseen by Mr. Paulson manage a diversified global portfolio dedicated to event driven investing.

**12.  Perry Capital LLC on behalf of one or more investment funds for which it or an affiliate acts as investment advisor or general partner**

Perry Capital LLC ("Perry Capital") is a private investment firm founded in 1988. Perry Capital currently manages over $8 billion across a variety of asset classes including publicly traded equity and debt securities, private equity and real estate. Perry Capital's mission is to invest in companies and markets that are experiencing significant change. The firm focuses principally on deploying capital where it is needed most.

**13.  Taconic Capital Advisors L.P.**

Founded in June 1999, Taconic Capital Advisors L.P. ("Taconic") invests in mergers and acquisitions, corporate restructurings and spin-offs, credit investments and capital structure arbitrage, as well as special situations on behalf of several private investment funds. As of February 1, 2011, Taconic was managing approximately $9.6 billion in total of investor capital. Taconic's offices are in New York and London.

**14.  Vallejo Sanitation and Flood Control District**

The Vallejo Sanitation and Flood Control District (the "District") is an independent special district created by the State of California to collect and treat wastewater, and protect the Vallejo community from flooding. Since 1952, the District has protected public health and the San Francisco Bay by collecting and treating the wastewater generated by more than 115,000 residents of Vallejo and the surrounding area. In addition, the District helps save lives and protects property from storm water damage. The District's mission is to provide quality wastewater and flood control services to the community in order to protect the public's health, safety, and the environment.