**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York  10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and Defendant
Lehman Brothers Special Financing Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

**MOTION PURSUANT TO RULE 2090-1(b) OF THE LOCAL
RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE
<u>SOUTHERN DISTRICT OF NEW YORK FOR ADMISSION PRO HAC VICE</u>**

Robert J. Lemons ("Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States Bankruptcy Court for the Southern District of New York, and a member of Weil, Gotshal & Manges LLP ("WG&M"), hereby moves this Honorable Court to enter an order permitting Sarah Decker, an Associate of WG&M, to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York to represent Lehman Brothers Holdings Inc. in the above-captioned proceedings pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York, and, in support thereof, avers as follows:

1. Ms. Decker is a member in good standing of the Bar of the State of Texas. She is also admitted to practice before the United States District Court for the Northern District of Texas.

2. In support of the relief requested in this Motion, attached as Exhibit A is a certificate pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York.

3. Movant requests that this Court approve this Motion so that Ms. Decker may file pleadings and appear and be heard in these proceedings.

4. No previous request for the relief sought herein has been made to this or any other court.

## REQUESTED RELIEF

WHEREFORE, Movant respectfully requests that the Court enter an Order permitting Sarah Decker, to appear *pro hac vice* in association with Movant as counsel to Lehman Brothers Holdings Inc. in the above-captioned proceedings.

Dated: New York, New York
April 28, 2011

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and Defendant
Lehman Brothers Holdings Inc.

## **EXHIBIT A**

I certify that I am eligible for admission to this Court, am admitted to practice in the jurisdictions specified in the Motion, and am in good standing in such jurisdictions; I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course, or in the preparation, of these chapter 11 cases, pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York; and I have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

| | |
|---|---|
| Mailing Address: | Sarah Decker<br>Weil, Gotshal & Manges LLP<br>200 Crescent Court<br>Suite 300<br>Dallas, TX 75201 |
| E-mail: | sarah.decker@weil.com |
| Telephone: | (214) 746-8141 |
| Facsimile: | (214) 746-7777 |

I have agreed to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: New York, New York
       April 28, 2011

/s/ Sarah Decker
Sarah Decker

WEIL, GOTSHAL & MANGES LLP
200 Crescent Court
Suite 300
Dallas, TX 75201

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

Case No. 08-13555 (JMP)

Chapter 11

(Jointly Administered)

**ORDER GRANTING MOTION PURSUANT TO RULE 2090-1(b) OF THE**
**LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK FOR ADMISSION PRO HAC VICE**

Upon consideration of the Motion Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York for Admission Pro Hac Vice (the "Motion") seeking admission *pro hac vice* of Sarah Decker, to represent Lehman Brothers Holdings Inc. in the above-captioned proceedings before the United States Bankruptcy Court for the Southern District of New York as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and upon the Motion and all proceedings had before the Court; and after due deliberation and it appearing that there is sufficient cause to grant the Motion;

IT IS HEREBY ORDERED that Sarah Decker, is permitted to appear *pro hac vice* as counsel to Lehman Brothers Holdings Inc. in the above-captioned proceedings, subject to the payment of the filing fee.

Dated: April __, 2011
       New York, New York

_____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

US_ACTIVE:\43694571\01\58399.0008