UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
            Debtors.                                             :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 16194, 16195

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 25, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                 /s/ Lauren Rodriguez
                                                 Lauren Rodriguez

Sworn to before me this
27th day of April, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    DEUTSCHE BANK AG, LONDON
               TRANSFEROR: BANK OF NOVA SCOTIA, THE
               C/O DEUTSCHE BANK SECURITIES INC; ATTN: M WEINSTEIN
               60 WALL STREET, 3RD FLOOR
               NEW YORK NY 10005

Additional:

Transferee:    RUST BELT HOLDINGS, LLC
               PO BOX 8155
               NEW YORK NY 10150

**Your transfer   of claim #   42540   is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match
Amount On Transfer Agreement Does Not Match

Docket Number 16194            Date 04/21/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 25, 2011.

# EXHIBIT B

```
TIME: 10:42:24                                    LEHMAN BROTHERS HOLDING INC.
DATE: 04/25/11                                         CREDITOR LISTING                                         PAGE:    1

Name                         Address
DEUTSCHE BANK AG, LONDON     TRANSFEROR: BANK OF NOVA SCOTIA, THE C/O DEUTSCHE BANK SECURITIES INC, ATTN: M WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON     TRANSFEROR: BANK OF NOVA SCOTIA, THE C/O DEUTSCHE BANK SECURITIES INC; ATTN: M WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
RUST BELT HOLDINGS, LLC      PO BOX 8155 NEW YORK NY 10150

Total Number of Records Printed    3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC