Robert F. Elgidely, Esq. (RE-0512)
John H. Genovese, Esq.
W. Barry Blum, Esq.
GENOVESE, JOBLOVE & BATTISTA, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
(305) 349-2300 (tel.)
(305) 349-2310 (fax)

Co-Counsel for the Minibond Noteholders

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :    Case No. 08-13555-JMP
                                                    :
                                    Debtors.        :
---------------------------------------------------------------x

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that KA KIN WONG, SIU LUI CHING, TIM CHOY FUNG, LIN TEI TSE, SAU KING TSE, LAI KUEN CHAN, FUK SHING WONG, SIU KWAN WONG, YEE MING SHEN, and YUEN FUN TANG, derivatively on behalf of a trust administered by HSBC Bank USA, N.A. and on behalf of themselves as well as all others similarly situated (collectively, the "Minibond Noteholders"), hereby appeal to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158 and Rule 8001 of the Federal Rules of Bankruptcy Procedure, from the following Order of the Bankruptcy Court entered on April 14, 2011:

1. Sixth Supplemental Order Pursuant To Sections 105 And 365 Of The Bankruptcy Code To Establish Procedures For The Settlement Or Assumption And Assignment Of Prepetition Derivative Contracts [Dkt. No. 15999].

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

Genovese, Joblove & Battista, P.A.
*Co-Counsel to the Minibond Noteholders*
100 S.E. 2nd Street, Suite 4400
Miami, FL 33131
Telephone: (305) 349-2300
Telecopier: (305) 349-2310
Robert F. Elgidely, Esq.
John H. Genovese, Esq.
W. Barry Blum, Esq.

Weil Gotshal & Manges LLP
*Attorneys for the Debtors*
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Telecopier: (212) 310-8007
Ralph I. Miller, Esq.
Richard W. Slack, Esq.
Peter Gruenberger, Esq.
Scarlett Collings, Esq.

Robbins Geller Rudman & Dowd LLP
*Co-Counsel to the Minibond Noteholders*
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Telecopier: (619) 231-7423
Spencer A. Burkholz, Esq.
Patrick W. Daniels, Esq.
Christina A. Royce, Esq.

Milbank, Tweed, Hadley & Mccloy LLP
*Attorneys for the Creditors' Committee*
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Telecopier: (212) 530-5219
Dennis F. Dunne, Esq.

Robbins Geller Rudman & Dowd LLP
*Co-Counsel to the Minibond Noteholders*
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Telecopier: (631) 367-1173
Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.

Reed Smith LLP
*Attorneys for The Bank of New York*
 *Mellon, The Bank of New York Mellon*
 *Trust Company, N.A. and BNY Corporate*
*Trustee Services Limited*
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Telecopier: (212) 521-5450
Eric A. Schaffer, Esq.
Michael J. Venditto, Esq.

Robbins Geller Rudman & Dowd LLP
*Co-Counsel to the Minibond Noteholders*
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Telecopier: (415) 288-4534
Luke O. Brooks, Esq.
Jason C. Davis, Esq.

Chadbourne & Parke LLP
*Attorneys for HSBC Bank USA, N.A.,*
  *as Trustee*
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
Telecopier: (212) 541-5369
David M. LeMay, Esq.
Christy L. Rivera, Esq.

Pryor Cashman LLP
*Attorneys for HSBC Bank USA, N.A.*
7 Times Square
New York, NY 10036
Telephone: (212) 326-0421
Telecopier: (212) 798-6355
Tina M. Moss, Esq.

Dated: April 28, 2011
       Miami, Florida

Respectfully submitted,

GENOVESE, JOBLOVE & BATTISTA, P.A.

By: /s/ Robert F. Elgidely
    Robert F. Elgidely, Esq. (RE-0512)
    John H. Genovese, Esq.
    W. Barry Blum, Esq.
100 S.E. 2nd Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Telecopier: (305) 349-2310

- and –

ROBBINS GELLER RUDMAN & DOWD LLP
SPENCER A. BURKHOLZ
PATRICK W. DANIELS
CHRISTINA A. ROYCE
655 West Broadway, Suite 1900
San Diego, California  92101
Telephone: (619) 231-1058
Telecopier:   (619) 231-7423

ROBBINS GELLER RUDMAN & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, New York  11747
Telephone: (631) 367-7100
Telecopier: (631) 367-1173

ROBBINS GELLER RUDMAN & DOWD LLP
LUKE O. BROOKS
JASON C. DAVIS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 288-4545
Telecopier: (415) 288-4534

*Attorneys for the Minibond Noteholders*