**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
:
**In re**                                                     :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
:
                          **Debtors.**                :    (Jointly Administered)
:
-------------------------------------------------------------------x

### SIXTH SUPPLEMENTAL ORDER PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE TO ESTABLISH PROCEDURES FOR THE SETTLEMENT OR ASSUMPTION AND ASSIGNMENT OF PREPETITION DERIVATIVE CONTRACTS

Upon the motion, dated November 13, 2008 (the "Original Motion"), of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors" and, together with their non-debtor affiliates, "Lehman"), pursuant to sections 105 and 365 of the Bankruptcy Code (the "Bankruptcy Code") and Rules 6006 and 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for entry of an order establishing procedures for the assumption and assignment (the "Assumption and Assignment Procedures") of derivative contracts (the "Derivative Contracts") the Debtors entered into with various counterparties (the "Counterparties") and the settlement of claims arising from the termination of Derivative Contracts (the "Termination and Settlement Procedures," together with the Assumption and Assignment Procedures, the "Procedures"), all as more fully described in the Motion; and consideration of the Original Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and a hearing having been held on December 16, 2008 (the "First Hearing") to consider the relief requested in the Original Motion; and an order having been entered on

December 16, 2008 [Docket No. 2257] granting the relief requested in the Original Motion (the "Derivatives Procedures Order") except as to the Derivative Contracts in respect of which the Remaining Objectors (as defined in the Derivatives Procedures Order) filed an objection; and, from time to time, the Court having entered supplemental orders to make the Procedures applicable to the Remaining Objectors on consent [Docket Nos. 2557, 5292 and 5544] (collectively, the "Supplemental Orders"); and the Court having previously found and determined at the First Hearing that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted therein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that, notwithstanding anything to the contrary in the Derivatives Procedures Order and the Supplemental Orders, the Termination and Settlement Procedures of the Derivatives Procedures Order shall be applicable to the series transactions identified on Exhibit 1 attached hereto; and it is further

ORDERED that, with the exception of those series transactions identified on Exhibit 1 attached hereto, this Order shall have no effect; and it is further

ORDERED that all terms of the Derivatives Procedures Order and the Supplemental Orders shall continue to apply and remain in full force and effect without modification, except to the extent expressly modified by the terms of this Order; and it is further

ORDERED that entry of this Order is without prejudice to the rights of the Debtors, including, but not limited to, the right to seek further, other, or different relief regarding

2

08-13555-mg    Doc 16325-1    Filed 04/28/11    Entered 04/28/11 10:16:55    Exhibit
Sixth Supplemental Derivatives Procedures Order    Pg 3 of 7

3

the Derivative Contracts pursuant to, among other things, section 365 of the Bankruptcy Code.

Dated: New York, New York
      April 14, 2011

                                            *s/ James M. Peck*
                                            Honorable James M. Peck
                                            United States Bankruptcy Judge

# EXHIBIT 1

<u>Description of Underlying Dante Series:</u>

Series 2008-6 USD44,600,000 Floating Rate Notes due 2009 issued by Saphir Finance Public Limited Company
ISIN: XS0372553510


Series 2008-7 USD42,000,000 Floating Rate Notes due 2010 issued by Saphir Finance Public Limited Company
ISIN: XS0372553601


Series 2008-8 USD61,000,000 Synthetic Portfolio Notes due 2010 issued by Saphir Finance Public Limited Company
ISIN: XS0372554674


Series 2008-9 USD53,240,000 Synthetic Portfolio Notes due 2010 issued by Saphir Finance Public Limited Company
ISIN: XS0372553783


Series 2008-10 USD50,500,000 Synthetic Portfolio Notes due 2010 issued by Saphir Finance Public Limited Company
ISIN: XS0372553866


Series 2008-11 USD71,500,000 Synthetic Portfolio Notes due 2010 issued by Saphir Finance Public Limited Company
ISIN: XS0372554161


Series 2008-12 USD36,500,000 Synthetic Portfolio Notes due 2010 issued by Saphir Finance Public Limited Company
ISIN: XS0372554245


Series 2008-13 USD34,700,000 Synthetic Portfolio Notes due 2010 issued by Saphir Finance Public Limited Company
ISIN: XS0372554328

Series 2008-8 USD29,700,000 Synthetic Portfolio Notes due 2011 issued by Beryl Finance Limited
ISIN: XS0372554757

Series 2008-9 USD31,500,000 Synthetic Portfolio Notes due 2011 issued by Beryl Finance Limited
ISIN: XS0372554831

Series 2008-10 USD13,252,000 Synthetic Portfolio Notes due 2011 issued by Beryl Finance Limited
ISIN: XS0372555051

Series 2008-11 USD49,675,000 Synthetic Portfolio Notes due 2011 issued by Beryl Finance Limited
ISIN: XS0372554914

Series 2008-12 USD37,155,000 Synthetic Portfolio Notes due 2011 issued by Beryl Finance Limited
ISIN: XS0372555135

Series 2008-13 USD15,030,000 Synthetic Portfolio Notes due 2011 issued by Beryl Finance Limited
ISIN: XS0372555218

Series 2006-10 USD114,465,000 Synthetic Portfolio Notes due 2009 and extendable to 2013 issued by Beryl Finance Limited
ISIN: XS0266953172

Series 2006-11 USD18,005,000 Synthetic Portfolio Notes due 2012 issued by Beryl Finance Limited
ISIN: XS0266953685

Series 2006-13 USD76,630,000 Synthetic Portfolio Notes due 2009 and extendable to 2013 issued by Beryl Finance Limited
ISIN: XS0272940221

Series 2006-14 USD11,025,000 Synthetic Portfolio Notes due 2012 issued by Beryl Finance Limited
ISIN: XS0272938837

Series 2006-16 USD37,010,000 Synthetic Portfolio Notes due 2009 and extendable to 2013 issued by Beryl Finance Limited
ISIN: XS0279744063

Series 2006-17 USD5,250,000 Synthetic Portfolio Notes due 2012 issued by Beryl Finance Limited
ISIN: XS0279744147

Series 2007-2 USD39,020,000 Synthetic Portfolio Notes due 2010 and extendable to 2014 issued by Beryl Finance Limited
ISIN: XS0285427984

Series 2007-3 USD6,080,000 Synthetic Portfolio Notes due 2012 issued by Beryl Finance Limited
ISIN: XS0285424965

Series 2007-5 USD37,580,000 Synthetic Portfolio Notes due 2010 and extendable to 2014 issued by Zircon Finance Limited
ISIN: XS0296886053

Series 2007-06 USD6,460,000 Synthetic Portfolio Notes due 2012 issued by Zircon Finance Limited
ISIN: XS0296886301

Series 2007-15 USD11,320,000 Synthetic Portfolio Notes due 2010 and extendable to 2014 issued by Zircon Finance Limited
ISIN: XS0311230204

Series 2007-16 USD5,935,000 Synthetic Portfolio Notes due 2013 issued by Zircon Finance Limited
ISIN: XS0311227168

Series 2007-18 USD 22,405,000 Synthetic Portfolio Notes due 2010 and extendable to 2014 issued by Zircon Finance Limited
ISIN: XS0318941233


Series 2007-19 USD9,985,000 Synthetic Portfolio Notes due 2013 issued by Zircon Finance Limited
ISIN: XS0318942041


Series 2007-19 USD44,775,000 Synthetic Portfolio Notes due 2011 issued by Beryl Finance Limited
ISIN: XS0338328692


Series 2007-19 USD97,175,000 Synthetic Portfolio Notes due 2011 issued by Beryl Finance Limited
ISIN: XS0338328692


Series 2008-2 USD 282,785,000 Synthetic Portfolio Notes due 2011 issued by Beryl Finance Limited
ISIN: XS0348325449


Series 2008-5 USD86,125,000 Synthetic Portfolio Notes due 2011 issued by Beryl Finance Limited
ISIN: XS0363443853