**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
900 Third Avenue, 16th floor
New York, NY 10022-4728
(212) 752-8000
(212) 752-8393 Facsimile
Laurence May, Esq. (LM-9714)
Nolan E. Shanahan, Esq. (NS-4598)

Attorneys for Creditor, Federal Home Loan
Bank of Pittsburgh

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>Lehman Brothers Holdings, Inc., et al.,<br><br>Debtors. | Case No. 08-13555 (JMP)<br><br>Chapter 11<br><br>Jointly Administered |
|---|---|

**NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY RELATED TO PLAN CONFIRMATION**

NOTICE IS HEREBY GIVEN that Federal Home Loan Bank of Pittsburgh, represented by Cole, Schotz, Meisel, Forman & Leonard, P.A. and Robins Kaplan Miller & Ciresi LLP has filed Claim Numbers 18986, 18987, 18988, 18989 and 18992, against Lehman Brothers Holdings, Inc., Structured Asset Securities Corporation, Lehman Brothers Special Financing, Inc., and Lehman Brothers Commercial Corporation and is a party of interest in the confirmation of a plan in the above-captioned chapter 11 cases (the "Chapter 11 Cases").

ACCORDINGLY, PLEASE TAKE FURTHER NOTICE that, subject to any objections by the Debtors or the Statutory Committee of Unsecured Creditors appointed in the Chapter 11 Cases and/or any limitations imposed by the Court, the above-named party in interest and its counsel intend to participate in Plan Discovery, as defined in the Order Establishing Procedures

46320/0001-7565618v1

in Connection with Discovery Related to Plan Confirmation and Other Issues, entered by the

Court on April 14, 2011 [Docket No. 16003].

DATED:    New York, New York
April 28, 2011

                    COLE, SCHOTZ, MEISEL,
                    FORMAN & LEONARD, P.A.
                    A Professional Corporation
                    Attorneys for Creditor, Federal Home Loan
                    Bank of Pittsburgh

                    By:  */s/ Laurence May*
                        Laurence May, Esq. (LM-9714)
                        Nolan E. Shanahan, Esq. (NS-4598)
                        900 Third Avenue, 16th floor
                        New York, NY 10022-4728
                        (212) 752-8000

**Contact Information for Party in Interest:**

Federal Home Loan Bank of Pittsburgh
Attn: Dana A. Yealy, Esq.
601 Grant St.
Pittsburgh, PA 15219
(412) 288-2800
dyealy@fhlb-pgh.com

46320/0001-7565618v1

**Contact Information for Attorneys for Party in Interest (address, phone and email):**

Cole, Schotz, Meisel, Forman & Leonard, P.A.
Attn: Laurence May, Esq.
900 Third Avenue, 16th Floor
New York, New York 10022
(212) 752-8000
lmay@coleschotz.com

and

Robins Kaplan Miller & Ciresi LLP
Attn: Bruce D. Manning, Esq.
800 LaSalle Plaza, Suite 2800
Minneapolis, MN 55402
(612) 349 8466
BDManning@rkmc.com

**Designation of Contacts to Receive Any Notices Required Under the Order:**

Cole, Schotz, Meisel, Forman & Leonard, P.A.
Attn: Laurence May, Esq.
900 Third Avenue, 16th Floor
New York, New York 10022
(212) 752-8000
lmay@coleschotz.com

and

Robins Kaplan Miller & Ciresi LLP
Attn: Bruce D. Manning
800 LaSalle Plaza, Suite 2800
Minneapolis, MN 55402
(612) 349 8466
BDManning@rkmc.com

**Group that Participant elects to join (pursuant to Paragraph 3(b) of the Order):**

(i) The direct creditors of Lehman Brothers Holdings, Inc.

46320/0001-7565618v1