**EXHIBIT A**

**Creditors Represented by Freshfields**

| *Entity Name* | *Entity Address* | *Proof of Claim Nos.* |
|---|---|---|
| Deutsche Bundesbank | Deutsche Bundesbank<br>Attention: Peter Griep<br>Wilhelm-Epstein-Straße 14<br>60431 Frankfurt am Main<br>Germany | 19951 |
| SLB Leasing-Fonds GmbH & Co Herakles KG | SLB Leasing-Fonds GmbH & Co Herakles KG<br>c/o SachsenFonds GmbH<br>Humboldtpark<br>Max-Planck-Str. 3<br>85609 Aschheim-Dornach<br>Germany<br>Attention: Ms. Dagmar Meckler | 19964 |
| SLB Leasing-Fonds GmbH & Co Odin KG | SLB Leasing-Fonds GmbH & Co Odin KG<br>c/o SachsenFonds GmbH<br>Humboldtpark<br>Max-Planck-Str. 3<br>85609 Aschheim-Dornach<br>Germany<br>Attention: Ms. Dagmar Meckler | 19968 |
| SLB Leasing-Fonds GmbH & Co Thor KG | SLB Leasing-Fonds GmbH & Co Thor KG<br>c/o SachsenFonds GmbH<br>Humboldtpark<br>Max-Planck-Str. 3<br>85609 Aschheim-Dornach<br>Germany<br>Attention: Ms. Dagmar Meckler | 19963 |
| SLB Leasing-Fonds GmbH & Co Uranus KG | SLB Leasing-Fonds GmbH & Co Uranus KG<br>c/o SachsenFonds GmbH<br>Humboldtpark<br>Max-Planck-Str. 3<br>85609 Aschheim-Dornach<br>Germany<br>Attention: Ms. Dagmar Meckler | 19967 |

| Darren Davy | Darren Davy<br>3 Allison Road<br>Alpine, NJ 07620 | 63539 |
|---|---|---|
| High Lodge Capital LLC | High Lodge Capital LLC<br>c/o Darren Davy<br>3 Allison Road<br>Alpine, NJ  07620 | 63540 |
| Bayerische Landesbank | Bayerische Landesbank<br>Brienner Str. 18<br>80333 München<br>Germany<br>Attention: Harald Glöckl | 19949<br><br>19950 |