**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
In re                                                                    :    **Chapter 11 Case No.**
                                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :    **08-13555 (JMP)**
                                                                         :
                        **Debtors.**                                     :    **(Jointly Administered)**
------------------------------------------------------------------------x

**ORDER GRANTING DEBTORS' ONE HUNDRED SEVENTH**
**OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)**

Upon the one hundred seventh omnibus objection to claims, dated March 14,

2011 (the "One Hundred Seventh Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the

United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [Docket No. 6664], seeking disallowance and expungement of the Duplicative

Claims on the grounds that such claims are duplicative of the corresponding Surviving Claims,

either exactly or in substance, all as more fully described in the One Hundred Seventh Omnibus

Objection to Claims; and due and proper notice of the One Hundred Seventh Omnibus Objection

to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors'

Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service;

(v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on

Exhibit A attached to the One Hundred Seventh Omnibus Objection to Claims; and (vii) all other

parties entitled to notice in accordance with the procedures set forth in the second amended order

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' One Hundred Seventh Omnibus Objection to Claims.

entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the One Hundred Seventh Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the One Hundred Seventh Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the One Hundred Seventh Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "Duplicative Claims") are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the heading "*Surviving Claims*" (collectively, the "Surviving Claims") will remain on the claims register subject to the Debtors' right to further object as set forth herein; and it is further

ORDERED that this Order supersedes all previous orders regarding the disposition of the Duplicative Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that all information included on and all documentation filed in support of any Duplicative Claims, including, but not limited to, derivative and guarantee questionnaires and supporting documentation, shall be treated as having been filed in support of the corresponding Surviving Claims; and is further

ORDERED that nothing in this Order or the disallowance and expungement of the Duplicative Claims constitutes any admission or finding with respect to any of the Surviving Claims, and the Debtors' rights to object to the Surviving Claims on any basis are preserved; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on <u>Exhibit A</u> annexed to the One Hundred Seventh Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on <u>Exhibit 1</u> annexed hereto and (ii) any Surviving Claim; *provided, however*, that if the Court subsequently orders that a Surviving Claim is not appropriately duplicative of the corresponding Duplicative Claim, then the claims agent shall be authorized and directed to immediately reinstate such Duplicative Claim in these chapter 11 cases (the "<u>Reinstated Claim</u>"), and the rights of all interested parties with respect to the Reinstated Claim shall be expressly reserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.


Dated: New York, New York
     April 28, 2011

                                 *s/ James M. Peck*
                              Honorable James M. Peck
                              United States Bankruptcy Judge

# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 107: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | CBW LLC TRANSFEROR: ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FUND, LTD AMANDA GOEHRING C/O ASHURST LLP 1 PENN PLAZA, 36TH FLOOR NEW YORK, NY 10119 | 09/18/2009 | 08-13888 (JMP) | 20581 | $13,819,124.04 | CBW LLC TRANSFEROR: ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FUND, LTD. AMANDA GOEHRING C/O ASHURST LLP NEW YORK, NY 10119 | 09/18/2009 | 08-13888 (JMP) | 20536 | $13,819,124.04 |
| 2 | CHOW CHAU CHING RM 1615 HIU WO HSZ HIU LAI COURT SAU MAU PING, KLN, HONG KONG | 10/30/2009 | 08-13555 (JMP) | 57067 | $10,000.00* | CHOW CHAU CHING RM 1615 HIU WO HSZ HIU LAI COURT SAU MAU PING, KLN, HONG KONG | 10/28/2009 | 08-13555 (JMP) | 51757 | $10,000.00* |
| 3 | DEUTSCHE BANK AG, LONDON BRANCH WINCHESTER HOUSE ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON, EC2N 2DB UNITED KINGDOM | 09/17/2009 | 08-13888 (JMP) | 36796 | $77,292,982.55* | DEUTSCHE BANK AG ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON, EC2N 2DB UNITED KINGDOM | 09/17/2009 | 08-13888 (JMP) | 14865 | $77,292,982.55* |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 107: EXHIBIT 1 – DUPLICATIVE CLAIMS**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4  JUDSON ATTN: TIM BEAUREGARD 2181 AMBLESIDE DRIVE CLEVELAND, OH 44106 | 09/22/2009 | 08-13888 (JMP) | 32486 | $434,656.17 | JUDSON ATTN: HONG CHAE 2181 AMBLESIDE DRIVE CLEVELAND, OH 44106 | 12/01/2008 | 08-13888 (JMP) | 1166 | $434,656.17 |
| 5  KANE, MATTHEW J. 700 FIRST STREET APT. 4K HOBOKEN, NJ 07030 | 09/22/2009 | | 32738 | Undetermined | KANE, MATTHEW J. 700 FIRST STREET APT. 4K HOBOKEN, NJ 07030 | 09/22/2009 | 08-13555 (JMP) | 32737[1] | Undetermined |
| 6  KONG, LUKE KWOK FLAT B6 19/F CHEUNG WAH BLDG 293 CASTLE PEAK ROAD TSUEN WAN, NT, HONG KONG | 10/29/2009 | 08-13555 (JMP) | 54778 | $64,232.00* | STANDARD CHARTERED BANK ( HONG KONG ) LIMITED 21 /F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG, CHINA | 10/29/2009 | 08-13555 (JMP) | 56584 | $64,232.00* |
| 7  PUERTO RICO AAA PORTFOLIO TARGET MATURITY FUND, INC. ATTN: RICARDO RAMOS 250 MUNOZ RIVERA AVE 10TH FLOOR SAN JUAN, PR 00918 | 09/15/2009 | 08-13555 (JMP) | 12793 | $557,055.16* | PUERTO RICO AAA PORTFOLIO TARGET MATURITY FUND, INC. ATTN: RICARDO RAMOS 250 MUNOZ RIVERA AVE 10TH FLOOR SAN JUAN, PR 00918 | 09/15/2009 | 08-13555 (JMP) | 12795 | $557,055.16* |

[1] As set forth in the Order Granting Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), dated January 20, 2011 [Docket No. 14025], Claim 32737 has the same priority as, and no greater priority than, common stock interests in LBHI.

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 107: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 8 | PUERTO RICO AAA PORTFOLIO TARGET MATURITY FUND, INC. ATTN: RICARDO RAMOS 250 MUNOZ RIVERA AVE 10TH FLOOR SAN JUAN, PR 00918 | 09/15/2009 | 08-13888 (JMP) | 12794 | $557,511.17* | PUERTO RICO AAA PORTFOLIO TARGET MATURITY FUND, INC. ATTN: RICARDO RAMOS 250 MUNOZ RIVERA AVE 10TH FLOOR SAN JUAN, PR 00918 | 09/15/2009 | 08-13888 (JMP) | 12796 | $557,511.17* |
| 9 | ROSSLYN INVESTORS I, LLC ATTN: NICHOLAS BIENSTOCK AND THOMAS FARRELL 10 E. 53RD, 37TH FLOOR NEW YORK, NY 10022 | 09/17/2009 | 08-13888 (JMP) | 19697 | $5,251,776.04* | ROSSLYN INVESTORS I LLC ATTN: NICHOLAS BIENSTOCK AND THOMAS FARRELL 10 E. 53RD ST., 37TH FLOOR NEW YORK, NY 10022 | 09/17/2009 | 08-13888 (JMP) | 19652 | $5,251,776.04* |
| 10 | SCHISSLER, GERALD J. & LUCINDA C. 810 SOUTH JOSEPHINE STREET DENVER, CO 80209-4715 | 09/14/2009 | 08-13555 (JMP) | 12274 | $132,030.00 | SCHISSLER, GERALD & LUCINDA 810 SOUTH JOSEPHINE STREET DENVER, CO 80209-4715 | 09/08/2009 | 08-13555 (JMP) | 10841 | $132,030.00 |
| 11 | SCHWARTZ, ANDREW 9 QUAKER MEETING HOUSE RD ARMONK, NY 105041931 | 09/22/2009 | | 29472 | Undetermined | SCHWARTZ, ANDREW 9 QUAKER MEETING HOUSE RD ARMONK, NY 10504 | 09/22/2009 | 08-13555 (JMP) | 29474[2] | Undetermined |

---

[2] As set forth in the Order Granting Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), dated January 20, 2011 [Docket No. 14025], Claim 29474 has the same priority as, and no greater priority than, common stock interests in LBHI.

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 107: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 12 | SCHWARTZ, ANDREW 9 QUAKER MEETING HOUSE RD ARMONK, NY 10504 | 09/22/2009 | | 29473 | Undetermined | SCHWARTZ, ANDREW 9 QUAKER MEETING HOUSE RD ARMONK, NY 10504 | 09/22/2009 | 08-13555 (JMP) | 29474[3] | Undetermined |
| 13 | TRAVELERS INDEMNITY COMPANY AND ITS AFFILIATES, THE ATTN : MARY C. DUFFY BOARDMAN 1 TOWER SQUARE, 8MS HARTFORD, CT 06183 | 09/22/2009 | 08-13555 (JMP) | 34291 | $21,968,826.86* | TRAVELERS INDEMNITY COMPANY AND ITS AFFILIATES, THE 1 TOWER SQ., 8MS ATTN: MARY C. DUFFY BOARDMAN HARTFORD, CT 06183 | 09/18/2009 | 08-13555 (JMP) | 19226[4] | $72,754,315.00 |

---

[3] As set forth in the Order Granting Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests), dated January 20, 2011 [Docket No. 14025], Claim 29474 has the same priority as, and no greater priority than, common stock interests in LBHI.

[4] Claim 19226 shall survive solely with respect to the portion of that claim that is asserting a claim totaling $21,968,826.86 for securities with ISIN Nos. CA524908PR55, US5249087041, US5249087207 and XS0210414750, which portion is not being expunged pursuant to this Objection and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 19226 in the future.  Claim 19226 was previously expunged solely with respect to its asserted claim totaling $50,785,488.14 for securities with CUSIP Nos. 524908CF5, 524908CM0, 524908UB4, 52517PD57, 52517PF63, 52517PG96, 52517PH61, 52517PK59, 52517PR60, 52517PSC6, 52517PVV0, 52517PXT3, 5252M0BZ9, and 5252M0FD4 pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13261].

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 107: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 14 | WASHINGTON STATE PLUMBING AND PIPEFITTING INDUSTRY PENSION PLAN C/O JERI TRICE, ZENITH AMINISTRATORS 201 QUEEN ANNE AVENUE NORTH, SUITE 100 | 09/22/2009 | 08-13555 (JMP) | 33259 | $1,298.60 | WASHINGTON STATE PLUMBING AND PIPEFITTING INDUSTRY PENSION PLAN C/O JERI TRICE, ZENITH AMINISTRATORS 201 QUEEN ANNE AVENUE NORTH, SUITE 100 | 09/22/2009 | 08-13555 (JMP) | 33258 | $1,298.60 |
| 15 | WASHINGTON STATE PLUMBING AND PIPEFITTING INDUSTRY PENSION PLAN C/O JERI TRICE, ZENITH AMINISTRATORS 201 QUEEN ANNE AVENUE NORTH, SUITE 100 | 09/22/2009 | 08-13888 (JMP) | 33257 | $1,298.60 | WASHINGTON STATE PLUMBING AND PIPEFITTING INDUSTRY PENSION PLAN C/O JERI TRICE, ZENITH AMINISTRATORS 201 QUEEN ANNE AVENUE NORTH, SUITE 100 | 09/22/2009 | 08-13888 (JMP) | 33260 | $1,298.60 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 107: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | | SURVIVING CLAIMS | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 16 | WASHINGTON STATE PLUMBING AND PIPEFITTING INDUSTRY PENSION PLAN C/O JERI TRICE, ZENITH AMINISTRATORS 201 QUEEN ANNE AVENUE NORTH, SUITE 100 | 09/22/2009 | 08-13888 (JMP) | 33256 | $1,298.60 | WASHINGTON STATE PLUMBING AND PIPEFITTING INDUSTRY PENSION PLAN C/O JERI TRICE, ZENITH AMINISTRATORS 201 QUEEN ANNE AVENUE NORTH, SUITE 100 | 09/22/2009 | 08-13888 (JMP) | 33260 | $1,298.60 |
| 17 | WASHINGTON STATE PLUMBING AND PIPEFITTING INDUSTRY PENSION PLAN C/O JERI TRICE, ZENITH AMINISTRATORS 201 QUEEN ANNE AVENUE NORTH, SUITE 100 | 09/22/2009 | 08-13555 (JMP) | 33261 | $1,298.60 | WASHINGTON STATE PLUMBING AND PIPEFITTING INDUSTRY PENSION PLAN C/O JERI TRICE, ZENITH AMINISTRATORS 201 QUEEN ANNE AVENUE NORTH, SUITE 100 | 09/22/2009 | 08-13555 (JMP) | 33258 | $1,298.60 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 107: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 18 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN ITS CAPACITY AS TRUSTEE OF THE SUPPLEMENTAL INTEREST TRUST WITH RESPECT TO THE OPTION ONE MORTGAGE LOAN TRUST 2007-1 ASSET-BACKED CERTIFICATES, SERIES 2007-1 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION  ATTN: MARY SOHLBERG MINNEAPOLIS, MN 55479 | 09/22/2009 | 08-13555 (JMP) | 33083 | $345,462.33 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN CAPACITY AS TRUSTEE OF THE SUPPLEMENTAL INTEREST TRUST WITH RESPECT TO THE OPTION ONE MORTGAGE LOAN TRUST 2007-1 ASSET BACKED CERTS,2007-1 C/O MARY SOHLBERG MAC N9311-161 MINNEAPOLIS, MN 55479 | 09/21/2009 | 08-13555 (JMP) | 24759 | $345,462.33 |
| 19 | ZAIS ZEPHYR A-5 LTD C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 09/22/2009 | 08-13888 (JMP) | 33623 | $816,876.05* | ZAIS ZEPHYR A-5 LTD C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZ NEW YORK, NY 10004-1485 | 09/22/2009 | 08-13888 (JMP) | 33622 | $816,876.05* |

TOTAL    $121,255,726.77