**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    08-13555 (JMP)
                                                   :
                                 Debtors.          :    (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' ONE HUNDRED FIFTH OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)

Upon the one hundred fifth omnibus objection to claims, dated March 14, 2011 (the "One Hundred Fifth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the Settled Derivative Claims on the grounds that the Debtors and claimants have agreed that the Settled Derivative Claims seek recovery of monies for which the applicable Debtors are not liable, all as more fully described in the One Hundred Fifth Omnibus Objection to Claims; and due and proper notice of the One Hundred Fifth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A attached to the One

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred Fifth Omnibus Objection to Claims.

Hundred Fifth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the One Hundred Fifth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the One Hundred Fifth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the One Hundred Fifth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the Settled Derivative Claims listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the Settled Derivative Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the One Hundred Fifth Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       April 28, 2011

                                            *s/ James M. Peck*
                                          Honorable James M. Peck
                                          United States Bankruptcy Judge

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 105: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | 3M VOLUNTARY INVESTMENT PLAN AND EMPLOYEE STOCK OWNERSHIP OLAN AND 3M SAVINGS PLAN C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-701 385 E. COLORADO BLVD. PASADENA, CA 91101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20858 | $655,917.11 | Settled Derivative Claim |
| 2 | 3M VOLUNTARY INVESTMENT PLAN AND EMPLOYEE STOCK OWNERSHIP PLAN AND 3M SAVINGS PLAN C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-701 385 E. COLORADO BLVD. PASADENA, CA 91101 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21021 | $655,917.11 | Settled Derivative Claim |
| 3 | ARCHSTONE F/K/A ARCHSTONE-SMITH OPERATING TRUST ATTN: ARIEL AMIR 9200 EAST PANORAMA CIRCLE, STE 400 ENGLEWOOD, CO 80112 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/21/2009 | 20212 | $6,000.00 | Settled Derivative Claim |
| 4 | ARCHSTONE F/K/A ARCHSTONE-SMITH OPERATING TRUST ATTN: ARIEL AMIR 9200 EAST PANORAMA CIRCLE, STE 400 ENGLEWOOD, CO 80112 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/21/2009 | 20214 | $108,392.11 | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 105: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | ARCHSTONE F/K/A ARCHSTONE-SMITH OPERATING TRUST ATTN: ARIEL AMIR 9200 EAST PANORAMA CIRCLE, STE 400 ENGLEWOOD, CO 80112 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/21/2009 | 20215 | $69,000.00 | Settled Derivative Claim |
| 6 | ARCHSTONE F/K/A ARCHSTONE-SMITH OPERATING TRUST ATTN: ARIEL AMIR 9200 EAST PANORAMA CIRCLE, STE 400 ENGLEWOOD, CO 80112 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20216 | Undetermined | Settled Derivative Claim |
| 7 | ARCHSTONE F/K/A ARCHSTONE-SMITH OPERATING TRUST ATTN: ARIEL AMIR 9200 EAST PANORAMA CIRCLE, STE 400 ENGLEWOOD, CO 80112 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20217 | Undetermined | Settled Derivative Claim |
| 8 | ARCHSTONE F/K/A ARCHSTONE-SMITH OPERATING TRUST ATTN: ARIEL AMIR 9200 EAST PANORAMA CIRCLE, STE 400 ENGLEWOOD, CO 80112 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20218 | $222,738.96 | Settled Derivative Claim |
| 9 | ARCHSTONE F/K/A ARCHSTONE-SMITH OPERATING TRUST ATTN: ARIEL AMIR 9200 EAST PANORAMA CIRCLE, STE 400 ENGLEWOOD, CO 80112 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20219 | $222,738.96 | Settled Derivative Claim |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 105: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | ARCHSTONE F/K/A ARCHSTONE-SMITH OPERATING TRUST ATTN: ARIEL AMIR 9200 EAST PANORAMA CIRCLE, STE 400 ENGLEWOOD, CO 80112 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20222 | Undetermined | Settled Derivative Claim |
| 11 | ARCHSTONE F/K/A ARCHSTONE-SMITH OPERATING TRUST ATTN: ARIEL AMIR, EXECUTIVE VICE PRESIDENT AND GENERAL COUNSEL 9200 EAST PANORAMA CIRCLE, SUITE 400 ENGLEWOOD, CO 80112 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20223 | Undetermined | Settled Derivative Claim |
| 12 | ASCENSION HEALTH RETIREMENT TRUST-CORE FULL ACCOUNT C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-1207 385 E. COLORADO BLVD. PASADENA, CA 91105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20887 | $850,306.56 | Settled Derivative Claim |
| 13 | BREWSTER, MICHAEL J. 269 WEST LAKE BLVD MAHOPAC, NY 10541 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 34233 | $355,073.06 | Settled Derivative Claim |
| 14 | BUTTERFIELD BANK C/O DANIEL MCCLEARY 65 FRONT ST HAMILTON HM 12, BERMUDA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13899 | $1,611,333.79 | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 105: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | CNH PENSION TR-CORE PLUS FIXED INCOME<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATTN: LEGAL DEPT W-1419<br>385 E. COLORADO BLVD.<br>PASADENA, CA 91101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20917 | $451,901.58 | Settled Derivative Claim |
| 16 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER INTERNATIONAL VALUE FUND, ATTN: ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29335 | $85,326.00 | Settled Derivative Claim |
| 17 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER INTERNATIONAL VALUE FUND, ATTN: ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29336 | $85,156.00 | Settled Derivative Claim |
| 18 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER QUEST INTERNATIONAL VALUE FUND, INC., ATTN: ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29333 | $302,531.00 | Settled Derivative Claim |
| 19 | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER QUEST INTERNATIONAL VALUE FUND, INC., ATTN: ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29334 | $301,929.00 | Settled Derivative Claim |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 105: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF BRIGHT START COLLEGE SAVINGS TRUST (IL 529) PRINCIPAL PROTECTION INCOME PORTFOLIO ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29343 | $765.00 | Settled Derivative Claim |
| 21 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF BRIGHT START COLLEGE SAVINGS TRUST (IL 529) PRINCIPAL PROTECTION INCOME PORTFOLIO ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29344 | $765.00 | Settled Derivative Claim |
| 22 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF OFI INSTITUTIONAL SHORT DURATION FIXED INCOME FUND, LLC ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 29345 | $271.00 | Settled Derivative Claim |
| 23 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF OFI INSTITUTIONAL SHORT DURATION FIXED INCOME FUND, LLC ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29346 | $271.00 | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 105: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 24 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF OPPENHEIMERFUNDS, INC.<br>ATTN: ALPA JIMENEZ<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29349 | $75,775.00 | Settled Derivative Claim |
| 25 | CVI GVF LUXEMBOURG TWELVE S.A.R.L.<br>TRANSFEROR: BANCA INTERMOBILIARE DI INVESTIMENTI E GESTIONI SPA<br>C/O CARVAL INVESTORS UK LTD;<br>ATTN: ANNEMARIE JACOBSEN<br>KNOWLE HILL PARK, FAIRMILE LANE<br>COBHAM<br>SURREY, KT11 2PD<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20770 | $3,431,855.99 | Settled Derivative Claim |
| 26 | GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATT: LEGAL DEPT W-1771<br>385 E. COLORADO BLVD<br>PASADENA, CA 91101 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 20956 | $116,077.07 | Settled Derivative Claim |
| 27 | GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM<br>C/O WESTERN ASSET MANAGEMENT COMPANY<br>ATT: LEGAL DEPT W-1771<br>385 E. COLORADO BLVD<br>PASADENA, CA 91101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20974 | $116,077.07 | Settled Derivative Claim |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 105: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 28 | HONG LEONG BANK BERHAD<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A. REID<br>1114 AVE OF THE AMERICAS<br>NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14075 | $7,531,734.52* | Settled Derivative Claim |
| 29 | HURLEY SACRAMENTO L.P.<br>LISA WEIL, ESQ.<br>COX, CASTLE & NICHOLSON LLP<br>555 CALIFORNIA STREET, 10TH FLOOR<br>SAN FRANCISCO, CA 94104 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/12/2008 | 593 | $388,568.75 | Settled Derivative Claim |
| 30 | INTERCONTINENTAL OLYMPIC CLOVER CREEK, LLC<br>C/O OLYMPIC INVESTORS LLC<br>2801 ALASKAN WAY, SUITE 200<br>SEATTLE, WA 98121 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/14/2009 | 3775 | $67,438.03 | Settled Derivative Claim |
| 31 | ISO NEW ENGLAND INC.<br>ONE SULLIVAN ROAD<br>HOLYOKE, MA 01040 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/21/2009 | 22747 | $1,664.79* | Settled Derivative Claim |
| 32 | JACKSON BOND, L.P.<br>C/O AMBLING PROPERTY INVESTMENTS<br>ATTN: GREG WRIGHT<br>7000 CENTRAL PARKWAY, SUITE 1100<br>ATLANTA, GA 30328 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22126 | $21,183.14 | Settled Derivative Claim |
| 33 | LOURDES-NOREEN MCKEEN RESIDENCE FOR GERIATRIC CARE, INC.<br>ATTN: FINANCE DIRECTOR<br>315 SOUTH FLAGLER DRIVE<br>WEST PALM BEACH, FL 33401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31095 | $50,000.00 | Settled Derivative Claim |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 105: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 34 | NRG POWER MARKETING LLC CONTRACT ADMINISTRATION 211 CARNEGIE CENTER PRINCETON, NJ 08540 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 33209 | $2,316,951.53 | Settled Derivative Claim |
| 35 | OPPENHEIMER MASTER INTERNATIONAL VALUE FUND LLC ATTN: AMEE KANTESARIA 6803 SOUTH TUCSON WAY CENTENNIAL, CO 80112 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30727 | $95,797.34* | Settled Derivative Claim |
| 36 | OPPENHEIMER MASTER INTERNATIONAL VALUE FUND LLC ATTN: AMEE KANTESARIA TWO WORLD FINANCIAL CENTER 225 LIBERTY STREET NEW YORK, NY 10281 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30728 | $95,797.34* | Settled Derivative Claim |
| 37 | OREGON PUBLIC EMPLOYEES RETIREMENT SYSTEM C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-984 385 E. COLORADO BLVD. PASADENA, CA 91101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20880 | $11,450,293.77 | Settled Derivative Claim |
| 38 | OREGON PUBLIC EMPLOYEES RETIREMENT SYSTEM C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1082 385 E. COLORADO BLVD PASADENA, CA 91101 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21037 | $11,450,293.77 | Settled Derivative Claim |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 105: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | PLAINFIELD DIRECT INC.<br>C/O SEWARD & KISSEL LLP<br>ATTN: ARLENE R. ALVES, ESQ.<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 33469 | $3,413,620.00* | Settled Derivative Claim |
| 40 | RESOLUTE ANETH, LLC<br>JAMES M. PICCONE, PRESIDENT<br>1675 BROADWAY, SUITE 1950<br>DENVER, CO 80202 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/18/2009 | 2882 | $915,542.00 | Settled Derivative Claim |
| 41 | RIC PLC THE U.S. BOND FUND<br>C/O ELLIOT COHEN<br>RUSSELL INVESTMENTS<br>1301 SECOND AVENUE, 18TH FLOOR<br>SEATTLE, WA 98101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30851 | $4,275.07 | Settled Derivative Claim |
| 42 | ROSSLYN SERIES, LLC C/O LEHMAN BROTHERS REAL ESTATE PARTNERS II, L.P.<br>ATTN: JUDY TURCHIN & JI YEONG CHU<br>1271 AVENUE OF THE AMERICAS<br>38TH FLOOR<br>NEW YORK, NY 10020 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28936 | Undetermined | Settled Derivative Claim |
| 43 | ROSSLYN SERIES, LLC C/O LEHMAN BROTHERS REAL ESTATE PARTNERS II, L.P.<br>ATTN: JUDY TURCHIN & JI YEONG CHU<br>1271 AVENUE OF THE AMERICAS<br>38TH FLOOR<br>NEW YORK, NY 10020 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28937 | Undetermined | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 105: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 44 | SOUTHHAVEN PARTNERS I LP C/O AMBLING PROPERTY INVESTMENTS ATTN: GREG WRIGHT 7000 CENTRAL PARKWAY SUITE 1100 ATLANTA, GA 30328 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22120 | $68,989.36 | Settled Derivative Claim |
| 45 | TFL PENSION FUND ATTN: PETER R. LA TRONICA C/O BRIDGEWATER ASSOCIATES, INC., AS AUTHORIZED AGENT ONE GLENDINNING PLACE WESTPORT, CT 06880<br><br>TRANSFERRED TO: BRIDGEWATER ASSOCIATES, LP TRANSFEROR: TFL PENSION FUND ATTN: ALISON GREGORY ONE GLENDINNING PLACE WESTPORT, CT 06880 | 08-13901 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20778 | $87,863.01<br><br>$735,245.58 | Settled Derivative Claim |
| 46 | THE ROYAL BANK OF SCOTLAND PLC TRANSFEROR: ROYAL BANK AMERICA ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD, CT 06901 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21870 | Undetermined | Settled Derivative Claim |
| 47 | THE ROYAL BANK OF SCOTLAND PLC TRANSFEROR: ROYAL BANK AMERICA ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD, CT 06901 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/15/2009 | 40358 | Undetermined | Settled Derivative Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 105: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

|  | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 48 | VAN KAMPEN CORPORATE BOND FUND<br>C/O VAN KAMPEN ASSET MANAGEMENT<br>ATTN: EDWARD HEARN<br>ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100<br>WEST CONSHOHOCKEN, PA 19428-288 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27116 | $34,416.00* | Settled Derivative Claim |
| 49 | VITOL INC<br>C/O K&L GATES LLP<br>ATTN: ERIC T. MOSER<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15012 | $64,766.93 | Settled Derivative Claim |
| 50 | WHITE MOUNTAINS LIFE REINSURANCE (BERMUDA) LTD.<br>ATTN: ARLENE R. ALVES<br>C/O SEWARD & KISSEL LLP<br>ONE BATTERY PLAZA<br>NEW YORK, NY 10004-1485 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 33264 | $1,808,000.00* | Settled Derivative Claim |
|  |  |  |  |  | TOTAL | $50,328,559.30 |  |