**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
In re                                                                 :     **Chapter 11 Case No.**
                                                                      :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :     **08-13555 (JMP)**
                                                                      :
                          Debtors.                            :     **(Jointly Administered)**
-----------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' ONE HUNDRED FOURTEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY LPS CLAIMS)

Upon the One Hundred Fourteenth objection to claims, dated March 14, 2011 (the "One Hundred Fourteenth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability LPS Claims on the grounds that they assert claims for which the Debtors have no liability, all as more fully described in the One Hundred Fourteenth Omnibus Objection to Claims; and due and proper notice of the One Hundred Fourteenth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for Region 2; (vi) the claimants listed on Exhibit A attached to the One Hundred Fourteenth Omnibus Objection to Claims; and (vii) all other parties entitled to

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred Fourteenth Omnibus Objection to Claims.

notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635]; and the Court having found and determined that the relief sought in the One Hundred Fourteenth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the One Hundred Fourteenth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the One Hundred Fourteenth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on <u>Exhibit 1</u> annexed hereto (collectively, the "<u>No Liability LPS Claims</u>") are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the No Liability LPS Claims listed on <u>Exhibit 1</u> annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
April 28, 2011

                                                    *s/ James M. Peck*
                                                 Honorable James M. Peck
                                                 United States Bankruptcy Judge

# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 114: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | ABDALLAH, ANIS<br>C/O SOCIETE FINANCIERE DE BEYROUTH<br>109 TAMARI BLDG - ALLENBY STREET<br>P.O. BOX: 11-1254 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16044 | $20,000.00 |
| 2 | ALTENRATH, WILHELM AND DORIS<br>STRESEMANNSTR. 11<br>BRUCHKOEBEL, D-63486<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/30/2009 | 35590 | $7,694.61 |
| 3 | AUGUST, BAERT<br>LOOFSTRAA T G1<br>KORTRIJK, 8500<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/01/2009 | 35927 | Undetermined |
| 4 | AUMANN, JOHANN<br>MUHLSTR 9A<br>ANDECHS, D-82346<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34807 | $1,427.50 |
| 5 | BAINES, JACK<br>VIJVERLAAN 2A<br>ANTWERPEN, 2020<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51710 | $357,500.00 |
| 6 | BAUS, PHILIPP & BAUS, JORG<br>SCHNEEGLOCKCHEN WEG 2<br>06118 HALLE,<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36877 | $7,000.00 |
| 7 | BRAEM, JOHAN<br>HANDZAAMSE NIEUWSTRAAT 7<br>HANDZAME, 8610<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51708 | Undetermined |
| 8 | CLAUSSEN, H.C. PROF. DR.<br>IN PARK 11<br>MEERBUSCH, 40.667<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/05/2009 | 36368 | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 114: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 9 | CYLAIR INVESTMENT CORP<br>SCOTIABANK BUILDING 3RD FLOOR<br>SUITE 302, RAWSON SQUARE<br>BAY STREET<br>NASSAU,<br>BAHAMAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49663 | $35,607.46 |
| 10 | DE BERTOUCH-LEYN, PAUL LITO<br>76 SONDERGADE<br>ARHUS C, 8000<br>DENMARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40674 | $435,850.80 |
| 11 | DE BOSSCHER-VERSCHELDEN, MARC<br>STEENWEG 76/2<br>ASPER-GAVERE, 3890<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51706 | $8,564.04 |
| 12 | DEBBANE, YOUSSEF<br>ATOMIUM TOWER APT. 10A<br>PRESIDENT ELIAS SARKIS AVENUE<br>ACHRAFIEH, BEIRUT,<br>LEBANON | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15448 | $427,020.00 |
| 13 | ERLEBACH, ROLAND<br>STEINERBERG 38<br>BUSECH, 35418<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36552 | $8,492.64 |
| 14 | GAEBLER, ERFRIED<br>TALSTR 31<br>OCKENFELS, 53545<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/01/2009 | 35864 | $18,994.93 |
| 15 | GASTEL, PETER<br>ROMERSTRASSE 87<br>FILDERSTADT, D70794<br>GERMANY | | Lehman No Case Asserted/All Cases Asserted | 10/16/2009 | 40816 | $28,302.00 |

## OMNIBUS OBJECTION 114: EXHIBIT 1 – NO LIABILITY CLAIMS

|  | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 16 | GILLIS, DIDIER & YANNICK<br>VOETBALSTRAAT 26<br>GENTBRUGGE, 3050<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51704 | $8,564.14 |
| 17 | GOETVINCK, AN A.<br>BLEREGEMSTRAAT 152<br>HEKELGEM - AFFLIGEM, 1790<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51705 | $17,128.18 |
| 18 | HERRMANN, NILS<br>CHIEMGAUSTR. 64A<br>MUNCHEN, 81549<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/13/2009 | 37613 | $2,938.58 |
| 19 | HOFFMANN, ANDRE<br>GOERLITZER STR. 62<br>HORKA, D-02923<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/15/2009 | 40436 | $2,978.64 |
| 20 | HOYZER, BIRGIL<br>HINTER PASTORS HOFE 9A<br>ISEMHAGEN, 30916<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13387 | $7,099.00 |
| 21 | INTEGRALE LUXEMBOORG SA<br>63, BD PRINCE FELIX<br>LUXEMBOURG, 1513 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/09/2009 | 37296 | Undetermined |
| 22 | IWERSEN, DIETER<br>MUHLENTOR 2<br>BADLBURG, 49186<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2009 | 35494 | $42,453.00 |
| 23 | KINDL, GERTRUDE<br>WEINFELDSTRASSE 17<br>WIESBADEN, 65187<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/02/2009 | 36091 | $7,118.00 |

## OMNIBUS OBJECTION 114: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 24 | KRAUSE, JUTTA<br>BARSTR. 31<br>BERLIN, 10713<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/05/2009 | 36167 | $14,700.00 |
| 25 | KUHN, GUNTHER AND WALTRAUD<br>VERDENER STR. 79<br>OTTESBERG, 28870<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/05/2009 | 36201 | $15,684.00 |
| 26 | METZ, BEARND<br>VON BODELSCGHWINJH STR. 6<br>PULHEIM, 50259<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/13/2009 | 37435 | $2,868.21 |
| 27 | PATT, FRANZ JOSEF<br>AN DER KRAUTWIESE 37<br>EITORF, 53783<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41486 | $11,323.20 |
| 28 | PONET, THIERRY<br>16 ALDERBROOK ROAD<br>LONDON, SWIR 8AE<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41494 | $1,569.00 |
| 29 | RIALP BONO, MARIA LUISA<br>BALMES 176-2-2<br>BARCELONA, 08006<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/28/2009 | 35201 | $25,000.00 |
| 30 | ROYAL BANK OF SCOTLAND PLC, THE<br>C/O RBS SECURITIES INC.<br>ATTN: PIA FRIIS<br>600 WASHINGTON BOULEVARD<br>STAMFORD, CT 06901 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 59674 | Undetermined |
| 31 | SCHINNERER, GUNTER<br>FREIHEITSTR. 3A<br>ZIRNDORF, D-90513<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/02/2009 | 36143 | $21,262.50 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 114: EXHIBIT 1 – NO LIABILITY CLAIMS

|  | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 32 | SCHINNERER, GUNTER<br>FREIHEISTRA 3A<br>ZIRNDORF, 90513<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/28/2009 | 35229 | $21,262.50 |
| 33 | SCHMETZ, ROLAND<br>SCHWANENTRASSE 16<br>KLEVE, D-47533<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/01/2009 | 35875 | $14,151.00 |
| 34 | SCHNIEDER, KLAUS<br>KIRCHWEG 3<br>OSTERCAPPELN, 49179<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2009 | 35493 | $28,302.00 |
| 35 | SCHUSSLER, HANS<br>FREIHEITSSTR. 76<br>DORSTEN, D-46284<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/09/2009 | 37253 | $4,350.00 |
| 36 | SOLLWEDEL, ANDREN AND WILFRIED WARTEMBERG<br>ELISABETHSTRASSE 24A<br>BERLIN, 12307<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/13/2009 | 37520 | $5,678.00 |
| 37 | UNSLEBER, JULIAN<br>AM LAGBERG 29<br>SULZTHAL, 97717<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/13/2009 | 37490 | $7,118.00 |
| 38 | VERSTRAETE, JULIANA<br>POPERINGESTRAAT 80 A<br>WOESTEN, 8640<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51709 | Undetermined |
|  |  |  |  |  | TOTAL | $1,618,001.93 |

\* - Indicates claim contains unliquidated and/or undetermined amounts