Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,        Case No. 08-13555 (JMP)
                                                    (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| OCM Opportunities Fund VIIb, L.P. | Deutsche Bank AG, London |

Name and Address where notices to transferee should be sent:

OCM Opportunities Fund VIIb, L.P.
c/o Oaktree Capital Management, L.P.
333 South Grand Ave, 28th Floor
Los Angeles, CA 90071
Fax: +1 (201) 283-5980
E-mail: 12012835980@tls.ldsprod.com
Tax ID: 20-8514102

Court Claim # (if known): 21443
Total Amount of Claim: $14,544,830.33
Date Claim Filed: September 21, 2009
Transferred Portion: 4.4655% or $649,499.38
Tel: N/A

Last Four Digits of Acct. #  N/A          Last Four Digits of Acct. #  N/A

Name and Address where transferee payments should be sent (if different from above):
N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

OCM OPPORTUNITIES FUND VIIB, L.P.
By: OCM Opportunities Fund VIIb GP, L.P.
its: General Partner
By: OCM Opportunities Fund VIIb GP Ltd.
its: Managing Member
By: Oaktree Capital Management, L.P.
its: Director

By: _____        Date: _____

By: _____        Date: 4/13/11

032-3734/CERTS/2984497.3

Transferee/Transferee's Agent
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc.                    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 21443 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by Debeka Krankenversicherungsverein AG. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on

| Deutsche Bank AG, London Branch | OCM OPPORTUNITIES FUND VIIB, L.P. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: c/o Deutsche Bank Securities Inc. 60 Wall Street New York, New York 10005 Attn: Rich Vichaidith Email: richard.vichaidith@db.com | Address of Transferee c/o Oaktree Capital Management, L.P. 333 South Grand Ave, 28th Floor Los Angeles, CA 90071 Fax: +1 (201) 283-5980 E-mail: 12012835980@tls.ldsprod.com Tax ID: 20-8514102 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                        CLERK OF THE COURT

032-3734/CERTS/2984497.3
032-3734/CERTS/2984497.2
032-3734/CERTS/2984497.1

Transfer of LBHI Claim # 21443

### EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (Jointly administered) |
| CLAIM NO. | 21443 (In Part – See Below) |
| DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: | This Evidence of Transfer of Claim relates to the transfer of a **4.4655%** or **$649,499.38** portion (the "Transferred Portion") of the above claim which has been filed against the Debtor in the Bankruptcy Court in the principal amount of **$14,544,830.33** (the "Claim"). |

It is hereby certified that **Deutsche Bank AG, London Branch** ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred Portion to:

**OCM Opportunities Fund VIIb, L.P.**

c/o Oaktree Capital Management, L.P.
333 South Grand Ave, 28th Floor
Los Angeles, CA 90071
Att: William Santangelo
Fax: +1 (201) 283-5980
E-mail: 12012835980@tls.ldsprod.com
Tax ID: 20-8514102

("Buyer") by assignment agreement dated 28 April 2011.

Seller hereby waives any objection to the transfer of the Transferred Portion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.

032-3734/CERTS/2984495 3

Transfer of LBHI Claim # 21443

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 28 day of April 2011.

| Deutsche Bank AG, London Branch | OCM OPPORTUNITIES FUND VIIB, L.P. |
|---|---|
|  | By: OCM Opportunities Fund VIIb GP, L.P. |
|  | its: General Partner |
|  | By: OCM Opportunities Fund VIIb GP Ltd. |
|  | its: Managing Member |
|  | By: Oaktree Capital Management, L.P. |
|  | its: Director |
| Name: | Name: Kenneth Liang |
| Title: Ross Miller, Director | Title: Managing Director |
|  | Name: William Melanson |
|  | Title: Vice President |

032-3734/CERTS/2984495.3