UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re                                                             :   Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                      :   08-13555 (JMP)
                                                                  :
        Debtors.           :   (Jointly Administered)
---------------------------------------------------------------- x

## NOTICE OF INTENT TO PARTICIPATE IN
## DISCOVERY RELATED TO PLAN CONFIRMATION

      NOTICE IS HEREBY GIVEN that Citigroup Inc. and its affiliates Citibank N.A., Citigroup Global Markets Ltd., Citigroup Financial Products Inc., Citi Swapco Inc., Citigroup Energy Inc., Citi Mortgage Inc., Citigroup Global Markets Inc., and Citibank, A.S. (collectively, "Citi"), represented by Paul, Weiss, Rifkind, Wharton & Garrison LLP, have filed Claim Numbers 29883, 29882, 29881, 29880, 29879, 29878, 29877, 29876, 29875, 29874, 29873, 29637, 17937, 17936, 17934, 17933, 17932, 17931, 17926, 17925, 17924, 17899, 17918 and 17915 against Lehman Brothers Holdings Inc., Lehman Brothers Special Financing Inc, Lehman Brothers Commodity Services Inc., Lehman Brothers Commercial Corporation, Lehman Commercial Paper Inc., and Lehman Brothers Derivative Products Inc. on or before September 22, 2009 in an aggregate amount (excluding guarantee claims) exceeding $2 billion[1] and are parties in interest in the confirmation of a plan in the above-captioned chapter 11 cases (the "Chapter 11 Cases").

      ACCORDINGLY, PLEASE TAKE FURTHER NOTICE that, subject to any objections by the Debtors or the Statutory Committee of Unsecured Creditors appointed in the Chapter 11 Cases and/or any limitations imposed by the Court, Citi and their counsel intend to participate in Plan Discovery, as defined in the Order Establishing Procedures in Connection with Discovery Related to Plan Confirmation and Other Issues, entered by the Court on April 14, 2011 ("Discovery Procedures Order") [Docket No. 16003].

(continued on next page)

---

[1] The aggregate amount of Citi's claims stated above is not intended to be a full accounting of all claims Citi has asserted against the debtors in these Chapter 11 Cases and excludes certain contingent and/or unliquidated claims as well as claims related to Lehman Programs Securities that Citi filed either on its own behalf or on behalf of its customers.

Dated: April 28, 2011

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:    /s/ *Stephen J. Shimshak*
Stephen J. Shimshak
Douglas R. Davis
Claudia L. Hammerman
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Attorneys for Citigroup Inc. and its Affiliates.

**Contact Information for Party in Interest (address, phone and email):**

Citigroup Inc.
388 Greenwich Street
New York, New York 10013
Attention: John P. Emert, Esq.
Phone: (212) 816-5984
Email: john.p.emert@citi.com

**Contact Information for Attorneys for Party in Interest (address, phone and email):**

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6063
Attention: Stephen J. Shimshak, Claudia L. Hammerman, Douglas R. Davis
Phone: (212) 373-3133 / (212) 373-3321 / (212) 373-3130
Email: sshimshak@paulweiss.com / chammerman@paulweiss.com / ddavis@paulweiss.com

**Contact Information for Advisors for Party in Interest (address, phone and email):**

[NOT APPLICABLE]

**Designation of Contact(s) to Receive Any Notice(s) Required Under the Order (address, phone and email):**

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6063
Attention: Stephen J. Shimshak, Claudia L. Hammerman, Douglas R. Davis
Phone: (212) 373-3133 / (212) 373-3321 / (212) 373-3130
Email: sshimshak@paulweiss.com / chammerman@paulweiss.com / ddavis@paulweiss.com

**Group that Participant elects to join (pursuant to Paragraph 3(b) of the Order):**

Group 3(b)(v): Creditors of the derivative entity debtors, including Lehman Brothers Special Financing Inc., Lehman Brothers OTC Derivatives Inc., Lehman Brothers Derivative Products Inc., Lehman Brothers Financial Products Inc., and Lehman Brothers Commercial Corp.[2]

---

[2] Citi holds claims against Lehman entities that are represented by other Groups, and the selection of Group 3(b)(v) shall not restrict Citi's rights with respect to any Plan Issues. *See e.g.*, Discovery Procedures Order, at ¶ 3(b).