**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                           :    **Chapter 11**
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,                           :    **Case No. 08-13555 (JMP)**
                                                                 :
                            Debtors.                             :    **(Jointly Administered)**
                                                                 :
---------------------------------------------------------------- x

### NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY RELATED TO PLAN CONFIRMATION

NOTICE IS HEREBY GIVEN that DZ Bank AG Deutsche Zentral-Genossenschaftsbank ("DZ Bank"), represented by Stroock & Stroock & Lavan LLP, has filed the following claims in the above-captioned chapter 11 cases (the "Chapter 11 Cases"):

| Claim No. | Debtor | Claim Amount |
|---|---|---|
| 17422 | Lehman Brothers Holdings Inc. | $74,613,781.99 |
| 17423 | Lehman Brothers Special Financing Inc. | $213,525,103.75 |
| 17424 | Lehman Brothers Holdings Inc. | $213,525,103.75 |
| 17425 | Lehman Brothers Holdings Inc. | $652,975.31 |
| 17426 | Lehman Brothers Holdings Inc. | $46,109,898.40 |
| 65953 | Lehman Brothers Holdings Inc. | $810,027.65 |
| 65954 | Lehman Brothers Commercial Corporation | $810,027.65 |
| 65955 | Lehman Brothers Holdings Inc. | $18,487,213.80 |
| 65956 | Lehman Brothers Commercial Corporation | $18,487,213.80 |

ACCORDINGLY, PLEASE TAKE FURTHER NOTICE that, subject to any objections by the Debtors or the Statutory Committee of Unsecured Creditors appointed in the Chapter 11 Cases and/or any limitations imposed by the Court, DZ Bank and its counsel intend to participate in Plan Discovery, as defined in the Order Establishing Procedures in Connection with Discovery Related to Plan Confirmation and Other Issues, entered by the Court on April 14, 2011 [Docket No. 16003] (the "Order").

| | |
|---|---|
| Dated: April 28, 2011 | STROOCK & STROOCK & LAVAN LLP |
| | /s/ Claude Szyfer |
| | Claude Szyfer |
| | Francis C. Healy |
| | 180 Maiden Lane |
| | New York, New York 10038 |
| | Telephone: (212) 806-5400 |
| | Facsimile: (212) 806-6006 |
| | |
| | *Counsel to DZ Bank* |

Contact Information for DZ Bank:

DZ BANK AG
Deutsche Zentral-Genossenschaftsbank
Platz der Republik
60265 Frankfurt am Main
Germany
Telephone: +49 69 7447 90251
Facsimile: +49 69 7447 7101
Attn: Stephan Rost
Stephan.Rost@dzbank.de

Contact Information for Attorneys for DZ Bank:

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
Attn: Claude Szyfer and Francis C. Healy
cszyfer@stroock.com
fhealy@stroock.com

2

Designation of Contacts to Receive Any Notice(s)
<u>Required Under the Order</u>:

DZ BANK AG
Deutsche Zentral-Genossenschaftsbank
Platz der Republik
60265 Frankfurt am Main
Germany
Telephone: +49 69 7447 90251
Facsimile: +49 69 7447 7101
Attn:  Stephan Rost
Stephan.Rost@dzbank.de

-and-

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
Attn:  Claude Szyfer and Francis C. Healy
cszyfer@stroock.com
fhealy@stroock.com


Groups that Participant elects to join (pursuant to Paragraph 3(b) of the Order:  (1) the guarantee creditors of LBHI for which a Debtor or U.S. affiliate is the primary obligor (as designated in subparagraph 3(b)(ii) of the Order); (2) the guarantee creditors of LBHI for which a non-U.S. affiliate in the primary obligor (as designated in subparagraph 3(b)(iii) of the Order); and (3) the creditors of the derivative entity debtors, including Lehman Brothers Special Financing Inc. ("LBSF") and Lehman Brothers Commercial Corp.("LBCC") (as designated in subparagraph 3(b)(v) of the Order).