**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------------x

### ORDER GRANTING DEBTORS'
### ONE HUNDRED EIGHTH OMNIBUS OBJECTION TO
### CLAIMS (DUPLICATIVE OF TRUSTEE / NO LIABILITY CLAIMS)

Upon the one hundred eighth omnibus objection to claims, dated March 14, 2011 (the "One Hundred Eighth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the Duplicative of Trustee Claims on the grounds that such claims are substantively duplicative of the corresponding Trustee Claims and are claims for which the Debtors have no liability, all as more fully described in the One Hundred Eighth Omnibus Objection to Claims; and due and proper notice of the One Hundred Eighth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred Eighth Omnibus Objection to Claims.

Southern District of New York; (vi) the claimants listed on <u>Exhibit A</u> attached to the One Hundred Eighth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the One Hundred Eighth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the One Hundred Eighth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the One Hundred Eighth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on <u>Exhibit 1</u> annexed hereto under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "<u>Duplicative of Trustee Claims</u>") are disallowed and expunged; and it is further

ORDERED that the claims listed on <u>Exhibit 1</u> annexed hereto under the heading "*Surviving Claims*" (collectively, the "<u>Trustee Claims</u>") will remain on the claims register subject to the Debtors' right to further object as set forth herein; and it is further

ORDERED that nothing in this Order or disallowance and expungement of the Duplicative of Trustee Claims constitutes any admission or finding with respect to the Trustee Claims, and the Debtors' rights to object to the Trustee Claims on any basis

2

are preserved; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the One Hundred Eighth Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on Exhibit 1 annexed hereto and (ii) the Trustee Claims; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
April 28, 2011

   *s/ James M. Peck*
Honorable James M. Peck
United States Bankruptcy Judge

# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 108: EXHIBIT 1 – DUPLICATIVE OF TRUSTEE / NO LIABILITY CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 1 | PIONEER FUNDS - EURO BOND C/O LOWENSTEIN SANDLER PC ATTN: JASON TEELE, ESQ 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 | 09/22/2009 | 08-13555 (JMP) | 34241 | $21,294,719.91* | SAPHIR FINANCE PLC - SERIES 2007-7 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 10/16/2009 | 08-13555 (JMP) | 40692 | Undetermined | Duplicative of Trustee / No Liability Claim |
| 2 | PIONEER FUNDS - EURO CASH C/O LOWENSTEIN SANDLER PC ATTN: JASON TEELE, ESQ 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 | 09/22/2009 | 08-13555 (JMP) | 34240 | $7,098,239.64* | SAPHIR FINANCE PLC - SERIES 2007-7 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 10/16/2009 | 08-13555 (JMP) | 40692 | Undetermined | Duplicative of Trustee / No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 108: EXHIBIT 1 – DUPLICATIVE OF TRUSTEE / NO LIABILITY CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 3 | PIONEER FUNDS - EURO CASH PLUS C/O LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 | 09/22/2009 | 08-13888 (JMP) | 27756 | $7,098,239.64* | SAPHIR FINANCE PLC - SERIES 2007-7 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 10/16/2009 | 08-13888 (JMP) | 40691 | Undetermined | Duplicative of Trustee / No Liability Claim |
| 4 | PIONEER FUNDS - EURO CORPORATE BOND C/O LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 | 09/22/2009 | 08-13555 (JMP) | 27757 | $28,392,958.55* | SAPHIR FINANCE PLC - SERIES 2007-7 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 10/16/2009 | 08-13555 (JMP) | 40692 | Undetermined | Duplicative of Trustee / No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 108: EXHIBIT 1 – DUPLICATIVE OF TRUSTEE / NO LIABILITY CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 5 | PIONEER FUNDS - EURO CORPORATE BOND C/O LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 | 09/22/2009 | 08-13888 (JMP) | 27752 | $28,392,958.55* | SAPHIR FINANCE PLC - SERIES 2007-7 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 10/16/2009 | 08-13888 (JMP) | 40691 | Undetermined | Duplicative of Trustee / No Liability Claim |
| 6 | PIONEER FUNDS - EURO CORPORATE SHORT TERM C/O LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 | 09/22/2009 | 08-13888 (JMP) | 27751 | $14,196,479.27* | SAPHIR FINANCE PLC - SERIES 2007-7 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 10/16/2009 | 08-13888 (JMP) | 40691 | Undetermined | Duplicative of Trustee / No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 108: EXHIBIT 1 – DUPLICATIVE OF TRUSTEE / NO LIABILITY CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 7 | PIONEER FUNDS - EURO CORPORATE SHORT TERM C/O LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 | 09/22/2009 | 08-13555 (JMP) | 27758 | $14,196,479.27* | SAPHIR FINANCE PLC - SERIES 2007-7 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 10/16/2009 | 08-13555 (JMP) | 40692 | Undetermined | Duplicative of Trustee / No Liability Claim |
| 8 | PIONEER FUNDS, EURO BOND C/O LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE, ESQ. 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 | 09/22/2009 | 08-13888 (JMP) | 27750 | $21,294,719.91* | SAPHIR FINANCE PLC - SERIES 2007-7 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 10/16/2009 | 08-13888 (JMP) | 40691 | Undetermined | Duplicative of Trustee / No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 108: EXHIBIT 1 – DUPLICATIVE OF TRUSTEE / NO LIABILITY CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 9 | PIONEER INVESTMENT MANAGEMENT LIMITED C/O LOWENSTEIN SANDLER PC ATTN: JASON TEELE, ESQ 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 | 09/22/2009 | 08-13555 (JMP) | 34239 | $70,982,397.37* | SAPHIR FINANCE PLC - SERIES 2007-7 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 10/16/2009 | 08-13555 (JMP) | 40692 | Undetermined | Duplicative of Trustee / No Liability Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 108: EXHIBIT 1 – DUPLICATIVE OF TRUSTEE / NO LIABILITY CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 10 | PIONEER INVESTMENT MANAGEMENT LIMITED, SOLELY IN ITS CAPACITY AS INVESTMENT MANAGER TO THE FUNDS C/O LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE, ESQ. 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 | 09/22/2009 | 08-13888 (JMP) | 27755 | $70,982,397.37* | SAPHIR FINANCE PLC - SERIES 2007-7 C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 10/16/2009 | 08-13888 (JMP) | 40691 | Undetermined | Duplicate of Trustee Claim |

TOTAL    $283,929,589.48

\* - Indicates claim contains unliquidated and/or undetermined amounts