**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    08-13555 (JMP)
                                                                   :
                                                  Debtors.   :    (Jointly Administered)
------------------------------------------------------------------x

**ORDER GRANTING DEBTORS' ONE HUNDRED**
**ELEVENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

Upon the one hundred eleventh omnibus objection to claims, dated March 14, 2011 (the "Debtors' One Hundred Eleventh Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the No Liability Claims on the basis that the Debtors have no liability for such claims, all as more fully described in the Debtors' One Hundred Eleventh Omnibus Objection to Claims; and due and proper notice of the Debtors' One Hundred Eleventh Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Debtors' One Hundred Eleventh Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Debtors' One Hundred

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Debtors' One Hundred Eleventh Omnibus Objection to Claims.

Eleventh Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Debtors' One Hundred Eleventh Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims listed on <u>Exhibit 1</u> are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that the Debtors have withdrawn without prejudice the One Hundred Eleventh Omnibus Objection to Claims with respect to the claims listed on <u>Exhibit 2</u> annexed hereto; and it is further

ORDERED that the Debtors have adjourned the hearing on the One Hundred Eleventh Omnibus Objection to Claims to June 2, 2011 with respect to the claims listed on <u>Exhibit 3</u> annexed hereto; and it is further

ORDERED that the Debtors' Court-appointed claims agent is authorized and directed to reflect the No Liability Claims as disallowed and expunged pursuant to this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
April 28, 2011

                                         *s/ James M. Peck*
                                         Honorable James M. Peck
                                         United States Bankruptcy Judge

# EXHIBIT 1

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 111: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | 4KIDS ENTERTAINMENT, INC.<br>MICHAEL S. KIM<br>KOBRE & KIM LLP<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30599 | $132,320,785.05* | No Liability – Substantive |
| 2 | ATHEROS COMMUNICATIONS, INC.<br>C/O MICHAEL S. KIM<br>KOBRE & KIM LLP<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30595 | $137,356,780.67* | No Liability – Substantive |
| 3 | CLAIMANTS IN THE IN RE VIRGIN MOBILE USA IPO LITIG<br>C/O KAHN SWICK & FOTI LLC<br>12 EAST 41 ST 12TH FLOOR<br>NEW YORK, NY 10017 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11336 | Undetermined | No Liability – Substantive |
| 4 | CORNELL COMPANIES INC.<br>THOMAS R. AJAMIE<br>AJAMIE LLP<br>711 LOUISIANA, SUITE 2150<br>HOUSTON, TX 77002 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/28/2009 | 3995 | $3,650,000.00* | No Liability – Substantive |
| | | | | | TOTAL | $273,327,565.72 | |

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 111: EXHIBIT 2 – NO LIABILITY CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BANK OF AMERICA SECURITIES LLC<br>C/O FREDRIC SOSNICK & NED S. SCHODEK<br>SHEARMAN & STERLING LLP<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20126 | $1,100,000.00* | No Liability – Substantive |
| 2 | DEUTSCHE BANK SECURITIES, INC.<br>C/O DEUTSCHE BANK AG, NY BRANCH<br>ATTN: STEVEN M. HABER<br>60 WALL STREET, NYC60-3615<br>NEW YORK, NY 10005 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23528 | Undetermined | No Liability – Substantive |
| 3 | SEALED AIR CORPORATION<br>ATTN: IRA LAKRITZ, LAW DEPARTMENT<br>200 RIVERFRONT BLVD.<br>ELMWOOD PARK, NJ 07407-1033 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 08/25/2009 | 9313 | $24,700,000.00 | No Liability – Substantive |
| | | | | | TOTAL | $25,800,000.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 3

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 111: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BANCO INTERIOR DE S.A., THROUGH ALCICDES ROBERTO DE OLIVEIRA CHAVES, AS LIQUIDATOR OF BANCO INTERIOR DE SAO PAOLO, S.A RUA MAJOR EMIDIO DE CASTRO STREET, NUMBER 74 SAO JOSE DO RIO PRETO, SP 15014-420 BRAZIL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21949 | $14,000,000.00* | No Liability – Substantive |
| 2 | CERADYNE, INC. C/O SILVERMANACAMPORA LLP 100 JERICHO QUADRANGLE LLP ATTN: JAY S. HELLMAN JERICHO, NY 11753 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/15/2009 | 5358 | $100,000,000.00 | No Liability – Substantive |
| 3 | ESSEX EQUITY HOLDINGS USA, LLC ATTN: MICHAEL S. KIM KOBRE & KIM LLP 800 THIRD AVENUE NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30596 | $1,198,776,791.90* | No Liability – Substantive |
| 4 | JAS HOLDING CORPORATION 275 MADISON AVE. 36TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27386 | $1,300,000.00* | No Liability – Substantive |
| 5 | MOORE, CHARLES E. SCOTT R. LOVERNICK, ESQ. SCHWARTZ & CERA, LLP 44 MONTGOMERY STREET, SUITE 3850 SAN FRANCISCO, CA 94104 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/20/2009 | 3001 | $300,000.00 | No Liability – Substantive |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 111: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, ET. AL. C/O MICHAEL S. ETKIN AND S. JASON TEELE LOWENSTEIN SANDLER PC 65 LIVIGSTON AVENUE ROSELAND, NJ 07068 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22020 | Undetermined | No Liability – Substantive |
| 7 | RIVERSIDE HOLDINGS LLP 192 LEXINGTON AVENUE NEW YORK, NY 10016 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27384 | $6,945,592.00* | No Liability – Substantive |
| 8 | SARDIS, JEFFREY 130 SAGAMORE DRIVE PLAINVIEW, NY 11803 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27409 | $1,200,000.00* | No Liability – Substantive |
| 9 | SARDIS, JEFFREY & LAUREN SARDIS 130 SAGAMORE DRIVE PLAINVIEW, NY 11803 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 26347 | $1,200,000.00* | No Liability – Substantive |
| 10 | STATE OF NEW YORK, THE, THOMAS P. DINAPOLI, COMPTROLLER C/O MICHAEL S. ETKIN AND S. JASON TEELE LOWENSTEIN SANDLER PC 65 LIVIGSTON AVENUE ROSELAND, NJ 07068 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22019 | Undetermined | No Liability – Substantive |
| 11 | US AIRWAYS, INC. C/O STEPTOE & JOHNSON LLP ATTN: STEVEN DAVIDSON ESQ & EMILY NESTLER ESQ 1330 CONNECTICUT AVENUE, NW WASHINGTON, DC 20036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30598 | $564,661,009.45* | No Liability – Substantive |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 111: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 12 | WEISS, ROGER J AND SUZANNE, AS CO-EXECUTORS OF THE ESTATE OF STEPHEN H WEISS<br>ROGER J WEISS<br>181 HIGHLAND RD<br>RYE, NY 10580 | | Lehman No Case Asserted/All Cases Asserted | 10/01/2009 | 35916 | $400,000.00* | No Liability – Substantive |
| 13 | WESTERN DIGITAL CORP.<br>C/O SILVERMANACAMPORA LLP<br>100 JERICHO QUADRANGLE, SUITE 300<br>ATTN: JAY S HELLMAN<br>JERICHO, NY 11753 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/15/2009 | 5357 | $91,000,000.00 | No Liability – Substantive |
| | | | | | TOTAL | $1,979,783,393.35 | |

* - Indicates claim contains unliquidated and/or undetermined amounts