UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW COURT
------------------------------------------------------------------x
In re                                                                                  :    Chapter 11 Case No.
                                                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                                            :
                            Debtors.                                            :    (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' ONE HUNDRED THIRTEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY INSURANCE CLAIMS)

Upon the one hundred thirteenth omnibus objection to claims, dated March 14, 2011 (the "One Hundred Thirteenth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the No Liability Insurance Claims on the basis that the Debtors have no liability for such claims, all as more fully described in the One Hundred Thirteenth Omnibus Objection to Claims; and due and proper notice of the One Hundred Thirteenth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the One Hundred Thirteenth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the One Hundred Thirteenth Omnibus Objection to Claims

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the One Hundred Thirteenth Omnibus Objection to Claims.

establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the One Hundred Thirteenth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the No Liability Insurance Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that the Debtors' Court-appointed claims agent is authorized and directed to reflect the No Liability Insurance Claims as disallowed and expunged pursuant to this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
April 28, 2011

*s/ James M. Peck*
Honorable James M. Peck
United States Bankruptcy Judge

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 113: EXHIBIT 1 – NO LIABILITY INSURANCE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ARCH<br>ARCH INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>53RD FLOOR<br>NEW YORK, NY 10006 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32210 | Undetermined | No Liability |
| 2 | ARCH<br>ARCH SPECIALTY INSURANCE COMPANY<br>53RD FLOOR<br>NEW YORK, NY 10006 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32281 | Undetermined | No Liability |
| 3 | ARCH<br>1 LIBERTY PLAZA - 17TH FL<br>NEW YORK, NY 100061414 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32282 | Undetermined | No Liability |
| 4 | ARCH<br>ARCH INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>53RD FLOOR<br>NEW YORK, NY 10006 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32285 | Undetermined | No Liability |
| 6 | ARCH<br>ARCH INSURANCE COMPANY<br>ONE LIBERTY PLAZA<br>53RD FLOOR<br>NEW YORK, NY 10006 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32286 | Undetermined | No Liability |
| 6 | ARCH INSURANCE COMPANY<br>EXECUTIVE ASSURANCE CLAIMS<br>(CLAIM NO.: IAP0018995-01)<br>ONE LIBERTY PLAZA, 53RD FLOOR<br>NEW YORK, NY 10006 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32283 | Undetermined | No Liability |
| 7 | ARCH INSURANCE COMPANY<br>1 LIBERTY PLZ FL 17<br>NEW YORK, NY 100061415 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32284 | Undetermined | No Liability |
| | | | | | TOTAL | Undetermined | |

\* - Indicates claim contains unliquidated and/or undetermined amounts