**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x
In re                                                                          :    Chapter 11 Case No.
                                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                                                  :
                                                    Debtors.          :    (Jointly Administered)
----------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' ONE HUNDRED FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the One Hundred Fifteenth objection to claims, dated March 14, 2011 (the "One Hundred Fifteenth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability Claims on the grounds that they assert claims for which the Debtors have no liability, all as more fully described in the One Hundred Fifteenth Omnibus Objection to Claims; and due and proper notice of the Eightieth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for Region 2; (vi) the claimants listed on Exhibit A attached to the One Hundred Fifteenth Omnibus Objection to Claims; and (vii) all other parties entitled to notice in

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred Fifteenth Omnibus Objection to Claims.

accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635]; and the Court having found and determined that the relief sought in the One Hundred Fifteenth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the One Hundred Fifteenth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the One Hundred Fifteenth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto (collectively, the "No Liability Claims") are disallowed and expunged in their entirety with prejudice; *provided, however*, that with respect to Claim Numbers 6213, 6214, 7323 and 9598, only the portion of such claims that relates to the warrants issued by Malachite is disallowed and expunged and the remainder of such claims shall remain on the Debtors' claims register in the amounts set forth on Exhibit 1, subject to the Debtors rights to object to the remaining portion of such claims on all grounds; and it is further

ORDERED that the Debtors have adjourned to June 2, 2011 (or as may be further adjourned by the Debtors) the One Hundred Fifteenth Omnibus Objection to Claims with respect to the claim listed on Exhibit 2 annexed hereto; and it is further

2

ORDERED that this Order supersedes all previous orders regarding the No Liability Claims listed on <u>Exhibit 1</u> annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      April 28, 2011

                                                *s/ James M. Peck*
                                                Honorable James M. Peck
                                                United States Bankruptcy Judge

# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 115: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | ARRAMREDDY, SUJITH K. AND YAMINI R. TTEES<br>ARRAMREDDY 2003 LIVING TRUST<br>7131 HEARTLAND WAY<br>SAN JOSE, CA 95135 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/07/2009 | 5165 | $177,795.00 |
| 2 | CASE, JOHN<br>153 DOSORIS LANE<br>GLEN COVE, NY 11542 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16249 | Undetermined |
| 3 | DEMATTEIS, NANCY<br>C/O THE DEMATTEIS TRUSTS<br>1230 RXR PLAZA<br>12TH FLOOR WEST TOWER<br>UNIONDALE, NY 11556-1230 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17391 | Undetermined |
| 4 | DEMATTEIS, SCOTT L.<br>820 ELMONT ROAD<br>ELMONT, NY 11003 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17397 | Undetermined |
| 5 | EINSIDLER, LEE<br>181 EAST 65TH STREET<br>APT 7D<br>NEW YORK, NY 10021 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13482 | Undetermined |
| 6 | FRANK, FREDERICK TTEE<br>FREDERICK FRANK REV TRUST<br>DTD 11/28/2006<br>109 EAST 91ST STREET<br>NEW YORK, NY 10128-1601 | | Lehman No Case Asserted/All Cases Asserted | 08/28/2009 | 9598[1] | $644,175.15 |

---

[1] Claim 9598 is being expunged solely with respect to its asserted claim of $513,000 for the security with CUSIP No. 56089L117. The portion of Claim 9598 that is asserting a claim of $131,175.15 for the security with CUSIP No. 5249351141 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 9598 in the future.

\* - Indicates claim contains unliquidated and/or undetermined amounts            Page 1 of 4

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 115: EXHIBIT 1 – NO LIABILITY CLAIMS

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 7 | GADIRAJU, SAI & VANAJA, TTEES FBO GADIRAJU 2002 LIVING TRUST MR & MRS SAI GADIRAJU 7084 WILDERNESS CIRCLE SAN JOSE, CA 95135-2244 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/19/2009 | 4436 | $219,510.00 |
| 8 | GALLATIN, RONALD L., TTEE 17061 BROOKWOOD DRIVE BOCA RATON, FL 33496 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18618 | Undetermined |
| 9 | GOLDMAN ASSOCIATES MICHAEL J GOLDMAN 17305 ST JAMES COURT BOCA RATON, FL 33496 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26272 | Undetermined |
| 10 | GOLDMAN, EILEEN 17305 ST. JAMES COURT BOCA RATON, FL 33496 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26096 | Undetermined |
| 11 | IRAGORRI, JULIAN PORTER HOUSE CONDOMINIUM 66 9TH AVENUE, APT 5E NEW YORK, NY 10011 | | Lehman No Case Asserted/All Cases Asserted | 07/31/2009 | 6911 | $32,792.50 |
| 12 | IRELAND, DOUGLAS M. & MARY J. JTWROS 17 SIERRA AVENUE PIEDMONT, CA 94611-3815 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/23/2009 | 4971 | $84,312.50 |
| 13 | JT SERKO LP 7 WHITEGATE DRIVE OLD BROOKVILLE, NY 11545 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17394 | Undetermined |
| 14 | LANGER INVESTMENT PARTNERS 5144 E. PALOMINO ROAD PHOENIX, AZ 85018 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15404 | Undetermined |
| 15 | MAMIYE, CHARLES 112 WEST 34TH ST. SUITE 1000 NEW YORK, NY 10120 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15751 | Undetermined |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 115: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 16 | MICHAEL S. GOLDBERG 1992 GRANTOR TRUST<br>913 PONUS RIDGE ROAD<br>NEW CANAAN, CT 06840 | | Lehman No Case Asserted/All Cases Asserted | 08/19/2009 | 8675 | $118,530.00 |
| 17 | MOORE, MARY NAVARRE<br>2444 BROAD STREET<br>CHATTANOOGA, TN 37408 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/10/2009 | 65897 | $102,362.50 |
| 18 | MOORE, MARY NAVARRE<br>2444 BROAD STREET<br>CHATTANOOGA, TN 37408 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/10/2009 | 65896 | $102,603.85 |
| 19 | OBENSHAIN, WILLIAM A., TTEE<br>WM. A. UBENSHAIN TRUST U/A 1/19/2004<br>2236 LINCOLN PARK WEST<br>CHICAGO, IL 60614-3814 | | Lehman No Case Asserted/All Cases Asserted | 09/15/2009 | 12981 | $263,400.00 |
| 20 | REGENCY EQUITY GROUP LLC<br>1250 BROADWAY - SUITE 1203<br>NEW YORK, NY 10001 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14030 | Undetermined |
| 21 | REY FAMILY TRUST<br>15 WINDSONG WAY<br>LAFAYETTE, CA 94549 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/20/2009 | 5765 | $110,205.00 |
| 22 | RICH AND HEIDI SKRENTA COMMUNITY PROPERTY<br>103 DEER LANE<br>SAN CARLOS, CA 94070 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6214[2] | $276,290.30 |

---

[2] Claim 6214 is being expunged solely with respect to its asserted claim of $118,775 for securities with the CUSIP No. 56089L117.  The portion of Claim 6214 that is asserting a claim totaling $157,535.30 for the securities with CUSIP Nos. 52520W143 and 5249351141 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 6214 in the future.  The portion of Claim 6214 that is asserting a claim totaling $25,005.15 for securities with CUSIP No. 5252M0ED5 was previously expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims dated January 21, 2011 [Docket No. 14094].

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 115: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 23 | THE JETTER LIVING TRUST<br>417 MANZANITA AVENUE<br>CORTE MADERA, CA 94925 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6213[3] | $185,497.00 |
| 24 | TITAN EQUITY GROUP LLC<br>1250 BROADWAY - SUITE 1203<br>NEW YORK, NY 10001 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 14029 | Undetermined |
| 25 | VEGESNA, RAJU & BALA - TTEES VEGESNA FAMILY TRUST<br>MR. AND MRS. RAJU VEGESNA<br>5808 TROWBRIDGE WAY<br>SAN JOSE, CA 95123-2362 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 05/15/2009 | 4372 | $1,481,625.00* |
| 26 | ZWARENSTEIN & HIRMAND TRUST<br>54 MOUNT HAMILTON AVE<br>LOS ALTOS, CA 94022-2233 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 08/04/2009 | 7323[4] | $215,608.00 |
| | | | | | TOTAL | $4,164,711.95 |

---

[3] Claim 6213 is being expunged solely with respect to its asserted claim of $118,775 for securities with the CUSIP No. 56089L117. The portion of Claim 6213 that is asserting a claim totaling $66,742 for the securities with CUSIP No. 5249351141 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 6213 in the future. The portion of Claim 6213 that is asserting a claim totaling $125,000 for securities with CUSIP Nos. 5252M0ED5 and 52517P6Y2 was previously expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims dated January 21, 2011 [Docket No. 14094].

[4] Claim 7323 is being expunged solely with respect to its asserted claim of $150,017.85 for the security with CUSIP No. 56089L117. The portion of Claim 7323 that is asserting a claim of $65,590.15 for the security with CUSIP No. 5249351141 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 7323 in the future.

\* - Indicates claim contains unliquidated and/or undetermined amounts                                    Page 4 of 4

# EXHIBIT 2

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 115: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | GOLDMAN, MICHAEL J<br>17305 ST JAMES COURT<br>BOCA RATON, FL 33496 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26271 | Undetermined |
| | | | | **TOTAL** | | **Undetermined** |

* - Indicates claim contains unliquidated and/or undetermined amounts