**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re:                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC.,               Case No. 08-13555 (JMP)
et al.,                                                                   (Jointly Administered)

       Debtors.
_____/

**NOTICE OF WITHDRAWAL OF
MOTION FOR RELEASE OF ESCROWED FUNDS HELD BY DEBTOR**

      COMES NOW Creditor, MERIT FLOORS, INC., by and through the undersigned attorneys admitted in this matter *pro hac vice*, and hereby withdraws its Motion for Release of Escrowed Funds Held by the Debtor (D.E. 3509) filed on April 23, 2009.

Dated:  April 28, 2011

                                               KELLEY & FULTON, P.L.
                                               Attorneys for Creditor Merit Floors, Inc.
                                               1665 Palm Beach Lakes Blvd.
                                               Suite 1000
                                               West Palm Beach, Florida 33401
                                               Telephone No.:  (561) 491-1200
                                               Facsimile No.:  (561) 684-3773


                                             By:  /s/ Craig I. Kelley
                                                  CRAIG I. KELLEY, Esquire
                                                  Florida Bar No.: 782203