**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) (Jointly Administered) |
| Debtors. _____/ | |

**NOTICE OF FILING OF
WITHDRAWAL OF CLAIM WITH PREJUDICE**

COMES NOW Creditor, MERIT FLOORS, INC., by and through the undersigned attorneys admitted in this matter *pro hac vice*, and hereby files the attached Withdrawal of Claim with Prejudice.

Dated: April 28, 2011

                                                KELLEY & FULTON, P.L.
                                                Attorneys for Creditor Merit Floors, Inc.
                                                1665 Palm Beach Lakes Blvd.
                                                Suite 1000
                                                West Palm Beach, Florida 33401
                                                Telephone No.: (561) 491-1200
                                                Facsimile No.: (561) 684-3773

                                                By: /s/ Craig I. Kelley
                                                    CRAIG I. KELLEY, Esquire
                                                    Florida Bar No.: 782203

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              :        Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :        08-13555 (JMP)
                                                   :
                                    Debtors.       :        (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM WITH PREJUDICE

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc (08-13555) |
|---|---|
| Creditor Name and Address: | Merit Floors, Inc.<br>9253 NW 100th Street<br>Miami, Fl. 33178 |
| Claim Number (if known): | 8167 |
| Date Claim Filed: | 2/19/09 |
| Total Amount of Claim Filed: | $ 18,249.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw with prejudice the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| Printed Name: | Dated: |