WINSTON & STRAWN LLP
David Neier
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
dneier@winston.com

*Attorneys for Federal National Mortgage Association*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x
In re:                                                   : Chapter 11
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 : Case No. 08-13555 (JMP)
                                                         : Jointly Administered
                                        Debtors.         :
--------------------------------------------------------- x

**NOTICE OF INTENT TO PARTICIPATE IN**
**DISCOVERY RELATED TO PLAN CONFIRMATION**

PLEASE TAKE NOTICE THAT Federal National Mortgage Association ("Fannie Mae") in Conservatorship,[1] has filed proofs of claims, including Claim Nos. 29557, 29556 and 40611, against Lehman Brothers Holdings Inc. in the liquidated amount of $15,929,635,000 (plus additional unliquidated amounts) and Lehman Brothers Special Financing in the liquidated amount of $120,189,000 (plus additional unliquidated amounts) and is a party of interest in the confirmation of a plan in the above-captioned chapter 11 cases (the "Chapter 11 Cases") on the basis that Fannie Mae is a large creditor whose claims may be impacted by the provisions of the competing plans.

PLEASE TAKE FURTHER NOTICE that, subject to any objections by the Debtors or the Statutory Committee of Unsecured Creditors appointed in the Chapter 11 Cases and/or any

---

[1] Federal Housing Financing Agency ("FHFA") is the Conservator of Fannie Mae pursuant to the Housing and Economic Recovery Act of 2008, 12 U.S.C. § 4501, *et seq.* (2008).

limitations imposed by the Court, the above-named party in interest, and counsel to each of Fannie Mae and FHFA, intend to participate as follows in Plan Discovery, as defined in the Order Establishing Procedures in Connection with Discovery Related to Plan Confirmation and Other Issues, entered by the Court on April 14, 2011 [Docket No. 16003]:

Dated: April 28, 2011
       New York, New York

                              WINSTON & STRAWN LLP

                              By:   /s/ David Neier
                                   David Neier
                              200 Park Avenue
                              New York, N.Y. 10166
                              Telephone (212) 294-6700
                              Facsimile (212) 294-4700
                              denier@winston.com

                              *Counsel to Federal National Mortgage Association*

**Contact Information for Party in Interest (address, phone and email):**

Peter McGonigle
Deputy General Counsel
Federal National Mortgage Association
1835 Market Street, Suite 2300
Philadelphia, PA 19103
Telephone: (215) 575-1578
Facsimile: (240) 699-2178
peter_mcgonigle@fanniemae.com

**Contact Information for Attorneys for Party in Interest (address, phone and email):**

David Neier
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
dneier@winston.com

[Continues on following page]

| | |
|---|---|
| Richard M. Alexander | Michael Canning |
| Arnold & Porter LLP | Arnold & Porter LLP |
| 555 Twelfth Street, NW | 399 Park Avenue |
| Washington, D.C. 20004 | New York, New York 10022 |
| Telephone: (202) 942-5728 | Telephone: (212) 715-1110 |
| Facsimile: (202) 942-5999 | Facsimile: (212) 715-1399 |
| Richard.Alexander@aporter.com | Michael.Canning@aporter.com |

**Contact Information for Advisors for Party in Interest (address, phone and email):**

N/A

**Designation of Contact(s) to Receive Any Notice(s) Required Under the Order (address, phone and email):**

David Neier
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
dneier@winston.com

| | |
|---|---|
| Richard M. Alexander | Michael Canning |
| Arnold & Porter LLP | Arnold & Porter LLP |
| 555 Twelfth Street, NW | 399 Park Avenue |
| Washington, D.C. 20004 | New York, New York 10022 |
| Telephone: (202) 942-5728 | Telephone: (212) 715-1110 |
| Facsimile: (202) 942-5999 | Facsimile: (212) 715-1399 |
| Richard.Alexander@aporter.com | Michael.Canning@aporter.com |

**Group that Participant elects to join (pursuant to Paragraph 3(b) of the Order):**

3(b)(i) – the direct creditors of Lehman Brothers Holdings Inc.[2]

---

[2] Fannie Mae holds claims represented by other groups, and reserves its right to assert such claims fully and make requests relating to any chapter 11 issues.