**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
:
In re                                                     :        Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,              :        **08-13555 (JMP)**
:        **(Jointly Administered)**
Debtors.                                 :
:
-------------------------------------------------------------------------x     **Ref. Docket Nos. 16200-16207**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 21, 2011, I caused to be served the:

    a.  "Notice of Adjournment of Debtors' Seventy-Fourth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests) Solely as to Certain Claims," dated April 21, 2011 [Docket No. 16200], (the "74th Omni NOA"),

    b.  "Notice of Adjournment of Debtors' Seventy-Fifth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests) Solely as to Certain Claims," dated April 21, 2011 [Docket No. 16201], (the "75th Omni NOA"),

    c.  "Notice of Adjournment of Debtors' Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated April 21, 2011 [Docket No. 16202], (the "86th Omni NOA"),

    d.  "Notice of Adjournment of Debtors' Eighty-Seventh Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated April 21, 2011 [Docket No. 16203], (the "87th Omni NOA"),

    e.  "Notice of Adjournment of Debtors' Eighty-Eighth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated April 21, 2011 [Docket No. 16204], (the "88th Omni NOA"),

    f.  "Notice of Adjournment of Debtors' Eighty-Ninth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated April 21, 2011 [Docket No. 16205], (the "89th Omni NOA"),

g.  "Notice of Adjournment of Debtors' Ninetieth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated April 21, 2011 [Docket No. 16206], (the "90th Omni NOA"), and

h.  "Notice of Adjournment of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) Solely as to Certain Claims," dated April 21, 2011 [Docket No. 16207], (the "92nd Omni NOA"),

by causing true and correct copies of the:

i.  74th Omni NOA, 75th Omni NOA, 86th Omni NOA, 87th Omni NOA, 88th Omni NOA, 89th Omni NOA, 90th Omni NOA and 92nd Omni NOA, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii.  74th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

iii.  75th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

iv.  86th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D,

v.  87th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E,

vi.  88th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit F,

vii.  89th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit G,

viii.  90th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit H,

ix.  92nd Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit I, and

x.  74th Omni NOA, 75th Omni NOA, 86th Omni NOA, 87th Omni NOA, 88th Omni NOA, 89th Omni NOA, 90th Omni NOA and 92nd Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit J.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                    */s/ Pete Caris*
                                                    Pete Caris

Sworn to before me this
22nd day of April, 2011
*/s/ Cassandra Murray*
Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
alum@ftportfolios.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpiazza@hodgsonruss.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com

drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heidi@crumbielaw.com
heim.steve@dorsey.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com

jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

| | |
|---|---|
| jwallack@goulstonstorrs.com | lubell@hugheshubbard.com |
| jwang@sipc.org | lwhidden@salans.com |
| jwcohen@daypitney.com | mabrams@willkie.com |
| jweiss@gibsondunn.com | maofiling@cgsh.com |
| jwest@velaw.com | marc.chait@standardchartered.com |
| jwh@njlawfirm.com | margolin@hugheshubbard.com |
| jwhitman@entwistle-law.com | mark.deveno@bingham.com |
| k4.nomura@aozorabank.co.jp | mark.ellenberg@cwt.com |
| karen.wagner@dpw.com | mark.houle@pillsburylaw.com |
| kdwbankruptcydepartment@kelleydrye.com | mark.sherrill@sutherland.com |
| keith.simon@lw.com | martin.davis@ots.treas.gov |
| ken.coleman@allenovery.com | marvin.clements@ag.tn.gov |
| ken.higman@hp.com | matt@willaw.com |
| kgwynne@reedsmith.com | matthew.klepper@dlapiper.com |
| kiplok@hugheshubbard.com | mbenner@tishmanspeyer.com |
| kkelly@ebglaw.com | mberman@nixonpeabody.com |
| klyman@irell.com | mbienenstock@dl.com |
| kmayer@mccarter.com | mbossi@thompsoncoburn.com |
| kobak@hugheshubbard.com | mcademartori@sheppardmullin.com |
| korr@orrick.com | mcordone@stradley.com |
| kostad@mofo.com | mcto@debevoise.com |
| kovskyd@pepperlaw.com | mdorval@stradley.com |
| kowens@foley.com | meltzere@pepperlaw.com |
| kpiper@steptoe.com | metkin@lowenstein.com |
| kressk@pepperlaw.com | mfeldman@willkie.com |
| kreynolds@mklawnyc.com | mgordon@briggs.com |
| krosen@lowenstein.com | mgreger@allenmatkins.com |
| kuehn@bragarwexler.com | mh1@mccallaraymer.com |
| kurt.mayr@bgllp.com | mhanchet@mayerbrown.com |
| lacyr@sullcrom.com | mhopkins@cov.com |
| landon@streusandlandon.com | michael.frege@cms-hs.com |
| lathompson@co.sanmateo.ca.us | michael.kim@kobrekim.com |
| lawallf@pepperlaw.com | millee12@nationwide.com |
| lberkoff@moritthock.com | miller@taftlaw.com |
| lee.stremba@troutmansanders.com | mimi.m.wong@irscounsel.treas.gov |
| lgranfield@cgsh.com | mitchell.ayer@tklaw.com |
| lhandelsman@stroock.com | mjacobs@pryorcashman.com |
| linda.boyle@twtelecom.com | mjedelman@vedderprice.com |
| lisa.ewart@wilmerhale.com | mjr1@westchestergov.com |
| lisa.kraidin@allenovery.com | mkjaer@winston.com |
| ljkotler@duanemorris.com | mlahaie@akingump.com |
| lmarinuzzi@mofo.com | mlandman@lcbf.com |
| lmay@coleschotz.com | mlynch2@travelers.com |
| lmcgowen@orrick.com | mmendez@hunton.com |
| lml@ppgms.com | mmooney@deilylawfirm.com |
| lnashelsky@mofo.com | mmorreale@us.mufg.jp |
| loizides@loizides.com | mneier@ibolaw.com |
| lromansic@steptoe.com | monica.lawless@brookfieldproperties.com |
| lscarcella@farrellfritz.com | mpage@kelleydrye.com |
| lschweitzer@cgsh.com | mprimoff@kayescholer.com |
| lthompson@whitecase.com | mpucillo@bermanesq.com |

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

| | |
|---|---|
| mrosenthal@gibsondunn.com | rgmason@wlrk.com |
| mruetzel@whitecase.com | rgraham@whitecase.com |
| mschimel@sju.edu | rgraham@whitecase.com |
| mshiner@tuckerlaw.com | rhett.campbell@tklaw.com |
| msiegel@brownrudnick.com | richard.lear@hklaw.com |
| mspeiser@stroock.com | richard.levy@lw.com |
| mstamer@akingump.com | richard.tisdale@friedfrank.com |
| mvenditto@reedsmith.com | ritkin@steptoe.com |
| mwarren@mtb.com | rjones@boultcummings.com |
| ncoco@mwe.com | rlevin@cravath.com |
| neal.mann@oag.state.ny.us | rmatzat@hahnhessen.com |
| ned.schodek@shearman.com | rnetzer@willkie.com |
| newyork@sec.gov | rnorton@hunton.com |
| nfurman@scottwoodcapital.com | robert.bailey@bnymellon.com |
| nherman@morganlewis.com | robert.dombroff@bingham.com |
| nissay_10259-0154@mhmjapan.com | robert.henoch@kobrekim.com |
| nlepore@schnader.com | robert.malone@dbr.com |
| notice@bkcylaw.com | robert.yalen@usdoj.gov |
| oipress@travelers.com | robertdakis@quinnemanuel.com |
| omeca.nedd@lovells.com | robin.keller@lovells.com |
| paronzon@milbank.com | roger@rnagioff.com |
| patrick.oh@freshfields.com | ronald.silverman@bingham.com |
| paul.turner@sutherland.com | rqureshi@reedsmith.com |
| pbattista@gjb-law.com | rreid@sheppardmullin.com |
| pbosswick@ssbb.com | rroupinian@outtengolden.com |
| pdublin@akingump.com | rrussell@andrewskurth.com |
| peisenberg@lockelord.com | rterenzi@stcwlaw.com |
| peter.gilhuly@lw.com | rtrust@cravath.com |
| peter.macdonald@wilmerhale.com | russj4478@aol.com |
| peter.simmons@friedfrank.com | rwasserman@cftc.gov |
| peter@bankrupt.com | rwyron@orrick.com |
| pfeldman@oshr.com | s.minehan@aozorabank.co.jp |
| phayden@mcguirewoods.com | sabin.willett@bingham.com |
| pmaxcy@sonnenschein.com | sabramowitz@velaw.com |
| ppascuzzi@ffwplaw.com | sagolden@hhlaw.com |
| ppatterson@stradley.com | sally.henry@skadden.com |
| psp@njlawfirm.com | sandyscafaria@eaton.com |
| ptrostle@jenner.com | sara.tapinekis@cliffordchance.com |
| pwright@dl.com | sbernstein@hunton.com |
| r.stahl@stahlzelloe.com | scargill@lowenstein.com |
| raj.madan@bingham.com | schannej@pepperlaw.com |
| rajohnson@akingump.com | schepis@pursuitpartners.com |
| ramona.neal@hp.com | schnabel.eric@dorsey.com |
| ranjit.mather@bnymellon.com | schristianson@buchalter.com |
| rbeacher@pryorcashman.com | schwartzmatthew@sullcrom.com |
| rbyman@jenner.com | scottshelley@quinnemanuel.com |
| rdaversa@orrick.com | scousins@armstrongteasdale.com |
| relgidely@gjb-law.com | sdnyecf@dor.mo.gov |
| rfleischer@pryorcashman.com | sehlers@armstrongteasdale.com |
| rfrankel@orrick.com | sfelderstein@ffwplaw.com |
| rfriedman@silvermanacampora.com | sfineman@lchb.com |

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tweeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BOWAUT, INC. | 16 CHERRYMOOR DRIVE ENGLEWOOD CO 80113 |
| STAINKAMP, GLORIA A. | 71 HUDSON PARK RD NEW ROCHELLE NY 10805 |
| STOLK, HERMAN | 12492 MASTERS RIDGE DRIVE JACKSONVILLE FL 32225 |
| STOLK, SANDRA M. | 12492 MASTERS RIDGE DRIVE JACKSONVILLE FL 32225 |
| THOMPSON, PETER | 2710 MCDIVITT RD. MADISON WI 53713 |
| THOMPSON, PETER SEP IRA | 2710 MCDIVITT RD. MADISON WI 53713 |

**Total Creditor count  6**

**EXHIBIT C**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LUCKY ASIA TRADING LIMITED | C/O CHIGWELL CHANCE LIMITED FLAT A, 7/F, MILTON MANSION 96, NATHAN ROAD KOWLOON HONG KONG |
| ZITO, ROBERT L. | 4600 N SUNCASTLE CT. APPLETON WI 54913 |

**Total Creditor count  2**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| CALAMANDA MANUEL PLENS | PLACA DEL MERCAT, 17 BELLCAIRE D'URGELL 25337 SPAIN |
| CAMPAGNER, ANTONELLA | C/DISEMINADOS 18 ALQUERIA BLANCA BALEARES 07691 SPAIN |
| CARRENO, CRISTINA LURRUENA | FRANCISCO GERVAS 17 1ST MADRID 28020 SPAIN |
| CEBRIAN, FERNANDO ENGUIDANOS & | CLEMENTE, MARIA BELEN VELEZ CL. ALCALDE MARTINEZ DE LA OSSA, 2 ALBACETE 02001 SPAIN |
| CESARIO, FABRIZIO | FLAT 1 12 REDCLIFFE SQUARE LONDON SW10 9JZ UNITED KINGDOM |
| CESARIS, FABRIZIO | FLAT 1 12 REDCLIFFE SQUARE LONDON SW10 9JZ UNITED KINGDOM |
| COHN, DAVID NATHAN AND AMELIA MORENO ROSILLO | TRES PECES 14 ESTUDIO MADRID E-28012 SPAIN |
| COMERCIAL JORDI S.A. | GREMI SELLETERS I BASTERS, 14 PALMA DE MALLORCA 07009 SPAIN |
| COSTERS-VAN LEEMPUTTEN, ALFONS | VRIJE JACHTLAAN 1 TREMELO 3120 BELGIUM |
| DANIEL REIS MARTINS | 19 RUE D'HAROUIN FOUG 54570 FR |
| DE LA ROSA DIAZ, JOSE ANTONIO | CALLE JULIAN SANZ IBANEZ 44 4 C ZARAGOZA 50017 SPAIN |
| ELI, AHARON | 15 SIRKIN ST. HAIFA 33115 ISRAEL |
| ELYASHIV, SHMUEL | MOSHAV BEF ELAZARI 86 76803 ISRAEL |
| FRANCISCO FERNANDEZ ROIG | C1 VIRGEN DEL ROSARIO 7 1 TORRENT 46900 SPAIN |
| FRANCO, JOSE LUIS CAJAL & CASABELLA, CLARA LATORRE | AVDA. PABLO GARGALLO 105 4 B ZARAGOZA 50003 SPAIN |
| GALVEZ, NEUS PENA | SAINT IGNASI, 502 TERRASSA 08221 SPAIN |
| JAMES C. MOORE | LAW OFFICE OF JAMES C. MOORE 1600 BAUSCH & LOMB PLACE ROCHESTER NY 14604-2711 |

**Total Creditor count  17**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| GOLDMAN, RON AND OR ORNA | 25/31 BEN-YOSEF ST TEL-AVIV 69125 ISRAEL |
| HALEBY, HENRY MANZANO | CURICO 18 OFICINA 501 SANTIAGO CHILE |
| HELGE NABER | 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| KUX, JOHANNES | FEUERBACHSTR. 7 NEUMUENSTER 24539 GERMANY |
| MARCOS, PILAR LUEJE | C/ZURBARAN, 9 ESC. DCHA. 6C MADRID 28010 SPAIN |
| MARTINEZ JIMENEZ, MARIA TERESA | C. MANUEL AGUILAR MUNOZ, NO. 17 MADRID 68042 SPAIN |
| MEURER, HORST & ELISABETH, DR.'S | LEUTFRESSERWEG 29 97082 WURZBURG GERMANY |
| PANVEST LTD | 21 THIRD AVE SINGAPORE 266594 SINGAPORE |

**Total Creditor count  8**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| JEROEN RASKIN & NICOLE SEGERS | MONARD - D'HULST GOUVERNEUR ROPPESINGEL 131 3500 HASSELT BE |
| PRIJS, BEN | ZONNEBLOEMLAAN 7 AERDENHOUT 2111 ZD NETHERLANDS |
| PRIJS-LIPS, J.M. | ZONNEBLOEMLAAN 7 AERDENHOUT 2111 ZD NETHERLANDS |
| RAM, JACOB | 4 ITZHAK MANGER STREET HERZELIYA 46681 ISRAEL |
| RUIZ-TARIADOR LARRAZABAL, JOSE-MANUEL | C/ FUENTE DEL BERRO NO. 10-6-B. MADRID 28009 SPAIN |
| SOUSA, JOSE MARTINHO SILVA | BANCO POPULAR PORTUGAL, S.A. ATTN: MIGUEL SILVA R.RAMALHO ORTIGAO, 51-2 LISBOA 1099-090 PORTUGAL |
| SOUSA, JOSE MARTINHO SILVA | RUA ZE DO TELHADO, 79 MARCO CANAVESES 4630-309 PORTUGAL |
| STOCKER, HANNELORE | LE PARADOR I 7 CHEMIN CROVETTO FRERES 98000 MONACO |
| STOTT, JEAN TODD | PORT DE LA BONAIGUA 9 VALLIRANA BARCELONA 08759 SPAIN |
| SUBIRA, JUAN ANTONIO MARCOS | C/BOLIVIA, 17-8 0 D MADRID 28016 SPAIN |
| WEIGELT, MARCO | POTSDAMER STR. 9 ZIERENBERG 32489 GERMANY |

**Total Creditor count  11**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| BORREMANS, LUCIEN – DRIES, ELISA | WYCKMANSVELD 6 B-2850 BOOM BELGIUM |
| BUYS, GRETA | BELLESTRAAT 75 A SINT-NIKLAAS B-9100 BELGIUM |
| CARDOEN, MARIJKE | IZEGEMSESTRAAT 6 ROESELAVE 8800 BELGIUM |
| CAREPROVAN PRIVATE STICHTING | CIAMBERLANIDREEF 34 BEVEREN-WAAS B9120 BELGIUM |
| COK, JOOP | MIKSEBAAN 232 BUS 4 BRASSCHAAT B-2930 BELGIUM |
| DE BLIECK, BENOIT | ZEEDIJK-HET ZOUTE 773/51 KNOKKE-HEIST 8300 BELGIUM |
| DE CLEEN, WALTER AND ANDIMIGNON, VERONIQUE | GENTSEWEG 172 BEVEREN B-9120 BELGIUM |
| DE URIES-SCHEIBERLICH, W.E. | EDISONSTRAAT 10 BADHOEUEDORP 1171 AL NETHERLANDS |
| DE VILLE, DOMINIQUE | RUE SAINT MARTIN, 28 NIL-ST-VINCENT 1457 BELGIUM |
| DU MORTIER-HOUYET, CHRISTIAN (MR. & MRS.) | AVENUE WINTERBERG, 17 RIXENSART 1130 BELGIUM |
| DUMOLIN, DIDIER | J. VAM EYCKSTRAAT 4 MARKE 8510 BELGIUM |
| DUMOLIN, PIERRE | MGR. DE HAERMELAAN 70 KORTRYK 8500 BELGIUM |
| ERIC SCHNABEL | DORSEY & WHITNEY LLP 300 DELAWARE AVENUE SUITE 1010 WILMINGTON DE 19801 |
| FLOS, GILBERTA | STATIONSTRAAT 28 D GEEL B-2440 BELGIUM |
| FONDATION JEAN PRAET A.S.B.L. | BOULEVARD LAMBERMONT 63 BRUSSELS 1030 BELGIUM |
| HANDELMIJ VAN PERNIS B.V. | P/A HEIDEROOSWEG 1 BEEKBERGEN 7361 GG NETHERLANDS |
| HIJMANS, R.A. | CANADASTRAAT 11 HOLTEN 7451 ZJ NETHERLANDS |
| HULET, ANDRE | RUE DES HAIES 14 GERPINNES 6280 BELGIUM |
| HULET, PIERRE | LAURENCE HULET CHEMIN DAMES AVELINES 26 SART DAMES AVELINES 1495 BELGIUM |
| HULET, PIERRE | RUE L HEC Q 64 EPINOIS 7134 BELGIUM |
| JAMES C. MOORE | LAW OFFICE OF JAMES C. MOORE 1600 BAUSCH & LOMB PLACE ROCHESTER NY 14604-2711 |
| JASO, BM | STREEPSTRAAT 58 KAPELLEN B-2950 BELGIUM |
| KROON, M. AND DRONK, S. | P/A HARINGVLIET 387 ROTTERDAM 3011 ZP NETHERLANDS |
| KUPPENS-VAN DEN BROECK | PROVINCIEBAAN 11 RETIE B-2470 BELGIUM |
| LEENKNECHT, NORBERT – THERESE LECLUYSE | GROTE MARKT 35 BUS 53 KORTRIJK 8500 BELGIUM |
| LIESTEKRI, BM | SEVENHANSLEI 47 KAPELLEN B-2950 BELGIUM |
| P.J.G. SCHNEITS | RSM WEHRENS, MENNEN & DEVRIES BEKKERWEG 10, POSTBUS 6005 6401 HEERLEN NL |
| VUKAILOVIC, ALEX | HOEHENBLICK 52A FRANKFURT 60431 GERMANY |
| WEEMAES, CHRISTEL | TIJMSTRAAT 17 MELSELE B9120 BELGIUM |
| WEEMAES, MONIQUE | OUDE ZANDSTRAAT 72 BEVEREN-WAAS B-9120 BELGIUM |
| WEEMAES, MUSSCHE | GROTE MARKT 32 D32 BEVEREN-WAAS B-9120 BELGIUM |
| WEISMIES | ROGGESTRAAT 24 KERBERGEN B-3140 BELGIUM |

**Total Creditor count  32**

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| JOOST LE CLERQ | BRADA KUTTNER KONINGINNEWEG 6 1075 AMSTERDAM NL |
| MICHEL, KARIL | HOUCHENEE 28 TAVIER 4163 BELGIUM |
| MISSUWE, BALS | SERINGENLAAN 10 SCHILDE B-2970 BELGIUM |
| MULLENS | DIESTERSTEENWEG 23 HALEN 3545 BELGIUM |
| NOYEN-RUELENS, VAN | RIDDER DESSAINLAAN 59 MECHELEN B-2800 BELGIUM |
| NYSSENS, ALAIN | AVENUE DE L'OREE 24/BTE 2 BRUSSELS 1000 BELGIUM |
| PEARSON, COLIN W. | VEELMANLANDEN 38 ENSCHEDE 7542 MB NETHERLANDS |
| PRIEMS-BRESSER | ALBERTPLEIN 16 BUS 72 KNOKKE-HEIST B-8300 BELGIUM |
| PROMIN VZW | WINTERLING 7 MERKSEM B-2170 BELGIUM |
| REPER, FRANS | CHAUSSEE DE WATERLOO 778 BTE 10 BRUSSELS 1180 BELGIUM |
| RYCKAERT, CECILIA | MELKERIJ 19/1 EEKLO B-9900 BELGIUM |
| SCHOOFS, JEANINE | TIEP TIAP 2 BRAKEL B-9660 BELGIUM |
| SCHRAM-DEFONSECA | JOZEF MULSLAAN 6 KAPELLEN 2950 BELGIUM |
| SMET, FRANCOIS DE | AVENUE LOUIS PASTEUR 7523 DEPT B33 RCH VITACURA SANTIAGO CHILE |
| SPEYER, JUAN ENRIQUE | 11 DE SEPTIEMBRE NO 1888 - PISO 11 CIUDAD AUTONOMA DE BUENOS AIRES 1428 ARGENTINA |
| SPINETTE-ROSE, MR. & MRS. ROBERT | RUE BOIS MILORD 2 COURT S. ETIENNE 1490 BELGIUM |
| STAES | REIGERSDREEF 2 SCHILDE B-2970 BELGIUM |
| STAS-ORBAN, DOMINIQUE | NIEUUSTRAAT 51 DESSELGEM 8792 BELGIUM |
| SUREKA, DEEPAK &/OR SHANKARLAL | 13E, CONWAY MANSION 29 CONDUIT ROAD MID-LEVELS HONG KONG |
| TERMONT, ALINE | AV JEAN SIBELIUS 16 B 26 ANDERLECHT 1070 BELGIUM |
| VAN GORP, MARC | GROTE BAAN 97 BUS 7 RAVELS B-2380 BELGIUM |
| VAN VOORST VADER-VAN ESCH, P.W. | STADSWAL NOORD 31 HUISSEN 6851 VG NETHERLANDS |
| VANDEWALLE, KARIN | HOOGLATEMWEG 14 SINT MARTENS B-9830 BELGIUM |

**Total Creditor count  23**

**EXHIBIT I**

| Claim Name | Address Information |
| --- | --- |
| AARON R. CAHN | CARTER, LEDYARD & MILBURN LLP 2 WALL STREET NEW YORK NY 10005 |
| BRIAN TRUST | JEFFREY G. TOUGAS CHRISTINE WALSH MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| HELGE NABER | NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS MT 59401 |
| ILDEFONSO LACASTA MARCH | C/MANILA N 51, 1, 2A BARCELONA 08034 SPAIN |
| IRENA M. GOLDSTEIN | JEFFREY CHUBAK DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| KIM, CHRISTINA | UNIT 3 98 THORN STREET KANGAROO POINT QLD 4169 AUSTRALIA |
| LENNARTZ, HEINZ WERNER | VENLOER STRASSE 112 WEGBERG 41844 GERMANY |
| MARCHAND LOPEZ, HUMBERTO G. | C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK NY 10165 |
| MARTINEZ SABE, HECTOR RAUL | TACUARL 1159 ASUNCION PARAGUAY |
| PROCESOS CONTROLADOS SE DE CV | C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK NY 10165 |
| RICHARD F. HAHN | DEREK P. ALEXANDER DEBEVOISE & PLIMPTON LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| TALREJA, ROHINI | APT BLOCK 2 RIVER VALLEY GROVE #02-01 SINGAPORE 238405 SINGAPORE |
| TIMOTHY W. WALSH | DLA PIPER LLP (US) 1251 AVENUE OF THE AMERICAS, 25TH FLOOR NEW YORK NY 10020 |

**Total Creditor count  13**

**EXHIBIT J**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007