**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                         :
In re                                    :        **Chapter 11 Case No.**
                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :        **08-13555 (JMP)**
                                         :        **(Jointly Administered)**
          **Debtors.**                   :
                                         :
------------------------------------------------------------------------x   **Ref. Docket Nos. 16169-16176**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 21, 2011, I caused to be served the:

    a.  "Notice of Adjournment of Debtors' Objection to Certain Claims (Valued Derivative Claims) as to Investcorp Interlachen Multi-Strategy Master Fund Ltd," dated April 21, 2011 [Docket No. 16169], (the "Investcorp NOA"),

    b.  "Notice of Adjournment of Debtors' Thirty-Fifth Omnibus Objection to Claims (Valued Derivative Claims)," dated April 21, 2011 [Docket No. 16170], (the "35th Omni NOA"),

    c.  "Notice of Adjournment of Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims)," dated April 21, 2011 [Docket No. 16171], (the "63rd Omni NOA"),

    d.  "Notice of Adjournment of Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims," dated April 21, 2011 [Docket No. 16172], (the "67th Omni NOA"),

    e.  "Notice of Adjournment of Debtors' Seventy-First Omnibus Objection to Claims (Valued Derivative Claims)," dated April 21, 2011[Docket No. 16173], (the "71st Omni NOA"),

    f.  "Notice of Adjournment of Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims)," dated April 21, 2011[Docket No. 16174], (the "84th Omni NOA"),

g.  "Notice of Adjournment of Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims)," dated April 21, 2011 [Docket No. 16175], (the "95th Omni NOA"), and

h.  "Notice of Adjournment of Debtors' One Hundred Third Omnibus Objection to Claims (Valued Derivative Claims)," dated April 21, 2011[Docket No. 16176], (the "103rd Omni NOA"),

by causing true and correct copies of the:

i.  Investcorp NOA, 35th Omni NOA, 63rd Omni NOA, 67th Omni NOA, 71st Omni NOA, 84th Omni NOA, 95th Omni NOA and 103rd Omni NOA, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii.  Investcorp NOA, 35th Omni NOA, 63rd Omni NOA, 67th Omni NOA, 71st Omni NOA, 84th Omni NOA, 95th Omni NOA and 103rd Omni NOA, to be delivered via facsimile to the party listed on the annexed Exhibit B,

iii.  Investcorp NOA, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed Exhibit C,

iv.  35th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D,

v.  63rd Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E,

vi.  67th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit F,

vii.  71st Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit G,

viii.  84th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit H,

ix.  95th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit I,

x.  103rd Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit J, and

xi.  Investcorp NOA, 35th Omni NOA, 63rd Omni NOA, 67th Omni NOA, 71st Omni NOA, 84th Omni NOA, 95th Omni NOA and 103rd Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit K.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                      */s/ Pete Caris*
                                                      Pete Caris

Sworn to before me this
22nd day of April, 2011
*/s/ Cassandra Murray*
Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
alum@ftportfolios.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpiazza@hodgsonruss.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com

drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heidi@crumbielaw.com
heim.steve@dorsey.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com

jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@sbtklaw.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

| | |
|---|---|
| jwallack@goulstonstorrs.com | lubell@hugheshubbard.com |
| jwang@sipc.org | lwhidden@salans.com |
| jwcohen@daypitney.com | mabrams@willkie.com |
| jweiss@gibsondunn.com | maofiling@cgsh.com |
| jwest@velaw.com | marc.chait@standardchartered.com |
| jwh@njlawfirm.com | margolin@hugheshubbard.com |
| jwhitman@entwistle-law.com | mark.deveno@bingham.com |
| k4.nomura@aozorabank.co.jp | mark.ellenberg@cwt.com |
| karen.wagner@dpw.com | mark.houle@pillsburylaw.com |
| kdwbankruptcydepartment@kelleydrye.com | mark.sherrill@sutherland.com |
| keith.simon@lw.com | martin.davis@ots.treas.gov |
| ken.coleman@allenovery.com | marvin.clements@ag.tn.gov |
| ken.higman@hp.com | matt@willaw.com |
| kgwynne@reedsmith.com | matthew.klepper@dlapiper.com |
| kiplok@hugheshubbard.com | mbenner@tishmanspeyer.com |
| kkelly@ebglaw.com | mberman@nixonpeabody.com |
| klyman@irell.com | mbienenstock@dl.com |
| kmayer@mccarter.com | mbossi@thompsoncoburn.com |
| kobak@hugheshubbard.com | mcademartori@sheppardmullin.com |
| korr@orrick.com | mcordone@stradley.com |
| kostad@mofo.com | mcto@debevoise.com |
| kovskyd@pepperlaw.com | mdorval@stradley.com |
| kowens@foley.com | meltzere@pepperlaw.com |
| kpiper@steptoe.com | metkin@lowenstein.com |
| kressk@pepperlaw.com | mfeldman@willkie.com |
| kreynolds@mklawnyc.com | mgordon@briggs.com |
| krosen@lowenstein.com | mgreger@allenmatkins.com |
| kuehn@bragarwexler.com | mh1@mccallaraymer.com |
| kurt.mayr@bgllp.com | mhanchet@mayerbrown.com |
| lacyr@sullcrom.com | mhopkins@cov.com |
| landon@streusandlandon.com | michael.frege@cms-hs.com |
| lathompson@co.sanmateo.ca.us | michael.kim@kobrekim.com |
| lawallf@pepperlaw.com | millee12@nationwide.com |
| lberkoff@moritthock.com | miller@taftlaw.com |
| lee.stremba@troutmansanders.com | mimi.m.wong@irscounsel.treas.gov |
| lgranfield@cgsh.com | mitchell.ayer@tklaw.com |
| lhandelsman@stroock.com | mjacobs@pryorcashman.com |
| linda.boyle@twtelecom.com | mjedelman@vedderprice.com |
| lisa.ewart@wilmerhale.com | mjr1@westchestergov.com |
| lisa.kraidin@allenovery.com | mkjaer@winston.com |
| ljkotler@duanemorris.com | mlahaie@akingump.com |
| lmarinuzzi@mofo.com | mlandman@lcbf.com |
| lmay@coleschotz.com | mlynch2@travelers.com |
| lmcgowen@orrick.com | mmendez@hunton.com |
| lml@ppgms.com | mmooney@deilylawfirm.com |
| lnashelsky@mofo.com | mmorreale@us.mufg.jp |
| loizides@loizides.com | mneier@ibolaw.com |
| lromansic@steptoe.com | monica.lawless@brookfieldproperties.com |
| lscarcella@farrellfritz.com | mpage@kelleydrye.com |
| lschweitzer@cgsh.com | mprimoff@kayescholer.com |
| lthompson@whitecase.com | mpucillo@bermanesq.com |

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com

rgmason@wlrk.com
rgraham@whitecase.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
rjones@boultcummings.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tweheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

| Name | Fax |
| --- | --- |
| OFFICE OF THE US TRUSTEE ANDREW D VELEZ-RIVERA | 212-668-2255 |

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| INVESTCORP INTERLACHEN MULTI-STRATEGY | MASTER FUND LTD C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |

**Total Creditor count  1**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| CENTRAL PUGET SOUND TRANSIT | AUTHORITY, THE (SOUND TRANSIT) C/O CROCKER KUNO PLLC, ATTN JOANNE K. LIPSON, 720 OLIVE WAY, SUITE 1000 SEATTLE WA 98101 |
| IKB INTERNATIONAL SA | ATTN: WOLFGANG GUTH 12, RUE ERASME L-1486 LUXEMBOURG |
| IKB INTERNATIONAL SA | LOWENSTEIN SANDLER PC ATTN: CHRISTINE S. BOYLE 65 LIVINGSTON AVENUE ROSELAND NY 07068 |
| LINCORE LIMITED | C/O BAKER & MCKENZIE ATTN: IRA REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| MF GLOBAL UK LIMITED | KATTEN MUCHIN ROSENMAN, LLP ATTN: JEFF J. FRIEDMAN 575 MADISON AVENUE NEW YORK NY 10022 |
| MF GLOBAL UK LIMITED | C/O MF GLOBAL INC. ATTN: JOSEPH PUCCI, ESQ., VICE PRESIDENT AND GENERAL COUNSEL 440 SOUTH LASALLE STREET 20TH FLOOR CHICAGO IL 60605 |
| MF GLOBAL UK LIMITED | C/O MF GLOBAL INC. ATTN: JOSEPH PUCCI, ESQ., VICE PRESIDENT AND GENRAL COUNSEL 440 SOUTH LASALLE STREET 20TH FLOOR CHICAGO IL 60605 |
| THE MORNINGSIDE MINISTRIES FOUNDATION, INC. | ATTN: JOAN DIXON, VICE-PRESIDENT OF FINANCE 700 BABCOCK ROAD SAN ANTONIO TX 78201 |

**Total Creditor count  8**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| BG AMERICAS & GLOBAL LNG | DOUGLAS P. BARTNER & SOLOMON J. NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BG AMERICAS & GLOBAL LNG | ATTN: THOMAS A. SMITH, CHIEF COUNSEL 5444 WESTHEIMER, SUITE 1775 HOUSTON TX 77056 |
| BG AMERICAS & GLOBAL LNG | CHIEF COUNSEL THOMAS A. SMITH 5444 WESTHEIMER SUITE 1775 HOUSTON TX 77056 |
| SPCP GROUP LLC, AS AGENT | FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD AS SUCCESSOR TO ROUND TABLE GLOBAL MULTI-STRATEGY MASTER FUND, LTD ATTN: BRIAN JARMAIN, TWO GREENWICH PLAZA GREENWICH CT 06830 |
| TELECOM ITALIA FINANCE SA | SIEGE SOCIAL ATTN: ANTONIO SICA, DIRECTOR 12, RUE EUGENE RUPPERT L-2453 LUXEMBOURG, B.P. 872 L-2018 LUXEMBOURG |
| TELECOM ITALIA FINANCE SA | ORRICK HERRINGTON SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 |
| TELECOM ITALIA FINANCE SA | ORRICK HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 |
| TENOR OPPORTUNITY MASTER FUND, LTD. | ATTN: RAVI PATEL TENOR CAPITAL MANAGEMENT COMPANY LP 1180 AVENUE OF THE AMERICAS, SUITE 1940 NEW YORK NY 10036 |
| TENOR OPPORTUNITY MASTER FUND, LTD. | ATTN: RAVI PATEL 1180 AVENUE OF THE AMERICAS, SUITE 1940 NEW YORK NY 10036 |

**Total Creditor count  9**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| ADVANCED GRAPHIC PRINTING, INC. | C/O DONALD A. WORKMAN BAKER & HOSTETLER LLP 1050 CONNECTICUT AVE., N.W., SUITE 1100 WASHINGTON DC 20036 |
| AOZORA BANK LTD | C/O KOKI YOSHIDA WORKOUT DIVISION 3-1, KUDAN-MINAMI I-CHOME, CHIYODA-KU TOKYO 102-8660 JAPAN |
| AOZORA BANK LTD | ALLEN & OVERY LLP C/O DANIEL GUYDER/LISA KRAIDIN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| AOZORA BANK LTD | WILLIAM SUGDEN ALSTON & BIRD LLP ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| AOZORA BANK, LTD | C/O KOKI YOSHIDA WORKOUT DIVISION 3-1, KUDAN-MINAMI 1 CHOME, CHIYODA-KU TOKYO 102-8660 JAPAN |
| AOZORA BANK, LTD | ALLEN & OVERY LLP C/O DANIEL GUYDER/LISA KRAIDEN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| CANYON BALANCED MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON BALANCED MASTER FUND, LTD. | C/O CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR ATTN: JONATHAN KAPLAN, JOHN PLAGA LOS ANGELES CA 90067 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S ATTANASIOM ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | CANYON VALUE REALIZATION FUND (CAYMAN), LTD. THE SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANSIO, ALEX R. ROVIRA 787 SEVENTH AVUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION FUND, L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND, L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND, L.P. | CANYON VALUE REALIZATION FUND, L.P. C/O NATIONAL CORPORATE RESEARCH 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| CANYON VALUE REALIZATION FUND, L.P. | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | C/O CAPSTONE HOLDINGS GROUP, LLC 7 WORLD TRADE CENTER – ATTN: JEREMY HECKERLING 250 GREENWICH STREET, 30TH FLOOR NEW YORK NY 10007 |
| CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | CADWALADER, WICKERSHAM & TAFT LLP ATTN: JAMES MCDONNELL ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CASTLERIGG MASTER INVESTMENTS LTD | C/O SANDELL ASSET MANAGEMENT CORP. ATTN: LEGAL DEPARTMENT ATTN: LAURA STRACHE, MANAGING DIRECTOR ATTN: TIM O'BRIEN 40 WEST 57TH STREET, 26TH FLOOR NEW YORK NY 10019 |
| CHINA MINSHENG BANKING CORP., LTD | FINANCIAL MARKETS DEPARTMENT ATTN: MR. WU WEI, GEN. MANAGER OF TRADING CENTER, FINANCIAL MARKETS DEPARTMENT 8TH FLOOR, NO. 2 FUXINGMEN NEI DA JIE XICHENG DISTRICT, BEIJING 100031 BEIJING 100031 CHINA |
| CHINA MINSHENG BANKING CORP., LTD | FINANCIAL MARKETS DEPARTMENT ATTN: MR. WU WEI, GEN. MANAGER OF TRADING CENTER, FINANCIAL MARKETS DEPARTMENT 8TH FLOOR, NO. 2, FUXINGMEN NEI DA JIE XICHENG DISTRICT, BEIJING 10031 BEIJING 100031 CHINA |
| CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE | C/O MICHAEL A. FAGONE, ESQ. BERNSTEIN SHUR SAWYER & NELSON 100 MIDDLE STREET, PO BOX 9729 PORTLAND ME 04104-5029 |
| CITIBANK, N.A., IN ITS CAPACITY AS | CITIBANK, N.A. ATTN: JENNIFER CUPO AGENCY AND TRUST 24221 CALLE DE LA LOUIA, |

| Claim Name | Address Information |
|---|---|
| TRUSTEE | SUITE 308 LAGUNA HILLS CA 92653 |
| CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE | CITIBANK, N.A., AGENCY & TRUST ATTN: JENNIFER CUPO 24221 CALLE DE LA LOUISA, SUITE 308 LAGUNA HILLS CA 92653 |
| COMMONWEALTH BANK OF AUSTRALIA | ATTN: EXECUTIVE MANAGER, GLOBAL MARKETS DOCUMENTATION LEVEL 1, 120 PITT STREET SYDNEY 1155 AUSTRALIA |
| COMMONWEALTH BANK OF AUSTRALIA | WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| COMMONWEALTH BANK OF AUSTRALIA | WHITE & CASE LLP ATTN: ABRAHAM L. ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| CSP II USIS HOLDINGS L.P. | C/O THE CARLYLE GROUP ATTN: J. BECZAK 520 MADISON AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| E-CAPITAL PROFITS LIMITED | C/O BAKER & MCKENZIE ATTN: IRA REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| FEDERAL HOME LOAN BANK OF DES MOINES | ATTN: AARON B. LEE 801 WALNUT STREET, SUITE 200 DES MOINES IA 50309 |
| HALBIS US CREDIT ALPHA MASTER FUND, LTD | C/O HALBIS CAPITAL MANAGEMENT (USA) ATTN: JAMES CURTIS 452 FIFTH AVENUE NEW YORK NY 10018 |
| HALBIS US CREDIT ALPHA MASTER FUND, LTD | HSBC SECURITIES (USA), INC. ATTN: JAMES CURTIS, MANAGING DIR. & DEPUTY GEN. COUNSEL 425 FIFTH AVENUE NEW YORK NY 10018 |
| HALBIS US CREDIT ALPHA MASTER FUND, LTD | ANDREW DOVE ALLEN & OVER LLP 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| ICM BUSINESS TRUST | C/O IONIC CAPITAL MANAGEMENT LLC 366 MADISON AVENUE, 9TH FLOOR JOHN RICHARDSON, GENERAL COUNSEL NEW YORK NY 10017 |
| ICM BUSINESS TRUST | C/O IONIC CAPITAL MANAGEMENT LLC BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| KILROY REALTY, L.P. | CARLOS ALVAREZ LATHAM AND WATKINS LLP 885 THIRD AVENUE 3RD FLOOR NEW YORK NY 10022 |
| KILROY REALTY, L.P. | ATTN: RICHARD E. MORAN JR., EVP AND CFO 12200 W. OLYMPIC BOULEVARD, SUITE 200 LOS ANGELES CA 90064 |
| LLOYDS TSB BANK PLC | ATTN: VIVEK PRASHAR 10 GRESHAM STREET LONDON EC2V 7AE UNITED KINGDOM |
| LLOYDS TSB BANK PLC | ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LLOYDS TSB BANK PLC | ATTN: LEE S. ATTANSIO AND ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LOEB ARBITRAGE B FUND LP | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB ARBITRAGE B FUND LP | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB ARBITRAGE FUND | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB ARBITRAGE FUND | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB OFFSHORE B FUND LTD. | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB OFFSHORE B FUND LTD. | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB OFFSHORE FUND LTD. | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB OFFSHORE FUND LTD. | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| MARINER LDC | ATTN: JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| MARINER LDC | JOHN KELTY MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MARINER-TRICADIA CREDIT STRATEGIES | JAMES E. MCKEE C/O TRICADIA CAPITAL MANAGEMENT, LLC 780 THIRD AVENUE, 29TH |

| Claim Name | Address Information |
|---|---|
| MASTER FUND LTD | FLOOR NEW YORK NY 10017 |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND LTD | C/O MARINER INVESTMENT GROUP, LLC ATTN: JOHN KELTY 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: SHORT CREDIT MASTER FUND L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY COHEN, RONALD TOROK BANK OF AMERICA TOWER, 3RD FLOOR NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: SHORT CREDIT MASTER FUND L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY COHEN, RONALD TOROK BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | C/O CADWALADER WICKERSHAM & TAFT LLP ATTN: JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MITSUI & CO ENERGY RISK MANAGEMENT LTD | ATTN: KENGO IWAMOTO, CHIEF ADMINISTRATIVE OFFICER 5 ST. MARTIN'S COURT 10 PATERNOSTER ROW LONDON EC4M 7BB UNITED KINGDOM |
| NATIONAL BANK OF CANADA | ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST 9 IEME ETAGE MONTREAL H3B 4L2 CANADA |
| NATIONAL BANK OF CANADA | ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL QC H3B 4L2 CANADA |
| NATIONAL BANK OF CANADA | MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| NATIONAL BANK OF CANADA | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| NEW SOUTH FEDERAL SAVINGS BANK, F.S.B. | TROUTMAN SANDERS LLP ATTN: HOLLACE T. COHEN, ESQ. THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| NEW SOUTH FEDERAL SAVINGS BANK, F.S.B. | ATTN: BETSY REYNOLDS, ESQ. 1900 CRESTWOOD BLVD. BIRMINGHAM AL 35210 |
| NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD | C/O SEWARD & KISSEL LLP ATTN: LAURIE R BINDER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD | KIRSTEN HAMRAHI NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD. C/O NEXSTAR CAPITAL PARTNERS, LLC 780 THIRD AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| OWL CREEK I, L.P. | C/O OWL CREEK ASSET MANAGEMENT LP ATTN: DAN SAPADIN, CFO 640 FIFTH AVENUE, 20TH FLOOR NEW YORK NY 10019 |
| OWL CREEK II, L.P. | C/O OWL CREEK ASSET MANAGEMENT LP ATTN: DAN SAPADIN, CFO 640 FIFTH AVENUE, 20TH FLOOR NEW YORK NY 10019 |
| OWL CREEK OVERSEAS FUND, LTD | C/O OWL CREEK ASSET MANAGEMENT LP ATTN: DAN SAPADIN, CFO 640 FIFTH AVENUE, 20TH FLOOR NEW YORK NY 10019 |
| PENTWATER GROWTH FUND LTD | ATTN: IRA A. REID C/O BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| PENTWATER GROWTH FUND LTD | PENTWATER GROWTH FUND LTD. ATTN: IRA A. REID C/O BAKER & MCKENZIE LLP 1114 AVE OF THE AMERICAS NEW YORK NY 10036 |
| PENTWATER GROWTH FUND LTD | PENTWATER GROWTH FUND LTD. C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVE OF THE AMERICAS NEW YORK NY 10036 |
| POHJOLA BANK PLC | LEGAL SERVICES, ATTN: JARI JAULIMO / ARI SYRJALAINEN P.O.BOX 308 FI-00013 POHJOLA FINLAND |
| POHJOLA BANK PLC | WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| ROSS FINANCIAL CORPORATION | C/O DART MANAGEMENT LIMITED P. O. BOX 31363, 45 MARKET STREET, SUITE 3211, ATTN: MARK VANDEVELDE, CFA, DIRECTOR CAMANA BAY GRAND CAYMAN KY1-1206 CAYMAN ISLANDS |
| ROYAL CHARTER PROPERTIES - EAST, INC. | SHELLEY C. CHAPMAN, ESQ. WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ROYAL CHARTER PROPERTIES - EAST, INC. | ATTN: MARK E. LARMORE 525 EAST 68TH STREET NEW YORK NY 10021 |
| SPCP GROUP, L.L.C. | TRANSFEROR: ALLIANCE LAUNDRY SYSTEMS LLC AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP; ATTN: ADAM J. DEPANFILIS, 660 STEAMBOAT RD GREENWICH CT 06830 |

| Claim Name | Address Information |
| --- | --- |
| SPCP GROUP, L.L.C. | TRANSFEROR: ALLIANCE LAUNDRY SYSTEMS LLC ATTN: ADAM J. DEPANFILIS SILVER POINT CAPITAL, LP 660 STEAMBOAD ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | DAY PITNEY LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | ROPES & GRAY LLP ATTN: MARC HIRSCHFIELD, ESQ. 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| TRICADIA DISTRESSED | AND SPECIAL SITUATIONS MASTER FUND LTD C/O TRICADIA CAPITAL MANAGEMENT LLC ATTN: JAMES E. MCKEE 780 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10017 |
| TRICADIA DISTRESSED AND | SPECIAL SITUATIONS MASTER FUND LTD C/O MARINER INVESTMENT GROUP, INC. ATTN: JOHN KELTY 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| VENOCO, INC. | RUBIN, PAUL ESQ. HERRICK, GEINSTEIN LLP 2 PARK AVENUE NEW YORK NY 10016 |
| VENOCO, INC. | RUBIN, PAUL ESQ. HERICK, FEINSTEIN, LLP 2 PARK AVENUE NEW YORK NY 10016 |
| VENOCO, INC. | TERRY L. ANDERSON, ESQ. GENERAL COUNSEL 6267 CARPINTERIA AVENUE CARPINTERIA CA 93013 |

**Total Creditor count  89**

# EXHIBIT G

| Claim Name | Address Information |
|---|---|
| ICCREA BANCA SPA | ATTN: CA LEGAL DEPARTMENT AVV. CLAUDIO CALASCIBETTA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY |
| ICCREA BANCA SPA | ALYSSA ENGLUND ORRICK, HERRINGTON & SUTCLIFFE LLP 666 FIFTH AVENUE NEW YORK NY 10103 |
| ICCREA BANCA SPA | ALYSSA ENGLUND, ESQ ORRICK HERRINGTON & SUTCLIFFE LLP 666 FIFTH AVENUE NEW YORK NY 10103 |
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | ATTN: SUSANNE KOLDEWEY ATTN: DR. SASCHA LOTZE FRIEDRICHSWALL 10 HANNOVER 30159 GERMANY |

**Total Creditor count  4**

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| CHINATRUST COMMERCIAL BANK | ATTN: GRACE WU 16F., NO. 3, SUNG SHOU ROAD TAIPEI CITY TAIWAN 110 CHINA |
| CHINATRUST COMMERCIAL BANK | CHINATRUST COMMERCIAL BANK C/O MORRISON & FOERSTER LLP ATTN: KAREN OSTAD 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| EASTON INVESTMENTS II, A CALIFORNIA L.P. | C/O COSTELL & CORNELIUS LAW CORPORATION ATTN: ALEXANDER IAN CORNELIUS 1299 OCEAN AVENUE, SUITE 400 SANTA MONICA CA 90401 |
| ETON PARK FUND, LP | C/O ETON PARK CAPITAL MANAGEMENT, LP ATTN: DAVID ZALTA 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK FUND, LP | WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE FINANCIAL CENTER NEW YORK NY 10281 |
| ETON PARK MASTER FUND, LP | C/O ETON PARK CAPITAL MANAGEMENT, LP ATTN: DAVID ZALTA 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK MASTER FUND, LP | WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE FINANCIAL CENTER NEW YORK NY 10281 |
| ETON PARK MASTER FUND, LP | WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MAGNETAR CAPITAL MASTER FUND LTD | STROOCK & STROOCK & LAVAN LLP ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CAPITAL MASTER FUND LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CAPITAL MASTER FUND LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION FUND III,  LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION FUND III,  LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND II LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION MASTER FUND II LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND III LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION MASTER FUND III LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| SPCP GROUP L.L.C. | TRANSFEROR: RATIA ENERGIE AG AGENT FOR SILVER POINT CAPITAL FUND LP ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP L.L.C. | RONALD S. BEACHER DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP L.L.C. | HUNTON AND WILLIAMS LLP ATTN: JR SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD STREET RICHMOND VA 23219-4074 |
| SPCP GROUP L.L.C. | HUNTON AND WILLIAMS LLP ATTN: JR SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER 951 EAST BYRD RICHMOND VA 23219-4074 |
| SPCP GROUP, L.L.C. | TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS, SILVER POINT CAPITAL LP 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD TWO GREENWICH PLAZA, ATTN: BRIAN A. JARMAIN GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | ALLEN AND OVERY ATTN: VICTOR WAINGORT 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | INTER-AMERICAN DEVELOPMENT BANK ATTN: SOREN ELBECH 1300 NEW YORK AVENUE WASHINGTON DC 20577 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |

Total Creditor count  26

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| BREVAN HOWARD MASTER FUND LIMITED | C/O BREAVAN HOWARD ASSET MANAGEMENT LLP ATTN: ALEX UNDERWOOD 55 BAKER STREET LONDON W1U 8EW UNITED KINGDOM |
| BREVAN HOWARD MASTER FUND LIMITED | ALEX UNDERWOOD, GENERAL COUNSEL 55 BAKER STREET LONDON W1U 8EW UNITED KINGDOM |
| LINC-REDONDO BEACH SENIORS, INC. | C/O PENELOPE PARMES, ESQ. RUTAN & TUCKER, LLP 611 ANTON BOULEVARD, FOURTEENTH FLOOR COSTA MESA CA 92626 |
| LOUIS DREYFUS ENERGY SERVICES L.P. | ATTN: KEVIN CAPONE, EXECUTIVE VICE-PRESIDENT ATTN: JOHN TESORIERO 20 WESTPORT ROAD WILTON CT 06897-0843 |
| PARKCENTRAL GLOBAL HUB LIMITED | ATTN: CHARLES THRESH, JAMES BENNETT, PETER LOGIE C/O KPMG ADVISORY LIMITED CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM 08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | LEH CRED NUM: 1000197052 C/O KPMG ADVISORY LIMITED ATTENTION: CHARLES THRESH CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM 08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | JAMES BENNETT LEH CRED NUM: 1000197052 C/O KPMG ADVISORY LIMITED CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | PETER LOGIE LEH CRED NUM: 1000197052 C/O KPMG ADVISORY LIMITED CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM08 BERMUDA |
| PARKCENTRAL GLOBAL HUB LIMITED | DEBEVOISE & PLIMPTON LLP ATTN: RICHARD F. HAHN, BRYAN R. KAPLAN 919 THIRD AVENUE NEW YORK NY 10022 |
| PARKCENTRAL GLOBAL HUB LIMITED | RICHARD F. HAHN DEBEVOISE & PLIMPTON LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| PARKCENTRAL GLOBAL HUB LIMITED | BRYAN R. KAPLAN DEBEVOISE & PLIMPTON LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| SPCP GROUP LLC, AS AGENT | FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD AS SUCCESSOR TO TIFFANY & CO C/O SILVER POINT CAPITAL, LP ATTN: ADAM J. DEPANFILIS, 660 STEAMBOAT RD GREENWICH CT 06830 |
| SPCP GROUP LLC, AS AGENT FOR SILVER | POINT CAPITAL FUND, LP AND SILVER DAY PITNEY LLP ATTN: RONALD S BEACHER ESQ 7 TIMES SQUARE NEW YORK NY 10036 |

**Total Creditor count  13**

**EXHIBIT J**

| Claim Name | Address Information |
| --- | --- |
| BAYERISCHE LANDESBANK | ATTN: HARALD GLOCKL FIRST VICE PRESIDENT BRIENNER STR. 18 MUNCHEN 80333 GERMANY |
| BAYERISCHE LANDESBANK | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: ELLEN HAYES & HARVEY DYCHIAO 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022 |
| IBERDROLA GENERACION, S.A. | UNIPERSONAL ATTN: FERNANDO TALLON YAGUEZ, LEGAL DIRECTOR TOMAS REDONDO 1 MADRID 28033 SPAIN |
| MICROSOFT GLOBAL FINANCE | ATTN: BENJAMIN ORNDORFF ONE MICROSOFT WAY REDMOND WA 98052 |
| MICROSOFT GLOBAL FINANCE | RIDDELL WILLIAMS P.S. ATTN: JOSEPH E. SHICKICH JR. & ERIN JOYCE LETEY 1001 FOURTH AVENUE, SUITE 4500 SEATTLE WA 98154 |
| NORDIC INVESTMENT BANK | HEIKII CANTELL GENERAL COUNSEL & LARS EIBELHOLM, VP FABIANINKATU 34 P.O. BOX 249 HELSINKI FI-00171 FINLAND |
| SPCP GROUP, L.L.C. | CENTRAL EUROPEAN MEDIA ENTERPRISES LTD. C/O CME DEVELOPMENT CORP. ALDWYCH HOUSE, 81 ALDWYCH LONDON WC2B4HN UNITED KINGDOM |
| SPCP GROUP, L.L.C. | DEWEY & LEBOEUF LLP ATTN: JEFFREY POTASH 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| SPCP GROUP, L.L.C. | DEWEY & LEBOEUF LLP ATTN: JEFFREY POTASH, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C., TRANSFEROR: CENTRAL EUROPEAN | MEDIA ENTERPRISES LTD. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP, ATTN: ADAM J. DEPANFILIS, 660 STEAMBOAT ROAD GREENWICH CT 06830 |

### Total Creditor count  11

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SPCP GROUP, L.L.C. | TRANSFEROR: ALLIANCE LAUNDRY SYSTEMS LLC ATTN: ADAM J. DEPANFILIS SILVER POINT CAPITAL, LP 660 STEAMBOAD ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | DAY PITNEY LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | ROPES & GRAY LLP ATTN: MARC HIRSCHFIELD, ESQ. 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| TRICADIA DISTRESSED | AND SPECIAL SITUATIONS MASTER FUND LTD C/O TRICADIA CAPITAL MANAGEMENT LLC ATTN: JAMES E. MCKEE 780 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10017 |
| TRICADIA DISTRESSED AND | SPECIAL SITUATIONS MASTER FUND LTD C/O MARINER INVESTMENT GROUP, INC. ATTN: JOHN KELTY 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| VENOCO, INC. | RUBIN, PAUL ESQ. HERRICK, GEINSTEIN LLP 2 PARK AVENUE NEW YORK NY 10016 |
| VENOCO, INC. | RUBIN, PAUL ESQ. HERICK, FEINSTEIN, LLP 2 PARK AVENUE NEW YORK NY 10016 |
| VENOCO, INC. | TERRY L. ANDERSON, ESQ. GENERAL COUNSEL 6267 CARPINTERIA AVENUE CARPINTERIA CA 93013 |

**Total Creditor count  89**

**EXHIBIT K**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007