UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                   :
:
-----------------------------------------------------------------x    Ref. Docket Nos. 16167, 16168,
16177-16179, 16181, 16192-16195

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 25, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
28th day of April, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  MERRILL LYNCH CREDIT PRODUCTS, LLC
     TRANSFEROR: PACIFIC GAS AND ELECTRIC COMPANY
     ATTN: JEFFREY BENESH & RON TOROK
     BANK OF AMERICA TWR 3RD FL, ONE BRYANT P
     NEW YORK NY 10036
```

Please note that your claim # 43978 in the above referenced case and in the amount of $10,600,000.00 has been transferred **(unless previously expunged by court order)**

```
     YORK GLOBAL FINANCE BDH, LLC
     TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC
     ATTN: MARGARET MAURO
     767 FIFTH AVENUE, 17TH FLOOR
     NEW YORK NY 10153
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 16167 in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/25/2011                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 25, 2011.

# EXHIBIT B

```
TIME: 10:32:22                                    LEHMAN BROTHERS HOLDING INC.                                          PAGE:   1
DATE: 04/25/11                                        CREDITOR LISTING

Name                                              Address
CLIKEO                                            C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ACTING AS SUB-INVESTMENT MANAGER ATTN: LOREDANA CARLETTI, NATACHA MERCIER
                                                  91-93, BOULEVARD PASTEUR PARIS CEDEX 75710 FRANCE
CLIKEO 3                                          C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ACTING AS SUB-INVESTMENT MANAGER ATTN: LOREDANA CARLETTI, NATACHA MERCIER
                                                  91-93, BOULEVARD PASTEUR PARIS CEDEX 75710 FRANCE
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: CLIKEO ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: CLIKEO 3 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: DRAKKAR 30.04.2012 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: DRAKKAR JUILLET 2011 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: FILTREO CLIC ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: PRACTIS 09.09 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: PROTEIN 2 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: PULSIA 2 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: SEGESPAR FINANCE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: SEMERIA MONDE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: VENDOME QUINTUPLE OPPORTUNITE VI ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: VENDOME QUINTUPLE OPPORTUNITE VIII ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
DRAKKAR 30.04.2012                                C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ACTING AS SUB-INVESTMENT MANAGER ATTN: LOREDANA CARLETTI, NATACHA MERCIER
                                                  91-93, BOULEVARD PASTEUR PARIS CEDEX 75710 FRANCE
DRAKKAR JUILLET 2011                              C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ACTING AS SUB-INVESTMENT MANAGER ATTN: LOREDANA CARLETTI, NATACHA MERCIER
                                                  91-93, BOULEVARD PASTEUR PARIS CEDEX 75710 FRANCE
FILTREO CLIC                                      C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ACTING AS SUB-INVESTMENT MANAGER ATTN: LOREDANA CARLETTI, NATACHA MERCIER
                                                  91-93, BOULEVARD PASTEUR PARIS CEDEX 75710 FRANCE
GOLDMAN SACHS LENDING PARTNERS, LLC               JOHN R. ASHMEAD JUSTIN SHEARER SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: INTESA SANPAOLO SPA ATTN: DENNIS M LAFFERTY 200 WEST STREET NEW YORK NY 10282
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: PACIFIC GAS AND ELECTRIC COMPANY ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT P
                                                  NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: PACIFIC GAS AND ELECTRIC COMPANY ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER- 3RD FLOOR ONE BRYANT PARK
                                                  NEW YORK NY 10036
PRACTIS 09.09                                     C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ACTING AS SUB-INVESTMENT MANAGER ATTN : LOREDANA CARLETTI, NATACHA MERCIER
                                                  91-93 BOULEVARD PASTEUR PARIS CEDEX 75710 FRANCE
PROTEIN 2                                         C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ACTING AS SUB-INVESTMENT MANAGER ATTN: LOREDANA CARLETTI, NATACHA MERCIER
                                                  91-93, BOULEVARD PASTEUR PARIS CEDEX 75710 FRANCE
PULSIA 2                                          C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ACTING AS SUB-INVESTMENT MANAGER ATTN: LOREDANA CARLETTI, NATACHA MERCIER
                                                  91-93, BOULEVARD PASTEUR PARIS CEDEX 75710 FRANCE
RUST BELT HOLDINGS, LLC                           ALICE BELISLE EATON PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
RUST BELT HOLDINGS, LLC                           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH PO BOX 8155 NEW YORK NY 10150
SEGESPAR FINANCE                                  CASAM ATTN : LORENDANA CARLETTI, NATACHA MERCIER 90 BOULEVARD PASTEUR PARIS 75015 FRANCE
SEGESPAR FINANCE                                  C/O CASAM ATTN: LOREDANA CARLETTI, NATACHA MERCIER 90, BOULEVARD PASTEUR PARIS 75015 FRANCE
SEMERIA MONDE                                     C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ACTING AS SUB-INVESTMENT MANAGER ATTN: LOREDANA CARLETTI, NATACHA MERCIER
                                                  91-93, BOULEVARD PASTEUR PARIS CEDEX 75710 FRANCE
SERENGETI OPPORTUNITIES MM L.P.                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS LP               TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
VENDOME QUINTUPLE OPPORTUNITE VI                  C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ACTING AS SUB-INVESTMENT MANAGER ATTN: LOREDANA CARLETTI, NATACHA MERCIER
                                                  91-93, BOULEVARD PASTEUR PARIS CEDEX 75710 FRANCE
VENDOME QUINTUPLE OPPORTUNITE VIII                C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ACTING AS SUB-INVESTMENT MANAGER ATTN: LOREDANA CARLETTI, NATACHA MERCIER
                                                  91-93, BOULEVARD PASTEUR PARIS CEDEX 75710 FRANCE
YORK GLOBAL FINANCE BDH, LLC                      TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153


Total Number of Records Printed                   35                                                            EPIQ BANKRUPTCY SOLUTIONS, LLC
```