**HARDINGER & TANENHOLZ LLP**

1325 G Street Northwest – Suite 500
Washington, DC 20005
202-552-7353
Julia Staunton Hardinger (jhardinger@hardingerlaw.com)

Ordinary Course Professionals for
Lehman Brothers Holdings, Inc., et al,
Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al,* | : | |
| | : | **08-13555 (JPM)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

**APPLICATION OF JULIA HARDINGER**
**FOR AN AWARD OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD OF JANUARY 1, 2011 TO JANUARY 31, 2011**

Name of Applicant:    Julia Staunton Hardinger

Authorized to provide professional services to:    The estates of Lehman Brothers Holdings, Inc., as Ordinary Course Professionals

Date of Retention:    September 10, 2010

Monthly Disbursements Sought for Payment:    $ 168,478.60

Fees/Expenses (not including preparation of application):    $   1,849.59

**Total amount sought for payment:**    **$ 170,328.19**

TO:    HONORABLE JAMES M. PECK,
          United States Bankruptcy Judge

Hardinger & Tanenholz LLP, ("H&T" or "Applicant"), are attorneys authorized to provide legal services as Ordinary Course Professionals to Lehman Brothers Holdings Inc. ("LBHI"), and its affiliated debtors in the above referenced Chapter 11 case make this application (the "Application") for an award of compensation for the professional services rendered to the debtors between January 1, 2011 and January 31, 2011 (the "Period") in the amount of $168,478.60, and reimbursement of expenses incurred during the Period in the amount of $1,849.59, for total award of compensation and reimbursement of $170,328.19.

## I.    Introduction

1. H&T was retained by LBHI on September 10, 2010 (see Engagement Letter attached hereto as "Exhibit A"). H&T is a Discovery Counsel law firm with the practice centered on all aspects of discovery, including, but not limited to, the supervision of large document reviews.

2. The AMENDED ORDER PURSUANT TO SECTIONS 105(A), 327, 328 AND 330 OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS TO EMPLOY PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS dated March 25, 2010 (the "Order"), attached as "Exhibit B", outlines the procedure that all Ordinary Course Professionals must follow in order to receive compensation and reimbursement of expenses for services provided to the debtors. With respect to an Ordinary Course Professional seeking compensation in excess of $150,000.00 in any given month, the Ordinary Course Professional Order provides, in pertinent part,

   "that in the event that an Ordinary Course Professional seeks more than $150,000.00 per month, that professional will be required to file a fee application for the full amount of its fees and expenses for that month in accordance with sections 330 and 331 of the bankruptcy code, the Federal Rules of Bankruptcy Procedure, the local bankruptcy rules for the Southern District of New York, the fee guidelines promulgated by the U.S. trustee, and any and all orders of the Court…"

3. This Application is made by H&T for an allowance of fair and reasonable compensation for professional services rendered by it on behalf of the debtors during the Period, consistent with the results achieved, the time, labor and expense brought to bear on the problems presented and other related factors and for reimbursement of actual and necessary out-of-pocket expenses incurred in the rendition of such professional services during the Period.  The amounts sought for compensation for professional services are the hourly rates customarily charged by H&T for legal services rendered by the respective professionals and are reasonable and customary for firms of H&T's size and

expertise.

4. For the convenience of this court, and in accordance with the fee guidelines adopted by the office of the United States trustee, the January 2011 H&T invoice (number 99-001-005) is annexed hereto as "Exhibit C." A summary of the total hours worked during the Period by each professional for who services compensation is being sought, is as follows:

| Name | Position | Hourly Rate | Hours Billed | Total | Time Records Submitted |
|---|---|---|---|---|---|
| Julia Hardinger, Esq. | Partner | $290 | 176.4 | $51,156.00 | Yes |
| Laureano Gomez, Esq. | Associate | $149 | 230.2 | $34,299.80 | Yes |
| Erica Noel, Esq. | Associate | $149 | 240.0 | $35,760.00 | Yes |
| David Wenninger, Esq. | Associate | $149 | 317.2 | $47,262.80 | Yes |

5. The professional services for which compensation is sought were rendered in the ordinary course of the debtor's business and solely on behalf of the LBHI and its debtor affiliates.

6. H&T regularly maintains records of time expended in the rendition of all professional services and records of costs and expenses incurred on behalf of the debtors. These records were made substantially concurrent with the rendition of the professional services.

## II.    Services rendered by Hardinger & Tanenholz LLP

7. H&T has opened a file bearing a separate client number for the debtors. The Debtor's client number is 90009. 001. All of the time billed by H&T during the Period relates solely to the review and production of documents and other discovery-related legal work in the matter of *LBHI v. JPMorgan Chas*e.

8. All professional services rendered by H&T for which compensation are requested were rendered in connection with the performance by H&T of the duties prescribed for it under the Ordinary Course Professional Order and as counsel for the debtors.

9.  H&T believes that the award of compensation requested in the within application is fair and reasonable and requests that this Court award all fees sought within the application, the total value of which is $168,478.60.

### III.       Disbursements

10. H&T is also requesting reimbursement of actual and necessary expenses incurred on behalf of the debtors during the. The amount of $1,849.59. Copies of all receipts for each expense are included in Invoice 99-001-005, attached hereto as "Exhibit C."

### IV.       Standards for Allowance of Compensation

11. H&T submits that for reasons set forth in detail, the professional services rendered by H&T on behalf of the debtors during the period were necessary and reasonable.

12. In determining the proper allowance of compensation for professionals, a court generally looks to the (a) time and labor required, (b) novelty and difficulty of questions involved, (c) requisite skills, (d) customary fee, (e) whether the fee is fixed or contingent, (f) results obtained, (g) nature and length of professional relationship, (h) awards and similar cases, and (i) professional standing, ability and expertise of the law firm. See, *e.g., In the Matter of Cena's Fine Furniture Inc.*, 109 B.R. 575, 580 - 581 (E.D.N.Y. 1990): *In re Wonder Corp. of America*, 82 B. R. 186, 191 (D. Conn. 1988).

(a)  <u>Time and labor required.</u> The time and labor required to represent the debtors during the period has been significant. The matters handled by H&T and efforts undertaken by H&T and the representation of the debtors are fully set forth in the attached time entries, and include, but are not limited to the coordination of work for and supervision of a team of several dozen contract attorneys.

(b)  <u>Skills requisite to perform legal services</u>. H&T believes that its expertise in the area of discovery, document review and document production have substantially contributed to the results achieved.

(c)  <u>The customary fee</u>. H&T submits that the fee it seeks is not unusual given the size and complexity of the document review in *LBHI vs. JPMorgan*.

(d)  <u>Whether fee is fixed or contingent</u>. Pursuant to sections 330 and 331 of the bankruptcy code, all fees sought by professionals employed under section 327 of the code are contingent upon approval by the Court.

(e)  <u>Results obtained.</u> H&T achieved results that the debtors find favorable, including the substantial completion of document production by February 18, 2011 and continue legal work for the debtor.

4

(f) <u>Nature and length of professional relationship</u>. H&T has counseled, advised and represented the debtors from their retention on September 10, 2010 through the current date.

(g) <u>Awards and similar cases</u>. Outside counsel law firms have been awarded fees in numerous Chapter 11 cases under the bankruptcy code by this and other bankruptcy courts predicated upon the same criteria and resulting awards comparable, and often much higher, to that now requested.

(h) <u>Professional Standing, Ability and Expertise of the H&T attorneys</u>. Julia Hardinger has practiced law since 1997, first at Arnold & Porter LLP, followed by Williams and Connolly, and in her own law firm since 2006. Her practice has focused almost exclusively on litigation and complex discovery. The three Associates are all licensed attorneys and have several years of experience in legal document review and production.

## V.    Conclusion

**WHEREFORE**, H&T request that an order be entered providing for an award of compensation for professional services rendered as attorneys for the debtor in the amount of $168,478.60, plus reimbursement of actual and necessary disbursements in the amount of $1,849.59 for a total compensation of $170,328.19, and any other relief as this court may deem just and proper.

Dated: Washington, DC
April 28, 2011

Respectfully submitted,

HARDINGER & TANENHOLZ LLP

By: _____
Julia Staunton Hardinger

1325 G Street NW – Suite 500
Washington, DC 20005
202-552-7353

Attorneys for Lehman Brothers Holdings, Inc., *et al.*, Debtors-in-possession

5

**HARDINGER & TANENHOLZ LLP**
1325 G Street Northwest – Suite 500
Washington, DC 20005
202-552-7353
Julia Staunton Hardinger (jhardinger@hardingerlaw.com)

Ordinary Course Professionals for
Lehman Brothers Holdings, Inc., et al,
Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al,* | : | |
| | : | **08-13555 (JPM)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

**Statement Pursuant to Federal Rule of Bankruptcy Procedure 2016 (b)**

1. I am a name partner of Hardinger & Tanenholz LLP, Ordinary Course Professionals for Lehman Brothers Holdings, Inc., and its affiliated debtors in the above reference Chapter 11 cases (collectively referred to as "Lehman" or the "debtors"), and the partner in charge of the matter.

2. Hardinger & Tanenholz LLP submits that all of the professional services for which the next application is made have been rendered solely for benefit of the debtor's estate and its creditors.

3. No agreement exists between Hardinger & Tanenholz LLP and any other person, firm or entity concerning the compensation or reimbursement received as a result of this case.

4. Hardinger & Tanenholz LLP has received no retainer in this case and has made no agreements with the debtors for compensation or reimbursement.

5. Hardinger & Tanenholz LLP has received no transfer, assignment or pledge of property of the debtor's estate except pursuant to an order of the court for compensation.

Dated: Washington, DC
April 28th, 2011

Respectfully submitted,

**HARDINGER & TANENHOLZ LLP**

By: _____
**Julia Staunton Hardinger**

1325 G Street NW – Suite 500
Washington, DC 20005
202-552-7353

Attorneys for Lehman Brothers Holdings,
Inc., *et al.,* Debtors-in-possession

2

**HARDINGER & TANENHOLZ LLP**
1325 G Street Northwest – Suite 500
Washington, DC 20005
202-552-7353
Julia Staunton Hardinger (jhardinger@hardingerlaw.com)

Ordinary Course Professionals for
Lehman Brothers Holdings, Inc., et al,
Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS, INC., _et al,_** | : | |
| | : | **08-13555 (JPM)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

### Certification of Professional

Julia Staunton Hardinger, a partner in the firm of Hardinger & Tanenholz LLP ("Applicant"), is
authorized to provide legal services is Ordinary Course Professionals to Lehman Brothers
Holdings, Inc. ("LBHI"), and its affiliated debtors in the above reference Chapter 11 cases and
partner in charge of this matter, hereby certifies as follows:

1. I have read the foregoing application.

2. To the best of my knowledge, information and belief, formed after reasonable inquiry,
   the application substantially complies with the mandatory guidelines of this court for
   fees and disbursements for professionals (the "Guidelines").

3. To the best of my knowledge, information and belief, formed after reasonable inquiry,
   the fees and disbursements sought in this application fall within the Guidelines.

4. The fees and disbursements sought any application are billed at rates and in accordance
   with practices customarily employed by Applicant in generally accepted by Applicants
   clients.

5. Alvarez & Marsal, the Court appointed restructuring firm for LBHI, has been provided with a copy of the APPLICATION OF JULIA HARDINGER FOR AN AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2011 TO JANUARY 31, 2011, has reviewed the Application and has approved it.

6. The disbursements requested to be reimbursed in the application do not include any amount of profit for Applicant.

Dated: Washington, DC
April 28, 2011

Respectfully submitted,

**HARDINGER & TANENHOLZ LLP**

By: _____
**Julia Staunton Hardinger**

1325 G Street NW – Suite 500
Washington, DC 20005
202-552-7353

Attorneys for Lehman Brothers Holdings, Inc., *et al.,* Debtors-in-possession

2

Exhibit A

Hardinger & Tanenholz LLP

David L. Tanenholz, Attorney at Law

Your Discovery Counsel

September 9, 2010

Mr. William A. Olshan
Senior Vice President
Office of the General Counsel
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas
New York, NY 10020

**RE:   Engagement of Discovery Counsel**

Dear Mr. Olshan:

Thank you for the opportunity to represent Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors (collectively "Lehman" or the "Client"). We understand LBHI is a debtor in a case (the "Chapter 11 Case") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") currently pending before the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). This letter will outline the scope and work involved in our proposed representation of you.

As discussed in our meetings with Alvarez & Marsal (acting on behalf of Lehman), Hardinger & Tanenholz is being engaged to serve as "discovery counsel," providing legal services in relation to the litigation and document review associated with the above referenced matter.

More specifically, Hardinger & Tanenholz is being retained to help lead the document review efforts on behalf of Lehman, including supervising and managing the review staff, conducting substantive review of custodial files, rendering decisions regarding the privilege status of documents and overseeing the legal and technical aspects of the document production.

The pace of the review and the size of the review team will be driven by several factors, including the nature and quantity of the documents, the type of information to be captured by the review, scheduling deadlines, and budget issues.

As a general matter, unless otherwise specified in this engagement letter, the terms of Hardinger & Tanenholz's engagement will be in accordance with our Firm's Standard Terms and Conditions of Engagement ("Standard Terms"), a copy of which is attached. The current hourly rate of Hardinger & Tanenholz professionals are as follows:

- H&T Partner:  $290/hour
- H&T Senior Discovery Attorney/Team Lead:  $149/hour
- H&T Information Technology Consultant: $139/hour
- H&T Review Attorney: $66/hour
- H&T  Paralegal: $45/hour

1325 G Street, N.W. I  Suite 500 I  Washington, DC 20005
tel 202 552 7355 I  fax 202 552 7354 I  dtanenholz@hardingerlaw.com I  hardingerlaw.com

September 9, 2010
Page 2

**HARDINGER & TANENHOLZ LLP**

Our policy on expenses, including those for which it is the Client's initial responsibility to pay, is contained in the Standard Terms. In particular, it is understood by all parties that H&T is based in the District of Columbia (the District) and the review project is expected to be physically located in the New York City metropolitan region. Accordingly, the Client has agreed to provide and pay for reasonable travel, meals, and living accommodations for H&T staff expected to travel from the District to work on this matter.

Notwithstanding anything contained herein and the attached, we understand and agree that our engagement by LBHI, and our submission of invoices or other forms of payment requests, are subject to compliance with the provisions of the Bankruptcy Code and relevant orders entered by the Bankruptcy Court in the Chapter 11 Case, including but not limited to the Amended Order Pursuant to Section 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business, dated March 25, 2010.

This agreement shall be governed by and construed and enforced in accordance with the laws of the State of New York, without regard to the application of New York's conflict of law principles. Without limiting any party's right to appeal any order of the Bankruptcy Court, the Bankruptcy Court shall retain exclusive jurisdiction to enforce the terms of this agreement and to decide any claims or disputes which may arise or result from, or be connected with, this agreement, any breach or default hereunder, or the transactions contemplated hereby; provided, however, that if the Bankruptcy Court does not have or abstains from exercising such jurisdiction, the parties hereto agree to unconditionally and irrevocably submit to the exclusive jurisdiction of the United States District Court for the Southern District of New York sitting in New York County or the Commercial Division, Civil Branch of the Supreme Court of the State of New York sitting in New York County and any appellate court from any thereof, for the resolution of any such claim or dispute.

If the terms of this engagement letter and the Standard Terms meet with your approval, please sign below and return to me. If, in the alternative, you have any questions regarding this letter, the enclosed copy of our Standard Terms, or our representation, please contact me. We look forward to working with you.

Very truly yours,

David L. Tanenholz

ACCEPTED BY:

Lehman Brothers Holdings Inc.

By: _____      Date: 9/10/10

William A. Olshan
Lehman Brothers Holdings Inc.

## **Standard Terms and Conditions of Engagement**

The following standard terms and conditions of engagement are incorporated in and made a part of the engagement letter for each matter that Hardinger & Tanenholz LLP ("Hardinger & Tanenholz" or "Firm") is engaged to represent "Client," as defined in the engagement letter.  For the matter of In Re Lehman Bros. Holding, Inc, et al, Hardinger & Tanenholz will comply with the Fee Committee Billing Guidelines.

**Basis for Fees and Reimbursable Costs.  Fees and Reimbursable Costs, along with applicable sales or other taxes, will be calculated and assessed for the representation of the Client as follows:**

*Fees.*  Hardinger & Tanenholz will bill Client on a monthly basis unless otherwise specified in the engagement letter for a specific matter.  Each bill will provide a detailed accounting of services rendered during the immediately preceding month.

The "services rendered" will be broken down into two separate components:  (i) legal services provided by our attorneys, paralegals and other professionals, and (ii) reimbursable costs and expenses incurred by Hardinger & Tanenholz in connection with its representation of Client.  With respect to legal services, Client will be billed on an hourly basis (unless otherwise specified) at rates which will vary with the nature of the matter, as well as with the experience and skill of the attorney, paralegal or professional rendering the services.  Please note that our regular hourly rates are typically adjusted as of January 1 of each year and may, from time to time, be adjusted at other times during the year.

*Reimbursable Costs.*  The second component of "services rendered" shown on your bill will be a summary of expenses by category which may include travel, postage, etc.

While many expense costs are generally paid by the Firm and then charged to Client, it is our practice to forward invoices for significant fees or disbursements (e.g., $1,000 or higher) to Client for direct payment to the vendor.

*Payment.*  Unless otherwise specifically agreed in the engagement letter, we expect payment from Client within 30 days of the invoice date, as prompt and full payment for our services is vital to our ability to efficiently provide legal services to all clients.  By executing the engagement letter, Client agrees to pay our invoice within 30 days of the bill date, unless otherwise specified in the letter.

*Interest on Overdue Accounts.*  We reserve the right to discontinue services if our bills are not paid in a timely manner, and to seek payment for all past services rendered.

*Term of Engagement.*  Either of us may terminate the engagement at anytime for any reason by written notice, subject on our part to applicable rules of professional conduct.  If Client so requests, we will suggest possible successor counsel.  If permission for withdrawal is required by a court, we will promptly apply for such permission, in accordance with local court rules, and you agree to engage successor counsel to represent you.

*Termination.*  Unless previously terminated, our representation of the Client will terminate upon our sending the final statement for services rendered in this matter.  The Firm expects full payment for any amounts owed at that time.

*Post-Engagement Matters.*  Client has engaged the Firm to provide legal services in connection with a specific matter as described in the engagement letter.  After completion of the matter, changes may occur in the applicable laws or regulations that could have an impact on the Client's future rights and liabilities.  Unless Client engages the Firm to provide additional advice on issues arising from the matter, we have no continuing obligation to advise you with respect to future developments.

*Future Conflicts In Unrelated Matters.*  Unless Client and the Firm specifically agree otherwise, Client understands that because of the size and variety of clients and matters represented by the Firm, it is important to all of our clients, including Client, that we not become unduly precluded from representing clients, where clients, including Client,

may develop a relationship with us and anticipate using us for that type of matter. Accordingly, the Firm reserves the right to continue to represent or to undertake to represent existing or new clients in any matter that is not substantially related to our work for Client, even if the interests of such clients in those other matters are directly adverse to Client in a matter for which we have not been engaged to represent Client. By signing the engagement letter, Client expressly waives any right to object to such representation or to any other adverse representation by us not substantially related to our work for Client, even if the interest of Client in such other matter is directly adverse to Client in a matter for which we have not been engaged to represent Client. We agree, however, that Client's prospective consent to conflicting representation as described herein shall not apply unless an appropriate ethical wall is put into place in any instance where as the result of our representation of Client we have obtained sensitive, proprietary or otherwise confidential information that, if known to any such other client of ours, could be used to the material disadvantage of Client.

If you have any questions regarding the foregoing waiver, or if you believe a modification or clarification is appropriate in connection with our representation of Client, please do not hesitate to contact us or other counsel for advice.

***Disposition of Records.*** Hardinger & Tanenholz is not obligated to keep files/records related to a matter after that matter is finished unless required to do so by operation of law. Hardinger & Tanenholz may destroy any file materials (hard copy or electronic form) after termination of the matter involved, unless Client requests those materials within thirty days of notification of Hardinger & Tanenholz's intent to destroy them.

Exhibit B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                              :        Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :        08-13555 (JMP)
:
Debtors.                  :        (Jointly Administered)
:
---------------------------------------------------------------------x

## AMENDED ORDER PURSUANT TO SECTIONS 105(a), 327, 328, AND 330 OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS TO EMPLOY PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS

Upon the motion, dated February 19, 2010 (the "Motion"),[1] of Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors-in-possession (collectively, the "Debtors"), to amend the order, entered on November 5,

2008 [Docket No. 1394], pursuant to sections 105(a), 327, 328 and 330 of chapter 11 of the title

11 of the United States Code (the "Bankruptcy Code") authorizing the Debtors to employ

professionals utilized in the ordinary course of business (the "Ordinary Course Professionals"),

all as more fully described in the Motion; and the Court having jurisdiction to consider the

Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the

Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York

Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and

consideration of the Motion and the relief requested therein being a core proceeding pursuant to

28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

1409; and due and proper notice of the Motion having been provided in accordance with the

procedures set forth in the amended order entered February 13, 2009 governing case

---

[1] Capitalized terms that are used but not defined in this Order have the meanings ascribed to them in the Motion.

management and administrative procedures [Docket No. 2837]; and the Court having found and

determined that the relief sought in the Motion is in the best interests of the Debtors, their estates

and creditors, and all parties in interest, and that the legal and factual bases set forth in the

Motion establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that, pursuant to sections 105(a), 327, 328, and 330 of the Bankruptcy

Code, to the extent deemed necessary by the Debtors, the Debtors are authorized to employ, *nunc

pro tunc* to September 15, 2008, the Ordinary Course Professionals listed on Exhibit C to the

OCP Order in the ordinary course of their businesses in accordance with the procedures set forth

herein, effective as of the date of commencement of the Debtors' chapter 11 cases; and it is

further

ORDERED that each Ordinary Course Professional shall provide the Debtors'

attorneys as promptly as possible following the date on which the Ordinary Course Professional

commences services for the Debtors:  (a) an affidavit (the "Ordinary Course Professional

Affidavit"), substantially in the form annexed as Exhibit A to the OCP Order, certifying that

such Ordinary Course Professional does not represent or hold any interest adverse to the Debtors

or their estates with respect to the matter on which the professional is to be employed; and (b) a

completed retention questionnaire (the "Retention Questionnaire"), substantially in the form

annexed to the OCP Order as Exhibit B; and it is further

ORDERED that the Debtors' attorneys shall file the Ordinary Course Professional

Affidavits and Retention Questionnaires with the Court and serve a copy thereof upon the

Reviewing Parties (as defined below); and it is further

ORDERED that the Debtors are authorized to supplement the list of Ordinary

Course Professionals from time to time during these chapter 11 cases, as the need arises, and file

a notice with the Court listing such additional Ordinary Course Professionals and attach thereto

the relevant Ordinary Course Professional Affidavits and Retention Questionnaires (collectively,

the "Supplemental Notice of Ordinary Course Professionals"), and serve the Supplemental

Notice of Ordinary Course Professionals on the (i) U.S. Trustee, and (ii) attorneys for the official

committee of unsecured creditors appointed in these chapter 11 cases (together with the Debtors,

the "Reviewing Parties"); and it is further

ORDERED that the Reviewing Parties shall have 10 days after receipt of either

the Ordinary Course Professional Affidavit and the Retention Questionnaire, in the case of

Ordinary Course Professionals listed on Exhibit C, or the Supplemental Notice of Ordinary

Course Professionals, in the case of any additional Ordinary Course Professionals, to object to

the retention, employment or compensation of the Ordinary Course Professional stemming from

the contents of the Ordinary Course Professional Affidavit or the Retention Questionnaire (the

"Objection Deadline"); and it is further

ORDERED that if no objections are filed by the Objection Deadline, the

retention, employment, and compensation of the Ordinary Course Professional shall be deemed

approved pursuant to sections 327 and 328 of the Bankruptcy Code without the need for a

hearing and without further order from the Court; *provided*, *however*, that if an objection is filed

and any such objection cannot be resolved within 20 days, the matter shall be set for a hearing

before the Court; and it is further

ORDERED that the Debtors are authorized to pay compensation and reimburse

expenses to each of the Ordinary Course Professionals retained pursuant to this Order in the

customary manner in the full amount billed by each such Ordinary Course Professional upon

receipt of reasonably detailed invoices indicating the nature of the services rendered and

calculated in accordance with such professional's standard billing practices (without prejudice to

the Debtors' right to dispute any such invoices); *provided, however*, that the payments do not

exceed $150,000 per month per Ordinary Course Professional; and it is further

ORDERED that payment to any one Ordinary Course Professional shall not

exceed $1 million for the period prior to the conversion of, dismissal of, or entry of a

confirmation order in these chapter 11 cases (the "Chapter 11 Period"); and it is further

ORDERED that in the event payment to any Ordinary Course Professional

exceeds $1 million during the Chapter 11 Period, such Ordinary Course Professional shall be

required to file a retention application to be retained as a professional pursuant to sections 327

and 328 of the Bankruptcy Code; and it is further

ORDERED that in the event that an Ordinary Course Professional seeks more

than $150,000 per month, that professional will be required to file a fee application for the full

amount of its fees and expenses for that month in accordance with sections 330 and 331 of the

Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for

the Southern District of New York, the Fee Guidelines promulgated by the U.S. Trustee, and any

and all orders of the Court; and it is further

ORDERED that, notwithstanding the foregoing, the Debtors are authorized to

retain and pay any professional whose services do not result in fees and disbursements in excess

of $30,000 per month and $150,000 in the aggregate for the Chapter 11 Period (collectively, the

"De Minimis Ordinary Course Professionals") without the need to file an Ordinary Course

Professional Affidavit or a Retention Questionnaire; and it is further

4

ORDERED that if in any month a De Minimis Ordinary Course Professional exceeds the applicable monthly limit, such professional shall (i) complete and file an Ordinary Course Professional Affidavit and a Retention Questionnaire and/or (ii) submit a fee application, to receive further compensation in accordance with procedures set forth herein for Ordinary Course Professionals; and it is further

ORDERED that the Reviewing Parties shall have 10 days following service to object to the retention of the De Minimis Ordinary Course Professional stemming from the contents of the Ordinary Course Professional Affidavit and Retention Questionnaire, and if no objection is filed after the tenth day, the De Minimis Ordinary Course Professional shall be retained, employed, and compensated as an Ordinary Course Professional and shall be subject to all the provisions herein regarding Ordinary Course Professionals; and it is further

ORDERED that the Debtors reserve the right to amend the monthly compensation limitations set forth in this order upon notice and hearing; and it is further

ORDERED that this Order shall not apply to any professional retained by the Debtors pursuant to a separate order of the Court.

Dated: New York, New York
        March 25, 2010

        _s/ James M. Peck_____
        Honorable James M. Peck
        United States Bankruptcy Judge

5

Exhibit C

# Hardinger & Tanenholz LLP

*Your Discovery Counsel*

|  |  |
|---|---|
| **1325 G Street, N.W.**<br>**Suite 500**<br>**Washington, DC 20005** | INVOICE NO. 99-001-005<br>DATE: FEBRUARY 9, 2011 |
| Federal Tax ID No.: 74-3191246<br><u>Wiring Instructions</u>:<br>Bank of America<br>ABA Routing Number:  054001204<br>Account Number:  001924897385 |  |

| BILL TO | **Mr. William Olshan**<br>**Alvarez  & Marsal**<br>**125 Park  Avenue, Suite 2500**<br>**New York, NY 10017** | Hardinger & Tanenholz client No.:  90009.001<br><br>**Invoice for Lehman Brothers Matter** |
|---|---|---|

### <u>Hardinger & Tanenholz LLP January 2011 Billing Summary</u>

Hardinger & Tanenholz Partner Fees:          $51,156.00
(176.4 hours @ $290 per hour)

Hardinger & Tanenholz Senior Associate Fees:   $117,322.60
(787.4 hours @ $149 per hour)

Expenses:                                      $1,849.59
(receipts attached)

Total Professional Fees and Expenses:          $170,328.19

**TOTAL AMOUNT DUE FROM LBHI:**              **$170,328.19**

| January 1, 2011 | Laureano Gomez | Format privilege logs G1 and H1 into internal protocol (3.0); begin reviewing each entry on G1 for basis of privilege (1.5). | 4.0 |
|---|---|---|---|
| January 2, 2011 | Laureano Gomez | Review each entry of privilege log G1 to determine its basis of privilege (4.4); look up identities of rayshaun2@aol.com and 4955214@archwireless.net for privilege log G1 (0.4); update tracking calendar for privilege logs G1 and H1 (0.4); draft daily task summary for review by J. Hardinger (0.2). | 5.4 |
| January 3, 2011 | Julia Hardinger | Travel from Alexandria, VA to Jersey City, NY (billed at ½ time) (2.2); follow-up discussions with J. Arnini regarding cross-reference of J. Haggin's Report numbers in Relativity and the creation of factual development chronologies (.5); discussions with J. Arnini and T. Cho regarding accidental deletion of review batches and proper batching of documents remaining for first-level review (.4); conference call with M. Moscato, J. Arnini and Curtis associates regarding status of factual development projects (.5); follow-up discussion with M. Moscato and T. McCabe regarding opposing counsel's 5th Request for Production (0.4); numerous discussions with the privilege team regarding potential waiver for privileged conversations after August 18, 2008 (0.8); continue preparations for meeting regarding task allocation with M. Kindy (2.5); answer substantive questions from the first-level review team regarding specific documents (2.3). | 9.6 |
| | Laureano Gomez | Discuss production of Privilege Log F1 with A. Zinman (0.3); emails to/from M. Moscato and A. Zinman regarding merging F1 with G1 and producing on January 10 (0.5); review of each entry on the internal copy of Privilege Log H1 to determine its basis for privilege (6.7); track new custodians reviewed for counterclaim by reviewers (0.3); discuss privilege log description entries with E. Noel and D. Wenninger (0.4); assign batches (1.0); emails with T. Cho about technical error on A. Moser's terminal and move A. Moser to new computer (0.6); Report technical error of L. Henry who has same problem as A. Moser (0.2); draft daily task summary for review by J. Hardinger (0.2). | 10.2 |
| | Erica Noel | Supervise contract attorney review team, assigning new batches, assisting with technical issues, and answering substantive questions about the case (3.5); discussion with D. Wenninger and follow-up email exchange with H&T team regarding use of "Privilege Waiver" field during Privilege review (0.3); deal with Lehman Wi-Fi connectivity problem (project manager unavailable) (0.5); final privilege review of documents in privilege review queue (2.0); batch similar potentially privileged documents for final privilege review (1.5); create search in Relativity to track all documents for which I performed the final privilege review so I can quality check my work (0.5); draft daily task summary for review by J. Hardinger (0.2). | 8.5 |

| January 3, 2011 | David Wenninger | Assign batches, discussions with contract attorneys regarding same (1.3); troubleshoot inability to login to wireless network, call to LAMCO, troubleshoot monitor issue, installing updates, email from LAMCO (project manager unavailable) (0.2); discussion with contract attorney regarding taking off the potentially privileged tag when not a false hit (0.1); answer the substantive, procedural coding, administrative, and potentially privileged questions of the contract attorneys (2.8); discussion with J. Hardinger regarding project management issues (0.2); discussions with contract attorneys regarding moving seats, clean-up of desks (paralegal unavailable) (0.3); group similar potentially privileged documents together for second level review, second level review coding for privilege, quality control check regarding same, discussions with E. Noel regarding same and privilege log descriptions, review of edited privilege log for descriptions (7.5); scan/email to Hudson readable copy of timesheets scanner distorted (paralegal unavailable), emails from/to J. Arnini and Hudson regarding Hudson mistaking a different project's timesheets for ours (0.2); review of emails from J. Arnini and E. Noel regarding shortcut keys, review of shortcut keys on Relativity (0.1); review of emails from J. Hardinger regarding privilege waiver and scope (0.1); draft daily task summary for review by J. Hardinger (0.2). | 13.0 |
|---|---|---|---|
| January 4, 2011 | Julia Hardinger | Follow-up conference call with M. Moscato and T. McCabe regarding opposing counsel's 5th Request for Production (.3); discussions with J. Arnini regarding the organization and assigning of counterclaim documents and update and revise memorandum for first-level team regarding the same (0.8); follow-up discussions with J. Arnini and T. Cho regarding protocol for formatting factual development chronologies (.2); investigate possible withholding of partially privileged documents in G1 (.4); quality control discussions with D. Wenninger regarding first-level potential privilege (.4); numerous discussion and consultations with Curtis associates regarding final privilege calls on potentially privileged documents (5.6); discussions with T. Cho regarding transfer of administrative tasks (.2); begin final quality check and sign-off for production group J1 and email discussions with J. Arnini regarding performance problems with Relativity (2.5). | 10.4 |
| | Laureano Gomez | Review of each entry on the internal copy of Privilege Log H1 to determine its basis for privilege (3.9); track new custodians reviewed for counterclaim by reviewers (0.3); incorporate document counts for new custodians for counter claim (0.3); update Weekly Report protocol and send to J. Arnini for T. Cho (0.2); discussions with J. Arnini, J. Hardinger and M. Robinson about documents changed from partially privileged to wholly privileged on G1 and marked with OCR Text Number bates stamp (0.5); feedback to T. Cho about productivity scripts format (0.3); update notes for each custodian reviewed for counterclaim in order to aid factual development (0.8); assign batches to reviewers(1.0); update production calendar to include dates for productions J1, K1, L1 and M1 (1.5); draft daily task summary for review by J. Hardinger (0.2). | 9.0 |
| | Erica Noel | Supervise contract attorney review team, assigning new batches, assisting with technical issues, and answering substantive questions about the case (3.0); discussion with D. Wenninger regarding strategy for our portion of final privilege review (0.5); discussion with D. Wenninger and follow-up email exchange with J. Hardinger regarding use of "Privilege Waiver" field during Privilege review (0.3); deal with Lehman Wi-Fi connectivity problem (project manager unavailable) (0.5); final privilege review of documents in privilege review queue (3.0); run searches to batch similar documents for final privilege review (1.5); email exchange with T. Cho regarding formatting of daily productivity scripts and related discussion with D. Wenninger and L. Gomez about preferred/most useful format for report T. Cho will run daily (0.5); draft daily task summary for review by J. Hardinger (0.2). | 9.5 |

| January 4, 2011 | David Wenninger | Assign batches, discussions with contract attorneys regarding same (0.5); group similar potentially privileged documents together for second level review, second level review coding for privilege, discussions with E. Noel regarding same (7.0); troubleshoot inability to use search functions in Relativity/dealing with Relativity slowness, emails to J. Arnini and T. Cho regarding same, try laptop and different computer, discussions with J. Arnini and T. Cho regarding error messages from Relativity (0.9); answer the substantive, procedural coding, administrative, and potentially privileged questions of the contract attorneys (2.2); emails to/from T. Cho regarding A&M filter/potential privilege issue, review of notes regarding same (0.2); quality control of documents tagged not potentially privileged containing newly discovered law firms (0.5); discussion with J. Hardinger regarding contract attorneys failing to code correctly for potential privilege, create example list for individual discussions with contract attorneys regarding same, follow-up search and email to J. Hardinger (0.7); review of productivity scripts, emails regarding same (0.2); draft daily task summary for review by J. Hardinger (0.3). | 12.5 |
|---|---|---|---|
| January 5, 2011 | Julia Hardinger | Conduct meeting with H&T attorneys regarding transition of tasks to T. Cho and conversations with T. Cho regarding the same (1.6); numerous discussions with J. Arnini and T. Cho regarding Relativity outage and possible solutions to delayed searches (3.5); discussions with J. Arnini regarding proper reporting of statistics for tracking privilege review and discuss status of review with privilege team (.5); email communication with whole production team regarding modification of production schedule (.3); complete final sign-off for production group J1 and discussions with Jl. Arnini regarding the same (2.1); email communication to M. Kindy to set agenda for weekly status conference call (.2); answer substantive questions for first-level review team (.7). | 7.3 |
| | Laureano Gomez | Meeting with H&T about transition period and new task and duties going forward (1.2); assign batches to reviewers (1.0); send finalized G1 privilege log to A. Zinman for review (0.2); finish formats and basis of privilege for privilege log H1 and send to A. Zinman and J. Arkush for final sign off (3.4); compile Key terms from documents that were responsive but marked not relevant based on the "QC No" field (2.6); discussions with J. Arnini, T. Cho, J. Hardinger and D. Wenninger about Relativity problems and run tests on laptop and desktop to isolate the problem (0.8). | 9.2 |
| | Erica Noel | Supervise contract attorney review team, assigning new batches, assisting with technical issues, and answering substantive questions about the case (2.5); discussions with T. Cho, J. Arnini, and D. Wenninger regarding ongoing Relativity and Lehman network connectivity issues, and subsequent troubleshooting to restore Lehman network connection (1.0); perform final privilege review of documents in privilege review queue and write corresponding privilege log descriptions of those documents I determine contain privileged material (3.0); lunch meeting with D. Wenninger, L. Gomez, and J. Hardinger regarding progression of case, possibly cutting contract attorney team, second-sweep searches of documents marked not responsive, and miscellaneous project issues (1.5); review recent productivity scripts and analyze to help determine my list of the top five contract attorneys to retain after a possible second reduction in the team, email my list to J. Hardinger (0.8); discussion with D. Wenninger and L. Gomez regarding strategy for quality check searches to pull documents marked not responsive that are likely responsive so they may be re-reviewed (0.5); discussion with J. Arnini regarding documents identified during JPM Counterclaim review that now need to be first level reviewed, assign to contract attorney D. Schierholz (0.5); draft daily task summary for review by J. Hardinger (0.2). | 10.0 |

| January 5, 2011 | David Wenninger | Assign batches, discussions with contract attorneys regarding same (0.5); group similar potentially privileged documents together for second level review, second level review coding for privilege, discussions with E. Noel and Curtis regarding same (4.6); answer the substantive, procedural coding, administrative, and potentially privileged questions of the contract attorneys (2.5); deal with relativity errors/slowness related to searching, emails to J. Arnini and T. Cho regarding same, discussion with, showing examples to, and emails to/from T. Cho regarding same (1.5); discussion with E. Noel regarding stop characters in Relativity searching, review Relativity searching manual (0.4); email to/from J. Hardinger regarding staffing decisions, review of productivity scripts (0.2); H&T meeting regarding project status, staffing, quality control issues, assignments (1.5); research potential new law firm/attorneys, quality control of documents regarding same for missed/potential missed privilege, email to Curtis regarding same, email to T. Cho regarding A&M filter (0.5); create/update quality control searches, save search terms, discussion with E. Noel and L. Gomez regarding same, email to J. Hardinger regarding same (0.4); discussion with L. Gomez regarding collateral securities (0.1); draft daily task summary for review by J. Hardinger (0.2). | 12.4 |
|---|---|---|---|
| January 6, 2011 | Julia Hardinger | Discussions with E. Noel and J. Arnini regarding documents that are too large to view in Relativity (1.2); review and editing of revised protocol for factual development chronologies and discussion with T. Cho regarding modification to the factual development template (.3); conference with T. Cho regarding daily summaries and how to track status of all aspects of review (.5); conference with L. Gomez regarding electronic quality check of documents reviewed in first stage of review and options to correct the same (.6); numerous conversations with privilege team regarding proper coding for final privilege review and update privilege manual to reflect the same (3.4); conference call with T. McCabe regarding counterclaim review (.3); meet with T. Cho regarding transfer of administrative tasks and task management (.7); prepare for weekly status report conference call with M. Kindy, J. Arnini and T. Cho (.5); discussions with S. Brennan regarding Freedom Park documents (.5); investigate possible false hits from privilege filter and discussions with D. Wenninger regarding the same (.8); travel from Jersey City, NJ to Washington DC (billed at ½ time) (2.3). | 10.1 |
| | Laureano Gomez | Compile search terms from 3rd and 4th request, Counterclaim, and new terms/projects learned on the project after the initial and run those searches against documents marked "Not Relevant" (2.4); create Excel spreadsheet to track the hits of all the search terms based on different Date Ranges and send to J. Hardinger (1.5); update Master Tracking List of counterclaim, production log and produced document (0.5); assign batches to reviewers (1.0); answer question from S. Brennan about running searches on counterclaim folder (0.4); update counterclaim custodial notes (0.2); search for file shares found D. Schierholz's folder (0.2); merge privilege log G1 and F1 together, make final edits, and send to A. Zinman, J. Arkush and J. Hardinger for production to JPMC (3.5); respond to reviewer's administrative questions about the project (0.2); draft daily task summary for review by J. Hardinger (0.3). | 10.2 |

| Date | Name | Description | Hours |
|---|---|---|---|
| January 6, 2011 | Erica Noel | Supervise contract attorney review team, assigning new batches, assisting with technical issues, and answering substantive questions about the case (3.5); perform final privilege review of documents in privilege review queue and write corresponding privilege log descriptions of those documents containing privileged material (3.0); run test quality check searches to pull documents marked not responsive that contain terms we learned late in the case are likely responsive, spreadsheet of search result tallies for the purpose of recommending to J. Hardinger certain searches to be re-reviewed by contract attorneys (1.5); email exchange with J. Hardinger regarding Factual Development Update, send J. Hardinger the most recent Factual Development protocol (0.4); delete all of my searches that I don't regularly use per J. Hardinger's email request that suggests the large number of saved searches could slow down the database (0.3); discussion with A. Zinman regarding "Questionable" final privilege calls and joining Curtis team for debating the close calls at Monday meeting, follow-up email to D. Wenninger suggesting we participate in this process (0.5); investigate strange-looking batches that appear identical (0.4); troubleshoot Relativity for various issues preventing me from saving my changes and privilege log entries in the privilege review view (0.5); request to J. Arnini that she re-batch the very large batches by pulling out the last document with many attachments so we can review those first and are able to have a better idea of number of remaining families to be reviewed/project length (0.3); draft daily task summary for review by J. Hardinger (0.2). | 10.6 |
| | David Wenninger | Group similar potentially privileged documents together for second level review, second level review coding for privilege, run quality control searches regarding same, discussions with E. Noel and Curtis regarding same, email to J. Hardinger regarding same/workflow (9.8); emails to/from J. Hardinger regarding suggestion from M. Robinson, deleting/reorganizing searches on Relativity to increase speed (0.5); answer the substantive, administrative, and potentially privileged questions of the contract attorneys (0.4); email to J. Hardinger and E. Noel regarding false hits for potentially privileged documents (0.1); research potential new attorneys/law firms, emails to/from Curtis regarding same (0.4); discussion with and email/spreadsheet from L. Gomez regarding responsive quality control (0.2); Relativity exceptions and failure to save when using undock feature/failure to load tagging pane intermittently (0.2); discussion with L. Gomez regarding privilege log descriptions/acronyms, review of draft log (0.2); draft daily task summary for review by J. Hardinger (0.2). | 12.0 |
| January 7, 2011 | Julia Hardinger | Email discussions with M. Moscato regarding quality control re-review of documents (.2); review of status report prepared by T. Cho and email discussions correcting the same (.4); weekly status report conference call with M. Kindy, J. Arnini and T. Cho (.4); continue preparations for quality-control re-review searches and preparations for the first-level review team (1.3); follow-up discussions with J. Arnini regarding processing of production J1 (.3); brief analysis of documents identified as having technical issues and discussions with T. Cho regarding the same (.5). | 3.1 |

| | | | |
|---|---|---|---|
| | Laureano Gomez | Read and respond to email from J. Hardinger about setting up review of documents marked "Not Relevant" before the new requests, counterclaim and new terms/projects (0.4); send Excel spreadsheet with Relevant Terms to T. Cho and discuss running these searches, batching them out, and picking a group of 5 – 7 reviewers to look at these documents (0.6); answer reviewer questions regarding counterclaim documents (0.3); look up documents that are too big to open and password protected and mark as technical issue (0.3); update search terms sent by T. Cho (0.3); assign batches to reviewers (1.0); discuss privilege review with D. Wenninger concerning draft board meetings and 2Q 10-Ks (0.2); email J. Hardinger about setting up a team to review the new docs (0.3); review productivity scripts sent by T. Cho (0.3); email with T. Cho regarding privilege log I1 (0.4); answer reviewer administrative questions (0.5); create worksheet on Master Tracking form to track responsive documents in other databases that reviewers have found (3.5); update counterclaim comments (1.6); draft daily task summary for review by J. Hardinger (0.3). | 10.0 |
| January 7, 2011 | Erica Noel | Supervise contract attorney review team, assigning new batches and answering substantive questions about the case (3.0); discussion with L. Gomez regarding strategy for ongoing productions to allow more time to complete final privilege review and privilege logs (0.5); discussion with D. Wenninger and L. Gomez regarding receiving approval from client for running re-sweep searches and strategy for reviewing the documents identified in the search (0.7); perform final privilege review of documents in privilege review queue and write corresponding privilege log descriptions of those documents containing privileged material (4.5); email exchange regarding my request for additional log-in for relativity (0.2); review daily productivity scripts (0.4); email from D. Wenninger and follow-up discussion regarding Curtis determination that draft board materials are not responsive to JPM's request for production and treatment of those that are responsive because they contain other responsive material (0.5); email exchange with J. Arnini regarding my request that she re-batch large families and mechanics of re-batching, assign the large family batches (0.5); draft daily task summary for review by J. Hardinger (0.2). | 10.5 |
| | David Wenninger | Assign batches, discussion with contract attorneys regarding same (0.2); group similar potentially privileged documents together for second level review, second level review coding for privilege, quality control of same, discussion with Curtis regarding same and treatment of paralegals/legal assistants and treatment of drafts, email to E. Noel regarding same, research potential new attorneys (9.4); answer the substantive, procedural coding, administrative, and potentially privileged questions of the contract attorneys (0.9); test of searches and email to T. Cho regarding same (0.1); Relativity freezes/issue with document not matching tagging pane after hitting next document, emails from/to J. Arnini regarding second login (0.3); emails to/from Hudson regarding contract attorney scheduling issues (0.1); discussions with L. Gomez and E. Noel regarding quality control searches, potential review of instant messages (0.2); review of productivity scripts (0.1); draft daily task summary for review by J. Hardinger and edit week's previous summaries (0.5). | 11.8 |
| January 8, 2011 | Erica Noel | Perform final privilege review of documents in privilege review queue and write corresponding privilege log descriptions of those documents containing privileged material (4.3); discussion with D. Wenninger regarding my opinion on two borderline privileged documents and the use of "Weil Final Privilege" tag (0.2); draft daily task summary for review by J. Hardinger (0.1). | 4.6 |
| | David Wenninger | Group similar potentially privileged documents together for second level review, second level review coding for privilege, discussion with E. Noel regarding same and Weil privilege, email to J. Hardinger regarding Weil privilege (3.8). | 3.8 |
| January 9, 2011 | Julia Hardinger | Travel from Alexandria, VA to Jersey City, NJ (billed at ½ time) (2.2). | 2.2 |

| January 9, 2011 | Erica Noel | Perform final privilege review of documents in privilege review queue and write corresponding privilege log descriptions of those documents containing privileged material (2.0); draft daily task summary for review by J. Hardinger (0.1). | 2.1 |
|---|---|---|---|
| January 10, 2011 | Julia Hardinger | Begin investigation of single document with 1,800 attachments and corresponding coding (1.0); review and edit weekly report prepared by T. Cho and discussions with T. Cho regarding inconsistencies in the same (.6); continue analysis of foreign language documents and discuss coding of the same with L. Gomez (.2); coordinate with T. Cho regarding contract attorney absences and plan for MLK holiday (.3); discuss review of technical documents with A. Moser and follow-up with T. Cho regarding the same (.5); numerous discussions with privilege review team and answer privilege questions from the same (1.5); prepare and distribute team status report for Week 15 (1.5); brief discussions with T. McCabe regarding preliminary findings in the first-level review of the counterclaim documents (.4). | 6.0 |
| | Laureano Gomez | Email from J. Arnini and D. Wenninger about second login usage and the production set for K1 (0.2); review of batches that are in still in progress but not completed or left unfinished by previews reviewers and batch these out (0.5); quality check batches that are finished but not marked 'completed' (0.3); review the status of counter claim custodians, and update the reviewer comments (1.5); update Master Tracking List with I1 and J1 productions (0.4); discuss status of privilege log H1 with A. Zinman (0.2); receive privilege log I1 from T. Cho and email him with formatting edits (0.2); review productivity scripts sent by T. Cho (0.2); update production calendar with next 3 production cycles, K1, L1 and M1 (1.4); update of foreign language review (0.1); email J. Hardinger the advantages of having two login names (0.2); begin and finish formatting internal version of I1 privilege log (3.0); review Weekly Summary report sent by T. Cho (0.2); discuss data from search terms with T. Cho and plan meeting for 1/11 to discuss how to batch these out (0.1); assign batches to group (1.2); read emails regarding dual logins and weekly summary report sent by J. Hardinger (0.3); draft daily task summary for review by J. Hardinger (0.2). | 10.2 |
| | Erica Noel | Supervise contract attorney review team, assigning new batches, assisting with technical issues, and answering substantive questions about the case (1.5); perform final privilege review of documents in privilege review queue and write corresponding privilege log descriptions for those documents containing privileged material (7.0); discussion with J. Hardinger regarding large families containing documents marked potentially priv. bottlenecking production, create final privilege review batches from these large families so they may be prioritized and rapidly cleared for production (1.5); draft daily task summary for review by J. Hardinger (0.2). | 10.2 |
| | David Wenninger | Assign batches, discussions with contract attorneys regarding same (0.4); set up second login, emails to/from J. Arnini regarding second login not being able to assign batches/batch, emails to J. Arnini and T. Cho regarding document skipping when using the new login, email to J. Arnini regarding use of two logins not functioning simultaneously on laptop/troubleshoot same (0.4); group similar potentially privileged documents together for second level review, second level review coding of privilege, discussion with Curtis regarding same and communications with trustees, discussion with J. Hardinger regarding Weil privilege, quality control of Weil privilege documents, discussion with E. Noel and J. Hardinger regarding large families tagged potentially privileged not yet through second level review (11.8); answer the technical, substantive, and administrative questions of the contract attorneys (0.9); draft daily task summary for review by J. Hardinger (0.2). | 13.7 |

| | | | |
|---|---|---|---|
| January 11, 2011 | Julia Hardinger | Review batch assignments for original email collection and email J. Arnini and T. Cho regarding inconsistencies in document numbers (.8); review status of documents identified as potentially privileged and coordinate with privilege team to establish preliminary plan for completion of privilege review (2.0); begin arrangements to increase the size of the privilege team per M. Kindy (1.5); conduct quality check and final sign of on Production Group K1 and communicate problems with Relativity to J. Arnini (4.5). | 8.8 |
| | Laureano Gomez | Meet with J. Arnini and A. Zinman about work flow for the new search term Re-review (1.0); run pivot on documents grouped "relevance by date" to retrieve document counts remaining (0.2); coordinate the Re-Review with J. Arnini and T. Cho (0.6); receive privilege log H1 from J. Arkush and begin formatting (0.4); announcement by Julia to group about the status of the project (0.3); assign batches to group (1.5); assign counterclaim folders and update counterclaim review tracking chart (1.1); run summary report on Foreign Language and send foreign languages needed and document count to T. Cho (0.3); draft instruction worksheet for group doing the Re-Review docs and send to J. Arnini and T. Cho for review (1.2); discuss privilege log H1 with A. Zinman (0.4); discuss the scheduling of privilege review with J. Hardinger and A. Zinman (0.5); announcement by T. Cho about absence procedures with Hudson (0.1); answer substantive questions from reviewers concerning counterclaim (0.8); open and code technical issue documents of K. Mendenko (0.3); discuss coding instructions for Re-Review "Yes-Reviewed" tag with J. Arnini and review the batches for coding (0.5); draft daily task summary for review by J. Hardinger (0.2). | 9.5 |
| | Erica Noel | Supervise contract attorney review team, assigning new batches, assisting with technical issues, and answering substantive questions about the case (1.3); perform final privilege review of documents in privilege review queue and write corresponding privilege log descriptions for those documents containing privileged material (8.0); draft daily task summary for review by J. Hardinger (0.2). | 9.5 |
| | David Wenninger | Assign batches, email from/to J. Hardinger and J. Arnini regarding same (0.2); group similar potentially privileged documents together for second level review, second level review coding of privilege, discussions with Curtis and E. Noel regarding same, emails to J. Hardinger regarding potentially privileged data only appearing in the extracted view on some documents and grouping of larger families (11.4); answer the substantive and administrative questions of the contract attorneys (0.6); draft daily task summary for review by J. Hardinger (0.2). | 12.4 |
| January 12, 2011 | Julia Hardinger | Discussions with the first-level counterclaim review team to answer questions regarding substance of the same (1.3); update and revise counterclaim report and email discussions with T. McCabe regarding the hot documents in the same (1.4); follow-up email discussions with J. Arnini and M. Robinson regarding Production Group K1 (.3); respond to inquiries from M. Kindy regarding status of privilege review and how to complete the same (1.0); discussions with A. Zinman regarding Curtis resources devoted to privilege review and availability (.7); answer substantive questions from the privilege team regarding final calls on potentially privileged documents (2.2); discussions with L. Gomez, D. Wenninger and E. Noel and proper workflow of first-level review to ensure efficient second level privilege review (.5); follow-up on incomplete first-level review batches and reassignment of the same (.3); investigate the "large family" batches and discussions with J. Arnini regarding the inadvertent deletion of several assignment batches and re-creation of the same (3.3). | 11.0 |

| | | | |
|---|---|---|---|
| January 12, 2011 | Laureano Gomez | Email J. Hardinger, E. Noel and D. Wenninger about daily schedule and folders to assign for the counterclaim (0.2); look up counterclaim folder to be reviewed for today (0.1); emails with E. Noel about K1 privilege log (0.1): email T. Cho and J. Arnini about status of ReReview (0.1); email about batching out group share documents and the status of future group share and home share documents (0.3); make edits and formats to final privilege log H1 (4.8); change documents marked "Deprivilege – Not Relevant" to "Originally Produced Redacted, Not Relevant"  on production H1 for redacted documents (0.4);  Make "Deprivilege -- Not Relevant" coding for privileged documents and families on H1 production for documents that are not relevant (0.5); read and respond to emails about potentially privileged documents (0.2); read and respond to emails about batches that are substantially complete but not ready for production (0.2); finish substantially completed batches for production (0.6); make final edit to ReReview instructions for next day's review (0.5); draft daily task summary for review by J. Hardinger (0.2). | 8.2 |
| | Erica Noel | Supervise contract attorney review team, assigning new batches, assisting with technical issues, and answering substantive questions about the case (1.2); perform final privilege review of documents in privilege review queue and write corresponding privilege log descriptions for those documents containing privileged material (10.0); review my final privilege coding to-date and fix all errors (1.0); draft daily task summary for review by J. Hardinger (0.2). | 12.4 |
| | David Wenninger | Assign batches, email from L. Gomez (out of office) regarding counterclaim batches (0.3); group similar potentially privileged documents together for second level review, second level review coding of privilege, discussions with Curtis and E. Noel regarding same, research attorneys/law firms that have worked for both sides, emails to/from Curtis regarding same (10.9); answer the substantive, potentially privileged, and technical issues questions of the contract attorneys (0.9); discussions/emails with J. Hardinger regarding contract attorney hours, workflow, and partially coded and large family batches (0.2); draft daily task summary for review by J. Hardinger (0.2). | 12.5 |
| January 13, 2011 | Julia Hardinger | Discussions with T. Cho regarding daily status report and improvements to the same to accurately track daily progress and predict the timing of completion of projects (1.1); follow-up discussions with J. Arnini regarding re-creation of assignment batches inadvertently deleted (.6); conference call with M. Moscato, A. Zinman and M. Kindy regarding status of privilege review and resources necessary to complete the same (.5); begin orientation of new privilege team member M. McGuffrey (1.5); follow-up email summary outline to M. Kindy regarding status of privilege review (.5); discussions with D. Wenninger regarding batching of privilege documents for efficient privilege review and coding of first-level potential privilege calls (.5); run privilege team quality checks and discuss the results individually with members of the privilege team (3.0); brief email discussions with L. Gomez regarding the master tracking chart and the addition of recent production information (.2); travel from Jersey City, NJ to Alexandria, VA (billed at ½ time) (2.2). | 9.1 |

| | | | |
|---|---|---|---|
| January 13, 2011 | Laureano Gomez | Instruct team of attorneys of coding tree for ReReview documents and pass out memo detailing the ReReview (1.0); administrative announcement about new tag for ReReview, noise volume of group and productivity (0.3); finalize privilege log H1 and send to A. Zinman for production (4.3); instruct M. Kron and C. Mandel on how to do the foreign language review (0.3); Run search on "Deferred-Not Relevant" tag on the ReReview set of docs and email to T. Cho and J. Arnini about excluding "Deferred-Not Relevant" docs from ReReview Set (0.6); emails with T. Cho about K. Uswatte-Aratchi who had to leave the project (0.2); email J. Arnini and T. Cho about rebatching the ReReview batches that had been deleted after "DNR" exclusion (0.2); assign batches to groups including counterclaim and begin batching new ReReview batches with instructions on the view to use the batches (1.7); clear documents with technical problems for P. Saint-Laurent (0.1); discuss updating the technical error protocol with J. Arnini (0.3); update Master Tracking List to include privilege log K1 (0.2); email T. Cho about beginning formatting of privilege log K1 (0.1); finish batch of K. Uswatte-Aratchi who left batch substantially complete (0.4); review productivity script sent by T. Cho (0.1); draft daily task summary for review by J. Hardinger (0.2). | 9.8 |
| | Erica Noel | Supervise contract attorney review team, assigning new batches, assisting with technical issues, and answering substantive questions about the case (1.0); review J. Hardinger's draft privilege review manual and update for distribution to final privilege review team members (3.0); discussion with J. Hardinger and follow-up discussion with D. Wenninger regarding absolute deadline for final production and implication to timing and pace of final privilege review (0.1); perform final privilege review of documents in privilege review queue and write corresponding privilege log descriptions for those documents containing privileged material (6.7); draft daily task summary for review by J. Hardinger (0.2). | 11.0 |
| | David Wenninger | Assign batches (0.3); group similar potentially privileged documents together for second level review, second level review coding of privilege, discussions with Curtis and E. Noel regarding same, discussion with J. Hardinger regarding first level reviewer reason for privilege descriptions, discussion with and emails to/from J. Arnini regarding privilege batches being deleted (10.5); answer the substantive and potentially privileged questions of the contract attorneys (0.8); Relativity slowness/freezes/errors and intermittent operability when searching, emails to and discussion with J. Arnini regarding same (0.5); draft daily task summary for review by J. Hardinger (0.4). | 12.5 |
| January 14, 2011 | Julia Hardinger | Email discussions with L. Gomez regarding expected volume of re-review quality check (.2); brief discussions with L. Gomez and T. Cho about increasing the number of allowable hours for first-level review to complete the production by the deadline (.2); begin analysis of documents identified as privileged by Weil Gotshal and brief discussions with A. Zinman regarding the same (.5). | 0.9 |

| Date | Name | Description | Hours |
|---|---|---|---|
| January 14, 2011 | Laureano Gomez | Run pivot on ReReview New Terms docs for number of docs reviewed and send to J. Hardinger (0.3); review productivity script of group to assess whether additional hours would meet the deadline (0.2 ); Final privilege review training with E. Noel (0.4); email J. Arnini about clearing ReReview batches by adding "Yes ReReviewed" to all docs (0.2); make announcement to ReReview team about coding modification (0.2); explain privilege/ReReview question to K. Mendenko concerning 1Q and 2Q draft earnings releases (0.5); emails with T. Cho about advantages of adding an additional 5 hours of OT for reviewers (0.7); assign batches for first level review, counterclaim and ReReview (1.7); begin review of foreign language documents in Spanish and Portuguese (4.3); create spreadsheet that lists all contract attorneys on the team and the specific review they are performing (0.5); read email sent by J. Arnini about new search terms from the 5th Request and respond accordingly (0.3); answer reviewer questions concerning ReReview coding and substantive question (1.2); answer reviewer questions concerning counterclaim including significance of NFE and a Hot document (0.3); draft daily task summary for review by J. Hardinger (0.2). | 11.0 |
| | Erica Noel | Supervise contract attorney review team, assigning new batches and answering substantive questions about the case (1.5); perform final privilege review of documents in privilege review queue and write corresponding privilege log descriptions of those documents containing privileged material (8.5); assist contract attorneys with technical Relativity issues (T. Cho and J. Arnini unavailable) (0.5); discussion with D. Wenninger and L. Gomez regarding privilege issues, draft issues, and deferring not relevant potentially privileged documents (0.5); walk L. Gomez through the final privilege review process so he can assist with this portion of the review (0.4); draft daily task summary for review by J. Hardinger  (0.2). | 11.6 |
| | David Wenninger | Assign batches (0.2); group similar potentially privileged documents together for second level review, second level review coding of privilege, discussions with L. Gomez and E. Noel regarding same (11.0); answer the technical/Relativity slowness questions (T. Cho unavailable), procedural coding, and potentially privileged questions of the contract attorneys (0.5); discussion with L. Gomez and E. Noel regarding responsiveness of draft earnings related materials, review of document requests regarding same (0.3); review of productivity scripts and administrative emails from T. Cho (0.2); review of weekly status report (0.1); draft daily task summary for review by J. Hardinger (0.2). | 12.5 |
| January 15, 2011 | Laureano Gomez | First Level Review of Spanish and Portuguese documents (3.0); email J. Hardinger about starting the additional overtime for the upcoming week (0.2); read email from A. Zinman about privilege log H1 sent to counsel for production (0.1). | 3.3 |
| | Erica Noel | Discussion with D. Wenninger regarding list of Lehman consultants that may not break privilege (0.3); perform final privilege review of documents in privilege review queue and write corresponding privilege log descriptions of those documents containing privileged material (2.2); draft daily task summary for review by J. Hardinger (0.1). | 2.6 |
| | David Wenninger | Group similar potentially privileged documents together for second level review, second level review coding of privilege, discussions with E. Noel regarding Lehman consultants, research the same (5.0); draft daily task summary for review by J. Hardinger (0.2). | 5.2 |
| January 16, 2011 | Laureano Gomez | Run pivots on remaining documents for the ReReview, Counterclaim and First Level Review, export to Excel and prepare to send to J. Hardinger (0.5); finish reviewing Spanish and Portuguese language document (1.2); read the privilege manual for Second Level Privilege Review (0.3); Begin Second Level of Privilege Review (1.5); draft daily task summary for review by J. Hardinger (0.1). | 3.6 |

| January 16, 2011 | Erica Noel | Perform final privilege review of documents in privilege review queue and write corresponding privilege log descriptions of those documents containing privileged material (1.6); draft daily task summary for review by J. Hardinger and edit week's task summaries (0.4). | 2.0 |
|---|---|---|---|
| January 17, 2011 | Julia Hardinger | Travel from Alexandria, VA to Jersey City, NJ (billed at ½ time)(2.2); discussions with L. Gomez regarding group share documents (.5); analysis of document assignments that appear to overlap and need to be restructured and email discussions with J. Arnini and T. Cho regarding the same (1.0); update status of privilege review and discussions with privilege team members about necessary work schedule to complete the same (1.4); review and analysis of a select number of hot documents found during the counterclaim review and email summary report to T. McCabe regarding the same (2.1); troubleshoot problems with Relativity with J. Arnini (.3); review weekly report prepared by T. Cho (.2); email privilege team with instructions regarding select batch assignments created without family attachments and how to properly code the same (.3). | 8.9 |
| | Laureano Gomez | Run pivots on status of First Level Review, Counterclaim and ReReview and email to J. Hardinger (0.7); send spreadsheet of Contract Attorney review team to review team (0.2); email about hot doc from K. Rozzi and M. Mignano regarding the counterclaim to send to Curtis team (0.4); discussion with T. Cho about new search term documents (0.3); assign batches to group for First Level Review, Counterclaim and ReReview (1.7); substantive questions about ReReview (1.0); privilege discussion with D. Wenninger (0.2); emails to/from J. Hardinger about new documents and OT versus adding more reviewers (0.5); Review Foreign Language docs for language determination and numbers left in universe (0.4); second level privilege review (2.8); survey group of who would be willing to work additional hours (0.8); update counterclaim comments (0.5); set up foreign Language review for C. Mandel (0.3); emails with J. Arnini, T. Cho and J. Hardinger concerning counterclaim batch set that was also batched in the first level review (0.8); draft daily task summary for review by J. Hardinger (0.2). | 10.8 |
| | Erica Noel | Perform final privilege review of documents in privilege review queue and write corresponding privilege log descriptions for those documents containing privileged material (7.8); supervise contract attorney review team, assigning new batches, assisting with technical issues, and answering substantive questions about the case (1.2); email from D. Wenninger regarding suspiciously large family, follow-up email and discussion regarding same (0.4); draft daily task summary for review by J. Hardinger (0.2). | 9.6 |
| | David Wenninger | Assign batches, discussion with contract attorney regarding re-review batches (L. Gomez unavailable) (0.3); group similar potentially privileged documents together for second level review, second level review coding of privilege, discussions with L. Gomez and E. Noel regarding same, privileged description formatting, and list serves, review of email from J. Hardinger to Hardinger & Tanenholz and Curtis regarding privilege review status (12.2); answer the substantive, potentially privileged, technical Relativity not saving coding/errors (T. Cho unavailable), and incorrectly mass coded questions of the contract attorneys (1.0); recreate searches due to Relativity glitches, discussion with J. Hardinger regarding same and recreation (T. Cho and J. Arnini unavailable), emails to/from T. Cho and J. Arnini regarding same (0.3); draft daily task summary for review by J. Hardinger (0.2). | 14.0 |

| | | | |
|---|---|---|---|
| January 18, 2011 | Julia Hardinger | Assist M. McGuffrey with wireless access (in absence of project manager) (.2); meet with two member of the counterclaim team to discuss substantive questions about the first-level review and conference call with T. McCabe regarding potentially hot documents and general status of the counterclaim review (2.0): review staffing status update prepared by T. Cho and make edits to the same (.1); email discussion with M. Moscato and P. Behmke regarding production of newly collected documents and proposed modifications to the remaining production schedule (.6); coordinate with J. Arnini regarding J. Haggin's documents that need privilege review and conduct review of the same (2.7); coordinate with the privilege team regarding opposing counsel's 5th request for production and how the content of the request affects final privilege calls (1.5); review of new documents collection report by J. Arnini and begin incorporation of the same into the overall production plan (.5); conduct final quality check and sign-off on production group L1 and discuss Relativity delays with J. Arnini (3.5). | 11.1 |
| | Laureano Gomez | Emails with J. Arnini about re-batching documents in counterclaim because of overlap with First Level batches (0.3); emails with T. Cho and J. Hardinger concerning absent reviewers and coordinating reviewer absences/tardiness going forward (0.6); run pivots to track productivity of ReReview (0.5); review documents for Second Level Privilege Review (3.5); meeting with Curtis about update on Counterclaim review and creating a work flow to send them Hot Docs (0.5); assign batches for review of First Level, Counterclaim and ReReview (1.5); answer substantive questions from reviewers (1.0); review productivity script sent by T. Cho (0.2); talk with M. Ferraro about timesheet and user activity (0.2); meeting about overtime with T. Cho, J. Arnini and J. Hardinger (0.2); meeting with J. Arnini about tracking reviewer productivity in counterclaim and administrative issues regarding the project (0.8); draft daily task summary for review by J. Hardinger (0.2). | 9.5 |
| | Erica Noel | Perform final privilege review of documents in privilege review queue and write corresponding privilege log descriptions of those documents containing privileged material (7.5); supervise contract attorney review team and assist with technical issues (1.0); review email exchange between D. Wenninger and J. Hardinger regarding family of 1800 which they suspected was improper family, write responding email informing them sounds similar to a family I encountered early in the project which, after investigation, proved to be a legitimate family (0.3); construct list of terms associated with the email subject, A&M filter detail, domain field, and To/From/CC fields, which I have found during final privilege review to almost always indicate the document is not privileged, to enable quick searches for these items and efficiently weed out non-privileged documents from the final privilege review queue (1.0); deal with Relativity technical issues and report problem to J. Arnini and T. Cho (0.5); email exchange with D. Wenninger and J. Hardinger regarding technical issue and documents containing embedded objects clogging up families from entering final privilege review queue and from being cleared for production (0.4); draft daily task summary for review by J. Hardinger (0.2). | 10.9 |
| | David Wenninger | Assign batches (0.3); group similar potentially privileged documents together for second level review, second level review coding of privilege, discussions with Curtis and E. Noel regarding same, review of second level privilege review manual (10.6); answer the substantive, potentially privileged, and technical Relativity (T. Cho and J. Arnini unavailable/in meeting) questions of the contract attorneys (0.9); emails to/from and discussion with J. Arnini regarding Relativity self-deleting searches and skipping issue, Relativity searching freezes/slowness (0.5); emails to/from T. Cho regarding technical issue documents lingering in the privilege/production pipeline (0.3); draft daily task summary for review by J. Hardinger (0.2). | 12.8 |

| | | | |
|---|---|---|---|
| January 19, 2011 | Julia Hardinger | Answer numerous questions from contract attorney review team regarding payroll delay and communicate the same to T. Cho (.4); assist J. Arkush with LBHI wireless access (in absence of project manager) (.2); follow-up discussions with J. Arnini to troubleshoot searching difficulties with Relativity (.5); lengthy conference call with J. McAllister and KCura to troubleshoot problems with Relativity searches, especially encountered during final sign-offs (1.3); discussions with T. Cho regarding technical issues review and the possibility of creating a formal exceptions log (.6); coordinate with all members of the production team regarding production schedule for the remainder of the review (.4); numerous discussions with the privilege team and answer questions regarding final privilege calls (3.2); update privilege review status and draft report for privilege team (.5). | 7.1 |
| | Laureano Gomez | Review Hot Doc relevant to Counterclaim found by E. Fullam on First Level Review, send doc to J. Hardinger and make print outs for everyone on the Counterclaim review team and discuss (0.5); read and code emails in Second Level Review (1.5); discuss workflow for including "Yes ReReviewed" on a separate production (0.6); assign batches to First Level, Counterclaim and ReReview (1.5); answer substantive and technical questions for reviewers in First Level, Counterclaim and ReReview (2.3); discuss and resolve problem with ReReview documents that were identified for Production Group L1 (0.4)); receive privilege log K1 from T. Cho and briefly review the formatting provided by Dallas (0.3); perform quality check on docs that were incorrectly marked as ReReview and fix all errors (1.0); discussion with J. Arnini about taking all ReReview docs out of the production and relay decision to D. Wenninger (0.4); code docs that cannot be opened by reviewers, J. Frank and K. Mendenko, as Technical Issues (0.5); address Relativity System failure with J. Arnini and help relay message to reviewers (0.7); review productivity scripts sent by T. Cho (0.2); draft daily task summary for review by J. Hardinger (0.2). | 10.1 |
| | Erica Noel | Perform final privilege review of documents in privilege review queue and write corresponding privilege log descriptions of those documents containing privileged material (0.7); supervise contract attorney review team, assigning new batches, assisting with technical issues, and answering substantive questions about the case (1.5); construct report requested by M. Moscato of all documents of potential importance identified by contract attorneys during first-level counterclaim review, build new Relativity layout and tagging structure to organize the documents, and construct saved search to enable easy updates to this report as additional significant documents are identified by contract attorneys during first-level review (9.5); draft daily task summary for review by J. Hardinger (0.2). | 11.9 |
| | David Wenninger | Assign batches (0.3); group similar potentially privileged documents together for second level review, second level review coding of privilege, researching potential conflict waivers for Cleary and Clifford Chance and email to Curtis regarding same (12.5) answer the administrative and substantive questions of the contract attorneys (0.5); discussions with J. Arnini and J. Hardinger regarding re-review and potential privilege, new field, and modifying current batches, quality checking re-reviewed documents (0.6); system wide/project wide Relativity shut down (0.7); draft daily task summary for review by J. Hardinger (0.2). | 14.8 |

| | | | |
|---|---|---|---|
| January 20, 2011 | Julia Hardinger | Discussions with A. Zinman regarding H1 privilege log (.4); investigation of erroneous creation of Production Group D11 and email communication with J. Arnini regarding the same (.2); review of weekly status report prepared by T. Cho and discussions with T. Cho regarding proposed modifications to the same (.4); email and telephone discussions with P. Behmke regarding complicated privilege calls to documents identified in the J. Haggin's report and begin in-depth review and privilege calls to the same (6.0); identify inconsistent privilege calls in similar documents and discuss the same with A. Zinman and P. Behmke (1.3); review of draft factual development protocol updated by J. Arnini and make edits to the same (.3); review of counterclaim hot documents report prepared by E. Noel and email update and status to M. Moscato regarding the same (1.1). | 9.7 |
| | Laureano Gomez | Complete review batch of Second Level Privilege documents and check it in (1.0); receive internal privilege log I1 from Curtis, incorporate edits from J. Arkush and A. Zinman, format and send final log to Curtis for production to JPM (3.5); discuss counterclaim hot documents report for Curtis and Quinn with E. Noel and J. Arnini (0.4); review J. Haggins report for Counterclaim and Privileged docs (0.3); assign batches to First Level, Counterclaim and ReReview groups (1.7); answer substantive questions of reviewers concerning hot documents and counterclaim documents (1.5); code technical issue docs for reviewers who can't open PDF attachments (0.1); begin formatting of privilege log K1 (1.0); run pivots for document status and send to J. Hardinger (0.6); email J. Arnini about additional documents added to the "blank" batch set field (0.4); draft daily task summary for review by J. Hardinger (0.2). | 10.7 |
| | Erica Noel | Assemble bound volume of all documents included on the Counterclaim Documents of Potential Importance Report, including imaging the included documents in Relativity, printing, and indexing each document once printed, as requested by M. Moscato to assist him with the legal analysis and factual development of this portion of the case (10.0); review J. Arnini's final factual development instructions to determine how she is instructing Curtis attorneys to treat privileged and potentially privileged documents, update the hard copy indexed volumes to reflect identical treatment (1.5); supervise contract attorney review team and assign new batches (1.0); perform final privilege review of documents in privilege review queue (0.5); draft daily task summary for review by J. Hardinger (0.2). | 13.2 |
| | David Wenninger | Assign batches, email to team regarding re-review batches and large families (0.3); group similar potentially privileged documents together for second level review, second level review coding of privilege, research potential new attorneys/law firms, review privilege manual (11.5); answer the substantive questions of the contract attorneys (0.8); draft daily task summary for review by J. Hardinger (0.2). | 12.8 |
| January 21, 2011 | Julia Hardinger | Conference call with M. Moscato, P. Behmke and J. Arnini regarding status of potentially important documents and the proper privilege coding and redactions (.7); privilege review status update call with M. Kindy, T. Cho and J. Arnini (.3); coordinate addition of new H&T attorney to the privilege team and training of the same (2.2); conference call with Curtis Mallet regarding potential new searches for additional discovery documents (.5); coordinate with J. Arnini regarding timing of production of documents from J. Haggin's report (.5); travel from Jersey City, NJ to Alexandria, VA (billed at ½ time) (2.3). | 6.5 |

| | | | |
|---|---|---|---|
| January 21, 2011 | Laureano Gomez | Emails between T. Cho, J. Arnini and J. Hardinger regarding JPM's new search requests and impact on the review (0.5); emails to J. Arnini and T. Cho about the 27,000 new documents added to the universe (0.4); assign batches to first level, ReReview and counterclaim reviewers (2.0); answer substantive and administrative questions from reviewers regarding counterclaim and ReReview (1.2); discuss ReReview with J. Hardinger (0.3); read productivity script sent by T. Cho (0.2); look at hot docs relevant to Counterclaim found in the First Level Review (0.7); discuss 32 docs found by D. Wenninger that should be DNR'd and removed from the privilege logs (0.6); check documents in ReReview marked Yes that should be No (1.0); update counterclaim custodian comments (0.8); formatting of privilege log K1 (1.6); email discussion with J. Arnini and T. Cho about switching ReReview group back to First Level Review (0.4); email J. Arnini about clearing batch for K. Rozzi (0.2); make announcement to ReReview team about switching back to first level (0.2); draft daily task summary for review by J. Hardinger (0.2). | 10.3 |
| | Erica Noel | Assemble binder of all documents identified during first-level counterclaim review as potentially hot for E. Taggart at Quinn Emanuel (as requested by M. Moscato), write memo to E. Taggart explaining the documents included in the binder and the draft report, arrange to have all couriered to E. Taggart (4.0); emails from J. Hardinger and subsequent discussion with L. Gomez regarding additional searches requested by JPM's counsel and regarding impact of these searches on our review and potential additional documents for contract attorneys to review (0.5); perform final privilege review of documents in privilege review queue and write corresponding privilege log descriptions of those documents containing privileged material (4.0); supervise contract attorney review team and assign batches (1.5); draft daily task summary for review by J. Hardinger (0.2). | 10.2 |
| | David Wenninger | Assign batches (0.2); group similar potentially privileged documents together for second level review, second level review coding of privilege, discussions with Curtis regarding same, open password protected documents regarding same, review of privileged documents with Sidley list serves, emails to/from and call from A. Zinman regarding same and discussions with and email to L. Gomez regarding same and privilege log K, review of potentially privileged documents assigned a production group, discussion with J. Hardinger regarding same and potentially privileged documents in re-review, email to Curtis regarding workflow over the weekend, quality control review of potentially privileged documents with law firms that may have worked for both Lehman and opposing parties, email to A. Zinman regarding same (12.7); answer the substantive and potentially privileged questions of the contract attorneys (0.6); Relativity errors, getting kicked out of Relativity, discussion with Lehman employees regarding floor plan/permanence of employees (0.3); review of weekly report and privilege workflow status updates from J. Hardinger, review of email regarding JPM request for additional searches for post-bankruptcy period (0.2); draft daily task summary for review by J. Hardinger (0.2). | 14.2 |
| January 22, 2011 | Erica Noel | Perform final privilege review of documents in privilege review queue and write corresponding privilege log descriptions of those documents containing privileged material (3.3); draft daily task summary for review by J. Hardinger and edit task summaries for the week (0.5). | 3.8 |
| | David Wenninger | Group similar potentially privileged documents together for second level review, code for second level privilege review, emails to/from A. Zinman regarding quality control of Lehman entity documents with certain law firms, run searches and quality control regarding same, emails to/from Curtis regarding potential new law firm, research the same (3.7); draft daily task summary for review by J. Hardinger (0.5). | 4.2 |
| January 23, 2011 | Julia Hardinger | Update privilege team on status of privilege review and coordinate privilege assignments for coming week (.8). | 0.8 |

| | | | |
|---|---|---|---|
| January 23, 2011 | Laureano Gomez | Format and edit privilege log K1 (3.5). | 3.5 |
| | David Wenninger | Check on number of potentially privileged document batched for second level privilege review, group similar potential privileged documents together for second level review, second level review coding of privilege, email from J. Hardinger to H&T and Curtis regarding same, research potential new firms/attorneys (5.0); troubleshoot freezes/slowness on Relativity, slowness when opening PDF files, and other errors, emails to/from J. Arnini regarding same (1.0); draft daily task summary for review by J. Hardinger (0.2). | 6.2 |
| January 24, 2011 | Julia Hardinger | Travel from Alexandria, VA to Jersey City, NJ (billed at ½ time) (2.2); email discussions with J. Arnini and T. Cho regarding Relativity maintenance schedule and communications with whole review team regarding the same (.6); discussions with J. Arnini and M. Kindy cancelling addition of H&T attorney to the privilege review team (.5); discussions with T. Cho regarding creation of a weekly status report with accurate reflections of all aspects of the review and production (1.2); run quality checks on privilege documents and respond to questions asked by Curtis attorneys (3.1); continue review of J. Haggin's report documents and code for final privilege (2.0). | 9.6 |
| | Laureano Gomez | Emails to/from T. Cho about last week's timesheets (0.2); talk to M. Ferraro about timesheet and time usage (0.5); begin review of PDF file by assigning batches to A. Moser for an assessment of PDF types (0.3); review productivity script sent by T. Cho (0.1); assign batches to first level and counterclaim (1.6); answer substantive, administrative and technical questions from reviewers (2.0); format, edit and check for basis of privilege for privilege log K1 and send part 1 of 4 to Curtis for review (4.5); clear batch for Counterclaim review and assign to K. Rozzi (0.3); read Production Totals sent by T. Cho and discuss review status (0.2); emails with J. Arnini, T. Cho and J. Hardinger about the review for the 5th Request and uploading the request to Relativity (0.4); draft daily task summary for review by J. Hardinger (0.2). | 10.3 |
| | Erica Noel | Perform final privilege review of documents in privilege review queue and write corresponding privilege log descriptions for those documents containing privileged material (10.2); supervise contract attorney review team, assigning new batches, assisting with technical issues, and answering substantive questions about the case (1.2); discussion with L. Gomez regarding document extremely relevant to counterclaim review that was not included in Counterclaim queue due to search constraints, including it on tomorrow's Counterclaim Hot Document update report (0.4); draft daily task summary for review by J. Hardinger (0.2). | 12.0 |
| | David Wenninger | Assign batches (0.3); group similar potentially privileged documents together for second level review, second level review coding of privilege, discussion with E. Noel re: Barclays and potentially privileged documents, discussion with and emails to/from A. Zinman re: law firms with respect to potential privilege, email to Curtis re: checking in/incomplete batches, research firms that may have represented Lehman and outside parties, email to Curtis re: same (13.5); answer the substantive and administrative questions of the contract attorneys (0.5); Relativity slowness/freezes when opening PDF files (0.2) add A. Tangalos to the security list for the building/Lehman (0.1); draft daily  task summary for review by J. Hardinger (0.3). | 14.9 |
| January 25, 2011 | Julia Hardinger | Investigate inclusion of A&M executives on privilege filter and clarification of proper coding procedures with the privilege team (.5); confirm the production status of Group L1 with N. Goodman and create draft L1 privilege log (.4); email discussions with J. Arnini regarding the collection of home share documents and expectations for review of the same (.3); conference with E. Noel regarding updates to counterclaim hot documents report and email report summary to M. Moscato, T. McCabe and E. Taggart (1.2); review of numerous documents identified as privileged by Weil and make final privilege calls to the same (6.0). | 8.4 |

| | | | |
|---|---|---|---|
| January 25, 2011 | Laureano Gomez | Emails with T. Cho about the protocol for foreign language docs (0.4); create searches for Korean, German and Italian docs (0.6); review remaining foreign language documents in Italian, German and Chinese by culling non responsive documents and prioritizing more significant docs for human translation based on relevancy, parties involved, families, partial English text in email and date (4.7); assign batches for first level, counterclaim and ReReview (1.7); begin batching PDF docs and explaining these docs to reviewers (0.3); inquire into "blank" batches with J. Arnini and create saved search to gather all unreviewed docs in completed batches (0.5); email team about the completion of First Level review and the switch back to ReReview and the new data for the termination of the project (0.4); begin making privilege basis and edits for part 2 of privilege log K1 (1.2); ask J. Arnini to batch 5th request and discuss this review with J. Hardinger (0.1); draft daily task summary for review by J. Hardinger (0.2). | 10.1 |
| | Erica Noel | Perform final privilege review of documents in privilege review queue and write corresponding privilege log descriptions for those documents containing privileged material (7.5); supervise contract attorney review team and answer substantive questions about the case (1.0); produce report of all additional documents marked potentially "hot" since last week's Counterclaim DOPI Report and assemble electronic copies of all newly-identified documents to be sent to E. Taggart and M. Moscato to assist with their factual development efforts (2.5); assign Counterclaim Identification numbers to all documents included in updated Counterclaim DOPI report and update database by adding numbers to available choices for this field (0.5); email from J. Hardinger requesting feedback on ideas to strengthen the A&M privilege filter, compile list of ideas (0.7); draft daily task summary for review by J. Hardinger (0.2). | 12.4 |
| | David Wenninger | Assign batches, emails from L. Gomez re: same (0.3); group similar potentially privileged documents together for second level review, second level review coding of privilege, discussion with Curtis re: same, research potential new attorneys (13.4); answer the substantive questions of the contract attorneys (0.6); email to J. Arnini re: deleted search in Relativity, recreate same, freezing/slowness when using Relativity searches, emails to/from J. Arnini and T. Cho re: same (0.4); emails from/to J. Hardinger re: A&M potentially privileged filter (0.1); draft daily task summary for review by J. Hardinger (0.3). | 15.1 |
| January 26, 2011 | Julia Hardinger | Assist S. Kim with review of foreign language documents (.2); review of status report prepared by T. Cho and discuss updates to "additional collections" section with T. Cho (.4); evaluate the status of the privilege review and report progress to the privilege review team (.6); update P. Behmke regarding status of the privilege logs (.2); continue review of numerous J. Haggin's report documents and make final privilege calls to the same to ensure proper production in Production Group M1 (6.6). | 8.0 |

| | | | |
|---|---|---|---|
| January 26, 2011 | Laureano Gomez | Read completion date spreadsheet sent by T. Cho about remainder of the project (0.2); discuss new data collection with J. Arnini and read email sent by J. Arnini about future collections and Legal Guarantees (0.6); read status report on privilege sent by J. Hardinger (0.2); emails with J. Hardinger, E. Noel and D. Wenninger about A&M pot privilege filter and privilege questions (0.4); emails with J. Arkush and A. Zinman about privilege log (0.3); finish editing part 2 of 4 of privilege log K1 (2.0); assign batches to first Level, counterclaim and ReReview (1.5); finish prioritization of foreign language docs (Italian, German, Japanese and Chinese) (1.6); prepare foreign language update for T. Cho to send to M. Kindy (0.8); meeting with J. Hardinger about the work flow for the remainder of the project and the batching of the 5th Request (0.6); answer substantive questions regarding the ReReview (0.8); brief S. De Luca and M. Mignano on the counterclaim and give them instructions on beginning this review (0.5); give reviewers instructions on the PDF review (0.5); discuss creating saved search with J. Arnini for uncoded documents in completed batches and assign these to reviewer (0.3); review productivity scripts sent by T. Cho (0.2); review absentee/tardy list sent by T. Cho (0.1); draft daily task summary for review by J. Hardinger (0.2). | 10.6 |
| | Erica Noel | Perform final privilege review of documents in privilege review queue and write corresponding privilege log descriptions for those documents containing privileged material (6.0); supervise contract attorney review team, assigning new batches, assisting with technical issues, and answering substantive questions about the case (1.2); email from D. Wenninger regarding documents coded significant or hot, write response explaining second-level issue-specific work flow (0.5); compose email to privilege team listing all known subsidiaries to assist them with identifying parties that maintain privilege during the final privilege review (0.7); Relativity technical issues (0.2); meeting with J. Hardinger and final privilege team regarding new process for coding a document "deferred not relevant" on final privilege review (0.2); draft daily task summary for review by J. Hardinger (0.2). | 9.0 |
| | David Wenninger | Assign batches (0.1); group similar potentially privileged documents together for second level review, second level review coding of privilege, discussions with and emails to/from Curtis re: same, emails to/from A. Zinman re: Lehman consultants/accountants and privilege, research potential new firms, quality control of self-coded second level privilege documents with a missing code (12.1); answer the substantive and Relativity questions (T. Cho unavailable), and questions about incorrectly previously coded documents of the contract attorneys (0.7); emails to/from J. Hardinger and E. Noel re: potential hot documents and Curtis issue specific second level assignments, email to and discussion with A. Zinman re: same (0.2); report new Relativity error and internet crash to T. Cho, errors requiring return to workspace, Lehman computer freeze, reboot (0.3); meeting with J. Hardinger and Curtis re: significance confirmed field (0.1); research new term/project name exodus (0.2); draft daily task summary for review by J. Hardinger (0.2). | 13.9 |
| January 27, 2011 | Julia Hardinger | Review staffing update from T. Cho and make brief edits to the same (.1); attend portion of conference call with J. Arnini and Curtis Mallet regarding status of collections (.3); assign batch assignments and answer first-level substantive calls in absence of L. Gomez and E. Noel (2.1); numerous emails and telephone discussions with A. Zinman and P. Behmke and M. Moscato regarding proper coding of privilege documents and the decision to waive the privilege on documents referenced in the original complaint and in-depth preparations for impending conference call with M. Moscato regarding the same (8.7); draft updated privilege review status report and circulate to the privilege team (.3). | 11.5 |

| | | | |
|---|---|---|---|
| | Laureano Gomez | Email J. Hardinger, E. Noel and D. Wenninger about the remainder of the batches and which attorneys will be reviewing which document (0.3); emails with T. Cho and J. Arnini regarding reviewer absences and tardiness and about switching the remainder of the team to the ReReview (0.2); send privilege log K1 part 2 for Curtis for review (0.2); discussion of log entries for employees at Alvarez and Marsal with J. Arkush and A. Zinman (0.4); emails with E. Noel and J. Hardinger about opening Excel files that cannot be reviewed (0.2); email about the assigning counterclaim docs with J. Hardinger (0.2); emails concerning error with tagging in the ReReview and correcting these errors (0.6);  complete editing part 3 of privilege log K1 and begin part 4 (7.3); remove document from privilege log L1 that was part of the Higgins Report and which M. Moscato said was not privileged (0.3). | 9.7 |
| January 27, 2011 | Erica Noel | Perform final privilege review of documents in privilege review queue and write corresponding privilege log descriptions for those documents containing privileged material (4.5); supervise contract attorney review team, assigning new batches, assisting with technical issues, and answering substantive questions about the case (2.0); produce report of all additional documents marked potentially "hot" since Tuesday's Counterclaim DOPI Report and assemble electronic copies of all newly-identified documents to be sent to E. Taggart and M. Moscato to assist with their factual development efforts (2.5); assign Counterclaim Identification numbers to all documents included in updated Counterclaim DOPI report and update database by adding numbers to available choices for this field (0.5); troubleshoot 40 documents a first-level reviewer said continuously crashed her system during the re-review, review the First Level Re-Review Protocol, and code those documents that I am able to open, write email to team to explain how to open these types of large docs that overwhelm the system (2.5); review JPM's Fifth Request for Production so am able to respond to substantive questions from contract attorneys beginning this review (0.5); draft daily task summary for review by J. Hardinger (0.2). | 12.7 |
| | David Wenninger | Assign batches, emails from L. Gomez (out of office) re: same and JPM 5th Request, JPM PDFs, counterclaim review and re-review, and checking in re-review batches, discussion with contract attorneys regarding JPM 5th Request batches (0.3); administrative emails re: snow and whether building is open and management and contract attorney availability/absences (0.1); review of JPM 5th Request for Production, discussions with J. Hardinger, E. Noel, and Curtis re: same (0.5); review of re-review and counterclaim re-review protocols, print out instructions for and discussion with contract attorneys re: same (0.2); group similar potentially privileged documents together for second level review, second level review coding of privilege, discussions with Curtis and E. Noel re: same (10.7); Relativity errors requiring me to return to workspace (0.1); answer the substantive questions of the contract attorneys (0.6); draft daily  task summary for review by J. Hardinger and edit week's summaries (0.4). | 12.9 |
| January 28, 2011 | Julia Hardinger | Lengthy conference call with M. Moscato, P. Behmke and A. Zinman regarding proper coding of numerous challenging privileged documents; update and revise coding accordingly (3.5); discuss privilege questions with members of the privilege team and assist them in making final privilege calls (2.3); email discussion with M. Kindy regarding attorney time necessary to complete privilege review and creation of privilege logs (.3); travel from Jersey City, NJ to Alexandria, VA (billed at ½ time) (2.2). | 8.3 |

| | | | |
|---|---|---|---|
| January 28, 2011 | Laureano Gomez | Give instructions to reviewers about the 5th request for production and documents that were culled under this search (0.3); give instructions to reviewers about the ReReview (0.4); give instructions to M. Mignano and S. De Luca about the procedures for the ReReview (0.7); update team about reviewers included in the counterclaim review (0.2); update reviewer comments on the counterclaim (0.9); update the Master Tracking calendar to include L1 production and privilege dates (0.3); announcement by J. Hardinger to the entire group about the remainder of the project (0.4); work on part 4 of privilege log k1 (2.6); assign batches for the 5th Request, ReReview and counterclaim (1.6); follow up on review of foreign language docs with J. Arnini and T. Cho (0.2); read absence tracking report sent by T. Cho (0.1); review productivity scripts sent by T. Cho (0.2); answer reviewer questions concerning the ReReview, Counterclaim and 5th Request (2.2); email J. Arnini and T. Cho about Relativity issues (0.2); draft daily task summary for review by J. Hardinger (0.2). | 10.5 |
| | Erica Noel | Perform final privilege review of documents in privilege review queue and write corresponding privilege log descriptions for those documents containing privileged material (5.5); supervise contract attorney review team, assigning new batches, assisting with technical issues, and answering substantive questions about the case (2.8); telephone conference with J. Hardinger, M. Moscato, J. Arnini, and P. Behmke regarding privilege issues related to the documents included on the Haggins report (0.5); assist contract attorney M. Mignano with computer technical problem (T. Cho and J. Arnini not available) (0.2); draft daily task summary for review by J. Hardinger (0.2). | 9.2 |
| | David Wenninger | Assign batches, discussions with contract attorneys re: instructions for re-review batches (0.2); group similar potentially privileged documents together for second level review, second level review coding of privilege, email to J. Hardinger re: batching searches, discussion with J. Hardinger re: Cleary Gottlieb (11.8); answer the substantive and potentially privileged questions of the contract attorneys (0.7); announcement to contract attorneys re: status of project (0.1); Relativity slowness, searching freezes, Lehman computer freezes, emails to J. Arnini and T. Cho re: same (0.4); draft daily task summary for review by J. Hardinger (0.2). | 13.4 |
| January 29, 2011 | David Wenninger | Group similar potentially privileged documents together for second level review, second level review coding of privilege, emails to/from A. Zinman re: same (11.2); Relativity freeze/errors and inability to use search followed by message on Relativity re: maintenance (0.2); draft daily task summary for review by J. Hardinger (0.2). | 11.6 |
| January 30, 2011 | Julia Hardinger | Email discussions with J. Arnini and D. Wenninger regarding selection of documents for Production Group M1 and possible interference with privilege review batching assignments. | 0.3 |
| | David Wenninger | Group similar potentially privileged documents together for second level review, second level review coding of privilege, emails to/from A. Zinman re: same, emails to/from J. Hardinger and J. Arnini re: production group M and documents not through second level privilege review being assigned to a production group (6.5); draft daily task summary for review by J. Hardinger (0.2). | 6.7 |
| January 31, 2011 | Julia Hardinger | Travel from Alexandria, VA to Jersey City, NJ (billed at ½ time) (2.2); evaluation of status of counterclaim document review and discussions with J. Arnini regarding electronic quality checks of the same (.6); email discussions with N. Goodman regarding the production of the FCIC documents (.2); draft privilege review status report and circulate to the privilege team (.3); respond to request from M. Moscato to investigate the production and privilege status of key documents (.9); follow-up discussions with the privilege team about opposing counsel's 5th request for production of documents and how it affects privilege review (.5); continue making final privilege calls on documents originally coded as privileged by Weil (3.0). | 7.7 |

| | | | |
|---|---|---|---|
| January 31, 2011 | Laureano Gomez | Read email sent by J. Arnini about new data added to batch sets (0.2); email D. Wenninger about how to designate third party accountants on the privilege log (0.1); code documents with technical issues that cannot be opened for the ReReview team (0.6) read absence schedule sent by T. Cho (0.1); read productivity scripts sent by T. Cho and make corrections (0.3); meeting with J. Arnini and J. Hardinger about Counterclaim Review and how to review docs marked "no further review"(0.5); edit part 4 of privilege log K1 and make correction on Relativity for documents that were marked 'Deferred Not Relevant' (3.6); assign batches to the ReReview and the Counterclaim (1.6); answer substantive and technical questions on the ReReview and Counterclaim (0.7); clean up loose docs that are were not reviewed by setting up a saved search with J. Arnini and batching them out (0.2); look up 5th request audit history for documents that affect final privilege (0.5); discuss ReReview workflow and final privilege calls with J. Hardinger, D. Wenninger, E. Noel and J. Arnini (1.2); run searches on ReReview docs that have a Final Privilege call (0.9); draft daily task summary for review by J. Hardinger, edit week's summaries (0.4). | 10.9 |
| | Erica Noel | Perform final privilege review of documents in privilege review queue and write corresponding privilege log descriptions for those documents containing privileged material (6.0); supervise contract attorney review team, assigning new batches, assisting with technical issues, and answering substantive questions about the case (1.5); investigate issue with documents a contract attorney reported as having been changed since he originally coded them on Friday (T. Cho unavailable) (0.5); discussion with L. Gomez and D. Wenninger regarding documents marked DNR in final privilege review being pulled into a re-review batch, concern that if they are then marked relevant they may be produced without ever receiving final privilege review (0.5); discussion with J. Hardinger, L. Gomez, D. Wenninger and J. Arnini regarding potential batching issue related to documents coded "deferred not relevant" during final privilege review (1.0); draft daily task summary for review by J. Hardinger, edit week's summaries (0.5). | 10.0 |
| | David Wenninger | Assign batches, emails to/from L. Gomez and J. Arnini regarding new batches (0.2); group similar potentially privileged documents together for second level privilege review, second level coding for privilege review, discussion with A. Zinman and email from J. Hardinger regarding status of privilege review, emails to/from J. Hardinger and discussion with A. Zinman regarding C. Gottlieb, emails to/from L. Gomez regarding privilege log descriptions (13.4); answer the substantive, procedural coding, and potentially privileged questions of the contract attorneys (1.0); discussion with J. Arnini regarding production groups, schedule (0.1); freezes when opening PDFs, re-logins (0.1); discussions with team and J. Arnini regarding how re-review and potentially privileged documents were batched, email from L. Gomez regarding the same (0.4); draft daily task summary for review by J. Hardinger (0.2). | 15.4 |
| Senior Associates, 787.4 hours @ $149 per hour rate: | | | $117,322.60 |
| Partner, 176.4 hours @ $290 per hour rate: | | | $51,156.00 |

# Hardinger & Tanenholz LLP

Your Discovery Counsel

## Travel Expense Summary (Receipts Attached) January 2 – January 6, 2010

| Name | Julia Hardinger | | Client: | Lehman Brothers Holdings Inc. |
|---|---|---|---|---|
| E-mail | jhardinger@hardingerlaw.com | | Department | |
| Purpose | Travel to Jersey City to supervise document review | | Approved by | |

| Expenses | Dates | Details | Amount |
|---|---|---|---|
| **Transportation** | January 3, 2011 | Taxi from Alexandria, VA to Union Station, DC | $24.00 |
| | January 3, 2011 | Amtrak Train – Washington, DC to Newark, NJ | $135.00 |
| | January 6, 2011 | Amtrak Train – Newark, NJ to Washington, DC | $158.00 |
| | January 6, 2011 | Taxi from Union Station, DC to Alexandria, VA | $25.00 |
| **Meals** | | | |
| | January 3, 2011 | Au Bon Pain | $3.73 |
| | January 3, 2011 | Au Bon Pain | $9.61 |
| | January 3, 2011 | Hudson Greene Market | $9.43 |
| | January 4, 2011 | Au Bon Pain | $6.83 |
| | January 5, 2011 | Chinese Take-Out | $10.90 |
| | January 6, 2011 | Canova Inc. | $7.69 |
| | | | |
| | | | |
| | | | |
| | | **Total amount owing to employee** | $390.19 |

| Signature | Date |
|---|---|
| | |

Please attach receipts for all listed expenses, sign the form and send to the Accounting Department.

**AMTRAK**   Riders   Baggage

**1** Name of Passenger
HARDINGER/JULIA MS
7030770817

From
WASHINGTON,DC
To
NEWARK PENN STA,NJ
Carrier  Train  Date
2V  2150  03JAN11
Accom  Space/Car
KD
Form of Payment
VI135.00 7167
Rail Fare  $135.00   Accom Charge  $.00
Fare Plans   Total  $135.00

DOAE
Ticket Number
0021127033658   No. of Reservation  01 01
Date of Issue
02JAN11   8153B
PASSENGER RECEIPT

---

**AMTRAK**   Riders   Baggage

Name of Passenger
HARDINGER/JULIA MS
7030770817

From
NEWARK PENN STA,NJ
To
WASHINGTON,DC
Carrier  Train  Date
2V  2171  06JAN11
Accom  Space/Car
KC
Form of Payment
VI158.00 7167
Rail Fare  $158.00   Accom Charge  $.00
Fare Plans   Total  $158.00

COAE
Ticket Number
0021127033666   No. of Reservation  01 01
Date of Issue
02JAN11   8153B
PASSENGER RECEIPT

---

**Au Bon Pain**
STORE #000125
50 Mass Ave NE
Washington DC 20001
Office Catering Specialists 800-765-4227

QUESTIONS - CONCERNS?
Call us at 1 800 TALK ABP
Visit us at our website:
http://WWW.AUBONPAIN.COM

Ticket #123780
2011-01-03                    4:31 AM
000125 2 25995 123780

LG OATMEAL                    3.39

FOR HERE                      3.39
Tax                            .34
Amount Due                   $3.73

CASH                         $4.00
Change                        $.27

---

Au Bon Pain
STORE #000087
101 Hudson St
Jersey City,NJ 07302
Office Catering Specialists 800-765-4227

QUESTIONS - CONCERNS?
Call us at 1 800 TALK ABP
Visit us at our website:
http://WWW.AUBONPAIN.COM

Ticket #130423
2011-01-03                   12:04 PM
000087 3 213 130423

COBB SAL.                     6.49
ROSEMARY Brdstick
HARNEY SONS TEA               2.49

GO                            8.98
Tax
Amount Due                   $9.81

CASH                        $20.00
Change                      $10.19

---

## ALEXANDRIA YELLOW CAB

Jan.3 2011

# (703) 549-2500

INSTANT ONLINE RESERVATIONS!

ACCOUNT #          SENIOR ☐  SCHOOL ☐  CORP ☐

DATE 1/3/2011 PICK-UP TIME [am/pm]    DEST-TIME [am/pm]

PASSENGER NAME  Julia Hardinger

FROM  424 Cook Street Alexandria

TO  Union Station DC

FARE No.       BILLING No.        AUTH No.

CAB No.        TOTAL MILEAGE

FARE    EXTRAS    SUBSIDY    **TOTAL** 24⁰⁰

FOR SENIOR ACCOUNT USE ONLY
PHARMACY ☐  GROCERY STORE ☐  DOCTOR'S OFFICE ☐

PASSENGER SIGNATURE

DRIVER REMARKS

www.alexandriayellowcab.com
Powered By: RideCharge

  

All Cabs Regularly Inspected For Safety & Cleanliness   |   All Cabs Individually Owned & Operated



## Hudson Greene Market
www.hudsongreenemarket.com
1-201-434-2080

INVOICE# 29058
Closed to Cash Purchase

DATE/TIME: 1/3/2011 6:10:48 PM
CASHIER: REGISTER 3
STATION: 03

Item Count: 2
=====================================
1.62 FS ROTISSERIE CHICKEN TR    $7.77
    1.63 lb @ $4.77/lb
SCL HOT FOOD*                     $1.34
    0.28 lb @ $4.77/lb
=====================================
Subtotal                          $9.11
Sales Tax 3.5%                    $0.32
GRAND TOTAL                       $9.43

Amt Tendered                     $20.00
Change due                       $10.57
Cash Amount                       $9.43



Invoice: I1001-29058

---

## Au Bon Pain
STORE #000087
101 Hudson St
Jersey City,NJ 07302
Office Catering Specialists 800-765-4227

QUESTIONS - CONCERNS?
Call us at 1 800 TALK ABP
Visit us at our website:
http://WWW.AUBONPAIN.COM

### Ticket #118035
2011-01-04              8:28 AM
    000087 1 213 118035

HAM EGG CHZ SAND         3.89
  Pln Bgl
HARNEY SONS TEA          2.49

FOR HERE                 6.38
Tax                       .45
Amount Due              $6.83

$10 CASH               $10.00
Change                  $3.17



# –TAXICAB RECEIPT–

TIME_____ DATE 1/6/2011

REC'D
FROM Julia Hardinger

FARE AMOUNT $ 2500

TRIP
FROM Union Station DC

TRIP
TO Alexandria VA

ASSN._____ CAB
NO._____

I.D.
NO._____ TAG
NO._____

SIGNATURE_____

CANOVA  INC.
30 MONTGOMERY ST.
JERSEY CITY, NJ 07302
TEL: (201) 333-5757

01-06-2011 THU  #0

SALAD BAR        7.85
MED             -0.26
LG              -0.45
SUBTL            7.14
TAX              0.55
CASH             7.69

ITEM   1
TCL        0442 14:42TM

# Hardinger & Tanenholz LLP

Your Discovery Counsel

## Travel Expense Summary (Receipts Attached) January 9 – January 13, 2010

| Name | Julia Hardinger | | Client: | Lehman Brothers Holdings Inc. |
|---|---|---|---|---|
| E-mail | jhardinger@hardingerlaw.com | | Department | |
| Purpose | Travel to Jersey City to supervise document review | | Approved by | |

| Expenses | Dates | Details | Amount |
|---|---|---|---|
| **Transportation** | January 9, 2011 | Amtrak Train – Washington, DC to Newark, NJ | $135.00 |
| | January 13, 2011 | Amtrak Train – Newark, NJ to Washington, DC | $135.00 |
| | January 9, 2011 | Taxi from Newark Penn Station , NJ to Jersey City, NJ | $60.00 |
| | January 13, 2010 | Taxi from Jersey City, NJ to Newark Penn Station, NJ | $60.00 |
| | January 13, 2011 | Taxi from Union Station, DC to Alexandria, VA | $24.00 |
| **Meals** | | | |
| | January 10, 2011 | Au Bon Pain | $9.72 |
| | January 10, 2011 | Hudson Greene Market | $10.81 |
| | January 11, 2011 | Subway | $6.82 |
| | January 12, 2011 | Au Bon Pain | $9.19 |
| | January 12, 2011 | Hudson Greene Market | $7.99 |
| | January 12, 2011 | Chinese Take-Out | $10.95 |
| | | **Total amount owing to employee** | $469.48 |

| Signature | Date |
|---|---|
| | |

Please attach receipts for all listed expenses, sign the form and send to the Accounting Department.

*Julia Hardinger*

**TAXI CASH RECEIPT**
Newark, N.J.

Cab. No. _____   Date *Jan. 9, 2011*

Pick-up from Newark Penn Station

To *Jersey City, NJ*

Amount $ *60 00*

- ☐ Inc. Tolls   ☑ Luggage   ☐ Several Stops
- ☑ Tips   ☐ $1.00 for luggage 24" size

---

**AMTRAK** Riders / Baggage

Name of Passenger
HARDINGER/JULIA MS
7030770817

From
WASHINGTON, DC
To
NEWARK PENN STA, NJ
2V **2228**   09JAN11
Accom KD   Space/Car
EXPRSS BSNESS
Form of Payment
VI135.00 7167
Rail Fare $135.00
Accom Charge Total $.00
$135.00
D.O.A.E.
Ticket Number
0028104027457   01 01
No. of Reservation
09JAN11   PASSENGER RECEIPT   109A6B

---

*Julia Hardinger*

**Taxi Cab Receipts**

DATE: *1/13/2011*   TIME: _____

TRIP ORIGIN: *Union Station DC*

DESTINATION: *Alexandria, VA*

FARE: $ *24 00*   SIGNATURE _____

---

**AMTRAK** Riders / Baggage

Name of Passenger
HARDINGER/JULIA MS
7030770817

From
NEWARK PENN STA, NJ
To
WASHINGTON, DC
2V **2173**   13JAN11
Accom KD   Space/Car
EXPRSS BSNESS
Form of Payment
VI135.00 7167
Rail Fare $135.00
Accom Charge Total $.00
$135.00
D.O.A.E.
Ticket Number
0028104027465   01 01
No. of Reservation
09JAN11   PASSENGER RECEIPT   109A6B

---

# 201-795-9595
# 888-702-9595

*Julia Hardinger*
PASSENGER NAME / COMPANY NAME

# DOWNTOWN
## CAR & LIMOUSINE SERVICES

X _____
CUSTOMER SIGNATURE
Cardholder acknowledges receipt of goods and/or services in the amount Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

FROM   ZONE
*Newark Penn Station*

FINAL STOP   ZONE
*from Jersey City*

PLEASE INITIAL ALL CHARGES.
DO NOT INITIAL BLANK SPACES

For Quick Reservations, Please Visit: www.dtlimousine.com

| | | DATE *1/13/2011* | CAR # | JOB # | | |
|---|---|---|---|---|---|---|
| Scheduled P/U AM PM | | | | | FARE | |
| Actual P/U AM | STOPS | ZONE | W.T. | INIT | STOPS | |
| Drop Off Time PM AM | 1 | | | | W.T. | |
| | 2 | | | | TOLLS | |
| PM | 3 | | | VEHICLE TYPE | PARKING | |
| TOTAL AS DIRECTED TIME | INIT. | ORIG W.T. | INIT | | GRAT. | |
| NO SHOW W.T. | | TOTAL W.T. | INIT | | MISC. | |
| MSG CHARGES | | PHONE (NO. OF MINS.) | INIT | | PHONE | |
| AUTHORIZED BY OR POD | | GO IN BAGGAGE | | | SERVICE | |
| | | | TIP | INIT. | TOTAL ▶ | *60 00* |

Au Bon Pain
STORE #000087
101 Hudson St
Jersey City,NJ 07302
e Catering Specialists 800-765-427?

QUESTIONS - CONCERNS?
Call us at 1 800 TALK ABP
Visit us at our website:
http://WWW.AUBONPAIN.COM

Ticket #140335
10                    12:30 F
000087 4 211 140335

1/2 Sand w MED Soup              7.
1/2 GRG Ham Swiss
- SOUP                           1.
s Brdstk

.30                              9.1
.5
 count Due                       $9.7

CASH                             $20.0
ange                             $10.?0

Hudson Greene Market
www.hudsongreenemarket.com
1-201-434-2080

INVOICE# 32919
Closed to Credit Card Purchase -- Visa

DATE/TIME: 1/10/2011 6:04:48 PM
CASHIER: REGISTER 5
STATION: 05

Item Count: 2
==================================
1 FS ROTISSERIE CHICKEN TR*        $7.77
   1.00 lb @ $7.77/lb
SCL HOT FOOD*                      $2.67
   0.56 lb @ $4.77/lb
==================================
Subtotal                          $10.44
Sales Tax 3.5%                     $0.37
GRAND TOTAL                        $10.81

CREDIT CARD PURCHASE    $10.81
Card Type: Visa
   ***********7167 XX/XX
Transaction Type: PURCHASE
Ref Num: 101023623377
Auth Code: 026331

Card Entry Method :  Swiped



Invoice: I1001-32919

* * * * RECEIPT IS REPRINTED * * * * *
   01/11/11   12:31:12
         SALE RECEIPT
   #32252       tko 01/11/11 12:30:31
   Sandwiches & Salads
   ange Place
   City              NJ 07505
   33-2988
   rans# 132 Clerk 1  Dwr 1 TRDT 011111
   ipt # 0000845279 Reg-ID REG-MAIN
   ITEM --- QTY      PRICE MEMO  PLU
* * * RECEIPT IS REPRINTED * * * * *

  RY    6r 1  T $    3.89      10123
  M          1  T $    2.48       9010
        ----------
     SUBTOTAL $       6.37
     Sales Tx $       0.45
        ----------
  OUT **TOTAL $       6.82
  AMT TEND $       6.82
        ----------
     CHANGE DUE$      0.00

ank you for making Subway
the World's Best Sandwich!

* * RECEIPT IS REPRINTED * * * * *

**Au Bon Pain**
STORE #000087
101 Hudson St
Jersey City, NJ 07302
Catering Specialists 800-765-42

QUESTIONS - CONCERNS?
Call us at 1 800 TALK ABP
Visit us at our website:
http://WWW.AUBONPAIN.COM

Ticket #140948

01-12                    1:59 P
000087 4 213 140948

LRG SOUP                 4.9
ARNEY SONS TEA           2.49
Brdstk                   1.1

                         8.67
                          .5
Due                      $9.1

SH                      $20.00
Change                  $10.81





Hudson Greene Market
www.hudsongreenemarket.com
1-201-434-2080

INVOICE# 34168
Closed to Cash Purchase

DATE/TIME: 1/12/2011 6:34:06 PM
CASHIER: REGISTER 3
STATION: 03

Item Count: 1
==================================
1 FS PIZZA OG FOUR CHEESE    $7.99
==================================
Subtotal                     $7.99
GRAND TOTAL                  $7.99

Amt Tendered               $20.00
Change due                 $12.01
Cash Amount                 $7.99



Invoice: I1001-34168

# Hardinger & Tanenholz LLP

Your Discovery Counsel

## Travel Expense Summary (Receipts Attached) January 17 – January 21, 2010

| Name | Julia Hardinger | | Client: | Lehman Brothers Holdings Inc. |
|---|---|---|---|---|
| E-mail | jhardinger@hardingerlaw.com | | Department | |
| Purpose | Travel to Jersey City to supervise document review | | Approved by | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Expenses | Dates | Details | Amount |
|---|---|---|---|
| **Transportation** | January 17, 2011 | Amtrak Train – Washington, DC to Newark, NJ | $139.00 |
| | January 21, 2011 | Amtrak Train – Newark, NJ to Washington, DC | $209.00 |
| | January 17, 2011 | Taxi from Newark Penn Station , NJ to Jersey City, NJ | $60.00 |
| | January 17, 2010 | Taxi from Alexandria, VA to Union Station, DC | $24.00 |
| | | | |
| **Meals** | | | |
| | January 17, 2011 | Seattle Roasted Coffee | $8.46 |
| | January 17, 2011 | Au Bon Pain | $3.28 |
| | January 18, 2011 | Liberty Towers Gourmet | $12.68 |
| | January 18, 2011 | Au Bon Pain | $5.86 |
| | January 18, 2011 | Au Bon Pain | $7.72 |
| | January 19, 2011 | Canova | $7.21 |
| | January 20, 2010 | Au Bon Pain | $7.60 |
| | January 20, 2010 | Hudson Greene Market | $11.55 |
| | January 21, 2010 | Dunkin' Donuts | $4.90 |
| | | | |
| | | **Total amount owing to employee** | $501.26 |

| Signature | | Date | |
|---|---|---|---|
| | | | |

Please attach receipts for all listed expenses, sign the form and send to the Accounting Department.

**AMTRAK**

Riders    Baggage

Name of Passenger
HARDINGER/JULIA MS
7030770817

From
WASHINGTON,DC
To
NEWARK PENN STA,NJ
Carrier  Train        Date
2V 2208    17JAN11
Accom  Space/Car
KD
Form of Payment
EXPRSS BSNESS
Rail Fare    Accom Charge
VI139.00 7167
$139.00   $.00
Fare Plan    Total
$139.00
D,OAE
Ticket Number    No. of
0131048086170   01 01
13JAN11  PASSENGER RECEIPT  15F300

**AMTRAK**

Riders    Baggage

Name of Passenger
ARDINGER/JULIA MS
7030770817

From
NEWARK PENN STA,NJ
To
WASHINGTON,DC
Carrier  Train        Date
2V 2159    21JAN11
Accom  Space/Car
KA
Form of Payment
EXPRSS BSNESS
Rail Fare    Accom Charge
EX162.00VI47.00 7167
$209.00   $.00
Fare Plan    Total
$209.00
D,OAE
Ticket Number    No. of
218843041334   01 01
1JAN11  PASSENGER RECEIPT  15F300

---

Au Bon Pain
STORE #000125
50 Mass Ave NE
Washington DC 20001
Office Catering Specialists 800-765-4227

QUESTIONS - CONCERNS?
Call us at 1 800 TALK ABP
Visit us at our website:
http://WWW.AUBONPAIN.COM

Ticket #173792
2011-01-17              9:37 AM
000125 7 25880 173792

Fresh Fruit              .99
Corn Muffin             1.99

FOR HERE                2.98
Tax                      .30
Amount Due             $3.28

TO CASH               $10.00
Change                 $6.72

---

# TAXI CASH RECEIPT
## Newark, N. J.

Cab No._____ Date 1/17/2011
Pick-up from Newark 'Int'l Airport Penn Station
To  Jersey City, NJ
Amount $       60.00

☐ Inc.  Tolls ☒ Luggage ☐ Several Stops
☒ Tips ☐ $ 1.00 for Luggage 24' size

---

SEATTLE
ROASTED
COFFEE
PENN STATION
NEWARK NEW JERSEY 07105
TEL-(973)-273-1692

01/17/11  2:11PM
000000 #0042

SANDWICH        1  5.50
SODA               2.50
HOST ST            5.50
TAXI              40.50

MISC               .50
SUBTOTAL        $8.45
CASH            $20.00
CHANGE         $11.54

---

# ALEXANDRIA YELLOW CAB
## (703) 549-2500
### INSTANT ONLINE RESERVATIONS!

ACCOUNT #           SENIOR ☐  SCHOOL ☐  CORP ☐
DATE 1/17/2011 PICK-UP TIME [am/pm]   DEST-TIME [am/pm]
PASSENGER NAME  Julia Hardinger
FROM  Alexandria, VA
TO  Union Station DC
FARE No.      BILLING No.      AUTH No.
CAB No.            TOTAL MILEAGE
FARE 24.00 EXTRAS       SUBSIDY      **TOTAL**

FOR SENIOR ACCOUNT USE ONLY
PHARMACY ☐  GROCERY STORE ☐  DOCTOR'S OFFICE ☐
PASSENGER SIGNATURE
DRIVER REMARKS

www.alexandriayellowcab.com
Powered By: RideCharge

VISA   MasterCard   DISCOVER    

All Cabs Regularly Inspected For Safety & Cleanliness  |  All Cabs Individually Owned & Operated

LIBERTY TOWERS GOURMET
33 HUDSON ST
JERSEY CITY NJ 07302

DATE 01/18/2011 TUE    TIME 19:15

| | | |
|---|---|---|
| GROCERY | | $3.69 |
| GROCERY | | $8.99 |
| TOTAL | | $12.68 |
| CASH | | $12.68 |
| CLERK 1 | 000098 | 00000 |

CANOVA
B MONTGOMERY ST
JERSEY CITY, NJ 07302
201-333-5757

TERMINAL ID:                    CAT1

ViSA
*******7167 EXP:**/**    SWIPED
SALE
APPR: 000099    INV: 000070
Jan 19, 11    /    12:57
AUTH: 066693

AUTH/TKT 066693

---

Au Bon Pain
STORE #000087
101 Hudson St
Jersey City,NJ 07302
Office Catering Specialists 800-765-4227

---

QUESTIONS - CONCERNS?
Call us at 1 800 TALK ABP
Visit us at our website:
http://WWW.AUBONPAIN.COM

---

Ticket #120651

                            8:36 AM
000087 2 178 120651

| | |
|---|---|
| HARNEY SONS TEA | 2.49 |
| REG OATMEAL | 2.99 |
| TO GO | 5.48 |
| Tax | .38 |
| Amount Due | $5.86 |
| $10 CASH | $10.00 |
| Change | $4.14 |

---

Au Bon Pain
STORE #000087
101 Hudson St
Jersey City,NJ 07302
Office Catering Specialists 800-765-4227

---

QUESTIONS - CONCERNS?
Call us at 1 800 TALK ABP
Visit us at our website:
http://WWW.AUBONPAIN.COM

---

Ticket #142088
2011-01-18                    1:34 PM
000087 4 220 142088

| | |
|---|---|
| LRG SOUP | 4.99 |
| 2 As Brdstk | 2.38 |
| TO GO | 7.37 |
| Tax | .35 |
| Amount Due | $7.72 |
| $10 CASH | $10.00 |
| Change | $2.28 |

---

Au Bon Pain
STORE #000087
101 Hudson St
Jersey City,NJ 07302
Office Catering Specialists 800-765-4227

---

QUESTIONS - CONCERNS?
Call us at 1 800 TALK ABP
Visit us at our website:
http://WWW.AUBONPAIN.COM

---

Ticket #135324
2011-01-20                    1:36 PM
000087 3 178 135324

| | |
|---|---|
| LRG STEW | 5.99 |
| Baguette | 1.19 |
| TO GO | 7.18 |
| Tax | .42 |
| Amount Due | $7.60 |
| CREDIT | $7.60 |
| Change | |



## Hudson Greene Market
www.hudsongreenemarket.com
1-201-434-2080

INVOICE# 38437
Closed to Credit Card Purchase -- Visa

DATE/TIME: 1/20/2011 7:39:48 PM
CASHIER: REGISTER 3
STATION: 03

Item Count: 3
========================================
1 FS CN ARTICHOKE LEMON PES      $4.70
1 FS BUITONI SWEET ITALIAN       $4.85
1 FS HONEST ADE ORANGE/MANG      $2.00
========================================
Subtotal                        $11.55
GRAND TOTAL                     $11.55

CREDIT CARD PURCHASE      $11.55
Card Type: Visa
  ************7167 XX/XX
Transaction Type: PURCHASE
Ref Num: 102100414116
Auth Code: 056853

Card Entry Method :  Swiped



Invoice: I1001-38437

---

Welcome to Dunkin' Donuts
Store #345739
1 Exchange Place, Jersey City
1/21/2011 8:22:20 AM
Eat In
Order Number:  **522941**

Register:1          Tran Seq No:  522941
Cashier:brijeshaben
1  . TEW RF Flat                    2.79
1  Juice 12oz Juice                 1.79

   Sub. Total:                     $4.58
   Tax:                            $0.32
   Total:                          $4.90
   Discount Total:                 $0.00

   Change                          $5.10
   Cash $10                       $10.00
*******************************************

## HEY AMERICA!
WANT A FREE DONUT WHEN YOU PURCHASE A
MEDIUM OR LARGER BEVERAGE?
Go to TELLDUNKIN.COM within
3 days; tell us about your visit.
Enter Validation Code: _____
Visit DunkinDonuts.com for
coupon restrictions.
Franchisee:  Please use PLU #201

# Hardinger & Tanenholz LLP

Your Discovery Counsel

### Travel Expense Summary (Receipts Attached) January 24 – January 27, 2010

| Name | Julia Hardinger | | Client: | Lehman Brothers Holdings Inc. |
|---|---|---|---|---|
| E-mail | jhardinger@hardingerlaw.com | | Department | |
| Purpose | Travel to Jersey City to supervise document review | | Approved by | |

| Expenses | Dates | Details | Amount |
|---|---|---|---|
| **Transportation** | January 24, 2011 | Amtrak Train – Washington, DC to Newark, NJ | $209.00 |
| | January 28, 2011 | Amtrak Train – Newark, NJ to Washington, DC | $162.00 |
| | January 24, 2011 | Taxi from Alexandria, VA to Union Station, DC | $25.00 |
| | | | |
| **Meals** | | | |
| | January 24, 2011 | Nanking | $19.26 |
| | January 24, 2011 | Au Bon Pain | $10.55 |
| | January 25, 2011 | Hudson Greene Market | $11.86 |
| | January 26, 2011 | Au Bon Pain | $8.86 |
| | January 26, 2011 | Dunkin' Donuts | $4.90 |
| | January 26, 2011 | Hudson Greene Market | $14.58 |
| | January 27, 2010 | Subway | $8.00 |
| | January 27, 2010 | Au Bon Pain | $8.86 |
| | January 28, 2010 | Au Bon Pain | $5.79 |
| | | **Total amount owing to employee** | $488.66 |

| Signature | Date |
|---|---|
| | |

Please attach receipts for all listed expenses, sign the form and send to the Accounting Department.

Riders ✈ AMTRAK   Baggage

**Name of Passenger**
HARDINGER/JULIA MS
7030770817

From
WASHINGTON,DC
To
NEWARK PENN STA,NJ
2V 2104   24JAN11
Accom  Space/Car
KA
EXPRSS BSNESS

Form of Payment
VI209.00 7167
Rail Fare $209.00   Accom Charge $.00
Fare Plan                 Total $209.00

AQAE
Ticket Number            No. of
0231000080474   01 01
Date of Issue            Reservation 01
23JAN11   PASSENGER RECEIPT   953AD

---

Riders ✈ AMTRAK

**Name of Passenger**
HARDINGER/JULIA MS
7030770817

From
NEWARK PENN STA,NJ
To
WASHINGTON,DC
2V 2171   28JAN11
Accom  Space/Car
KC
EXPRSS BSNESS

Form of Payment
VI162.00 7167
Rail Fare $162.00   Accom Charge $.00
Fare Plan                 Total $162.00

CQAE
Ticket Number            No. of
0231000080482   01 01
Date of Issue            Reservation 01
23JAN11   PASSENGER RECEIPT   953AD

---

# ALEXANDRIA YELLOW CAB
## (703) 549-2500
### INSTANT ONLINE RESERVATIONS!

ACCOUNT # _____   SENIOR ☐   SCHOOL ☐   CORP ☐

DATE 1/24/2011   PICK-UP TIME [am/pm] _____   DEST-TIME [am/pm] _____

PASSENGER NAME *Julia Hardinger*

FROM *Alexandria, VA*

TO *Union Station, DC*

FARE No. _____   BILLING No. _____   AUTH No. _____

CAB No. _____   TOTAL MILEAGE _____

FARE ___  EXTRAS ___  SUBSIDY ___  **TOTAL** 25.00

**FOR SENIOR ACCOUNT USE ONLY**
PHARMACY ☐   GROCERY STORE ☐   DOCTOR'S OFFICE ☐
PASSENGER SIGNATURE _____
DRIVER REMARKS _____

**www.alexandriayellowcab.com**



VISA   MasterCard   DISCOVER NETWORK   AMERICAN EXPRESS

Powered By: RideCharge

All Cabs Regularly Inspected For Safety & Cleanliness   |   All Cabs Individually Owned & Operated

---

NANKING
101 Hudson Street
Jersey City, NJ
PH-2013336500 Fx-2013336502
Table   #123
Trans#:   242711       Serv: 007
1/24/2011 6:29 PM      # Cust:1

Quan  Descript              Cost

1 Pad Thai Noodles       $12.00
1 Spring Roll             $6.00

Net Total:   $18.00
Tax    $1.26

TOTAL : $19.26
Amount Due : $19.26
Food: $18.00

---

Au Bon Pain
STORE #000087
101 Hudson St
Jersey City,NJ 07302
Office Catering Specialists 800-765-4227

QUESTIONS - CONCERNS?
Call us at 1 800 TALK ABP
Visit us at our website:
http://WWW.AUBONPAIN.COM

Ticket #143251
2011-01-24              12:04 PM
000087 4 220 143251

LRG SOUP                 4.99
2 As Brdstk              2.38
HARNEY SONS TEA          2.49

FOR HERE                 9.86
Tax                       .69
Amount Due              $10.55

CASH                   $20.55
Change                 $10.00

## Hudson Greene Market
www.hudsongreenemarket.com
1-201-434-2080

INVOICE# 41008
Closed to Cash Purchase

DATE/TIME: 1/25/2011 6:17:48 PM
CASHIER: REGISTER 5
STATION: 05

Item Count: 3
============================
SCL HOT FOOD*                      $2.00
   0.42 lb @ $4.77/lb
1 FS ROTISSERIE CHICKEN TR*        $7.77
   1.00 lb @ $7.77/lb
1 FS SIMPLY ORANGE 13.5OZ          $1.75
============================
Subtotal                          $11.52
Sales Tax 3.5%                     $0.34
GRAND TOTAL                       $11.86

Amt Tendered                      $20.00
Change due                         $8.14
Cash Amount                       $11.86



Invoice: I1001-41008

## Au Bon Pain
STORE #000087
101 Hudson St
Jersey City,NJ 07302
Office Catering Specialists 800-765-4227

QUESTIONS - CONCERNS?
Call us at 1 800 TALK ABP
Visit us at our website:
http://WWW.AUBONPAIN.COM

Ticket #144232
01-26                       12:49 PM
   000087 4 211 144232

MED Soup Addon Combo               8.28
  1/2 CAPRESE SAND
  - SOUP

TO GO                              8.28
Tax                                 .58
Amount Due                        $8.86

$20 CASH                          $20.00
Change                            $11.14

Welcome to Dunkin' Donuts
Store #345739
1 Exchange Place, Jersey City
1/26/2011 7:22:53 AM
Eat In

Order Number:  526293

Register:1      Tran Seq No:  526293
Cashier:brijeshaben
1  . TEW RF Flat                    2.79
1  Ht Cof MD OrigBlnd               1.79

   Sub. Total:                     $4.58
   Tax:                            $0.32
   Total:                          $4.90
   Discount Total:                 $0.00

   Change                          $0.10
   Cash $5                         $5.00
*************************************

## HEY AMERICA!
WANT A FREE DONUT WHEN YOU PURCHASE A
MEDIUM OR LARGER BEVERAGE?
Go to TELLDUNKIN.COM within
3 days; tell us about your visit.
Enter Validation Code: _____
Visit DunkinDonuts.com for
coupon restrictions.
Franchisee: Please use PLU #201

## Hudson Greene
### M A R K E T

Hudson Greene Market
www.hudsongreenemarket.com
1-201-434-2080

INVOICE# 41727
Closed to Cash Purchase

DATE/TIME: 1/26/2011 7:41:25 PM
CASHIER: REGISTER 3
STATION: 03

Item Count: 3

```
=========================================
1 FS SKILLET CHICKEN ALFRED      $9.17
1 FS DARE CHOCOLATE FUDGE C      $3.60
1 FS SIMPLY LIMEADE 13.50Z*      $1.75
=========================================
Subtotal                        $14.52
Sales Tax 3.5%                    $0.06
GRAND TOTAL                      $14.58

Amt Tendered                    $20.00
Change due                       $5.42
Cash Amount                     $14.58
```



Invoice: I1001-41727

## Au Bon Pain
STORE #000087
101 Hudson St
Jersey City,NJ 07302
Office Catering Specialists 800-765-4227

QUESTIONS - CONCERNS?
Call us at 1 800 TALK ABP
Visit us at our website:
http://WWW.AUBONPAIN.COM

### Ticket #123811
2011-01-28                    8:01 AM
000087 2 178 123811

```
MED Orange Juice                 2.59
REG OATMEAL                      2.99

TO GO                            5.58
Tax                               .21
Amount Due                      $5.79

CASH                            $5.79
Change                          $.00
```

---

```
                RECEIPT REPRINTED
                01/27/11    20:38:41
               SALE RECEIPT
Store #32252        tko 01/27/11 20:35:59
Subway Sandwiches & Salads
1 Exchange Place
Jersey City            NJ 07505
201-333-2988
Trans# 329 Clerk 3    Nick
Dwr1 TRDT 012711 Reg-ID REG-MAIN
                   Receipt # 0000851296
--- ITEM --- QTY     PRICE MEMO  PLU
* * * * * RECEIPT IS REPRINTED * * * * *

TURKEY        1  T $   5.00        10223
MD            1  T $   2.48         9010
                   --------
         SUBTOTAL $    7.48
         Sales Tx $    0.52
TAKE-OUT **TOTAL $    8.00
Cash   AMT TEND $    8.00
                   --------
         CHANGE DUE$   0.00
```

Thank you for making Subway
the World's Best Sandwich!

* * * * * RECEIPT IS REPRINTED * * * * *

## Au Bon Pain
STORE #000087
101 Hudson St
Jersey City,NJ 07302
Office Catering Specialists 800-765-4227

QUESTIONS - CONCERNS?
Call us at 1 800 TALK ABP
Visit us at our website:
http://WWW.AUBONPAIN.COM

### Ticket #115073
2011-01-27                    2:25 PM
000087 1 220 115073

```
MED Soup Addon Combo             8.28
1/2 CAPRESE SAND
 - SOUP

TO GO                            8.28
Tax                               .58
Amount Due                      $8.86

CASH                            $9.00
Change                          $.14
```