UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                       :   Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :   Case No. 08-13555 (JMP)
                                                             :
                        Debtors.                             :   (Jointly Administered)
                                                             :
                                                             :
------------------------------------------------------------x

## NOTICE OF INTENT TO PARTICIPATE IN
## DISCOVERY RELATED TO PLAN CONFIRMATION

NOTICE IS HEREBY GIVEN THAT Federal Home Loan Mortgage Corporation ("Freddie Mac") in Conservatorship,[1] represented by Landman Corsi Ballaine & Ford P.C., has filed Claims Numbers 33568, 33569 and 33576 against Lehman Brothers Holdings Inc. in the amount of $2,088,080,962.33 and against Lehman Brothers Special Financing in the amount of $17,239,087.33 and is a party of interest in the confirmation of a plan in the above-captioned chapter 11 cases (the "Chapter 11 Cases") on the basis that Freddie Mac is a large creditor whose claims may be impacted by the provisions of the competing plans.

ACCORDINGLY, PLEASE TAKE FURTHER NOTICE that, subject to any objections by the Debtors or the Statutory Committee of Unsecured Creditors appointed in the Chapter 11 Cases and/or any limitations imposed by the Court, the above-named party in interest, and counsel to each of Freddie Mac and FHFA, intend to participate as follows in Plan Discovery, as defined in the Order Establishing Procedures in Connection with Discovery Related to Plan Confirmation and Other Issues, entered by the Court on April 14, 2011 (Docket No. 16003):

---

[1] Federal Housing Financing Agency ("FHFA") is the Conservator of Freddie Mac pursuant to the Housing and Economic Recovery Act of 2008, 12 U.S.C. § 4501, *et seq.* (2008).

Dated: April 28, 2011                               LANDMAN CORSI BALLAINE & FORD P.C.

                                                    By:    /s/ Sophia Ree
                                                           Mark S. Landman
                                                           Sophia Ree
                                                           120 Broadway, 27th Floor
                                                           New York, N.Y. 10271
                                                           Telephone (212) 238-4800
                                                           Facsimile (212) 238-4848


**Contact Information for Party In Interest (address, phone and email):**

George Kielman
Managing Associate General Counsel
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive - MS202
McLean, Virginia 22102
Telephone: (703) 903-2640
Facsimile: (703)-903-4160
George_Kielman@freddiemac.com


**Contact Information for Attorneys for Party in Interest (address, phone and email):**

| | |
|---|---|
| Mark S. Landman | Sophia Ree |
| Landman Corsi Ballaine & Ford P.C. | Landman Corsi Ballaine & Ford P.C. |
| 120 Broadway, 27th Floor | 120 Broadway, 27th Floor |
| New York, New York 10271 | New York, New York 10271 |
| Telephone: (212) 238-4800 | Telephone: (212) 238-4800 |
| Facsimile: (212) 238-4848 | Facsimile: (212) 238-4848 |
| mlandman@lcbf.com | sree@lcbf.com |

* * * * *

| | |
|---|---|
| Richard M. Alexander | Michael Canning |
| Arnold & Porter LLP | Arnold & Porter LLP |
| 555 Twelfth Street, NW | 399 Park Avenue |
| Washington, D.C. 20004 | New York, New York 10022 |
| Telephone: (202) 942-5728 | Telephone: (212) 715-1110 |
| Facsimile: (202) 942-5999 | Facsimile: (212) 715-1399 |
| Richard.Alexander@aporter.com | Michael.Canning@aporter.com |

**Contact Information for Advisors for Party In Interest (address, phone and email):**

N/A

**Designation of Contact(s) to Receive Any Notice(s) Required Under the Order (address, phone and email):**

Mark S. Landman
Landman Corsi Ballaine & Ford P.C.
120 Broadway, 27th Floor
New York, New York 10271
Telephone: (212) 238-4800
Facsimile (212) 238-4848
mlandman@lcbf.com

Sophia Ree
Landman Corsi Ballaine & Ford P.C.
120 Broadway, 27th Floor
New York, New York 10271
Telephone: (212) 238-4800
Facsimile (212) 238-4848
sree@lcbf.com

* * * * *

Richard M. Alexander
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, D.C. 20004
Telephone: (202) 942-5728
Facsimile: (202) 942-5999
Richard.Alexander@aporter.com

Michael Canning
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 715-1110
Facsimile: (212) 715-1399
Michael.Canning@aporter.com

**Group that Participant elects to join (pursuant to Paragraph 3(b) of the Order):**

3(b)(i) – the direct creditors of Lehman Brothers Holdings Inc.[2]

---

[2] Freddie Mac holds claims represented by other groups, and reserves its right to assert such claims fully and make requests relating to any chapter 11 issues.