UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                          :
                                                :    Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,          :
                                                :
                                                :    Case No. 08-13555 (JMP)
                                                :
           Debtors.                             :
                                                :    (Jointly Administered)
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

Ryan New, being duly sworn, deposes and says:

1. I am not a party to this action, I am over eighteen years of age and I am employed by the law firm of Landman Corsi Ballaine & Ford, P.C., 120 Broadway, 27th Floor, New York, New York 10271.

2. That on the 28th day of April, 2011, I caused a true and correct copy of the NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY RELATED TO PLAN CONFIRMATION to be served by overnight mail to the parties listed in the attached Exhibit A.

Dated: New York, New York
       April 28, 2011

_____
Ryan New

Sworn to before me this
28th day of April, 2011

_____
Notary Public

Robert J. Anderson
NOTARY PUBLIC - STATE OF NEW YORK
No. 02AN6145895
Qualified in Queens County
My Commission Expires May 15, 2014

473176.1 DocsNY

## EXHIBIT A

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Alfredo R. Perez, Esq.
        Robert L. Messineo, Esq.
        Sunny Singh, Esq.
Fax: (212) 310-8934

Milbank, Tweed, Hadley & McCoy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.
Fax: (212) 530 5219

473176.1 DocsNY