**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
: Chapter 11
In re: :
: Case No. 08-13555 (JMP)
Lehman Brothers Holdings Inc., *et al.*, :
: (Jointly Administered)
Debtors, :
:
---------------------------------------------------------------X

**NOTICE OF INTENT TO PARTICIPATE IN**
**DISCOVERY RELATED TO PLAN CONFIRMATION**

NOTICE IS HEREBY GIVEN that Diamondback Master Fund, Ltd., represented by Sidley Austin LLP, has filed Claim Numbers 26491, 26909 and 23527 against Lehman Brothers Holdings Inc.

ACCORDINGLY, PLEASE TAKE FURTHER NOTICE that, subject to any objections by the Debtors or the Statutory Committee of Unsecured Creditors appointed in the Chapter 11 Cases and/or any limitations imposed by the Court, Diamondback Master Fund, Ltd. and its counsel intends to participate as follows in Plan Discovery, as defined in the Order Establishing Procedures in Connection with Discovery Related to Plan Confirmation and Other Issues, entered by the Court on April 14, 2011 [Docket No. 16003] (the "Order"):

**Contact Information for Party in Interest (address, phone and email):**

J.R. Lederer
c/o Diamondback Capital Management, LLC
1 Landmark Square (15th Floor)
Stamford, CT 06901
Phone: (203) 399-1666
Email: jrlederer@diamondbackcap.com

**Contact Information for Attorneys for Party in Interest (address, phone and email):**

Alex R. Rovira
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Phone: (212) 839-5989
Email: arovira@sidley.com

7656033v.1

**Designation of Contact(s) to Receive Any Notice(s) Required Under the Order (address, phone and email):**

J.R. Lederer
c/o Diamondback Capital Management, LLC
1 Landmark Square (15th Floor)
Stamford, CT 06901
Phone: (203) 399-1666
Email: jrlederer@diamondbackcap.com

AND

Alex R. Rovira
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Phone: (212) 839-5989
Email: arovira@sidley.com

**Group that Participant elects to join (pursuant to Paragraph 3(b) of the Order):**

Paragraph 3(b)(iii) of the Order: the guarantee creditors of LBHI for which a non-U.S. affiliate is the primary obligor (other than holders of Lehman Programs Securities)

DATED:  APRIL 28, 2011                    SIDLEY AUSTIN LLP

                                          By: /s/ Alex R. Rovira

                                          Alex R. Rovira
                                          Sidley Austin LLP
                                          787 Seventh Ave.
                                          New York, NY 10019
                                          Tel: (212)839-5300
                                          Fax: (212)839-5599

                                          *Counsel for Diamondback Master Fund, Ltd.*