UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x
In re                                                                      :        Chapter 11
                                                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,       :        Case No. 08-13555 (JMP)
                                                                              :        (Jointly Administered)
                                           Debtors.                :
———————————————————————x

**NOTICE OF INTENT TO PARTICIPATE IN
DISCOVERY RELATED TO PLAN CONFIRMATION**

NOTICE IF HEREBY GIVEN that American National Insurance Company, Standard Life and Accident Insurance Company, American National Life Insurance Company of Texas, American National General Insurance Company, American National Lloyds Insurance Company, Comprehensive Investment Services, Farm Family Life Insurance Company and The Moody Foundation, represented by The Law Office of Andrew J. Frisch and Greer, Herz & Adams, L.L.P., have the following claims against Lehman Brothers Holdings, Inc. and its affiliated debtors, respectively:

American National Insurance Company
Claim No. 31991 against Lehman Brothers Holdings, Inc. in an amount in excess of $15,653,468.22

American National Insurance Company
Claim No. 32177 against Lehman Brothers OTC Derivatives Inc. in an amount of $2,653,468.22

Standard Life and Accident Insurance Company
Claim No. 31992 against Lehman Brothers Holdings, Inc. in an amount of $219,753.81

Standard Life and Accident Insurance Company
Claim No. 32178 against Lehman Brothers OTC Derivatives Inc. in an amount of $219,753.81

American National Life Insurance Company of Texas
Claim No. 31993 against Lehman Brothers Holdings, Inc. in an amount in excess of $1,500,000.00

American National Property and Casualty Company
Claim No. 31994 against Lehman Brothers Holdings, Inc. in an amount in excess of $2,000,000.00

American National General Insurance Company
Claim No. 31995 against Lehman Brothers Holdings, Inc. in an amount in excess of $1,000,000.00

American National Lloyds Insurance Company
Claim No. 31996 against Lehman Brothers Holdings, Inc. in an amount in excess of $1,000,000.00

Comprehensive Investment Services
Claim No. 31997 against Lehman Brothers Holdings Inc. in an amount in excess of $10,000,000.00

Farm Family Life Insurance Company
Claim No. 31999 against Lehman Brothers Holdings, Inc. in an amount in excess of $1,000,000.00

The Moody Foundation
Claim No. 31998 against Lehman Brothers Holdings, Inc. in an amount in excess of $8,500,000.00

American National Insurance Company, Standard Life and Accident Insurance Company, American National Life Insurance Company of Texas, American National General Insurance Company, American National Lloyds Insurance Company, Comprehensive Investment Services, Farm Family Life Insurance Company and The Moody Foundation are parties of interest in the above-captioned Chapter 11 cases (the "Chapter 11 Cases") on the basis that they are creditors of more than one of the above-captioned debtors.

ACCORDINGLY, PLEASE TAKE FURTHER NOTICE that, subject to any objections by the Debtors or the Statutory Committee of Unsecured Creditors appointed in the chapter 11 Cases and/or any limitations imposed by the Court, the above-named party in interest and its counsel intends to participate as follows in Plan Discovery, as defined in the Order Establishing Procedures in Connection with Discovery Related to Plan Confirmation and Other Issues entered by the Court on April 14, 2011 [Docket No. 16003].

Dated: April 28, 2011　　　　　　　　　　　　The Law Office of Andrew J. Frisch
New York, New York

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Andrew J. Frisch
　　　　　　　　　　　　　　　　　　　　　　　　Andrew J. Frisch
　　　　　　　　　　　　　　　　　　　　　　　　950 Third Avenue, 15th Floor
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　　　　(212) 784-2413
　　　　　　　　　　　　　　　　　　　　　　　　(212) 888-0919 facsimile
　　　　　　　　　　　　　　　　　　　　　　　　afrisch@andrewfrisch.com

**Contact Information for Parties in Interest**:
American National Insurance Company
Standard Life and Accident Insurance Company,
American National Life Insurance Company of Texas
American National General Insurance Company
American National Lloyds Insurance Company
Comprehensive Investment Services
Farm Family Life Insurance Company
The Moody Foundation
c/o Andrew Mytelka
General Counsel
One Moody Plaza, 18th Floor
Galveston, Texas 77550

**Contact Information for Attorneys for Parties in Interest (address, phone and email):**

Andrew J. Frisch
950 Third Avenue, 15th Floor
New York, New York 10022
(212) 784-2413
(212) 888-0919 facsimile
afrisch@andrewfrisch.com

**Contract Information for Advisors for Parties in Interest**:
Not Applicable

**Designation of Contact(s) to Receive Any Notice(s) Required Under the Order**:

Eric Kirkpatrick
Greer, Herz & Adams, L.L.P.
One Moody Plaza, 18th Floor
Galveston, Texas 77550
Telephone number: 409-797-3200
Facsimile: 409-766-0491
Email address: ekirkpatrick@greerherz.com

Tara Annweiler
Greer, Herz & Adams, L.L.P.
One Moody Plaza, 18th Floor
Galveston, Texas 77550
Telephone number: 409-797-3200
Facsimile: 409-766-0491
Email address: tannweiler@greerherz.com

Frederick Black
Greer, Herz & Adams, L.L.P.
One Moody Plaza, 18th Floor
Galveston, Texas 77550
Telephone number: 409-797-3200
Facsimile: 409-766-0491
Email address: fblack@greerherz.com

Andrew J. Frisch
950 Third Avenue, 15th Floor
New York, New York 10022
(212) 784-2413
(212) 888-0919 facsimile
afrisch@andrewfrisch.com


**Group that Participants elect to join (pursuant to Paragraph 3(b) of the Order)**:

3(b)(i)
3(b)(ii)
3(b)(v)