UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re                                                                : Chapter 11
                                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   : Case No. 08-13555
                                                                     : (JMP)
                                Debtors.                  :
------------------------------------------------------------------------x   (Jointly Administered)

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                             ) ss.:
COUNTY OF NEW YORK   )

Joseph Monzione, being duly sworn, deposes, and says:

     1.     I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

     2.     On April 29, 2011, I caused to be served copies of the **Notice of Intent to Participate in Discovery Related to Plan Confirmation** on the persons set forth on the attached service list.

     3.     I caused such service to be made by enclosing true copies of the aforementioned document in properly addressed wrappers and caused them to be sent by hand delivery.

                                                           /s/ Joseph Monzione
                                                           Joseph Monzione

Sworn to before me this
29th day of April, 2011

/s/ Maurice Tattnall
Notary Public, State of New York
No. 01TA6018000, Qualified in Kings County
Certificate Filed in New York County
Commission Expires December 21, 2014

# SERVICE LIST

**By Hand Delivery**

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Richard P. Krasnow
Lori R. Fife
Shai Y. Waisman
Jacqueline Marcus
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Dennis F. Dunne
Dennis O'Donnell
Evan R. Fleck
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005