UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jeffrey A. Rosenbloom, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Iberdrola Generacion, S.A., a party in interest in the above-captioned chapter 11 cases. I certify that I am a member in good standing of the bar in the State of New York.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: April 20, 2010

By: _____
Jeffrey A. Rosenbloom
89 East Avenue
Rochester, New York 14649
Tel: (585) 724-8132
Fax: (585) 724-8668
E-mail: jeffrey_rosenbloom@rge.com

Counsel for Iberdrola Generacion, S.A..

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., et al. <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> (Joint Administration Requested) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jeffrey A. Rosenbloom, to be admitted, *pro hac vice*, to represent Iberdrola Generacion, S.A., a party in interest in the above-captioned chapter 11 cases, and upon the movant's certification that he is a member in good standing of the bar in the New York, it is hereby:

ORDERED, that Jeffrey A. Rosenbloom, Esq., is admitted to practice, *pro hac vice*, in the above-captioned cases to represent Iberdrola Generacion, S.A. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2011
New York, New York

_____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

NY3 3085071.1