UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                             :    Chapter 11
                                                                  :
LEHMAN BROTHERS HOLDINGS INC, *et al.*,   :    Case No. 08-13555 (JMP)
                                                                  :    (Jointly Administered)
                        Debtors.                           :
-----------------------------------------------------------------x

STATE OF NEW YORK    )
                                         )    ss.:
COUNTY OF NEW YORK  )

    Jeannine Grudzien, being duly sworn, deposes and says: I am over 18 years of age, I am not a party to the action, and I am employed in the office of Alston & Bird LLP; that on April 28, 2011, I served a true copy of the *Notice of Intent to Participate in Discovery Related to Plan Confirmation* by mailing a copy of the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee as indicated below:

        Milbank, Tweed, Hadley & McCloy LLP
        Attn: Dennis F. Dunne, Esq.
              Evan Fleck, Esq.
              Dennis O'Donnell, Esq.
        1 Chase Manhattan Plaza
        New York, NY 10005

        Weil Gotshal & Manges LLP
        Attn: Harvey R. Miller, Esq.
              Richard P. Krasnow, Esq.
              Lori R. Fife, Esq.
              Shai Y. Waisman, Esq.
              Jacqueline Marcus, Esq.
        767 Fifth Avenue
        New York, NY 10153

Sworn to before me this
29th day of April 2011

                                                                           Jeannine Grudzien

Notary Public
PAMELA L. LEWIS
Notary Public, State of New York
No. 31-4610141
Qualified in New York County
Commission Expires March 30, ~~~~~
April 30, 2015