United States Bankruptcy Court
Southern District of New York

Barcelona, March 4th 2011

Dear Sirs,

I have received your Notice ( copy attached ) stating our claim is disallowed & expunged because the securities were neither issued nor guaranteed by the Debtors.

We disagree with this point, because as you may see in the enclosed attached Bloomberg's information, for the Fund it was enclosed as collateral a Bank guarantee.

So our claim is for this guarantee.

Yours faithfully,

FORNT ALSINA,MARIA J.&M.C.& F.JAVIER
C/BERTRAN NO. 39 4T 2
Barcelona 08023 SPAIN

P.S. This letter was received on time (3-15-11) but returned to sender.



RECEIVED
APR 2 2 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                              : Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           : 08-13555 (JMP)
                        Debtors.                   : (Jointly Administered)
                                                   :
-----------------------------------------------------------------x

LBH OMNI86 02-11-2011 (MERGE2,TXNUM2) 4000097641 BAR(23) MAIL ID *** 000041717718 *** BSIUSE: 461

FORNT ALSINA, MARIA J. & M.C. & F. JAVIER
C/BERTRAN NO 39, 4T 2
BARCELONA, 08023 SPAIN

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' EIGHTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:** FORNT ALSINA, MARIA J. & M.C. & F. JAVIER C/BERTRAN NO 39, 4T 2 BARCELONA, 08023 SPAIN | **Claim Number:** 49512 |
| | **Date Filed:** 10/27/2009 |
| | **Debtor:** 08-13555 |
| | **Classification and Amount:** UNSECURED: $ 169,812.00 |

PLEASE TAKE NOTICE that, on February 11, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that the Debtors have no liability for said claim because it seeks to recover for securities that were neither issued nor guaranteed by the Debtors. Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on March 16, 2011 (the "Response Deadline").

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

```
0229269856 Corp DES                                              N200 Corp    DES

ESCRIPCIÓN DEL VALOR                              Pág 1/ 3
HMAN BROS CAP LEH5 's 09/29/49   96.6715/96.7215    (5.32/5.32) BGN  @12/27
INFORMACIÓN EMISOR              IDENTIFICADOR       1) Más información
ombrLEHMAN BROS CAP FUND II     Common  022926985   2) Calendario call
ipo Special Purpose Entity      ISIN    XS0229269856 3) ALLQ
ercado emisor  Euro no en USD   Sedol   B0JVBL1     4) Acciones corporativa
INFORMACIÓN DEL VALOR           RATINGS             5) Cds par spreads
ais   GB       Divisa  EUR      Moody's    A3       6) Ratings
olateral       Aval bancario    S&P        A-       7) Notas
álculo ( 1)STREET CONVENTION    Fitch      A-       8) IDs
                                Composite  A-       9) Tarifas/Restric.
cto      PERPETUAL  Serie                          10) Noticias relevantes
PERP/CALL       9/21/09@ 100.00 CANTIDADES         11) Partes interesadas
upón    5 1/8       Fijo        Emitido/Vigente    12) Fuentes de precios
ANNUAL      ACT/ACT              EUR    250,000.00 (M)/ 13) Valores relacionados
echa de anuncio 9/ 1/05          EUR    250,000.00 (M)
echa devengo    9/21/05          Denom min/incremento
ra liquidación  9/21/05           1,000.00/ 1,000.00
er cupón        9/21/06          Vlr nominal  1,000.00
recio  100.0000 Primari     100 BOOK RUNNER/BOLSA
                                 LEH                65) DES antigua
SIN PROSPECTO                    Múltiple           66) Enviar adjunto
N-CUM PFD SECS. ADD'L SELLING RESTRICTIONS EEA.

stralia 61 2 9777 8600   Brazil 5511 3048 4500   Europe 44 20 7330 7500    Germany 49 69 920410
ng Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2005 Bloomberg L.P.
                                                                  G761-988-2 28-Dec-05 13:01:25
```