B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors</u>.          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)


### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>          <u>Laurelin II B.V.</u>
Name of Transferee                          Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known):<u>14975</u>
Amount of Claim:<u>$23,399.04</u>
Goldman Sachs Lending Partners LLC                    Date Claim Filed:<u>09/17/09</u>
c/o Goldman, Sachs & Co.                              Debtor: <u>Lehman Commercial Paper Inc.</u>
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com

With a copy to:
Richards Kibbe & Orbe LLP
Attn:  Managing Clerk
One World Financial Center
New York, NY 10281

Phone:_____          Phone:_____
Last Four Digits of Acct #: _____          Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

US 656207v2                    17

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: ___4/29/11___

    Name of Transferee/Transferee's Agent

By: _____     Date: _____

    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: _____

    Name of Transferee/Transferee's Agent

By: _____*Karen Weller*_____     Date: ____*4/29/11*_____

    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

US 656207v2                                    18

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                               (Jointly Administered)


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


Goldman Sachs Lending Partners LLC          GoldenTree Loan Opportunities V, Ltd.
          Name of Transferee                          Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): 15036
                                                  Amount of Claim: $3,026.20
Goldman Sachs Lending Partners LLC                Date Claim Filed: 09/17/09
c/o Goldman, Sachs & Co.                          Debtor: Lehman Commercial Paper Inc.
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com

With a copy to:
Richards Kibbe & Orbe LLP
Attn:  Managing Clerk
One World Financial Center
New York, NY 10281

Phone:_____      Phone:_____
Last Four Digits of Acct #: _____      Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):


US 656209v2                              17

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: __4/29/11_____

      Name of Transferee/Transferee's Agent

By: _____          Date: _____

      Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____

  Name of Transferee/Transferee's Agent

By: _____          Date: _4/29/11_____

  Name of Transferor/Transferor's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors.</u>          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>          <u>Laurelin B.V.</u>
Name of Transferee                                              Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known):<u>15038</u>
                                                                            Amount of Claim:<u>$11,363.08</u>
Goldman Sachs Lending Partners LLC                    Date Claim Filed:<u>09/17/09</u>
c/o Goldman, Sachs & Co.                                    Debtor: <u>Lehman Commercial Paper Inc.</u>
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com

With a copy to:
Richards Kibbe & Orbe LLP
Attn:  Managing Clerk
One World Financial Center
New York, NY 10281

Phone:_____          Phone:_____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

US 656210v2                          17

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: ___4/29/11___
      Name of Transferee/Transferee's Agent

By: _____          Date: _____
      Name of Transferor/Transferor's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

US 656210v2                               18

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
    Name of Transferee/Transferee's Agent

By: _____*Karen Weber*_____          Date: __4/29/11_____
    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

US 656210v2                                        18

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Goldman Sachs Lending Partners LLC | GoldenTree Loan Opportunities IV, Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com

With a copy to:
Richards Kibbe & Orbe LLP
Attn:  Managing Clerk
One World Financial Center
New York, NY 10281

Court Claim # (if known):14974
Amount of Claim:$2,369.60
Date Claim Filed:09/17/09
Debtor: Lehman Commercial Paper Inc.

Phone:_____    Phone:_____
Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

US 656198v2                    17

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date:   4/29/11 _____
      Name of Transferee/Transferee's Agent

By: _____          Date: _____
      Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
        Name of Transferee/Transferee's Agent

By: _____*Karen Weller*_____          Date: ___4/29/11_____

        Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors</u>.          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>          <u>GoldenTree 2004 Trust</u>
Name of Transferee                                                    Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known):<u>15073</u>
                                                                             Amount of Claim: <u>$695,950.00</u>
Goldman Sachs Lending Partners LLC                     Date Claim Filed:<u>09/17/09</u>
c/o Goldman, Sachs & Co.                                        Debtor: <u>Lehman Commercial Paper Inc.</u>
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com

With a copy to:
Richards Kibbe & Orbe LLP
Attn:  Managing Clerk
One World Financial Center
New York, NY 10281

Phone:_____          Phone:_____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

US 653797v2                    17

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _4/29/11_____

    Name of Transferee/Transferee's Agent

By: _____          Date: _____

    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
      Name of Transferee/Transferee's Agent

By: _____          Date: 4/29/11
      Name of Transferor/Transferor's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors</u>.          Case No. <u>08-13555 (JMP)</u>
                                                                        (Jointly Administered)


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


<u>Goldman Sachs Lending Partners LLC</u>          <u>GoldenTree Loan Opportunities III, Ltd.</u>
          Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known):<u>15037</u>
                                                       Amount of Claim:<u>$656.70</u>
Goldman Sachs Lending Partners LLC                     Date Claim Filed:<u>09/17/09</u>
c/o Goldman, Sachs & Co.                               Debtor: <u>Lehman Commercial Paper Inc.</u>
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com

With a copy to:
Richards Kibbe & Orbe LLP
Attn:  Managing Clerk
One World Financial Center
New York, NY 10281

Phone:_____          Phone:_____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):


US 653590v3                              17

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: ___4/29/11_____
      Name of Transferee/Transferee's Agent

By: _____     Date: _____
      Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____

Name of Transferee/Transferee's Agent

By: _____*Karen Weller*_____          Date: __*4/29/11*_____

Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

US 653590v3                                                18

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
                                                                      (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>          <u>GoldenTree Asset Management Lux Sarl</u>
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known):<u>15041</u>
                                                  Amount of Claim:<u>$6,384,357.59</u>
Goldman Sachs Lending Partners LLC                Date Claim Filed:<u>09/17/09</u>
c/o Goldman, Sachs & Co.                          Debtor: <u>Lehman Commercial Paper Inc.</u>
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com

With a copy to:
Richards Kibbe & Orbe LLP
Attn:  Managing Clerk
One World Financial Center
New York, NY 10281

Phone:_____          Phone:_____
Last Four Digits of Acct #: _____    Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

US 653619v3                              17

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: _____4/29/11_____
        Name of Transferee/Transferee's Agent

By: _____     Date: _____
        Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
       Name of Transferee/Transferee's Agent

By: _____          Date: __4/29/11_____
       Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

US 653619v3                                18

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman Sachs Lending Partners LLC
Name of Transferee

GoldenTree Credit Opportunities Financing I, Ltd.
Name of Transferor

Name and Address where notices to transferee

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com

With a copy to:
Richards Kibbe & Orbe LLP
Attn:  Managing Clerk
One World Financial Center
New York, NY 10281

Court Claim # (if known):15040
Amount of Claim:$2,404,827.73
Date Claim Filed:09/17/09
Debtor: Lehman Commercial Paper Inc.

Phone:_____
Last Four Digits of Acct #: _____

Phone:_____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

US 653944v2                              17

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: __4/29/11_____
      Name of Transferee/Transferee's Agent

By: _____          Date: _____
      Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

US 653944v2                                        18

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
    Name of Transferee/Transferee's Agent

By: _____*Karen Weber*_____          Date: ___*4/29/11*_____
    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.