FORD MOTOR COMPANY
DEFINED BENEFIT MASTER TRUST

By its directed trustee:
The Northern Trust Company

United States Bankruptcy Court
Southern District of New York

In Re:  Lehman Brothers Holdings Inc., et al.     Chapter 11

        Debtors.     Case no. 08-13555 (JMP)

        (Jointly Administered)

NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 66326 (Original Claim No. 18137)

PLEASE TAKE NOTICE that the Ford Motor Company Defined Benefit Master Trust, through its undersigned trustee, hereby withdraws Proof of Claim No. 66326 (Original Claim No. 18137) in the amount of $902,386.51 filed in the above-captioned case on September 19, 2009, and as revised on February 25, 2010, and requests that *Lehman Brothers Holdings Inc.* revise its official claims register accordingly.

Dated: April 1, 2011

        FORD MOTOR COMPANY
        DEFINED BENEFIT MASTER TRUST
        By: The Northern Trust Company, as Trustee

        Mary M. M'Cowan, V.P.

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | LBHI as Debtor, Case # 08-13555 |
|---|---|
| Creditor Name and Address: | Ford Motor Company Defined Benefit Master Trust<br>Attn: Vidya Krishnamacher, Ford Motor Company<br>One American Road<br>Dearborn, MI 48126-2701 |
| Court Claim Number (if known): | 66326    (original claim #18137) |
| Date Claim Filed: | September 19, 2009 and revised February 25, 2010 |
| Total Amount of Claim Filed: | $902,386.51 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: April 1, 2011

Print Name: Ford Motor Company Defined Benefit Master Trust, by The NTC, solely as Trustee

Title (if applicable): Vice President

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

FORD MOTOR COMPANY
DEFINED BENEFIT MASTER TRUST

By its directed trustee:
The Northern Trust Company

United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| In Re: Lehman Brothers Holdings Inc., et al. | Chapter 11 |
| Debtors. | Case no. 08-13555 (JMP) |
| | (Jointly Administered) |
| Lehman Brothers Special Financing, Inc. | Case no. 08-13888 |

NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 66325 (Original Claim No. 19598)

PLEASE TAKE NOTICE that the Ford Motor Company Defined Benefit Master Trust, through its undersigned trustee, hereby withdraws Proof of Claim No. 66325 (Original Claim No. 19598) in the amount of $902,386.51 filed in the above-captioned case on September 19, 2009, and as revised on February 25, 2010, and requests that *Lehman Brothers Special Financing, Inc.* revise its official claims register accordingly.

Dated:

April 1, 2011

FORD MOTOR COMPANY
DEFINED BENEFIT MASTER TRUST
By: The Northern Trust Company, as Trustee

Mary M McGowan, V.P.

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | LBSF as Debtor, Case # 08-13888 |
| Creditor Name and Address: | Ford Motor Company Defined Benefit Master Trust<br>Attn: Vidya Krishnamacher, Ford Motor Company<br>One American Road<br>Dearborn, MI 48126-2701 |
| Court Claim Number (if known): | 66325    (original claim #19598) |
| Date Claim Filed: | September 19, 2009 and revised February 25, 2010 |
| Total Amount of Claim Filed: | $902,386.51 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: _April 1, 2011_

Print Name: Ford Motor Company Defined Benefit Master Trust, by The NTC, solely as Trustee

Title (if applicable): Vice President

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**



7010 3090 0003 0000 5262



**First Class Mail**



FILED / RECEIVED
APR 8 2011
EPIQ BANKRUPTCY SOLUTIONS, LLC



U.S. Bankruptcy Ct / So. Dist. N.Y.
Lehman Brothers Holdgs. Claims Processing
c/o Epiq Bankruptcy Solutions LLC
FDR Station, P.O. Box 5076
New York, NY
10150-5076

