**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Lehman Brothers Holdings, Inc., et al., | ) |
| | ) Case No. 08-13555 (JMP) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**SIXTH SUPPLEMENTAL AFFIDAVIT OF MICHAEL EISENBAND
IN SUPPORT OF APPLICATION FOR AN ORDER FOR
RETENTION OF FTI CONSULTING, INC. AS
FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss. |
| COUNTY OF NEW YORK | ) |

I, Michael Eisenband, being duly sworn, hereby depose and say:

1.    I am a senior managing director at FTI Consulting, Inc. ("FTI"), which maintains offices at various locations around the country, including Three Times Square, 10th Floor, New York, NY 10036, USA.   I submit this affidavit (the "Sixth Supplemental Affidavit") to supplement my prior affidavits that were submitted in connection with FTI's retention in the above mentioned chapter 11 cases of Lehman Brother Holdings and its affiliated debtors (collectively the "Debtors").  Unless otherwise stated in the Sixth Supplemental Affidavit, I have personal knowledge of the facts set forth herein.

2.    On October 21, 2008, the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases filed an Application for Employment of FTI Consulting, Inc. as its Financial Advisors [Docket No. 1167] (the "Application").  In support of the Application, FTI filed an affidavit (the "Original Affidavit") executed by the undersigned on behalf of FTI in accordance with the applicable sections of title 11 of the United States Code, 11

U.S.C. § § 101-1532 (as amended, the "Bankruptcy Code"). On November 21, 2008, a Final

Order was signed authorizing the Retention and Employment of FTI, effective as of September

17, 2008 [Docket No. 1655]. On January 23, 2009, FTI filed a supplemental affidavit executed

by the undersigned on behalf of FTI in accordance with the applicable sections of the

Bankruptcy Code [Docket No. 2634] (the "First Supplemental Affidavit"). On April 6, 2009,

FTI filed a supplemental affidavit executed by the undersigned on behalf of FTI in accordance

with the applicable sections of the Bankruptcy Code [Docket No. 3279] (the "Second

Supplemental Affidavit"). On June 19, 2009, FTI filed a supplemental affidavit executed by the

undersigned on behalf of FTI in accordance with the applicable sections of the Bankruptcy Code

[Docket No. 4047] (the "Third Supplemental Affidavit"). On April 15, 2010, FTI filed a

supplemental affidavit executed by the undersigned on behalf of FTI in accordance with the

applicable sections of the Bankruptcy Code [Docket No. 8377] (the "Fourth Supplemental

Affidavit"). On November 23, 2010, FTI filed a supplemental affidavit executed by the

undersigned on behalf of FTI in accordance with the applicable sections of the Bankruptcy Code

[Docket No. 12995] (the "Fifth Supplemental Affidavit," and collectively with the First, Second,

Third and Fourth Affidavits, the "Prior Affidavits").

     3.     In connection with the preparation of the Original Affidavit, FTI conducted a

review of its contacts with the Debtors, their affiliates and certain entities holding large claims

against or interests in the Debtors that were made reasonably known to FTI. As noted in the

Original Affidavit and the Prior Affidavits, it is FTI's policy and intent to update its ongoing

relationship search during these proceedings. To this end, FTI has conducted an updated review

of its contacts with the Debtors, their affiliates and certain entities holding large claims against or

interest in the Debtors that were made reasonably known to FTI. We reviewed parties identified

in the Prior Affidavits for which no connection existed at that time plus any new parties

identified. FTI's review, completed under my supervision, consisted of a query of the parties

listed in Exhibit A within an internal computer database containing names of individuals and

entities that are present or recent former clients of FTI.  Exhibit B to the Sixth Supplemental

Affidavit sets forth those names and entities included in Exhibit A that FTI has identified as

either present or former clients as a result of this process.

    4.      Subsequent to the filing of the Prior Affidavits, it has come to my attention that

FTI has been engaged to provide services unrelated to the Debtors' Chapter 11 cases for various

entities with some level of known involvement with the Debtors and/or their affiliates as follows:

        a.      On December 27, 2010, Compass Lexecon, LLC was retained by

                Kresbach & Snyder, on behalf of several current and former Lehman

                Brothers employees:  Jeffrey L. Chernick, Peter M. Gambee, William C.

                Gourd, Neil J. Greenspan, Sanford A. Haber and Mark J. Stevenson to

                provide economic consulting and expert services related to arbitrations.

                At issue are investments by the plaintiffs in auction rate securities sold by

                Lehman Brothers Inc.   This work is on-going.

    5.      Based on the results of its review, FTI does not have a relationship with any of the

parties on Exhibit A in matters related to these proceedings, except as discussed herein or as

disclosed in the Prior Affidavits.  FTI has provided and could reasonably expect to continue to

provide services unrelated to the Debtors' cases for the various entities shown on Exhibit B.

FTI's assistance to these parties has been related to providing various financial restructuring,

litigation support and/or engineering and scientific investigation consulting services.  To the best

of my knowledge, no services have been provided to these parties in interest which are adverse

to the rights of the Committee, nor does FTI's involvement in these cases compromise its ability

to continue such consulting services.

    6.      Further, as part of its diverse practice, FTI appears in numerous cases,

proceedings, and transactions that involve many different professionals, including attorneys,

accountants and financial consultants, who may represent claimants and parties-in-interest in the

Debtors' chapter 11 cases. Also, FTI has performed in the past, and may perform in the future,

advisory consulting services for various attorneys and law firms, and has been represented by

several attorneys and law firms, some of whom may be involved in these proceedings. In

addition, FTI has in the past, may currently, and will likely in the future be working with or

against other professionals involved in these cases in matters unrelated to the Debtors and these

cases. Based on our current knowledge of the professionals involved, and to the best of my

knowledge, none of these relationships create interests materially adverse to the Committee in

matters upon which FTI is to be employed, and none are in connection with these cases.

7.      Insofar as I have been able to ascertain and subject to the disclosures herein and in

the Prior Affidavits, FTI does not represent any interests adverse to the Committee and, to the

best of my knowledge, remains a "disinterested person" as that term is defined in Section

101(14), as modified by Section 1107(b), of the Bankruptcy Code.

Michael Eisenband

SUBSCRIBED AND SWORN TO BEFORE ME this 29th day of April 2011.

Notary Public

My Commission Expires:

KARIN JACOBSON
Notary Public, State of New York
No. 31-4900115
Qualified in New York County
Commission Expires Oct. 19, 20 13

## EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

**Debtor's Affiliates (w/in Ch 11)**
CES Aviation IX LLC
CES Aviation LLC
CES Aviation V LLC
East Dover Limited
Fundo De Investimento Multimercado Credito
Privado Navigator Investimento No Exterior
LB 745 LLC
LB UK RE Holdings Ltd. (UK)
Lehman Brothers Commercial Corporation
Lehman Brothers Commodity Services Inc.
Lehman Brothers Derivative Products Inc.
Lehman Brothers Finance S.A.
Lehman Brothers Financial Products Inc.
Lehman Brothers Holdings Plc (UK)
Lehman Brothers International (Europe)
Lehman Brothers Limited (UK)
Lehman Brothers OTC Derivatives Inc.
Lehman Brothers Special Financing Inc.
Lehman Scottish Finance L.P
PAMI Statler Arms LLC (Delaware)

**Debtor's Affiliates**
314 Commonwealth Ave, Inc.
Aegis Finance LLC
Alnwick Investments (UK) Limited
Alnwick Investments (UK) Ltd. Kingdom
Appalachian Asset Management Corp
ARS Holdings I LLC
Aurora Loan Services LLC
Ballybunion Investments No.  Ltd.
Ballybunion Investments No. 2 Ltd.
Ballybunion Investments No. 3 Ltd.
Ballybunion Partnership
Bamburgh Investments (UK) Ltd.
Banque Lehman Brothers S.A.
Blixen U.S.A.
Blue Way Finance Corporation U.A.
BNC Holdings Inc.
Brasstown Entrada I SCA
Brasstown LLC
Brasstown Mansfield I SCA
Bromley LLC
Capital Analytics II, LP
Capstone Mortgage Services Ltd.
CIMT Ltd.
Cohort Investments Limited
Commonwealth Ave. Inc.
Dynamo Investments Ltd.
Eagle Energy Management, LLC
Eagle Energy Partners I, L.P.
Eldon Street Holdings Limited
ELQ Holdings B.V.

ELQ Hypothekan N.V.
Entrada II Sarl
Erin Asset
e-Valuate, LP
Executive Monetary Management, Inc.
Falcon Holdings I LLC
Falcon Holdings II Inc
Falcon Holdings II LLC
Falcon Investor I-X Inc.
Falcon LB Sari
Furno & Del Castano Capital Partners LLP
Gainsborough Investments BV
GKI Korea Development Limited
GKI Korea Development Ltd.
Global Korea Investments Ltd.
Global Thai Property Fund
GRA Finance Corporation Ltd.
Hills Funding One, Ltd.
Ivanhoe Lane Pty Limited
Kayenta L.P
Kenilworth Investments  Ltd.
Kenilworth Investments 1 Ltd.
Kenilworth Investments 2 Ltd.
L.B.C. YK
L.B.C. YK  Hearn Street Holdings Limited
LB  Leaseco I
LB  LLC
LB 745 Leaseco I LLC
LB 745 LLC
LB Alpha Finance Cayman Limited
LB Asia Issuance Company Ltd.
LB Asset Management Ltd.
LB Australia and Asia Investments Limited
LB Beta Finance Cayman Limited
LB Capital Investments  Ltd.
LB Delta (Cayman) No  Ltd.
LB Delta (Cayman) No 1 Ltd
LB Delta Funding
LB Holdings Intermediate  Ltd.
LB Holdings Intermediate 1 Ltd.
LB Holdings Intermediate 2 Ltd.
LB I Group Inc.
LB India Holdings Cayman I Limited
LB India Holdings Cayman II Limited
LB India Holdings Mauritius I Limited
LB India Holdings Mauritius II Limited
LB Investments (UK) Limited
LB Lease & Finance No . Ltd.
LB Lease & Finance No. 1 Ltd.
LB Lomond Investments Limited
LB Russia Holdings Inc.
LB Russia Holdings LLC
LB SF No.  Ltd.

### EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

LB SF No. 1 Ltd.
LB SPV SCA
LB UK Financing Limited
LB Vin Co Inc.
LB3 GmbH
LBA Funding (Cayman) Limited
LBAC Holdings I Inc.
LBASC LLC
LBCCA Holdings I Inc.
LBCCA Holdings I LLC
LBCCA Holdings II Inc
LBCCA Holdings II LLC
LBHK Funding (Cayman) No.  Ltd.
LBHK Funding (Cayman) No. 1 Ltd.
LBHK Funding (Cayman) No. 2 Ltd.
LBHK Funding (Cayman) No. 4 Ltd.
LB-NL Holdings I Inc.
LB-NL Holdings L.P.
LB-NL U.S. Investor Inc.
LBO Funding (Cayman) Limited
LBO Investments Limited
LBQ Funding (UK)
LBS Holdings SARL
LCPI Properties, Inc.
Lehman (Cayman Islands) Ltd.
Lehman ALI Inc.
Lehman Brothers Asset Management (Europe) Ltd.
Lehman Brothers Asset Management Inc
Lehman Brothers Asset Management, LLC
Lehman Brothers (Luxembourg) S.A.
Lehman Brothers (PTG) Limited
Lehman Brothers AIM Holding III LLC
Lehman Brothers AIM Holding LLC
Lehman Brothers Alternative Investment
Management LLC
Lehman Brothers Asia Capital Company
Lehman Brothers Asia Capital Company Kong
Lehman Brothers Asia Holdings Limited
Lehman Brothers Asia Limited
Lehman Brothers Asia Pacific (Singapore) PTE. Ltd.
Lehman Brothers Asset Management (Europe) Ltd.
Lehman Brothers Asset Management France
Lehman Brothers Asset Management Inc
Lehman Brothers Asset Management, LLC
Lehman Brothers Australia Granica PTY Limited
Lehman Brothers Australia Holdings PTY Limited
Lehman Brothers Australia Limited
Lehman Brothers Bancorp Inc
Lehman Brothers Bancorp UK Holdings Limited
Lehman Brothers Bank FSB
Lehman Brothers Bankcorp Inc.
Lehman Brothers Bankcorp UK Holdings Limited
Lehman Brothers Bankhaus Aktiengesellschaft

Lehman Brothers Canada Inc.
Lehman Brothers Capital GmbH, Co.
Lehman Brothers Capital Private Limited
Lehman Brothers Co-Investment Associates LLC
Lehman Brothers Commercial Bank
Lehman Brothers Commercial Corporation Asia
Limited
Lehman Brothers Commercial Mortgage K.K.
Lehman Brothers do Brasil Ltda
Lehman Brothers Equity Finance (Cayman) Limited
Lehman Brothers Europe Limited
Lehman Brothers Fixed Income Securities Private
Limited
Lehman Brothers Futures Asia Limited
Lehman Brothers Futures Asset Management Corp
Lehman Brothers Global Investments LLC
Lehman Brothers Holdings Capital Trust IV
Lehman Brothers Holdings Japan Inc.
Lehman Brothers Holdings Scottish LP
Lehman Brothers Holdings Scottish LP2
Lehman Brothers Holdings Scottish LP3
Lehman Brothers Hy Opportunities Inc.
Lehman Brothers Hy Opportunities Korea Inc.
Lehman Brothers Inc.
Lehman Brothers Insurance Agency L.L.C
Lehman Brothers Investment Holding Company Inc.
Lehman Brothers Investment Korea Inc
Lehman Brothers Investments PTE Ltd.
Lehman Brothers Luxembourg Investments Sarl
Lehman Brothers Management LLC
Lehman Brothers Offshore Real Estate Associates,
Ltd
Lehman Brothers P.A. LLC
Lehman Brothers Pacific Holdings Pte. Ltd.
Lehman Brothers Private Equity Advisers
Lehman Brothers Private Equity Fund Advisors
Lehman Brothers Private Fund Advisers LPD
Lehman Brothers Private Fund Management LP
Lehman Brothers Private Funds Investment Company
GP, LLC
Lehman Brothers Private Funds Investment Company
LP, LLC
Lehman Brothers Securities Asia Limited
Lehman Brothers Securities N.V.
Lehman Brothers Securities Private Limited
Lehman Brothers Securities Taiwan Limited
Lehman Brothers Services India Private Limited
Lehman Brothers Singapore PTE Ltd.
Lehman Brothers South East Asia Investments PTE
Limited
Lehman Brothers Spain Holdings Limited
Lehman Brothers Treasury Co. B.V.
Lehman Brothers Trust Company of Delaware

## EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

Lehman Brothers Trust Company, National Association
Lehman Brothers U.K. Holdings (Delaware) Inc.
Lehman Brothers U.K. Holdings Ltd.
Lehman Brothers UK Investments Limited
Lehman Brothers Verwaltungs-und Beteiligungsgesellschaft mbH
Lehman Capital Investments  Ltd
LB Capital investments 2 Ltd.
Lehman Commercial Mortgage Conduit Ltd.
Lehman Crossroads Corporate Investors, LP
Lehman Crossroads Investment Advisers, LP
Lehman Crossroads Investment Company, LP
Lehman Re Ltd.
Lehman Risk Advisors Inc.
Lehman Crossroads Investment Company, LP
Lehman Risk services (Bermuda) Ltd.
Lehman Structured Assets Inc.
Lehman Syndicated Loan Funding Inc
LIBRO Holdings I Inc.
Lincoln Capital Fixed Income Management Company, LLC
Long Point Funding Pty Ltd.
Longmeade Limited
Louise Y.K.
LUBS Inc.
Lunar Constellation Limited Partnership
LW LP Inc.
M&L Debt Investments Holdings Pty Limited
M&L Debt Investments Pty Limited
MABLE Commercial Funding Limited
Maewha K-STARS Ltd.
.MBAM Investor Limited
Merit, LLC
MICT Ltd.
MMP Funding Corp.
Nai Harn Hotel 1 Company Limited
Nale Trust
Neuberger & Berman Agency, Inc.
Neuberger Berman Asset Management, LLC
Neuberger Berman Inc.
Neuberger Berman Investment Services, LLC
Neuberger Berman Management Inc.
Neuberger Berman Pty Ltd.
Neuberger Berman, LLC
New Century Finance Co., LTD.
NL Funding L.P
OCI Holdings Limited
OOO Lehman Brothers
Opal Finance Holdings Ireland Limited
Pentaring Inc.  Long Point Funding Pty Ltd
Phuket Hotel 1 Holdings Company Limited.
Pike International Y.K.

Pindar Pty Ltd
Portsmouth Investment Company Pty Ltd
Preferred Group Limited
Preferred Holdings Limited
Preferred Mortgages Limited
Principal Transactions Inc.
Property Asset Management Inc.
Real Estate Private Equity Inc.
REPE LBREP II LLC
REPE LBREP III LLC
Resetfan Limited
Resetfan Limited  Capstone Mortgage Services Ltd.
Revival Holdings Limited
Sage Partners, LLC
SAIL Investor Pte Ltd.
Security Assurance Advisers, LP
Serafino Investments Pty Limited
SOGKI Development Inc.
Southern Pacific Funding
Southern Pacific Funding 5
Southern Pacific Funding 5 Ltd
Southern Pacific Mortgage Limited
SPML Mortgage Funding Limited
Stockholm Investments Limited
Storm Funding Ltd.
Storm Funding Ltd. Lehman (Cayman Islands) Ltd.
Sunrise Finance Co., Ltd.
Thayer Group Limited
Thayer Properties (Jersey) Ltd.
Thayer Properties Limited
The Main Office Management Company, LP
TMIC Ltd.
Wharf Reinsurance Inc.
Woori-LB Fifth Asset Securitization Specialty Co., Ltd.
Woori-LB Fourth Asset Securitization Specialty Co., Ltd.
Y.K. Tower Funding

**Professionals Employed by the Company**
Alvarez & Marsal
EPIQ Bankruptcy Solutions
Andrew & Kurth
Hahn Loeser & Parks LLP
Simpson Thacher & Bartlett LLP
Thacher Proffitt & Wood LLP

**Ad Hoc or Potential Parties in Interst**
Alliance Bernstein
Capital Guardian Trust Company
Capital Research Management Co.
Cyrus Capital Partners, L.P.
Fiduciary Counselors Inc.

## EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

Franklin Advisors LP
Franklin Federal Intermediate-Term-Tax-Free Income Fund
Franklin Federal Tax-Free Income Fund
Franklin Georgia Tax-Free Income Fund
Franklin High-Yield Tax-Free Income Fund
Independence Holding Co.
King Street Capital Management, L.L.C.
Oppenheimer Funds, Inc.
Owl Creek Management
Paulson & Co. Inc.
The Ad Hoc Committee of Bondholders of the Main Street Natural Gas, Inc. Gas Project Revenue Bonds
The Vanguard Group
York Capital Management

**Affiliations of Outside Directors**
America's Development Foundation.
Animal Medical Center
Atlantic Council
Bain & Company, Inc.
Board of Directors of The Posse Foundation, Inc.
Board of Governors of Tel-Aviv University treasurer (and former trustee) of The Economic Club of New York.
Board of Overseers of the Stern School of Business of New York University
Board of Trustees of New York University
Board of Trustees of the Animal Medical Center
Board of Trustees of the Institute of International Education
Carnegie Institution of Washington
Collexis Holdings, Inc.
Council for Excellence in Government
David Rockefeller Center for Latin American Studies at Harvard University
Federal Reserve Bank of New York
Ferrari SpA
Folger Library
Harvard Law School
Henry Kaufman & Company
International Advisory Committee of the Federal Reserve Bank of New York
International Monetary Fund Staff Retirement Plan
John D. Macomber
Lehman Brothers Bank, FSB
LPGA
Naval Academy Foundation
Office Depot, Inc.
Pew Partnership for Civic Change
President's Council on International Activities – Reform

Roland A. Hernandez
Sir Christopher Gent
Sony Corporation
Stern School of Business of New York University
Stewart & Stevenson LLC
Tel-Aviv University
The Broadway League
The Economic Club of New York
The Posse Foundation, Inc.
The St. Joe Company
Vail Resorts, Inc.
Yale University

**Debtor's Board of Directors and Corporate Officers (ex included)**
Ainslie, Michael
Akers, John
Banchetti, Riccardo
Berlind, Roger
Beyman, Jonathan
Bhattal, Jasjit S.
Callan, Erin
Cruikshank, Thomas
David Goldfarb
Donini, Gerald A
Evans, Marsha
Felder, Eric
Freidheim, Scott
Fuld, Richard
Geband, Michael
Gent, Sir Christopher
Gregory, Joseph
Grundhofer, Jerry
Hernandez, Roland
Kaufman, Henry
Kirk, Alex
Lee, Hyung S.
Lessing, Stephen M.
Lowitt, Ian
Macomber, John
McDade III, Herbert H.
McGee III, Hugh E.
Meissner, Christian
O'Meara, Christopher
Russo, Thomas
Walker, George H.

**Directors and Officers (LBHI)**
Aaron Guth
Aida Sarmast
Alex Kirk
Andrew Fischtal

## EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

Andrew Yeung
Bryan Marsal
Christian Meissner
Christine Searl
Daniel Ehrmann
Darryl Steinberg
David Coles
Denise Troise
E. Todd Whittemore
Erin Callen
Francine Kittredge
Gerald A Donini
Gerald Pietroforte
Gwen J. Zeisler
Herbert H. McDade III
Hugh E. McGee III
Jack MCCarthy
James Brogan
James Fogarty
Jasjit S. Bhattal
Jeffrey A. Welikson
Jeffrey Fitts
Jeffry Ciongoli
Joanne Chormanski
John M. Skoba
John Suckow
Jonathan Beyman
Jonathan Harris
Jospeh M. Gregory
Karen B. Corrigan
Lana Franks
Leo C. Trautman, Jr.
Linda Klang
Madeline L. Shapiro
Martha Solinger
Martin Winter
Michael Geband
Neill Poole
Pamela Tibbetts
Riccardo Banchetti
Robert J. Leist
Ronn A. Pisapia
Salvatore Barbuzza
Scott J. Freidheim
Shawnda D. Merriman
Stephen M. Lessing
Terry L. Gentry
Thomas Hommel
Wendy M. Uvino
William Fox
William Gordon
William Olshan
Yvonne Stich

**Secured Creditors**
Danske Bank
Fenway
SMBC
Swedbank

**Official Creditors' Committee Members**
US Bank
Elliot Associates LLP

**Official Creditors' Committee Financial Advisors**
Houlihan Lokey Howard & Zukin

**Attorneys for Certain UCC Members**
Stroock, Stroock & Lavan (counsel to Mizuno)

**50 Largest Bondholders**
Advanced Series Trust
AETNA Life Insurance Company
AIG Annuity Insurance Company
ALFA Mutual Fire Insurance Company
Alpha Mutual Fund Management
American Family Life Assurance Company
AXA Equitable Life Insurance Company
Bank of China, New York Branch
BBVA Gestion SA SGIIC (Spain)
Blackrock Advisors
Capital Research and Management
Franklin Advisors Inc.
Franklin Templeton Investments
John Hancock Investment Management Services
John Hancock Life Insurance Company
Liberty National Life Insurance Company
Loomis Sayles & Company L.P.
Metropolitan West Capital Management
NATIXIS  Asset Management Advisors
Network Appliance, Inc.
Northwest Mutual Life Insurance Company
Phillips Hager & North Investment Management
PIMCO Advisors LP
PIMCO Funds Global Investors
Principal Life Insurance Company
Riversource Life Insurance Company
Sun Life Assure Co. of Canada
T. Rowe Price Associates
Teachers Insurance and Annuity Association
Thrivent Financial for Lutherans
United States – Indices
Van Kampen Asset Management
Vanguard Group Incorporated
Western Asset Management Company

## EXHIBIT A

### Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships

**100 Largest Holders of Trade Debt**
A V Services Inc.
AC Nielsen Company
Acronis, Inc.
AFD Contract Furniture Inc.
Alpha Office Supplies Inc.
Aperture Technologies
Automated Securities Clearance Ltd.
Ayco Services Agency Inc.
CHD Meridian Healthcare
Clayton Fixed Income Services, Inc.
Compliance Data Center Inc.
Computer Financial Consultants, Inc.
Cushman & Wakefield Inc.
Cyveillance
Dell Marketing L.P.
DGWB, Inc.
Diversified Global Graphics Group DG3
Emil Werr
Enterprise Solution Providers Inc.
EXLservice Holdings Inc.
FTInteractive Data
Gartner Group Inc.
Gotham Technology Group
Greenline Financial Technologies Inc.
Hanover Moving &Storage Co Inc.
Headstrong Services, LLC
ILOG Inc.
Inconit Corporation
Infusion Development Corp.

**Debtor's Major Shareholders**
ClearBridge Advisors

**100 Largest Unsecured Creditors**
1221 Avenue of the Americas
1301 Properties Owner LP
55 Broadway
767 Fifth Ave
Anjarlekar & Associates
ANZ Banking Group Limited
Aozora
Ashurst Morris Crisp
Australia & New Zealand Banking Group
Australia and New Zealand Banking Group Limited
Banctec Ltd.
Bank of America Plaza STE 3500
Bank of Taiwan
Bank of Taiwan, New York Agency
Bats Trading, Inc.
Bloomberg Finance LP

Bloomberg L.P.
Broadridge Securities Processing
Caldwalader, Wickersham, and Taft
Canary Warf Management Limited
CDW Direct LLC
Chuo Mitsui Trust & Banking
Clearbridge Advisors
Clifford Chance
Commonwealth Bank of Australia, Tokyo Branch
Compucenter (UK) Ltd.
CW Lending II Limited
Deutsche Borsche AG
DnB NOR Bank ASA
Drowst Trading, LLC
Fidessa Plc.
First Commercial Bank
First Commercial Bank Co., Ltd, New York Agency
FT Interactive Data
Henegan Construction Co., Inc.
HSBC Bank
Hua Nan Commercial Bank, Ltd
ICAP Securities Limited
JQ Network PTD Limited
KBC Bank
Kim & Chang
Kingston Communications PLC
London & European Title Insurance Services Ltd.
London Borough of Tower Hamlets Rates
Mace Limited
Millennium Developers PVT LTD
Morse Service Holdings Limited
National Australia Bank
National Bank of Australia
National Commerce bank
Network Appliance
Nippon Life Insurance Co.
NYSE Market, Inc.
Origin HR Consulting Limited
Pricoa Relocation UK Limited
Shinkin Central Bank
Shinsei Bank
Standard & Poors
Standard and Poors Corp.
Standard Chartered Bank
Sungard Securities Finance Inc.
Svenska Handelsbanken
Swapswire Limited
Taipei Fubon Bank
Taipei Fubon Bank, New York Agency
The Bank of Nova Scotia
The British Land Company PLC
TIBCO Software, Inc.
UFJ Bank Limited

## EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

Vertex Mortgage Services
Virtx
WIPRO Infotech Enterprise Solutions
YXIME
ZKB (Zurcher Kantonalbank)

**Professionals Retained by Significant Creditor Groups**
The Wilson Law Firm, PC

**Significant Lessors and Lesses**
1111 Brickell Office, LLC
125 High Street LP
1301 Avenue of the Americas
70 Hudson Street, LLC
745 7th Avenue
8 Sound Shore Associates, LLC
Archipelago Holdings, Inc.
Atlanta - 3414 Peachtree Road
Boston - 125 High Street
Buenos Aires - Av. Leandro N. Alem 855 - Torre Alem Plaza
Chicago - 100 South Wacker Drive
Chicago - 190 S. LaSalle Street
Columbus - 2600 Corporate Exchange Drive
Constellation Place, LLC
Consultatio Inversora S.A.
Corporate Park Associates
Crescent TC Investors LP
CT Tower Investments Inc
Dallas - 200 Crescent Court
Deutsche Bank Securities, Inc.
Eastrich No. 167 Corporation
Greenwich - 8 Sound Shore Drive
Guggenheim Concourse, L.P.
Hato Rey - 270 Munoz Rivera Avenue
Houston (Eagle) - 4700 W Sam Houston Parkway W
Huron Consulting Group, Inc.
HWA 555 Owners, LLC
JDJ Properties, Inc.
Jersey City - 70 Hudson Street
Los Angeles - 10250 Constellation Blvd - MGM Grand
MCPR Unit V LP, S.E. c/o MCPR Unit R LP
Menlo Park - 155 Linfield Drive
Miami - 1111 Brickell Avenue - Barclay's Financial Center
Middlefield Park Associates
Millennium De Investimentos Imobiliarios LTDA
MJH Wacker LLC
Monarch Centre Associates, LLC
New York - 45 Broadway

New York - 65 Broadway
Newport Beach - 680 Newport Center Dr
Palm Beach - 450 Royal Palm Way
Palm Beach Centre 1, LLC
Piscataway - 40 Corporate Place South
Rock Forty Ninth LLC
Salt Lake City - 4001 South 700 East (LBCB)
San Diego - 1450 Frazee Road (subleased from BNC Mortgage)
San Diego - Frazee, LLC
San Francisco - 555 California Street
Sao Paulo - Faria Lima Sq
Seattle - 701 Fifth Avenue
SP4 190 S. LaSalle, L.P.
The Irvine Company
Toronto - 161 Bay Street
WA-Columbia Center Property LLC
Washington - 2001 K Street NW
WPGH, LLC

**Professionals Retained by the Company**
Akerman Senterfitt
Allen & Overy LLP
Allen Matkins Leck Gamble Mallory and Natsis
Alvarez & Marsal North America. LLC
Andrews & Kurth LLP
Appleby Global
Baker & McKenzie LLP
Balcomb & Green, P.C.
Ballard Spahr Anders & Ingersoll, LLP
Bar & Karrer AG
Bedell Cristin
Benesch, Fiedlander, Coplan & Arnoff LLP
Berkman Wechsler Bloom & Co., Law Offices
Bickerton Lee Dang & Sullivan, LLP
Bih Li & Lee
Blake Cassels & Graydon LLP
Bloom Murr & Accomazzo, P.C.
BLP Abogados
BlueGate Partners, LLC
Bonchonsky & Zaino, LLP
Bonelli Erede Pappalardo
Bortstein Legal LLC
Bracewell & Giulliani LLP
Brand Law Group, PC
Broad & Cassel
Brownstein Hyatt Farber Schreck, LLP
Bulboaca & Associatii
Burns, White & Hickton
Cains
Carrington, Coleman, Sloman & Blumenthal, L.L.P.
Cassels Brock & Blackwell LLP
CB Richard Ellis

## EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

| | |
|---|---|
| Cederquist | Krebsbach & Snyder, P.C. |
| Chiomenti Studio Legale | Krieg Devault LLP |
| Chun Rair & Yoshimoto LLP | L.B. Smithplein 3 |
| Click & Null, P.C. | Latham & Watkins LLP |
| Clyde Click | Lazard Freres & Co. |
| Conway and Mrowiec | Lewis and Roca LLP |
| Cox Castle Nicholson | Locke Lord Bissell & Liddell LLP |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Lombardo Dufresne |
| David Marks QC | LS Horizon Ltd. |
| Davies Ward Phillips & Vineberg | Luboja & Thau, LLP |
| Davis & Gilbert LLP | Mandel, Katz & Brosnan LLP |
| De Brauw Blackstone Westbroek | Mannheimer Swartling Advokatbyrå Ab |
| Dechert LLP | Maples and Calder (Cayman Office) |
| Dickstein Shapiro LLP | Mayo Crowe LLC |
| Dorsey & Whitney LLP | Mazars LLP |
| DTZ Rockwood LLC | McCann FitzGerald Solicitors |
| Duff and Phelps | McDermott Will & Emery LLP |
| Einstein Malanchuk LLP | Meitar, Liquornik, Geva & Leshem Brandwein |
| Epiq | Mercer Marsh & McLennan Companies |
| Evergreen Law Group | Merra & Kanakis, P.C. |
| Foster, Graham, Milstein & Calisher, LLP | Miller Canfield Paddock Stone |
| Fragomen, Del Rey, Bernsen & Loewy, LLP | Mitsui Company |
| Freshfields Bruckhaus Deringer | MM Arizona Holdings LLC |
| Fried Frank | MMOR Consulting |
| Fulbright & Jaworski L.L.P. | Momo-o, Matsuo & Namba |
| Gianni, Origoni Grippo & Partners | Morrison & Foerster LLP |
| Gibson, Dunn & Crutcher LLP | Mourant du Feu & Jeune |
| HBN Law | Natixis Capital Markets |
| Herbert Smith CIS LLP | NautaDutilh N.V. |
| Herbert Smith Ltd. | NBP Clems |
| Herrick & Feinstein MMOR Consulting | Norton Rose LLP |
| Herzfeld & Rubin, P.C. | Ogier |
| Hoegen & Associates, P.C. | Oh-Ebashi LPC & Partners |
| Hogan & Hartson | Pachulski Stang Ziehl & Jones LL |
| Houlihan Lokey Howard & Zukin Capital, Inc. | Paul, Hastings, Janofsky & Walker LLP |
| Houser & Allison, APC | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Hunt Leibert Jacobson, P.C. | Pekin & Pekin |
| Hunton & Williams LLP | PetroVal, Inc. |
| Huron Consulting Group | Pite Duncan |
| International Legal Counselors Thailand Ltd. | Prickett Jones & Elliott, P.A. |
| Jackson Lewis LLP | Quinn Emanuel Urquhart Oliver & Hedges, LLP |
| Jeffer, Mangels, Butler & Marmaro | Raja & Tann |
| Jeffery Peter Onions QC | Reilly Pozner & Connelly  LLP |
| Jenner & Block LLP | Richard Sheldon QC |
| Jenner and Block LLP | Richards, Layton & Finger, P.A. |
| Jones Day | Salvadore Auctions & Appraisals, Inc. |
| Juris Law Offices | Schulte, Roth, & Zabel LLP |
| Kahrl & Wutcher LLP | Sills Cummis Epstein & Gross P.C. |
| Kellerhals Hess | Skadden, Arps, Slate, Measgher & Flom LLP |
| Kelly Matthew Wright | Smith Dollar |
| Kepley Brouscious & Biggs | Snell & Wilmer |
| Klavins & Slaidins | Snyder Valuation |
| Kramer Levin Naftalis & Frankel LLP | Sonnenschein Nath & Rosenthal |

## EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

Squire, Sanders & Dempsey L.L.P.,
Stroock, Stroock & Lavan
Sutherland Asbill & Brennan LLP
The Madden Law Firm
Tompkins, McGuire, Wachenfeld & Barry LLP
Tozzini Freire Advogados
Travers Smith LLP
Trenam, Kemker, Scharf, Barkin, Frye, O'Neill
    & Mullis
Valentine S. Grimes & Co.
Wachtel & Masyr LLP
Watson, Farley & Williams (Thailand) Limited
Wilmer Cutler Pickering Hale and Dorr LLP
Woodbury & Santiago, P.A.
Worldwide Trade Partners
Wynn & Wynn, P.C.

**Significant Leases**
20 CCC Business Trust
300 Main L.L.C.
5450 West Sahara LLC
600 Partners Co., L.P.
605 Third Avenue Fee LLC
85 Tenth Avenue Associates, LLC
American Center
Argonne Capital Group
B&R 919, LLC
Beneficiaries of North Star Trust Company Title
Holding Land
BNC Mortgage
Board of Trade of the City of Chicago, Inc.
BP 399 Park Avenue LLC
Brandywine Office Investments LLC
Brookfield Properties One WFC Co. LLC
CA-10880 Wilshire Limited Partnership
CB Office 10, Ltd.
CharterMac Mortgage Capital Corporation
Clearbridge Advisors, LLC (f/k/a CAM North
America, LLC)
CMD ST Financial Centre, LLC
Columbia Center Property LLC
Corridors I & II/Loudoun II SPE Feeco, L.L.C.
Courtside West, LLC
CPR (USA) Inc.
Creekside Business Mall LLC
Crown Point, L.L.C.
Custer Court, L.P.
DBSI Housing, Inc.
Denver United LLC
Dewey Ballantine LLP/Dewey LeBouf LLP
Financial Solutions Partners, LLC
For 1031 Heritage II LLC

Four Point Star Operating Company, L.P.
Franklin Credit Management
Frazee, LLC
Frenkel of New Jersey, Inc.
Galleria Properties, LLC
GRE Glendale LLC
Hanover Moving & Storage Co., Inc.
Historic TW Inc.
HQ Global Workplaces
Hunter Financial Group, LLC
Huron Consulting Group LLC
JBC Funds 200 West Monroe LLC
Legacy III Centennial, LLC
Lempira S.R.L., R.U.C.
Level 3 Communications, LLC
Liberty Property Limited Partnership
Mack-Cali CW Realty Associates L.L.C.
Mackenzie Financial Corporation
MCPR Unit V LP, S.E.
Mountain Towers Properties, LLC
National Union Fire Insurance Company of
Pittsburgh, PA
NBS Brookside 700/800, L.L.C.
New Tower Trust Company Multi-Employer
Property Trust
Nine Penn Center Associates, LP
Normandy Real Estate Partners
One William Street Capital Management, L.P.
Palm Beach Park Centre 4, LLC
PCC Properties (Calgary) Ltd.
Piedmont Operating Partnership, L.P.
R3 Capital Management, L.P.
Regus do Brasil, Ltd
Rosemead Properties, Inc.
Sandtrap II, Ltd.
SLG 220 News Owner LLC
Stillwater Development, LLC
Sunray Investments
Tempe Fountainhead Corporate, LLC
The Realty Associates Fund VIII, L.P.
Triple Net Properties, LLC
Trizec Westwood Center LLC
Wacker Drive Limited Partnership
Wasserstein Perella Group Holdings, LLC
Willkie Farr & Gallagher LLP
WLA UPU 1 and 2, LLC

**Secured Creditors**
Fenway Funding LLC

**Underwriting Investment Bankers for Debtor's
    Securities**
GmbH

## EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

LB 3 GmbH
LB I Group Inc
LB Maritim
LB UK RE Holdings Ltd. (UK)
Lehman Brothers Derivative Finance LLC
Lehman Brothers Limited
Lehman Brothers Luxembourg Investments Sari
Lehman Brothers Private Equity Advisers L.L.C
Lehman Brothers Verwaltungs-und
    Beteiligungsgesellschaft mbH
Lehman Mortgage Funding Canada II Inc. (inactive)
Lehman Municipal ABS Corp.Lehman OPC LLC
MMP Funding Corp.
Nai Ham Hotel 1 Company Limited
OCI Holdings Limited
Pike International Y.K.Pindar Pty Ltd.
REPE LBREP III LLC
Security Assurance Advisers, LP
Woori-LB First Asset Securitization Specialty
    Co., Ltd.
Y.K. Park Funding

**Litigation Claimants**
Alaska Electrical Pension Fund
American Family Life Assurance Company
    Of Columbus
Annuity Fund et al. v. Lehman Brothers Holdings,
    Inc., et al.
Aurora Bank FSB f/k/a Lehman Brothers Bank FSB
Avenius, et, al. v. Banc of America Securities
    LLC, et al.
Bader & Yakaitis P S P & Trust
Bank of America, N.A.
BHL Capital Partners L.P.
BP Energy Company & BP Corporation North
    America Inc.
Carolina First Bank
David Trent
Declan Kelly
Electronic Trading Group, LLC
Elizabeth Foster
Evergreen Solar, Inc.
FCCD Limited
Fogarazzo, et al. v. Lehman Brothers Inc., et
    al.Claude A. Reese
Fogel Capital Management, Inc.
Forza Capital Management, L.L.C.
Friedman, Billings, Ramsey Group, Inc.
Harrier Finance Limited,
Hugh D. Barton
In re Issuer Plaintiff Initial Public Offering Fee
    Antitrust Litigation (consolidated class action)

In re Lehman Brothers Holdings, Inc. Derivative
    Litigation (Garber, Staehr, Locals 302 & 612 of the
    International Union of Operating Engineers-
    Employers Construction Industry Retirement Trust,
    and Saginaw Police & Fire Pension Board,
    plaintiffs)
In re Mirant Corporation Securities Litigation (class
    action)
In re Public Offering Antitrust Litigation
    (consolidated class action)
IPO Class Actions
J. Bader
Keith Carpenter
Keith Cheng
Locals 302 & 612 of the International Union of
    Operating Engineers-Employers
Mark Montag
Mary Helbeyn
Massachusetts Water Resources Authority
Metropolitan West Low Duration Bond Fund
Miron Berenshteyn
Nomura Global Financial Products Inc.
Oliver Cheng
Olivia Bam
Operative Plasterers and Cement Masons
International Association Local 262 Annuity Fund
Overstock.Com Inc., et. al. v. Morgan Stanely & Co.
    Inc., et, al.
Prudential Global Funding LLC
Rathgar Capital Corporation
Research Analyst Independence Litigations
Rye Select Broad Market Portfolio Limited
Rye Select Broad Market XL Portfolio Limited
Securities Investor Protection Corporation
Sentinel Management Group, Inc.
Sola Ltd. Royal Bank of America v. Lehman
    Brothers Special Financing
Southern Community Financial Corporation,
Southern Community Bank and Trust
State Street Bank and Trust Company
The Options Clearing Corporation
Woodlands Commercial Bank f/k/a Lehman Brothers
    Commercial Bank
Wright et al v. Lehman Brothers Holdings Inc. et, al.
    (A. Vernon Wright and Dynoil Refining LLC,
    plaintiffs)

**Largest Holders of Trade Debt**
2027 Collections Center Drive
425 Lexington Ave.
515 South Flower Street
77 West Wacker
Bank of America Plaza STE 3500 1041

## EXHIBIT A

### Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships

Bank One Plaza
BT Americas, Inc.
Cadwalader, Wickersham and Taft
Canary Wharf Management Limited
Centrale Attivita Finanziarie SPA
Davis Polk and Wardwell
Drowst Trading LLC
Elyo Services Limited
Ernst & Young Private Limited
Hatfield Philips International Limited
ICAP Securities Limited 1078.
Intuition Publishing
IPC Information Systems Inc.
JQ Network PTD Limited 1082
Lancaster Office Cleaning Co.
Lexis Nexis
London Eastern Railway Limited
Millennium Developers PVT Ltd.
Net One Systems
Reuters America
Sungard Securities Finance Ltd.
The Bank Of New York
Virtix
Integreon Managed Solutions
Interactive Data Corp.
Intuition Publishing Inc.
Iron Mountain Digital Archives
Iron Mountain Records Management
Kepner Tregoe Inc.
Key Systems
Lexis-Nexis
Liquid Engines, Inc.
Logical Information Machines
Mellon Analytical Solutions
Meridian It, Inc.
Michael Stapleton Associates
Network Appliance Inc.
Nishimura & Partners
Northrop Grunman
Polaris Software Lab (India), Ltd.
Quest Software Inc.
Rainmaker Group LLC
Restaurant Associates
Rittal Corporation
Rockefeller Center North, Inc.
Rolfe & Nolan Systems Inc.
RR Donnelley Receivables Inc.
SAS Institute Inc
Sharon Land Company, LLC
SOS Security Inc.
Standard Register
Storage Technology Corp
Structure Group

Sungard Securities Finance Inc
Swets Information Services Inc.
Tac Americas, Inc.
Transaction Network Services
Trilogy Leasing Co. LLC
Trimont Real Estate Advisors Inc.
Triple Point Technology, Inc.
Verrazano Consulting Solutions, LLC
Video Corporation Of America
Wipro Technologies
Wombat Financial Software, Inc.

**Utilities**
Cleveland Division of Water
Cleveland Public Power
ComEd
Dominion
Interstate Gas
NEORSD
NSTAR Electirc
NYC Water Board
Sempra Energy Solutions
Committee Members
Mizuho Corporate Bank, Ltd.
The Vanguard Group
U.S. Bank N.A.
Elliot Management Corp.
Former
Aegon USA Investment Management
Selected Derivative Counterparties
Advanced Micro Devices, Inc.
AMBAC Credit Products, LLC
A.M. McGregor Home
American Investor Life Insurance Company
Aviva Life Insurance Company
Aviva Live & Annuity Company
Banco Espirito Santo Investimento
Banco Espirito Santo
BRM Group, Ltd.
Canadian National Resources Limited
Cheung Kong Bond Finance Limited
Chevron U.S.A. Inc.
Colorado Housing Finance Authority
Convexity Capital Master Fund L. P.
Delaware River Port Authority
Deutsche Bank National Trust Company
Dexia Bank Internationale a Luxembourg SA
Dexia Banque Belgique SA
Dexia Credit Local, Dexia Kommunalbank
Deutschland AG
Direct Energy Business, LLC
E-Capital Profits Limited

## EXHIBIT A

### Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships

Energy America LLC
Enterprise Products Operating, LLC
EPCO Holdings, Inc.
Federal Home Loan Bank of Dallas
FirstBank of Puerto Rico
FPL Energy Power Marketing, Inc.
FSA Credit Protection Trust 283
Government of Singapore Investment Corp.
H21 Absolute Return Concepts SPC  ARC-B07-20
H21 Absolute Return Portfolios SPC Class A
HFF I, LLC
Houghton Mifflin Harcourt Publishing Company
Iconix Brand Group, Inc.
Idaho Housing and Finance Association
Indianapolis Life Insurance Company (Inc)
ING Life Insurance & Annuity Company
ING USA Annuity & Life Insurance Company
Intel Corporation
Iowa Telecommunications Services Inc
Irish Life & Permanent PLC
JA Solar Holdings Co., LTD.
Lexington Insurance Company
Life Investors Insurance Company of America
Lincore Limited
MEG Energy Corp.
Metavante Corporation
Ministry of Finance Italy
Monumental Life Insurance Company (INC)
Natixis Environment & Infrastructures
New Generation Funding Trust 15
New Generation Funding Trust 16
New York Life & Annuity Insurance Corporation
New York Life INS & Annuity Corp Private Placi
New York Life Insurance Company Inc
Northcrest, Inc.
OHP Opportunity Limited Partnership
One Madison Investments (CAYCO) Limited
Pacific Life & Annuity Co
Pacific Lifecorp
Pacific Life Insurance Company
Portfolio Green German CMBS GMBH
Principal Financial Services Inc.
Putnam (183 ISDA's)
Reliastar Life Insurance Company
Reliastar Life Insurance Company of New York
Reynolds American Defined Benefit Master Trust
Riversource Life Insurance Company of New York
Russell Implementation Services Inc.
Russell Investment Group
Security Life of Denver Insurance Company
Security Life of Denver Insurance Company Inc
Simpson Meadows
Southern California Edison Company

Sunamerica Life Insurance Company
TFS (Germany)
TFS (TX)
TFS Derivatives Corporation
TFS Derivatives Total
TFS Oil
TFS Oil Floor
TFS PWR NG
TFS Sing
TFS UK
TFS UK Cleared
TFS-ICAP
The Hess Corporation
Tradition (North America) Inc.
Tradition Asiel Securities Inc.
Tradition Services S.A. DE C.V. Mex
Transamerica Financial Life Insurance Co
Transamerica Occidental Life Insurance Co
Tullett Prebon Holdings Corporation
Verde CDO Ltd.
Verde CDO, LLC
West Corporation
Zeeland Aluminium Company AG

**Principal Investments**
ASA McJunkin Red Man Corp.(F/K/A
   McJunkin Corp.)
Applebees
Brozero Limited
Castex Energy 2007, L.P.
Castex Energy, Inc.
Celtic Pacific (UK) Two Limited
Classic Cruises Holdings S.a.r.l.
Crimson Exploration Inc.
David Arrington Oil & Gas Barnett Shale IV, LLC
David Arrington Oil & Gas, Inc.
Delta Prefco Limited
Delta Topco Limited
DHS Holding Company
Energy XXI Gulf Coast, Inc.
FDR Holdings, Ltd.
First Wind Holdings, LLC
Firth Rixson Limited
Forgings International Holdings 1 Limited
Forgings International Holdings Limited
Forgings International Limited
FR Acquisition Corporation (Europe) Limited
FR Acquisition Corporation (Luxembourg) Sarl
FR Acquisition Corporation (US), Inc.
FR Acquisition Finance Subco (Luxembourg) Sarl
FR Acquisition Holding Corporation (Luxembourg)
   Sarl
FR Acquisition Subco (Luxembourg) Sarl

### EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

Frontier Drilling USA, Inc.
Greenbrier Minerals Holdings, LLC
Greenbrier Minerals, LLC
Greenbrier Petroleum Corp.
Hilcorp Energy I, L.P.
Hilcorp Exploration Venture 1 LLC
Hilton Hotels Corporation n/k/a Hilton Worldwide,
   Inc.
Jazz Pharmaceuticals, Inc.
JFB Overseas Holdings Limited
JPI Commercial, LLC
Labarge Pipe & Steel Company
Latshaw Drilling & Exploration Company
LBPS Holding Co.
LIM
McJunkin Nigeria Limited
McJunkin –Puerto Rico Corp.
McJunkin Red Man Development Corp.
   (F/K/A McJunkin
McJunkin Red Man Holding Corp.
McJunkin -West Africa Corp.
Midway-Tristate Corp.
Milton Oil & Gas Co.
Minrad International, Inc.
Mountain Drilling Company
Mountain Drilling LLC
MRC Management Co. (F/K/A MRM West Virginia
   Management Company)
MRM Oklahoma Management LLC
Oceana Cruises, Inc.
Orthovita, Inc.
Pegasus International, Inc.
Petsec Energy Inc.
Pinnacle Entertainment Corp.
Prestige Cruise Holdings Inc.
Radisson Seven Seas France
Red Man Pipe & Supply Co.
Regents
RJO Holdings Corp.
RJO Investor Corp.
Ruffner Realty Co.
SCP Worldwide I L.P.
Sheridan Healthcare
Sixth Gear Funding Trust
Sixth Gear Inc.
Sixth Gear Solutions Corp.
SkyPower Corp.
Supplystill Limited
Universal Ensco, Inc.
Universal Pegusus
UP Acquisition Sub Inc.
Up Holdings Inc.
Varel Funding Corp.

Varel International Ind., L.P.
Veyance
Voss of Norway
Vought
Walton Street Capital
Walton Street Real Estate Fund V, L.P.
Wesco Acquisition Partners, Inc.
WTCC Ventana Alpha Mezz V, L.L.C.
WTCC Ventana Investors V, L.L.C.
WTCC Ventana Mezz V, L.L.C.
Yankee Candle

**Underwriting Investment Bankers for Debtor's
Securities**
Hoare Govett, Ltd.

**Limited Partnerships**
Lehman Brothers Private Fund Management LP
Lehman Brothers Private Fund Advisers LP
LB-NL Holdings L.P
Lehman Brothers Holdings Scottish LP
Lehman Brothers Scottish Holdings 2 LP
Lehman Brothers Scottish Holdings 3 LP
Eagle Energy Partners I L.P
Leveraged Loan Trading Holdings Partners
1180 Raymond
1211 6th Avenue LB Syndication Partner, LP
1745 Broadway LB Syndication Partner LP
A 425 Park Avenue LB Syndication Partner, L.P.
A LB Atlantic Area Portfolio Partner LP
A LB Crescent City LP
A LB DC Area Portfolio Partner LP
A LB Deerwood Property LP
A LB Eastview Center LP
A LB Greensbrook Manor LP
A LB Quail Valley LP
A LB Ravenwood Apartments LP
A LB/L – Lakeside Capital Partners
A Orlando Centre LB Syndication Partner LP
A Sheraton LW-LP
A UK Distribution Holdings, L.P.
1000 Islands Mall LP

**Government and State Regulatory Agencies**
Commodity Futures Trading Commission
Federal Deposit Insurance Corporation
Federal Energy Regulatory Commission
Financial Industry Regulatory Authority
National Futures Association
New York Stock Exchange
Office of the Comptroller of Financial Institutions
State Bank Commissioner of the State of Delaware

## EXHIBIT A

### Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships

Utah Commissioner of Financial Institutions

**Competitors**
Cantor Fitzgerald & Co.
Daiwa Securities America Inc.
Dresdner Kleinwort Securities LLC
Greenwich Capital Markets, Inc.

**Potential Parties in Interest**
1301 Properties Owner, LP
250 East Borrower LLC
13D Research Inc.
1407 Broadway Real Estate LLC
25 Broad LLC
3i Group PLC
469 Bergman Properties LLC
4Cast Inc.
4Kids Entertainment, Inc.
50 Broadway Realty Corp. LLC
A/P Hotel, LLC
Aargauische Kantonalbank
AB Bankas
AB Svensk Exportkredit
ABC Assicura Societa per Azioni
Aberdeen Asset Management Inc.
ABN Ambro Holding N.V.
AboveNet Communications Inc.
Abu Dhabi Investment Authority
Abu Dhabi National Energy
Accel Capital Corporation Accellent Inc.
Access Asia Investment Holdings (BVI) Ltd.
Access Data
ACCLARA
Account Temps
Accredited Home Lenders, Inc.
ACE America Insurance Company
ACI Operations Pty Limited
Acorn Partners LP
Activant Solutions Inc.
Acts Aero Tech Support
Adam Chadwick
ADM Galleus Fund Limited
ADV Portfolio Tech
Advanced Graphic Printing, Inc.
Advanced Portfolio Technologies, Inc.
AEW Capital Management, LP
AG Financial Products, Inc.
AG First Farm Credit Bank
Aggregating Trust 1, L.L.C.
Aggregating Trust 2, L.L.C.
Aggregating Trust 3, L.L.C.
Aggregating Trust 4, L.L.C.
Aggregating Trust 5, L.L.C.

Aggregating Trust 6, L.L.C.
Aggregating Trust 7, L.L.C.
Aggregating Trust 8, L.L.C.
Aggregating Trust 9, L.L.C.
Aglio Master Fund Limited
Agribank
Ahorro Corporacion Financiera S.V.
Aig Global Investment Corporation
AIM Advisors
AIM Funds
Airclaims Limited
Aircraft Finance Trust
Airlie CDO I
AIRLIE LCDO (AVIV LCDO 2006-3)
AIRLIE LCDO (Pebble Creek 2007-1)
Airlie Opportunity Master Fund Lt.d
Aktia Bank PLC
Aktiengesellschaft
Aladdin Relative Value Credit Master Fun Limited
Alameda County (CA) Employees' Retirement
Association
Alan J. Worden
Alan Semple
Alansbanken Sverige AB
Alenco
Alex E. Rhinehart
Alexander Leytman
Algoma Stell Inc.
Aliant Bank
Alix Partners LLP
Allegheny Energy
Allen A. Moff
Allen Matkins Leck Gamble Mallory
Allesandro Bosco
Alli Joseph
Alliance Laundry Equipment Receivable Trust
  2005-A
Alliance Laundry Equipment Receivables 2005 LLC
Alliance Laundry Systems
Alliance Resource Operating
Allianz
Allianz Global Investors AG
Allied Waste Industries Inc.
Allied World Assurance Company
Alltel Corp.
Almtaler Volksbank
Alpha III
Altma Fund Sicav PLC, in respect of Rowan
  Sub-Fund
Altova, Inc.
Altra Group, Inc.
AM International E Mac 63 Limited
AMBAC

## EXHIBIT A

### Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships

Amber Capital Investment Management
Amber Master Fund (Cayman) SPC
Amerenergy Resources Generating
American Airlines 1st Lien
American Airlines Inc.
American Electric Power Company Inc.
American European Insurance Company
American Express
American Express Travel Related Services Co., Inc.
American International Group Inc.
American National Insurance Company
American Transmission Company
Americas
America's Servicing Company
Amuala S.L.
Ana Fernanda Canales Gonzales
Ana Serratosa Lujan
Anchorage Capital Master Offshore, Ltd.
Anchorage Crossover Credit Offshore Master Fund
Anchorage Short Credit Offshore Master Fund, Ltd.
Andrea Lerner
Andrea Lobbe-Hermans
Andreas Brandes
Andrew Hopkins
Andromeda Global Credit Fund, Ltd.
Anita Bryant
Ann Lee
Anne-Marie Oliveri
Anthony J. Napolitano & Associates
Anthracite Balanced Company (R-26) Limited
Anthracite Balanced Company 46 Limited
Anthracite Investments (Ireland) PC
Anthracite Related Invesments (Cayman) Limited
Anton R. Valukas (Examiner)
ANZ Securities, Inc.
Aon Consulting
Arab Bank
Araba Pensiones EPSV – Tuboplast Hispania SA
Aracruz
Arapahoe County Attorney's Office
Arapahoe International Limited
Arapahoe County Treasurer
Arche Master Fund, L.P
Aristeia International Limited
Aristeia Master, L.P.
Arlington Partners, L.P.
Aron Oliner
Arrowgrass Distressed Opportunities Fund Limited
Arrowgrass Master Fund Ltd.
Arthur King
Arthur T. Bent c/o Reserve Management Company
Arun K. Kakarla
Arysta Lifescience

AS Propulsion Capital BV
Asbury Atlantic
Asbury-Solomons
Ashmore Energy International / AEI
Asian CRC Hedge Fund
Asian Multi Finance Hedge Fund
Asian SBC Hedge Fund
Asian Special Finance Hedge Fund
Aspecta Assurance International Luxembourg S.A.
Aspen Creek Financial Advisors LLC
Asset Backed Management Corp.
Assicurazioni
Assurant, Inc.
Asurion Corporation
Atrium Companies Inc.
Autodesk Inc.
Automated Securities Clearance LLC (f/k/a SunGard
    Expert Solutions, Inc.)
Automobile Club Insurance Association
Autonomy Capital Research LLP
Autonomy Master Fund Limited
Autonomy Rochevera One Limited
A-V Services, Inc.
Avaya Inc.
Avignon Capital Ltd.
Avio
Avista Corp.
AVIV LCDO 2006-1
AVIV LCDO 2006-2
Aviva Assicurazioni S.p.A.
Aviva Insurance Company
Aviva Investors North America, Inc.
Aviva Italia Holding S.p.A.
Aviva Italia S.p.A.
Aviva Life and Annuity Company
Aviva Life S.p.A.
Aviva Previdenza S.p.A.
Aviva S.p.A.
Aviva Vita S.p.A.
AVR Acquisitions B.V.
AXA Wholesale Core Australian Fixed Interest Fund
Axis – ACM Inc.
Axon Financial
B Y Partners, L.P.
B.I. OEI
BAC Home Loan Servicing, LP
Bacar Constructors, Inc.
Baker & Hostetler LLP
Balestra Capital Partners, L.P.
Ball Packaging Products Canada
Ballyrock ABS CDO 2007-1 Limited
Banc of America Securities LLC
Banca Akros S.p.A

## EXHIBIT A

### Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships

Banca Carige, S.p.A.
Banca Italease S.p.A.
Banca Monte dei Paschi di Seina S.p.A.
Banca Popolare di Milano Societa Cooperativa a r.l.
Banca Popolare di Spoleto S.p.A.
Banca Sai
Banco Banif, S.A.
Banco Bilbao Vizcaya Argentaria, S.A.
Banco Canaria de Venezuela C.A. Banco Universal
Banco de Bogota
Banco de la Pequena Y Mediana Empresa SA
Banco Espanol de Credito, S.A.
Banco Inversis, S.A
Banco Popolare Societa Cooperativa
Banco Popular Espanol, S.A.
Banco Santander
Banco Urquijo SBP, S.A.
Banesco Banco Universal
Banesco Holding C.A.
Banif-Banco
Banif-Banco de Investimento, S.A.
Bank Hapoalim B.M.
Bank Julius Bear & Co. Ltd.
Bank of America Mexico, S.A.
Bank of Mexico, S.A.
Bank Of Montreal
Bank of New York Mellon
Bank of New York Mellon Trust Company, N.A.
Bank of New York Trust Co., N.A.
Bank Pekao
Bank Sarasin & Co., Ltd.
Barbara A. Ziccarelli
Barbara Hatton Decker
Barbara Peonio
Barclays Global Investors National Association
Basso Capital Management L.P.
Bats Holdings, Inc.
Baupost Group Securities, L.L.C.
Bausch and Lomb
Baxter International Inc.
Bay Harbour Management LC
Bayview Financial, L.P.
Bayview Opportunity Master Fund, L.P.
BBVA Securities Inc.
BDF Limited
BE Smith & Others
BEA Systems, Inc.
Beaver Country Day School (The)
Begoa Serratosa Lujan
Bel Air Investment Advisors LLC
Bellair Development Group S.A.
Belmont Holdings Corp.
Bernd Werneyer

Bernhard Koenner
Berry Plastics Corporation
Best Buy
Best Karpet
BHCO Master
BHF-Bank Aktiengesellschaft
BHM Exit Financing Facility
BHM Exit Term Loan
Billie Chadwick
BIM
BIM Vita S.p.A.
Binding Company, Inc.
BKW FMB Energie SA
Black River Asia Fund Ltd.
Black River Commodity Energy Fund LLC
Black River Commodity Fund Ltd.
Black River Commodity Select Fund Ltd.
Black River Convertible Bonds and Derivatives Fund
Black River EMCO Master Fund Ltd.
Black River Emerging Markets Credit Fund Ltd.
Black River Emerging Markets Fixed Income
    Fund Ltd.
Black River Fixed Income Relative Value Fund Ltd.
Black River Global Credit Fund Ltd.
Black River Global Equity Fund Ltd.
Black River Global Investments Fund Ltd.
Black River Municipal Fund Ltd.
Blackrock Financial Management
Blackstone / Blackstone Capital Partners V L.P.
Bloomberg Finance L.P.
BLT 39 LLC
Blue Angel Claims, LLC
Blue Bridge Holdings Limited
Blue Chip Multi-Strategy Master Fund, L.P.
BlueBay (Masters) Fund II Limited
BlueBay Asset Management PLC
BlueMountain Credit Alternatives Master Fund L.P.
BlueMountain Equity Alternatives Master Fund L.P.
BlueMountain Timberline Ltd.
BMO Capital Markets Corp.
BMO Nesbitt Burns, Inc
BNC Mortgage Loan Trust
Board of Education of the City of Chicago
BOC Energy Services, Inc. n/k/a Linde Energy
    Services, Inc.
Boilermakers-Blacksmith National Pension Trust
Bondwave LLC
Bortstein Legal LLC
Bottazzi Guiseppe
Boultbee (Helsinki) AB
Boultbee (Vasteras) AB
BP Capital Energy Equity Fund Master II, L.P.
BP Capital Energy Equity Fund, L.P.

## EXHIBIT A

### Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships

BP Capital Energy Equity International Holdings I
BP Capital Energy Fund LP
BP Gas Marketing Limited
BPC Holding Corporation (f/k/a BPC Acquisition Corp.)
Brahman C.P.F. Partners, LP
Brahman Investments I
BRE Bank S.A.
Bremer Financial Corporation
Bremer Financial Corporation A-3
Brian Chomas Kelleher
Brian Ellis
Brian Monahan
Bridgepont International Inc.
Brigadier Capital Master Fund, Ltd.
Brigatta von Wendorr
British Airways Plc
Broadridge Processing Solutions, Inc.
Brockton Contributory Retirement System
Brooks Family Partnership, LLC
Brownstein Hyatt Farber Schreck, LLP
Bruce J. Zabarauskas
Bruce R. Bent
Bruce Witherell
Bryan Borum
Bryant University
BTR Global Opportunity Trading Limited
Buffets, Inc.
Building Materials - Wells
Bundesanstalt fur Finanzdienstleistungsaufsicht (BaFin)
Bundesverband deutscher Banken e.V.
Bunge SA
Burleson, ISD
Business Objects Americas
C.V.I. G.V.F. (Lux) Master S.a.r.l.
Cableuropa S.A.U.
Cablevision Systems Corp.
Cabrera Capital Markets, LLC
Cadwalader, Wickersham & Taft LLP
Cairanti Graziera
Caisse D'Epargne et de Prevoyance de Midi-Pyrenees
Caisse De Depot et Placement du Quebec
Caixa Geral De Depositos, S.A.
Caja de Ahorros y Monte de Piedad de Madrid
Caja de Castilla la Mancha Vida y Pensiones S.A. de Seguros y Reaseruros
Calabri Elena
California Ind. Systems Operator Corp.
California Public Employees Retirement System
Calyon
Calyon Securities

Canadian Imperial Bank
Canpartners Investments IV, LLC
Cantab Capital Partners LLP
Canyon Value Realization Mac 18 Ltd
Cap Gemini Financial Services USA, Inc
Capital Automotive L.P.
Capital IQ, Inc.
Capital One, N.A.
CapStar Copley LLC
Capula Global Relative Value Master Fund Limited
Carimonte Holdings S.p.A.
Carlos Manala
Carlos Quintero Abella
Carlsberg Breweries
Carlton Communications Ltd.
Carlton Willard
Carly Galiger
Carlyle Credit Partners Master Fund
Carlyle High Yield Partners IX, Ltd.
Carlyle Loan Investment
Carmignac Gestion
Carnegie Bank A/S
Carolyn J. Bessler
Carrollton-Farmers Branch Independent School District
Carval Investors UK Limited
Casa de Ahorros y Monte De Pieda De Zaragoza Aragon y Rioja
CASAM ADI CD Arbitrage Fund Limited
Cascade Investment LLC
Casema Mezzanine
Casema/Euribor
Caspian Alpha Long Credit Fund, L.P.
Caspian Capital Partners, L.P.
Caspian Corporate Loan Fund, LLC
Caspian Select Credit Master Fund, Ltd.
Cassa Di Risparmio Della Repubblica Di San Marino
Cassa Di Risparmio Di Saluzzo SPA
Cat Brokerage AG
Cattolica Assicurazioni S.p.A.
CB Richard Ellis, Inc.
CBI Italian Receivables
CBI-Italian NPL
CBS Corp.
CBW LLC
CC Arbitrage, Ltd.
CCMP Acquisition
CCP Credit Acquisition Holdings, LLC
CDC IXIS Financial Guaranty Services Inc.
CD Representative
CD Representative, L.C.
CDW Corporation
CEAGO ABS CDO 2007-1, LLC

## EXHIBIT A

### Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships

CEAGO ABS CDO 2007-1, Ltd.
Cedar Hill Capital Partners Master Fund, L.P.
Cedar Hill Capital Partners Offshore, Ltd.
Cedar Hill Capital Partners Onshore, L.P.
Cede & Co.
CEI/Kensington Ltd.
Cellcap Securities Limited
Centennial Cellular Corp.
Centennial Communications Corp.
Center Energy Resources Corp.
Centerbridge Credit Partners LP
Centerbridge Credit Partners Master LP
Centerbridge Special Credit Partners, L.P.
Centra Park, LLC
Central CATV Inc.
Central European Industrial Development Company
Central European Media Enterprises Ltd.
Centurytel, Inc.
Ceradyne, Inc.
Cereita Lawrence
CFIP Fund
CFS Holding NV
Chadbourne & Parke LLP
Chan Ming Fung
Charise Carroll
Charles River School (The)
Charles Schwab & Co., Inc.
Charter Communications
Chequer Finance 3 S.A.
Chesapeake Energy Corp.
Cheung Kam Mee Camy
 Chevron Natural Gas
Cheyne Fund L.P.
Cheyne Leverage Fund L.P.
Chiba Bank, Ltd.
Chicago Board Options Exchange, Incorporated
Chicago Mercantile Exchange
Chinatrust Commercial Bank, et al.
Chinfon Commercial Bank
Chorion (Project Planet) PIK
Chris C. Bobell
Chris or Nancy Stovic
Christian Fichtl
Christiane Sickmueller
Christine Coleman
Chun IP
Chun Ip
Chuo Mitsui Trust And Banking Co.
CIBC Wolrd Market.
CIBC Wolrd Markets Inc.
CIFG
CIFG Services, Inc.
Cilcorp Inc.

Cinemark USA, Inc. A-4
CineMedia LC
Cisco Systems Capital Corporation
Citadel Equity Fund, Ltd.
Citic International Financial Holdings
Citigroup, Inc.
City of Auburn
City of Burbank
City of Chicago, IL
City of Cleveland, OH
City of Edinburgh Council as Administrating
    Authority of the Lothian Pension Fund
City Of Farmers Branch
City of Fremont
City of Milwaukee, Wisconsin
City of San Buenaventura
City of South San Francisco
City of Tuolumne
City View Plaza, S.E.
CKX Inc.
Claire's Stores, Inc.
Clayton Commercial Corporation
Clearwater Capital Partners
Cleveland Barrett
Clio European CLO B.V.
CNX Gas Co.
Coast Electric Power Association
Coblentz, Patch, Duffy & Bass LLP
Cognizant Technology Solutions
Collins Building Services, Inc.
Collins Steward (CL) Ltd.
Colombo DeAgazio
Commerzbank A.G.
Commerzbank A.G. (New York and Grand Cayman
    Branches)
Commerzbank Capital Markets Corp.
Commonwealth Bank of Australia
Community Health System
Community Trust Bancorp Inc.
Compagnia Italiana Rischi Aziendali Societa
    per Azioni
Compagnie Financiere Tradition SA
Company I Ameren Resources Gen Co
Compass Bank
Computer Financial Consultants Inc.
Concord Development Properties Ltd.
Concordia Mac 29 Ltd
Conduit Capital Markets Ltd.
Conseco Inc.
Conseco Life Insurance Company
Consolidated Container Company LLC
Constellation Capital Management LLC
Constellation PL

## EXHIBIT A

### Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships

Continental AG I Continental
Continental Airlines, Inc.
Contrarian Capital Management, LLC
Contrarian Funds, LLC
Convenience Food System
Converteam
Cooperative Centrale Raiffeisen-Boerenleenbank,
   B.A.
Core Laboratories, LP
Corporate Credit (Europe) S.A.
Corporation Trust Company
CorrectNet, Inc.
Cortefiel, S.A.
Corus Bank, N.A.
Coscan Construction, LLC
Costello Maione Schuch Inc.
Coughlin Stoia Geller Rudman & Robbins, LLP
Counsel To Australia And New Zealand Banking
Countrywide Home Loans
County of Monterey (CA)
County of San Mateo (CA)
County of Westchester
Covanta Energy Corporation
Coventry Health Care, Inc.
Coviden Inti
Cox Communications, Inc.
Cox Enterprises, Inc.
Cox Radio, Inc.
CPQ Midco II Corporation
CRA Rogerscasey, LLC
Credican, C.A.
Credit Agricole
Credit Mutuel Arkea
Credit Suisse International
Credit Suisse Loan Funding LLC
Crescent I, LP
CRJ 200 Whole Loan
CROSSMAR, Inc.
Crossmark Investment Advisers, LP
Crossroads Investment Advisors
Crown Americas, Inc.
Crown Castle
CRS Fund, Ltd.
CSC Holdings
CSG Systems International, Inc.
CSS, LLC
Cura Fixed Fund
Cura Fixed Income Master Arbitrage
Currenex
Curtis Ware
CWABS Asset Backed Certificates Trust 2006-BC2
CWABS Asset Backed Certificates Trust 2006-SD4
CWALT, Inc. Alternative Loan Trust 2007-OH2

CWT Senior
CyberAgent FX, Inc.
Cynthia Swabsin
Cyrus Europe Master Fund Ltd.
Cyrus Opportunities Master Fund II, Ltd.
D.E. Shaw Composite Portfolios, LLC
D.E. Shaw Dihedral Portfolios, L.L.C.
D.E. Shaw Oculus Portfolios, LLC
DAB Bank AG
Dae Aviation Holdings, Inc.
Daiwa Securities Capital Markets Co. Ltd.
Dale Suder
Dan Ianello
Dan Yoram Schwarzmann
Dana Holding Corporation
Danaher Corporation
Daniel Clute
Daniel R. Hager
Danish Holdco
Danny Kirk
Danske Bank A/S
Darden Restaurants Inc.
Data Down Link Corporation
David A. Rosenfeld
David C. Cimo
David C. Walton
David H. Arlington Oil and Gas, Inc.
David Lerner
David Younger
Davidson Kempner Distressed Opportunities
   Fund, LP
Davidson Kempner Distressed Opportunities
   International, Ltd.
Davidson Kempner Institutional Partners, L.P.
Davidson Kempner International, Ltd.
Davidson Kempner Partners
Davin J. Noto
Dayco
DCFS Trust
DCI Umbrella Fund PLC
Debitel (Netherlands) Holding B.V.
Deep Sagar
Deer Park Road Corporation
Deere & Company
Del Monte Corporation
Delaware Management Holdings, Inc.
Delaware Port River Authority
Delek Benelux B.V.
Delek Luxembourg Holding Sarl
Delek US Holdings Inc.
Dell Global B.V.
Delphi
Delta Airlines A-5

## EXHIBIT A

### Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships

Delta Airlines, Inc.
Delta Coves Venture, LLC
Delta Lloyd Bank NV
Demann
Denver Public Schools Retirement System
Department of Labor and Industries
DEPFA Bank PLC
Desdner Kleinwort Group Holdings LLC
Deustche Bank Securities Inc.
Deutsche Borse AG
Deutsche Pfandbriefbank AG
Deutsche Postbank AG
Deutscher Sparkassen Und Giroverband (The)
Developers Research, Inc.
Dexia Banque Belgique S.A.
Dexia Banque Internationale a Luxembourg S.A.
Dexia Belgique
Dexia Credit Local
Dexia Deutschland
Dexia Kommunalbank Deutschland AG
Dexia Local
Dexia Luxemburg
DG3 Holdings LLC
DHS Drilling Company
Dhyan Appachu
Di Gioia Fabrizio
Diageo Finance PLC
Diakon Lutheran Social Ministries
Dido Erste Vermoegensverwaltun GS
Dietmar Reinartz
Digicel International Finance Limited
Dinero Active I Fondo de Inversion
Discover Financial Services
Diversified Asian Strategies Fund
Diversified Credit Investments LLC as agent for the
    Government of Singapore
Diversified European Credit S.A.
Diversified Financials Europe S.A.
Diversified Software Systems, Inc.
Division of Taxation for Corporation Tax (State of
    Rhode Island and Providence
Division Water
DK Acquisition Partners
Dollar General Corporation
Dominion Resources Inc.
Domtar Inc.
Don Engel
Don Wing Liang
Donald L. Boyd
Donald Tang
Donatella Pautasso
Donna Galiger
Dovenmuehle Mortgage Inc.

Dow Jones & Company, Inc.
Dr. Monika Thuermer-Grant
Drake Management LLC
Drawbridge Global Macro Commodities Ltd.
Dresdner Bank A.G.
Dresser, Inc.
Dubai International Capital LLC
Duff & Phelps
Duke Corporate Education
Duke Energy Ohio, Inc.
Dun & Bradstreet
Duncan Energy Partners L.P.
Duomo Unione Assicurazioni Societa per Azioni
DuPont Capital Management
Duquesne Light
Dynegy Holdings, Inc.
Dynergy Power Marketing, Inc.
DZ Financial Markets LLC
DZ Privatbank (Schweiz) AG
E*TRADE Bank
E. Schuddeboom
EAC Partners Master Fund, Ltd.
Eagle Rock Energy Partners, L.P.
Easdaq N.V. (Artur Fischer)
Easton Investments II
Eaton Corporation
Ebay Inc.
Eckart W. Schmidt
ECP International S.A.
Edam Acquisition Holdings B.V.
Edgen Murray
Edison International
Edison Mission Energy
Edmondo Bosco
Edscha A.G.
Educational Management Corp.
Edvard-Ragnar Fackner
Edward D. Jones & Co., LP
Edward Grieb
Edward Jones
Edwin D. Thomas
EF Securities LLC
EFG Bank AG
El Paso Corporation
El Paso Pipeline Partners
Electrabel
Electrabel S.A.
Electricite de France
Elektrizitats-Gesellschaft Laufenburg AG
Element Capital Master Fund Limited
Eletrabel n.v./s.a.
Elizabeth Yee
Ellington Credit Fund, Ltd.

## EXHIBIT A

### Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships

Ellington Emerging Markets Fund, Ltd.
Ellington Mortgage Fund S/C, Ltd.
Ellington Mortgage Partners, LP
Ellington Overseas Partners, Ltd.
Ellington Special Opportunities Ltd.
Elliot Management Corporation
Ellsworth Partners, L.L.C.
EM Opportunities Bond Fund, Inc.
EMBS, Inc.
EMC Corporation
EMI Entertainment World, Inc.
Emigrant Bank
Emilio Izquierdo Jimenez
Emirates National Oil Company
Empiricurve Fund Limited
Enbridge (U.S.) Inc.
Enbridge Energy Partners
EnBW Trading GmbH
Encana Corp.
Encana Oil and Gas
Endemol Mezz
Endemol Sen
Enel SPA
Energy Income and Growth Fund
EnergyCo Marketing and Trading
EnergyCo, LLC
E-NET Corporation
Engineers-Employers Construction Industry
    Retirement Trust/Saginaw Police & Fire
eni S.p.A. (f/k/a Societa Finanziaria Eni S.p.A.)
Enron Corp.
Ente Nazionale di Previdenza ed Assistenza
Entergy Corp.
Enterprise GP Holdings L.P.
Enterprise Products LLC
Enterprise Products Operating L.P.
Envirosolutions Real Property Holdings, Inc.
EPCO Holdings
EPSV Araba Eta Gasteizko Aurreski Kutxa III
EPSV Araba Eta Gasteizko Aurreski Kutxa IV
Equitable Resources, Inc.
Ercan Eren
Eric and Margaret Mace-Tessler
Eric C. Giles
Eric Giles
ERP Operating Limited Partnership
Esca Co., Ltd.
Escaline S.a.r.l.
E-Source, Inc.
Espin & Alter, LLP
Etihad Airways
Eurohypo AG, New York Branch
European Bank For Reconstruction

European Credit (Luxembourg) S.A.
European Credit Fund SICAV
European Credit Management Limited
Eurosai Finanziaria Partecipazioni S.r.l.
Eva Schabmueller
Evelyn Clair
Everest Capial Asia Fund, L.P.
Everest Capial Emerging Markets Fund, L.P.
Evergreen Core Bond Trust
Evergreen High Income Fund
Evergreen Income Advantage Fund
Evergreen Intermediate Bond Trust
Evergreen Investment Management Company, LLC
Evergreen Long Duration Trust
Evergreen Multi-Sector Income Fund
Evergreen Select high Yield Bond Trust
Evergreen Solar, Inc.
Evergreen, Et. Al
EXCO Operating Company, LP
Exco Partners Operating Partnership L.P.
Exco Resources Inc.
Executive Fliteways, Inc.
Exegy Incorporated
Export Development Canada
Express Energy Services Holding, LP
Extendicare Health Services Inc.
Exterran Holdings, Inc.
EXUM RIDGE CBO 2006-1
EXUM RIDGE CBO 2006-2
EXUM RIDGE CBO 2006-4
EXUM RIDGE CBO 2006-5
EXUM RIDGE CBO 2007-1
EXUM RIDGE CBO 2007-2
EZE Castle
FA Sub 3 Limited
Fabio Castrovillari
Fabio Liotti
Factiva Limited
Fadesa Inmobiliaria, S.A.
Faegre & Benson
Fairfax Financial Holdings Limited
Fairpoint Communications, Inc.
Fairway Fund Limited
Far Eastern International Bank
Farallon Capital Institutional Partners II, L.P.
Farallon Capital Institutional Partners III, L.P.
Farallon Capital Institutional Partners, L.P.
Farallon Capital Offshore Investors II, Inc.
Farallon Capital Offshore Investors III, Inc.
Farallon Capital Partners, L.P.
Fatima Butt
FCAR
FCDB LBU 2009 LLC

## EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

FCDB LBU LLC
FCP Groupama Dynamisme
FCP Groupama Equilibre
Federal Home Loan Bank of Atlanta
Federal Home Loan Bank of New York
Federal Home Loan Bank Of Pittsburgh
Federal Home Loan Mortgage Corp
Federal National Mortgage Association
Federazione Italiana del Consorzi Agrari S.r.l.
Federconsorzi
Fenway Capital, LLC
Fenway Funding, LLC
Fernando Veiga
Ferretti
FH Emerging Markets Debt Fund L.P.
Fidelity Balanced Fund
Fidelity Capital Markets Services A-6
Fidelity Investments
Field Point IV S.a.r.l.
Fifth Third Bank, N.A.
Financial Security Assurance
Financiere Daunou
Financiers CVT
Finartex
Findomestic Banca S.P.A.
Finlandia Group plc
Finmaser Diversifacin S.L.
Finmeccanica Finance SA
FINOVA Loan Administration
Fir Tree Capital Opportunity Master Fund, L.P.
Fir Tree Value Master Fund, L.P.
Fire & Police Pension of Colorado
Firma Modena Financing S.A.
First Chemical Holding
First Chemical Mexxanine
First Chemical Senior
First Choice Power, LP
First Commercial Bank Co., Ltd. New York Agency
First Data Corporation
First Franklin Mortgage Lona Trust 2006-FFA
First International Bank of Israel, Ltd.
First Trust Advisors L.P.
First Trust Portfolios L.P.
FirstBank Puerto Rico
FirstEnergy Corp
Firth Rixson Mezz
FKA Countrywide Home Loans Servicing LP
Flavia Schuster
Flextronics International Ltd
Florida Gas Transmission Company, LLC
Florida Power & Light Company
Florida State Board of Administration
FOLIOfn Investment, Inc.

Fonalava Fondo de Inversion
Fondazione Cassa di Risparmio di Imola, c/o Sciume
  & Associati
Fondazione Cassa di Risparmio di Padova e Rovigo
Fondazione Cassa Risparmio della Spezia
Fondazione Enasarco
Fondiaria
Fondo Latinoamericano De Reservas
Fondo Pensione Per Il Personale Della Banca Di
Roma
Fonds Commun De Placement Tait Bout Obligations
  ET
Ford Motor Company
Ford Motor Credit
Forest Hills Trading Ltd. c/o Curacao Int. Trust
Fortis Group
Fortress Investment Group LLC
FPB Bank, Inc.
FPCM Inflation-Linked Opportunities Fund Limited
FPL Group Capital Inc.
FR Acquisitions Corporation (Europe) Limited
Fran DeLaura
Francisco Perez
Franklin American Mortgage Company
Franklin Lincoln National Corporation
Fred Telling
Frederic Verhoeven, Trustee for Lehman Brothers
  Treasury Co. B.V.
Freenet
Freescale Semiconductor, Inc.
Fresenius Medical Holdings Inc.
Frictionless Commerce, Inc.
Friedman, Billings, Ramsey & Group, Inc.
Friendship Village of West County Inc.
Fritz Fickenscher
Frontier Drilling
Frost & Sullivan
Fubon Insurance Co.
Fubon Securities Co.
Fulton Bank
Fusion Funding Limited
Fusion Funding Luxembourg, S.A.R.L.
Futanami Securities Co., Ltd.
Future Industry Assocation (FIA)
FX Alliance LLC
FXCM Holdings, LLC
Gables Marquis
Gala
Gala Group Finance Limited
Gala Mezz
Galileo Fund Limited
Galliard Capital Management
Gaming Invest Sarl

### EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

Gartner UK Limited
Gartner, Inc.
Gaselys
Gaston Christian School, Inc.
Gate Gourmet
G-BNWE Aircraft Pty Ltd
G-BNWF Aircraft Pty Ltd
G-BNWG Aircraft Pty Ltd
G-BNWJ Aircraft Pty Ltd
G-BNWK Aircraft Pty Ltd
G-BNWK Aircraft Pty Ltd.
G-BNWL Aircraft Pty Ltd
G-BNWS Aircraft Pty Ltd
G-BNWT Aircraft Pty Ltd
GE Capital Information Technology
GE Capital Information Technology Solutions, Inc.
DB/A Ikon Financial Services
GE Corporate Financial Services, Inc.
Gemstone CDO VI Corp
Gemstone CDO VI Ltd
GenenTech, Inc.
General Helicopters International LLC
General Mills, Inc.
General Nutrition Centers, Inc.
Genovese Joblove & Battista, P.A.
Gensler Architecture, Design And Planning, P.C.
Gentiva Health Services, Inc.
Genworth Financial, Inc.
Genworth Life Insurance Company (f/k/a General
    Electric Capital
Geode Capital Master Fund Ltd.
Georg Degelmann
George E. Di Russo
Georgetown University
Georgia Gulf
Georgia Pacific Corporation
Georgia-Pacific Expansion S.A.S
Georgios P. Ereiliadis
Gerard Galiger
Gerd Meyer
German Association of Savings Banks
Gertrud Styra
Gesconsult S.A. SG LLC
GFA I LLC
GFI Securities, Ltd.
GHB Karnten AG
Gibson Dunn & Crutcher LLP
Gilmartin, Poster & Shafto LLP
Ginn Clubs
Giorgio Marinelli
Girobank N.V.
Gisela Schultz
Givaudan S.A.

GL Trade
Glen A. Blaze
Glencore Commodities Ltd.
Glencore Energy UK Ltd.
Glenn A. Blaze
Glenn A. Bostic
Global Cash Access, Inc.
Global Credit Hedge Fund
Global Opportunity Master Fund, Ltd.
Global Thematic
Globe Pub Management Limited
GM Canada Foreign Trust
GMAC Mortgage, LLC
GMAC Residential Capital
GMAC-IM
GMAM Investment Funds Trust
GN3 SIP Ltd.
Godiva Chocolatier, Inc.
GoldenTree European Select Opportunities Master
    Fund, L.P.
GoldenTree High Yield Master Fund Ltd.
GoldenTree High Yield Value Fund Offshore
    (Strategic), Ltd.
GoldenTree Master Fund II, Ltd.
GoldenTree Master Fund, Ltd.
GoldTree Master Fund II Ltd.
GoldTree Master Fund Ltd.
Gomez Holdings, Inc.
Good Steward Trading SPC
Gosford City Council
Government of Guam Retirement Fund
Government of Singapore
Grace Wang
Graham Packaging Company, L.P.
Graphic Packaging International Corp
Grassi Marco
Grayson Ventures Limited
Great Bay Condominium Owners Association
Great Lakes Dredge & Dock Corporation
Greektown Holdings LLC
Green Valley Ranch Gaming LLC A-7
Greenbriar Minerals, LLC
Greenpoint Mortgage Funding Trust Series
Greenwich Insurance Company
Greywolf Capital Management L.P.
Groupama Asset Management
Grover Younger
Grup Actinver
Grupo Financiero Bank of America
Grupo Iusacell
Gruss Arbitrage Master Fund, Ltd.
Gruss Global Investors Master Fund (Enhanced), Ltd.
GS European Performance Fund Limited

## EXHIBIT A

### Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships

GS Investment Strategies, LLC
GSEF Al Nawras (Cayman) Limited
GSW Grundbesitz GmbH & Co. KG
GTAM Fund I, Ltd.
Gulf Stream – Sextant CLO 2006-1 Ltd.
Gulf Stream Asset Management
Hain Capital Group, LLC
Hain Capital Holdings, Ltd.
Hakone Fund II
Halbis Distressed Opportunity Master Fund Ltd.
Halliburton Company
Hanger Orthopedic Group, Inc.
Hank's Living Trust
Hanover Moving & Storage Co. Inc
Hans Ruldof Wehrli
Hans-Deiter Olsberg
Hans-Juergen Tersteggen
Hanspeter Wittig
HarbourView CDO III, Limited
Harold Shamah
Harpen Immobilien GmbH & Co. KG
Harrah's Operating Co. Inc.
Harris Nesbit Corp.
Hartfield Fund Limited
Hawaiian Telcom Communications, Inc.
Hawaiian Telcom Holdco, Inc.
Hawaiian Telcom IP Service Delivery
    Investment, LLC
Hawaiian Telcom IP Service Delivery
    Research, LLC
Hawaiian Telcom IP Video Investment, LLC
Hawaiian Telcom IP Video Research, LLC
Hawaiian Telcom Services Company, Inc.
Hawaiian Telcom, Inc.
Hawker Beechcraft
Hayman Advisors
Hayman Capital Master Fudn, L.P.
HBK Investments LP
HBK Master Fund L.P.
HCA Inc.
HD Supply
Health Care Services Corp D/B/A Blue Cross and
Blue Shield of Illinois
Health First, Inc.
Heating Finance PLC
Hebron Academy Incorporated
Hegemon Fund I, LLC
Heidi Alice Steger
Heike Goetz
Hellman & Friedman
Henry Schein, Inc.
Herbert Sickmueller
Herbst Gaming, Inc.

Heritage Fields
Hermes, Ltd.
Hexion
HFR Ed Select Fund IV Master Trust DTD 7/16/01
Hickok Place, L.L.C.
Highbridge LD Acquisition LLC
Highbridge Principal Strategies - Mezzanine Partners
Highland Capital Management, L.P.
Highland CDO Opportunity Master Fund, L.P.
Highland Credit Opportunities CDO, L.P.
Highland Credit Strategies Fund
Highland Credit Strategies Master Fund, L.P.
Highland Crusader Offshore Partners, L.P.
Highland Floating Rate Advantage Fund
Highland Floating Rate Fund
Highmount Exploration & Production LLC
Hilite German GMBH & Co. KG
Hilliard Farber & Co. Inc.
Hillside Apex Fund Limited
Hirakata Shinkin Bank
HMH Publishers LLC
HMH Publishing Mezzanine Holdings Inc.
Hodgson Russ LLP
Hogan & Hartson LLP
Holger Jackisch
Holland & Knight LLP
Home Loan Mortgage Corporation
Hontai Life Insurance Co., Ltd.
Hope Greenfield
Horizon II International Limited
Horizon Merger Corporation
Houghton Mifflin Harcourt Publishers Inc.
Howard W. Tomlinson
HSH Nordbank AG, Luxembourg Branch
Hua An International Balanced Fund
Hudson CLO 3 B.V.
Hughes Hubbard
Huish Detergents Inc. (Huish)
Humberto G. Merchland Lopez
Humerick Environmental Constructions, Inc.
Huntsman International LLC
HVB Capital Markets, Inc.
Hybrid Capital K.K.
Hypo Alpe-Adria Bank International AG
Hypo Investment Bank Ag
Iasis Healthcare LLC
Ibertravel Vacations (MEZZ)
Ibertravel Vacations Holding LS
IBM
ICAP North America Inc.
ICICI Bank UK PLC
Iconix Brand Group
Icopal

### EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

Ida May S. Barnes
Idearc Inc.
Ignis Asset Management
III Credit Bias Hub Fund Ltd.
III Enhanced Credit Bias Hub Fund Ltd.
III Finance Ltd.
III Global Ltd.
III Relative Value Credit Strategies Hub Fund Ltd.
III Relative Value/Macro Hub Fund Ltd.
III Select Credit Hub Fund Ltd.
Illinois National Insurance
Illinois Power Company
Illiquidx LTD
Illuminating
IM US Hold Inverness Medical
IMO Carwash
Imperial Tobacco Entertainment Finance Limited
Incapital LLC
Indian Pacific Ltd.
INEOS Group Limited
Inergy, L.P.
INF SRVS
Infineon Technologies AG
Infonxx Inc.
Informal Group Of Taiwan Financial Institutions
Infospace Inc.
ING Financial Markets LLC
ING Group
ING Life Insurance and Annuity Company
ING Real Estate Finance
Ingram Pension Plan/NY Life Co. TTEE Ingram
Industries Retirement Plan
Innovatis Investment Fund Limited (SAC)
Innovia Films (Holding 3) Limited
Institucion de Banca Multiple
Institutional Benchmarck Series (Augustus
    Conv Arb.)
Institutional Benchmarck Series (Centaur Seg. Acct)
Institutional Benchmarck Series (Taks Seg Acct)
Institutional Benchmarck Series [Augustus Global]
Institutional Benchmarks
Instituto de Credito Oficial
Intechra LLC
Intelsat (Bermuda), Ltd.
Intelsat Corporation (FKA Panamsat)
Intelsat Jackson (FKA Bermuda) A-8
Intelsat Subsidiary Holding Company
Inter-American Development Bank
Intercall Inc.
Interface Cable Assemblies and Services Corp.
Intergen N.V.
Interline Brands, Inc.

Inter-Local Pension Fund Graphic Communications
    Conference of the International
Internal Revenue Service
International Bank for Reconstruction and
    Development
International Business Machines Corporation
International Lease Finance Corporation
International Swaps and Derivatives Association, Inc.
International Transmission Company
International Union of Operating Engineers –
Employers Construction Industry
Internationale Kapitalanlagegesellschaft mbH
Intersil Corporation
Intersil Europe SaRL, Inc.
Intersil Holding GmbH
Intersil Investment Company
Interstate Brands Corporation
Interstate Fibernet, Inc.
Interstate Power and Light Company
Interwind Corp.
Intesa
Intesa Sanpaolo S.p.A.
IntraLinks Inc.
InverCaixa Gestion SGIIC SAU A/C Foncaixa
    Garantia Europa Proteccion IV FI
Inverness Medical Innovations Inc.
Inversiones Esser 2007 S.L.
Inversiones Y Fabricaciones, SL
INVESCO Real Estate
Investcorp Fixed Income Relative Value
Investcorp Silverback Arbitrage Master Fund Ltd.
Investcorp, Et. Al.
Investec Bank (Switzerland) AG
Investec Capital Accumulator Trust Limited
Investec Funds Series IV - Capital Accumulator Fund
Investkredit AG
Investment Corporation PTE, LTD.
Investment Grade European Credit S.A.
Iowa Telecommunications Services, Inc.
Ira Wertentiel
Iridium Satellite LLC
Iris Software, Inc.
Irmgard Wieczorek
Iron Mountain Incorporated
Ironbridge Homes, LLC
Ironbridge Mountain Cottages, LLC
Ironbridge Poperty Owners Association
Ironbridgte Aspen Collection, LLC
Isaac Shamah
Island Medical Group
Islavista Spain S.A.
ISS Holding
iStar Financial Inc.

## EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

Italease Finance S.p.A.
ITC Holdings Corporation
ITC Midwest LLC
ITC Transco
Iusacell
Ivan Aldea Alvarez
J. Aron & Company
Jacqueline G. Nieman
Jacquelyn Soffer
Jade Tree I, L.L.C.
James Eason
James J. Sullivan
James M. Pyle
James Moscola
James W. Giddens
Jamie Desmond
Janet Crawshaw
Janus Capital Management LLC
Japan Net Bank, Ltd.
Jarden Corporation
Jarett Wait
Jason C. Chapin
Jason C. Davis
Jason Siner
Jason Wallace
Jean Ruetze
Jeanes Hospital
Jeff McMurrey
Jeff Schaefer
Jeffrey Soffer
Jennifer Squires
JFB Firth Rixson, Inc.
JFK International Air Terminal LLC
Jin Liu
JMG Capital Partners, LP
JMG Triton Offshore Fund Limited
Jo Anne Buzzo
Joel J. Farrer
John Chadwick
John J. Genovese
Johnson County Arlington ISD
Johnson, Killen & Seiler
Jordan International Bank PLC
Jorvik Multi-Strategy Master Fund, L.P.
Jose Ruiz
Josef Hoette
Joseph Cordaro, Assistant U.S. Attorney, SDNY
Joseph P. Brunetti
Journal Register
Juergen Klein
Juice Energy, Inc.
Julie Verstraete
Julius Baer & Co. Ltd.

Julius Meinl Investment GmbH
Jung Development Co., Ltd.
Jung Developments (Infinity 2) Inc.
Jung Developments Inc.
Jurgen Lindermann
Jutta Spies
Jyske Bank A/S
K2 Diversified Portable Alpha Fund II, LTD
Ka Kin Wong
Kabel Deutschland
Kae Sook Park
Kagome Co., Ltd.
Kahrl Roberts & Wutcher LLP
Kalaimoku-Kuhio Development Corp.
Kantatsu Co. Ltd.
Kapalua Bay, LLC
Karim Kano
Karl Wood
Kathleen Arnold
Katten Muchin Rosenman LLP
Kaupthing Bank
Kavitha Duddukuri
Kawasaki Heaving Industries, Ltd.
KBC Bank KBC Financial Products UK Limited
KBC Financial Products USA, Inc.
KBC Investments Cayman Islands V Limited
KBC Investments Limited
KBR Holdings, LLC
KC CLO I
KC CLO II
KDP Investment Advisors, Inc.
Keane Inc.
Kelly L. McGehee
Kelly McGehee
Kelsey Galiger
Kelson Finance LLC
Kelson Holding LLC
Kempner International, Ltd.
Kensington International Limited
Kerasotes Theatres Inc.
Kerstin Ruetze
Kevin Mun
Kevin R. Kristick
Key Energy Services, Inc.
KeyBank National Association
Keystone Inc.
KfW (a/k/a Kreditanstalt fuer Wiederaufbau)
KFW Bankengruppe
KGT Inc.
Khin Tun
Kimberly-Clark Corporation
Kinder Morgan Energy Partners L.P.
King Capital Ltd.

## EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

King Street Acquisition Company, LLC
King Street Capital , L.P.
King Street Capital Master Fund, Ltd.
Kirch Holding GMBH & Co. KG
KKR Private Equity Investors L.P.
Klavins & Slaidins A-9
Kle Euribor Prime
Kleopatra Lux 2 Mezz
Kleopatra Lux 2 S.A.R.L
Kleopatra Senior
Kleyr Grasso Associes
Knight Capital Europe Limited
Knight Capital Group
Knight Debtco Ltd.
Knighthead Master Fund, L.P.
Knightsbridge Guarding Ltd.
Kontrabecki Group Limited Partnership
Korea Central Mortgage, Inc.
Korea Development Bank
Korea Investment & Securities Co., LTD
Korinna Schwerdt
KPMG
Kraft Foods Inc.
Kraus Partner Investment Solutions AG
Kreissparkasse Heinsberg
Kristi Brim
Kristine Smith
Kroger Co. (The)
Kubber Investments
Kyle Hamatake
Kylie Galiger
Laboratory Corporation of America Holdings
LAHDE Capital Management
Lai Mei Chan
Lai-han Cheung
Lake Las Vegas Resort (Laslas)
Lan Dale Asset Purchasing
Lance Edwards
Landale Liquidity Facility
Landesbank Hessen-Thuringen
Landsource
Landwirtschaftliche Rentenbank
Laplace Fund Equities Limited (from)
Las Vegas Resort
Las Vegas Sands, LLC
LaSalle Bank National Association
LaSalle Global Trust Services
Latshaw Drilling Company, LLC
Laurel Cove Development, LLC
Lauren Semple
Lavena Holding GMBH 3
Lavena Holding GMBH 4
Lavena Mezz

Lavena Senior
Lawrence & Carolyn Fogarazzo
Lawrence Reddock
LB 2080 Kalakaua Owners LLC
LB Co-Investment Partners Cayman AIV I LP
LB Merchant Banking Partners III Cayman AIV LP
LB Offshore GP Holdings (PE) Ltd.
LB Offshore Investment Partners II LP
LB Secondary OPP Offshore Fund II LP
LB Secondary OPP Offshore Fund LP
LB VC Partners LP (VC Fund II)
LB/L SunCal Northlake, LLC
LB/L-SunCal Oak Valley, LLC
LBAYK
LBBW Asset Management Investmentgesellschaft
   MBH
LBREP /L-Suncal Master I LLC
LBREP Lakeside SC Master I, LLC
LBT Loan Funding
LBT Varlik Yonetim Anonim Sirketi
LBVN Holdings, L.L.C.
LeaseDimensions
Legal & General Group Plc
Legendre Holdings 17 SA
Lehman Brothers Alpha Funds PLC for Lehman
   Brothers US High Yield Funds
Lehman Brothers Bankhaus AG
Lehman Brothers European Mezzanine LB S.A.R.L
Lehman Brothers First Trust Income Opportunity
   Fund Inc.
Lehman Brothers High Yield Bond Fund 316.
Lehman Brothers Income Funds for
Lehman Brothers Income Funds
Lehman Brothers Income Funds for Lehman Brothers
   Strategic Income Fund
Lehman Brothers Merchant Banking Partners IV LP
Lehman Brothers Private Equity Funds
Lehman Mortgage Trust
Lehman Re, Ltd.
Lehman XS Trust
Leticia Chau
Leveraged Loans Europe & Term Loans Europe
Levine Leichtman Capital Partners Deep Value
   Fund, L.P.
LFIGXG LLC
LH 1440 LLC
LHB Internationale Handelsbank AG
Libby Wong
Liberator Jr Mezz
Liberator Mezz
Liberator Senior Facilities Dtd
Liberty Global Inc.
LibertyView Arbitrage Fund, L.P.

## EXHIBIT A

### Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships

LibertyView Capital Management, LLC
LibertyView Credit Opportunities Fund
LibertyView Credit Select Fund, L.P.
LibertyView Focus Fund, L.P.
LibertyView Funds, L.P.
Libra CDO Limited
Libra CDO LLC Libra CDO Ltd
Libyan Arab Foreign Investment Company
Limited Lincoln National Corporation
Lincoln Variable Insurance
Linda Demizio
Linde Energy Services, Inc.
Linden Advisors LP
Linh Vo
Linn Energy, LLC
Liquidity Solutions, Inc.
Lispenard Street Credit (Master), Ltd.
Litton Loan Servicing, L.P.
LLC New York State Office of Unclaimed Funds
LLCA-2
Lloyds TSB Bank plc
LM ISIS Opportunities Master Fund Ltd.
LMA SPC for and on behalf of MAP 84 Segregated
    Portfolio
LMA SPC, for and on behalf of Map 84 Segregated
    Portfolio
Lmbarda Vita Socitea per Azioni
Local Insight Media
London Select Fund Limited
Longacre Master Fund II, L.P.
Longacre Master Fund Ltd
Longacre Opportunity Fund, L.P.
Longhorn Credit Funding, LLC
Loomis Street, L.L.C.
Loop Capital markets, LLC
Loretta Wan Ling Huo
Lorimor Corporation
Los Angeles City Employees' Retirement System
Louis Dreyfus Energy Services, L.P.
Louise Nervo
Louisiana Department of Revenue
Lovells LLP
LSF6 Mercury REO Investments Trust Serios 2008-1
Luboja & Thau, LLP
Ludwig Merckle
Lufthansa AG
Luminus Energy Partners Master Fund Ltd.
Lusardi Construction Company
Luxembourg 3 S.a.R.L.
Lydian Overseas Partners Master Fund Ltd.
Lyon Capital Ventures
LyondellBasell Industries
Lyxor/York Fund Limited

M&B Maher
M&G Investment Management Limited
M&G Investment Management Limited (as
    Investment Advisor to Stitching Shell
M. Arthur Gensler Jr and Assoc, Inc.
M. Brian Maher and Basil Maher
M.H. Davidson & Co.
M.R. Beal & Company
Macquarie A-10
Macquarie Bank Limited
Madeline Dimodica
Magnus Scaddan
Main Street Natural Gas, Inc.
Majestic Fund Limited
Malaysian Airline System
Mansfield ISD
Manuel Freude
Manufacturers and Traders Trust Company
Manzoni/Prêt D Acquisition VLM
Mapco Express, Inc.
Maples and Calder
Maples Finance Limited
Marathon Credit Opportunity Master Fund Ltd.
Marble Care
Marc Uribe
Marfin Popular Bank Public Company
Margaret L. Smith
Margaret Mitchell-King
Margolis Edelstein
Maria DeSouza
Marie Hunter
Marina Bay-2nd Deal
Marina District Finance Company, Inc.
Mariner LDC
Mark A. Crigler
Mark Glasser
Mark IV
Mark L. Zusy
Mark Mazzatta
Mark Neander
Mark T. Millkey
Market Place Apts
Marko Verbic
Marlies Wagner
Marriott International Inc.
Marsha Kosseff
Marshall & Ilsley Trust Company, N.A.
Marshall Funds, Inc.
Marshall Wace Core Fund Limited
Martha Chilton Mueller
Martin J. Redilla
Martin Kuemmel
Marvin Schwerdtferger

## EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

Mary E. Uhlman
Massachusetts Mutual Life Insurance
Massachusetts Water Resources Authority
Massdevelopment/Saltonstall Building
   Redevelopment Corporation
MassMutual Asia Limited
Mast Credit Opportunities I Master Fund Limited
Master Trust Bank of Japan, Ltd.
Matteo Etedmad
Matthew Eller
Matthew Hudson
Maureen Mason
Maximilian Coreth
Mayer Brown LLP
McJunkin Red Man Holdings Corporation
Medassets
Medco Health Solutions Inc.
Mediolanum Vita S.p.A.
Meera Sood Sagar
Members of Certified Class in Austin, ET AL V.
   Chisick, ET AL., Case SA CV 01-0971
Menter, Rudin & Trivelpiece, P.C.
MEP II S.A.R.L.
Merchantil Commercbank, N.A.
Meridian Company of New York
Merit Floors Inc.
Merlin Entertainments Group
Merlin Italian SNR
Merlin Row SNR
Metropolitan Transit Authority
Metropolitan West Asset Management, LLC
Metropolitan West Total Return Bond Fund
MF Global Finance / MF Global Finance Europe
   Limited
MHB-Bank AG
Michael Blumenthal
Michael C. Frege
Michael Duceatt
Michael John Andrew Jervis
Michael Karfunkel
Michael R. Zodda
Michael Ruppert
Michael Sroka
Michael Vana
Michele McHugh-Mazzatta
Michigan Department of Treasury
Michigan State Housing Development Authority
MicroHedge LLC
Microsoft Licensing
Miczyslaw Wolski
Midcontinent Express Pipeline LLC
MidCountry Bank
Midwest Realty Advisors LLC

MidFirst Bank
Midwest Independent System
Milano
Milano Assicurazioni S.p.A.
Millenium Management, LLC
Millenium USA, L.P.
Millennium Automotive Group
Millennium International, Ltd.
Minardi Capital Corp
Minnesota Masonic Home Care Center
Minnesota State Board of Investment
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
Missouri Department of Revenue, Bankruptcy Unit
Misuzu Industry Co., Ltd.
Misys IQ LLC
Mitsubishi UFJ, Ltd.
Mitsui-MOL
Mizuho Alternative Investments LLC
Mizuho Bank (Switzerland) Ltd.
Mizuho Capital Markets Corp.
Mizuho Corporate Bank
Mizuho Corporate Bank LTD
Mizuho Financial Group
Mizuho Investors Securities Co., Ltd.
Mizuho Securities Co., Ltd.
Mizuho Trust & Banking (Luxembourg S.A.)
MKP Capital Management, LLC
MKP Vela CBO, LLC
MKP Vela CDO Ltd
Moana Properties
Moderna Finance
Mok, Ping Yu Francis
Monika Wenza
Monique Miller Fong
Moody's Corp.
Moore Macro Fund, L.P.
Motors Insurance Corp 361. MP Bank HF
Mount Kellett Master Fund II, L.P.
Movie Gallery, Inc.
MSN
MSS Distressed & Opportunities 2
MSTD, Inc.
MTR Corporation Limited
Mueller Water Products Inc.
Multi Asset Platform Master Fund SPC
Municipal Electric Authority of Georgia
Murata Machinery, Ltd.
Muriel Siebert & Co., Inc.
Myung Soo Jung
N. J. Joseph
Na'alehu Ventures
nabCapital Securities LLC
Nakanishi Gakuen

### EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

Nakilat Inc.
Nasdaq OMX
Nathan W. Bear A-11
National Agricultural Cooperative Federation
National Australia Bank Limited
National Bank of Canada
National Bank of Fujairah psc
National Cinemedia, Inc.
National Futures Association (NFA)
National Power Corporation
Nationwide Fund Advisors
Natixis Bleichroeder Inc.
Natixis Entities
Natixis S.A.
Natl Australia Bank Limited
Natsis
NCAT-New Center Asset Trust
Nebraska Investment Finance Authority
Neff Corp.
Nelnet, Inc.
Neste Oil Oyj
Netapp, Inc.
Neuberger Berman Advisers Management Trust for
    Lehman Brothers High Income Bond
Neuberger Berman Income Opportunity Fund Inc.
Neuberger Berman LLC
Neuberger Berman Management, LLC
Nevada Power Company
New Center Asset Trust
New Edge
New England Power Company
New Generation Funding Trust 15, 16, 37, 38,
    39 and 83
New Holdco BV
New Jersey Carpenters Health Fund
New Jersey Housing and Mortgage Finance Agency
New South Federal Savings Bank
New York Institute of Finance, Inc.
New York Life Insurance Co
New York Life Investment Management
New York State Common Retirement Fund
Newedge USA, LLC
Newell Rubbermaid Inc.
Newpage Corporation
Newport Global Advisors LP
Newport Global Credit Fund (Master) L.P.
Newport Global Opportunities Fund LP
Newtonville Partners, L.L.C.
Nexen Energy Marketing Europe Limited
Nexen Energy Marketing London Limited
Nextera Energy Power Marketing, LLP (f/k/a/ FPL
Energy Power Marketing, Inc.
NFI Luxco SCA

Ngoc Huong Huynh
NIBC Bank NV
Nicholas S. Mateko
Nick Santino
Nicolas Schuster
Niederosterreich-Mitte
Nippon Life Insurance Company
NML General Fund
NMLA General Fund (NMLGENCA) [by
AllianceBernstein]
Nokia Corporation
Nol Shala
Nomura Capital Markets plc
Nomura Holding America Inc.
Nomura Holdings Inc.
Nomura International PLC and its affiliates
Nomura Securities Co. Ltd.
Noonday Offshore, Inc.
Norma Delepine
Normandy Hill Capital, LP NorthEast
Nortek Holdings, Inc.
Northern Ireland Governmental Officers
Superannuation Committee
Northern State Power Company
Northrup Grumman
NorthStar Real Estate Securities Opportunities
    Master Fund L.P.
NorthStar Real Estate Securities Opportunity Master
    Fund L.P.
Northwest Airlines, Inc.
Norton Gold Fields Limited
Novara
Novartis Finance Corporation
NPD Group Inc.
NPL
NRG Energy, Inc.
NSG Holdings LLC
nTAG Interactive Corporation
NTL Communications Ltd
Nuance Communications, Inc.
NuStar Logistics, L.P.
NY State Department of Labor
NY State Department Of Taxation and Finance
Nybron Refi
Nycomed Germany Holding GMBH
Nycomed Holding A/S
NYFIX, Inc.
Nykredit Bank A/S
NYSE Euronext Inc.
O'Reilly Automotive, Inc.
Oaktree Capital Management, L.P.
Oaktree High Yield Plus Fund, L.P.
Oaktree Huntington Investment Fund, L.P.

### EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

Oaktree Opportunities Fund VIII Delaware, L.P.
Obaxbank S.p.A.
OBB-Posbus GmbH
Oberoesterreichische Verischerung AG
Occidental Power Services, Inc.
Oceania Cruises, Inc.
Oceania Vessel Finance, Ltd.
Och-Ziff
OCM Mezzanine Fund II Holdings, L.P.
OCM Opportunities
OCM Opportunities Fund VII Delaware, L.P.
OCM Opportunities Fund VIIb Delaware, L.P.
OCM Opportunities VIII Delaware, L.P.
Oesterreichische Elektrizitaetswirtschafts - AG
Office of the U.S. Trustee
Office Of The United States Attorney
Official Committee of Unsecured Creditors
OGE Energy Corp.
Ohio Presbyterian Retirement Services
OI Canada Corporation
Oklahoma Gas And Electric Company
Oklahoma Municipal Power Authority
Omnicare, Inc.
OMX Timber Finance Investments
Oncor
OneBeacon US Holdings
ONEOK Energy Services Company, L.P.
Onex Debt Opportunity Fund, Ltd.
Opal Leasing Limited
Open Solutions Inc.
Openwave Systems Inc.
Operating Engineers Local 3 Trust Fund
Oppenheimer Funds Inc.
Optim Energy Marketing and Trading LLC (f/k/a
    EnergyCo Marketing and Trading,
Optim Energy, LLC (f/k/a Energy Co., LLC)
Oracle Corporation
Oracle Credit Corporation
Orange Capital, LLC
Oranje-Nassau Energie BV
Orbitz Worldwide
Ore Hill Hub Fund Ltd.
Orion Cable
Orrick, Herrington & Sutcliffe LLP
Osterreichische
OTP Bank Plc
Oversea-Chinese Banking Corp. Ltd.
Overstock.com
Owens & Minor, Inc.
Owens Illinois Inc.
Oz Management LP
OZ Special Master Fund, Ltd. c/o Och-Ziff Capital
    Management Group

Pablo Serratosa Lujan
Pacific Coast Cap. Partners, LLC
Pacific Gas & Electric Company
Pacific International Finance Limited
Pacific International Limited
Pacific Investment Management LLC
Pacific Summit Energy LLC
PacifiCorp
Pages Jaunes Groupe
Palatine Asset Management
Palmyra Capital Fund, L.P.
Palmyra Capital Institutional Fund, L.P.
Palmyra Capital Offshore Fund, L.P.
Paloma Industries
Paloma Industries Nogata Plant Ltd.
Panagiota Manatakis
PanAmSat Corporation
Pangea Ltd A-12
Panton Fund
Panton Master Fund, LP
Par Investment Partners, L.P.
Parker Drilling Company
Parmalat Participacoes Do Brasil Ltda
Parmalat Participacoes Promissory Note
Parsec Corp.
Parsec Trading Corp.
Partnerre Ltd.
Partnership Life Assurance Company Ltd.
Patricia Izquierdo Merlo
Patricia O'Reilly
Patrick J. Coughlin
Patrick W. Daniels
Paul Berlage
Paul Edwards
Paul J. Battista
Pavel Kinel
Payreel, Inc.
PB Capital Corporation
Peabody Energy Corporation
Pebble Creek 2007-2, LLC
Pebble Creek 2007-2, LTD
Pebble Creek LCDO 2006-1
Pebble Creek LCDO 2007, LLC
Pebble Creek LCDO 2007-3
Pecos Investors LLC
Penn Convention Center Authority
Penn National Gaming
Pennsylvania Public School Employees' Retirement
    System
Pension Benefit Guaranty Corporation
Pension Plan and Trust
Pentwater Capital Management, LP
PEP Credit Investor L.P.

## EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

Pepsi Bottling Group, Inc.
Perella Weinberg Partners LP
Permal York, Ltd.
Perry Partners International, Inc.
Perry Partners L.P.
Perstorp AB
Pertus Sechzehnt GmbH
Pertus Sechzehnte GBMH
Peter Heun
Peter J. and Mary Jane Dapuzzo
Peter J. Thompson
PGA Holdings, Inc.
PGRS 1407 BWAY LLC
Pharmerica Corporation
Philip Morris International Inc
Philips Electronics NV
Phoenix Life Limited
PHS Group PLC
PHS Senior
PI US Holdings
Pietro Ferrero
Pilot Insurance Company
PIMCO Bermuda LIBOR Plus Fund
PIMCO Real Return Fund
PIMCO Real Return Fund (M)
Pinnacle Entertainment, Inc.
Pinnacle Foods Finance LLC
Pinnacle West Capital Corp.
Pioneer Europe Mac 70 Ltd
Pipeline Data, LLC
Piper Jaffray and Co.
Pira Energy Group
Pivotal Promontory
PJM Interconnection, L.L.C.\
Plainfield Special Situations Master Fund Limited
Planet Acquisition Holdco 1 Ltd
Planet Acquisition Holdco 2 Ltd
Plastech Engineered Products, Inc.
Plinius Investments B.V.
Plumbers and Pipefitters National Pension Fund
PMA Koryo Fund
PMA Prospect Fund
PNC Bank, National Association
PNM Resources, Inc.
PNMR Services Co.
Polaris Software Lab Limited
Police and Fire Retirement System of the City of
    Detroit
Pond Credit (Master), L.P.
Popolare
Popolare Vita S.p.A.
Popular Gestion S.G.I.I.C., S.A.
Popular High Grand Fixed Income Fund, Inc.

Portafolio de Inversiones C2-34, C.A.
Portfolio CDS Trust 18, 103-105, 162, 187, 191-196,
    208-214, and 233-244
Portfolio Green German CMBS
Portland General Electric Company
Power Sector Assets & Liabilities Management
    Corporation
Powerex Corp.
Pozavarovalnica Sava, D.D.
Precis Corporation
Precision Partners
PRGS 1407 BWAY LLC
PricewaterhouseCoopers AG, Zurich
Primedia Inc.
Primeshares
Principal Financial Group, Inc.
Private Limited Company
ProFund Advisors LLC
Profunds Advisors LLC 424.
Programma Dinamico S.p.A.
Project Cabellero
Project Knight Senior
ProSiebenSat.
Protection One Alarm Monitoring, Inc.
Providence Equity Partners
Providence Equity Partners IV L.P.
Providence Equity Partners IV-A L.P.
Providence TMT Special Situations Fund L.P.
PSEG Power LLC
Psychiatric Solutions Inc.
PT Bank Negara Indonesia
PTG Grande Asset DEB KF
PTG Tanco Kingfisher
Public Bank Berhad
Public Employees' Retirement Association of
    Colorado
Public Service Company of Colorado
Public Service Enterprise Group Incorporated
Public Service of North Carolina
Public Utility District No. 1 of Chelan County, WA
Puget Sound Energy Inc.
Punjab National Bank (International) Limited
Putnam Investments, LLC and Affiliates
Pyrrhuloxia, LP
Qantas Aircraft Leases
Qatar Liquefied Gas Company Limited
Quadrifoglio Vita S.p.A.
Quantitative Enhanced Decisions Master Fund
Quantum Partners Ltd.
Quinlan Private European Strategic Property Fund
Quoc Truong Huynh
QVC, Inc.
QVT Financial LP

## EXHIBIT A

### Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships

Qwest Services Corporation
R3
R3 Capital Partners Master, LP
Raiffeisen Centrobank AG
Raiffeisen Zentralbank Osterreich AG
Raiffeisen Zentralbank Osterreich Aktiengesellschaft
Rajesh Pentapati
Rak Koestler
Randolph H. Emerson
Ras Laffan Liquefied Natural Gas Company
    Limited (II)
RasGas
Raven Credits Opportunities Master Fund, Ltd.
Raymond F. Kravis Center for Performing Arts (The)
Raymond James & Associates, Inc.
RBC Dain Rauscher Inc.
Reddy Ice Corporation
Regal Cinemas, Inc.
Regency Gas Services LP
Region Marche
Regions Bank
Regulated Utilities
Relative European Value S.A.
Reliance Globalcom Services, Inc.
Reliant Energy Inc. A-13
Reliant Energy Power Supply, LLC
Reliant Energy Services, Inc.
Renal Advantage, Inc.
Renate Werneyer
Rent-A-Center, Inc.
Rentokil
Republic Waste
Reserve Management Company Inc.
Residential Funding Company LLC
Resona Holdings
Resrv Partners, Inc.
Restructured Asset Certificates with Enhanced
Returns, Series 2005-15-C Trust
Retirement Housing Foundation
Reva Kirk
Rexnord Corporation
Reynolds American
RFG Holding (France) SAS
RFG Midco A/S
RH Donnelley
Richard A. Lough
Richard B. Johnson
Richard C. Miller
Richard Clair
Richard McKinney
Richard Sheldon
Richard Witten
Rick Fleischman

Right Management, Inc.
Risparmio & Previdenza Societa per Azioni
River Capital Advisors Inc.
Rivka Schmuskovits
Rizal Commercial Banking Corporation
RJ Reynolds Tobacco Holdings, Inc.
RMC
Robert A. Schoellhorn Trust
Robert Eberwein
Robert F. Hausmann
Robert Franz
Robert L. Biscardi
Robert M. Pettit
Robert M. Rothman
Robert Teller
Rocio Gonzalez De Canales
Rock Creek Group LP, as Asset Manager
Rockefeller Center Management Corporation
Rockefeller Center North Inc.
Rockefeller Group Development Corporation
Rockies Express Pipeline LLC
Rodger R. Stetler
Rogelio Beltran
Roger B. Nagioff
Roger Leveille
Roger Nieman
Rogge Global Partners PLC (on behalf of its
    customers)
Ronald J. Mandracchia
Ronald P. Zemenak
Ronald Profili
Rony Seikaly
Roofing Holding Inc.
Ross Financial Company
Rosslyn Investors I, LLC
Rothorn Fund Limited (fka Man Mac Rothorn
    6A Ltd)
Rovida Holdings Limited
Royal & Sun Alliance Insurance Group Plc
Royal Bank of America
Royal Bank of Canada
RR Investment Co. Ltd.
RSA Insurance Group Plc
Rudolf Wehrli
Rudolf Weiszmann
Russell Investment Group, Inc.
Rutger Schimmelpenninck
Ruthann McFarland
RWE
RWE Supply & Trading GmbH
Saad Investments Company Limited
Sabine Naito
SABMi11er Plc

### EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

SABMiller Finance B.V.
Sabre Holdings Corporation
Sabretooth Master Fund, LP
Sacher Funding Ltd.
Sailfish Structured Investment Management
  (G4), LLC
Saint Joseph's University
Salem Five Cents Savings Bank
Sally-Anne E. Osborne
Salt Lake Neighborhood Housing Services, Inc.
Salzburg Munchen Bank
Samir Tabet
Sampo Bank PLC
Samsung Life Insurance Co., Ltd.
Samuel E. Belk IV
Samuel E. Benjamin
Samuel H. Rudman
San Diego-Frazee, LLC
San Miniato Previdenza Societa per Azioni
Sandeep Bordia
Sandridge Energy, Inc.
Santa Fe Partners LLC
Santander Asset Management, S.A., S.G.I.I.C.
Santander Investment Securities Inc.
Saphir Finance PLC
Sarah Coombs
Sarasin Investmentfonds
SAS Institute Inc.
Satterlee Stephens Burke & Burke LLP
Saverio Panerai
SBA Comm
SBA Senior Finance
Schefenacker AG
Schieder Moebel Holding GMBH
Schroder Alternative Solutions
Scoggin Capital Management II
Scoggin International Fund, Ltd.
Scoggin Worldwide Fund, Ltd.
Scotia Capital (USA) Inc.
Scott Aitken
Scott Kitchens
Scottwood Master Ltd.
Sea Port Group Securities, LLC
Sears Holdings Corp.
Sears Roebuck Acceptance Corp.
Seattle Pacific University
SEB Enskilda, Inc.
SecondMarket, Inc.
Security Pacific Capital Leasing Corporation
SEI Institutional Investment Trust – Enhanced
Income Fund
Semcrude LP
SemGroup Energy Partners, L.P.

Seneca Center
Sengent, Inc. -d/b/a ClariFI
Sequa Corporation
Serena Software, Inc.
Serengeti Overseas Ltd.
Serengeti Partners LP
Serengeti Rapax MM LP
Serpering Investments B.V.
Service Corp Int'l
SG Americas Securities LLC
SGS HY Credit Fund I (Exum Ridge CBO 2006-3)
SGS International, Inc.
Shamah 2000 Family Trust
Shane Visto
Shannon Allen
Shareholders of Novastar Financial Inc.
Shea-Edwards Limited Partnership
Shell Energy North America (US) L.P.
Shell Trading (US) Company
Sheridan Holdings, Inc.
Sherrill-Lubinksi Corporation
Shiga Bank, Ltd. (The)
Shin Kong Life Insurance Company Ltd
Shinhan Investment Corp.
Shinsei Bank Limited
Short Credit Master Fund, LP
SHPS, Inc.
Sidley Austin LLP
Siebert Capital Markets
Siegried Mosch
Siemens/Convertibles global markets tradingas
  Innovest European
Sierra Pacific Power Company
Siit Extended Duraction Fund Liquiditing Trust
Silicon Graphics Inc.
Silver Point Capital, LP
Silver Sprints Apts
Silvio Schuster
Simeon Moreno
Sinclair Television Group, Inc.
Sing Heung
Singapore Airlines
Sirius International Limited
Sisal Mezz
Sisal S.p.A
Sistema Universitario Ana G. Mendez
Siu Lui Ching
Six Flags Theme Parks Inc. A-14
Sixth Gear
SK Securities Co., Ltd.
Sky Power Corporation
Slim Baccar
SLM Corporation

### EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

SMBC Capital Markets
SMC Credit Opportunities Fund, Ltd.
Smitha Aivar
Smolanksy Fund Limited
Societa Cattolica di Assicurazione – Societa
　Cooperativa
Soffer Turnberry/South Strip, LLC
Sola Ltd.
Solent Credit Opportunities Master Fund
Solo Cup Company
Solutia Inc.
Somers Dublin Ltd. A/C KBC Pledged
Somerset Properties SPE, LLC
Soros Fund Management LLC
Sothic Capital European Opportunities Master Fund
Sourcecorp, Inc.
South Mississippi Power Association
South Yorkshire Pension Authority
Southeastern Golf, Inc.
Southern Community Bank and Trust
Southern Community Financial Corporation
Southern Company
Southwestern Public Service Company
Sovereign Securities Corporation, LLC
SP4190 S. Lasalle, L.P.
Spanish Broadcasting Systems, Inc.
Sparbanken Vastra Malardalen
Sparda-Bank Hessen eG
Sparebank 1 SR-Bank
Sparkasse Heidelberg
Sparkasse Pforzheim Calw
Sparkasse Saarbruecken
SPCP Group, L.L.C. (agent for Silver Point Capital
　Fund, L.P. and Silver Pont Capital
Spectra Energy Capital, LLC (f/kfa Duke Capital)
Spiegel Inc.
Spring Star Corp.
Springfield Associates LLC
Sprint Nextel Corp
Sprint Solutions, Inc
SR GGI Master MA, Ltd.
SR Latigo Master MA, Ltd.
Sridhar Duddukuri
Srihari Javvaji
Stacy Holder
Stagg, Terenz, Confusione & Wabnik, LLP
Stahl Acquisition BV
Stallion Oilfield Services Ltd.
Stamford Associates L.P.
Stamford Law Corporation
Stan Mehaffey
Standard Bank Plc
Standard Chartered Bank (Hong Kong) Limited

Standard Credit Group LLC
Standard Life Bank Plc
Standard Pacific
Stanford Hospital and Clinics
Stanley Czajka
Staple Street Aviation (Master), L.P.
Star Tribune Co.
Starwood Hotels & Resorts
State Bank of Long Island
State Board of Administration of Florida
State of Arizona ex rel Arizona State Treasurer
State of Michigan, Department of Treasury
State Street Bank
Steingass
Stephen Gott
Stephen Green
Stephen L. Hopkins
Stephen N. Hurley
Steptoe & Johnson LLP
Steven Anthony Pearson
Steven G. Holder Living Trust
Steven M. Speier
Steven Mehos
Steven T. Mulligan
Stone Lion Portfolio L.P.
Stone Tower Capital LLC
Stone Tower Debt Advisors LLC
Stonehill Institutional Partners, L.P.
Stonehill Master Fund Ltd.
Stony Brook Court
Strategic Value Master Fund, Ltd.
Strategic Value Special Situations Master Fund LP
Straumar-Burdaras Investment Bank HF
Stroock & Stroock & Lavan LLP
Structure Consulting Group, LLC
Structure Tone Inc.
Structured Products Transaction Management Group
SuccessFactors Inc.
Sudhakar Aremanda
Sullivan & Company Marketing
Sumitomo Mitsui Financial Group
Sumitomo Trust & Banking
Sumitomo Trust & Banking Co., LTD
Summit Capital Partners, LP
Summit Petroleum Limited
Summit Systems, Inc.
Sun Microsystems, Inc.
Sun Trust Banks, Inc.
SunAmerica Asset Management
SunCal Debtors
SunCal Heartland, LLC
SunCal Marblehead, LLC
SunCal Oak Knoll, LLC

## EXHIBIT A

### Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships

SunCal PSV, LLC
SunCal Torrance, LLC
Suncor Energy Marketing, Inc.
SunGard Assent LLC
SunGard Asset Management Systems LLC
SunGard Availability Services LP
SunGard Business Integration Ltd.
SunGard Data Reference Solutions, LLC
Sungard Data Systems Inc.
SunGard Expert Solutions LLC
SunGard Institutional Brokerage Inc.
SunGard Investment Systems LLC
SunGard Kiodex, Inc.
SunGard Securities Finance LLC
Sunoco Inc.
Sunrise Partners Limited Partnership
Sunshine Holdings Limited
SunTrust Robinson Humphrey, Inc.
Supervalu Inc.
Susan Sayers
Sutherland Asbill & Brennan
Svenska Litteratursaillskapet
Swedbank AB, New York Branch
Swift Transportation Co., Inc.
Swiss Reinsurance Company
Sylvia Lewis
Symetra Financial Corporation
Synagro Technologies, Inc.
Synatech
Syncora Syncora Holdings Ltd. Syniverse
Syniverse Technologies
SyntexEnergy LLC
Systema
Systema Vita Compagnia di Assicurizioni S.p.A.
Szeto Ting Hoi
T & W Funding Company
T. Boone Pickens
Ta Chong Finance (Hong Kong) Limited
TAARP Group, LLP
Taconic Capital Partners 1.5 L.P.
Taconic Market Dislocation Fund II, L.P.
Taconic Opportunity Fund L.P.
Taifook Securities Company Limited
Taipei Fubon Commercial Bank Co.
Taishin International Bank
TAM YIN MUI
Tangoe, Inc.
Targa Resources, Inc.
Target Corporation
Tata American International
Tata Communications Services (America) Inc.
    f/k/a VSNL America Inc.
Tata Consultancy Services LTD

TCW Absolute Return Credit Fund, L.P.
TD Securities (USA) LLC
TD Security
TDS Investor Corporation
Teachers' Retirement System of the State of Illinois
Team Finance LLC
Teamsters Allied Benefit Funds Technical &
    Scientific Application, Inc.
Telecom Italia Capital S.A.
Telefonica Europe B.V.
Telefonica, S.A.
Tembec
Tembec Industries Inc.
Temple Health System Transport Team, Inc.
Temple Physicians, Inc.
Temple University Health Systems, Inc. for itself
    and as Agent
Templeton Global
Tennenbaum Multi Strategy Master Fund
Tennessee Department of Revenue
Tensor Opportunity Limited
Teppco Partners, L.P. A-15
Tetra Tech, Inc.
Teva Hungary Pharmaceutical Marketing
Teva Pharmaceutical Works Company
TFS
Thalia CLO
The Adelphia Recovery Trust
The Arizona Department of Revenue
The Bank of New York Corporate Trustee Services
    Limited
The Bank Of Tokyo-Mitsubishi UFJ, Ltd
The Blackstone Group
The Central Puget Sound Regional Transit Authority
The Christian and Missionary Alliance Foundation
The Chuo Mitsui Trust And Banking Co., Ltd
The City of Long Beach
The Clorox Company
The Co-operative Bank p.l.c.
The Drake Global Opportunities (Master) Fund, Ltd.
The Drake Low Volatility Master Fund, Ltd.
The Drake Offshore Master Fund, Ltd.
The Governor and the Company of the Bank of
    Ireland
The Hartford Financial Services Group, Inc.
The Hertz Corporation
The Higo Bank, Ltd.
The Horne Depot, Inc.
The Hotchkiss School
The Informal Noteholder Group
The Iyo Bank, Ltd.
The Juilliard School
The Kiyo Bank

## EXHIBIT A

### Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships

The Kuwana Shinkin Bank
The Kyoei Fire and Marine Insurance Company Ltd.
The Lehman Hong Kong Liquidators
The Lightstone Group
The Liverpool Limited Partnership
The McGraw-Hill Companies, Inc.
The Minami-Nippon Bank, Ltd.
The Neiman Marcus Group, Inc.
The O'Neil Group, LLC
The Pemex Project Funding Master Trust
The Pension Fund Group
The Primary Fund of the Reserve Fund
The Provisional French Administrator to Banque
    Lehman Brothers
The Provisional French Administrator to Banque
    Lehman Brothers SA
The Related Companies
The Reserve International Liquidity Fund
The Reserve Yield Plus Fund
The Rhodes Companies, LLC
The Seaport Group LLC
The Shoko Chukin Bank, Ltd.
The Sports Authority, Inc.
The TAARP Group, LLP
The Toyokawa Shinkin Bank
The Varde Fund IX, L.P.
The Varde Fund IX-A, L.P.
The Varde Fund V-B, L.P.
The Varde Fund VII-B, L.P.
The Varde Fund VIII, L.P.
The Walt Disney Company / Disney
The Williams Companies
The Yamagata Bank
Thomas Cook AG
Thomas M. Cockreil
Thomas P. Dinapoli, as Sole Trustee of The NY State
    Common Retirement Fund
Thomas Reynolds
Thompson Investment Management, Inc.
Thomson Tat
ThruPoint, Inc.
Ticknor Corner LLC
Tiffany & Co.
Tiger Asia Fund, L.P.
Tiger Asia Overseas Fund, Ltd.
Time Warner
Timothy A. Cotten
Tishman Speyer Properties, L.P.
Tishman Speyer Real Estate Venture VII, L.P
Tobacco Settlement Financing Corporation
Tokai Tokyo Securities Co., Ltd.
Tom Wolf
Tomarchio Carmelo

TomTom N.V.
Total Alpha Investment Fund Management
    Company S.A.
Total Gas & Power Limited
TOUSA, Inc. (f/k/a Technical Olympic USA Inc.)
Town Sports International, Inc.
Toys R Us
TPF Generation Holdings, LLC
TPG Credit Opportunities Investors, L.P.
TPG Credit Strategies Fund, L.P.
TPG-Austin Portfolio Holdings LLC
TPG-Axon Partners (Offshore) Ltd.
TPG-Axon Partners, LP
Tracey Morman
Trademarks LLC
Tradeweb Markets LLC
Trading Technologies International
Training the Street, Inc.
Trans World Airlines Inc.
Transamerica Asset Funding Corp.I
TransCanada Pipelines Limited
Transdigm Inc
Transocean Inc
Travelers National Accounts
Travelport 2nd A&R
Travelport Holdings Ltd.
Travelport Inc.
Treasurer of Douglas County, Colorado
Treasurer of Garfield County, Colorado (The)
TRG Global Opportunity Master Fund, Ltd.
TRG Local Currency Opportunity Master Fund, Ltd.
Tribune Company
TriOptima AB
Tri-State Generation And Transmission
    Association, Inc.
Tronox Worldwide
Tronox Worldwide LLC
Trophy Hunter Investments
Tropicana Entertainment
Troutman Sanders LLP
Troy A. Uhlman
True Friend 4th Securitization Specialty Co.
TRW Automotive Holdings Corp.
TRW Automotive Inc.
TSO LLC
TUA Assicurazioni Societa per Azioni
Tudor Global Emerging Markets Portfolio L.P.
Turnberry Associates
Turnberry Fund
Turnberry Leveraged Credit Master LP
Turnberry Retail Holding, L.P.
Turnberry/Centra Crossroads, LLC
Turnberry/Centra Development, LLC

### EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

Turnberry/Centra Office Sub, LLC
Turnberry/Centra Quad, LLC
Turnberry/Centra Sub, LLC
Turnberry/South Strip, LP
Tuscon Electric Company
Tuxedo Reserve Owner LLC
Tuxedo TPA Owner LLC
TW Telecom Inc.
TXU / Texas Utilities
TXU Energy Company
Tyco Electronics Tyco International Group S.A.
U. Young Park
U.S. Bank National Association
U.S. Shipping Partners L.P.
UBS AG
Udo Wellman
Unclaimed Property Recovery Service, Inc.
Unicredito Italiano
Union Bank Of California, N.A.
Union Investment Privatfonds GmbH
United Air Lines
United Coconut Planters Bank
United Components, Inc.
United Corporate Federal Credit Union
United of Omaha Life Insurance
United Parcel Services, Inc. / UPS
United States Steel Corporation / US Steel Corp
United Surgical Partners International, Inc.
UnitedHealth Group IncA-16
University of Pittsburgh
Univision Communications Inc.
UPC Broadband Holding B.V.
UPCMedia
US AG Bank
US Airways Group, Inc.
US Bank National Association
US Bus Pension Scheme
US Investigations Services, Inc.
US Securities and Exchange Commission
USAA Capital Corporation
USI Holdings Corp.
USPF Holdings, LLC
Utah Housing Corporation
Utendahl Capital Partners, L.P.
Uwe Schaper
Uwe Schirrmeister
Uwe Schoenwaelder
Valero Energy Corporation
Van Der Moolen Specialists
Van Gansewinkel Holding B.V.
Van Trai Huynh
Vanguard Fiduciary Trust Company Asset-Backed
Securities Trust

Vanguard Fiduciary Trust Company Corporate Bond
    Trust
Vanguard Fiduciary Trust Company Intermediate-
Term Bond Trust
Vanguard Total Bond Market Index Fund, a series of
    Vanguard Bond Index Funds
Varde Investment Partners (Offshore) Master, L.P.
Varde Investment Partners, L.P.
Varig S.A. (Vicao Aerea Rio-Grandense)
VBS Investment Bank
Venetian Macau Limited
Venise Acquisition
Venoco, Inc.
Venor Capital Master Fund Ltd.
Venstar Leasing
Verde CDO
Verint Systems Inc.
Verso Paper Holding LLC
Versorgungswerk der Apothekerkammer Nordrheim
Vertrue Incorporated
Veyance Technologies, Inc.
Victoria Reinsurance Company Ltd.
Vignette Europe Limited
Viktoiaplatz
Vincent Jackson
Virginia Electric And Power Company
Virtual Expo
Visteon Corporation
VITA
Vital Dinero Fondo de Inversion
Vital Pension Garantizado 2012, P.P.I., E.P.S.V.
Vitol Asia Pte Ltd.
Vitol S.A.
Vittoria Veterano
Volksbank Aichfeld-Murboden
Volksbank Bad Goisern
Volksbank Enns-St. Valentin
Volksbank Feldkirchen
Volksbank Gmuend
Volksbank Graz-Bruck
Volksbank Obersdorf-Wolkersdorf-Dt
Volksbank Oetscherland
Volksbank Osttirol
Volksbank Ried im Innkreis
Volksbank Schaerding
Volksbank Slovenia
Volksbank Tullnerfeld eG
Volksbank Voklabruck-Bmunden e.Gen
Vollers Excavating & Construstion,Inc
Vornado Realty L.P. Vought Aircraft Industries, Inc.
VR-LIW GmbH on behalf of Deutsche Apotheker
VR-LW GmbH
Wagram

## EXHIBIT A

### Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships

Wall St Concepts
Walmart Stores
Walter Mosch
Warburg Pincus Equity Partners L.P.
Washington Metro
Washington National Insurance Company
Washington State Tobacco Settlement Authority
Water Pollution Control Authority for the City
    of Bridgeport
Waterfall European CLO S.A.
Waterstone Market Neutral Mac 51 Ltd
WCCV
WCG Master Fund
WCI Capital Corp.
WCI Communities
WDAC Intermediate
Weetabix Mills
Wellmont Health System
Wells Fargo Bank Minnesota
Wesco Aircraft Hardware Corp.
Westar Energy, Inc.
Western Asset UK GBP Credit Plus Bond Fund
Western Digital Corporation
Westernbank Puerto Rico
WestLB AG, New York Branch
Westport Capital Management
WH 2005 / NIAM III East Holding OY
Wharton Asian Arbitrage Fund I
Wharton Asian Special Opportunities Company
    1 Ltd.
Whippoorwill Associates Inc
White Marlin CDO 2007-1
White Mountains Insurance Group, Ltd.
Whitworth College, d/b/a Whitworth University
Wilfried Uttendorf
William C. Meyer Jr.
William Capital Group, L.P.
William Kuntz, III
William P. White
Williams Partners L.P.
Wilmar Landco LLC
Wim J.M. Alen
Wimar Opco
Wind Telecommunicazioni S.P.A.
Windels Marx Lane & Mittendorf, LLP
Windwalker Hawaii
Wingecarribee Shire Council
Winstar
Wintergreen Orchard House
Wisconsin Electric Power Company
Wisconsin Energy Corporation
Wisconsin Gas LLC (f/kla Wisconsin Gas Company)
Wisconsin Power And Light Company

WMG Acquisition Corp.
Wolf Hollow 2nd Lien
Wolters Kluwer NV
Woodmark
World Directories
World Directories Acquisition Corp.
WSG Development Co.
WWK Hawaii
Wyeth
Xcel Energy Inc.
Xerox Corporation
Xianhua Xu
Xicor, LLC
XL Capital
XL Specialty Insurance Company A-I7
XLCA Admin, LLC
XLCDS, LLC
Yang Wei Ying
Yankee Candle Company, Inc.
Yarpa Investmenti S.G.R. S.p.A. -RP3 Fund
Yarpa Investmenti S.G.R. S.P.A.-RP3
Yellowstone Club
Yellowstone Mtn Club
Yildiz Holdings, Inc.
Yin Ying Leung
York Asian Opportunities Master Fund, L.P.
York Capital Management, L.P.
York Credit Opportunities Fund, L.P.
York Credit Opportunities Master Fund, L.P.
York Credit Opportunities Unit Trust
York European Focus Master Fund, L.P.
York European Opportunities Master Fund, L.P.
York Global Master Fund, L.P.
York Investment Master Fund, L.P.
York Select Master Fund, L.P.
York Select Unit Trust
York Select, L.P.
Yorvik Partners LLP
Young Broadcasting
YPSO France S.A.S.
YPSO Senior
Yuanta Commercial Bank
Yuksung Korea Co., Ltd.
Yuma Hospital District
Yun You
Zahniser Trust
ZAIS Opportunity Master Fund, Ltd.
Zais Scepticus Fund I, Ltd.
ZAO KB Citibank
Zephyrus Investments LLC
Zwinger Opco 6 BV

**Other**

## EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

555 Owners LLC
AboveNet Communications Inc.
Account Temps
Amber Capital Investment Management
America's Development Foundation
Anthony Victor Lomas
Australia National Bank
Automated Securities Clearance LLC
Automobile Club Insurance Association
Avaya Inc.
Bay Harbour Management LC
Bay Harbour Master Ltd.
Best Karpet
BHCO Master Ltd
Capgemini Financial Services USA, INC
Chicago Board Options Exchange, Incorporated
Chuo Mitsui Trust & Banking
Citation
Collexis Holdings, Inc
Community Trust Bancorp Inc.
CorrectNet, Inc.
Dan Yoram Schwarzmann
DCI Umbrella Fund PLC
Demann
Diversified Credit Investments LLC as agent for the
    Government of Singapore Investment Corporation
    PTD, Ltd
Division Water
Embarcadero Aircraft Securitization Trust
Engineers-Employers Construction Industry
    Retirement Trust/Saginaw Police & Fire Pension
    Board
FX Alliance, LLC
Garber, Staeihr, Locals 302 & 612 of the
    International Union of Operating
GE Capital Information Technology Solutions, Inc.
    d/b/a IKON Financial Services
GM Canada Foreign Trust
GMAM Investment Funds Trust
Hanover Moving & Storage Co. Inc.
Hilliard Farber & Co., Inc.
IGS
Illuminating
Informal LBHI Bondholder Group
Institutional Benchmarks
Falcon Holdings II Inc
Falcon Holdings II LLC
Falcon Investor I-X Inc.
Falcon LB Sari
Furno & Del Castano Capital Partners LLP
Gainsborough Investments BV
GKI Korea Development Ltd.
Global Korea Investments Ltd.

Global Thai Property Fund
Hills Funding One, Ltd.
Ivanhoe Lane Pty Limited
Kayenta L.P
Kenilworth Investments Ltd.
Kenilworth Investments 1 Ltd.
Kenilworth Investments 2 Ltd.
L.B.C. YK
L.B.C. YK Hearn Street Holdings Limited
LB  Leaseco I
LB  LLC
LB 745 Leaseco I LLC
LB Alpha Finance Cayman Limited
LB Asia Issuance Company Ltd.
LB Asset Management Ltd.
LB Australia and Asia Investments Limited
LB Capital Investments Ltd.
LB Delta (Cayman) No Ltd.
LB Delta (Cayman) No 1 Ltd
LB Delta Funding
LB Holdings Intermediate Ltd.
LB Holdings Intermediate 1 Ltd.
LB Holdings Intermediate 2 Ltd.
LB I Group Inc.
LB Investments (UK) Limited
LB Lease & Finance No . Ltd.
LB Lease & Finance No. 1 Ltd.
LB Russia Holdings Inc.
LB Russia Holdings LLC
LB SF No.  Ltd.
LB SF No. 1 Ltd.
LB SPV SCA
LB Vin Co Inc.
LB3 GmbH
LBA Funding (Cayman) Limited
LBAC Holdings I Inc.
LBASC LLC
LBCCA Holdings I Inc.
LBCCA Holdings II Inc
LBHK Funding (Cayman) No.  Ltd.
LBHK Funding (Cayman) No. 1 Ltd.
LBHK Funding (Cayman) No. 2 Ltd.
LBHK Funding (Cayman) No. 4 Ltd.
LBO Funding (Cayman) Limited
LBO Investments Limited
LBS Holdings SARL
LCPI Properties, Inc.
Lehman (Cayman Islands) Ltd.
Lehman ALI Inc.
Lehman Brother Asset Management Inc.
Lehman Brothers (Luxembourg) S.A.
Lehman Brothers AIM Holding III LLC
Lehman Brothers AIM Holding LLC

**EXHIBIT A**

### Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships

Lehman Brothers Asia Capital Company
Lehman Brothers Asia Capital Company Kong
Lehman Brothers Asia Holdings Limited
Lehman Brothers Asia Limited
Lehman Brothers Asia Pacific (Singapore) PTE. Ltd.
Interface Cable Assemblies and Services Corp.
    a/k/a ICAS
International Advisory Committee of the Federal
    Reserve Bank of New York
IntraLinks, Inc.
Intuition Publishing, Inc.
Investment Committee of the International Monetary
    Fund Staff Retirement Plan
Iris Software, Inc.
James W. Giddens
Jarden Corporation
Keane, Inc.
LBAYK
LBREP Lakeside SC Master I, LLC
Lewtan Technologies, Inc.
LiquidPoint
Los Angeles City Employees' Retirement System
Main Street Natural Gas, Inc.
Marble Care
Meridian Comp Of New York, Inc. D/B/A CHD
Meridian Healthcare
Michael John Andrew Jervis
Midwest Realty Advisors, LLC
Misys IQ LLC
Motors Insurance Corp.
MSS Distressed & Opportunites 2
MSTD, Inc.
NorthEast
NPD Group Inc.
Plumbers and Pipefitters National Pension Fund.
Reliance Globalcom Services, Inc.
Rentokil
Republic Waste
RMC
Rockefeller Center Management Corporation
Rockefeller Center North, Inc.
Rockefeller Group Development Corporation
Shareholders of Novastar Financial, Inc.
SkyPower Corporation
Statler Arms Garage LLC
Statler Arms Garage LLC
Steingass
Steven Anthony Pearson
Structure Consulting Group, LLC
Structure Tone Inc.
SuccessFactors, Inc.
Summit Systems, Inc.
Sun Microsystems, Inc.

SunGard
TD Security
The Joint Administrators of the Lehman European
    Group Administration Companies
The Liverpool Limited Partnership
The St. Joe Company
ThruPoint, Inc.
Tradeweb Markets LLC
Training the Street, Inc.
TransCanada Pipelines Limited
Trophy Hunter Investments Ltd
Vail Resorts Inc
WCCV

**Related Entities**
AAA Investments L.P
Abu Dhabi National Energy Company Pjsc
Accellent Inc.
ACI Operatons Pty Limited
Acts Aero Tech Support
Adagio III Clo Plc
Adagio Iv Clo Limited
AGA Medical Corporation
Alenco Inc
Algoma Steel Inc
Alix Partners LLP
Allegheny Energy Supply Company, LLC A
Delaware Limited Liability Company
Alliance Imaging, Inc.
Alliance Laundry Holdings LLC
Alliance Resource Operating Partners, L.P.
Alliancebernstein L.P.
Allied Holdings, Inc.
Allied Waste Industries Inc.
Allied World Assurance Company Limited
Allison Transmission, Inc.
Allsport Management Sa
Alpha D2 Limited
Amadeus Holdings Limited
ANC Rental Corporation
Antero Resources Corporation
Apollo Management Holdings, L.P.
Arysta Lifescience
AS Propulsion Capital BV
Ashmore Energy International
Asurion Corporation
Atlas Pipeline Partners
Atrium Cos Inc. (Atrcos)
Avago Technologies Finance Pte. Ltd.
Avenius
Aveos

**EXHIBIT A**

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

Avio Holding Spa
Avio Investments S.P.A.
Avio S.P.A
Avr Industrial Waste B.V.
Avr Industrie N.V.
B & G Foods
Bader and Yakaitis P.S.P. and Trust, et al. v. Michael
    L. Ainslie, et al.,
Bae Systems Holdings Inc.
Ball Packaging Products Canada Corp. Inc.
Bcm Ireland Holdings Limited
BCV Investments Sca
Beig Midco Limited
Beig Pikco Limited
Biogen Iden Inc.
Black Lion Beverages III B.V.
Blount International, Inc.
Boardwalk Pipelines, Lp
Bonten Media Group, Inc.
Boston Generating, LLC
BPC Holding Corporation (Fka Bpc Acquisition
    Corp.)
Breakaway Solutions Inc.
Breitburn Operating L.P.
British Sky Broadcasting Group PLC
Buckeye Partners, L.P.
Buildings Materials Holdings
Cableuropa S.A.U
Cammell Laird Holdings Plc
Capital 18
Caribe Media Inc.
Carlsberg Breweries A/S 27oct07
Castex Energy 1995, L.P.
CBBI Italian NPL
CBR Textile Gmbh
CCMP Acquisition
Cebridge 2nd Lien Pik
Cedar Fair
Cei/Kensington Ltd.
CeLLCap Securities Ltd
Centennial Cellular
Center Energy Resources Corp
Centerpoint Energy Resource
Central Catv Inc.
Central Illinois Light Company
Cequel Comm
Chart Industries, Inc.
Chequer Finance 1 S.A.
Chequer Finance 2 S.A.
Chequer Finance 3 Sa
Choctaw Investors B.V.
Citic International Financial Holdings
Citrus Corporation

City of Cleveland, Ohio
CKX, Inc
Clio European Clo B.V/Eur Facility/Euribor
Clondalkin Acquisition B.V.
Coditel Brabant
Coditel Sarl
Colfax Corporation
Collins & Aikman Products
Consolidated Container Company LLC
Continental Aktiengesellschaft
Convenience Food System Ho
Corrections Corporation Of America
Cortefiel, S.A.
Covanta Energy Corporation
CPQ Midco II Corporation C/O The Carlyle Group
Credit Suisse
Crimson Exploration Inc.
CRJ 200
Crown Americas, Inc.
Customer Asset Protection
Dae Aviation Holdings, Inc.
Danish Holdco A/S
Darden Restaruants Inc.
David H. Arlington Oil And Gas, Inc.
DBP NPLS
DCP Midstream Operating, LP
Debitel (Netherlands) Holding B.V
Del Monte Corporation
Delek Benelux B.V.
Delek Luxembourg Holding Sarl
Delphi Aquisition Holding I.B.V.
Derma Services, Inc.
DHS Drilling Company
Diageo Finance Plc
Dido Erste Vermoegensverwaltun Gs
Digicel International Finance Limited
Direct Energy Business LLC
Direct Energy LLC
Dresdner Kleinwort Group Goldings LLC
Dresdner Kleinwort Group Holdings LLC
Dresser, Inc.
Duncan Energy Partners L.P.
Eagle Rock Energy Partners, L.P.
East 46th Borrower LLC
Edam Acquisition Holdings B.V.
Edgen Murray
Edison International
Edscha AG
Educational Management Corp
EHMD, LLC
El Paso Pipeline Partners
Electrabel S.A.
Enbridge Energy Partners, L.P.

### EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

Energy Xxi Gulf Coast , Inc
Entegra Holdings LLC
Entegra TC LLC
Enterprise Gp Holdins L.P.
Enterprise Products Operating L.P.
Envirosolutions Real Property Holdings, Inc.
Epco Holdings Inc.
Equitable Resources, Inc.
ERP Operating Limited Partnership
Escaline S.A.R.L
Exco Partners Operating Partnership L.P.
Exco Resources, Inc.
Express Energy Services Holding, Lp
Extendicare Health Services Inc.
FA Sub 3 Limited
Fadesa Inmobiliaria, S.A.
Fairpoint Communications, Inc.
Falcon Senior
Federazione Italiana Del Consorzi Agrari S.R.L.
Ferretti
Fidelity Investments (Master)
Fidelity National Information Services, Inc.
Financiere Daunou 9 Sarl
Financiers Cvt
Finartex
Finmeccanica Finance Sa
First Alliance Mortgage Company Class Action
First Chemical Holding Vagyonkezelo Korlatolt
    Felelossegu
First Data Bridge
First Data Corporation
Firstenergy Corp.
Flagstone Reisnurance Holdings Ltd.
Florida Gas Transmission Company, LLC
Ford Motor Credit Company
Fpl Group Capital Inc.
Fr Acquisitions Corporation (Europe) Limited
Fred Hutchinson Cancer Research Center
Fresenius Medical Holdings Inc.
Frontier Drilling ASA
Fxcm Holdings LLC
Gala Group Finance Limited
Galleon Buccaneer's Offshore LTD
Gaming Invest Sarl
Gate Gourmet Borrower LLC
G-BNWE Aircraft Pty Ltd
G-BNWF Aircraft Pty Ltd
G-BNWG Aircraft Pty Ltd
G-BNWJ Aircraft Pty Ltd
G-BNWK Aircraft Pty Ltd
General Electric Capital Corp
General Nutrition Centers, Inc.
Gentiva Health Services, Inc.

Georgia Gulf
Georgia-Pacific Expansion S.A.S
Ginn Clubs
Givaudan S.A.
GLG Partners
Glg Partners LP
GLG Partners, Inc.
Global Cash Access, Inc.
Globe Pub Management Limited
GMAC LLC
Greektown Holdings LLC
Green Tree Servicing Inc.
Green Tree Servicing LLC
Green Valley Ranch Gaming LLC
Greenbrier Minerals, LLC
Greg Georgas & Mark Grock
Gulf Stream Asset Management
H3C Holdings Ltd
Hale Avenue Borrower LLC
Hanger Orthopedic Group, Inc.
Harbert
Harbison Station Apts L.P.
Harris County
Hawker Beechcraft Acquisition Company LLC
    (F.N.A.Hawker Beechcraft, Inc.)
HD Supply
Heating Finance Plc
Henry Schein, Inc.
Highbridge LD Acquisition LLC
Highbridge Principal Strategies - Mezzanine Partners
Highmount Exploration & Production LLC
Hilite Germany Gmbh & Co. Kg
Hmh Publishers LLC
Horizon Merger Corporation
Houghton Mifflin Harcourt Publishers Inc.
Hudson Clo 3 B.V.
Huish Detergents Inc. (Huish)
Iasis Healthcare LLC
Ibertravel Vacations Holding Sl
Icopal A/S
Idaho Housing And Finance Association
IGI Resources
Imo Carwash
Imperial Sugar Company
Imperial Tobacco Entertainment Finance Limited
Ineos Group Limited
Inergy, L.P.
Innovia Films (Holding 3) Limited
Intelsat Subsidiary Holding Company, Ltd.
Intergen N.V.
International Lease Finance Corporation
International Transmission Company
Interstate Brands Corporation

## EXHIBIT A

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

Interstate Power And Light Company
Inverness Medical Innovations Inc.
Investcorp S.A., Luxembourg
Iowa Telecommunications Services, Inc.
Iron Mountain Incorporated
Iron Mountain Information Management
Islavista Spain S.A.
ISS Holding A/S
ITC Holdings Corporation
ITC Midwest LLC
Iusacell
Jfb Firth Rixson, Inc
JSC Rosgosstrakh
Kabel Deutschland Gmbh
Kbr Holdings, LLC
Kelson Holding LLC
Kerasotes Theatres Inc
Keystone Inc 6/13/89
KGB
Kimberly-Clark Corporation
Kirchholding Gmbh & Co. Kg
Kkr Private Equity Investors L.P.
Kleopatra Lux 2 S.A.R.L
Knight Debtco Ltd
Koninklijke Philips Electronics NV
Kubber Investments (Mauritius) Pvt Ltd
Laboratory Corporation Of America Holdings.
Lake Las Vegas Resort (Laslas)
Lan Dale Asset Purchasing Company No.2 Limited
Landamerica Financial Group, Inc.
Latshaw Drilling Company, LLC
Lavena Holding 3 Gmbh
Lavena Holding 4 Gmbh
LB Maritim Investor GmbH
Legal & General Group Plc
Legendre Holdings 17 Sa
Lehman Brothers Derivative Fiance LLC
Lehman Brothers European Mezzanine Lb S.A.R.L
Lehman Brothers Holdings, Inc. Derivative Litigation
Lehman Brothers Private Equity Funds
Lehman Mortgage Holdings Canada II Inc. (inactive)
Lehman Municipal ABS Corp.
Lehman OPC LLC
Level 3 Financing, Inc.
LFIGXG  LLC
Liberator Bidco Limited
Liberty Global Inc
Liberty Mutual Group Inc.
Lim Finance Ii, Inc.
Lincoln National Corporation
LKQ Corporation
Local Insight Regatta Holdings, Inc.
Local Media Finance LLC

LPATH Inc.
Lufthansa AG
Lukoil Finance Limited
LW Securities, Ltd.
M.B.H. Emprunteur
Mach Gen LLC
Mackinaw Power Holdings, LLC
Macquarie Group Limited
Man Group Finance Inc.
Mapco Express, Inc.
Marina Bay-2nd Deal
Marina District Finance Company, Inc.
Market Place Apts
Materis Sas
Mcjunkin Corporation
Mcjunkin Red Man Holding Corporation
Mclennan County
Medassets, Inc.
Meg Energy Corp.
Merlin Entertainments Group Luxembourg 2
    S.A.R.L
Merlin Entertainments Group Luxembourg 3
    S.A.R.L.
Merlin Italian
Michael Stores
Michigan Electric Transmission Co.
Midamerican Energy Company
Midcontinent Express Pipeline LLC
Minera Del Norte S.A.
Moderna Finance Ab (Publ)
Moody's Investors Service
Mountain Drilling Company
Movie Gallery Inc First Lien
Msn (Msn 7024)??
Mueller Water Products Inc
N.V. Luchthaven Schipol
Nakilat Inc
Namrun Finance S.A.
National Bank of Canada
National Cinemedia
National Rural Utilities Cooperative Finance
Corporation
Navigator Gas
Neff Corp
Neggio Holding 3 Gmbh
New Center Asset Trust
New England Power Company
New Holdco Bv
Newpage Corporation
Nfi Luxco Sca
Nibc Bank Nv
Normandy Hill Capital, LP
Nortek Holdings, Inc.

## EXHIBIT A

### Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships

Northern State Power Company
Northgate Minerals Corporation
Novartis Finance Corporation
Npl
Nrg Energy, Inc.
Nsg Holdings LLC
Ntl Cable Plc
Ntl Communications Ltd
Nustar Logistics, L.P.
Nyse Euronext
Occidental Energy Marketing, Inc.
Oceania Cruises, Inc.
Oceania Vessel Finance, Ltd.
Ocm Mezzanine Fund Ii Holdings, L.P.
Office of Thrift Supervision
Office of Thrift Supervision, Northeast Region
Oge Energy Corp.
Ol Canada Corp (Owens Illionis Canada Corp)
Opal Leasing Limited
Orangina
Orchard Supply Hardware LLC
O'reilly Automotive, Inc.
Overstock.com, Inc., et al. v. Morgan Stanley & Co.,
    Inc., et al.
Oz Mangement Lp
Pacific Energy Partners LP
Pacific Gas And Electric Co.
Pacificorp
Pages Jaunes
Pages Jaunes Groupe S.A.
Panamsat Corporation/Re-Name Intelsat Corporation
Pangea Ltd
Park Place Apartments L.P.
Parker Drilling Company
Parmalat Participacoes Promissory Note
Parmalat Participates Do Brasil Ltda
Partnerre Ltd
Pecos Investors LLC
Pemstar, Inc.
Penn National Gaming
Perstorp AB
Pertus Sechzehnte Gbmh
Petsec Energy Inc.
Pg&E Corporation
Pga Holdings, Inc.
Pharmaerica Corporation
Philip Morris International Inc
Phs Group Plc
Pindar Pty Ltd.
Pinnacle Enterntainment, Inc.
Pinnacle Foods Finance LLC
Pinnacle West Capital Corp
Pivotal Promontory

Planet Acquisition Holdco 1 Ltd
Planet Acquisitions Holdco 2 Ltd
Plastech Engineered Products, Inc.
Plinius Investments B.V.
Pnm Resources, Inc.
Pq Corporation
Precis Corporation
Precision Partners
Principal Financial Group, Inc.
Project Knight
Prosiebensaf1. Media AG
Protection One Alarm Monitoring, Inc.
Pseg Energy Holdings L.L.C
Psychiatric Solutions Inc.
Pt Mnc Sky Vision
Ptg Grande Asset
Ptg Tango Kingfisher
Public Service Company Of Colorado
Public Service Electric & Gas Company
Public Service Enterprise Group Incorporated
Pursuit Capital Partners Master
Pursuit Capital Partners Master (Cayman) Ltd.
Pursuit Opportunity Fund I Master LTD.
Pursuit Partners
Qatar Liquefied Gas Company Limited (Ii)
Qwest Services Corporation
Ras Laffan Liquified Natural Gas Company Limited
Reddy Ice Corporation (Fka Reddy Ice Group, Inc.
    Upon Consummation Of Merger On 1/1/07)
Regal Cinemas, Inc.
Regency Gas Services Lp
Regent Seven Seas Cruises
Renal Advantage, Inc.
Rent-A-Center, Inc.
Research Analyst Independence
Rexnord Corporation
Rfc Midco A/S
Rfg Holding (France) Sas
Rh Dennelley Corporation
RJO Holdings Corp.
Rock-Forty Ninth LLC, Rockefeller Center et al.
Rockies Express Pipeline LLC
Ronco Corporation
Roofing Holding Inc
Royal & Sun Alliance Insurance Group Plc
Saad Investments Company Limited
Sabmiller Plc
Sabre Holdings Corporation
Sacher Funding Ltd.
Salt Lake Neighborhoond Housing Services, Inc.
SBA Senior Finance, Inc.
Schefenacker AG
Schieder Moebel Holding Gmbh

<u>**EXHIBIT A**</u>

**Listing of parties-in-Interest Reviewed for Current and Recent Former Relationships**

Serena Software, Inc.,
Serpering Investments B.V.
Service Corp Int'l
Sheridan Holdings, Inc.
SHPS, Inc
Silicon Graphics Inc
Silver Springs Apts
Sinclair Television Group, Inc.
Sisal S.P.A
Six Flags Theme Parks Inc.
SMBC Capital Markets
Southwestern Public Service Company
Spanish Broadcasting Systems, Inc.
Spectra Energy Capital, LLC (F/K/A Duke Capital)
Spectra Energy Partners Olp, LP
Stallion Oilfield Services Ltd.,
Standard Life Bank Plc
Stf Thsrc
Stony Brook Court Whole Loan
Sunamerica Asset Managent (Master)
Sungard Data Systems Inc.
Sunoco Logistics Partners Operations, LP
Sunshine Holdings Limited
Svenska Handelsbanken AB
Symetra Financial Corporation
Synagro Technologies, Inc.
Targa Resources, Inc
Tarrant County
TC Group Investment Holdings, L.P.
TDS Investor Corporation
Team Finance LLC
Telefonica Europe BV
Telekom Austria Finance B.V.
Teppco Partners, L.P.
Thalia Clo/Sacher
Thalia Credit Fac
The Carlyle Group
The Vanguard Group, Inc.
Thomson Reuters Plc & Thomson Reuters Corp.
Toronto-Dominion Bank
Tpf Generation Holdings, LLC
Trademarks LLC
Trans World Airlines Inc.
Transamerica Asset Funding Corp I
Transmontaigne, Inc.
Tri-State Generation and Transmission Association,
    Inc.
Tronox Worldwide LLC
Trw Automotive Holdings Corp.
TXU Electric Delivery Company
TXU Energy Company LLC
TXU Us Holding Company
U.S. Shipping Partners L.P.

UBS Financial Services
UBS Financial Services of Puerto Rico
UBS International Inc.
United States Steel Corporation
UPC Broadband Holding B.V.
UPC Media
US Investigations Services, Inc.
USAA Capital Corporation
USI Holdings Corp.
USPFHoldings, LLC
Utah Housing Corporation
Van Gansewinkel Holding B.V.
Varel Funding Corp.
Venetian Macau Limited
Venise Acquisition
Ventas Realty
Verso Paper Holding LLC
Vertrue Incorporated
Veyance Technologies, Inc.
Walmart Stores
Warburg Pincus Equity Partners L.P.
Washington Metro Transit A
Waterfall European Clo S.A.
Wci Capital Corp
Weetabix Mills
Wellpoint Inc
Wells Fargo & Co.
Wells Fargo Bank, NA
Werra Papier
Wesco Aircraft Hardware Corp.
Westar Energy, Inc.
White Mountains Insurance Group, Ltd.,
Williams Partners L.P
Wimar
Wind Telecomunicazioni S.P.A.
Wmg Acquisition Corp.
Wolf Hollow 2nd Lien
Wolf Hollow I LP
Woodmarkion
Woori Spc - Hyok
World Directories Acquisition Corp.
Xcel Energy Inc.
Young Broadcasting
Ypso France S.A.S
Yuma Hospital District
Zephyrus Investments LLC

## EXHIBIT B

**Parties-in-Interest Noted for Court Disclosure**

**Relationships in Matters Unrelated to These Proceedings (unless otherwise noted)**

**Professionals Retained by the Company**
Akerman Senterfitt
Allen & Overy LLP
Baker & McKenzie LLP
Bedell Cristin
Brownstein Hyatt Farber Schreck, LLP
CB Richard Ellis
Dickstein Shapiro LLP
Dorsey & Whitney LLP
Freshfields Bruckhaus Deringer
Fried Frank
Fulbright & Jaworski L.L.P.
Herzfeld & Rubin, P.C.
Hunton & Williams LLP
Huron Consulting Group
Jackson Lewis LLP
Jones Day
Lazard Freres & Co.
McDermott Will & Emery LLP
Miller Canfield Paddock Stone
Morrison & Foerster LLP
Norton Rose LLP
Ogier
Snell & Wilmer
Sonnenschein Nath & Rosenthal
Sutherland Asbill & Brennan LLP

**Official Creditors' Committee Members**
US Bank
Elliot Associates LLP

**Significant Leases**
Huron Consulting Group LLC
Liberty Property Limited Partnership
Normandy Real Estate Partners
Willkie Farr & Gallagher LLP

**Litigation Claimants**
Bank of America, N.A.

**Largest Holders of Trade Debt**
Network Appliance Inc.
Sungard Securities Finance Inc
Wipro Technologies

**50 Largest Bondholder**
Van Kampen Asset Management

**100 Largest Holders of Trade Debt**

Dell Marketing L.P.

**100 Largest Unsecured Creditors**
Banctec Ltd.
DnB NOR Bank ASA
KBC Bank
National Australia Bank
Standard and Poors Corp.
The Bank of Nova Scotia
125 High Street LP
Svenska Handelsbanken AB
The Vanguard Group, Inc.
Thomson Reuters Plc & Thomson Reuters Corp.

**Secured Creditors**
Fenway
SMBC

**Potential Parties in Interest**
Aberdeen Asset Management Inc.
Abu Dhabi Investment Authority
Agribank
Aktiengesellschaft
Alix Partners LLP
Allegheny Energy
Allen Matkins Leck Gamble Mallory
Alliance Laundry Systems
Allianz Global Investors AG
AMBAC
American Airlines Inc.
Anchorage Capital Master Offshore, Ltd.
Aon Consulting
AS Propulsion Capital BV
Ashmore Energy International / AEI
Assicurazioni
Assurant, Inc.
Atrium Companies Inc.
Autodesk Inc.
Baker & Hostetler LLP
Bank Of Montreal
Bank of New York Mellon
Bank of New York Mellon Trust Company, N.A.
Bank of New York Trust Co., N.A.
Best Buy
Blackrock Financial Management
BlueBay Asset Management PLC
BMO Capital Markets Corp.
Brownstein Hyatt Farber Schreck, LLP
Buffets, Inc.
Cadwalader, Wickersham & Taft LLP
Capital One, N.A.

## EXHIBIT B

**Parties-in-Interest Noted for Court Disclosure**

CBS Corp.
Centennial Communications Corp.
Chadbourne & Parke LLP
Charles Schwab & Co., Inc.
Charter Communications
Chesapeake Energy Corp.
Chicago Board Options Exchange, Incorporated
Chicago Mercantile Exchange
CIBC World Market.
CIBC World Markets Inc.
CIFG
CNX Gas Co.
Collins Building Services, Inc.
Coughlin Stoia Geller Rudman & Robbins, LLP
Countrywide Home Loans
Danaher Corporation
Delaware Management Holdings, Inc.
Delphi
Delta Airlines, Inc.
Discover Financial Services
Dollar General Corporation
Dow Jones & Company, Inc.
Dun & Bradstreet
Eaton Corporation
Edison International
El Paso Corporation
Elliot Management Corporation
Encana Corp.
Enron Corp.
Faegre & Benson
Fifth Third Bank, N.A.
FirstBank Puerto Rico
Flextronics International Ltd
Florida Power & Light Company
Ford Motor Company
Fortress Investment Group LLC
FPB Bank, Inc.
Freescale Semiconductor, Inc.
GenenTech, Inc.
General Mills, Inc.
Genovese Joblove & Battista, P.A.
Gibson Dunn & Crutcher LLP
Great Bay Condominium Owners Association
Holland & Knight LLP
Hughes Hubbard
ICAP North America Inc.
INEOS Group Limited
Interline Brands, Inc.
Internal Revenue Service
International Business Machines Corporation
iStar Financial Inc.
Journal Register
Katten Muchin Rosenman LLP

Kaupthing Bank
Laboratory Corporation of America Holdings
Lovells LLP
Maples and Calder
Margolis Edelstein
Mark IV
Mayer Brown LLP
Mitsubishi UFJ, Ltd.
Mizuho Corporate Bank
Movie Gallery, Inc.
Nasdaq OMX
National Australia Bank Limited
National Bank of Fujairah psc
Nelnet, Inc.
New Edge
New England Power Company
New York Life Investment Management
Normandy Hill Capital, LP NorthEast
NuStar Logistics, L.P.
Och-Ziff
Omnicare, Inc.
Oncor
Oracle Corporation
Overstock.com
Pacific Gas & Electric Company
Pacific Investment Management LLC
PacifiCorp
Parker Drilling Company
Peabody Energy Corporation
Pepsi Bottling Group, Inc.
Philip Morris International Inc
Philips Electronics NV
Pinnacle Entertainment, Inc.
Primedia Inc.
Principal Financial Group, Inc.
QVC, Inc.
QVT Financial LP
R3
R3 Capital Partners Master, LP
RBC Dain Rauscher Inc.
Regions Bank
RMC
Rockies Express Pipeline LLC
Royal Bank of Canada
RWE
Sears Holdings Corp.
SG Americas Securities LLC
Shell Energy North America (US) L.P.
Singapore Airlines
Sourcecorp, Inc.
Spiegel Inc.
Sprint Nextel Corp
Standard Bank Plc

**EXHIBIT B**

**Parties-in-Interest Noted for Court Disclosure**

Stanford Hospital and Clinics
State Street Bank
Structure Tone Inc.
Sunoco Inc.
Sutherland Asbill & Brennan
Tata Consultancy Services LTD
Telefonica, S.A.
The Bank Of Tokyo-Mitsubishi UFJ, Ltd
The Blackstone Group
The Clorox Company
The Lightstone Group
The Neiman Marcus Group, Inc.
The Related Companies
The Williams Companies
Time Warner
Tishman Speyer Properties, L.P.
Tishman Speyer Real Estate Venture VII, L.P
Toys R Us
Troutman Sanders LLP
U.S. Bank National Association
US Investigations Services, Inc.
USI Holdings Corp.
Verint Systems Inc.
Walmart Stores
WCI Communities
Western Asset UK GBP Credit Plus Bond Fund
Wharton Asian Special Opportunities Company
   1 Ltd.
Wyeth
Xerox Corporation
Yellowstone Club

**Utilities**
Metlife
Mizuho Corporate Bank, Ltd.
Deutsche Bank National Trust Company
ING USA Annuity & Life Insurance Company
Intel Corporation
JA Solar Holdings Co., LTD.
Lexington Insurance Company
Southern California Edison Company
Verde CDO, LLC

**Principal Investments**
LIM
Oceana Cruises, Inc.
Pinnacle Entertainment Corp.
Vought
Walton Street Capital

**Government and State Regulatory Agencies**
Financial Industry Regulatory Authority

**Other**
Chicago Board Options Exchange, Incorporated
Illuminating
Jarden Corporation
Structure Tone Inc.
Sun Microsystems, Inc.
SunGard
TransCanada Pipelines Limited