UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                    :
In re                                               :      Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :      08-13555 (JMP)
                                                    :      (Jointly Administered)
                        Debtors.                    :
                                                    :
------------------------------------------------------------------x      Ref. Docket Nos. 10152, 16196-
                                                           16198, 16210-16213, 16216

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 26, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
29th day of April, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                               |
In re                                          |   Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,          |   08-13555 (JMP)
                                               |
                                               |   (Jointly Administered)
                Debtors.                       |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   THE ROYAL BANK OF SCOTLAND, PLC                    THE ROYAL BANK OF SCOTLAND, PLC
      TRANSFEROR: BP CAPITAL ENERGY EQUITY FUND, L.P.    RICHARDS KIBBE & ORBE LLP
      ATTN: MATTHEW ROSENCRANS                           ATTN: MANAGING CLERK
      600 WASHINGTON BLVD                                ONE WORLD FINANCIAL CENTER
      STAMFORD CT 06910                                  NEW YORK NY 10281-1003
```

Please note that your claim # 66015-04 in the above referenced case and in the amount of $448,413.35 has been transferred **(unless previously expunged by court order)**

```
      CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P.         CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P.
      TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC        ANDREWS KURTH LLP
      ATTN: LISA MURRAY & SCOTT HOPSON                   ATTN: DAVID HOYT
      375 PARK AVENUE, 13TH FLOOR                        450 LEXINGTON AVENUE
      NEW YORK NY 10152                                  NEW YORK NY 10017
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 10152 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/26/2011                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 26, 2011.

# EXHIBIT B

```
TIME: 16:29:40                                                 LEHMAN BROTHERS HOLDING INC.                                                           PAGE:   1
DATE: 04/26/11                                                      CREDITOR LISTING
```

| Name | Address |
|---|---|
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIAS, S.A. ATTN: ANA HIDALGO/ ELENA PRIETO PASEO DE LA CASELLANA, 81 - FLOOR 21 MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ATTN: ANA HIDALGO/ELENA PRIETO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA, 81 - 21ST FLOOR MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RU DE TILSITT PARIS 75008 FRANCE |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS 75008 FRANCE |
| BBVA (SUIZA) S.A. | ATTN: IÑIGO BERASALUCE/DIRECTOR ZELTWEG 63 ZURICH CH-8021 SWITZERLAND |
| BBVA (SUIZA) S.A. | ATTN: IÑIGO BERASALUCE / DIRECTOR ZELTWEG 63 ZURICH CH8021 SWITZERLAND |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIA, S.A. PASEO DE LA CASELLANA, 81 - FLOOR 21 ATTN: ANA HIDALGO/ ELENA PRIETO MADRID 28046 SPAIN |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC ATTN: LISA MURRAY & MARISOL CHAPPELL 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC ATTN: LISA MURRAY & MARISOL CHAPPELL 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. | TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC ATTN: LISA MURRAY & SCOTT HOPSON 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. | TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC ATTN: LISA MURRAY & SCOTT HOPSON 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CITADEL SECURITIES LLC | MICHAEL GREENBLATT SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CITADEL SECURITIES LLC | TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: ERIN FINEGAN 601 LEXINGTON AVENUE NEW YORK NY 10017 |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | ATTN: DR. STEPHAN ROST PLATZ DER REPUBLIK FRANKFURT AM MAIN 60265 GERMANY |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | JENNIFER C. DEMARCO & DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| GOLDMAM, SACHS & CO | TRANSFEROR: BBVA (SUIZA) S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO | TRANSFEROR: BBVA (SUIZA) S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO | TRANSFEROR: BBVA (SUIZA) S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO | TRANSFEROR: BBVA (SUIZA) S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BBVA (SUIZA) S.A. ATTN: ANDREW CANDITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BBVA (SUIZA) S.A. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BBVA (SUIZA) S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET JERSEY CITY NJ 07302 |
| THE ROYAL BANK OF SCOTLAND, PLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BP CAP. ENERGY EQUITY FUND MASTER II, LP ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06910 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BP CAP. ENERGY EQUITY INTL. HLDGS. I, LP ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06910 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BP CAPITAL ENERGY EQUITY FUND, L.P. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06910 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BP CAPITAL ENERGY EQUITY INTERNATIONAL HOLDINGS I, LP ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06910 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: BP CAPITAL ENERGY FUND L.P. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06910 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: PICKENS, T. BOONE ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06910 |

Total Number of Records Printed    36