**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
In re                                            :    Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :    08-13555 (JMP)
                                                 :    (Jointly Administered)
        Debtors.                                 :
                                                 :    Ref. Docket No. 16268
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the "Verified Statement of Kirkland & Ellis LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019," dated April 27, 2011 [Docket No. 16268], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A, on April 27, 2011,

    b. delivered via facsimile to the party listed on the annexed Exhibit B, on April 27, 2011,

    c. enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C , on April 27, 2011, and

    d. enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed Exhibit D , on April 28, 2011.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Eleni Manners

Sworn to before me this
28th day of April, 2011

_____
Notary Public

```
PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014
```

# EXHIBIT A

**Email Service List**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
alum@ftportfolios.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com

araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com

**Email Service List**

| | |
|---|---|
| brian.corey@greentreecreditsolutions.com | crmomjian@attorneygeneral.gov |
| bromano@willkie.com | cs@stevenslee.com |
| brosenblum@jonesday.com | csalomon@beckerglynn.com |
| broy@rltlawfirm.com | cschreiber@winston.com |
| btrust@mayerbrown.com | cshore@whitecase.com |
| bturk@tishmanspeyer.com | cshulman@sheppardmullin.com |
| bwolfe@sheppardmullin.com | ctatelbaum@adorno.com |
| bzabarauskas@crowell.com | cwalsh@mayerbrown.com |
| cahn@clm.com | cward@polsinelli.com |
| calbert@reitlerlaw.com | cweber@ebg-law.com |
| canelas@pursuitpartners.com | cweiss@ingramllp.com |
| carol.weinerlevy@bingham.com | dallas.bankruptcy@publicans.com |
| cbelisle@wfw.com | daniel.guyder@allenovery.com |
| cbelmonte@ssbb.com | dave.davis@isgria.com |
| cbrotstein@bm.net | david.bennett@tklaw.com |
| cgoldstein@stcwlaw.com | david.crichlow@pillsburylaw.com |
| chammerman@paulweiss.com | david.heller@lw.com |
| chardman@klestadt.com | david.seligman@kirkland.com |
| charles@filardi-law.com | davids@blbglaw.com |
| charles_malloy@aporter.com | davidwheeler@mvalaw.com |
| charu.chandrasekhar@wilmerhale.com | dbalog@intersil.com |
| chipford@parkerpoe.com | dbarber@bsblawyers.com |
| chris.donoho@lovells.com | dbaumstein@whitecase.com |
| christopher.schueller@bipc.com | dbesikof@loeb.com |
| clarkb@sullcrom.com | dcimo@gjb-law.com |
| clynch@reedsmith.com | dckaufman@hhlaw.com |
| cmontgomery@salans.com | dcoffino@cov.com |
| cohenr@sewkis.com | dcrapo@gibbonslaw.com |
| cp@stevenslee.com | ddavis@paulweiss.com |
| cpappas@dilworthlaw.com | ddrebsky@nixonpeabody.com |
| craig.goldblatt@wilmerhale.com | ddunne@milbank.com |

**Email Service List**

| | |
|---|---|
| deggermann@kramerlevin.com | dspelfogel@foley.com |
| deggert@freebornpeters.com | dtatge@ebglaw.com |
| demetra.liggins@tklaw.com | dwdykhouse@pbwt.com |
| deryck.palmer@cwt.com | dwildes@stroock.com |
| dfelder@orrick.com | dworkman@bakerlaw.com |
| dflanigan@polsinelli.com | easmith@venable.com |
| dgrimes@reedsmith.com | echang@steinlubin.com |
| dhayes@mcguirewoods.com | ecohen@russell.com |
| dheffer@foley.com | efleck@milbank.com |
| diconzam@gtlaw.com | efriedman@friedumspring.com |
| dirk.roberts@ots.treas.gov | egeekie@schiffhardin.com |
| djoseph@stradley.com | eglas@mccarter.com |
| dkleiner@velaw.com | ehollander@whitecase.com |
| dkozusko@willkie.com | ekbergc@lanepowell.com |
| dlemay@chadbourne.com | elevin@lowenstein.com |
| dlipke@vedderprice.com | eli.mattioli@klgates.com |
| dludman@brownconnery.com | ellen.halstead@cwt.com |
| dmcguire@winston.com | emerberg@mayerbrown.com |
| dmurray@jenner.com | eobrien@sbchlaw.com |
| dneier@winston.com | eschaffer@reedsmith.com |
| dodonnell@milbank.com | eschwartz@contrariancapital.com |
| dove.michelle@dorsey.com | esmith@dl.com |
| dowd.mary@arentfox.com | ezujkowski@emmetmarvin.com |
| dpiazza@hodgsonruss.com | ezweig@optonline.net |
| draelson@fisherbrothers.com | fbp@ppgms.com |
| dravin@wolffsamson.com | feldsteinh@sullcrom.com |
| drose@pryorcashman.com | ffm@bostonbusinesslaw.com |
| drosenzweig@fulbright.com | fhyman@mayerbrown.com |
| drosner@goulstonstorrs.com | fishere@butzel.com |
| drosner@kasowitz.com | francois.janson@hklaw.com |
| dshemano@pwkllp.com | fsosnick@shearman.com |

**Email Service List**

| | |
|---|---|
| fyates@sonnenschein.com | israel.dahan@cwt.com |
| gabriel.delvirginia@verizon.net | iva.uroic@dechert.com |
| gbray@milbank.com | jaclyn.genchi@kayescholer.com |
| george.davis@cwt.com | jacobsonn@sec.gov |
| geraci@thalergertler.com | james.mcclammy@dpw.com |
| ggitomer@mkbattorneys.com | james.sprayregen@kirkland.com |
| giddens@hugheshubbard.com | jamestecce@quinnemanuel.com |
| gkaden@goulstonstorrs.com | jamie.nelson@dubaiic.com |
| glenn.siegel@dechert.com | jar@outtengolden.com |
| gmoss@riemerlaw.com | jason.jurgens@cwt.com |
| gravert@mwe.com | jay.hurst@oag.state.tx.us |
| gspilsbury@jsslaw.com | jay@kleinsolomon.com |
| guzzi@whitecase.com | jbecker@wilmingtontrust.com |
| harrisjm@michigan.gov | jbeemer@entwistle-law.com |
| harveystrickon@paulhastings.com | jbeiers@co.sanmateo.ca.us |
| hbeltzer@mayerbrown.com | jbird@polsinelli.com |
| heidi@crumbielaw.com | jbromley@cgsh.com |
| heim.steve@dorsey.com | jcarberry@cl-law.com |
| heiser@chapman.com | jchristian@tobinlaw.com |
| hirsch.robert@arentfox.com | jdrucker@coleschotz.com |
| hollace.cohen@troutmansanders.com | jdyas@halperinlaw.net |
| holsen@stroock.com | jean-david.barnea@usdoj.gov |
| howard.hawkins@cwt.com | jeannette.boot@wilmerhale.com |
| hseife@chadbourne.com | jeff.wittig@coair.com |
| hsnovikoff@wlrk.com | jeffrey.sabin@bingham.com |
| icatto@kirkland.com | jeldredge@velaw.com |
| igoldstein@dl.com | jen.premisler@cliffordchance.com |
| ilevee@lowenstein.com | jennifer.demarco@cliffordchance.com |
| info2@normandyhill.com | jennifer.gore@shell.com |
| ira.herman@tklaw.com | jeremy.eiden@state.mn.us |
| isgreene@hhlaw.com | jessica.fink@cwt.com |

**Email Service List**

jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com

jmmurphy@stradley.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com

**Email Service List**

jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kostad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com

lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com

**Email Service List**

mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanchet@mayerbrown.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com

monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com

**Email Service List**

| | |
|---|---|
| peter.gilhuly@lw.com | ritkin@steptoe.com |
| peter.macdonald@wilmerhale.com | rjones@boultcummings.com |
| peter.simmons@friedfrank.com | rlasater@foley.com |
| peter@bankrupt.com | rlevin@cravath.com |
| pfeldman@oshr.com | rmatzat@hahnhessen.com |
| phayden@mcguirewoods.com | rnetzer@willkie.com |
| pmaxcy@sonnenschein.com | rnorton@hunton.com |
| ppascuzzi@ffwplaw.com | robert.bailey@bnymellon.com |
| ppatterson@stradley.com | robert.dombroff@bingham.com |
| psp@njlawfirm.com | robert.henoch@kobrekim.com |
| ptrostle@jenner.com | robert.malone@dbr.com |
| pwright@dl.com | robert.yalen@usdoj.gov |
| r.stahl@stahlzelloe.com | robertdakis@quinnemanuel.com |
| raj.madan@bingham.com | robin.keller@lovells.com |
| rajohnson@akingump.com | roger@rnagioff.com |
| ramona.neal@hp.com | ronald.silverman@bingham.com |
| ranjit.mather@bnymellon.com | rqureshi@reedsmith.com |
| rbeacher@pryorcashman.com | rreid@sheppardmullin.com |
| rbyman@jenner.com | rroupinian@outtengolden.com |
| rdaversa@orrick.com | rrussell@andrewskurth.com |
| relgidely@gjb-law.com | rterenzi@stcwlaw.com |
| rfleischer@pryorcashman.com | rtrust@cravath.com |
| rfrankel@orrick.com | russj4478@aol.com |
| rfriedman@silvermanacampora.com | rwasserman@cftc.gov |
| rgmason@wlrk.com | rwyron@orrick.com |
| rgraham@whitecase.com | s.minehan@aozorabank.co.jp |
| rgraham@whitecase.com | sabin.willett@bingham.com |
| rhett.campbell@tklaw.com | sabramowitz@velaw.com |
| richard.lear@hklaw.com | sagolden@hhlaw.com |
| richard.levy@lw.com | sally.henry@skadden.com |
| richard.tisdale@friedfrank.com | sandyscafaria@eaton.com |

**Email Service List**

sara.tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com

splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com

**Email Service List**

| | |
|---|---|
| tmacwright@whitecase.com | Additional Parties |
| tmayer@kramerlevin.com | jacqueline.marcus@weil.com |
| tnixon@gklaw.com | lori.fife@weil.com |
| toby.r.rosenberg@irscounsel.treas.gov | richard.krasnow@weil.com |
| tony.davis@bakerbotts.com | shai.waisman@weil.com |
| tslome@msek.com | |
| ttracy@crockerkuno.com | |
| twheeler@lowenstein.com | |
| ukreppel@whitecase.com | |
| vdagostino@lowenstein.com | |
| villa@streusandlandon.com | |
| vmilione@nixonpeabody.com | |
| vrubinstein@loeb.com | |
| walter.stuart@freshfields.com | |
| wanda.goodloe@cbre.com | |
| wballaine@lcbf.com | |
| wbenzija@halperinlaw.net | |
| wcurchack@loeb.com | |
| wfoster@milbank.com | |
| william.m.goldman@dlapiper.com | |
| wiltenburg@hugheshubbard.com | |
| wisotska@pepperlaw.com | |
| wk@pwlawyers.com | |
| woconnor@crowell.com | |
| wrightth@sullcrom.com | |
| wsilverm@oshr.com | |
| wswearingen@llf-law.com | |
| wtaylor@mccarter.com | |
| wzoberman@bermanesq.com | |
| yamashiro@sumitomotrust.co.jp | |
| yuwatoko@mofo.com | |

**EXHIBIT B**

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

KAE [LBH] SVC 4/27/11

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

KAE [LBH] SVC 4/27/11

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NEW YORK 10005
ATTN: DENNIS F. DUNNE, ESQ.,
DENNIS O'DONNELL, ESQ., AND EVAN R. FLECK, ESQ.

KAE [LBH] SVC 4/27/11

WEIL GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153
ATTN: RICHARD P. KRASNOW, ESQ., LORI R. FIFE, ESQ.,
SHAI Y. WAISMAN, ESQ., AND
JACQUELINE MARCUS, ESQ.

KAE [LBH] SVC 4/27/11

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

# EXHIBIT D

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007