UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                        :

In re:                                                  :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :

                          Debtors.                        :
                                                       :

---------------------------------------------------------------- X

Chapter 11
Case No. 08-13555(JMP)
(Jointly Administered)

CERTIFICATE OF SERVICE

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 29th of April 2011, the Notice of Hearing to Consider Approval of Disclosure Statement with Respect to the Joint Chapter 11 Plan for Lehman Brothers Holdings Inc. and its Affiliated Debtors other than Merit, LLC, LB Somerset LLC and LB Preferred Somerset LLC Proposed by Non-Consolidation Plan Proponents and the Notice of Motion and Motion of Non-Consolidation Plan Proponents for Entry of an Order Approving the Disclosure Statement for the Joint Chapter 11 Plan for Lehman Brothers Holdings Inc. and its Affiliated Debtors other than Merit, LLC, LB Somerset LLC and LB Preferred Somerset LLC Proposed by Non-Consolidation Plan Proponents with Exhibit A were served by hand upon:

        Tracy Hope Davis, Esq.
        Elisabetta G. Gasparini, Esq.
        Andrea B. Schwartz, Esq.
        Office of the U.S. Trustee for Region 2
        33 Whitehall Street, 21st Floor
        New York, NY  10004

        Gerard Uzzi, Esq.
        J. Christopher Shore, Esq.
        White & Case LLP
        1155 Avenue of the Americas
        New York, NY  10036

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Harvey R. Miller, Eq.
Lori R. Fife, Esq.
Alfredo R. Perez, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

2. This service was made by assistant managing clerks of this firm under my general supervision.

Dated:  New York, New York
        April 29, 2011

_____
Richard V. Conza