# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.          Case No. <u>08-13555 (JMP)</u>
                                                Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: | Name of Transferor: |
|---|---|
| Putnam International Distributors, Ltd.<br>c/o Putnam Investments<br>One Post Office Square<br>Boston, MA 02109<br>Attention: Stephen Gianelli<br>617-760-1234 / stephen_gianelli@putnam.com | Putnam Structured Opportunities Fund, Ltd.<br>c/o Putnam Investments<br>One Post Office Square<br>Boston, MA 02109 |
| Notices to Transferee should be sent to:<br>(see above) | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.#: | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Putnam International Distributors, Ltd.<br>c/o Putnam Investments<br>Mail Stop C4C: 7 Shattuck Road<br>Andover, MA 01810<br>Attention: Custody Services, Judd Symon, Suzanne Deshaies, Wendy Driscoll | Name and Current Address of Transferor<br><br>Putnam Structured Opportunities Fund, Ltd.<br>c/o Putnam Investments<br>One Post Office Square<br>Boston, MA 02109<br>Attention: Stephen Gianelli<br>617-760-1234 / stephen_gianelli@putnam.com |
| Claim Amount:<br>$638,757.33 | |
| Court Claim No. (if known):<br>66728 (amending claim no. 15332) | |
| Date Claim Filed:<br>June 1, 2010 (amending claim filed September 17, 2009) | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____          Date: <u>April 27, 2011</u>
   Authorized Agent of Transferee

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.*

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

A/74164125.2

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Putnam Structured Opportunities Fund, Ltd., c/o Putnam Investments, One Post Office Square, Boston, MA 02109 ("Seller"), pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably transferred and assigned to Putnam International Distributors, Ltd., c/o Putnam Investments, One Post Office Square, Boston, MA 02109 ("Buyer"), all right, title and interest in and to that claim of Seller (the "Assigned Claim") against LEHMAN BROTHERS HOLDINGS INC. in the amount of $638,757.33, being the claim included in that proof of claim docketed as Claim No. 66728, amending Claim No. 15332, in the United States Bankruptcy Court, in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer of the Assigned Claim as an unconditional assignment and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 27th day of April, 2011.

Putnam Structured Opportunities Fund, Ltd.
By: The Putnam Advisory Company, LLC

By: _____
(Signature of authorized officer)

Name: James F Clark
Title: Sr Vice President
Tel.: (617) 760-8939


Putnam International Distributors, Ltd.

By: _____
(Signature of authorized officer)

Name: Joseph P Petitt
Title: Treasurer
Tel.: 617-760-7536

A/74164125.2