Presentment Date and Time:  May 3, 2011 at 12:00 p.m. (Prevailing Eastern Time)
Objection Date and Time:  May 2, 2011 at 11:00 a.m. (Prevailing Eastern Time)

GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone:  (414) 273-3500
Facsimile:  (414) 273-5198

Brady C. Williamson (*Pro Hac Vice*)
Katherine Stadler (*Pro Hac Vice*)

*Attorneys for the Fee Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.*, | : | **Case No. 08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | x | |

-------------------------------------------------------------

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746**
**REGARDING PROPOSED ORDER GRANTING APPLICATIONS**
**FOR THE ALLOWANCE OF INTERIM COMPENSATION FOR THE**
**FIFTH INTERIM PERIOD (FEBRUARY 1, 2010 THROUGH MAY 31, 2010)**
**FOR PROFESSIONAL SERVICES PERFORMED AND REIMBURSEMENT**
**OF ACTUAL AND NECESSARY EXPENSES INCURRED AND OTHER RELIEF**

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management

procedures set forth in the *Second Amended Order Pursuant to Section 105(a) of the Bankruptcy*

*Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case*

*Management Procedures* [Docket No. 9635] (the "**Second Amended Case Management**

**Order**"), the undersigned hereby certifies as follows:

1.      On April 22, 2011, the Fee Committee appointed in Lehman Brothers Holdings,

Inc. ("**LBHI**") with its affiliated debtors in possession (together, the "**Debtors**" and, collectively

with their non-debtor affiliates, "**Lehman**") pursuant to the *Order Appointing Fee Committee*

*and Approving Fee Protocol* (the "**Fee Committee Order**") [Docket No. 3651] and as amended by the April 14, 2011 *Order Amending the Fee Protocol* [Docket No. 15998], filed with this Court a *Notice of Presentment of Order Granting Applications for the Allowance of Interim Compensation for the Fifth Interim Period (February 1, 2010 through May 31, 2010) for Professional Services Performed and Reimbursement of Actual and Necessary Expenses Incurred and Other Relief* [Docket No. 16215] (the "**Fifth Interim Order**").

2. In accordance with the Second Amended Case Management Order, **May 2, 2011 at 11:00 a.m. (Prevailing Eastern Time)** was established as the deadline for parties to object or file responses to the proposed Fifth Interim Order (the "**Objection Deadline**"). The Second Amended Case Management Order provides that pleadings may be granted without hearing, provided that no objections have been filed prior to the Objection Deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Objection Deadline has now passed and, to the best of my knowledge, no objection or other responsive pleading to the proposed Fifth Interim Order has been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, nor has any objection or other responsive pleading with respect to the proposed Fifth Interim Order been served on the Fee Committee's counsel.

4.  Accordingly, the Fee Committee respectfully request that the proposed Order annexed hereto as **Exhibit A**, and unmodified since the filing of the notice of presentment of the Fifth Interim Order, be entered in accordance with the procedures described in the Second Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: Madison, Wisconsin
      May 2, 2011.

GODFREY & KAHN, S.C.

By:         /s/ *Katherine Stadler*
         Brady C. Williamson (BW 2549)
         Katherine Stadler (KS 6831)

         GODFREY & KAHN, S.C.
         780 North Water Street
         Milwaukee, Wisconsin 53202
         Telephone: (414) 273-3500
         Facsimile: (414) 273-5198
         E-mail: bwilliam@gklaw.com
                kstadler@gklaw.com

         *Attorneys for the Fee Committee*

6317146_1

# EXHIBIT A
## (Fifth Interim Order)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
In re                                    :            Chapter 11
                                         :
LEHMAN BROTHERS HOLDINGS, INC. *et al.*, :            Case No. 08-13555 (JMP)
                                         :
                        Debtors.         :            (Jointly Administered)
------------------------------------------------------- x

# ORDER GRANTING APPLICATIONS
# FOR THE ALLOWANCE OF INTERIM COMPENSATION
# FOR THE FIFTH INTERIM PERIOD (FEBRUARY 1, 2010 THROUGH
# MAY 31, 2010) FOR PROFESSIONAL SERVICES PERFORMED AND
# REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES
# <u>INCURRED AND OTHER RELIEF</u>

Upon consideration of the applications (collectively, the "**<u>Fifth Interim Applications</u>**")

for allowances of interim compensation for professional services performed and reimbursement

of actual and necessary expenses incurred during the period from February 1, 2010 through

May 31, 2010 (the "**<u>Application Period</u>**"),[1] pursuant to sections 330(a) and 331 of title 11 of the

United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy

Procedure, filed by the professionals listed on **<u>Schedule A(1)</u>** annexed hereto (the "Retained

Professionals"), and upon consideration of the recommended deductions (the "**<u>Recommended</u>**

**<u>Deductions</u>**") from fees and expenses made by the Fee Committee in these Chapter 11 cases

("**<u>Fee Committee</u>**"), rendered after the Fee Committee (under its prior Chairman) received and

reviewed written comments and/or conferred with Retained Professionals that responded to the

---

[1] The Application Period for Deloitte Tax, LLP is November 1, 2008 through May 1, 2010.  The Application Period for Lazard Fréres is January 1, 2010 through May 31, 2010.  The Application Period for Paul, Hastings, Janofsky & Walker LLP is March 1, 2010 through May 31, 2010.

issues raised by the Fee Committee's initial recommended deductions distributed to the Retained

Professionals on or about October 15, 2010; and after due notice pursuant to the second amended

order entered on June 17, 2010 governing case management and administrative procedures

[Docket No. 9635]; and there being no objections to the allowance of the amounts set forth on

**Schedule A(1)**; and after due consideration and upon all of the proceedings had before the Court,

and sufficient cause appearing therefore, it is hereby

  **ORDERED**:

1. The Recommended Deductions shall be applied provisionally to the Fifth Interim

   Applications, and the deduction amounts shall not be paid, pending a hearing to

   consider the Recommended Deductions and/or a negotiated resolution between

   the Retained Professional and the Fee Committee.  Nothing herein shall prejudice

   the rights of any Retained Professional to challenge the Recommended

   Deductions.

2. Interim compensation to the Retained Professionals for professional services

   performed during the Application Period is allowed and awarded in the amounts

   set forth on Schedule A(1) in the column entitled "Fees Awarded" pursuant to

   section 331 of the Bankruptcy Code.

3. Reimbursement to the Retained Professionals for expenses incurred during the

   Application Period is allowed and awarded in the amounts set forth on Schedule

   A(1) in the column entitled "Expenses Awarded."

4. Pursuant to this order, the Debtors are authorized and directed to pay the "Fees

   Awarded" and the "Expenses Awarded," which amounts are totaled in Schedule

   A(2) in the columns entitled "Total Fees Awarded" and "Total Expenses

6250680_1

Awarded," to the respective Retained Professionals, but only to the extent not

previously paid pursuant to the order dated April 14, 2011 governing interim

compensation in these cases [Docket No. 15997].

5.    This Order, like the previous orders for interim compensation for professional

services and the reimbursement of expenses, acknowledges--without resolving--

the points of disagreement between the Fee Committee and the Retained

Professionals on the application of sections 330 and 331 of the Bankruptcy Code

and the applicable guidelines and standards.  Neither the Retained Professionals

nor the Fee Committee in stipulating to the entry of this Order waive any right to

maintain their respective positions in connection with any applications for interim

compensation and reimbursement or a final application.

Dated:  New York, New York
           May _____, 2011.


_____
James M. Peck
UNITED STATES BANKRUPTCY JUDGE

# SCHEDULE A(1)

# Fifth Interim Fee Period:  February 1, 2010 to May 30, 2010[2]

Case No.: 08-13555 (JMP) (Chapter 11)
Case Name:  In re Lehman Brothers Holdings, Inc., *et al.*

| Applicant | Date/Dkt. No. of Application | Fees Requested | Fees Awarded (Including Fees already Paid through Monthly Statements) | Fees Payable by Debtors (Less Monthly Payments) | Expenses Requested | Expenses Awarded (Including Expenses already Paid through Monthly Statements) | Expenses Payable by Debtors (Less Monthly Payments) |
|---|---|---|---|---|---|---|---|
| Bingham McCutchen, LLP (formerly McKee Nelson) | 08/16/2010 [10759] | $2,746,440.48 | $2,616,539.44 | $249,182.24 | $103,873.32 | $103,363.01 | ($510.31) |
| Bortstein Legal, LLC | 08/16/2010 [10770] | $455,866.50 | $436,439.00 | $71,729.80 | $0.00 | $0.00 | $0.00 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | 08/16/2010 [10795] **Superseded 09/02/2010** [11145] | $3,546,135.00 | $3,440,334.85 | $603,426.85 | $135,181.82 | $113,036.80 | ($22,14484) |
| Dechert LLP | 08/16/2010 [10768] | $624,268.85 | $611,775.69 | $114,250.49 | $11,199.34 | $10,981.51 | ($217.83) |
| Deloitte Tax LLP | 12/29/2010 [13724] | $110,856.50 | $110,856.50 | $22,171.30 | $126.35 | $126.35 | $0.00 |
| Ernst & Young LLP | 07/23/2010 [10393] | $25,083.50 | $23,734.10 | $3,667.30 | $0.00 | $0.00 | $0.00 |

---

[2] The figures in this schedule, and in Schedule A(2), represent the most current data available, based on information provided to the Fee Committee by the Retained Professionals and by Feinberg Rozen -- without subsequent or independent review and verification.  The Fee Committee cannot independently verify the accuracy of all of these figures at this time, although the Fee Committee and its counsel may, with Court Approval, undertake a retrospective analysis of the applications for the fifth and preceding application periods.

| Applicant | Date/Dkt. No. of Application | Fees Requested | Fees Awarded (Including Fees already Paid through Monthly Statements) | Fees Payable by Debtors (Less Monthly Payments) | Expenses Requested | Expenses Awarded (Including Expenses already Paid through Monthly Statements) | Expenses Payable by Debtors (Less Monthly Payments) |
|---|---|---|---|---|---|---|---|
| FTI Consulting, Inc. | 08/16/2010 [10788] | $9,684,055.45 | $9,658,001.00 | $1,910,756.64 | $89,869.95 | $83,174.45 | ($6,695.50) |
| Gibson Dunn & Crutcher LLP | 08/16/2010 [10776] | $771,797.53 | $651,642.23[3] | $34,104.21 | $12,644.51 | $10,422.29 | ($2,222.00) |
| Houlihan Lokey Howard & Zurkin Capital, Inc. | 08/16/2010 [10799] | $1,600,000.00 | $1,823,299.86[4] | $543,299.86 | $54,675.06 | $53,107.01 | ($1,568.05) |
| Jenner & Block LLP | 08/16/2010 [10779] | $3,527,374.26 | $3,303,960.10 | $482,060.69 | $362,281.56 | $324,275.54 | ($38,006.02) |
| Jones Day | 08/16/2010 [10763] | $12,925,764.10 | $12,748,365.64 | $2,407,754.36 | $361,198.39 | $348,623.74 | ($12,574.65) |
| Kasowitz, Benson, Torres & Friedman, LLP | 08/16/2010 [10787] | $186,714.50 | $158,914.14 | $9,542.54 | $125,292.82 | $125,292.82 | $0.00 |
| Kleyr Grasso Associes | 08/16/2010 [10774] | $198,958.50 | $123,264.86 | ($35,901.93) | $4,706.27 | $3,780.13 | ($926.14) |

---

[3] This amount includes a $18,615.10 reduction described in the *Amended Second Application of Gibson, Dunn & Crutcher LLP, as a 327(e) Professional, for Allowance of Interim Compensation for Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from February 1, 2010 through May 31, 2010* [Docket No. 15005].

[4] This amount includes additional interim compensation in the amount of $223,299.86 for professional services performed during the period September 15, 2008 through January 31, 2009, previously requested and approved by the Fee Committee but never allowed by the Court or paid by the Debtors.

6

| Applicant | Date/Dkt. No. of Application | Fees Requested | Fees Awarded (Including Fees already Paid through Monthly Statements) | Fees Payable by Debtors (Less Monthly Payments) | Expenses Requested | Expenses Awarded (Including Expenses already Paid through Monthly Statements) | Expenses Payable by Debtors (Less Monthly Payments) |
|---|---|---|---|---|---|---|---|
| Latham & Watkins LLP | 08/13/2010 [10749] | $195,195.50 | $192,805.00 | $7,074.30 | $9,437.80 | $8,732.08 | ($705.72) |
| Lazard Fréres & Co. LLC | 08/16/2010 [10773] Amended 09/24/2010 [11572] | $3,250,000.00 | $3,250,000.00 | $650,000.00 | $633,764.76 | $633,764.76 | $0.00 |
| Milbank, Tweed, Hadley & McCloy LLP | 08/16/2010 [10804] | $19,450,342.75 | $19,041,118.43 | $3,480,844.23 | $851,804.27 | $847,210.46 | ($4,593.81) |
| Momo-o, Matsuo & Namba | 10/27/2010 [12312] | $107,620.60 | $107,620.60 | $21,524.12 | $5,628.83 | $5,628.83 | $0.00 |
| The O'Neil Group | 08/02/2010 [10596] | $278,425.50 | $275,995.50 | $53,255.10 | $27,864.26 | $27,654.51 | ($209.75) |
| Pachulski, Stang, Ziehl & Jones LLP | 08/17/2010 [10815] | $469,354.86 | $350,611.11 | ($24,931.81) | $3,843.96 | $2,688.24 | ($1,155.72) |
| Paul, Hastings, Janofsky & Walker LLP | 09/24/2010 [11569] | $296,514.21 | $296,514.21 | $59,302.84 | $197.94 | $149.64 | ($48.30) |
| PricewaterhouseCoopers LLP | 07/06/2010 [10019] | $235,186.60 | $161,151.72 | ($36,350.47) | $9,352.91 | $2,055.72 | ($7,297.19) |
| Quinn, Emanuel, Urquhart & Sullivan, LLP | 08/16/2010 [10805] | $3,480,537.09 | $3,366,004.62 | $581,574.95 | $281,095.21 | $278,398.49 | ($2,696.72) |

| Applicant | Date/Dkt. No. of Application | Fees Requested | Fees Awarded (Including Fees already Paid through Monthly Statements) | Fees Payable by Debtors (Less Monthly Payments) | Expenses Requested | Expenses Awarded (Including Expenses already Paid through Monthly Statements) | Expenses Payable by Debtors (Less Monthly Payments) |
|---|---|---|---|---|---|---|---|
| Reilly Pozner, LLP | 08/6/2010 [10661] | $1,068,857.50 | $999,282.00 | $144,196.00 | $113,127.60 | $113,127.60 | $0.00 |
| Richard Sheldon QC | 08/16/2010 [10800] | $16,794.28 | $16,794.28 | $3,385.86 | $0.00 | $0.00 | $0.00 |
| Simpson Thacher & Bartlett LLP | 08/17/2010 [10821] | $117,433.90 | $104,919.34 | $10,972.22 | $1,797.51 | $1,610.30 | ($187.21) |
| Sutherland Asbill & Brennan LLP | 08/16/2010 [10761] | $232,905.50 | $224,703.00 | $38,378.60 | $1,024.12 | $1,024.12 | $0.00 |
| Weil, Gotshal & Manges LLP | 08/16/2010 [10791] | $46,694,158.14 | $45,941,292.47 | $8,585,965.96 | $1,125,788.89 | $1,088,391.82 | ($37,397.07) |
| Windels Marx Lane & Mittendorf, LLP | 08/16/2010 [10784] | $480,262.12 | $458,354.62 | $74,144.92 | $6,378.89 | $5,714.38 | ($664.51) |

Schedule A(1)                    Date:  May __, 2011                    Initials:  _____, USBJ

# **SCHEDULE A(2)**

### Summary:  All Compensation Periods[5]
#### (Including This Period)

Case No.:  08-13555 (JMP)
Case Name:  In re Lehman Brothers Holdings, Inc., *et al.*

| Applicant | Total Fees Requested | Total Fees Awarded | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|
| Bingham McCutchen, LLP (formerly McKee Nelson) | $13,722,367.50 | $13,337,598.37 | $586,945.50 | $543,316.15 |
| Bortstein Legal, LLC | $3,558,064.25 | $3,507,493.70 | $0.00 | $0.00 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | $20,449,086.50 | $20,050,320.14 | $726,841.37 | $609,033.60 |
| Dechert LLP | $624,268.85 | $611,775.69 | $11,199.34 | $10,981.51 |
| Deloitte Tax LLP | $110,856.50 | $110,856.50 | $126.35 | $126.35 |
| Ernst & Young LLP | $1,624,861.00 | $1,554,938.38 | $0.00 | $0.00 |
| FTI Consulting, Inc. | $38,819,874.34 | $38,660,382.91 | $881,084.27 | $821,458.65 |
| Gibson Dunn & Crutcher LLP | $1,706,731.46 | $1,529,024.34 | $24,369.17 | $21,956.54 |
| Houlihan Lokey Howard & Zurkin Capital, Inc. | $8,786,666.66 | $8,786,633.19 | $437,750.40 | $383,426.40 |
| Jenner & Block LLP | $51,770,504.46 | $50,502,363.15 | $7,948,798.36 | $7,629,540.68 |
| Jones Day | $36,234,472.90 | $35,250,294.08 | $1,451,984.90 | $991,681.55 |
| Kasowitz, Benson, Torres & Friedman, LLP | $186,714.50 | $158,914.14 | $125,292.82 | $125,292.82 |

---

[5] The figures in this schedule, and in Schedule A(1), represent the most current data available, based on information provided to the Fee Committee by the Retained Professionals and by Feinberg Rozen -- without subsequent or independent review and verification.  The Fee Committee cannot independently verify the accuracy of all of these figures at this time, although the Fee Committee and its counsel may, with Court Approval, undertake a retrospective analysis of the applications for the fifth and preceding application periods.

| Applicant | Total Fees Requested | Total Fees Awarded | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|
| Kleyr Grasso Associes | $443,509.56 | $340,182.88 | $8,688.01 | $6,715.74 |
| Latham & Watkins LLP | $195,195.50 | $192,805.00 | $9,437.80 | $8,732.08 |
| Lazard Fréres & Co. LLC | $26,800,000.00 | $26,800,000.00 | $700,433.43 | $698,717.34 |
| Milbank, Tweed, Hadley & McCloy LLP | $72,889,558.25 | $71,232,788.83 | $3,575,161.24 | $3,410,261.40 |
| Momo-o, Matsuo & Namba | $107,620.60 | $107,620.60 | $5,628.83 | $5,628.83 |
| The O'Neil Group | $286,201.50 | $282,805.26 | $29,801.18 | $29,286.43 |
| Pachulski, Stang, Ziehl & Jones LLP | $1,546,622.05 | $1,300,953.00 | $30,736.45 | $26,297.42 |
| Paul, Hastings, Janofsky & Walker LLP | $296,514.21 | $296,514.21 | $197.94 | $149.64 |
| PricewaterhouseCoopers LLP | $809,398.65 | $729,200.89 | $11,837.38 | $4,524.18 |
| Quinn, Emanuel, Urquhart & Sullivan, LLP | $11,508,611.27 | $11,076,365.83 | $686,303.21 | $576,275.69 |
| Reilly Pozner, LLP | $3,308,104.50 | $3,157,582.16 | $369,948.04 | $332,189.31 |
| Richard Sheldon QC | $151,779.32 | $151,779.32 | $19.83 | $19.83 |
| Simpson Thacher & Bartlett LLP | $2,535,969.40 | $2,479,587.28 | $43,686.02 | $42,077.51 |
| Sutherland Asbill & Brennan LLP | $232,905.50 | $224,703.00 | $1,024.12 | $1,024.12 |
| Weil, Gotshal & Manges LLP | $232,775,158.14 | $230,352,338.97 | $5,985,914.05 | $5,864,760.87 |
| Windels Marx Lane & Mittendorf, LLP | $1,969,032.12 | $1,864,067.19 | $52,092.32 | $28,377.43 |

Schedule A(2)                    Date:  May __, 2011                    Initials:  _____, USBJ