UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :    (Jointly Administered)
                    Debtors.                       :
                                                   :
------------------------------------------------------------------x    Ref. Docket No. 16242

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 27, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
2nd day of May, 2011

/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|                                                 |
In re                                             |    Chapter 11 Case No.
                                                  |
                                                  |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,             |
                                                  |    (Jointly Administered)
                                                  |
            Debtors.                              |
                                                  |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:    UNION BANCAIRE PRIVEE
               ATTN CORPORATE ACTIONS DEPARTMENT
               RUE DU RHONE 96-98
               CASE POSTALE 1320
               GENEVA 1     1211
               SWITZERLAND

Please note that your claim # 47101 in the above referenced case and in the amount of
        $100,000.00         has been transferred **(unless previously expunged by court order)**

               DARENGO SOCIEDAD ANONIMA
               TRANSFEROR: UNION BANCAIRE PRIVEE
               1900 NORTHWEST 97 AVENUE
               SUITE 051-101091
               MIAMI FL 33172

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 16242     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/27/2011                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2011.

# EXHIBIT B

```
TIME: 19:33:00
DATE: 04/27/11                                        LEHMAN BROTHERS HOLDING INC.                                        PAGE: 1
                                                           CREDITOR LISTING

Name                              Address
DARENGO SOCIEDAD ANONIMA          TRANSFEROR: UNION BANCAIRE PRIVEE 1900 NORTHWEST 97 AVENUE SUITE 051-101091 MIAMI FL 33172
UNION BANCAIRE PRIVEE             ATTN CORPORATE ACTIONS DEPARTMENT RUE DU RHONE 96-98 CASE POSTALE 1320 GENEVA 1  1211 SWITZERLAND

Total Number of Records Printed           2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC