Alex R. Rovira
Sidley Austin LLP
787 Seventh Ave.
New York, NY 10019
Tel: (212)839-5300
Fax: (212)839-5599

*Counsel For Diamondback Master Fund, Ltd..*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
In re:                                                         :    Chapter 11
                                                               :
Lehman Brothers Holdings Inc., *et al.*,                       :    Case No. 08-13555 (JMP)
                                                               :
                          Debtors,                             :    (Jointly Administered)
                                                               :
                                                               :
---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            )   s.s.:
COUNTY OF NEW YORK          )

       1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

       2. On April 28, 2011 I caused to be served a true and correct copy of the **Notice of Intent to Participate in Discovery Related to Plan Confirmation** for Diamondback Master Fund, Ltd. by email and by hand upon: (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attn: Shai Waisman, Esq.(shai.waisman@weil.com) and Lori Fife, Esq. (lori.fife@weil.com); and (ii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase

NY1 7657612v.1

Manhattan Plaza, New York, NY  10005, Attn: Dennis F. Dunne, Esq. (ddunne@milbank.com),

Dennis O'Donnell, Esq. (dodonnell@milbank.com), and Evan Fleck, Esq.

(efleck@milbank.com).

      /s/ Eileen A. McDonnell_____
EILEEN A. MCDONNELL

Sworn to before me this
2nd day of May 2011

/s/ Melanie Nelson_____
Notary Public, State of New York
No.01NE6214750
Qualified in New York County
Commission Expires 12/21/13

2