Form 210A (12/09)

# United States Bankruptcy Court

**Southern** District Of **New York**

In re Lehman Brothers Holdings Inc.   Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Katharina Pollinger**
Name of Transferee

Name and Address where notices to transferee should be sent:

Katharina Pollinger
Aubrigstr. 25, CH-8645 Jona

Phone: +41 55 212 30 26
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Zürcher Kantonalbank, Attn. LOAV7/Gabriele Frossard
P.O. Box, CH-8010 Zurich

Phone: +41 44 292 76 67 / E-mail: gabriele.frossard@zkb.ch
Last Four Digits of Acct #:

**Credit Suisse AG**
Name of Transferor

Court Claim # (if known): 55829
Amount of Claim: CHF 26,000
Date Claim Filed: October 29, 2009

Phone:
Last Four Digits of Acct. #:

Note: This is a partial transfer of Claim only. See attached evidence of transfer for details.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **Zürcher Kantonalbank**   Date: 05.04.2011
Transferee/Transferee's Agent

Thomas Seebacher   Gabriele Frossard

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Katharina Pollinger** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**), **CHF 26'000 (twentysixthousand Swiss Franks)** related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON March 16, 2011.

**CREDIT SUISSE AG**

By: _____
Name: Martina Stettler
Title: Vice President

By: _____
Name: Juliette Diallo
Title: Assistant Vice President

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Currency and nominal amount |
|---|---|---|---|---|
| XS0223590612 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 26'000.00 |



Bahnhofstr. 9, CH-8001 Zurich
Postal address: P.O. Box, CH-8010, Zurich

**Registered Mail**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Reference    Special Actions LOAV7
Contact      Gabriele Frossard
E-mail       corporateactions@zkb.ch
Direct tel.  +41 44 292 76 67
Fax          +41 44 292 86 64

Zurich, 5-Apr-11

## Partial Transfer of Claim "Lehman Brothers Holdings Inc."

Dear Sir or Madam

Please find enclosed, both the "Form 210A" and the orginally signed "Evidence of Transfer of Claim" including "Schedule I" released by Credit Suisse AG on March 16, 2011.

We kindly ask you to process the partial transfer of claim:

ISIN:            XS0223590612
Titel:           Euro Medium-Term Notes Lehman Brothers 2005-22.7.09
Nominal:         CHF 26,000
Transferor:      Credit Suisse AG
Transferee:      Katharina Pollinger
Initial Proof of Claim Number: 55829

Please confirm us the receipt. We thank you in advance.

Yours sincerely

Zürcher Kantonalbank

Thomas Seebacher         Gabriele Frossard

- "Form 210A"
- "Evidence of Transfer of Claim" including "Schedule I"

www.zkb.ch