Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 34471**

We would like to inform you that Mr. Peter Nagel who filed the claim Number 34471 on 09/23/2009 has assigned the rights arising out of this claim corresponding with the following securities

1. Lehman Brothers Treasury Co. BV EO-FLR Med.T Nts 20005 (12/35,WKN A00GG1V / ISIN XSO232364868) in the amount of a face value (purchase date: June 1th 2006) of USD 29,566 (EUR 20,000),

2. Lehman Brothers Treasury Co. BV EO-FLR Med.T Nts 20005 (12/35,WKN A00GG1V / ISIN XSO232364868 ) in the amount a face value (purchase date: November 14th 2006) of USD 7,391 (EUR 5,000),

3. Lehman Brothers Treasury Co. BV EO-FLR Med.T Nts 20005 (12/35,WKN A00GG1V / ISIN XSO232364868) in the amount of a face value (purchase date: September 7th 2007) of USD 14,783 (EUR 10,000),

4. 100 Nts Lehman Brothers Treasury Co. BV. Express N. 06.01.14 Basket (WKN A0SUA9 / ISIN DE000A0SUA99) in the amount of a face value (purchase date: December 14th 2007) of USD 151,063 (EUR 102,187),

5. 75 Nts Lehman Brothers Treasury Co. BV. Express N. 06.01.14 Basket (WKN A0V7WS / ISIN DE000A0V7WSO) in the amount of a face value (purchase date: April 25th 2008) of USD 83,488 (EUR 56,476)

to
**Delbrück Bethmann Maffei AG**
**Bethmannstraße 7-9**
**60311 Frankfurt am Main**
**Germany.**

Delbrück Bethmann Maffei AG has agreed to this assignment. Both Mr. Peter Nagel and Delbrück Bethmann Maffei AG acknowledge and represent that due to this assignment Delbrück Bethmann Maffei AG has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, 22.02.2011                    Amberg, Febr. 14. 2011

Delbrück Bethmann Maffei AG              Peter Nagel
(Assignee)                               (Assignor)

(Jochen Weber)   (Oliver Körner)         (Peter Nagel)



Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Delbrück Bethmann Maffei AG
Investment Products
Bethmannstrasse 7 – 9
60311 Frankfurt am Main
Germany

Frankfurt, on April 6, 2011

Dear Sir or Madam,

Please find one change in ownership of claims from Mr. Peter Nagel.

The claim numbers is the following:

34471

A confirmation of the process would be highly appreciated.

Should you have any questions, please do not hesitate to contact Moritz Bauer by e-mail: moritz.bauer@DeBeMa.de

Thank you very much!

Kind regards

Axel Jörgens                                              Moritz Bauer

Delbrück Bethmann Maffei AG         Vorsitzender des Aufsichtsrates:    Sitz der Gesellschaft: Frankfurt am Main
Bethmannstraße 7-9                   Jeroen Rijpkema                     Amtsgericht Frankfurt am Main,
60311 Frankfurt am Main              Vorstand:                           HRB 57565
Briefadresse: Postfach 10 06 32      Horst Schmidt (Vors.)               USt-Nr.:  045 228 02622
60006 Frankfurt am Main              Walter Huber, Stephan Isenberg      USt-ID:   DE 122786951
Telefon (0 69) 21 77- 0
Telefax (0 69) 21 77- 34 49