Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)
Claim Number: 36740**

we would like to inform you that Mr. Helmut Grams who filed the claim Number 36740 on 06/10/2009 has assigned all his rights arising out of this claim to

**Delbrück Bethmann Maffei AG
Bethmannstraße 7-9
60311 Frankfurt am Main
Germany**

Delbrück Bethmann Maffei AG has agreed to this assignment. Both Mr. Helmut Grams and Delbrück Bethmann Maffei AG acknowledge and represent that due to this assignment Delbrück Bethmann Maffei AG has become the holder of the aforementioned rights.

We kindly ask you to confirm the receipt of this letter.

Yours sincerely

Frankfurt, 22.02.2011                    Bremen, 18.02.2011

Delbrück Bethmann Maffei AG              Helmut Grams
(Assignee)                               (Assigner)

(Jochen Weber)    (Oliver Körner)        (Helmut Grams)



Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

          Delbrück Bethmann Maffei AG
          Investment Products
          Bethmannstrasse 7 – 9
          60311 Frankfurt am Main
          Germany

Frankfurt, on April 6, 2011

Dear Sir or Madam,

Please find one change in ownership of claims from Mr. Helmut Grams.

The claim numbers is the following:

36740

A confirmation of the process would be highly appreciated.

Should you have any questions, please do not hesitate to contact Moritz Bauer by e-mail: moritz.bauer@DeBeMa.de

Thank you very much!

Kind regards

Axel Jörgens                                                         Moritz Bauer

Delbrück Bethmann Maffei AG
Bethmannstraße 7-9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon (0 69) 2177-0
Telefax (0 69) 2177-34 49

Vorsitzender des Aufsichtsrates:
Jeroen Rijpkema
Vorstand:
Horst Schmidt (Vors.)
Walter Huber, Stephan Isenberg

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main,
HRB 57565
USt-Nr.: 045 228 02622
USt-ID: DE 122786951