Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 31324**

we would like to inform you that Ms. Heidede Schneider who filed the claim Number 31324 on 09/22/2009 has assigned all rights arising out of this claim to

**Delbrück Bethmann Maffei AG**
**Bethmannstraße 7-9**
**60311 Frankfurt am Main**
**Germany**

Delbrück Bethmann Maffei AG has agreed to this assignation. Both Ms. Heidede Schneider and Delbrück Bethmann Maffei AG acknowledge and represent that due to this assignation Delbrück Bethmann Maffei AG has become the holder of the afore-mentioned rights.

We kindly ask you to confirm the receipt of this letter.

Yours sincerely

Frankfurt, 14.12.2010                                    Hamburg, 4. 12. 2010

Delbrück Bethmann Maffei AG                              Heidede Schneider
(Assignee)                                               (Assigner)


(Jochen Weber)     (Oliver Körner)                       (Heidede Schneider)



Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Delbrück Bethmann Maffei AG
Investment Products
Bethmannstrasse 7 – 9
60311 Frankfurt am Main
Germany

Frankfurt, on April 6, 2011

Dear Sir or Madam,

Please find one change in ownership of claims from Ms. Heidede Schneider.

The claim numbers is the following:

31324

A confirmation of the process would be highly appreciated.

Should you have any questions, please do not hesitate to contact Moritz Bauer by e-mail: moritz.bauer@DeBeMa.de

Thank you very much!

Kind regards

Axel Jörgens                                                                 Moritz Bauer

Delbrück Bethmann Maffei AG
Bethmannstraße 7-9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon (0 69) 21 77-0
Telefax (0 69) 21 77-34 49

Vorsitzender des Aufsichtsrates:
Jeroen Rijkema
Vorstand:
Horst Schmidt (Vors.)
Walter Huber, Stephan Isenberg

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main,
HRB 57565
USt-Nr.: 045 228 02622
USt-ID:   DE 122786951