

B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**                                      Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**ILLIQUIDX LTD**                                                **Hyposwiss Private Bank Geneve SA**
Name of Transferee                                              Name of Transferor

Name and Address where notices to transferee                    Court Claim # (if known): **44509**
should be sent:                                                 Total Amount of Claim Filed:
                                                                USD $ 6,600,000.00
                                                                Amount of Claim Transferred:
                                                                USD $ 4,020,000.00 (60.90909% of claim amount)
**Celestino Amore**                                             ISIN/CUSIP: XS0336556146
**Managing Director**                                           Date Claim Filed: October 22, 2009
**Illiquidx Ltd**
**80 Fleet Street**
**London EC4Y 1EL, UK**
**Phone: +44 207 832 0181**
**Email: amore@illiquidx.com**

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                            Date: April 15th, 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**         Case No. 08-13555

## NOTICE OF TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. **44509** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **15th of April 2011.**

| | |
|---|---|
| **Hyposwiss Private Bank Geneve SA** | **ILLIQUIDIX LTD** |
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| | |
| **Hyposwiss Private Bank Geneve SA** | **Illiquidx Ltd** |
| **7 rue des Alpes** | **80 Fleet Street** |
| **CH-122 Geneve 1** | **London EC4Y 1EL** |
| **Switzerland** | **United Kingdom** |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                    _____
                                                  CLERK OF THE COURT

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

1.      For value received, the adequacy and sufficiency of which are hereby acknowledged, **Hyposwiss Private Bank Geneve SA** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Illiquidx Ltd.** (the "Purchaser"), under the condition set out in clause 7 and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the claim amount specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number **44509** filed by or on behalf of Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to or evidencing the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim and any and all of Seller's right, title and interest in, to and under any right or remedy of Seller or any prior seller against any prior seller in respect of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 (as "Lehman Programs Securities to which Transfer Relates") attached hereto together with all rights and claims of the Seller against the issuer of each Purchased Security in respect thereof.

2.      Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer of Claim; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors of the Debtor that are nor entitled to priority under the Bankruptcy Code and are not subordinated.

3.      Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the

Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer of Claim supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer of Claim, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7. The parties acknowledge that settlement shall be made on delivery of the Transferred Claim and the Purchased Security versus payment basis. For the avoidance of doubt, the parties acknowledge and agree that the transfer contemplated hereby shall not occur unless and until the Purchaser shall have paid the purchase price in full.

8. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 12th day of April, 2011.

**Hyposwiss Private Bank Geneve SA**
7 rue des Alpes
CH-122 Geneve 1
Switzerland

By: _____
Name: J.-D. Braillard  Wolfgang Derungs
Title: Authorised Signatories

**Illiquidx Ltd.**
80 Fleet Street
London EC4Y 1EL
UNITED KINGDOM

By: _____
Name: Celestino Amore
Title: *Managing Director*

2

## SCHEDULE 1

### Transferred Claims

**Purchased Claim**

60.90909% of US$ 6,600,000.00 which is the equivalent of US$ 4,020,000.00 (the outstanding amount of ISIN/CUSIP XS0336556146 as described in the Proof of Claim as of 12th day of April, 2011), plus all accrued interest, fees and other recoveries due.

**Lehman Programs Securities to which Transfer Relates**

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | U.S. $ Amount claimed in Proof of Claim with respect to Lehman Programs Securities to which Transfer relates |
|---|---|---|---|---|---|---|---|
| Issue of USD8,000,000 Callable Index Linked Notes due December 2017 Guaranteed by Lehman Brothers Holdings Inc. under the U.S.$100,000,00 0,000 Euro Medium-Term Note Program | XS0336556146 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 60.90909% of the ISIN/CUSIP XS0336556146 under the Proof of Claim, which is US$ 4,020,000.00, plus all accrued interest, fees and recoveries due. | Index-linked interest | 27th of December 2017 | US$ 4,020,000.00 , plus all accrued interest, fees and recoveries due. |

| United States Bankruptcy Court/Southern District of New York | | LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | |
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000044509 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Hyposwiss Private Bank Genève SA
7 rue des Alpes,
CH-1211 Genève 1, Switzerland

Telephone number: **+41227163686**  Email Address: **genevacorporate@hyposwiss.ch**

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:    Email Address:

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ __6,600,000.00__ (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): **XS0336556146** (Required)

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

**EUROCLEAR: 6045303** (Required)

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
**EUROCLEAR: account-number 98440** (Required)

**5.** Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date:<br>2009-10-21 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *[signature]* | FOR COURT USE ONLY<br><br>**FILED / RECEIVED**<br>**OCT 2 2 2009**<br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Alexander Dimanow            Wolfgang Derungs
Member of Management Committee    Deputy Head of Operations

# HYPOSWISS
PRIVATE BANK

Hyposwiss Private Bank Genève SA
7 rue des Alpes
Case postale 1380
CH-1211 Genève 1
Téléphone +41 (0) 22 716 36 36
Fax +41 (0) 22 716 36 19
www.hyposwiss.ch

By DHL
**Epiq Bankruptcy Solutions, LLC**
Attn: Lehman Brothers Holding Claim Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

United States

Contact: Wolfgang Derungs
+41 22 716 36 86
wolfgang.derungs@hyposwiss.ch
genevacorporate@hyposwiss.ch

Geneva, 21st October 2009

**Re: Proof of claim on Lehman Brothers Holdings Inc**

Dear Claim Processing Team,

Enclosed you will find our duly signed original Proof of Claim Forms, as authorized representative acting on behalf of our clients.

Our proof of claims are based as mentioned in your Lehman Program Securities List.

- XS0340291722    Var Lehman Brothers 08-30.01.2018         Nom. USD 9,340,000.00
- XS0342489589    Var Lehman Brothers EMTN 08-31.01.18      Nom. USD 1,800,000.00
- XS0336556146    Lehman Brothers 100% Prin 07-27.12.17     Nom. USD 6,600,000.00
- XS0229269856    5.125 Lehman 05-perp non-cum pfd call     Nom. USD   285,240.00
- ANN521331671    0 Lehman Brothers -30.12.2010             Nom. USD    19,307.00
- XS0224346592    Lehman Brothers 05-20.07.2012 EMTN        Nom. USD 1,958,360.00
- XS0300055547    4.892 Lehman Brothers 07-10.05.2012 EMTN  Nom. USD    70,955.00
- XS0232364868    Lehman Brothers EMTN 05-2.11.2035         Nom. USD   141'910.00
- XS0229584296    TV Lehman Brothers 05-05.10.2035 EMTN     Nom. USD   567,640.00
- XS0210433206    TV Lehman Brothers 2006-2035              Nom. USD   354,775.00

Do not hesitate to contact Mr Wolfgang Derungs, at +41 22 716 3686 or genevacorporate@hyposwiss.ch if you need any further information.

Yours sincerely,

Hyposwiss Private Bank Genève S.A.

Alexander Dimanow                Wolfgang Derungs
Member of Management Committee   Deputy of Operations

Annexe : mentioned

## EUROCLEAR BANK SA/NV

1 BOULEVARD DU ROI ALBERT II
B-1210 BRUSSELS, BELGIUM
TEL. +32 (0)2 326 2810
VAT  BE 429.875.591
RPM BRUSSELS 0429875591

SWIFT BIC  MGTC BE BE
RCB       486.370

THESE ENTRIES HAVE BEEN PASSED TO YOUR ACCOUNT TODAY.
PLEASE CHECK THIS REPORT UPON RECEIPT AND ADVISE
EUROCLEAR CLIENT SERVICE OF ANY DISCREPANCIES.

HYPOSWISS BK SA, GVA

| PRINCIPAL AMOUNT OR NUMBER OF SHARES | DESCRIPTION | RELATED MONEY AMOUNT - TO YOUR DEBIT + TO YOUR CREDIT | VALUE DATE | SETLMT DATE | YOUR REF. NB | OUR REF. NB STATUS |
|---|---|---|---|---|---|---|
| | ************************************************ * ACTIVITY IN SECURITIES CLEARANCE ACCOUNT * ************************************************ | | | | | |
| | LEHMAN BROTHERS SEC CERT    30/12/10 SN ANN521331671 LAST STATEMENT DATE  14/10/09 | | | | | |
| 6  + | SEC. CLCE ACC. OPENING BALANCE | | | | | |
| | ----------SETTLEMENT PROCESSING------------ POSITION BLOCKED              6       SPECIAL CUSTODY OPERATION (NC)       CUSTODY OPERATION       DEPOSITORY:00059 | | | | AA0106035-SCD | 5382225 SETD-BLK |
| 6  + | SEC. CLCE ACC. CLOSING BALANCE | | | | | |

## EUROCLEAR BANK SA/NV

1 BOULEVARD DU ROI ALBERT II
B-1210 BRUSSELS, BELGIUM
TEL +32 (0)2 326 2810
VAT BE 429.875.591
RPM BRUSSELS 0429875591

SWIFT BIC  MGTC BE BE
RCB       486.370

THESE ENTRIES HAVE BEEN PASSED TO YOUR ACCOUNT TODAY.
PLEASE CHECK THIS REPORT UPON RECEIPT AND ADVISE
EUROCLEAR CLIENT SERVICE OF ANY DISCREPANCIES.

HYPOSWISS BK SA, GVA

| PRINCIPAL AMOUNT OR NUMBER OF SHARES | DESCRIPTION | RELATED MONEY AMOUNT - TO YOUR DEBIT + TO YOUR CREDIT | VALUE DATE | SETLMT DATE | YOUR REF. NB | OUR REF. NB STATUS |
|---|---|---|---|---|---|---|
| | ----------SETTLEMENT PROCESSING----------<br>POSITION BLOCKED<br>EUR    250,000<br>    SPECIAL CUSTODY OPERATION (NC)<br>    CUSTODY OPERATION<br>    DEPOSITORY:00059 | | | | AA0106040-SCD | 5382235<br>SETD-BLK |
| 250,000  + | SEC. CLCE ACC. CLOSING BALANCE | | | | | |
| EUR | LEHMAN BROTHERS HOL VAR    00/07/12 SN XS0224346592 | | | | | |
| | LAST STATEMENT DATE  14/10/09 | | | | | |
| 1,380,000  + | SEC. CLCE ACC. OPENING BALANCE | | | | | |
| | ----------SETTLEMENT PROCESSING----------<br>POSITION BLOCKED<br>EUR   1,380,000<br>    SPECIAL CUSTODY OPERATION (NC)<br>    CUSTODY OPERATION<br>    DEPOSITORY:00059 | | | | AA0106036-SCD | 5382197<br>SETD-BLK |
| 1,380,000  + | SEC. CLCE ACC. CLOSING BALANCE | | | | | |
| EUR | LEHMAN BROTHERS UK  5.12500 UNDATED  SN XS0229269856 | | | | | |
| | LAST STATEMENT DATE  14/10/09 | | | | | |
| 200,000  + | SEC. CLCE ACC. OPENING BALANCE | | | | | |
| | ----------SETTLEMENT PROCESSING----------<br>POSITION BLOCKED<br>EUR    200,000<br>    SPECIAL CUSTODY OPERATION (NC)<br>    CUSTODY OPERATION<br>    DEPOSITORY:00059 | | | | AA0106034-SCD | 5382188<br>SETD-BLK |
| 200,000  + | SEC. CLCE ACC. CLOSING BALANCE | | | | | |
| EUR | LEHMAN BROTHERS TRE 7.25000 00/10/35 SN XS0229584296 | | | | | |
| | LAST STATEMENT DATE  14/10/09 | | | | | |
| 400,000  + | SEC. CLCE ACC. OPENING BALANCE | | | | | |
| | ----------SETTLEMENT PROCESSING----------<br>POSITION BLOCKED<br>EUR    400,000<br>    SPECIAL CUSTODY OPERATION (NC)<br>    CUSTODY OPERATION<br>    DEPOSITORY:00059 | | | | AA0106039-SCD | 5382191<br>SETD-BLK |
| 400,000  + | SEC. CLCE ACC. CLOSING BALANCE | | | | | |
| EUR | LEHMAN BROTHERS TRE 6.00000 00/11/35 SN XS0232364868 | | | | | |
| | LAST STATEMENT DATE  14/10/09 | | | | | |
| 100,000  + | SEC. CLCE ACC. OPENING BALANCE | | | | | |
| | ----------SETTLEMENT PROCESSING----------<br>POSITION BLOCKED<br>EUR    100,000<br>    SPECIAL CUSTODY OPERATION (NC)<br>    CUSTODY OPERATION<br>    DEPOSITORY:00059 | | | | AA0106038-SCD | 5382204<br>SETD-BLK |
| 100,000  + | SEC. CLCE ACC. CLOSING BALANCE | | | | | |

