**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
:
In re                                              :          Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*        :          **08-13555 (JMP)**
                                                   :
             Debtors.                              :          **(Jointly Administered)**
                                                   :
-------------------------------------------------------------------------x          **Ref. Docket No. 16334**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

ELENI MANNERS, being duly sworn, deposes and says:

1.  I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 28, 2011, I caused to be served the "Third Amended Verified Statement of Freshfields Bruckhaus Deringer US LLP Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure," dated April 28, 2011 [Docket No. 16334], by causing true and correct copies to be:

    a.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    b.  delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>, and

    c.  enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Eleni Manners

Sworn to before me this
29th day of April, 2011

Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\LBH\Affidavits\FBD1 - 3rd Verified Statement for Freshfields_DI 16334_AFF_4-28-11.doc

**EXHIBIT A**

## Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | araboy@cov.com |
| aalfonso@willkie.com | arahl@reedsmith.com |
| abraunstein@riemerlaw.com | arheaume@riemerlaw.com |
| acaton@kramerlevin.com | arlbank@pbfcm.com |
| acker@chapman.com | arosenblatt@chadbourne.com |
| adam.brezine@hro.com | arthur.rosenberg@hklaw.com |
| adarwin@nixonpeabody.com | arwolf@wlrk.com |
| Adiamond@DiamondMcCarthy.com | aseuffert@lawpost-nyc.com |
| aeckstein@blankrome.com | ashaffer@mayerbrown.com |
| aentwistle@entwistle-law.com | ashmead@sewkis.com |
| afriedman@irell.com | asnow@ssbb.com |
| agbanknewyork@ag.tn.gov | atrehan@mayerbrown.com |
| aglenn@kasowitz.com | aunger@sidley.com |
| agold@herrick.com | austin.bankruptcy@publicans.com |
| ahammer@freebornpeters.com | avenes@whitecase.com |
| aisenberg@saul.com | azylberberg@whitecase.com |
| akantesaria@oppenheimerfunds.com | bankr@zuckerman.com |
| alesia.pinney@infospace.com | bankruptcy@goodwin.com |
| alum@ftportfolios.com | bankruptcy@morrisoncohen.com |
| amarder@msek.com | bankruptcymatters@us.nomura.com |
| AMcMullen@BoultCummings.com | barbra.parlin@hklaw.com |
| amenard@tishmanspeyer.com | bbisignani@postschell.com |
| Andrew.Brozman@cliffordchance.com | bcarlson@co.sanmateo.ca.us |
| andrew.lourie@kobrekim.com | bdk@schlamstone.com |
| angelich.george@arentfox.com | bgraifman@gkblaw.com |
| ann.reynaud@shell.com | bguiney@pbwt.com |
| anthony_boccanfuso@aporter.com | bill.freeman@pillsburylaw.com |
| aoberry@bermanesq.com | bkmail@prommis.com |
| aostrow@beckerglynn.com | bmanne@tuckerlaw.com |
| apo@stevenslee.com | BMiller@mofo.com |
| aquale@sidley.com | boneill@kramerlevin.com |

**Email Service List**

Brian.Corey@greentreecreditsolutions.com

bromano@willkie.com

brosenblum@jonesday.com

broy@rltlawfirm.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

chardman@klestadt.com

charles@filardi-law.com

charles_malloy@aporter.com

charu.chandrasekhar@wilmerhale.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.crichlow@pillsburylaw.com

david.heller@lw.com

david.seligman@kirkland.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dckaufman@hhlaw.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

**Email Service List**

| | |
|---|---|
| deggermann@kramerlevin.com | dspelfogel@foley.com |
| deggert@freebornpeters.com | dtatge@ebglaw.com |
| demetra.liggins@tklaw.com | dwdykhouse@pbwt.com |
| deryck.palmer@cwt.com | dwildes@stroock.com |
| dfelder@orrick.com | dworkman@bakerlaw.com |
| dflanigan@polsinelli.com | easmith@venable.com |
| dgrimes@reedsmith.com | echang@steinlubin.com |
| dhayes@mcguirewoods.com | ecohen@russell.com |
| dheffer@foley.com | efleck@milbank.com |
| diconzam@gtlaw.com | efriedman@friedumspring.com |
| dirk.roberts@ots.treas.gov | egeekie@schiffhardin.com |
| djoseph@stradley.com | eglas@mccarter.com |
| dkleiner@velaw.com | ehollander@whitecase.com |
| dkozusko@willkie.com | ekbergc@lanepowell.com |
| dlemay@chadbourne.com | elevin@lowenstein.com |
| dlipke@vedderprice.com | eli.mattioli@klgates.com |
| dludman@brownconnery.com | ellen.halstead@cwt.com |
| dmcguire@winston.com | emerberg@mayerbrown.com |
| dmurray@jenner.com | eobrien@sbchlaw.com |
| dneier@winston.com | eschaffer@reedsmith.com |
| dodonnell@milbank.com | eschwartz@contrariancapital.com |
| dove.michelle@dorsey.com | esmith@dl.com |
| dowd.mary@arentfox.com | ezujkowski@emmetmarvin.com |
| DPiazza@HodgsonRuss.com | ezweig@optonline.net |
| draelson@fisherbrothers.com | fbp@ppgms.com |
| dravin@wolffsamson.com | feldsteinh@sullcrom.com |
| drose@pryorcashman.com | ffm@bostonbusinesslaw.com |
| drosenzweig@fulbright.com | fhyman@mayerbrown.com |
| drosner@goulstonstorrs.com | fishere@butzel.com |
| drosner@kasowitz.com | francois.janson@hklaw.com |
| dshemano@pwkllp.com | fsosnick@shearman.com |

**Email Service List**

| | |
|---|---|
| fyates@sonnenschein.com | israel.dahan@cwt.com |
| gabriel.delvirginia@verizon.net | iva.uroic@dechert.com |
| gbray@milbank.com | jaclyn.genchi@kayescholer.com |
| george.davis@cwt.com | jacobsonn@sec.gov |
| geraci@thalergertler.com | james.mcclammy@dpw.com |
| ggitomer@mkbattorneys.com | james.sprayregen@kirkland.com |
| giddens@hugheshubbard.com | jamestecce@quinnemanuel.com |
| gkaden@goulstonstorrs.com | jamie.nelson@dubaiic.com |
| glenn.siegel@dechert.com | jar@outtengolden.com |
| gmoss@riemerlaw.com | jason.jurgens@cwt.com |
| gravert@mwe.com | jay.hurst@oag.state.tx.us |
| gspilsbury@jsslaw.com | jay@kleinsolomon.com |
| guzzi@whitecase.com | Jbecker@wilmingtontrust.com |
| harrisjm@michigan.gov | jbeemer@entwistle-law.com |
| harveystrickon@paulhastings.com | jbeiers@co.sanmateo.ca.us |
| hbeltzer@mayerbrown.com | jbird@polsinelli.com |
| heidi@crumbielaw.com | jbromley@cgsh.com |
| heim.steve@dorsey.com | jcarberry@cl-law.com |
| heiser@chapman.com | jchristian@tobinlaw.com |
| hirsch.robert@arentfox.com | Jdrucker@coleschotz.com |
| hollace.cohen@troutmansanders.com | jdyas@halperinlaw.net |
| holsen@stroock.com | jean-david.barnea@usdoj.gov |
| howard.hawkins@cwt.com | jeannette.boot@wilmerhale.com |
| hseife@chadbourne.com | jeff.wittig@coair.com |
| hsnovikoff@wlrk.com | jeffrey.sabin@bingham.com |
| icatto@kirkland.com | jeldredge@velaw.com |
| igoldstein@dl.com | jen.premisler@cliffordchance.com |
| ilevee@lowenstein.com | jennifer.demarco@cliffordchance.com |
| info2@normandyhill.com | jennifer.gore@shell.com |
| ira.herman@tklaw.com | jeremy.eiden@state.mn.us |
| isgreene@hhlaw.com | jessica.fink@cwt.com |

**Email Service List**

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com

jgarrity@shearman.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jhuh@ffwplaw.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@btkmc.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jliu@dl.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

john@crumbielaw.com

joli@crlpc.com

jorbach@hahnhessen.com

Joseph.Cordaro@usdoj.gov

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

JPintarelli@mofo.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jtimko@allenmatkins.com

jtimko@shutts.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

## Email Service List

jwest@velaw.com

jwh@njlawfirm.com

jwhitman@entwistle-law.com

k4.nomura@aozorabank.co.jp

karen.wagner@dpw.com

KDWBankruptcyDepartment@kelleydrye.com

keith.simon@lw.com

Ken.Coleman@allenovery.com

ken.higman@hp.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kkelly@ebglaw.com

klyman@irell.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

KOstad@mofo.com

kovskyd@pepperlaw.com

kpiper@steptoe.com

kressk@pepperlaw.com

KReynolds@mklawnyc.com

krosen@lowenstein.com

kuehn@bragarwexler.com

kurt.mayr@bgllp.com

lacyr@sullcrom.com

Landon@StreusandLandon.com

lathompson@co.sanmateo.ca.us

lawallf@pepperlaw.com

lberkoff@moritthock.com

Lee.Stremba@troutmansanders.com

lgranfield@cgsh.com

lhandelsman@stroock.com

linda.boyle@twtelecom.com

lisa.ewart@wilmerhale.com

lisa.kraidin@allenovery.com

LJKotler@duanemorris.com

lmarinuzzi@mofo.com

Lmay@coleschotz.com

lmcgowen@orrick.com

lml@ppgms.com

lnashelsky@mofo.com

loizides@loizides.com

lromansic@steptoe.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lthompson@whitecase.com

lubell@hugheshubbard.com

lwhidden@salans.com

mabrams@willkie.com

MAOFILING@CGSH.COM

Marc.Chait@standardchartered.com

margolin@hugheshubbard.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.houle@pillsburylaw.com

mark.sherrill@sutherland.com

martin.davis@ots.treas.gov

Marvin.Clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

mbenner@tishmanspeyer.com

**Email Service List**

| | |
|---|---|
| mberman@nixonpeabody.com | mneier@ibolaw.com |
| mbienenstock@dl.com | monica.lawless@brookfieldproperties.com |
| mbossi@thompsoncoburn.com | mpage@kelleydrye.com |
| mcademartori@sheppardmullin.com | mprimoff@kayescholer.com |
| mcordone@stradley.com | mpucillo@bermanesq.com |
| mcto@debevoise.com | mrosenthal@gibsondunn.com |
| mdorval@stradley.com | mruetzel@whitecase.com |
| meltzere@pepperlaw.com | mschimel@sju.edu |
| metkin@lowenstein.com | mshiner@tuckerlaw.com |
| mfeldman@willkie.com | msiegel@brownrudnick.com |
| mgordon@briggs.com | mspeiser@stroock.com |
| mgreger@allenmatkins.com | mstamer@akingump.com |
| mh1@mccallaraymer.com | mvenditto@reedsmith.com |
| mhanchet@mayerbrown.com | mwarren@mtb.com |
| mhopkins@cov.com | ncoco@mwe.com |
| michael.frege@cms-hs.com | neal.mann@oag.state.ny.us |
| michael.kim@kobrekim.com | ned.schodek@shearman.com |
| millee12@nationwide.com | newyork@sec.gov |
| miller@taftlaw.com | nfurman@scottwoodcapital.com |
| mimi.m.wong@irscounsel.treas.gov | Nherman@morganlewis.com |
| mitchell.ayer@tklaw.com | nissay_10259-0154@mhmjapan.com |
| mjacobs@pryorcashman.com | nlepore@schnader.com |
| mjedelman@vedderprice.com | notice@bkcylaw.com |
| MJR1@westchestergov.com | oipress@travelers.com |
| mkjaer@winston.com | omeca.nedd@lovells.com |
| mlahaie@akingump.com | paronzon@milbank.com |
| MLandman@lcbf.com | patrick.oh@freshfields.com |
| mlynch2@travelers.com | paul.turner@sutherland.com |
| mmendez@hunton.com | pbattista@gjb-law.com |
| mmooney@deilylawfirm.com | pbosswick@ssbb.com |
| mmorreale@us.mufg.jp | pdublin@akingump.com |

**Email Service List**

| | |
|---|---|
| peisenberg@lockelord.com | richard.tisdale@friedfrank.com |
| peter.gilhuly@lw.com | ritkin@steptoe.com |
| peter.macdonald@wilmerhale.com | RJones@BoultCummings.com |
| peter.simmons@friedfrank.com | rlasater@foley.com |
| peter@bankrupt.com | RLevin@cravath.com |
| pfeldman@oshr.com | rmatzat@hahnhessen.com |
| phayden@mcguirewoods.com | rnetzer@willkie.com |
| pmaxcy@sonnenschein.com | rnorton@hunton.com |
| ppascuzzi@ffwplaw.com | robert.bailey@bnymellon.com |
| ppatterson@stradley.com | robert.dombroff@bingham.com |
| psp@njlawfirm.com | robert.henoch@kobrekim.com |
| ptrostle@jenner.com | robert.malone@dbr.com |
| pwright@dl.com | Robert.yalen@usdoj.gov |
| r.stahl@stahlzelloe.com | robertdakis@quinnemanuel.com |
| raj.madan@bingham.com | Robin.Keller@Lovells.com |
| rajohnson@akingump.com | roger@rnagioff.com |
| ramona.neal@hp.com | ronald.silverman@bingham.com |
| ranjit.mather@bnymellon.com | rqureshi@reedsmith.com |
| rbeacher@pryorcashman.com | rreid@sheppardmullin.com |
| rbyman@jenner.com | rroupinian@outtengolden.com |
| rdaversa@orrick.com | rrussell@andrewskurth.com |
| relgidely@gjb-law.com | rterenzi@stcwlaw.com |
| rfleischer@pryorcashman.com | RTrust@cravath.com |
| rfrankel@orrick.com | russj4478@aol.com |
| rfriedman@silvermanacampora.com | rwasserman@cftc.gov |
| rgmason@wlrk.com | rwyron@orrick.com |
| rgraham@whitecase.com | s.minehan@aozorabank.co.jp |
| rgraham@whitecase.com | sabin.willett@bingham.com |
| rhett.campbell@tklaw.com | sabramowitz@velaw.com |
| richard.lear@hklaw.com | sagolden@hhlaw.com |
| richard.levy@lw.com | Sally.Henry@skadden.com |

**Email Service List**

| | |
|---|---|
| sandyscafaria@eaton.com | spiotto@chapman.com |
| Sara.Tapinekis@cliffordchance.com | splatzer@platzerlaw.com |
| sbernstein@hunton.com | squigley@lowenstein.com |
| scargill@lowenstein.com | SRee@lcbf.com |
| schannej@pepperlaw.com | sselbst@herrick.com |
| Schepis@pursuitpartners.com | sshimshak@paulweiss.com |
| schnabel.eric@dorsey.com | steele@lowenstein.com |
| schristianson@buchalter.com | stephen.cowan@dlapiper.com |
| schwartzmatthew@sullcrom.com | steve.ginther@dor.mo.gov |
| scottshelley@quinnemanuel.com | steven.troyer@commerzbank.com |
| scousins@armstrongteasdale.com | steven.wilamowsky@bingham.com |
| sdnyecf@dor.mo.gov | Streusand@StreusandLandon.com |
| sehlers@armstrongteasdale.com | susan.schultz@newedgegroup.com |
| sfelderstein@ffwplaw.com | susheelkirpalani@quinnemanuel.com |
| sfineman@lchb.com | swolowitz@mayerbrown.com |
| sfox@mcguirewoods.com | szuch@wiggin.com |
| sgordon@cahill.com | tannweiler@greerherz.com |
| sgubner@ebg-law.com | tarbit@cftc.gov |
| shannon.nagle@friedfrank.com | tbrock@ssbb.com |
| sharbeck@sipc.org | tduffy@andersonkill.com |
| shari.leventhal@ny.frb.org | teresa.oxford@invescoaim.com |
| shgross5@yahoo.com | TGoren@mofo.com |
| sidorsky@butzel.com | thaler@thalergertler.com |
| slerner@ssd.com | thomas.califano@dlapiper.com |
| slevine@brownrudnick.com | thomas.ogden@dpw.com |
| SLoden@DiamondMcCarthy.com | Thomas_Noguerola@calpers.ca.gov |
| smayerson@ssd.com | timothy.brink@dlapiper.com |
| smillman@stroock.com | timothy.palmer@bipc.com |
| smulligan@bsblawyers.com | tjfreedman@pbnlaw.com |
| snewman@katskykorins.com | tkarcher@dl.com |
| sory@fdlaw.com | tkiriakos@mayerbrown.com |

**Email Service List**

tlauria@whitecase.com

tmacwright@whitecase.com

tmayer@kramerlevin.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

Villa@StreusandLandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

WBallaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

woconnor@crowell.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

YUwatoko@mofo.com

Additional Parties

jacqueline.marcus@weil.com

lori.fife@weil.com

richard.krasnow@weil.com

robert.lemons@weil.com

**EXHIBIT B**

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

**FBD [LBH SVC] 4/28/11**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

**FBD [LBH SVC] 4/28/11**

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NEW YORK 10005
ATTN: DENNIS F. DUNNE, ESQ.,
DENNIS O'DONNELL, ESQ., AND EVAN R. FLECK, ESQ.

**FBD [LBH SVC] 4/28/11**

WEIL GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153
ATTN: RICHARD P. KRASNOW, ESQ.,
LORI R. FIFE, ESQ.,
ROBERT LEMONS, ESQ., AND
JACQUELINE MARCUS, ESQ.

**FBD [LBH SVC] 4/28/11**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

**FBD [LBH SVC] 4/28/11**

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007