UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                         Debtors.                                 :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 16198, 16199,
                                                                       16243, 16266, 16267, 16269-16272

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 28, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Lauren Rodriguez
                                              Lauren Rodriguez

Sworn to before me this
2nd day of May, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                            |
In re                                       |   Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |   08-13555 (JMP)
                                            |
                                            |   (Jointly Administered)
                                            |
            Debtors.                        |
                                            |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BBVA (SUIZA) S.A.                          BBVA (SUIZA) S.A.
     ATTN: INIGO BERASALUCE/DIRECTOR            BANCO BILBAO VIZCAYA ARGENTARIA, S.A.
     ZELTWEG 63                                 ATTN: ANA HIDALGO/ELENA PRIETO, LEGAL DEPART
     ZURICH    CH-8021                          PASEO DE LA CASTELLANA, 81 - 21ST FLOOR
     SWITZERLAND                                MADRID 28046 SPAIN
```

Please note that your claim # 51310-02 in the above referenced case and in the amount of
         $95,178.53         has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN, SACHS & CO.
     TRANSFEROR: BBVA (SUIZA) S.A.
     ATTN: ANDREW CADITZ
     30 HUDSON STREET, 36TH FLOOR
     JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 16198       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/28/2011                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 28, 2011.

# EXHIBIT B

```
TIME: 11:54:29                                         LEHMAN BROTHERS HOLDING INC.                                                     PAGE:    1
DATE: 04/28/11                                              CREDITOR LISTING

Name                                              Address
BANCA ESPERIA S.P.A.                              ATTN: LUCA PELLEGRINO VIA FILODRAMMATICI, 5 MILANO   20121 ITALY
BBVA (SUIZA) S.A.                                 BANCO BILBAO VIZCAYA ARGENTARIAS, S.A. ATTN: ANA HIDALGO/ ELENA PRIETO PASEO DE LA CASELLANA, 81 - FLOOR 21 MADRID   28046 SPAIN
BBVA (SUIZA) S.A.                                 BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ATTN: ANA HIDALGO/ELENA PRIETO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA, 81 - 21ST FLOOR
                                                  MADRID   28046 SPAIN
BBVA (SUIZA) S.A.                                 CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RU DE TILSITT PARIS   75008 FRANCE
BBVA (SUIZA) S.A.                                 CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS   75008 FRANCE
BBVA (SUIZA) S.A.                                 ATTN: INIGO BERASALUCE/DIRECTOR ZELTWEG 63 ZURICH  CH-8021 SWITZERLAND
BBVA (SUIZA) S.A.                                 ATTN: IÑIGO BERASALUCE / DIRECTOR ZELTWEG 63 ZURICH  CH-8021 SWITZERLAND
BBVA (SUIZA) S.A.                                 CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA 1000
BBVA (SUIZA) S.A.                                 CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
EDER, MICHAELA                                    ALSTON & BIRD LLP ATTN: KARL GEERCKEN 90 PARK AVENUE NEW YORK NY 10016
EDER, MICHAELA                                    UNTERE HAUPTSTRASSE 27A LEITHAPRODERSDORF 2443 AUSTRIA
GOLDMAN, SACHS & CO.                              TRANSFEROR: BBVA (SUIZA) S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: BBVA (SUIZA) S.A. ATTN: ANDREW CADITZ                                         A 30 HUDSON STREET, 36TH FLOOR
                                                  JERSEY CITY NJ 07302
HASELMAYER, LEOPOLDINE                            ALSTON & BIRD LLP ATTN: KARL GEERCKEN 90 PARK AVENUE NEW YORK NY 10016
HASELMAYER, LEOPOLDINE                            HERZOG LEOPOLD-STRASSE 8 LILIENFELD 3180 AUSTRIA
HEROLD, STEFANIE                                  ALSTON & BIRD LLP ATTN: KARL GEERCKEN 90 PARK AVENUE NEW YORK NY 10016
HEROLD, STEFANIE                                  FERIENSIEDLUNG 145 WIMPASSING 2485 AUSTRIA
MENDE, WALTER                                     ALSTON & BIRD LLP ATTN: KARL GEERCKEN 90 PARK AVENUE NEW YORK NY 10016
MENDE, WALTER                                     SCHLOSSGASSE V/7 TRIBUSWINKEL 2512 AUSTRIA
MOSER, JOSEF                                      ALSTON & BIRD LLP ATTN: KARL GEERCKEN 90 PARK AVENUE NEW YORK NY 10016
MOSER, JOSEF                                      HAUPTSTR. 35 MITTERNDORF 2441 AUSTRIA
PICTET & CIE                                      TRANSFEROR: BANCA ESPERIA S.P.A. ATTN:LEGAL DEPARTMENT ROUTES DES ACACIAS 60 GENEVA 73 GENEVA   1211 SWITZERLAND
PUSSWALD, ANDREAS AND ANGELIKA                    ALSTON & BIRD LLP ATTN: KARL GEERCKEN 90 PARK AVENUE NEW YORK NY 10016
PUSSWALD, ANDREAS AND ANGELIKA                    UTZGASSE 7 LILIENFELD 3180 AUSTRIA
RAIFFEINSENBANK TRAISEN-GOLSENTAL REG.            TRANSFEROR: HASELMAYER, LEOPOLDINE BABENBERGERSTRABE 5 LILIENFELD 3180 AUSTRIA
  GENOSSENSCHAFT M.B.H.
RAIFFEISENBANK TRAISEN-GOLSENTAL REG.             ALSTON & BIRD LLP ATTN: KARL GEERCKEN 90 PARK AVE NEW YORK NY 10016
  GENOSSENSCHAFT M.B.H.
RAIFFEISENBANK TRAISEN-GOLSENTAL REG.             TRANSFEROR: PUSSWALD, ANDREAS AND ANGELIKA BABENBERGERSTRABE 5 LILIENFELD   3180 AUSTRIA
  GENOSSENSCHAFT M.B.H.
RAIFFEISENKASSE EBREICHSDORF RE.                  ALSTON & BIRD LLP ATTN: KARL GEERCKEN 90 PARK AVENUE NEW YORK NY 10016
  GENOSSENSCHAFT M.B.H.
RAIFFEISENKASSE EBREICHSDORF RE.                  TRANSFEROR: EDER, MICHAELA HAUPTPLATZ 1 EBREICHSDORF   2483 AUSTRIA
  GENOSSENSCHAFT M.B.H.
RAIFFEISENKASSE EBREICHSDORF REG.                 TRANSFEROR: HEROLD, STEFANIE HAUPTPLATZ 1 EBREICHSDORF   2383 AUSTRIA
  GENOSSENSCHAFT M.B.H
RAIFFEISENKASSE EBREICHSDORF REG.                 ALSTON & BIRD LLP ATTN: KARL GEERCKEN 90 PARK AVENUE NEW YORK NY 10016
  GENOSSENSCHAFT M.B.H.
RAIFFEISENKASSE EBREICHSDORF REG.                 TRANSFEROR: MENDE, WALTER HAUPTPLATZ 1 EBREICHSDORF   2483 AUSTRIA
  GENOSSENSCHAFT M.B.H.
RAIFFEISENKASSE EBREICHSDORF REG.                 TRANSFEROR: MOSER, JOSEF HAUPTPLATZ 1 EBREICHSDORF   2483 AUSTRIA
  GENOSSENSCHAFT M.B.H.

Total Number of Records Printed    33
```

EPIQ BANKRUPTCY SOLUTIONS, LLC