UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                            Debtors.                              :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 6239, 6241,
                                                                       16198, 16265, 16275, 16277-16280,
                                                                       16282, 16283, 16287, 16288-16291,
                                                                       16295, 16298, 16303-16312

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 29, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
2nd day of May, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 6239, 6241, 16198...16298, 16303-16312_AFF_04-29-11.doc

# EXHIBIT A

08-13555-mg    Doc 16512    Filed 05/02/11    Entered 05/02/11 18:07:33    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)         KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)
      ATTN: DEPT. RC E/ SPECIAL ASSET GROUP            JENNIFER DEMARCO/ SARAH CAMPBELL
      PALMENGARTENSTRABE 5-9                           CLIFFORD CHANCE US LLP
      FRANKFURT    60325                               31 WEST 52ND STREET
      GERMANY                                          NEW YORK NY 10019
```

Please note that your claim # 21957 in the above referenced case and in the amount of
    $513,671,951.87        has been transferred **(unless previously expunged by court order)**

```
      DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)
      WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
      ATTN: MICHAEL SUTTON / PHILIPP ROEVER
      LONDON    EC2 2DB
      UK
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6239     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/29/2011                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 29, 2011.

# EXHIBIT B

```
TIME: 11:48:02                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 04/29/11                                              CREDITOR LISTING

Name                                                  Address
ACTA ASSET MANAGEMENT ASA                             TRANSFEROR: AHLUND, HANS BOREHAUGEN 1 STAVANGER  40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                             TRANSFEROR: ALANDSBANKEN SVERIGE AB (PUBL) KUNGSGATAN 8 STOCKHOLM   111 43 SWEDEN
ACTA ASSET MANAGEMENT ASA                             TRANSFEROR: ASA HJULSTAD BOREHAUGEN 1 STAVANGER  40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                             TRANSFEROR: BRANDIN, MARGARETA BOREHAUGEN 1 STAVANGER  40 06 NORWAY
ACTA ASSET MANAGEMENT ASA                             TRANSFEROR: EFG BANK AB (PUBL) KUNGSGATAN 8 STOCKHOLM   111 43 SWEDEN
ACTA ASSET MANAGEMENT ASA                             TRANSFEROR: KUNGL AUTOMOBIL KLUBBENS VASTRA BOREHAUGEN 1 STAVANGER  40 06 NORWAY
BANCA POPOLARE DELL'EMILIA ROMAGNA SOC.               VIA SAN CARLO 8/20 MODENA  41100 ITALY
COOP.
BANK SARASIN-RABO (ASIA) LIMITED                      BAER & KARRER LTD. ATTN: PETER HSU BRANDSCHENKESTRASSE 90 ZURICH   8027 SWITZERLAND
BARCLAYS BANK PLC                                     TRANSFEROR: ACTA ASSET MANAGEMENT ASA 745 SEVENTH AVENUE NEW YORK NY 10019
BBVA (SUIZA) S.A.                                     BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ATTN: ANA HIDALGO/ELENA PRIETO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA, 81 - 21ST FLOOR
                                                      MADRID  28046 SPAIN
BBVA (SUIZA) S.A.                                     CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS   75008 FRANCE
BBVA (SUIZA) S.A.                                     ATTN: INIGO BERASALUCE/DIRECTOR ZELTWEG 63 ZURICH  CH-8021 SWITZERLAND
BBVA (SUIZA) S.A.                                     CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
CITIBANK, N.A., HONG KONG BRANCH                      TRANSFEROR: BANK SARASIN-RABO (ASIA) LIMITED ATTN: ASIA SECURITIES OPERATIONS 3 CHANGI BUSINESS PARK CRESCENT, 8TH FLOOR
                                                      SINGAPORE 486026   SINGAPORE
DE GRAAFF, J.                                         OP HET EILAND 2 GEESTEREN  7274 GJ NETHERLANDS
DEUTSCHE BANK AG, LONDON BRANCH                       TRANSFEROR: KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU) WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                      ATTN: MICHAEL SUTTON / PHILIPP ROEVER LONDON  EC2 2DB UK
DEUTSCHE BANK AG, LONDON BRANCH (UK)                  TRANSFEROR: KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU) ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                      LONDON  EC2N 2DB UNITED KINGDOM
GOLDMAN, SACHS & CO.                                  TRANSFEROR: BBVA (SUIZA) S.A. 30 HUDSON STREET, 36TH FLOOR ATTN: ANDREW CADITZ JERSEY CITY NJ 07302
ILLIQUIDX LTD                                         TRANSFEROR: ITAS VITA SPA ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
J.P. MORGAN SECURITIES INC.                           C/O SUSAN MCNAMARA JPMORGAN LEGAL DEPARTMENT MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005-1401
J.P. MORGAN SECURITIES LTD                            125 LONDON WALL LONDON  EC2Y 5AJ UNITED KINGDOM
JORIS-JANSSEN, E.H.                                   WETH VAN CALDENBORGLAAN 63 MAASTRICHT   6226 BS NETHERLANDS
JPMORGAN CHASE BANK, N.A.                             TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                                      ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                             TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                      NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                             TRANSFEROR: ILLIQUIDX LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                             TRANSFEROR: RAIFFEISEN CENTROBANK AG ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)              ATTN: DEPT. RC E/ SPECIAL ASSET GROUP PALMENGARTENSTRABE 5-9 FRANKFURT   60325 GERMANY
KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU)              JENNIFER DEMARCO/ SARAH CAMPBELL CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019
MERRILL LYNCH INTERNATIONAL                           CADWALADER, WICKERSHAM & TAFT LLP ATTN: MS. JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MERRILL LYNCH INTERNATIONAL                           MERRILL LYNCH, DUBLIN BLOCK D, CENTRAL PARK, LEOPARDSTOWN ATTN: MR DAVE PURDOM/ MR JOHN PRINCE DUBLIN  18 IRELAND
MERRILL LYNCH INTERNATIONAL                           MERRILL LYNCH FINANCIAL CENTRE ATTN: ANNIKA WESTLING 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH, PIERCE,FENNER & SMITH,INC              BANK OF AMERICA MERRILL LYNCH ONE BRYANT PARK, 3RD FLOOR ATTN: MR FREDERICK MORRIS NEW YORK NY 10036
SILVER POINT CAPITAL FUND                             TRANSFEROR: MERRILL LYNCH INTERNATIONAL 4 WORLD FINANCIAL CENTER, 4TH FLOOR NEW YORK NY 10080
SILVER POINT CAPITAL FUND                             DAVID POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, L.P.                       TRANSFEROR: J.P. MORGAN SECURITIES INC. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                      GREENWICH CT 06830
SILVER POINT CAPITAL FUND, L.P.                       DAVID POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, L.P.                       TRANSFEROR: J.P. MORGAN SECURITIES LTD C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                      GREENWICH CT 06830
SILVER POINT CAPITAL FUND, L.P.                       TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                      GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER                  DAVID POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MASTER                  TRANSFEROR: J.P. MORGAN SECURITIES INC. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, L.P.                                            GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER                  TRANSFEROR: J.P. MORGAN SECURITIES LTD C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, L.P.                                            GREENWICH CT 06830
```

```
TIME: 11:48:02                          LEHMAN BROTHERS HOLDING INC.
DATE: 04/29/11                              CREDITOR LISTING                                                         PAGE:    2

Name                                Address
SILVER POINT CAPITAL OFFSHORE MASTER   TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
 FUND, L.P.                             GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER    DAVID POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
 FUND, L.P.
SILVERPOINT CAPITAL OFFSHORE MASTER    TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
 FUND, L.P.                             GREENWICH CT 06830
STICHTING WAARDEPOT FINVESTOR          TRANSFEROR: DE GRAAFF, J. MR. ARCO KRIJGSMAN MALIEBAAN 70 3581 CV UTRECHT   THE NETHERLANDS
STICHTING WAARDEPOT FINVESTOR          TRANSFEROR: JORIS-JANSSEN, E.H. MR. ARCO KRIJGSMAN MALIEBAAN 70 3581 CV UTRECHT   THE NETHERLANDS


Total Number of Records Printed    46
```