B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

FILED
U.S. BANKRUPTCY COURT
2011 APR 14 P 2: 53
S.D. OF N.Y.

In re   Lehman Brothers Holdings Inc., et al, Debtors     Case No. 08-13555

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| SECURE GROWTH FUND LTD | LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) |
|---|---|
| Name of Transferee | Name of Transferor |
| Paul Stevenson | LBIE (in administration) |
| Director, Secure Growth Fund Ltd | 25 Canada Square |
| c/o Citco Fund Services (Bermuda) Limited | London |
| Mintflower Place 4th Floor | E14 5LQ |
| 8 Par-la-Ville Road, | |
| Hamilton HM08, Bermuda | |

With a copy to:
Sharon Kelly
Acacia Management LLP
5 Fitzhardinge Street
London
W1H 6ED

Court Claim # (if known): 62783
Amount of Claim: US$ 9,552,514.10
Date Claim Filed: 2nd November 2009

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Apr 11 11 11:54a J. Frank Peniston 441-292-9407 p.3

B 210A (Form 210A) (12/09)

Name and Address where transferee payments
should be sent (if different from above):

Phone:             Phone:
Last Four Digits of Acct. #:       Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_        Date: 11 April 2011

**SECURE GROWTH FUND LTD**

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.