B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re    LEHMAN BROTHERS HOLDINGS, INC

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BANCO SANTANDER, S.A | SANTANDER ASSET MANAGEMENT, S.A., SGIIC on behalf of SANTANDER DECISION CONSERVADOR, FI |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
Should be sent:

Ciudad Grupo Santander, S.A.
Avda. Cantabria s/n, Edificio Encinar, pl. 0
28660 Boadilla del Monte, Madrid
Contact: Jose Maria Mayoral
e-mail: jmmayoral@gruposantander.com
Phone: 34-91-289.34.18

Last Four Digits of Acct #:  N/A

Court Claim# (if known):
Amount of Claim: $ 475,591.63
Date Claim Filed: September 18, 2009

Phone: N/A

Last Four Digits of Acct #:  N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: February 17, 2011
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.