United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Structured Asset Securities Corporation 09-10558 |
|---|---|
| Creditor Name and Address: | Boilermaker-Blacksmith National Pension Trust<br>756 Minnesota Ave.<br>Kansas Ciyt, KS 66101 |
| Court Claim Number (if known): | 67214 |
| Date Claim Filed: | 11/16/2010 |
| Total Amount of Claim Filed: | $452,620.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: April 8, 2011

Print Name: Richard Hampton

Title (if applicable): VP

---

### DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the within withdrawal of claim has been served upon the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601, the attorneys for the Debtors, Weil Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.) And Reilly Pozner LLP, 1900 16th St., Ste. 1700, Denver, Colorado 80202 (Attn: Michael Rollin, Esq), the Office of the United States Trustee for the Southern District of New York, 33 Whitehall St., 21st Fl., New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq. and Andrea B. Schwartz, Esq.), and attorneys for the official committee of unsecured creditors, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.) by sending a copy thereof via first class mail, postage prepaid, to those named herein at the addresses reflected herein, on May 4, 2011.

Dated: New York, New York
       May 4, 2011

_____
Allan R. Freedman, Esq.