B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re    LEHMAN BROTHERS OTC DERIVATIVES, INC                    Case No. 08-13893

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

BANCO SANTANDER , S.A                                    SANTANDER ASSET MANAGEMENT, S.A., SGIIC
                                                         on behalf of SUPERFONDO EVOLUCION, FI
Name of Transferee                                       Name of Transferor

Name and Address where notices to transferee
Should be sent:

Ciudad Grupo Santander, S.A.                             Court Claim# (if known):
Avda. Cantabria s/n, Edificio Encinar, pl. 0             Amount of Claim: $2,299,211.11
28660 Boadilla del Monte, Madrid                         Date Claim Filed: September 18, 2009
Contact: Jose Maria Mayoral
e-mail: jmmayoral@gruposantander.com
Phone: 34-91-289.34.18                                   Phone: N/A

Last Four Digits of Acct #: N/A                          Last Four Digits of Acct #: N/A


Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                            Date: February 17, 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*