UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

Chapter 11

Case No. 08-13555 (JMP)

(Jointly Administered)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 59077 was filed or deemed filed under 11 U.S.C § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security on ~~April 14~~ May 4, 2011.

**Name and Address of Transferee**
President Securities (Hong Kong) Limited
Units 2603-6, 26/F, Infinitus Plaza
199 Des Voeux Road Central, Hong Kong
Telephone: (852) 2956 3330

**Name and Address Where Payments to Transferee Should Be Sent**
President Securities (Hong Kong) Limited
Units 2603-6, 26/F, Infinitus Plaza
199 Des Voeux Road Central, Hong Kong
Telephone: (852) 2956 3330

**Claim Number:** 59077
**Claim Amount:** $60,000.00 plus applicable interest and other charges
**Date Filed:** October 30, 2009

**Name and Address of Transferor**
Liou Yi Chung
3F., No. 8, Ln 117, Sec. 1, Chongyang Road
Sanchong City, Taipei County 241, Taiwan
Telephone: 886-922-491-837

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

For and on behalf of
PRESIDENT SECURITIES (HONG KONG) LIMITED

By: _____   Date:  14 APR 2011
    *Director/Authorised Signatory*
    Transferee or Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to five years, or both. 18 U.S.C. §§ 152 & 3571.*

~~ DEADLINE TO OBJECT TO TRANSFER ~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____   _____
                                     CLERK OF THE COURT

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
(LEHMAN PROGRAM SECURITY)

TO:   THE DEBTORS AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, LIOU YI CHUNG (the "Transferor") hereby unconditionally and irrevocably sells, transfers and assigns to PRESIDENT SECURITIES (HONG KONG) LIMITED (the "Transferee"), and the Transferee hereby agrees to purchase, as of the date hereof, (a) the Transferor's right, title and interest to and under the claim (the "Claim") evidenced by Proof of Claim number 59077, filed by or on behalf of the Transferor against Lehman Brothers Holdings Inc. (the "Debtor") in the case *In re Lehman Brothers Holdings Inc.*, et al., pending in the United States Bankruptcy Court for the Southern District of New York under case number 08-13555 (JMP) (the "Bankruptcy Cases"); and (b) all of the Transferor's rights and benefits relating to the Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property that may be or distributed with respect to the Claim with respect to any agreements, bills or other documents (whether now existing or hereafter arising) that evidence, create, give rise to or affect the Claim in any material way; (ii) any actions, claims (including without limitation any "claims" within the meaning of section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other person, arising out of or in connection with Claim; (iii) any rights and benefits arising out of or in connection with any exhibit, attachment or supporting document relating to the Claim; and (iv) any and all of the Transferor's right, title and interest in, to or under the transfer agreements, if any, by which the Transferor acquired the rights and obligations underlying or constituting a part of the Claim; (c) any and all proceeds of any of the foregoing; and (d) the security or securities relating to the Claim (each a "Transferred Security").

2. The Transferor hereby represents and warrants to the Transferee that (a) a Proof of Claim evidencing the Claim was duly filed on or before 5:00 pm (prevailing Eastern time) on November 2, 2009, in accordance with the Order Pursuant to Section 502(b)(9)of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form entered in the Bankruptcy Cases on July 2, 2009; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Program Securities" available at http://lehman-docket.com as of July 17, 2009; (c) the Transferor owns and has good and marketable title to the Claim, free and clear of any and all liens, claims, rights of set-off, security interests, participations or encumbrances created or incurred by or against the Transferor; (d) the Transferoris duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer of Claim; and (e) the Transferorhas not engaged in any acts, conduct or omissions or had any relationship with the Debtor or its affiliates that will result in the Transferee's receiving in respect of the Claim proportionately less favorable treatment, payments or distributions than other unsecured creditors.

3. The Transferor hereby waives any objection to the transfer of the Claim to the Transferee on the books and records of the Debtor and the Court and hereby waives, to the fullest extent permitted by law, any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or other applicable law. The Transferor further consents to the substitution of the Transferor by the Transferee for all purposes in the Bankruptcy Case. The Transferee agrees to file a notice of transfer pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, including this Agreement and Evidence of Transfer of Claim. The Transferor acknowledges, understands and stipulates that the Court may enter an order without further notice to the Transferor, recognizing the Transferee as the sole owner and holder of the Claim and directing that all payments or distributions of money or property in respect of the Claim can be made or delivered to the Transferee.

1

      4.      All representations, warranties, covenants and indemnities contained in this Agreement and Evidence of Transfer of Claim shall survive the execution, delivery and performance hereof and the transaction contemplated herein. The Transferee shall be entitled to transfer its rights hereunder without any notice to the Transferor. The Transferor hereby agrees to indemnify, defend and hold harmless the Transferee, its successors and assigns and it officers, directors, employees, servants, agents and controlling persons from and against any and all losses, claims, defenses, damages, costs, expenses and liabilities, including without limitation, reasonable attorney's fees and expenses, that result from the Transferor's breach of its warranties and representations herein.

      5.      The Transferor shall promptly (but in no event later than three (3) business days) remit to the Transferee any payments, distributions or proceeds that the Transferor receive in respect of the Claim. The Transferor has transferred, or shall transfer as soon as practicable after the execution hereof, to the Transferee each Transferred Security to such account via Euroclear, Clearstream, or a similar transfer method, as the Transferee may designate. This Agreement and Evidence of Transfer of Claim does not supersede any confirmation or other automatically generated documentation or any applicable rules of Euroclear, Clearstream or other transfer method with respect to each Transferred Security.

      6.      Each of the Transferor and the Transferee agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments; (b) take or cause to be taken all such other further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer of Claim, including without limitation cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

      7.      The Transferor's and Transferee's rights and obligation hereunder shall be governed by and interpreted with the laws of the State of New York (without regarding its choice of law or conflicts of law principles). The Transferor and the Transferee hereby submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed below.

      IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this _14th_ day of April, 2011.

PRESIDENT SECURITIES (HONG KONG) LIMITED
Units 2603-6, 26/F, Infinitus Plaza
199 Des Voeux Road Central, Hong Kong
Telephone: (852) 2956 3330

By: _[signature]_

Name:    Ma Chun Wah

Title:    Managing Director

_[signature]_
Liou Yi Chung
3F., No. 8, Ln 117, Sec. 1, Chongyang Road
Sanchong City, Taipei County 241, Taiwan
Telephone: 886-922-491-837

2