UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :      Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :      08-13555 (JMP)
                                                               :      (Jointly Administered)
                    Debtors.                                   :
                                                               :
---------------------------------------------------------------x      Ref. Docket Nos. 10036, 16301,
                                                                      16302, 16313, 16314, 16324, 16326-
                                                                      16329, 16332, 16335, 16402, 16407-
                                                                      16409, 16411, 16412, 16417, 16418

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 2, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ *Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
4th day of May, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 10036, 16301, 16302, 16313, 16314, 16324, 16326-16329, 16332, 16335, 16402, 16407-16409, 16411, 16412, 16417, 16418_AFF_05-02-11.doc

# EXHIBIT A

|                                                    |                           |
| -------------------------------------------------- | ------------------------- |
| In re                                              | Chapter 11 Case No.       |
| LEHMAN BROTHERS HOLDINGS INC., et al.,             | 08-13555 (JMP)            |
|                                                    | (Jointly Administered)    |
| Debtors.                                           |                           |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To: CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P.            CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P.
    TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC           ANDREWS KURTH LLP
    ATTN: LISA MURRAY & SCOTT HOPSON                      ATTN: DAVID HOYT
    375 PARK AVENUE, 13TH FLOOR                           450 LEXINGTON AVENUE
    NEW YORK NY 10152                                     NEW YORK NY 10017
```

Please note that your claim # 66010-04 in the above referenced case and in the amount of
$505,553.46     has been transferred **(unless previously expunged by court order)**

```
    MORGAN STANLEY SENIOR FUNDING, INC.                   MORGAN STANLEY SENIOR FUNDING, INC.
    TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. RICHARDS KIBBE & ORBE LLP
    1585 BROADWAY, 2ND FLOOR                              ATTN: MANAGING CLERK
    NEW YORK NY 10036                                     ONE WORLD FINANCIAL CENTER
                                                          NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 10036    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/02/2011                       Vito Genna, Clerk of Court

                                       /s/ Lauren Rodriguez
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 2, 2011.

**EXHIBIT B**

```
TIME: 11:44:14                                                     LEHMAN BROTHERS HOLDING INC.                                                      PAGE:    1
DATE: 05/02/11                                                          CREDITOR LISTING

Name                                          Address
AMIAS BERMAN & CO LLP                         TRANSFEROR: SHINSEI SECURITIES CO., LTD CHARLES BERMAN 21 GREAT WINCHESTER STREET LONDON EC2N 2JA UNITED KINGDOM
AVANT B.V.                                    HEIKAMPSEWEG 43 WIJCHEN 6603 KB NETHERLANDS
BANK JULIUS BAER & CO. LTD.                   TRANSFEROR: BANK OF SINGAPORE LIMITED BAHNHOFSTRASSE 36 ZURICH  8010 SWITZERLAND
BANK JULIUS BAER & CO. LTD.                   TRANSFEROR: CREDIT SUISSE LLP ATTN: LEGAL DEPARTMENTS & SERVICES P.O. BOX, CH-8010 ZURICH  CAH-8010 SWITZERLAND
BANK OF SINGAPORE LIMITED                     CLIFFORD CHANCE US LLP ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ 31 WEST 52ND STREET NEW YORK NY 10019
BANK OF SINGAPORE LIMITED                     ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL 9 RAFFLES PLACE #08-01, REPUBLIC PLAZA
                                              048619 SINGAPORE
CCP CREDIT ACQUISITION HOLDINGS, LLC          ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
CCP CREDIT ACQUISITION HOLDINGS, LLC          ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC          ANDREWS KURTH: THE ROYAL BANK OF SCOTLAND, PLC ATTN: LISA MURRAY & MARISOL CHAPPELL 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC          ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
CCP CREDIT ACQUISTION HOLDINGS, LLC           TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC ATTN: LISA MURRAY & MARISOL CHAPPELL 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS,         ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
L.P.
CENTERBRIDGE SPECIAL CREDIT PARTNERS,         TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC ATTN: LISA MURRAY & SCOTT HOPSON 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
L.P.
CENTERBRIDGE SPECIAL CREDIT                   ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
PARTNERS, L.P.
CENTERBRIDGE SPECIAL CREDIT                   TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC ATTN: LISA MURRAY & SCOTT HOPSON 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
PARTNERS, L.P.
CREDIT SUISSE                                 ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                 CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: SERENGETI OVERSEAS MM L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: SERENGETI PARTNERS LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
ELLIOTT INTERNATIONAL, L.P.                   TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                   TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019
F.E.J.M. BEMELMANS BEHEER B.V.                PRINS FLORISLAAN 5 BADHOEVEDORP 1171 LN NETHERLANDS
GOLDMAN, SACHS & CO.                          TRANSFEROR: BANCO BANIF, S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                          TRANSFEROR: CASSA DI RISPARMIO IN BOLOGNA S.P.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GUY BUTLER LIMITED                            TRANSFEROR: CREDIT SUISSE (UK) LIMITED 2 BROADGATE LONDON EC2M 7UR UNITED KINGDOM
HOOGSTRATE, JAN                               AZALEALAAN 14 KAPELLEN 2950 BELGIUM
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                              NEW YORK NY 10005
MERCURIUS BELEGGINGMAATSCHAPPIJ B.V.          (CORIOMOS) AKERSTRAAT 126 HEERLEN  6417 BR NETHERLANDS
MORGAN STANLEY SENIOR FUNDING, INC.           RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.           TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.           TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.           TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.           TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR HOLDINGS, INC.          RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR HOLDINGS, INC.          TRANSFEROR: CCP CREDIT ACQUISTION HOLDINGS, LLC 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR HOLDINGS, INC.          TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
SECOM GENERAL INSURANCE CO., LTD.             2-6-2, HIRAKAWA-CHO CHIYODA-KU TOKYO 102-8645 JAPAN
SERENGETI OVERSEAS MM L.P.                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: S. CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI PARTNERS LP                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: S. CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK NY 10012
SHINSEI SECURITIES CO., LTD                   TRANSFEROR: SECOM GENERAL INSURANCE CO, LTD. NIHONBASHI MUROMACHI NOMURA BUILDING 4-3, NIHONBASHI-MUROMACHI 2-CHROME CHUO-KU
                                              TOKYO 103-0022 JAPAN
SILVER POINT CAPITAL FUND, L.P.               DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, L.P.               DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-5800
SILVER POINT CAPITAL FUND, L.P.               TRANSFEROR: GUY BUTLER LIMITED C/O SILVER POINT CAPITAL FUND, L.P. ATTN: DAVID STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                              GREENWICH CT 06830
SILVER POINT CAPITAL FUND, L.P.               TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                              GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER          DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
FUND, L.P.

                                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:44:14                                          LEHMAN BROTHERS HOLDING INC.                                                     PAGE:    2
DATE: 05/02/11                                              CREDITOR LISTING

Name                                    Address
SILVER POINT CAPITAL OFFSHORE MASTER    TRANSFEROR: GUY BUTLER LIMITED C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
 FUND, L.P.                             GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER    TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
 FUND, L.P.                             GREENWICH CT 06830
STICHTING HET ASSINK LYCENM             BOUWMEESTER 10 HAAKSBERGEN    7481 LP NETHERLANDS
STICHTING WAARDEPOT FINVESTOR           TRANSFEROR: AVANT B.V. FINVESTOR BV MALIEBAAN 70 3581 CV UTRECHT    THE NETHERLANDS
STICHTING WAARDEPOT FINVESTOR           TRANSFEROR: F.E.J.M. BEMELMANS BEHEER B.V. FINVESTOR BV MALIENBAAN 70 3581 CV UTRECHT    THE NETHERLANDS
STICHTING WAARDEPOT FINVESTOR           TRANSFEROR: HOOGSTRATE, JAN FINVESTOR BV MALIEBAAN 70 3581 CV UTRECHT    THE NETHERLANDS
STICHTING WAARDEPOT FINVESTOR           TRANSFEROR: MERCURIUS BELEGGINGMAATSCHAPPIJ B.V. FINVESTOR BV MALIEBAAN 70 3581 CV UTRECHT    THE NETHERLANDS
                                        TRANSFEROR: STICHTING HET ASSINK LYCENM FINVESTOR BV MALIEBAAN 70 3581 CV UTRECHT    THE NETHERLANDS
THE LIVERPOOL LIMITED PARTNERSHIP       TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE, 35TH FLOOR NEW YORK NY 10019
THE LIVERPOOL LIMTIED PARNTERHSIP       TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE, 35TH FLOOR NEW YORK NY 10019


Total Number of Records Printed        55
```

EPIQ BANKRUPTCY SOLUTIONS, LLC