UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :    (Jointly Administered)
                      Debtors.                                 :
                                                               :
---------------------------------------------------------------x    Ref. Docket Nos. 16420-16422,
                                                                    16431-16433, 16437, 16440, 16452,
                                                                    16453

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 3, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
4th day of May, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                              |  Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,              |  08-13555 (JMP)
                                                   |
                                                   |  (Jointly Administered)
                        Debtors.                    |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ES BANK (PANAMA), S.A., EDUARDO JAVIER QUINTERO PARRA         ES BANK (PANAMA), S.A., EDUARDO JAVIER QUINT
     CL 53 MARBELLA-ED WORLD TRADE CT-PISO 19                      ANDREW THAU
     OFICINA 1902                                                  SKADDEN ARPS SLATE MEAGHER & FLOM LLP
     PANAMA                                                        4 TIMES SQUARE
                                                                   NEW YORK NY 10036
```

Please note that your claim # 60638-01 in the above referenced case and in the amount of
     $21,549,142.80          has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN SACHS & CO.
     TRANSFEROR: ES BANK (PANAMA), S.A., EDUARDO JAVIER QUINTERO PARRA
     ATTN: ANDREW CADITZ
     30 HUDSON STREET, 36TH FLOOR
     JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 16420      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/03/2011                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 3, 2011.

# EXHIBIT B

```
TIME: 11:51:02                                              LEHMAN BROTHERS HOLDING INC.                                             PAGE:    1
DATE: 05/03/11                                                   CREDITOR LISTING

Name                                              Address
AMIAS BERMAN & CO LLP                             TRANSFEROR: SHINSEI SECURITIES CO., LTD CHARLES BERMAN 21 GREAT WINCHESTER STREET LONDON    EC2N 2JA UNITED KINGDOM
AVANT B.V.                                        HEIKAMPSEWEG 43 WIJCHEN    6603 KB NETHERLANDS
BANCO ESPIRITO SANTO S.A.                         ANDREW THAU N. LYNN HIESTAND SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036
BANCO ESPIRITO SANTO S.A.                         PEDRO CRUCHINHO AV LIBERDADE 195 LISBOA    1250-142 PORTUGAL
BIRKS PLACE, LLC                                  TRANSFEROR: TIKEHAU CAPITAL PARTNERS SAS C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF AMERICAS NEW YORK NY 10036-8704
ES BANK (PANAMA), S.A., EDUARDO JAVIER            CL 53 MARBELLA-ED WORLD TRADE CT-PISO 19 OFICINA 1902 PANAMA
QUINTERO PARRA
ES BANK (PANAMA), S.A., EDUARDO JAVIER            ANDREW THAU SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036
QUINTERO PARRA
GOLDEN TREE ASSET MANANGEMENT LUX SARL            C/O GOLDEN TREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDEN TREE CREDIT OPPORTUNITIES                  C/O GOLDEN TREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
FINANCING I, LTD
GOLDEN TREE LOAN OPPORTUNITIES III, LTD           C/O GOLDEN TREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDEN TREE LOAN OPPORTUNITIES V, LTD             C/O GOLDEN TREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE 2004 TRUST                             BROWN RUDNICK LLP ATTN: TIMOTHY C. BENNETT, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
GOLDENTREE 2004 TRUST                             C/O GOLDENTREE ASSET MGMT, LP 300 PARK AVE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE LOAN OPPORTUNITIES IV, LTD.            BROWN RUDNICK LLP ATTN: TIMOTHY C. BENNETT, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
GOLDENTREE LOAN OPPORTUNITIES IV, LTD.            C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE 21ST FLOOR NEW YORK NY 10022
GOLDMAN SACHS & CO.                               TRANSFEROR: ES BANK (PANAMA), S.A., EDUARDO JAVIER QUINTERO PARRA ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNER LLC                 RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNER LLC                 TRANSFEROR: GOLDEN TREE LOAN OPPORTUNITIES V, LTD C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENING PARTNERS LLC                 RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: GOLDEN TREE ASSET MANANGEMENT LUX SARL C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: GOLDEN TREE CREDIT OPPORTUNITIES FINANCING I, LTD C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: GOLDEN TREE LOAN OPPORTUNITIES III, LTD C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: GOLDENTREE 2004 TRUST C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: GOLDENTREE LOAN OPPORTUNITIES IV, LTD. C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: LAURELIN II BV C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENING PARTNERS LLC                 RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN, SACHS & CO.                              RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN, SACHS & CO.                              TRANSFEROR: CREDIT SUISSE ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: FIR TREE VALUE MASTER FUND LP 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
LAURELIN B.V.                                     TRANSFEROR: BANCO ESPIRITO SANTO S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07320
LAURELIN II BV                                    C/O GOLDEN TREE ASSET MANAGEMENT, LP 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
LAURELIN II BV                                    BROWN RUDNICK ATTN: TIMOTHY C. BENNETT, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
METHOD INVESTMENTS & ADVISORY LTD                 C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE 21ST FLOOR NEW YORK NY 10022
PUTNAM INTERNATIONAL DISTRIBUTORS, LTD.           TRANSFEROR: AMIAS BERMAN & CO LLP ATTN: MARCO BORSA 16 BERKELEY STREET LONDON  W1J 8DZ UNITED KINGDOM
PUTNAM INTERNATIONAL DISTRIBUTORS, LTD.           PUTNAM INTERNATIONAL DISTRIBUTIONS, LTD. C/O PUTNAM INVESTMENT ATTN: CUSTODY SERVICES, JUDD SYMON, SUZANNE DESHAIES, WENDY DRISCOLL
                                                  MAIL STOP C4C: 7 SHATTUCK ROAD ANDOVER MA 01810
PUTNAM INTERNATIONAL DISTRIBUTORS, LTD.           TRANSFEROR: PUTNAM STRUCTURED OPPORTUNITIES FUND, LTD. C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE
                                                  BOSTON MA 02109
PUTNAM STRUCTURED OPPORTUNITIES FUND,             C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109
LTD.
SILVER POINT CAPITAL FUND, L.P.                   DAVIS & POLK WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, L.P.                   TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER              DAVIS & POLK WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
FUND, L.P.
```

```
TIME: 11:51:02                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:    2
DATE: 05/03/11                              CREDITOR LISTING

Name                                Address
SILVER POINT CAPITAL OFFSHORE MASTER  TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, L.P.                            GREENWICH CT 06830
STICHTING WAARDEPOT FINVESTOR         TRANSFEROR: AVANT B.V. FINVESTOR BV MALIEBAAN 70 3581 CV UTRECHT   THE NETHERLANDS
TIKEHAU CAPITAL PARTNERS SAS          ATTN: BENOIT FLOUTIER 5, RUE ROYALE PARIS   75008 FRANCE
TIKEHAU CAPITAL PARTNERS SAS          SIDLEY AUSTIN LLP LEE S. ATTANASIO ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019


Total Number of Records Printed        46
```

EPIQ BANKRUPTCY SOLUTIONS, LLC