**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
In re                                               :       **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :       **08-13555 (JMP)**
                                                    :
                        **Debtors.**                :       **(Jointly Administered)**
--------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' ONE HUNDRED FOURTH
## OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVE CLAIMS)

Upon the one hundred fourth omnibus objection to claims, dated March 14, 2011

(the "One Hundred Fourth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc.

and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United

States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [Docket No. 6664], seeking to reduce, reclassify (in certain instances), and

modify the Debtor entity (in certain instances), and allow the Settled Derivative Claims on the

grounds that the Debtors and claimants have agreed upon a claim amount and, in certain

instances, a classification and Debtor counterparty that is not currently reflected on claimants'

proofs of claim, all as more fully described in the One Hundred Fourth Omnibus Objection to

Claims; and due and proper notice of the One Hundred Fourth Omnibus Objection to Claims

having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii)

the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United

States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Debtors' One Hundred Fourth Omnibus Objection to Claims.

attached to the One Hundred Fourth Omnibus Objection to Claims; and (vii) all other parties

entitled to notice in accordance with the procedures set forth in the second amended order

entered on June 17, 2010 governing case management and administrative procedures for these

cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and

the Court having found and determined that the relief sought in the One Hundred Fourth

Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and

all parties in interest and that the legal and factual bases set forth in the One Hundred Fourth

Omnibus Objection to Claims establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the One Hundred Fourth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Settled Derivative Claim listed on <u>Exhibit 1</u> annexed hereto

is hereby modified and allowed in the amount and classification and against the Debtor that is set

forth on <u>Exhibit 1</u> under the column headings *"Modified Amount," "Modified Class,"* and

*"Modified Debtor"*; and it is further

ORDERED that this Order supersedes all previous orders regarding the Settled

Derivative Claims listed on <u>Exhibit 1</u> annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on <u>Exhibit A</u> to the One Hundred Fourth

Omnibus Objection to Claims that does not appear on <u>Exhibit 1</u> annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
       May 5, 2011

                              _____s/ James M. Peck_____
                              Honorable James M. Peck
                              United States Bankruptcy Judge

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 104: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3D CAPITAL YEN FUND, THE A SUB TRUST OF BGI CAYMAN FIXED INCOME TRUST PO BOX 501 CARDINAL AVENUE GEORGE TOWN GRAND CAYMAN, CAYMAN ISLANDS | 12011 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,144,850.00* | Lehman Brothers Holdings Inc. | Unsecured | $1,877,218.00 |
| 2 | 3D CAPITAL YEN FUND, THE A SUB-TRUST OF BGI CAYMAN FIXED INCOME TRUST PO BOX 501 CARDINAL AVENUE GEORGE TOWN GRAND CAYMAN, CAYMAN ISLANDS | 12012 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,144,850.00* | Lehman Brothers Special Financing Inc. | Unsecured | $1,877,218.00 |
| 3 | 3D GLOBAL OPPORTUNITIES (US INSTITUTIONAL) FUND LTD, THE WALKER HOUSE 87 MARY STREET GEORGE TOWN GRAND CAYMAN, KY1-9002 CAYMAN ISLANDS | 12013 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $872,474.00* | Lehman Brothers Holdings Inc. | Unsecured | $779,538.00 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 104: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 3D GLOBAL OPPORTUNITIES (US INSTITUTIONAL) FUND LTD, THE WALKER HOUSE 87 MARY STREET GEORGE TOWN GRAND CAYMAN, KY1-9002 CAYMAN ISLANDS | 12014 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $872,474.00* | Lehman Brothers Special Financing Inc. | Unsecured | $779,538.00 |
| 5 | AAREAL BANK AG OPS LEGAL & DOCUMENTATION ATTN: JAN KOPP PAULINENSTRASSE 15 WIESBADEN, 65189 GERMANY | 65780 | 12/01/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,312,656.18* | Lehman Brothers Holdings Inc. | Unsecured | $2,824,000.00 |
| 6 | AAREAL BANK AG OPS LEGAL AND DOCUMENTATION ATTN: JAN KOPP PAULINENSTRASSE 15 WIESBADEN, 65189 GERMANY | 65781 | 12/01/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,312,656.18* | Lehman Brothers Special Financing Inc. | Unsecured | $2,824,000.00 |
| 7 | AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY ATTN: MARLA LACEY, ESQ. 5000 WESTOWN PARKWAY SUITE 440 WEST DES MOINES, IA 50266 | 24539 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $7,828,031.24* | Lehman Brothers Special Financing Inc. | Unsecured | $7,400,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 104: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | BGI ALPHACREDIT INVESTMENT GRADE BOND PORTFOLIO PO BOX 31113 45 MARKET STREET, SUITE 3206A GARDENIA COURT CAMANA BAY GRAND CAYMAN, KY1-1205 CAYMAN ISLANDS | 12017 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $457,980.00* | Lehman Brothers Holdings Inc. | Unsecured | $407,925.00 |
| 9 | BGI ALPHACREDIT INVESTMENT GRADE BOND PORTFOLIO PO BOX 31113 45 MARKET STREET, SUITE 3206A GARDENIA COURT CAMANA BAY GRAND CAYMAN, KY1-1205 CAYMAN ISLANDS | 12018 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $457,980.00* | Lehman Brothers Special Financing Inc. | Unsecured | $407,925.00 |
| 10 | BGI FIXED INCOME CREDIT OPPORTUNITIES FUND LTD WALKER HOUSE 87 MARY STREET GEORGE TOWN GRAND CAYMAN, KY1-9002 CAYMAN ISLANDS | 12021 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $61,678.00* | Lehman Brothers Holdings Inc. | Unsecured | $52,712.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts                                      Page 3 of 21

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 104: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 11 | BGI FIXED INCOME CREDIT OPPORTUNITIES FUND LTD WALKER HOUSE 87 MARY STREET GEORGE TOWN GRAND CAYMAN, KY1-9002 CAYMAN ISLANDS | 12022 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $61,678.00* | Lehman Brothers Special Financing Inc. | Unsecured | $52,712.00 |
| 12 | BILL & MELINDA GATES FOUNDATION TRUST INVESTMENT OFFICE ATTN: GENERAL COUNSEL 2365 CARILLON POINT KIRKLAND, WA 98033 | 21729 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $6,654,706.17 | Lehman Brothers Special Financing Inc. | Unsecured | $6,414,919.82 |
| 13 | BILL & MELINDA GATES FUNDATION TRUST INVESTMENT OFFICE ATTN: GENERAL COUNSEL 2365 CARILLON POINT KIRKLAND, WA 98033 | 21728 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,654,706.17 | Lehman Brothers Holdings Inc. | Unsecured | $6,414,919.82 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 104: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 14 | BRIDGEWATER ALL WEATHER FUND (AUSTRALIA) BRIDGEWATER ASSOCIATES, INC. ATTN: PETER LA TRONICA ONE GLENDINNING PLACE WESTPORT, CT 06880 | 2634 | 02/09/2009 | Lehman Brothers Commercial Corporation | Unsecured | $52,446.09 | Lehman Brothers Commercial Corporation | Unsecured | $52,436.48 |
| 15 | BWA/H.E.S.T AUSTRALIA LTD. ATTN:PETER LATRONICA BRIDGEWATER ASSOCIATES, INC. ONE GLENDINNING PLACE WESTPORT, CT 06880 | 23744 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,595,012.84 | Lehman Brothers Holdings Inc. | Unsecured | $66,936.00 |
| 16 | BWA/H.E.S.T AUSTRALIA LTD. ATTN: PETER LATRONICA BRIDGEWATER ASSOCIATES, INC ONE GLENDINNING PLACE WESTPORT, CT 06880 | 23745 | 09/21/2009 | Lehman Brothers Commercial Corporation | Unsecured | $6,595,012.84 | Lehman Brothers Commercial Corporation | Unsecured | $66,936.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 104: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 17 | CENTRAL STATES, SOUTHEAST & SOUTHWEST AREAS PENSION FUND C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK, NY 10282 | 17103 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $38,433.46* | Lehman Brothers Holdings Inc. | Unsecured | $47,847.46 |
| 18 | CENTRAL STATES, SOUTHEAST & SOUTHWEST AREAS PENSION FUND C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK, NY 10282 | 17104 | 09/18/2009 | Lehman Brothers Commercial Corporation | Unsecured | $38,433.46* | Lehman Brothers Commercial Corporation | Unsecured | $47,847.46 |
| 19 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF PLATINUM GROVE CONTINGENT CAPITAL MASTER FUND LTD. ATTN: ALPHA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 37113 | 10/09/2009 | Lehman Brothers Holdings Inc. | Unsecured | $10,767,216.00 | Lehman Brothers Holdings Inc. | Unsecured | $7,300,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 104: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 20 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF PLATINUM GROVE CONTINGENT CAPITAL MASTER FUND LTD. ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 37114 | 10/09/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $10,812,208.00 | Lehman Brothers Special Financing Inc. | Unsecured | $7,300,000.00 |
| 21 | DESOTO COUNTY PARTNERS LP C/O AMBLING PROPERTY INVESTMENTS ATTN: GREG WRIGHT 7000 CENTRAL PARKWAY, SUITE 1100 ATLANTA, GA 30328 | 22125 | 09/21/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $124,320.26 | Lehman Brothers Derivative Products Inc. | Unsecured | $61,250.63 |
| 22 | EATON VANCE CREDIT OPPORTUNITIES FUND C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18258 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,083,002.34 | Lehman Brothers Holdings Inc. | Unsecured | $1,088,000.20 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 104: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 23 | EATON VANCE CREDIT OPPORTUNITIES FUND C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18259 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,083,002.34 | Lehman Brothers Special Financing Inc. | Unsecured | $1,088,000.20 |
| 24 | EATON VANCE FLOATING-RATE INCOME TRUST C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18254 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $20,886.19 | Lehman Brothers Special Financing Inc. | Unsecured | $20,982.57 |
| 25 | EATON VANCE FLOATING-RATE INCOME TRUST C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18255 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $20,886.19 | Lehman Brothers Holdings Inc. | Unsecured | $20,982.57 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 104: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 26 | EATON VANCE LIMITED DURATION INCOME FUND C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18242 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $27,616.91 | Lehman Brothers Special Financing Inc. | Unsecured | $27,744.35 |
| 27 | EATON VANCE LIMITED DURATION INCOME FUND C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18244 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $27,616.91 | Lehman Brothers Holdings Inc. | Unsecured | $27,744.35 |
| 28 | EATON VANCE SENIOR FLOATING-RATE TRUST C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18252 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $20,886.19 | Lehman Brothers Special Financing Inc. | Unsecured | $20,982.57 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 104: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 29 | EATON VANCE SENIOR FLOATING-RATE TRUST C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18253 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $20,886.19 | Lehman Brothers Holdings Inc. | Unsecured | $20,982.57 |
| 30 | EATON VANCE SENIOR INCOME TRUST C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18256 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $15,664.39 | Lehman Brothers Holdings Inc. | Unsecured | $15,736.68 |
| 31 | EATON VANCE SENIOR INCOME TRUST C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18257 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $15,664.39 | Lehman Brothers Special Financing Inc. | Unsecured | $15,736.68 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 104: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS | AMOUNT | DEBTOR (MODIFIED) | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 32 | ENSIGN PEAK ADVISORS, INC. KEVIN LUND, VICE PRESIDENT 50 EAST NORTH TEMPLE SALT LAKE CITY, UT 84150 | 16071 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,258,638.00 | Lehman Brothers Special Financing Inc. | Unsecured | $800,000.00 |
| 33 | FIELD STREET MASTER FUND LTD C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004 | 19681 | 09/11/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $5,131,500.00* $693,625.00* $5,825,125.00 | Lehman Brothers Holdings Inc. | Unsecured | $5,800,000.00 |
| 34 | FIELD STREET MASTER FUND LTD C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004 | 19682 | 09/11/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $5,131,500.00* $693,625.00* $5,825,125.00 | Lehman Brothers Special Financing Inc. | Unsecured | $5,800,000.00 |
| 35 | FLOATING RATE PORTFOLIO C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18248 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $300,407.51 | Lehman Brothers Special Financing Inc. | Unsecured | $301,793.83 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 104: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 36 | FLOATING RATE PORTFOLIO C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18249 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $300,407.51 | Lehman Brothers Holdings Inc. | Unsecured | $301,793.83 |
| 37 | FOUNDATION OF THE CATHOLIC DIOCESE OF COLUMBUS, OHIO, THE JENNIFER DAMIANO 1071 S HIGH ST COLUMBUS, OH 43206 | 21553 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $21,872.70 | Lehman Brothers Holdings Inc. | Unsecured | $0.00 |
| 38 | FOUNDATION OF THE CATHOLIC DIOCESE OF COLUMBUS, OHIO, THE 257 E BROAD ST COLUMBUS, OH 43215-3703 | 21594 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $21,872.70 | Lehman Brothers Special Financing Inc. | Unsecured | $37,489.22 |
| 39 | FRANK RUSSELL US BOND FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1488 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20927 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $80,930.45 $45,383.07 $126,313.52 | Lehman Brothers Holdings Inc. | Unsecured | $21,152.40 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 104: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ASSERTED | | | MODIFIED | |
| 40 | HURLEY SACRAMENTO L.P. LISA WEIL, ESQ. COX, CASTLE & NICHOLSON LLP 555 CALIFORNIA STREET, 10TH FLOOR SAN FRANCISCO, CA 94104 | 4663 | 05/29/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $388,568.75 | Lehman Brothers Special Financing Inc. | Unsecured | $236,000.00 |
| 41 | INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND C/O DAWN M. COSTA, ESQ. JENNINGS SIGMOND, P.C. 501 WALNUT STREET, 16TH FLOOR PHILADELPHIA, PA 19106 | 12873 | 09/15/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $23,844.45 $93,404.41 $117,248.86 | Lehman Brothers Holdings Inc. | Unsecured | $0.00 |
| 42 | INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND C/O DAWN M. COSTA, ESQ. JENNINGS SIGMOND, P.C. 501 WALNUT STREET, 16TH FLOOR PHILADELPHIA, PA 19106 | 12874 | 09/15/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $23,844.45 $93,404.41 $117,248.86 | Lehman Brothers Special Financing Inc. | Unsecured | $133,522.61 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 104: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 43 | JACKSON BOND, L.P. C/O AMBLING PROPERTY INVESTMENTS ATTN: GREG WRIGHT 7000 CENTRAL PARKWAY, SUITE 1100 ATLANTA, GA 30328 | 22127 | 09/21/2009 | **Lehman Brothers Derivative Products Inc.** | Unsecured | $21,183.14 | **Lehman Brothers Derivative Products Inc.** | Unsecured | $13,182.07 |
| 44 | LAWSON SOFTWARE, INC ATTN: BRUCE MCPHEETERS 380 ST. PETER STREET SAINT PAUL, MN 55102-1302 | 32322 | 09/22/2009 | **Lehman Brothers OTC Derivatives Inc.** | Secured Unsecured<br><br>Subtotal | $773,882.29 $8,712,463.68<br><br>$9,486,345.97 | **Lehman Brothers OTC Derivatives Inc.** | Unsecured | $9,096,695.00 |
| 45 | LOUISIANA SHERIFF'S PENSION & RELIEF FUND C/O OSEY MCGEE JR. 1225 NICHOLSON DRIVE BATON ROUGE, LA 70802 | 21554 | 09/21/2009 | **Lehman Brothers Holdings Inc.** | Secured Unsecured<br><br>Subtotal | $26,581.60 $216,522.88<br><br>$243,104.48 | **Lehman Brothers Holdings Inc.** | Unsecured | $0.00 |
| 46 | LOUISIANA SHERIFF'S PENSION & RELIEF FUND C/O OSEY MCGEE JR. 1225 NICHOLSON DRIVE BATON ROUGE, LA 70802 | 21555 | 09/21/2009 | **Lehman Brothers Special Financing Inc.** | Secured Unsecured<br><br>Subtotal | $26,581.60 $216,522.88<br><br>$243,104.48 | **Lehman Brothers Special Financing Inc.** | Unsecured | $317,544.20 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 104: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 47 | MIP CORE ALPHA BOND MASTER PORTFOLIO C/O BARCLAYS GLOBAL FUND ADVISORS 400 HOWARD ST SAN FRANCISCO, CA 94105 | 12009 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $65,502.00* | Lehman Brothers Special Financing Inc. | Unsecured | $56,235.00 |
| 48 | MIP COREALPHA BOND MASTER PORTFOLIO C/O BARCLAYS GLOBAL FUND ADVISORS 400 HOWARD ST SAN FRANCISCO, CA 94105 | 12008 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $65,502.00* | Lehman Brothers Holdings Inc. | Unsecured | $56,235.00 |
| 49 | NATIONAL BANK OF GREECE SA OPERATIONS DIVISION (038) 68, ACADEMIAS STREET (1ST FLOOR) ATHENS, 106 78 GREECE | 11983 | 09/14/2009 | Lehman Brothers Commercial Corporation | Unsecured | $541,301.57 | Lehman Brothers Commercial Corporation | Unsecured | $429,487.83 |
| 50 | NATIONWIDE LIFE INSURANCE COMPANY (INC) ATTN: NATIONWIDE INVESTMENTS-DERIVATIVES ONE NATIONWIDE PLAZA COLOMBUS, OH 43215 | 18549 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | $722,000.00 $4,997,736.00<br><br>$5,719,736.00 | Lehman Brothers Special Financing Inc. | Unsecured | $4,097,943.79 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 104: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 51 | NATIONWIDE RETIREMENT PLAN ATTN: NATIONAWIDE INVESTMENTS-DERIVATIVES ONE NATIONWIDE PLAZA COLUMBUS, OH 43215 | 18548 | 09/18/2009 | Lehman No Case Asserted/All Cases Asserted | Secured Unsecured Subtotal | $72,757,000.00 $19,232,764.00 $91,989,764.00 | Lehman Brothers Special Financing Inc. | Unsecured | $15,765,537.09 |
| 52 | RAIFFEISEN BANK RT ATTN: MRS ZSUZSANNA VARGE BIRONE RAIFFEISEN BANK ZRT 6 AKADEMIA U BUDAPEST, 1054 HUNGARY | 13017 | 09/15/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,396,952.00 | Lehman Brothers Special Financing Inc. | Unsecured | $950,000.00 |
| 53 | SENIOR DEBT PORTFOLIO C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18247 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $83,113.62 | Lehman Brothers Holdings Inc. | Unsecured | $83,497.17 |
| 54 | SENIOR DEBT PORTFOLIO C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON, MA 02110 | 18268 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $83,113.62 | Lehman Brothers Special Financing Inc. | Unsecured | $83,497.17 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 104: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 55 | SOUTHHAVEN PARTNERS I, L.P. C/O AMBLING PROPERTY INVESTMENTS ATTN: GREG WRIGHT 7000 CENTRAL PARKWAY, SUITE 1100 ATLANTA, GA 30328 | 22124 | 09/21/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $68,989.36 | Lehman Brothers Derivative Products Inc. | Unsecured | $33,915.18 |
| 56 | SUN LIFE ASSURANCE COMPANY OF CANADA (US) ONE SUN LIFE EXECUTIVE PARK SC1306 WELLESLEY HILLS, MA 02481 | 67006 | 08/12/2010 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | $16,020,000.00 $828,276.50<br><br>$16,848,276.50 | Lehman Brothers Special Financing Inc. | Unsecured | $828,276.50 |
| 57 | SUN LIFE ASSURANCE COMPANY OF CANADA (US) ONE SUN LIFE EXECUTIVE PARK SC1306 WELLESLEY HILLS, MA 02481 | 67007 | 08/12/2010 | Lehman Brothers Holdings Inc. | Unsecured | $2,364,362.97 | Lehman Brothers Holdings Inc. | Unsecured | $828,276.50 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 104: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 58 | TFL PENSION FUND ATTN: PETER R. LA TRONICA C/O BRIDGEWATER ASSOCIATES, INC., AS AUTHORI C/O BRIDGEWATER ASSOCIATES, INC., AS AUTHORIZED AGENT ONE GLENDINNING PLACE WESTPORT, CT 06880 | 20779 | 09/21/2009 | Lehman Brothers Commercial Corporation | Unsecured | $87,863.01 | Lehman Brothers Commercial Corporation | Unsecured | $0.00 |
| | TRANSFERRED TO: BRIDGEWATER ASSOCIATES, LP TRANSFEROR: TFL PENSION FUND ATTN: ALISON GREGORY ONE GLENDINNING PLACE WESTPORT, CT 06880 | | | | | $735,245.58 | | | $721,514.49 |
| 59 | WELLINGTON TRUST COMP, NA MULTIPLE COMMON TRUST FUNDS TRUST LIBOR PLUS PORTFOLIO C/O WELLINGTON MANAGEMENT COMP, LLC ATTN: DONALD CAIAZZA BOSTON, MA 02109 | 67323 | 02/04/2011 | Lehman Brothers Special Financing Inc. | Unsecured | $31,484.61 | Lehman Brothers Special Financing Inc. | Unsecured | $30,488.07 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 104: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 60 | WELLINGTON TRUST COMP, NA MULTIPLE COMMON TRUST FUNDS TRUST LIBOR PLUS PORTFOLIO C/O WELLINGTON MANAGEMENT COMP, LLC ATTN: DONALD CAIAZZA BOSTON, MA 02109 | 67324 | 02/04/2011 | Lehman Brothers Holdings Inc. | Unsecured | $31,484.61 | Lehman Brothers Holdings Inc. | Unsecured | $30,488.07 |
| 61 | WELLS FARGO BANK N.A. AS TRUSTEE C/O GALLIARD CAPITAL MANAGEMENT INC ATTN: JOHN R CASWELL 800 LASALLE AVENUE SUITE 1100 MINNEAPOLIS, MN 55402 | 29885 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,330,707.98* | Lehman Brothers Special Financing Inc. | Unsecured | $1,681,021.34 |
| 62 | WELLS FARGO BANK N.A. AS TRUSTEE C/O GALLIARD CAPITAL MANAGEMENT INC ATTN: JOHN R CASWELL 800 LASALLE AVENUE SUITE 1100 MINNEAPOLIS, MN 55402 | 29886 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $8,548,768.38* | Lehman Brothers Holdings Inc. | Unsecured | $4,576,882.88 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 104: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 63 | WELLS FARGO BANK NA AS TRUSTEE C/O GALLIARD CAPITAL MANAGEMENT, INC ATTN: JOHN P CASWELL 800 LASALLE AVENUE, SUITE 1100 MINNEAPOLIS, MN 55402 | 29887 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $8,548,768.38* | Lehman Brothers Special Financing Inc. | Unsecured | $4,576,882.88 |
| 64 | WELLS FARGO BANK NA AS TRUSTEE C/O GALLIARD CAPITAL MANAGEMENT ATTN: JOHN R. CASWELL 800 LASALLE AVENUE, SUITE 1100 MINNEAPOLIS, MN 55402 | 29892 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,330,707.98* | Lehman Brothers Holdings Inc. | Unsecured | $1,681,021.34 |
| 65 | WELLS FARGO MASTER TRUST C/O GALLIARD CAPITAL MANAGEMENT ATTN: JOHN R. CASWELL 800 LASALLE AVENUE, SUITE 1100 MINNEAPOLIS, MN 55402 | 30065 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $416,548.60* | Lehman Brothers Special Financing Inc. | Unsecured | $339,310.91 |

### IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 104: EXHIBIT 1 – SETTLED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 66 | WELLS FARGO MASTER TRUST C/O GALLIARD CAPITAL MANAGEMENT INC ATTN: JOHN R. CASWELL 800 LASALLE AVENUE, SUITE 1100 MINNEAPOLIS, MN 55402-2033 | 30110 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $416,548.60* | Lehman Brothers Holdings Inc. | Unsecured | $339,310.91 |
| 67 | WHITE MOUNTAINS LIFE REINSURANCE (BERMUDA) LTD. ATTN: ARLENE R. ALVES C/O SEWARD & KISSEL LLP ONE BATTERY PLAZA NEW YORK, NY 10017 | 19685 | 09/11/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,808,000.00* | Lehman Brothers Special Financing Inc. | Unsecured | $1,650,000.00 |
| | | | | | TOTAL | $241,005,222.78 | | TOTAL | $111,101,767.69 |