

**Arnall Golden Gregory** LLP

Darryl S. Laddin
Admitted in:
Georgia
New York
Washington, D.C.

WRITER'S DIRECT DIAL NUMBER
404.873.8120
WRITER'S DIRECT DIAL FACSIMILE
404.873.8121
WRITER'S EMAIL ADDRESS
dladdin@agg.com

April 29, 2011

Mr. Vito Genna
Clerk of Court
United States Bankruptcy Court for the
    Southern District of New York
One Bowling Green
New York, NY 10004

Re:   *In re: Lehman Brothers Holdings, Inc., et al.*; Chapter 11;
      Case No. 08-13555-JMP

Dear Mr. Genna:

My law firm served as counsel to the wholly-owned subsidiaries of Verizon Communications Inc. (collectively "Verizon") and SunTrust Banks, Inc. and its subsidiaries (collectively "SunTrust") in the above-referenced case. I am writing as a follow up to my letter dated April 7, 2011, and pursuant to my Withdrawals of Notice of Appearance and Request for Removal from Service Lists filed with the Court on April 18, 2011 (copies enclosed). I am writing again to request removal of my firm (bkrfilings@agg.com) from the electronic mailing list for notices therein.

Please contact me with any questions. I appreciate your assistance with this matter.

Sincerely,

Darryl S. Laddin

DSL:aid
Encs.

RECEIVED
APR 28 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

3067435v1

171 17th Street, NW  |  Suite 2100  |  Atlanta, GA 30363-1031  |  404.873.8500  |  Fax: 404.873.8501  |  www.agg.com

# Arnall Golden Gregory LLP

WRITER'S DIRECT DIAL NUMBER
404.873.8120
WRITER'S DIRECT DIAL FACSIMILE
404.873.8121
WRITER'S EMAIL ADDRESS
dladdin@agg.com

Darryl S. Laddin
Admitted in:
Georgia
New York
Washington, D.C.

April 7, 2011

Mr. Vito Genna
Clerk of Court
United States Bankruptcy Court for the
   Southern District of New York
One Bowling Green
New York, NY 10004

Re:   *In re: Lehman Brothers Holdings, Inc., et al.*; Chapter 11;
      Case No. 08-13555-JMP

      *In re: General Motors Corp., et al.*; Chapter 11;
      Case No. 09-50026-REG

Dear Mr. Genna:

My law firm serves as counsel to the wholly-owned subsidiaries of Verizon Communications Inc. (collectively "Verizon") in both of the above-referenced cases. I am writing to request removal of my firm (bkrfilings@agg.com) from the electronic mailing list for notices therein.

Please contact me with any questions. I appreciate your assistance with this matter.

Sincerely,

Darryl S. Laddin

DSL:aid

3056069v1

171 17th Street, NW  |  Suite 2100  |  Atlanta, GA 30363-1031  |  404.873.8500  |  Fax: 404.873.8501  |  www.agg.com

ARNALL GOLDEN GREGORY LLP
171 17th Street N.W.
Suite 2100
Atlanta, Georgia 30363
(404) 873-8500
Darryl S. Laddin (DL-5130)
Frank N. White

Attorneys for the Wholly Owned Subsidiaries
of Verizon Communications Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :    (Jointly Administered)
    Debtors.                                                :
                                                            :
------------------------------------------------------------x

### WITHDRAWAL OF NOTICE OF APPEARANCE
### AND REQUEST FOR REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTICE that the undersigned attorneys, as counsel of record for the wholly-owned subsidiaries of Verizon Communications Inc.[1] (collectively, "Verizon"), hereby withdraw their appearance in this case and request that the undersigned be removed from the CM/ECF electronic notification list and any other service list in this case.

APR 2 8 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

---

[1] The wholly-owned subsidiaries of Verizon Communications Inc. include, without limitation, Verizon Services Corp., Verizon Network Integration Corp., Verizon Business Global LLC, Verizon Business Network Services Inc., Verizon Select Services Inc., MCI Communications Services, Inc. f/k/a MCI WorldCom Communications, Inc. and the operating telephone company subsidiaries of Verizon Communications Inc.

3064402v1