**Status Conference: May 9, 2011 at 2:00 p.m. (prevailing Eastern Time)**

JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Robert W. Gaffey
Jayant W. Tambe
William J. Hine

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
William R. Maguire
Seth D. Rothman
Neil J. Oxford

1775 I Street, N.W., Suite 600
Washington, D.C. 20006
Telephone: (202) 721-4600
Facsimile: (202) 721-4646
John F. Wood

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------------x
:
**In re**                                            :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,         :    **08-13555 (JMP)**
:
            Debtors.                                 :    **(Jointly Administered)**
----------------------------------------------------------------------------x
:
**In re**                                            :
:    **Case No.**
**LEHMAN BROTHERS INC.,**                            :
:    **08-01420 (JMP) (SIPA)**
            Debtor.                                  :
----------------------------------------------------------------------------x

## NOTICE OF STATUS CONFERENCE ON PROPOSED ORDERS RELATING TO COURT'S FEBRUARY 22, 2011 OPINION AND RELATED MATTERS

PLEASE TAKE NOTICE that a status conference in regard to the proposed orders presented to the Court relating to the Court's February 22, 2011 Opinion Regarding Motions Seeking Modification of the Sale Order Pursuant to Rule 60(b), the Trustee's Motion for Relief Under the SIPA Sale Order, Barclays' Cross-Motion to Enforce the Sale Orders and Adjudication of Related Adversary Proceedings [LBHI Docket No. 14612, LBI Docket No. 4105] and related matters in the above-captioned proceedings will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004, on **May 9, 2011 at 2:00 p.m.** (prevailing Eastern Time) or as soon thereafter as counsel may be heard.

Dated: May 5, 2011
New York, New York

JONES DAY

/s William J. Hine
Robert W. Gaffey
Jayant W. Tambe
William J. Hine

222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Attorneys for Debtors
and Debtors in Possession

Dated:  May 5, 2011
New York, New York

                      HUGHES HUBBARD & REED LLP

                      <u>/s/ Neil J. Oxford</u>
                      William R. Maguire
                      Seth D. Rothman
                      Neil J. Oxford

                      One Battery Park Plaza
                      New York, New York 10004
                      Telephone: (212) 837-6000
                      Facsimile: (212) 422-4726

                      John F. Wood
                      1775 I Street, N.W., Suite 600
                      Washington, D.C. 20006
                      Telephone: (202) 721-4600
                      Facsimile: (202) 721-4646

                      Attorneys for James W. Giddens, Trustee for
                      the SIPA Liquidation of Lehman Brothers Inc.