Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Deutsche Bank AG, London Branch

Name of Transferor

SLB Leasing-Fonds GmbH & Co. Herakles KG

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: michael.sutton@db.com

Last Four Digits of Acct. #: N/A

Court Claim # (if known): 19964
Amount of Claim: No less than USD 16,841,923.94

(FULL TRANSFER)

Date Claim Filed: 21 September 2009

Tel: N/A
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Ross Miller
Michael Sutton                  Director    Date: 05/05/2011
Managing Director
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 08-13555 |
|---|---|
| Ch-11 LEHMAN BROTHERS HOLDINGS, INC.<br><br>Debtor | Chapter 11 |

## NOTICE OF TRANSFER OF CLAIM

### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of SLB Leasing-Fonds GmbH & Co. Herakles KG ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| No less than USD 16,841,923.94 | 19964 |

have been transferred and assigned to Deutsche Bank AG, London Branch ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

Notice LBHI Herakles KG / DB

- 1 -

DAC9014022

| ASSIGNEE: | Deutsche Bank AG, London Branch | ASSIGNOR: | SLB Leasing-Fonds GmbH & Co. Herakles KG |
|---|---|---|---|
| Address: | Deutsche Bank AG London Winchester House Attention: Ross Miller 1 Great Winchester Street London EC2N 2DB | Address: | SLB Leasing-Fonds GmbH & Co. Herakles KG c/o SachsenFonds GmbH Attn.: Ms. Dagmar Meckler Max-Planck-Straße 5 85609 Aschheim Germany |

*Its General Partner SL Mobilien-Leasing Heidelberg GmbH*

Signature: _[signature]_
Name: Michael Sutton
Title: Managing Director
Date: 05/05/2011

Signature: _[signature]_
Name: Ross Miller
Title: Director
Date: 05/05/2011

Signature: _[signature]_
Name: Helmut Pütz
Title: Managing Director
Date: 2011/4/26

Signature: _[signature]_
Name: Christian Goldbrunner
Title: Managing Director
Date: 2011/4/26

*Its General Partner SachsenFonds Beteiligungs GmbH*

Signature: _[signature]_
Name: Jürgen Göbel
Title: Managing Director
Date: 2011/4/20

Signature: _[signature]_
Name: Thomas Schober
Title: Managing Director
Date: 2011/4/20

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | SLB Leasing-Fonds GmbH & Co. Odin KG |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: michael.sutton@db.com

Last Four Digits of Acct. #: N/A

Court Claim # (if known): 19968
Amount of Claim: No less than USD 16,841,923.94

(FULL TRANSFER)

Date Claim Filed: 21 September 2009

Tel: N/A
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Michael Sutton_  /  _/s/ Ross Miller_    Date: 05/05/2011
    Michael Sutton, Managing Director  /  Ross Miller, Director
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ch-11 LEHMAN BROTHERS HOLDINGS, INC.<br><br>Debtor | Case No. 08-13555<br><br>Chapter 11 |

**NOTICE OF TRANSFER OF CLAIM**

**PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that any and all claims of SLB Leasing-Fonds GmbH & Co. Odin KG ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| No less than USD 16,841,923.94 | 19968 |

have been transferred and assigned to Deutsche Bank AG, London Branch ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

| ASSIGNEE: | Deutsche Bank AG, London Branch | ASSIGNOR: | SLB Leasing-Fonds GmbH & Co. Odin KG |
|---|---|---|---|
| Address: | Deutsche Bank AG London Winchester House Attention: Ross Miller 1 Great Winchester Street London EC2N 2DB | Address: | SLB Leasing-Fonds GmbH & Co. Odin KG c/o SachsenFonds GmbH Attn.: Ms. Dagmar Meckler Max-Planck-Straße 5 85609 Aschheim Germany |

*Its General Partner SL Mobilien-Leasing Heidelberg GmbH*

| | | | |
|---|---|---|---|
| Signature: | [signature] | Signature: | [signature] |
| Name: | Michael Sutton | Name: | Helmut Pütz |
| Title: | Managing Director | Title: | Managing Director |
| Date: | 05/05/2011 | Date: | 2011/4/26 |
| Signature: | [signature] | Signature: | [signature] |
| Name: | Ross Miller | Name: | Christian Goldbrunner |
| Title: | Director | Title: | Managing Director |
| Date: | 05/05/2011 | Date: | 2011/4/26 |

*Its General Partner SachsenFonds Beteiligungs GmbH*

| | |
|---|---|
| Signature: | [signature] |
| Name: | Jürgen Göbel |
| Title: | Managing Director |
| Date: | 2011/4/20 |
| Signature: | [signature] |
| Name: | Thomas Schober |
| Title: | Managing Director |
| Date: | 2011/4/20 |