B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings, Inc.,
Debtors

Case No. 08-13555 (jmp)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Avenue TC Fund, L.P.
Name of Transferee

Stroock & Stroock & Lavan, LLP
Name of Transferor

Name and Address where notices to transferee should be sent:

399 Park Avenue, 6th Floor
New York, NY 10022
Attn: David S. Leinwand

Phone: (212) 878-3500
Last Four Digits of Acct #: _____

Court Claim # (if known): 5519
Amount of Claim: $665,215.54
Date Claim Filed: 7/17/2009
Amount Transferred: $498,911.65

Phone: (212) 806-6023
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ David S. Leinwand
Transferee/Transferee's Agent

Date: 5/5/2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF *PARTIAL* TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

Stroock & Stroock & Lavan LLP ("Assignor"), having an address of 180 Maiden Lane, New York, NY 10038, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Assignor has unconditionally and irrevocably sold, transferred and assigned to Avenue TC Fund, L.P., its successors and assigns, with offices at 399 Park Avenue, 6th Floor, New York, NY 10022 ("Assignee"), all rights, title and interest in and to the claim of Assignor against Lehman Brothers Holdings Inc. (Claim No.: 5519) in the partial amount of $498,911.65 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Assignee herein as the valid owner of the Claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the _____5_____ day of May, 2011.

Stroock & Stroock & Lavan LLP

By: _____
Name:   KRIS HANSEN
Title:   PARTNER

Avenue TC Fund, L.P.
By: Avenue TC GenPar, LLC,
    its General Partner
By: GL TC Partners, LLC,
    its Managing Member

By: _____
Name: Sonia Gardner
Title: Member

NY 73337250v1