B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings, Inc.,</u>  Case No. <u>08-13555 (jmp)</u>
Debtors  (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


<u>Avenue Blue TC Fund, L.P.</u>                       <u>Stroock & Stroock & Lavan, LLP</u>
Name of Transferee                                         Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): <u>5519</u>
should be sent:                                                   Amount of Claim: <u>$665,215.54</u>
                                                                          Date Claim Filed: <u>7/17/2009</u>
399 Park Avenue, 6th Floor                                 Amount Transferred: <u>$166,303.89</u>
New York, NY  10022
Attn: David S. Leinwand

Phone: <u>(212) 878-3500</u>                                  Phone: (212) 806-6023
Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):



Phone: _____
Last Four Digits of Acct #: _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By: <u>/s/ David S. Leinwand</u>                              Date: <u>  5/5/2011</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.