B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings, Inc.,      Case No. 08-13555 (jmp)
Debtors      (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Avenue Blue TC Fund, L.P.      Stroock & Stroock & Lavan, LLP
Name of Transferee      Name of Transferor

Name and Address where notices to transferee should be sent:

399 Park Avenue, 6th Floor
New York, NY 10022
Attn: David S. Leinwand

Court Claim # (if known): 5519
Amount of Claim: $665,215.54
Date Claim Filed: 7/17/2009
Amount Transferred: $166,303.89

Phone: (212) 878-3500
Last Four Digits of Acct #: _____

Phone: (212) 806-6023
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ David S. Leinwand      Date: 5/5/2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF *PARTIAL* TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

**Stroock & Stroock & Lavan LLP** ("Assignor"), having an address of 180 Maiden Lane, New York, NY 10038, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Assignor has unconditionally and irrevocably sold, transferred and assigned to **Avenue Blue TC Fund, L.P.**, its successors and assigns, with offices at 399 Park Avenue, 6th Floor, New York, NY 10022 ("Assignee"), all rights, title and interest in and to the claim of Assignor against **Lehman Brothers Holdings Inc.** (Claim No.: 5519) in the partial amount of $166,303.89 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Assignee herein as the valid owner of the Claim.

You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the ___5th___ day of May, 2011.

**Stroock & Stroock & Lavan LLP**

By: _/s/ Kris Hansen_
Name: KRIS HANSEN
Title: PARTNER

**Avenue Blue TC Fund, L.P.**
By: Avenue Blue TC GenPar, LLC,
    its General Partner
By: GL Blue TC Partners, LLC,
    its Managing Member

By: _/s/ Sonia Gardner_
Name: Sonia Gardner
Title: Member

NY 73337250v1