WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                              :    **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    **08-13555 (JMP)**
                                                   :
                          Debtors.                 :    **(Jointly Administered)**
------------------------------------------------------------------x

### QUARTERLY REPORT PURSUANT TO ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 3007 AND 9019(b) APPROVING SETTLEMENT PROCEDURES

Pursuant to the Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) Approving Settlement Procedures, entered on March 31, 2010 [Docket No. 7936] (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to settle certain prepetition claims in accordance with the procedures set forth in the Order.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

As required by the Order, the Debtors hereby file the quarterly report of all settlements entered into during the period January 1, 2011 to and including March 31, 2011 pursuant to the Settlement Procedures set forth in the Order, annexed hereto as <u>Exhibit A</u>.

Dated: May 5, 2011
      New York, New York

    /s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**<u>Exhibit A</u>**
**(Quarterly Report)**

Claims Settlements for the Period 1/1/2011 to 3/31/2011

| Claimant | Claim # | Type of Claim | Filed Claim Amount | | Claim Settlement Amount | Priority of Claim Settlement Amount | Date (Approx) |
|---|---|---|---|---|---|---|---|
| McDonnell Loan Opportunity Ltd.* | 17630 | General Unsecured | $ 328,345.87 | ** | $ 225,946.73 | General Unsecured | 12/22/2010 |
| McDonnell Loan Opportunity Ltd. | 17632 | General Unsecured | $ 250,000.00 | ** | $ 250,000.00 | General Unsecured | 2/4/2011 |

\* This claim was settled on December 22, 2010, and was inadvertently not included
on the previous quarterly report filed by the Debtors on January 26, 2011.

\*\* plus unliqudated amount