B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| AG Super Fund International Partners, L.P. | Barclays Bank PLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim #: 58882 (4.858% of claim)
Amount of Claim as Filed: $52,429,000.00
Amount of Claim Transferred: $2,546,979.60
Date Claim Filed: 10/30/09

AG Super Fund International Partners, L.P.
c/o Angelo Gordon & Co., LP
245 Park Avenue, 26th Floor
New York, NY 10167


Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):


Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Thomas M. Fuller                                    Date: 5/5/11
    Transferee/Transferee's Agent

**Thomas M. Fuller**
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.
**Authorized Signatory**

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Barclays Bank PLC

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Barclays Bank PLC** ("Seller") hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to **AG Super Fund International Partners, L.P.** ("Purchaser"), an undivided interest, to the extent of the applicable percentage/principal amount/nominal amount specified in Schedule I attached hereto (the "Purchased Claim") in Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the security referred to on Schedule I hereto together with all other claims (within the meaning of Section 101(5) of the U.S. Bankruptcy Code and applicable law) (the "Claim") in respect thereof and against **Lehman Brothers Treasury Co. B.V.** and/or **Lehman Brothers Holdings Inc.** (debtor in Case No. 08-13555 pending in the U.S. Bankruptcy Court for the Southern District of New York) (each a "Debtor"), including, without limitation on, any and all proofs of claim filed in respect of the Claim, including without limitation, **Proof of Claim Number 58882** (the "Proof of Claim") filed in the bankruptcy case of **Lehman Brothers Holdings Inc.**

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of each Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 5th day of ~~April~~ MAY, 2011.

Barclays Bank PLC

By: _____
Name: Daniel Crowley
Title: Managing Director

745 Seventh Avenue
New York, NY 10019

AG Super Fund International Partners, L.P.
By: AG Super Fund International LLC
    General Partner
By: AG Funds, L.P. Managing Member

By: _____
Name: Thomas M. Fuller
Title: Authorized Signatory

245 Park Avenue, 26th Floor
New York, NY 10167

Schedule 1

Transferred Claims

Purchased Claim

4.858% = $2,546,979.60 of $52,429,000.00 (the outstanding amount of Proof of Claim as of May 5, 2011).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| Lehman Brothers Treasury Co. B.V. Issue of Australian Domestic Fixed Rate Notes due 24 August 2011 Guaranteed by Lehman Brothers Holdings Inc. under the US $60,000,000,000 Euro Medium-Term Note Program | AU300LBTC 011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | AUD 3,158,000 of 6,000,000 Equivalent to USD 2,546,979.60 of 4,839,600 | 6.65% | August 24, 2011 | All accrued interest, fees and other recoveries due. |

Schedule 1-1