**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                     :

In re                                :      **Chapter 11**
                                     :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :      **Case No.: 08-13555 (JMP)**
                                     :

            **Debtors.**                 :      **(Jointly Administered)**
                                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF PARTIAL TRANSFER OF CLAIM**
**OTHER THAN FOR SECURITY PURSUANT TO FRBP RULE 3001(e)(2)**

1.      TO:          Goldman, Sachs & Co.
                      30 Hudson Street, 36th Floor
                      Jersey City, NJ 07302
                      Attn: Andrew Caditz

2.      Please take notice that EUR 7,000,000.00 of your claim against Lehman Brothers Holdings Inc., identified by XS0376686308 arising from and relating to Proof of Claim No. 46939 (attached as Exhibit A hereto), has been transferred to:

                      Silver Point Capital Offshore Master Fund, L.P. ("Transferee")
                      c/o Silver Point Capital, L.P.
                      Two Greenwich Plaza, First Floor
                      Greenwich, CT  06830
                      Attn: David F. Steinmetz

      An executed "Evidence of Transfer of Claim" is attached as Exhibit B hereto. All distributions and notices regarding the transferred portion of the claim should be sent to the Transferee at the above address, with a copy to:

                      Davis Polk & Wardwell LLP ("Davis Polk")
                      450 Lexington Avenue
                      New York, NY 10017-3904
                      Fax: 212-701-5800
                      Attn: Xin Yu

3.      No action is required if you do not object to the partial transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 21 DAYS OF THE DATE OF MAILING OF THIS NOTICE, YOU MUST**:

--      **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

>   United States Bankruptcy Court
>   Southern District of New York
>   Attn: Clerk of Court
>   Alexander Hamilton Custom House
>   One Bowling Green
>   New York, NY 10004-1408

--      **SEND YOUR OBJECTION TO THE TRANSFEREE WITH A COPY TO DAVIS POLK.**

--      Refer to **INTERNAL CONTROL NO. XS0376686308** in your objection and any further correspondence related to this transfer.

4.      If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING FOR THE TRANSFERRED PORTION OF THE CLAIM.**

>   CLERK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the Transferor, by first class mail, postage prepaid on _____, 2011.

INTERNAL CONTROL NO. XS0376686308

Copy: (check) Claims Agent____ Transferee____ Debtors' Attorney____


>   _____
>   Clerk of the Court

2

# EXHIBIT A

| **United States Bankruptcy Court / Southern District Of New York**<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
|---|---|---|
| Note: This form may not be used to file claims other than those based on Lehman<br>Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | | **THIS SPACE IS FOR COURT USE ONLY** |

| Name and address of Creditor: (and name and address where notices be sent if different from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| **Deutsche Bank Luxembourg S.A.**<br>**Attention: PWM Loan & Risk Management**<br>**2, boulevard Konrad Adenauer**<br>**L-1115 Luxembourg**<br>**Grand-Duchy of Luxembourg**<br><br>Telephone number: **00352 42122 612**        Email Address: **jochen.nau@db.com** | Court Claim Number: _____<br>(*if known*)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:                    Email Address: | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)              0000046939<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

    **Amount of Claim: $ 940,933.51 liquidated amount, <u>plus</u> amounts to be determined - See attached Appendix and Schedule (Required)**

☒    Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

    **International Securities Identification Number (ISIN): See attached Appendix and Schedule (Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e., the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

    **Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

    **See attached Appendix and Schedule (Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from you accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

    **Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

    **See attached Appendix and Schedule (Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY** |
|---|---|
| Date.<br><br>23/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Deutsche Bank Luxembourg S.A.<br><br>*Olaf Kress*          *Katrin Braun*<br>Director          Assistant Vice President | **FILED / RECEIVED**<br><br>OCT 2 6 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

A/73154598.1

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

____DEFINITIONS____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.
**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.
**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

____INFORMATION____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.
**Claims to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## Appendix

This Proof of Claim (this "**Claim**") is filed by **Deutsche Bank Luxembourg S.A., 2, boulevard Konrad Adenauer, L-1115 Luxembourg, Grand-Duchy of Luxembourg** ("**Claimant**") against Lehman Brothers Holdings Inc. ("**Debtor**").

This Claim is based on Debtor's issuance or guarantee, as applicable, of the Program Securities listed on the attached <u>Schedule</u>.

To the extent this Claim is based on Program Securities that (i) were issued by Debtor or (ii) were issued by affiliates of Debtor and (a) have matured or (b) have been accelerated to par, this Claim seeks the face amount (converted to U.S. dollars, where necessary) of the position in such Program Securities held by Claimant. With respect to other Program Securities held by Claimant, the precise amount of this Claim cannot be determined at this time, as it may depend on factors outside Claimant's knowledge and beyond Claimant's control. In each case, the Claim includes principal, accrued interest, any enhanced return on principal, and expenses to the extent permitted by the governing documents and applicable law.

Accordingly, the aggregate amount of this Claim is <u>to be determined</u>.

Because these securities are Lehman Program Securities, as defined in the Court's July 2, 2009 order, Claimant is not required to complete a Guarantee Questionnaire or to provide any information other that that provided herein in support of this Claim.

## Reservation of Rights

This Claim is filed under the compulsion of the bar date established in these chapter 11 proceedings and is filed to protect Claimant from forfeiture of claims by reason of said bar date. Claimant reserves its right to amend and/or supplement this Claim for the purposes and to the extent permitted by applicable law.

Claimant reserves all of its rights and defenses, whether under title 11 of the United States Code or other applicable law, as to any claims that may be asserted against Claimant by Debtor, including, without limitation, any rights of setoff and/or recoupment not expressly asserted above. Claimant further reserves all of its rights as against the other debtors in these chapter 11 proceedings.

Claimant further reserves all rights accruing to it, and the filing of this Claim is not and shall not be deemed or construed as (i) a waiver, release, or limitation of Claimant's rights against any person, entity, or property (including, without limitation, Debtor or any other person or entity that is or may become a debtor in a case pending in this Court); (ii) a consent by Claimant to the jurisdiction or venue of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Claimant; (iii) a waiver, release, or limitation of Claimant's right to trial by jury in this Court or any other court in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights or in any case, controversy, or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the U.S. Constitution; (iv) a consent by Claimant to a jury trial in this Court or any other court in any proceeding as to any and all matters so triable herein or in any case, controversy, or proceeding related hereto, pursuant to 28 U.S.C. § 157(e) or otherwise; (v) a waiver, release, or limitation of Claimant's right to have any and all final orders in any and all non-core matters or proceedings entered only after *de novo* review by a U.S. District Court Judge; (vi) a waiver of the right to move to withdraw the reference with respect to the subject matter of this Claim, any objection thereto or other proceeding which may be commenced in this case against or otherwise involving Claimant; (vii) an election of remedies; or (viii) a consent to the final determination or adjudication of any claim or right pursuant to 28 U.S.C. § 157(c).

## Schedule

**Program Securities with liquidated claim amount:**

| ISIN NUMBER | CLAIM AMOUNT[1] | BLOCKING NUMBER | ACCOUNT NUMBER |
|---|---|---|---|
| XS0183944643 | USD 127,359.00 | 6034450 | Euroclear Bank Acc.: 93793 |
| XS0224346592 | USD 56,604.00 | 6034510 | Euroclear Bank Acc.: 93793 |
| XS0326006540 | USD 141,510.00 | 6034454 | Euroclear Bank Acc.: 93793 |
| XS0213899510 | USD 28,302.00 | 6034425 | Euroclear Bank Acc.: 93793 |
| XS0326608519 | USD 245,648.51 | 6034530 | Euroclear Bank Acc.: 93793 |
| XS0301129036 | USD 200,000.00 | 6048553 | Euroclear Bank Acc.: 93793 |
| XS0326006540 | USD 141,510.00 | 6059079 | Euroclear Bank Acc.: 93793 |
| | | | |
| | | | |

Liquidated Amount of Claim: US$___**940,933.51**_____, plus accrued interest, any enhanced returns on principal, and expenses to the extent permitted by the governing documents and applicable law.

**Program Securities with unliquidated claim amount:**

| ISIN NUMBER | FACE AMOUNT[2] | BLOCKING NUMBER | ACCOUNT NUMBER |
|---|---|---|---|
| DE000A0N6GH8 | EUR 25,000.00 | 8577200910210973301 | Clearstream Banking Frankfurt Acc.: 8577 |
| XS0376686308 | EUR 10,000,000.00 | 6034514 | Euroclear Bank Acc.: 93793 |
| XS0215349357 | EUR 10,000.00 | 6034542 | Euroclear Bank Acc.: 93793 |
| XS0215349357 | EUR 10,000.00 | 6034543 | Euroclear Bank Acc.: 93793 |
| XS0215349357 | EUR 20,000.00 | 6034546 | Euroclear Bank Acc.: 93793 |
| XS0215349357 | EUR 10,000.00 | 6034544 | Euroclear Bank Acc.: 93793 |
| XS0215349357 | EUR 15,000.00 | 6034548 | Euroclear Bank Acc.: 93793 |
| XS0215349357 | EUR 30,000.00 | 6034547 | Euroclear Bank Acc.: 93793 |
| XS0215349357 | EUR 10,000.00 | 6034545 | Euroclear Bank Acc.: 93793 |
| XS0353383499 | USD 75,000.00 | 6034529 | Euroclear Bank Acc.: 93793 |
| XS0301813522 | USD 100,000.00 | 6034518 | Euroclear Bank Acc.: 93793 |
| XS0324464345 | USD 150,000.00 | 6034506 | Euroclear Bank Acc.: 93793 |

Amount of Claim: TO BE DETERMINED, including principal, accrued interest, any enhanced returns on principal, and expenses to the extent permitted by the governing documents and applicable law.

---

[1]    For securities denominated in currency other than U.S. dollars, the amount of the claim has been converted to U.S. dollars at the applicable exchange rate.

[2]    For securities denominated in currency other than U.S. dollars, the amount of the claim, once determined, will be converted to U.S. dollars at the applicable exchange rate.

A/73154598.1

# Unterschriftenverzeichnis
# List of Authorized Signatures

August 2009
August 2009

**Deutsche Bank Luxembourg**



# Deutsche Bank Luxembourg 

Société Anonyme

2, Boulevard Konrad Adenauer, Luxembourg
Registre de Commerce Luxembourg B 9164

L-1115 Luxembourg
Téléphone: (00352) 4 21 22-1
Téléfax: (00352) 4 21 22-4 49

---

Sehr geehrte Damen und Herren,

wir gestatten uns, Ihnen die für die Bank gültigen Unterschriften bekanntzugeben.

Vertretungsberechtigt sind je zwei der in diesem Verzeichnis aufgeführten Personen. Zur Veräußerung und Belastung von Grundstücken sowie zur Führung von Prozessen sind sie nur ermächtigt, wenn ihnen diese Befugnis besonders erteilt ist.

Frühere Verzeichnisse verlieren hierdurch ihre Gültigkeit.

Mit vorzüglicher Hochachtung

Ladies and Gentlemen,

We are pleased to notify you of the signatures valid for the bank.

Any two of the persons named in this list are authorized to represent the bank with their joint signatures. They are only authorized to sell and encumber real estate and to conduct litigation if they have been given a specific power of attorney to do so.

This list supersedes all previous lists.

Yours faithfully

**Deutsche Bank Luxembourg S.A.**

## Geschäftsleitung
## Management Board

**Ernst Wilhelm Contzen**
Chief Executive Officer

**Christian Funke**

**Klaus-Michael Vogel**

| | | |
|---|---|---|
| Rachel Aguirre | Katrin Braun | Peter De Staercke |
| Andrea Amelunxen | Astrid Breyer-Simski | Christoph Dennemärker |
| Joelle Assouline-Dehesdin | Harald Brix | Monika Diefenbach |
| Nevin Aydin | Frank Buchmüller | Hans-Jürgen Dresen |
| Karin Backes | Anke Budzisch | Ingo Eis |
| Nathalie Bausch | Heike Büdinger | Christine Embs |
| Mireille Bayer | Werner Burg | Roger Engel |
| Christoph Becker | Rolf Caspers | Bettina Erbe |
| Helga Becker | Dr. Bernd Castor | Carol Estgen |
| Karlina Belhoste | Armin Clemens | Franz-Josef Ewerhardy |
| Nicole Bölinger | Bernhard Cornell | Frank Faber |
| Hans-Rainer Börner | Ravi Cunnoosamy | Uta Feige |
| Oliver Bolinski | Volker Damde | Marc Fezer |
| Christian Brauch | Christian Dargatz | Dirk Filice |

| Berthold Fisch | Johannes Hank | Harald Hoffmann |
| Elmar Fisch | Kerstin Hans | Silke Hoffmann |
| Sarah Foscarini | Torsten Harig | Christiane Hoffranzen |
| Gerhard Fuchs | Christian Heck | Andreas Hog |
| Alain Gend | Askar Heidari | Florian Huber |
| Sabine Gersing | Roland Hein | Aurélie Huet |
| Sandra Gozemba | Marlene Heinemann | Jochen Hüngerle |
| Philippe van der Gracht | Michael Heni | Dominique Ierace |
| Anke Greif | Andreas Herzog | Peter Jakobs |
| Renate Greinert | Sonja Herzog | Hildegard Jakoby |
| Andrew Gresham | Nigel Hibberd | Joergen Jessen |
| Michael Groth | Marco Hirth | Herbert Jostock |
| Fred Guetti | Heribert Höfer | Marco Kaster |
| Armin Gulitz | Rüdiger Höfken | Andreas Kefer |

| Ivonne Keßler | Sigrid Lambertz | Véronique Mehlen |
|---|---|---|
| Jürgen Knobloch | Marc Launois | Kerstin Meier |
| Christoph Koch | Anja Lendorf | Heike Mergens |
| Daniela Kockelmann | Markus Lewalski | Gerd Meyer |
| Ralf Köbke | Dirk Lichtherz | Claudia Mich |
| Jörg Krämer | Anita Liel | Rainer Michels |
| Olaf Kress | Christoph Linhart | Jens Müller |
| Michael Kreß | Jan Louw | Jürgen Müller |
| Marita Kribs | Marc Lutz | Emmanuelle Nanni |
| Simone Krieger | Cathérine Mahillon | Jochen Nau |
| Heike Kubica | Wanda Maniewska | Ursula Nelles-Borelbach |
| Matthias Kühn | Tobias Marenberg | Ulrich Nelting |
| Andreas Kunze | Esther Martin | Henrik Nettemann |
| Anja Lakoudi | Anders Mattsson | Erik Niederweis |

| Frank Oster | Vicky Prayagsing | Gertrud Schmitt |
| Matthias Otto | Bernhard Prinz | Mario Schmitt |
| Banu Ozkutan | Christiane Probst | Nicole Schmitt |
| Marc Paffenholz | Lydia Recking | Volker Schmitt |
| Inge Palzer | Waltraud Retzer | Thomas Schmitz |
| Michèle Penning | Patrick Robert | Nadine Schneider |
| Serge Pereira | Thomas Roensch | Sabine Schneider |
| Andreas Petry | André Roth | Barbara Schots |
| Jürgen Petry | Rikke Rowledge | Stephanie Schreiner |
| Alexandra Pfeifer | Katja Sauerwein | Herbert Schröder |
| Heinrich Pfeiffer | Wolfgang Schabio | Thomas Schröter |
| Johannes Philippi | Hervé Schall | Erhard Schu |
| Valerie Picquoin | Patrick Scherer | Jürgen Schweig |
| Thomas Pies | Karsten Schmidt | Masen Seitz |

| | | |
|---|---|---|
| **Joachim Sels** | **Jörg Tassler** | **Christophe Vandenbulcke** |
| **Andrea Sharma** | **Christian Ternes** | **Torsten Vorback** |
| **Lothar Siegler** | **Susanne Thébert** | **Lucas Vrouenraets** |
| **Marina Sinn-Conrad** | **Christoph Therre** | **Michaela Wagner** |
| **Dieter Sommer** | **Alexander Thiecke** | **Renate Wagner** |
| **Nicholas Sørensen** | **Brigitte Thiel** | **Thomas Wagner** |
| **Michael Spang** | **Roman Thiel** | **Joachim Walgenbach** |
| **Frédéric Spitz** | **Susanne Thiel** | **Sven Walther** |
| **Rainer Stalpes** | **Raymond Thill** | **Annette Weber** |
| **Anne Steffens** | **Stephan Thräm** | **Danièle Weber** |
| **Joachim Steinlein** | **Karsten Toro** | **Andreas Weidenhaupt** |
| **Elke Stock** | **Silvia Tormann** | **Andreas Witt** |
| **Dr. Jack Sturmhöfel** | **Anja Toussaint** | **Michael Zeitler** |
| **Myriam Tangeten** | **Malte Tressel** | **André Zeltinger** |

| | | |
|---|---|---|
| Dr. Antje Zender | | |
| Martin Zimmermann | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# **EXHIBIT B**

*EXECUTION VERSION*

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **Goldman, Sachs & Co.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Silver Point Capital Offshore Master Fund, L.P.** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the **principal amount specified in** Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number 46939 filed by or on behalf of Seller's predecessor in interest (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.    Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

650467.1/153-05435

4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.    Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.    Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.    Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this ▓▓ day of February, 2011.

GOLDMAN, SACHS & CO.

By:
Name:
Title:
Thomas Tormey
Managing Director
30 Hudson Street
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Andrew Caditz
Phone: 212-357-6240
Email: Andrew.Caditz@gs.com

SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P.

By:

By:    David F. Steinmetz
Name:    Authorized Signatory
Title:

Silver Point Capital, L.P.
2 Greenwich Plaza
Greenwich, CT 06830

650467.1/153-05435

Schedule 1

Transferred Claims

Purchased Claim

70% of XS0376686308 = EUR 7,000,000.00 of EUR 10,000,000.00 (the outstanding amount of XS0376686308 as described in the Proof of Claim).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| 2Y LEH INFLATION INTEREST LINKED NOTES | XS0376686308 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 7,000,000.00 | Variable, Inflation Linked | 22 July 2010 | Unliquidated |

Schedule 1-1

650467.1/153-05435