Schedule 1

Transferred Claims

Purchased Claim

$_____ of $_____ (the outstanding amount of the Proof of Claim as of [date of agreement]).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Interest (as of [___]) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Restoration Special Opportunities Master Ltd | | | |
|---|---|---|---|
| Sec ID | Units | Euroclear Blocking Numb | |
| XS0347925264 | 350,000.00 | 6049854 | |
| XS0216140094 | 100,000.00 | 6049650 | |
| XS0340592681 | 400,000.00 | 6049773 | |