**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x
:
In re                                                      :   Chapter 11 Case No.
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :   08-13555 (JMP)
                                                           :   (Jointly Administered)
           Debtors.                                  :
                                                           :   Ref. Docket No. 16513
----------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                    ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 2, 2011, I caused to be served the:

   a. "Notice of Official Service List for Plan Discovery," dated May 2, 2011 [Docket No. 16513], (the "Notice"), and

   b. Plan Discovery Letter, Re: Meet and Confer to Discuss data Repository, dated May 2, 2011, attached hereto as Exhibit A, (the "Letter"),

by causing true and correct copies of the:

   i. Notice, to be delivered via electronic mail to those parties listed on the annexed Exhibit B,

   ii. Notice and Letter, to be delivered via electronic mail to those parties listed on the annexed Exhibit C,

   iii. Notice, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D, and

   iv. Notice and Letter, enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Pete Caris*
Pete Caris

Sworn to before me this
3rd day of May, 2011
*/s/ Eleni G. Kossivas*
Eleni G. Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in the County of New York
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Plan Discovery Notice and Letter_DI 16513_AFF_5-2-11.doc

# EXHIBIT A

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Weil, Gotshal & Manges LLP**

**Randi W. Singer**
+ 1 212 310 8152
randi.singer@weil.com

May 2, 2011

All Participants in Plan Discovery
Official Service List

Re: Meet and Confer to Discuss Data Repository

Dear Participants,

       Pursuant to Paragraph 4(a) of the Order Establishing Schedule and Procedures in Connection Related to Plan Confirmation and Other Issues (the "Order"), the Debtors are required to meet and confer with all Participants regarding the Data Repository.

       This letter hereby informs all Participants that the meet and confer required by Paragraph 4(a) will take place on Friday May 6, 2011 from 2:30 PM – 4:30 PM (Eastern) at the New York office of Weil, Gotshal & Manges in Conference Room 24D/E. For those who are unable to attend but would like to participate, a dial-in number will be made available upon request.

       To facilitate the large number of attorneys that may attend the meet and confer, we request that by close of business on Thursday May 5, 2011, one representative from each Participant email Leslie Halpern (leslie.halpern@weil.com) with the names of those individuals that anticipate attending the meeting on Friday, so that we can leave a list of names with security.

Sincerely,

Randi W. Singer

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | barbra.parlin@hklaw.com |
| aalfonso@willkie.com | bbisignani@postschell.com |
| abraunstein@riemerlaw.com | bcarlson@co.sanmateo.ca.us |
| acaton@kramerlevin.com | bdk@schlamstone.com |
| acker@chapman.com | bgraifman@gkblaw.com |
| adam.brezine@hro.com | bguiney@pbwt.com |
| adarwin@nixonpeabody.com | bill.freeman@pillsburylaw.com |
| adiamond@diamondmccarthy.com | bkmail@prommis.com |
| aeckstein@blankrome.com | bmanne@tuckerlaw.com |
| aentwistle@entwistle-law.com | bmiller@mofo.com |
| afriedman@irell.com | boneill@kramerlevin.com |
| agbanknewyork@ag.tn.gov | brian.corey@greentreecreditsolutions.com |
| aglenn@kasowitz.com | bromano@willkie.com |
| agold@herrick.com | brosenblum@jonesday.com |
| ahammer@freebornpeters.com | broy@rltlawfirm.com |
| aisenberg@saul.com | btrust@mayerbrown.com |
| akantesaria@oppenheimerfunds.com | bturk@tishmanspeyer.com |
| alesia.pinney@infospace.com | bwolfe@sheppardmullin.com |
| alum@ftportfolios.com | bzabarauskas@crowell.com |
| amarder@msek.com | cahn@clm.com |
| amcmullen@boultcummings.com | calbert@reitlerlaw.com |
| amenard@tishmanspeyer.com | canelas@pursuitpartners.com |
| andrew.brozman@cliffordchance.com | carol.weinerlevy@bingham.com |
| andrew.lourie@kobrekim.com | cbelisle@wfw.com |
| angelich.george@arentfox.com | cbelmonte@ssbb.com |
| ann.reynaud@shell.com | cbrotstein@bm.net |
| anthony_boccanfuso@aporter.com | cgoldstein@stcwlaw.com |
| aoberry@bermanesq.com | chammerman@paulweiss.com |
| aostrow@beckerglynn.com | chardman@klestadt.com |
| apo@stevenslee.com | charles@filardi-law.com |
| aquale@sidley.com | charles_malloy@aporter.com |
| araboy@cov.com | charu.chandrasekhar@wilmerhale.com |
| arahl@reedsmith.com | chipford@parkerpoe.com |
| arheaume@riemerlaw.com | chris.donoho@lovells.com |
| arlbank@pbfcm.com | christopher.schueller@bipc.com |
| arosenblatt@chadbourne.com | clarkb@sullcrom.com |
| arthur.rosenberg@hklaw.com | clynch@reedsmith.com |
| arwolf@wlrk.com | cmontgomery@salans.com |
| aseuffert@lawpost-nyc.com | cohenr@sewkis.com |
| ashaffer@mayerbrown.com | cp@stevenslee.com |
| ashmead@sewkis.com | cpappas@dilworthlaw.com |
| asnow@ssbb.com | craig.goldblatt@wilmerhale.com |
| atrehan@mayerbrown.com | crmomjian@attorneygeneral.gov |
| aunger@sidley.com | cs@stevenslee.com |
| austin.bankruptcy@publicans.com | csalomon@beckerglynn.com |
| avenes@whitecase.com | cschreiber@winston.com |
| azylberberg@whitecase.com | cshore@whitecase.com |
| bankr@zuckerman.com | cshulman@sheppardmullin.com |
| bankruptcy@goodwin.com | ctatelbaum@adorno.com |
| bankruptcy@morrisoncohen.com | cwalsh@mayerbrown.com |
| bankruptcymatters@us.nomura.com | cward@polsinelli.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpiazza@hodgsonruss.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com

drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heidi@crumbielaw.com
heim.steve@dorsey.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| heiser@chapman.com | jguy@orrick.com |
| hirsch.robert@arentfox.com | jherzog@gklaw.com |
| hollace.cohen@troutmansanders.com | jhiggins@fdlaw.com |
| holsen@stroock.com | jhorgan@phxa.com |
| howard.hawkins@cwt.com | jhuggett@margolisedelstein.com |
| hseife@chadbourne.com | jhuh@ffwplaw.com |
| hsnovikoff@wlrk.com | jim@atkinslawfirm.com |
| icatto@kirkland.com | jjoyce@dresslerpeters.com |
| igoldstein@dl.com | jjtancredi@daypitney.com |
| ilevee@lowenstein.com | jjureller@klestadt.com |
| info2@normandyhill.com | jkehoe@btkmc.com |
| ira.herman@tklaw.com | jlamar@maynardcooper.com |
| isgreene@hhlaw.com | jlawlor@wmd-law.com |
| israel.dahan@cwt.com | jlee@foley.com |
| iva.uroic@dechert.com | jlevitin@cahill.com |
| jaclyn.genchi@kayescholer.com | jlipson@crockerkuno.com |
| jacobsonn@sec.gov | jliu@dl.com |
| james.mcclammy@dpw.com | jlovi@steptoe.com |
| james.sprayregen@kirkland.com | jlscott@reedsmith.com |
| jamestecce@quinnemanuel.com | jmaddock@mcguirewoods.com |
| jamie.nelson@dubaiic.com | jmazermarino@msek.com |
| jar@outtengolden.com | jmcginley@wilmingtontrust.com |
| jason.jurgens@cwt.com | jmelko@gardere.com |
| jay.hurst@oag.state.tx.us | jmerva@fult.com |
| jay@kleinsolomon.com | jmmurphy@stradley.com |
| jbecker@wilmingtontrust.com | jmr@msf-law.com |
| jbeemer@entwistle-law.com | john.monaghan@hklaw.com |
| jbeiers@co.sanmateo.ca.us | john.rapisardi@cwt.com |
| jbird@polsinelli.com | john@crumbielaw.com |
| jbromley@cgsh.com | joli@crlpc.com |
| jcarberry@cl-law.com | jorbach@hahnhessen.com |
| jchristian@tobinlaw.com | joseph.cordaro@usdoj.gov |
| jdrucker@coleschotz.com | joshua.dorchak@bingham.com |
| jdyas@halperinlaw.net | jowen769@yahoo.com |
| jean-david.barnea@usdoj.gov | jowolf@law.nyc.gov |
| jeannette.boot@wilmerhale.com | joy.mathias@dubaiic.com |
| jeff.wittig@coair.com | jpintarelli@mofo.com |
| jeffrey.sabin@bingham.com | jpintarelli@mofo.com |
| jeldredge@velaw.com | jporter@entwistle-law.com |
| jen.premisler@cliffordchance.com | jprol@lowenstein.com |
| jennifer.demarco@cliffordchance.com | jrabinowitz@rltlawfirm.com |
| jennifer.gore@shell.com | jrsmith@hunton.com |
| jeremy.eiden@state.mn.us | jschwartz@hahnhessen.com |
| jessica.fink@cwt.com | jsheerin@mcguirewoods.com |
| jfalgowski@reedsmith.com | jshickich@riddellwilliams.com |
| jflaxer@golenbock.com | jsmairo@pbnlaw.com |
| jfox@joefoxlaw.com | jstoll@mayerbrown.com |
| jfreeberg@wfw.com | jtimko@allenmatkins.com |
| jg5786@att.com | jtimko@shutts.com |
| jgarrity@shearman.com | jtougas@mayerbrown.com |
| jgenovese@gjb-law.com | judy.morse@crowedunlevy.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| jwallack@goulstonstorrs.com | lwhidden@salans.com |
| jwang@sipc.org | mabrams@willkie.com |
| jwcohen@daypitney.com | maofiling@cgsh.com |
| jweiss@gibsondunn.com | marc.chait@standardchartered.com |
| jwest@velaw.com | margolin@hugheshubbard.com |
| jwh@njlawfirm.com | mark.deveno@bingham.com |
| jwhitman@entwistle-law.com | mark.ellenberg@cwt.com |
| k4.nomura@aozorabank.co.jp | mark.houle@pillsburylaw.com |
| karen.wagner@dpw.com | mark.sherrill@sutherland.com |
| kdwbankruptcydepartment@kelleydrye.com | martin.davis@ots.treas.gov |
| keith.simon@lw.com | marvin.clements@ag.tn.gov |
| ken.coleman@allenovery.com | matt@willaw.com |
| ken.higman@hp.com | matthew.klepper@dlapiper.com |
| kgwynne@reedsmith.com | mbenner@tishmanspeyer.com |
| kiplok@hugheshubbard.com | mberman@nixonpeabody.com |
| kkelly@ebglaw.com | mbienenstock@dl.com |
| klyman@irell.com | mbossi@thompsoncoburn.com |
| kmayer@mccarter.com | mcademartori@sheppardmullin.com |
| kobak@hugheshubbard.com | mcordone@stradley.com |
| korr@orrick.com | mcto@debevoise.com |
| kostad@mofo.com | mdorval@stradley.com |
| kovskyd@pepperlaw.com | meltzere@pepperlaw.com |
| kpiper@steptoe.com | metkin@lowenstein.com |
| kressk@pepperlaw.com | mfeldman@willkie.com |
| kreynolds@mklawnyc.com | mgordon@briggs.com |
| krosen@lowenstein.com | mgreger@allenmatkins.com |
| kuehn@bragarwexler.com | mh1@mccallaraymer.com |
| kurt.mayr@bgllp.com | mhanchet@mayerbrown.com |
| lacyr@sullcrom.com | mhopkins@cov.com |
| landon@streusandlandon.com | michael.frege@cms-hs.com |
| lathompson@co.sanmateo.ca.us | michael.kim@kobrekim.com |
| lawallf@pepperlaw.com | millee12@nationwide.com |
| lberkoff@moritthock.com | miller@taftlaw.com |
| lee.stremba@troutmansanders.com | mimi.m.wong@irscounsel.treas.gov |
| lgranfield@cgsh.com | mitchell.ayer@tklaw.com |
| lhandelsman@stroock.com | mjacobs@pryorcashman.com |
| linda.boyle@twtelecom.com | mjedelman@vedderprice.com |
| lisa.ewart@wilmerhale.com | mjr1@westchestergov.com |
| lisa.kraidin@allenovery.com | mkjaer@winston.com |
| ljkotler@duanemorris.com | mlahaie@akingump.com |
| lmarinuzzi@mofo.com | mlandman@lcbf.com |
| lmay@coleschotz.com | mlynch2@travelers.com |
| lmcgowen@orrick.com | mmendez@hunton.com |
| lml@ppgms.com | mmooney@deilylawfirm.com |
| lnashelsky@mofo.com | mmorreale@us.mufg.jp |
| loizides@loizides.com | mneier@ibolaw.com |
| lromansic@steptoe.com | monica.lawless@brookfieldproperties.com |
| lscarcella@farrellfritz.com | mpage@kelleydrye.com |
| lschweitzer@cgsh.com | mprimoff@kayescholer.com |
| lthompson@whitecase.com | mpucillo@bermanesq.com |
| lubell@hugheshubbard.com | mrosenthal@gibsondunn.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| mruetzel@whitecase.com | rgraham@whitecase.com |
| mschimel@sju.edu | rgraham@whitecase.com |
| mshiner@tuckerlaw.com | rhett.campbell@tklaw.com |
| msiegel@brownrudnick.com | richard.lear@hklaw.com |
| mspeiser@stroock.com | richard.levy@lw.com |
| mstamer@akingump.com | richard.tisdale@friedfrank.com |
| mvenditto@reedsmith.com | ritkin@steptoe.com |
| mwarren@mtb.com | rjones@boultcummings.com |
| ncoco@mwe.com | rlasater@foley.com |
| neal.mann@oag.state.ny.us | rlevin@cravath.com |
| ned.schodek@shearman.com | rmatzat@hahnhessen.com |
| newyork@sec.gov | rnetzer@willkie.com |
| nfurman@scottwoodcapital.com | rnorton@hunton.com |
| nherman@morganlewis.com | robert.bailey@bnymellon.com |
| nissay_10259-0154@mhmjapan.com | robert.dombroff@bingham.com |
| nlepore@schnader.com | robert.henoch@kobrekim.com |
| notice@bkcylaw.com | robert.malone@dbr.com |
| oipress@travelers.com | robert.yalen@usdoj.gov |
| omeca.nedd@lovells.com | robertdakis@quinnemanuel.com |
| paronzon@milbank.com | robin.keller@lovells.com |
| patrick.oh@freshfields.com | roger@rnagioff.com |
| paul.turner@sutherland.com | ronald.silverman@bingham.com |
| pbattista@gjb-law.com | rqureshi@reedsmith.com |
| pbosswick@ssbb.com | rreid@sheppardmullin.com |
| pdublin@akingump.com | rroupinian@outtengolden.com |
| peisenberg@lockelord.com | rrussell@andrewskurth.com |
| peter.gilhuly@lw.com | rterenzi@stcwlaw.com |
| peter.macdonald@wilmerhale.com | rtrust@cravath.com |
| peter.simmons@friedfrank.com | russj4478@aol.com |
| peter@bankrupt.com | rwasserman@cftc.gov |
| pfeldman@oshr.com | rwyron@orrick.com |
| phayden@mcguirewoods.com | s.minehan@aozorabank.co.jp |
| pmaxcy@sonnenschein.com | sabin.willett@bingham.com |
| ppascuzzi@ffwplaw.com | sabramowitz@velaw.com |
| ppatterson@stradley.com | sagolden@hhlaw.com |
| psp@njlawfirm.com | sally.henry@skadden.com |
| ptrostle@jenner.com | sandyscafaria@eaton.com |
| pwright@dl.com | sara.tapinekis@cliffordchance.com |
| r.stahl@stahlzelloe.com | sbernstein@hunton.com |
| raj.madan@bingham.com | scargill@lowenstein.com |
| rajohnson@akingump.com | schannej@pepperlaw.com |
| ramona.neal@hp.com | schepis@pursuitpartners.com |
| ranjit.mather@bnymellon.com | schnabel.eric@dorsey.com |
| rbeacher@pryorcashman.com | schristianson@buchalter.com |
| rbyman@jenner.com | schwartzmatthew@sullcrom.com |
| rdaversa@orrick.com | scottshelley@quinnemanuel.com |
| relgidely@gjb-law.com | scousins@armstrongteasdale.com |
| rfleischer@pryorcashman.com | sdnyecf@dor.mo.gov |
| rfrankel@orrick.com | sehlers@armstrongteasdale.com |
| rfriedman@silvermanacampora.com | sfelderstein@ffwplaw.com |
| rgmason@wlrk.com | sfineman@lchb.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| sfox@mcguirewoods.com | toby.r.rosenberg@irscounsel.treas.gov |
| sgordon@cahill.com | tony.davis@bakerbotts.com |
| sgubner@ebg-law.com | tslome@msek.com |
| shannon.nagle@friedfrank.com | ttracy@crockerkuno.com |
| sharbeck@sipc.org | twheeler@lowenstein.com |
| shari.leventhal@ny.frb.org | ukreppel@whitecase.com |
| shgross5@yahoo.com | vdagostino@lowenstein.com |
| sidorsky@butzel.com | villa@streusandlandon.com |
| slerner@ssd.com | vmilione@nixonpeabody.com |
| slevine@brownrudnick.com | vrubinstein@loeb.com |
| sloden@diamondmccarthy.com | walter.stuart@freshfields.com |
| smayerson@ssd.com | wanda.goodloe@cbre.com |
| smillman@stroock.com | wballaine@lcbf.com |
| smulligan@bsblawyers.com | wbenzija@halperinlaw.net |
| snewman@katskykorins.com | wcurchack@loeb.com |
| sory@fdlaw.com | wfoster@milbank.com |
| spiotto@chapman.com | william.m.goldman@dlapiper.com |
| splatzer@platzerlaw.com | wiltenburg@hugheshubbard.com |
| squigley@lowenstein.com | wisotska@pepperlaw.com |
| sree@lcbf.com | wk@pwlawyers.com |
| sselbst@herrick.com | woconnor@crowell.com |
| sshimshak@paulweiss.com | wrightth@sullcrom.com |
| steele@lowenstein.com | wsilverm@oshr.com |
| stephen.cowan@dlapiper.com | wswearingen@llf-law.com |
| steve.ginther@dor.mo.gov | wtaylor@mccarter.com |
| steven.troyer@commerzbank.com | wzoberman@bermanesq.com |
| steven.wilamowsky@bingham.com | yamashiro@sumitomotrust.co.jp |
| streusand@streusandlandon.com | yuwatoko@mofo.com |
| susan.schultz@newedgegroup.com | |
| susheelkirpalani@quinnemanuel.com | |
| swolowitz@mayerbrown.com | |
| szuch@wiggin.com | |
| tannweiler@greerherz.com | |
| tarbit@cftc.gov | |
| tbrock@ssbb.com | |
| tduffy@andersonkill.com | |
| teresa.oxford@invescoaim.com | |
| tgoren@mofo.com | |
| thaler@thalergertler.com | |
| thomas.califano@dlapiper.com | |
| thomas.ogden@dpw.com | |
| thomas_noguerola@calpers.ca.gov | |
| timothy.brink@dlapiper.com | |
| timothy.palmer@bipc.com | |
| tjfreedman@pbnlaw.com | |
| tkarcher@dl.com | |
| tkiriakos@mayerbrown.com | |
| tlauria@whitecase.com | |
| tmacwright@whitecase.com | |
| tmayer@kramerlevin.com | |
| tnixon@gklaw.com | |

**EXHIBIT C**

**Email Addresses**
ACATON@KRAMERLEVIN.COM
ADAM.HIRSCH@SRZ.COM;LAWRENCE.GELBER@SRZ.COM
ADASH@BROWNRUDNICK.COM; DMOLTON@BROWNRUDNICK.COM; HSTEEL@BROWNRUDNICK.COM
AFRISCH@ANDREWFRISCH.COM
AKORNBERG@PAULWEISS.COM
ALEXA.LOO@SHEARMAN.COM;RSCHWED@SHEARMAN.COM;MTORKIN@SHEARMAN.COM
ANDREA.B.SCHWARTZ@USDOJ.GOV
ANNE.PAK@ROPESGRAY.COM;MARK.BANE@ROPESGRAY.COM
AROVIRA@SIDLEY.COM
ARWOLF@WLRK.COM
AZOLOT@MAYERBROWN.COM;ASHAFFER@MAYERBROWN.COM;LPLUSH@MAYERBROWN.COM;JCONLON@MAYERBROWN.COM
BDMANNING@RKMC.COM
BEEMEN@EKVANDOORNE.COM
BMERKT@STROOCK.COM;CSZYFER@STROOCK.COM
BMORAN@MKLAWNJ.COM
BTRUST@MAYERBROWN.COM
CHIP.GOODRICH@DB.COM
CHRISTIANA.SUHR.BRUNNER@CH.PWC.COM; PASCAL.PORTMANN@CH.PWC.COM
CRIVERA@CHADBOURNE.COM
CSHORE@NY.WHITECASE.COM; AHAMMOND@NY.WHITECASE.COM; LELIN@NY.WHITECASE.COM
DCOHEN2@MILBANK.COM
DEGGERMANN@KRAMERLEVIN.COM; TMAYER@KRAMERLEVIN.COM
DEGGERMANN@KRAMERLEVIN.COM;TMAYER@KRAMERLEVIN.COM
DGROPPER@AURELIUS-CAPITAL.COM
DNEIER@WINSTON.COM
EJOEL@ELLIOTTMGMT.COM
ELDON.CUBE.DISCOVERY@DAVISPOLK.COM
ELDON.HOLDINGS.DISCOVERY@DAVISPOLK.COM
ELDON.RAVEN.DISCOVERY@DAVISPOLK.COM
ELLEN.HALSTEAD@CWT.COM; HOWARD.HAWKINS@CWT.COM
FFOGEL@SILVERPOINTCAPITAL.COM
FHEALY@STROOCK.COM;CSZYFER@STROOCK.COM
GHOROWITZ@KRAMERLEVIN.COM
GORISA@EKVANDOORNE.COM
GRACE.HOTELS.DISCOVERY@DAVISPOLK.COM
GREGORY.PETRICK@CWT.COM; INGRID.BAGBY@CWT.COM; DAVID.KRONENBERG@CWT.COM

HSNOVIKOFF@WLRK.COM
HSTEEL@BROWNRUDNICK.COM; ADASH@BROWNRUDNICK.COM; DMOLTON@BROWNRUDNICK.COM
IGOLDSTEIN@DL.COM
J.GREENALL-OTA@LEHMANBROTHERSJAPAN.COM; MOHAN.NADIG@LEHMANBROTHERSJAPAN.COM
JEFF.FRIEDMAN@KATTENLAW.COM
JEFF.FRIEDMAN@KATTENLAW.COM;J.STERNMAN@KATTENLAW.COM
JEFFREY.GETTLEMAN@KIRKLAND.COM
JILLIAN.GUTMANMANN@DECHERT.COM;SHMUEL.VASSER@DECHERT.COM
JJTANCREDI@DAYPITNEY.COM
JJURELLER@KLESTADT.COM;TKLESTADT@KLESTADT.COM
JOSHUA.DORCHAK@BINGHAM.COM
JRLEDERER@DIAMONDBACKCAP.COM
JSAFERSTEIN@PAULWEISS.COM
JWCOHEN@DAYPITNEY.COM
KEVIN.C.KELLEY@CHASE.COM
LB-DISCOVERY@CGSH.COM
LB.EQUITY.DISCOVERY@DAVISPOLK.COM
LB.EUROPE.DISCOVERY@DAVISPOLK.COM
LB.HOLDS.PLC.DISCOVERY@DAVISPOLK.COM
LB.INDON.DISCOVERY@DAVISPOLK.COM
LB.INTER2.DISCOVERY@DAVISPOLK.COM
LB.LIMITED.DISCOVERY@DAVISPOLK.COM
LB.PTG.DISCOVERY@DAVISPOLK.COM
LB.RE.FIN.DISCOVERY@DAVISPOLK.COM
LB.UK.HOLDS.DISCOVERY@DAVISPOLK.COM
LB.UK.RE.DISCOVERY@DAVISPOLK.COM
LBIE.DISCOVERY@DAVISPOLK.COM
LBSF.NO1.DISCOVERY@DAVISPOLK.COM
LEHMAN.MORTG.DISCOVERY@DAVISPOLK.COM
LEHMAN.TRANSACTION@IKB.DE
LEHMANPLANDISCOVERY@WEIL.COM;IRWIN.WARREN@WEIL.COM
RANDI.SINGER@WEIL.COM
LEHRNANNOTICES@KINGSTREET.COM
LMARINUZZI@MOFO.COM; SENGELHARDT@MOFO.COM
LMAY@COLESCHOTZ.COM
LUCDESPINS@PAULHASTINGS.COM; BRYANKAPLAN@PAULHASTINGS.COM
MABLE.DISCOVERY@DAVISPOLK.COM

MARGOLIN@HUGHESHUBBARD.COM;GREILSHE@HUGHESHUBBARD.COM;WILTEN@HUGHESHUBBARD.COM; GLEMANN@HUGHESHUBBARD.CC
MARK.BROUDE@LW.COM; BLAIR.CONNELLY@LW.COM; JOSEPH.FABIANI@LW.COM; ELI.KAY-OLIPHANT@LW.COM
MAYRES@PPBADVISORY.COM; SPARBERY@PPBADVISORY.COM
METKIN@LOWENSTEIN.COM
MGUGGENBUEHL@VISCHER.COM
MICHAEL.BUSCH@FNF.COM
MICHAEL.CANNING@APORTER.COM
MICHAEL.FABIANO@RBS.COM
MLANDMAN@LCBF.COM; SREE@LCBF.COM
MONACO.DISCOVERY@DAVISPOLK.COM
MROSENTHAL@GIBSONDUNN.COM
MSIEGEL@BROWNRUDNICK.COM
MWIENER@DL.COM;    BBENNETT@DL.COM
MWIENER@DL.COM;BBENNETT@DL.COM
NBASSETT@MILBANK.COM
PETER.FRIEDMAN@CWT.COM; MARK.ELLENBERG@CWT.COM
PSHALHOUB@WILLKIE.COM;MABRAMS@WILLKIE.COM
QYANG@STATESTREET.COM
R.BEJGER@PROVEQUITY.COM; M.DOMINGUEZ@PROVEQUITY.COM
R.SCHIMMELPENNINCK@HOUTHOFF.COM; F.VERHOEVEN@HOUTHOFF.COM
RICHARD.ALEXANDER@APORTER.COM
RKRAKOW@GIBSONDUNN.COM
RMAY@NGALP.COM
MATTHEW.MORNINGSTAR@MORGANSTANLEY.COM;MARIA.DOUVAS@MORGANSTANLEY.COM
ROBERT.CONRAD@US.HSBC.COM
ROBERT.PIASIO@NOMURA.COM
SABIN.WILLETT@BINGHAM.COM
SANDRA.E.HORWITZ@US.HSBC.COM
SCARGILL@LOWENSTEIN.COM
SOLOMON.NOH@SHEARMAN.COM;DBARTNER@SHEARMAN.COM
SRAPPAPORT@MILBANK.COM
SRAY@STUTMAN.COM;JDAVIDSON@STUTMAN.COM;IPACHULSKI@STUTMAN.COM
SSHIMSHAK@PAULWEISS.COM; CHAMMERMAN@PAULWEISS.COM; DDAVIS@PAULWEISS.COM
STEPHAN.ROST@DZBANK.DE
STORM.DISCOVERY@DAVISPOLK.COM
TANNWEILER@GREERHERZ.COM; EKIRKPATRICK@GREERHERZ.COM; FBLACK@GREERHERZ.COM
WILL.SUGDEN@ALSTON.COM

WRIGHTTH@SULLCROM.COM; SCHWARTZMATTHEW@SULLCROM.COM; CLARKB@SULLCROM.COM
WROLL@SHEARMAN.COM; FREDRIC.SOSNICK@SHEARMAN.COM; DANIEL.LAGUARDIA@SHEARMAN.COM; NED.SCHODEK@SHEARMAN.COM
ZESTDEW.DISCOVERY@DAVISPOLK.COM

# EXHIBIT D

08-13555-mg    Doc 16653    Filed 05/06/11    Entered 05/06/11 17:03:16    Main Document
Pg 17 of 20

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT E

| LBH PLAN DISCOVERY  5-2-11 | LBH PLAN DISCOVERY  5-2-11 |
|---|---|
| MIZUHO CORPORATE BANK, LTD. 1-3-3, MARUNOUCHI, CHIYOD-KU<br>TOKYO, JAPAN 100-8210<br>ATTN: NOBORU IWAMATSU | MIZUHO CORPORATE BANK, LTD.<br>6-7, NIHONBASHI KABUTOCHO, CHUO-KU<br>TOKYO, JAPAN 103-0026<br>ATTN: MASAYA NAKAFUJI |
| **LBH PLAN DISCOVERY  5-2-11** | **LBH PLAN DISCOVERY  5-2-11** |
| MIZUHO CORPORATE BANK, LTD.<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020<br>ATTN: KEVIN HOLMES, SENIOR VICE PRESIDENT | MIZUHO CORPORATE BANK, LTD.<br>BRACKEN HOUSE, ONE FRIDAY STREET<br>LONDON EC4M 9JA UK<br>ATTN: COURTENAY COOPER-FOGARTY, MAKATO WAKIDA |
| **LBH PLAN DISCOVERY  5-2-11** | **LBH PLAN DISCOVERY  5-2-11** |
| MIZUHO CAPITAL MARKETS CORPORATION<br>1440 BROADWAY, 25TH FLOOR<br>NEW YORK, NY 10018<br>ATTN: DOUGLAS FRANKEL, GENERAL COUNSEL | NORDEA BANK AB (PUBL)<br>SMALANDSGATAN 17<br>SE-105 71 STOCKHOLM<br>SWEDEN<br>ATTN: MARIA KRONSTROM |

LBH PLAN DISCOVERY  5-2-11

NORDEA FINLAND PLC (PUBL)
SMALANDSGATAN 17
SE-105 71 STOCKHOLM
SWEDEN
ATTN: MARIA KRONSTROM