# EXHIBIT B

hand

RECEIVED OCT 0 6 2008

October 3, 2008

101007FORD

VIA DHL

Lehman Brothers Special Financing Inc.
c/o Lehman Brothers Inc.
Corporate Advisory Division
Transaction Management Group
745 Seventh Avenue
New York, New York 10019
Attention: Documentation Manager
Telephone: (212) 526-7187
Facsimile: (212) 526-7672

Re:   Notice of Early Termination Date

Ladies and Gentlemen:

Reference is made to the ISDA Master Agreement, Schedule and Credit Support Annex, each dated as of October 16, 2007 (collectively, the "ISDA Master Documents"), and the Confirmations thereto relating to the Class A-2b Notes (Reference Number - Global Deal ID: 3413451), the Class A-3b Notes (Reference Number - Global Deal ID: 3413464) and the Class A-4b Notes (Reference Number - Global Deal ID: 3413467) (the "Confirmations" and, together with the ISDA Master Documents, the "Swap Agreement"), between Ford Credit Auto Owner Trust 2007-B, as Issuer, and Lehman Brothers Special Financing Inc., as Swap Counterparty.

Pursuant to Section 6(a) of the Swap Agreement, the Issuer hereby provides notice of the occurrence of an Event of Default arising from the bankruptcy filing by Lehman Brothers Holdings Inc., as Credit Support Provider to the Swap Counterparty under Section 5(a)(vii)(4) of the Swap Agreement and designates October 7, 2008 as the Early Termination Date. In accordance with Sections 2(a)(iii) and 6(c) of the Swap Agreement, no further payments or deliveries will be made to you under Section 2(a)(i) or 2(e) of the Swap Agreement.

The Issuer will determine the payments due in respect of the Early Termination Date in accordance with Section 6(c) and Part 1(k) of the Swap Agreement and notify you of some amounts in accordance with the terms of the Swap Agreement.

Very truly yours,

FORD CREDIT AUTO OWNER TRUST 2007-B

By: FORD MOTOR CREDIT COMPANY LLC,
    as Administrator

By: _____
Name: Marion B. Harris
Title:   Assistant Treasurer

CL2536.2