# EXHIBIT C

RECEIVED OCT 07 2008
by hand

October 6, 2008

<u>VIA DHL</u>

*101007 FORD*

Lehman Brothers Special Financing Inc.
c/o Lehman Brothers Inc.
Corporate Advisory Division
Transaction Management Group
745 Seventh Avenue
New York, New York 10019
Attention: Documentation Manager
Telephone: (212) 526-7187
Facsimile: (212) 526-7672

Re:   <u>Notice of Early Termination Payments</u>

Ladies and Gentlemen:

Reference is made to the ISDA Master Agreement, Schedule and Credit Support Annex, each dated as of October 16, 2007 (collectively, the "<u>ISDA Master Documents</u>"), and the Confirmations thereto relating to the Class A-2b Notes (Reference Number - Global Deal ID: 3413451), the Class A-3b Notes (Reference Number - Global Deal ID: 3413464) and the Class A-4b Notes (Reference Number - Global Deal ID: 3413467) (the "<u>Confirmations</u>" and, together with the ISDA Master Documents, the "<u>Swap Agreement</u>"), between Ford Credit Auto Owner Trust 2007-B, as Issuer ("<u>Party B</u>"), and Lehman Brothers Special Financing Inc., as Swap Counterparty ("<u>Party A</u>"). Capitalized terms used herein but not defined herein will have the meanings ascribed thereto in the Swap Agreement.

Pursuant to the Notice of Early Termination Date, dated October 3, 2008, Party B has designated October 7, 2008 as the Early Termination Date of the Swap Agreement. In accordance with Section 6(d) of the Swap Agreement, Party B hereby notifies you of its calculation of the payments on early termination payable under Section 6(e) of the Swap Agreement. As set forth in greater detail in Exhibit A attached hereto, Party B has calculated that $18,990.75 is payable by Party B to Party A in respect of the early termination of the Swap Agreement. Pursuant to the terms of the Indenture, such termination payments owing to Party A constitute Subordinated Swap Termination Payments and will be payable to Party A on the Payment Date on which funds are available for the payment therefor in accordance with the waterfall provisions set forth in Section 8.02(c) or (e), as applicable, of the Indenture.

Very truly yours,

FORD CREDIT AUTO OWNER TRUST 2007-B

By: FORD MOTOR CREDIT COMPANY LLC,
      as Administrator

By: _Marion B. Harris_____
      Name: Marion B. Harris
      Title:   Assistant Treasurer

**EXHIBIT A**

## CALCULATION OF PAYMENTS ON EARLY TERMINATION

*Market Quotation (per Part 1(k)(ii))*
Firm Offer for Replacement Transactions –
    Amount to be paid by Party B[1]: .................................................. $2,104,399.00


*Market Quotation and Second Method (per Section 6(e))*
(A) Settlement Amount plus Unpaid Amounts owing
    to Party B: ......................................................................... $2,104,399.00
*Less*
(B) Unpaid Amounts owing to Party A[2]: ......................................... $2,158,389.75
Total: ..................................................................................... −$53,990.75

Absolute value of negative number payable by Party B: ................... $53,990.75
*less*
Set-off of Section 11 Expenses incurred by Party B ......................... $35,000.00

Total payable by Party B to Party A ................................................. $18,990.75

---

[1]    $655,804.00 in respect of the Class A-2b Notes, $1,099,885.00 in respect of the
Class A-3b Notes and $348,710.00 in respect of the Class A-4b Notes.

[2]    $1,282,655.71 in respect of the Class A-2b Notes, $726,519.11 in respect of the
Class A-3b Notes and $149,214.93 in respect of the Class A-4b Notes.