# EXHIBIT E

# LEHMAN BROTHERS

April 24, 2009

**VIA E-MAIL, FACSIMILE, AND U.S.MAIL**

U.S. Bank Trust National Association,
as Owner Trustee for Ford Credit Auto
Owner Trust 2007-B
300 Delaware Avenue, Ninth Floor
Wilmington, Delaware 19801
Attention: Corporate Trust Department
Facsimile: 302-576-3717

The Bank of New York, as Indenture Trustee
For Ford Credit Auto Owner Trust 2007-B
101 Barclay Street, Floor 8 West
New York, New York 10286
Attention: Structured Finance Services – Asset
Backed Securities, Ford 2007-B
Facsimile: 212-815-2493

Ford Motor Credit Company LLC
One American Road, Suite 2411
Dearborn, Michigan 48126
Attention: Marion B. Harris
Facsimile: 313-594-1716

Ford Motor Credit Company LLC
c/o Ford Motor Company WHQ
One American Road, Suite 801-C1
Dearborn, Michigan 48126
Attention: Benjamin Cotton
Facsimile: 313-322-0728

Ladies and Gentlemen:

      I am a member of the Derivatives Legal team for Lehman Brothers Holdings Inc. ("Holdings") and its affiliated debtors, including Lehman Brothers Special Financing Inc. ("Lehman") (collectively, the "Debtors"). On September 15, 2008 and periodically thereafter, Holdings and certain of its subsidiaries commenced with the United States Bankruptcy Court for the Southern District of New York voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Lehman commenced its voluntary chapter 11 case on October 3, 2008.

      Reference is made to: (i) the 1992 ISDA Master Agreement/Multicurrency-Cross Border dated as of October 16, 2007 (as amended, supplemented or modified, and including all

schedules, annexes and exhibits thereto, and all confirmations exchanged pursuant to Transactions entered into in connection therewith, the "Master Agreement") between Lehman Brothers Special Financing Inc. ("Lehman") and Ford Credit Auto Owner Trust 2007-B ("Counterparty"), (ii) the Notice of Early Date dated October 3, 2008, from Ford Credit Auto Owner Trust 2007-B to Lehman (the "Early Termination Notice"), and (iii) the letter dated October 10, 2008, 2008, from Ford Credit Auto Owner Trust 2007-B to Lehman containing a calculation statement for payment on early termination of the Master Agreement (the "Calculation Statement". Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Master Agreement or, if not defined in the Master Agreement, in the 1992 ISDA Master Agreement (Multicurrency-Cross Border) published by the International Swaps and Derivatives Association, Inc.

Lehman is in the process of reviewing the Early Termination Notice and the Calculation Statement and wishes to consolidate its requests for information relative to those communications by means of this letter. Accordingly, Lehman is seeking the following information:

1. Valuation Methodology and Quotations with respect to Terminated Transactions.

(a) Please provide a narrative description of the methodology used to determine the valuations of Terminated Transactions, including how quotations, if any, were utilized and all other inputs, assumptions, values and applicable parameters.

(b) Please provide documentation to support any and all requests by or on behalf of Counterparty for quotations from Reference Market-makers or other persons concerning or otherwise related to the Terminated Transactions (including specifying to whom and when such requests were made, the form of request that was made, in what manner the Reference Market-makers responded and the nature of any follow-up requests).

2. Unpaid Amounts. Please specify any Unpaid Amounts included in Counterparty's calculations of any amounts due with respect to Terminated Transactions.

3. Replacement Transactions. Please provide documentation evidencing any transactions executed in order to replace any Terminated Transactions, including specifying any cash (or other consideration) paid or received by or to any person to replace the Terminated Transactions, the name of each entity that effectuated a replacement and when any such transactions were effected.

4. Communications related to Market Quotations, Unpaid Amounts and/or Replacement Transactions. Please provide all external communications (including all transaction confirmations, other documents, e-mails, screen-shots, Bloomberg or other electronic texts, quotations requested and/or received or any other writings or information) evidencing or concerning the requests, responses, follow-up requests, determinations (including methodology used in such determinations), Unpaid Amounts and replacement transactions referred to in items 1, 2 and 3 above.

5.  <u>Fees and expenses</u>. Please provide supporting documents and/or other information related to all fees, expenses or other ancillary items incurred by Counterparty with respect to Terminated Transactions.

6.  <u>Financial/Accounting Entries</u>. Please provide any profit, loss, valuation or other financial or accounting entries made on Counterparty's books and records as a result of the termination of each Terminated Transaction, and all supporting documents or other information related to the determination of such amounts.

The foregoing information requests are without waiver of or prejudice to any and all of the rights and remedies of Lehman in connection with the above transactions, including under each applicable ISDA Master Agreement and with respect to your purported termination and valuation calculation and under any applicable law.

Please contact me with any questions related to the foregoing at 646-333-8408.

Very truly yours,

[signature]

Name: Matthew Cucolo
Title: Vice President