UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., et al., | Case No. 08-13555 (JMP) |
| | Jointly Administered |
| Debtors. | |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, A. James Boyajian, request admission, pro hac vice, before the Honorable James M. Peck, to represent Jeffery K. Wardell, a party in interest in the above-captioned Chapter 11 Bankruptcy cases pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York. I certify that I am a member in good standing of the bar in the State of California.

I have submitted the filing fee of $25.00 with this motion for pro hac vice admission.

Dated: May 6, 2011
Los Angeles, California

By: /s/ A. James Boyajian
A. James Boyajian
Law Office of A. James Boyajian
333 S. Grand Ave., 25th Floor
Los Angeles, California 90071
E-mail: JamesBoyajian@gmail.com
Telephone: 424.258.0777

Counsel for Jeffery K. Wardell.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al.,) | Case No. 08-13555 (JMP) |
| et al., ) | Jointly Administered |
| Debtors. ) |  |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of A. James Boyajian, to be admitted, *pro hac vice*, to represent Jeffery K. Wardell, a party in interest in the above-captioned chapter 11 cases, and upon the movant's certification that he is a member in good standing of the bar in the state of California, it is hereby:

ORDERED, that A. James Boyajian, is admitted to practice, *pro hac vice*, in the above-captioned cases to represent Jeffery K. Wardell in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____,2011
New York, New York

                                                  HONORABLE JAMES M. PECK
                                                  UNITED STATES BANKRUPTCY JUDGE