UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                              Chapter 11

LEHMANBROTHERS HOLDINGS, INC. *et al.*,             Case No. 08-13555 (JMP)
                                                    (Jointly Administered)

                            Debtors.

-----------------------------------------------------------X

## VERIFIED STATEMENT OF KLESTADT & WINTERS, LLP
## PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2019(A)

Klestadt & Winters, LLP ("K&W") makes this statement ("Statement") pursuant to Rule

2019(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in connection

with its representation of certain creditors and parties-in-interest in the chapter 11 cases

("Lehman Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (the

"Debtors") and respectfully states:

1.   K&W currently represents the parties listed on **Exhibit A** hereto (the "Parties") in

connection with the Lehman Chapter 11 Cases.

2.   Each of the Parties has asserted a claim against and/or interest in various Debtors arising

at various times pursuant to agreements with the Debtors, and/or under statutory and/or common

law and/or at equity, and/or based upon certain guarantees of one or more of the Debtors.  The

specific nature and amounts of the claims and/or interests of the Parties are as set forth in the

proofs of claim and/or interest filed against the relevant Debtors' estates.

3.   The Parties may hold claims against and/or interests in the Debtors' estates in addition to

those disclosed herein that do not fall within the scope of K&W representation of the Parties.

4.   In addition, European Credit Management, Relative European Value S.A., European

Credit (Luxembourg) S.A., Leveraged Loans Europe plc and Term Loans Europe plc

(collectively as "ECM Plaintiffs") filed an adversary complaint against Lehman Commercial

1

Paper, Inc. ("LCPI") with respect to LCPI's failure to elevate their respective funded participations and sub-participations, seeking, *inter alia*, an order of this Court (i) compelling LCPI's specific performance due under those certain Credit Agreements; (ii) entering a declaratory judgment that ECM Plaintiffs' funded participations and sub-participations are effective, that they are the owners of the Credit Agreement Interests, and that such Credit Agreement Interests are not property of LCPI's bankruptcy estate; (iii) compelling similar treatment to ECM Plaintiffs with respect to LCPI's similarly situated trading counterparties relative to elevation of their interests; (iv) determining that ECM Plaintiffs' rights to elevate under the Loan Market Association Agreements and Terms and Conditions fall within the Safe Harbor Provisions of the Bankruptcy Code and are not subject to the automatic stay, (v) compelling LCPI to turn over, or take such actions necessary to turn over, the Credit Agreements Interests of ECM Plaintiffs; (vi) enjoining LCPI from selling, converting, altering or transferring certain property of the ECM Plaintiffs; and (vii) compelling LCPI to provide an accounting to ECM Plaintiffs (the "Adversary Proceeding)(Adv. Proc. No. 09-01262-jpm). K&W has been engaged by the ECM Plaintiffs to represent their interests in the Adversary Proceeding.

5.    The following is a recital of the pertinent facts and circumstances in connection with the employment of K&W by the Parties in the Lehman Chapter 11 Cases.

6.    Each of the Parties separately requested that K&W represent them in connection with the Lehman Chapter 11 Cases or in specific matters related to the Lehman Chapter 11 Cases. K&W represents each of the Parties as an individual creditor or party-in-interest, and does not represent the Parties, or any set of individual Parties as a group (except in the case of affiliated Entities).

7.    K&W may also represent certain of the Parties on matters unrelated to the Lehman Chapter 11 Cases.

8.  K&W has not provided legal services to any of the Debtors, and holds no pre-petition claims against the Debtors, nor has it purchased, sold or otherwise transferred any claims against the Debtors.

9.  K&W also has represented or advised, or may represent or advise, other parties in interest with respect to the Lehman Chapter 11 Cases that are not identified on **Exhibit A** to this Statement because those parties do not currently intend to appear in the cases, or any need for representation has not yet become ripe, or the representations have been concluded.  Such parties may or may not decide to appear in the Lehman Chapter 11 Cases in the future and this Statement is without prejudice to any rights, remedies or claims of such parties.

10. K&W makes this Statement solely for disclosure purposes pursuant to Bankruptcy Rule 2019(a), and nothing herein is, or should be construed as, an admission, acknowledgement, or waiver by any of the Parties.  By filing this Statement, K&W does not submit itself to the jurisdiction of the Bankruptcy Court, or any other U.S. court or tribunal, for any purpose other than with respect to this Statement.

11. K&W reserves the right to revise, supplement or amend this Statement at any time in the future.

12. The undersigned declares under penalties of perjury that the statements made herein are

true and accurate, to the best of the undersigned's knowledge, information and belief.

Dated: New York, New York
        May 6, 2011                             KLESTADT & WINTERS, LLP

                                        By: *John E. Jureller, Jr.*
                                        Tracy L. Klestadt
                                        John E. Jureller, Jr.
                                        Carrie V. Hardman
                                        570 Seventh Avenue, 17th Floor
                                        New York, New York 10018
                                        Telephone: (212) 972-3000
                                        Facsimile: (212) 972-2245
                                        tklestadt@klestadt.com
                                        jjureller@klestadt.com
                                        chardman@klestadt.com

4

## EXHIBIT A

| Party | Address | Claim No. |
|---|---|---|
| A&M Investement Holdings Ltd | A&M Investment Holdings Limited<br>Akara Building, 24 de Castro Street<br>Wickhams Cay 1<br>Road Town, Tortola, British Virgin Islands | 17175 |
| Abboud, Chucri and Andrea | Mr. Chucri Abboud & Mrs. Andrea Abboud<br>Beaulieu Building, Brummana<br>Metn, Lebanon | 17188 |
| Charles and Raymond Abou Adal #1 | Charles & Raymond Abou Adal<br>Trabaud St., Haddad Bld, Achrafieh<br>Beirut, Lebanon | 13691 |
| Charles and Raymond Abou Adal #2 | Charles & Raymond Abou Adal<br>Trabaud St., Haddad Bld, Achrafieh<br>Beirut, Lebanon | 13690 |
| Charles and Raymond Abou A/c RC | Charles & Raymond Abou Adal<br>Trabaud St., Haddad Bld, Achrafieh<br>Beirut, Lebanon | 13689 |
| Charles Abou Adal- a/c ED | Charles & Raymond Abou Adal<br>Trabaud St., Haddad Bld, Achrafieh<br>Beirut, Lebanon | 13693 |
| Charles and Lisa Abou Adal - A/C LC | Charles & Raymond Abou Adal A/C LC<br>Trabaud Street, Haddad Building<br>Achrafieh, Beruit Lebanon | 13692 |
| Alchimia Finance SA | Alchima Finance Holding Sa<br>Societe Anonyme, Siege Social<br>31 Bld du Prince Henri<br>L-1724 Luxembourg<br>RC Luxembourg B52 129 | 13811 |

| Party | Address | Claim No. |
|---|---|---|
| Mrs. Anne Le Hodey | Mrs. Anne Le Hodey<br>33 Route Gouvernmentale<br>Brussels, Belgium | 13582 |
| Lucy Roy for the benefit of Alice | Lucy Roy for the benefit of Alice<br>Mrs. Lucy Roy<br>1 Oast Road, Oxted, Surrey<br>RH8 9DX, United Kingdom | 13591 |
| Allpax Ltd. | Allpax Ltd<br>PO Box 228, Providenciales<br>Turks & Caicos Islands, British West Indies | 13593 |
| Harlan Investments (G) | Harlan Investments (G)<br>PO Box 438, Toad Town<br>Tortola, British Virgin Islands | 13789 |
| Harlan Investments | Harlan Investment Limited<br>PO Box 438, Road Town<br>Tortola, British Virgin Islands | 13790 |
| Iain Anderson | IS Anderson<br>9 Redgrave Road<br>Putney, London SW15 1PX  United Kingdom | 17138 |
| Annscroft Investments Limited | Annscroft Investments Limited<br>Sixty Circular Road, 2nd Floor<br>Douglas, IM1 1SA, Isle of Man | 13703 |
| Ansab Capital Corporation | Ansab Capital Corporation<br>Palm Grove House, PO Box 438<br>Road Town, Tortola, British Virgin Islands | 17182 |

| Party | Address | Claim No. |
|-------|---------|-----------|
| Argo Capital Holdings Ltd | Argo Capital Holdings Limited<br>Citco Building, Wickhams Day<br>PO Box 662<br>Road Town, Tortola, British Virgin Islands | 21782 |
| Ashaway Limited | Ashaway Limited<br>Wickhams Cay, PO Box 3161<br>Road Town, Tortola, British Virgin Islands | 13788 |
| Ashaway Limited Sub Account | Ashaway Limited Sub Account<br>Wickhams Cay, PO Box 3161<br>Road Town, Tortola, British Virgin Islands | 13787 |
| Asumla Investments Ltd. | Asumla Investments Limited<br>PO Box 438<br>Road Town, Tortola, British Virgin Islands | 17126 |
| The Autodata Ltd 2005 Employee Benefit Trust | The Autodata Ltd 2005 Employee Benefit Trust<br>Sixty Circular Road, 2nd Floor<br>Douglas, IM1 1SA, United Kingdom | 13705 |
| Avon Rubber Pension Trust Ltd | Avon Rubber Pension Trust Ltd<br>Hampton Park West, Semington Road<br>C38 Melksham<br>SN12 6NB, Wiltshire, United Kingdom | 13792 |
| Balvenie Ltd | Balvenie Limited, Patton, Moreno &<br>Asvat (Bahamas) Limited<br>Rovert House, Market Street North & Bay Street<br>PO Box N-529<br>Nassau, Bahamas | 14102 |
| Bambridge Investments Ltd | Bambridge Investments Ltd<br>Sea Meadow House, PO Box 116<br>Road Town, Tortola, British Virgin Islands | 14144 |

| Party | Address | Claim No. |
|---|---|---|
| Trustee of the Lady Bamford Pension Trust | Trustees of the Lady Bamford Pension Trust<br>25 Moorgate<br>London, EC2R 6AY, United Kingdom | 17144 |
| Barakat | Mr. George Barakat-Mansour Daniel Building<br>Street No 10, Green Zone<br>Adma, Keserwan, Lebanon | 13686 |
| Bentico Trading Ltd | Bentico Trading Limited-Shearwater House<br>Nannery Mills, Old Castletown Road<br>Douglas, IM2 1A, Isle of Man | 13592 |
| Praxis Ttees and Ttees-Ivan Beswick 2003 Life Int. Settlment | Praxis Trustees Limited as Trustee of the Ivan Beswick 2003 Life Suites 13 & 15, Sarnia House<br>Le Truchot, St. Peter Port<br>GY1 4NA, Guernsey, Channel Islands | 13586 |
| Blue Bridge Holdings Ltd | c/o Chadbourne & Parke LLP, 30 Rockefeller Plaza, Rm 3246, New York, NY 10112, Tel: 212-408-5335, email: lschreyer@chadbourne.com | 14155 |
| Bonville Investments Ltd | Bonville Investments Ltd<br>PO Box 3174<br>Road Town, Tortola, British Virgin Islands | 13806 |
| The Brain Research Trust | The Brain Research Trust<br>15 Southampton Place<br>London, WC1A 2AJ, United Kingdom | 21787 |
| Bridgemere Securities Limited | Bridgemere Securities Limited<br>Regency Court-Glategny Esplanade<br>St. Peter Port, GY1 3ST, Channel Islands | 13685 |

| Party | Address | Claim No. |
|---|---|---|
| Judy Britten | Judy Britten<br>35 Hedley Road<br>St. Albans, Herts, AL1 5UN, United Kingdom | 17131 |
| Dean Brown and Julie Lee-Amies | Dean Brown and Julie Lee-Amies<br>45 Cole Park Road<br>Twickenham, Middlesex, TW1 1HP, United Kingdom | 13807 |
| Bullock Trust | S D Bullock Trust Number 5<br>Beenham House, Webbs Lane<br>Beenham, RG7 5LJ, Berks, United Kingdom | 13684 |
| Stephen Digby Bullock | Mr. Stephen D Bullock-Beenham House<br>Webbs Lane, Beenham<br>RG7 5LJ, Berks, United Kingdom | 13682 |
| Butsem SA | Butsem SA<br>De L Guardia-PO Box 4150<br>Panama City | 13805 |
| Butsem SA No. 3 | Butsem SA No. 3<br>De La Guardia-PO Box 4150<br>Panama City | 13804 |
| Cahill Enterprises Inc. | Cahill Enterprises Inc.<br>Morgan Trust Copmany of the Bahamas Limited<br>Charlotte & Shirley Streets<br>Nassau, Bahamas | 27613, 21788 |
| Cahokia Corpiration | Cahokia Corporation<br>Citco Building, Wickhams Cay<br>Road Town, Tortola, British Virgin Islands | 14159 |

| Party | Address | Claim No. |
|---|---|---|
| Mr. & Mrs. Jean Alain Cam | Mr. & Mrs. Jean Alain Cam<br>56 Avenue Lequime<br>Rhode Saint Genese 1640, Belgium | 13799 |
| Carlyle Trading Ltd 1 Sub Account EUR | Carlyle Trading Ltd Sub A/c EUR 1<br>c/o 38 Av<br>De La Faiencerie, Luxembourg | 30087 |
| Carlyle Trading Ltd 2 Sub Acc EUR | Carlyle Trading Ltd Sub A/c Eur 2<br>c/o 38 Ave<br>De La Faiencerie, Luxembourg | 30086 |
| Carlyle Trading Ltd 3 Sub Account EUR | Carlyle Trading Ltd Sub A/c Eur 3<br>c/o 38 Av<br>De La Faiencerie, Luxembourg | 30085 |
| Carylyle Trading Ltd 4 Sub ACC EUR | Carlyle Trading Ltd Sub A/c Eur 4<br>c/o 38 Av<br>De La Faiencerie, Luxembourg | 30084 |
| Carlyle Trading Ltd 4 | Carlyle Trading Ltd 4<br>c/o 38 Av<br>De La Faiencerie, Luxembourg | 27611 |
| Carmel Investment Fund | Carmel Investment Fund-Mr. Ian Bastable<br>c/o Vistra Trustees (Jersey) Ltd.<br>P.O. Box 148-38 Esplanade, St. Heller<br>Jersey, JE1 4TR, Channell Islands | 14129 |
| Bermuda Trust (Guernsey) Ltd as Trustee of the CFC Trust | Bermuda Trust (Guernsey) Ltd<br>Trustee of the CFC Trust<br>Bermuda House<br>PO Box 208, St. Julian's Avenue<br>St. Peter Port, Guernsey | 13588 |

| Party | Address | Claim No. |
|-------|---------|-----------|
| CFM Portfolio Corp | CFM Portfolio Corp<br>Quantum Plaza, 2nd Floor<br>53rd East Street<br>Panama, Republic of Panama | 17179 |
| Chrisalis Trustees Ltd | Chrisalis Trustees Ltd<br>PO Box 212<br>Jersey, JE4 9SB, Channel Islands | 17125 |
| Giusseppe Ciardi | Guiseppe Ciardi<br>27 Chester Square<br>London, SW1W 9HT, United Kingdom | 13683 |
| Corp. Inv. Services (Intl) Ltd<br>CIS Canada | CIS Canada<br>PO Box 90-1109<br>Beirut, Lebanon | 21786 |
| Corp. Inv. Services (Intl) Ltd<br>CIS Happy | CIS Happy<br>PO Box 90-1109<br>Beirut, Lebanon | 21793 |
| Corp. inv. Services (Intl) Ltd<br>CIS Sophia | CIS Sophia<br>PO Box 90-1109<br>Beirut, Lebanon | 21785 |
| Mark Cliffe | GLG Partners LP For<br>28 Arlington Square<br>Islington, London, N1 7DP | 13590 |
| Constantia | Constantia Investments Ltd.<br>Palm Grove House<br>Road Town, Tortola, British Virgin Islands | 17116 |

| Party | Address | Claim No. |
|-------|---------|-----------|
| Copperhill Investment Company Ltd | 12 rue de l'Arquebuse<br>CH 1204  Geneva<br>Switzerland | 17115 |
| Daram Enterprises Inc. | Daram Enterprises Inc.<br>PO Box 4297<br>Panama 5, Republic of Panama | 21792 |
| Geoffrey R. Davis & Lynne Kirwin | Davies, Geoffrey & Kirwin, Lynne Tanner's Farm<br>Kington Magna, NR Gillingham<br>SP8 5HB Dorset, United Kingdom | 13688 |
| Joe and/or Renee Debbane | Joe and/or Renee Debbane          Maassarani<br>Building - Nasra Street<br>5 Rue 74 - Sect 62 Nasra<br>Achrafieh, 2062-6241, Beirut, Lebanon | 13680 |
| Desimpel, Sam | Sam Desimpel<br>Avenue Montjoie 125<br>1180 United Kingdomkel, Belgium | 13798 |
| Pinnacle Trustees Ltd/Trustees of DES Trust | Pinnacle Trustees Limited as Trustees of DES Trust<br>PO Box 544<br>14 Britannia Place<br>St. Helier, JE2 4SU, Jersey | 13701 |
| DMC (HD) Limited | DMC (HD) Limited<br>Suite 5 Tower Hill House<br>St Peter Port, Guernsey, United Kingdom | 17177 |
| Dominion Pension Plan Trustees Ltd. Re: 380308 Pension Trust | Dominion Pension Plan Trustees (Jersey) Ltd.<br>Re: 380308 Pension Trust<br>47 Esplanade, St. Helier<br>JE1 0BD, Jersey, Channel Islands | 14134 |

| Party | Address | Claim No. |
|-------|---------|-----------|
| Ernie Donne | Ernie Donne<br>21 Sunnybank Avenue<br>Onchan, IM3 3BP, Isle of Man | 27608 |
| Diamond Valley Ltd | Diamond valley Ltd<br>Citco Building, Wickhams Cay<br>Road town, Tortola, British Virgin Islands | 14145 |
| Mrs. Muriel Emsens | Mrs. Muriel Emsens<br>Via Cappuccini, 6<br>20122 Milano, Italy | 30396 |
| Rupert Evans | Rupert Evans<br>St. Jacques, St. Peter Port<br>GY1 1SW, Guernsey, Channel Islands | 27609 |
| Fallback Trust | Paramount Trust Company Ltd<br>Midtown Building-Dr. Walwyn Square<br>Charlestown, Nevis | 17181 |
| Jak Amram | Jak Amram<br>Elmadag, Cumhuriyet CAD<br>Besler APT 20-8, Istanbul, Turkey | 13687 |
| The Faraway Trust | The Faraway Trust-c/o Praxis Trustees Limited<br>Suites 13 & 15, Sarnia House<br>Le Truchot, St Peter Port<br>GY1 4NA, Guernsey, Channel Islands | 14104 |
| FI Capital Luxembourg SA | 25A Boulevard Royal - 1st Floor    L-<br>2449 Luxembourg | 30394 |

| Party | Address | Claim No. |
|---|---|---|
| FI Capital Luxembourg SA | 25A Boulevard Royal - 1st Floor<br>L-2449 Luxembourg | 30393 |
| Finepoint Holding Ltd. | Fine Point Holdings Ltd.<br>Mill Mall<br>Road Town, Tortola, British Virgin Islands | 14128 |
| Fischer FE & ME | Fischer, F.E & M.E<br>34 Princes Road<br>Weybridge<br>Surrey KT13 9BM, United Kingdom | 13696 |
| Mark Fischer | Mark Fischer<br>34 Princes Road<br>Weybridge<br>Surrey, KT13 9BM, United Kingdom | 13676 |
| Oliver Fischer | Oliver Fischer<br>34 Princes Road<br>Weybridge<br>Surrey, KT13 9BM, United Kingdom | 13675 |
| Saskia Fischer | Fischer, Saskia<br>34 Princes Road<br>Weybridge<br>Surrey, KT13 9BM, United Kingdom | 17191 |
| Lady Elena Foster | Lady Elena Foster-The Penhouse, Riverside<br>1 Albert Wharf, 22 Hester Road<br>London, SW11 4AN, United Kingdom | 17128 |
| Lady Elena Foster | Lady Elena Foster-The Penhouse, Riverside<br>1 Albert Wharf, 22 Hester Road<br>London, SW11 4AN, United Kingdom | 27607 |

| Party | Address | Claim No. |
|-------|---------|-----------|
| Allison Freed | Alison Freed<br>32 Acacia Road<br>London, NW8 6AS, United Kingdom | 17139 |
| Gantes Securities | Gantes Securities Inc.<br>Edificio Salduba, Urbanizacion<br>Obarrio, Republic of Panama | 27605 |
| Gefico SA | Gefico SA<br>5 Rue Faucigny-1700<br>Fribourg, Switzerland | 14133 |
| Ben Gill | Ben Gill<br>11 Walden Road, Sewards End<br>Saffron Wladen<br>CB10 2LF, Essex, United Kingdom | 13812 |
| Ginola Ltd | Ginola Ltd<br>L.t. Corporate Services-6 Hill Street<br>Douglas, Isle of Man, IM1 1EF, United Kingdom | 14158 |
| GLG No. 50 | GLG No 50<br>Merlewood, Oast Road<br>Oxted RH8 9DX | 13674 |
| GLG No. 50 Sub Account for the benefit of Annabelle | GLG No 50<br>Merlewood, Oast Road<br>Oxted RH8 9DX | 13796 |
| GLG 55 | GLG NO 55<br>83 Burbage Road<br>Dulwich<br>London, SE24 9HB, United Kingdom | 13697 |

| Party | Address | Claim No. |
|-------|---------|-----------|
| GLG 625 a/c | Siham Catafago<br>Villa Catafago<br>ZoUnited Kingdom-Mosbeh<br>Kesrouan, Lebanon | 27612 |
| GLG No 9 (Capital) USD | GLG No 9 (Capital)-Rathbone House<br>15 Esplanade, St. Helier<br>Jersey, JE1 1RB, Channel Islands | 13808 |
| GLG No 2201 | GLG No 2201-Cherry Tree Lodge<br>Strang Road, Union Mills<br>Isle of Man, IM4 4NL | 13598 |
| The GM Personal Pension Scheme | GM Self Invested Personal Scheme (Acct 0152)<br>3 Castlefield Court-Church Street<br>Reigate, RH2 0AH, Surrey, United Kingdom | 13678 |
| GML Limited No 2 Account | GML Limited<br>Suite 975, Europort<br>PO Box 714<br>Gibralter | 13786 |
| GML Limited | GML Limited<br>Suite 975, Europort<br>PO Box 714<br>Gibralter | 13785 |
| GM Self-Invested Personal Pension Plan | GM Self-Invested Personal Pension<br>Plan (Acct 0200)<br>3 Castlefield Court-Church Street<br>Reigate, Surrey RH2 0AH, United Kingdom | 13679 |
| Pauline & Martin Gordon | John Gordon<br>18 Upper Cheyne Row<br>SW3 5JN, London, United Kingdom | 14122 |

| Party | Address | Claim No. |
|---|---|---|
| Pauline and Martin Gordon G/Children-Isabel Nouchi EPIQ SAYS GODRON | Pauline & Martin Godron a/c G/Children-Isable Nouchi 24A Netherhall Gardens London, NW3 5th, United Kingdom | 14117 |
| Pauline and Martin Gordon G/Children Carmi Gordon | Pauline & Martin Gordon a/c G/Children Carmi Gordon 24A Netherhall Gardens London, NW3 5TH, United Kingdom | 14121 |
| Pauline and Martin Gordon G/Children Natalia Zoe Gordon | Pauline and Martin Gordon G/Children     Natalia Zoe Gordon 24A Netherhall Gardens London, NW3 5Th, United Kingdom | 14118 |
| Noam Gottesman 1 | Noam Gottesman 1 502 Park Avenue, PH24 New York, NY 10022 | 13797 |
| Wolanski & Co Personal Pension Plan - A S Grabiner | Wolanski & Co. Personal Pension Plan -AS Grabiner 131 Finsbury Pavement London, EC2A 1NT, United Kingdom | 13596 |
| Grayson Ventures Limited | Grayson Ventures Ltd Citco Building, Wickhams Cay Road Town, Tortola, British Virgin Islands | 14156 |
| H A Productions | H A Productions 5 Irene Road London, SW6 4AQ United Kingdom | 21790 |
| Harrington, Irene Charlotte | Irene Charlotte Harrington 20 Rue Berth 75018, Paris, France | 13681 |

| Party | Address | Claim No. |
|-------|---------|-----------|
| Jacques Hirsch | Jacques Hirsch<br>97 St Marys Mansions-St Marys Terrace<br>London, W2 1SY, United Kingdom | 30083 |
| Hola SA | Hola SA<br>Velazquez<br>98-28006<br>Madrid, Spain | 17137 |
| Marc Hotimsky | Marc Hotimsky<br>76 Elm Park Road<br>London, SW3 6AU, United Kingdom | 13595 |
| Hunterford Corporation NV | Hunterford Corporation NV<br>Fokkerweg 26, Unit 301<br>Curacao, Netherlands Antilles | 30088 |
| Hyperion (HD) Limited | Hyperion (HD) Limited<br>Suite 5, Tower Hill House<br>St. Peter Port, Guernsey | 17173 |
| Ibrahim Abdulkarim 2 | Ibrahim Abdulkarim 2<br>PO Box 605<br>Manama 336, Bahrain | 13794 |
| Ibrahim Abdulkarim 3 | Mr. Ibrahim Abdulkarim 3<br>PO Box 605<br>Manama 336, Bahrain | 13793 |
| Ibrahim Abdulkarim | Mr. Ibrahim Abdulkarim<br>PO Box 605<br>Manama 336, Bahrain | 13795 |

| Party | Address | Claim No. |
|---|---|---|
| Inglesa Ltd Sub Account B | Inglesa Ltd Sub Account B<br>Skelton Building, Main Street<br>PO Box 3136<br>Road Town, Tortola, British Virgin Islands | 13816 |
| Ingelsa Ltd | Ingelsa Ltd<br>Skelton Building, Main Street<br>P.O. Box 3136<br>Road Town, Tortola, British Virgin Islands | 13815 |
| Interpulp | Interpulp Investments Limited<br>14 Britannia Place<br>Bath Street<br>St. Helier, JE2 4SU, Jersey | 14123 |
| Interstate Trading USD | Interstate Trading Investment Company Ltd<br>Chapter House, Upper Church Street<br>Douglas, Isle of Man | 13585 |
| Ixworth Limited | Ixworth Limited<br>Sixty Circular Road, 2nd Floor<br>Douglas, IM1 1SA, Isle of Man | 13706 |
| Trustees of the DR CL James Childrens Settlement | Trustees of the DR CL James          Childrens Settlement<br>P.O. Box 900, Rotherwick House<br>3 Thomas More Street<br>London, W1W 1YX, United Kingdom | 13594 |
| JC Bamford Lifeplan | JC Bamford Lifeplan<br>JC Bamford Excavators Ltd.<br>Rocester, Uttoxeter<br>Staffordshire, ST14 5JP, United Kingdom | 13584 |
| JCB Service No 1 Scheme | JCB Service Number 1 Scheme<br>Lakeside Works, Rocester<br>Uttoxeter<br>Staffs, ST14 5JP, United Kingdom | 17180 |

| Party | Address | Claim No. |
|---|---|---|
| JM Van Tilburg | JM Van Tilburg<br>P.O. Box 79081<br>1070 NC Amsterdam<br>The Netherlands | 17187 |
| Saffery Champness Trust Corporation M3521 | Saffery Champness Trust Corporation M3521<br>PO Box 141 La Tonnelle House<br>Les Banques, St. Sampson<br>GY1 3HS, Guernsey | 14120 |
| Jonathan Green | Jonathan Green<br>10 Hannover Terrace<br>London, NW1 4RJ, United Kingdom | 13677 |
| Junius Holdings Inc | Junius Holdings Inc<br>La Motte Chambers<br>St. Helier, JE1 1BJ, Jersey | 13583 |
| Rifat Kamhi No 2 Account | Rifat Kamhi<br>c/o Oceantrade SA<br>70 Rute de Florissant<br>1205 Geneva, Switzerland | 14132 |
| Rifat Kamhi | Rifat Kamhi<br>c/o Oceantrade SA<br>70 Rute de Florissant<br>1205 Geneva, Switzerland | 14131 |
| Pinnacle Trustees Ltd/Trustees of the Kenilworth Trust | Pinnacle Trustees Limited<br>Trustees of the Kenilworth Trust<br>PO Box 544, 14 Britannia Place, Bath Street<br>St. Helier, JE2 4SU, Jersey | 14124 |
| Kenray International Limited | Kenray International Limited<br>Akara Building<br>24 de Castro Street, Wickhams Cay 1<br>Road Town, Tortola, British Virgin Islands | 14125 |
| Koral Bay Limited | Koral Bay Limited<br>Palm Grove House<br>Road Town, Tortola, British Virgin Islands | 17176 |

| Party | Address | Claim No. |
|-------|---------|-----------|
| Lapenna, Luca & Taccari, Michela | Luca Lapenna & Michela Taccari<br>Via Locchi 20<br>Trieste, 34134, Italy | 14111 |
| Lloyd-Johnes Will Trust - Alexander's Share | The Trustees of M. R. Lloyd-Johnes Will Trust<br>71 Queen Victoria Street<br>London, EC4V 4DR | 17127 |
| Mr. Timothy David Llewellyn | Timothy David Llewellyn<br>3 Cranley Mansion<br>160 Gloucester Road<br>London, SW7 4QF, United Kingdom | 13581 |
| Laurence Neal McPherson Young | Laurence Neal McPherson-Young<br>Roshinish House, Old Ferry Brae<br>Ballachulisg<br>Argyll, PH49 4JX, United Kingdom | 14105 |
| Lodina Embarcacoes De Redreio Lda | Lodina Embarcacoes de Redreio Lda<br>Avenda Arriaga, No 30, 1A<br>Funchal<br>Madeira, Portugal, 9000-064 | 13817 |
| Charles Long | Charles Long<br>Pineapple House<br>18 Conduit Mews<br>London, W2 3RE, United Kingdom | 14103 |
| Lorimor Corp. | Lorimor Coporation<br>Citco Building, Wickhams Cay<br>P.O. Box 662<br>Road Town, Tortola, British Virgin Islands | 14154 |
| Lumatec SA | Lumatec SA<br>Chemin du Champs-des-Filles 19<br>1228 Plan-les-Outes<br>Switzerland | 17189 |

| Party | Address | Claim No. |
|---|---|---|
| Mackintosh, Cameron | Cameron Mackintosh<br>The Tower House<br>12 Park Village West<br>London, NW1 4AE, United Kingdom | 17118 |
| Makena Capital Holdings A, L.P. | 2755 Sand Hill Road, Suite 200, Menlo Park, CA 94025 | 27602 |
| Mapleton Limited | Mapleton Limited<br>Sixty Circular Road, 2nd Floor<br>Douglas, IM1 1SA, Isle of Man | 13704 |
| Marclaus Corp. | Marclaus Corp.<br>Broad Street, 80<br>Monrovia, County of Montserrado<br>Switzerland | 13801 |
| Anne Maus | Anne Maus<br>Le Rivage, 235 Rte D'Hermance<br>1246 Corsier-Port<br>Switzerland | 13580 |
| Didier Maus | Didier Maus<br>473 Route D'Hermance<br>1248 Hermance<br>Switzerland | 13579 |
| Nathalie Maus Sommer | Nathalie Maus Sommer<br>235 Rte d'Hermance<br>Corsier-Port<br>Switzerland | 13578 |
| McCallum, Martin | Martin McCallum<br>46 Sunrise Road<br>Palm Beach, NSW 2108, Australia | 14112 |

| Party | Address | Claim No. |
|-------|---------|-----------|
| McCallum, Martin Sub Account A | Martin McCallum Sub Account A<br>46 Sunrise Road<br>Palm Beach, NSW 2108, Australia | 14108 |
| Medmenham Establishment | Medmenham Establishment<br>Pflugstrasse 12<br>P.O. Box 1235<br>Vaduz, Liechtenstein | 13577 |
| Micucci, Patrizia & Cane, Fabio | Patrizia Micucci and Fabio Cane<br>Via Giovannino de Grassi 1<br>20100, Milan, Italy | 14109 |
| The MIDS 1992 Trust | MIDS 1992 Trust<br>Whiteley Chambers, Don Street<br>St. Helier, JE4 9WG, Jersey<br>United Kingdom | 14146 |
| M. Kontkowski | GLG Partners for M. Kontkowski<br>407 Hertford Road<br>London, N9 7DE, United Kingdom | 13699 |
| MPH Investments Inc. | MPH Investments Inc.<br>Parea Estate, PO Box 3149<br>Road Town, Tortola, British Virgin Islands | 14110 |
| The MTS 1992 Trust | MTS 1992 Trust (Chelsea Trust)<br>Whiteley Chambers, Don Street<br>St. Helier, JE4 9WG, Jersey<br>United Kingdom | 14147 |
| Murena Trust | Murena Trust<br>14 Britannia Place<br>Bath Street, St. Helier<br>JE2 4SU, Jersey, Channel Islands | 14126 |

| Party | Address | Claim No. |
|---|---|---|
| National Industries Group Holdings | National Industries Group Holdings<br>Safat 13005<br>P.O. Box 417<br>Kuwait | 17174 |
| Nordmann, Madame Gerard | Madamme Gerard Nordmann<br>17 Rue de Pressy, Vandoeuvres<br>CH-1253, Switzerland | 13700 |
| Noujaim, Michel & Odette | Michel & Odette Noujaim<br>60 Rue du Liban<br>Immeuble Noujaim<br>Beirut, Lebanon | 17135 |
| Oates, Martin & Anna | Martin Oates & Anna Dow<br>Mustow House, Mustow Street<br>Bury St. Edmunds<br>IP33 1XL, Suffolk, United Kingdom | 14107 |
| Online Investments | Online Investments Limited<br>1 Le Marchant Street<br>St. Peter Port, Guernsey | 17134 |
| DANOPI (Opman) | Pierre Opman<br>15A Chermin Rieu<br>Geneva, CH-1208, Switzerland | 13576 |
| The Self-Invested Pension - S Tindall | The Self-Invested Pension - S Tindall<br>c/o Origen - SIPP Team<br>40-43 Chancery Lane<br>London, WC2A 1JA | 17192 |
| Otto Industries Europe BV | Otto Industries Europe BV<br>Vrijthof 50/51<br>Maastricht, NL-6211 LE, The Netherlands | 21789 |

| Party | Address | Claim No. |
|---|---|---|
| Outlook Investments Limited | Outlook Investments Limited<br>Tropic Isle Building<br>P.O. Box 438<br>Road Town, Tortola, British Virgin Islands | 14119 |
| Overspecht Finance B.V. | Overspecht Finance B.V.<br>Twawlerkade 4<br>Ijmuiden, 1976 CB, Netherlands | 17183 |
| David J. Owen Trust | David J. Owen Trust<br>The Old Rectory<br>Birdingbury, CV23 8EW, Warwickshire | 13694 |
| Parmar, Gitesh | Flat 6 The Mount House<br>Sudbury Hill, Harrow on the Hill<br>Middlesex<br>HA1 3NH<br>United Kingdom | 13698 |
| Phillips, Sara | S. Phillips<br>28 Marlborough Place<br>London, NW8 0PD, United Kingdom | 13575 |
| Pileka Investments Limited No 2 Account | Pileka Investments Limited No 2 Account<br>Akara Building<br>24 Castro Castro Street, Wickhams<br>Road Town, Cay 1, Tortola, British Virgin Islands | 27603/25801 |
| Pileka Investments Limited | Pileka Investments Limited<br>Akara Building<br>24 Castro Castro Street, Wickhams<br>Road Town, Cay 1, Tortola, British Virgin Islands | 27603/25801 |
| Powell, Mr. Simon M. | Simon M. Powell<br>1558 Rum PT Drive<br>Cayman Kai, KY1-1701<br>Grand Cayman, Cayman Islands, British West Indies | 13574 |

| Party | Address | Claim No. |
|---|---|---|
| Price, Sarah Jane | Sarah Jane Price<br>13 Strafford Drive, Broxbourne<br>Hertfordshire, EN10 7JT, United Kingdom | 14135 |
| Rabbat, Elias & Marlene | Mrs. Marlene Kabrite Rabbat & Mr. Elias Rabbat<br>Bani Yas Street<br>Sana Bldg - Al Nasr<br>United Arab Emirates | 17185 |
| Reeves, Tony | Anthony Reeves a/c #2<br>Spur Lodge<br>142 Upper Richmond Road West<br>London, SW14 8DS, United Kingdom | 13573 |
| The Reserve Trust | Tayleigh Trust<br>Trustee of a Trust Dated 11/26/01<br>Whitley Chambers, Don Street<br>St. Hellier, JE4 9WG, Jersey | 14148 |
| R&H Trust Co a/c 2 | R & H Trust Co. (Guernsey) Ltd<br>Trustees of the Elizabeth Stevens Trust<br>Granary House<br>The Grange, St Peter Port<br>Guernsey, GY1 2QQ, Channel Islands | 17124 |
| RHTST1SUB | R&H Trust co a/c No 1 Sub Account<br>Trafalgar Court<br>West Wing, 3rd Floor, St. Peter Port<br>Guernsey, GY1 2JA, Channel Islands | 17129 |
| Griff Rhys Jones No 1 Account | Griff and Jo Rhys Jones<br>2 Fitzroy Square<br>London, W1T 5HF, United Kingdom | 13572 |
| Rider Investments | Rider Investments Ltd.<br>Tropic Isle Building<br>P.O. Box 964<br>Road Town, Tortola, British Virgin Islands | 13791 |

| Party | Address | Claim No. |
|---|---|---|
| Riverside | Nicolas Karamaoun<br>Villa Les Horizons<br>Fanar, Lebanon | 14116 |
| Rodarbal Limited | Rodarbal Limited<br>Romasco Place, Wickhams Cay I<br>Road Town, Tortola, British Virgin Islands | 30089 |
| Rondeau, Marie - Laure | Marie-Laure Rondeau<br>243C Route D'Hermance<br>Corsier-Port, 1246, Switzerland | 13571 |
| Rosenberg, Jenifer | Mrs. J. Rosenberg<br>L'Estoril, Apartment 2CI<br>31 Avenue Princess Grace<br>MC, 98000, Monaco | 13570 |
| Rossdale, Gavin | Gavin Rossdale<br>112 Regents Park Road, Primrose Hill<br>London, NW1 8UG, United Kingdom | 13695 |
| Christian Roy | Christian Roy<br>Merlewood, Oast Road<br>Oxted, RH8 9DX | 13673 |
| Sackler, Theresa | Teresa E. Sackler<br>67 Chester Square<br>London, SW1W 9DU, United Kingdom | 13589 |
| Sampers | Etienne Desmyter & Roza Sampers<br>Vaderland Str 48<br>9000 Gent<br>Belgium | 17130 |

| Party | Address | Claim No. |
|---|---|---|
| Sampers Sub Account EUR | Sampers Sub Account EUR<br>Vanderland Street 48<br>9000 Gent, Belgium | 17136 |
| Sampers Sub Account GBP | Sampers Sub Account GBP<br>Vanderland Street 48<br>9000 Gent, Belgium | 17132 |
| Sater, Adel & Balushi, Layla Al | Adel Sater & Layla Al Balushi<br>House 246, Road 2507, Block 225<br>Bahrain | 17117 |
| The SDS 1992 Trust | Chelsea Trust<br>Trustee of a Trust Dated 3/26/92 - SDS 1992<br>Whiteley Chambers, Don Street<br>St. Helier, JE4 9WG, Jersey | 14138 |
| Seven Star Global Ltd. | Seven Star Global Limited<br>Caribbean Corporate Services Limited<br>Omar Hodge Building, Wickhams Cay 1<br>P.O. Box 362, Tortola, British Virgin Islands | 14115 |
| The Self-Invested Pension - G Davies | GM Self-Invested Personal Pension Plan - G Davies<br>40-43 Chancery Lane<br>London, WC2A 1JA, United Kingdom | 30470 |
| Sipi Finance | Sipi Finance SA<br>Quantum Plaza, 2nd Floor<br>53rd East Street<br>Panama, Republic of Panama | 17178 |
| Patrick Solvay | Patrick Solvay<br>Les Amerois 1<br>Bouillon, Belgium | 21794 |

| Party | Address | Claim No. |
|---|---|---|
| Securities & Patrimony Active Management Holding SA | Securities & Patrimony Active Management Holding SA<br>3a rue G. Kroll<br>L 1882, Luxembourg | 13569 |
| Spur Lodge | Spur Lodge Limited<br>142 Upper Richmond Road<br>London, SW14 8DS, United Kingdom | 13568 |
| Stamos SA | Stamos SA<br>3 Avenue Pasteur<br>L-2311, Luxembourg | 27606 |
| Starglow Ventures Inc. | Starglow Ventures Inc.<br>Citco Building, Wickhams Cay<br>Road Town, Tortola, British Virgin Islands | 14160 |
| Stitching Bewaarder BFK Fonds | Stitching Bewaarder BFK Fonds<br>Trawlerkade 4<br>Ijmuiden, 1976 CB, Netherlands | 17184 |
| Summithill | Summit Hill International Limited<br>Akara Building, 24 De Castro Street<br>Wickhams Cay 1<br>Road Town, Tortola, British Virgin Islands | 14153 |
| Syrinx A | Fondation Syrinx<br>53rd Street, Urbauipaai Obamo<br>Swiss Tower, 16th Floor<br>Panama | 14142 |
| Syrinx B | Fondation Syrinx<br>54th Street, Urbauipaai Obamo<br>Swiss Tower, 16th Floor<br>Panama | 14143 |

| Party | Address | Claim No. |
|---|---|---|
| Fondation Syrinx B - Sub a/c 6 | Fondation Syrinx<br>57th Street, Urbauipaai Obamo<br>Swiss Tower, 16th Floor<br>Panama | 14140 |
| Fondation Syrinx - Sub a/c 7 | Fondation Syrinx<br>58th Street, Urbauipaai Obamo<br>Swiss Tower, 16th Floor<br>Panama | 14141 |
| Tanamera SA | Tanamera SA<br>Akara Building, 24 de Castro Street<br>Wickhams Cay 1<br>Road Town, Tortola, British Virgin Islands | 14080 |
| Taylor Clark PLC | Taylor Clark PLC<br>32 Haymarket<br>London, SW1Y 4TP, United Kingdom | 14157 |
| The TES 1988 Trust | Chelsea Trust<br>Trustee of a Trust Dated 2/26/88 - TES        Whiteley<br>Chambers, Don Street        St. Helier,<br>JE4 9WG, Jersey | 14139 |
| Thuberose Finance Ltd | Thuberose Finance Ltd<br>Vantepool Plaza<br>P.O. Box 873, Wickhams Cay<br>Road Town, Tortola, British Virgin Islands | 14130 |
| Simon & Caroline Tindall | Simon & Caroline Tindall<br>31 Lonsdale Road, Barnes<br>London, SW13 9JP, United Kingdom | 17113 |
| Ting Tsung and Wei Fong Chao Global Foundation | Ting Tsung & Wei Fong Chao Global Foundation<br>c/o A. Chao<br>2801 Post Oak Boulevard, Suite 600<br>Houston, Texas 77056 | 13587 |

| Party | Address | Claim No. |
|---|---|---|
| Tipar Holdings Ltd #1 | Tipar Holdings Limited<br>Morgan & Morgan Corporation Services<br>Box 3149, Pasea Estate<br>Road Town, Tortola, British Virgin Islands | 14127 |
| Jubran & William Toak | Jubran & William Toak<br>New Nakash<br>Antelias, Beirut, Lebanon | 14113 |
| Trefinance SA | Trefinance SA<br>25C Boulevard Royal<br>L-2449, Luxembourg | 13597 |
| Ursemea Foundation | Ursemea Foundation<br>Calle Aquillino De La Guardia No. 8<br>Panama, Republic of Panama | 14137 |
| Jean-Pierre Valluy | Jean-Pierre Valluy<br>Im Cil Mar-Takla<br>Hazmieh, Lebanon | 14114 |
| Van-Hoorn, Christian | Christian Van-Hoorn<br>16 Grimwade Avenue<br>Croydon, CRO 5DG<br>Surrey, United Kingdom | 17190 |
| Varian Holdings Limited | Varian Investments Limited<br>Rue de Puits-Godet 12<br>CASE Postale 763<br>2005 Neuchatel, Switzerland | 13800 |
| Pinnacle Trustees Ltd as Trustees of The Vida Amini Trust | Pinnacle Trustees Ltd<br>Trustees of the Vida Amini Trust<br>P.O. Box 544<br>14 Britannia Place, Bath Street, St. Helier<br>JE2 4SU, Jersey, Channel Islands | 13702 |

| Party | Address | Claim No. |
|---|---|---|
| Rothschild Trust Guernsey as Trustee of the Wyness Settlement | Rothschild Trust Guernsey Trustee of the Wyness Settlement (GLG) P.O. Box 472, St. Peters House Le Bordage, St. Peter Port GY1 6AX, Guernsey, Channel Islands | 13813 |
| Rothschild Trust Guernsey as Trustee of Peter Vincent 2001 G Children's Trust | Rothschild Trust Guernsey Limited Trustee of the Peter Vincent            2001 G Children's Trust P.O. Box 472, St. Peters House Le Bordage, St. Peter Port GY1 6AX, Guernsey, Channel Islands | 13803 |
| Rothschild Trust Guernsey as Trustee of Peter Vincent 2001 Family Trust | Rothschild Trust Corp Ltd Trustee of the Peter Vincent 2001 Family Trust P.O. Box 472, St. Peters House Le Bordage, St. Peter Port GY1 6AX, Guernsey, Channel Islands | 13802 |
| Werzinger, Roger | Roger C.H. Werzinger Dorfstr. 32 CH 8835 Feusisberg, Switzerland | 17123 |
| Westcott Ltd | Westcott Limited JP Morgan Trust Company of the Bahamas Ltd. Attn: Cameron A. Carey Bahamas Financial Center, 2nd Floor Shirley & Charlotte Streets, P.O. Box N-4899 Nassau, Bahamas | 21791, 27610 |
| Westdorp, Ronald | Ronald Westdorp 23-27 Seaton Place St. Helier, JE4 OWH, Jersey | 17133 |
| Western Management Overseas Ltd. | Western Management Overseas Limited Craigmuir Chambers, P.O. Box 71 Road Town, Tortola, British Virgin Islands | 13814 |

| Party | Address | | Claim No. |
|-------|---------|---|-----------|
| Wilter Investments Limited (EUR) | Wilter Investments Ltd. Pasea Estate, P.O. Box 3149 Road Town, Tortola, British Virgin Islands | | 17121 |
| Wimpole Street Investments Ltd | Wimpole Street Investments Limited St. Peters House, Le Bordage St. Peter Port, GY1 6AX, Guernsey | | 17119 |
| Carolyn Windebank | Carolyn Windebank Willow Pond House, Levens Green, Nr Ware SG11 1HD, Hertfordshire, United Kingdom | | 30395 |
| L. Wolfson Townsley | The Honorable Mrs. Laura Wolfson Townsley 17 Acacia Road London, NW8 6AN, United Kingdom | | 14106 |
| Wylie, Ian | Ian Wylie 67 Millers Green Close, Enfield EN2 7BD, Middlesex, United Kingdom | | 17186 |
| Zoo Zurich AG | Zoo Zurich AG Zurichberstr 221 Zurich, Switzerland | | 17122 |
| Cirene Finance S.r.l. | Cirene Finance S.r.l. Securitisation Services S.p.A. Alfieri, 1 31015 Conegliano (TV) - Italy | c/o Via V. | 21658 |
| Sim S.P.A., Ersel | Ersel Sim S.P.A. 11, Piazza Solferino 10121 Torino, Italy | | 50473, 56618 |

| Party | Address | | Claim No. |
|---|---|---|---|
| Ersoff, Brett | Brett Ersoff<br>17 Magnolia Drive<br>Purchase, NY 10577 | | 21576, 21578, 21579 |
| European Credit Management Limited | European Credit Management Limited<br>Grosvenor Street<br>London, England W1K 4QU | 34 | 21660, 66153 |
| Relative European Value S.A. | Relative European Value S.A.<br>Grosvenor Street<br>London, England W1K 4QU | 34 | 22205, 66151 |
| European Credit (Luxembourg) S.A. | European Credit (Luxembourg) S.A.<br>34 Grosvenor Street<br>London, England W1K 4QU | | 22026, 66150 |
| Leveraged Loans Europe plc | Leveraged Loans Europe plc<br>Grosvenor Street<br>London, England W1K 4QU | 34 | 22203, 22204,<br>22206, 66148,<br>66149, 66152 |
| Term Loans Europe plc | Term Loans Europe plc<br>34 Grosvenor Street<br>London, England W1K 4QU | | 21774, 66147 |
| Golden Moon Capital Corporation | Golden Moon Capital Corporation<br>Citco Building, Wickhams Cay<br>P.O. Box 662<br>Road Town, Tortola<br>British Virgin Islands | | 13809, 13810 |
| Henry, Jr., Emil W. | Emil W. Henry, Jr.<br>161 Cantitoe Street<br>Katonah, NY 10536 | | 4653, 4654 |

| Party | Address | | Claim No. |
|---|---|---|---|
| Massachusetts Water Resources Authority | Massachusetts Water Resources Authority Avenue<br>Charlestown Navy Yard, Bldg. 39<br>Boston, MA 02129 | 100 First | 21574, 21575, 21795, 21796 |
| Retirement Housing Foundation | Retirement Housing Foundation<br>N. Studebaker Road<br>Long Beach, CA 90815-4900<br>Attn: Frank Rossello, CFO/VP of Finance | 911 | 10493, 10494, 10495, 10496 |
| Foundation Property Management | Foundation Property Management<br>Retirement Housing Foundation<br>N. Studebaker Road<br>Long Beach, CA 90815-4900<br>Attn: Frank Rossello, CFO/VP of Finance | c/o 911 | 10493, 10494, 10495, 10496 |
| Bixby Knolls Towers, Inc. | Bixby Knolls Towers, Inc.<br>c/o Retirement Housing Foundation<br>911 N. Studebaker Road<br>Long Beach, CA 90815-4900<br>Attn: Frank Rossello, CFO/VP of Finance | | 10493, 10494, 10495, 10496 |
| Gold County Health Center, Inc. | Gold County Health Center, Inc.<br>Retirement Housing Foundation<br>N. Studebaker Road<br>Long Beach, CA 90815-4900<br>Attn: Frank Rossello, CFO/VP of Finance | c/o 911 | 10493, 10494, 10495, 10496 |
| Mayflower Gardens Health Facilities, Inc. | Mayflower Gardens Health Facilities, Inc<br>Retirement Housing Foundation<br>N. Studebaker Road<br>Long Beach, CA 90815-4900<br>Attn: Frank Rossello, CFO/VP of Finance | c/o 911 | 10493, 10494, 10495, 10496 |
| Mayflower RIF Housing, Inc. | Mayflower RIF Housing, Inc.<br>c/o Retirement Housing Foundation<br>911 N. Studebaker Road<br>Long Beach, CA 90815-4900<br>Attn: Frank Rossello, CFO/VP of Finance | | 10493, 10494, 10495, 10496 |
| Sun City RHF Housing | Sun City RHF Housing<br>c/o Retirement Housing Foundation<br>911 N. Studebaker Road<br>Long Beach, CA 90815-4900<br>Attn: Frank Rossello, CFO/VP of Finance | | 10493, 10494, 10495, 10496 |

| Party | Address | | Claim No. |
|---|---|---|---|
| Holly Hill RHF Housing, Inc. | Holly Hill RHF Housing, Inc. c/o Retirement Housing Foundation 911 N. Studebaker Road Long Beach, CA 90815-4900 Attn: Frank Rossello, CFO/VP of Finance | | 10493, 10494, 10495, 10496 |
| Merritt Island RHF Housing, Inc. | Merritt Island RHF Housing, Inc. Retirement Housing Foundation N. Studebaker Road Long Beach, CA 90815-4900 Attn: Frank Rossello, CFO/VP of Finance | c/o 911 | 10493, 10494, 10495, 10496 |
| Martin Luther Foundation, Inc. | Martin Luther Foundation, Inc Retirement Housing Foundation N. Studebaker Road Long Beach, CA 90815-4900 Attn: Frank Rossello, CFO/VP of Finance | c/o 911 | 10493, 10494, 10495, 10496 |
| Yellowwood Acres, Inc. | Yellowwood Acres, Inc. c/o Retirement Housing Foundation 911 N. Studebaker Road Long Beach, CA 90815-4900 Attn: Frank Rossello, CFO/VP of Finance | | 10493, 10494, 10495, 10496 |
| Bluegrass RHF Housing, Inc. | Bluegrass RHF Housing, Inc. Retirement Housing Foundation N. Studebaker Road Long Beach, CA 90815-4900 Attn: Frank Rossello, CFO/VP of Finance | c/o 911 | 10493, 10494, 10495, 10496 |
| St. Catherine RHF Housing, Inc. | St. Catherine RHF Housing, Inc. Retirement Housing Foundation N. Studebaker Road Long Beach, CA 90815-4900 Attn: Frank Rossello, CFO/VP of Finance | c/o 911 | 10493, 10494, 10495, 10496 |
| OMX Timber Finance Investments II, LLC | OMX Timber Finance Investments II, LLC Susan Wagner-Flemming Shuman Blvd. Naperville, Illinois 60563 | c/o 263 | 1439, 17120 |

| Party | Address | Claim No. |
|---|---|---|
| Paramount Trust Company Ltd. As Trustees of the Fallback Trust | Paramount Trust Company Ltd. As Trustees of the Fallback Trust c/o Paul Clements Spracher Grier Halberstam LLP One Americas Square, Crosswall London EC3N 2SG | 17181 |