UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
―――――――――――――――――――――――――x
In re                                    :    Chapter 11
                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :    Case No. 08-13555 (JMP)
                                         :    (Jointly Administered)
                        Debtors.         :
―――――――――――――――――――――――――x
```

### AMENDED NOTICE OF INTENT TO PARTICIPATE IN
### DISCOVERY RELATED TO PLAN CONFIRMATION

NOTICE IF HEREBY GIVEN that American National Insurance Company, Standard Life and Accident Insurance Company, American National Life Insurance Company of Texas, American National General Insurance Company, American National Lloyds Insurance Company, Comprehensive Investment Services, Farm Family Life Insurance Company and The Moody Foundation, represented by The Law Office of Andrew J. Frisch and Greer, Herz & Adams, L.L.P., file this their Amended Notice of Intent to Participate in Discovery Related to Plan Confirmation.

American National Insurance Company, Standard Life and Accident Insurance Company, American National Life Insurance Company of Texas, American National General Insurance Company, American National Lloyds Insurance Company, Comprehensive Investment Services, Farm Family Life Insurance Company and The Moody Foundation filed their Notice of Intent to Participate in Discovery Related to Plan Confirmation on April 28, 2011 [Docket No. 16415].

American National Insurance Company has the following claims against Lehman Brothers Holdings, Inc. and its affiliated debtors, respectively:

American National Insurance Company
Claim No. 31991 against Lehman Brothers Holdings, Inc. in an amount in excess of $15,653,468.22

American National Insurance Company
Claim No. 32177 against Lehman Brothers OTC Derivatives Inc. in an amount of $2,653,468.22

American National Insurance Company is an interested party in the above-captioned Chapter 11 cases (the "Chapter 11 Cases") on the basis that it is a creditor of more than one of the above-captioned debtors.

PLEASE TAKE FURTHER NOTICE THAT, subject to any objections by the Debtors or the Statutory Committee of Unsecured Creditors appointed in the chapter 11 Cases and/or any limitations imposed by the Court, American National Insurance Company and its counsel intend

to participate in Plan Discovery, as defined in the Order Establishing Procedures in Connection with Discovery Related to Plan Confirmation and Other Issues entered by the Court on April 14, 2011 [Docket No. 16003].

Standard Life and Accident Insurance Company, American National Life Insurance Company of Texas, American National General Insurance Company, American National Lloyds Insurance Company, Comprehensive Investment Services, Farm Family Life Insurance Company and The Moody Foundation do not wish to participate in Plan Discovery.

Dated: May 9, 2011                                    The Law Office of Andrew J. Frisch
New York, New York

By: /s/ Andrew J. Frisch
   Andrew J. Frisch
   950 Third Avenue, 15th Floor
   New York, New York 10022
   (212) 784-2413
   (212) 888-0919 facsimile
   afrisch@andrewfrisch.com

**Contact Information for Party in Interest:**
American National Insurance Company
c/o Andrew Mytelka
General Counsel
One Moody Plaza, 18th Floor
Galveston, Texas 77550

**Contact Information for Attorneys for Party in Interest (address, phone and email):**

Andrew J. Frisch
950 Third Avenue, 15th Floor
New York, New York 10022
(212) 784-2413
(212) 888-0919 facsimile
afrisch@andrewfrisch.com

**Contract Information for Advisors for Party in Interest:**
Not Applicable

**Designation of Contact(s) to Receive Any Notice(s) Required Under the Order:**

Eric Kirkpatrick
Greer, Herz & Adams, L.L.P.
One Moody Plaza, 18th Floor
Galveston, Texas 77550
Telephone number: 409-797-3200
Facsimile: 409-766-0491
Email address: ekirkpatrick@greerherz.com

Tara Annweiler
Greer, Herz & Adams, L.L.P.
One Moody Plaza, 18th Floor
Galveston, Texas 77550
Telephone number: 409-797-3200
Facsimile: 409-766-0491
Email address: tannweiler@greerherz.com

Frederick Black
Greer, Herz & Adams, L.L.P.
One Moody Plaza, 18th Floor
Galveston, Texas 77550
Telephone number: 409-797-3200
Facsimile: 409-766-0491
Email address: fblack@greerherz.com

Andrew J. Frisch
950 Third Avenue, 15th Floor
New York, New York 10022
(212) 784-2413
(212) 888-0919 facsimile
afrisch@andrewfrisch.com

**Group that Participant elects to join (pursuant to Paragraph 3(b) of the Order):**

3(b)(i)