**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                      :

In re                           :        **Chapter 11 Case No.**
                                        :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :        **08-13555 (JMP)**
                                        :        **(Jointly Administered)**
              **Debtors.**        :

                                        :        **Ref. Docket Nos. 6053, 6054,**
                                        :        **16449, 16454, 16456, 16458, 16476,**
                                        :        **16477, 16486-16494, 16497, 16499,**
                                        :        **16500, 16502-16509**
------------------------------------------------------------------------x
                                        :

In re                           :        **Chapter 11 Case No.**
                                        :

**LEHMAN BROTHERS SPECIAL FINANCING**  :        **08-13888 (JMP)**
**INC.,**                                :        **(Jointly Administered)**
                                        :

              **Debtors.**        :        **Ref. Docket No. 213**
                                        :
------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 4, 2011,  I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
9th day of May, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 6053, 6054, 16449, 16454, 16456, 16458, 16476, 16477, 16486-16494, 16497, 16499, 16500, 16502-16509; Adv 08-13888 DI 213_AFF_05-04-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                    | Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   | 08-13555 (JMP)
                                         |
                                         | (Jointly Administered)
                        Debtors.         |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   PUTNAM STRUCTURED OPPORTUNITIES FUND, LTD.
              C/O PUTNAM INVESTMENTS
              ATTN: STEPHEN GIANELLI
              ONE POST OFFICE SQUARE
              BOSTON MA 02109

Please note that your claim # 66729 in the above referenced case and in the amount of
        $638,757.33       has been transferred **(unless previously expunged by court order)**

              PUTNAM INTERNATIONAL DISTRIBUTORS, LTD.
              TRANSFEROR: PUTNAM STRUCTURED OPPORTUNITIES FUND, LTD.
              C/O PUTNAM INVESTMENTS
              ATTN: STEPHEN GIANELLI
              ONE POST OFFICE SQUARE
              BOSTON MA 02109

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 213      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2011                      Vito Genna, Clerk of Court


                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2011.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.

---

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  DEUTSCHE BANK AG, LONDON BRANCH
         TRANSFEROR: TA CHONG FINANCE (HONG KONG) LIMITED
         DEUTSCHE BANK AG, KONG KONG BRANCH
         ATTN: HENG CHEAM / CHRISTOPHER WONG
         55/F CHEUNG KONG CENTER
         2 QUEEN'S ROAD CENTRAL
         HONG KONG
         HONG KONG

Please note that your claim # 12779-03 in the above referenced case and in the amount of
     $4,048,520.00      has been transferred **(unless previously expunged by court order)**

         ELLIOTT ASSOCIATES, L.P.
         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
         ATTN: MICHAEL STEPHAN
         M STEPAN R ROSEN K REINHARDT-GONZALEZ J YURKOVIC
         712 5TH AVENUE, 35TH FL
         NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 6053      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/04/2011                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 4, 2011.

**EXHIBIT B**

TIME: 12:29:55
DATE: 05/04/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
| --- | --- |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| DELBRUCK BETHMANN MAFFEI AG | TRANSFEROR: GRAMS, HELMUT BETHMANNSTRABE 7-9 60311 FRANKFURT AM MAIN FRANKFURT GERMANY |
| DELBRUCK BETHMANN MAFFEI AG | TRANSFEROR: SCHNEIDER, HEIDEDE BETHMANNSTRABE 7-9 60311 FRANKFURT AM MAIN FRANKFURT GERMANY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: TA CHONG FINANCE (HONG KONG) LIMITED DEUTSCHE BANK AG, KONG KONG BRANCH ATTN: HENG CHEAM / CHRISTOPHER WONG 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL HONG KONG   HONG KONG |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MICHAEL STEPHAN M STEFAN R ROSEN K REINHARDT-GONZALEZ J YURKOVIC 712 5TH AVENUE, 35TH FL NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION M STEFAN R ROSEN K REINHARDT-GONZALEZ J YURKOVIC 712 5TH AVENUE 35TH FLOOR NEW YORK NY 10019 |
| GRAMS, HELMUT | JOHANNA GRAMS OTTENHOF 40 BREMEN D-28355 GERMANY |
| HYPOSWISS PRIVATE BANK GENEVE SA | 7 RUE DES ALPES GENEVE 1 CH-1211 SWITZERLAND |
| ILLIQUIDX LTD | HYPOSWISS PRIVATE BANK GENEVE SA ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| POLLINGER, KATHARINA | TRANSFEROR: CREDIT SUISSE AUBRIGSTR. 25 JONA CH-8645 SWITZERLAND |
| PUTNAM INTERNATIONAL DISTRIBUTORS, LTD. | TRANSFEROR: PUTNAM STRUCTURED OPPORTUNITIES FUND, LTD. C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| PUTNAM STRUCTURED OPPORTUNITIES FUND, LTD. | C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109 |
| SCHNEIDER, HEIDEDE | THEODOOR GILISSEN CRANACHSTR. 45 HAMBURG 22607 GERMANY |
| THE SEAPORT GROUP EUROPE LLP | TRANSFEROR: THEODOOR GILISSEN GLOBAL CUSTODY N.V. ATTN: JAY CONKLIN GROUND FLOOR WEST, ONE FINSBURY CIRCUS LONDON EC2M 7ED ENGLAND |
| THE VARDE FUND (MASTER), L.P. | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| THE VARDE FUND IX, L.P. | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| THE VARDE FUND IX-A, L.P. | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VI-A, L.P. | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| THE VARDE FUND X (MASTER), L.P. | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| THE VARDE FUND, L.P. | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| THEODOOR GILISSEN GLOBAL CUSTODY N.V. | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. KEIZERSGRACHT 617 AMSTERDAM 1017 DS NETHERLANDS |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |

Total Number of Records Printed   25

EPIQ BANKRUPTCY SOLUTIONS, LLC