**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                               :
In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :    08-13555 (JMP)
                                               :    (Jointly Administered)
                Debtors.                       :
                                               :
-----------------------------------------------------------------x    Ref. Docket Nos. 16473, 16495,
                                                    16496, 16498, 16501
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 4, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
9th day of May, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:    BOVAY & PARTENAIRES S.A.
               GRAND CHENE 1
               LAUSANNE CH-1003 SWITZERLAND

Additional:

Transferee:    UBS AG
               HUGO KOLLER
               BAHNHOFSTRASSE 45
               8001 ZURICH SWITZERLAND

**Your transfer** of claim #    56209    is defective for the reason(s) checked below:

Other                                              WITHDRAWN

Docket Number 16473            Date 05/02/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2011.

# EXHIBIT B

08-13555-mg    Doc 16661    Filed 05/09/11    Entered 05/09/11 15:34:35    Main Document
Pg 4 of 5

```
TIME: 12:36:16                        LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 05/04/11                              CREDITOR LISTING

Name                          Address
BOVAY & PARTENAIRES S.A       GRAND CHENE 1 LAUSANNE   CH-1003 SWITZERLAND
BOVAY & PARTENAIRES S.A.      GRAND CHENE 1 LAUSANNE   CH-1003 SWITZERLAND
BOVAY & PARTENAIRES SA        PASCAL BOVAY RUE DE GRAND-CHENE 1, CP 5473 1002 LAUSANNE    SWITZERLAND
DELBRUCK BETHMANN MAFFEI AG   BETHMANNSTRABE 7-9 60311 FRANKFURT AM MAIN FRANKFURT    GERMANY
NAGEL, PETER                  DUERRSTR. 7C AMBERG  92224 GERMANY
UBS AG                        HUGO KOLLER BAHNHOFSTRASSE 45 8001 ZURICH   SWITZERLAND
YERSIN, PAULINE DEGAUTARD     112 AV DES ALPES LA TOUR-DE-PEILZ  1814 SWITZERLAND

Total Number of Records Printed      7
```