**BNP PARIBAS**

BNP Paribas Energy Trading GP

1100 Louisiana, Suite 4900
Houston, TX 77002
USA

Telephone
713-393-6800

TO:    United States Bankruptcy Court for the
       Southern District of New York ("Bankruptcy Court")
       Attn:   Clerk

AND TO:   Lehman Brothers Commodity Services Inc. ("Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 13777

**BNP PARIBAS ENERGY TRADING GP** ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **BNP PARIBAS SECURITIES CORP.** ("Buyer"), all rights, title and interest in and to the claim of Seller in the principal amount of $29,800,000.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 9, 2011.

SELLER

BNP PARIBAS ENERGY TRADING GP

By:
Name: JEFFREY GOLDMP
Title: CEO

By:
Name: ISUEL MS KALIBICI
Title: COO

BUYER

BNP PARIBAS SECURITIES CORP.

By:
Name:
Title:

**CHRISTIAN MUNDIGO**
Head of Fixed Income Trading, Americ.
& Global Head of Credit Trading
BNP Paribas Securities Corporation