UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :      Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :      08-13555 (JMP)
:      (Jointly Administered)
Debtors.                                     :
:
:      Ref. Docket Nos. 16416, 16514-
---------------------------------------------------------------x      16521, 16525, 16526, 16528, 16529,
16536, 16538-16542, 16558, 16578,
16584, 16586

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 5, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
9th day of May, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 16416, 16514-16521, 16525, 16526, 16528, 16529, 16536, 16538-16542, 16558, 16578, 16584, 16586_AFF_05-05-11.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
                                            |
In re                                       |    Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |    08-13555 (JMP)
                                            |
                                            |    (Jointly Administered)
                                            |
            Debtors.                        |
                                            |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   DOLOSTONE L.L.C.                              DOLOSTONE L.L.C.
      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH   ROBERT G. LEONARD
      PO BOX 7954                                   BINGHAM MCCUTCHEN LLP
      NEW YORK NY 10150                             339 PARK AVENUE
                                                    NEW YORK NY 10022-4689
```

Please note that your claim # 67080-19 in the above referenced case and in the amount of
         $26,117,080.93  allowed at $15,000,000.00         has been transferred **(unless previously expunged by court order)**

```
      GOLDMAN SACHS LENDING PARTNERS LLC            GOLDMAN SACHS LENDING PARTNERS LLC
      TRANSFEROR: DOLOSTONE L.L.C.                  RICHARDS KIBBE & ORBE LLP
      C/O GOLDMAN, SACHS & CO                       ATTN: MANAGING CLERK
      ATTN: LAUREN DAY                              ONE WORLD FINANCIAL CENTER
      30 HUDSON STREET, 38TH FLOOR                  NEW YORK NY 10281
      JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 16416      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/05/2011                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 5, 2011.

# EXHIBIT B

```
TIME: 18:12:00                                      LEHMAN BROTHERS HOLDING INC.                                                                  PAGE:   1
DATE: 05/05/11                                           CREDITOR LISTING

Name                                                 Address
APPALOOSA INVESTMENT L.P. 1                          ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
APPALOOSA INVESTMENT L.P. 1                          TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH,INC C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B
                                                     SHORT HILLS NJ 07078
BANCA POPOLARE DELL/EMILIA ROMAGNA SOC.              VIA SAN CARLO 8/20 MODENA 41100 ITALY
   COOP.
BARCLAYS BANK PLC                                    TRANSFEROR: HONTAI LIFE INSURANCE CO., LTD ATTN: DANIEL CROWLEY & JESSICA FAINMAN 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                    TRANSFEROR: UNION INVESTMENT LUXEMBOURG S.A. 745 SEVENTH AVENUE NEW YORK NY 10019
BOTTICELLI, L.L.C.                                   TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
CHANG SHU YUEH & LIOU YI CHUNG                       3F NO 8 LN 117 SEC CHONYANG CITY TAIPEI COUNTY 241 TAIWAN, PROVINCE OF CHINA
CHANG SHU YUEH & LIOU YI CHUNG                       LAWRENCE YEUNG YU CHAN & YEUNG SOLICITORS RM 1505 TUNG NING BUILDING NO 2 HILLIER STREET SHEUNG WAN HONG KONG
DOLOSTONE L.L.C.                                     ROBERT G. LEONARD BINGHAM MCCUTCHEN LLP 339 PARK AVENUE NEW YORK NY 10022-4689
DOLOSTONE L.L.C.                                     GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166
EFG BANK AG                                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH PO BOX 7954 NEW YORK NY 10150
EFG BANK AG                                          BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND
GOLDMAN SACHS LENDING PARTNERS LLC                   RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                   TRANSFEROR: DOLOSTONE L.L.C. C/O GOLDMAN, SACHS & CO ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
HAYMAN CAPITAL MASTER FUND, L.P.                     TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201
HAYMAN CAPITAL MASTER FUND, L.P.                     TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201
HYPOSWISS PRIVATE BANK GENEVE SA                     7 RUE DES ALPES GENEVE 1 CH-1211 SWITZERLAND
ILLIQUIDX LTD                                        TRANSFEROR: HYPOSWISS PRIVATE BANK GENEVE SA ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                            TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                                     ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
LEHMAN BROTHERS INTERNATIONAL (EUROPE)               ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM
   (IN ADMINISTRATION)
LEHMAN BROTHERS INTERNATIONAL (EUROPE)               PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM
   (IN ADMINISTRATION)
LEHMAN BROTHERS INTERNATIONAL (EUROPE)               LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
   (IN ADMINISTRATION)
LIOU, YI-CHUNG                                       3F., NO 8, LN. 117 SEC. 1 CHONGYANG RD. SANCHONG CITY TAIPEI COUNTY 241 TAIWAN, PROVINCE OF CHINA
LIOU, YI-CHUNG                                       YU, CHAN & YEUNG, SOLICITORS CONTACT PERSON: MR. LAWRENCE YEUNG RM. 1505, TUNG NING BUILDING NO. 2 HILLIER STREET
                                                     SHEUNG WAN HONG KONG
LONGACRE OPPORTUNITY FUND, L.P.                      TRANSFEROR: RUTLAND HOSPITAL, INC, THE ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019
MERRILL LYNCH INTERNATIONAL                          TRANSFEROR: SECURE GROWTH FUND LTD ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL                          TRANSFEROR: UNION INVESTMENT LUXEMBOURG S.A. ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH, PIERCE, FENNER & SMITH                TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: SETH DENSON 214 N TYSON STREET NC1-027-14-01 CHARLOTTE NC 28255
   INCORPORATED
MERRILL LYNCH, PIERCE,FENNER & SMITH,INC             TRANSFEROR: MERRILL LYNCH INTERNATIONAL 4 WORLD FINANCIAL CENTER, 4TH FLOOR NEW YORK NY 10080
OMAHONY, DONAL                                       17 UPPER MOUNT STREET DUBLIN 2  IRELAND
PALOMINO FUND LIMITED                                ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
PALOMINO FUND LIMITED                                TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH,INC ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE SHORT HILLS NJ 07078
PRESIDENT SECURITIES (HONG KONG) LIMITED             TRANSFEROR: CHANG SHU YUEH & LIOU YI CHUNG UNIT 2603-6, 26/F, INFINITUS PLAZA 199 DES VOEUX ROAD CENTRAL HONG KONG
PRESIDENT SECURITIES (HONG KONG) LIMITED             TRANSFEROR: LIOU, YI-CHUNG UNIT 2603-6, 26/F, INFINITUS PLAZA 199 DES VOEUX ROAD CENTRAL HONG KONG
ROYAL BANK OF SCOTLAND, PLC, THE                     DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019
ROYAL BANK OF SCOTLAND, PLC, THE                     DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019
ROYAL BANK OF SCOTLAND, PLC, THE                     TRANSFEROR: EFG BANK AG ATTN: JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM
RUTLAND HOSPITAL, INC, THE                           C/O EDWARD ORGORZALEK RUTLAND REGIONAL MEDICAL CENTER 160 ALLEN STREET RUTLAND VT 05701
RUTLAND HOSPITAL, INC, THE                           C/O EDWARD ORGORZALEK, CFO RUTLAND REGIONAL MEDICAL CENTER 160 ALLEN STREET RUTLAND VT 05701
ACACIA MANAGEMENT LLP ATTN: SHARON KELLY 5 FITZHARDINGE STREET LONDON W1H 6ED ENGLAND
SECURE GROWTH FUND LTD                               ATTN: PAUL STEVENSON MINTFLOWER PLACE, 4TH FLOOR 8 PAR-LA-VILLE ROAD HAMILTON HM08 BERMUDA
SECURE GROWTH FUND LTD                               TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) C/O CITCO FUND SERVICES (BERMUDA) LIMITIED
THOROUGHBRED FUND L.P.                               ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
THOROUGHBRED FUND L.P.                               TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH,INC C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B
                                                     SHORT HILLS NJ 07078
THOROUGHBRED MASTER LTD                              ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 18:12:00                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 05/05/11                                        CREDITOR LISTING

Name                          Address
THOROUGHBRED MASTER LTD       TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH,INC C/O APPALOOSA MANAGEMENT ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B
                              SHORT HILLS NJ 07078
UNION INVESTMENT LUXEMBOURG S.A.   ATTN: MRS. MARIA LOEWENBRUECK, MANAGING DIRECTOR 308, ROUTE D'ESCH L-1471 LUXEMBORG   GERMANY
UNION INVESTMENT LUXEMBOURG S.A.   C/O UNION ASSET MANAGEMENT HOLDING AG ATTN: DR. MIKE RINKER, LEGAL COUNSEL WIESENHUTTENSTRASSE 10 FRANKFURT AM MAIN   60329 GERMANY
UNION INVESTMENT LUXEMBOURG S.A.   KATHRYN A. BENNETT WILMER CUTLER PICKERING HALE AND DORR LLP ATTORNEY FOR UNION INVESTMENT LUXEMBOURG S.A. 399 PARK AVENUE
                              NEW YORK NY 10022
YORVIK PARTNERS LLP           TRANSFEROR: OMAHONY, DONAL 11 IRONMONGER LANE LONDON   EC2V 8EY UNITED KINGDOM

Total Number of Records Printed     49
```

EPIQ BANKRUPTCY SOLUTIONS, LLC