Eunice Rim
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 536-3900
Fax: (212) 536-3901
E-mail: eunice.rim@klgates.com

-and-

David C. Neu
K&L GATES LLP
925 Fourth Avenue
Suite 2900
Seattle, WA 98104
Telephone: (206) 370-8125
Fax: (206) 623-7022
E-mail: david.neu@klgates.com

*Attorneys for Port of Tacoma*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

-------------------------------------------------------------------------x

### NOTICE OF CHANGE OF CREDITOR ADDRESS

TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE U.S. TRUSTEE, ALL PARTIES ENTITLED TO RECEIVE NOTICE, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that effective immediately, notices to Port of Tacoma shall be sent to:

David C. Neu
K&L Gates LLP

NY-877839 v1

925 Fourth Avenue
Suite 2900
Seattle, WA 98104
Fax: (206) 623-7022
E-mail: david.neu@klgates.com

-and-

Eunice Rim
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 536-3900
Fax: (212) 536-3901
E-mail: eunice.rim@klgates.com

Dated: May 9, 2011

/s/ Eunice Rim
Eunice Rim
K&L Gates LLP
599 Lexington Avenue
New York, NY  10022
Telephone: (212) 536-3900
Fax: (212) 536-3901
Email: eunice.rim@klgates.com

-and-

David C. Neu
K&L GATES LLP
925 Fourth Avenue
Suite 2900
Seattle, WA 98104
Telephone: (206) 370-8125
Fax: (206) 623-7022
E-mail: david.neu@klgates.com

*Attorneys for Port of Tacoma*