Bankruptcy Court, for Southern District of New York

One Bowling Green

New York, N Y 10014


Dear Sirs:

My wife and I received an Ap. 25, 2011 statement of interest about debtor's disclosure regarding Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered). Lehman Brothers Holdings  Chapter 11.

We were holders of of Lehman Brothers Holdings, Inc. stock, Maya and Lowell H. Zuck, 208 Oakwood Ave., St. Louis, MO 63119.

My records show that on  6.26, 2008 our Lehmann Brothers stock was worth $ 6,840.83 (481.5 shares). We did nothing further and heard nothing regarding Barclays acquisition of bankrupt Lehman Brothers North American banking and capital markets.

We would like to inquire whether any recovery of that amount might be available to us.


Cordially Yours,    Lowell H. Zuck    *Lowell H. Zuck*

Maya S. Zuck    *Maya S. Zuck*

Address Above .        lzuck@eden.edu, phone 314-962-5092

2 May 2011

RECEIVED
MAY - 6 2011
U.S.