WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Alfredo R. Pérez

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : **08-13555 (JMP)**
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF
### MOTION OF EVANGELICAL CHRISTIAN
### CREDIT UNION PURSUANT TO SECTION 362(d) OF
### THE BANKRUPTCY CODE FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that the hearing on the relief requested in the motion of Evangelical Christian Credit Union pursuant to section 362(d) of title 11 of the United States Code, for Relief from the Automatic Stay (the "Motion") [Docket No. 16259], which was scheduled for May 18, 2011, at 10:00 a.m. (prevailing Eastern Time), **has been adjourned by consent of the movant to June 15, 2011 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

US_ACTIVE:\43703898\02\58399.0008

**PLEASE TAKE FURTHER NOTICE** that the deadline to file objections or other responsive pleadings to the Motion has been extended to **June 6, 2011 at 4:00 p.m. (Prevailing Eastern Time)**.

Dated:  May 10, 2011
       New York, New York

                                /s/ Alfredo R. Perez
                                Alfredo R. Pérez

                                WEIL, GOTSHAL & MANGES LLP
                                700 Louisiana, Suite 1600
                                Houston, Texas 77002
                                Telephone: (713) 546-5000
                                Facsimile: (713) 224-9511

                                Attorneys for Debtors
                                and Debtors in Possession