UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
|  | : | **(Jointly Administered)** |
| Debtors. | : |  |
|  | : | **Ref. Docket Nos. 16046, 16074-16077,** |
|  | : | **16079, 16080** |

---------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                                        ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 15, 2011, I caused to be served the:

    a.  "Notice of Hearing on Debtors' One Hundred Twenty Second Omnibus Objection to Claims (No Liability Claims)," dated April 15, 2011, to which is attached the "Debtors' One Hundred Twenty Second Omnibus Objection to Claims (No Liability Claims)," dated April 15, 2011 [Docket No. 16046], (the "122nd Omnibus Objection"),

    b.  "Notice of Hearing on Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims)," dated April 15, 2011, to which is attached the "Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims)," dated April 15, 2011 [Docket No. 16074], (the "120th Omnibus Objection"),

    c.  "Notice of Hearing on Debtors' One Hundred Twenty-First Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests)," dated April 15, 2011, to which is attached the "Debtors' One Hundred Twenty-First Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests)," dated April 15, 2011 [Docket No. 16075], (the "121st Omnibus Objection"),

    d.  "Notice of Hearing on Debtors' One Hundred Twenty-Third Omnibus Objection to Claims (Duplicative Claims)," dated April 15, 2011, to which is attached the "Debtors' One Hundred Twenty-Third Omnibus Objection to Claims (Duplicative

Claims),” dated April 15, 2011 [Docket No. 16076], (the “123rd Omnibus Objection”),

e.  “Notice of Hearing on Debtors’ One Hundred Twenty-Fourth Omnibus Objection to Claims (No Supporting Documentation Claims),” dated April 15, 2011, to which is attached the “Debtors’ One Hundred Twenty-Fourth Omnibus Objection to Claims (No Supporting Documentation Claims),” dated April 15, 2011 [Docket No. 16077], (the “124th Omnibus Objection”),

f.  “Notice of Hearing on Debtors’ One Hundred Twenty Fifth Omnibus Objection to Claims (Insufficient Documentation),” dated April 15, 2011, to which is attached the “Debtors’ One Hundred Twenty Fifth Omnibus Objection to Claims (Insufficient Documentation),” dated April 15, 2011 [Docket No. 16079], (the “125th Omnibus Objection”),

g.  “Declaration of Keri Reed in Support of Debtors’ One Hundred Twenty Fifth Omnibus Objection to Claims (Insufficient Documentation),” dated April 15, 2011 [Docket No. 16080], (the “Reed Declaration”),

h.  a customized version of the Notice of Hearing on Debtors’ One Hundred Twenty Second Omnibus Objection to Claims (No Liability Claims),” dated April 15, 2011, related to Docket No. 16046, a sample of which is annexed hereto as Exhibit A, (the “122nd Omnibus Custom Notice”),

i.  a customized version of the “Notice of Hearing on Debtors’ One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims),” dated April 15, 2011, related to Docket No. 16074, a sample of which is annexed hereto as Exhibit B, (the “120th Omnibus Custom Notice”), and

j.  a customized version of the “Notice of Hearing on Debtors’ One Hundred Twenty-First Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests),” dated April 15, 2011, related to Docket No. 16075, a sample of which is annexed hereto as Exhibit C, (the “121st Omnibus Custom Notice”),

by causing true and correct copies of the:

i.  122nd Omnibus Objection, 120th Omnibus Objection, 121st Omnibus Objection, 123rd Omnibus Objection, 124th Omnibus Objection, 125th Omnibus Objection and Reed Declaration, to be delivered via electronic mail to those parties listed on the annexed Exhibit D,

ii.  122nd Omnibus Objection, 120th Omnibus Objection, 121st Omnibus Objection, 123rd Omnibus Objection, 124th Omnibus Objection, 125th Omnibus Objection and Reed Declaration, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E,

T:\Clients\LBH\Affidavits\120-125th Omnibus Objection, 125th Declaration & Custom Ntcs_DI 16046, 16074-16077, 16079, 16080_AFF_4-15-11.doc

iii.  123rd Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>,

iv.  124th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u>, and

v.  125th Omnibus Objection and Reed Declaration, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit H</u>,

vi.  122nd Omnibus Custom Notice, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit I</u>,

vii.  120th Omnibus Custom Notice, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit J</u>, and

viii.  121st Omnibus Custom Notice, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit K</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
19th day of April, 2011
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                          :
In re                                                     :        Chapter 11 Case No.
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*              :        08-13555 (JMP)
                                                          :
                         Debtors.                         :        **(Jointly Administered)**
                                                          :
------------------------------------------------------------------x

LBH OMNI122 04-15-2011 (MERGE2,TXNUM2) 4000073115 BAR(23) MAIL ID *** 000044757504 *** BSIUSE: 4

WIGDOR, PAUL
97 OVERLOOK ROAD
MONTCLAIR, NJ 07043

**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT**
**AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,**
**PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED TWENTY-SECOND**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>WIGDOR, PAUL<br>97 OVERLOOK ROAD<br>MONTCLAIR, NJ 07043 | **Claim Number:**        **26107**<br><br>**Date Filed:**        **9/21/2009**<br><br>**Debtor:**        **08-13555**<br><br>**Classification and Amount:**        **SECURED: $ 100,000.00** |

PLEASE TAKE NOTICE that, on April 15, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their One Hundred Twenty-Second Omnibus Objection to Claims (No Liability Claims) (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that it asserts claims, either wholly or in part, against entities that are not debtors in these jointly administered chapter 11 cases.  **Any claim that the Bankruptcy Court disallows and expunges will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on May 18, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why

---

[1]  A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.  A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.).

A hearing will be held on June 2, 2011 to consider the Objection.  The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601.  If you file a written response to the Objection, you should plan to appear at the hearing.  The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim.  If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date.  If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com.  If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

**If you have any questions about this notice or the Objection, please contact Debtors' counsel, Erin Eckols, Esq., at 214-746-7700.**  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:  April 15, 2011
        New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Robert J. Lemons
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                          :
In re                                     :      Chapter 11 Case No.
                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :      08-13555 (JMP)
                                          :
                          **Debtors.**    :      **(Jointly Administered)**
                                          :
------------------------------------------------------------------x

LBH OMNI120 04-15-2011 (MERGE2,TXNUM2) 4000060270 BAR(23) MAIL ID *** 000044757355 *** BSIUSE: 83

WILDEBRAND, NORMA
C/O NABER PC
300 CENTRAL AVENUE SUITE 320
GREAT FALLS, MT 59401

**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, ERIC KASENETZ, ESQ., AT 212-310-8737.**

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED TWENTIETH
OMNIBUS OBJECTION TO CLAIMS (NO BLOCKING NUMBER LPS CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>WILDEBRAND, NORMA<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | **Claim Number:**  13643<br><br>**Date Filed:**  9/16/2009<br><br>**Debtor:**  08-13555<br><br>**Classification and Amount:**  **UNSECURED: $ 5,785.85** |

PLEASE TAKE NOTICE that, on April 15, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims) (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that it did not include an electronic instruction reference number or a blocking reference number, as required by the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271]. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance and expungement of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. prevailing Eastern Time on May 18, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1]  A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed and expunged for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the Bar Date Order), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert Lemons, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on June 2, 2011 to consider the Objection. The hearing will be held at 10:00 a.m. prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim. If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow and expunge your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

**If you have any questions about this notice or the Objection, please contact Debtors' counsel, Eric Kasenetz, Esq., at 212-310-8737.** CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: April 15, 2011
      New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Robert J. Lemons
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :        08-13555 (JMP)
                                          :
                         Debtors.         :        (Jointly Administered)
                                          :
-------------------------------------------------------------------x

LBH OMNI121 04-15-2011 (MERGE2,TXNUM2) 4000058228 BAR(23) MAIL ID *** 000044757386 *** BSIUSE: 1

DURRANT, SHARON MRS.
14 WHITMORE CRESCENT
CHELMSFORD
ESSEX, CM2 6YN UNITED KINGDOM


**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, ERIKA DEL NIDO, ESQ., AT 212-310-8323.**

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED TWENTY-FIRST OMNIBUS
OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**

| CLAIM TO BE RECLASSIFIED | |
|---|---|
| Creditor Name and Address:<br>DURRANT, SHARON MRS.<br>14 WHITMORE CRESCENT<br>CHELMSFORD<br>ESSEX, CM2 6YN UNITED KINGDOM | **Claim Number:**     **11430**<br><br>**Date Filed:**          **9/11/2009**<br><br>**Debtor:**                 **No Case**<br><br>**Classification and Amount:**   **PRIORITY: $ 4,840.00** |

PLEASE TAKE NOTICE that, on April 15, 2011, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their One Hundred Twenty-First Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest on the ground that your claim (the "Stock Claim") was filed as a general unsecured, secured, priority, or administrative expense claim pursuant to section 507(a) of the Bankruptcy Code based on the ownership of preferred stock, common stock, or other equity interest (collectively, "Stock") in LBHI and/or alleged losses related thereto, and as such, the Stock Claim is an equity interest because the ownership of the Stock and the related decrease in the value thereof constitutes an equity interest, but does not constitute a claim against a Debtor's estate as such term is defined in section 101 of the Bankruptcy Code.  **Any claim that the Bankruptcy Court reclassifies as an equity interest will not be classified as a claim against LBHI but rather will be treated equivalent with other equity interests in LBHI.**

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received by 4:00 p.m. prevailing Eastern Time on May 18, 2011 (the "Response Deadline").

---

[1]  A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.  A response will be deemed timely filed, served, and received <u>only if</u> the original response is <u>actually</u> <u>received</u> on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on June 2, 2011 to consider the Objection.  The hearing will be held at 10:00 a.m. prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601.  If you file a written response to the Objection, you should plan to appear at the hearing.  The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim.  If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date.  If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT reclassify your claim listed above under CLAIM TO BE RECLASSIFIED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at <u>www.pacer.psc.uscourts.gov</u>), or for free at http://www.lehman-docket.com.  If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

**If you have any questions about this notice or the Objection, please contact Debtors' counsel, Erika del Nido, Esq., at 212-310-8323.**  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:  April 15, 2011
      New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Robert J. Lemons

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

# EXHIBIT D

## Email Addresses

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
alum@ftportfolios.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com

ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com

charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com

ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com

ecohen@russell.com

efleck@milbank.com

efriedman@friedumspring.com

egeekie@schiffhardin.com

eglas@mccarter.com

ehollander@whitecase.com

ekbergc@lanepowell.com

elevin@lowenstein.com

eli.mattioli@klgates.com

ellen.halstead@cwt.com

eobrien@sbchlaw.com

eschaffer@reedsmith.com

eschwartz@contrariancapital.com

esmith@dl.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

feldsteinh@sullcrom.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

fishere@butzel.com

francois.janson@hklaw.com

frank.white@agg.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

george.davis@cwt.com

geraci@thalergertler.com

ggitomer@mkbattorneys.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

gravert@mwe.com

gspilsbury@jsslaw.com

guzzi@whitecase.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heidi@crumbielaw.com

heim.steve@dorsey.com

heiser@chapman.com

hirsch.robert@arentfox.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

icatto@kirkland.com

igoldstein@dl.com

ilevee@lowenstein.com

info2@normandyhill.com

ira.herman@tklaw.com

isgreene@hhlaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jaclyn.genchi@kayescholer.com

jacobsonn@sec.gov

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jamie.nelson@dubaiic.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

Jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

Jdrucker@coleschotz.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@state.mn.us

jessica.fink@cwt.com

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com

jgarrity@shearman.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jhuh@ffwplaw.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@sbtklaw.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jliu@dl.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

john@crumbielaw.com

joli@crlpc.com

jorbach@hahnhessen.com

Joseph.Cordaro@usdoj.gov

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

JPintarelli@mofo.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jtimko@allenmatkins.com

jtimko@shutts.com

jtougas@mayerbrown.com

judy.morse@crowedunlevy.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

jwhitman@entwistle-law.com

k4.nomura@aozorabank.co.jp

karen.wagner@dpw.com

KDWBankruptcyDepartment@kelleydrye.com

keith.simon@lw.com

Ken.Coleman@allenovery.com

ken.higman@hp.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kkelly@ebglaw.com

klyman@irell.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

KOstad@mofo.com
kovskyd@pepperlaw.com
kowens@foley.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lmolfetta@mayerbrown.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com

mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanchet@mayerbrown.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mprimoff@kayescholer.com

mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com

raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sagolden@hhlaw.com

Sally.Henry@skadden.com

sandyscafaria@eaton.com

Sara.Tapinekis@cliffordchance.com

sbernstein@hunton.com

scargill@lowenstein.com

schannej@pepperlaw.com

Schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sgordon@cahill.com

sehlers@armstrongteasdale.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

slerner@ssd.com

slevine@brownrudnick.com

SLoden@DiamondMcCarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

squigley@lowenstein.com

SRee@lcbf.com

sselbst@herrick.com

sshimshak@paulweiss.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.wilamowsky@bingham.com

Streusand@StreusandLandon.com

susan.schultz@newedgegroup.com

susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

TGoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

thomas.ogden@dpw.com

Thomas_Noguerola@calpers.ca.gov

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmayer@kramerlevin.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

Villa@StreusandLandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
woconnor@crowell.com
wrighth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT E**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| BANK OF NEW YORK MELLON TRUST COMPANY, THE | KRAMER LEVIN NAFTALIS & FRANKEL LLP ATTN: AMY CATON, ESQ. 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| BANK OF NEW YORK MELLON TRUST COMPANY, THE | EMMET, MARVIN & MARTIN, LLP ATTN: EDWARD P. ZUJKOWSKI, ESQ. 120 BROADWAY-32ND FLOOR NEW YORK NY 10271 |
| BANK OF NEW YORK MELLON TRUST COMPANY, THE | C/O THE BANK OF NEW YORK MELLON ATTN: ALEX CHANG 101 BARCLAY STREET- 8W NEW YORK NY 10286 |
| BANK OF NEW YORK MELLON TRUST COMPANY, THE | MAIN STREET NATURAL GAS, INC. ATTN: ARTHUR CORBIN 104 TOWNPARK DRIVE KENNESAW GA 30144 |
| BANK OF NEW YORK MELLON TRUST COMPANY, THE | ALSTON & BIRD LLP ATTN: DELLA WELLS, ESQ. ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| CALLIES, GUILLEMETTE | 43, RUE DE LA FERME 92 NEUILLY-SUR-SEINE F92200 FRANCE |
| CBW LLC | TRANSFEROR: ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND II, LP C/O ASHURST LLP ATTN: PATRICIA SEDDON 7 TIMES SQUARE NEW YORK NY 10036 |
| MEDICAL CENTER OF THE ROCKIES | ATTN: STEVE ELLSWORTH 2315 HARMONY ROAD SUITE 200 FORT COLLINS CO 80528 |
| POUDRE VALLEY HEALTH CARE INC | ATTN: STEVE ELLSWORTH 2315 E. HARMONY ROAD, SUITE 200 FORT COLLINS CO 80528 |
| POUDRE VALLEY HEALTH CARE INC | ATTN: STEVE ELLSWORTH 2315 E. HARMONY ROAD, SUITE 200 FORT COLLINS, CO CO 80528 |
| POUDRE VALLEY HEALTH CARE, INC. | ATTN: STEVE ELLSWORTH 2315 E. HARMONY ROAD SUITE 200 FORT COLLINS CO 80528 |
| QIC LTD (FORMERLY QUEENSLAND INVESTMENT CORPORATIO | AS TRUSTEE FOR THE QIC DIVERSIFIED FIXED INTEREST FUND NO 1 LEVEL 5, CENTRAL PLAZA TWO, 66 EAGLE STREET BRISBANE, QUEENSLAND 4000 AUSTRALIA |
| ROCHE US DB PLANS MASTER TRUST | ATTN: GERRY ROCHE 340 KINGSLAND STREET NUTLEY NJ 07110 |
| ROCHE US DB PLANS MASTER TRUST | NATHAN F. COCO MCDERMOTT WILL & EMERY LLP 227 WEST MONROE STREET SUITE 4700 CHICAGO IL 60606-5096 |
| SEALED AIR CORPORATION | ATTN: IRA LAKRITZ, LAW DEPARTMENT 200 RIVERFRONT BOULEVARD ELMWOOD PARK NJ 07407 |
| SEALED AIR CORPORATION | ATTN: IRA LAKRITZ, LAW DEPARTMENT 200 RIVERFRONT BOULEVARD ELMWOOD PARK NJ 07407 |
| SHEPHERD OF THE VALLEY LUTHERAN | RETIREMENT SERV, INC. 5525 SILICA ROAD AUSTINTOWN OH 44515 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO, ANN E. ACKER, AND FRANKLIN H. TOP III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |

**Total Creditor count  19**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| AMTSGERICHT SAARBRNCKEN | DIENSTGEBAEUDE HEIDENKOPFERDELL SAARBRUECKEN 66104 GERMANY |
| ASARO, SALVATORE | 36 OAK STREET LINCROFT NJ 07738 |
| LEVEN, AUREL | 15-17 RUE VIVIENNE PARIS 75002 FRANCE |
| LEVEN, AUREL | MICHAEL A. LAMPERT, ESQ. 499 PARK AVENUE NEW YORK NY 10022 |
| MARCO, VOLPATO | VIA C. COLOMBO, 49 TREZZANO SUL NAVIGLIO (MI) 20090 ITALY |
| PERLMAN, GERALD | 5048 BROADWAY WOODSIDE NY 11377 |
| PIATTI, DANIELA | VIA B.M. CARCANO,  17/A LOMAZZO (CO) CO 22074 ITALY |
| RELIANCE TRUST COMPANY FBO | BEADLE, M.A. MAIN PO BOX 48529 ATLANTA GA 30362 |
| STATE UNIVERSITIES RETIREMENT SYSTEM OF ILLINOIS-S | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| TAFOYA, EDWARD E | 11023 N INDIGO DRIVE FOUNTAIN HILLS AZ 85268 |
| TESSMER, RICHARD | 5983 TROPHY DRIVE, APT 1502 NAPLES FL 34110 |
| VERSORGUNGSVERBAND, KOMMUNALER | BADEN-WURTTEMBERG KORPERSCHAFT DES OFFENTLICHEN RECHTS POSTFACH 10 01 61 KARLSRUHE 76231 GERMANY |
| VOGEL, HAROLD J. | 5 STRATHMORE TERRACE FAIR LAWN NJ 07410 |
| WHITE, WILLIAM | 24 WINDSOR RD SUMMIT NJ 07901 |
| WILIS, JAMES E. | 975 SIXTH AVENUE SOUTH SUITE 200 NAPLES FL 34102 |

**Total Creditor count  15**

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| WILMINGTON TRUST COMPANY AS TRUSTEE | ERWIN M. SORIANO WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH, MAIL DROP CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, 2005-4XS C/O ERWIN M. SORIANO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19890-0001 |
| WILMINGTON TRUST COMPANY AS TRUSTEE | J. WILLIAM BOONE ALSTON & BIRD LLP ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, 2005-4XS C/O ERWIN M. SORIANO., RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2005-14 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2005-14 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2005-6 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2005-6 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2004-20 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2004-20 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, 2004-19XS C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, 2004-19XS C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, 2004-11XS C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, 2004-11XS C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, 2004-9XS C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, 2004-9XS C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, 2004-7 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, 2004-7 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET INVESTMENT LOAN TRUST, SERIES 2005-1 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET INVESTMENT LOAN TRUST, SERIES 2005-1 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | LEHMAN XS TRUST, SERIES 2005-3 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | LEHMAN XS TRUST, SERIES 2005-3 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | LEHMAN XS TRUST, SERIES 2003-1 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL |

| Claim Name | Address Information |
|---|---|
| WILMINGTON TRUST COMPANY, AS TRUSTEE | CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | C/O DORRI COSTELLO RODNEY SQ. NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE, ESQ. 1201 WEST PEACHTREE ST. ATLANTA GA 30309 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE, ESQ. 1201 WEST PEACHTREE ST. ATLANTA GA 30309 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE, ESQ. 1201 WEST PEACHTREE ST. ATLANTA GA 30309 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE, ESQ. 1201 WEST PEACHTREE ST. ATLANTA GA 30309 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE, ESQ. 120 WEST PEACHTREE ST. ATLANTA GA 30309 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |

| **Claim Name** | **Address Information** |
| --- | --- |

Total Creditor count  47

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| ACEVEDO, GILBERT | ATTN: NADINE POPE NYPD PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| ADVANCED PLANNING CONCEPTS, INC. | 1205 NORTHERN BOULEVARD MANHASSET NY 11030 |
| AGIS, FRANCISCO | ATTN: NADINE POPE NYPD PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| ANWORTH MORTGAGE | ANSWORTH CORPORATION C/O MANATT, PHELPS & PHILLPS LLP ALAN M. FELD (AF – 1154) 7 TIMES SQUARE NEW YORK NY 10036 |
| ANWORTH MORTGAGE | ASSET CORPORATION 1299 OCEAN AVE., SUITE 250 SANTA MONICA CA 90401-1025 |
| ARIANO, NEIL A. | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| ARICA, HUGO G | 1 POLICE PLAZA NEW YORK NY 10038 |
| ARRIETA, ANGEL L. | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| BALLESTE, JUAN R. | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| BANK OF OKLAHOMA, N.A. | C/O FREDERIC DORWART, LAWYERS ATTN: SAMUEL S. ORY 124 EAST FOURTH STREET TULSA OK 74103 |
| BANK OF OKLAHOMA, N.A. | C/O FREDERIC DORWART LAWYERS ATTN: SAMUEL S. ORY 124 EAST FOURTH STREET TULSA OK 74103 |
| BAUMANN, CHRISTOPHER | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| CARRASCO EDWARD | ONE POLICE PLAZA NEW YORK NY 10038 |
| CARRASCO, EDWARD | ONE POLICE PLAZA NEW YORK NY 10038 |
| CASTILLO ROBIN A | NYPD PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| CASTILLO, ROBIN A. | NYPD PAID DETAIL UNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| CHECO, MANUEL | ATTN: NADINE POPE NYPD PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| CHEN YAU YU, JULIA | FLAT B, 23/F, BLOCK 2, BRAEMAR HILL MANSIONS 17 BRAEMAR HILL ROAD, NORTH POINT HONG KONG |
| CHEN YAU YU, JULIA | FLAT B, 23/F, BLOCK 2, BRAEMAR HILL MANSIONS 17 BRAEMAR HILL ROAD, NORTH POINT HONG KONG |
| CIGANEK, THOMAS | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| COLUCCI, EDWARD | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| D'AMBROSI, CARLO | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET NEW YORK NY 10007 |
| DILL, JARRETT | NYPD PAID DETAIL UNIT 51 CHAMBER STREET 3RD FLOOR NEW YORK NY 10007 |
| DILL, JARRETT | NYPD PAID DETAIL UNIT 51 CHAMBER STREET  3RD FLOOR NEW YORK NY 10007 |
| DOMARECKI, DANIEL | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| DOMINICCI, SHAUN | ONE POLICE PLAZA NEW YORK NY 10038 |
| FIORILLI, MATTHEW & JUDY | 6 HEATH DRIVE BRIDGEWATER NJ 08807 |
| FOELLA, MICHAEL A | ONE POLICE PLAZA NEW YORK NY 10038 |
| FRANCIS, ANNETTE | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| FUNG, KENNETH | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET – 3RD FLOOR NEW YORK NY 10007 |
| GAYO, DIANA E | NYPD PAID DETAIL UNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| GERMOSEN, WILSON | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| GIUDICE, ANTONELLO | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |

| Claim Name | Address Information |
|---|---|
| GODINO, GLENN | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| GODINO, GLENN | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBER STREET – 3RD FLOOR NEW YORK NY 10007 |
| GRAY, GLENN N | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| HABERSAAT, DONALD | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| HANLEY, TIMOTHY P | ONE POLICE PLAZA NEW YORK NY 10038 |
| HARRIS COUNTY HOSPITAL DISTRICT | DOUGLAS P. RAY 1019 CONGRESS, 15TH FLOOR HOUSTON TX 77002 |
| HEYMAN, MATTHEW D. | 566 LUCERO AVENUE PACIFIC PALISADES CA 90272 |
| HINDS, WENDELL A | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| INFANT0E, JUAN C | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| INFANTE, JUAN C. | NYPD PAID DETAIL UNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| INTEMANN, EDWARDS | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| JAMES, NOEL | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| JUSTE, CARY | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| KHAN, MOHAMMED G | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| KRIVINSKY, JOHN | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| LEONARDI, DAVID | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| LEONARDI, DAVID | NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| LIRANZO, JOSE A | PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| LIRANZO, JOSE A. | NYPD PAID DETAIL UNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| LUGO, ORESTES | 3802 NE 207 STREET # 1104 AVENTURA FL 33180 |
| MAHMOOD, MUHAMMAD B. | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| MARGRAF, PETER | ATTN:  NADINE POPE NYPD PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| MARIN, HECTOR | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| MARINES, LUIS | PAID DETAIL UNIT 51 CHAMBERS STREET-3RD FLOOR ATTN:  NADINE POPE NEW YORK NY 10007 |
| MARINO, RALPH AND GAETANA | 459 SUMMIT AVE CARLSTADT NJ 07072 |
| MARTE, LUIS | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| MARTUSCELLO, MARY M | 410 EAST 6TH STREET, APT 12 B NEW YORK NY 10009 |
| MC ASSET RECOVERY, LLC | C/O JEFF P. PROSTOK 777 MAIN STREET, SUITE 1290 FORT WORTH TX 76102 |
| MCGURRAN, JOHN | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| MCLOUGHLIN LIAM | NYPD PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| MCLOUGHLIN, LIAM | NYPD PAID DETAIL UNIT 41 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| MERA RAUL H | ATTN:  NADINE POPE NYPD PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |

| Claim Name | Address Information |
|---|---|
| MIRANDA PHILIP | ATTN:  NADINE POPE NYPD PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| MONTEGOMERY, CHRISTOPHER J. | PAID DETAIL UNIT ONE POLICE PLAZA NEW YORK NY 10038 |
| MOSCATELLI, LEONARD A. | NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10038 |
| NEWSOM, CHRISTOPHER | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET – 3RD FLOOR NEW YORK NY 10007 |
| OWENS, KEVIN W | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS ST – 3RD NEW YORK NY 10007 |
| PARK AVENUE INVESTMENT CO., LLC | ATTN: DAVID RAGSDALE 6702 STONEFIELD RD, 2ND FLOOR MIDDLETON WI 53562 |
| PATTON, JOSEPH | NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| PERALTA, PABLO N. | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| PEREZ, DANTE | NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| PESANTES, SERGIO | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBER STREET – 3RD FLOOR NEW YORK NY 10007 |
| PHILLIPS TANISHAE | 1 POLICE PLAZA NEW YORK NY 10038 |
| PHILLIPS, TANISHAE | 1 POLICE PLAZA NEW YORK NY 10038 |
| PICHARDO EMILIO J | ATTN:  NADINE POPE NYPD PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| PICHARDO, EMILIO J | NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| PIERRE, HEURTELOU | ATTN:  NADINE POPE NYPD PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| PLATZ, JAMES | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS ST 3RD FL NEW YORK NY 10007 |
| PRIMAX INTERNATIONAL INVESTMENTS LTD. | 1725-26, STAR HOUSE, 3 SALISBURY ROAD TXIM SHA TSUI, KOWLOON HONG KONG |
| PRYOR, JEFFREY M | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| RABASSA, AUGUSTIN | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| RICCIUTO, GERARD | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET – 3RD FLOOR NEW YORK NY 10007 |
| RIVERA, HECTOR J. | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| ROBIN NICOLE P | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| ROBIN, NICOLE P. | NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| ROOSEVELT, THEODORE, IV | ONE PIERREPONT STREET BROOKLYN NY 11201 |
| ROOSEVELT, THEODORE, IV | ONE PIERREPONT STREET BROOKLYN NY 11201 |
| ROTHSTEIN, JONATHAN H. | 241 ADAMS ROAD HEWLETT HARBOR NY 11557 |
| RUMPH, ANTHONY | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| RUMPH, ANTHONY | PAID UNIT DETAIL ATTN: NADINE POPE 51 CHAMBERS STREET – 3RD FLOOR NEW YORK NY 10007 |
| SANDSETH, ERIC S. | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| SANDSETH, ERIC S. | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBER STREET – 3RD FLOOR NEW YORK NY 10007 |
| SANTANA, LISA | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |

| Claim Name | Address Information |
|---|---|
| SANTANA, LISA | NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| SANTIAGO, TERRY | NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| SANTIAGO,TERRY | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| SILVERIO, DANIEL | ATTN:  NADINE POPE NYPD PAID DETAILUNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| SILVERIO, DANIEL | NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| SMYTH, EDWARD P. | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| SOGLUIZZO, MICHAEL | 1 POLICE PLAZA NEW YORK NY 10038 |
| SULLIVAN, CHRISTIAN | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET-3RD FLOOR NEW YORK NY 10007 |
| TAVERAS, ROBIN | ATTN:  NADINE POPE NYPD PAID DETAILUNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| TEJERA, JUAN | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| TUCKER, JAMES E. | 7217 ELLAVIEW LN AUSTIN TX 78759 |
| VALENTINE, CHRISTOPHER | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| VAZQUEZ JR., JUAN | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| VAZQUEZ, ELVIS | ATTN:  NADINE POPE NYPD PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| VUCKOVIC, JOSIP | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| WIGDOR, PAUL | 97 OVERLOOK ROAD MONTCLAIR NJ 07043 |
| WIGDOR, PAUL | 97 OVERLOOK ROAD MONTCLAIR NJ 07043 |
| WOLDERICH, ODDNY | 480 PARK RD BANGOR PA 18013 |
| WOLDERICH, ODDNY | 480 PARK RD BANGOR PA 18013 |
| WOLDERICH, RICHARD | 480 PARK RD BANGOR PA 18013 |
| WOLDERICH, RICHARD | 480 PARK RD BANGOR PA 18013 |
| WONG, PHILIP | PAID DETAIL UNIT 51 CHAMBERS ST 3RD FLOOR ATTN: NADINE POPE NEW YORK NY 10007 |
| YAKUBOV, NATHAN | ONE POLICE PLAZA NEW YORK NY 10038 |
| YANNI MICHAEL | ATTN:  NADINE POPE NYPD PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| YEE, HUBERT | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |

**Total Creditor count  121**

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| ALVAREZ, AGUSTINA TORANO | CL ALCALA 70  5-IZ MADRID 28009 SPAIN |
| ANDALUCIA ORIENTAL | ALEMAN HOMBRE, PRIVATE & BUSINESS CLIENTS CL LOS LAGOS 15 URB. LA ALQUERIA, BARCELO SPAIN |
| ANDALUCIA ORIENTAL | ALEMAN MUJER, PRIVATE & BUSINESS CLIENTS - CL LOS LAGOS 15   3 URB. LA ALQUERIA, BARCELO SPAIN |
| ANDALUCIA ORIENTAL | CASTELLANO MUJER, PRIVATE & BUSINESS CLIENTS - UR VENTURA DEL MAR 1503 CASTELLANO SPAIN |
| ANDRES HIBERNON GARCIA GORRITA DIAZ, JESUS GARCIA | CAYETANO GARCIA-GORRITA DIAZ, SUSANA GARCIA DIAZ, MILAGRO GARCIA- DIAZ, FRANCISCO CRISTOBAL GARCIA DIAZ, PALOMA GARCIA DIAZ, CARMEN GARCIA DIAZ, MARIA DESAMPARADOS GARCIA DIAZ ATTN: CARMEN GARCIA DIAZ AV PRIMADO REIG, 179 11-A, 46020 VALENCIA SPAIN |
| BADER, ANNEMARIE | HOLSTEINER STR. 33 DORTMUND 44145 GERMANY |
| BALTA SERRET, FERNANDO | CL GRABUAC 22 BARCELONA 08793 SPAIN |
| BARCELONA | CASTELLANO HOMBRE, PRIVATE & BUSINESS CLIENTS CL CAMI DEL PINYER 9 |
| BERGER PASCUAL, MANUEL | CL CHILE 36  5-B LOGRO'O, LA RIOJA 26005 SPAIN |
| BREDER, BARBARA | HUBERTUSHOEHE 6 BAD SODEN 65812 GERMANY |
| BRETOS, JOSE EUSEBIO PRADO | CL DOCTOR FLEMING 21 6-2 BARCELONA 08017 SPAIN |
| CAMPOS, MAXIMILIANO HERRERA | AV MERIDIANA 329  5-1 BARCELONA 08027 SPAIN |
| CAPILUPPI, SABRINA | VIA CHIASSI NO. 13 MANTOVA 46100 ITALY |
| CHICHARRO IZQUIERDO, MARIA I. | CL PORTILLO DEL PARDO 28 MADRID 28023 SPAIN |
| CHING-NING, LIN TSEN | 10/F, NO. 135-2 SONG-REN ROAD TAIPEI TAIWAN |
| CITY OF BOTANY BAY | PO BOX 331 MASCOT NSW 2020 SYDNEY AUSTRALIA |
| CLARK, MONICA DIAZ | 941 ORANGE AVE - 403 CORONADO CA 92118 |
| D'LUNA CANTON, JOSE FRANCISCO | LILIANA ASCENCIO DE LUNA/ VERONICA VANESSA/JACQUELINE/ CYNTHIA P. D'LUNA ASCENCIO RAYON #237 COL. OBRERA ENSENADA B.C. 22830 MEXICO |
| DE GROOT, P.B. | P/A MOZARTLAAN 22 BILTHOVEN 3723 JM NETHERLANDS |
| DE KLUIS-DOMISSE, W. | BOTERLAARBAAN 34, SCHILDE 2970 BELGIUM |
| EASTERN METROPOLITAN REGIONAL COUNCIL | C/- HAYDN ROBINSON 1/23 RHEOLA STREET WEST PERTH, WA 6005 |
| ENGUIX ALONSO, CARMEN | CL FRANCISCO SUAREZ 9 BL. 4   1-B MADRID 28036 SPAIN |
| FERNANDEZ FERNANDEZ, ARGIMIRO | CL SECTOR PINTORES 37   2-B TRES CANTOS, MADRID 28760 SPAIN |
| FERNANDEZ MORENO, MARIA ISABEL Y | FERNANDO BALTA SERRET CL GRABUAC 22 BARCELONA 08793 SPAIN |
| FILIPPO, DANIELE | VIA ROMA 42 S GIOVANNI AL NATISONE (UD) 33100 ITALY |
| FILIPPO, DANIELE | STUDIO LEGALE MINEO - MUGGIA VIA DEL POZZO 46/B UDINE (UD) 33100 ITALY |
| FRANZEK, ERHARD AND URSULA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| GARCIA-PUENTE RUIZ, MARIA DE ASIS | CL NU¥EZ DE BALBOA 84   6-DC MADRID 28006 SPAIN |
| GATO SOUTO, PLACIDO | CL MESENA 69   3-A MADRID 28033 SPAIN |
| GELDARD, CHRISTINE L. | CL CUENCA 23 TORRELAMATA ALICANTE 03188 SPAIN |
| GOETZ, EBERHARD STEFAN | CR MORAIRA-TEULADA 32 BUZON 956A RADA MORAIRA, ALICANTE 03724 SPAIN |
| GOLLMER, DR. RALF | RICHARD-DEHMEL-STR. 14 DUISBERG D-47057 GERMANY |
| GONZALEZ SOTO, CELIA | CL LA MASO 8   3-G MADRID 28034 SPAIN |
| HEINZEN, HANS | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| HESSE, LEOPOLD | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| HUETTELMEYER, KLAUS DIETER | DE EICHENDORFFSTRASSE 1 WEISSENSTADT, 0-ALEMANIA 95163 |
| INDIAN PACIFIC LTD | RICHARD GODFREY P.O. BOX 508 SUBIACO 6904 AUSTRALIA |
| INGEBORG WYRSCH | CHEMIN DU CHAMP 20 MARLY/FR CH 1723 SWITZERLAND |
| JAHN, HORST & URSULA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| KAPFERER, FRANZ | FORCHETSIEDLVNG 7 HAIMING 6425 AUSTRIA |
| KOELLEN, DR.ING.OTTMAR | HAMMERSTRASSE 9 BREMEN 28199 GERMANY |
| KOLL, CHRISTIAN | 6426 ROPPEN HNR 125 AUSTRIA |
| KT EVENTS INCENTIVOS S.L.U. | CL ALEGRE DE DALT 55 4-B BARCELONA 08024 SPAIN |

| Claim Name | Address Information |
|---|---|
| LAUTENSCHLAGER, ROLF A. | SAUERBRUCHSTRASSE 31 MUENCHEN 81377 GERMANY |
| LEOUSSIS, ANDREW & | TSOUYOPOULOS, MARIA FLORA 22, GORGIOU STREET 11636 ATHENS GREECE |
| LEOUSSIS, ANDREW & | TSOUYOPOULOS, MARIA FLORA 22, GORGIOU STREET 11636 ATHENS GREECE |
| LYSEKNAPPEN, ELIN | S SKOGVEIEN 125B 5073 BERGEN NORWAY |
| MAIER, LOTHAR | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| MARIA DEL CARMEN BARBERA EJARQUE | CL FERNANDO EL CATOLICO 28 4-B 12005 CASTELLON DEL LA PLANA CASTELLON SPAIN |
| MARTINEZ, FRANCISCO JAVIER TORTUERO | AV FACULTAD DE VETERINARIA 31   7-D LEON 24004 SPAIN |
| MARTINEZ, JOSE IGNACIO TORTUERO | CL PINTORES 20 TRES CANTOS, MADRID 28760 SPAIN |
| MARTINEZ, JOSE JIMENEZ | CALLE RIBAS 27 1-3 BARCELONA 08013 SPAIN |
| MARTINEZ, SIRA HERRERA | CL EDUARD TOLRA 8  BA EL MASNOU, BARCELONA 08320 SPAIN |
| MDA NATIONAL INSURANCE PTY LTD | ANDREW FRASER-GILLARD, HEAD OF FINANCE PO BOX 1557 SUBIACO, WA 6008 AUSTRALIA |
| MILIOU, MRS. ZOI/MRS. AMALIA MILIOU/MISS ALEXANDRI | C/O ALMI MARINE MANAGEMENT S A 87 KIFISSIAS AVENUE MAROUSI ATHENS 15124 GREECE |
| MILLENNIUM MARKETING & MANAGEMENT PTY LTD | 80 LANG ROAD CENTENNIAL PARK NSW AUSTRALIA |
| MORENO BARCO, MARIA TERESA | CL SAN ANTON 19   7-B LOGRO'O, LA RIOJA 26002 SPAIN |
| MULLER, BARBARA | RANKENWEG 21 DORTMUND 44265 GERMANY |
| MULLER, KIRSTEN | BRANDENIUSSTR. 3 DORTMUND 44265 GERMANY |
| NEWCASTLE CITY COUNCIL, "NSW AUSTRALIA" | TREASURY ACCOUNTANT - ALISSA JONES PO BOX 489 NEWCASTLE NSW 2300 AUSTRALIA |
| OHTAWARA SHINKIN BANK | 10-5, CHUO 1-CHOME OHTAWARA-SHI TOCHIGI 324-0056 JAPAN |
| OMAHONY, DONAL | 17 UPPER MOUNT STREET DUBLIN 2 IRELAND |
| OPTIQUE PTY LTD ATF OPTIQUE SUPER | PENSION FUND KEITH MASNICK 1 ROSLYNDALE AVE WOOLLAHRA, N.S.W. 2025 AUSTRALIA |
| PAGES, JOSE MARIA SOLA | PS DEL PLA 88 08230 MATADEPERA BARCELONA SPAIN |
| PARERA RICART, LUIS | PLA€A NOVA 5   2-1 TERRASSA BARCELONA 08221 SPAIN |
| PIETERSEN-PUNT, A. | EPICEADREEF 24 KALMTHOUT 2920 BELGIUM |
| PRANGE GEB THEN, DORIS ANA | VL TUSET 26  8 BARCELONA 08006 SPAIN |
| PRELL, ELISABETH | KRONHUTTENWEG 64 KULMBACH 95326 GERMANY |
| RANTZSCH, GUNTHER | C/O SVEN TINTEMANN UHLANDSTRASSE 173/174 ECKE KURFURSTENDAMM 10719 BERLIN GERMANY |
| RAPP, ANTONIO LUIS VILLARRUBIA | CL CANILLAS 32 NOVEDADES VILLARRUBIA MADRID 28002 SPAIN |
| REASEGUROS CREDITO Y CAUCION, S.A.U. | C/O KEVIN M. ECKHARDT, HUNTON & WILLIAMS LLP 1111 BRICKELL AVE., SUITE 2500 MIAMI FL 33131 |
| RIBEIRO PIMENTEL, PEDRO MANUEL CORREIA | PZ DE BASILEA 2 ESC. 1 4-B MADRID 28028 SPAIN |
| RIBERA, CARLOS FRANQUES | CL BALMES 427 8-A BARCELONA 08022 SPAIN |
| RIESER, URBAN DR | C/O VON GRAFFEURIED U PARTNER LIMMATQUAI 94 ZURICH CH-8021 SWITZERLAND |
| RODRIGUEZ CARNEIRO, ARMANDO | RUA FIRMO RIBEIRO 320 BARRA DA TIJUCA RIO DE JANEIRO BRAZIL |
| RUDOLPH, RALF AND CLAUDIA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| SALCEDO DURAN, GABRIEL | CL DIEGO DE LEON 41   7-D MADRID 28006 SPAIN |
| SCHULGEN, GREGOR | AM LIMPERTZ-HOF 29 GREVENBROICH D-41515 GERMANY |
| SERVAT LIGERO, JOSE M | CL CASANOVA 0209 2 - 2 BARCELONA 08021 SPAIN |
| TSANG, MAN CHIU | FLAT C, 49/F, TOWER 1, ISLAND RESORT 28 SIU SAN WAN ROAD CHAI WAN HONG KONG |
| TWIGG, JONATHAN LEYCESTER | 50 COOMBE ROAD IRBY WIRRAL CH61 4US UNITED KINGDOM |
| VAN OTTERLOO, W. DE MOL | FRANS DEN HOLLANDERLAAN 29 HM GOES 4461 HOLLAND |
| VAN OTTERLOO, W. DE MOL | FRAN DEN HOLLANDERLAAN 29 HM GOES 4461 HOLLAND |
| WERNER, FRIEDHELM AND IRENE | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| WILDEBRAND, NORMA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |

**Claim Name**                          **Address Information**

| Total Creditor count  85 |

**EXHIBIT K**

| Claim Name | Address Information |
| --- | --- |
| ALTIDOR, FRITZNER L. | 514 UNION ST. LINDEN NJ 07036 |
| ALTOMARE, NICHOLAS | 76 FENNIMORE AVE YONKERS NY 10701 |
| ARAMAYO, LUIS | 6038 HIGHLAND PL. WEST NEW YORK NJ 07093 |
| ASARO, DONNA M. | 155 EAST 38TH ST APT 5F NEW YORK NY 10016 |
| AXELROD, STUART | 412 CHURCH AVE CEDARHURST NY 11516-1708 |
| BADALUCCO, LOUISE | 199 MILLARD AVENUE WEST BABYLON NY 11704 |
| BARRY, NANCY E. | 166 EAST 61ST STREET #8C NEW YORK NY 10021 |
| BASCH, CHRISTINA | 3133 BRIGHTON 7TH STREET #3CL BROOKLYN NY 11235 |
| BERSHTEIN, JULIA | 374 RAHWAY RD EDISON NJ 08820 |
| BESS, DONNA E. | 1777 GRAND CONCOURSE # 4E BRONX NY 10453 |
| BLAKESLEE, THOMAS P. | 3 THORNBROOK LANE BEDFORD NY 10506 |
| BOILES, NANCY L. | 19 THOMAS PAINE RD CONVENT STATION NJ 07961 |
| CALABRESE, JENNIFER | 157 SERRELL AVENUE STATEN ISLAND NY 10312 |
| CASELLA, LORIE | 505 E 79 ST APT 4F NEW YORK NY 10075 |
| CASTRO, DANIEL | 2145 19TH ST ASTORIA NY 11105 |
| CATALANO,JULIE ANN | 109 NANCY LANE CHESTER NY 10918 |
| COHEN, ELIAS | 235 W 70TH STREET APT 5D NEW YORK NY 10023 |
| COPPERWAITE, PAUL R. | 397 HURST ROAD BEXLEYHEATH KENT DA5 3LG UNITED KINGDOM |
| DALY, KIMBERLY | 251 EAST 51ST STREET, APT 6H NEW YORK NY 10022 |
| DHRUV PURI | 271 WEST 47TH STREET APARTMENT 8F NEW YORK NY 10036 |
| DIAZ, AGNES | 23 ARGO AVE ELMONT NY 11003 |
| DIMILTA, TERESA | 35-02 21 AVENUE ASTORIA NY 11105 |
| DURRANT, SHARON MRS. | 14 WHITMORE CRESCENT CHELMSFORD ESSEX CM2 6YN UNITED KINGDOM |
| DURRANT, STEVEN A | 14 WHITMORE CRESCENT CHELMSFORD, ESSEX CM26YN UNITED KINGDOM |
| EINSTOSS, JUDITH A. | 21 LANCASTER AVENUE 1ST FLOOR BROOKLYN NY 11223 |
| EWOBARE, RUTH SODJE | 824 MARC DRIVE NORTH BRUNSWICK NJ 08902 |
| FIDELIA, NADJA | 626 WEST 147TH STREET NEW YORK NY 10031 |
| FOGEL, DARREN | 164 FOX MEADOW ROAD SCARSDALE NY 10583 |
| FOUNTAINE, PETER | 2979 AVE S BROOKLYN NY 11229 |
| FOUNTAINE, PETER | PETER FOUNTAINE 2979 AVE S BROOKLYN NY 11229 |
| FOX, DIANE K | 10 DOWNING ST. 3U NEW YORK NY 10014 |
| GABRIELSON, SETH | 360 E 65TH APT 12C NEW YORK NY 10021 |
| GAMBALE, DONNA | 1 BIRCH HILL ROAD FREEHOLD NJ 07728 |
| GANIM, ROBERT M. | 29 WESTCHESTER AVENUE JERICHO NY 11753 |
| GEER JR., JOHN F. | 575 MILL PLAIN ROAD FAIRFIELD CT 06824 |
| GILBERT, FRANCINE | 6 BAUER PLACE WESTPORT CT 06880 |
| GOLDADE, SANDRA K. | 1053 S FRASER WAY AURORA CO 80012 |
| GORMAN, DOUGLAS | 164 NORMAN AVE #3A BROOKLYN NY 11222 |
| GUILLEN-MORIN, JEANETTE | 566 WEST 159TH STREET # 21 NEW YORK NY 10032 |
| HALL, OTTMAR A. | 1829 LACOMBE AVENUE BRONX NY 10473 |
| HARLOW, MICHAEL E. | 667 W VALLEYVIEW AVE LITTLETON CO 80120 |
| HAYES, SANDRA G | 254 COLLFIELD AVE STATEN ISLAND NY 10314-1930 |
| HAYES, SANDRA G. | 254 COLLFIELD AVE STATEN ISLAND NY 10314 |
| HERRMANN, DAVID L. | 804 MAPLE GLEN LANE WAYNE PA 19087 |
| HIRD-HAUGHTON, MARJORIE | 6 DONALD COURT ELMONT NY 11003 |
| HORNER, BRIAN | 110 HORATIO ST #111 NEW YORK NY 10014 |
| HUNN, JEFFREY W. | 3511 STEPHEN LANE WANTAGH NY 11793 |
| INCAO, PAUL M. | 3 AMHERST PLACE UPPER MONTCLAIR NJ 07043 |
| INGRAM, EARON M. | 1455 S. IVY WAY DENVER CO 80224 |

| Claim Name | Address Information |
|---|---|
| JAO, ANDREA T. | 77 SEVENTH AVE. APT. 10-S NEW YORK NY 10011 |
| JONATHAN, CONTRACT | 33 EASTERN DRIVE ARDSLEY NY 10502 |
| JONES, ELLEN KAY | 5681 S ESTES WAY LITTLETON CO 80123 |
| JOSEPH, SARAH KATHLEEN | 45 WALTHAM AVENUE SURREY GUILFORD GU2 9QF UNITED KINGDOM |
| JUNG, JENNIFER | 327 W. 30TH ST, APT 4J NEW YORK NY 10001 |
| KARR, RAYMOND P. | 16494 E. POWERS AVENUE CENTENNIAL CO 80015 |
| KENNEY, JUDITH A | 40 WEST 77TH STREET APT. 11D NEW YORK NY 10024 |
| KINNALY, RAYMOND J | 3924 220TH ST BAYSIDE NY 11361-2348 |
| KLOPSIS, NICHOLAS | 18 STUYVESANT ROAD OAKDALE NY 11769 |
| KRUPUIN, ALEXANDER | 1921 AVE. K, #E6 BROOKLYN NY 11230 |
| LAURIE, EVELYN T. | 3250 S TOWN CENTER DRIVE APT 3010 LAS VEGAS NV 89135 |
| LAWRENCE, BLAIR | 230 E 27TH ST, APT G NEW YORK NY 10016 |
| LEMOND, BEVERLY R. | 703 BUTTERMILK DRIVE ARLINGTON TX 76006 |
| LENHART, DEBORAH A. | 16494 E. POWERS AVENUE CENTENNIAL CO 80015 |
| LENHART,CAROL S | 1340 R ST GERING NE 69341 |
| LEVY, PATRICK R | 30 TONBURY WAY ROTHWELL NORTH HAMPSHIRE NN14 6BG UNITED KINGDOM |
| LLOYD, MELINDA L | 215 EAST 68TH STREET APT. 4Y NEW YORK NY 10021 |
| LOPRESTI, DEANA | 48 BOATWORK DR. BAYONNE NJ 07002 |
| LYNCH, MARY A. | 501 EAST 79TH ST NEW YORK NY 10075 |
| MAIONE, CYANNE | 262 HOLLYWOOD AVE FAIRFIELD NJ 07004 |
| MCCORMAC, CYNTHIA | 28 RIVERSDALE ROAD HIGHBURY LONDON N52JT UNITED KINGDOM |
| MCDONALD, DOUGLAS S. | 1609 WALNUT AVENUE MANHATTAN BEACH CA 90266 |
| MCENTEE, OWEN F., JR. | 2564 MILBURN AVENUE BALDWIN NY 11510-3627 |
| MCGOVERN, JOHN M | 17E. 13TH STREET, 4A NEW YORK NY 10003 |
| MCPARTLAND, NOUREEN | 920 PELHAMDALE AVE APT B2H PELHAM NY 10803 |
| MILAZZO, JANINNE | 308 EAST 49TH ST #3C NEW YORK NY 10017 |
| MOLDAVER, ALEKSANDR | 435 NEPTUNE AVENUE APT. 18G BROOKLYN NY 11224 |
| MOORMANN, DIANE KELLY | 6612 W ELDORADO PLACE DENVER CO 80227 |
| MORRIS, DAVID C. SAVINGS A/C 401K | 5203 BRAEBURN DRIVE BELLAIRE TX 77401 |
| MORRISON, E. VICTORIA | 3912 ALCAZAR DR. CASTLE ROCK CO 80109 |
| MOUM, FRANCESCA S. | 214 LINDEN AVENUE WESTFIELD NJ 07090 |
| MUINOS, BARBARA | 10 GIMBALL ROAD LITTLE EGG HARBOR NJ 08087 |
| O'BRIEN, BARRY J | 22 MEADOWBROOK ROAD SHORT HILLS NJ 07078-3316 |
| O'BRIEN, BARRY J | O'BRIEN, BARRY J 22 MEADOWBROOK ROAD SHORT HILLS NJ 07078-3316 |
| OLDS, MICHELE LYNN | 8475 LIVERPOOL CIRCLE LITTLETON CO 80125 |
| PANJABI, GHANSHAM | 9 NORMAN COURT LIVINGSTON NJ 07039 |
| PARKER, DEBORAH | 1902 LYNTON CIRCLE WELLINGTON FL 33414 |
| QUIRK, JOSEPH S. | 111 SOUTH VILLAGE AVENUE ROCKVILLE CENTRE NY 110 |
| RABENOLD, DAVID | 415 LEONARD STREET 2C BROOKLYN NY 11222 |
| RAO, MARK G. | 11807 WILLOW BRANCH ELLICOTT CITY MD 21042 |
| RIZZO, CHARLES K. | 14 ATLANTIC AVENUE- UNIT F OCEAN CITY NJ 08226 |
| ROBSON-CANTY, GERALDINE D. | 61 BEECHWOOD TER YONKERS NY 10705-1704 |
| SANTIAGO, TRUDY | 1469 E. 57TH STREET BROOKLYN NY 11234 |
| SCHAEFER, JAMES M | 470 VILLAGE OAKS LANE BABYLON NY 11702 |
| SCHREIER, MICHAEL | 301 E 76TH ST APT 12 NEW YORK NY 10021 |
| SCHULZ, KELLY | 11004 S. KEATING #1B OAK LAWN IL 60453 |
| SCOPELLITO, ANN C. | 191 TENAFLY PLACE STATEN ISLAND NY 10312 |
| SHAPIRO, JILL ELIZABETH | 442 PACING WAY WESTBURY NY 11590 |
| SIMPSON, ANDREA' | 2589 BEDFORD AVE BROOKLYN NY 11226 |

| Claim Name | Address Information |
| --- | --- |
| STATHATOS, ELEFTERIA | 256 E MADISON AVE CRESSKILL NJ 07626 |
| STEFANONI, ANTHONY M. | 405 W. 23RD STREET APARTMENT 5G NEW YORK NY 10011 |
| STEPHENSON, REBECCA | 10272 MOUNTAIN MAPLE DR LITTLETON CO 80129 |
| STEVENSON, AUTUMN LYN | 11857 E. FAIR AVE. GREENWOOD VILLAGE CO 80111 |
| STRICKLAND, CHARLES E. III | 2072 LEXINGTON ROAD GREEN OAKS IL 60048 |
| SUEN-LEE, THERESA | 52 THOMAS STREET APT 3B NEW YORK NY 10013 |
| SZOTT, GENEVIEVE MARY | 3318 NORTH LAKEWOOD STREET 2 CHICAGO IL 60657 |
| TABENSHLAK, NELLI | 3337 SEAWANE DR MERRICK NY 11566 |
| TERIACO, JACQUELINE | 625 WILLOW LANE HOBOKEN NJ 07030 |
| TIETJEN, JOHN H. | 15-19 209TH STREET BAYSIDE NY 11360 |
| TRACY, GRACE A. | 35-31 85TH STREET APARTMENT 5D JACKSON HEIGHTS NY 11372 |
| TUROCY, YOLANDA R | 50 EAST 72ND STREET APT. 14A NEW YORK NY 10021 |
| WALSH, SUSAN | 228 EAST 25TH STREET #7 NEW YORK NY 10010 |
| WAN, YI | 36 FOX RUN NEW PROVIDENCE NJ 07974 |
| WITKIN, MICHAEL | 17 TREBRIDGE CT PRINCETON NJ 08540 |
| WOO, JACK | 2 JANET COURT MORGANVILLE NJ 07751 |
| ZABBIA, JOEY MARIE | 29 LANDVIEW DRIVE DIX HILLS NY 11746 |

**Total Creditor count  115**