UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :    (Jointly Administered)
        Debtors.                                               :
                                                               :    Ref. Docket No. 16682
                                                               :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 9, 2011, I caused to be served the "Lehman Plan Discovery Letter," regarding Preliminary Document Requests, dated May 9, 2011 [Docket No. 16682], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                   Pete Caris

Sworn to before me this
10th day of May, 2011

_____
Notary Public

ELENI G KOSSIVAS
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01KO6222093
COMM. EXP. MAY 17, 2014

T:\Clients\LBH\Affidavits\Plan Discovery Letter re Prel Doc Requests_DI 16682_AFF_5-9-11.doc

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.
## PLAN DISCOVERY EMAIL SERVICE LIST

| | |
|---|---|
| ACATON@KRAMERLEVIN.COM | JEFF.FRIEDMAN@KATTENLAW.COM |
| ADAM.HIRSCH@SRZ.COM | J.STERNMAN@KATTENLAW.COM |
| LAWRENCE.GELBER@SRZ.COM | JEFFREY.GETTLEMAN@KIRKLAND.COM |
| ADASH@BROWNRUDNICK.COM | JILLIAN.GUTMANMANN@DECHERT.COM |
| DMOLTON@BROWNRUDNICK.COM | SHMUEL.VASSER@DECHERT.COM |
| HSTEEL@BROWNRUDNICK.COM | JJTANCREDI@DAYPITNEY.COM |
| AFRISCH@ANDREWFRISCH.COM | JJURELLER@KLESTADT.COM |
| AKORNBERG@PAULWEISS.COM | TKLESTADT@KLESTADT.COM |
| ALEXA.LOO@SHEARMAN.COM | JOSHUA.DORCHAK@BINGHAM.COM |
| RSCHWED@SHEARMAN.COM | JRLEDERER@DIAMONDBACKCAP.COM |
| MTORKIN@SHEARMAN.COM | JSAFERSTEIN@PAULWEISS.COM |
| ANDREA.B.SCHWARTZ@USDOJ.GOV | JWCOHEN@DAYPITNEY.COM |
| ANNE.PAK@ROPESGRAY.COM | KEVIN.C.KELLEY@CHASE.COM |
| MARK.BANE@ROPESGRAY.COM | LB-DISCOVERY@CGSH.COM |
| AROVIRA@SIDLEY.COM | LB.EQUITY.DISCOVERY@DAVISPOLK.COM |
| ARWOLF@WLRK.COM | LB.EUROPE.DISCOVERY@DAVISPOLK.COM |
| AZOLOT@MAYERBROWN.COM | LB.HOLDS.PLC.DISCOVERY@DAVISPOLK.COM |
| ASHAFFER@MAYERBROWN.COM | LB.INDON.DISCOVERY@DAVISPOLK.COM |
| LPLUSH@MAYERBROWN.COM | LB.INTER2.DISCOVERY@DAVISPOLK.COM |
| JCONLON@MAYERBROWN.COM | LB.LIMITED.DISCOVERY@DAVISPOLK.COM |
| BDMANNING@RKMC.COM | LB.PTG.DISCOVERY@DAVISPOLK.COM |
| BEEMEN@EKVANDOORNE.COM | LB.RE.FIN.DISCOVERY@DAVISPOLK.COM |
| BMERKT@STROOCK.COM | LB.UK.HOLDS.DISCOVERY@DAVISPOLK.COM |
| CSZYFER@STROOCK.COM | LB.UK.RE.DISCOVERY@DAVISPOLK.COM |
| BMORAN@MKLAWNJ.COM | LBIE.DISCOVERY@DAVISPOLK.COM |
| BTRUST@MAYERBROWN.COM | LBSF.NO1.DISCOVERY@DAVISPOLK.COM |
| CHIP.GOODRICH@DB.COM | LEHMAN.MORTG.DISCOVERY@DAVISPOLK.COM |
| CHRISTIANA.SUHR.BRUNNER@CH.PWC.COM | LEHMAN.TRANSACTION@IKB.DE |
| PASCAL.PORTMANN@CH.PWC.COM | LEHMANPLANDISCOVERY@WEIL.COM |
| CRIVERA@CHADBOURNE.COM | IRWIN.WARREN@WEIL.COM |
| CSHORE@NY.WHITECASE.COM | RANDI.SINGER@WEIL.COM |
| AHAMMOND@NY.WHITECASE.COM | LEHRNANNOTICES@KINGSTREET.COM |
| LELIN@NY.WHITECASE.COM | LMARINUZZI@MOFO.COM |
| LELIN@WHITECASE.COM | SENGELHARDT@MOFO.COM |
| DCOHEN2@MILBANK.COM | LMAY@COLESCHOTZ.COM |
| DEGGERMANN@KRAMERLEVIN.COM | LUCDESPINS@PAULHASTINGS.COM |
| TMAYER@KRAMERLEVIN.COM | BRYANKAPLAN@PAULHASTINGS.COM |
| DGROPPER@AURELIUS-CAPITAL.COM | MABLE.DISCOVERY@DAVISPOLK.COM |
| DNEIER@WINSTON.COM | MARGOLIN@HUGHESHUBBARD.COM |
| EJOEL@ELLIOTTMGMT.COM | GREILSHE@HUGHESHUBBARD.COM |
| ELDON.CUBE.DISCOVERY@DAVISPOLK.COM | WILTEN@HUGHESHUBBARD.COM |
| ELDON.HOLDINGS.DISCOVERY@DAVISPOLK.COM | GLEMANN@HUGHESHUBBARD.COM |
| ELDON.RAVEN.DISCOVERY@DAVISPOLK.COM | MARK.BROUDE@LW.COM |
| ELLEN.HALSTEAD@CWT.COM | BLAIR.CONNELLY@LW.COM |
| HOWARD.HAWKINS@CWT.COM | JOSEPH.FABIANI@LW.COM |
| FFOGEL@SILVERPOINTCAPITAL.COM | ELI.KAY-OLIPHANT@LW.COM |
| FHEALY@STROOCK.COM | MAYRES@PPBADVISORY.COM |
| CSZYFER@STROOCK.COM | SPARBERY@PPBADVISORY.COM |
| GHOROWITZ@KRAMERLEVIN.COM | METKIN@LOWENSTEIN.COM |
| GORISA@EKVANDOORNE.COM | MGUGGENBUEHL@VISCHER.COM |
| GRACE.HOTELS.DISCOVERY@DAVISPOLK.COM | MICHAEL.BUSCH@FNF.COM |
| GREGORY.PETRICK@CWT.COM | MICHAEL.CANNING@APORTER.COM |
| INGRID.BAGBY@CWT.COM | MICHAEL.FABIANO@RBS.COM |
| DAVID.KRONENBERG@CWT.COM | MLANDMAN@LCBF.COM SREE@LCBF.COM |
| HSNOVIKOFF@WLRK.COM | MONACO.DISCOVERY@DAVISPOLK.COM |
| HSTEEL@BROWNRUDNICK.COM | MROSENTHAL@GIBSONDUNN.COM |
| ADASH@BROWNRUDNICK.COM | MSIEGEL@BROWNRUDNICK.COM |
| DMOLTON@BROWNRUDNICK.COM | MWIENER@DL.COM |
| IGOLDSTEIN@DL.COM | BBENNETT@DL.COM |
| J.GREENALL-OTA@LEHMANBROTHERSJAPAN.COM | NBASSETT@MILBANK.COM |
| MOHAN.NADIG@LEHMANBROTHERSJAPAN.COM | PETER.FRIEDMAN@CWT.COM |
| JEFF.FRIEDMAN@KATTENLAW.COM | MARK.ELLENBERG@CWT.COM |

# LEHMAN BROTHERS HOLDINGS INC.
PLAN DISCOVERY EMAIL SERVICE LIST

PSHALHOUB@WILLKIE.COM
MABRAMS@WILLKIE.COM
QYANG@STATESTREET.COM
R.BEJGER@PROVEQUITY.COM
M.DOMINGUEZ@PROVEQUITY.COM
R.SCHIMMELPENNINCK@HOUTHOFF.COM
F.VERHOEVEN@HOUTHOFF.COM
RICHARD.ALEXANDER@APORTER.COM
RKRAKOW@GIBSONDUNN.COM
RMAY@NGALP.COM
MATTHEW.MORNINGSTAR@MORGANSTANLEY.COM
MARIA.DOUVAS@MORGANSTANLEY.COM
ROBERT.CONRAD@US.HSBC.COM
ROBERT.PIASIO@NOMURA.COM
SABIN.WILLETT@BINGHAM.COM
SANDRA.E.HORWITZ@US.HSBC.COM
SCARGILL@LOWENSTEIN.COM
SOLOMON.NOH@SHEARMAN.COM
DBARTNER@SHEARMAN.COM
SRAPPAPORT@MILBANK.COM
SRAY@STUTMAN.COM
JDAVIDSON@STUTMAN.COM
IPACHULSKI@STUTMAN.COM
SSHIMSHAK@PAULWEISS.COM
CHAMMERMAN@PAULWEISS.COM
DDAVIS@PAULWEISS.COM
STEPHAN.ROST@DZBANK.DE
STORM.DISCOVERY@DAVISPOLK.COM
TANNWEILER@GREERHERZ.COM
EKIRKPATRICK@GREERHERZ.COM
FBLACK@GREERHERZ.COM
WILL.SUGDEN@ALSTON.COM
WRIGHTTH@SULLCROM.COM
SCHWARTZMATTHEW@SULLCROM.COM
CLARKB@SULLCROM.COM
WROLL@SHEARMAN.COM
FREDRIC.SOSNICK@SHEARMAN.COM
DANIEL.LAGUARDIA@SHEARMAN.COM
NED.SCHODEK@SHEARMAN.COM
ZESTDEW.DISCOVERY@DAVISPOLK.COM
WALTER.STUART@FRESHFIELDS.COM
BERNHARD.KAISER@FRESHFIELDS.COM
GUNILA.WEBER@FRESHFIELDS.COM
PETER.GRIEP@BUNDESBANK.DE
ANDREW.BROZMAN@CLIFFORDCHANCE.COM
SARA.TAPINEKIS@CLIFFORDCHANCE.COM
PDUBLIN@AKINGUMP.COM
KMANOUKIAN@AKINGUMP.COM
FARRINGTON.YATES@SNRDENTON.COM
PATRICK.MAXCY@SNRDENTON.COM
CHARLOTTE.SCHILDT@CMS-HS.COM
JOACHIM.KUEHNE@CMS-HS.COM
MPASKIN@CRAVATH.COM
RLEVIN@CRAVATH.COM
JODIKLEINICK@PAULHASTINGS.COM

**EXHIBIT B**

**LBH PLAN DISCOVERY  5-9-11**

MIZUHO CORPORATE BANK, LTD. 1-3-3, MARUNOUCHI,
CHIYOD-KU
TOKYO, JAPAN 100-8210
ATTN: NOBORU IWAMATSU

**LBH PLAN DISCOVERY  5-9-11**

MIZUHO CORPORATE BANK, LTD.
6-7, NIHONBASHI KABUTOCHO, CHUO-KU
TOKYO, JAPAN 103-0026
ATTN: MASAYA NAKAFUJI

**LBH PLAN DISCOVERY  5-9-11**

MIZUHO CORPORATE BANK, LTD.
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
ATTN: KEVIN HOLMES, SENIOR VICE PRESIDENT

**LBH PLAN DISCOVERY  5-9-11**

MIZUHO CORPORATE BANK, LTD.
BRACKEN HOUSE, ONE FRIDAY STREET
LONDON EC4M 9JA UK
ATTN: COURTENAY COOPER-FOGARTY, MAKATO WAKIDA

**LBH PLAN DISCOVERY  5-9-11**

MIZUHO CAPITAL MARKETS CORPORATION
1440 BROADWAY, 25TH FLOOR
NEW YORK, NY 10018
ATTN: DOUGLAS FRANKEL, GENERAL COUNSEL

**LBH PLAN DISCOVERY  5-9-11**

NORDEA BANK AB (PUBL)
SMALANDSGATAN 17
SE-105 71 STOCKHOLM
SWEDEN
ATTN: MARIA KRONSTROM

**LBH PLAN DISCOVERY  5-9-11**

NORDEA FINLAND PLC (PUBL)
SMALANDSGATAN 17
SE-105 71 STOCKHOLM
SWEDEN
ATTN: MARIA KRONSTROM