**Presentment Date and Time:  May 18, 2011 at 12:00 noon (Prevailing Eastern Time)**
**Objection Deadline:  May 18, 2011 at 11:30 a.m. (Prevailing Eastern Time)**

JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Corinne Ball
Jayant W. Tambe
Aviva Warter Sisitsky

*Attorneys for the Debtors*
*and Debtors in Possession*

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York  10022
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179
Douglas P. Bartner
Brian H. Polovoy

*Attorneys for Defendants Nomura International plc,*
*Nomura Securities Co., Ltd., and Nomura Global Financial Products, Inc.*

MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York  10036
Telephone:  (212) 692-1000
Facsimile:  (212) 692-1020

David S. Cohen
Adrian C. Azer (admitted *pro hac vice*)
1850 K. Street N.W. Suite 1100
Washington, DC  20006
Telephone:  (202) 835-7500

*Attorneys for the Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                                                     :
In re:                                                               :   Chapter 11
                                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                             :   Case No. 08-13555 (JMP)
                                                                     :
                          Debtors.                                   :   (Jointly Administered)
                                                                     :
---------------------------------------------------------------------x

**Presentment Date and Time: May 18, 2011 at 12:00 noon (Prevailing Eastern Time)**
**Objection Deadline: May 18, 2011 at 11:30 a.m. (Prevailing Eastern Time)**

|  |  |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING, INC., and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>          Plaintiffs and Intervenor,<br><br>-against-<br><br>NOMURA INTERNATIONAL PLC,<br><br>          Defendant. | Adv. Proc. No. 10-03228-jmp |
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING, INC., and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>          Plaintiffs and Intervenor,<br><br>-against-<br><br>NOMURA SECURITIES CO., LTD.,<br><br>          Defendant. | Adv. Proc. No. 10-03229-jmp |

## NOTICE OF PRESENTMENT OF STIPULATION AND ORDER

**PLEASE TAKE NOTICE** that the undersigned will present the annexed proposed Stipulation and Order (the "Stipulation and Order") to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **May 18, 2011 at 12:00 noon (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Stipulation and Order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to (i) the Bankruptcy Judge's chambers and (ii) the undersigned, so as to be received by **May 18, 2011 at 11:30 a.m. (Prevailing Eastern Time)**, the Stipulation and Order may be signed.

Dated: New York, New York
       May 10, 2011

| SHEARMAN & STERLING LLP | JONES DAY |
|---|---|
| By:  /s/ Brian H. Polovoy  <br> Douglas P. Bartner <br> Brian H. Polovoy | By:  /s/ Aviva Warter Sisitsky  <br> Corinne Ball <br> Jayant W. Tambe <br> Aviva Warter Sisitsky |
| 599 Lexington Avenue <br> New York, New York  10022 <br> Telephone:  (212) 848-4000 | 222 East 41st Street <br> New York, New York  10017 <br> Telephone:  (212) 326-3939 |
| *Attorneys for Defendants Nomura International plc, Nomura Securities Co., Ltd., and Nomura Global Financial Products, Inc.* | *Attorneys for the Debtors and Debtors in Possession* |

MILBANK, TWEED, HADLEY &
McCLOY LLP

By:  /s/ David S. Cohen
       Dennis F. Dunne
       Evan R. Fleck

1 Chase Manhattan Plaza
New York, New York  10036
Telephone:  (212) 692-1000
Facsimile:  (212) 692-1020

David S. Cohen
Adrian C. Azer (admitted *pro hac vice*)
1850 K. Street N.W. Suite 1100
Washington, DC 20006
Telephone:  (202) 835-7500

*Attorneys for the Official Committee of Unsecured Creditors*