# LEHMAN BROTHERS

July 16, 1997

Mr. Edward J. Lill
15 Beverly Road
Madison, NJ 07940

Dear Mr. Lill:

The enclosed check in the amount of $ 7,157.77 represents the initial payment due you as a result of your contract agreement with E.F. Hutton & Co. Your subsequent monthly supplemental pension benefit check payments will be dated the 10th of each month and mailed directly from the Lehman Brothers payroll department.

A W-4P Form is enclosed. Our payroll department requires that they have a Withholding Certificate for Pension or Annuity Payments on file with your election. The faxed form was unreadable. I would greatly appreciate you returning the signed form to my attention at 3 World Financial Center, 24th Floor, NY, NY 10285.

I can be reached at (212) 526-3047, should you require any further assistance.

Best Regards,

Arlene McInereney
Assistant Vice President, Savings & Retirement


Encl: 2

cc: W. Masterson
    P. Ryan

LEHMAN BROTHERS INC.
3 WORLD FINANCIAL CENTER   NEW YORK, NY 10285-2400