# LEHMAN BROTHERS

November 24, 1998

Mr. Edward J. Lill
15 Beverly Road
Madison, NJ 07940

Dear Mr. Lill:

This letter is to inform you of your revised pension under the Lehman Brothers Special Pension Agreement, effective January 1, 1998. Your revised monthly benefit under the Straight Life Annuity, the option you had previously chosen, is $7,302.36.

Payment of this benefit will begin December 10, 1998. You will receive a separate check in the amount of $1,590.49 representing the retro-active amount due to you from January 1998 through November 1998. This amount will represent the difference between your new amount and your old amount for those prior months. Please note that tax withholding will be based on your prior election.

If you have any questions, I can be reached at (212)526-3049.

Sincerely,

Thomas J. Courtney
Sr. Benefits Representative

LEHMAN BROTHERS INC.
3 WORLD FINANCIAL CENTER   NEW YORK, NY 10285-2400

# LEHMAN BROTHERS

July 15, 1999

Mr. Edward J. Lill
15 Beverly Road
Madison, NJ 07940

Dear Mr. Lill:

This letter is to inform you of your revised pension benefit under the Lehman Brothers Special Pension Agreement, effective January 1, 1999. Your revised monthly benefit under the Straight Life Annuity, the option you had previously chosen, is $7,421.39

Payment of this benefit will begin August 10, 1999. You will receive a separate check in the amount of $833.21 representing the retroactive amount due to you from January 1999 through July 1999. This amount will represent the difference between your new amount and your old amount for those prior months. Please note that tax withholding will be based on your prior election.

If you have any questions, I can be reached at (201)524-4854.

Sincerely,

Thomas J. Courtney
Sr. Benefits Analyst

*handwritten:*
119.03
x 7 mos
833.21

LEHMAN BROTHERS INC.
101 HUDSON STREET 30TH FLOOR   JERSEY CITY, NJ 07302-3988



# LEHMAN BROTHERS

STUART FINKELSTEIN
BENEFITS

June 20, 2000

Mr. Edward Lill
15 Beverly Road
Madison, NJ 07940

**Re: Lehman Brothers Special Pension Agreement**

Dear Mr. Lill,

This letter is to inform you of your revised pension benefit under the Lehman Brothers Special Pension Agreement, effective January 1, 2000. Your revised monthly benefit under the Straight Life Annuity option, the option previously elected, is $7,587.06.

Payment of the revised amount will begin July 10, 2000. You will receive an additional payment of $944.02, representing the retroactive amount due to you from January 2000 through June 2000. This amount represents the difference between your new amount and your old amount for these months.

Please note that tax withholding will be based on your prior election.

If you have any questions, please call me at 201-524-4854.

Sincerely,

Stuart Finkelstein



# LEHMAN BROTHERS

KELLY W. PATTERSON
BENEFITS

June 4, 2001

Mr. Edward Lill
15 Beverly Road
Madison, NJ 07940

**Re: Lehman Brothers Holdings Inc. Retirement Plan**

Dear Mr. Lill:

This letter is to inform you of your revised pension benefit under the Lehman Brothers Special Pension Agreement, effective January 1, 2001. Your revised benefit under the Straight Life Annuity option, the option previously elected, is $7,833.17

Payment of the revised amount will begin July 10, 2001. You will receive an additional payment of $1,476.66, representing the retroactive amount due to you from January 2001 through June 2001. This amount represents the difference between your new amount and your old amount for these months.

Please note that tax withholding will be based on your prior election.

If you have any questions please call me at (646) 836-1713.

Sincerely,

*[signature]*

Kelly W. Patterson

*[handwritten calculations:]*
Old     $7,587.06
New      7,833.17
Difference  $246.11

June     $7,587.06
6 × 246.11   1,476.66
Total Check  9,063.72

LEHMAN BROTHERS INC
ONE WORLD FINANCIAL CENTER 200 LIBERTY STREET 19TH FLOOR NEW YORK NY 10281
PHONE 646 836 1713 FAX 646 836 0650 EMAIL KPATTERS@LEHMAN.COM

# LEHMAN BROTHERS

STUART FINKELSTEIN
ASSISTANT VICE PRESIDENT
BENEFITS

January 24, 2002

Mr. Edward Lill
15 Beverly Road
Madison, NJ 07940

**Re: Lehman Brothers Holdings Inc. Retirement Plan**

Dear Mr. Lill:

This letter is to inform you of your revised pension benefit under the Lehman Brothers Special Pension Agreement, effective January 1, 2002. Your revised benefit under the Straight Life Annuity option, the option previously elected, is $7,968.96.

Payment of the revised amount will begin February 10, 2002. You will receive an additional payment of $135.79, representing the retroactive amount due to you, as a result of the increase in your benefit amount, for January 2002.

Please note that tax withholding will be based on your prior election.

If you have any questions please call me at (201) 524-5592.

Sincerely,

Stuart Finkelstein

# LEHMAN BROTHERS

KELLY WILLIAM PATTERSON
BENEFITS

December 19, 2002

Mr. Edward Lill
15 Beverly Road
Madison, NJ 07940

**Re: Lehman Brothers Special Pension Agreement**

Dear Mr. Lill:

This letter is to inform you of your revised pension benefit under the Lehman Brothers Special Pension Agreement, effective January 1, 2003. Your revised benefit under the Straight Life Annuity option, the option previously elected, is $8,206.59. Payment of the revised amount will begin January 10, 2003.

Please note that tax withholding will be based on your prior election.

If you have any questions please call me at (212) 526-8170.

Sincerely,

*Kelly W. Patterson*

Kelly W. Patterson

# LEHMAN BROTHERS

COREY WASHINGTON
BENEFITS

December 19, 2003

Mr. Edward Lill
15 Beverly Road
Madison, NJ 07940

**Re: Lehman Brothers Special Pension Agreement**

Dear Mr. Lill:

This letter is to inform you of your revised pension benefit under the Lehman Brothers Special Pension Agreement, effective January 1, 2004. Your revised benefit under the Straight Life Annuity option, the option previously elected, is $8,461.19. Payment of the revised amount will begin January 9, 2004.

Please note that tax withholding will be based on your prior election.

If you have any questions please call me at (212) 526-8170.

Sincerely,

*[signature: Corey Washington]*

Corey Washington

*[handwritten:]*
8461.19    2004
8206.59    2003
———
254.60

# LEHMAN BROTHERS

COREY WASHINGTON
BENEFITS

December 22, 2004

Mr. Edward Lill
15 Beverly Road
Madison, NJ 07940

**Re: Lehman Brothers Special Pension Agreement**

Dear Mr. Lill:

This letter is to inform you of your revised pension benefit under the Lehman Brothers Special Pension Agreement, effective January 1, 2005. Your revised benefit under the Straight Life Annuity option, the option previously elected, is $8,792.17. Payment of the revised amount will begin January 10, 2005.

Please note that tax withholding will be based on your prior election.

If you have any questions please call me at (212) 526-8170.

Sincerely,

*Corey Washington*

Corey Washington

LEHMAN BROTHERS INC.
399 PARK AVENUE 11TH FLOOR NEW YORK, NY 10022
PHONE 212 526 8170 FAX 646 885 9599 EMAIL CWASHING@LEHMAN.COM

# LEHMAN BROTHERS

DIANE PAPALEONARDOS
BENEFITS

December 22, 2005

Mr. Edward Lill
415 L'Ambiance Drive
Unit C404
Longboat Key, FL 34228

**Re: Lehman Brothers Special Pension Agreement**

Dear Mr. Lill:

This letter is to inform you of your revised pension benefit under the Lehman Brothers Special Pension Agreement, effective January 1, 2006. Your revised benefit under the Straight Life Annuity option, the option previously elected, is $9,135.94. Payment of the revised amount will begin January 10, 2006.

Please note that tax withholding will be based on your prior election.

If you have any questions please call me at (212) 320-7045.

Sincerely,

*[signature]*

Diane Papaleonardos

# LEHMAN BROTHERS

DIANE PAPALEONARDOS
BENEFITS

January 3, 2007

Mr. Edward Lill
415 L'Ambiance Drive
Unit 404
Longboat Key, FL 34228

**Re: Lehman Brothers Special Pension Agreement**

Dear Mr. Lill:

This letter is to inform you of your revised pension benefit under the Lehman Brothers Special Pension Agreement, effective January 1, 2007. Your revised benefit under the Straight Life Annuity option, the option previously elected, is $9,373.57. Payment of the revised amount will begin January 10, 2007.

Please note that tax withholding will be based on your prior election.

If you have any questions please call me at (212) 320-7045.

Sincerely,

Diane Papaleonardos

# LEHMAN BROTHERS

ERIN D'SOUZA
HR ANALYST
BENEFITS

December 14, 2007

Mr. Edward Lill
415 L'Ambiance Drive
Unit 404
Longboat Key, FL 34228

**Re: Lehman Brothers Special Pension Agreement**

Dear Mr. Lill:

This letter is to inform you of your revised pension benefit under the Lehman Brothers Special Pension Agreement, effective January 1, 2008. Your revised benefit under the Straight Life Annuity option, the option previously elected, is $9,738.67. Payment of the revised amount will begin January 10, 2008.

Please note that tax withholding will be based on your prior election.

If you have any questions please call me at (212) 320-7977.

Sincerely,

Erin D'Souza

LEHMAN BROTHERS INC
1301 AVENUE OF THE AMERICAS 6TH FLOOR NEW YORK, NY 10019
PHONE 212 320 7977 FAX 212 520 9310 EMAIL ERIN.DSOUZA@LEHMAN.COM