EDWARDS ANGELL PALMER & DODGE LLP
Larr D. Henin
Paul J. Labov
750 Lexington Avenue
New York, NY 10022
Tel: (212) 308-4411
Fax: (212) 308-4844

EDWARDS ANGELL PALMER & DODGE LLP
Charles L. Glerum
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 239-0100
Fax: (617) 227-4420

*Counsel to Edward J. Lill*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| LEHMAN BROTHER HOLDINGS, INC., | : Case No. 08-13555 (JMP) |
| | : (Jointly Administered) |
| Debtor. | : |
| | : |

### CERTIFICATE OF SERVICE

I, Jennifer K. Lawrence, hereby certify that on the date written below I caused to be served to the persons listed on the attached Service List, via email a true copy of *Edward J. Lill's Response to Debtors' One Hundred Tenth Omnibus Objection to Claims* and the within *Certificate of Service*.

Dated: Boston, MA         EDWARDS ANGELL PALMER & DODGE LLP
May 10, 2011

                          */s/ Jennifer K. Lawrence*
                          Jennifer K. Lawrence
                          111 Huntington Ave
                          Boston, MA 02199
                          Tel: (617) 239-0476
                          Fax: (800) 432-5298

NYC 369214.1

# S<small>ERVICE</small> L<small>IST</small>

*Via FedEx*
Chambers of the Honorable James M. Peck
One Bowling Green
New York, NY 10004
Courtroom 601

*Via FedEx*
Weil, Gotshal & Manges, LLP
767 fifth Avenue
New York, NY 10153
Attn: Shai Y. Waisman, Esq.
*Attorneys for the Debtors*

*Via FedEx*
Office of the US Trustee for Region 2
33 Whitehall Stree, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq, Elisabetta Gasparini, Esq,
And Andrea B. Schwartz, Esq.

*Via FedEx*
Millbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.,
and Evan Fleck, Esq.
*Attorneys for the Offical Committee of Unsecured Creditors Appointed in these Cases*

NYC 369214.1