Marc Abrams
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

*Attorneys for SunAmerica Life Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | ) Chapter 11 |
| Lehman Brothers Holdings, Inc, et al., | ) Case No. 08-13555 (JMP) |
| Debtors. | ) Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Elizabeth Bubriski, being duly sworn, deposes and says:

(I)  That she is not a party to the within action, is over the age of 21 years and resides in New York, New York.

(II) That on May 9, 2011 she caused the following to be served: *Notice of Withdrawal of Claims* [Docket No. 16671], via first class mail on the following parties:

Weil, Gotshal & Manges, LLP
Attn: Shai Waisman, Esq.
Lori R. Fife, Esq.
767 5th Avenue
New York, NY 10153

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne
1 Chase Manhattan Plaza
New York, NY 10005

_____
Elizabeth Bubriski

Sworn to before me this

11th day of May 2011

_____
Notary Public

COREY CASBARRO
Notary Public, State of New York
No. 01CA6208697
Qualified in New York County
Commission Expires July 6, 2013