WOLLMUTH MAHER & DEUTSCH LLP
William F. Dahill
Adam M. Bialek
500 Fifth Avenue
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050

*Attorneys for Jeffrey and Lauren Sardis*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM NO. 27409 & 26347

PLEASE TAKE NOTICE that Jeffrey and Lauren Sardis ( the "Sardises"), through its undersigned counsel, hereby withdraw with prejudice the following Proofs of Claim filed against Lehman Brothers Holdings, Inc. ("LBHI"):

| Claim No. | Creditor | Debtor | Claim Amount |
|---|---|---|---|
| • 27409 | Jeffrey Sardis | LBHI | $1,200,000.00 |
| • 26347 | Jeffrey and Lauren Sardis | LBHI | $1,200,000.00 |

PLEASE TAKE FURTHER NOTICE that the Sardises' withdrawal of these Proofs of Claim shall have no effect on their claims against Lehman Brothers, Inc. ("LBI") and/or any other LBI affiliates.

PLEASE TAKE FURTHER NOTICE that the Sardises request that Epiq Bankruptcy Solutions LLC revise its official claims register accordingly.

Dated: New York, New York
May 11, 2011

WOLLMUTH MAHER & DEUTSCH LLP

William F. Dahill
Adam M. Bialek
500 Fifth Avenue
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050