STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone:     (310) 228-5600
Facsimile:     (310) 228-5788
Christine M. Pajak

Attorneys for The Baupost Group, L.L.C.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555(JMP) |
| Debtors. | (Jointly Administered) |

# MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Christine M. Pajak, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent The Baupost Group, L.L.C., as the managing general partner and investment manager for limited partnerships which hold claims in these cases.

I certify that I am a member in good standing of the bar of the State of California and I am admitted to practice before the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California.

550515v1

I have submitted the filing fee of $25.00 with this motion for ***pro hac vice*** admission.

DATED: May 10, 2011
Los Angeles, CA

*/s/ Christine M. Pajak*
CHRISTINE M. PAJAK, a Member of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION

*Mailing Address*:
Stutman, Treister & Glatt
Professional Corporation
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
*E-mail address*: cpajak@stutman.com
*Telephone number:* (310) 228-5600

550515v1

STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone:   (310) 228-5600
Facsimile:   (310) 228-5788
Christine M. Pajak

Attorneys for The Baupost Group, L.L.C.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**LEHMAN BROTHERS HOLDINGS INC., et al.,**<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 08-13555(JMP)**<br><br>**(Jointly Administered)** |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the Motion of Christine M. Pajak, to be admitted, *pro hac vice*, to represent The Baupost Group, L.L.C., in the above-referenced cases and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and is admitted to practice before United States District Courts for the Central, Eastern, Northern and Southern Districts of California, it is hereby

**ORDERED** that Christine M. Pajak, Esq., is admitted to practice, pro hac vice, in the above-captioned bankruptcy cases to represent The Baupost Group, L.L.C. in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

DATED: _____
New York, New York

/s/ _____
THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

550515v1