Howard J. Weg (Cal. State Bar No. 091057)
   Admitted Pro Hac Vice
David B. Shemano (DS 1224)
PEITZMAN, WEG & KEMPINSKY LLP
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101

Attorneys for Cascade Investment, L.L.C.

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case |
| **LEHMAN BROTHERS HOLDINGS INC.,** | : | |
| *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | (Jointly Administered) |
| Debtors | : | |

### NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION OF CASCADE INVESTMENT, L.L.C. FOR LEAVE TO CONDUCT DISCOVERY OF (1) THE DEBTORS, AND (2) JPMORGAN CHASE BANK, N.A. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

**PLEASE TAKE NOTICE** that Cascade Investment, L.L.C., by its attorneys Peitzman, Weg & Kempinsky LLP, hereby withdraws without prejudice its *Motion for Leave to Conduct Discovery of (1) the Debtors, and (2) JPMorgan Chase Bank, N.A. Pursuant to Federal Rule of Bankruptcy Procedure 2004* [Docket No. 12120].

Dated: Los Angeles, California
      May 11, 2011                  PEITZMAN, WEG & KEMPINSKY LLP

By: /s/ David B. Shemano
    David B. Shemano
    2029 Century Park East, Suite 3100
    Los Angeles, CA 90067
    (310) 552-3100

Attorneys for Cascade Investment, L.L.C.

# CERTIFICATE OF SERVICE

Matthew M. Dryer, certifies as follows:

1. I am a paralegal employed by the law firm of Peitzman, Weg & Kempinsky LLP, counsel to Cascade Investment, L.L.C. in the above captioned case.

2. On May 11, 2011, I caused a copy of the:

> Notice Of Withdrawal Without Prejudice Of Motion Of Cascade Investment, L.L.C. For Leave To Conduct Discovery Of (1) The Debtors, And (2) JPMorgan Chase Bank, N.A. Pursuant To Federal Rule Of Bankruptcy Procedure 2004

to be served by First Class Mail upon: (i) the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.), attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); and (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (Attn: Dennis F. Dune, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the official committee of unsecured creditors appointed in these cases.

3. On May 11, 2011, I caused a copy of the Notice to be served by electronic mail upon all parties who receive electronic notice of filings in these cases via the Court's ECF filing system.

4

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 11, 2011

                                                                     /s/ Matthew M. Dryer
                                                                     Matthew M. Dryer