WOLLMUTH MAHER & DEUTSCH LLP
William F. Dahill
Adam M. Bialek
500 Fifth Avenue
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050

*Attorneys for Roger and Suzanne Weiss, as Co-Executors of the Estate of Stephen H. Weiss*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 35916

PLEASE TAKE NOTICE that Roger and Suzanne Weiss, as Co-Executors of the Estate of Stephen H. Weiss (the "Estate of Weiss"), through its undersigned counsel, hereby withdraw with prejudice the following Poof of Claim filed against Lehman Brothers Holdings, Inc. ("LBHI"):

| Claim No. | Creditor | Debtor | Claim Amount |
|---|---|---|---|
| • 35916 | Estate of Weiss | LBHI | $400,000.00 |

PLEASE TAKE FURTHER NOTICE that the Estate of Weiss' withdrawal of this Proof of Claim shall have no effect on its claim against Lehman Brothers, Inc. ("LBI") and/or any other LBI affiliates.

PLEASE TAKE FURTHER NOTICE that the Estate of Weiss requests that Epiq Bankruptcy Solutions LLC revise its official claims register accordingly.

Dated: New York, New York
May 11, 2011

WOLLMUTH MAHER & DEUTSCH LLP

_____
William F. Dahill
Adam M. Bialek
500 Fifth Avenue
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050