WOLLMUTH MAHER & DEUTSCH LLP
William F. Dahill
Adam M. Bialek
500 Fifth Avenue
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050

*Attorneys for JAS Holding Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 27386

PLEASE TAKE NOTICE that JAS Holding Corporation ("JAS"), through its undersigned counsel, hereby withdraw with prejudice the following Poof of Claim filed against Lehman Brothers Holdings, Inc. ("LBHI"):

| Claim No. | Creditor | Debtor | Claim Amount |
|---|---|---|---|
| • 27386 | JAS | LBHI | $1,300,000.00 |

PLEASE TAKE FURTHER NOTICE that JAS' withdrawal of this Proof of Claim shall have no effect on its claim against Lehman Brothers, Inc. ("LBI") and/or any other LBI affiliates.

PLEASE TAKE FURTHER NOTICE that JAS requests that Epiq Bankruptcy Solutions LLC revise its official claims register accordingly.

Dated: New York, New York
May 11, 2011

WOLLMUTH MAHER & DEUTSCH LLP

*/s/ William F. Dahill*

William F. Dahill
Adam M. Bialek
500 Fifth Avenue
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050