# EXHIBIT A-1

# EXHIBIT A

**From:** Gourd, Will [mailto:will.gourd@lehman.com]
**Sent:** Tuesday, June 19, 2007 4:21 PM
**To:** John Liu
**Subject:** RE: Cash Management Presentation

Here you go John.
Please let me know if there is anything else we can provide you as you go through this decision process.
Best,
Will

**From:** John Liu
**Sent:** Tuesday, June 19, 2007 4:10 PM
**To:** Gourd, Will
**Subject:** Cash Management Presentation

William,

Could you please forward me by email a copy of your Presentation?

Thanks,
John Liu
-----------------------------------------------------------------
The information contained in this message may be privileged and
confidential and protected from disclosure.If the reader of this
message is not the intended recipient, you are hereby notified that any
dissemination, distribution or copying of this communication is
strictly prohibited. If you have received this
communication in error, please notify us immediately by replying to
this message and deleting it from your computer. Thank you.
Greenhill & Co. LLC.

------------------------------------------------- This message is intended
only for the personal and confidential use of the designated recipient(s) named above. If
you are not the intended recipient of this message you are hereby notified that any
review, dissemination, distribution or copying of this message is strictly prohibited. This
communication is for information purposes only and should not be regarded as an offer to
sell or as a solicitation of an offer to buy any financial product, an official confirmation
of any transaction, or as an official statement of Lehman Brothers. Email transmission
cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this
information is complete or accurate and it should not be relied upon as such. All
information is subject to change without notice. -------- IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this
communication (including any attachments) is not intended or written to be used and

cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

------------------------------------------------------------
The information contained in this message may be privileged and
confidential and protected from disclosure.If the reader of this
message is not the intended recipient, you are hereby notified that any
dissemination, distribution or copying of this communication is
strictly prohibited. If you have received this
communication in error, please notify us immediately by replying to
this message and deleting it from your computer. Thank you.
Greenhill & Co. LLC.

WILLIAM C. GOURD
MANAGING DIRECTOR
PRIVATE INVESTMENT MANAGEMENT

June 1, 2007

Mr. John D. Liu



Dear John:

Thank you for the opportunity to present our recommendations for the investment of $400MM in short-term cash/fixed-income securities. From our conversation, we understand that our proposal should be for a New Jersey domiciled family that is subject to the highest Federal tax bracket (and not subject to the Alternative Minimum Tax). We also understand that the nature of the investments that we should be considering for these funds is to be of extremely high quality with a relatively short duration (initially 1–60 days).

The strategy that we would employ to invest these funds would be one that seeks to provide market prevailing yields through the purchase of high-credit-quality securities that have substantial liquidity. We note that prior to selecting specific issues and coming to a final proposal, we feel that it is important that the family consider what type of investments they might want to consider (or exclude) from such a portfolio, how far down the credit spectrum they might want to go and what concentration limits they wish to incorporate. In essence, we think that it is critical that we work together to draft some guidelines regarding the investment of these funds. With this letter, I have included a "Sample Investment Policy" that might be helpful as the family thinks about these issues. We have used this Investment Policy as a guide for the construction of the sample portfolio that we have included with this letter.

With the understanding that certain criteria need to be met as it relates to the family's objectives for these funds (which we understand to be safety of principal, liquidity and yield) we have included for consideration the use of Institutional Money Market Funds, U.S. Treasuries and Government Agency Securities, Tax-Free Auction Rate Securities, Variable Rate Demand Notes, Commercial Paper, Municipal Notes and Corporate Debt Obligations. From the rate sheet that I have included with this letter you can see those securities which offer the greatest after-tax yield along the short end of the curve (as they are highlighted in yellow). The resulting sample portfolio holds approximately 35% Tax Exempt Variable Rate Demand Notes and 65% Tax Exempt Auction Rate Securities. This sample portfolio is structured to produce an average after-tax yield of 3.64% (please note that these rates are effective as of 6/1/2007).

In reviewing the portfolio, you will notice that it is comprised of both New Jersey and "General Market" tax-exempt issues. Despite the fact that the after-tax yield of the New Jersey paper averages somewhere around 10 basis points more than what is being offered out of state, we feel it prudent to have funds invested in multiple states to provide greater diversification. We also note that short dated New Jersey issuance is scarce in supply in larger block positions and building out an entire NJ state specific portfolio

might take some time while at the same time it would go against our recommendation for portfolio diversification. The issues that we have selected are all rated by both Standard & Poor's and Moody's Investor Services and you will notice on the bottom of the proposal that the portfolio carries an average rating of AA.

Because we anticipate that the Fed will hold short term rates (Federal Funds Rate) at 5.25% for the balance of the year, we are recommending that most short duration portfolios be weighted with shorter-term investments (less than 90 days). Although some issues in our proposed portfolio have maturities that will take place over the next 3 months, the weighted average maturity of this portfolio is in the 30 day range which we believe should be able to accommodate what we understand to be the current liquidity needs of the family. The duration of this portfolio can certainly be adjusted to meet any change in needs but as you can see from the current rates, one is not being compensated in the current market environment for going out on the yield curve (AAA 7 day paper is yielding as much as AAA 30 day paper).

By way of background, the team that we use to advise our cash-management clients is a dedicated group of seven professionals whose sole and exclusive focus is on fixed-income portfolio management. Given their position within the firm (where they act as the liaison between our Cash Management Group and the Investment Bank), they have direct access to Lehman Brothers' proprietary fixed-income offerings. Every transaction that they make is monitored to assure compliance with the client's Investment Policy. This group will provide comprehensive (FASB-115 and GAAP compliant) month-end reporting which can be delivered electronically on the second business day following month-end and any additional audit-related inquires at month-end, quarter-end or intra-period will be addressed thoroughly and on a timely basis. Clients and their advisors also have 24-hour access to their portfolio positions through LehmanLive (where they may also access the Firm's research online).

There are no fees associated with Lehman Brothers cash management services. All investment, portfolio monitoring, safekeeping of securities, wire transfers and accounting services are completely free of charge. Our firm is compensated through 1) the bid/offer spread on issues purchased in the secondary market and 2) from the issuers of securities that are purchased in the primary market. The "advertised" yield as highlighted on the sample portfolio is the yield that the client receives.

John, I hope the information that I have provided you in this letter addresses most of the issues that you think the family might have regarding our investment management process. With this letter I have also included a little information about "Working with Lehman Brother' Private Investment Management Group" and our team in particular. In this presentation material we have included a list of several clients who have agreed to serve as references. While this information is being released with their acknowledgement I ask that it is held in confidence. You should feel free to reach out to any of these individuals but before doing so, I ask that you let me know of your intentions so that I might alert them of your call. I will attempt to follow up with you next week to address any questions you might have. In the meantime feel free to give me a call for any reason.

I look forward to speaking with you soon.

Sincerely,

# LEHMAN BROTHERS

*Where vision gets built.*

## Proposed Tax-Exempt Investment Portfolio $400mm

### Rates as of 6/1/2007

| Quantity | Issuer | Rating | Maturity | Coupon | After Tax Yield |
|---|---|---|---|---|---|
| $20,000,000 | Chicago Water Authority | Aaa /AAA | 7 Days | 3.80% | 3.58% |
| $20,000,000 | Waco Texas Education | Aaa/ AAA | 7 Days | 3.80% | 3.58% |
| $20,000,000 | Detroit Michigan Water | Aaa/ AAA | 7 Days | 3.80% | 3.58% |
| $20,000,000 | Colorado Housing | Aaa /AAA | 7 Days | 3.80% | 3.58% |
| $20,000,000 | University of North Florida | Aa3 / AA- | 7 Days | 3.86% | 3.63% |
| $20,000,000 | NJ Housing Authority | Aa2 / AA | 7 Days | 3.80% | 3.80% |
| $20,000,000 | Virginia Port Authority | Aa3 / AA | 7 Days | 3.87% | 3.64% |
| $20,000,000 | Chicago Education | A2 / A+ | 7 Days | 3.90% | 3.67% |
| $20,000,000 | Georgetown University | Aaa /AAA | 35 Days | 3.80% | 3.58% |
| $20,000,000 | NJ Transportation Auth. | Aaa/ AAA | 35 Days | 3.75% | 3.75% |
| $20,000,000 | NJ University of Medicine | Aaa/ AAA | 35 Days | 3.60% | 3.60% |
| $20,000,000 | Orlando Hospital | Aa2 / AA | 35 Days | 3.84% | 3.62% |
| $20,000,000 | Tufts University | Aa3 / AA- | 35 Days | 3.85% | 3.63% |
| $20,000,000 | Wesleyan University | Aa3 / AA | 35 Days | 3.85% | 3.63% |
| $20,000,000 | Boston College | Aa3 / AA- | 35 Days | 3.90% | 3.67% |
| $20,000,000 | Georgia Power | A2 / A | 35 Days | 3.95% | 3.72% |
| $20,000,000 | Alabama Utilities | A2 / A | 35 Days | 3.95% | 3.72% |
| $20,000,000 | New York State Energy | Aaa/ AAA | 3 Month | 3.80% | 3.58% |
| $20,000,000 | Texas GO | Aa1 / AA | 3 Month | 3.82% | 3.60% |
| $20,000,000 | California GO | A1 / A+ | 3 Month | 3.82% | 3.60% |
| Averages | | Aa2 / AA Average Credit | 32 Day Average Maturity | 3.84% Average Yield | 3.64% After Tax Yield |

# Sample Investment Policy

## I. PURPOSE:

The purpose of this policy is to establish guidelines to be adhered to in investing the cash. The investment objectives must be met through:

A. Preservation of Principal.

B. Meeting all liquidity requirements.

C. Providing a competitive rate of return.

## II. DEALER QUALIFICATION:

Only investment entities which have total capital in excess of $1 billion and are members of SIPC (Securities Investor Protection Corporation) are authorized. Dealers are to provide safekeeping services and are expected to provide comprehensive month-end reporting.

## III. APPROVED SECURITIES: Approved Securities are limited to the following:

- ◆ Obligations of the US Treasury, obligations issued by US Agencies, and obligations guaranteed by the US Government.

- ◆ Corporate Debt Obligations including but not limited to: Commercial Paper, Corporate Bonds, Medium Term Notes, Eurobonds and Floating Rate Notes. All securities must be issued in US Dollars.

- ◆ Certificates of Deposit, Time Deposits, Bankers Acceptances, Eurodollar Deposits, Money Market Funds, Repurchase agreements.

- ◆ Auction Rate Securities (taxable, tax-free & tax-advantaged) whose liquidity is provided periodically via the Dutch Auction mechanism.

- ◆ Municipal Notes/Bonds, Variable Rate Demand Notes (VRDNs).

LEHMAN BROTHERS                                           1

# Sample Investment Policy

## IV. INVESTMENT CREDIT QUALITY:

All portfolio holdings are subject to the following minimum credit rating by at least one major rating agency:

(Moody's, Standard & Poors, Fitch IBC).

- US Treasuries and Agencies - N/A.
- Corporate Debt - A1/P1 short term, A3/A- long term.
- CDs, BAs, Time Deposits – A3 or A+.
- Municipal Obligations - VMIG-1 or A.
- Auction Rate Securities – A3/A-.

## V. INVESTMENT MATURITIES:

- Maximum final maturity not to exceed 1 year (for Auction Rate Securities, the final maturity corresponds to the next reset date).
- Average life of the portfolio not to exceed 6 months.

## VI. CONCENTRATION LIMITS:

- US Treasuries & Agencies - no limit.
- Money Market Funds - no limit.
- No position in any individual issuer is to exceed 10% of the portfolio.
- No position shall exceed 20% of an outstanding tranche.

_____          _____
**Authorized Individual**                                    Date


2

LEHMAN BROTHERS

# Investment Grade Ratings

| MOODY'S | S&P |
| --- | --- |
| Aaa | AAA |
| Aa1 | AA+ |
| Aa2 | AA |
| Aa3 | AA - |
| A1 | A+ |
| A2 | A |
| A3 | A - |
| Baa1 | BBB+ |
| Baa2 | BBB |
| Baa3 | BBB - |

*Confidential Presentation*



# Table of Contents

I.      Lehman Brothers Cash Management

II.     Lehman Brothers Qualifications

III.    Lehman Brothers Client Reporting Sample Pages

LEHMAN BROTHERS

Lehman Brothers Cash Management

# Cash Management Solutions

**Lehman Brothers' Cash Management Group has a single focus on developing and implementing cash management services for individuals and institutions with the following objectives:**

◆ Capital Preservation

◆ Effective Liquidity Management

◆ Maximized Investment Performance across diversified products in various market environments.

## Benefits Lehman Brothers' clients enjoy

◆ Dedicated team of professionals exclusively focused on providing corporate cash management services

◆ Assessment of investment goals and needs

◆ Development of written investment guidelines

◆ Consideration of tax implications

◆ Development and implementation of customized investment strategies

◆ Customized portfolio reports (FASB 115 compliant) delivered electronically on the first business day of clients' month-end close

◆ Direct access to Lehman Brothers proprietary fixed income products

◆ Industry-leading technology applications allowing online access to account activity and holdings as well as Lehman Brothers' Global Fixed Income and Equity Research

◆ Timely economic updates

◆ NO management fees, wire transfer fees or fees for safekeeping the securities

1

# LEHMAN BROTHERS

# Why Lehman Brothers?

## Reasons to partner with Lehman Brothers, a leading fixed income and investment banking franchise for corporate cash solutions

- ◆ Firm recognition and momentum
  - – Client-driven approach generates unique solutions
  - – Partner with clients to help build their own unique vision and ideas

- ◆ Leading presence in asset management and in particular short-term fixed income asset management
  - – Leading provider of Cash Management solutions
  - – Highly experienced team of over 50 professionals, comprised of regional coverage and institutional asset management teams
  - – Approximately $30 billion in money market assets managed [1]

- ◆ Leading player in fixed income markets
  - – Insight on opportunities across the yield curve and market sectors
  - – Perspective on peer group and new products and services

- ◆ Expertise in corporate cash management products
  - – #1 Global Commercial Paper dealer [2]
  - – Leading Auction Rate Securities dealer (Lehman arranged first ARS deal in 1984)
  - – Top 2 U.S. Federal Agency underwriter [3]

- ◆ Ability to deliver capital to our clients
  - – Top 5 U.S. Corporate bond underwriter [3]
  - – Top 5 U.S. Equity underwriter [4]
  - – Top 5 U.S. Municipal bond underwriter [3]

1. *Represents total money market client assets, as of 9/30/05.*
2. *Lehman Brothers, Bloomberg, CPWare, as of 9/04.*
3. *Thompson Financial, as of 8/1/05.*
4. *SDC, as of 11/19/04.*
*Note: Past performance is not indicative of future results.*

**LEHMAN BROTHERS**

2

# Lehman Brothers Cash Management

## Our Approach to the Investment Process



- ◆ Our approach is based on the following objectives
  - Preservation of principal
  - Strict adherence to investment guidelines
  - Meeting liquidity needs
  - Maximizing return

**LEHMAN BROTHERS**

3

# Lehman Brothers Qualifications

# Lehman Brothers Cash Management Qualifications

## Lehman Brothers provides clients with a broad range of cash management services



**Experienced Team**

- Highly experienced team of over 50 professionals, comprised of regional coverage and institutional asset management teams
- Extensive experience servicing corporate treasury and other cash management clients



**Assets Managed**

- Approximately $30 billion in short-term client assets as of 9/30/05
  - $17 billion of assets managed in institutional asset management accounts (Money Market Funds advisory and Separate Accounts)
  - $13 billion of client assets in corporate cash brokerage accounts



**Institutional Orientation**

- Focus on servicing both individual and corporate cash customers
- Over 400 cash clients
- Extensive institutional fund offering: Lehman Brothers Institutional Liquidity Fund complex (Cash, Prime, Treasury), Lehman Brothers Enhanced Cash Fund complex and other sub-advised funds
- Customized Separate Accounts



**Track Record**

- Taxable fund management team manages top decile ranked prime money fund in gross performance the YTD period ended 9/30/05 [1]
- Municipal fund management team manages several highly-ranked municipal funds, including general municipal and state specific funds



**Leading Fixed Income Franchise**

- #1 Global Commercial Paper dealer
- Leading Auction Rate Securities dealer (Lehman arranged first ARS deal in 1984)
- Top 2 U.S. Federal Agency underwriter



**Customer Service**

- Provide "high touch" institutional service
- Portfolio and holdings report available daily
- Web-based reporting capabilities
- Provide detailed in-person portfolio reviews
- Received unqualified SAS-70 Type II review

1. *Source: iMoneyNet; out of 166 First Tier Institutional AAA-rated peer funds.*

4

**LEHMAN BROTHERS**

# Selected Lehman Brothers Cash Management Clients

ActivCard · Agrium · ANADIGICS · AAPS · American Electric Power · Albany Molecular Research, Inc² · AMERICAN EAGLE OUTFITTERS · AmerisourceBergen · AMERIGROUP CORPORATION

CheckFree · COACH · CONVERSE · ATHEROGENICS, INC. · beverly enterprises · CENTILLIUM COMMUNICATIONS, INC. · CENTURYTEL

EDISON MISSION ENERGY · ENCANA · esi · FANDANGO · Continental Airlines · DIGITAL INSIGHT · DYNEGY



Xtalic · Infospace · INSTINET · INTEGRA LIFESCIENCES · FANDANGO · GLOBALSANTAFE · Greenfield ONLINE · HALLIBURTON

KOHL'S · LAWSON · LSI LOGIC · MARTEL · intersil · JAMDAT MOBILE · KINDER MORGAN

MCDATA · MERCURY INTERACTIVE · OceanSpray · Overstock.com Your Online Outlet! · FedEx · MARMON · MAXIMUS · Max Xam AMERICAN INC.

TE Rent·A·Center · Reynolds & Reynolds. · PETCO · RSA SECURITY · Sprint · PINNACLE ENTERTAINMENT · PinnacleWest CAPITAL CORPORATION · Qwest Spirit of Service

TELA · TKT · Toll Brothers · TriQuint SEMICONDUCTOR · United Defense · United Rentals · STAPLES · SYBASE · TARGET.

Verity · VITESSE · VONAGE

Note: The above listed entities are not affiliates of Lehman Brothers Holdings Inc. or its subsidiaries.

5

## LEHMAN BROTHERS

# Lehman Brothers: Setting the Standard

## Institutional Investor — RESEARCH

| Year | Rank |
|------|------|
| 2005 | No. 1 |
| 2004 | No. 1 |
| 2003 | No. 1 |
| 2002 | No. 1 |
| 2001 | No. 1 |
| 2000 | No. 1 |
| 1999 | No. 3 |
| 1998 | No. 4 |
| 1997 | No. 2 |
| 1996 | No. 1 |
| 1995 | No. 2 |
| 1994 | No. 1 |
| 1993 | No. 1 |
| 1992 | No. 1 |
| 1991 | No. 1 |
| 1990 | No. 1 |



**IFR 2004** INTERNATIONAL FINANCING REVIEW

*"Best U.S. Dollar Bond House"*

*"Best U.S. Securitization House"*

## EuroWeek — Review of the Year 2004

**"Most Innovative Bank"**

## EUROMONEY — 2005 Awards for Excellence

**"Best Investment Bank"**

*"Best Debt House USA"   "Best Debt House in Italy"*

*"Best Debt Credit Derivatives House"*

*"Best Debt House North America"*

*"Best Debt House Netherlands"*

## credit — 2004 Awards

#1 Index Provider

#1 Portfolio Analytics

## GREENWICH ASSOCIATES — 2005 Survey  Focused financial intelligence

No. 1 Overall Quality and Franchise Strength
No. 1 Overall U.S. Market Share
No. 1 Overall Research Quality
No. 1 Overall Trading Quality
No. 1 Overall Sales Quality
No. 1 Market Penetration
No. 1 Electronic Trading

## LEHMAN BROTHERS

1ˢᵗ Comprehensive Series of China   Xinhua Finance Network
Bond Indices – 2004

## Institutional Investor — 2004 Survey

#1 Overall U.S. Trading   #1 in '03

#1 Overall U.S. Sales Team

#1 European Index Provider   #2 in '03

## 2005 Greenwich Associates / Global Custodian Prime Brokerage Survey

**#1 Best In Class Awards**

#1 Securities Lending
#1 Capital Introduction
#1 Technology
#1 Operations*
#1 Multi-Strategy Funds*
#1 Single Strategy Funds
#1 International Funds
#1 Fund Size $100MM-$1Bn*

\* Denotes a tie for first place. Note: Past performance is not indicative of future results.

6

## LEHMAN BROTHERS

# Preeminent Fixed Income Research

## Our Research capability sets us apart, ranked first for six consecutive years and in twelve of the last sixteen years

### Institutional Investor Overall Firm Rankings

| Rank | Firm | Total Positions 2005 | First Team Positions 2005 | First Team Positions 2004 |
|------|------|------|------|------|
| 1 | **Lehman Brothers** | **43** | **13** | **14** |
| 2 | J.P. Morgan | 38 | 9 | 9 |
| 3 | CSFB | 28 | 11 | 7 |
| 4 | UBS | 21 | 9 | 8 |
| 5 | Bear Stearns & Co. | 20 | 7 | 7 |
| 6 | Merrill Lynch | 19 | 0 | 2 |
| 7 | Banc of America | 17 | 4 | 4 |
| 7 | Citigroup | 17 | 2 | 2 |
| 9 | Deutsche Bank | 10 | 3 | 2 |
| 10 | Morgan Stanley | 9 | 2 | 2 |

| *Year* | *Lehman Rank* |
|--------|---------------|
| 2005 | No. 1 |
| 2004 | No. 1 |
| 2003 | No. 1 |
| 2002 | No. 1 |
| 2001 | No. 1 |
| 2000 | No. 1 |
| 1999 | No. 3 |
| 1998 | No. 4 |
| 1997 | No. 2 |
| 1996 | No. 1 |
| 1995 | No. 2 |
| 1994 | No. 1 |
| 1993 | No. 1 |
| 1992 | No. 1 |
| 1991 | No. 1 |
| 1990 | No. 1 |

### Lehman 2005 First Place Positions

*Institutional Investor* All-America Fixed-Income Research Team

**Macro**
| | |
|---|---|
| Bond Market Indexes | Nicholas Gendron |
| Federal Agency Debt Strategy | Priya Misra |
| General Strategy | Jack Malvey |
| Investment-Grade Strategy | Joan Genirs |
| Municipals Strategy | Peter DeGroot |

**Investment Grade**
| | |
|---|---|
| Insurance | Thomas Walsh |
| Media & Entertainment | Scott Shiffman |
| Telecommunications Services | Scott Shiffman |

**High Yield**
| | |
|---|---|
| Energy | Erik Dybesland |
| Food & Beverages | Reza Vahabzadeh |
| Technology | Jeff Harlib |

**ABS / MBS**
| | |
|---|---|
| ABS Other | David Heike |
| MBS/Adjustable-Rate Mortgages | Vikas Shilpiekandula |

*Note: Past performance is not indicative of future results*

## LEHMAN BROTHERS

7

# Leadership Breadth Across the Platform

## We hold top-tier market positions across major asset classes

### 8/1/2005 League Table Summary – Excluding Self-Funding [1]

| GLOBAL DEBT | Proc + OvrAlt. | Mkt sh |
|---|---|---|
| 1 Citigroup | 303.3 | 8.7 |
| 2 Deutsche Bank AG | 232.9 | 6.7 |
| | | |
| 4 Morgan Stanley | 216.2 | 6.2 |
| 5 JP Morgan | 208.3 | 6.0 |

| US INVESTMENT GRADE CORPORATES (LONG TERM) | Proc + OvrAlt. | Mkt sh |
|---|---|---|
| 1 Citigroup | 63.3 | 16.0 |
| 2 JP Morgan | 42.2 | 10.6 |
| 3 Goldman Sachs & Co | 41.3 | 10.4 |
| 4 Banc of America Securities LLC | 34.1 | 8.6 |
| | | |

| US FEDERAL CREDIT AGENCIES (LONG TERM) | Proc + OvrAlt. | Mkt sh |
|---|---|---|
| 1 Citigroup | 26.1 | 13.0 |
| | | |
| 3 Deutsche Bank AG | 18.2 | 9.1 |
| 4 Merrill Lynch & Co Inc | 17.4 | 8.7 |
| 5 JP Morgan | 17.0 | 8.5 |

| US ASSET BACKED DEBT (incl. ABS/HB/CDOs) | Proc + OvrAlt. | Mkt sh |
|---|---|---|
| | | |
| 2 Citigroup | 53.0 | 8.6 |
| 3 Merrill Lynch & Co Inc | 49.4 | 8.1 |
| 4 Morgan Stanley | 45.4 | 7.4 |
| 5 Deutsche Bank AG | 44.7 | 7.3 |

| US ISSUERS: € & £ DENOMINATED ISSUANCE | Proc + OvrAlt. | Mkt sh |
|---|---|---|
| | | |
| 2 JP Morgan | 3.8 | 10.4 |
| 3 Citigroup | 3.1 | 8.3 |
| 4 Barclays Capital | 2.9 | 7.8 |
| 5 Merrill Lynch & Co Inc | 2.6 | 7.2 |

| US MORTGAGE BACKED DEBT | Proc + OvrAlt. | Mkt sh |
|---|---|---|
| 1 Bear Stearns & Co Inc | 58.5 | 12.5 |
| 2 UBS | 49.5 | 10.6 |
| | | |
| 4 Royal Bank of Scotland Group | 45.8 | 9.8 |
| 5 Banc of America Securities LLC | 37.7 | 8.0 |

| EUROPEAN SECURITIZATIONS (incl. CDOs) | Proc + OvrAlt. | Mkt sh |
|---|---|---|
| 1 Morgan Stanley | 17.9 | 9.3 |
| 2 Barclays Capital | 13.4 | 7.0 |
| 3 Citigroup | 13.0 | 6.8 |
| | | |
| 5 ABN AMRO | 11.9 | 6.2 |

| US PREFERRED STOCK | Proc + OvrAlt. | Mkt sh |
|---|---|---|
| | | |
| 2 Goldman Sachs & Co | 1.7 | 10.2 |
| 3 JP Morgan | 1.6 | 9.6 |
| 4 Merrill Lynch & Co Inc | 1.5 | 9.1 |
| 5 Banc of America Securities LLC | 1.4 | 8.1 |

| MUNICIPAL DEBT (Negotiated & Competitive) | Proc + OvrAlt. | Mkt sh |
|---|---|---|
| 1 Citigroup | 40.6 | 15.4 |
| 2 UBS | 30.8 | 11.7 |
| 3 Merrill Lynch & Co Inc | 17.6 | 6.7 |
| | | |
| 5 Bear Stearns & Co Inc | 15.3 | 5.8 |

1. *Long term denotes 18 months and longer. Full credit to book, equal if joint. Includes public and 144a securities. International Bonds excludes pl(and)ing) and self-led issues.*
*Source: Thomson Financial Inc, for all tables except for European Securitizations and Western Europe $ Denominated (sourced from Bondware)*
*Note: Proc + OvrAlt. is an abbreviation for Proceeds + Over Allotment and is denominated in Billions of Dollars. Note: Past performance is not indicative of future results.*

8

LEHMAN BROTHERS

# Leading Commercial Paper Franchise

## 2004 Greenwich Associates Survey

◆ Lehman Brothers is considered a top dealer among investors as evidenced by Lehman Brothers' performance in the Greenwich Survey



| Category | Informed of the Market Share (100%) | Use Research to Add Value | Useful Direct Access to Traders | Most Competitive Dealer | Buyers Structuring Asset Backed Commercial Paper |
|---|---|---|---|---|---|
| Ranking |  | | | | |
| What This Means | Lehman Brothers dominant market presence will provides issuers with the broadest view of the commercial paper market. Lehman Brothers diverse and prominent issuer base allows Lehman Brothers traders insight into market dynamics affecting all segments of the market. This knowledge is transferred to issuers in the most accurate pricing available | Lehman Brothers integrated approach of using Fixed Income Research Analysts to market commercial paper programs provides investors with accurate, insightful, and timely information. | Lehman Brothers traders are in constant dialogue with the investor community. This relationship allows Lehman Brothers traders to convey accurate and timely information issuers on investor demand and behaviour | Lehman Brothers provides the most aggressive markets for its issuers. Lehman Brothers provides issuers with the optimal liquidity available in the market. | Lehman Brothers is the #1 dealer for the fastest growing segment of the market. Lehman Brothers is on the cutting edge of providing financing solutions for both our Asset-Backed Commercial Paper clients as well as our corporate issuers |

LEHMAN BROTHERS

# A leader for Global Commercial Paper Programs

## Lehman Brothers is the #1 ranked Global Commercial Paper dealer [1]

| Global Ranking Based on Issuance Outstanding | | | Global Ranking Based on Number of Programs | | |
|---|---|---|---|---|---|
| | Firm | Outstanding [2] | | Firm | Programmes |
| 1 | Lehman Brothers | | 1 | Goldman Sachs | 856 |
| 2 | Goldman Sachs | 212 | 2 | Lehman Brothers | |
| 3 | Merrill Lynch | 186 | 3 | Citibank/ Salomon Smith Barney | 803 |
| 4 | JP Morgan Chase | 152 | 4 | Merrill Lynch | 695 |
| 5 | Salomon Smith Barney | 89 | 5 | JP Morgan Securities | 500 |
| 6 | Morgan Stanley Dean Witter | 81 | 6 | Deutsche Bank AG | 456 |
| 7 | Credit Suisse First Boston | 71 | 7 | UBS | 394 |
| 8 | Bank of America Securities | 70 | 8 | Bank of America Securities | 385 |
| 9 | Deutsche Bank AG | 59 | 9 | Credit Suisse First Boston | 327 |
| 10 | Bank One Capital Markets, Inc. | 57 | 10 | Morgan Stanley Dean Witter | 309 |
| 11 | UBS | 30 | 11 | Barclays Capital | 306 |

1.  Source: Lehman Brothers, Bloomberg, CPWare, September 2004
2.  USD in billion

10

LEHMAN BROTHERS

# Lehman Brothers Client Reporting Sample Pages

# Portfolio Reporting

◆ Comprehensive report delivered on the 1st business day following your monthly close which includes [1]

- Cash Account Activity and Earnings Summary
- Investment Classification (Taxable, Tax-free, DRD etc.)
- Amortization Schedule (Premiums and Discounts)
- Maturity Schedule (0–90 days, 90–180 days, over 180 days etc.)
- Accrued Interest Summary (including pre-paid interest)
- Breakdown of current period dividend/interest income
- Positions are marked-to-market daily by two independent pricing agencies

◆ Electronic confirmations generated for each transaction
◆ Well-versed reporting specialists to answer questions
◆ Online access to account activity and holdings

## Custodian Services

◆ Free safekeeping of securities
◆ Easily accessible account balance information
◆ Collection, reporting and distribution of interest and dividend income

## Research

◆ Access to Lehman Brothers' proprietary fixed income and equity research, market indices etc.

[1] Please note that the report could be customized to incorporate any additional accounting information you might need.

# LEHMAN BROTHERS

11

Lehman Brothers

## Portfolio Summary - Settled Trades
### Security Type
*August 27, 2005 - September 26, 2005*
*30 Days in the Period*

| Tax Category / Security Type | Total Cost | Book Value | Market Value | Accrued Interest | Earned Interest | Interest Received | Amortization/ Accretion | Unrealized Gain/Loss | Avg WAM | Avg YTM | Pct Assets |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash** | | | | | | | | | | | |
| CASH AND SWEEP FUNDS | 770,939.10 | 770,939.10 | 770,939.10 | 5,297.91 | 10,731.83 | 5,433.92 | 0.00 | 0.00 | 1 | 2.468 | 0.4 |
| **Totals Cash** | 770,939.10 | 770,939.10 | 770,939.10 | 5,297.91 | 10,731.83 | 5,433.92 | 0.00 | 0.00 | 1 | 2.468 | 0.4 |
| **Taxable Securities** | | | | | | | | | | | |
| AUCTION RATE SECURITIES - TAXABLE | 6,025,000.00 | 6,025,000.00 | 6,025,000.00 | 55,731.25 | 22,593.75 | 0.00 | 0.00 | 0.00 | 1,018 | 4.500 | 3.5 |
| **Totals Taxable Securities** | 6,025,000.00 | 6,025,000.00 | 6,025,000.00 | 55,731.25 | 22,593.75 | 0.00 | 0.00 | 0.00 | 1,018 | 4.500 | 3.5 |
| **Tax-Exempt Securities** | | | | | | | | | | | |
| AUCTION RATE SECURITIES - TAX EXEMPT | 94,921,295.00 | 94,950,000.00 | 94,950,000.00 | 319,037.35 | 122,784.73 | 108,402.91 | 0.00 | 0.00 | 32 | 2.562 | 54.4 |
| **Totals Tax-Exempt Securities** | 94,921,295.00 | 94,950,000.00 | 94,950,000.00 | 319,037.35 | 123,784.73 | 108,402.91 | 0.00 | 0.00 | 32 | 2.562 | 54.4 |
| **Tax-Advantaged Securities** | | | | | | | | | | | |
| AUCTION RATE SECURITIES - TAX ADVANTAGED | 72,700,000.00 | 72,700,000.00 | 72,700,000.00 | 220,806.02 | 182,731.94 | 102,986.72 | 0.00 | 0.00 | 44 | 3.018 | 41.7 |
| **Totals Tax-Advantaged Securities** | 72,700,000.00 | 72,700,000.00 | 72,700,000.00 | 220,806.02 | 182,731.94 | 102,986.72 | 0.00 | 0.00 | 44 | 3.018 | 41.7 |
| **Grand Total** | 174,417,234.10 | 174,445,939.10 | 174,445,939.10 | 600,872.53 | 339,842.25 | 216,823.55 | 0.00 | 0.00 | | | 100.0 |

Realized Gain/Loss      0.00
Weighted Average YTM      2.819
Weighted Average Tax-Equivalent YTM      4.050
Weighted Average Maturity (Days)      71
Total Portfolio Value      175,046,811.63

1

12

## LEHMAN BROTHERS

Lehman Brothers
## INTEREST ACCRUALS

*From 08-27-05 To 09-26-05*

| Security Symbol | Description | Beginning Accrued Interest | Purchased Interest | Sold Interest | Interest Received | Earned Interest | Ending Accrued Interest | Amortization/ Accretion |
|---|---|---|---|---|---|---|---|---|
| **AUCTION RATE SECURITIES - TAX EXEMPT** | | | | | | | | |
| 882716n08000 | Texas State Gto Savrs-Ser B-1 | 38,288.89 | 0.00 | 0.00 | 0.00 | 18,266.67 | 106,555.56 | 0.00 |
| 196473050060 | Colorado Hlth Fac Auth Anth Sav | 0.00 | 0.00 | 0.00 | 0.00 | 585.00 | 585.00 | 0.00 |
| 25483Ym01060 | District Columbia Rev Savrs Rf | 6,027.40 | 0.00 | 0.00 | -19,178.08 | 16,569.86 | 3,419.18 | 0.00 |
| 520453q00060 | Lawuacheburg Ind Pollutn Ctl R | 9,400.00 | 0.00 | 0.00 | -18,277.78 | 15,811.11 | 6,933.33 | 0.00 |
| 45200Ea03000 | Illinois Hlth Fac Au Rv Savr R | 2,147.95 | 0.00 | 0.00 | 0.00 | 16,109.58 | 18,257.53 | 0.00 |
| 79765m07060 | San Francisco Calif City & Rev | 0.00 | 33,133.33 | 0.00 | 0.00 | -17,266.66 | 15,866.67 | 0.00 |
| 64984SL9060 | New York State Energy Res & De | 15,831.11 | 0.00 | 0.00 | 0.00 | 18,266.67 | 34,097.78 | 0.00 |
| 12134Jd3000 | Butte Cnty Ca Dev Auth Pollutn | 11,333.33 | 0.00 | 0.00 | -19,833.33 | 17,066.67 | 8,565.67 | 0.00 |
| 575831673060 | Massachusetts St Dev Fin Agy R | 12,020.55 | 0.00 | 0.00 | 0.00 | 8,013.70 | 20,034.25 | 0.00 |
| 92428c024060 | Vermont Student Assistance Co | 0.00 | 49,687.67 | 0.00 | 0.00 | 9,863.01 | 59,550.68 | 0.00 |
| 13023ehm4060 | California Hsg Fin Agy Rev Savr | 11,387.67 | 0.00 | 0.00 | -19,910.96 | 14,234.58 | 25,622.25 | 0.00 |
| 575835jg7060 | Massachusetts St Hltln & Edl | 14,601.37 | 0.00 | 0.00 | -18,055.56 | 8,860.27 | 3,550.68 | 0.00 |
| 677525cgn060 | Ohio St Air Quality Dev Auth A | 9,800.00 | 0.00 | 0.00 | -18,055.56 | 16,420.00 | 7,164.44 | 0.00 |
| 64123c309000 | Newberger Berman Calif Iner M | 34,775.00 | 0.00 | 0.00 | -2,470.40 | -32,304.60 | 0.00 | 0.00 |
| 64124p309000 | Newberger Berman Inter Fd Inc | 6,221.25 | 0.00 | 0.00 | -9,076.80 | 12,288.88 | 8,333.33 | 0.00 |
| | | 221,834.52 | 82,821.00 | 0.00 | -108,402.91 | 132,784.74 | 319,037.35 | 0.00 |
| **AUCTION RATE SECURITIES - TAXABLE** | | | | | | | | |
| 83413qap4060 | County Of Solano N/a 7/9/2008 | 33,137.50 | 0.00 | 0.00 | 0.00 | 22,593.75 | 55,731.25 | 0.00 |
| | | 33,137.50 | 0.00 | 0.00 | 0.00 | 22,593.75 | 55,731.25 | 0.00 |
| **AUCTION RATE SECURITIES - TAX ADVANTAGED** | | | | | | | | |
| 50211a105000 | Brcom Project Investment Corp | 9,333.33 | 0.00 | 0.00 | -19,055.50 | 11,701.34 | 1,979.17 | 0.00 |
| 338480205000 | Preferred Income Pfd Fd Inc Ko | 1,860.00 | 0.00 | 0.00 | 0.00 | 18,600.00 | 20,460.00 | 0.00 |
| 33892020000 | Fleet Funding Corp Money Mkt Fu | 30,341.11 | 0.00 | 0.00 | -31,632.16 | 19,366.61 | 18,075.56 | 0.00 |
| 36157w823000 | Ge Capital Preferred Asset Cor | 3,333.33 | 0.00 | 0.00 | 0.00 | 20,000.00 | 23,333.33 | 0.00 |
| 369522782000 | General Electric Capital Corp | 11,160.00 | 0.00 | 0.00 | 0.00 | 18,600.00 | 29,760.00 | 0.00 |
| 41013c04000 | John Hancock Patriot Premium D | 23,128.50 | 0.00 | 0.00 | -25,184.48 | 15,954.42 | 13,898.44 | 0.00 |
| 41013c201000 | John Hancock Patriot Select Di | 6,942.22 | 0.00 | 0.00 | 0.00 | 18,933.34 | 25,875.56 | 0.00 |
| 52517y185000 | Lehman Bros Inc Cust Rgrs Bk | 8,350.00 | 0.00 | 0.00 | 0.00 | 13,916.67 | 22,266.67 | 0.00 |
| 52517y359000 | Lehman Bros Inc Cust Rgrs Bk | 19,519.17 | 0.00 | 0.00 | 0.00 | 9,925.00 | 29,444.17 | 0.00 |
| 52517y924000 | Lehman Bros Inc Cust Rgrs Bk | 401.11 | 0.00 | 0.00 | 0.00 | 6,016.67 | 6,417.78 | 0.00 |
| 52518p397000 | Lehman Bros Inc Cust Rgrs Pfd | 24,345.83 | 0.00 | 0.00 | -27,114.58 | 8,256.23 | 5,687.50 | 0.00 |

1

13

# LEHMAN BROTHERS

Lehman Brothers

## Current Portfolio - Settled Trades
### Categorized By Holding Period
### All Positions
August 27, 2005 - September 26, 2005
30 Days in the Period

| Security<br>Cusip    S&P    Moody | Quantity | Settle Date / Maturity Date / Interest From | Coupon Rate / YTM | HP DR | Total Cost / Premium Paid | Interest Paid In Period / Outstanding | Accrued Interest | Earned Interest | Interest Received | Amort/Accr Accum. Amort/Accr | Book Value / Market Value | Unrealized Gain/Loss | Pct. Assets |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Multiple Lots in Position* | | | | | | | | | | | | | |
| General Electric Capital Corp Variable Pfd Stk Ser Q | | | | | | | | | | | | | |
| 2.790 Due <Perpetual> | 3,000,000 | 12/10/04 09/28/05 | 2.790 | 49 | 3,000,000.00 | 0.00 | 11,160.00 | 6,975.00 | 0.00 | 0.00 | 3,000,000.00 | 0.00 | 1.72 |
| 369622782  AA      Aa2 | | 08/31/05 | 2.790 | 2 | 0.00 | 0.00 | | | | 0.00 | 3,000,000.00 | | |
| General Electric Capital Corp Variable Pfd Stk Ser Q | | | | | | | | | | | | | |
| 2.790 Due <Perpetual> | 2,000,000 | 01/26/05 09/28/05 | 2.790 | 49 | 2,000,000.00 | 0.00 | 7,440.00 | 4,650.00 | 0.00 | 0.00 | 2,000,000.00 | 0.00 | 1.15 |
| 369622782  AA      Aa2 | | 08/31/05 | 2.790 | 2 | 0.00 | 0.00 | | | | 0.00 | 2,000,000.00 | | |
| General Electric Capital Corp Variable Pfd Stk Ser Q | | | | | | | | | | | | | |
| 2.790 Due <Perpetual> | 3,000,000 | 06/22/05 09/28/05 | 2.790 | 49 | 3,000,000.00 | 0.00 | 11,160.00 | 6,975.00 | 0.00 | 0.00 | 3,000,000.00 | 0.00 | 1.72 |
| 369622782  AA      Aa2 | | 08/31/05 | 2.790 | 2 | 0.00 | 0.00 | | | | 0.00 | 3,000,000.00 | | |
| *Subtotal Position* | 8,000,000 | | | | 8,000,000.00 | 0.00 | 29,760.00 | 18,600.00 | 0.00 | 0.00 | 8,000,000.00 | 0.00 | 4.59 |
| | | | | | 0.00 | 0.00 | | | | 0.00 | 8,000,000.00 | | |
| *Multiple Lots in Position* | | | | | | | | | | | | | |
| Texas State Glo Sxvrs-Ser B-1 & B-2 | | | | | | | | | | | | | |
| 2.740 Due 09-30-11 | 2,000,000 | 04/08/04 10/04/05 | 2.740 | 182 | 2,000,000.00 | 0.00 | 26,638.89 | 4,566.67 | 0.00 | 0.00 | 2,000,000.00 | 0.00 | 1.15 |
| 882715vx8  AA      Aa1 | | 04/05/05 | 2.740 | 8 | 0.00 | 0.00 | | | | 0.00 | 2,000,000.00 | | |
| Texas State Glo Sxvrs-Ser B-1 & B-2 | | | | | | | | | | | | | |
| 2.740 Due 09-30-11 | 2,000,000 | 10/05/04 10/04/05 | 2.740 | 182 | 2,000,000.00 | 0.00 | 26,638.89 | 4,566.67 | 0.00 | 0.00 | 2,000,000.00 | 0.00 | 1.15 |
| 882715vx8  AA      Aa1 | | 04/05/05 | 2.740 | 8 | 0.00 | 0.00 | | | | 0.00 | 2,000,000.00 | | |
| Texas State Glo Sxvrs-Ser B-1 & B-2 | | | | | | | | | | | | | |
| 2.740 Due 09-30-11 | 4,000,000 | 04/05/05 10/04/05 | 2.740 | 182 | 4,000,000.00 | 0.00 | 53,277.78 | 9,133.34 | 0.00 | 0.00 | 4,000,000.00 | 0.00 | 2.29 |
| 882715vx8  AA      Aa1 | | 04/05/05 | 2.740 | 8 | 0.00 | 0.00 | | | | 0.00 | 4,000,000.00 | | |
| *Subtotal Position* | 8,000,000 | | | | 8,000,000.00 | 0.00 | 106,555.56 | 18,266.68 | 0.00 | 0.00 | 8,000,000.00 | 0.00 | 4.59 |
| | | | | | 0.00 | 0.00 | | | | 0.00 | 8,000,000.00 | | |

2

14

# LEHMAN BROTHERS

Lehman Brothers

## Current Portfolio - Settled Trades
### Categorized By Holding Period
### All Positions
August 27, 2005 - September 26, 2005
30 Days in the Period

| Security Cusip / S&P / Moody | Quantity | Settle/Maturity Date / Interest From | Coupon Rate HP / DR | Coupon YTM | Total Cost / Premium Paid | Interest Paid In Period / Outstanding | Accrued Interest | Earned Interest | Interest Received | Interest Amort/Accrt / Accum Amort/Accrt | Book Value / Market Value | Unrealized Gain/Loss | Pct. Assets |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ge Capital Preferred Asset Money Market Ser M | | | | | | | | | | | | | |
| 3.000 Due <Perpetual> | 3,000,000 | 03/29/05 10/10/05 | 48 3.000 | 1.950 | 3,000,000.00 | 0.00 | 9,750.00 | 7,500.00 | 0.00 | 0.00 | 3,000,000.00 | 0.00 | 1.72 |
| 36157w823 AA    Aa3 | | 08/23/05 | 14 3.000 | | 0.00 | 0.00 | | | | 0.00 | 3,000,000.00 | | |
| *Subtotal Position* | *3,000,000* | | | | *8,000,000.00* | *0.00* | *23,333.33* | *20,000.00* | *0.00* | *0.00* | *8,000,000.00* | *0.00* | *4.59* |
| | | | | | | *0.00* | | | | *0.00* | *8,000,000.00* | | |
| Vermont Student Assistance Corp Ed Ln Rev Var-Savis-Sr- Ser U | | | | | | | | | | | | | |
| 2.500 Due 12-15-34 | 8,000,000 | 09/09/05 10/12/05 | 33 2.500 | 1.950 | 8,000,000.00 -49,687.67 | -49,687.67 | 59,550.68 | 9,863.01 | 0.00 | 0.00 | 8,000,000.00 | 0.00 | 4.59 |
| 9242k364    N.r. | | 09/15/05 | 16 2.500 | | 0.00 | 0.00 | | | | 0.00 | 8,000,000.00 | | |
| *Multiple Lots in Position* | | | | | | | | | | | | | |
| Massachusetts St Dev Fin Agy Rev Savis-Bentley College | | | | | | | | | | | | | |
| 1.950 Due 07-01-33 | 4,100,000 | 10/26/05 10/13/05 | 364 1.950 | 1.950 | 4,100,000.00 | 0.00 | 16,428.08 | 6,571.23 | 0.00 | 0.00 | 4,100,000.00 | 0.00 | 2.35 |
| 57581k673  AAA    Aaa | | 07/14/05 | 17 1.950 | | 0.00 | 0.00 | | | | 0.00 | 4,100,000.00 | | |
| Massachusetts St Dev Fin Agy Rev Savis-Bentley College | | | | | | | | | | | | | |
| 1.950 Due 07-01-33 | 900,000 | 10/14/04 10/13/05 | 364 1.950 | 1.950 | 900,000.00 | 0.00 | 3,606.16 | 1,442.46 | 0.00 | 0.00 | 900,000.00 | 0.00 | 0.52 |
| 57581k673  AAA    Aaa | | 07/14/05 | 17 1.950 | | 0.00 | 0.00 | | | | 0.00 | 900,000.00 | | |
| *Subtotal Position* | *5,000,000* | | | | *5,000,000.00* | *0.00* | *20,034.24* | *8,013.69* | *0.00* | *0.00* | *5,000,000.00* | *0.00* | *2.87* |
| | | | | | | *0.00* | | | | *0.00* | *5,000,000.00* | | |
| *Multiple Lots in Position* | | | | | | | | | | | | | |
| Preferred Income Pfd Fd Inc Money Mkt Pfd Stk | | | | | | | | | | | | | |
| 2.790 Due <Perpetual> | 5,000,000 | 12/23/04 10/13/05 | 49 2.790 | 1.950 | 5,000,000.00 | 0.00 | 12,787.50 | 11,625.00 | 0.00 | 0.00 | 5,000,000.00 | 0.00 | 2.87 |
| 33349j0105  N.R.    Aa1 | | 08/23/05 | 17 2.790 | | 0.00 | 0.00 | | | | 0.00 | 5,000,000.00 | | |

4

15

# LEHMAN BROTHERS

# Cash Management

Income from municipal securities may be subject to state and local income taxes and to the Alternative Minimum Tax (AMT). This information does not constitute tax advice. Neither Lehman Brothers nor its employees render tax or legal advice. Investors should consult their own tax advisor or attorney with regard to their personal tax situation. Call features may exist which could affect yield; complete information will be provided upon request. Municipal securities offerings are subject to changes in price and or availability. For more information regarding a specific municipal security, please consult the Official Statement.

Portfolios that invest in very short-term securities provide taxable or tax-advantaged current income, pose little risk to principal and offer the ability to convert the investment into cash quickly. These investments may result in a lower yield than would be available from investments with a lower quality or longer term.

Treasury securities are backed by the full faith and credit of the United States Government as to the timely payment and principal and interest. A bond's value may fluctuate based on interest rates, market conditions, credit quality and other factors. You may have a gain or loss if you sell your bonds prior to majority. Of course, bonds are subject to the credit risk of the issuer.

CDs are FDIC insured as to principal and interest, and offer a fixed rate of return, while the return and principal value of other investments will fluctuate.

This document is for information purposes only and it should not be regarded as an offer to sell or as a solicitation of an offer to buy the securities or other instruments mentioned in it. No part of this document may be reproduced in any manner without the written permission of Lehman Brothers Inc. Information in this document has been obtained from various sources; we do not represent that this information is accurate or complete and it should not be relied upon as such. Opinions expressed herein are subject to change without notice. The products mentioned in this document may not be eligible for sale in some states or countries, nor suitable for all types of investors; their value and the income they produce may fluctuate and/or be adversely affected by exchange rates, interest rates, or other factors. Performance numbers are calculated using a time-weighted rate of return. The performance figures presented are net of investment manager fees. Additional information will be provided upon request.

Lehman Brothers Inc. and/or its affiliated companies may make a market or deal as principal in the securities mentioned in this document or in options or other derivatives based thereon. In addition, Lehman Brothers Inc., its affiliated companies, shareholders, directors, officers and/or employees, including persons involved in preparation or issuance of this material, may from time to time have long or short positions in such securities or in options, futures, or other derivative instruments based thereon. One or more directors, officers, and/or employees of Lehman Brothers Inc. or its affiliated companies may be a director of the issuer of the securities mentioned in this document. Lehman Brothers Inc. or its affiliated companies may have managed or comanaged a public offering of securities for any issuer mentioned in this document within the last three years. © 2006 Lehman Brothers Inc. All rights reserved. Member SIPC.

16

**LEHMAN BROTHERS**

## Rate Sheet

| | 1 Month | 3 Month | 6 Month | 1 Year |
|---|---|---|---|---|
| | Pre-Tax / After-Tax | Pre-Tax / After-Tax | Pre-Tax / After-Tax | Pre-Tax / After-Tax |
| Instl Prime Obligations Fd | 5.18 / 3.07 | 5.18 / 3.07 | | |
| Tax Free Money Market | 3.61 / 3.40 | 3.61 / 3.40 | | |
| | | | | |
| Taxable SAVR (35 Day - 3 Month) | 5.20 / 3.08 | 5.23 / 3.09 | 5.23 / 3.09 | 5.23 / 3.09 |
| Tax Exempt VRDN (35 Day - 3 Month) | 3.80 / 3.56 | 3.82 / 3.60 | 3.80 / 3.60 | 3.80 / 3.60 |
| | | | | |
| US Treasuries | 4.79 / 3.11 | 4.78 / 3.11 | 4.97 / 3.23 | 5.07 / 3.30 |
| US Gov't Agency Bullet | 5.29 / 3.44 | 5.35 / 3.48 | 5.33 / 3.46 | 5.30 / 3.45 |
| US Gov't Agency (NC 3mo) | -- | -- | 5.50 / 3.58 | 5.30 / 3.45 |
| AAA Corporates | -- | 5.40 / 3.20 | 5.40 / 3.20 | 5.35 / 3.17 |
| | | | | |
| GM Municipals (<1yr =vrdn/1 yr = GM) | | 3.82 / 3.60 | 3.82 / 3.60 | 3.65 / 3.65 |

After-tax yields assume Federal tax of 35% and 8.97% New Jersey state tax.

12/18/2007

| | 1 Month | 6 Month | 1 Year | 2 Year | 5 Year |
|---|---|---|---|---|---|
| | Pre-Tax / After-Tax | Pre-Tax / After-Tax | Pre-Tax / After-Tax | Pre-Tax / After-Tax | Pre-Tax / After-Tax |
| NY Muni Money Fd | 2.62 / 2.62 | | | | |
| Treasury Obligations Fd | 4.32 / 3.11 | – | – | – | – |
| Prime Obligations Fd | 4.43 / 2.65 | | | | |
| Tax Exempt SAVR (7Day) | 3.05 / 3.05 | | | | |
| Tax Exempt SAVR (35 Day) | 3.10 / 3.10 | – | – | – | – |
| US Treasuries | 4.40 / 3.17 | 4.68 / 3.37 | 4.85 / 3.35 | 4.60 / 3.31 | 4.53 / 3.26 |
| US Gov't Agencies (NC 3mo) | 4.39 / 3.16 | 4.65 / 3.35 | 4.75 / 3.42 | 4.85 / 3.49 | 4.90 / 3.53 |
| AAA Corporates | -- | 4.90 / 2.93 | 4.90 / 2.93 | 4.92 / 2.94 | 4.98 / 2.98 |
| NYC Municipals | | | 3.25 / 3.25 | 3.30 / 3.30 | 3.45 / 3.45 |
| Municipals GM | – | – | 3.30 / 3.04 | 3.36 / 3.09 | 3.54 / 3.26 |

After-tax yields assume combined NYC and AMT tax rate of 40.15%

# Our Team and Our Values

## Who We Are

Our team is comprised of 10 individuals; 6 professionals, 2 analysts and 2 assistants. The three senior partners each have over twenty years of experience in the business. The clients that we work with say that we bring to them an unparalleled level of wealth management expertise and service when addressing their needs.

## Underlying principles of what we do

- We are relationship-oriented, not transaction-oriented. We look at all interactions as setting the foundation for a longer-term relationship.
- Clients and their advisors expect communication, expertise and confidentiality and we deliver on their expectations.
- Our focus is on the big picture, and we are also detailed oriented. We take ownership of a client's issues and accountability is at the team level.

## Our approach to working with clients

Our approach is simple. We partner with our clients and their advisors and put them at the center of everything we do. We provide them with our best intellectual capital by maximizing all of the resources of the firm to help them achieve their objectives. We are relentless about advice, execution and service.

LEHMAN BROTHERS

1

**Wealth Advice**

# Our Approach to Wealth Management Advice

**Wealth Advice**

**Our team, including our legal and accounting professionals, work with you and your advisors, through a tailored process, to develop a plan to manage your risk and help preserve and enhance your wealth**



**Wealth Management Needs Analysis**

- Understand financial goals and objectives
- Understand wealth transfer needs
- Understand personal goals, including family situations, philanthropy
- Understand risks of special professional and personal situations



**Review Existing Plans**

- Review existing documents (wills, trusts, etc.) in connection with your advisors
- Assess concentrated assets and any special situations
  - Stock
  - Real Estate
  - Business
  - Art



**Make Recommendations**

- Determine wealth transfer plan
- Maximize return / risk trade-off
- Develop or update trust and tax vehicles
- Develop family communication and wealth education plan



**Implementation**

- Implement plan by leveraging your advisory team
  - Lehman Brothers Team
  - Attorneys
  - Accountants
  - Lehman Brothers Trust Company





**Ongoing Monitoring in a Changing Environment**

- Monitor tax and estate law changes and communicate significant events to your Investment Representative
- Review and make adjustments to comprehensive wealth management plan in response to tax and estate law, personal and familial changes
- Ongoing family communication and wealth education assistance

*Note: Neither Lehman Brothers Inc. nor its employees provide tax or legal advice. Please consult with your accountant, tax advisor and/or attorney for advice concerning your particular circumstances. Depending on the type of account that you have with Lehman Brothers Inc., the services discussed may combine the capabilities of the Wealth Advisory group of Lehman Brothers Inc. with the Lehman Brothers Trust Company N.A.*

2

**LEHMAN BROTHERS**

# An Efficient Wealth Management Plan

**Wealth Advice**

**After** understanding your issues and discussing the options, we work with you and your advisors to create a tax-efficient wealth management plan that balances your financial and personal goals

### Financial Goals

- Minimizing the implication of taxes during wealth transfer
- Minimizing the financial implication of your death
- Maximizing wealth transfer during your lifetime
- Ensuring your family owned business is passed to your children
- Tying investments to your overall objectives

### Creating Your Plan

- Maximize non-taxable transfers
- Establish trusts with specific parameters for your children
- Select executor(s) and trustee(s) who understand your goals and are capable of seeing them through after your death
- Establish communication and wealth education strategy for your family
- Establish philanthropy plan to minimize taxes and establish legacy
- Establish business succession plan to pass business successfully to the next generation

### Your Wealth Management Plan

### Personal Goals

- Ensuring your family will be financially secure upon your death
- Ensuring your children are responsible adults
- Communicating with your children about wealth
- Providing for family with special needs
- Leaving a legacy in your community
- Fulfilling your charitable goals

3

*Note: Neither Lehman Brothers Inc. nor its employees provide tax or legal advice. Please consult with your accountant, tax advisor and/or an attorney for advice concerning your particular circumstances. Depending on the type of account that you have with Lehman Brothers Inc., the services discussed may involve the capabilities of the Wealth Advisory group of Lehman Brothers Inc. with its Lehman Brothers Trust Company N.A.*

LEHMAN BROTHERS

**Portfolio Advice and Asset Management**

# The Ingredients of Sound Portfolio Advice

Portfolio Advice and Asset Management

Our Portfolio Advisory team includes specialists, economists, investment managers, analysts and third-party consultants who work together, guided by proven, research-based processes, to develop your comprehensive portfolio strategy

Our Portfolio Advisory Process

Portfolio Needs Analysis

Customized Asset Allocation

Investment Selection & Implementation

Ongoing Investment Monitoring & Rebalancing

Innovative Research

4

LEHMAN BROTHERS

# Understanding Your Portfolio Needs

In working with you to set the foundation for your comprehensive investment strategy, we assess your risk tolerance and your investment objectives and constraints

## Qualitative Factors

◆ Investment Objectives
  – Goals for current holdings
  – Time horizon
  – Ability to cover:
  – Income, liquidity and family needs
  – Major expenditures and upcoming financial events
  – Planned giving
  – Tax, trust and estate considerations
  – Capital gains tax liabilities

◆ Risk Tolerance
  – Tolerance for volatility and loss
  – Expectations for performance

◆ Investment Constraints
  – Significant exposure to a single company
  – Ownership of private equity and real estate interests
  – Select asset class, company or sector aversion

## Your Portfolio Needs Assessment

◆ Based on qualitative factors, we set parameters for your portfolio geared toward optimizing your asset allocation and portfolio strategy

Note: Neither Lehman Brothers Inc. nor its employees render tax or legal advice. Please consult your accountant, tax adviser and/or attorney for advice concerning your particular circumstances.

5

LEHMAN BROTHERS

# Creating a Customized Asset Allocation

Portfolio Advice and Asset Management

Our Portfolio Advisory team balances the results of your portfolio needs assessment with several quantitative factors to determine the optimal asset allocation for you

**Your Portfolio Needs Assessment**

**Quantitative Factors**

- Analyze concentrated assets including stock, illiquid and privately held assets
- Analyze option holdings and vesting schedules
- Analyze current investments
- Quantify historical and expected risk and return for each asset class
- Analyze asset class correlations

**Determine Optimal Allocation**

- Optimize your asset allocation based on quantitative and qualitative inputs
- Execute optimization process to match your risk profile with a customized asset allocation
- Create a client centric implementation emphasizing wealth preservation in down markets
- Perform regression and correlation analysis for special investment situations
- Construct wealth simulations and event crisis stress tests
- Incorporate Asset Allocation Committee views on economic environment

**Your Optimal Asset Allocation**

- Your optimal asset allocation helps guide portfolio investment selection and implementation

6

Note: Neither Lehman Brothers Inc. nor its employees render tax or legal advice. Please consult your accountant, tax advisor and/or attorney for advice concerning your particular circumstances.

LEHMAN BROTHERS

# Investment Selection and Implementation

Portfolio Advice and Asset Management

Guided by your optimal asset allocation, we evaluate investment solutions on our platform to build a well-diversified portfolio designed to help you meet your objectives

**Your Optimal Asset Allocation**

**Selecting Investments for your Portfolio**

◆ Review optimal asset allocation against current portfolio to identify asset class and style gaps

◆ Analyze managers and products on platform to determine potential role in portfolio

◆ Select complementary managers and products that conform to parameters set by asset allocation

◆ Look outside the Firm or develop new solutions to meet specific needs not addressed by the platform

◆ Analyze manager holdings to mitigate investment overlap in portfolio

◆ Identify and plan for tax implications of portfolio realignment

**Your Recommended Portfolio**

◆ An optimal combination of investments and managers whose style and objectives are in line with your asset allocation

7

LEHMAN BROTHERS

# Open Architecture Traditional Asset Management

Portfolio Advice and Asset Management

**We offer customized traditional investment management based on tax situation, risk tolerance, liquidity needs and more**



**Top-Rated Proprietary Solutions**

♦ **Neuberger Berman**
 – One of the oldest, most respected names in money management
 – Full spectrum of asset classes, investment styles and capitalization ranges
 – Managers average over 26 years of experience and, in many cases, are in the top quartile of their peer group

♦ **Fixed Income**
 – Specialists will create customized laddered portfolios for active management

♦ **Cash management**
 – We offer funds and customized portfolios
 – Manage global diversified investments intended to provide liquidity and at a low-fee

♦ **Specialty Investment Management**
 – To diversify traditional portfolios and increase risk-adjusted return
 – Includes Real Estate Investment Trusts, Master Limited Partnerships and Commodities

**Global Network of Non-Proprietary Solutions**

♦ **Access to a global network of exclusive, boutique managers**
 – Highly focused platform of world-class investment managers and selected unaffiliated managers
 – Unique access to a select group of limited availability managers representing a broad range of asset classes and strategies
 – Thorough manager selection process by our internal research group and an independent consultant to ensure an in-depth understanding of each manager and to provide objectivity
 – Selection criteria focus:
   • Best-in-class managers operating on a smaller scale with a focus on HNW clients
   • Managers who generate alpha and are not constrained by style box
   • Managers with strong fund management fundamentals and an impressive track record

*Note: The strategies and funds listed here carry different risks and rewards. Please consult your Lehman Brothers Investment Representative to determine which investments are right for you.*

8

**LEHMAN BROTHERS**

# Alternative Investments

**Depending on your objectives and risk tolerance, it may be appropriate to include alternative investments in your portfolio; we leverage the Firm's strength in alternative investment management to develop your portfolio of alternatives**

- ◆ Access to exclusive investment opportunities including private equity and real estate partnerships and hedge funds
- ◆ Diversification and downside protection in declining markets through noncorrelated returns
- ◆ Potential for an enhanced risk-return profile, featuring attractive returns with reduced volatility

- ◆ Active private equity investor since 1984 with $16.6 billion in committed capital since inception[1]
- ◆ 25% of committed capital is from Lehman Brothers and its employees, reflecting our aligned interest with clients
- ◆ Special expertise in a broad range of private equity asset classes, providing diversified exposure
- ◆ Wide range of affiliated and non-affiliated private equity funds of funds
- ◆ Proprietary deal flow provides access to exclusive investment opportunities

- ◆ The institutional and speculative nature of alternative investments means thorough due diligence is required before investing in alternative investments
- ◆ Lehman Brothers employs a research group who focus solely on alternative investments
- ◆ Before we recommend a third party alternative investment we take the following steps
  - – Background check on the company and all key people in the fund
  - – Legal review of all documents, the firm and the fund structure
  - – On-site review to ensure proper controls and independence
  - – Service provider diligence on funds administrator, prime broker and auditor
- ◆ This is a continuous process – all funds are evaluated on a regular cycle

---

[1] *As of 3/31/06.*
*Note: The strategies and funds listed here carry different risks and rewards. Please consult your Lehman Brothers Investment Representative to determine which investments are right for you.*

**LEHMAN BROTHERS**

# Ongoing Investment Monitoring and Rebalancing

Portfolio Advice and Asset Management

**We monitor your portfolio and your situation, adjusting as necessary to keep the two in alignment. We also rigorously monitor our investment managers to ensure they adhere to their stated strategy and are meeting performance expectations**

## Ongoing Evaluation

- ◆ Factors we monitor:
  - Change in needs / situation
  - Portfolio deviates from expectations
  - Strategic change to manager or investment platform
  - Asset Allocation Committee makes strategic asset allocation change

## Determine Effect on Portfolio

- ◆ How we assess those potential changes:
  - Revise portfolio strategy to address change in needs / situation
  - Analyze impact of portfolio performance deviation, investment platform changes and strategic asset allocation changes

## Next Steps

- ◆ Propose and discuss recommended changes to portfolio
- ◆ Evaluate alternate managers when one is removed from platform

LEHMAN BROTHERS

11