SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Douglas P. Bartner
Brian H. Polovoy

*Attorneys for Nomura International plc,*
*Nomura Securities Co., Ltd., and Nomura Global Financial Products, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re:                                                         :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    Case No. 08-13555 (JMP)
:
                    Debtors.                  :    (Jointly Administered)
:
---------------------------------------------------------------x

:
LEHMAN BROTHERS HOLDINGS INC. and                              :
LEHMAN BROTHERS SPECIAL FINANCING, INC.,                       :
and OFFICIAL COMMITTEE OF UNSECURED                            :    Adv. Proc. No. 10-03228-jmp
CREDITORS OF LEHMAN BROTHERS HOLDINGS                          :
INC., *et al.*,                                                :
                    Plaintiffs and                        :
                    Intervenor,                           :
:
   -against-                                                  :
:
NOMURA INTERNATIONAL PLC,                                      :
:
                    Defendant.                            :
---------------------------------------------------------------x

LEHMAN BROTHERS HOLDINGS INC. and                              :
LEHMAN BROTHERS SPECIAL FINANCING, INC.,                       :
and OFFICIAL COMMITTEE OF UNSECURED                            :    Adv. Proc. No. 10-03229-jmp
CREDITORS OF LEHMAN BROTHERS HOLDINGS                          :
INC., *et al.*,                                                :
                    Plaintiffs and                        :
                    Intervenor,                           :
:
   -against-                                                  :
:
NOMURA SECURITIES CO., LTD.,                                   :
:
                    Defendant.                            :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK     )

Alexa J. Loo, being duly sworn, deposes and says, under the penalty of perjury:

1. I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

2. On May 10, 2011 I caused to be served via Federal Express, to the parties list Exhibit A annexed hereto, true and correct copies of *Notice of Presentment of Stipulation and Order*.

*[signature]*

Alexa J. Loo

SWORN TO AND SUBSCRIBED before me on this 10th day of May, 2011.

*[signature]*

TODD A. MATTHIAS
Notary Public, State of New York
No. 5006112
Qualified in Westchester County
Commission Expires Dec. 28, 20 14

NYDOCS03/924972.1

**Exhibit A**

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, New York 10004


Jayant W. Tambe
Corinne Ball
Aviva Warter Sisitsky
Jones Day
222 East 41st Street
New York, New York 10017


Richard P. Krasnow
Lori R. Fife
Shai Y. Waisman
Jacqueline Marcus
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153


Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
The Office of the United States Trustee
For the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004


Dennis F. Dunne
Dennis O'Donnell
Evan Fleck
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

NYDOCS03/924972.1