**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                                    )
In re:                                              )    Chapter 11
                                                    )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            )    Case No. 08-13555 (JMP)
                                                    )
                                                    )
                                                    )
           Debtors                                  )    (Jointly Administered)
---------------------------------------------------------------------x

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CCP Credit Acquisition Holdings, LLC          SPCP Group, L.L.C.
Name of Transferee                            Name of Transferor
Name and Address where notices to
transferee should be sent:                    **Case No. 08-13885**

   Lisa Murray                     Court Claim # (if known): 14959
   375 Park Avenue
   13th Floor                      Amount of Claim: $3,586,924.82
   New York, NY 10152              Amount of Claim Transferred: $2,044,547.15
   Phone number: 212-672-4617      Date Claim Filed: 09/17/2009
   Fax number: 646-652-5342        Debtor:  Lehman Brothers Commodity
                                                       Services Inc.
   Marisol Chappell
   Phone number: 212-672-4676
   Fax number: 212-672-5004

With a copy to:
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt

NYC:228056.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

SPCP Group, L.L.C., with offices located at Two Greenwich Plaza Greenwich, CT 06830 ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CCP Credit Acquisition Holdings, LLC, its successors and assigns, with offices located at 375 Park Avenue 12th Floor, New York, NY 10152 ("**Buyer**"), a ratable portion equal to $2,044,547.15 of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS COMMODITY SERVICES INC. docketed as Claim No. 14959 (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13885 (JMP) For the avoidance of doubt, this transfer relates solely to the claim against Lehman Brothers Commodity Services Inc. filed by Seller having the claim number set out above and to no other claim of Seller against Lehman Brothers Commodity Services Inc.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 5th, day of May , 2011.

SELLER:

SPCP GROUP, L.L.C.

By: _____
Name:
Title:      Jennifer Poccia
            Authorized Signatory

BUYER:

CCP Credit Acquisition Holdings, LLC

By: _____
Name:
Title:

-21 -

NYC:227571.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

SPCP Group, L.L.C., with offices located at Two Greenwich Plaza Greenwich, CT 06830 ("**Seller**"), for good and valuable consideration. the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CCP Credit Acquisition Holdings, LLC, its successors and assigns, with offices located at 375 Park Avenue 12th Floor, New York, NY 10152 ("**Buyer**"), a ratable portion equal to $2,044,547.15 of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS COMMODITY SERVICES INC. docketed as Claim No. 14959 (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13885 (JMP) For the avoidance of doubt, this transfer relates solely to the claim against Lehman Brothers Commodity Services Inc. filed by Seller having the claim number set out above and to no other claim of Seller against Lehman Brothers Commodity Services Inc.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 5th , day of     May     , 2011.

SELLER:

SPCP GROUP, L.L.C.

By: _____
Name:
Title:

BUYER:

CCP Credit Acquisition Holdings, LLC

By: _____
Name:
Title:     Kimberly Terjanian
           Authorized Signatory

- 21 -