UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                                                 )
In re:                                                           ) Chapter 11
                                                                 )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         ) Case No. 08-13555 (JMP)
                                                                 )
                                                                 )
                                                                 )
         Debtors                                                 ) (Jointly Administered)
-----------------------------------------------------------------x

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Centerbridge Special Credit Partners, L.P.</u>
Name of Transferee

<u>SPCP Group, L.L.C.</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

Lisa Murray
375 Park Avenue
13th Floor
New York, NY 10152
Phone number: 212-672-4617
Fax number: 646-652-5342

Scott Hopson
Phone number: 212-672-4626
Fax number: 212-672-5004 & 212-672-4526

With a copy to:
Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt

**Case No. 08-13555**

Court Claim # (if known): <u>14670</u>
Amount of Claim Filed: <u>$3,632,277.91</u>
Amount of Claim Transferred:: <u>$1,561,879.50</u>
Date Claim Filed: <u>09/17/2009</u>
Debtor: <u>Lehman Brothers Holdings, Inc.</u>

NYC:228056.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

SPCP Group, L.L.C., with offices located at Two Greenwich Plaza Greenwich, CT 06830 ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Centerbridge Special Credit Partners, L.P., its successors and assigns, with offices located at 375 Park Avenue 12th Floor, New York, NY 10152 ("**Buyer**"), a ratable portion equal to $1,561,879.50 of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. 14670 (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). For the avoidance of doubt, this transfer relates solely to the claim against Lehman Brothers Holdings Inc. filed by Seller having the claim number set out above and to no other claim of Seller against Lehman Brothers Holdings Inc.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 5th, day of May, 2011.

SELLER:

SPCP GROUP, L.L.C.

By: _____
Name: Jennifer Poccia
Title: Authorized Signatory

BUYER:

Centerbridge Special Credit Partners, L.P.

By: _____
Name:
Title:

-20-

NYC:213327.3



## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

SPCP Group, L.L.C., with offices located at Two Greenwich Plaza Greenwich, CT 06830 ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Centerbridge Special Credit Partners, L.P., its successors and assigns, with offices located at 375 Park Avenue 12th Floor, New York, NY 10152 ("**Buyer**"), a ratable portion equal to $1,561,879.50 of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. 14670 (the "**Claim**") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). For the avoidance of doubt, this transfer relates solely to the claim against Lehman Brothers Holdings Inc. filed by Seller having the claim number set out above and to no other claim of Seller against Lehman Brothers Holdings Inc.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the *valid* owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 5th, day of May, 2011.

SELLER:

SPCP GROUP, L.L.C.


By: _____
Name:
Title:

BUYER:

Centerbridge Special Credit Partners, L.P.

By: _____
Name: Kimberly Terjanian
Title: Authorized Signatory

-20-

MYC:213327.3