UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                     :

In re                                          :      Chapter 11 Case No.
                                          :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :      08-13555 (JMP)
                                          :      (Jointly Administered)
              Debtors.                  :
                                          :

---------------------------------------------------------------x      Ref. Docket Nos. 7108, 7110

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 4, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                 */s/ Lauren Rodriguez*
                                                                                 Lauren Rodriguez

Sworn to before me this
11th day of May, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:      INTER-AMERICAN DEVELOPMENT BANK
                 ATTN: CHIEF, CAPITAL MARKETS DIVISION
                 1300 NEW YORK AVENUE, N.W.
                 WASHINGTON DC 20577

Additional:      INTER-AMERICAN DEVELOPMENT BANK
                 ATTN HEAD OF OPERATIONS, TREASURY OPERATIONS
                 1300 NEW YORK AVENUE, N.W.
                 WASHINGTON DC 20577

Transferee:      SPCP GROUP, L.L.C.
                 ATTN: ADAM J. DEPANFILIS
                 660 STEAMBOAT ROAD
                 GREENWICH CT 06830

**Your transfer   of claim #    4939    is defective for the reason(s) checked below:**

Expunged By Court Order
Expunged By Court Order

Docket Number 7108              Date 02/15/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 4, 2011.

# EXHIBIT B

```
TIME: 17:15:34                        LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 05/04/11                              CREDITOR LISTING

Name                            Address
ARCHE MASTER FUND, L.P.         YOSSI VEBMAN, ANDREW M. THAU SKADDEN ARPS SLATE MEAGHER & FLOM LLP FOUR TIMES SQUARE NEW YORK NY 10036
ARCHE MASTER FUND, L.P.         C/O XE CAPITAL ADVISERS, LLC ATTN: JENNIFER CALMA 24 W. 40TH STREET, 2ND FLOOR NEW YORK NY 10018
INTER-AMERICAN DEVELOPMENT BANK ATTN: CHIEF, CAPITAL MARKETS DIVISION 1300 NEW YORK AVENUE, N.W. WASHINGTON DC 20577
INTER-AMERICAN DEVELOPMENT BANK ATTN: HEAD OF OPERATIONS, TREASURY OPERATIONS 1300 NEW YORK AVENUE, N.W. WASHINGTON DC 20577
SPCP GROUP, L.L.C.              ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830


Total Number of Records Printed       5
```