UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                                             :     Chapter 11 Case No.
                                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :     08-13555 (JMP)
                                                                                       :     (Jointly Administered)
                  Debtors.                                                :
                                                                                       :
---------------------------------------------------------------x     Ref. Docket Nos. 16522-16524

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                                ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 5, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
11th day of May, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfers 16522-16524_Aff 05-05-11.doc

# EXHIBIT A

08-13555-mg    Doc 16741    Filed 05/11/11    Entered 05/11/11 21:56:38    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                              |
In re                                         |   Chapter 11 Case No.
                                              |
LEHMAN BROTHERS HOLDINGS INC., et al.,        |   08-13555 (JMP)
                                              |
                                              |   (Jointly Administered)
                    Debtors.                  |
                                              |
```

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:   BOVAY & PARTENAIRES S.A.
              GRAND CHENE 1
              LAUSANNE CH-1003 SWITZERLAND


Additional:




Transferee:   UBS AG
              HUGO KOLLER
              BAHNHOFSTRASSE 45
              8001 ZURICH SWITZERLAND



**Your transfer   of claim #   56209   is defective for the reason(s) checked below:**

Other                                 PREVIOUSLY WITHDRAWN
Other                                 DUPLICATE OF DOCKET NO. 16473




Docket Number 16522            Date 04/20/11


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 5, 2011.

# EXHIBIT B

```
TIME: 18:12:48                           LEHMAN BROTHERS HOLDING INC.
DATE: 05/05/11                               CREDITOR LISTING                                    PAGE:   1

Name                        Address
BOVAY & PARTENAIRES S.A.    GRAND CHENE 1 LAUSANNE    CH-1003 SWITZERLAND
BOVAY & PARTENAIRES S.A.    GRAND CHENE 1 LAUSANNE    CH-1003 SWITZERLAND
BOVAY & PARTENAIRES SA      PASCAL BOVAY RUE DE GRAND-CHENE 1, CP 5473 1002 LAUSANNE    SWITZERLAND
UBS AG                      HUGO KOLLER BAHNHOFSTRASSE 45 8001 ZURICH    SWITZERLAND
YERSIN, PAULINE DEGAUTARD   112 AV DES ALPES LA TOUR-DE-PEILZ  1814 SWITZERLAND

Total Number of Records Printed      5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC