UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                    :
In re                                                               :       Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                            :       08-13555 (JMP)
                                                                    :       (Jointly Administered)
                    Debtors.                                        :
                                                                    :
-------------------------------------------------------------------x       Ref. Docket Nos. 16531, 16533,
                                                                            16543-16548, 16550, 16551, 16554-
                                                                            16556, 16567-16576, 16579, 16581-
                                                                            16583, 16587

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 6, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ *Lauren Rodriguez*
                                                        Lauren Rodriguez

Sworn to before me this
11th day of May, 2011

/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 16531, 16533, 16543-16548, 16550, 16551, 16554-16556, 16567-16576, 16579, 16581-16583, 16587_AFF_05-06-11.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   DEUTSCHE BANK AG, LONDON
      TRANSFEROR: SABRETOOTH MASTER FUND, LP
      C/O DEUTSCHE BANK SECURITIES INC.
      ATTN: RICH VICHAIDITH
      60 WALL STREET, 3RD FLOOR
      NEW YORK NY 10005
```

Please note that your claim # 42541-01 in the above referenced case and in the amount of $25,075,648.87 allowed at $22,000,000.00 has been transferred **(unless previously expunged by court order)**

```
SPCP GROUP, LLC                              SPCP GROUP, LLC
TRANSFEROR: DEUTSCHE BANK AG, LONDON         RONALD S BEACHER, ESQ
ATTN: BRIAN JARMAIN                          PRYOR CASHMAN LLP
2 GREENWICH PLAZA, 1ST FLOOR                 7 TIMES SQUARE
GREENWICH CT 06830                           NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 16531 in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/06/2011                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 6, 2011.

# EXHIBIT B

08-13555-mg    Doc 16743    Filed 05/11/11    Entered 05/11/11 22:30:38    Main Document
Pg 4 of 7

```
TIME: 14:15:29                                   LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 05/06/11                                       CREDITOR LISTING

Name                                      Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES      TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, LP
BANCO SANTANDER, S.A.                      TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ATTN: JOSE MARIA MAYORAL AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0
                                           28660 BOADILLA DEL MONTE MADRID   SPAIN
BANCO SANTANDER, S.A.                      TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A.
                                           AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 280 BOADILLA DEL MONTE MADRID   SPAIN
BANCO SANTANDER, S.A.                      TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A.
                                           AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE MADRID   SPAIN
BANCO SANTANDER, S.A.                      TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO MULTIRENTABILIDAD, FL
                                           CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE
                                           MADRID   SPAIN
BANCO SANTANDER, S.A.                      TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO SUPERSELECCION DIVIDENDO 2, FL
                                           CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE
                                           MADRID   SPAIN
BANCO SANTANDER, S.A.                      TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF SUPERFONDO EVOLUCION, FL
                                           CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE
                                           MADRID   SPAIN
BANCO SANTANDER, S.A.                      TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO ANTICIPACION MODERADO, FI ATTN: JOSE MARIA MAYORAL
                                           AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE MADRID   SPAIN
BANCO SANTANDER, SA                        TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A.
                                           AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE MADRID   SPAIN
BANCO SANTANDER, SA                        TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO SANTANDER 150 ANIVERSARIO, F.I.
                                           CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE
                                           MADRID   SPAIN
BANCO SANTANDER, SA                        TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO ANTICIPATION CONSERVADOR, F.I.
                                           CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE
                                           MADRID   SPAIN
BANCO SANTANDER, SA                        TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO SANTANDER 150 ANIVERSARIO, F.I.
                                           CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE
                                           MADRID   SPAIN
BANCO SANTANDER, SA                        TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C ON BEHALF OF FONDO SUPERSELECCION DIVIDENDO, FI
                                           CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE
                                           MADRID   SPAIN
BANCO SANTANDER, SA                        TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO ANTICIPACION CONSERVADOR, F.I.
                                           CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE
                                           MADRID   SPAIN
BANCO SANTANDER, SA                        TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF SAMTANDER DECISION COSERVADOR, FI
                                           CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE
                                           MADRID   SPAIN
BANCO SANTANDER, SA                        TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF SAMTAMDER COSERVADOR, FI
                                           CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE
                                           MADRID   SPAIN
DEL MAR TERRACE APARTMENT                  7007 INDIAN SCHOOL ROAD PHOENIX AZ 85033
DEUTSCHE BANK AG, LONDON                   TRANSFEROR: SABRETOOTH MASTER FUND, LP C/O DEUTSCHE BANK SECURITIES INC ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR
                                           NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                   TRANSFEROR: SABRETOOTH MASTER FUND, LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR
                                           NEW YORK NY 10005
ILLIQUIDX LTD                              TRANSFEROR: MEGA GLOBAL ASSET MANAGEMENT CO. LTD. ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET
                                           LONDON  EC4Y 1EL UNITED KINGDOM
LIQUIDITY SOLUTIONS, INC.                  TRANSFEROR: DEL MAR TERRACE APARTMENT ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
NEWFINANCE ALDEN SPV                       TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
SANTANDER ASSET MANAGEMENT, S.A.           O'MELVENY & MYERS LLP ATTN: GERALD C BENDER TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036
 S.G.I.I.C.
SANTANDER ASSET MANAGEMENT, S.A.           O'MELVENY & MYERS LLP ATTN: GERALD C BENDER, ESQ TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036
 S.G.I.I.C.
SANTANDER ASSET MANAGEMENT, S.A.           O'MELVENY & MYERS LLP ATTN: GERALD C BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036
 S.G.I.I.C.
```

```
TIME: 14:15:29                        LEHMAN BROTHERS HOLDING INC.                                      PAGE:    2
DATE: 05/06/11                             CREDITOR LISTING

Name                                                    Address
SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.             O'MELVENY & MYERS LLP ATTN: GERALD C. BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036
SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.             O'MELVENY & MYERS LLP ATTN: GERARD C. BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036
SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.             OF BEHALF OF FONDO ANTICIPACION MODERADO 2, F.I. ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID SPAIN
SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.             ON BEHALF FONDO ANTICIPATION MODERADO, F.I. ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660. BOADILLA DEL MONTE MADRID SPAIN
SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.             ON BEHALF OF FONDO SANTANDER 150 ANIVERSARIO, F.I. ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID SPAIN
SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.             ON BEHALF OF FONDO SUPERSELECCION ACCIONES 2, FI ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID SPAIN
SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.             ON BEHALF OF SANTANDER DECISION MODERADO, F.I. ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID SPAIN
SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.             ON BEHALF OF SUPERFONDO EVOLUCION, F.I. ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID SPAIN
SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.             ON BEHALF OF FONDO ANTICIPACION CONSERVADOR 2, F.I. ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CUIDAD GRUPO SANTANDER.; AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660. BOADILLA DEL MONTE MADRID SPAIN
SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.             ON BEHALF OF FONDO ANTICIPACION MODERADO 2, F.I. ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID SPAIN
SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.             ON BEHALF OF FONDO ANTICIPACION CONSERVADOR, F.I. ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN
SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.             ON BEHALF OF FONDO MULTIRENTABILIDAD, F.I. ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID 28660 SPAIN
SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.             ON BEHALF OF FONDO MULTIRENTABILIDAD, FI ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID SPAIN
SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.             ON BEHALF OF FONDO SANTANDER 150 ANIVERSARIO 2, F.I. ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID SPAIN
SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.             ON BEHALF OF FONDO SANTANDER 150 ANIVERSARIO, F.I. ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660. BOADILLA DEL MONTE MADRID SPAIN
SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.             ON BEHALF OF FONDO SUPERSELECCION CONSERVADOR, F.I. ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR BOADILLA DEL MONTE MADRID 28660 SPAIN
SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.             ON BEHALF OF FONDO SUPERSELECCION DIVIDENDO 2, FI ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660. BOADILLA DEL MONTE MADRID SPAIN
SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.             ON BEHALF OF FONDO SUPERSELECCION DIVIDENDO, FI ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660. BOADILLA DEL MONTE MADRID SPAIN
SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.             ON BEHALF OF SANTANDER DECISION MODERADO, F.I. ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID SPAIN
SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.             ON BEHALF OF SUPERFONDO EVOLUCION F.I. ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID SPAIN
SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.             ANTICIPACION CONSERVADOR, F.I. ATTN: ANTONIO FAZ ESCANO; MARIA ESPERANZA MONTE CARRASCO CUIDAD GRUPO SANTANDER.; AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660. BOADILLA DEL MONTE. MADRID SPAIN
SANTANDER ASSET MANAGEMENT, S.A. ON BEHALF OF FONDO ANTICIPACION MODERADO, F.I. ATTN: ANTONIO FAZ ESCANO; MARIA ESPERANZA MONTE CARRASCO CUIDAD GRUPO SANTANDER.; AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660. BOADILLA DEL MONTE. MADRID SPAIN
SANTANDER ASSET MANAGEMENT, S.A. ON BEHALF OF FONDO           O'MELVENY & MYERS LLP ATTN: GERALD C. BENDER, ESQ. TIME SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036
SANTANDER ASSET MANAGEMENT, S.A. ON BEHALF OF FONDO           O'MELVENY & MYERS LLP ATTN: GERALD C. BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036
SANTANDER ASSET MANAGEMENT, S.A. ON BEHALF OF FONDO           O'MELVENY & MYERS LLP ATTN: GERALD C. BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036
SANTANDER ASSET MANAGEMENT, S.A. ON BEHALF OF SAMTAMDER S.G.I.I.C.    DECISION CONSERVADOR, FI ATTN: ANTONIO FAZ ESCANO; MARIA ESPERANZA MONTE CARRASCO CUIDAD GRUPO SANTANDER.; AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660. BOADILLA DEL MONTE. MADRID SPAIN
SANTANDER ASSET MANAGEMENT, S.A. ON BEHALF OF SAMTAMDER S.G.I.I.C.    O'MELVENY & MYERS LLP ATTN: GERALD C. BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036
SANTANDER ASSET MANAGEMENT, S.A. ON BEHALF OF SANTANDER S.G.I.I.C.    O'MELVENY & MYERS LLP ATTN: GERALD C. BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036

                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:15:29                              LEHMAN BROTHERS HOLDING INC.                                        PAGE:    3
DATE: 05/06/11                                   CREDITOR LISTING

Name                         Address
SANTANDER ASSET MANAGEMENT, S.A.    DECISION CONSERVADOR, FI ATTN: ANTONIO FAZ ESCANO; MARIA ESPERANZA MONTE CARRASCO CUIDAD GRUPO SANTANDER.; AVDA. DE CANTABRIA, S/N
S.G.I.I.C. ON BEHALF OF SANTANDER   EDIFICIO PINAR 28660. BOADILLA DEL MONTE. MADRID    SPAIN
SPCP GROUP, LLC                     RONALD S BEACHER, ESQ PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                     TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830


Total Number of Records Printed     55
```

EPIQ BANKRUPTCY SOLUTIONS, LLC