UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                              :   Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :   08-13555 (JMP)
                                                   :   (Jointly Administered)
                Debtors.                           :
                                                   :
-----------------------------------------------------------------x   Ref. Docket Nos. 16356, 16573,
                                                       16592, 16594-16599, 16601, 16603-
                                                       16609, 16613-16618

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 9, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
11th day of May, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CREDIT SUISSE (UK) LIMITED                    CREDIT SUISSE (UK) LIMITED
     ATTN: ALLEN GAGE                              CRAVATH, SWAINE & MOORE LLP
     1 MADISON AVE                                 WORLDWIDE PLAZA
     NEW YORK NY 10010                             ATTN: RICHARD LEVIN
                                                   825 EIGHTH AVENUE
                                                   NEW YORK NY 10019
```

Please note that your claim # 55816-04 in the above referenced case and in the amount of
         $0.00          has been transferred **(unless previously expunged by court order)**

```
     BARCLAYS BANK PLC
     TRANSFEROR: CREDIT SUISSE (UK) LIMITED
     DANIEL CROWLEY, DANIEL MIRANDA
     745 SEVENTH AVENUE
     NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                       UNITED STATES BANKRUPTCY COURT
                       Southern District of New York
                       One Bowling Green
                       New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 16356      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/09/2011                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 9, 2011.

# EXHIBIT B

```
TIME: 12:14:41                                           LEHMAN BROTHERS HOLDING INC.                                                             PAGE:   1
DATE: 05/09/11                                                CREDITOR LISTING

Name                                                          Address
AVENUE BLUE TC FUND, L.P.                                     TRANSFEROR: STROOCK & STROOCK & LAVAN LLP ATTN: DAVID S. LEINWAND 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022
AVENUE TC FUND, L.P.                                          TRANSFEROR: STROOCK & STROOCK & LAVAN LLP ATTN: DAVID S. LEINWAND 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022
BANCO SANTANDER (SUISSE) S.A., AS AGENT                       ATTN: LEGAL DEPARTMENT 5-7 AMI-LEVRIER GENEVA  1201 SWITZERLAND
BANCO SANTANDER (SUISSE) S.A., AS AGENT                       DLA PIPER ATTN: WILLIAM M. GOLDMAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
BARCLAYS BANK PLC                                             TRANSFEROR: CREDIT SUISSE (UK) LIMITED DANIEL CROWLEY, DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                             TRANSFEROR: UGF BANCA S.P.A. 745 SEVENTH AVENUE NEW YORK NY 10019
CITADEL SECURITIES LLC                                        MICHAEL GREENBLATT SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
CITADEL SECURITIES LLC                                        TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: ERIN FINEGAN 601 LEXINGTON AVENUE NEW YORK NY 10017
CREDIT SUISSE (UK) LIMITED                                    ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (UK) LIMITED                                    CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                              TRANSFEROR: BANCO SANTANDER (SUISSE) S.A., AS AGENT ATTN: LAWRENCE YOUNG 1 MADISON AVENUE NEW YORK NY 10010
DEUTSCHE BANK AG, LONDON                                      TRANSFEROR: GREENLIGHT CAPITAL QUALIFIED, L.P. C/O DEUTSCHE BANK SECURITIES, INC. ATTN: MATT WEINSTEIN 60 WALL STREET
                                                              NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                               TRANSFEROR: GREENLIGHT CAPITAL OFFSHORE PARTNERS C/O DEUTSCHE BANK SECURITIES, INC. 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                               TRANSFEROR: GREENLIGHT CAPITAL OFFSHORE PARTNERS C/O DEUTSCHE BANK SECURITIES, INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                              NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                               TRANSFEROR: GREENLIGHT CAPITAL QUALIFIED, L.P. C/O DEUTSCHE BANK SECURITIES, INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                              NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                               TRANSFEROR: GREENLIGHT CAPITAL, L.P. C/O DEUTSCHE BANK SECURITIES ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                               TRANSFEROR: GREENLIGHT CAPITAL, L.P. C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                              NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                               TRANSFEROR: GREENLIGHT REINSURANCE, LTD. C/O DEUTSCH BANK SECURITIES, INC. ATTN: MATT WEINSTEIN 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                               TRANSFEROR: GREENLIGHT REINSURANCE,LTD. C/O DEUTSCHE BANK SECURITIES, INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                              NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                               TRANSFEROR: Q-BLK ALPHA TRANSPORT TRUST - US BOND (PENSION) FUND C/O DEUTSCHE BANK SECURITIES, INC. ATTN: MATT WEINSTEIN
                                                              60 WALL STREET, NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                               TRANSFEROR: Q-BLK ALPHA TRANSPORT TRUST - US BOND (PENSION) FUND C/O DEUTSCHE BANK SECURITIES, INC. ATTN: MATT WEINSTEIN
                                                              60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                               TRANSFEROR: SLB LEASING-FONDS GMBH & CO HERAKLES KG ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                              LONDON  ECN2 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                               TRANSFEROR: SLB LEASING-FONDS GMBH & CO ODIN KG ATTN: MICHAEL SUTTON WINCHESTER HOUSE, GREAT WINCHESTER STREET
                                                              LONDON  EC2N 2DB UNITED KINGDOM
GREENLIGHT CAPITAL OFFSHORE PARTNERS                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: HARRY BRANDLER 140 E. 45TH STREET NEW YORK NY 10017
GREENLIGHT CAPITAL QUALIFIED, L.P.                            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: HARRY BRANDLER 140 E. 45TH STREET NEW YORK NY 10017
GREENLIGHT CAPITAL, L.P.                                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: HARRY BRANDLER 140 E. 45TH STREET NEW YORK NY 10017
GREENLIGHT REINSURANCE, LTD.                                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: HARRY BRANDLER 140 E. 45TH STREET NEW YORK NY 10017
GREENLIGHT REINSURANCE,LTD.                                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: HARRY BRANDLER 140 E. 45TH STREET NEW YORK NY 10017
J.P. MORGAN SECURITIES INC.                                   C/O SUSAN MCNAMARA JPMORGAN LEGAL DEPARTMENT MAIL CODE: NY1-A436 1 CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005-1401
J.P. MORGAN SECURITIES LTD.                                   125 LONDON WALL LONDON  EC2Y 5AJ UNITED KINGDOM
JP MORGAN SECURITIES LTD                                      125 LONDON WALL LONDON  EC2Y 5A0 UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                                     TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                                              ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
OPPS LBBV HOLDINGS, LP                                        TRANSFEROR: BARCLAYS BANK PLC C/O OAKTREE CAPITAL MANAGEMENT LP ATTN: PENNY ROBBINS 333 SOUTH GRAND AVE 28TH FLOOR
                                                              LOS ANGELES CA 90071
Q-BLK ALPHA TRANSPORT TRUST - US BOND                         C/O BLACKROCK FINANCIAL MANAGEMENT INC ATTN: LARRY GAIL, ESQ 601 UNION STREET, 56TH FLOOR SEATTLE WA 98101
 (PENSION) FUND
Q-BLK ALPHA TRANSPORT TRUST - US BOND                         J. GREGORY MILMOE, ESQ/ ANDREW THAU, ESQ SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036
 (PENSION) FUND
Q-BLK ALPHA TRANSPORT TRUST - US BOND                         J. GREGORY MILMOE/ ANDREW THAU SKADDEN ARPS SLATE MEAGHER FLOM, LLP 4 TIMES SQUARE NEW YORK NY 10036
 (PENSION) FUND
SEAPORT LOAN PRODUCTS, LLC                                    TRANSFEROR: LBVN HOLDINGS, L.L.C. ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SILVER POINT CAPITAL FUND LP                                  XIN YU DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND LP                                  TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                              GREENWICH CT 06830
SILVER POINT CAPITAL FUND, L.P.                               XIN YU DAVIS POLK & WARDELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, L.P.                               XIN YU DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904


                                                                                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 12:14:41                                         LEHMAN BROTHERS HOLDING INC.
DATE: 05/09/11                                              CREDITOR LISTING                                              PAGE:    2

Name                                            Address
SILVER POINT CAPITAL FUND, L.P.                 XIN YU DAVIS POLK & WARDWELL LLP 50 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, L.P.                 XIN YU DAVIS POLK & WARDWELL LLP ("DAVIS POLK") 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, L.P.                 TRANSFEROR: CITADEL SECURITIES LLC C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                GREENWICH CT 06830
SILVER POINT CAPITAL FUND, L.P.                 TRANSFEROR: J.P. MORGAN SECURITIES INC. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                GREENWICH CT 06830
SILVER POINT CAPITAL FUND, L.P.                 TRANSFEROR: J.P. MORGAN SECURITIES LTD. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                GREENWICH CT 06830
SILVER POINT CAPITAL FUND, L.P.                 TRANSFEROR: JP MORGAN SECURITIES INC C/O SILVER POINT CAPITAL , L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                GREENWICH CT 06830
SILVER POINT CAPITAL FUND, L.P.                 TRANSFEROR: SEAPORT LOAN PRODUCTS, LLC C/O SILVER POINT CAPITAL, L.P. ATTN: FREDERICK H. FOGEL TWO GREENWICH PLAZA, FIRST FLOOR
                                                GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER            XIN YU DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MASTER            XIN YU DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MASTER            TRANSFEROR: J.P. MORGAN SECURITIES INC. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, L.P.                                      GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER            TRANSFEROR: J.P. MORGAN SECURITIES LTD. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, L.P.                                      GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER            TRANSFEROR: JP MORGAN SECURITIES LTD C/O SILVER POINT CAPITAL L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA FIRST FLOOR
FUND, L.P.                                      GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER            TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, L.P.                                      GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER            TRANSFEROR: SEAPORT LOAN PRODUCTS, LLC C/O SILVER POINT CAPITAL, L.P. ATTN: FREDERICK H. FOGEL TWO GREENWICH PLAZA, FIRST FLOOR
FUND, L.P.                                      GREENWICH CT 06830
SLB LEASING-FONDS GMBH & CO HERAKLES KG         C/O SACHSENFONDS GMBH ATTN: MS. DAGMAR MECKLER HANS-STIESSBERGER-STRASSE 2A 85540 HAAR    GERMANY
SLB LEASING-FONDS GMBH & CO HERAKLES KG         ELLEN HAYES AND RICH MERTL FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022
SLB LEASING-FONDS GMBH & CO ODIN KG             C/O SACHSENFONDS GMBH ATTN: MS. DAGMAR MECKLER HANS-STIESSBERGER-STRASSE 2A 85540 HAAR    GERMANY
SLB LEASING-FONDS GMBH & CO ODIN KG             ELLEN HAYES AND RICH MERTL FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022
STROOCK & STROOCK & LAVAN LLP                   ATTN: SHERRY MILLMAN 180 MAIDEN LANE NEW YORK NY 10038
UNIPENSION INVEST F.M.B.A.                      TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022


Total Number of Records Printed        61
```