UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                        :
In re                                   :      Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,:      08-13555 (JMP)
                                        :      (Jointly Administered)
                    Debtors.            :
                                        :
-----------------------------------------------------------------x      Ref. Docket Nos. 16411, 16622-
                                               16628, 16630, 16632, 16633, 16635,
                                               16643, 16644

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 10, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
11th day of May, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
         Debtors.                              |
                                               |
_____|

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   GOLDMAN, SACHS & CO.
              TRANSFEROR: BANCO BANIF, S.A.
              ATTN: ANDREW CADITZ
              30 HUDSON STREET, 36TH FLOOR
              JERSEY CITY NJ 07302

Please note that your claim # 66962-07 in the above referenced case and in the amount of
        $35,609,017.50         has been transferred **(unless previously expunged by court order)**

              THE LIVERPOOL LIMITED PARTNERSHIP
              TRANSFEROR: GOLDMAN, SACHS & CO.
              C/O ELLIOTT MANAGEMENT CORPORATION
              ATTN: MICHAEL STEPHAN
              712 FIFTH AVE., 35TH FLOOR
              NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 16411     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/10/2011                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 10, 2011.

**EXHIBIT B**

```
TIME: 10:43:53                                        LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 05/10/11                                             CREDITOR LISTING

Name                                      Address
AG SUPER FUND INTERNATIONAL PARTNERS,     TRANSFEROR: BARCLAYS BANK PLC C/O ANGELO GORDON & CO.,L.P. 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
 L.P.
AG SUPER FUND INTERNATIONAL               TRANSFEROR: BARCLAYS BANK PLC C/O ANGELO GORDON & CO., LP 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
 PARTNERS,L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES     TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, LP
ALDEN GLOBAL DISTRESSED OPPORTUNITIES     TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, LP
ALDEN GLOBAL DISTRESSED OPPORTUNITIES     TRANSFEROR: ILLIQUIDX LTD ALDREN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, LP
BARCLAYS BANK PLC                         TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                         TRANSFEROR: LBVN HOLDINGS, L.L.C. ATTN: DANIEL CROWLEY; DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019
BOTTICELLI, L.L.C.                        TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167
GOLDMAN, SACHS & CO.                      TRANSFEROR: BANCO BANIF, S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                      TRANSFEROR: WUSTENROT VERSICHERUNGS AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
ILLIQUIDX LTD                             TRANSFEROR: HYPOSWISS PRIVATE BANK GENEVE SA ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LTD                             TRANSFEROR: ITAS ASSICURAZIONI SPA ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LTD                             TRANSFEROR: ITAS MUTUA SPA ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
NEW FINANCE ALDEN SPV                     TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
SILVER POINT CAPITAL FUND, L.P.           TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                           GREENWICH CT 06830
                                          XIN YU DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL OFFSHORE MASTER      TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
 FUND, L.P.                                GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER      TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR
 FUND, L.P.                                NEW YORK NY 10019
THE LIVERPOOL LIMITED PARTNERSHIP


Total Number of Records Printed           18
```