B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Goldman Sachs Lending Partners LLC</u><br>Name of Transferee | <u>Fondazione Monte dei Paschi di Siena</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><u>200 West Street, New York, NY 10282-2198</u><br><u>Att/Ref: Jose Aguinaga</u> | Court Claim # (if known): <u>42292</u><br>Amount of Claim: <u>$61,162,551.19</u><br>Date Claim Filed: <u>20 October 2009</u><br><br>Debtor: <u>Lehman Brothers Holdings Inc.</u> |
| Phone: <u>212 357 3541</u><br>Last Four Digits of Acct #: _____ | Phone: <u>+39 0577 246 019/023</u><br>Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above): | |
| Phone: _____<br>Last Four Digits of Acct #: _____ | |

7022379v.5 153/06022

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 28 APRIL 2011
    Transferee/Transferee's Agent

By: _____    Date: _____
    Transferor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

7022379v.5 153/06022


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____
    Transferee/Transferee's Agent

By: _[signature]_____    Date: _8 APRIL 2011_
    Transferor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

7022379v.5 153/06022