UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :
                              Debtors.                           :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (Case No. 08-13555) |
|---|---|
| Creditor Name and Address: | Residential Funding Company, LLC<br>1100 Virginia Drive<br>Fort Washington, PA 19034<br>Attn: Joseph Pensabene |
| Claim Number (if known): | 25914 |
| Date Claim Filed: | September 21, 2009 |
| Total Amount of Claim Filed: | Not less than $11.6 million |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* Joseph A. Pensabene | Title: Managing Director |
|---|---|
| Printed Name: Joseph A. Pensabene | Dated: 5/3/11 |