April 27, 2011

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, NY 10004

RE: LEHMAN BROTHERS HOLDINGS, CHAPTER 11 CASE No. 08-13555 (JMP) AND RICHARD TESSMER CLAIM No. 2656.

Sirs:

I request that my claim not be rejected as not having supporting documentation. I have enclosed proof of my original purchase on 6/24/2008 and my latest statement from Fidelity Investments showing my continuing possession of this holding.

For some unknown reason I did not receive the original application to make a claim.

Please advise my standing in this issue as soon as possible.

Sincerely

Richard Tessmer
5983 Trophy Drive
Apt. 1502
Naples, Fl 34110
239-254-9396



RECEIVED
MAY - 2 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

HEARING DATE AND TIME: June 2, 2011 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: May 18, 2011 at 4:00 p.m. (Eastern Time)

> **THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS NOTICE OF ONE HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**
>
> **IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, AT 214-746-7700.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

*[Handwritten annotation:]* RICHARD TESSMER / 5983 TRAVNY DR. / APT 1502 / NAPLES, FL 34110 / CLAIM # 2656

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :
                  Debtors.                      :    (Jointly Administered)
------------------------------------------------x

**NOTICE OF HEARING ON
DEBTORS' ONE HUNDRED TWENTY-FOURTH OMNIBUS
OBJECTION TO CLAIMS (NO SUPPORTING DOCUMENTATION CLAIMS)**

    **PLEASE TAKE NOTICE** that on April 15, 2011, Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), filed their one hundred twenty-fourth omnibus objection

US_ACTIVE:\43678577\01\58399.0008



**Transaction Confirmation**
**Confirm Date: June 24, 2008**                                    Page 1 of 1

Brokerage Account Number
**X24-421928 JOINT - WITH RIGHTS OF SURVIVORSHIP**

10054530

**RICHARD G TESSMER**

ICHARD G TESSMER
ARAH M TESSMER
71 E BEAR LAKE RD NE
ALKASKA MI 49646

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | EXCH. | ORIG. |
|---|---|---|---|---|---|---|---|---|
| 8176-0DG5LP | 1 | W## | 06-24-08 | 06-30-08 | 5252M0FZ5 | 00000- | OTC | |
| | | | SECURITY DESCRIPTION and DISCLOSURES | | | | | |
| ou Bought 5,000 | | | LEHMAN BROTHERS HLDG MTN ZERO CPN | | | Principal Amount | | 5,000.00 |
| at 100 | | | LNKD TO BASKET OF CURRENCIES UNRATED | | | Settlement Amount | | 5,000.00 |
| | | | WE HAVE ACTED AS PRINCIPAL. | | | | | |
| | | | ZERO COUPON MATURITY DATE 12/30/2010 | | | | | |
| | | | YIELD TO MATURITY 0.000% | | | | | |
| | | | NO PERIODIC INTEREST | | | | | |
| | | | PROSPECTUS UNDER SEPARATE COVER | | | | | |

CONFIRMATION OF TRANSACTION

054530                                ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

ICHARD G TESSMER
ARAH M TESSMER
71 E BEAR LAKE RD NE
ALKASKA MI 49646

Please use this form to make additional investments in your brokerage account **X24-421928** only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please use the enclosed envelope or mail checks to the Fidelity address on this form.

IDELITY INVESTMENTS
O BOX 770001
INCINNATI OH 45277-0003