

Honorable James M. Peck
One Bowling Green, Courtroom 601, New York
New York 10004
United States of America

Lars Dahlke                                    Nordenham, 12.04.2011
Westpreußenstrasse 18
26954 Nordenham

Chapter 11 Case No.: 08-13555 (JMP)(Jointly administered)
Objection

(i.)
1. name oft the Bankruptcy Court: UNITED STATES BANKRUPTCY COURT/SOUTHERN DISTRICT OF NEW YORK

2. name of the debtors: LEHMAN BROTHERS HOLDINGS Inc., et al Debtors

3. case Number: Chapter 11 Case No.: 08-13555 (JMP)(Jointly administered)

4. title of the objection to which the response is directed: NOTICE OF HEARING ON DEBTORS' ONE HUNDRED TWELFTH OMNIBUS OBJECTION TO CLAIMS (INVALID BLOCKING NUMBER LPS CLAIMS)

(ii.)
1. name of the claimant: LARS DAHLKE, WESTPREUSSENSTRASSE 18, 26954 NORDENHAM, GERMANY (former: SCHULSTRASSE 17, 26954 NORDENHAM, GERMANY)

2. basis for the amount of the claim: $ 12.072,44 (total amount of the claim based on Lehman Programs Securities on September 15, 2008)

(iii.)
The claim was disallowed and expunged because of an invalid blocking number or an invalid electronic instruction reference number; the facts are:

The International Securities Identification Number (ISIN) in the proof of claim of October 6, 2009 was signed as DE000A0M6S69. This is the valid national ISIN but not the asked international ISIN. I was not well informed by my bank in this point, so the international ISIN XS0296589194 was irregularily not part of the proof of claim.

I hereby plead to consider this valid ISIN XS0296589194 subsequently.

(iv.)
As an evidence of my claim I enclose as a documentation the custody receipt on effective day September 15, 2008 with the valid ISIN XS0296589194.

(v.)
Please return any reply to my response to my new adress:
LARS DAHLKE, WESTPREUSSENSTRASSE 18, 26954 NORDENHAM, GERMANY

sgd. _____ Nordenham, April, 11, 2011


copies to:
- Honorable James M. Peck
- Weil, Gotshal & Manges LLP
- Office of the United States Trustees for Region 2
- Milbank, Tweed, HAdley & McCloy LLP