B 210A (Form 210A) (12/09)

# UNITED STATED BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc. et al.,          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 2001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lehman Brothers Special Financing Inc. | Diamond Finance Public Limited Company |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Lehman Brothers Holdings Inc., 1271 Avenue of the Americas, 40th Floor, New York NY 10020.
Attention: Derivatives Legal

Court Claim # (if known): 58086
Amount of Claim: $15,955,650.00
Date Claim Filed: 10.30.2009

Phone: 646-285-9000
Last Four Digits of Acct #: N/A

Phone: +353 1 641 8000
Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Transferee/Transferee's Agent          Date: 5 APRIL 2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

US_ACTIVE:\43639437\01\58399.0008