C/Cuenca 23

Torrelamata

Alicante 03188

Espania

30th April 2011

Hon. James M. Peck

One Bowling Green,

New York,

New York 10004 Courtroom 601

Dear Sir,

Re: United States Bankruptcy Court, Southern District of New York.

Lehman Brothers Holdings Inc., et al. Debtors.

Chapter 11 Case No. 08-1355 (JMP) (Jointly Administered.

I the undersigned, purchased bonds with Lehman Brothers UK 5.7 XSO282978666 for €59,884 in June 2007. My understanding is that this money was sequestered by the New York Branch who then mismanaged investments in America. I hope The Court will not allow the Debtors, to paraphrase a Senators statement a few years ago, "to use it as an escape vehicle and get away with it" and thereby have my claim disallowed.

I filed claims with acknowledgement of receipt through Epic Bankruptcy Solutions dated 01/02/2009 Case No. 0813555 Claim No.1537 and 08/05/09 Case no. No CaseZ99 Claim No. 7423. Creditor: Geldard, Christine L. At the time I believed that this complied with the Bar Date Order September 22, 2009.

Any correspondence should be sent to the above address.

My home telephone number in Spain is 34-966920222 and cell number 34-650705086.

As an inexperienced investor, thank you for any assistance you render me.

Yours Faithfully

*[signature]*

Christine L Geldard

*[RECEIVED MAY -6 2011 U.S. BANKRUPTCY COURT, SDNY JMP stamp]*