767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Weil, Gotshal & Manges LLP**

**Peter Gruenberger**
212-310-8555
peter.gruenberger@weil.com

May 12, 2011

BY HAND

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY  10004

**Re: ADR Procedures Order dated 9/17/09 ("Order")**
      <u>**Eighteenth Status Report**</u>

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the eighteenth) to the Court pursuant to Order ¶13.  Debtors will file this report on the docket in advance of the May 18, 2011 omnibus hearing.

In the just-ended 30-day period, Debtors have served ten additional ADR Notices, bringing the total number of such notices served to 129 on 155 counterparties.  Also during the immediately past reporting period, Debtors achieved settlements with counterparties in eight additional ADR matters, three as a result of mediation.  Upon closing of these settlements, Debtors will have received an aggregate total of $728,741,966.66 new dollars for the Debtors' estates.  Settlements have now been obtained in 78 ADR matters involving 89 counterparties.

US_ACTIVE:\43706335\01\58399.0003

The Honorable James M. Peck
May 12, 2011
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 39 ADR matters that have reached the mediation stage and have been concluded, 35 have been settled in mediation. Only four mediations have terminated without settlement. Fourteen additional mediations have been scheduled to commence on the following dates: May 12, 16 and 24 (2); June 2, 7, 8, 9, 10, 15, 21 and 29; July 28 and August 31, 2011.

Respectfully submitted,

Peter Gruenberger
WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp


cc:     Jacob Esher, Esq.
        James Freund, Esq.
        David Geronemus, Esq.
        Ralph Mabey, Esq.
        David Cohen, Esq.
        (all cc's via E-mail)