**WINSTON & STRAWN LLP**
David Neier
200 Park Avenue
New York, New York 10166
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700
dneier@winston.com

Attorneys for Deutsche Hypothekenbank (Actien-Gesellschaft)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., <u>et al</u>., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

<u>**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**</u>

PLEASE TAKE NOTICE that Deutsche Hypothekenbank (Actien-Gesellschaft) ("**Deutsche Hypothekenbank**") hereby withdraws Proof of Claim No. 23615 filed in the above-captioned case on September 21, 2009, and Deutsche Hypothekenbank requests that the claim register maintained by Epiq Bankruptcy Solutions LLC be updated accordingly.

Dated: New York, New York
        May 12, 2011

Respectfully submitted

/s/ David Neier
David Neier
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700
dneier@winston.com

Attorneys for Deutsche Hypothekenbank
 (Actien-Gesellschaft)