Ernst Brandenburger
Bönstädter Str. 34
61194 Niddatal


Honorable James M. Peck
1, Bowling Green, Courtroom 601, New York
New York 10004
United States of America


Niddatal, Mai 02, 2011

Dear Sirs,

in addition to my letter from April 08, 2011 attached please find:

1.) copy of my letter April 08, 2011

2.) As a further proof for my claim with correct Blocking Reference Code CA74488 a copy about the letter from ING-Diba from 2009-10-09.


Yours sincerely,
Ernst Brandenburger

Enclosure: 2 letters in copy



RECEIVED
MAY - 6 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

Ernst Brandenburger
Bönstädter Str. 34
61194 Niddatal

Honorable James M. Peck
1, Bowling Green, Courtroom 601, New York
New York 10004
United States of America

Niddatal, April 8, 2011

| | |
|---|---|
| Name of Bankruptcy Court: | Unites States Bankruptcy Court/Southern District of New York |
| Name of Debtors: | Lehman Brothers Holdings Inc., et al. Debtors |
| Case Number: | Chapter 11 Case No. 08-13555 (JMP) |
| Title of objection to which response is directed: | Notice of hearing on Debtors one hundred twelfth omnibus objection to claims |
| Name of claimant: | Ernst Brandenburger |
| Basis for the amount of claim: | see account statement ING Diba (original document) |

Dear Sirs,

we herby formally object to your letter of March 14, 2011 (encl).

Reason for objection:

The „Lehman Securities Programs Proof of Claim" original document, which has already been made available to you, carries the original stamp of ING Diba AG.
ING Diba AG issued Blocking Number 3859.

For proof of correctness of above claim, I enclose the original account statement of January 11, 2011 of ING Diba.
This account statement proves my position as debtor of the amount of € 13.000,00 €, i.e. US$ 18.720,00.

Yours sincerely,
Ernst Brandenburger

Enclosure: original account statement of January 11, 2011 of ING Diba

# ING DiBa

48. 4442374

ING-DiBa AG · 60628 Frankfurt am Main

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Nürnberg, 2009-10-09

Re: Lehman Brothers Holdings Inc., et al., Debtors
    Chapter 11
    Case No. 08-13555 (JMP) (Jointly Administered)

Dear Sir or Madam,

our customer, Mr. Ernst Brandenburger, Bönstädter Str. 34, 61194 Niddatal has filed the respective form to assert his/her claims in respect of *Lehman Securities Programs* (Chapter 11, based on the list dated 17 July 2009).
Unfortunately, we accidentally confirmed the wrong blocking reference code (Sender's Reference of Clearstream (Luxemburg) blocking order n°.3859 for ISIN XS0269657135) on the form indicated as *Lehman Securities Programs Proof of Claim*.

We hereby wish to notify you of the correct blocking reference code applicable to such customer:

**Blocking Reference Code CA74488**

We would be grateful if you could take such adjustment into account and would like to apologize for any inconvenience incurred.

Kind regards
ING-DiBa AG

Birgit Schüßler
Responsible for CA & Payments

Stefanie Strunz
Responsible for CA & Payments

ING-DiBa AG
Theodor-Heuss-Allee 106
60486 Frankfurt am Main

Vorsitzender des Aufsichtsrates: Hans K. Verkoren
Vorstand: Ben Tellings (Vorsitzender),
Bas Brouwers, Martin Krebs,
Klaus Schmidt, Herbert Willius

Sitz: Frankfurt am Main
AG Frankfurt am Main HRB 7727
Steuernummer 047 220 2800 4
USt-IdNr. DE 114 103 475

Telefon   0180 2 / 34 22 20
Internet   www.ing-diba.de
E-Mail   info@ing-diba.de
Bankleitzahl 500 105 17