UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| Lehman Brothers Holdings Inc., et al. | ) Case No. 08-13555 (JMP) |
| Debtors. | ) Jointly Administered |

Proof of Claim No.: **14980**
Date Proof of Claim Filed: **09/17/09**
Amount of Claim Transferred: **$3,963,019.72**

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)

TO:  TRANSFEROR:  **GOLDENTREE LEVERAGE LOAN MASTER FUND, LTD.**
c/o GoldenTree Asset Management, LP
300 Park Avenue, 21st Floor
New York, NY 10022
Attention: Marek Brozyna
Telephone: (212) 847-3541
E-mail: mbrozyna@goldentree.com

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **14980** against Lehman Brothers Holdings Inc. in the amount of **$3,963,019.72** as evidenced by the attached Evidence of Transfer of Claim to:

TRANSFEREE:  **GOLDENTREE CREDIT OPPORTUNITIES FINANCING I, LTD.**
c/o GoldenTree Asset Management, LP
300 Park Avenue, 21st Floor
New York, NY 10022
Attention: Marek Brozyna
Telephone: (212) 847-3541
E-mail: mbrozyna@goldentree.com

No action is required if you do not object to the transfer of the claim as described above.  **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

8233875

## Exhibit A

### EVIDENCE OF TRANSFER OF CLAIMS

To: The Debtors and the Bankruptcy Court:

**GOLDENTREE LEVERAGE LOAN MASTER FUND, LTD.** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **GOLDENTREE CREDIT OPPORTUNITIES FINANCING I, LTD.** ("Assignee"), all right, title and interest in and to the claims of Assignor set forth in Proof of Claim Numbers **14980** (the "Claims") solely to the extent of **$3,963,019.72** (GBP 2,209,410.56) against Lehman Brothers Holdings Inc. (the "Debtor"), the Debtor in possession in Case No. 08-13555 under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Court")

Assignor hereby waives any objection to the transfer of the Claims to Assignee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing pursuant to any applicable law, relating to the transfer of the Claim. Assignor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of Claim, shall be delivered or made to the Assignee at the address below:

**GOLDENTREE CREDIT OPPORTUNITIES FINANCING I, LTD.**
300 Park Avenue, 21st Floor
New York, NY  10022

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by its duly authorized representative dated as of this 11 day of May, 2011.

ASSIGNOR:

**GOLDENTREE LEVERAGE LOAN MASTER FUND, LTD.**

By: GoldenTree Leverage Loan Manager, LLC

By: _____ Authorized Signatory
Name:
Title:

ASSIGNEE:

**GOLDENTREE CREDIT OPPORTUNITIES FINANCING I, LTD.**

By: GoldenTree Asset Management, LP

By: _____
Name:
Title: