May 9, 2011

***Delivered via US First Class Priority Mail With Signature Confirmation Receipt***

Page 1 of 2

```
RECEIVED
MAY 10 2011
U.S. BANKRUPTCY COURT, SDNY
JMP
```

Honorable James M. Peck
One Bowling Green
New York, NY 10004
Courtroom 601

Dear Honorable James M. Peck

The purpose of this letter is to provide additional documentation and further evidence of claim pertaining to my April 30, 2011 written response to the Court - having served all requested parties at that time. I responded that I, as a Creditor, opposed the disallowance and expungement of my claim (13727) against Lehman Brothers Holdings Inc., Debtor (08-13555). That response is hereby incorporated by reference.

The Bankruptcy Court should consider this additional information, as it is also being filed timely and being served to all of the parties identified in the One Hundred Seventeenth Omnibus Objection to Claims, filed by the Debtors on March 25, 2011 with the Court.

The additional evidence is as follows – the first of which shows that Creditor was an employee of Debtor, while all others are support for the exclusive advisory services that Creditor provided to Debtor.

- Employee records
- Employee contacts
- Rating Agency contacts
- Bankruptcy Examiner's Report
- Other historical records

**Employee records:**

I was a Lehman Brothers Holdings Inc. employee at the time of its bankruptcy, and this is evidenced by the attached copy of a letter from the PBGC – which specifically states the plan's name as the **Lehman Brothers Holdings Inc. Retirement Plan.**

In addition, the below are two supporting extracts from Lehman Brothers 2007 10k, which clearly state that **"Holdings"** means **Lehman Brothers Holdings Inc.** and that employee retirement is from **"Holdings"** plan. As such, it is not the Firm's plan or that of a subsidiary...but in fact the parent – and Debtor – LBHI.

Extract #1:  Page 3 of 10k -

PART I

ITEM 1. BUSINESS

**As used herein, "Holdings" or the "Registrant" means Lehman Brothers Holdings Inc., a Delaware corporation, incorporated on December 29, 1983.** Holdings and its subsidiaries are collectively referred to as the "Company," "Lehman Brothers," the "Firm," "we," "us" or "our." Our executive offices are located at 745 Seventh Avenue, New York, New York 10019, U.S.A., and our telephone number is 1-212-526-7000.

Page 2 of 2:  Stephen B. Lax, Claim Number 13727 filed against Debtor 08-13555

Extract # 2:  Annex A of 10k -

"...of employment which meets the criteria for <u>retirement under **Holdings'** qualified defined benefit pension plan</u>".

**Employee contacts:**

1) I have about <u>**500**</u> connections on LinkedIn, many of whom are from Lehman; **www.linkedin.com**
2) Lehman Senior Management
3) Lehman Treasury Department (my role at that time)
   a. Financial Planning & Analysis
   b. Asset & Liability Management
   c. Cash Management
   d. Bank Relations
4) Lehman Risk Management
   a. Market Risk
   b. Credit Risk

**Rating Agency contacts:**

1) Moody's Investor Services
2) Standard & Poor's
3) Fitch
4) DBRS

**Bankruptcy Examiner's Report:**

1) See Appendix

**Other historical records:**

Electronic communication and historical records of these employees, departments, and senior management will clearly show the advisory services performed by Creditor for Debtor.

In addition, it will also clearly show the interaction with the rating agencies, presentations provided, queries addressed, and all other relevant items in such capacity.

Thank you for your attention in this matter, and please contact me if you have any questions regarding this information.

Sincerely,

Stephen B. Lax
324 Autumn Hill Drive
Morganville, NJ  07751

212-667-2048 / 732-207-2793

CC: Debtor's Attorney:  Weil Gotshal & Manges LLP
    Trustee:  Office of the United States Trustee for Region 2
    Unsecured Creditor's Attorney:  Milbank, Tweed, Hadley & McCloy LLP



PBGC/Insurance Operations Department
P.O. Box 151750
Alexandria VA 22315-1750

103IT
August 31, 2009

PBGC Case Number:     21291800
Plan Name:            LEHMAN BROTHERS HOLDINGS INC. RETIREMENT PLAN

STEPHEN LAX
324 AUTUMN HILL DRIVE
MORGANVILLE NJ 077512043

Dear STEPHEN LAX:

As we informed you in our previous letter, the Pension Benefit Guaranty Corporation (PBGC), a U.S. Government agency, is now responsible for your pension plan. To learn more about PBGC, please view the enclosed DVD, *Welcome to the PBGC*, read the enclosed brochure, *Your Guaranteed Pension,* or visit our website at www.pbgc.gov.

PBGC insures private pension plans like yours and protects the benefits of workers and retirees covered by those plans. If a plan ends after a sponsoring employer has failed to put in enough money to pay all promised benefits, PBGC steps in to pay benefits, up to the limits set by Congress. These limits may require PBGC to pay less than your plan would have paid, had your employer continued to sponsor and fund the plan.

PBGC receives no funds from general tax revenues. To finance the pension insurance program, we take in premiums from plan sponsors, assets from terminated pension plans, and earnings from investments. These monies help us to pay your plan's benefits.

PBGC reviews your plan's records to determine what benefits each person will receive. Until we complete our review of the plan records and calculate the benefits we can pay you under the law, the pension payments you receive are estimated payments. Plan benefits exceeding legal limits set by Congress will be reduced. When we complete this review, we will tell you in writing if you are entitled to a benefit and the benefit amount. If you are not entitled to a benefit, we will also tell you the reasons in writing. In either case, we will advise you of your rights to appeal our decision.

If you are entitled to benefits, we will begin paying you estimated benefits when you are eligible and you apply to PBGC to begin payments. Please call our Customer Contact Center about four months before you want your pension payments to begin. You may also apply for your pension benefit online through our website. See the box below for more information about our "Online Pension Account Services."

**OnLine Pension Account Services**
PBGC's website offers the convenience of online transactions. You may:
- Request an estimate of your pension benefits
- Apply for your pension benefits
- Designate a beneficiary
- Update your contact information

To learn more about these online services, go to www.pbgc.gov and click on 'Workers and Retirees'. Look for the title 'Access your Pension Account' on the right side of the webpage.

Please keep this letter in your records. We are enclosing a folder for all your PBGC correspondence.

Sincerely,

*Eric Allen*

Eric Allen
FBA Pension Benefit Analyst
Field Benefit Administration

Enclosures:
Form 708 - Designation of Beneficiary (Not currently receiving Pension Benefits)
Privacy Act Notice (Long Form)
IRS-HCTC Brochure #4182
PBGC Magnet
Folder for correspondence for 100 Series letters
Reply Envelope for Benefit Applications - Generic White 9x12
DVD, Welcome to the PBGC
MYPBA Mouse Pad
Your Guaranteed Pension - 2008

**Appendix:** Stephen B. Lax, Claim Number 13727 filed against Debtor 08-13555

**Source:**

Report of Anton R. Valukas, Examiner Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654-3456; (312) 222-9350

http://lehmanreport.jenner.com/

Volume 1- Sections I & II: Introduction, Executive Summary & Procedural Background; Section III.A.1: Risk

Page 46:

And external monitors of Lehman's affairs, such as the Office of Thrift Supervision ("OTS") and Moody's Investor Services ("Moody's"), also raised serious questions about Lehman's risk management, particularly with respect to its commercial real estate investments.124

124 *See* Office of Thrift Supervision, Report of Examination, Lehman Brothers Holdings Inc. (as of May 31, 2008), at p. 2 [LBEX-OTS 000392] (finding that Lehman did not employ sound risk management practices in its commercial real estate business); **e-mail from Stephen Lax, Lehman, to Erin M. Callan, Lehman, *et al.* (June 9, 2008) [LBEX-DOCID 017840] (forwarding text of Moody's release announcing downgrade of Lehman ratings outlook: "The rating action also reflects Moody's concerns over risk management decisions that resulted in elevated real estate exposures and the subsequent ineffectiveness of hedges to mitigate these exposures").**

-------------------------------------------------------------------------------------------------------------------------

Page 96:

As of March 2007, the rating agencies "perceived loosening of [Lehman's] risk standards – particularly in leveraged lending. . . ."324

324 Lehman, Credit Ratings Strategy Presentation (Mar. 1, 2007), at p. 13 [LBEX-DOCID 618355]; **e-mail from Stephen Lax, Lehman, to James P. Seery, Jr. Lehman, *et al.* (Apr. 11, 2008) [LBEX-DOCID 444768].**

-------------------------------------------------------------------------------------------------------------------------

Volume 2- Section III.A.2: Valuation; Section III.A.3: Survival

Page 620:

By the late afternoon of September 10, Moody's and other rating agencies had placed Lehman on negative watch for a downgrade.2196

**2196 E-mail from Stephen Lax, Lehman, to Rajiv Muthyala, Lehman, *et al.* (Sept. 9, 2008) [LBHI_SEC07940_557829] (forwarding Fitch Press Release, *Fitch Places Lehman Brothers on Rating Watch Negative* (Sept. 9, 2008)); *S&P Places Lehman on Negative Ratings Watch*, Associated Press (Sept. 9, 2008); email from Paolo R. Tonucci, Lehman, to Carlo Pellerani, Lehman (Sept. 10, 2008) [LBHI_SEC07940_558653] (forwarding Moody's Press Release, *Moody's Places Lehman's A2 Rating On Review With Direction Uncertain* (Sept. 9, 2008)).**

-------------------------------------------------------------------------------------------------------------------------

Volume 4- Section III.A.5: Secured Lenders; Section III.A.6: Government

Page 1389:

Unlike a typical counterparty, though, with the creation of the PDCF, the FRBNY was generally understood by market participants to be the "lender of last resort to the broker-dealers."5332

**5332 E-mail from Stephen Lax, Lehman, to Stephen Lax, Lehman (Mar. 23, 2008)
[LBHI_SEC07940_077953] (quoting Press Release, Standard & Poor's, S&P Affirms Leman Bros.,
Goldman Sachs (Mar. 23, 2008)).**

---

Page 1397:
In an internal e-mail, Lehman personnel appeared to view the PDCF as a net negative, writing that Lehman
could not use it due to its "stigma," owing to the fact that "should the Fed disclose the [PDCF] borrowers, it
would likely further damage confidence in the institutions that tapped the facilities."5364 Yet, at the same time,
Lehman personnel suggested that the mere existence of FRBNY facilities forced Lehman to "quell rumors and
bad press,"5365 presumably regarding whether Lehman was suffering liquidity problems or was forced to
access the PDCF.

**5364 E-mail from Stephen Lax, Lehman, to Kevin Thatcher, Lehman, *et al.* (June 4, 2008)
[LBHI_SEC07940_3207832].**

**5365 *Id.***

---

Volume 8- Appendices 8 - 22

Page 10:

On September 9, 2008, both Standard & Poor's and Fitch placed Lehman's rating on a negative watch.40
Standard & Poor's cited Lehman's intent to raise capital and the "precipitous" decline in Lehman's share
price.41

**40 E-mail from Stephen Lax, Lehman, to Kevin Thatcher, Lehman, *et al.* (Sept. 9, 2008)
[LBHI_SEC07940_557829] (quoting Fitch, Press Release, *Fitch Places Lehman Brothers on Rating
Watch Negative* (Sept. 9, 2008)); *S&P Places Lehman on Negative Ratings Watch*, Associated Press,
Sept. 9, 2008.**

**41 *S&P Places Lehman on Negative Ratings Watch*, Associated Press, Sept. 9, 2008.**

---

Page 39:

After meeting with the rating agencies, Tonucci reported that the agencies expressed concern about the
impact of the spin-off on Lehman's equity levels.211

**211 E-mail from Paolo R. Tonucci, Lehman, to Stephen Lax, Lehman, *et al.* (Aug. 12, 2008)
[LBHI_SEC07940_406811]; *see also* e-mail from Ian T. Lowitt, Lehman, to Hugh E. McGee, III, Lehman
(Aug. 13, 2008) [LBHI_SEC07940_364012]; e-mail from Paolo R. Tonucci, Lehman, to Larry Wieseneck,
Lehman, *et al.* (Aug. 18, 2008) [LBHI_SEC07940_305707] (forwarding e-mail from Blaine A. Frantz,
Moody's (Aug. 15, 2008): "[A] key concern of the transaction is equity, and Lehman's need to replace
Page 4 of xxxx**

**any equity deficit created by allocating capital to the spinco, and how exactly you will raise the capital,
when and how much.").**

During the meetings, the rating agencies also stressed the importance to Lehman of syndicating some of
SpinCo's senior debt.214

**214 *See, e.g.,* e-mail from Paolo R. Tonucci, Lehman, to Stephen Lax, Lehman, *et al.* (Aug. 12, 2008)
[LBHI_SEC07940_406811] ("[S]elling the senior debt - ability to do so seemed important in [Fitch's]
assessment of what had been accomplished."); e-mail from Ian T. Lowitt, Lehman, to Hugh E. McGee,
III, Lehman (Aug. 13, 2008) [LBHI_SEC07940_364012].**

Page 17:

That same day, Fitch and Standard and Poor's placed Lehman's rating on a negative watch.71

**71 E - mail from Stephen Lax, Lehman, to Rajiv Muthyala, Lehman, *et al.* (Sept. 9, 2008) [LBHI_SEC07940_557829] (forwarding Fitch press release, *Fitch Places Lehman Brothers on Rating Watch Negative*); *S&P places Lehman on negative ratings watch,* Associated Press (Sept. 9, 2008).**

Page 20:

During the afternoon of September 9, Fitch and Standard and Poor's placed Lehman's ratings on a negative watch.85

**85 E - mail from Stephen Lax, Lehman, to Rajiv Muthyala, Lehman, *et al.* (Sept. 9, 2008) [LBHI_SEC07940_557829] (forwarding Fitch, Press Release, *Fitch Places Lehman Brothers on Rating Watch Negative* (Sept. 9, 2008)); *S&P places Lehman on negative ratings watch,* Associated Press, Sept. 9, 2008.**

May 9, 2011

***Delivered via US First Class Priority Mail With Signature Confirmation Receipt***

Page 1 of 2

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dear Shai Waisman, Esq. & Mark Bernstein, Esq.

The purpose of this letter is to provide additional documentation and further evidence of claim pertaining to my April 30, 2011 written response to the Court - having served all requested parties at that time. I responded that I, as a Creditor, opposed the disallowance and expungement of my claim (13727) against Lehman Brothers Holdings Inc., Debtor (08-13555). That response is hereby incorporated by reference.

The Bankruptcy Court should consider this additional information, as it is also being filed timely and being served to all of the parties identified in the One Hundred Seventeenth Omnibus Objection to Claims, filed by the Debtors on March 25, 2011 with the Court.

The additional evidence is as follows – the first of which shows that Creditor was an employee of Debtor, while all others are support for the exclusive advisory services that Creditor provided to Debtor.

- Employee records
- Employee contacts
- Rating Agency contacts
- Bankruptcy Examiner's Report
- Other historical records

**Employee records:**

I was a Lehman Brothers Holdings Inc. employee at the time of its bankruptcy, and this is evidenced by the attached copy of a letter from the PBGC – which specifically states the plan's name as the **Lehman Brothers Holdings Inc. Retirement Plan.**

In addition, the below are two supporting extracts from Lehman Brothers 2007 10k, which clearly state that **"Holdings"** means **Lehman Brothers Holdings Inc.** and that employee retirement is from **"Holdings"** plan. As such, it is not the Firm's plan or that of a subsidiary…but in fact the parent – and Debtor – LBHI.

Extract #1: Page 3 of 10k -

PART I

ITEM 1. BUSINESS

**As used herein, "Holdings" or the "Registrant" means Lehman Brothers Holdings Inc., a Delaware corporation, incorporated on December 29, 1983.** Holdings and its subsidiaries are collectively referred to as the "Company," "Lehman Brothers," the "Firm," "we," "us" or "our." Our executive offices are located at 745 Seventh Avenue, New York, New York 10019, U.S.A., and our telephone number is 1-212-526-7000.

Page 2 of 2:  Stephen B. Lax, Claim Number 13727 filed against Debtor 08-13555

Extract # 2:  Annex A of 10k -

"…of employment which meets the criteria for <u>retirement under **Holdings'** qualified defined benefit pension plan</u>".

**Employee contacts:**

1) I have about <u>**500**</u> connections on LinkedIn, many of whom are from Lehman; **www.linkedin.com**
2) Lehman Senior Management
3) Lehman Treasury Department (my role at that time)
    a. Financial Planning & Analysis
    b. Asset & Liability Management
    c. Cash Management
    d. Bank Relations
4) Lehman Risk Management
    a. Market Risk
    b. Credit Risk

**Rating Agency contacts:**

1) Moody's Investor Services
2) Standard & Poor's
3) Fitch
4) DBRS

**Bankruptcy Examiner's Report:**

1) See Appendix

**Other historical records:**

Electronic communication and historical records of these employees, departments, and senior management will clearly show the advisory services performed by Creditor for Debtor.

In addition, it will also clearly show the interaction with the rating agencies, presentations provided, queries addressed, and all other relevant items in such capacity.

Thank you for your attention in this matter, and please contact me if you have any questions regarding this information.

Sincerely,

Stephen B. Lax
324 Autumn Hill Drive
Morganville, NJ  07751

212-667-2048 / 732-207-2793

CC:  Bankruptcy Court:  Honorable James M. Peck
      Trustee:  Office of the United States Trustee for Region 2
      Unsecured Creditor's Attorney:  Milbank, Tweed, Hadley & McCloy LLP

**PBGC** PBGC/Insurance Operations Department
P.O. Box 151750
Alexandria VA 22315-1750

103IT
August 31, 2009

PBGC Case Number:      21291800
Plan Name:             LEHMAN BROTHERS HOLDINGS INC. RETIREMENT PLAN

STEPHEN LAX
324 AUTUMN HILL DRIVE
MORGANVILLE NJ 077512043

Dear STEPHEN LAX:

As we informed you in our previous letter, the Pension Benefit Guaranty Corporation (PBGC), a U.S. Government agency, is now responsible for your pension plan. To learn more about PBGC, please view the enclosed DVD, *Welcome to the PBGC,* read the enclosed brochure, *Your Guaranteed Pension,* or visit our website at www.pbgc.gov.

PBGC insures private pension plans like yours and protects the benefits of workers and retirees covered by those plans. If a plan ends after a sponsoring employer has failed to put in enough money to pay all promised benefits, PBGC steps in to pay benefits, up to the limits set by Congress. These limits may require PBGC to pay less than your plan would have paid, had your employer continued to sponsor and fund the plan.

PBGC receives no funds from general tax revenues. To finance the pension insurance program, we take in premiums from plan sponsors, assets from terminated pension plans, and earnings from investments. These monies help us to pay your plan's benefits.

PBGC reviews your plan's records to determine what benefits each person will receive. Until we complete our review of the plan records and calculate the benefits we can pay you under the law, the pension payments you receive are estimated payments. Plan benefits exceeding legal limits set by Congress will be reduced. When we complete this review, we will tell you in writing if you are entitled to a benefit and the benefit amount. If you are not entitled to a benefit, we will also tell you the reasons in writing. In either case, we will advise you of your rights to appeal our decision.

If you are entitled to benefits, we will begin paying you estimated benefits when you are eligible and you apply to PBGC to begin payments. Please call our Customer Contact Center about four months before you want your pension payments to begin. You may also apply for your pension benefit online through our website. See the box below for more information about our "Online Pension Account Services."

**OnLine Pension Account Services**
PBGC's website offers the convenience of online transactions. You may:

- Request an estimate of your pension benefits
- Apply for your pension benefits
- Designate a beneficiary
- Update your contact information

To learn more about these online services, go to www.pbgc.gov and click on 'Workers and Retirees'. Look for the title 'Access your Pension Account' on the right side of the webpage.

Please keep this letter in your records. We are enclosing a folder for all your PBGC correspondence.

Sincerely,

*Eric Allen*

Eric Allen
FBA Pension Benefit Analyst
Field Benefit Administration

Enclosures:
Form 708 - Designation of Beneficiary (Not currently receiving Pension Benefits)
Privacy Act Notice (Long Form)
IRS-HCTC Brochure #4182
PBGC Magnet
Folder for correspondence for 100 Series letters
Reply Envelope for Benefit Applications - Generic White 9x12
DVD, Welcome to the PBGC
MYPBA Mouse Pad
Your Guaranteed Pension - 2008

**Appendix:** Stephen B. Lax, Claim Number 13727 filed against Debtor 08-13555

**Source:**

Report of Anton R. Valukas, Examiner Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654-3456; (312) 222-9350

http://lehmanreport.jenner.com/

Volume 1- Sections I & II: Introduction, Executive Summary & Procedural Background; Section III.A.1: Risk

Page 46:

And external monitors of Lehman's affairs, such as the Office of Thrift Supervision ("OTS") and Moody's Investor Services ("Moody's"), also raised serious questions about Lehman's risk management, particularly with respect to its commercial real estate investments.124

124 *See* Office of Thrift Supervision, Report of Examination, Lehman Brothers Holdings Inc. (as of May 31, 2008), at p. 2 [LBEX-OTS 000392] (finding that Lehman did not employ sound risk management practices in its commercial real estate business); e-mail from **Stephen Lax, Lehman, to Erin M. Callan, Lehman,** *et al.* **(June 9, 2008) [LBEX-DOCID 017840] (forwarding text of Moody's release announcing downgrade of Lehman ratings outlook: "The rating action also reflects Moody's concerns over risk management decisions that resulted in elevated real estate exposures and the subsequent ineffectiveness of hedges to mitigate these exposures").**

----------------------------------------------------------------------------------------------

Page 96:

As of March 2007, the rating agencies "perceived loosening of [Lehman's] risk standards – particularly in leveraged lending. . . ."324

324 Lehman, Credit Ratings Strategy Presentation (Mar. 1, 2007), at p. 13 [LBEX-DOCID 618355]; **e-mail from Stephen Lax, Lehman, to James P. Seery, Jr. Lehman,** *et al.* **(Apr. 11, 2008) [LBEX-DOCID 444768].**

----------------------------------------------------------------------------------------------

Volume 2- Section III.A.2: Valuation; Section III.A.3: Survival

Page 620:

By the late afternoon of September 10, Moody's and other rating agencies had placed Lehman on negative watch for a downgrade.2196

**2196 E-mail from Stephen Lax, Lehman, to Rajiv Muthyala, Lehman,** *et al.* **(Sept. 9, 2008) [LBHI_SEC07940_557829] (forwarding Fitch Press Release,** *Fitch Places Lehman Brothers on Rating Watch Negative* **(Sept. 9, 2008));** *S&P Places Lehman on Negative Ratings Watch***, Associated Press (Sept. 9, 2008); email from Paolo R. Tonucci, Lehman, to Carlo Pellerani, Lehman (Sept. 10, 2008) [LBHI_SEC07940_558653] (forwarding Moody's Press Release,** *Moody's Places Lehman's A2 Rating On Review With Direction Uncertain* **(Sept. 9, 2008)).**

----------------------------------------------------------------------------------------------

Volume 4- Section III.A.5: Secured Lenders; Section III.A.6: Government

Page 1389:

Unlike a typical counterparty, though, with the creation of the PDCF, the FRBNY was generally understood by market participants to be the "lender of last resort to the broker-dealers."5332

**5332 E-mail from Stephen Lax, Lehman, to Stephen Lax, Lehman (Mar. 23, 2008) [LBHI_SEC07940_077953] (quoting Press Release, Standard & Poor's, S&P Affirms Leman Bros., Goldman Sachs (Mar. 23, 2008)).**

Page 1397:

In an internal e-mail, Lehman personnel appeared to view the PDCF as a net negative, writing that Lehman could not use it due to its "stigma," owing to the fact that "should the Fed disclose the [PDCF] borrowers," it would likely further damage confidence in the institutions that tapped the facilities."5364 Yet, at the same time, Lehman personnel suggested that the mere existence of FRBNY facilities forced Lehman to "quell rumors and bad press,"5365 presumably regarding whether Lehman was suffering liquidity problems or was forced to access the PDCF.

**5364 E-mail from Stephen Lax, Lehman, to Kevin Thatcher, Lehman, *et al.* (June 4, 2008) [LBHI_SEC07940_3207832].**

**5365 *Id.***

Volume 8- Appendices 8 - 22

Page 10:

On September 9, 2008, both Standard & Poor's and Fitch placed Lehman's rating on a negative watch.40 Standard & Poor's cited Lehman's intent to raise capital and the "precipitous" decline in Lehman's share price.41

**40 E-mail from Stephen Lax, Lehman, to Kevin Thatcher, Lehman, *et al.* (Sept. 9, 2008) [LBHI_SEC07940_557829] (quoting Fitch, Press Release, *Fitch Places Lehman Brothers on Rating Watch Negative* (Sept. 9, 2008)); *S&P Places Lehman on Negative Ratings Watch*, Associated Press, Sept. 9, 2008.**

**41 *S&P Places Lehman on Negative Ratings Watch*, Associated Press, Sept. 9, 2008.**

Page 39:

After meeting with the rating agencies, Tonucci reported that the agencies expressed concern about the impact of the spin-off on Lehman's equity levels.211

**211 E-mail from Paolo R. Tonucci, Lehman, to Stephen Lax, Lehman, *et al.* (Aug. 12, 2008) [LBHI_SEC07940_406811]; *see also* e-mail from Ian T. Lowitt, Lehman, to Hugh E. McGee, III, Lehman (Aug. 13, 2008) [LBHI_SEC07940_364012]; e-mail from Paolo R. Tonucci, Lehman, to Larry Wieseneck, Lehman, *et al.* (Aug. 18, 2008) [LBHI_SEC07940_305707] (forwarding e-mail from Blaine A. Frantz, Moody's (Aug. 15, 2008): "[A] key concern of the transaction is equity, and Lehman's need to replace Page 4 of xxxx**

**any equity deficit created by allocating capital to the spinco, and how exactly you will raise the capital, when and how much.").**

During the meetings, the rating agencies also stressed the importance to Lehman of syndicating some of SpinCo's senior debt.214

**214 *See, e.g.,* e-mail from Paolo R. Tonucci, Lehman, to Stephen Lax, Lehman, *et al.* (Aug. 12, 2008) [LBHI_SEC07940_406811] ("[S]elling the senior debt - ability to do so seemed important in [Fitch's] assessment of what had been accomplished."); e-mail from Ian T. Lowitt, Lehman, to Hugh E. McGee, III, Lehman (Aug. 13, 2008) [LBHI_SEC07940_364012].**

---

Page 17:

That same day, Fitch and Standard and Poor's placed Lehman's rating on a negative watch.71

**71 E ‑ mail from Stephen Lax, Lehman, to Rajiv Muthyala, Lehman,** *et al.* **(Sept. 9, 2008) [LBHI_SEC07940_557829] (forwarding Fitch press release,** *Fitch Places Lehman Brothers on Rating Watch Negative***);** *S&P places Lehman on negative ratings watch,* **Associated Press (Sept. 9, 2008).**

---

Page 20:

During the afternoon of September 9, Fitch and Standard and Poor's placed Lehman's ratings on a negative watch.85

**85 E ‑ mail from Stephen Lax, Lehman, to Rajiv Muthyala, Lehman,** *et al.* **(Sept. 9, 2008) [LBHI_SEC07940_557829] (forwarding Fitch, Press Release,** *Fitch Places Lehman Brothers on Rating Watch Negative* **(Sept. 9, 2008));** *S&P places Lehman on negative ratings watch***, Associated Press, Sept. 9, 2008.**

---

May 9, 2011

***Delivered via US First Class Priority Mail With Signature Confirmation Receipt***

Page 1 of 2

Office of the United States Trustee for Region 2
33 Whitehall Street
21st Floor
New York, NY 10004

Dear Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea Schwartz, Esq.:

The purpose of this letter is to provide additional documentation and further evidence of claim pertaining to my April 30, 2011 written response to the Court - having served all requested parties at that time. I responded that I, as a Creditor, opposed the disallowance and expungement of my claim (13727) against Lehman Brothers Holdings Inc., Debtor (08-13555). That response is hereby incorporated by reference.

The Bankruptcy Court should consider this additional information, as it is also being filed timely and being served to all of the parties identified in the One Hundred Seventeenth Omnibus Objection to Claims, filed by the Debtors on March 25, 2011 with the Court.

The additional evidence is as follows – the first of which shows that Creditor was an employee of Debtor, while all others are support for the exclusive advisory services that Creditor provided to Debtor.

- Employee records
- Employee contacts
- Rating Agency contacts
- Bankruptcy Examiner's Report
- Other historical records

**Employee records:**

I was a Lehman Brothers Holdings Inc. employee at the time of its bankruptcy, and this is evidenced by the attached copy of a letter from the PBGC – which specifically states the plan's name as the **Lehman Brothers Holdings Inc. Retirement Plan.**

In addition, the below are two supporting extracts from Lehman Brothers 2007 10k, which clearly state that **"Holdings"** means **Lehman Brothers Holdings Inc.** and that employee retirement is from **"Holdings"** plan. As such, it is not the Firm's plan or that of a subsidiary...but in fact the parent – and Debtor – LBHI.

Extract #1: Page 3 of 10k -

PART I

ITEM 1. BUSINESS

**As used herein, "Holdings" or the "Registrant" means Lehman Brothers Holdings Inc., a Delaware corporation, incorporated on December 29, 1983.** Holdings and its subsidiaries are collectively referred to as the "Company," "Lehman Brothers," the "Firm," "we," "us" or "our." Our executive offices are located at 745 Seventh Avenue, New York, New York 10019, U.S.A., and our telephone number is 1-212-526-7000.

Page 2 of 2:  Stephen B. Lax, Claim Number 13727 filed against Debtor 08-13555

<u>Extract # 2:  Annex A of 10k -</u>

"...of employment which meets the criteria for <u>retirement under **Holdings'** qualified defined benefit pension plan</u>".

**<u>Employee contacts:</u>**

1) I have about <u>**500**</u> connections on LinkedIn, many of whom are from Lehman; **www.linkedin.com**
2) Lehman Senior Management
3) Lehman Treasury Department (my role at that time)
   a. Financial Planning & Analysis
   b. Asset & Liability Management
   c. Cash Management
   d. Bank Relations
4) Lehman Risk Management
   a. Market Risk
   b. Credit Risk

**<u>Rating Agency contacts:</u>**

1) Moody's Investor Services
2) Standard & Poor's
3) Fitch
4) DBRS

**<u>Bankruptcy Examiner's Report:</u>**

1) See Appendix

**<u>Other historical records:</u>**

Electronic communication and historical records of these employees, departments, and senior management will clearly show the advisory services performed by Creditor for Debtor.

In addition, it will also clearly show the interaction with the rating agencies, presentations provided, queries addressed, and all other relevant items in such capacity.

Thank you for your attention in this matter, and please contact me if you have any questions regarding this information.

Sincerely,

Stephen B. Lax
324 Autumn Hill Drive
Morganville, NJ  07751

212-667-2048 / 732-207-2793

CC:  Bankruptcy Court:  Honorable James M. Peck
     Debtor's Attorney:  Weil Gotshal & Manges LLP
     Unsecured Creditors Attorney:  Milbank, Tweed, Hadley & McCloy LLP



PBGC/Insurance Operations Department
P.O. Box 151750
Alexandria VA 22315-1750

103IT
August 31, 2009

PBGC Case Number:      21291800
Plan Name:             LEHMAN BROTHERS HOLDINGS INC. RETIREMENT PLAN

STEPHEN LAX
324 AUTUMN HILL DRIVE
MORGANVILLE NJ 077512043

Dear STEPHEN LAX:

As we informed you in our previous letter, the Pension Benefit Guaranty Corporation (PBGC), a U.S. Government agency, is now responsible for your pension plan. To learn more about PBGC, please view the enclosed DVD, *Welcome to the PBGC*, read the enclosed brochure, *Your Guaranteed Pension,* or visit our website at www.pbgc.gov.

PBGC insures private pension plans like yours and protects the benefits of workers and retirees covered by those plans. If a plan ends after a sponsoring employer has failed to put in enough money to pay all promised benefits, PBGC steps in to pay benefits, up to the limits set by Congress. These limits may require PBGC to pay less than your plan would have paid, had your employer continued to sponsor and fund the plan.

PBGC receives no funds from general tax revenues. To finance the pension insurance program, we take in premiums from plan sponsors, assets from terminated pension plans, and earnings from investments. These monies help us to pay your plan's benefits.

PBGC reviews your plan's records to determine what benefits each person will receive. Until we complete our review of the plan records and calculate the benefits we can pay you under the law, the pension payments you receive are estimated payments. Plan benefits exceeding legal limits set by Congress will be reduced. When we complete this review, we will tell you in writing if you are entitled to a benefit and the benefit amount. If you are not entitled to a benefit, we will also tell you the reasons in writing. In either case, we will advise you of your rights to appeal our decision.

If you are entitled to benefits, we will begin paying you estimated benefits when you are eligible and you apply to PBGC to begin payments. Please call our Customer Contact Center about four months before you want your pension payments to begin. You may also apply for your pension benefit online through our website. See the box below for more information about our "Online Pension Account Services."

**Pension Benefit Guaranty Corporation
U.S. Government Agency**

001228020500

**OnLine Pension Account Services**
PBGC's website offers the convenience of online transactions. You may:
- Request an estimate of your pension benefits
- Apply for your pension benefits
- Designate a beneficiary
- Update your contact information

To learn more about these online services, go to www.pbgc.gov and click on 'Workers and Retirees'. Look for the title 'Access your Pension Account' on the right side of the webpage.

Please keep this letter in your records.  We are enclosing a folder for all your PBGC correspondence.

Sincerely,

*Eric Allen*

Eric Allen
FBA Pension Benefit Analyst
Field Benefit Administration

Enclosures:
Form 708 - Designation of Beneficiary (Not currently receiving Pension Benefits)
Privacy Act Notice (Long Form)
IRS-HCTC Brochure #4182
PBGC Magnet
Folder for correspondence for 100 Series letters
Reply Envelope for Benefit Applications - Generic White 9x12
DVD, Welcome to the PBGC
MYPBA Mouse Pad
Your Guaranteed Pension - 2008

**Appendix:** Stephen B. Lax, Claim Number 13727 filed against Debtor 08-13555

**Source:**

Report of Anton R. Valukas, Examiner Jenner & Block LLP, 353 N. Clark Street, Chicago, IL  60654-3456; (312) 222-9350

http://lehmanreport.jenner.com/

Volume 1- Sections I & II: Introduction, Executive Summary & Procedural Background; Section III.A.1: Risk

Page 46:

And external monitors of Lehman's affairs, such as the Office of Thrift Supervision ("OTS") and Moody's Investor Services ("Moody's"), also raised serious questions about Lehman's risk management, particularly with respect to its commercial real estate investments.124

124 *See* Office of Thrift Supervision, Report of Examination, Lehman Brothers Holdings Inc. (as of May 31, 2008), at p. 2 [LBEX-OTS 000392] (finding that Lehman did not employ sound risk management practices in its commercial real estate business); **e-mail from Stephen Lax, Lehman, to Erin M. Callan, Lehman,** *et al.* **(June 9, 2008) [LBEX-DOCID 017840] (forwarding text of Moody's release announcing downgrade of Lehman ratings outlook: "The rating action also reflects Moody's concerns over risk management decisions that resulted in elevated real estate exposures and the subsequent ineffectiveness of hedges to mitigate these exposures").**

----------------------------------------------------------------------------------------------------

Page 96:

As of March 2007, the rating agencies "perceived loosening of [Lehman's] risk standards – particularly in leveraged lending. . . ."324

324 Lehman, Credit Ratings Strategy Presentation (Mar. 1, 2007), at p. 13 [LBEX-DOCID 618355]; **e-mail from Stephen Lax, Lehman, to James P. Seery, Jr. Lehman,** *et al.* **(Apr. 11, 2008) [LBEX-DOCID 444768].**

----------------------------------------------------------------------------------------------------

Volume 2- Section III.A.2: Valuation; Section III.A.3: Survival

Page 620:

By the late afternoon of September 10, Moody's and other rating agencies had placed Lehman on negative watch for a downgrade.2196

2196 **E-mail from Stephen Lax, Lehman, to Rajiv Muthyala, Lehman,** *et al.* **(Sept. 9, 2008) [LBHI_SEC07940_557829] (forwarding Fitch Press Release,** *Fitch Places Lehman Brothers on Rating Watch Negative* **(Sept. 9, 2008));** *S&P Places Lehman on Negative Ratings Watch*, **Associated Press (Sept. 9, 2008); email from Paolo R. Tonucci, Lehman, to Carlo Pellerani, Lehman (Sept. 10, 2008) [LBHI_SEC07940_558653] (forwarding Moody's Press Release,** *Moody's Places Lehman's A2 Rating On Review With Direction Uncertain* **(Sept. 9, 2008)).**

----------------------------------------------------------------------------------------------------

Volume 4- Section III.A.5: Secured Lenders; Section III.A.6: Government

Page 1389:

Unlike a typical counterparty, though, with the creation of the PDCF, the FRBNY was generally understood by market participants to be the "lender of last resort to the broker-dealers."5332

**5332 E-mail from Stephen Lax, Lehman, to Stephen Lax, Lehman (Mar. 23, 2008)
[LBHI_SEC07940_077953] (quoting Press Release, Standard & Poor's, S&P Affirms Leman Bros.,
Goldman Sachs (Mar. 23, 2008)).**

---

Page 1397:
In an internal e-mail, Lehman personnel appeared to view the PDCF as a net negative, writing that Lehman
could not use it due to its "stigma," owing to the fact that "should the Fed disclose the [PDCF] borrowers, it
would likely further damage confidence in the institutions that tapped the facilities."5364 Yet, at the same time,
Lehman personnel suggested that the mere existence of FRBNY facilities forced Lehman to "quell rumors and
bad press,"5365 presumably regarding whether Lehman was suffering liquidity problems or was forced to
access the PDCF.

**5364 E-mail from Stephen Lax, Lehman, to Kevin Thatcher, Lehman, *et al.* (June 4, 2008)
[LBHI_SEC07940_3207832].**

**5365 *Id.***

---

Volume 8- Appendices 8 - 22

Page 10:

On September 9, 2008, both Standard & Poor's and Fitch placed Lehman's rating on a negative watch.40
Standard & Poor's cited Lehman's intent to raise capital and the "precipitous" decline in Lehman's share
price.41

**40 E-mail from Stephen Lax, Lehman, to Kevin Thatcher, Lehman, *et al.* (Sept. 9, 2008)
[LBHI_SEC07940_557829] (quoting Fitch, Press Release, *Fitch Places Lehman Brothers on Rating
Watch Negative* (Sept. 9, 2008)); *S&P Places Lehman on Negative Ratings Watch*, Associated Press,
Sept. 9, 2008.**

**41 *S&P Places Lehman on Negative Ratings Watch*, Associated Press, Sept. 9, 2008.**

---

Page 39:

After meeting with the rating agencies, Tonucci reported that the agencies expressed concern about the
impact of the spin-off on Lehman's equity levels.211

**211 E-mail from Paolo R. Tonucci, Lehman, to Stephen Lax, Lehman, *et al.* (Aug. 12, 2008)
[LBHI_SEC07940_406811]; *see also* e-mail from Ian T. Lowitt, Lehman, to Hugh E. McGee, III, Lehman
(Aug. 13, 2008) [LBHI_SEC07940_364012]; e-mail from Paolo R. Tonucci, Lehman, to Larry Wieseneck,
Lehman, *et al.* (Aug. 18, 2008) [LBHI_SEC07940_305707] (forwarding e-mail from Blaine A. Frantz,
Moody's (Aug. 15, 2008): "[A] key concern of the transaction is equity, and Lehman's need to replace
Page 4 of xxxx**

**any equity deficit created by allocating capital to the spinco, and how exactly you will raise the capital,
when and how much.").**

During the meetings, the rating agencies also stressed the importance to Lehman of syndicating some of
SpinCo's senior debt.214

**214 *See, e.g.,* e-mail from Paolo R. Tonucci, Lehman, to Stephen Lax, Lehman, *et al.* (Aug. 12, 2008)
[LBHI_SEC07940_406811] ("[S]elling the senior debt - ability to do so seemed important in [Fitch's]
assessment of what had been accomplished."); e-mail from Ian T. Lowitt, Lehman, to Hugh E. McGee,
III, Lehman (Aug. 13, 2008) [LBHI_SEC07940_364012].**

---

Page 17:

That same day, Fitch and Standard and Poor's placed Lehman's rating on a negative watch.71

**71 E - mail from Stephen Lax, Lehman, to Rajiv Muthyala, Lehman,** *et al.* **(Sept. 9, 2008) [LBHI_SEC07940_557829] (forwarding Fitch press release,** *Fitch Places Lehman Brothers on Rating Watch Negative***);** *S&P places Lehman on negative ratings watch,* **Associated Press (Sept. 9, 2008).**

---

Page 20:

During the afternoon of September 9, Fitch and Standard and Poor's placed Lehman's ratings on a negative watch.85

**85 E - mail from Stephen Lax, Lehman, to Rajiv Muthyala, Lehman,** *et al.* **(Sept. 9, 2008) [LBHI_SEC07940_557829] (forwarding Fitch, Press Release,** *Fitch Places Lehman Brothers on Rating Watch Negative* **(Sept. 9, 2008));** *S&P places Lehman on negative ratings watch,* **Associated Press, Sept. 9, 2008.**

---

May 9, 2011

*Delivered via US First Class Priority Mail With Signature Confirmation Receipt*

Page 1 of 2

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Dear Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.:

The purpose of this letter is to provide additional documentation and further evidence of claim pertaining to my April 30, 2011 written response to the Court - having served all requested parties at that time. I responded that I, as a Creditor, opposed the disallowance and expungement of my claim (13727) against Lehman Brothers Holdings Inc., Debtor (08-13555).  That response is hereby incorporated by reference.

The Bankruptcy Court should consider this additional information, as it is also being filed timely and being served to all of the parties identified in the One Hundred Seventeenth Omnibus Objection to Claims, filed by the Debtors on March 25, 2011 with the Court.

The additional evidence is as follows – the first of which shows that Creditor was an employee of Debtor, while all others are support for the exclusive advisory services that Creditor provided to Debtor.

- Employee records
- Employee contacts
- Rating Agency contacts
- Bankruptcy Examiner's Report
- Other historical records

**Employee records:**

I was a Lehman Brothers Holdings Inc. employee at the time of its bankruptcy, and this is evidenced by the attached copy of a letter from the PBGC – which specifically states the plan's name as the **Lehman Brothers Holdings Inc. Retirement Plan.**

In addition, the below are two supporting extracts from Lehman Brothers 2007 10k, which clearly state that **"Holdings"** means **Lehman Brothers Holdings Inc.** and that employee retirement is from **"Holdings"** plan. As such, it is not the Firm's plan or that of a subsidiary...but in fact the parent – and Debtor – LBHI.

Extract #1:  Page 3 of 10k -

PART I

ITEM 1. BUSINESS

**As used herein, "Holdings" or the "Registrant" means Lehman Brothers Holdings Inc., a Delaware corporation, incorporated on December 29, 1983.** Holdings and its subsidiaries are collectively referred to as the "Company," "Lehman Brothers," the "Firm," "we," "us" or "our." Our executive offices are located at 745 Seventh Avenue, New York, New York 10019, U.S.A., and our telephone number is 1-212-526-7000.

Page 2 of 2:  Stephen B. Lax, Claim Number 13727 filed against Debtor 08-13555

Extract # 2:  Annex A of 10k -

"...of employment which meets the criteria for <u>retirement under **Holdings'** qualified defined benefit pension plan</u>".

## Employee contacts:

1) I have about **500** connections on LinkedIn, many of whom are from Lehman; **www.linkedin.com**
2) Lehman Senior Management
3) Lehman Treasury Department (my role at that time)
   a.  Financial Planning & Analysis
   b.  Asset & Liability Management
   c.  Cash Management
   d.  Bank Relations
4) Lehman Risk Management
   a.  Market Risk
   b.  Credit Risk

## Rating Agency contacts:

1) Moody's Investor Services
2) Standard & Poor's
3) Fitch
4) DBRS

## Bankruptcy Examiner's Report:

1) See Appendix

## Other historical records:

Electronic communication and historical records of these employees, departments, and senior management will clearly show the advisory services performed by Creditor for Debtor.

In addition, it will also clearly show the interaction with the rating agencies, presentations provided, queries addressed, and all other relevant items in such capacity.

Thank you for your attention in this matter, and please contact me if you have any questions regarding this information.

Sincerely,

Stephen B. Lax
324 Autumn Hill Drive
Morganville, NJ  07751

212-667-2048 / 732-207-2793

CC: Bankruptcy Court:  Honorable James M. Peck
    Debtor's Attorney:  Weil Gotshal & Manges LLP
    Trustee:  Office of the United States Trustee for Region 2

 PBGC/Insurance Operations Department
P.O. Box 151750
Alexandria VA 22315-1750

103IT
August 31, 2009

PBGC Case Number:        21291800
Plan Name:               LEHMAN BROTHERS HOLDINGS INC. RETIREMENT PLAN

STEPHEN LAX
324 AUTUMN HILL DRIVE
MORGANVILLE NJ 077512043

Dear STEPHEN LAX:

As we informed you in our previous letter, the Pension Benefit Guaranty Corporation (PBGC),
a U.S. Government agency, is now responsible for your pension plan.  To learn more about
PBGC, please view the enclosed DVD, **Welcome to the PBGC**, read the enclosed brochure,
**Your Guaranteed Pension,** or visit our website at www.pbgc.gov.

PBGC insures private pension plans like yours and protects the benefits of workers and
retirees covered by those plans.  If a plan ends after a sponsoring employer has failed to put in
enough money to pay all promised benefits, PBGC steps in to pay benefits, up to the limits set
by Congress.  These limits may require PBGC to pay less than your plan would have paid, had
your employer continued to sponsor and fund the plan.

PBGC receives no funds from general tax revenues.  To finance the pension insurance
program, we take in premiums from plan sponsors, assets from terminated pension plans, and
earnings from investments.  These monies help us to pay your plan's benefits.

PBGC reviews your plan's records to determine what benefits each person will receive.  Until
we complete our review of the plan records and calculate the benefits we can pay you under
the law, the pension payments you receive are estimated payments. Plan benefits exceeding
legal limits set by Congress will be reduced.  When we complete this review, we will tell you in
writing if you are entitled to a benefit and the benefit amount.  If you are not entitled to a
benefit, we will also tell you the reasons in writing.  In either case, we will advise you of your
rights to appeal our decision.

If you are entitled to benefits, we will begin paying you estimated benefits when you are eligible
and you apply to PBGC to begin payments.  Please call our Customer Contact Center about
four months before you want your pension payments to begin.  You may also apply for your
pension benefit online through our website.  See the box below for more information about our
"Online Pension Account Services."

**Pension Benefit Guaranty Corporation
U.S. Government Agency**

001226020500

**OnLine Pension Account Services**
PBGC's website offers the convenience of online transactions. You may:
- Request an estimate of your pension benefits
- Apply for your pension benefits
- Designate a beneficiary
- Update your contact information

To learn more about these online services, go to www.pbgc.gov and click on 'Workers and Retirees'. Look for the title 'Access your Pension Account' on the right side of the webpage.

Please keep this letter in your records.  We are enclosing a folder for all your PBGC correspondence.

Sincerely,

*Eric Allen*

Eric Allen
FBA Pension Benefit Analyst
Field Benefit Administration

Enclosures:
Form 708 - Designation of Beneficiary (Not currently receiving Pension Benefits)
Privacy Act Notice (Long Form)
IRS-HCTC Brochure #4182
PBGC Magnet
Folder for correspondence for 100 Series letters
Reply Envelope for Benefit Applications - Generic White 9x12
DVD, Welcome to the PBGC
MYPBA Mouse Pad
Your Guaranteed Pension - 2008

**Appendix:** Stephen B. Lax, Claim Number 13727 filed against Debtor 08-13555

**Source:**

Report of Anton R. Valukas, Examiner Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654-3456; (312) 222-9350

http://lehmanreport.jenner.com/

Volume 1- Sections I & II: Introduction, Executive Summary & Procedural Background; Section III.A.1: Risk

Page 46:

And external monitors of Lehman's affairs, such as the Office of Thrift Supervision ("OTS") and Moody's Investor Services ("Moody's"), also raised serious questions about Lehman's risk management, particularly with respect to its commercial real estate investments.124

124 See Office of Thrift Supervision, Report of Examination, Lehman Brothers Holdings Inc. (as of May 31, 2008), at p. 2 [LBEX-OTS 000392] (finding that Lehman did not employ sound risk management practices in its commercial real estate business); **e-mail from Stephen Lax, Lehman, to Erin M. Callan, Lehman, et al. (June 9, 2008) [LBEX-DOCID 017840] (forwarding text of Moody's release announcing downgrade of Lehman ratings outlook: "The rating action also reflects Moody's concerns over risk management decisions that resulted in elevated real estate exposures and the subsequent ineffectiveness of hedges to mitigate these exposures").**

----------------------------------------------------------------------------------------------------

Page 96:

As of March 2007, the rating agencies "perceived loosening of [Lehman's] risk standards – particularly in leveraged lending. . . ."324

324 Lehman, Credit Ratings Strategy Presentation (Mar. 1, 2007), at p. 13 [LBEX-DOCID 618355]; **e-mail from Stephen Lax, Lehman, to James P. Seery, Jr. Lehman, et al. (Apr. 11, 2008) [LBEX-DOCID 444768].**

----------------------------------------------------------------------------------------------------

Volume 2- Section III.A.2: Valuation; Section III.A.3: Survival

Page 620:

By the late afternoon of September 10, Moody's and other rating agencies had placed Lehman on negative watch for a downgrade.2196

**2196 E-mail from Stephen Lax, Lehman, to Rajiv Muthyala, Lehman, et al. (Sept. 9, 2008) [LBHI_SEC07940_557829] (forwarding Fitch Press Release, *Fitch Places Lehman Brothers on Rating Watch Negative* (Sept. 9, 2008)); *S&P Places Lehman on Negative Ratings Watch*, Associated Press (Sept. 9, 2008); email from Paolo R. Tonucci, Lehman, to Carlo Pellerani, Lehman (Sept. 10, 2008) [LBHI_SEC07940_558653] (forwarding Moody's Press Release, *Moody's Places Lehman's A2 Rating On Review With Direction Uncertain* (Sept. 9, 2008)).**

----------------------------------------------------------------------------------------------------

Volume 4- Section III.A.5: Secured Lenders; Section III.A.6: Government

Page 1389:

Unlike a typical counterparty, though, with the creation of the PDCF, the FRBNY was generally understood by market participants to be the "lender of last resort to the broker-dealers."5332

**5332 E-mail from Stephen Lax, Lehman, to Stephen Lax, Lehman (Mar. 23, 2008)
[LBHI_SEC07940_077953] (quoting Press Release, Standard & Poor's, S&P Affirms Leman Bros.,
Goldman Sachs (Mar. 23, 2008)).**

---

Page 1397:
In an internal e-mail, Lehman personnel appeared to view the PDCF as a net negative, writing that Lehman
could not use it due to its "stigma," owing to the fact that "should the Fed disclose the [PDCF] borrowers, it
would likely further damage confidence in the institutions that tapped the facilities."5364 Yet, at the same time,
Lehman personnel suggested that the mere existence of FRBNY facilities forced Lehman to "quell rumors and
bad press,"5365 presumably regarding whether Lehman was suffering liquidity problems or was forced to
access the PDCF.

**5364 E-mail from Stephen Lax, Lehman, to Kevin Thatcher, Lehman, et al. (June 4, 2008)
[LBHI_SEC07940_3207832].**

**5365 Id.**

---

Volume 8- Appendices 8 - 22

Page 10:

On September 9, 2008, both Standard & Poor's and Fitch placed Lehman's rating on a negative watch.40
Standard & Poor's cited Lehman's intent to raise capital and the "precipitous" decline in Lehman's share
price.41

**40 E-mail from Stephen Lax, Lehman, to Kevin Thatcher, Lehman, et al. (Sept. 9, 2008)
[LBHI_SEC07940_557829] (quoting Fitch, Press Release, *Fitch Places Lehman Brothers on Rating
Watch Negative* (Sept. 9, 2008)); *S&P Places Lehman on Negative Ratings Watch*, Associated Press,
Sept. 9, 2008.**

**41 *S&P Places Lehman on Negative Ratings Watch*, Associated Press, Sept. 9, 2008.**

---

Page 39:

After meeting with the rating agencies, Tonucci reported that the agencies expressed concern about the
impact of the spin-off on Lehman's equity levels.211

**211 E-mail from Paolo R. Tonucci, Lehman, to Stephen Lax, Lehman, et al. (Aug. 12, 2008)
[LBHI_SEC07940_406811]; see also e-mail from Ian T. Lowitt, Lehman, to Hugh E. McGee, III, Lehman
(Aug. 13, 2008) [LBHI_SEC07940_364012]; e-mail from Paolo R. Tonucci, Lehman, to Larry Wieseneck,
Lehman, et al. (Aug. 18, 2008) [LBHI_SEC07940_305707] (forwarding e-mail from Blaine A. Frantz,
Moody's (Aug. 15, 2008): "[A] key concern of the transaction is equity, and Lehman's need to replace
Page 4 of xxxx**

**any equity deficit created by allocating capital to the spinco, and how exactly you will raise the capital,
when and how much.").**

During the meetings, the rating agencies also stressed the importance to Lehman of syndicating some of
SpinCo's senior debt.214

**214 See, e.g., e-mail from Paolo R. Tonucci, Lehman, to Stephen Lax, Lehman, et al. (Aug. 12, 2008)
[LBHI_SEC07940_406811] ("[S]elling the senior debt - ability to do so seemed important in [Fitch's]
assessment of what had been accomplished."); e-mail from Ian T. Lowitt, Lehman, to Hugh E. McGee,
III, Lehman (Aug. 13, 2008) [LBHI_SEC07940_364012].**

---

Page 17:

That same day, Fitch and Standard and Poor's placed Lehman's rating on a negative watch.71

**71 E - mail from Stephen Lax, Lehman, to Rajiv Muthyala, Lehman,** *et al.* **(Sept. 9, 2008) [LBHI_SEC07940_557829] (forwarding Fitch press release,** *Fitch Places Lehman Brothers on Rating Watch Negative***);** *S&P places Lehman on negative ratings watch,* **Associated Press (Sept. 9, 2008).**

---

Page 20:

During the afternoon of September 9, Fitch and Standard and Poor's placed Lehman's ratings on a negative watch.85

**85 E - mail from Stephen Lax, Lehman, to Rajiv Muthyala, Lehman,** *et al.* **(Sept. 9, 2008) [LBHI_SEC07940_557829] (forwarding Fitch, Press Release,** *Fitch Places Lehman Brothers on Rating Watch Negative* **(Sept. 9, 2008));** *S&P places Lehman on negative ratings watch***, Associated Press, Sept. 9, 2008.**

---