UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :    08-13555 (JMP)
                                                             :
                        Debtors.                             :    (Jointly Administered)
                                                             :
------------------------------------------------------------x

NOTICE OF WITHDRAWAL OF CLAIM 67438 AND REISTATEMENT OF CLAIMS 56209, 56210 AND 56211

| Claim Number | Creditor | Debtor | Claim Amount |
|---|---|---|---|
| 56209 | BOVAY & PARTENAIRES S.A. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $970,554.96 |
| 56210 | BOVAY & PARTENAIRES S.A. | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $23,081,896.98 |
| 56211 | YERSIN, PAULINE DEGAUTARD | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $56,757.60 |
| 67438 | BOVAY & PARTENAIRES | LEHMAN BROTHERS HOLDINGS INC. (08-13555) | $2,000,705.40 |

I, the undersigned, am an authorized signatory for the above-referenced creditors. I hereby withdraw claim 67438 referenced above and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor. Additionally, I hereby request that the Clerk of this Court, or their duly appointed Claims Agent, reinstate claims 56209, 56210 and 56211 on the official claims register for the above-referenced Debtor. This reinstatement supersedes the request for cancellation of claim that was reflected as a Notice of Withdrawal pursuant to Docket No. 15977.

Dated: _____, 2011

BOVAY & PARTENAIRES S.A.

By: _____

Print Name: _____

Title (if applicable): _____