Dennis F. Dunne
Dennis O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                            :
In re:                                      :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (JMP)
                                            :
            Debtors.                        :    (Jointly Administered)
                                            :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

  CHARMAINE M. THOMAS, being duly sworn, deposes and says:

  I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

  On the 12th of May, 2011, I caused a copy of the following document:

  NOTICE OF PRESENTMENT OF ORDER CONFIRMING
  APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED
  CREDITORS AS DESIGNATED PARTY FOR PLAN DISCOVERY,

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties listed on Exhibit B attached hereto by facsimile, and to be

served upon the parties listed on Exhibit C attached hereto by United States Postal Service for delivery by first class mail.

    /s/ Charmaine Thomas
    CHARMAINE M. THOMAS

SWORN TO AND SUBSCRIBED before me this 12th day of May, 2011

  /s/ Jason Hsu
Jason Hsu
Notary Public, State of New York
No. 01HS6212317
Qualified in New York County
Commission Expires Oct. 13, 2013

2

## Exhibit A

irwin.warren@weil.com; randi.singer@weil.com; harvey.miller@weil.com; jacqueline.marcus@weil.com; lori.fife@weil.com; richard.krasnow@weil.com; robert.lemons@weil.com; aaaronson@dilworthlaw.com; aalfonso@willkie.com; abraunstein@riemerlaw.com; acaton@kramerlevin.com; acker@chapman.com; adam.brezine@hro.com; adarwin@nixonpeabody.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com; aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov; aglenn@kasowitz.com; agold@herrick.com; ahammer@freebornpeters.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com; alesia.pinney@infospace.com; alum@ftportfolios.com; amarder@msek.com; AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com; anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; aostrow@beckerglynn.com; apo@stevenslee.com; aquale@sidley.com; araboy@cov.com; arahl@reedsmith.com; arheaume@riemerlaw.com; arlbank@pbfcm.com; arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com; arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashaffer@mayerbrown.com; ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com; aunger@sidley.com; austin.bankruptcy@publicans.com; avenes@whitecase.com; azylberberg@whitecase.com; bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com; bankruptcy@ntexas-attorneys.com; bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com; bcarlson@co.sanmateo.ca.us; bdk@schlamstone.com; bgraifman@gkblaw.com; bguiney@pbwt.com; bill.freeman@pillsburylaw.com; bkmail@prommis.com; bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com; Brian.Corey@greentreecreditsolutions.com; bromano@willkie.com; brosenblum@jonesday.com; broy@rltlawfirm.com; btrust@mayerbrown.com; bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; bzabarauskas@crowell.com; cahn@clm.com; calbert@reitlerlaw.com; canelas@pursuitpartners.com; carol.weinerlevy@bingham.com; cbelisle@wfw.com; cbelmonte@ssbb.com; cbrotstein@bm.net; cgoldstein@stcwlaw.com; chammerman@paulweiss.com; chardman@klestadt.com; charles@filardi-law.com; charles_malloy@aporter.com; charu.chandrasekhar@wilmerhale.com; chipford@parkerpoe.com; chris.donoho@lovells.com; christopher.schueller@bipc.com; clarkb@sullcrom.com; clynch@reedsmith.com; cmontgomery@salans.com; cohenr@sewkis.com; cp@stevenslee.com; cpappas@dilworthlaw.com; craig.goldblatt@wilmerhale.com; crmomjian@attorneygeneral.gov; cs@stevenslee.com; csalomon@beckerglynn.com; cschreiber@winston.com; cshore@whitecase.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com; cwalsh@mayerbrown.com; cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com; dallas.bankruptcy@publicans.com; daniel.guyder@allenovery.com; dave.davis@isgria.com; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com; david.heller@lw.com; david.seligman@kirkland.com; davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com; dbarber@bsblawyers.com;

dbaumstein@whitecase.com; dbesikof@loeb.com; dcimo@gjb-law.com;
dckaufman@hhlaw.com; dcoffino@cov.com; dcrapo@gibbonslaw.com;
ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; deggermann@kramerlevin.com;
deggert@freebornpeters.com; demetra.liggins@tklaw.com; deryck.palmer@cwt.com;
dfelder@orrick.com; dflanigan@polsinelli.com; dgrimes@reedsmith.com;
dhayes@mcguirewoods.com; dheffer@foley.com; diconzam@gtlaw.com;
dirk.roberts@ots.treas.gov; djoseph@stradley.com; dkleiner@velaw.com;
dkozusko@willkie.com; dlemay@chadbourne.com; dlipke@vedderprice.com;
dludman@brownconnery.com; dmcguire@winston.com; dmurray@jenner.com;
dneier@winston.com; dove.michelle@dorsey.com; dowd.mary@arentfox.com;
DPiazza@HodgsonRuss.com; draelson@fisherbrothers.com; dravin@wolffsamson.com;
drose@pryorcashman.com; drosenzweig@fulbright.com; drosner@goulstonstorrs.com;
drosner@kasowitz.com; dshemano@pwkllp.com; dspelfogel@foley.com;
dtatge@ebglaw.com; dwdykhouse@pbwt.com; dwildes@stroock.com;
dworkman@bakerlaw.com; easmith@venable.com; echang@steinlubin.com;
ecohen@russell.com; efriedman@friedumspring.com; egeekie@schiffhardin.com;
eglas@mccarter.com; ehollander@whitecase.com; ekbergc@lanepowell.com;
elevin@lowenstein.com; eli.mattioli@klgates.com; ellen.halstead@cwt.com;
emerberg@mayerbrown.com; eobrien@sbchlaw.com; eschaffer@reedsmith.com;
eschwartz@contrariancapital.com; esmith@dl.com; ezujkowski@emmetmarvin.com;
ezweig@optonline.net; fbp@ppgms.com; feldsteinh@sullcrom.com;
ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; fishere@butzel.com;
francois.janson@hklaw.com; fsosnick@shearman.com; fyates@sonnenschein.com;
gabriel.delvirginia@verizon.net; george.davis@cwt.com; geraci@thalergertler.com;
ggitomer@mkbattorneys.com; giddens@hugheshubbard.com;
gkaden@goulstonstorrs.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com;
gravert@mwe.com; gspilsbury@jsslaw.com; guzzi@whitecase.com;
harrisjm@michigan.gov; harveystrickon@paulhastings.com;
hbeltzer@mayerbrown.com; heidi@crumbielaw.com; heim.steve@dorsey.com;
heiser@chapman.com; hirsch.robert@arentfox.com;
hollace.cohen@troutmansanders.com; holsen@stroock.com; howard.hawkins@cwt.com;
hseife@chadbourne.com; hsnovikoff@wlrk.com; icatto@kirkland.com;
igoldstein@dl.com; ilevee@lowenstein.com; info2@normandyhill.com;
ira.herman@tklaw.com; isgreene@hhlaw.com; israel.dahan@cwt.com;
iva.uroic@dechert.com; jaclyn.genchi@kayescholer.com; jacobsonn@sec.gov;
james.mcclammy@dpw.com; james.sprayregen@kirkland.com;
jamestecce@quinnemanuel.com; jamie.nelson@dubaiic.com; jar@outtengolden.com;
jason.jurgens@cwt.com; jay.hurst@oag.state.tx.us; jay@kleinsolomon.com;
Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com;
jbeiers@co.sanmateo.ca.us; jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-law.com;
jchristian@tobinlaw.com; Jdrucker@coleschotz.com; jdyas@halperinlaw.net;
jean-david.barnea@usdoj.gov; jeannette.boot@wilmerhale.com; jeff.wittig@coair.com;
jeffrey.sabin@bingham.com; jeldredge@velaw.com; jen.premisler@cliffordchance.com;
jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com;
jeremy.eiden@state.mn.us; jessica.fink@cwt.com; jfalgowski@reedsmith.com;
jflaxer@golenbock.com; jfox@joefoxlaw.com; jfreeberg@wfw.com; jg5786@att.com;

2

jgarrity@shearman.com; jgenovese@gjb-law.com; jguy@orrick.com;
jherzog@gklaw.com; jhiggins@fdlaw.com; jhorgan@phxa.com;
jhuggett@margolisedelstein.com; jhuh@ffwplaw.com; jim@atkinslawfirm.com;
jjoyce@dresslerpeters.com; jjtancredi@daypitney.com; jjureller@klestadt.com;
jkehoe@btkmc.com; jlamar@maynardcooper.com; jlawlor@wmd-law.com;
jlee@foley.com; jlevitin@cahill.com; jlipson@crockerkuno.com; jliu@dl.com;
jlovi@steptoe.com; jlscott@reedsmith.com; jmaddock@mcguirewoods.com;
jmazermarino@msek.com; jmcginley@wilmingtontrust.com; jmelko@gardere.com;
jmerva@fult.com; jmmurphy@stradley.com; jmr@msf-law.com;
john.monaghan@hklaw.com; john.rapisardi@cwt.com; john@crumbielaw.com;
joli@crlpc.com; jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov;
joshua.dorchak@bingham.com; jowen769@yahoo.com; jowolf@law.nyc.gov;
joy.mathias@dubaiic.com; JPintarelli@mofo.com; jpintarelli@mofo.com;
jporter@entwistle-law.com; jprol@lowenstein.com; jrabinowitz@rltlawfirm.com;
jrsmith@hunton.com; jschwartz@hahnhessen.com; jsheerin@mcguirewoods.com;
jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jstoll@mayerbrown.com;
jtimko@allenmatkins.com; jtimko@shutts.com; jtougas@mayerbrown.com;
judy.morse@crowedunlevy.com; jwallack@goulstonstorrs.com; jwang@sipc.org;
jwcohen@daypitney.com; jweiss@gibsondunn.com; jwest@velaw.com;
jwh@njlawfirm.com; jwhitman@entwistle-law.com; k4.nomura@aozorabank.co.jp;
karen.wagner@dpw.com; KDWBankruptcyDepartment@kelleydrye.com;
keith.simon@lw.com; Ken.Coleman@allenovery.com; ken.higman@hp.com;
kgwynne@reedsmith.com; kiplok@hugheshubbard.com; kkelly@ebglaw.com;
klyman@irell.com; kmayer@mccarter.com; kerry.moynihan@hro.com;
kobak@hugheshubbard.com; korr@orrick.com; KOstad@mofo.com;
kovskyd@pepperlaw.com; kpiper@steptoe.com; kressk@pepperlaw.com;
KReynolds@mklawnyc.com; krosen@lowenstein.com; kuehn@bragarwexler.com;
kurt.mayr@bgllp.com; lacyr@sullcrom.com; Landon@StreusandLandon.com;
lathompson@co.sanmateo.ca.us; lawallf@pepperlaw.com; lberkoff@moritthock.com;
Lee.Stremba@troutmansanders.com; lgranfield@cgsh.com; lhandelsman@stroock.com;
linda.boyle@twtelecom.com; lisa.ewart@wilmerhale.com; lisa.kraidin@allenovery.com;
LJKotler@duanemorris.com; lmarinuzzi@mofo.com; Lmay@coleschotz.com;
lmcgowen@orrick.com; lml@ppgms.com; lnashelsky@mofo.com;
loizides@loizides.com; lromansic@steptoe.com; lscarcella@farrellfritz.com;
lschweitzer@cgsh.com; lthompson@whitecase.com; lubell@hugheshubbard.com;
lwhidden@salans.com; mabrams@willkie.com; MAOFILING@CGSH.COM;
Marc.Chait@SC.com; margolin@hugheshubbard.com; mark.deveno@bingham.com;
mark.ellenberg@cwt.com; mark.houle@pillsburylaw.com;
mark.sherrill@sutherland.com; martin.davis@ots.treas.gov;
Marvin.Clements@ag.tn.gov; matt@willaw.com; matthew.klepper@dlapiper.com;
mbenner@tishmanspeyer.com; mberman@nixonpeabody.com; mbienenstock@dl.com;
mbossi@thompsoncoburn.com; mcademartori@sheppardmullin.com;
mcordone@stradley.com; mcto@debevoise.com; mdorval@stradley.com;
meltzere@pepperlaw.com; metkin@lowenstein.com; mfeldman@willkie.com;
mgordon@briggs.com; mgreger@allenmatkins.com; mh1@mccallaraymer.com;
mhanchet@mayerbrown.com; mhopkins@cov.com; michael.frege@cms-hs.com;

3

michael.kim@kobrekim.com; millee12@nationwide.com; miller@taftlaw.com;
mimi.m.wong@irscounsel.treas.gov; mitchell.ayer@tklaw.com;
mjacobs@pryorcashman.com; mjedelman@vedderprice.com;
MJR1@westchestergov.com; mkjaer@winston.com; mlahaie@akingump.com;
MLandman@lcbf.com; mlynch2@travelers.com; mmendez@hunton.com;
mmooney@deilylawfirm.com; mmorreale@us.mufg.jp; mneier@ibolaw.com;
monica.lawless@brookfieldproperties.com; mpage@kelleydrye.com;
mprimoff@kayescholer.com; mpucillo@bermanesq.com; mrosenthal@gibsondunn.com;
mruetzel@whitecase.com; mschimel@sju.edu; mshiner@tuckerlaw.com;
msiegel@brownrudnick.com; mspeiser@stroock.com; mstamer@akingump.com;
mvenditto@reedsmith.com; mwarren@mtb.com; ncoco@mwe.com;
neal.mann@oag.state.ny.us; ned.schodek@shearman.com; newyork@sec.gov;
nfurman@scottwoodcapital.com; Nherman@morganlewis.com; nissay_10259-
0154@mhmjapan.com; nlepore@schnader.com; notice@bkcylaw.com;
oipress@travelers.com; omeca.nedd@lovells.com; patrick.oh@freshfields.com;
paul.turner@sutherland.com; pbattista@gjb-law.com; pbosswick@ssbb.com;
pdublin@akingump.com; peisenberg@lockelord.com; peter.gilhuly@lw.com;
peter.macdonald@wilmerhale.com; peter.simmons@friedfrank.com;
peter@bankrupt.com; pfeldman@oshr.com; phayden@mcguirewoods.com;
pmaxcy@sonnenschein.com; ppascuzzi@ffwplaw.com; ppatterson@stradley.com;
psp@njlawfirm.com; ptrostle@jenner.com; pwright@dl.com; r.stahl@stahlzelloe.com;
raj.madan@bingham.com; rajohnson@akingump.com; ramona.neal@hp.com;
ranjit.mather@bnymellon.com; rbeacher@pryorcashman.com; rbyman@jenner.com;
rdaversa@orrick.com; relgidely@gjb-law.com; rfleischer@pryorcashman.com;
rfrankel@orrick.com; rfriedman@silvermanacampora.com; rgmason@wlrk.com;
rgraham@whitecase.com; rgraham@whitecase.com; rhett.campbell@tklaw.com;
richard.lear@hklaw.com; richard.levy@lw.com; richard.tisdale@friedfrank.com;
ritkin@steptoe.com; RJones@BoultCummings.com; rlasater@foley.com;
RLevin@cravath.com; rmatzat@hahnhessen.com; rnetzer@willkie.com;
rnorton@hunton.com; robert.bailey@bnymellon.com; robert.dombroff@bingham.com;
robert.henoch@kobrekim.com; robert.malone@dbr.com; Robert.yalen@usdoj.gov;
robertdakis@quinnemanuel.com; Robin.Keller@Lovells.com; roger@rnagioff.com;
ronald.silverman@bingham.com; rqureshi@reedsmith.com; rreid@sheppardmullin.com;
rroupinian@outtengolden.com; rrussell@andrewskurth.com; rterenzi@stcwlaw.com;
RTrust@cravath.com; russj4478@aol.com; rwasserman@cftc.gov; rwyron@orrick.com;
s.minehan@aozorabank.co.jp; sabin.willett@bingham.com; sabramowitz@velaw.com;
sagolden@hhlaw.com; Sally.Henry@skadden.com; sandyscafaria@eaton.com;
Sara.Tapinekis@cliffordchance.com; sbernstein@hunton.com; scargill@lowenstein.com;
schannej@pepperlaw.com; Schepis@pursuitpartners.com; schnabel.eric@dorsey.com;
schristianson@buchalter.com; schwartzmatthew@sullcrom.com;
scottshelley@quinnemanuel.com; scousins@armstrongteasdale.com;
sdnyecf@dor.mo.gov; sehlers@armstrongteasdale.com; sfelderstein@ffwplaw.com;
sfineman@lchb.com; sfox@mcguirewoods.com; sgordon@cahill.com; sgubner@ebg-
law.com; shannon.nagle@friedfrank.com; sharbeck@sipc.org;
shari.leventhal@ny.frb.org; shgross5@yahoo.com; sidorsky@butzel.com;
slerner@ssd.com; slevine@brownrudnick.com; SLoden@DiamondMcCarthy.com;

smayerson@ssd.com; smillman@stroock.com; smulligan@bsblawyers.com;
snewman@katskykorins.com; sory@fdlaw.com; spiotto@chapman.com;
splatzer@platzerlaw.com; squigley@lowenstein.com; SRee@lcbf.com;
sselbst@herrick.com; sshimshak@paulweiss.com; steele@lowenstein.com;
stephen.cowan@dlapiper.com; steve.ginther@dor.mo.gov;
steven.troyer@commerzbank.com; steven.wilamowsky@bingham.com;
Streusand@StreusandLandon.com; susan.schultz@newedgegroup.com;
susheelkirpalani@quinnemanuel.com; swolowitz@mayerbrown.com;
szuch@wiggin.com; tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com;
tduffy@andersonkill.com; teresa.oxford@invescoaim.com; TGoren@mofo.com;
thaler@thalergertler.com; thomas.califano@dlapiper.com; thomas.ogden@dpw.com;
Thomas_Noguerola@calpers.ca.gov; timothy.brink@dlapiper.com;
timothy.palmer@bipc.com; tjfreedman@pbnlaw.com; tkarcher@dl.com;
tkiriakos@mayerbrown.com; tlauria@whitecase.com; tmacwright@whitecase.com;
tmayer@kramerlevin.com; tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov;
tony.davis@bakerbotts.com; tslome@msek.com; ttracy@crockerkuno.com;
twheeler@lowenstein.com; ukreppel@whitecase.com; vdagostino@lowenstein.com;
Villa@StreusandLandon.com; vmilione@nixonpeabody.com; vrubinstein@loeb.com;
walter.stuart@freshfields.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com;
wbenzija@halperinlaw.net; wcurchack@loeb.com; william.m.goldman@dlapiper.com;
wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; wk@pwlawyers.com;
woconnor@crowell.com; wrightth@sullcrom.com; wsilverm@oshr.com;
wswearingen@llf-law.com; wtaylor@mccarter.com; wzoberman@bermanesq.com;
yamashiro@sumitomotrust.co.jp; YUwatoko@mofo.com;
'robertdakis@quinnemanuel.com'; 'lynne.gugenheim@cna.com';
'Karla.Lammers@cna.com'; Andrea.B.Schwartz@usdoj.gov; cshore@ny.whitecase.com;
ahammond@ny.whitecase.com; lelin@whitecase.com; tannweiler@greerherz.com;
ekirkpatrick@greerherz.com; fblack@greerherz.com; afrisch@andrewfrisch.com;
eldon.raven.discovery@davispolk.com; eldon.holdings.discovery@davispolk.com;
moran@mklawnj.com; lmay@coleschotz.com; BDManning@rkmc.com;
mlandman@lcbf.com; sree@lcbf.com; Richard.Alexander@aporter.com;
Michael.Canning@aporter.com; dneier@winston.com; Richard.Alexander@aporter.com;
Michael.Canning@aporter.com; grace.hotels.discovery@davispolk.com;
lb.equity.discovery@davispolk.com; lbsf.no1.discovery@davispolk.com;
metkin@lowenstein.com; storm.discovery@davispolk.com; robert.conrad@us.hsbc.com;
crivera@chadbourne.com; will.sugden@alston.com; mark.broude@lw.com;
blair.connelly@lw.com; joseph.fabiani@lw.com; eli.kay-oliphant@lw.com;
lucdespins@paulhastings.com; bryankaplan@paulhastings.com;
walter.stuart@freshfields.com; bundesbank.plandiscovery@freshfields.com;
bernhard.kaiser@freshfields.com; gunila.weber@freshfields.com;
peter.griep@bundesbank.de; jrlederer@diamondbackcap.com; arovira@sidley.com;
ejoel@elliottmgmt.com; mabrams@willkie.com; pshalhoub@willkie.com;
lb.inter2.discovery@davispolk.com; lb.re.fin.discovery@davispolk.com;
lb.uk.re.discovery@davispolk.com; lb.indon.discovery@davispolk.com;
lb.ptg.discovery@davispolk.com; lb.europe.discovery@davispolk.com;
lb.holds.plc.discovery@davispolk.com; lb.limited.discovery@davispolk.com;

lb.uk.holds.discovery@davispolk.com; mable.discovery@davispolk.com;
IPachulski@stutman.com; JDavidson@stutman.com; SRay@stutman.com;
mark.bane@ropesgray.com; anne.pak@ropesgray.com; bbennett@dl.com;
mwiener@dl.com; dgropper@aurelius-capital.com; msiegel@brownrudnick.com;
sshimshak@paulweiss.com; chammerman@paulweiss.com; ddavis@paulweiss.com;
mpaskin@cravath.com.; rlevin@cravath.com; Stephan.Rost@dzbank.de;
cszyfer@stroock.com; fhealy@stroock.com; clarkb@sullcrom.com;
schwartzmatthew@sullcrom.com; wrightth@sullcrom.com;
sandra.e.horwitz@us.hsbc.com; crivera@chadbourne.com; lehman.transaction@ikb.de;
mtorkin@shearman.com; rschwed@shearman.com; alexa.loo@shearman.com;
wilten@hugheshubbard.com; greilshe@hugheshubbard.com;
margolin@hugheshubbard.com; glemann@hugheshubbard.com;
kevin.c.kelley@chase.com; hsnovikoff@wlrk.com; arwolf@wlrk.com;
lbie.discovery@davispolk.com; cszyfer@stroock.com; fhealy@stroock.com;
robert.piasio@nomura.com; dbartner@shearman.com; solomon.noh@shearman.com;
cszyfer@stroock.com; bmerkt@stroock.com; tklestadt@klestadt.com;
jjureller@klestadt.com; btrust@mayerbrown.com; fredric.sosnick@shearman.com;
wroll@shearman.com; daniel.laguardia@shearman.com; ned.schodek@shearman.com;
Andrew.Brozman@cliffordchance.com; Sara.Tapinekis@cliffordchance.com; LB-
Discovery@cgsh.com; chip.goodrich@db.com; joshua.dorchak@bingham.com;
jeff.friedman@kattenlaw.com; j.sternman@kattenlaw.com; LB-Discovery@cgsh.com;
michael.sosnick@shearman.com; wroll@shearman.com;
daniel.laguardia@shearman.com; ned.schodek@shearman.com;
maria.douvas@morganstanley.com; matthew.morningstar@morganstanley.com;
mark.ellenberg@cwt.com; peter.friedman@cwt.com; howard.hawkins@cwt.com;
ellen.halstead@cwt.com; jsaferstein@paulweiss.com; akornberg@paulweiss.com;
bbennett@dl.com; mwiener@dl.com; jeff.friedman@kattenlaw.com;
ffogel@silverpointcapital.com; msiegel@brownrudnick.com;
jsaferstein@paulweiss.com; michael.fabiano@rbs.com; igoldstein@dl.com;
ghorowitz@kramerlevin.com; acaton@kramerlevin.com; pdublin@akingump.com/;
kmanoukian@akingump.com; michael.busch@fnf.com; jwcohen@daypitney.com;
jjtancredi@daypitney.com; lehmannotices@kingstreet.com; lawrence.gelber@srz.com;
adam.hirsch@srz.com; qyang@statestreet.com; sabin.willett@bingham.com;
gregory.petrick@cwt.com; ingrid.bagby@cwt.com; david.kronenberg@cwt.com;
eldon.cube.discovery@davispolk.com; j.greenall-ota@lehmanbrothersjapan.com;
mohan.nadig@lehmanbrothersjapan.com; lmarinuzzi@mofo.com;
sengelhardt@mofo.com; shmuel.vasser@dechert.com;
jillian.gutmanmann@dechert.com; jconlon@mayerbrown.com;
lplush@mayerbrown.com; ashaffer@mayerbrown.com; azolot@mayerbrown.com;
sparbery@ppbadvisory.com; mayres@ppbadvisory.com;
jeffrey.gettleman@kirkland.com; farrington.yates@snrdenton.com;
patrick.maxcy@snrdenton.com; charlotte.schildt@cms-hs.com; joachim.kuehne@cms-
hs.com; lehman.mortg.discovery@davispolk.com; tmayer@kramerlevin.com;
deggermann@kramerlevin.com; Gorsira@ekvandoorne.com;
Beemen@ekvandoorne.com; monaco.discovery@davispolk.com;
mrosenthal@gibsondunn.com; rkrakow@gibsondunn.com;

6

christiana.suhr.brunner@ch.pwc.com; pascal.portmann@ch.pwc.com;
mguggenbuehl@vischer.com; tmayer@kramerlevin.com;
deggermann@kramerlevin.com; r.schimmelpenninck@houthoff.com;
f.verhoeven@houthoff.com; zestdew.discovery@davispolk.com;
jeff.friedman@kattenlaw.com; scargill@lowenstein.com; rmay@ngalp.com;
dmolton@brownrudnick.com; adash@brownrudnick.com; hsteel@brownrudnick.com;
r.bejger@provequity.com; m.dominguez@provequity.com;
dmolton@brownrudnick.com; adash@brownrudnick.com; hsteel@brownrudnick.com

**Exhibit B**

Tracy Hope Davis, Esq.
Elisabetta G. Gasparini, Esq.
Andrea B. Schwartz, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Fax No.: (212) 668-2255

**Exhibit C**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Alfredo R. Pérez, Esq.
       Irwin H. Warren, Esq.
       Randi W. Singer, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:  Tracy Hope Davis, Esq.
       Elisabetta G. Gasparini, Esq.
       Andrea B. Schwartz, Esq.

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007