ROBBINS GELLER RUDMAN & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  1177
Telephone:  631/367-7100
631/367-1173 (fax)

Co-Counsel for Plaintiffs-Appellants

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555-JMP |
| Debtor. | Chapter 11 |
| KA KIN WONG, *et al.*, Plaintiffs, vs. HSBC BANK USA, NATIONAL ASSOCIATION, *et al.*, Defendants. | Adversary Proceeding No. 09-01120-JMP |

CERTIFICATE OF SERVICE

623900_1

I hereby certify that on May 12, 2011, I electronically filed **Plaintiffs-Appellants' Statement of Issues to be Presented on Appeal and Designation of Contents of the Record** through the Court's CM/ECF system and served on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid to the following persons:

Weil Gotshal & Manges LLP
*Attorneys for the Debtors, and Defendants to the Adversary Proceeding, Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc.*
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Telecopier: (212) 310-8007
Ralph I. Miller, Esq.
Richard W. Slack, Esq.
Peter Gruenberger, Esq.
Scarlett Collings, Esq.

Milbank, Tweed, Hadley & Mccloy LLP
*Attorneys for the Creditors' Committee*
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Telecopier: (212) 530-5219
Dennis F. Dunne, Esq.

Sidley LLP
*Attorneys for Principal Global Investors (Europe) and Principal Global Investors, LLC*
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Telecopier:(212) 839-5599
Michael G. Burke, Esq.

Clifford Chance US LLP
*Attorneys for Credit Agricole Corporate and Investment Bank*
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-8000
Telecopier: (212) 878-8375
Andrew P. Brozman, Esq.
Sara M. Tapinekis, Esq.

Pryor Cashman LLP
*Attorneys for HSBC Bank USA, N.A.*
7 Times Square
New York, NY 10036
Telephone: (212) 326-0421
Telecopier: (212) 798-6355
Tina M. Moss, Esq.

Nixon Peabody LLP
*Attorneys for Wellington Management Company, LLP*
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Telecopier: (212) 940-3111
Mark N. Berman, Esq.

Orrick, Herrington & Sutcliffe LLP
*Attorneys for Ballyrock ABS CDO 2007-1, Ltd.*
51 West 52nd Street
New York, NY  10019
Telephone: (212) 506-5000
Telecopier: (212) 506-5151
Steven J. Fink, Esq.
Thomas C. Mitchell, Esq.

Nixon Peabody LLP
*Attorneys for Deutsche Bank Trust*
*Company Americas and Deutsche Bank*
*National Trust Company*
437 Madison Avenue
New York, NY  10022
Telephone: (212) 940-3000
Telecopier: (212) 940-3111
Christopher M. Desiderio, Esq.
David H. Lee, Esq.

Reed Smith LLP
*Attorneys for The Bank of New York*
*Mellon, The Bank of New York Mellon*
*Trust Company, N.A. and BNY Corporate*
*Trustee Services Limited*
599 Lexington Avenue
New York, NY  10022
Telephone: (212) 521-5400
Telecopier: (212) 521-5450
Eric A. Schaffer, Esq.
Michael J. Venditto, Esq.

Chadbourne & Parke LLP
*Attorneys for HSBC Bank USA, N.A.*
*as Trustee*
30 Rockefeller Plaza
New York, NY  10112
Telephone: (212) 408-5100
Telecopier: (212) 541-5369
David M. LeMay, Esq.
Christy L. Rivera, Esq.

Sutherland Asbill & Brennan LLP
*Attorneys for Aviva S.p.A., Aviva Italia*
*Holding S.p.A., Aviva Vita S.p.A., Aviva*
*Life S.p.A., Aviva Italia S.p.A., Aviva*
*Assicurazioni S.p.A. and Aviva Previdenza*
*S.p.A.*
1275 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone: (202) 383-0100
Telecopier: (202) 637-3593
Mark D. Sherrill, Esq.

Alston & Bird, LLP
*Attorneys for Bank of America, N.A.*
*Successor by Merger to Lasalle Bank, N.A.*
90 Park Avenue
New York, NY  10016
Telephone: (212) 210-9400
Telecopier: (212) 210-9444
Michael Johnson, Esq.

Chapman and Cutler LLP
*Attorneys for U.S. Bank, N.A. as Trustee*
111 West Monroe Street
Chicago, IL  60603
Telephone: (312) 845-3000
Telecopier: (312) 701-2361
James E. Spiotto, Esq.
Ann E. Acker, Esq.
Franklin H. Top, III, Esq.

Cahill Gordon & Reindel LLP
*Attorneys for Defendant HSBC Bank USA, N.A.*
80 Pine Street
New York, NY  100050-1702
Telephone: (212) 701-3000
Telecopier: (212) 269-5420
Howard G. Sloane
Patricia Farren
David G. Januszewski

- 2 -

623900_1

Office of the U.S. Trustee for the
Southern District of New York
*Counsel for U.S. Trustee*
33 Whitehall Street, 21st Floor
New York, NY  10004
Elisabetta G. Gasparini
Andrea B. Schwartz
Tracy Hope Davis

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 12, 2011.

                                s/ Jason C. Davis
                                JASON C. DAVIS

ROBBINS GELLER RUDMAN
 & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: Jdavis@rgrdlaw.com