Jean de Watteville
87, Fitzjohn's avenue
London NW3 6NY
United Kingdom
Claim Number: 28313
Debtor: 08-13555
Classification and amount: UNSECURED $ 311,342.27

London, May 2nd 2011,

I took notice that the debtor Lehman Brothers Holdings Inc (LBHI) filed that my claim needs to be reclassified as an equity interest.

I OPPOSE this file for reclassification. My claim is not an equity interest as it was a deferred cash compensation not yet converted into shares.

All the information required is below.

Kind regards,

Jean de Watteville

**Information required:**

1) <u>**Bankrupcy court, Debtor number, claim number and title for objection**</u>

Bankrucpy court: United States Bankrupcy Court – Southern District of New York

Debtor: 08-13555

Claim Number: 28313

Title of the objection: I oppose the reclassification of my claim

2) <u>**Name of claimants and description of the basis for the amount of the claim**</u>

Name of claimant: Jean de Watteville

Description of the basis for the amount of the claim:

Deferred compensation of US$ 311,342.27 as court has been informed by my claim 09/22/2009

I claim for employee priority

RECEIVED MAY - 9 2011 U.S. BANKRUPTCY COURT, SDNY JMP