### 3) Reasons why the claim should not be reclassified:

My deferred compensation was not converted into shares. It was not an equity interest.

### 4) All documentation not yet filed

None

### 5) The address of the claimants if changed

I changed address. My new address is:

Jean de Watteville
87, Fitzjohn's avenue
London NW3 6NY
United Kingdom

### 6) Legal representative

None