## *"EXHIBIT A"*

## DOCUMENTS REQUESTED

1. All documents that concern, refer or relate to the Rose Island, Bahamas real property;
2. All documents that concern, refer or relate to GenLB's ownership interest in the Rose Island, Bahamas real property;
3. All documents that concern, refer or relate to GenLB's project for developing the Rose Island, Bahamas real property;
4. All documents that concern, refer or relate to any negotiations to sell Lehman's interest in GenLB, the Rose Island Project, or Lehman's debt;
5. All documents and records that concern, refer or relate to any discussions or negotiations with any of the Rose Island partners;
6. All documents and records that concern, refer or relate to any pending offers of any kind; and
7. Anything that the Debtor or receiver has received or has knowledge of, obtained from any of the partners of RCRI or from any other source, including but not limited to any easements, access points, rights of way or any other land restrictions or other potential impediments to the property, that are either of public record or that have been made known to the receiver, that may have impacts on the property both financial and otherwise.

2340824.1