CERTILMAN BALIN ADLER & HYMAN, LLP
90 Merrick Avenue
East Meadow, New York 11554
Telephone: (516) 296-7000
Facsimile: (516) 296-7111
Richard J. McCord, Esq.
rmccord@certilmanbalin.com

*Attorneys for Monti Family Holding Company, Ltd*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                     :

                                                           :     Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,                  :     Case No.: 08-13555(JMP)
                                                           :
                                       Debtors.            :     (Jointly Administered)
                                                           :
-----------------------------------------------------------X

## ORDER AUTHORIZING AND DIRECTING DISCOVERY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

Upon the motion (the "2004 Motion) of Monti Family Holding Company Ltd ("MFHC"), by and through counsel, Certilman Balin Adler & Hyman, LLP, seeking the entry of an order, "), for an order authorizing and directing discovery in the form of (i) a deposition of the responsible party of Lehman Brothers Holdings Inc. ("LBHI"), who can provide information pertaining to the Rose Island project; and (ii) document production concerning the agreement between GenLB and Marriott regarding RC Rose Island Hotel Company Limited and the status of the project, status of the receivership, process involved the project moving forward, in connection with the development of the vacant land located at Rose Island, Bahamas; and the Court having jurisdiction over the 2004 Motion and the relief requested herein in accordance with 28 U.S.C. §§157 and 1334; and consideration of the 2004 Motion and the relief requested herein being a

2319387-1

core proceeding pursuant to 28 U.S.C. §157(b); and venue being property before this Court pursuant to 28 U.S.C. §§1408 and 1409; and due and proper notice of the 2004 Motion having been provided to: (i) Office of the United States Trustee for the Southern District of New York; (ii) counsel for the Debtors; (iii) counsel to the Creditors' Committee; and (iv) all other parties on the regular service list in these cases; and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief in the 2004 Motion; and there being no objection thereto; and upon sufficient cause appearing therefore, it is hereby

**ORDERED**, that the 2004 Motion is granted; and is further

**ORDERED**, that the Debtors shall produce to MFHC the documents in requested in "Exhibit A" of the 2004 Motion on or before July 18, 20011; and it is further

**ORDERED**, that MFHC is hereby authorized to serve deposition notices and/or subpoenas upon the Debtors and/or its current or former employees or other agents representative(s) consistent with the 2004 Motion.


Dated: New York, New York
       June __, 2011

 

_____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

2319387-1