Richard J. McCord, Esq.
CERTILMAN BALIN ADLER & HYMAN, LLP
90 Merrick Avenue
East Meadow, New York 11554
Phone: (516) 296-7000
Fax: (516) 296-7111
rmccord@certilmanbalin.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

LEHMAN BROTHERS HOLDINGS, INC., et al,      Chapter 11

                                            Case No.: 08-13555(JMP)
          Debtors.                          (Jointly Administered)

-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Andrea Follett, certify and say:

1. I am not a party to this action and I am paralegal employed at the law firm of Certilman Balin Adler & Hyman, LLP, counsel for Monti Family Holding Company, Ltd., 90 Merrick Avenue, East Meadow, New York, 11554, in the above referenced case.

2. On May 13, 2011, I caused a copy of the **Notice of Motion and Application in Support of Monti Family Holding Company, Ltd., for Leave to Conduct Rule 2004 Discovery of Debtor, Lehman Brothers Inc. and Other Entities** (the "**Motion**"), by depositing a true copy thereof enclosed in a post paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, upon:

Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard W. Slack, Esq., Michael J. Firestone, Esq., Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq. and Jacqueline Marcus, Esq.
*Attorneys for the Debtors*

2357556.1

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan R. Fleck, Esq.

*Attorneys for the Creditors' Committee*

      3.  On May 13, 2011, I caused a copy of the Motion to be served by electronic mail upon the parties whose e-mail addresses are attached as "Exhibit A".

Dated: May 13, 2011

                                        /s/ Andrea Follett
                                        ANDREA FOLLETT

2357556.1

**LEHMAN BROTHERS HOLDINGS INC.,** *et al*
**EMAIL SERVICE LIST**
**EXHIBIT A**

| | |
|---|---|
| RICHARD.KRASNOW@WEIL.COM | HIRSCH.ROBERT@ARENTFOX.COM |
| LORI.FIFE@WEIL.COM | ANGELICH.GEORGE@ARENTFOX.COM |
| SHAI.WAISMAN@WEIL.COM | DOWD.MARY@ARENTFOX.COM |
| JACQUELINE.MARCUS@WEIL.COM | SCOUSINS@ARMSTRONGTEASDALE.COM |
| GIDDENS@HUGHESHUBBARD.COM | SEHLERS@ARMSTRONGTEASDALE.COM |
| KIPLOK@HUGHESHUBBARD.COM | DLADDIN@AGG.COM |
| KOBAK@HUGHESHUBBARD.COM | FRANK.WHITE@AGG.COM |
| MARGOLIN@HUGHESHUBBARD.COM | CHARLES_MALLOY@APORTER.COM |
| LUBELL@HUGHESHUBBARD.COM | ANTHONY_BOCCANFUSO@APORTER.COM |
| WILTENBURG@HUGHESHUBBARD.COM | JG5786@ATT.COM |
| DDUNNE@MILBANK.COM | NEAL.MANN@OAG.STATE.NY.US |
| WFOSTER@MILBANK.COM | TONY.DAVIS@BAKERBOTTS.COM |
| DODONNELL@MILBANK.COM | RBERNARD@BAKERLAW.COM |
| EFLECK@MILBANK.COM | DWORKMAN@BAKERLAW.COM |
| PAROZON@MILBANK.COM | PETER@BANKRUPT.COM |
| GBRAY@MILBANK.COM | FFM@BOSTONBUSINESSLAW.COM |
| ROBERT.YALEN@USDOJ.GOV | CSALOMON@BECKERGLYNN.COM |
| TARBIT@CFTC.GOV | AOSTROW@BECKERGLYNN.COM |
| RWASSERMAN@CFTC.GOV | CBROTSTEIN@BM.NET |
| HSARBECK@SIPC.ORG | MPUCILLO@BERMANESQ.COM |
| JWANG@SIPC.ORG | WZOBERMAN@BERMANESQ.COM |
| JOSEPHCORDARO@USDOJ.GOV | AOBERRY@BERMANESQ.COM |
| NEWYORK@SEC.GOV | DAVIDS@BLGLAW.COM |
| JACOBSONN@SEC.GOV | DBARBER@BSBLAWYERS.COM |
| JBROMLEY@CGSH.COM | SMULLIGAN@BSBLAWYERS.COM |
| LSCHWEITZER@CGSH.COM | JEFFREY.SABIN@BINGHAM.COM |
| LGRANFILED@CGSH.COM | RONALD.SILVERMAN@BINGHAM.COM |
| CTATELBAUM@ADORNO.COM | STEVEN.WILAMOWSKY@BINGHAM.COM |
| SDG@YOSS.COM | SABIN.WILLETT@BINGHAM.COM |
| MSTAMER@AKINGUMP.COM | ROBERG.DOMBROFF@BINGHAM.COM |
| PDUBLIN@AKINGUMP.COM | MARK.DEVENO@BINGHAM.COM |
| MLAHAIE@AKINGUMP.COM | JOSHUA.DORCHAK@BINGHAM.COM |
| RAJOHNSON@AKINGUMP.COM | CAROL.WEINERLEVY@BINGHAM.COM |
| LISA.KRAIDIN@ALLENOVERY.COM | RAJ.MADAN@BINGHAM.COM |
| KEN.COLEMAN@ALLENOVERY.COM | AECKSTEIN@BLANKROME.COM |
| DANIEL.GUYDER@ALLENOVERY.COM | AMCMULLEN@BOULTCUMMINGS.COM |
| MGREGER@ALLENMATKINS.COM | RJONES@BOULTCUMMINGS.COM |
| JTIMKO@ALLENMATKINS.COM | KURT.MAYR@BGLLP.COM |
| RRUSSELL@ANDREWSKURTH.COM | KUEHN@BRAGARWEXLER.COM |
| S.MINEHAN@AOZORABANK.CO.JP | NOTICE@BKCYLAW.COM |
| K4.NOMURA@AOZORABANK.CO.JP | MGORDON@BRIGGS.COM |
| DLUDMAN@BROWNCONNERY.COM | MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM |
| MSIEGEL@BROWNRUDNICK.COM | DCOFFINO@COV.COM |
| SLEVINE@BROWNRUDNICK.COM | ARABOY@COV.COM |
| SCHRISTIANSON@BUCKHALTER.COM | RLEVIN@CRAVATH.COM |
| CHRISTOPHER.SCHUELLER@BIPC.COM | RTRUST@CRAVATH.COM |
| TIMOTHY.PALMER@BIPC.COM | JLIPSON@CROCKERKUNO.COM |
| FISHERE@BUTZEL.COM | TTRACY@CROCKERKUNO.COM |
| SIDORSKY@BUTZEL.COM | JUDY.MORSE@CROWEDUNLEVY.COM |
| JESSICA.FINK@CWT.COM | WOCONNOR@CROWELL.COM |

2356423.1

| | |
|---|---|
| DERYCK.PALMER@CWT.COM | BZABARAUSKAS@CROWELL.COM |
| JOHN.RAPISARDI@CWT.COM | HEIDI@CRUMBIELAW.COM |
| GEORGE.DAVIS@CWT.COM | JOHN@CRUMBIELAW.COM |
| HOWARD.HAWKINS@CWT.COM | JCARBERRY@CL-LAW.COM |
| ELLEN.HALSTEAD@CWT.COM | KAREN.WAGNER@DPW.COM |
| ISRAEL.DAHAN@CWT.COM | JAMES.MCCLAMMY@DPW.COM |
| MARK.ELLENBERG@CWT.COM | THOMAS.OGDEN@DPW.COM |
| HOWARD.HAWKINS@CWT.COM | JAMES.MCCLAMMY@DPW.COM |
| ELLEN.HALSTEAD@CWT.COM | JJTANCREDI@DAYPITNEY.COM |
| JASON.JURGENS@CWT.COM | JWCOHEN@DAYPITNEY.COM |
| SGORDON@CAHILL.COM | MCTO@DEBEVOISE.COM |
| JLEVITIN@CAHILL.COM | GLENN.SIEGEL@DECHERT.COM |
| THOMAS_NOGUEROLA@CALPTERS.CA.GOV | MMOONEY@DEILYLAWFIRM.COM |
| CAHN@CLM.COM | MBIENENSTOCK@DL.COM |
| WANDA.GOODLOE@CBRE.COM | JLIU@DL.COM |
| DLEMAY@CHADBOURNE.COM | TKARCHER@DL.COM |
| HSEIFE@CHADBOURNE.COM | PWRIGHT@DL.COM |
| AROSENBLATT@CHADBOURNE.COM | ESMITH@DL.COM |
| SPIOTTO@CHAPMAN.COM | IGOLDSTEIN@DL.COM |
| ACKER@CHAPMAN.COM | ADIAMOND@DIAMONDMCCARTHY.COM |
| HEISER@CHAPMAN.COM | SLODEN@DIAMONDMCCARTHY.COM |
| LGRANFIELD@CGSH.COM | AAARONSON@DILWORTHLAW.COM |
| LSCHWEITZER@CGSH.COM | CPAPPAS@DILWORTHLAW.COM |
| MAOFILING@CGSH.COM | TIMOTHY.BRINK@DLAPIPER.COM |
| JENNIFER.DEMARCO@CLIFFORDCHANCE.COM | MATTHEW.KLEPPER@DLAPIPER.COM |
| ANDREW.BROZMAN@CLIFFORDCHANCE.COM | THOMAS.CALIFANO@DLAPIPER.COM |
| SARA.TAPINEKIS@CLIFFORDCHANCE.COM | STEPHEN.COWAN@DLAPIPER.COM |
| JEN.PREMISLER@CLIFFORDCHANCE.COM | WILLIAM.M.GOLDMAN@DLAPIPER.COM |
| PSP@NJLAWFIRM.COM | SCHNABEL.ERIC@DORSEY.COM |
| JWH@NJLAWFIRM.COM | HEIM.STEVE@DORSEY.COM |
| LMAY@COLESCHOTZ.COM | DOVE.MICHELLE@DORSEY.COM |
| JDRUCKER@COLESCHOTZ.COM | STEVEN.TROYER@COMMERZBANK.COM |
| JOLI@CRLPC.COM | JJOYCE@DRSLLERPETERS.COM |
| JEFF.WITTIG@COAIR.COM | ROBERT.MALONE@DBR.COM |
| ESCHWARTZ@CONTRARIANCAPITAL.COM | LJKOTLER@DUANEMORRIS.COM |
| MMURPHY@CO.SANMATEO.CA.US | TDUFFY@ANDERSONKILL.COM |
| MHOPKINS@COV.COM | JIM@ATKINSLAWFIRM.COM |
| EZUJOWSKI@EMMETMARVIN.COM | SANDYSCAFARIA@EATON.COM |
| AENTWISTLE@ENTWISTLE-LAW.COM | BTURK@TISHMANPEYER.COM |
| SHGROSS@YAHOO.COM | JCHRISTIAN@TOBINLAW.COM |
| JLOVI@STEPTOE.COM | OIPRESS@TRAVELERS.COM |
| LROMANSIC@STEPTOE.COM | MLYNCH2@TRAVELERS.COM |
| RITKIN@STEPTOE.COM | HOLLACE.COHEN@TROUTMANSANDERS.COM |
| KPIPER@STEPTOE.COM | LEE.STREMBA@TROUTMANSANDERS.COM |
| CS@STEVENSLEE.COM | BMANNE@TUCKERLAW.COM |
| CP@STEVENSLEE.COM | BTUPI@TUCKERLAW.COM |
| APO@STEVENSLEE.COM | MSHINER@TUCKERLAW.COM |
| PPATTERSON@STRADLEY.COM | LINDA.BOYLE@TWTELECOM.COM |
| MCORDONE@STRADLEY.COM | DLIPKE@VEDDERPRICE.COM |
| MDORVAL@STRADLEY.COM | MJEDELMAN@VEDDERPRICE.COM |
| DJOSEPH@STRADLEY.COM | EASMITH@VENABLE.COM |
| JMMURPHY@STRADLEY.COM | SABRAMOWITZ@VELAW.COM |
| LANDON@STREUSANDLANDON.COM | JWEST@VELAW.COM |
| VILLA@STREUSANDLANDON.COM | DKLEINER@VELAW.COM |
| STREUSAND@STREUSANDLANDON.COM | JELDREDGE@VELAW.COM |
| LHANDELSMAN@STROOCK.COM | HSNOVIKOFF@WLRK.COM |

2356423.1

| | |
|---|---|
| DWILDES@STROOCK.COM | RGMASON@WLRK.COM |
| HOLSEN@STROOCK.COM | JAFELTMAN@WLRK.COM |
| MSPEISER@STROOCK.COM | ARWOLF@WLRK.COM |
| SMILLMAN@STROOCK.COM | CBELISLE@WFW.COM |
| LACYR@SULLCROM.COM | JFREEBERG@WFW.COM |
| FELDSTEINH@SULLCROM.COM | RGRAHAM@WHITECASE.COM |
| CLARKB@SULLCROM.COM | TMACWRIGHT@WHITECASE.COM |
| SCHWARTZMATTHEW@SULLCROM.COM | AVENES@WHITECASE.COM |
| CARLSONS@SULLCROM.COM | EHOLLANDER@WHITECASE.COM |
| WRIGHTTH@SULLCROM.COM | AZYLBERBERG@WHITECASE.COM |
| PAUL.TURNER@SUTHERLAND.COM | DBAUMSTEIN@WHITECASE.COM |
| MARK.SHERRILL@SUTHERLAND.COM | MRUETZEL@WHITECASE.COM |
| MILLER@TAFTLAW.COM | UKREPPEL@WHITECASE.COM |
| AGBANKNEWYORK@AG.TN.GOV | TLAURIA@WHITECASE.COM |
| MARVIN.CLEMENTS@AG.TN.GOV | GUZZI@WHITECASE.COM |
| THALER@THALERGERTLER.COM | CSHORE@WHITECASE.COM |
| GERACI@THALERGERTLER.COM | LTHOMPSON@WHITECASE.COM |
| RANJIT.MATHER@BNYMELLON.COM | SZUCH@WIGGIN.COM |
| ROBERT.BAILEY@BNYMELLON.COM | MABRAMS@WILLKIE.COM |
| MMORREALE@US.MUFG.JP | MFELDMAN@WILLKIE.COM |
| YAMASHIRO@SUMITOMOTRUST.CO.JP | BROMANO@WILLKIE.COM |
| EFILE@WILLAW.COM | AALFONSO@WILLKIE.COM |
| IRA.HERMAN@TKLAW.COM | RNETZER@WILLKIE.COM |
| DEMETRA.LIGGINS@TKLAW.COM | DKOZUSKO@WILLKIE.COM |
| RHETT.CAMPBELL@TKLAW.COM | PETER.MACDONALD@WILMERHALE.COM |
| MITCHELL.AYER@TKLAW.COM | JEANNETTE.BOOT@WILMERHALE.COM |
| DAVID.BENNETT@TKLAW.COM | CHARU.CHANDRASEKHAR@WILMERHALE.COM |
| MBOSSI@THOMPSONCOBURN.COM | CRAIG.GOLDBLATT@WILMERHALE.COM |
| AMENARD@TISHMANPEYER.COM | LISA.EWART@WILMERHALE.COM |
| MBENNER@TISHMANPEYER.COM | JMCGINLEY@WILMINGTONTRUST.COM |
| JLAWLOR@WMD-LAW.COM | JBECKER@WILMINGTONTRUST.COM |
| BANKR@ZUCKERMAN.COM | CSCHREIBER@WINSTON.COM |
| | DMCGUIRE@WINSTON.COM |
| | MKJAER@WINSTON.COM |
| | DNEIER@WINSTON.COM |
| | DRAVIN@WOLFFSAMSON.COM |

2356423.1

| | |
|---|---|
| JJOYCE@DRESSLERPETERS.COM | JWEISS@GIBSONDUNN.COM |
| LJKOTLER@DUANEMORRIS.COM | DROSENZWEIG@FULBRIGHT.COM |
| SANDYSCAFARIA@EATON.COM | JMELKO@GARDERE.COM |
| AENTWISTLE@ENTWISTLE-LAW.COM | DCRAPO@GIBBONSLAW.COM |
| JWHITMAN@ENTWISTLE-LAW.COM | ASEUFFERT@LAWPOST-NYC.COM |
| JBEEMER@ENTWISTLE-LAW.COM | TNIXON@GKLAW.COM |
| JPORTER@ENTWISTLE-LAW.COM | JHERZOG@GKLAW.COM |
| ROBERT.MALONE@DBR.COM | JWALLACK@GOULSTONSTORRS.COM |
| TDUFFY@ANDERSONKILL.COM | DROSNER@GOULSTONSTORRS.COM |
| JIM@ATKINSLAWFIRM.COM | GKADEN@GOULSTONSTORRS.COM |
| EZUJKOWSKI@EMMETMARVIN.COM | DICONZAM@GTLAW.COM |
| KKELLY@EBGLAW.COM | JAMIE.NELSON@DUBAIIC.COM |
| DTATGE@EBGLAW.COM | JOY.MATHIAS@DUBAIIC.COM |
| LACARCELLA@FARRELLFRITZ.COM | JFLAXER@GOLENBOCK.COM |
| SFELDERSTEIN@FFWPLAW.COM | BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM. |
| PPASCUZZI@FFWPLAW.COM | TANNWEILER@GREERHERZ.COM |
| JHUH@FFWPLAW.COM | BGRAIFMAN@GKBLAW.COM |
| ALUM@FTPORTFOLIOS.COM | JSCHWARTZ@HAHNHESSEN.COM |
| SGUBNER@EBG-LAW.COM | JORBACH@HAHNHESSEN.COM |
| CWEBER@EBGLAW.COM | WBENZIJA@HALPERINLAW.NET |
| SHARI.LEVENTHAL@NY.FRB.ORG | JDYAS@HALPERINLAW.NET |
| CHARLES@FILARDI-LAW.COM | SSELBST@HERRICK.COM |
| DHEFFER@FOLEY.COM | KEN.HIGMAN@HP.COM |
| JLEE@FOLEY.COM | RMATZAT@HAHNHESSEN.COM |
| DSPELFOGEL@FOLEY.COM | AGOLD@HERRICK.COM |
| AHAMMER@FREEBORNPETERS.COM | RAMONA.NEAL@HP.COM |
| DEGGERT@FREEBORNPETERS.COM | DPIAZZA@HODGSONRUSS.COM |
| PETER.SIMMONS@FRIEDFRANK.COM | ISGREENE@HHLAW.COM |
| RICHARD.TISDALE@FRIEDFRANK.COM | SAGOLDEN@HHLAW.COM |
| KOWENS@FOLEY.COM | DCKAUFMAN@HHLAW.COM |
| SORY@FDLAW.COM | RICHARD.LEAR@HKLAW.COM |
| JHIGGINS@FDLAW.COM | JOHN.MONAGHAN@HKLAW.COM |
| WALTER.STUART@FRESHFIELDS.COM | ADAM.BREZINE@HRO.COM |
| PATRICK.OH@FRESHFIELDS.COM | KERRY.MOYNIHAN@HRO.COM |
| SHANNON.NAGLE@FRIEDFRANK.COM | BARBRA.PARLIN@HKLAW.COM |
| EFRIEDMAN@FRIEDUMSPRING.COM | ARTHUR.ROSENBERG@HKLAW.COM |
| JMERVA@FULT.COM | FRANCOIS.JANSON@HKLAW.COM |
| RELGIDELY@GJB-LAW.COM | MMENDEZ@HUNTON.COM |
| JGENOVESE@GJB-LAW.COM | RNORTON@HUNTON.COM |
| PBATTISTA@GJB-LAW.COM | JRSMITH@HUNTON.COM |
| DCIMO@GJB-LAW.COM | CWEISS@INGRAMLLP.COM |
| MROSENTHAL@GIBSONDUNN.COM | SSBURY@JSSLAW.COM |
| TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV | AFRIEDMAN@IRELL.COM |
| MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV | KLYMAN@IRELL.COM |
| SBERNSTEIN@HUNTON.COM | JAY.HURST@OAG.STATE.TX.US |
| ALESIA.PINNEY@INFOSPACE.COM | DMURRAY@JENNER.COM |
| DAVE.DAVIS@ISGRIA.COM | RBYMAN@JENNER.COM |
| DBALOG@INTERSIL.COM | JOWEN769@YAHOO.COMJ |
| TERESA.OXFORD@INVESCOAIM.COM | JFOX@JOEFOXLAW.COM |
| MNEIER@IBOLAW.COM | ELI.MATTIOLI@KLGATES.COM |
| PTROSTLE@JENNER.COM | SNEWMAN@KATSKYKORINS.COM |
| MPRIMOFF@KAYESCHOLER.COM | BTRUST@MAYERBROWN.COM |
| JACLYN.GENCHI@KAYESCHOLER.COM | JTOUGAS@MAYERBROWN.COM |
| JOSPEH.CORDARO@USDOJ.GOV | ATREHAN@MAYERBROWN.COM |
| DROSNER@KASOWITZ.COM | AGOLIANOPOULOS@MAYERBROWN.COM |

2357391.1

| | |
|---|---|
| AGLENN@KASOWITZ.COM | FHYMAN@MAYERBROWN.COM |
| KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM | JTOUGAS@MAYERBROWN.COM |
| MPAGE@KELLEYDRYE.COM | ATREHAN@MAYERBROWN.COM |
| JAMES.SPRAYREGEN@KIRKLAND.COM | TKIRIAKOS@MAYERBROWN.COM |
| DAVID.SELIGMAN@KIRKLAND.COM | SWOLOWITZ@MAYERBROWN.COM |
| ICATTO@KIRKLAND.COM | JSTOLL@MAYERBROWN.COM |
| JAY@KLEINSOLOMON.COM | ASHAFFER@MAYERBROWN.COM |
| JJURELLER@KLESTADT.COM | MHANCHET@MAYERBROWN.COM |
| MICHAEL.KIM@KOBREKIM.COM | KREYNOLDS@MKLAWNYC.COM |
| ROBERT.HENOCH@KOBREKIM.COM | EGLAS@MCCARTER.COM |
| ANDREW.LOURIE@KOBREKIM.COM | CWALSHE@MAYERBROWN.COM |
| TMAYER@KRAMERLEVIN.COM | JLAMAR@MAYNARDCOOPER.COM |
| DEGGERMANN@KRAMERLEVIN.COM | RHS@MCCALLARAYMER.COM |
| EKBERGC@LANEPOWELL.COM | BKMAIL@PROMMIS.COM |
| CHARDMAN@KLESTADT.COM | KMAYER@MCCARTER.COM |
| BONEILL@KRAMERLEVIN.COM | WTAYLOR@MCCARTER.COM |
| ACATON@KRAMERLEVIN.COM | NCOCO@MWE.COM |
| MLANDMAN@LCBF.COM | PHAYDEN@MCGUIREWOODS.COM |
| WBALLAINE@LCBF.COM | SFOX@MCGUIREWOODS.COM |
| SREE@LCBF.COM | JMADDOCK@MCGUIREWOODS.COM |
| KEITH.SIMON@LW.COM | JSHEERIN@MCGUIREWOODS.COM |
| DAVID.HELLER@LW.COM | GGITOMER@MKBATTORNEYS.COM |
| RICHARD.LEVI@LW.COM | GRAVERT@MWE.COM |
| EZWEIG@OPTONLINE.NET | DHAYES@MCGUIREWOODS.COM |
| SFINEMAN@LCHB.COM | JMR@MSF-LAW.COM |
| PETER.GILHULY@LW.COM | TSLOME@MSEK.COM |
| GABRIEL.DELVIRGINIA@VERIZON.NET | HARISJM@MICHIGAN.GOV |
| WSWEARINGEN@LLF-LAW.COM | SDNYECF@DOR.MO.GOV |
| DALLAS.BANKRUPTCY@PUBLICANS.COM | GINTHER@DOR.MO.GOV |
| PEISENBERG@LOCKELORD.COM | AMARDER@MSEK.COM |
| LOIZIDES@LOIZIDES.COM | JMAZERMARINO@MSEK.COM |
| CHRIS.DONOHO@LOVELLS.COM | MICHAEL.FREGE@CMS0HS.COM |
| AUSTIN.BANKRUPTCY@PUBLICANS.COM | DAVIDWHEELER@MVALAW.COM |
| VRUBINSTEIN@LOEB.COM | NISSAY_10259-0154@MHMJAPAN.COM |
| DBESIKOF@LOEB.COM | LBERKOFF@MORITTHOCK.COM |
| ROBIN.KELLER@LOVELLS.COM | LMARINUZZI@MOFO.COM |
| OMECA.NEDD@LOVELLS.COM | KOSTAD@MOFO.COM |
| MATTHEW.MORRIS@LOVELLS.COM | TGOREN@MOFO.COM |
| ILEVEEE@LOWENSTEIN.COM | LNASHELSKY@MOFO.COM |
| METKIN@LOWENSTEIN.COM | JPINTARELLI@MOFO.COM |
| STEELE@LOWENSTEIN.COM | LMARINUZZI@MOFO.COM |
| KROSEN@LOWENSTEIN.COM | YUWATOKO@MOFO.COM |
| VDAGOSTINO@LOWENSTEIN.COM | JPINTARELLI@MOFO.COM |
| JPROL@LOWENSTEIN.COM | BMILLER@MOFO.COM |
| SCARGILL@LOWENSTEIN.COM | BANKRUPTCY@MORRISONCOHEN.COM |
| SQUIGLEY@LOWENSTEIN.COM | JOWOLF@LAW.NYC.GOV |
| TWHEELER@LOWENSTEIN.COM | DDREBSKY@NIXONPEABODY.COM |
| MWARREN@MTB.COM | VMILIONE@NIXONPEABODY.COM |
| JHUGGETT@MARGOLISEDELSTEIN.COM | MILLEE12@NATIONWIDE.COM |
| SUSAN.SCHULTZ@NEWEDGEGROUP.COM | MJACOBS@PRYORCASHMAN.COM |
| ADARWIN@NIXONPEABODY.COM | DROSE@PRYORCASHMAN.COM |
| MBERMAN@NIXONPEABODY.COM | CANELAS@PURSUITPARTNERS.COM |
| VMILIONE@MIXONPEABODY.COM | SCHEPIS@PURSUITPARTNERS.COM |
| INFO2@NORMANDYHILL.COM | JRABINOWITZ@RLTLAWFIRM.COM |
| MJRI@WESTCHESTERGOV.COM | BROY@RLTLAWFIRM.COM |
| DIRK.ROBERTS@OTS.TREAS.GOV | KGWYNNE@REEDSMITH.COM |

2357391.1

BANKRUPTCYMATTERS@US.NOMURA.COM
CRMOMJIAN@ATTORNEYGENERAL.GOV
JEREMY.EIDEN@STATE.MN.US
MARTIN.DAVIS@OTS.TREAS.GOV
AKANTESARIA@OPPENHEIMERFUNDS.COM
RDAVERSA@ORRICK.COM
JGUY@ORRICK.COM
RFRANKEL@ORRICK.COM
RWYRON@ORRICK.COM
DFELDER@ORRICK.COM
KORR@ORRICK.COM
LMCGOWEN@ORRICK.COM
WSILVERM@OSHR.COM
PFELDMAN@OSHR.COM
WK@PWLAWYERS.COM
DWDYKHOUSE@PBWT.COM
BGUINEY@PBWT.COM
DRAELSON@FISHERBROTHERS.COM
JAR@OUTTENGOLDEN.COM
RROUPINIAN@OUTTENGOLDEN.COM
CHIPFORD@PARKERPOE.COM
HARVEYSTRICKON@PAULHASTINGS.COM
SSHIMSHAK@PAULWEISS.COM
DDAVIS@PAULWEISS.COM
CHAMMERMAN@PAULWEISS.COM
DSHEMANO@PWKLLP.COM
WISOTSKA@PEPPERLAW.COM
MELTZERE@PEPPERLAW.COM
SCHANNEJ@PEPPERLAW.COM
JHORGAN@PHXA.COM
KRESSK@PEPPERLAW.COM
KOVSKYD@PEPPERLAW.COM
LAWALLF@PEPPERLAW.COM
ARLBANK@PBFCM.COM
DAVID.CRICHLOW@PILLSBURYLAW.COM
BILL.FREEMAN@PILLSBURYLAW.COM
MARK.HOULE@PILLSBURYLAW.COM
DFLANIGAN@POLSINELLI.COM
CWARD@POLSINELLI.COM
BBISIGNANI@POSTSCHELL.COM
SPLATZER@PLATZERLAW.COM
JBIRD@POLSINELLI.COM
TJFREEDMAN@PBNLAW.COM
JSMAIRO@PBNLAW.COM
FBP@PPGMS.COM
LML@PPGMS.COM
RFLEISCHER@PRYORCASHMAN.COM
ECHANG@STEINLUBIN.COM
SLERNER@SSD.COM
RTERENZI@STCWLAW.COM
CGOLDSTEIN@STCWLAW.COM
MARC.CHAIT@STANDARDCHARTERED.COM
EOBRIEN@SBCHLAW.COM

JFALGOWSKI@REEDSMITH.COM
CLYNCH@REEDSMITH.COM
MVENDITTO@REEDSMITH.COM
CALBERT@REITLERLAW.COM
GMOSS@RIEMERLAW.COM
ABRAUNSTEIN@RIEMERLAW.COM
ARHEAUME@RIEMERLAW.COM
ESCHAFFER@REEDSMITH.COM
JLSCOTT@REEDSMITH.COM
DGRIMES@REEDSMITH.COM
RQURESHI@REEDSMITH.COM
JSHICKICH@RIDDELLWILLIAMS.COM
ECOHEN@RUSSELL.COM
RUSSJ4478@AOL.COM
CMONTGOMERY@SALANS.COM
LWHIDDEN@SALANS.COM
AISENBERG@SAUL.COM
JKEHOE@SBTKLAW.COM
MSCHIMEL@SJU.EDU
CBELMONTE@SSBB.COM
TBROCK@SSBB.COM
PBOSSWICK@SSBB.COM
ASNOW@SSBB.COM
EGEEKIE@SCHIFFHARDIN.COM
BDK@SCHLAMSTONE.COM
NLEPORE@SCHNADER.COM
COHENR@SEWKIS.COM
FSOSNICK@SHEARMAN.COM
JGARRITY@SHEARMAN.COM
NED.SCHODEK@SHEARMAN.COM
JENNIFER.GORE@SHELL.COM
NFURMAN@SCOTTWOODCAPTIAL.COM
ASHMEAD@SEWKIS.COM
ANN.REYMAUD@SHELL.COM
CSHULMAN@SHEPPARDMULLIN.COM
RREID@SHEPPARDMULLIN.COM
MCADEMARTORI@SHEPPARDMULLIN.COM
BANKRUPTCY@GOODWIN.COM
AQUALE@SIDLEY.COM
AUNGER@SIDLEY.COM
SALLY.HENRY@SKADDEN.COM
RREID@SHEPPARDMULLIN.COM
JTIMKO@SHUTTS.COM
RFRIEDMAN@SILVERMANACAMPORA.COM
FYATES@SONNENSCHEIN.COM
PMAXCY@SONNENSCHEIN.COM
SMAYERSON@SSD.COM
R.STAHL@STAHLZELLOE.COM