ALSTON & BIRD LLP
Michael E. Johnson
90 Park Avenue
New York, New York 10016
Tel.: (212) 210-9400
Fax: (212) 210-9444

*Counsel for Bank of America, National Association, as Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------x

## **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 21193 WITH PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Bank of America, National Association, successor by merger to LaSalle Bank National Association, as Trustee, by and through its undersigned counsel, hereby withdraws with prejudice Proof of Claim No. 21193 filed against Lehman Brothers Holdings Inc. in the above-captioned matter, and requests that the official claims registry maintained by Epiq Bankruptcy Solutions LLC for the above-referenced debtors and debtors in possession be updated accordingly.

[THE SIGNATURE BLOCK APPEARS ON THE NEXT PAGE.]

LEGAL02/32617892v1

|  |  |
|---|---|
| Dated: May 13, 2011 | Respectfully submitted, |
|  | ALSTON & BIRD LLP |
|  | By:   /s/ Michael E. Johnson<br>Michael E. Johnson<br>90 Park Avenue<br>New York, New York 10016<br>Tel.: (212) 210-9400<br>Fax: (212) 210-9444 |
|  | *Counsel for Bank of America, National Association, as Trustee* |

- 2 -