B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

*In re Lehman Brothers Holdings Inc.,* Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nomura Securities Co., Ltd. | Osaka Securities Finance Company, Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent to:
    Financial Product Department
    2-2-2, Otemachi, Chiyodaku
    Tokyo, JAPAN

Court Claim #:  19176
Amount of Claim:  $209,788,428.57
Date Claim Filed:  09/18/2009

Phone: 03-3211-1811

Phone: 06-6233-4520

Name and Address where transferee payments should be sent (if different than above):
    1-9-1, Nihonbashi, Chuoku
    Tokyo, JAPAN

Phone: 03-3211-1811

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ *[signature]*                     Date: 5/11/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NYDOCS03/922778.1