UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                       )    ss.:
COUNTY OF NEW YORK    )

Leslie Salcedo, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2. On May 13, 2011, I caused a true and correct copy of the Notice of Withdrawal of Proof of Claim No. 21193 with Prejudice, to be served upon the parties listed on the attached Service List in Exhibit A and in the manner indicated.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
13th May, 2010

/s/ Tiffany T. Douse
Tiffany T. Douse
Notary Public, State of New York
No. 01DO6126555
Qualified in New York County
Commission Expires May 9, 2013

LEGAL02/32631698v1

## SERVICE LIST

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| Weil Gotshal & Manges LLP | Lehman Brothers Holdings Claims Processing |
| 767 Fifth Avenue | c/o Epiq Bankruptcy Solutions, LLC |
| New York, New York  10153 | FDR Station, P.O. Box 5076 |
| Attn: Harvey R. Miller | New York, NY 10150-5076 |
|     Richard P. Krasnow | |