**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
                                                          :

In re                                         :       **Chapter 11 Case No.**
                                           :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :     **08-13555 (JMP)**
                                         :     **(Jointly Administered)**
           **Debtors.**                :

                                         :    **Ref. Docket No. 16619**
--------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                      ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 5, 2011, I caused to be served the "Notice of First Amended Official Service List for Plan Discovery," dated May 5, 2011 [Docket No. 16619], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii.   delivered via facsimile to the party listed on the annexed Exhibit B, and

  iii.   enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                /s/ *Pete Caris*
                                              Pete Caris

Sworn to before me this
6th day of May, 2011
/s/ *Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
alum@ftportfolios.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com

# LEHMAN BROTHERS HOLDINGS INC.

EMAIL SERVICE LIST

| | |
|---|---|
| cweber@ebg-law.com | drosner@kasowitz.com |
| cweiss@ingramllp.com | dshemano@pwkllp.com |
| dallas.bankruptcy@publicans.com | dspelfogel@foley.com |
| daniel.guyder@allenovery.com | dtatge@ebglaw.com |
| dave.davis@isgria.com | dwdykhouse@pbwt.com |
| david.bennett@tklaw.com | dwildes@stroock.com |
| david.crichlow@pillsburylaw.com | dworkman@bakerlaw.com |
| david.heller@lw.com | easmith@venable.com |
| david.seligman@kirkland.com | echang@steinlubin.com |
| davids@blbglaw.com | ecohen@russell.com |
| davidwheeler@mvalaw.com | efleck@milbank.com |
| dbalog@intersil.com | efriedman@friedumspring.com |
| dbarber@bsblawyers.com | egeekie@schiffhardin.com |
| dbaumstein@whitecase.com | eglas@mccarter.com |
| dbesikof@loeb.com | ehollander@whitecase.com |
| dcimo@gjb-law.com | ekbergc@lanepowell.com |
| dckaufman@hhlaw.com | elevin@lowenstein.com |
| dcoffino@cov.com | eli.mattioli@klgates.com |
| dcrapo@gibbonslaw.com | ellen.halstead@cwt.com |
| ddavis@paulweiss.com | emerberg@mayerbrown.com |
| ddrebsky@nixonpeabody.com | eobrien@sbchlaw.com |
| ddunne@milbank.com | eschaffer@reedsmith.com |
| deggermann@kramerlevin.com | eschwartz@contrariancapital.com |
| deggert@freebornpeters.com | esmith@dl.com |
| demetra.liggins@tklaw.com | ezujkowski@emmetmarvin.com |
| deryck.palmer@cwt.com | ezweig@optonline.net |
| dfelder@orrick.com | fbp@ppgms.com |
| dflanigan@polsinelli.com | feldsteinh@sullcrom.com |
| dgrimes@reedsmith.com | ffm@bostonbusinesslaw.com |
| dhayes@mcguirewoods.com | fhyman@mayerbrown.com |
| dheffer@foley.com | fishere@butzel.com |
| diconzam@gtlaw.com | francois.janson@hklaw.com |
| dirk.roberts@ots.treas.gov | fsosnick@shearman.com |
| djoseph@stradley.com | fyates@sonnenschein.com |
| dkleiner@velaw.com | gabriel.delvirginia@verizon.net |
| dkozusko@willkie.com | gbray@milbank.com |
| dlemay@chadbourne.com | george.davis@cwt.com |
| dlipke@vedderprice.com | geraci@thalergertler.com |
| dludman@brownconnery.com | ggitomer@mkbattorneys.com |
| dmcguire@winston.com | giddens@hugheshubbard.com |
| dmurray@jenner.com | gkaden@goulstonstorrs.com |
| dneier@winston.com | glenn.siegel@dechert.com |
| dodonnell@milbank.com | gmoss@riemerlaw.com |
| dove.michelle@dorsey.com | gravert@mwe.com |
| dowd.mary@arentfox.com | gspilsbury@jsslaw.com |
| dpiazza@hodgsonruss.com | guzzi@whitecase.com |
| draelson@fisherbrothers.com | harrisjm@michigan.gov |
| dravin@wolffsamson.com | harveystrickon@paulhastings.com |
| drose@pryorcashman.com | hbeltzer@mayerbrown.com |
| drosenzweig@fulbright.com | heidi@crumbielaw.com |
| drosner@goulstonstorrs.com | heim.steve@dorsey.com |

# LEHMAN BROTHERS HOLDINGS INC.

EMAIL SERVICE LIST

| | |
|---|---|
| heiser@chapman.com | jguy@orrick.com |
| hirsch.robert@arentfox.com | jherzog@gklaw.com |
| hollace.cohen@troutmansanders.com | jhiggins@fdlaw.com |
| holsen@stroock.com | jhorgan@phxa.com |
| howard.hawkins@cwt.com | jhuggett@margolisedelstein.com |
| hseife@chadbourne.com | jhuh@ffwplaw.com |
| hsnovikoff@wlrk.com | jim@atkinslawfirm.com |
| icatto@kirkland.com | jjoyce@dresslerpeters.com |
| igoldstein@dl.com | jjtancredi@daypitney.com |
| ilevee@lowenstein.com | jjureller@klestadt.com |
| info2@normandyhill.com | jkehoe@btkmc.com |
| ira.herman@tklaw.com | jlamar@maynardcooper.com |
| isgreene@hhlaw.com | jlawlor@wmd-law.com |
| israel.dahan@cwt.com | jlee@foley.com |
| iva.uroic@dechert.com | jlevitin@cahill.com |
| jaclyn.genchi@kayescholer.com | jlipson@crockerkuno.com |
| jacobsonn@sec.gov | jliu@dl.com |
| james.mcclammy@dpw.com | jlovi@steptoe.com |
| james.sprayregen@kirkland.com | jlscott@reedsmith.com |
| jamestecce@quinnemanuel.com | jmaddock@mcguirewoods.com |
| jamie.nelson@dubaiic.com | jmazermarino@msek.com |
| jar@outtengolden.com | jmcginley@wilmingtontrust.com |
| jason.jurgens@cwt.com | jmelko@gardere.com |
| jay.hurst@oag.state.tx.us | jmerva@fult.com |
| jay@kleinsolomon.com | jmmurphy@stradley.com |
| jbecker@wilmingtontrust.com | jmr@msf-law.com |
| jbeemer@entwistle-law.com | john.monaghan@hklaw.com |
| jbeiers@co.sanmateo.ca.us | john.rapisardi@cwt.com |
| jbird@polsinelli.com | john@crumbielaw.com |
| jbromley@cgsh.com | joli@crlpc.com |
| jcarberry@cl-law.com | jorbach@hahnhessen.com |
| jchristian@tobinlaw.com | joseph.cordaro@usdoj.gov |
| jdrucker@coleschotz.com | joshua.dorchak@bingham.com |
| jdyas@halperinlaw.net | jowen769@yahoo.com |
| jean-david.barnea@usdoj.gov | jowolf@law.nyc.gov |
| jeannette.boot@wilmerhale.com | joy.mathias@dubaiic.com |
| jeff.wittig@coair.com | jpintarelli@mofo.com |
| jeffrey.sabin@bingham.com | jpintarelli@mofo.com |
| jeldredge@velaw.com | jporter@entwistle-law.com |
| jen.premisler@cliffordchance.com | jprol@lowenstein.com |
| jennifer.demarco@cliffordchance.com | jrabinowitz@rltlawfirm.com |
| jennifer.gore@shell.com | jrsmith@hunton.com |
| jeremy.eiden@state.mn.us | jschwartz@hahnhessen.com |
| jessica.fink@cwt.com | jsheerin@mcguirewoods.com |
| jfalgowski@reedsmith.com | jshickich@riddellwilliams.com |
| jflaxer@golenbock.com | jsmairo@pbnlaw.com |
| jfox@joefoxlaw.com | jstoll@mayerbrown.com |
| jfreeberg@wfw.com | jtimko@allenmatkins.com |
| jg5786@att.com | jtimko@shutts.com |
| jgarrity@shearman.com | jtougas@mayerbrown.com |
| jgenovese@gjb-law.com | judy.morse@crowedunlevy.com |

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kostad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com

lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanchet@mayerbrown.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com

rgraham@whitecase.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
rjones@boultcummings.com
rlasater@foley.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com

thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EMAIL ADDRESSES**

ACATON@KRAMERLEVIN.COM
ADAM.HIRSCH@SRZ.COM;
LAWRENCE.GELBER@SRZ.COM
ADASH@BROWNRUDNICK.COM
DMOLTON@BROWNRUDNICK.COM
HSTEEL@BROWNRUDNICK.COM
AFRISCH@ANDREWFRISCH.COM
AKORNBERG@PAULWEISS.COM
ALEXA.LOO@SHEARMAN.COM
RSCHWED@SHEARMAN.COM
MTORKIN@SHEARMAN.COM
ANDREA.B.SCHWARTZ@USDOJ.GOV
ANNE.PAK@ROPESGRAY.COM;MARK.BANE@ROPESGRAY.COM
AROVIRA@SIDLEY.COM
ARWOLF@WLRK.COM
AZOLOT@MAYERBROWN.COM;ASHAFFER@MAYERBROWN.COM;LPLUSH@MAYERBROWN.COM;JCONLON@MAYERBROWN.COM
BDMANNING@RKMC.COM
BEEMEN@EKVANDOORNE.COM
BMERKT@STROOCK.COM;CSZYFER@STROOCK.COM
BMORAN@MKLAWNJ.COM
BTRUST@MAYERBROWN.COM
CHIP.GOODRICH@DB.COM
CHRISTIANA.SUHR.BRUNNER@CH.PWC.COM; PASCAL.PORTMANN@CH.PWC.COM
CRIVERA@CHADBOURNE.COM
CSHORE@NY.WHITECASE.COM
AHAMMOND@NY.WHITECASE.COM
LELIN@NY.WHITECASE.COM
LELIN@WHITECASE.COM
DCOHEN2@MILBANK.COM
DEGGERMANN@KRAMERLEVIN.COM
TMAYER@KRAMERLEVIN.COM

DGROPPER@AURELIUS-CAPITAL.COM

DNEIER@WINSTON.COM

EJOEL@ELLIOTTMGMT.COM

ELDON.CUBE.DISCOVERY@DAVISPOLK.COM

ELDON.HOLDINGS.DISCOVERY@DAVISPOLK.COM

ELDON.RAVEN.DISCOVERY@DAVISPOLK.COM

ELLEN.HALSTEAD@CWT.COM; HOWARD.HAWKINS@CWT.COM

FFOGEL@SILVERPOINTCAPITAL.COM

FHEALY@STROOCK.COM;CSZYFER@STROOCK.COM

GHOROWITZ@KRAMERLEVIN.COM

GORISA@EKVANDOORNE.COM

GRACE.HOTELS.DISCOVERY@DAVISPOLK.COM

GREGORY.PETRICK@CWT.COM; INGRID.BAGBY@CWT.COM; DAVID.KRONENBERG@CWT.COM

HSNOVIKOFF@WLRK.COM

HSTEEL@BROWNRUDNICK.COM

ADASH@BROWNRUDNICK.COM

DMOLTON@BROWNRUDNICK.COM

IGOLDSTEIN@DL.COM

J.GREENALL-OTA@LEHMANBROTHERSJAPAN.COM; MOHAN.NADIG@LEHMANBROTHERSJAPAN.COM

JEFF.FRIEDMAN@KATTENLAW.COM

JEFF.FRIEDMAN@KATTENLAW.COM;J.STERNMAN@KATTENLAW.COM

JEFFREY.GETTLEMAN@KIRKLAND.COM

JILLIAN.GUTMANMANN@DECHERT.COM;SHMUEL.VASSER@DECHERT.COM

JJTANCREDI@DAYPITNEY.COM

JJURELLER@KLESTADT.COM;TKLESTADT@KLESTADT.COM

JOSHUA.DORCHAK@BINGHAM.COM

JRLEDERER@DIAMONDBACKCAP.COM

JSAFERSTEIN@PAULWEISS.COM

JWCOHEN@DAYPITNEY.COM

KEVIN.C.KELLEY@CHASE.COM

LB-DISCOVERY@CGSH.COM

LB.EQUITY.DISCOVERY@DAVISPOLK.COM

LB.EUROPE.DISCOVERY@DAVISPOLK.COM
LB.HOLDS.PLC.DISCOVERY@DAVISPOLK.COM
LB.INDON.DISCOVERY@DAVISPOLK.COM
LB.INTER2.DISCOVERY@DAVISPOLK.COM
LB.LIMITED.DISCOVERY@DAVISPOLK.COM
LB.PTG.DISCOVERY@DAVISPOLK.COM
LB.RE.FIN.DISCOVERY@DAVISPOLK.COM
LB.UK.HOLDS.DISCOVERY@DAVISPOLK.COM
LB.UK.RE.DISCOVERY@DAVISPOLK.COM
LBIE.DISCOVERY@DAVISPOLK.COM
LBSF.NO1.DISCOVERY@DAVISPOLK.COM
LEHMAN.MORTG.DISCOVERY@DAVISPOLK.COM
LEHMAN.TRANSACTION@IKB.DE
LEHMANPLANDISCOVERY@WEIL.COM;IRWIN.WARREN@WEIL.COM
RANDI.SINGER@WEIL.COM
LEHRNANNOTICES@KINGSTREET.COM
LMARINUZZI@MOFO.COM; SENGELHARDT@MOFO.COM
LMAY@COLESCHOTZ.COM
LUCDESPINS@PAULHASTINGS.COM; BRYANKAPLAN@PAULHASTINGS.COM
MABLE.DISCOVERY@DAVISPOLK.COM
MARGOLIN@HUGHESHUBBARD.COM;GREILSHE@HUGHESHUBBARD.COM;WILTEN@HUGHESHUBBARD.COM; GLEMANN@HUGHE
MARK.BROUDE@LW.COM; BLAIR.CONNELLY@LW.COM; JOSEPH.FABIANI@LW.COM; ELI.KAY-OLIPHANT@LW.COM
MAYRES@PPBADVISORY.COM; SPARBERY@PPBADVISORY.COM
METKIN@LOWENSTEIN.COM
MGUGGENBUEHL@VISCHER.COM
MICHAEL.BUSCH@FNF.COM
MICHAEL.CANNING@APORTER.COM
MICHAEL.FABIANO@RBS.COM
MLANDMAN@LCBF.COM; SREE@LCBF.COM
MONACO.DISCOVERY@DAVISPOLK.COM
MROSENTHAL@GIBSONDUNN.COM
MSIEGEL@BROWNRUDNICK.COM

MWIENER@DL.COM
BBENNETT@DL.COM
NBASSETT@MILBANK.COM
PETER.FRIEDMAN@CWT.COM; MARK.ELLENBERG@CWT.COM
PSHALHOUB@WILLKIE.COM;MABRAMS@WILLKIE.COM
QYANG@STATESTREET.COM
R.BEJGER@PROVEQUITY.COM; M.DOMINGUEZ@PROVEQUITY.COM
R.SCHIMMELPENNINCK@HOUTHOFF.COM; F.VERHOEVEN@HOUTHOFF.COM
RICHARD.ALEXANDER@APORTER.COM
RKRAKOW@GIBSONDUNN.COM
RMAY@NGALP.COM
MATTHEW.MORNINGSTAR@MORGANSTANLEY.COM;MARIA.DOUVAS@MORGANSTANLEY.COM
ROBERT.CONRAD@US.HSBC.COM
ROBERT.PIASIO@NOMURA.COM
SABIN.WILLETT@BINGHAM.COM
SANDRA.E.HORWITZ@US.HSBC.COM
SCARGILL@LOWENSTEIN.COM
SOLOMON.NOH@SHEARMAN.COM;DBARTNER@SHEARMAN.COM
SRAPPAPORT@MILBANK.COM
SRAY@STUTMAN.COM;JDAVIDSON@STUTMAN.COM;IPACHULSKI@STUTMAN.COM
SSHIMSHAK@PAULWEISS.COM; CHAMMERMAN@PAULWEISS.COM; DDAVIS@PAULWEISS.COM
STEPHAN.ROST@DZBANK.DE
STORM.DISCOVERY@DAVISPOLK.COM
TANNWEILER@GREERHERZ.COM; EKIRKPATRICK@GREERHERZ.COM; FBLACK@GREERHERZ.COM
WILL.SUGDEN@ALSTON.COM
WRIGHTTH@SULLCROM.COM; SCHWARTZMATTHEW@SULLCROM.COM; CLARKB@SULLCROM.COM
WROLL@SHEARMAN.COM; FREDRIC.SOSNICK@SHEARMAN.COM; DANIEL.LAGUARDIA@SHEARMAN.COM; NED.SCHODEK@SHEAR
ZESTDEW.DISCOVERY@DAVISPOLK.COM
WALTER.STUART@FRESHFIELDS.COM
BERNHARD.KAISER@FRESHFIELDS.COM; GUNILA.WEBER@FRESHFIELDS.COM
PETER.GRIEP@BUNDESBANK.DE
ANDREW.BROZMAN@CLIFFORDCHANCE.COM; SARA.TAPINEKIS@CLIFFORDCHANCE.COM

PDUBLIN@AKINGUMP.COM; KMANOUKIAN@AKINGUMP.COM
FARRINGTON.YATES@SNRDENTON.COM
PATRICK.MAXCY@SNRDENTON.COM
CHARLOTTE.SCHILDT@CMS-HS.COM; JOACHIM.KUEHNE@CMS-HS.COM
MPASKIN@CRAVATH.COM; RLEVIN@CRAVATH.COM

**EXHIBIT B**

| Name | Fax |
| --- | --- |
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007