UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                            :
In re                                       :     Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :     08-13555 (JMP)
                                            :     (Jointly Administered)
            Debtors.                        :
                                            :
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 6, 2011, I caused to be served the "Plan Discovery Letter," regarding the Execution of Protective Orders and Preliminary Document Requests, dated May 6, 2011, attached hereto as Exhibit A, by causing true and correct copies to be:

    i.  delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    ii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ *Pete Caris*
                                                    Pete Caris

Sworn to before me this
9th day of May, 2011
*/s/ Eleni G. Kossivas*
Eleni G. Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in the County of New York
Commission Expires May 17, 2014

# EXHIBIT A

**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Randi W. Singer
+ 1 212 310 8152
randi.singer@weil.com

May 6, 2011

BY E-MAIL

All Participants in Plan Discovery
First Amended Official Service List

Re: Lehman Plan Discovery – Execution of Protective Orders and Preliminary Document Requests

Dear Participants,

      The Debtors remind all Participants Paragraph 2(h) of the Order[1] requires that each Participant and each Participant's attorney and advisors must sign the Agreement to Abide by the Protective Order entered in these chapter 11 cases to participate in the Lehman plan discovery process. Many Participants have yet to submit signed copies of the Agreement to Abide by the Protective Order. The Debtors are in the process of setting up the Data Repository, and plan to begin loading documents into the Data Repository in the next few weeks. Only those Participants that have provided the Debtors with a signed Agreement to Abide by the Protective Order will be eligible to receive logins to the Data Repository. Accordingly, please send any executed copies of the Agreement to Abide by the Protective Order to LehmanPlanDiscovery@weil.com. If you have any questions with respect to this issue, please contact Conray Tseng at (212) 310-8601 or conray.tseng@weil.com.

      In addition, pursuant to Paragraphs 5(a) and (6)a of the Order, the Debtors will be making available the Preliminary APP Requests and the Preliminary Participant Requests on May 12, 2011.

Sincerely,

*Randi Singer*

Randi W. Singer

---

[1] *Order Establishing Schedule and Procedures in Connection with Discovery Related to Plan Confirmation and Other Issues*, dated April 14, 2011 [Docket No. 16003] (the "Order"). Capitalized terms not defined herein shall have the meaning attributed to them in the Order.

US_ACTIVE:\43701072\03\58399.0003

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
PLAN DISCOVERY EMAIL LIST

acaton@kramerlevin.com
adam.hirsch@srz.com
adash@brownrudnick.com
adash@brownrudnick.com
afrisch@andrewfrisch.com
ahammond@ny.whitecase.com
akornberg@paulweiss.com
alexa.loo@shearman.com
andrea.b.schwartz@usdoj.gov
andrew.brozman@cliffordchance.com
sara.tapinekis@cliffordchance.com
anne.pak@ropesgray.com
mark.bane@ropesgray.com
arovira@sidley.com
arwolf@wlrk.com
azolot@mayerbrown.com
ashaffer@mayerbrown.com
lplush@mayerbrown.com
jconlon@mayerbrown.com
bbennett@dl.com
bdmanning@rkmc.com
beemen@ekvandoorne.com
bernhard.kaiser@freshfields.com
gunila.weber@freshfields.com
bmerkt@stroock.com
cszyfer@stroock.com
bmoran@mklawnj.com
btrust@mayerbrown.com
charlotte.schildt@cms-hs.com
joachim.kuehne@cms-hs.com
chip.goodrich@db.com
christiana.suhr.brunner@ch.pwc.com
 pascal.portmann@ch.pwc.com
crivera@chadbourne.com
cshore@ny.whitecase.com
dcohen2@milbank.com
deggermann@kramerlevin.com
dgropper@aurelius-capital.com
dmolton@brownrudnick.com
dmolton@brownrudnick.com
dneier@winston.com
ejoel@elliottmgmt.com
eldon.cube.discovery@davispolk.com
eldon.holdings.discovery@davispolk.com
eldon.raven.discovery@davispolk.com
ellen.halstead@cwt.com
howard.hawkins@cwt.com
farrington.yates@snrdenton.com
ffogel@silverpointcapital.com
fhealy@stroock.com
cszyfer@stroock.com
ghorowitz@kramerlevin.com
gorisa@ekvandoorne.com
grace.hotels.discovery@davispolk.com
gregory.petrick@cwt.com
ingrid.bagby@cwt.com
david.kronenberg@cwt.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
hsteel@brownrudnick.com
igoldstein@dl.com
j.greenall-ota@lehmanbrothersjapan.com
mohan.nadig@lehmanbrothersjapan.com
jeff.friedman@kattenlaw.com
jeff.friedman@kattenlaw.com
j.sternman@kattenlaw.com
jeffrey.gettleman@kirkland.com
jillian.gutmanmann@dechert.com
shmuel.vasser@dechert.com
jjtancredi@daypitney.com
jjureller@klestadt.com
tklestadt@klestadt.com
joshua.dorchak@bingham.com
jrlederer@diamondbackcap.com
jsaferstein@paulweiss.com
jwcohen@daypitney.com
kevin.c.kelley@chase.com
lawrence.gelber@srz.com
lb.equity.discovery@davispolk.com
lb.europe.discovery@davispolk.com
lb.holds.plc.discovery@davispolk.com
lb.indon.discovery@davispolk.com
lb.inter2.discovery@davispolk.com
lb.limited.discovery@davispolk.com
lb.ptg.discovery@davispolk.com
lb.re.fin.discovery@davispolk.com
lb.uk.holds.discovery@davispolk.com
lb.uk.re.discovery@davispolk.com
lb-discovery@cgsh.com
lbie.discovery@davispolk.com
lbsf.no1.discovery@davispolk.com
lehman.mortg.discovery@davispolk.com
lehman.transaction@ikb.de
lehmanplandiscovery@weil.com
irwin.warren@weil.com
lehrnannotices@kingstreet.com
lelin@ny.whitecase.com
lelin@whitecase.com
lmarinuzzi@mofo.com
sengelhardt@mofo.com
lmay@coleschotz.com
lucdespins@paulhastings.com

# LEHMAN BROTHERS HOLDINGS INC.
PLAN DISCOVERY EMAIL LIST

bryankaplan@paulhastings.com
mable.discovery@davispolk.com
margolin@hugheshubbard.com
greilshe@hugheshubbard.com
wilten@hugheshubbard.com
glemann@hugheshubbard.com
mark.broude@lw.com
blair.connelly@lw.com
joseph.fabiani@lw.com
eli.kay-oliphant@lw.com
matthew.morningstar@morganstanley.com
maria.douvas@morganstanley.com
mayres@ppbadvisory.com
sparbery@ppbadvisory.com
metkin@lowenstein.com
mguggenbuehl@vischer.com
michael.busch@fnf.com
michael.canning@aporter.com
michael.fabiano@rbs.com
mlandman@lcbf.com sree@lcbf.com
monaco.discovery@davispolk.com
mpaskin@cravath.com
rlevin@cravath.com
mrosenthal@gibsondunn.com
msiegel@brownrudnick.com
mtorkin@shearman.com
mwiener@dl.com
nbassett@milbank.com
patrick.maxcy@snrdenton.com
pdublin@akingump.com
kmanoukian@akingump.com
peter.friedman@cwt.com
mark.ellenberg@cwt.com
peter.griep@bundesbank.de
pshalhoub@willkie.com
mabrams@willkie.com
qyang@statestreet.com
r.bejger@provequity.com
m.dominguez@provequity.com
r.schimmelpenninck@houthoff.com
f.verhoeven@houthoff.com
randi.singer@weil.com
richard.alexander@aporter.com
rkrakow@gibsondunn.com
rmay@ngalp.com
robert.conrad@us.hsbc.com
robert.piasio@nomura.com
rschwed@shearman.com
sabin.willett@bingham.com
sandra.e.horwitz@us.hsbc.com
scargill@lowenstein.com

solomon.noh@shearman.com
dbartner@shearman.com
srappaport@milbank.com
sray@stutman.com
jdavidson@stutman.com
ipachulski@stutman.com
sshimshak@paulweiss.com
chammerman@paulweiss.com
ddavis@paulweiss.com
stephan.rost@dzbank.de
storm.discovery@davispolk.com
tannweiler@greerherz.com
ekirkpatrick@greerherz.com
fblack@greerherz.com
tmayer@kramerlevin.com
walter.stuart@freshfields.com
will.sugden@alston.com
wrightth@sullcrom.com
schwartzmatthew@sullcrom.com
clarkb@sullcrom.com
wroll@shearman.com
fredric.sosnick@shearman.com
daniel.laguardia@shearman.com
ned.schodek@shearman.com
zestdew.discovery@davispolk.com
jodikleinick@paulhastings.com

# EXHIBIT C

**LBH PLAN DISCOVERY 5-6-11**

MIZUHO CORPORATE BANK, LTD. 1-3-3, MARUNOUCHI,
CHIYOD-KU
TOKYO, JAPAN 100-8210
ATTN: NOBORU IWAMATSU

**LBH PLAN DISCOVERY 5-6-11**

MIZUHO CORPORATE BANK, LTD.
6-7, NIHONBASHI KABUTOCHO, CHUO-KU
TOKYO, JAPAN 103-0026
ATTN: MASAYA NAKAFUJI

**LBH PLAN DISCOVERY 5-6-11**

MIZUHO CORPORATE BANK, LTD.
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
ATTN: KEVIN HOLMES, SENIOR VICE PRESIDENT

**LBH PLAN DISCOVERY 5-6-11**

MIZUHO CORPORATE BANK, LTD.
BRACKEN HOUSE, ONE FRIDAY STREET
LONDON EC4M 9JA UK
ATTN: COURTENAY COOPER-FOGARTY, MAKATO WAKIDA

**LBH PLAN DISCOVERY 5-6-11**

MIZUHO CAPITAL MARKETS CORPORATION
1440 BROADWAY, 25TH FLOOR
NEW YORK, NY 10018
ATTN: DOUGLAS FRANKEL, GENERAL COUNSEL

**LBH PLAN DISCOVERY 5-6-11**

NORDEA BANK AB (PUBL)
SMALANDSGATAN 17
SE-105 71 STOCKHOLM
SWEDEN
ATTN: MARIA KRONSTROM

**LBH PLAN DISCOVERY 5-6-11**

NORDEA FINLAND PLC (PUBL)
SMALANDSGATAN 17
SE-105 71 STOCKHOLM
SWEDEN
ATTN: MARIA KRONSTROM