**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                                          :   Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :   08-13555 (JMP)
                                                               :   (Jointly Administered)
        Debtors.                                          :
                                                               :   Ref. Docket No. 16664
---------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                                ) ss.:
COUNTY OF NEW YORK   )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 9, 2011, I caused to be served the "Supplement to Lehman Brothers Special Financing Inc.'s Motion, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, for Authorization to (I) Cause 1271 LLC to Issue Classes of Interests, (II) Sell Interests in 1271 LLC and (III) Make a Capital Contribution to 1271 LLC," dated May 9, 2011 [Docket No. 16664], by causing true and correct copies to be:

    i.  delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. delivered via facsimile to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Eleni Manners
Eleni Manners

Sworn to before me this
10th day of May, 2011
*/s/ Cassandra Murray*
Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

**LBH Email Service List**

| | |
|---|---|
| aaaronson@dilworthlaw.com | asnow@ssbb.com |
| aalfonso@willkie.com | atrehan@mayerbrown.com |
| abraunstein@riemerlaw.com | aunger@sidley.com |
| acaton@kramerlevin.com | austin.bankruptcy@publicans.com |
| acker@chapman.com | avenes@whitecase.com |
| adam.brezine@hro.com | azylberberg@whitecase.com |
| adarwin@nixonpeabody.com | bankr@zuckerman.com |
| Adiamond@DiamondMcCarthy.com | bankruptcy@goodwin.com |
| aeckstein@blankrome.com | bankruptcy@morrisoncohen.com |
| aentwistle@entwistle-law.com | bankruptcymatters@us.nomura.com |
| afriedman@irell.com | barbra.parlin@hklaw.com |
| agbanknewyork@ag.tn.gov | bbisignani@postschell.com |
| aglenn@kasowitz.com | bcarlson@co.sanmateo.ca.us |
| agold@herrick.com | bdk@schlamstone.com |
| ahammer@freebornpeters.com | bgraifman@gkblaw.com |
| aisenberg@saul.com | bguiney@pbwt.com |
| akantesaria@oppenheimerfunds.com | bill.freeman@pillsburylaw.com |
| alesia.pinney@infospace.com | bkmail@prommis.com |
| alum@ftportfolios.com | bmanne@tuckerlaw.com |
| amarder@msek.com | BMiller@mofo.com |
| AMcMullen@BoultCummings.com | boneill@kramerlevin.com |
| amenard@tishmanspeyer.com | Brian.Corey@greentreecreditsolutions.com |
| Andrew.Brozman@cliffordchance.com | bromano@willkie.com |
| andrew.lourie@kobrekim.com | brosenblum@jonesday.com |
| angelich.george@arentfox.com | broy@rltlawfirm.com |
| ann.reynaud@shell.com | btrust@mayerbrown.com |
| anthony_boccanfuso@aporter.com | bturk@tishmanspeyer.com |
| aoberry@bermanesq.com | bwolfe@sheppardmullin.com |
| aostrow@beckerglynn.com | bzabarauskas@crowell.com |
| apo@stevenslee.com | cahn@clm.com |
| aquale@sidley.com | calbert@reitlerlaw.com |
| araboy@cov.com | canelas@pursuitpartners.com |
| arahl@reedsmith.com | carol.weinerlevy@bingham.com |
| arheaume@riemerlaw.com | cbelisle@wfw.com |
| arlbank@pbfcm.com | cbelmonte@ssbb.com |
| arosenblatt@chadbourne.com | cbrotstein@bm.net |
| arthur.rosenberg@hklaw.com | cgoldstein@stcwlaw.com |
| arwolf@wlrk.com | chammerman@paulweiss.com |
| aseuffert@lawpost-nyc.com | chardman@klestadt.com |
| ashaffer@mayerbrown.com | charles@filardi-law.com |
| ashmead@sewkis.com | charles_malloy@aporter.com |

**LBH Email Service List**

charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com

ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com

**LBH Email Service List**

| | |
|---|---|
| efriedman@friedumspring.com | hirsch.robert@arentfox.com |
| egeekie@schiffhardin.com | hollace.cohen@troutmansanders.com |
| eglas@mccarter.com | holsen@stroock.com |
| ehollander@whitecase.com | howard.hawkins@cwt.com |
| ekbergc@lanepowell.com | hseife@chadbourne.com |
| elevin@lowenstein.com | hsnovikoff@wlrk.com |
| eli.mattioli@klgates.com | icatto@kirkland.com |
| ellen.halstead@cwt.com | igoldstein@dl.com |
| emerberg@mayerbrown.com | ilevee@lowenstein.com |
| eobrien@sbchlaw.com | info2@normandyhill.com |
| eschaffer@reedsmith.com | ira.herman@tklaw.com |
| eschwartz@contrariancapital.com | isgreene@hhlaw.com |
| esmith@dl.com | israel.dahan@cwt.com |
| ezujkowski@emmetmarvin.com | iva.uroic@dechert.com |
| ezweig@optonline.net | jaclyn.genchi@kayescholer.com |
| fbp@ppgms.com | jacobsonn@sec.gov |
| feldsteinh@sullcrom.com | james.mcclammy@dpw.com |
| ffm@bostonbusinesslaw.com | james.sprayregen@kirkland.com |
| fhyman@mayerbrown.com | jamestecce@quinnemanuel.com |
| fishere@butzel.com | jamie.nelson@dubaiic.com |
| francois.janson@hklaw.com | jar@outtengolden.com |
| fsosnick@shearman.com | jason.jurgens@cwt.com |
| fyates@sonnenschein.com | jay.hurst@oag.state.tx.us |
| gabriel.delvirginia@verizon.net | jay@kleinsolomon.com |
| gbray@milbank.com | Jbecker@wilmingtontrust.com |
| george.davis@cwt.com | jbeemer@entwistle-law.com |
| geraci@thalergertler.com | jbeiers@co.sanmateo.ca.us |
| ggitomer@mkbattorneys.com | jbird@polsinelli.com |
| giddens@hugheshubbard.com | jbromley@cgsh.com |
| gkaden@goulstonstorrs.com | jcarberry@cl-law.com |
| glenn.siegel@dechert.com | jchristian@tobinlaw.com |
| gmoss@riemerlaw.com | Jdrucker@coleschotz.com |
| gravert@mwe.com | jdyas@halperinlaw.net |
| gspilsbury@jsslaw.com | jean-david.barnea@usdoj.gov |
| guzzi@whitecase.com | jeannette.boot@wilmerhale.com |
| harrisjm@michigan.gov | jeff.wittig@coair.com |
| harveystrickon@paulhastings.com | jeffrey.sabin@bingham.com |
| hbeltzer@mayerbrown.com | jeldredge@velaw.com |
| heidi@crumbielaw.com | jen.premisler@cliffordchance.com |
| heim.steve@dorsey.com | jennifer.demarco@cliffordchance.com |
| heiser@chapman.com | jennifer.gore@shell.com |

**LBH Email Service List**

| | |
|---|---|
| jeremy.eiden@state.mn.us | joshua.dorchak@bingham.com |
| jessica.fink@cwt.com | jowen769@yahoo.com |
| jfalgowski@reedsmith.com | jowolf@law.nyc.gov |
| jflaxer@golenbock.com | joy.mathias@dubaiic.com |
| jfox@joefoxlaw.com | JPintarelli@mofo.com |
| jfreeberg@wfw.com | jpintarelli@mofo.com |
| jg5786@att.com | jporter@entwistle-law.com |
| jgarrity@shearman.com | jprol@lowenstein.com |
| jgenovese@gjb-law.com | jrabinowitz@rltlawfirm.com |
| jguy@orrick.com | jrsmith@hunton.com |
| jherzog@gklaw.com | jschwartz@hahnhessen.com |
| jhiggins@fdlaw.com | jsheerin@mcguirewoods.com |
| jhorgan@phxa.com | jshickich@riddellwilliams.com |
| jhuggett@margolisedelstein.com | jsmairo@pbnlaw.com |
| jhuh@ffwplaw.com | jstoll@mayerbrown.com |
| jim@atkinslawfirm.com | jtimko@allenmatkins.com |
| jjoyce@dresslerpeters.com | jtimko@shutts.com |
| jjtancredi@daypitney.com | jtougas@mayerbrown.com |
| jjureller@klestadt.com | judy.morse@crowedunlevy.com |
| jkehoe@btkmc.com | jwallack@goulstonstorrs.com |
| jlamar@maynardcooper.com | jwang@sipc.org |
| jlawlor@wmd-law.com | jwcohen@daypitney.com |
| jlee@foley.com | jweiss@gibsondunn.com |
| jlevitin@cahill.com | jwest@velaw.com |
| jlipson@crockerkuno.com | jwh@njlawfirm.com |
| jliu@dl.com | jwhitman@entwistle-law.com |
| jlovi@steptoe.com | k4.nomura@aozorabank.co.jp |
| jlscott@reedsmith.com | karen.wagner@dpw.com |
| jmaddock@mcguirewoods.com | KDWBankruptcyDepartment@kelleydrye.com |
| jmazermarino@msek.com | keith.simon@lw.com |
| jmcginley@wilmingtontrust.com | Ken.Coleman@allenovery.com |
| jmelko@gardere.com | ken.higman@hp.com |
| jmerva@fult.com | kgwynne@reedsmith.com |
| jmmurphy@stradley.com | kiplok@hugheshubbard.com |
| jmr@msf-law.com | kkelly@ebglaw.com |
| john.monaghan@hklaw.com | klyman@irell.com |
| john.rapisardi@cwt.com | kmayer@mccarter.com |
| john@crumbielaw.com | kobak@hugheshubbard.com |
| joli@crlpc.com | korr@orrick.com |
| jorbach@hahnhessen.com | KOstad@mofo.com |
| Joseph.Cordaro@usdoj.gov | kovskyd@pepperlaw.com |

**LBH Email Service List**

| | |
|---|---|
| kpiper@steptoe.com | matthew.klepper@dlapiper.com |
| kressk@pepperlaw.com | mbenner@tishmanspeyer.com |
| KReynolds@mklawnyc.com | mberman@nixonpeabody.com |
| krosen@lowenstein.com | mbienenstock@dl.com |
| kuehn@bragarwexler.com | mbossi@thompsoncoburn.com |
| kurt.mayr@bgllp.com | mcademartori@sheppardmullin.com |
| lacyr@sullcrom.com | mcordone@stradley.com |
| Landon@StreusandLandon.com | mcto@debevoise.com |
| lathompson@co.sanmateo.ca.us | mdorval@stradley.com |
| lawallf@pepperlaw.com | meltzere@pepperlaw.com |
| lberkoff@moritthock.com | metkin@lowenstein.com |
| Lee.Stremba@troutmansanders.com | mfeldman@willkie.com |
| lgranfield@cgsh.com | mgordon@briggs.com |
| lhandelsman@stroock.com | mgreger@allenmatkins.com |
| linda.boyle@twtelecom.com | mh1@mccallaraymer.com |
| lisa.ewart@wilmerhale.com | mhanchet@mayerbrown.com |
| lisa.kraidin@allenovery.com | mhopkins@cov.com |
| LJKotler@duanemorris.com | michael.frege@cms-hs.com |
| lmarinuzzi@mofo.com | michael.kim@kobrekim.com |
| Lmay@coleschotz.com | millee12@nationwide.com |
| lmcgowen@orrick.com | miller@taftlaw.com |
| lml@ppgms.com | mimi.m.wong@irscounsel.treas.gov |
| lnashelsky@mofo.com | mitchell.ayer@tklaw.com |
| loizides@loizides.com | mjacobs@pryorcashman.com |
| lromansic@steptoe.com | mjedelman@vedderprice.com |
| lscarcella@farrellfritz.com | MJR1@westchestergov.com |
| lschweitzer@cgsh.com | mkjaer@winston.com |
| lthompson@whitecase.com | mlahaie@akingump.com |
| lubell@hugheshubbard.com | MLandman@lcbf.com |
| lwhidden@salans.com | mlynch2@travelers.com |
| mabrams@willkie.com | mmendez@hunton.com |
| MAOFILING@CGSH.COM | mmooney@deilylawfirm.com |
| Marc.Chait@standardchartered.com | mmorreale@us.mufg.jp |
| margolin@hugheshubbard.com | mneier@ibolaw.com |
| mark.deveno@bingham.com | monica.lawless@brookfieldproperties.com |
| mark.ellenberg@cwt.com | mpage@kelleydrye.com |
| mark.houle@pillsburylaw.com | mprimoff@kayescholer.com |
| mark.sherrill@sutherland.com | mpucillo@bermanesq.com |
| martin.davis@ots.treas.gov | mrosenthal@gibsondunn.com |
| Marvin.Clements@ag.tn.gov | mruetzel@whitecase.com |
| matt@willaw.com | mschimel@sju.edu |

**LBH Email Service List**

mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
rlasater@foley.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com

**LBH Email Service List**

| | |
|---|---|
| sabramowitz@velaw.com | stephen.cowan@dlapiper.com |
| sagolden@hhlaw.com | steve.ginther@dor.mo.gov |
| Sally.Henry@skadden.com | steven.troyer@commerzbank.com |
| sandyscafaria@eaton.com | steven.wilamowsky@bingham.com |
| Sara.Tapinekis@cliffordchance.com | Streusand@StreusandLandon.com |
| sbernstein@hunton.com | susan.schultz@newedgegroup.com |
| scargill@lowenstein.com | susheelkirpalani@quinnemanuel.com |
| schannej@pepperlaw.com | swolowitz@mayerbrown.com |
| Schepis@pursuitpartners.com | szuch@wiggin.com |
| schnabel.eric@dorsey.com | tannweiler@greerherz.com |
| schristianson@buchalter.com | tarbit@cftc.gov |
| schwartzmatthew@sullcrom.com | tbrock@ssbb.com |
| scottshelley@quinnemanuel.com | tduffy@andersonkill.com |
| scousins@armstrongteasdale.com | teresa.oxford@invescoaim.com |
| sdnyecf@dor.mo.gov | TGoren@mofo.com |
| sehlers@armstrongteasdale.com | thaler@thalergertler.com |
| sfelderstein@ffwplaw.com | thomas.califano@dlapiper.com |
| sfineman@lchb.com | thomas.ogden@dpw.com |
| sfox@mcguirewoods.com | Thomas_Noguerola@calpers.ca.gov |
| sgordon@cahill.com | timothy.brink@dlapiper.com |
| sgubner@ebg-law.com | timothy.palmer@bipc.com |
| shannon.nagle@friedfrank.com | tjfreedman@pbnlaw.com |
| sharbeck@sipc.org | tkarcher@dl.com |
| shari.leventhal@ny.frb.org | tkiriakos@mayerbrown.com |
| shgross5@yahoo.com | tlauria@whitecase.com |
| sidorsky@butzel.com | tmacwright@whitecase.com |
| slerner@ssd.com | tmayer@kramerlevin.com |
| slevine@brownrudnick.com | tnixon@gklaw.com |
| SLoden@DiamondMcCarthy.com | toby.r.rosenberg@irscounsel.treas.gov |
| smayerson@ssd.com | tony.davis@bakerbotts.com |
| smillman@stroock.com | tslome@msek.com |
| smulligan@bsblawyers.com | ttracy@crockerkuno.com |
| snewman@katskykorins.com | twheeler@lowenstein.com |
| sory@fdlaw.com | ukreppel@whitecase.com |
| spiotto@chapman.com | vdagostino@lowenstein.com |
| splatzer@platzerlaw.com | Villa@StreusandLandon.com |
| squigley@lowenstein.com | vmilione@nixonpeabody.com |
| SRee@lcbf.com | vrubinstein@loeb.com |
| sselbst@herrick.com | walter.stuart@freshfields.com |
| sshimshak@paulweiss.com | wanda.goodloe@cbre.com |
| steele@lowenstein.com | WBallaine@lcbf.com |

**LBH Email Service List**

wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |
| BH FINANCE DAN JAKSICH | (402) 346-3375 |
| BERKSHIRE HATHAWAY | (203) 363-5221 |
| BH FINANCE | (781) 659-2491 |
| BERKSHIRE HATHAWAY | (212) 783-3833 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

BH FINANCE LLC
1440 KIEWIT PLAZA
OMAHA, NE 68131

BERKSHIRE HATHAWAY REINSURANCE GROUP
100 FIRST STAMFORD PLACE
STAMFORD, CT 06902

BH FINANCE LLC
99 MILL LANE
NORWELL, MA 02061

BERKSHIRE HATHAWAY INC.
3555 FARNAM STREET
OMAHA, NE 68131

CADWALADER, WICKERSHAM & TAFT LLP
LARY STROMFELD, ESQ
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281