WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
:
In re                                                             :      **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :      **08-13555 (JMP)**
                                                                  :
                        Debtors.                         :      **(Jointly Administered)**
                                                                  :
-------------------------------------------------------------------x

**NOTICE OF SIXTY-NINTH SUPPLEMENTAL LIST**
**OF ORDINARY COURSE PROFESSIONALS**

   **PLEASE TAKE NOTICE** that in accordance with the Amended Order Pursuant

to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code Authorizing the Debtors to Employ

Professionals Utilized in the Ordinary Course of Business, entered on March 25, 2010 (the

"Amended Order") [Docket. No. 7822],[1] Lehman Brothers Holdings Inc. and its affiliated

debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together,

the "Debtors"), hereby supplement their initial list of ordinary course professionals annexed to

the Amended Order to include the professionals set forth on the list annexed hereto as Exhibit 1

(the "Sixty-Ninth Supplemental List").

---

[1] Capitalized terms used but not defined herein have the meaning ascribed to them in the Amended Order.

US_ACTIVE:\43708919\01\58399.0008

**PLEASE TAKE FURTHER NOTICE** that the retention affidavits certifying that such professionals do not represent or hold an interest adverse to the Debtors or their estates for the matters on which the professionals are to be employed (the "Ordinary Course Professional Affidavits") and the retention questionnaires (the "Retention Questionnaires") of the ordinary course professionals identified on the Sixty-Ninth Supplemental List have been filed contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Amended Order, the Debtors will serve this Notice, together with the Sixty-Ninth Supplemental List, the Ordinary Course Professionals' Affidavits, and the Retention Questionnaires on (i) the Office of the United States Trustee and (ii) the attorneys for the Official Committee of Unsecured Creditors appointed in these chapter 11 cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Amended Order,

objections, if any, to the retention of ordinary course professionals identified on the Sixty-Ninth

Supplemental List must be filed with the Court and served upon the undersigned attorney for the

Debtors within 10 days of the date of service of this Notice.  Unless timely objections are

received, the Sixty-Ninth Supplemental List shall be deemed approved by the Court and the

professionals identified therein shall be deemed to be ordinary course professionals within the

purview of the Amended Order, without the necessity of a hearing.


Dated:  May 13, 2011
      New York, New York

                            /s/ Richard P. Krasnow
                            Richard P. Krasnow

                            WEIL, GOTSHAL & MANGES LLP
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone: (212) 310-8000
                            Facsimile: (212) 310-8007

                            Attorneys for Debtors
                            and Debtors in Possession

**<u>Exhibit 1</u>**

**Sixty-Ninth Supplemental List of Proposed Professionals
to be Employed in the Ordinary Course of Business**

| Professional | Nature of Services |
|---|---|
| Jackson, DeMarco, Tidus, Peckenpaugh | Legal counsel with respect to joint venture to entitle and develop certain properties in Lehman residential real estate portfolio. |
| Alain Choo-Choy, QC | Legal services with respect to the representation of Lehman Brothers Commodity Services, Inc. in the United Kingdom High Court and certain mediation proceedings. |