**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                  :
**In re**                                         :    **Chapter 11 Case No.**
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*      :    **08-13555 (JMP)**
                                                  :
                              **Debtors.**        :    **(Jointly Administered)**
                                                  :
                                                  :
-------------------------------------------------------------------x

**AFFIDAVIT AND DISCLOSURE STATEMENT OF ALAIN CHOO-CHOY Q.C.**

CITY OF LONDON, UNITED KINGDOM

      Alain Choo-Choy Q.C., being duly sworn, upon his oath, deposes and says:

      1.     I am a Queen's Counsel and member of the English Bar practising from barristers' chambers located at One Essex Court, Temple, London EC4Y 9AR, England.

      2.     Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), have requested that I provide legal services to the Debtors, and I have consented to provide such services.

      3.     I have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. I do not perform services for any such person in connection with these chapter 11 cases. In addition, I do not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

      4.     I have not agreed to share and I will not share any portion of the compensation to be received from the Debtors with any other person.

5.      Insofar as I have been able to ascertain, I do not hold or represent any

interest adverse to the Debtors or their estates.

6.      The Debtors owe me $0 for prepetition services.

7.      If at any time during the period of my employment I should discover any

facts bearing on the matters described herein, I will supplement the information contained in

this Affidavit.

By:  Alain Choo-Choy Q.C.

Subscribed and sworn to before me

this _13th_ day of  May, 2011

_____
Solicitor

NATHAN TIMOTHY SEARLE
HOGAN LOVELLS INTERNATIONAL LLP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                            :
In re                                       :      Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :      08-13555 (JMP)
                                            :
                        Debtors.            :      (Jointly Administered)
                                            :
                                            :
-----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN
BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively,
the "Debtors")


DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attn:  Candace Arthur
>        Christopher Stauble

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as
appropriate.  If more space is needed, please complete on a separate page and attach.

        1.      Name and address of professional:

                Alain Choo-Choy Q.C.,

                One Essex Court, Temple,

                London EC4Y 9AR,

                England

2.    Date of retention:    April 2010: As of such date I was retained and

performing the legal services described herein as a De Minimis Ordinary

Course Professional.

3.    Type of services provided (accounting, legal, etc.):

Legal services with respect to (i) representing and advising LBCS in

an action in the United Kingdom High Court against Credit

Agricole Corporate and Investment Bank, and (ii) advising LBCS in a

dispute with Air Asia Berhad.

4.    Brief description of services to be provided:

Legal advisory and advocacy work

5.    Arrangements for compensation (hourly, contingent, etc.)

Hourly

(a)    Average hourly rate (if applicable):

£400 per hour, subject to periodic review

(b)    Estimated average monthly compensation based on prepetition
        retention (if professional was employed prepetition):

N/A

6.    Prepetition claims against the Debtors held by the firm:

Amount of claim:        $N/A

Date claim arose:        N/A

Source of Claim:        N/A

4

7.   Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

Name:  N/A_____

Status:  N/A_____

Amount of Claim:  $N/A_____

Date claim arose:  N/A_____

Source of claim:  N/A_____

_____

_____

_____


8.   Stock of the Debtors currently held by the firm:

Kind of shares:  N/A_____

No. of shares:  N/A_____

9.   Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name:  N/A_____

Status: N/A_____

_____

Kind of shares:  N/A_____

No. of shares:  N/A_____

10.  Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named professional is to be employed.

None_____

_____

11.    Name of individual completing this form:

Alain Choo-Choy Q.C.