UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                        :

In re                                        :    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)

                      Debtors.     :    (Jointly Administered)

------------------------------------------------------------x

AFFIDAVIT AND DISCLOSURE STATEMENT OF ANDREW P. BERNSTEIN,

ON BEHALF OF JACKSON, DEMARCO, TIDUS & PECKENPAUGH

STATE OF CALIFORNIA    )
                                  ) ss:
COUNTY OF ORANGE        )

        Andrew P. Bernstein, being duly sworn, upon his oath, deposes and says:

        1.     I am a Shareholder of Jackson, DeMarco, Tidus & Peckenpaugh, located at 2030 Main Street, Suite 1200, Irvine, California 92614 (the "Firm").

        2.     Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

        3.     The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with

these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $ -0- for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: *[signature]*

Subscribed and sworn to before me
this 10 day of May, 2011

*[signature]*
Notary Public

GERALDINE THEILE
Commission # 1886846
Notary Public - California
Orange County
My Comm. Expires May 21, 2014

---

[1] If necessary.

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :
                                        Debtors.                 :   (Jointly Administered)
                                                                 :
                                                                 :
-----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

>   Weil, Gotshal & Manges LLP
>   767 Fifth Avenue
>   New York, New York 10153
>   Attn:   Candace Arthur
>           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Jackson, DeMarco, Tidus & Peckenpaugh

   2030 Main Street, Suite 1200, Irvine, California 92614

2. Date of retention:   Upon execution of engagement letter

3. Type of services provided (accounting, legal, etc.):

   Legal

1

2294-00188\APB360\EXH\1033060.3
5/10/11

4. Brief description of services to be provided:

   Local counsel with respect to proposed joint venture to entitle and develop certain properties in Lehman residential real estate portfolio.

   _____

   _____

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

   (a) Average hourly rate (if applicable):

   Shareholder: $450; Senior Attorney: $400

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   N/A

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim: $ N/A

   Date claim arose: _____

   Source of Claim: _____

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: _____

   Amount of Claim: $_____

   Date claim arose: _____

   Source of claim: _____

   _____

   _____

2

8. Stock of the Debtors currently held by the firm:

   Kind of shares: __None__

   No. of shares: _____

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: __None__

   Status: _____

   _____

   Kind of shares: _____

   No. of shares: _____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    __None__

    _____

    _____

    _____

11. Name of individual completing this form:

    __Andrew P. Bernstein__

2294-00188\APB360\EXH\1033060.3
5/10/11