UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :    08-13555 (JMP)
                                        :    (Jointly Administered)
                 Debtors.               :
                                        :
------------------------------------------------------------x    Ref. Docket Nos. 16150, 16194,
                                             16195, 16298, 16450, 16459-16467,
                                             16469, 16471, 16472, 16474, 16475,
                                             16514, 16536, 16538, 16542, 16585,
                                             16636, 16638, 16645-16648, 16657

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 11, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
13th day of May, 2011

/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 16150, 16194, 16195...16645-16648, 16657_AFF_05-11-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To: JP MORGAN CHASE BANK, N.A.                      JP MORGAN CHASE BANK, N.A.
    TRANSFEROR: KOREAN AIRLINES CO., LTD.           DAVID HOYT
    ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436       ANDREWS KURTH LLP
    ONE CHASE MANHATTAN PLAZA, FLOOR 26             450 LEXINGTON AVENUE
    NEW YORK NY 10005                               NEW YORK NY 10017
```

Please note that your claim # 6031 in the above referenced case and in the amount of $2,606,812.00 has been transferred **(unless previously expunged by court order)**

```
    HBK MASTER FUND L.P.
    TRANSFEROR: JP MORGAN CHASE BANK, N.A.
    C/O HBK SERVICES LLC
    2101 CEDAR SPRINGS ROAD, SUITE 700
    DALLAS TX 75201
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 16150 in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/11/2011                               Vito Genna, Clerk of Court

                                               /s/ Lauren Rodriguez
                                               _____
                                               By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on   May 11, 2011.

**EXHIBIT B**

```
TIME: 15:01:24                                         LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 05/11/11                                              CREDITOR LISTING

Name                                              Address
AG SUPER FUND INTERNATIONAL PARTNERS,    TRANSFEROR: BARCLAYS BANK PLC C/O ANGELO GORDON & CO, LP 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
  L.P.
BARCLAYS BANK PLC                        TRANSFEROR: EFG BANK AG ATTN: DANIEL CROWLEY; DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019
BOTTICELLI, L.L.C.                       TRANSFEROR: BARCLAYS BANK PLC ATTN: THOMAS FULLER 245 PARK AVENUE NEW YORK NY 10167
BOTTICELLI, L.L.C.                       TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
CREDIT SUISSE AG, SINGAPORE BRANCH       TRANSFEROR: UBS AG 1 RAFFLES LINK, #05-02 039393 SINGAPORE
DEUTSCHE BANK AG, LONDON                 TRANSFEROR: BANK OF NOVA SCOTIA, THE C/O DEUTSCHE BANK SECURITIES INC, ATTN: M WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK 10005
DEUTSCHE BANK AG, LONDON                 TRANSFEROR: BANK OF NOVA SCOTIA, THE C/O DEUTSCHE BANK SECURITIES INC; ATTN: M WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK 10005
GOLDMAN, SACHS & CO.                     RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN, SACHS & CO.                     TRANSFEROR: DEUTSCHE BANK LUXEMBOURG S.A. 30 HUDSON STREET, 36TH FLOOR ATTN: ANDREW CADITZ JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                     TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
HBK MASTER FUND L.P.                     TRANSFEROR: FIR TREE VALUE MASTER FUND LP 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
JP MORGAN CHASE BANK, N.A.               TRANSFEROR: JP MORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
JP MORGAN CHASE BANK, N.A.               DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
LIOU, YI-CHUNG                           TRANSFEROR: KOREAN AIRLINES CO., LTD. ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
LIOU, YI-CHUNG                           3F., NO 8, LN. 117 SEC. 1 CHONGYANG RD. SANCHONG CITY TAIPEI COUNTY  241 TAIWAN, PROVINCE OF CHINA
                                         YU, CHAN & YEUNG, SOLICITORS CONTACT PERSON: MR. LAWRENCE YEUNG RM. 1505, TUNG NING BUILDING NO. 2 HILLIER STREET
                                         SHEUNG WAN   HONG KONG
MERRILL LYNCH INTERNATIONAL              TRANSFEROR: SECURE GROWTH FUND LTD ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH, PIERCE, FENNER & SMITH    TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: SETH DENSON 214 N TRYON STREET NC1-027-14-01 CHARLOTTE NC 28255
  INCORPORATED
PRESIDENT SECURITIES (HONG KONG) LIMITED TRANSFEROR: LIOU, YI-CHUNG UNITS 2603-6, 26/F, INFINITUS PLAZA 199 DES VOEUX ROAD CENTRAL   HONG KONG
RUST BELT HOLDING, LLC                   PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: ALICE EATON 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
RUST BELT HOLDING, LLC                   TRANSFEROR: DEUTSCHE BANK AG, LONDON PO BOX 8155 NEW YORK NY 10150
SECURE GROWTH FUND LTD                   ACACIA MANAGEMENT LLP ATTN: SHARON KELLY 5 FITZHARDINGE STREET LONDON  W1H 6ED UNITED KINGDOM
SECURE GROWTH FUND LTD                   TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) (IN ADMINISTRATION) C/O CITCO FUND SERVICES (BERMUDA) LIMITED ATTN: PAUL STEVENSON
                                         MINTFLOWER PLACE, 4TH FLOOR 8 PAR-LA-VILLE ROAD HAMILTON  HM08 BERMUDA
SILVER POINT CAPITAL FUND, L.P.          XIN YU DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, L.P.          TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                         GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER     XIN YU DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
  FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MASTER     TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
  FUND, L.P.                             GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER     XIN YU DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
  FUND,L.P.
SILVER POINT CAPITAL OFFSHORE MASTER     TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
  FUND,L.P.                              GREENWICH CT 06830
THE SEAPORT GROUP EUROPE LLP             TRANSFEROR: THEODOOR GILISSEN GLOBAL CUSTODY N.V. ATTN: JAY CONKLIN GROUND FLOOR WEST, ONE FINSBURY CIRCUS
                                         LONDON   EC2M 7EB UNITED KINGDOM
THE VARDE FUND IX, L.P.                  TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
THE VARDE FUND IX-A, L.P.                TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
THE VARDE FUND VI-A, L.P.                TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
THE VARDE FUND X (MASTER), L.P.          TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.                     TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
THEODOOR GILISSEN GLOBAL CUSTODY N.V.    TRANSFEROR: KAS BANK N.V. ATTN: MARC VAN SCHALKWIJK KEIZERSGRACHT 617 AMSTERDAM  1017 DS THE NETHERLANDS
UBS AG                                   BAHNHOFSTR. 45 ZURICH 8001 SWITZERLAND
UBS AG                                   ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
VARDE INVESTMENT PARTNERS (OFFSHORE)     TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS, L.P.          TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437


Total Number of Records Printed      40                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```