HEARING DATE AND TIME: June 30, 2011 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: June 15, 2011 at 4:00 p.m. (Eastern Time)

THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN
FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF
ONE HUNDRED FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS
SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR
NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS
OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO
DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR
CLAIM(S).

IF YOU HAVE QUESTIONS, PLEASE CONTACT
DEBTORS' COUNSEL, CASEY BURTON, AT 214-746-7700.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                              Debtors.             :    (Jointly Administered)
-------------------------------------------------------------------x

NOTICE OF HEARING ON DEBTORS' ONE HUNDRED
FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)

PLEASE TAKE NOTICE that on May 16, 2011, Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), filed their one hundred forty-third omnibus objection to

claims (the "Debtors' One Hundred Forty-Third Omnibus Objection to Claims"), and that a

1

hearing (the "Hearing") to consider the Debtors' One Hundred Forty-Third Omnibus Objection

to Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in

Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, New York, New York 10004, on **June 30, 2011, at 10:00 a.m. (Eastern

Time),** or as soon thereafter as counsel may be heard.

      **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' One

Hundred Forty-Third Omnibus Objection to Claims must be in writing, shall conform to the

Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall

be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399

(which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's

filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark

Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street,

21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabeth Gasparini,

Esq., and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured

creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan

Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and

Evan Fleck, Esq.); so as to be so filed and received by no later than **June 15, 2011, at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

PLEASE TAKE FURTHER NOTICE that if no responses are timely filed and served with respect to the Debtors' One Hundred Forty-Third Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' One Hundred Forty-Third Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: May 16, 2011
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                          :     Chapter 11 Case No.
                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :     **08-13555 (JMP)**
                                               :
                        Debtors.               :     (Jointly Administered)
------------------------------------------------------------------x

**DEBTORS' ONE HUNDRED FORTY-THIRD**
**OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)**

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS ONE HUNDRED FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, AT 214-746-7700.**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent as follows:

### **Relief Requested**

1.      The Debtors file this one hundred forty-third omnibus objection to claims (the "One Hundred Forty-Third Omnibus Objection to Claims") pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking disallowance and expungement of the claims listed on Exhibit A annexed hereto.

2.      The Debtors have examined the proofs of claim identified on Exhibit A (collectively, the "Late-Filed Claims") and have determined that the Late-Filed Claims violate this Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as these claims were filed after the applicable bar date.  Because the Late-Filed Claims fail to comply with the Bar Date Order, the Debtors request that they be disallowed and expunged in their entirety.

3.      The Debtors reserve all their rights to object on any basis to any Late-Filed Claims as to which the Court does not grant the relief requested herein.

### **Jurisdiction**

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## **Background**

5.      Commencing on September 15, 2008, and periodically thereafter, LBHI
and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the
Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural
purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).  The
Debtors are authorized to operate their businesses and manage their properties as debtors in
possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.      On September 17, 2008, the United States Trustee for Region 2 (the "U.S.
Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of
the Bankruptcy Code (the "Creditors' Committee").

7.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as
Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January
20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the
Examiner.  The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy
Code [Docket No. 7531].

8.      On July 2, 2009, this Court entered the Bar Date Order, which established,
among other things, September 22, 2009 at 5:00 p.m. (prevailing Eastern Time) (the "General
Bar Date") as the deadline to file proofs of claim against the Debtors, except for claims arising
from Lehman Programs Securities (as such term was defined in the Bar Date Order).  (Bar Date
Ord. at 2, 12.)  The Bar Date Order established November 2, 2009 (the "Securities Programs Bar
Date") as the deadline to file proofs of claim arising from securities included on the Lehman
Programs Securities List ("Securities Programs Proofs of Claim").  (*Id.* at 12.)  As such, holders
of Lehman Programs Securities were provided an additional 40 days (for a total of four months
from entry of the Bar Date Order) to file their proofs of claim.

9.     The Bar Date Order expressly provides that "any holder of a claim against the Debtors who is required, but fails to file a proof of such claim in accordance with the Bar Date Order . . . shall forever be barred, estopped, and enjoined from asserting such claim against the Debtors (or filing a Proof of Claim with respect thereto) . . . ."  (*Id.* at 9-10.)  A copy of the Bar Date Order was made publicly available at http://www.lehman-docket.com.  In order to be timely-filed, proofs of claim must have been "**actually received**" on or before the General Bar Date.  (*Id.* at 3 (emphasis in original).)

10.    Claimants received notice of the Bar Date Order via mail.  (*See* Notice of Deadlines for Filing Proofs of Claim (the "Bar Date Notice").)  The Bar Date Notice, which was also published in The New York Times (International Edition), The Wall Street Journal (International Edition), and The Financial Times, notified claimants that proofs of claim against the Debtors must be received on or before the General Bar Date.  (Bar Date Notice at 1, 3.)  The Bar Date Notice also prominently stated the General Bar Date and in bold-face type that "any creditor who fails to file a Proof of Claim in accordance with the Bar Date Order on or before the Bar Date . . . for any claim such creditor holds or wishes to assert against the Debtors, will be forever barred, estopped, and enjoined from asserting such claim (and from filing a Proof of Claim with respect to such claim) . . . ."  (*Id.* at 6.)  While only 35 days of notice of a bar date is recommended by the Second Amended Procedural Guidelines for Filing Requests for Bar Date Orders in the United States Bankruptcy Court for the Southern District of New York, in this case, the Debtors provided creditors more than 71 days notice of the General Bar Date.  The General Bar Date occurred more than a year after the Commencement Date, and 82 days after the entry of the Bar Date Order, providing ample time for creditors to determine, prepare, and file their claims against the Debtors.

11.    In addition, notice of the Securities Programs Bar Date (the "Securities Programs Bar Date Notice") was widely published and disseminated.  Pursuant to the Bar Date Order, the Program Securities Bar Date Notice was published by the Debtors in ten languages, plus seven translations for local dialects, and in twenty-six newspapers in eighteen countries, including in each of Italy, Spain, France, Germany, The Netherlands (in English), Switzerland, Luxembourg, United Kingdom, Hong Kong, Mexico, Belgium, Austria, Greece, Brazil, Argentina, Australia, and Japan.  (Bar Date Ord. at 14.)  The Programs Securities Bar Date Notice was also provided to Euroclear, Clearstream, and similar clearing systems, as well as to the issuers of the Lehman Programs Securities, which were to distribute the notice to the holders of Lehman Programs Securities.

12.    The Securities Programs Bar Date Notice expressly warned that "[S]ecurities Programs Proofs of Claim will be deemed timely filed only if **actually received** by Epiq or the Court on or before the Securities Programs Bar Date."  (Secs. Programs Bar Date Notice at 2 (emphasis in original).)  It also warned claimants in bold-face type that "[a]ny holder of a claim based on a Lehman Programs Security who fails to file a Securities Programs Proof of Claim in accordance with the Bar Date Order on or before the Securities Programs Bar Date . . . will be forever barred, estopped, and enjoined from asserting such claim (and from filing a Securities Programs Proof of Claim with respect to such claim) against LBHI [and] the other Debtors and their estates . . . ."  (*Id.* at 3.)

13.    On January 14, 2010, the Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

## The Late-Filed Claims Should Be Disallowed and Expunged

14.     In reviewing the claims filed on the claims register in these cases and maintained by the Court-appointed claims agent, the Debtors have identified the claims on Exhibit A as claims that should be disallowed and expunged because they failed to comply with the General Bar Date or the Securities Programs Bar Date, as applicable.

15.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000). Moreover, Section 502(b)(1) of the Bankruptcy Code provides, in relevant part, that a claim may not be allowed to the extent that "proof of such claim is not timely filed." 11 U.S.C. § 502(b)(1).

16.     "Bar dates are 'critically important to the administration of a successful chapter 11 case.'" (Memorandum Decision Denying Motions for Leave to File Late Claims [Docket No. 9150], *In re Lehman Bros. Holdings, Inc.*, 433 B.R. 113, 119 (Bankr. S.D.N.Y. 2010) (quoting *In re Musicland Holding Corp.*, 356 B.R. 603, 607 (Bankr. S.D.N.Y. 2006)).) A bar date is more than a "procedural gauntlet" and functions as "an integral part of the reorganization process." *In re Hooker Invs., Inc.*, 937 F.2d 833, 840 (2d Cir. 1991). A bar date enables debtors to determine with reasonable promptness, efficiency, and finality what claims will be made against their estates—a determination without which they cannot effectively reorganize. *In re Keene Corp.*, 188 B.R. 903, 907 (Bankr. S.D.N.Y. 1995). Accordingly, bar dates are strictly enforced in the Second Circuit. *See id.*; *In re Lehman Bros. Holdings, Inc.*, 433

B.R. at 119-20; *In re Musicland Holding Corp.*, 356 B.R. at 607 ("The bar date is akin to a statute of limitations, and must be strictly enforced.").

17.     The Bar Date Order specifically requires proofs of claim to be **actually received** on or before the General Bar Date or the Securities Programs Bar Date, as applicable. (Bar Date Order at 2, 3.)  Claimants were provided notice of the Bar Date Order, including the deadline to file proofs of claim and a warning that failure to comply with the applicable bar date would result in their claims being barred.  (*See* Bar Date Notice at 1, 4, 6; Secs. Programs Bar Date Notice at 2.)  Nevertheless, the holders of the Late-Filed Claims filed their proofs of claim after the General Bar Date or the Securities Programs Bar Date, as applicable.

18.     Because the Late-Filed Claims violate the Bar Date Order and are thus untimely, the Debtors request that the Court disallow and expunge in their entirety the Late-Filed Claims listed on Exhibit A.

## Notice

19.     No trustee has been appointed in these chapter 11 cases.  The Debtors have served notice of this One Hundred Forty-Third Omnibus Objection to Claims on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [Docket No. 9635].  The Debtors submit that no other or further notice need be provided.

20.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: May 16, 2011
      New York, New York

                          /s/Robert J. Lemons
                          Robert J. Lemons

                          WEIL, GOTSHAL & MANGES LLP
                          767 Fifth Avenue
                          New York, New York 10153
                          Telephone: (212) 310-8000
                          Facsimile: (212) 310-8007

                          Attorneys for Debtors
                          and Debtors in Possession

# EXHIBIT A

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 143: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | 3M INVESTMENT MANAGEMENT CORPORATION C/O EMPLOYEE RETIREMENT INCOME PLAN TRUST OF MINNESOTA MINIG AND MANUFACTURING COMPANY ATTN: DENNIS DUERST 3M CENTER, BLDG. 224-55-21 SAINT PAUL, MN 55144 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/22/2010 | 67273 | $328,588.05 | Late-Filed Claim |
| 2 | ACM GLOBAL CREDIT - U.S. SUB-FUND C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43918 | $1,371,463.00 | Late-Filed Claim |
| 3 | ACM GLOBAL CREDIT - U.S. SUB-FUND C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43919 | $1,371,463.00 | Late-Filed Claim |
| 4 | ACM GLOBAL CREDIT - U.S. SUB-FUND C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43951 | $1,371,463.00 | Late-Filed Claim |
| 5 | ACM GLOBAL CREDIT - U.S. SUB-FUND C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43952 | $1,371,463.00 | Late-Filed Claim |
| 6 | AFFRONTI, MINDY (WEISS) 446 MANOR AVENUE CRANFORD, NJ 07016 | | Lehman No Case Asserted/All Cases Asserted | 09/24/2009 | 35112 | $0.00 | Late-Filed Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 143: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | AGOSTINI, EDWARD J. AND SYLVIA JTWROS 6365 COLLINS AVE., APT. 3603 MIAMI BEACH, FL 33143 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 12/02/2010 | 67230 | $177,163.43 | Late-Filed Claim |
| 8 | AGOSTINI, EDWARD J. AND SYLVIA JTWROS 6365 COLLINS AVE., APT. 3603 MIAMI BEACH, FL 33143 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/02/2010 | 67232 | $177,163.43 | Late-Filed Claim |
| 9 | ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)- FIXED INCOME HIGH ALPHA PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43920 | $583,254.00 | Late-Filed Claim |
| 10 | ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)- FIXED INCOME HIGH ALPHA PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43921 | $583,254.00 | Late-Filed Claim |
| 11 | ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)- FIXED INCOME HIGH ALPHA PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43949 | $583,254.00 | Late-Filed Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 143: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 12 | ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)-FIXED INCOME HIGH ALPHA PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43950 | $583,254.00 | Late-Filed Claim |
| 13 | ALLIANCE BERNSTEIN BOND FUND, INC. ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43926 | $743,801.00 | Late-Filed Claim |
| 14 | ALLIANCE BERNSTEIN BOND FUND, INC. ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43929 | $743,801.00 | Late-Filed Claim |
| 15 | ALLIANCE BERNSTEIN BOND FUND, INC. ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43944 | $743,801.00 | Late-Filed Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 143: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | ALLIANCE BERNSTEIN BOND FUND, INC. ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43945 | $743,801.00 | Late-Filed Claim |
| 17 | ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - ALLIANCE BERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43927 | $2,017,590.00 | Late-Filed Claim |
| 18 | ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - ALLIANCE BERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43928 | $2,017,590.00 | Late-Filed Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 143: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - ALLIANCE BERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43942 | $2,017,590.00 | Late-Filed Claim |
| 20 | ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - ALLIANCE BERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43943 | $2,017,590.00 | Late-Filed Claim |
| 21 | ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43938 | $921,036.00 | Late-Filed Claim |
| 22 | ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43939 | $921,036.00 | Late-Filed Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 143: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 23 | ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. - ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43922 | $921,036.00 | Late-Filed Claim |
| 24 | ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. - ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43923 | $921,036.00 | Late-Filed Claim |
| 25 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43930 | $67,817.00 | Late-Filed Claim |
| 26 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43931 | $67,817.00 | Late-Filed Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 143: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43932 | $41,581.00 | Late-Filed Claim |
| 28 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43933 | $41,581.00 | Late-Filed Claim |
| 29 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43935 | $67,817.00 | Late-Filed Claim |
| 30 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43936 | $67,817.00 | Late-Filed Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 143: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | **ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE NEW YORK, NY 10105** | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 10/22/2009 | 43937 | $41,581.00 | Late-Filed Claim |
| 32 | **ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE NEW YORK, NY 10105** | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 10/22/2009 | 43946 | $41,581.00 | Late-Filed Claim |
| 33 | **BANQUE PROFIL DE GESTION COURS DE PRIVE GENEVA, 1204 SWITZERLAND** | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2010 | 67083 | $2,000,000.00 | Late-Filed Claim |
| 34 | **BARRIOS, ROSALINDA; AN INDIVIDUAL W. DOZORSKY, ESQ. 2152 DUPONT DRIVE; SIUTE 214-A IRVINE, CA 92612** | 09-10137 (JMP) | **BNC Mortgage LLC** | 09/20/2010 | 67087 | $250,000.00 | Late-Filed Claim |
| 35 | **BERNIER, FRANCOIS KUILBERG 36 HEUSDEN-ZOLDER, 3550 BELGIUM** | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 02/04/2010 | 66248 | $106,132.50 | Late-Filed Claim |
| 36 | **BONGERS, J.W.M. BOSSCHEWEG 4 TILBURG, 5015 AE NETHERLANDS** | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 11/12/2009 | 65472 | $12,735.90 | Late-Filed Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 143: EXHIBIT A – LATE-FILED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 37 | BOOTEN, MICHELE PAUWENGRAAF 60 MAASMECHELEN, 3630 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/04/2010 | 66251 | $70,755.00 | Late-Filed Claim |
| 38 | BORENSTEIN, ROBERTA 18 WINDY RIDGE PLACE MILTON, CT 06897 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/23/2009 | 34410 | $172,014.67 | Late-Filed Claim |
| 39 | BROCK, T. MICHAEL 29 STANDISH CIR WELLESLEY HLS, MA 02481-5316 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/25/2009 | 34947 | $554,138.00 | Late-Filed Claim |
| 40 | BSI VIA NAGATTI # 2 LUGANO, CH 6901 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2010 | 67108 | $6,450,000.00 | Late-Filed Claim |
| 41 | BUNN, PETER & MARJORIE 6 BENTINCK CLOSE GERRARDS CROSS BUCKINGHAMSHIRE, SL9 8SQ UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/22/2010 | 66319 | Undetermined | Late-Filed Claim |
| 42 | CARTY, LEA 445 3RD ST., # 4R BROOKLYN, NY 11215 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/30/2009 | 35593 | $685,270.35 | Late-Filed Claim |
| 43 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/07/2010 | 67066 | $112,391.00 | Late-Filed Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 143: EXHIBIT A – LATE-FILED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 44 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/07/2010 | 67067 | $98,342.00 | Late-Filed Claim |
| 45 | CBW LLC TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/07/2010 | 67070 | $126,440.00 | Late-Filed Claim |
| 46 | CF MIDAS BALANCED GROWTH FUND BEAUFORT HOUSE 51 NEW NORTH ROAD EXETER, DEVON, EX4 4EP UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/08/2010 | 67193 | $4,293,541.60 | Late-Filed Claim |
| 47 | CHAMBERS, BEVERLY E. 1523 W. HIGHLAND AVE. ATLANTA, GA 30306 | | Lehman No Case Asserted/All Cases Asserted | 04/11/2011 | 67458 | $6,375.00 | Late-Filed Claim |
| 48 | CHIAKI, KOJI ROPPONGI GATE TOWER 1505 6-11-2 ROPPONGI MINATO-KU TOKYO, 106-0032 JAPAN | | Lehman No Case Asserted/All Cases Asserted | 11/16/2009 | 65558 | $184,786.00 | Late-Filed Claim |
| 49 | COLEMAN, MICHAEL ALEXIS SR. 2 FREEMAN STREET BUFFALO, NY 14215 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/09/2011 | 67363 | $0.00 | Late-Filed Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 143: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 50 | DE CLERCQ, FRANCOISE RUE VANDERCAMMEN 22 BRUXELLES, 1160 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/04/2010 | 66244 | $72,170.10 | Late-Filed Claim |
| 51 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH BVO 100 SE 2ND STREET SUITE 2610 MIAMI, FL 33131 | | Lehman No Case Asserted/All Cases Asserted | 08/23/2010 | 67034 | $608,968.67 | Late-Filed Claim |
| 52 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH INKA B 100 SE 2ND STREET SUITE 2610 MIAMI, FL 33131 | | Lehman No Case Asserted/All Cases Asserted | 08/23/2010 | 67035 | $211,296.90 | Late-Filed Claim |
| 53 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH EADS PENSIONSFUNDS 100 SE 2ND STREET SUITE 2610 MIAMI, FL 33131 | | Lehman No Case Asserted/All Cases Asserted | 08/23/2010 | 67036 | $160,538.62 | Late-Filed Claim |
| 54 | ED AGOSTINI LIVING TRUST DTD 5/12/2000 6365 COLLINS AVE., APT. 3603 MIAMI BEACH, FL 33143 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 12/02/2010 | 67228 | $193,064.31 | Late-Filed Claim |
| 55 | ED AGOSTINI LIVING TRUST DTD 5/12/2000 6365 COLLINS AVE., APT. 3603 MIAMI BEACH, FL 33143 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/02/2010 | 67231 | $193,064.31 | Late-Filed Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 143: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 56 | FINANCIAL SERVICES COMPENSATION SCHEME LIMITED, THE FAO: JAMES DARBYSHIRE 7TH FLOOR, LLOYDS CHAMBERS 1 PORTSOKEN STREET LONDON, E1 8BN UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63359 | $0.00 | Late-Filed Claim |
| 57 | FITVOYE, CLAUDE RUE DE L'ABATTOIR 41/2 BINCHE, 7130 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/04/2010 | 66249 | $116,038.20 | Late-Filed Claim |
| 58 | FRANK MOYA LIMITED PARTNERSHIP 5915 PONCE DE LEON BLVD # 19 CORAL GABLES, FL 33146 | | Lehman No Case Asserted/All Cases Asserted | 12/20/2010 | 67270 | $250,000.00 | Late-Filed Claim |
| 59 | FRANSSEN, MATTHIAS VICHTESTEENWEG 121 DEERLIJK, 8540 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/04/2010 | 66250 | $21,226.50 | Late-Filed Claim |
| 60 | GAUBERT-MARTHAN, HELENE 1 FROGNAL LANE LONDON, NW3 7DY UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34751 | $5,491.00 | Late-Filed Claim |
| 61 | GODARD, ALAIN & JEANNINE BRONCKART CLOS DU COLBIE 46 BRAINE-L'ALLEUD, 1420 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/04/2010 | 66247 | $70,755.00 | Late-Filed Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 143: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 62 | GREENGROVE, KEITH<br>FLAT 22, FIRST FLOOR, HARMONY COURT<br>20-22 TAI HANG ROAD, JARDINE'S LOOKOUT<br><br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34487 | Undetermined | Late-Filed Claim |
| 63 | GROHL-WAGNER, RENATE AND WAGNER, RICHARD<br>GIESSENER STR. 45<br>LOLLAR, D-35457<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64466 | $24,141.70 | Late-Filed Claim |
| 64 | HEBERT, ROBERT A., JR.<br>1 AURORA LANE<br>NEW ROCHELLE, NY 10804 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43079 | $80,599.98 | Late-Filed Claim |
| 65 | HUNG CHAU FUNG<br>26E BLOCK 9 SCENEWAY GARDEN<br>LAM TIN<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/10/2009 | 65284 | $136,064.90* | Late-Filed Claim |
| 66 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 S. STATE<br>CHICAGO, IL 60603 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/08/2011 | 67468 | $0.00 | Late-Filed Claim |
| 67 | JAGENBURG, VANESSA<br>18 FERNWOOD ROAD<br>SUMMIT, NJ 07901 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34730 | $700,000.00 | Late-Filed Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 143: EXHIBIT A – LATE-FILED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 68 | KALMICHAEL BERMUDA INCOME TRUST BUTTERFIELD TRUST (BERMUDA) LIMITED ATTN: PATTI-ROSE SMITH 11 BERMUDIANA ROAD PEMBROKE, HM 08 BERMUDA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/03/2011 | 67315 | Undetermined | Late-Filed Claim |
| 69 | KAS BANK N.V. LEGAL DEPARTMENT ATTN: REMKO DIEKER SPUISTRAAT 172 AMSTERDAM, VT 1012 NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/08/2010 | 67071 | $14,683,678.47 | Late-Filed Claim |
| 70 | KATZ, AMOS KEITH 280 FAIRWAY DR NEW ORLEANS, LA 70163 | | Lehman No Case Asserted/All Cases Asserted | 08/27/2010 | 67041 | $5,770.91 | Late-Filed Claim |
| 71 | LEXISNEXIS, A DIV OF REED ELSEVIER, INC. ATTN: BETH FARNHAM 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | | Lehman No Case Asserted/All Cases Asserted | 09/10/2010 | 67086 | $1,359.64 | Late-Filed Claim |
| 72 | MAILINGER, NIKOLAUS MUHLBERG 1 WALKERTSHOFEN, D-86877 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 11/03/2009 | 64421 | $44,400.00 | Late-Filed Claim |
| 73 | MOORE, TREVOR 12 ALFRISTON CLOSE CRAYFORD KENT, DA1 3RU UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 11/05/2010 | 67192 | $13,920.92 | Late-Filed Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 143: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 74 | NEW 739 RIVER BEND WAY GLENWOOD SPRINGS, CO 81601 | 09-10560 (JMP) | LB Rose Ranch LLC | 09/25/2009 | 34969 | Undetermined | Late-Filed Claim |
| 75 | PHILIPS PENSION TRUSTEES LTD, AS TRUSTEE OF THE PHILIPS PENSION FUND C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43915 | $142,115.00 | Late-Filed Claim |
| 76 | PHILLIPS, ALEXANDER 945 OENOKE RDG NEW CANAAN, CT 06840-2605 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34342 | $1,055,796.00 | Late-Filed Claim |
| 77 | RADEMACHER, PETER C. J-FIEDRWALTESTR. 12 BREMEN, 28357 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/18/2010 | 66407 | $42,603.00 | Late-Filed Claim |
| 78 | ROGER W. & PAULA J. LEACH TTEE FAM. TR; UA 9-12-92 1104 W. VICKI AVE. RIDGECREST, CA 93555-3055 | 09-17503 (JMP) | LB Somerset LLC | 03/14/2011 | 67367 | $12,000.00 | Late-Filed Claim |
| 79 | ROGER W. & PAULA J. LEACH TTEE FAM. TR; UA 9-12-92 1104 W. VICKI AVE. RIDGECREST, CA 93555-3055 | 09-17331 (JMP) | Merit, LLC | 03/14/2011 | 67368 | $12,000.00 | Late-Filed Claim |
| 80 | ROGER W. & PAULA J. LEACH TTEE FAM. TR; UA 9-12-92 1104 W. VICKI AVE. RIDGECREST, CA 93555-3055 | 09-17505 (JMP) | LB Preferred Somerset LLC | 03/14/2011 | 67369 | $12,000.00 | Late-Filed Claim |
| 81 | RULLO, MARIANNE T ATTN: MIMI 614 WOODLAND AVENUE SWARTHMORE, PA 19081-2527 | | Lehman No Case Asserted/All Cases Asserted | 09/24/2009 | 34853 | $52,492.24 | Late-Filed Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 143: EXHIBIT A – LATE-FILED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 82 | RULLO, MARIANNE T<br>614 WOODLAND AVENUE<br>SWARTHMORE, PA 19081-2527 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/04/2010 | 66061 | $52,492.24 | Late-Filed Claim |
| 83 | S.C. DEPARTMENT OF REVENUE<br>P.O. BOX 12265<br>COLUMBIA, SC 29211 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/14/2011 | 67461 | $6,944.01 | Late-Filed Claim |
| 84 | SAN DIEGO COUNTY EMPLOYEES RETIREMENT ASSOCIATION<br>BEN T. CAUGHEY<br>ICE MILLER, LLP<br>ONE AMERICAN SQUARE, SUITE 3100<br>INDIANAPOLIS, IN 46282 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44520 | $145,547.00 | Late-Filed Claim |
| 85 | SANFORD C. BERNSTEIN FUND II, INC. -<br>BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORFTOLIO<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43916 | $1,920,890.00 | Late-Filed Claim |
| 86 | SANFORD C. BERNSTEIN FUND II, INC. -<br>BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORFTOLIO<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43917 | $1,920,890.00 | Late-Filed Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 143: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 87 | SANFORD C. BERNSTEIN FUND II, INC. - BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORFTOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43947 | $1,920,890.00 | Late-Filed Claim |
| 88 | SANFORD C. BERNSTEIN FUND II, INC. - BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORFTOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43948 | $1,920,890.00 | Late-Filed Claim |
| 89 | SANFORD C. BERNSTEIN FUND, INC. - INTERMEDIATE DURATION PORFTOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43924 | $9,853,284.00 | Late-Filed Claim |
| 90 | SANFORD C. BERNSTEIN FUND, INC. - INTERMEDIATE DURATION PORFTOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43925 | $9,853,284.00 | Late-Filed Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 143: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 91 | SANFORD C. BERNSTEIN FUND, INC. - INTERMEDIATE DURATION PORFTOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43940 | $9,853,284.00 | Late-Filed Claim |
| 92 | SANFORD C. BERNSTEIN FUND, INC. - INTERMEDIATE DURATION PORFTOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43941 | $9,853,284.00 | Late-Filed Claim |
| 93 | SCHULER, ANNETTE AND JOACHIM IN DER MARK 4 KOENIGSWINTER, 53639 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/12/2011 | 67460 | $141,510.00 | Late-Filed Claim |
| 94 | SERVIGNANI, VALERIO VIALE DELLA BELLA VILLA, 60/D ROMA, 00172 ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/30/2009 | 35580 | $14,616.76 | Late-Filed Claim |
| 95 | SYLVIA AGOSTINI LIVING TRUST DTD 5/12/2000 6365 COLLINS AVE., APT 3603 MIAMI BEACH, FL 33143 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 12/02/2010 | 67229 | $344,138.24 | Late-Filed Claim |
| 96 | SYLVIA AGOSTINI LIVING TRUST DTD 5/12/2000 6365 COLLINS AVE., APT. 3603 MIAMI BEACH, FL 33143 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/02/2010 | 67233 | $344,138.24 | Late-Filed Claim |
| 97 | THRAPP, JAMES 167 SPRATT AVE STATEN ISLAND, NY 10306 | | Lehman No Case Asserted/All Cases Asserted | 09/24/2009 | 34863 | $13,110.00* | Late-Filed Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 143: EXHIBIT A – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 98 | TINANT, DANIELLE<br>AV. DES TILLEULS 16<br>RHODE-ST-GENES, 1640<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64460 | Undetermined | Late-Filed Claim |
| 99 | TURNER, TINA<br>349 HARRISON AVENUE<br>WEST BERLIN, NJ 08091-2135 | | Lehman No Case Asserted/All Cases Asserted | 02/16/2011 | 67343 | $5,000.00 | Late-Filed Claim |
| 100 | TURNER, TINA<br>349 HARRISON AVENUE<br>WEST BERLIN, NJ 08091-2135 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/16/2011 | 67419 | $5,000.00 | Late-Filed Claim |
| 101 | U.S. BANK NATIONAL ASSOCIATION<br>TIMOTHY PILLAR, VP<br>EP-MN-WS1D<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/27/2010 | 67150 | Undetermined | Late-Filed Claim |
| 102 | U.S. BANK NATIONAL ASSOCIATION<br>TIMOTHY PILLAR, VP<br>EP-MN-WS1D<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2010 | 67151 | Undetermined | Late-Filed Claim |
| 103 | U.S. BANK NATIONAL ASSOCIATION<br>TIMOTHY PILLAR, VP<br>EP-MN-WS1D<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/27/2010 | 67152 | Undetermined | Late-Filed Claim |
| 104 | U.S. BANK NATIONAL ASSOCIATION<br>TIMOTHY PILLAR, VP<br>EP-MN-WS1D<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2010 | 67153 | Undetermined | Late-Filed Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 143: EXHIBIT A – LATE-FILED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 105 | VALKENBORGS, ROGER SCHANSSTRAAT 95 HEUSDEN-ZOLDER, 3550 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/04/2010 | 66245 | $41,037.90 | Late-Filed Claim |
| 106 | WILSON, ALAN 21 PARKHILL ROAD LONDON, E4 7ED UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/08/2010 | 67199 | $24,115.73 | Late-Filed Claim |
| | | | | | TOTAL | $105,947,907.42 | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                      :        **Chapter 11 Case No.**
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (JMP)**
                                                           :
                                    **Debtors.**           :        **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' ONE HUNDRED FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)

Upon the one hundred forty-third omnibus objection to claims, dated May 16,

2011 (the "One Hundred Forty-Third Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the

United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking disallowance and

expungement of the Late-Filed Claims on the basis that they were filed after the Bar Date, all as

more fully described in the One Hundred Forty-Third Omnibus Objection to Claims; and due and

proper notice of the One Hundred Forty-Third Omnibus Objection to Claims having been

provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the

Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States

Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached

to the One Hundred Forty-Third Omnibus Objection to Claims; and (vii) all other parties entitled

to notice in accordance with the procedures set forth in the second amended order entered on

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred Forty-Third Omnibus Objection to Claims.

June 17, 2010, governing case management and administrative procedures for these cases

[Docket No. 9635]; and it appearing that no other or further notice need be provided; and the

Court having found and determined that the relief sought in the One Hundred Forty-Third

Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and

all parties in interest and that the legal and factual bases set forth in the One Hundred Forty-

Third Omnibus Objection to Claims establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the One Hundred Forty-Third Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "Late-Filed Claims") are disallowed and

expunged in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the Late-Filed

Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A annexed to the One Hundred

Forty-Third Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: May 16, 2011
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE