ANDERSON KILL & OLICK, P.C.
Robert M. Horkovich
Todd E. Duffy
Dennis J. Nolan
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 278-1000
Fax: (212) 278-1733
*Attorneys for Essex Equity Holdings USA, LLC*

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE OF RESPONSE OF CREDITOR ESSEX EQUITY HOLDINGS USA, LLC TO DEBTORS' ONE HUNDRED ELEVENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

I, Dennis J. Nolan, certify that I am over eighteen (18) years of age, am not a party to this action, am employed with Anderson Kill & Olick, P.C., and that on May 11, 2011, I caused a true and correct copy of:

Response of Creditor Essex Equity Holdings USA, LLC to Debtor's 111th Omnibus Objection to Claims (No Liability Claims)

to be served via ECF and by hand-delivery upon the following parties:

Garrett Fail, Esq.
Erika Del Nido, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
garrett.fail@weil.com
Erika.delNido@weil.com

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Even Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com

Tracy Hope Davis, Esq.
Andrea B. Schwartz, Esq.
Elisabetta Gasparini, Esq.
The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
tracy.davis2@usdoj.gov
andrea.b.schwartz@usdoj.gov
elisabetta.g.gasparini@usdoj.gov

NYDOCS1-967870.1                    1

Dated: May 16, 2011
      New York, New York

                                                    */s/ Dennis J. Nolan*
                                                    Dennis J. Nolan
                                                    ANDERSON KILL & OLICK, P.C.
                                                    1251 Avenue of the Americas
                                                    New York, New York 10020
                                                    Tel: (212) 278-1000
                                                    Fax: (212) 278-1733