**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | § |
|  | §   Chapter 11 |
|  | § |
| LEHMAN BROTHERS HOLDINGS, INC., et al.. | §   Case No. 08-13555 (JMP) |
|  | § |
| Debtors. | §   (Jointly Administered) |
|  | § |

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT)
                                    ) SS :  Hartford
COUNTY OF HARTFORD  )

Linda J. Miller, being duly sworn deposes and says:

1.      That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at One State Street, Hartford, Connecticut 06103

2.      That on the 13th day of May, 2011, I caused to be served a true copy of the **Limited Objection of State Street Bank and Trust Company to Debtors' Motion to Approve Procedures for Resolving Structured Securities Claims [Doc. #16836]** upon the Debtors' counsel, Office of the United States Trustee and counsel to the Official Committee of Unsecured Creditors as listed on the annexed Service List via U.S. Mail.

_____
Linda J. Miller

Sworn to before me this
16th day of May, 2011

_____
Notary Public, State of Connecticut
No.
Commission Expires:      **ELLEN B. TALBOT**
                                    **NOTARY PUBLIC**
                    **MY COMMISSION EXPIRES OCT. 31, 2014**

A/74280753.1

## SERVICE LIST

Weil, Gotshal & Manges LLP
Attn:  Irwin H. Warren
       Randi W. Singer
       Richard P. Krasnow
       Lori R. Fife
       Shai Y. Waisman
       Jacqueline Marcus
767 Fifth Avenue
New York, NY 10153

Office of the US Trustee
Attn: Tracy Hope Davis
      Elisabetta G. Gasparini
      Andrea B. Schwartz
      Andy Velez-Rivera
      Paul Schwartzberg
      Brian Masumoto
      Linda Riffkin
33 Whitehall Street, 21st Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy
LLP
Attn: Dennis F. Dunne
      Evan Fleck
      Dennis O'Donnell
1 Chase Manhattan Plaza
New York, NY 10005

A/74280753.1