HEARING DATE AND TIME: June 30, 2011 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: June 15, 2011 at 4:00 p.m. (Eastern Time)

---

**THE DEBTORS' ONE HUNDRED THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS SEEKS TO RECLASSIFY AS UNSECURED CLAIMS CERTAIN FILED PROOFS OF CLAIM. PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIKA DEL NIDO, AT 212-310-8323.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                              :        **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*       :        **08-13555 (JMP)**
                                                   :
                           **Debtors.**            :        **(Jointly Administered)**
---------------------------------------------------------------x

### NOTICE OF HEARING ON DEBTORS' ONE HUNDRED THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (MISCLASSIFIED CLAIMS)

            **PLEASE TAKE NOTICE** that on May 16, 2011, Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), filed their one hundred thirty-sixth omnibus objection to

claims (the "Debtors' One Hundred Thirty-Sixth Omnibus Objection to Claims"), and that a

hearing (the "Hearing") to consider the Debtors' One Hundred Thirty-Sixth Omnibus Objection

to Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in

Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, New York, New York 10004, on **June 30, 2011 at 10:00 a.m. (Eastern**

**Time),** or as soon thereafter as counsel may be heard.

      **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' One

Hundred Thirty-Sixth Omnibus Objection to Claims must be in writing, shall conform to the

Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall

be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399

(which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's

filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182 and

its amendments (which can be found at www.nysb.uscourts.gov), and served in accordance with

General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling

Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil,

Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J.

Lemons, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region

2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.,

Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official

committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy

LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq.,

Dennis O'Donnell, Esq., and Evan Fleck, Esq.); so as to be so filed and received by no later than

**June 15, 2011 at 4:00 p.m. (Eastern Time)** (the "<u>Response Deadline</u>").

       **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Debtors' One Hundred Thirty-Sixth Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the One Hundred Debtors' Thirty-Sixth Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: May 16, 2011
     New York, New York

                 /s/ Robert J. Lemons
                 Robert J. Lemons

                 WEIL, GOTSHAL & MANGES LLP
                 767 Fifth Avenue
                 New York, New York 10153
                 Telephone: (212) 310-8000
                 Facsimile: (212) 310-8007

                 Attorneys for Debtors
                 and Debtors in Possession

HEARING DATE AND TIME: June 30, 2011 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: June 15, 2011 at 4:00 p.m. (Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------------x
In re                                    :    Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :    08-13555 (JMP)
                                         :
              Debtors.                   :    (Jointly Administered)
---------------------------------------------------------------------x
```

**DEBTORS' ONE HUNDRED THIRTY-SIXTH OMNIBUS**
**OBJECTION TO CLAIMS (MISCLASSIFIED CLAIMS)**

---

**THIS OBJECTION SEEKS TO RECLASSIFY
AS UNSECURED CLAIMS CERTAIN FILED PROOFS OF CLAIM.
PARTIES RECEIVING THIS ONE HUNDRED THIRTY-SIXTH
OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW
THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S)
AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION
AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE
WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT
DEBTORS' COUNSEL, ERIKA DEL NIDO, AT 212-310-8323.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, as debtors and

debtors in possession (collectively, the "Debtors"), respectfully represent:

### Relief Requested

1.      The Debtors file this one hundred thirty-sixth omnibus objection to claims

(the "One Hundred Thirty-Sixth Omnibus Objection to Claims") pursuant to section 502 of title

11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures

for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the

"Procedures Order") [Docket No. 6664], seeking to reclassify the claims listed on Exhibit A

hereto.  The Debtors' proposed order (the "Proposed Order") is annexed hereto.

2.      The Debtors have examined the proofs of claim identified on Exhibit A

attached hereto (the "Misclassified Claims"), in which the claimants allege that at least a portion

of the claim is a secured claim pursuant to section 506 of the Bankruptcy Code.  The Debtors

have determined that no portion of the Misclassified Claims are actually secured claims and,

therefore, such claims are not entitled to secured status as asserted in the proof of claim.

Accordingly, the Debtors are seeking to reclassify the Misclassified Claims as indicated on

Exhibit A to accurately reflect the nature and priority of the Misclassified Claims on the Court's

claims register.  This objection is solely to reclassify improperly asserted secured claims and the

Debtors reserve their right to object to the claims listed on Exhibit A on all other grounds.

### Jurisdiction

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C.

§§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

4.      Commencing on September 15, 2008 and periodically thereafter, LBHI
and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of
title 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for
procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule
1015(b).  The Debtors are authorized to operate their businesses and manage their properties as
debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.      On September 17, 2008, the United States Trustee for Region 2 (the "U.S.
Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of
the Bankruptcy Code (the "Creditors' Committee").

6.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as
Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January
20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the
Examiner.  The Examiner filed its report with the Court on March 11, 2010 pursuant to section
1106(b) of the Bankruptcy Code [Docket No. 7531].

7.      On January 14, 2010, the Court entered the Procedures Order, which
authorizes the Debtors, among other things, to file omnibus objections to no more than 500
claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007 and
those additional grounds set forth in the Procedures Order.

**The Misclassified Claims Improperly Seek Secured Status**

8.      The Debtors have reviewed each of the claims identified on Exhibit A and
have determined that, while such claims assert that all or a portion of such claim is a secured
claim under section 506 of the Bankruptcy Code, such claims do not articulate any valid basis for
treatment as a secured claim.  Many of the Misclassified Claims assert secured status by

checking the box on the proof of claim form indicating that their claims are secured but do not indicate the basis for such assertion. In addition, many of the Misclassified Claims assert secured status based upon a reservation of a right of setoff; however, such Misclassified Claims do not assert the basis for the alleged right of setoff or disclose the obligations owed to the Debtors by such claimant that are subject to setoff.

9.     While section 506(a)(1) provides that a claim that is "subject to setoff under Section 553" is a secured claim, none of the claimants have asserted any obligation that they are seeking to setoff against the Misclassified Claims. The claimants are asserting a hypothetical right of setoff, which is not a valid basis for a secured claim. The Debtors have reviewed their books and records and determined that the Misclassified Claims are not secured claims.

10.     A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

11.     The Supreme Court has held that conferring secured status "'to a claimant not clearly entitled thereto is not only inconsistent with the policy of equality of distribution; it dilutes the value of the priority for those creditors Congress intended to prefer.'" *Howard Delivery Serv., Inc. v. Zurich Am. Ins. Co.*, 547 U.S. 651, 667-68 (2006) (citation omitted); *see also In re WorldCom, Inc.*, 362 B.R. 96, 120 (Bankr. S.D.N.Y. 2007) (reclassifying a purportedly secured claim as unsecured because it was based on a lapsed lien); *Karakas v. Bank of New York*

*(In re Karakas)*, Case No. 06-32961, Chapter 13, Adv. Pro. No. 06-80245, 2007 Bankr. LEXIS

1578, at *22-23 (Bankr. N.D.N.Y. May 3, 2007) (reclassifying purportedly secured claim as

unsecured based on valuation of underlying property).

12.     Accordingly, to preserve the Bankruptcy Code's intended order of priority

and to prevent possible improper recovery, the Debtors request entry of the Proposed Order,

reclassifying the Misclassified Claims as general unsecured claims in accordance with the

Bankruptcy Code.

## Reservation of Rights

13.     The Debtors reserve all their rights to object on any other basis to any

Misclassified Claim or any portion of any Misclassified Claim for which the Court does not

grant the relief requested herein.

## Notice

14.     No trustee has been appointed in these chapter 11 cases.  Notice of this

One Hundred Thirty-Sixth Omnibus Objection to Claims has been provided to:  (i) each claimant

listed on Exhibit A; (ii) the U.S. Trustee for Region 2; (iii) the attorneys for the Creditors'

Committee; (iv) the Securities and Exchange Commission; (v) the Internal Revenue Service; and

(vi) the United States Attorney for the Southern District of New York, in accordance with the

Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules

1015(c) and 9007 Implementing Certain Notice and Case Management Procedures, dated

February 13, 2009 [Docket No. 2837] and the Procedures Order.  The Debtors submit that such

notice is sufficient and no other or further notice need be provided.

15.    No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: May 16, 2011
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 1199 SEIU GREATER NEW YORK BENEFIT FUND ATTN: ANTHONY PETRELLA 330 WEST 42ND STREET NEW YORK, NY 10036 | 30600 | 09/22/2009 | Lehman Brothers Holdings Inc. | Priority | $116,916.70* |
| 2 | A.G. EDWARDS & SONS, INC. ATTN: DAVID RICE WELLS FARGO LAW DEPARTMENT NC0630 301 SOUTH COLLEGE STREET CHARLOTTE, NC 28288-0630 | 26972 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | Undetermined Undetermined  $0.00 |
| 3 | ABN AMRO INC. ATTN: PIA FRIIS MD AND SENIOR COUNSEL, RBS SECURITIES, INC. 600 WASHINGTON BLVD. STAMFORD, CT 06901 | 26971 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | Undetermined $25,639.17*  $25,639.17 |
| 4 | ANZ SECURITIES, INC. ATTN: ANN VARALLI MCCLELLAND 1177 AVENUE OF THE AMERICAS 6TH FLOOR NEW YORK, NY 10036 | 26973 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | Undetermined $46,755.47*  $46,755.47 |
| 5 | ARROWOOD INDEMNITY COMPANY F/K/A ROYAL INDEMNITY COMPANY CARRUTHERS & ROTH, P.A., C/O JOHN FLYNN 235 N. EDGEWORTH STREET GREENSBORO, NC 27401 | 2076 | 01/28/2009 | Lehman Brothers Holdings Inc. | Secured | $272,238.00 |
| 6 | AUTONOMY MASTER FUND LIMITED C/O AUTONOMY CAPITAL RESEARCH LLP ATTN: PETER BOWDEN 8-11 DENBIGH MEWS LONDON, SW1V 2HQ UNITED KINGDOM | 21349 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | Undetermined $5,387,727.00*  $5,387,727.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 7 | AUTONOMY MASTER FUND LIMITED C/O AUTONOMY CAPITAL RESEARCH LLP ATTN: PETER BOWDEN 8-11 DENBIGH MEWS LONDON, SW1V 2HQ UNITED KINGDOM | 66585 | 04/28/2010 | Lehman Brothers Holdings Inc. | Secured | $22,545,169.26* |
| 8 | BANCA IMI S.P.A. ATTN: LEGAL DEPARTMENT P. GIORDANO DELL-AMORE 3 MILAN, 20121 ITALY | 27018 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $7,915.01*<br><br>$7,915.01 |
| 9 | BANCO DO BRASIL S. A.- GRAND CAYMAN BRANCH ATTN: IDEL ALBERTO BLAJFEDER 80 SHEDDEN ROAD, ELIZABETHAN SQUARE- PHASE 3 BUILDING, 4TH FLOOR P. O. BOX 1360 GRAND CAYMAN, KY1- 1108 CAYMAN ISLANDS | 27837 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $12,341,267.18* |
| 10 | BBVA SECURITIES, INC ATTN: JAVIER EDWARDS 1345 AVENUE OF THE AMERICAS 45TH FLOOR NEW YORK, NY 10105 | 26976 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $72,818.13*<br><br>$72,818.13 |
| 11 | BERGER, HELEN 52 JUDITH LANE WESTBURY, NY 11590-1412 | 22270 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $43,000.00 |
| 12 | BIRKS PLACE, LLC TRANSFEROR: TIKEHAU CAPITAL PARTNERS SAS C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF AMERICAS NEW YORK, NY 10036-8704 | 26488 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $37,539,877.00*<br><br>$37,539,877.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT |
|---|---|---|---|---|---|---|
| 13 | BIRKS PLACE, LLC<br>TRANSFEROR: TIKEHAU CAPITAL ADVISORS SAS<br>C/O ROPES & GRAY LLP<br>ATTN: ADAM REISS<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-8704 | 26489 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$3,357,909.00*<br><br>$3,357,909.00 |
| 14 | BLACKROCK ADVISORS LLC ON BEHALF OF<br>BLACKROCK LTD DURATION INCOME TRST<br>ATTN: J. GREGORY MILMOE AND ANDREW M. THAU<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>FOUR TIMES SQUARE<br>NEW YORK, NY 10036 | 22136 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$962,129.00*<br><br>$962,129.00 |
| 15 | BLACKROCK ADVISORS, LLC, AS AGENT<br>ON BEHALF OF CERTAIN BLACKROCK FUNDS<br>ATTN: PETER VAUGHAN<br>40 EAST 52ND ST<br>NEW YORK, NY 10022 | 20722 | 09/21/2009 | Lehman Brothers Financial Products Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$10,235,384.00*<br><br>$10,235,384.00 |
| 16 | BLACKROCK ADVISORS, LLC, AS AGENT<br>ON BEHALF OF CERTAIN BLACKROCK FUNDS<br>ATTN: PETER VAUGHAN<br>40 EAST 52ND ST<br>NEW YORK, NY 10022 | 20723 | 09/21/2009 | Lehman Brothers Commercial Corporation | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$10,235,384.00*<br><br>$10,235,384.00 |
| 17 | BLACKROCK ADVISORS, LLC, AS AGENT<br>ON BEHALF OF CERTAIN BLACKROCK FUNDS<br>ATTN: PETER VAUGHAN<br>40 EAST 52ND ST<br>NEW YORK, NY 10022 | 20724 | 09/21/2009 | Lehman Commercial Paper Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$10,235,384.00*<br><br>$10,235,384.00 |
| 18 | BLACKROCK ADVISORS, LLC, AS AGENT<br>ON BEHALF OF CERTAIN BLACKROCK FUNDS<br>ATTN: PETER VAUGHAN<br>40 EAST 52ND ST<br>NEW YORK, NY 10022 | 20725 | 09/21/2009 | Lehman Brothers Derivative Products Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$10,235,384.00*<br><br>$10,235,384.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 19 | BLACKROCK ADVISORS, LLC, AS AGENT ON BEHALF OF CERTAIN BLACKROCK FUNDS ATTN: PETER VAUGHAN 40 EAST 52ND ST NEW YORK, NY 10022 | 20726 | 09/21/2009 | Lehman Brothers OTC Derivatives Inc. | Secured Unsecured Subtotal | Undetermined $10,235,384.00* $10,235,384.00 |
| 20 | BLACKROCK ADVISORS, LLC, AS AGENT ON BEHALF OF CERTAIN BLACKROCK FUNDS ATTN: PETER VAUGHAN 40 EAST 52ND ST NEW YORK, NY 10022 | 20727 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $10,235,384.00* $10,235,384.00 |
| 21 | BLACKROCK ADVISORS, LLC, AS AGENT ON BEHALF OF CERTAIN BLACKROCK FUNDS ATTN: PETER VAUGHAN 40 EAST 52ND ST NEW YORK, NY 10022 | 20728 | 09/21/2009 | Lehman Brothers Commodity Services Inc. | Secured Unsecured Subtotal | Undetermined $10,235,384.00* $10,235,384.00 |
| 22 | BLACKROCK ADVISORS, LLC, AS AGENT ON BEHALF OF CERTAIN BLACKROCK FUNDS ATTN: PETER VAUGHAN 40 EAST 52ND ST NEW YORK, NY 10022 | 20729 | 09/21/2009 | PAMI Statler Arms LLC | Secured Unsecured Subtotal | Undetermined $10,235,384.00* $10,235,384.00 |
| 23 | BLACKROCK ADVISORS, LLC, AS AGENT ON BEHALF OF CERTAIN BLACKROCK FUNDS ATTN: PETER VAUGHAN 40 EAST 52ND ST NEW YORK, NY 10022 | 20730 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $10,235,384.00* $10,235,384.00 |
| 24 | BLACKROCK ADVISORS, LLC, AS AGENT . ON BEHALF OF CERTAIN BLACKROCK FUNDS ATTN: PETER VAUGHAN 40 EAST 52ND ST NEW YORK, NY 10022 | 20597 | 09/21/2009 | LB 745 LLC | Secured Unsecured Subtotal | Undetermined $10,235,384.00* $10,235,384.00 |
| 25 | BLACKROCK ADVISORS, LLC, AS AGENT, ON BEHALF OF CERTAIN BLACKROCK FUNDS ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 20712 | 09/21/2009 | LB 2080 Kalakaua Owners LLC | Secured Unsecured Subtotal | Undetermined $10,235,384.00* $10,235,384.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 26 | BLACKROCK ADVISORS, LLC, AS AGENT, ON BEHALF OF CERTAIN BLACKROCK FUNDS ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 20713 | 09/21/2009 | LB Rose Ranch LLC | Secured Unsecured Subtotal | Undetermined $10,235,384.00* $10,235,384.00 |
| 27 | BLACKROCK ADVISORS, LLC, AS AGENT, ON BEHALF OF CERTAIN BLACKROCK FUNDS ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 20714 | 09/21/2009 | CES Aviation V LLC | Secured Unsecured Subtotal | Undetermined $10,235,384.00* $10,235,384.00 |
| 28 | BLACKROCK ADVISORS, LLC, AS AGENT, ON BEHALF OF CERTAIN BLACKROCK FUNDS ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 20715 | 09/21/2009 | CES Aviation IX LLC | Secured Unsecured Subtotal | Undetermined $10,235,384.00* $10,235,384.00 |
| 29 | BLACKROCK ADVISORS, LLC, AS AGENT, ON BEHALF OF CERTAIN BLACKROCK FUNDS ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 20716 | 09/21/2009 | East Dover Limited | Secured Unsecured Subtotal | Undetermined $10,235,384.00* $10,235,384.00 |
| 30 | BLACKROCK ADVISORS, LLC, AS AGENT, ON BEHALF OF CERTAIN BLACKROCK FUNDS ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 20717 | 09/21/2009 | Luxembourg Residential Properties Loan Finance S.a.r.l. | Secured Unsecured Subtotal | Undetermined $10,235,384.00* $10,235,384.00 |
| 31 | BLACKROCK ADVISORS, LLC, AS AGENT, ON BEHALF OF CERTAIN BLACKROCK FUNDS ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 20718 | 09/21/2009 | BNC Mortgage LLC | Secured Unsecured Subtotal | Undetermined $10,235,384.00* $10,235,384.00 |
| 32 | BLACKROCK ADVISORS, LLC, AS AGENT, ON BEHALF OF CERTAIN BLACKROCK FUNDS ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 20719 | 09/21/2009 | Structured Asset Securities Corporation | Secured Unsecured Subtotal | Undetermined $10,235,384.00* $10,235,384.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 33 | BLACKROCK ADVISORS, LLC, AS AGENT, ON BEHALF OF CERTAIN BLACKROCK FUNDS ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 20720 | 09/21/2009 | CES Aviation LLC | Secured Unsecured  Subtotal | Undetermined $10,235,384.00*  $10,235,384.00 |
| 34 | BLACKROCK ADVISORS, LLC, AS AGENT, ON BEHALF OF CERTAIN BLACKROCK FUNDS ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 20721 | 09/21/2009 | Lehman Scottish Finance L.P. | Secured Unsecured  Subtotal | Undetermined $10,235,384.00*  $10,235,384.00 |
| 35 | BLACKROCK ADVISORS, LLC, ON BEHALF OF BLACKROCK HIGH YIELD BOND FUND MILMOE, GREGORY J., ESQ. THAU, ANDREW M., ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOUR TIMES SQUARE NEW YORK, NY 10036 | 22139 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | Undetermined $5,003,232.00*  $5,003,232.00 |
| 36 | BLACKROCK FINANCIAL MANAGEMENT, INC. ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK, NY 10022 | 28686 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | Undetermined $654,652.00*  $654,652.00 |
| 37 | BLACKROCK FINANCIAL MGMT, INC., AS INVESTMENT ADVISOR, ON BEHALF OF THE OBSIDIAN MASTER FUND, A SUB-TRUST OF OBSIDIAN MASTER SERIES TRUST MILMOE, GREGORY J., ESQ. THAU, ANDREW M., ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP NEW YORK, NY 10036 | 22140 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | Undetermined $137,808.00*  $137,808.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 38 | BLACKROCK FINANCIAL MGMT., INC., AS INVESTMENT ADVISOR, ON BEHALF OF GALAXITE MASTER UNIT TRUST MILMOE, GREGORY J., ESQ. THAU, ANDREW M., ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP NEW YORK, NY 10036 | 22141 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $15,247,693.00* $15,247,693.00 |
| 39 | BLACKROCK FINANCIAL MGMT., INC., AS INVESTMENT ADVISOR, ON BEHALF OF BLACKROCK MULTI-STRATEGY SUB-TRUST C MILMOE, GREGORY J., ESQ. THAU, ANDREW M., ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP NEW YORK, NY 10036 | 22138 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $164,115.00* $164,115.00 |
| 40 | BLACKROCK INVESTMENT MANAGEMENT, LLC, AS AGENT ON BEHALF OF BLACKROCK GLOBAL FUNDS C/O SKADDEN ARPS SLATE MEAGHER & FLOM LLP J. GREGORY MILMOE, ESQ. & ANDREW THAU, ESQ. 4 TIMES SQUARE NEW YORK, NY 10036 | 28683 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $640,072.00* $640,072.00 |
| 41 | BLOOMBERG L.P. AND BLOOMBERG FINANCE L.P. ATTN KARL P. KILB, ESQ. 731 LEXINGTON AVENUE NEW YORK, NY 10022 | 32392 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $18,522,000.00* $18,522,000.00 |
| 42 | BNY MELLON CAPITAL MARKETS, LLC C/O JONATHAN R. GOLDBLATT THE BANK OF NEW YORK MELLON ONE WALL STREET, 11TH FLOOR NEW YORK, NY 10286 | 26977 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $115,849.49* $115,849.49 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 43 | BOEING COMPANY<br>C/O MORGAN STANLEY INVESTMENT<br>MANAGEMENT INC.<br>ATTN: EDWARD HEARN<br>ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100<br>WEST CONSHOHOCKEN, PA 19428-2881 | 27093 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $5,361.91* |
| 44 | BOEING COMPANY EMPLOYEE RETIREMENT PLANS<br>MASTER TRUST (609372), THE<br>C/O GOLDMAN SACHS ASSET MANAGEMENT<br>INTERNATIONAL<br>ATTN: BENJAMIN ROBINSON<br>CHRISTCHURCH COURT<br>10-15 NEWGATE STREET<br>LONDON, EC1A 7HD<br>UNITED KINGDOM | 66207 | 02/02/2010 | Lehman Brothers Holdings Inc. | Secured | $3,102.00* |
| 45 | BOYNTON COMPANIES INC<br>DBA RELY MEDIA<br>17113 MINNETONKA BLVD SUITE 150<br>MINNETONKA, MN 55345 | 410 | 10/29/2008 | Lehman Brothers Holdings Inc. | Secured | $9,400.00 |
| 46 | BREEN INVESTORS INTERNATIONAL FUND, LP<br>C/O SEWARD & KISSEL LLP<br>ATTN : JUSTIN L. SHEARER, ESQ.<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | 33447 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $18,717,588.00* |
| 47 | BROWN BROTHERS HARRIMAN & CO. F/B/O BROWN<br>BROTHERS HARRIMAN TRUST COMP<br>LIMITED AS TRUSTEE OF THE GOLDMAN SACHS<br>INVESTMENT TRUST UNIT GS YEN<br>LIBOR PLUS FUND<br>ATTN: OFFICE OF THE GENERAL COUNSEL<br>40 WATER STREET<br>BOSTON, NY 02119 | 5806 | 07/21/2009 | Lehman No Case Asserted/All<br>Cases Asserted | Priority<br>Secured<br>Unsecured<br><br>Subtotal | $95,648.52<br>$0.00<br>$1.00<br><br>$95,649.52 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 48 | BTR GLOBAL ARBITRAGE TRADING LIMITED C/O HALPERIN BATTAGLIA RAICHT, LLP ATTN: CHRISTOPHER J BATTAGLIA, ESQ. 555 MADISON AVENUE, 9TH FLOOR NEW YORK, NY 10022 | 22274 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $26,399,475.18* $26,399,475.18 |
| 49 | BTR GLOBAL PROSPECTOR II TRADING LIMITED C/O HALPERIN BATTAGLIA RAICHT, LLP ATTN: CHRIS BATTAGLIA, ESQ. 555 MADISON AVENUE, 9TH FLOOR NEW YORK, NY 10022 | 25422 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $4,832,697.89* |
| 50 | C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) TRANSFEROR: TURNBERRY LEVERAGED CREDIT MASTER LP C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FARIMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 66057 | 12/28/2009 | Lehman Brothers Holdings Inc. | Secured | $22,601,120.00* |
| 51 | CABRERA CAPITAL MARKETS LLC ATTN: ROBERT AGUILAR 10 SOUTH LASALLE STREET SUITE 1050 CHICAGO, IL 60603 | 26978 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $39,111.36* $39,111.36 |
| 52 | CARLTON FIELDS, P.A. ROBERT M. QUINN, ESQ. P.O. BOX 3239 TAMPA, FL 33601-3239 | 4561 | 05/26/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $0.00 $6,269.80 $6,269.80 |
| 53 | CAYMAN TSB CAPITAL MANAGEMENT, L.P. C/O WALKERS SPV LIMITED ATTN: KIYOMI BERNET-YAEGASHI WALKER HOUSE, 87 MARY STREET GEORGE TOWN CAYMAN, KY1-9002 CAYMAN ISLANDS | 20544 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $3,480,167.81* $3,480,167.81 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT |
|---|---|---|---|---|---|---|
| 54 | CEDAR HILL MORTGAGE OPPORTUNITY MASTER FUND, L.P<br>ATTN: KARL JOHNSON<br>C/O CEDAR HILL CAPITAL PARTNERS, LLC<br>445 PARK AVENUE, 5TH FLOOR<br>NEW YORK, NY 10022 | 23497 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$11,237,265.07*<br><br>$11,237,265.07 |
| 55 | CGKL VENTURES, LLC<br>ATTN: BRYAN THORNTON<br>150 CALIFORNIA STREET<br>22ND FLOOR<br>SAN FRANCISCO, CA 94111 | 24345 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | $0.00<br>$0.00<br><br>$0.00 |
| 56 | CHICAGO LAND REFRESHMENTS<br>10100 W. FRANKLIN AVENUE<br>FRANKLIN PARK, IL 60131 | 5769 | 07/20/2009 | Lehman Brothers Holdings Inc. | Secured | $11,474.49 |
| 57 | CHILTON NEW ERA PARTNER, L.P<br>C/O CHILTON INVESTMENT COMPANY LLC<br>ATTN: JAMES STEINTHAL - GENERAL COUNSEL<br>ATTN: ALEXANDER FRANK - CFO<br>1266 EAST MAIN STREET, 7TH FLOOR<br>STAMFORD, CT 06902 | 26433 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$22,701,179.72*<br><br>$22,701,179.72 |
| 58 | CHINA FUND (CAYMAN) LTD.<br>C/O SEWARD & KISSEL LLP<br>ATTN: JUSTIN L. SHEARER, ESQ.<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | 33536 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $26,145,614.26* |
| 59 | CHINA FUND LP<br>C/O SEWARD & KISSEL LLP<br>ATTN: JUSTIN L. SHEARER, ESQ.<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | 33465 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$6,563,895.58*<br><br>$6,563,895.58 |
| 60 | CLAREN ROAD CREDIT MASTER FUND, LTD.<br>C/O SEWARD  & KISSEL LLP<br>ATTN: JUSTIN L. SHEARER, ESQ.<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | 33444 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $677,246,694.97* |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 61 | COAST FUND L.P., THE<br>C/O COAST ASSET MANAGEMENT LLC<br>2450 COLORADO AVE.<br>SUITE 100 EAST TOWER<br>ATTENTION: JONATHAN JACOBS, GENERAL COUNSEL<br>SANTA MONICA, CA 90404 | 22196 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$5,692,778.00*<br><br>$5,692,778.00 |
| 62 | COCO, NATHAN F.<br>MCDERMOTT WILL & EMERY LLP<br>227 WEST MONROE STRET<br>SUITE 4700<br>CHICAGO, IL 60606-5096 | 32700 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $9,294,404.76* |
| 63 | COTTEN, TIMOTHY A., ET AL.<br>9543 NORTH SIDE DRIVE<br>OWINGS, MD 20736 | 34313 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | $0.00<br>$10,000,000.00<br><br>$10,000,000.00 |
| 64 | CRIDER, GEORGE W.<br>474 HUGH DEEMS RD.<br>CEDARTOWN, GA 30125 | 33239 | 09/22/2009 | Lehman Brothers Commodity Services Inc. | Priority<br>Secured<br>Unsecured<br><br>Subtotal | $50,000.00<br>$0.00<br>$4,706.00<br><br>$54,706.00 |
| 65 | CVF LUX SECURITIES TRADING SARL<br>TRANSFEROR: TANG CAPITAL PARTNERS, LP<br>C/O CARVAL INVESTORS UK LIMITED<br>KNOWLE HILL PARK, FAIRMILE LANE, COBHAM<br>SURREY, KT11 2PD<br>UNITED KINGDOM | 33448 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured | $24,459,904.64* |
| 66 | CVI GVF (LUX) MASTER S. A. R. L.<br>C/O CARVAL INVESTORS UK LIMITED<br>KNOWLE HILL PARK<br>FAIRMILE LANE, COBHAM<br>SURREY, KT11 2PD<br>UNITED KINGDOM | 24242 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$7,441,033.43*<br><br>$7,441,033.43 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 67 | CVI GVF (LUX) MASTER S. A. R. L. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FAIRMILE LANE, COBHAM SURREY, KT11 2PD UNITED KINGDOM | 24243 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $7,216,988.58* $7,216,988.58 |
| 68 | CVI GVF (LUX) MASTER S. A. R. L. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FAIRMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 24244 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $7,260,195.66* $7,260,195.66 |
| 69 | CVI GVF (LUX) MASTER S. A. R. L. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT, OPERATIONS MANAGER KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY, KT11 2PD UNITED KINGDOM | 24245 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $3,321,041.00* $3,321,041.00 |
| 70 | CVI GVF (LUX) MASTER S. A. R. L. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT, OPERATIONS MANAGER KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY, KT11 2PD UNITED KINGDOM | 24246 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $84,123.00* $84,123.00 |
| 71 | CVI GVF (LUX) MASTER S. A. R. L. C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK FAIRMILE LANE, COBHAM SURREY, KT11 2PD UNITED KINGDOM | 24247 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $5,432,500.00* $5,432,500.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 72 | CVI GVF (LUX) MASTER S. A. R. L. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT, OPERATIONS MANAGER KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY, KT11 2PD UNITED KINGDOM | 24249 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $2,485,661.63* $2,485,661.63 |
| 73 | DAI-ICHI LIFE INSURANCE COMPANY, LIMITED THE 13-1, YURAKUCHO 1 - CHOUME CHIYODA-KU, TOKYO, 100-8411 JAPAN | 67023 | 08/13/2010 | Lehman Brothers Holdings Inc. | Secured | $1,499,222.00* |
| 74 | DANSKE BANK A/S LONDON BRANCH ATTN: PETER HUGHES 75 KING WILLIAM STREET LONDON LONDON, EC4N 7DT UNITED KINGDOM | 17247 | 09/18/2009 | Lehman Brothers Holdings Inc. | Administrative Secured Unsecured Subtotal | Undetermined Undetermined $699,657,333.82* $699,657,333.82 |
| 75 | DEPOSITORY TRUST CLEARING CORPORATION AND RELATED ENTITIES 55 WATER STREET, 22ND FLOOR NEW YORK, NY 10041 | 30423 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $0.00 |
| 76 | DIAMONDBACK FIXED INCOME MASTER FUND LTD. ATTN: J.R. LEDERER ONE LANDMARK SQUARE STAMFORD, CT 06901 | 26911 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $206,244.13* $206,244.13 |
| 77 | DIAMONDBACK MASTER FUND LTD C/O DIAMONDBACK ADVISORS CT, LLC ATTN: J.R. LEDERER ONE LANDMARK SQUARE STAMFORD, CT 06901 | 26909 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $80,600,000.00* $80,600,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 78 | DIAMONDBACK MASTER FUND, LTD. ATTN: J.R. LEDERER ONE LANDMARK SQUARE STAMFORD, CT 06901 | 26491 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $714,097,221.11*<br><br>$714,097,221.11 |
| 79 | DNB NOR MARKETS, INC. ATTN: MARCUS WENDEHOG 200 PARK AVENUE NEW YORK, NY 10166 | 26981 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $48,943.73*<br><br>$48,943.73 |
| 80 | EDWARD D. JONES & CO. L.P. ATTN: RHONDA L. LIESENFELD 12555 MANCHESTER ROAD SAINT LOUIS, MO 63131 | 26982 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $1,950.98*<br><br>$1,950.98 |
| 81 | FINANCIAL LIBRARY, THE P.O. BOX 2341 BOCA RATON, FL 33427 | 416 | 10/30/2008 | Lehman Brothers Holdings Inc. | Priority Secured Unsecured<br><br>Subtotal | $0.00 $774.80 $0.00<br><br>$774.80 |
| 82 | FROLEY REVY ALTERNATIVE STRATEGIES MASTER FUND C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004 | 33466 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $11,615,407.98*<br><br>$11,615,407.98 |
| 83 | GROSVENOR PLACE CLO 1 B.V. C/O CQS (UK) LLP AS COLLATERAL SUB-MANAGER ATTN: HEAD OF LEGAL 5TH FLOOR 33 GROSVENOR PLACE LONDON, SW1X 7HY UNITED KINGDOM | 26479 | 09/22/2009 | Lehman Commercial Paper Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $2,760,814.00*<br><br>$2,760,814.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 84 | GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, THIRD FLOOR NEW YORK, NY 10065 | 21304 | 09/21/2009 | Lehman Commercial Paper Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$1,446,430.92*<br><br>$1,446,430.92 |
| 85 | GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, THIRD FLOOR NEW YORK, NY 10065 | 21305 | 09/21/2009 | Lehman Commercial Paper Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$1,173,612.98*<br><br>$1,173,612.98 |
| 86 | H. GROSS FAMILY LP C/O HENRY GROSS 444 MADSION AVENUE, 18TH FL NEW YORK, NY 10022 | 16254 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | $229,300.00 |
| 87 | H/2 CREDIT PARTNERS MASTER FUND LTD. ATTN: DEBRA HESS THREE STAMFORD PLAZA 301 TRESSER BLVD., 6TH FLOOR STAMFORD, CT 06901 | 20271 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$17,803,354.00*<br><br>$17,803,354.00 |
| 88 | H/2 SPECIAL OPPORTUNITIES LTD ATTN: DEBRA HESS THREE STAMFORD PLAZA 301 TRESSER BOULEVARD, 6TH FLOOR STAMFORD, CT 06901 | 20269 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$19,931,688.00*<br><br>$19,931,688.00 |
| 89 | HAUVILLE, B SOUTH JUNIORS 558A ANZAC PARADE KINGSFORD SYDNEY, NSW, 2032 AUSTRALIA | 795 | 11/18/2008 | Lehman Brothers Holdings Inc. | Secured | $3,375,000.00 |
| 90 | HOMER & BONNER PA 1441 BRICKWELL AVENUE, SUITE 1200 MIAMI, FL 33131 | 29660 | 09/22/2009 | Lehman No Case Asserted/All Cases Asserted | Secured | $2,507,526.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 91 | INTEGRATED CORE STRATEGIES (EUROPE) S.A.R.L. ATTN: GENERAL COUNSEL 666 FIFTH AVENUE, 8TH FLOOR NEW YORK, NY 10103 | 24483 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative Secured | Undetermined $5,727,799.00* |
| | | | | | Subtotal | $5,727,799.00 |
| 92 | IRONBRIDGE ASPEN COLLECTION, LLC PO BOX G ASPEN, CO 81612 | 66155 | 01/22/2010 | LB Rose Ranch LLC | Secured Unsecured | Undetermined $3,555,373.00* |
| | | | | | Subtotal | $3,555,373.00 |
| 93 | IRONBRIDGE HOMES, LLC PO BOX G ASPEN, CO 81612 | 66154 | 01/22/2010 | LB Rose Ranch LLC | Secured Unsecured | Undetermined $3,555,373.00* |
| | | | | | Subtotal | $3,555,373.00 |
| 94 | IRONBRIDGE MOUNTAIN COTTAGES, LLC PO BOX G ASPEN, CO 81612 | 66156 | 01/22/2010 | LB Rose Ranch LLC | Secured Unsecured | Undetermined $3,555,373.00* |
| | | | | | Subtotal | $3,555,373.00 |
| 95 | JAPAN LOANS OPPORTUNITIES B.V. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: DAWN CHUMA JAN VAN GOYENKADE 8 AMSTERDAM, 1075HP NETHERLANDS | 14795 | 09/17/2009 | Lehman Brothers Holdings Inc. | Priority Secured Unsecured | Undetermined Undetermined $71,444,505.27* |
| | | | | | Subtotal | $71,444,505.27 |
| 96 | JOINER, OWEN H. & LEATRICE 120 FINLEY STREET GRIFFIN, GA 30224 | 19570 | 09/19/2009 | Lehman Brothers Holdings Inc. | Secured | $25,000.00 |
| 97 | KLAUS TROCHE KATTOWITZER STRASSE 4 KOLN, 51065 GERMANY | 30761 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $15,730.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT |
|---|---|---|---|---|---|---|
| 98 | KOMMUNALER VERSORGUNGSVERBAND BRANDENBURG ATTN: DIREKTORIN IRMGARD STELTER RUDOLF-BREITSCHEID-STRABE 62 GRANSEE, DE-16775 GERMANY | 27009 | 09/22/2009 | Lehman Brothers Holdings Inc. | Priority Secured Unsecured Subtotal | $0.00 $13,210,225.00 $0.00 $13,210,225.00 |
| 99 | KREISSPARKASSE KAISERSLAUTERN ATTN: MR. HARTMUT ROHDEN AM ALTENHOF 12/14 KAISERSLAUTERN, DE-67655 GERMANY | 27011 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $4,352,662.01* $4,352,662.01 |
| 100 | LINDEMEIER, PIET KURZE RADE 1B REINBEK, D-21465 GERMANY | 65462 | 11/12/2009 | Lehman No Case Asserted/All Cases Asserted | Secured | $8,101.45 |
| 101 | LMA SPC ON BEHALF OF MAP I C/O LIGHTHOUSE INVESTMENT PARTNERS ATTN: DAVID POLLOK 3801 PGA BLVD, SUITE 500 PALM BEACH GARDENS, FL 33410 | 26895 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $11,359,593.13* $11,359,593.13 |
| 102 | LUCAS, WILLIAM J. 807 WEST ST NEW ALBANY, IN 47150-5351 | 9973 | 08/31/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $0.00 $15,000.00 $15,000.00 |
| 103 | MAC VEAGH LIMITED PARTNERSHIP C/O CQS (UK) LLP ATTN: HEAD OF LEGAL 5TH FLOOR 33 GROSVENOR PLACE LONDON, SW1X 7HY UNITED KINGDOM | 26477 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $71,681,155.00* $71,681,155.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 104 | MCLAGAN PARTNERS INC LLOYDS CHAMBERS 1 PORTSOKEN STREET, 5TH FLOOR LONDON, E1 8BT UNITED KINGDOM | 5882 | 07/22/2009 | Lehman No Case Asserted/All Cases Asserted | Secured Unsecured Subtotal | $0.00 $65,000.00 $65,000.00 |
| 105 | MEDICAL LIABILITY MUTUAL INSURANCE COMPANY C/O INVESCO INSTITUTIONAL (N.A.), INC. ATTN:  BENJAMIN GRUDER 1166 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 27940 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $8,477,375.54* $8,477,375.54 |
| 106 | MILLENNIUM EUROPEAN HOLDINGS S.A.R.L. ATTN: GENERAL COUNSEL 666 FIFTH AVENUE, 8TH FLOOR NEW YORK, NY 10103 | 24480 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative Secured Unsecured Subtotal | Undetermined $10,603,293.00* Undetermined $10,603,293.00 |
| 107 | MILLENNIUM EUROPEAN HOLDINGS S.A.R.L. ATTN: GENERAL COUNSEL 666 FIFTH AVENUE, 8TH FLOOR NEW YORK, NY 10103 | 24481 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative Secured Unsecured Subtotal | Undetermined $10,603,293.00* Undetermined $10,603,293.00 |
| 108 | MILLENNIUM PARTNERS, L.P. ATTN: GENERAL COUNSEL 666 FIFTH AVENUE, 8TH FLOOR NEW YORK, NY 10103 | 24491 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative Secured Subtotal | Undetermined $14,025,390.00* $14,025,390.00 |
| 109 | MOHR SANFORD A. AND TINA A. HILO LAW CENTER 73-4787 HALOLANI STREET KAILUA-KONA, HI 96740 | 33605 | 09/22/2009 | BNC Mortgage LLC | Secured Unsecured Subtotal | $555,500.00* $112,175.04* $667,675.04 |
| 110 | MORIN, PAUL P. POST OFFICE BOX 040093 BROOKLYN, NY 11204-0093 | 2190 | 01/29/2009 | Lehman Brothers Holdings Inc. | Secured | $1,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 111 | NATIONAL FINANCIAL SERVICES LLC ATTN: MARTHA A. MAZZONE, ESQ. 82 DEVONSHIRE STREET F6C BOSTON, MA 02109-3614 | 26986 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $9,546.01* $9,546.01 |
| 112 | NEAL, GERBER & EISENBERG LLP C/O H. NICHOLAS BERBERIAN, ESQ. AND NICHOLAS M. MILLER, ESQ. TWO NORTH LASALLE STREET, SUITE 1700 CHICAGO, IL 60602 | 14195 | 09/16/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $12,486.60 $68,070.28 $80,556.88 |
| 113 | NEWBERRY CREDIT OPPORTUNITIES LLC ATTN: GENERAL COUNSEL 666 FIFTH AVENUE, 8TH FLOOR NEW YORK, NY 10103 | 24482 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative Secured Unsecured Subtotal | Undetermined $8,738,409.00* Undetermined $8,738,409.00 |
| 114 | NEWPORT GLOBAL ADVISORS LP ATTN: DAVID J. MOLTON, ESQ. & ANDREW DASH, ESQ. BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK, NY 10036 | 26353 | 09/22/2009 | Lehman Brothers Financial Products Inc. | Administrative | $4,021,500.00* |
| 115 | NEWPORT GLOBAL ADVISORS LP C/O BROWN RUDNICK LLP DAVID J MOLTON, ESQ. & ANDREW DASH, ESQ. SEVEN TIMES SQUARE NEW YORK, NY 10036 | 26354 | 09/22/2009 | Lehman Brothers Commercial Corporation | Administrative | $4,021,500.00* |
| 116 | NEWPORT GLOBAL ADVISORS LP C/O BROWN RUDNICK LLP DAVID J MOLTON, ESQ SEVEN TIMES SQUARE NEW YORK, NY 10036 | 26355 | 09/22/2009 | Lehman Commercial Paper Inc. | Administrative | $4,021,500.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

Page 19 of 30

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 117 | NEWPORT GLOBAL ADVISORS LP C/O BROWN RUDNICK LLP DAVID J MOLTON, ESQ. SEVEN TIMES SQUARE NEW YORK, NY 10036 | 26356 | 09/22/2009 | Lehman Brothers Derivative Products Inc. | Administrative | $4,021,500.00* |
| 118 | NEWPORT GLOBAL ADVISORS LP C/O BROWN RUDNICK LLP DAVID J MOLTON, ESQ. SEVEN TIMES SQUARE NEW YORK, NY 10036 | 26357 | 09/22/2009 | Lehman Brothers OTC Derivatives Inc. | Administrative | $4,021,500.00* |
| 119 | NEWPORT GLOBAL ADVISORS LP ATTN: DAVID J. MOLTON, ESQ. & ANDREW DASH, ESQ. BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK, NY 10036 | 26387 | 09/22/2009 | Lehman Brothers Holdings Inc. | Administrative | $4,021,500.00* |
| 120 | NEWPORT GLOBAL ADVISORS LP ATTN: DAVID J. MOLTON, ESQ. & ANDREW DASH, ESQ. C/O BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK, NY 10036 | 26389 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Administrative | $4,021,500.00* |
| 121 | NEWPORT GLOBAL ADVISORS LP ATTN: DAVID J. MOLTON, ESQ. & ANDREW DASH, ESQ. BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK, NY 10036 | 26391 | 09/22/2009 | CES Aviation IX LLC | Administrative | $4,021,500.00* |
| 122 | NEWPORT GLOBAL ADVISORS LP ATTN: DAVID J. MOLTON, ESQ. & ANDREW DASH, ESQ. BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK, NY 10036 | 26393 | 09/22/2009 | LB 2080 Kalakaua Owners LLC | Administrative | $4,021,500.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 123 | NEWPORT GLOBAL ADVISORS LP ATTN: DAVID J. MOLTON, ESQ. & ANDREW DASH, ESQ. BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK, NY 10036 | 26394 | 09/22/2009 | LB Rose Ranch LLC | Administrative | $4,021,500.00* |
| 124 | NEWPORT GLOBAL ADVISORS LP ATTN: DAVID J. MOLTON, ESQ. & ANDREW DASH, ESQ. BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK, NY 10036 | 26395 | 09/22/2009 | Structured Asset Securities Corporation | Administrative | $4,021,500.00* |
| 125 | NEWPORT GLOBAL ADVISORS LP ATTN: DAVID J. MOLTON, ESQ. & ANDREW DASH, ESQ. BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK, NY 10036 | 26396 | 09/22/2009 | BNC Mortgage LLC | Administrative | $4,021,500.00* |
| 126 | NEWPORT GLOBAL ADVISORS LP C/O BROWN RUDNICK LLP ATTN: DAVID J. MOLTON, ESQ. SEVEN TIMES SQUARE NEW YORK, NY 10036 | 26502 | 09/22/2009 | CES Aviation V LLC | Administrative | $4,021,500.00* |
| 127 | NEWPORT GLOBAL ADVISORS LP C/O BROWN RUDNICK LLP ATTN: DAVID J. MOLTON, ESQ. SEVEN TIMES SQUARE NEW YORK, NY 10036 | 26503 | 09/22/2009 | CES Aviation LLC | Administrative | $4,021,500.00* |
| 128 | NEWPORT GLOBAL ADVISORS LP C/O BROWN RUDNICK LLP ATTN: DAVID J. MOLTON, ESQ. SEVEN TIMES SQUARE NEW YORK, NY 10036 | 26504 | 09/22/2009 | Lehman Scottish Finance L.P. | Administrative | $4,021,500.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 21 of 30

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT |
|---|---|---|---|---|---|---|
| 129 | NEWPORT GLOBAL ADVISORS LP C/O BROWN RUDNICK LLP ATTN: DAVID J. MOLTON, ESQ. SEVEN TIMES SQUARE NEW YORK, NY 10036 | 26505 | 09/22/2009 | Luxembourg Residential Properties Loan Finance S.a.r.l. | Administrative | $4,021,500.00* |
| 130 | NEWPORT GLOBAL ADVISORS LP C/O BROWN RUDNICK LLP ATTN: DAVID J. MOLTON, ESQ. SEVEN TIMES SQUARE NEW YORK, NY 10036 | 26506 | 09/22/2009 | East Dover Limited | Administrative | $4,021,500.00* |
| 131 | NEWPORT GLOBAL ADVISORS LP ATTN: DAVID J. MOLTON, ESQ. BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK, NY 10036 | 26595 | 09/22/2009 | Lehman Brothers Commodity Services Inc. | Administrative | $4,021,500.00* |
| 132 | NEWPORT GLOBAL ADVISORS LP ATTN: DAVID J. MOLTON, ESQ. BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK, NY 10036 | 26596 | 09/22/2009 | LB 745 LLC | Administrative | $4,021,500.00* |
| 133 | NGUYEN CONG THANH AND KIM PHUONG SU 7188 ALDER SPRING WAY SAN JOSE, CA 95153 | 2185 | 01/29/2009 | Lehman Brothers Holdings Inc. | Secured | $400,000.00 |
| 134 | NSR BETA PE MAURITIUS, LLC ATTN: JAVED ABOOBAKAR C/O CITCO (MAURITIUS) LIMITED MEDINE MEWS BUILDING, 9TH FLOOR LA CHAUSEE STREET PORT LOUIS, MAURITIUS | 11041 | 09/10/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $0.00 $0.00 $0.00 |
| 135 | OCH-ZIFF CAPITAL STRUCTURE ARBITRAGE MASTER FUND, LTD. C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK, NY 10019 | 31515 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $11,132,256.74* $11,132,256.74 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT |
|---|---|---|---|---|---|---|
| 136 | OLIVANT INVESTMENTS SWITZERLAND S.A. C/O O'MELVENY & MEYERS LLP ATTN: SUZZANE UHLAND TWO EMBARCADERO CENTER, 28TH FLOOR SAN FRANCISCO, CA 94111-3823 | 67043 | 09/01/2010 | Lehman Brothers Holdings Inc. | Secured | $1,418,925,283.45* |
| 137 | OPPENHEIMER DISTRESSED OPPORTUNITIES, LP C/O OPPENHEIMER ASSET MANAGEMENT INC. ATTN : DEBORAH KABACK 200 PARK AVENUE, 24TH FLOOR NEW YORK, NY 10166 | 31906 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $8,171,442.69* $10,000.00* $8,181,442.69 |
| 138 | OZ MASTER FUND LIMITED RE OZ MANAGEMENT C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK, NY 10019 | 31513 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $243,160,514.69* $243,160,514.69 |
| 139 | OZ SPECIAL FUNDING (OZMD), L.P. C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK, NY 10019 | 31514 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $932,551.33* $932,551.33 |
| 140 | PARET, FRITZ 17954 SW 35 STREET MARIMAR, FL 33029 | 34208 | 09/21/2009 | Lehman Brothers Holdings Inc. | Priority | $50,000.00 |
| 141 | PIEDMONT PRODUCTIONS LLC 110 EST 80TH STREET # 3F NEW YORK, NY 10024 | 66119 | 01/19/2010 | Lehman Brothers Holdings Inc. | Priority | $9,167.30 |
| 142 | PILLSBURY WINTHROP SHAW PITTMAN LLP ATTN: DAVID G. ODRICH, ESQ. & ERICA E. CARRIG, ESQ. 1540 BROADWAY NEW YORK, NY 10036 | 4268 | 05/12/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $0.00 $262,935.45 $262,935.45 |

\* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 23 of 30

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 143 | PIPER JAFFRAY & CO ATTN: JAMES M. MARTIN 800 NICOLLET MALL MINNEAPOLIS, MN 55402 | 23770 | 09/21/2009 | Lehman Commercial Paper Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $2,367,551.05*<br><br>$2,367,551.05 |
| 144 | PJM INTERCONNECTION LLC SCHNADER HARRISON SEGAL & LEWIS C/O NICHOLAS J. LEPORE, III 1600 MARKET STREET, SUITE 3600 PHILADELPHIA, PA 19103 | 22267 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative Unsecured<br><br>Subtotal | $18,063,731.74<br><br>$0.00<br><br>$18,063,731.74 |
| 145 | PSEG ENERGY RESOURCES & TRADE LLC ATTN: SUZANNE M. KLAR, ESQ. 80 PARK PLAZA, T5D NEWARK, NJ 07101 | 15735 | 09/17/2009 | Lehman Brothers Holdings Inc. | Secured | $443,076.00 |
| 146 | RALD ESTABLISHMENT C/0 TREMACO TREUUNTERNEHMEN REG. ATTN: MR. JOHANNES MATT ESSANESTRASSE 91 POSTFACH 341 ESCHEN, FL-9492 LIECHTENSTEIN | 17847 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $4,368,699.00*<br><br>$4,368,699.00 |
| 147 | S.A.C. MULTIQUANT FUND, LLC ATTN: PETER NUSSBAUM 72 CUMMINGS POINT ROAD STAMFORD, CT 06902 | 66165 | 01/26/2010 | Lehman Brothers Holdings Inc. | Secured | $98,405,992.00* |
| 148 | SAC GLOBAL MACRO FUND, LLC ATTN: PETER NUSSBAUM 72 CUMMINGS POINT ROAD STAMFORD, CT 06902 | 14688 | 09/17/2009 | Lehman Brothers Holdings Inc. | Administrative Priority Secured Unsecured<br><br>Subtotal | Undetermined Undetermined Undetermined $1,101,340.27*<br><br>$1,101,340.27 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 149 | SCHROEDER, LOTHAR AND INGRID NEUSTAEDTER STR., 25 STADTRODA, 07646 GERMANY | 9079 | 08/24/2009 | Lehman Brothers Holdings Inc. | Priority | $28,312.00 |
| 150 | SCOTT & STRINGFELLOW, LLC ATTN: ALEX W. C. CECIL 909 EAST MAIN STREET RICHMOND, VA 23210 | 26989 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $6,363.13*<br><br>$6,363.13 |
| 151 | SEQUOYAH HILLS/OAK KNOLL NEIGHBORHOOD ASSOCIATION ATTN: DONALD J. MITCHELL 4415 ST. ANDREWS RD OAKLAND, CA 94605 | 24193 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative | $100,000,000.00 |
| 152 | SEQUOYAH HILLS/OAK KNOLL NEIGHBORHOOD ASSOCIATION ATTN: DONALD J. MITCHELL 4415 ST. ANDREWS RD OAKLAND, CA 94605 | 24194 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative | $15,000,000.00 |
| 153 | SHINSEI BANK, LIMITED ATTN: MR. YUKATO KATO, GENERAL MANAGER 4-3, NIHONBASHI-MUROMACHI 2-CHROME CHUO-KU, TOKYO, 103-8303 JAPAN | 22190 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative Priority Secured Unsecured<br><br>Subtotal | Undetermined Undetermined $237,931,744.22* Undetermined<br><br>$237,931,744.22 |
| 154 | SIGMA FIXED INCOME FUND LTD ATTN: PETER NUSSBAUM 72 CUMMINGS POINT ROAD STAMFORD, CT 06902 | 14696 | 09/17/2009 | Lehman Brothers Holdings Inc. | Administrative Priority Secured Unsecured<br><br>Subtotal | Undetermined Undetermined Undetermined $5,163,766.18*<br><br>$5,163,766.18 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 155 | SPARKASSE KOBLENZ<br>ATTN: MR. MARCO FLORY<br>BAHNHOFSTR. 11<br>KOBLENZ, DE-56068<br>GERMANY | 27014 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$203,381.16*<br><br>$203,381.16 |
| 156 | ST. SOPHIA PARTNERS, LLP<br>ATTN: STEVE CRAM<br>PO BOX 518<br>TELLURIDE, CO 81435 | 10216 | 09/03/2009 | Lehman Brothers Holdings Inc. | Priority<br>Secured<br><br>Subtotal | $5,000.00*<br>Undetermined<br><br>$5,000.00 |
| 157 | STADT FREIBURG IM BREISGAU, STADTKAEMMEREI<br>ATTN: MR. BERND NUSSBAUMER<br>FAHNENBERGPLATZ 4<br>FREIBURG, DE-79098<br>GERMANY | 27013 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$1,181,411.49*<br><br>$1,181,411.49 |
| 158 | STADT SCHWAEBISCH HALL<br>ATTN: MR. UWE GOETZELMANN<br>AM MARKT 4<br>SCHWAEBISCH HALL, DE-74523<br>GERMANY | 27015 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$54,343.76*<br><br>$54,343.76 |
| 159 | STATEGIC VALUE MASTER FUND, LTD.<br>TRANSFEROR: UBS AG, LONDON BRANCH<br>C/O STRATEGIC VALUE PARTNERS LLC<br>ATTN: MARC SILEO<br>100 WEST PUTNAM AVENUE<br>GREENWICH, CT 06830<br><br>TRANSFERRED TO: HARVEST SS, LTD.<br>TRANSFEROR: UBS AG, LONDON BRANCH<br>C/O STRATEGIC VALUE PARTNERS LLC<br>ATTN: MARC SILEO<br>100 WEST PUTNAM AVENUE<br>GREENWICH, CT 06830 | 16022 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal<br><br><br><br><br><br>Secured<br>Unsecured<br><br>Subtotal | $2,952,612.21*<br>Undetermined<br><br>$2,952,612.21<br><br><br><br><br><br>$755,033.32<br>Undetermined<br><br>$755,033.32 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

Page 26 of 30

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 160 | STICHTING BLUE SKY ACTIVE LONG DURATION GLOBAL INFLATION LINKED BOND FUND, BLUE SKY GROUP -GLOBAL REAL RETURN PROF. E.M. MEIJERSLAAN 1 POSTBUS 123 1180 AC AMSTELVEEN NETHERLANDS | 27967 | 09/22/2009 | Lehman Brothers Holdings Inc. | Administrative Secured Unsecured Subtotal | Undetermined Undetermined $1,974,363.48* $1,974,363.48 |
| 161 | SVENSKA HANDELSBANKEN AB (PUBL) ATTN: MARK CLEARY, DEPUTY GENERAL MANAGER, NEW YORK BRANCH 875 THIRD AVENUE, 4TH FLOOR NEW YORK, NY 10022-7218 | 4920 | 06/19/2009 | Lehman Commercial Paper Inc. | Secured | $9,294,887.94 |
| 162 | SWISS RE FINANCIAL PRODUCTS COMPANY TRANSFEROR: SR GGI MASTER MA, LTD. C/O SWISS RE SERVICES LIMITED 30 ST. MARY AXE ATTN: NICHOLAS RAYMOND LONDON, EC3A 8EP UNITED KINGDOM | 21308 | 09/21/2009 | Lehman Commercial Paper Inc. | Secured Unsecured Subtotal | Undetermined $63,571.08* $63,571.08 |
| 163 | SWISS RE FINANCIAL PRODUCTS CORPORATION NICHOLAS RAYMOND, GLORIA GONZALEZ PARK AVENUE PLAZA 55 E. 52ND STR NEW YORK, NY 10055 | 15081 | 09/17/2009 | Lehman Brothers Holdings Inc. | Administrative Unsecured Subtotal | Undetermined $34,293,594.60* $34,293,594.60 |
| 164 | SWISS RE FINANCIAL PRODUCTS CORPORATION TRANSFEROR: SR GGI MASTER MA, LTD. C/O SWISS RE SERVICES LIMITED 30 ST. MARY AXE ATTN: NICHOLAS RAYMOND LONDON, EC3A 8EP UNITED KINGDOM | 21307 | 09/21/2009 | Lehman Commercial Paper Inc. | Secured Unsecured Subtotal | Undetermined $52,004.63* $52,004.63 |
| 165 | TELLURIDE 360 REAL ESTATE P.O. BOX 2250 TELLURIDE, CO 81435 | 32503 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $320,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT |
|---|---|---|---|---|---|---|
| 166 | THREADNEEDLE ASSET MANAGEMENT LTD., AS AGENT AND ASSET MANAGER FOR ZURICH INSURANCE PLC, SUCCESSOR IN INTEREST TO ZURICH INSURANCE COMPAN Y (UK BRANCH) AND ZURICH INTERNATIONAL (UK) LIMITED ATTN: HEAD OF LEGAL 60 ST. MARY AXE LONDON, EC3A 8JQ UNITED KINGDOM | 26024 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative Priority Secured Unsecured  Subtotal | Undetermined Undetermined Undetermined $349,269.75*  $349,269.75 |
| 167 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ET AL ROBERT G. LAVITT, ESQ. ONE TOWER SQUARE, S202A HARTFORD, CT 06183 | 36 | 09/26/2008 | Lehman Brothers Holdings Inc. | Priority Secured Unsecured  Subtotal | Undetermined Undetermined Undetermined  $0.00 |
| 168 | TRONOX INCORPORATED ET AL. ATTN: MICHAEL J. FOSTER, VICE PRESIDENT AND GENERAL COUNSEL 211 N. ROBINSON AVENUE OKLAHOMA CITY, OK 73120 | 29768 | 09/22/2009 | Lehman Commercial Paper Inc. | Secured Unsecured  Subtotal | Undetermined $300,000.00*  $300,000.00 |
| 169 | TROUT, ROGER C/O SENDER & WASSERMAN, P. C. ATTN: KENNETH J. BUECHLER, ESQ. 1660 LINCOLN STREET, SUITE 2200 DENVER, CO 80264 | 25708 | 09/21/2009 | LB Rose Ranch LLC | Secured | $1,336,938.30* |
| 170 | UEDA HARLOW LTD. 5TH FLOOR, MITSUI ASAHI BLDG. 1-1, KANDA SUDACHO, CHIYODAKU, TOKYO, 101-0041 JAPAN | 128 | 10/09/2008 | Lehman Brothers OTC Derivatives Inc. | Priority Unsecured  Subtotal | $10,950.00 $131,025.14  $141,975.14 |
| 171 | VENNEMEYER, FRANZ IM ESCH 41 NEUENKIRCHEN, D-49586 GERMANY | 45624 | 10/23/2009 | Lehman No Case Asserted/All Cases Asserted | Secured | $7,200.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|------|---------|------------|--------|-------|--------|
| 172 | WATSON, ANGELUS<br>319 WEST 94TH STREET<br>LOS ANGELES, CA 90003 | 1097 | 11/25/2008 | Lehman Brothers Holdings Inc. | Secured | $16,773.81* |
| 173 | WENK, CHRISTINA<br>GRENZSTR. 31<br>JENA, 07745<br>GERMANY | 9070 | 08/24/2009 | Lehman Brothers Holdings Inc. | Priority | $36,037.50 |
| 174 | WILDSTEIN, ESQ., DAVID M<br>C/O WILENTZ, GOLDMAN & APITZER<br>90 WOODBRIDGE CENTER DRIVE<br>SUITE 900, BOX 10<br>WOODBRIDGE, NJ 07095-0958 | 18938 | 09/18/2009 | Lehman No Case Asserted/All Cases Asserted | Priority | $100,000.00 |
| 175 | WILLIAMS CAPITAL GROUP, L.P., THE<br>ATTN: DIANNE CALABRISOTTO<br>650 FIFTH AVENUE, 11TH FLOOR<br>NEW YORK, NY 10019 | 26992 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$67,315.51*<br><br>$67,315.51 |
| 176 | XANADU MEZZ HOLDINGS LLC<br>ATTN: YON CHO AND JOHN RANDALL<br>1271 AVENUE OF THE AMERICAS<br>38TH FLOOR<br>NEW YORK, NY 10020 | 27789 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>Undetermined<br><br>$0.00 |
| 177 | YASUDA JAPANESE MARKET NEUTRAL (YEN) FUND<br>C/O UBS FUNDS SERVICES<br>ATTN: ARMEEN BHESANIA<br>154 UNIVERSITY AVENUE<br>TORONTO, ON M5H 3Y9<br>CANADA | 22902 | 09/21/2009 | Lehman Brothers Holdings Inc. | Priority<br>Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$1,988,247.93*<br>Undetermined<br><br>$1,988,247.93 |
| 178 | YASUDA JAPANESE MARKET NEUTRAL FUND<br>C/O UBS FUNDS SERVICES<br>ATTN: ARMEEN BHESANIA<br>154 UNIVERSITY AVENUE<br>TORONTO, ON M5H 3Y9<br>CANADA | 22901 | 09/21/2009 | Lehman Brothers Holdings Inc. | Priority<br>Secured<br>Unsecured<br><br>Subtotal | Undetermined<br>$40,797,775.29*<br>Undetermined<br><br>$40,797,775.29 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 136: EXHIBIT A – MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT |
|---|---|---|---|---|---|---|
| 179 | ZURICH INSURANCE PLC (UK BRANCH) C/O WAYNE BUGDEN THE ZURICH CENTRE, 3000 PARKWAY, WHITELEY FAREHAM, HAMPSHIRE, PO15 7JZ UNITED KINGDOM | 27963 | 09/22/2009 | Lehman Brothers Holdings Inc. | Administrative Secured Unsecured | Undetermined Undetermined $272,577.58* |
| | | | | | Subtotal | $272,577.58 |
| 180 | ZURICH INSURANCE PLC (UK BRANCH) C/O WAYNE BUGDEN THE ZURICH CENTRE, 3000 PARKWAY, WHITELEY FAREHAM, HAMPSHIRE, PO15 7JZ UNITED KINGDOM | 27964 | 09/22/2009 | Lehman Brothers Holdings Inc. | Administrative Secured Unsecured | Undetermined Undetermined $86,692.17* |
| | | | | | Subtotal | $86,692.17 |
| | | | | | TOTAL | $5,401,703,275.71 |

* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
In re                                                  :        Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,               :        08-13555 (JMP)
                                                       :
                                 Debtors.              :        (Jointly Administered)
--------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' ONE HUNDRED THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (MISCLASSIFIED CLAIMS)

Upon the one hundred thirty-sixth omnibus objection to claims, dated May 16, 2011 (the "One Hundred Thirty-Sixth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession, in accordance with Rule 3007(d) of the Federal Rules of Bankruptcy Procedure and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking to reclassify Misclassified Claims as unsecured claims, all as more fully described in the One Hundred Thirty-Sixth Omnibus Objection to Claims; and due and proper notice of the One Hundred Thirty-Sixth Omnibus Objection to Claims having been provided to: (i) each claimant listed on Exhibit A; (ii) the U.S. Trustee; (iii) the attorneys for the Creditors' Committee; (iv) the Securities and Exchange Commission; (v) the Internal Revenue Service; and (vi) the United States Attorney for the Southern District of New York, and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635], and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred Thirty-Sixth Omnibus Objection to Claims.

sought in the One Hundred Thirty-Sixth Omnibus Objection to Claims is in the best interests of

the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases

set forth in the One Hundred Thirty-Sixth Omnibus Objection to Claims establish just cause for

the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the One Hundred Thirty-Sixth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Misclassified Claim listed on Exhibit 1 annexed hereto is

hereby reclassified as a general unsecured nonpriority claim as indicated in Exhibit 1; and it is

further

ORDERED that the Debtors' Court-appointed claims agent is authorized and

directed to reclassify the Misclassified Claims pursuant to this Order; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the One Hundred

Thirty-Sixth Omnibus Objection to Claims; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE