UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                                    :    Chapter 11 Case No.
                                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                                         :    (Jointly Administered)
         Debtors.                                    :
                                                                         :
------------------------------------------------------------------x    Ref. Docket Nos. 7590, 16473,
                                                                              16522, 16667, 16668, 16674-16676,
                                                                              16679

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 11, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                 */s/ Lauren Rodriguez*
                                                                                 Lauren Rodriguez

Sworn to before me this
16th day of May, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>    Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   FORTIS ENERGY MARKETING & TRADING GP
              ATTN: JEFFREY GOLLOMP
              1100 LOUISIAN  STREET
              SUITE 4900
              HOUSTON TX 77002

Additional:

Transferee:   BNP PARIBAS SECURITIES CORP.
              ATTN: CHRISTIAN MUNDIGO
              1100 LOUISIANA, SUITE 4900
              HOUSTON TX 77002

**Your transfer  of claim #   13776   is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match
Other                                         Transferor Name on Agreement Does Not Match

Docket Number 16667            Date 05/09/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 11, 2011.

# EXHIBIT B

```
TIME: 13:19:58                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 05/11/11                                                 CREDITOR LISTING

Name                                        Address
BNP PARIBAS SECURITIES CORP.                ATTN: CHRISTIAN MUNDIGO 1100 LOUISIANA, SUITE 4900 HOUSTON TX 77002
BOVAY & PARTENAIRES S.A.                    GRAND CHENE 1 LAUSANNE  CH-1003 SWITZERLAND
CAPITAL BANK - GRAWE GRUPPE AG              ATTN: MR. MICHAEL NINDL BRANDHOFGASSE 22 GRAZ   8010 AUSTRIA
CAPITAL BANK - GRAWE GRUPPE AG              DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
CAPITAL BANK - GRAWE GRUPPE AG              FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE AND HARVEY DYCHIAO 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022
CONSTANTIA PRIVATBANK                       ATTN: MAG. ELISABETH STAUDNER AND MAG. MARTIN SCHILLER BANKGASSE 2 WIEN  1010 AUSTRIA
CONSTANTIA PRIVATBANK                       DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
CONSTANTIA PRIVATBANK                       FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE AND HARVEY DYCHIAO 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022
FORTIS ENERGY MARKETING & TRADING GP        ATTN: JEFFREY GOLLOMP 1100 LOUISIAN STREET SUITE 4900 HOUSTON TX 77002
FORTIS ENERGY MARKETING & TRADING GP        ATTN: JEFFREY GOLLOMP 1100 LOUISIANA STREET SUITE 4900 HOUSTON TX 77002
SILVER POINT CAPITAL FUND, L.P.             C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER        C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
 FUND, L.P.
UBS AG                                      HUGO KOLLER BAHNHOFSTRASSE 45 8001 ZURICH   SWITZERLAND

Total Number of Records Printed          13
```

EPIQ BANKRUPTCY SOLUTIONS, LLC