UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
            Debtors.                                             :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 10281, 15978,
                                                                      16212, 16417, 16593, 16606, 16607,
                                                                      16662, 16663, 16665, 16666, 16684,
                                                                      16685, 16701-16703

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 12, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
16th day of May, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 10281, 15978, 16212, 16417, 16593, 16606, 16607, 16662, 16663, 16665, 16666, 16684, 16685,
16701-16703_AFF_05-12-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   SERENGETI OVERSEAS MM L.P.
      TRANSFEROR: SERENGETI PARTNERS LP
      ATTN: SHAKER CHOUDHURY
      632 BROADWAY, 12TH FL
      NEW YORK NY 10012
```

Please note that your claim # 33582-04 in the above referenced case and in the amount of $653,524.78 allowed at $629,727.28 has been transferred **(unless previously expunged by court order)**

```
GOLDMAN SACHS LENDING PARTNERS LLC              GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: SERENGETI OVERSEAS MM L.P.          RICHARDS KIBBE & ORBE LLP
C/O GOLDMAN, SACHS & CO.                        ATTN: MANAGING CLERK
ATTN: LAUREN DAY                                ONE WORLD FINANCIAL CENTER
30 HUDSON STREET, 38TH FLOOR                    NEW YORK NY 10281
JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 10281         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/12/2011                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 12, 2011.

# EXHIBIT B

```
TIME: 18:17:40                                   LEHMAN BROTHERS HOLDING INC.
DATE: 05/12/11                                        CREDITOR LISTING                                                    PAGE: 1

Name                                    Address
AB MOORE, L.P.                          TRANSFEROR: BARCLAYS BANK PLC C/O MOORE CAPITAL MANAGEMENT, L.P. ATTN: LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS, 53RD FLOOR
                                        NEW YORK NY 10020
BARCLAYS BANK PLC                       TRANSFEROR: AB MOORE, L.P. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                       TRANSFEROR: UGF BANCA S.P.A. 745 SEVENTH AVENUE NEW YORK NY 10019
CAIXA DE TERRASSA                       RAMBLA D'EGARA, 350 TERRASSA  08221 SPAIN
CCP CREDIT ACQUISITION HOLDINGS, LLC    ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
CCP CREDIT ACQUISITION HOLDINGS, LLC    TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC ATTN: LISA MURRAY & MARISOL CHAPPELL 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CITADEL SECURITIES LLC                  MICHAEL GREENBLATT SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
CITADEL SECURITIES LLC                  TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: ERIN FINEGAN 601 LEXINGTON AVENUE NEW YORK NY 10017
CITIGROUP GLOBAL MARKETS INC.           PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS DAVIS 1285 AVENUE OF AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.           TRANSFEROR: CAIXA DE TERRASSA ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
DEUTSCHE BANK AG, LONDON BRANCH         TRANSFEROR: EUROHYPO AG ATTN; MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
GOLDMAN SACHS LENDING PARTNERS          RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC      TRANSFEROR: SERENGETI OVERSEAS MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC      RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC      TRANSFEROR: SERENGETI OVERSEAS MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC      TRANSFEROR: SERENGETI PARTNERS LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDINGS PARTNERS LLC     RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDINGS PARTNERS LLC     TRANSFEROR: SERENGETI PARTNERS LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN,SACHS & CO.                     TRANSFEROR: UBS AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
LAN-TEL COMMUNICATIONS, INC             1400 BOSTON PROVIDENCE TPKE STE 2000 NORWOOD MA 02062-5015
LIQUIDITY SOLUTIONS, INC.               TRANSFEROR: LAN-TEL COMMUNICATIONS, INC ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
MORGAN STANLEY SENIOR FUNDING, INC.     RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.     TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS,LLC 1585 BROADWAY- 2ND FLOOR NEW YORK NY 10036
SERENGETI OPPORTUNITIES MM LP           TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OVERSEAS MM L.P.              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: S. CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI OVERSEAS MM L.P.              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: S. CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI OVERSEAS MM L.P.              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI PARTNERS LP                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI PARTNERS LP                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: S. CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK NY 10012
SILVER POINT CAPITAL FUND, L.P.         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK NY 10012
SILVER POINT CAPITAL FUND, L.P.         XIN YU DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
                                        TRANSFEROR: CITADEL SECURITIES LLC C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                        GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER    XIN YU DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MASTER    TRANSFEROR: CITADEL SECURITIES LLC C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, L.P.                              GREENWICH CT 06830
SUNKEN LEDGE, LLC                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ROPES & GRAY LLP ATTN: ADAM REISS 1211 AVENUE OF AMERICAS NEW YORK NY 10036-8704
THE ROYAL BANK OF SCOTLAND, PLC         RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
THE ROYAL BANK OF SCOTLAND, PLC         TRANSFEROR: BP CAPITAL ENERGY EQUITY INTERNATIONAL HOLDINGS I, LP ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06910
UBS AG                                  BAHNHOFSTR. 45 ZURICH  8001 SWITZERLAND
UBS AG                                  ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND

Total Number of Records Printed        39
```