UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                              :
In re                                         :        Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :        08-13555 (JMP)
                                              :        (Jointly Administered)
                    Debtors.                  :
                                              :
------------------------------------------------------------------x        Ref. Docket Nos. 15553, 16438,
                                                                           16439, 16691

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On May 12, 2011, I caused to be served the "Notice of Defective Transfer," a sample of
    which is attached hereto as Exhibit A, by causing true and correct copies to be: 1)
    personalized with the transferee, transferor and claim information for the above-referenced
    docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered
    by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
16th day of May, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:     BANCO SABADELL, S.A.
                TRANSFEROR: DEL CARMEN MASSONI PI, MARIA
                PLAZA DE SANT ROC, 20
                SABADELL 08201 SPAIN


Additional:




Transferee:     BANCO SABADELL, S.A.
                PLAZA DE SANT ROC, 20
                SABADELL 08201 SPAIN



**Your transfer   of claim #   57000   is defective for the reason(s) checked below:**

Other                              Wrong Currency
Other                              incorrect currency-docket 15553




Docket Number 15553              Date 03/31/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 12, 2011.

# EXHIBIT B

TIME: 18:17:10
DATE: 05/12/11

PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| BANK JULIUS & CO. LTD | BAHNHOFSTRASSE 36 ZURICH 8010 SWITZERLAND |
| CREDIT SUISSE (GUERNSEY) LIMITED | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE (GUERNSEY) LIMITED | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SILVER POINT CAPITAL FUND, L.P. | C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |

Total Number of Records Printed   12

EPIQ BANKRUPTCY SOLUTIONS, LLC