UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (JMP)
                                                               :   (Jointly Administered)
                         Debtors.                              :
                                                               :
---------------------------------------------------------------x   Ref. Docket Nos. 6246, 16473,
                                                                   16495, 16496, 16498, 16688, 16708,
                                                                   16709, 16713, 16714, 16725, 16729,
                                                                   16734-16738

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 13, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ *Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
16th day of May, 2011

/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 6246, 16473, 16495, 16496, 16498, 16688, 16708, 16709, 16713, 16714, 16725, 16729, 16734-16738_AFF_05-13-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   BANK HAPOALIM B.M.                                BANK HAPOALIM B.M.
      ATTN: DAVID HERTZ & HAROLD J. WEISSLER            PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
      1177 AVENUE OF THE AMERICAS                       ATTN: DOUGLAS R. DAVIS
      NEW YORK NY 10019                                 1285 AVENUE OF THE AMERICAS
                                                        NEW YORK NY 10019

Please note that your claim # 55854-04 in the above referenced case and in the amount of
        $850,000.00           has been transferred **(unless previously expunged by court order)**

        RESTORATION SPECIAL OPPORTUNITIES MASTER LTD. TRADITION ASIEL SECURITI
        TRANSFEROR: BANK HAPOALIM B.M.
        325 GREENWICH AVE- 3RD FLORR
        GREENWICH CT 06830

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 16734     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/13/2011                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 13, 2011.

# EXHIBIT B

TIME: 11:45:35
DATE: 05/13/11
PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| AG SUPER FUND INTERNATIONAL PARTNERS, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ANGELO GORDON & CO., LP 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ALLIANZ INVEST KAPITALANLAGEGESELlSCHAFT MBH 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: EFG BANK AG ATTN: DANIEL CROWLEY; DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: LBVN HOLDINGS, L.L.C. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BOTTICELLI, L.L.C. | TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167 |
| BOVAY & PARTENAIRES S.A | GRAND CHENE 1 LAUSANNE CH-1003 SWITZERLAND |
| BOVAY & PARTENAIRES S.A. | GRAND CHENE 1 LAUSANNE CH-1003 SWITZERLAND |
| BOVAY & PARTENAIRES SA | TRANSFEROR: YERSIN, PAULINE DEGAUTARD ATTN: MR. PASCAL BOVAY RUE DU GRAND-CHENE 1, CP 5473 1002 LAUSANNE SWITZERLAND |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: SPCP GROUP, L.L.C. ATTN: LISA MURRAY & MARISOL CHAPPELL 375 PARK AVENUE 13TH FLOOR NEW YORK NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: SPCP GROUP, L.L.C. ATTN: LISA MURRAY & MARISOL CHAPPELL 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | TRANSFEROR: SPCP GROUP, L.L.C. ATTN: LISA MURRAY & SCOTT HOPSON 375 PARK AVENUE 13TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | TRANSFEROR: SPCP GROUP, L.L.C. ATTN: LISA MURRAY & SCOTT HOPSON 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: TAISHIN INTERNATIONAL BANK 4 New York Plaza 16th Floor New York NY 10004 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10956 |
| LBVN HOLDINGS, L.L.C. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG & BRIAN S. HERMANN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: BARCLAYS BANK PLC P.O. BOX 1641 NEW YORK NY 10150 |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O OAKTREE CAPITAL MANAGEMENT, LP ATTN: ANNETTE SING 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| RESTORATION SPECIAL OPPORTUNITIES MASTER LTD. TRADITION ASIEL SECURITI | TRANSFEROR: BANK HAPOALIM B.M. 325 GREENWICH AVE- 3RD FLORR GREENWICH CT 06830 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SPCP GROUP, L.L.C. | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| SPCP GROUP, L.L.C. | TRANSFEROR: UBS AG STAMFORD BRANCH C/O SILVER POINT CAPITAL FUND, L.P. ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | TRANSFEROR: UBS AG, STAMFORD BRANCH C/O SILVER POINT CAPITAL FUND, L.P. ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH CT 06830 |
| UBS AG | TRANSFEROR: BOVAY & PARTENAIRES S.A ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 8001 ZURICH SWITZERLAND |
| UBS AG | TRANSFEROR: BOVAY & PARTENAIRES S.A. ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 8001 ZURICH SWITZERLAND |
| UBS AG | TRANSFEROR: BOVAY & PARTENAIRES SA ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: CREDIT SUISSE ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH 8001 SWITZERLAND |
| YERSIN, PAULINE DEGAUTARD | 112 AV DES ALPES LA TOUR-DE-PEILZ 1814 SWITZERLAND |
| YORK ASIAN OPPORTUNITIES INVESTMENTS MASTER FUND, L.P. | TRANSFEROR: YORK ASIAN OPPORTUNITIES MASTER FUND L.P. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK ASIAN OPPORTUNITIES MASTER FUND L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: ADAM J. SEMLER, C/O OPERATIONS DEPARTMENT 767 FIFTH AVENUE, 17TH FL NEW YORK NY 10153 |

Total Number of Records Printed     35

EPIQ BANKRUPTCY SOLUTIONS, LLC