B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.</u>,                    Case No. <u>08-13555</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>HBK MASTER FUND L.P.</u> | <u>AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
   HBK Master Fund L.P.
   c/o HBK Services LLC
   2101 Cedar Springs Road, Suite 700
   Dallas, TX 75201

Court Claim # (if known): <u>Claim No. 65880 amending Claim Nos. 17253 and 21854</u>

Amount of Claim as Filed: <u>$6,181,371.04</u>
Amount of Claim Transferred: <u>$6,181,371.04</u>
Date Claim Filed: <u>December 8, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>(214) 758-6107</u>
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J. R. Smith</u>                    Date: <u>May 16, 2011</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

American Express Travel Related Services Company, Inc. ("Assignor"), of 200 Vesey Street, New York, NY 10285, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Assignor has unconditionally and irrevocably sold, transferred and assigned to HBK MASTER FUND L.P., its successors and assigns, with offices at c/o HBK Services LLC, 2101 Cedar Springs Road, Suite 700, Dallas, TX  75201 ("Assignee"), all rights, title and interest in and to the claim of Assignor against **Lehman Brothers Holdings Inc.** (Claim No.: **65880** (as such claim amends previously filed claim numbers 17253 and 21854) in the amount of $6,181,371.04 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Assignee herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 11th day of May, 2011.

**AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.**

By: *Gianni Dimos*
Name: GIANNI DIMOS
Title: COUNSEL


**HBK MASTER FUND L.P.**
By:    HBK Services LLC, its Investment Advisor

By: *Kim Rozman*
Name: KIM ROZMAN
Title: Associate General Counsel