WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
**In re**                                              :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,           :    **08-13555 (JMP)**
:
Debtors.                                       :    **(Jointly Administered)**
:
----------------------------------------------------------------x
:
**In re**                                              :
:    **Case No.**
**LEHMAN BROTHERS INC.,**                              :
:    **08-01420 (JMP) (SIPA)**
Debtor.                                        :
:
----------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR THE
THIRTY-EIGHTH OMNIBUS HEARING ON MAY 18, 2011 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

### I.    UNCONTESTED MATTERS:

1.    Motion of Prudence M. Waltz for Abstention **[Docket No. 15710]**

   Response Deadline:    May 13, 2011 at 4:00 p.m.

   Responses Received:    None.

   Related Documents:    None.

   Status: A stipulation and agreed order will be submitted to the Court.

2.    Lehman Brothers Special Financing Inc.'s Motion for Authorization to (i) Cause 1271 LLC to Issue Classes of Interests, (ii) Sell Interests in 1271 LLC and (iii) Make a Capital Contribution to 1271 LLC **[Docket No. 16299]**

   Response Deadline:    May 11, 2011 at 4:00 p.m.

   Responses Received:

   A.    Statement of Official Committee of Unsecured Creditors In Support of Lehman Brothers Special Financing Inc.'s Motion **[Docket No. 16864]**

   Related Documents:

   B.    Declaration of Daniel Ehrmann in Support of Debtors' Motion **[Docket No. 16300]**

   C.    Supplement to Debtors' Motion **[Docket No. 16664]**

   Status: This matter is going forward.

3.    Debtors' Motion Authorizing the Debtors to Implement Procedures for the Settlement of Avoidance Claims **[Docket No. 16281]**

   Response Deadline:    May 11, 2011 at 4:00 p.m.

   Responses Received:    None.

Related Documents:

    A.    Notice of Filing of Revised Order **[Docket No. 16862]**

Status: This matter is going forward.

4. Debtors' Motion for Authorization to Settle and Satisfy Corporate Franchise Tax Claims of the New York State Department of Taxation and Finance **[Docket No. 16254]**

Response Deadline:    May 11, 2011 at 4:00 p.m.

Responses Received:

    A.    Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion **[Docket No. 16586]**

    B.    Statement of the SIPA Trustee Regarding Debtors' Motion **[Docket No. 16733]**

    C.    Statement of the Ad Hoc Group of Lehman Brothers Creditors **[Docket No. 16742]**

Related Documents:

    D.    Notice of Filing of Revised Order **[Docket No. 16851]**

Status: This matter is going forward.

5. Debtors' Motion to Assume Certain Aircraft Lease Agreements and to Consummate Certain Related Transactions **[Docket No. 3218]**

Response Deadline:    April 17, 2009 at 4:00 p.m.

Responses Received:

    A.    Objection of Official Committee of Unsecured Creditors **[Docket No. 3395]**

Related Document:

    B.    Notice of Filing of Revised Order **[Docket No. 16730]**

Status:  Pursuant to modifications incorporated into the Revised Order, this matter is going forward uncontested.

**MATTERS TO BE HEARD AT 2:00 P.M.**

**ADVERSARY PROCEEDINGS:**

A.   **Lehman Brothers Inc.:**

6.   Giddens v. Citibank, N.A. **[Adversary Case No. 11-01681]**

   **Pre-Trial Conference**

   Related Documents:

         A.   Complaint against Citibank, N.A. **[Docket No. 1]**

         B.   Summons with Notice of Pre-Trial Conference **[Docket No. 2]**

         C.   Scheduling Order and Discovery Plan **[Docket No. 7]**

   Status: This matter is going forward.

B.   **Lehman Brothers Holdings Inc.:**

7.   Kathleen Arnold and Timothy A. Cotten v. Lehman Brothers Holdings Inc. **[Adversary Case No. 11-01540]**

   **Presentment of Order Establishing Briefing and Hearing Schedule**

   Related Documents:

         A.   Presentment of Order Establishing Briefing and Hearing Schedule **[Docket No. 6]**

         B.   Objection to Debtor's Proposed Order Establishing Briefing and Hearing Schedule **[Docket No. 8]**

   Status: This matter is going forward.

8.   The Brooklyn Hospital Center v. Aurora Bank FSB f/k/a Lehman Brothers Bank FSB **[Adversary Case No. 11-01353]**

   **Aurora Bank FSB's Motion to Dismiss Adversary Complaint**

   Related Documents:

         A.   Complaint against Aurora Bank FSB f/k/a Lehman Brothers Bank FSB **[Docket No. 1]**

  B. Aurora Bank FSB's Motion to Dismiss and Brief in Support Thereof **[Docket No. 4]**

  C. Memorandum of Law of The Brooklyn Hospital Center in Opposition to Motion to Dismiss **[Docket No. 8]**

  D. Certification of Lawrence M. Gottlieb, Esq. in Opposition to Motion Hospital Center **[Docket No. 9]**

  E. Aurora Bank FSB's Reply Brief in Further Support of Motion **[Docket No. 11]**

Status: This matter is going forward.

## II. ADJOURNED MATTERS:

### A. Lehman Brothers Holdings Inc.:

9. Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[Docket No. 11513]**

Response Deadline: February 9, 2011 at 4:00 p.m.

Responses Received

  A. Debtors' Objection **[Docket No. 14398]**

  B. Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[Docket No. 14462]**

Related Documents:

  C. Affidavit of Michael E. Busch, Esq. in Support of Motion **[Docket No. 11514]**

  D. Declaration of Christopher Milenkevich in Support of Debtors' Objection **[Docket No. 14454]**

Status: This matter has been adjourned to June 15, 2011 at 10:00 a.m.

10. Motion of Jason T. Taylor for Relief from the Automatic Stay **[Docket No. 14377]**

Response Deadline: June 8, 2011 at 4:00 p.m.

Responses Received: None.

> Related Documents:   None.
>
> Status: This matter has been adjourned to June 15, 2011 at 10:00 a.m.

11. Motion of Phillip Walsh for Relief from the Automatic Stay **[Docket No. 14571]**

> Response Deadline:   June 8, 2011 at 4:00 p.m.
>
> Responses Received:  None.
>
> Related Documents:   None.
>
> Status: This matter has been adjourned to June 15, 2011 at 10:00 a.m.

12. Application of Debtors for Authorization to Employ and Retain Milbank, Tweed Hadley & McCloy LLP, as Special Counsel to the Debtors in Connection with Certain Tax Related Matters **[Docket No. 14811]**

> Response Deadline:   March 18, 2011 at 11:00 a.m.
>
> Responses Received
>
>> A.   Objection of the United States Trustee **[Docket No. 15192]**
>
> Related Documents:   None.
>
> Status: This matter has been adjourned to June 15, 2011 at 10:00 a.m.

13. Motion of Colorado Plaintiffs Authorizing 2004 Examination of Debtors **[Docket No. 15200]**

> Response Deadline:   March 31, 2011
>
> Responses Received
>
>> A.   Debtors' Preliminary Response **[Docket No. 15522]**
>>
>> B.   Debtors' Objection **[Docket No. 15681]**
>
> Related Documents:
>
>> C.   Notice of Proposed Order **[Docket No. 15201]**
>
> Status: This matter has been adjourned to June 15, 2011 at 10:00 a.m.

14. Motion of Colorado Plaintiffs for Relief from the Automatic Stay **[Docket No. 15202]**

    Response Deadline:   April 6, 2011

    Responses Received:

    A.   Debtors' Objection **[Docket No. 15681]**

    Related Documents:   None.

    Status: This matter has been adjourned to June 15, 2011 at 10:00 a.m.

15. Motion of Evangelical Christian Credit Union Pursuant to Section 362(d) of the Bankruptcy Code for Relief from the Automatic Stay **[Docket No. 16259]**

    Response Deadline:   June 8, 2011 at 4:00 p.m.

    Responses Received:   None.

    Related Document:

    A.   Declaration of Michael Boblit in Support of Motion

    Status: This matter has been adjourned to June 15, 2011 at 10:00 a.m.

16. Motion of Giants Stadium LLC for Leave to Conduct Discovery of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004 **[Docket No. 16016]**

    Response Deadline:   May 11, 2011 at 4:00 p.m.

    Responses Received:

    A.   Debtors' Objection **[Docket No. 16680]**

    B.   Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[Docket No. 16683]**

    Related Documents:   None.

    Status: This matter has been adjourned to June 15, 2011 at 10:00 a.m.

B. **Adversary Proceedings:**

17. PT Bank Negara Indonesia (Persero) Tbk v. Lehman Brothers Special Financing, Inc., et al. **[Adv. Case No. 09-01480]**

    **Pre-Trial Conference**

    Related Documents:

    A. Amended Complaint against Citibank, N.A., Lehman Brothers Inc. and Lehman Brothers Special Financing Inc. **[Docket No. 14]**

    B. Answer to Amended Complaint of Defendant Lehman Brothers Special Financing Inc. **[Docket No. 23]**

    C. Answer to Amended Complaint of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. **[Docket No. 24]**

    D. Answer to Amended Complaint of Citibank, N.A. **[Docket No. 25]**

    Status: This matter has been adjourned to June 15, 2011 at 10:00 a.m.

C. **Lehman Brothers Inc.:**

18. Application of the Trustee to Retain and Employ Levine Lee LLP as Special Counsel, Nunc Pro Tunc to May 1, 2011 **[Docket No. 4268]**

    Response Deadline:   May 11, 2011 at 4:00 p.m., extended to May 13, 2011 for certain parties

    Responses Received: None.

    Related Documents: None.

    Status: This matter has been adjourned to June 15, 2011 at 10:00 a.m.

19. Motion for Entry of an Order Approving Settlement Agreement **[Docket No. 4242]**

    Response Deadline:   May 23, 2011 at 4:00 p.m.

    Responses Received: None.

    Related Document:

    A. Notice of Adjournment of Hearing **[Docket No. 4253]**

    Status: This matter has been adjourned to June 23, 2011.

### III. RESOLVED/WITHDRAWN MATTERS:

20. Motion of Merrill Lynch Portfolio Management, Inc. and Merrill Lynch Capital Services, Inc. for Relief from the Automatic Stay **[Docket No. 14857]**

    Response Deadline:    May 11, 2011 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

    A.    Stipulation, Agreement and Order **[Docket No. 16252]**

    Status: A stipulation and agreed order resolving this matter has been entered by the Court.

21. Motion of Cascade Investment, L.L.C. for Leave to Conduct Discovery of (1) the Debtors, and (2) JPMorgan Chase Bank, N.A. **[Docket No. 12120]**

    Response Deadline:    June 8, 2011 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

    A.    Notice of Withdrawal **[Docket No. 16721]**

    Status: This matter has been withdrawn.

22. Motion for Approval of Procedures for Determining the Allowed Amount of Claims filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc. **[Docket No. 16294]**

    Response Deadline:    May 11, 2011 at 4:00 p.m.

Related Document:

  A. Notice of Filing of Revised Proposed Order **[Docket No. 16714]**

  B. Notice of Withdrawal **[Docket No. 16884]**

Status: This matter has been withdrawn without prejudice.

Dated: May 17, 2011
   New York, New York

            /s/ Harvey R. Miller
            Harvey R. Miller

            WEIL, GOTSHAL & MANGES LLP
            767 Fifth Avenue
            New York, New York 10153
            Telephone: (212) 310-8000
            Facsimile: (212) 310-8007

            Attorneys for Debtors
            and Debtors in Possession

Dated: May 17, 2011
   New York, New York

            /s/ Jeffrey S. Margolin
            James B. Kobak, Jr.
            Jeffrey S. Margolin

            HUGHES HUBBARD & REED LLP
            One Battery Park Plaza
            New York, New York 10004
            Telephone: (212) 837-6000
            Facsimile: (212) 422-4726

            Attorneys for James W. Giddens, Trustee for
            the SIPA Liquidation of Lehman Brothers Inc.