UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 17, 2011, I caused a true and correct copy of the Response of Blackrock Fixed Income Global Alpha Fund Ltd. to Debtors' One Hundred Thirty-Second Objection to Claims (Valued Derivative Claims) to be served upon the following by hand delivery:

Weil, Gotshal & Manges LLP
Robert Lemons, Esq.
Penny Reid, Esq.
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Honorable James M. Peck
United States Bankruptcy Court
Southern District Of New York
One Bowling Green
New York, New York 10004

Office of the United States Trustee
for the Southern District of New York
Elisabeth Gasparini, Esq.
Andrea Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Dated: New York, NY
         May 17, 2011

_____
Vitold J. deStronie