UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                                         :
            Debtors.                               :    (Jointly Administered)
-------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Commercial Paper Inc.; Case No. 08-13900 |
| Creditor Name and Address: | Energy Future Competitive Holdings Company and Texas Competitive Electric Holdings Company LLC<br>c/o Hunton & Williams LLP<br>Attn: Jarrett Hale and Jesse Moore<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202 |
| Claim Number (if known): | 0000029630 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | $58,450,533.43 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: *[signature]* | Title:<br>Partner, Hunton & Williams LLP, as Agent for Energy Future Competitive Holdings Company and Texas Competitive Electric Holdings Company LLC |
| Printed Name:<br>Jarrett L. Hale | Dated:<br>April 28, 2011 |



# HUNTON&
# WILLIAMS

HUNTON & WILLIAMS LLP
FOUNTAIN PLACE
1445 ROSS AVENUE
SUITE 3700
DALLAS, TEXAS 75202-2799

TEL   214 • 979 • 3000
FAX   214 • 880 • 0011

JARRETT L. HALE
DIRECT DIAL: 214 • 979 • 2919
EMAIL: jhale@hunton.com

April 28, 2011

FILE NO: 84105-159

*Via Federal Express*

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings
757 Third Avenue, 3rd Floor
New York, NY 10017

Re:   *Lehman Brothers Holdings Inc., et al*; Bankruptcy Case No. 08-13555

Dear Agent:

     Enclosed are an original and one copy of *Withdrawal of Claim* for filing in the above-referenced bankruptcy proceeding on behalf of Energy Future Competitive Holdings Company and Texas Competitive Electric Holdings Company LLC. Please return a file-marked copy of the withdrawal in the enclosed stamped, self-addressed envelope. Thank you for your consideration of this request.

Very truly yours,

*Jarrett L. Hale/vb*

Jarrett L. Hale

JLH/vb
Enclosures