Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Pictet & Cie | Credt Suisse AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Pictet & Cie
Att.: Legal Department
Route des Acacias 60
1211 Geneva 73

Phone: +41583231326
Last Four Digits of Acct #: EOC 93010

Court Claim # (if known): 55829
Date Claim Filed: 10/29/2009
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): USD 40,000

Phone: +41583231326
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 28 April 2011
Transferee/Transferee's Agent
Antoine SALAMOLARD    Nadia GILLIARD

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Ppon PICTET & CIE

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Bank Pictet&Cie** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portions of its claim (**Claim No. 55829), USD 40'000 in nominal amount** related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON MARCH 17, 2011.

**CREDIT SUISSE AG**

By: _____
Name:
Title: Director

By: _____
Name:
Title: Assistant Vice President

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portions of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount |
|---|---|---|---|---|
| XS0337685670 | 55829 | October 29, 2009 | Lehman Brothers UK Capital Funding V LP | USD 40'000 |



Pictet & Cie  
Route des Acacias 60  
1211 Genève 73  
Suisse  
tél. +41 (0)58 323 2323  
fax +41 (0)58 323 2324  
www.pictet.com

Pictet & Cie Banquiers

By registered mail  
Lehman Brothers Holdings Claims  
Processing Center  
c/o EPIQ BANKRUPTCY SOLUTIONS, LLC  
FDR Station, P.O. Box 5076  
New York, NY 10150-5076  
USA

Geneva, 28 April 2011  
Our ref: 1326/AS

Re :    Lehman Brothers Holding Inc., et al., Debtors  
       Chapter 11, Case No. 08.13555 (JMP) (Jointly Administered)  
       **TRANSFER OF CLAIM**

Dear Sirs,

Acting as authorised representatives of Pictet & Cie, we are pleased to request the transfer of a portion of the claim number **55829** filled in the name of Credit Suisse (Transferor) under the claim number **64249** filled in the name of Pictet & Cie (Transferee).

In order to support our transfer request, please find enclosed herewith the following documents duly completed and signed by the Transferor and/or the Transferee :

- Form 210A duly signed by the Transferee;
- Evidence of Transfer of Claim duly signed by the Transferor;
- Schedule 1 to the Evidence of Transfer of Claim

We would be much appreciative if you could acknowledge receipt of the present request and confirm the transfer, either by email (asalamolard@pictet.com), fax (+41583232950), telephone (+41583231326) or post mail to the attention of Mr. Antoine Salamolard, Legal Department.

Should you need any further information, please do not hesitate to contact the above-named.

Yours sincerely,

PICTET & C^IE

Antoine Salamolard          Nadia Gilliard