UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:                                                    Case No.: 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS, INC., *et al.*
                                                          Chapter 11

                              Debtor

-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, _____Kerry Moynihan_____, request admission, *pro hac vice*, before the Honorable \_\_\_\_James M. Peck\_\_\_\_, to represent \_Millennium Marketing & Management Pty, Ltd.\_, a _____creditor_____ in the above-referenced ☒ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of \_\_\_\_\_California\_\_\_\_\_ and, if applicable, the bar of the U.S. District Court for the \_\_\_Central\_\_\_ District of _____California._____

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: May 17, 2011
Los Angeles_____, California

[signature]

*Mailing Address:*
Holme Roberts & Owen LLP
800 West Olympic Boulevard, 4th Floor
Los Angeles, CA 90015
*E-mail address*: kerry.moynihan@hro.com
*Telephone number*: (213) 572-4300

#27156 v1 lax

American LegalNet, Inc.
www.FormsWorkflow.com

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

In re:  
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,

Debtor

Case No.: 08-13555 (JMP)

Chapter 11

------------------------------------------------------------ x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  Kerry Moynihan , to be admitted, ***pro hac vice***, to represent  Millennium Marketing & Management Pty, Ltd.  (the "Client"), a  creditor  in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  California  and, if applicable, the bar of the U.S. District Court for the  Central  District of  California , it is hereby

**ORDERED**, that  Kerry Moynihan , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____  
_____, New York        /s/ _____  
UNITED STATES BANKRUPTCY JUDGE

#27161 v1 lax

American LegalNet, Inc.
www.Forms*Workflow*.com