UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :    (Jointly Administered)
                  Debtors.                      :
                                                :
------------------------------------------------------------------x    Ref. Docket Nos. 16552, 16750,
                                                     16754, 16756, 16757, 16761

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 16, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
17th day of May, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.
ON BEHALF OF FONDO ANTICIPACION CONSERVADOR 2, F.I.
ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO
CIUDAD GRUPO SANTANDER
AVDA. DE CANTABRIA, S/N EDIFICIO PINAR
28660 BOADILLA DEL MONTE
MADRID
SPAIN

SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.
O'MELVENY & MYERS LLP
ATTN: GERALD C BENDER, ESQ.
TIMES SQUARE TOWER
7 TIMES SQUARE
NEW YORK NY 10036

Please note that your claim # 22237 in the above referenced case and in the amount of
$69,886.43    has been transferred **(unless previously expunged by court order)**

BANCO SANTANDER, S.A.
TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.
ATTN: JOSE MARIA MAYORAL
AVDA CANTABRIA S/N, EDIFICIO ENCINAR, PL.O.
28660 BOADILLA DEL MONTE MADRID
MADRID
SPAIN

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 16552    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/16/2011                                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 16, 2011.

# EXHIBIT B

```
TIME: 11:22:20                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 05/16/11                                          CREDITOR LISTING

Name                                    Address
BANCO SANTANDER, S.A.                   TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ATTN: JOSE MARIA MAYORAL AVDA CANTABRIA S/N, EDIFICIO ENCINAR, PL.O.
                                        28660 BOADILLA DEL MONTE MADRID MADRID    SPAIN
DIAMOND FINANCE PLC SERIES 2007-3A      C/O BNY CORPORATE TRUSTEE SERVICES ONE CANADA SQUARE LONDON   E14 5AL UNITED KINGDOM
DIAMOND FINANCE PLC SERIES 2007-3A      MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
DIAMOND FINANCE PLC SERIES 2007-3B      C/O BNY CORPORATE TRUSTEE SERVICES ONE CANADA SQUARE LONDON   E14 5AL UNITED KINGDOM
DIAMOND FINANCE PLC SERIES 2007-3B      MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
FONDAZIONE MONTE DEI PASCHI DI SIENA    ATTN: DOTT. MARCO PARLANGELI, CEO ATTN: DOTT. ATTILIO DI CUNTO, COO VIA BANCHI DI SOTTO, 34 SIENA   53100 ITALY
FONDAZIONE MONTE DEI PASCHI DI SIENA    CADWALADER, WICKERSHAM & TAFT LLP ATTN: FMPS CLAIMS GROUP (WENDY KANE, NICK SHIREN & MARCO CROSIGNANI) ONE WORLD FINANCIAL CENTER
                                        NEW YORK NY 10281
GEROA PENTSIOAK EPSV                    PASEO DE LUGARITZ 27 BAJO SAN SEBASTIAN   20018 SPAIN
GEROA PENTSIOAK, EPSV                   PASEO DE LUGARITZ, 27 BAJO SAN SEBASTIAN   20018 SPAIN
GOLDMAN SACHS LENDING PARTNERS LLC      TRANSFEROR: FONDAZIONE MONTE DEI PASCHI DI SIENA ATTN: JOSE AGUINAGA 200 WEST STREET NEW YORK NY 10282
LEHMAN BROTHERS SPECIAL FINANCING INC.  TRANSFEROR: DIAMOND FINANCE PLC SERIES 2007-3A C/P LEHMAN BROTHERS HOLDINGS INC. ATTN: DERIVATIVES LEGAL
                                        1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020
LEHMAN BROTHERS SPECIAL FINANCING INC.  TRANSFEROR: DIAMOND FINANCE PLC SERIES 2007-3B C/O LEHMAN BROTHERS HOLDINGS INC. ATTN: DERIVATIVES LEGAL
                                        1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020
METHOD INVESTMENTS & ADVISORY LTD       TRANSFEROR: GEROA PENTSIOAK EPSV ATTN: MARCO BORSA 16 BERKELEY STREET LONDON   W1J 8DZ UNITED KINGDOM
METHOD INVESTMENTS & ADVISORY LTD       TRANSFEROR: GEROA PENTSIOAK, EPSV ATTN: MARCO BORSA 16 BERKELEY STREET LONDON   W1J 8DZ UNITED KINGDOM
SANTANDER ASSET MANAGEMENT, S.A.        O'MELVENY & MYERS LLP ATTN: GERALD C BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036
S.G.I.I.C.
SANTANDER ASSET MANAGEMENT, S.A.        ON BEHALF OF FONDO ANTICIPACION CONSERVADOR 2, F.I. ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER
S.G.I.I.C.                              AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID    SPAIN

Total Number of Records Printed          16
```

EPIQ BANKRUPTCY SOLUTIONS, LLC