DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
                                                             :
**In re**                                                    :  **Chapter 11**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*                  :  Case No. 08-13555 (JMP)
                                                             :
         **Debtors.**                                        :  **(Jointly Administered)**
                                                             :
------------------------------------------------------------ x

AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK       )

Laura Saal, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Dewey & LeBoeuf, L.L.P., 1301 Avenue of the Americas, New York, New York 10019.

2. On the 13th of May, 2011, I caused true copies of the following to be served upon the parties listed in the service list attached hereto as Exhibit A, at the addresses set forth therein via Federal Express and served upon the parties listed in the service list attached hereto as Exhibit B, at the addresses set forth therein via Hand Delivery:

- *Limited Objection of Certain Non-Consolidation Plan Proponents and Holders of Structured Instruments Issued or Guaranteed by Lehman Brothers Holdings Inc. to Debtors' Motion Pursuant to Sections 105(a) and 502(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure for Approval of Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc.*
  [Docket No. 16828]

/s/Laura Saal
Laura Saal

Sworn to before me the
17th day of May, 2011

/s/Heather L. Aaronson
Notary Public

HEATHER L. AARONSON
Notary Public, State of New York
No. 01AA6117801
Qualified in New York County
Commission Expires Nov. 1, 2012

**Exhibit A**
**Via Federal Express**

Honorable Jame M. Peck
United States Bankruptcy Court
One Bowling Green
Courtroom 601
New York, NY  10004

Weil Gotshal & Manges LLP
700 Louisana St.
Suite 1600
Houston, TX 77002
Attn: Alfredo Perez

Office of the United States Trustee
Southern District of New York
33 Whitehall Street
21st Floor
New York, New York  10004
Attn: Tracy Hope Davis
Elisabetta Gasparini
Andrea B. Schwartz

## Exhibit B
## Via Hand Delivery

Millbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York  10005
Attn: Dennis Dunne
Dennis O'Donnell
Evan Fleck

White and Case LLP
1155 Avenue of the Americas
New York, NY  10036
Attn: Gerard Uzzi
Christopher Shore

NY3 3087856.1