UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :   (Jointly Administered)
                   Debtors.                                      :
                                                                 :
-----------------------------------------------------------------x   Ref. Docket Nos. 7104, 7108, 7109,
                                                                     12907, 12909, 16759, 16760

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 16, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ *Lauren Rodriguez*
                                                        Lauren Rodriguez

Sworn to before me this
17th day of May, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:   AVISTA CORPORATION
              HOWARD J. WEG
              PEITZMAN, WEG & KEMPINSKY LLP
              10100 SANTA MONICA BLVD., STE. 1450
              LOS ANGELES CA 90067

Additional:

Transferee:   SPCP GROUP, L.L.C AS AGENT FOR SILVER POINT CAPITAL FUND, L.P. AND
              SILVER POINT CAPITAL OFFSHORE FUND, LTD
              ATTNL ADAM J. DEPANFILIS
              660 STEAMBOAT ROAD
              GREENWICH CT 06830

**Your transfer** of claim #  2902   is defective for the reason(s) checked below:

Other                            DKT 6278 REREFERENCED IN TRANSFER NTC IS FOR CLAIM 2901

Docket Number 7104              Date 02/15/10

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 16, 2011.

**EXHIBIT B**

```
TIME: 11:23:16                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 05/16/11                                                    CREDITOR LISTING

Name                                        Address
ADAR INVESTMENT FUND LTD.                   ADAR INVESTMENT MANAGEMENT LLC 156 W. 56TH ST SUITE 801 ATTN: AARON MORSE, COO NEW YORK NY 10019
AVISTA CORPORATION                          HOWARD J. WEG PEITZMAN, WEG & KEMPINSKY LLP 10100 SANTA MONICA BLVD., STE. 1450 LOS ANGELES CA 90067
LEHMAN BROTHERS SPECIAL FINANCING INC.      C/O LEHMAN BROTHERS HOLDINGS INC. ATTN: DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020
LEHMAN BROTHERS SPECIAL FINANCING INC.      TRANSFEROR: DIAMOND FINANCE PLC SERIES 2007-3B C/O LEHMAN BROTHERS HOLDINGS INC. ATTN: DERIVATIVES LEGAL
                                            1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020
SABRETOOTH MASTER FUND, LP                  C/O SABRETOOTH CAPITAL MANAGEMENT, LLC ATTN: BENJAMIN BAKER 405 LEXINGTON AVENUE, 50TH FLOOR NEW YORK NY 10174
SPCP GROUP, L.L.C AS AGENT FOR SILVER       SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTNL ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830
POINT CAPITAL FUND, L.P. AND
SPCP GROUP, L.L.C.                          TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER CAPITAL OFFSHORE FUND, LTD
                                            660 STEAMBOAT ROAD ATTN: ADAM J. DEPANFILIS GREENWICH CT 06830
SPCP GROUP, L.L.C.                          RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, L.L.C. AS AGENT FOR SILVER      SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830
POINT CAPITAL FUND, L.P. AND
SPCP GROUP, LLC. AS AGENT FOR SILVER        POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830
POINT CAPITAL FUND LP AND SILVER
UBS AG                                      ATTN: BERT FUQUA, ESQ. 677 WASHINGTON BLVD. STAMFORD CT 06901
UBS AG                                      BINGHAM MCCUTCHEN LLP ATTN: JOSHUA DORCHAK, ESQ. 399 PARK AVENUE NEW YORK NY 10022

Total Number of Records Printed             12
```

EPIQ BANKRUPTCY SOLUTIONS, LLC