**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

### NINTH SUPPLEMENTAL AFFIDAVIT OF ROBERT JAY MOORE IN CONNECTION WITH RETENTION AND EMPLOYMENT OF MILBANK, TWEED, HADLEY & McCLOY LLP AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS

STATE OF CALIFORNIA    )
                       )  SS.:
COUNTY OF LOS ANGELES  )

      ROBERT JAY MOORE, being duly sworn, says:

      1.      I submit this Ninth Supplemental Affidavit (the "Affidavit") on behalf of

Milbank, Tweed, Hadley & McCloy LLP ("Milbank") as a supplement to the Affidavit of Robert

Jay Moore, sworn to on October 21, 2008 (the "Initial Affidavit"), the First Supplemental

Affidavit, sworn to on November 13, 2008, the Second Supplemental Affidavit, sworn to on

January 30, 2009, the Third Supplemental Affidavit, sworn to on May 29, 2009, the Fourth

Supplemental Affidavit, sworn to on July 20, 2009, the Fifth Supplemental Affidavit, sworn to

on December 23, 2009, the Sixth Supplemental Affidavit, sworn to on March 18, 2010, the

Seventh Supplemental Affidavit, sworn to on May 25, 2010, and the Eighth Supplemental

Affidavit, sworn on November 9, 2010 (collectively, the "Prior Affidavits"),[1] pursuant to

sections 328 and 1103(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as

---

[1]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Prior Affidavits or the Application Of Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., et al., Under 11 U.S.C. § 1103 And Fed. R. Bankr. P. 2014 And 5002, For Order Authorizing Retention And Employment Of Milbank, Tweed, Hadley & McCloy LLP As Counsel, Effective As Of September 17, 2008, dated October 21, 2008 (the "Application") (Docket No. 1165).

amended, the "Bankruptcy Code"), rules 2014 and 5002 of the Federal Rules of Bankruptcy

Procedure, and rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New

York, in connection with Milbank's retention as counsel to the Official Committee of Unsecured

Creditors (the "Creditors' Committee" or the "Committee") of Lehman Brothers Holdings Inc.

and its affiliated debtors in possession (collectively, the "Debtors" and, together with their non-

Debtor affiliates, "Lehman") in the above-captioned chapter 11 cases (the "Chapter 11 Cases").

2.      I am a partner in the Financial Restructuring Group of Milbank and a

member of the Task Force[2] established to oversee the continuing process of identifying to the

fullest extent possible all connections that Milbank, its attorneys, and its employees had in the

past and presently have to the Debtors, Lehman, the Chapter 11 Cases, and the parties in interest

in the Chapter 11 Cases and to gather the information required to complete this Affidavit.  I have

consulted with, and relied upon the input obtained from, the members of the Task Force, and I,

or other members of the Task Force, have knowledge of all facts described herein.

3.      Unless otherwise stated in this Affidavit, I have knowledge of the facts set

forth herein and, if called as a witness, I would testify thereto.[3]  In preparing this Affidavit, I

used the Milbank Disclosure Procedures outlined in the Initial Affidavit and, among other things,

applied those procedures to (i) parties that have appeared, filed pleadings, in or otherwise

participated in the Chapter 11 Cases or related adversary proceedings; (ii) parties involved in

alternative dispute resolution proceedings; (iii) a list of parties generated by Milbank's frequent

internal inquiries; and (iv) a list prepared by the Debtors' counsel and provided to Milbank.

---

[2]      The current members of the Task Force are Thomas A. Arena, David S. Cohen, Alexander M. Kaye, Robert J. Moore, and Risa M. Rosenberg.  Messrs. Arena and Kaye are members of Milbank's Risk Management Committee.

[3]      Certain of the disclosures set forth herein relate to matters not within my personal knowledge, but rather within the personal knowledge of other attorneys and employees at Milbank, and are based on information provided by them to the Task Force.

## Milbank's Retention

4.       The Court authorized Milbank's retention as counsel for the Committee in these Chapter 11 Cases pursuant to the Final Order Under 11 U.S.C. § 1103 And Fed. R. Bankr. P. 2014 And 5002, Authorizing Retention And Employment Of Milbank, Tweed, Hadley & M$^c$Cloy LLP As Counsel To Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., et al., Effective As Of September 17, 2008, entered on November 21, 2008 (Docket No. 1654).

5.       In connection with its retention in these Chapter 11 Cases, Milbank has monitored, and will continue to monitor, its connections with Lehman, the Debtors, their creditors, and other parties in interest, as well as their respective attorneys and accountants.  As set forth in the Prior Affidavits, Milbank intends to continue to file supplemental affidavits regarding its retention as and if any additional relevant information comes to its attention.

## Milbank's Additional Connections with Debtors and Parties in Interest

6.       Based upon the information gathered by the Task Force using the Milbank Disclosure Procedures, to the best of my knowledge the following sets forth the connections, in addition to those disclosed in the Prior Affidavits, that Milbank, its attorneys, and its employees have with regard to the Debtors, their creditors, and other parties in interest in these Chapter 11 Cases as of the date of this Affidavit.

Connections with the Debtors, Counsel, etc.

7.       Except as set forth below and in the Prior Affidavits, to the best of my knowledge:  (a) no Milbank attorney has been, within two years before the date of filing of the Debtors' petitions, a director, officer, or employee of any of the Debtors as specified in subparagraph (C) of section 101(14) of the Bankruptcy Code, and (b) the attorneys of Milbank (i) do not have any connection with the Debtors, the Debtors' creditors known to Milbank, or any

other known party in interest, or their respective attorneys and accountants and (ii) consistent

with Bankruptcy Code section 1103(b), do not represent in connection with these Chapter 11

Cases any other entity having an adverse interest.

8.        Except as set forth in this paragraph, and the related paragraphs in the

Prior Affidavits, to the best of my knowledge, no attorney or employee of Milbank is related to

counsel or accountants to the Debtors and other parties in interest or to the courts of the Southern

District of New York.  In addition to the matters set forth in the Prior Affidavits, certain Milbank

attorneys have relatives, spouses, or domestic partners who are employed by parties in interest in

the Chapter 11 Cases as follows:  (i) the brother-in-law of a Milbank associate is currently

employed by Morgan Stanley; (ii) the mother of a Milbank associate is currently employed as an

accountant at PNC Bank; (iii) the mother of a Milbank associate is currently employed as a

claims processor for Chartis Insurance, an affiliate of AIG; (iv) the father of a Milbank associate

is currently employed by AT&T; (v) the brother-in-law of a Milbank associate is currently

employed at Barclays Capital; (vi) the wife of a Milbank associate is currently employed as a

manger by Deloitte & Touche LLP; (vii) the father of a Milbank associate owns a Ford Motor

Company dealer franchise; (viii) the brother of a Milbank associate is currently employed as an

associate at Shulte, Roth & Zabel LLP; (ix) the brother of  a Milbank associate is currently an

associate at Goldman Sachs; (x) the sister of a Milbank associate is currently an associate at

Simpson Thacher & Bartlett LLP; (xi) the half-brother of a Milbank associate is currently an

associate at Linklaters LLP; (xii) the father of a Milbank associate currently works as the head of

logistics at BAE Systems Plc; and (xiii) the husband of a Milbank partner is a partner at Paul,

Weiss, Rifkind, Wharton & Garrison LLP.  Additionally, (i) a Milbank associate formerly

4

worked as a summer analyst at Lehman;[4] (ii) a Milbank associate formerly worked at Baker &

McKenzie LLP as a summer associate; (iii) a Milbank associate formerly worked as a legal

assistant at Sidley Austin LLP; (iv) a Milbank associate formerly worked as a summer legal

assistant at Kramer Levin Naftalis & Frankel LLP and Stroock Stroock & Lavan LLP; (v) a

Milbank associate formerly worked as an intern at Davis Polk & Wardwell LLP; (vi) a Milbank

associate formerly (a) worked at Oh-Ebashi LPC & Partners, (b) worked as a summer associate

at Skadden, Arps, Slate, Meagher & Flom LLP, and (c) worked as an intern at affiliates of

Shinsei Bank Ltd.; (vii) a Milbank associate formerly worked as a summer associate at Orrick,

Herrington & Sutcliffe LLP; (viii) a Milbank associate formerly worked as a legal intern for

AT&T Services Inc.; (ix) a Milbank associate formerly worked as the assistant to the general

manager at Ford Lincoln Mercury; (x) a Milbank associate formerly worked as a legal assistant

at Dickstein Shapiro LLP; (xi) a Milbank associate formerly worked as a director at Canyon

Capital Realty Advisors; and (xii) a Milbank associate formerly worked as an attorney for

Norton Rose LLP.  Additionally, (i) a Milbank associate, while associated with White & Case

LLP, performed legal services related to the Ad Hoc Group of Lehman Brothers Creditors;[5] (ii) a

Milbank associate, while associated with Allen & Overy LLP, represented (a) MISYS, (b)

Unicredit, (c) Banco de Oro, and (d) Banco Popular in financing transactions with Lehman, and

represented Lehman Brothers Inc. in a transaction; and (iii) an incoming Milbank associate,

while associated with Kirkland & Ellis LLP, represented Silverpeak Legacy Partners, L.P., the

---

[4]  This associate has been completely walled-off from working on any matters related to Milbank's representation of the Committee.

[5]  This associate has been screened from (i) all matters related to any chapter 11 plan of reorganization in the Chapter 11 Cases; and (ii) all matters related to the Ad Hoc Group of Lehman Brothers Creditors.

successor in interest to a non-debtor Lehman entity.[6]  In each foregoing instance the applicable

Milbank attorney and/or employee will not be assigned to any matters in these Chapter 11 Cases

that involve the respective parties in interest, and has been advised in writing of, and directed to

maintain, his or her duty of confidentiality with respect to client matters.

9.    To the best of my knowledge, neither Milbank nor any attorney or

employee at the firm is a creditor, an equity security holder, or an insider of the Debtors, except

as described in the Application and Prior Affidavits.

10.    Milbank currently represents the Committee as a party in an adversary

proceeding (Bankruptcy Case No. 10-3211; District Court Case No. 10-6200 (RMB)) filed by

the Debtors against the United States seeking, among other things, a refund of approximately

$110 million in overpaid taxes and penalties, (the "IRS Litigation").  A third-party subpoena

requesting documents was issued in connection with the IRS Litigation (the "Subpoena") to an

entity that is an existing client of Milbank (the "Other Client") in another matter.  Milbank has

been engaged to assist the Other Client in its response to the subpoena (the "Subpoena

Response").

11.    Milbank believes that Milbank's retention in the IRS Litigation is

permissible under the standards governing Milbank's retention in the Chapter 11 Cases, does

not require additional notice to the Office of the United States Trustee and does not present a

conflict with its retention as counsel to the Committee.  However, out of an abundance of

caution, Milbank sought and received the unanimous consent from the Committee to represent

the Other Client with respect to the Subpoena Response.  Additionally, Milbank has disclosed its

representation of the Committee, generally and with respect to the IRS Litigation, to the Other

---

[6]    This associate has been completely walled-off from working on any matters related to Milbank's
representation of the Committee.

Client.  The Other Client has consented to Milbank's continued representation of the Committee

in the IRS Litigation.  Milbank has established and will continue to use a separate team to handle

the Subpoena Response, the members of which are separated from all Committee matters by a

formal information wall.  In the event that the Subpoena Response or the Other Client's

involvement in the IRS Litigation requires actions beyond the production of documents, Milbank

will (i) notify the Committee and allow it to reconsider its consent, and (ii) supplement its

disclosure as applicable.

        12.     Recently, Milbank was engaged as designated equity participant counsel

to represent a group (the "Group") of equity participants to be identified from time to time in a

particular transaction that involves a private equity fund and that is (except as described below)

entirely unrelated to the Chapter 11 Cases, the Debtors, or any non-Debtor affiliates (the "Equity

Purchase Transaction").  Milbank's engagement is as counsel to the Group, not to the individual

members thereof.  After Milbank's engagement as counsel to the Group, an affiliate of

Neuberger Berman, NB Alternative Advisors LLC ("Neuberger"), joined the Group as an equity

participant.  Neuberger is also represented by separate counsel with respect to the Equity

Purchase Transaction.  Milbank understands that the Committee is not involved in reviewing

Neuberger's proposed Equity Purchase Transaction.  Milbank believes that Milbank's retention

by the Group in the Equity Purchase Transaction is permissible under the standards governing

Milbank's retention in the Chapter 11 Cases, and does not present a conflict with its retention as

counsel to the Committee.  Out of an abundance of caution, Milbank has established and will

continue to use a separate team to handle the Equity Purchase Transaction, the members of

which are separated from all Committee matters related to Neuberger by a formal information

wall.

13.     As described in the Application and Prior Affidavits, Milbank has agreed not to seek to collect from Lehman, subject to approval by the Bankruptcy Court of its retention as counsel to the Committee, any amount owing to Milbank by Lehman for accrued and unpaid fees for services rendered or reimbursement for expenses incurred (whether or not billed) as of the Initial Petition Date.  Without limiting the foregoing, Milbank reserves the right to seek payment directly from third parties who may be liable to pay such amounts with respect to the applicable transaction, but agrees that it shall not seek payment from any such third party to the extent that, to the knowledge of Milbank, such third party has a contractual right to seek reimbursement or indemnity from a Lehman Entity on account of a payment to Milbank. Milbank also reserves the right to retain financial advisors and other professionals retained by the Debtors in these Chapter 11 Cases on unrelated matters.

Connections with Creditors and Other Parties in Interest, Counterparties

14.     Using information in the Database and by making specific inquiries of Milbank personnel, Milbank attorneys under the supervision of the Task Force verified that, except as set forth below and in the Prior Affidavits, Milbank does not represent in connection with these Chapter 11 Cases any entity known by Milbank to be a creditor of, or counterparty in a transaction with, the Debtors or other person or entity that has appeared as a creditor in these Chapter 11 Cases.

15.     Upon information and belief, Milbank represents certain former employees and/or members of their immediate family in preparing wills or other estate planning matters in such persons' individual capacities.

16.     Exhibit A sets forth a list of entities that were searched in connection with this Affidavit (the "Seventh Supplemental Potential Party List"), and includes entities that have appeared as creditors or parties in interest in the Chapter 11 Cases or related proceedings, or that

have been involved in transactions and other matters involving the Debtors since the Initial

Petition Date.  Exhibit B to this Affidavit sets forth a list of the current and former clients of

Milbank that was generated in connection with the Seventh Supplemental Potential Party List.[7]

To the extent that the interests of the Creditors' Committee and a known Milbank client in an

unrelated matter give rise to a conflict in respect of Lehman, Milbank either will procure a

waiver from such client or the conflicts matter will be handled by Conflicts Counsel.

[Remainder of Page Intentionally Left Blank]

---

[7]    To the extent parties in interest or their affiliates have already been searched and their relationships, if any, disclosed in connection with the Prior Affidavits and the Exhibits thereto and Milbank has not discovered any change in their relationships, such parties and their relationships are not disclosed in the Exhibits hereto.

17.    Milbank is carrying on further inquiries of its partners, counsel, and associates with respect to the matters contained herein and in the Prior Affidavits.  As indicated above, Milbank will file supplemental declarations as and if any additional relevant information comes to its attention.


_____
ROBERT JAY MOORE

Sworn to before me this *13th* day
of *May*

_____

BONITA J. PAUL
Commission # 1779251
Notary Public - California
Los Angeles County
My Comm. Expires Nov 10, 2011

## **EXHIBIT A**[1]

## **Potential Parties In Interest**

---

[1] Certain parties in interest were re-searched to assess whether any connections arose since the filing of the Prior Affidavits.

1. 1301 Properties Owner LLC
2. 4 Connections LLC
3. A De Lang
4. A.M. McGregor Home
5. A/P Hotel LLC
6. AAM Heinemann (Drs)
7. Aargauische Kantonalbank
8. Abelmen & Associates Limited
9. ABN Amro Bank
10. Abu Dhabi National Energy
11. AC Nielsen Company
12. Access Asia Investment Holdings (BVI) Ltd
13. ACE America Insurance Company
14. ACE Bermuda Insurance Ltd.
15. Achorage Short Credit Offshore Master Fund II LP
16. Acronis Inc
17. ACTIV Financial Systems inc
18. ACTS Retirement-Life Communities, Inc.
19. Adolfo Fernandez Tremps
20. Adolfo Ramiro Fernandez
21. Advanced Portfolio Technologies Inc
22. Aegis Mortgage Corporation
23. AFD Contract Furniture Inc
24. Aggregating Trust 1 LLC
25. Aggregating Trust 10 LLC
26. Aggregating Trust 2 LLC
27. Aggregating Trust 3 LLC
28. Aggregating Trust 4 LLC
29. Aggregating Trust 5 LLC
30. Aggregating Trust 6 LLC
31. Aggregating Trust 7 LLC
32. Aggregating Trust 8 LLC
33. Aggregating Trust 9 LLC
34. Agilysys Nj Inc
35. Aida Maria Arnaiz Lopez
36. Airlie Opportunity Master Fund Ltd
37. AJ Friedrich
38. AJF Holding BV
39. AKF Engineers LLP
40. Aktiengesellschaft
41. Albridge Solutions, Inc.
42. Alex E Booth, Jr.
43. Alexander Leytman
44. Alix Egloff
45. Alliance Laundry Equipment Receivable Trust 2005-A
46. Alliance Resource Operating
47. Allianz Global Investors France SA
48. Allstate Life Insurance Company
49. Alpha Office Supplies Inc
50. Alpiq f/k/a AARE-TESSIN
51. AM Best Company
52. AMBAC Credit Products LLC
53. Amber Master Fund (Cayman) SPC
54. American Family Life Assurance Company Of Columbus
55. AmeriMax Mortgage, LLC
56. Ameritust Home Mortgage, LP
57. Amit K Sarkar
58. Amuala SL
59. Ana Serratosa Lujan
60. Anchorage Crossover Credit Offshore Master Fund
61. Anchorage Short Credit Offshore Master Fund Ltd
62. Andreas Brandes
63. Andromeda Global Credit Fund Ltd
64. Angelina Ozores Ozores
65. Ann E Stradmeijer
66. Anne-Marie Oliveri
67. Anthracite Balanced Company (R-26) Limited
68. Anthracite Balanced Company 46 Limited
69. Anthracite Investments (Ireland) PC
70. Anthracite Related Invesments (Cayman) Limited
71. Antonio Redon Castaner
72. Antonio Vilchez Moleon
73. Aperture Technologies
74. Applebees
75. Arche Master Fund LP
76. Archon Bay Capital LLC
77. ARCS Commercial Mortgage Co., L.P.
78. Arent Fox LLP
79. Aristeia International Limited
80. Aristeia Master LP
81. Aron Oliner
82. Arthur T Bent c/o Reserve Management Company
83. ASA McJunkin Red Man Corp(F/K/A McJunkin Corp)
84. Asian CRC Hedge Fund
85. Asian Multi Finance Hedge Fund
86. Asian SBC Hedge Fund
87. Asian Special Finance Hedge Fund
88. Aspecta Assurance International Luxembourg SA
89. Aspen Creek Financial Advisors LLC

90. Astrea LLC
91. Atlantic Forms and Systems Inc
92. Audio Incorporated Sound System Design Installation & Rental
93. Automated Business Development Corporation
94. Automated Securities Clearance Ltd
95. Avatar Financy Pty Ltd
96. Axel Siepmann
97. Axis – ACM Inc
98. Ayco Services Agency Inc
99. Bacar Constructors Inc
100. Bacharach Inc
101. Baker & Hostetler LLP
102. Balcomb & Green PC
103. Balestra Capital Partners LP
104. Banca del Piemonte SPA
105. Banca di San Marino SpA
106. Banca Euromobiliare (Suisse)
107. Banca Fideuram SpA
108. Banca Infrastrutture Innovazione Sviluppo SPA
109. Banca Intesa San Paolo
110. Banca Popolare dell' Alto Adige Soc coop pa
111. Banco di Credito Cooperativo Signa
112. Banco di Desio e della Brianza SpA
113. Banco di Napoli SpA
114. Banco Santander (Suisse) SA
115. Banesco Banco Universal
116. Bank of America Trust and Banking Corporation (Cayman) Limited
117. Barbara Peonio
118. Barry W. Ridings
119. Baxter International Inc
120. BB&T Investments
121. BE Smith
122. BE Smith & Others
123. Becker Glynn Melamed & Muffly LLP
124. Begoa Serratosa Lujan
125. Beheermaatschappij Riksen BV
126. Beneficiaries of North Star Trust Company Title Holding Land
127. Benesch Fiedlander Coplan & Arnoff LLP
128. Benito Vazquez Fernandez
129. Beryl Finance Limited Series 2005-10
130. Beryl Finance Limited Series 2005-12
131. Beryl Finance Limited Series 2005-15
132. BG Americas & Global LNG
133. BG Energy Merchants LLC

134. BHL Capital Partners LP
135. BI OEI
136. Bickerton Lee Dang & Sullivan LLP
137. Bih Li & Lee
138. BIM Torino
139. BIM Vita SpA
140. Binder Trust Limited
141. BKS Claims LLC
142. Black River Commodity Energy Fund LLC
143. Black River Commodity Fund Ltd
144. Black River Commodity Select Fund Ltd
145. Black River Convertible Bonds and Derivatives Fund
146. Black River EMCO Master Fund Ltd
147. Black River Emerging Markets Credit Fund Ltd
148. Black River Emerging Markets Fixed Income Fund Ltd
149. Black River Fixed Income Relative Value Fund Ltd
150. Black River Global Credit Fund Ltd
151. Black River Global Equity Fund Ltd
152. Black River Global Investments Fund Ltd
153. Black River Municipal Fund Ltd
154. BLP Abogados
155. Blue Chip Multi-Strategy Master Fund LP
156. Blue Heron Micro Opportunities Fund LLP
157. BlueGate Partners LLC
158. BlueMountain Credit Alternatives Master Fund LP
159. BlueMountain Equity Alternatives Master Fund LP
160. BlueMountain Timberline Ltd
161. BNP Paribas
162. BNP Paribas, London Branch
163. Board of Education of the City of Chicago
164. Bonchonsky & Zaino LLP
165. Bonelli Erede Pappalardo
166. Bouef Limited
167. Boultbee (Helsinki) AB
168. Boultbee (Vasteras) AB
169. Boussard & Gavaudan Fund PLC
170. BP Capital Energy Equity Fund LP
171. BP Capital Energy Equity Fund Master II LP

172. BP Capital Energy Equity International Holdings I
173. BP Capital Energy Fund LP
174. Bremer Financial Corporation A-3
175. Bremer Landesbank Kreditanstalt Oldenburg-Gorzentrale-Domshof 26
176. Brent D Boger
177. Brian Monahan
178. Brickman Group Holdings Inc
179. Brigadier Capital Master Fund Ltd
180. Brigatta von Wendorr
181. Broad & Cassel
182. Brookdale Senior Living
183. Bruce R Bent
184. Bryant University
185. Bundesanstalt fur Finanzdienstleistungsaufsicht (BaFin)
186. Bundesverband deutscher Banken eV
187. Bunge SA
188. Caja de Ahorros de Vigo
189. Caja De Credito De Los Ingenieros SCC
190. Calabri Elena
191. California Department of Water Resources
192. California Winery Worker's Pension Trust Fund
193. Cantor Fitzgerald Securities
194. Canyon Value Realization Fund (Cayman), Ltd.
195. Carlos Manala
196. Carlos Quintero Abella
197. Carlton Communications Ltd
198. Carnegie Bank A/S
199. Carol Braunwarth
200. Cassa di Risparmio di Parma e Piacenza
201. Cassa di Risparmio di Ravenna SpA
202. Cassa Di Risparmio Di Saluzzo SPA
203. Cathay United Bank
204. CBW LLC
205. CCP Credit Acquisition Holdings LLC
206. CEAGO ABS CDO 2007-1 Ltd.
207. Centerbridge Special Credit Partners LP
208. Central European Industrial Development Company
209. Central European Media Enterprises Ltd
210. Chadwick W Cook
211. Chan Sing Cheung
212. Chau Kam Man
213. Chauny SA
214. Chesapeake
215. Chevron USA Inc

216. Chiang Wai Man Vivian
217. China Minsheng Banking Corp., Ltd
218. Christina Schowalter
219. Chui Fung Ming Sandra
220. Chun Rair & Yoshimoto LLP
221. Cinemark USA Inc A-4
222. Citadel Equity Fund Ltd
223. Citibank Europe plc
224. Citibank International PLC
225. Clayton Fixed Income Services Inc
226. Clearwater Capital Partners
227. Clifford Kraus
228. Clyde C Crockett
229. CM Tennant
230. CNP Assurances
231. Coblentz Patch Duffy & Bass LLP
232. Collins Steward (CL) Ltd
233. Compagnie Financiere Tradition SA
234. Company I Ameren Resources Gen Co
235. Compliance Data Center Inc
236. Computer Associates International Inc
237. Comunitas Vorsorgestiftung
238. Conduit Capital Markets Ltd
239. Confederacion Espanola de Cajas de Ahorros
240. Constellation Capital Management LLC
241. Continental AG I Continental
242. Core Laboratories LP
243. CortalConsors SA German Branch
244. Countrywide Home Loans
245. County of Ventura
246. Credit Opportunity Associates LLC
247. Credit Suisse Credit Strategies Liquidating Trust
248. Credit Suisse Credit Strategies Master Fund Ltd
249. Credit Suisse Loan Funding LLC
250. Credito Emiliano SpA
251. Credito Privato Commerciale SA
252. CT Corporation a Wolters Kluwer Business
253. CWABS Asset Backed Certificates Trust 2006-BC2
254. CWABS Asset Backed Certificates Trust 2006-SD4
255. Cynthia Swabsin
256. Cyrus Opportunities Master Fund II Ltd
257. Cyveillance
258. DAB Bank AG
259. Daiwa Securities Capital Markets Co Ltd

| | |
|---|---|
| 260. | Daniel J Ebbert |
| 261. | Darby Financial Products |
| 262. | Dav-el Reservations |
| 263. | David J Brooks |
| 264. | David Marks QC |
| 265. | Davy Darren |
| 266. | DBRS Inc |
| 267. | DCI Long-Short Credit Fund |
| 268. | De Lochtenberg Beheer BV |
| 269. | DE Shaw Dihedral Portfolios LLC |
| 270. | Debt II Austin |
| 271. | Deerfield Capital LLC |
| 272. | Deerfield Relative Value Ltd |
| 273. | Del Mar Master Fund Ltd |
| 274. | Delek US Holdings Inc |
| 275. | De'Longhi Capital Services SRL |
| 276. | Delta Airlines A-5 |
| 277. | Denver Public Schools Retirement System |
| 278. | DEPFA Bank PLC |
| 279. | Deutsche Bank SA/NV |
| 280. | Deutsche Hypothekenbank (Actien Gesellschaft) |
| 281. | Deutsche Pfandbriefbank AG |
| 282. | Dexia Bank Internationale a Luxembourg SA |
| 283. | Dexia Banque Belgique SA |
| 284. | DGWB Inc |
| 285. | Diakon Lutheran Social Ministries |
| 286. | Diamond Notch Opportunities Master Fund Ltd |
| 287. | Dickstein Shapiro LLP |
| 288. | Diener Investments LP |
| 289. | Ding Xiafen |
| 290. | Diversified Global Graphics Group DG3 |
| 291. | Division of Taxation for Corporation Tax (State of Rhode Island and Providence Plantations) |
| 292. | DMR Structured Arbitrage Master Fund Ltd |
| 293. | Doeke C Faber |
| 294. | Don Wing Liang |
| 295. | Doppenberg AFJ |
| 296. | Dow Corning Corporation |
| 297. | Drawbridge Global Macro Commodities Ltd |
| 298. | Dresdner Bank (Switzerland) Ltd |
| 299. | Dresdner Kleinwort Group Goldings LLC |
| 300. | DRRT FBO HANSAINVEST Hanseatische Investment GmbH |

| | |
|---|---|
| 301. | DTZ Rockwood LLC |
| 302. | DuPont Capital Management |
| 303. | E Schuddeboom |
| 304. | EAC Partners Master Fund Ltd |
| 305. | ECP International SA |
| 306. | Edmond Reymen |
| 307. | EF Securities LLC |
| 308. | EFG Bank AG |
| 309. | Eitan Lavie Adv |
| 310. | Eleuterio Gonzalez Alvarez |
| 311. | Elizabeth Colon Lopez |
| 312. | Elizabeth DiLiegghio |
| 313. | Elizabeth Rodriguez-Colon |
| 314. | Elizabeth Yee |
| 315. | Ellington Credit Fund Ltd |
| 316. | Ellington Mortgage Fund S/C Ltd |
| 317. | Ellington Mortgage Partners LP |
| 318. | Ellington Special Opportunities Ltd |
| 319. | Elliot Management Corporation |
| 320. | EM Opportunities Bond Fund Inc |
| 321. | Emad Morrar |
| 322. | Emil Werr |
| 323. | Empire State Carpenter Pension Plan |
| 324. | EnBW Trading GmbH |
| 325. | Energy Income and Growth Fund |
| 326. | ENERGY TRADING CORP.) |
| 327. | eni SpA (f/k/a Societa Finanziaria Eni SpA) |
| 328. | Enterprise Solution Providers Inc |
| 329. | Epiq |
| 330. | EPSV Araba Eta Gasteizko Aurreski Kutxa III |
| 331. | EPSV Araba Eta Gasteizko Aurreski Kutxa IV |
| 332. | Eric Kok |
| 333. | Eskaton Properties |
| 334. | ESP Funding I, Ltd. |
| 335. | Espin & Alter LLP |
| 336. | Estate of Edwin Jacobson |
| 337. | Esteban Gonzalez Gasch |
| 338. | Esteban Hijos Raubert |
| 339. | Eugene Greene |
| 340. | Eurohypo AG New York Branch |
| 341. | Euromix Sicav SA |
| 342. | Eurovita Assicurazioni SPA |
| 343. | Evelyn Clair |
| 344. | Evelyn I Wheeler |
| 345. | Everest Capial Asia Fund LP |
| 346. | Everest Capial Emerging Markets Fund LP |
| 347. | Evergreen Core Bond Trust |

4

| | |
|---|---|
| 348. | Evergreen High Income Fund |
| 349. | Evergreen Income Advantage Fund |
| 350. | Evergreen Intermediate Bond Trust |
| 351. | Evergreen Long Duration Trust |
| 352. | Evergreen Multi-Sector Income Fund |
| 353. | Evergreen Select high Yield Bond Trust |
| 354. | EXLservice Holdings Inc |
| 355. | Export Development Canada |
| 356. | Fabio Castrovillari |
| 357. | Fabio Liotti |
| 358. | Factiva Limited |
| 359. | Fairway Fund Limited |
| 360. | FBE Limited |
| 361. | FBN Securities Inc |
| 362. | FCCD Limited |
| 363. | FCDB LBU 2009 LLC |
| 364. | FCDB LBU LLC |
| 365. | FCOMA LBU LLC |
| 366. | Federal Deposit Insurance Corporation as Receiver of Westernbank Puerto Rico |
| 367. | Federal National Mortgage Association |
| 368. | Fenway Capital LLC |
| 369. | Fenway Funding LLC |
| 370. | Fernando Alaix Idoate |
| 371. | Fidelity Balanced Fund |
| 372. | Fidelity Capital Markets Services A-6 |
| 373. | Field Point IV Sarl |
| 374. | Finlandia Group plc |
| 375. | Finmaser Diversifacin SL |
| 376. | Firma Modena Financing SA |
| 377. | First Franklin |
| 378. | First Franklin Mortgage Loan Trust |
| 379. | Fondazione Cassa di Risparmio di Imola c/o Sciume & Associati |
| 380. | Fondazione Cassa Risparmio della Spezia |
| 381. | Fondazione Enasarco |
| 382. | Fondo Pensione Per Il Personale Della Banca Di Roma |
| 383. | Forest City Capital Corporation |
| 384. | Forest Hills Trading Ltd c/o Curacao Int Trust |
| 385. | Forest Holdings Inc |
| 386. | FPB Bank Inc |
| 387. | FPCM Inflation-Linked Opportunities Fund Limited |
| 388. | Francisco Coca Vano |
| 389. | Frank Russell Company |
| 390. | Frank Smejkal |
| 391. | Frazee LLC |

| | |
|---|---|
| 392. | Frederic Verhoeven Trustee for Lehman Brothers Treasury Co BV |
| 393. | Front Capital Ltd |
| 394. | Frontier Drilling ASA |
| 395. | Frontier Drilling USA Inc |
| 396. | Fuji Shinkin Bank |
| 397. | Gabriele Stahl |
| 398. | Gallery QMS Master Fund Ltd |
| 399. | Garadex Inc |
| 400. | Gartner Group Inc |
| 401. | Gemstone CDO VII |
| 402. | Genworth Life Insurance Company (f/k/a General Electric Capital Assurance Corporation) |
| 403. | Georg Degelmann |
| 404. | George Kleinman |
| 405. | Geraldine Ponto |
| 406. | GFI Securities Ltd |
| 407. | Giants Stadium LLC |
| 408. | Gilbert Amster |
| 409. | Giorgio Marinelli |
| 410. | GJ Cleijpool |
| 411. | GLG Market Neutral Fund |
| 412. | Global Credit Hedge Fund |
| 413. | Global Opportunity Master Fund Ltd |
| 414. | Global Thematic Opportunities Fund LP |
| 415. | Gloria K Berkwits |
| 416. | GMAC Mortgage LLC |
| 417. | Godfrey & Kahn. |
| 418. | GoldenTree Distressed Debt Fund LP |
| 419. | GoldenTree Distressed Debt Master Fund LP |
| 420. | Gong Cheng Hsiung |
| 421. | Good Steward Trading SPC |
| 422. | Gosford City Council |
| 423. | Gotham Technology Group |
| 424. | Grassi Marco |
| 425. | Green Valley Ranch Gaming LLC A-7 |
| 426. | Greenbrier Petroleum Corp |
| 427. | Greenline Financial Technologies Inc |
| 428. | GREYSTONE 2006-3 |
| 429. | Groupama Asset Management |
| 430. | GTAM Fund I Ltd |
| 431. | Hain Capital Group LLC |
| 432. | Hakone Fund II |
| 433. | Hanjin Shipping Co Ltd |
| 434. | Hanna Shram |
| 435. | Harbourview |
| 436. | Harbourview CDO I11 Limited |
| 437. | Harrier Finance Limited |
| 438. | Harris Williams & Co |

| | |
|---|---|
| 439. HBK Capital Management | 485. IMPAC |
| 440. He Ping | 486. IMPAC Secured Assets Trust |
| 441. Headstrong Services LLC | 487. Inconit Corporation |
| 442. Heike Goetz | 488. Indian Pacific Ltd |
| 443. Heinz Fiebiger | 489. Infusion Development Corp |
| 444. Helena Gonzalez Gasch | 490. ING Group |
| 445. Herzfeld & Rubin PC | 491. Institutional Benchmarck Series (Augustus Conv Arb) |
| 446. Hewlett Packard Company | 492. Institutional Benchmarck Series (Centaur Seg Acct) |
| 447. High Lodge | 493. Institutional Benchmarck Series (Taks Seg Acct) |
| 448. Hillside Apex Fund Limited | 494. Institutional Benchmarck Series [Augustus Global] |
| 449. Hilton Hotels Corporation n/k/a Hilton Worldwide Inc | 495. Integreon Managed Solutions |
| 450. Hiroshima Bank Ltd | 496. Integrys Energy Services Inc |
| 451. HLH Partnership | 497. Intelsat Jackson (FKA Bermuda) A-8 |
| 452. Ho Kam Yuen | 498. Inter-American Development Bank |
| 453. Hodgson Russ LLP | 499. International Bank for Reconstruction and Development |
| 454. Hoegen & Associates PC | 500. International Legal Counselors Thailand Ltd |
| 455. Holger Jackisch | 501. Internationale Kapitalanlagegesellschaft mbH |
| 456. Holland & Knight LLP | 502. Intersil Europe SaRL Inc |
| 457. Horizon House | 503. Intersil Holding GmbH |
| 458. Horizon II International Limited | 504. Intersil Investment Company |
| 459. Howard Terry | 505. Intesa Sanpaolo SpA |
| 460. HSBC | 506. Invardia SL |
| 461. HSH Nordbank AG Luxembourg Branch | 507. Inversiones Esser 2007 SL |
| 462. Hua An International Balanced Fund | 508. Investcorp Fixed Income Relative Value |
| 463. Humerick Environmental Constructions Inc | 509. Investcorp Interlachen Multi-Strategy Master Fund Limited |
| 464. Hunt Leibert Jacobson PC | 510. Investcorp Silverback Arbitrage Master Fund Ltd |
| 465. Huron Consulting Group LLC | 511. Investec Capital Accumulator Trust Limited |
| 466. Hybrid Capital KK | 512. Investec Funds Series IV - Capital Accumulator Fund |
| 467. Hypo Alpe-Adria Bank International AG | 513. Irish Life and Permanent plc |
| 468. Hyposwiss Privatbank AG | 514. Iron Mountain Digital Archives |
| 469. ICAP Securities Limited 1078 | 515. Iron Mountain Records Management |
| 470. Iconix Brand Group | 516. Ironbridge Poperty Owners Association |
| 471. Ie She Hoen | 517. Jack L Rivkin |
| 472. Ignace Van Overbeke | 518. Jackson Lewis LLP |
| 473. Ignis Asset Management | 519. Jacob Chang |
| 474. III Credit Bias Hub Fund Ltd | 520. Jaime Garcia-Mila Palaudarias |
| 475. III Enhanced Credit Bias Hub Fund Ltd | 521. James P Quismorio |
| 476. III Finance Ltd | 522. James Scellato |
| 477. III Global Ltd | 523. Jamie Desmond |
| 478. III Relative Value Credit Strategies Hub Fund Ltd | 524. Janet Maker |
| 479. III Relative Value/Macro Hub Fund Ltd | |
| 480. III Select Credit Hub Fund Ltd | |
| 481. IKB International SA | |
| 482. Ikon Office Solutions Inc | |
| 483. Illiquidix Ltd | |
| 484. ILOG Inc | |

| | | | | |
|---|---|---|---|---|
| 525. | Jarett Wait | | 575. | Kathryn K Secrest |
| 526. | Jason Siner | | 576. | Katten Muchin Rosenman LLP |
| 527. | Javier Sanglas Camps | | 577. | KC CLO I |
| 528. | JC Spilt | | 578. | KC CLO II |
| 529. | Jeanes Hospital | | 579. | Kelly Fryer |
| 530. | Jeffery Peter Onions QC | | 580. | Kelly Matthew Wright |
| 531. | Jesus Soler Linares | | 581. | Kempner International Ltd |
| 532. | Jiansheng Jensen Shen | | 582. | Kenneth L Kresse |
| 533. | JM Van der Sande | | 583. | Kepner Tregoe Inc |
| 534. | Jo Beth Nicoll | | 584. | Key Systems |
| 535. | JoAnne Beachy | | 585. | KfW (a/k/a Kreditanstalt fuer |
| 536. | Johann Bartl | | | Wiederaufbau) |
| 537. | John Dmuchowski | | 586. | King Street Capital  LP |
| 538. | John Hancock II Strategic Bond Fund | | 587. | King Street Capital Master Fund Ltd |
| 539. | John Leivaditis | | 588. | Klavins & Slaidins A-9 |
| 540. | John Palchynsky | | 589. | Kle Euribor Prime |
| 541. | John R Carlson | | 590. | Knighthead Master Fund LP |
| 542. | John Rose Jr | | 591. | Koch Financial Corporation |
| 543. | John Rowlands | | 592. | Koch Supply & Trading SARL |
| 544. | John Tsui | | 593. | Koch Supply & Trading, LP |
| 545. | Jordan International Bank PLC | | 594. | Kontrabecki Group Limited Partnership |
| 546. | Jose Bertran Alcalde | | 595. | Kraus Partner Investment Solutions AG |
| 547. | Jose Enrique Villanueva Toran | | 596. | Krebsbach & Snyder PC |
| 548. | Jose Gine Davi | | 597. | Kurt Wolf |
| 549. | Jose L Jove Vintro | | 598. | Labarge Pipe & Steel Company |
| 550. | Jose Louis Pedraza Llanos | | 599. | Lafrance Hughes |
| 551. | Jose Luis Lafuente Bel | | 600. | Lafrance Martine |
| 552. | Jose Luis Ruiz | | 601. | Lai-han Cheung |
| 553. | Jose M Matellanes Martin Mateos | | 602. | Lam Sau Ling |
| 554. | Jose Manuel Grana Molares | | 603. | Lam Ying Choi |
| 555. | Josef Hoette | | 604. | Lansforsakring Kronoberg |
| 556. | JQ Network PTD Limited 1082 | | 605. | Lawrence E McCarthy |
| 557. | Juan Antonia Terrasa Pou | | 606. | LB Holdings Intermediate 2 Ltd |
| 558. | Juan Jose Perez Ruiz de Torres | | 607. | LB Maritim Investor |
| 559. | Juan Juanals Garcia | | 608. | LBBW Asset Management |
| 560. | Juan M Sanmarti Aulet | | | Investmentgesellschaft MBH |
| 561. | Juana M Sanchez Lafuente Mariol | | 609. | LBPS Holding Co |
| 562. | Judson | | 610. | LCF Select Offshore Ltd |
| 563. | Julian Iragorri | | 611. | LCG Select LLC |
| 564. | Julian Sutton | | 612. | Lee Ho Yi Linda |
| 565. | Julianne Salvatore | | 613. | Leonard E Narel |
| 566. | Julie Verstraete | | 614. | Leung King Sang |
| 567. | June L Carlson | | 615. | LGT Bank (Switzerland) Ltd |
| 568. | Juris Law Offices | | 616. | LH1140 |
| 569. | K2 Diversified Portable Alpha Fund II | | 617. | Liam Holdings Inc |
| | LTD | | 618. | LibertyView Arbitrage Fund LP |
| 570. | Karen Theresa Reinike | | 619. | LibertyView Capital Management LLC |
| 571. | Kari Meltzer | | 620. | LibertyView Credit Opportunities Fund |
| 572. | Karl Ernsdoerfer | | 621. | LibertyView Credit Select Fund LP |
| 573. | Karl Joseph Thoma | | 622. | LibertyView Focus Fund LP |
| 574. | Katalin Tischhauser | | 623. | LibertyView Funds LP |

| | | | | |
|---|---|---|---|---|
| 624. | Lidia Gallen Raluy | | 667. | Macquarie Bank Limited |
| 625. | Lilith Ventures Ltd | | 668. | Magnus Scaddan |
| 626. | LIM | | 669. | Maheswora N Baidya |
| 627. | Limtong Manuel Tan | | 670. | Mandel Katz & Brosnan LLP |
| 628. | Lin Hsien Hsing | | 671. | Mannheimer Swartling Advokatbyrå Ab |
| 629. | Lin Lai Chao Yin | | 672. | Manuel Alvaro Guimaraes Gomes |
| 630. | Lin Wu Chuch | | 673. | Manuel Oriol de Mingo |
| 631. | Lin Yu Tang | | 674. | MAP84 Segregated |
| 632. | Lin Yu Ting | | 675. | Marfin Popular Bank Public Company |
| 633. | Lindsay Owen | | 676. | Maria Concepcion de Aguirre Torres |
| 634. | Liquid Engines Inc | | 677. | Maria Jose Albareda Costa |
| 635. | Liquidity Solutions Inc | | 678. | Maria Montserrat Cabre Rabada |
| 636. | Lloyd's London and Companies | | 679. | Maria Teresa Sanz Gareta |
| 637. | LM ISIS Opportunities Master Fund Ltd | | 680. | Marie Hunter |
| 638. | LMA SPC for and on behalf of MAP 84 Segregated Portfolio | | 681. | Maritta Knoller |
| | | | 682. | Mark Glasser |
| 639. | LMA SPC for and on behalf of Map 84 Segregated Portfolio | | 683. | Martha Chilton Mueller |
| | | | 684. | Mary C Hess |
| 640. | Locals 302 & 612 of the International Union of Operating Engineers-Employers | | 685. | Matthew Gulrich Jr |
| | | | 686. | Matthew Q Giffuni |
| | | | 687. | Maureen Mason |
| 641. | Logical Information Machines | | 688. | Mayo Crowe LLC |
| 642. | Lombardo Dufresne | | 689. | Mazars LLP |
| 643. | Long Island International Ltd. | | 690. | McCann FitzGerald Solicitors |
| 644. | Longacre Master Fund II LP | | 691. | McDermott Will & Emery LLP |
| 645. | Longwood at Oakmont, Inc | | 692. | McJunkin Nigeria Limited |
| 646. | Loreley Financing (Jersey) No 15 Limited | | 693. | McJunkin –Puerto Rico Corp |
| | | | 694. | McJunkin Red Man Development Corp (F/K/A McJunkin Development Corporation) |
| 647. | Loreley Financing (Jersey) No 24 Limited | | | |
| 648. | Loreley Financing (Jersey) No 8 Limited | | 695. | McJunkin Red Man Holding Corp |
| | | | 696. | McJunkin -West Africa Corp |
| 649. | Loretta Wan Ling Huo | | 697. | MCPR Unit V LP SE |
| 650. | Lori Chan | | 698. | Meitar Liquornik Geva & Leshem Brandwein |
| 651. | Louise L Chappy | | | |
| 652. | Louise Mattingly | | 699. | Mellon Analytical Solutions |
| 653. | Louise Nervo | | 700. | Mercedes Gonzalez Gasch |
| 654. | Lovells LLP | | 701. | Merlin Entertainments Group |
| 655. | Lowenstein Sandler PC | | 702. | Merra & Kanakis PC |
| 656. | lst Choice Mortgage, LLC | | 703. | Merrick Place LLC |
| 657. | Ludwig Merckle | | 704. | Merrill Lynch Capital Services, Inc |
| 658. | Lusardi Construction Company | | 705. | Merrill Lynch International |
| 659. | Lutheran Social Services of Michigan | | 706. | Merrill Lynch Pierce Fenner & Smith Incorporated |
| 660. | Luxembourg 3 SaRL | | | |
| 661. | Luzerner Kantonalbank AG | | 707. | Merrill Lynch Portfolio Management, Inc |
| 662. | Lydian Global Opportunities Master Fund Ltd | | | |
| | | | 708. | Mesivta Yeshiva Rabbi Chaim Berlin |
| 663. | Lyxor Asset Management SA | | 709. | Metropolitan West Low Duration Bond Fund |
| 664. | M&T bank | | | |
| 665. | Ma del Milagro Herrero Moro | | 710. | MHB-Bank AG |
| 666. | Macquarie A-10 | | 711. | Michael Burrow |

712. Michael C Frege
713. Michael Stapleton Associates
714. Michael Vana
715. MicroHedge LLC
716. Midland Loan Services Inc
717. Midtown Acquisitions LP
718. Midway-Tristate Corp
719. Miguel Vila Despujol
720. Milano Assicurazioni SpA
721. Millenium Marketing & Management Pty Ltd
722. Milton Oil & Gas Co
723. Mintz Levin Cohn Ferris Glovsky and Popeo PC
724. Mirabella
725. Mohinani Hassomal Bulchand
726. Mok Ping Yu Francis
727. Monarch Capital Master Fund LP
728. Monarch Debt Recovery Master Fund Ltd
729. Monarch Opportunities Master Fund Ltd
730. Morgan Stanley & Co International plc
731. Morgan Stanley Senior Funding Inc
732. Morrison & Foerster LLP
733. Moshe Shram
734. Motors Insurance Corp 361 MP Bank HF
735. Mount Kellett Master Fund II LP
736. Mourant du Feu & Jeune
737. MP Bank hf
738. MRC Management Co (F/K/A MRM West Virginia Management Company)
739. MRM Oklahoma Management LLC
740. Multi Asset Platform Master Fund SPC
741. Municipal Electric Authority of Georgia
742. Nagy es Trocsanyi Ugyvedi Iroda
743. Nagy-Koppany Ugyvedi Iroda
744. NatCity Investments, Inc
745. National City Bank
746. National City Insurance Group
747. National City Mortgage Co
748. National Power Corporation
749. Nestor De Jesus
750. Neuberger Berman Advisers Management Trust for Lehman Brothers High Income Bond Fund
751. Neue Aagauer Bank AG
752. New York Institute of Finance Inc
753. Nexen Energy Marketing Europe Limited
754. Nexen Energy Marketing London Limited
755. Ng Pui Shan Vinci
756. Nishimura & Partners
757. NJLM van den Brink
758. NMLA General Fund (NMLGENCA) [by AllianceBernstein]
759. Nomura Capital Markets plc
760. Nomura Global Financial Products Inc
761. Nomura Research Institute
762. NV Vereenigde Effceten Compagnie
763. Oaktree Capital Management LP
764. Oaktree High Yield Plus Fund LP
765. Oaktree Huntington Investment Fund LP
766. Oaktree Opportunities Fund VIII Delaware LP
767. OCM Opportunities
768. OCM Opportunities VIII Delaware LP
769. Olivia Bam
770. Olympus
771. ONEOK Energy Services Company LP
772. Onex Debt Opportunity Fund Ltd
773. Ontario Teacher's Pension Plan Board
774. Optim Energy Marketing and Trading LLC (f/k/a EnergyCo Marketing and Trading  LLC)
775. Orly Guy Adv
776. Orrick Herrington & Sutcliffe LLP
777. Ourense y Pontevedra
778. Ove Nordhagen
779. Overstockcom
780. OZ Special Master Fund Ltd c/o Och-Ziff Capital Management Group
781. P van der Graaf
782. Pablo Serratosa Lujan
783. Pachulski Stang Ziehl & Jones LL
784. Pacific Retirement Services, Inc.
785. Palm Beach Park Centre 4 LLC
786. Panagiota Manatakis
787. Pangea Ltd A-12
788. Panton Master Fund LP
789. Paola Biraschi
790. Paramount Pro Printing Corporation
791. Partnership Life Assurance Company Ltd
792. Patricia Mudge
793. Paul J Bakker
794. Paul Nancarrow
795. Paul Zakian
796. Pearl Assurance Limited

9

| | | | | |
|---|---|---|---|---|
| 797. | Pedo J Subira Farre | | 845. | Prudential Global Funding LLC |
| 798. | Pedro Steinhardt | | 846. | Public Employees' Retirement Association of Colorado |
| 799. | Perella Weinberg Partners LP | | 847. | Public Utility District No 1 of Chelan County WA |
| 800. | Perry Partners International Inc | | 848. | Puerto Swap FCCC Corp |
| 801. | Perry Partners LP | | 849. | Punjab National Bank (International) Limited |
| 802. | Peter Knoller | | 850. | Putnam Total Return Fund LLC |
| 803. | Petroleum Realty Investment Partners LP | | 851. | Putnam Total Return Fund Ltd |
| 804. | PetroVal Inc | | 852. | Quadrifoglio Vita SpA |
| 805. | PFPC International Ltd. 1 PFPC | | 853. | Quantitative Enhanced Decisions Master Fund |
| 806. | PFPC Worldwide Inc. | | 854. | Queensland Treasury Corporation |
| 807. | Philip H Hauger | | 855. | Quest Software Inc |
| 808. | Phoebe Putney Health System, Inc. | | 856. | Quinlan Private European Strategic Property Fund |
| 809. | Phoenix Life Limited | | 857. | R Morzaria |
| 810. | PHZ Long/Short Trading Ltd | | 858. | R3 Capital Management LP |
| 811. | Pieter de Haes LLM (Drs) | | 859. | R3 Capital Partners Master LP |
| 812. | PIMCO Real Return Fund | | 860. | RACERS 2005-10, |
| 813. | PIMCO Real Return Fund (M) | | 861. | Raiffeisen Centrobank AG |
| 814. | Pinnacle Entertainment Corp | | 862. | Rainmaker Group LLC |
| 815. | Pivot Global Value Fund | | 863. | Raleigh Durham Airport Authority |
| 816. | PJM Interconnection LLC\ | | 864. | Ramon Garcia-Torrent Molina |
| 817. | PMA Prospect Fund | | 865. | Rathgar Capital Corporation |
| 818. | PNC Bancorp, Inc | | 866. | RBS Coutts Bank AG |
| 819. | PNC Capital | | 867. | Red Capital Markets, Inc |
| 820. | PNC Commercial Corporation | | 868. | Red Man Pipe & Supply Co |
| 821. | PNC Community Development Corp. | | 869. | Red River HYPi LP |
| 822. | PNC Delaware Trust Company | | 870. | Regents |
| 823. | PNC Equity Partners, L.P. | | 871. | Regions Bank |
| 824. | PNC International Finance, N.V. | | 872. | Regus do Brasil Ltd |
| 825. | PNC Investment Corp. | | 873. | Reilly Pozner & Connelly  LLP |
| 826. | PNC Leasing Corp | | 874. | Reiseburo Knofel & Nolte GmbH & Co KG |
| 827. | PNC Life Insurance Company | | 875. | Relationship Funding Company, Inc. |
| 828. | PNC Realty | | 876. | Reliant Energy Inc A-13 |
| 829. | Pohjola Bank Plc | | 877. | Reserve Management Company Inc |
| 830. | Polaris Software Lab (India) Ltd | | 878. | Resrv Partners Inc |
| 831. | Ponte da Barca SL | | 879. | Restaurant Associates |
| 832. | Poon Kai Hung | | 880. | RFP Robijn BV |
| 833. | Poon Yuk Wah | | 881. | Richard Clair |
| 834. | Popolare Vita SpA | | 882. | Richard Graham |
| 835. | Popular High Grand Fixed Income Fund Inc | | 883. | Right Management Inc |
| 836. | Porcelain Industries, Inc. | | 884. | Rittal Corporation |
| 837. | Portee Group International | | 885. | RMS Belimo AG |
| 838. | Power Sector Assets & Liabilities Management Corporation | | 886. | Robert Dimeglio |
| 839. | PricewaterhouseCoopers AG Zurich | | 887. | Robert Franz |
| 840. | Primeshares | | 888. | Robert L Gross |
| 841. | Programma Dinamico SpA | | 889. | Robert Maitin |
| 842. | Providence Equity Partners IV LP | | | |
| 843. | Providence Equity Partners IV-A LP | | | |
| 844. | Prudence M Waltz | | | |

| | | | |
|---|---|---|---|
| 890. | Rock Creek Group LP as Asset Manager | 936. | Sixth Gear Funding Trust |
| 891. | Rodney N Brown | 937. | Sixth Gear Inc |
| 892. | Roger B Nagioff | 938. | Sixth Gear Solutions Corp |
| 893. | Roger Leveille | 939. | SK Energy Co Ltd |
| 894. | Rogge Global Partners PLC (on behalf of its customers) | 940. | Slim Baccar |
| | | 941. | Snell & Wilmer |
| 895. | Rogue Valley Manor, Inc. | 942. | Snyder Valuation |
| 896. | Rolando DiLiegghio | 943. | So Wai Lan |
| 897. | Rolfe & Nolan Systems Inc | 944. | Sola Ltd Royal Bank of America v Lehman Brothers Special Financing |
| 898. | Ronald A Stack | 945. | Solent Credit Opportunities Master Fund |
| 899. | Ronald P Zemenak | | |
| 900. | Rosemarie Franzo | 946. | SOS Security Inc |
| 901. | Ross Financial Corporation | 947. | Southeastern Golf Inc |
| 902. | RR Donnelley Receivables Inc | 948. | Sparda-Bank Hessen eG |
| 903. | Ruby Finance Public Limited Company, as Issuer of the Series 2006-7 | 949. | Sparebank 1 SR-Bank |
| | | 950. | Sparkasse Erwitte-Anroechte |
| 904. | Ruffner Realty Co | 951. | Sparkasse Heidelberg |
| 905. | Ruth Jane Rayner | 952. | Sparkasse Saarbruecken |
| 906. | Rutland Hospital Inc | 953. | SPCP Group LLC (agent for Silver Point Capital Fund LP and Silver Pont Capital Offshore Fund Ltd) |
| 907. | Sachiko Abe | | |
| 908. | Sally-Anne E Osborne | | |
| 909. | Salvadore Auctions & Appraisals Inc | 954. | SPCP Group, LLC |
| 910. | Salzburg Munchen Bank | 955. | SR GGI Master MA Ltd |
| 911. | Samuel Benedict | 956. | SR Latigo Master MA Ltd |
| 912. | Samuel Magnus Andersen | 957. | St. Paul Mercury Insurance Co. |
| 913. | Sandra Hahn-Colbert | 958. | Stagg Terenz Confusione & Wabnik LLP |
| 914. | Sarasin Investmentfonds | | |
| 915. | Sark Master Fund Limited | 959. | Standard Chartered Bank (Hong Kong) Limited |
| 916. | SAS Institute Inc | | |
| 917. | SAS Institute Inc | 960. | Standard Register |
| 918. | Satterlee Stephens Burke & Burke LLP | 961. | Starwood Capital |
| 919. | Saverio Panerai | 962. | State of New Jersey Common Pension Fund's A and B |
| 920. | Schaffhauser Kantonalbank | | |
| 921. | Schretlen & Co | 963. | State Street Bank and Trust Company |
| 922. | Seattle Pacific University | 964. | Stefan Brandt |
| 923. | Sempra Energy Solutions | 965. | Stephen Gaty |
| 924. | Sempra Energy Trading LLC (F/K/A Sempra) | 966. | Steptoe & Johnson LLP |
| | | 967. | Steven Mehos |
| 925. | Sempra Oil Trading | 968. | Stone Lion Portfolio LP |
| 926. | Seniors Civil Liberties Association | 969. | Stonehill |
| 927. | Serengeti Overseas Ltd | 970. | Stony Point Capital Company, LLC |
| 928. | Serengeti Partners LP | 971. | Storage Technology Corp |
| 929. | Serengeti Rapax MM LP | 972. | Strategic Value Master Fund Ltd |
| 930. | Sheridan Healthcare | 973. | Stroock & Stroock & Lavan LLP |
| 931. | Shin Kong Life Insurance Company Ltd | 974. | Stroock Stroock & Lavan |
| 932. | SHUAA Capital PSC | 975. | Structure Group |
| 933. | Siepmann & Cie GmbH & Co KG | 976. | Summer W Mudge |
| 934. | Siit Extended Duraction Fund Liquiditing Trust | 977. | SunCal Debtors |
| | | 978. | SunCal Oak Knoll LLC |
| 935. | Silver Point Capital Offshore Master Fund LP | 979. | Suncor Energy Marketing Inc |

980. SunGard Assent LLC
981. SunGard Data Reference Solutions LLC
982. SunGard Kiodex Inc
983. SunGard Securities Finance LLC
984. Sunrise Partners Limited Partnership
985. Susanne K Kraus
986. SVMF 48 LLC
987. Swets Information Services Inc
988. Symphony Asset Management LLC
989. Synam Limited
990. Syncora Holdings Ltd Syniverse
991. Systema Vita Compagnia di Assicurizioni SpA
992. Szeto Ting Hoi
993. T Boone Pickens
994. Ta Chong Finance (Hong Kong) Limited
995. Tac Americas Inc
996. Taconic Market Dislocation Fund II LP
997. Taifook Securities Company Limited
998. Taishin International Bank
999. Tal Lev Ani
1000. TAM YIN MUI
1001. Tan Lye Thiam John
1002. Tan Tjiang Moy
1003. Tata Communications Services (America) Inc f/k/a VSNL America Inc
1004. TCW Absolute Return Credit Fund LP
1005. Telecom Italia Finance SA
1006. Temple Health System Transport Team Inc
1007. Temple Life Care Village, Inc., d/b/a Friendship Village of Tempe
1008. Temple Physicians Inc
1009. Temple University Health Systems Inc for itself and as Agent
1010. Tennenbaum Multi Strategy Master Fund
1011. Tenor Opportunity Master Fund Ltd
1012. Tercas-Cassa di Risparmio Della Provencia di Teramo SpA
1013. Terry Foundation
1014. TFS (Germany)
1015. TFS (TX)
1016. TFS Derivatives Corporation
1017. TFS Derivatives Total
1018. TFS Oil
1019. TFS Oil Floor
1020. TFS PWR NG
1021. TFS Sing
1022. TFS UK
1023. TFS UK Cleared
1024. TFS-ICAP
1025. Tham Yiu Kwok
1026. The Arizona Department of Revenue
1027. The Booth Foundation
1028. The Chuo Mitsui Trust and Banking Company, Limited
1029. The Co-operative Bank plc
1030. The Faucet-Queens, Inc.
1031. The Iyo Bank Ltd
1032. The Madden Law Firm
1033. The PNC Financial Services Group, Inc
1034. The Primary Fund of the Reserve Fund
1035. The Realty Associates Fund VIII LP
1036. The Reserve International Liquidity Fund
1037. The Reserve Yield Plus Fund
1038. The Seaport Group LLC
1039. The Varde Fund IX LP
1040. The Varde Fund IX-A LP
1041. The Varde Fund V-B LP
1042. The Varde Fund VII-B LP
1043. The Varde Fund VIII LP
1044. Theodore Wm Tashlik
1045. Thompson Investment Management Inc
1046. Tiffany & Co
1047. Tiger Global II LP
1048. Tiger Global LP
1049. Tishman Speyer Real Estate Venture VII LP
1050. TLLB2002 International
1051. Top Advance Limited
1052. TPG Credit Opportunities Fund LP
1053. TPG Opportunity Fund I LP
1054. TPG Opportunity Fund III LP
1055. TPG-Axon Partners (Offshore) Ltd
1056. TPG-Axon Partners LP
1057. Transaction Network Services
1058. Travelers Indemnity Company
1059. Travers Smith LLP
1060. Treasurer of Douglas County Colorado
1061. Treasurer of Garfield County Colorado (The)
1062. TRG Global Opportunity Master Fund Ltd
1063. TRG Local Currency Opportunity Master Fund Ltd
1064. Trilogy Leasing Co LLC
1065. Trilogy Leasing Co LLC
1066. Trimont Real Estate Advisors Inc
1067. Triple Point Technology Inc

1068. Triple Point Technology Inc
1069. Trophy Hunter Investments
1070. Tudor Global Emerging Markets Portfolio LP
1071. Tulug Temel
1072. Turnberry Leveraged Credit Master LP
1073. UBI Banca ScpA
1074. Union Bancaire Privee UBP SA
1075. Union Investment Privatfonds GmbH
1076. United Church of Christ Retirement Community, Inc.
1077. United States – Indices
1078. Universal Pegusus
1079. US Bus Pension Scheme
1080. Uwe Schirrmeister
1081. Valentine S Grimes & Co
1082. Valiant Privatbank AG
1083. Varde Investment Partners LP
1084. Verde CDO LLC
1085. Verde CDO Ltd
1086. Verein Fazu
1087. Verrazano Consulting Solutions LLC
1088. Vicente Aguilera Caelles
1089. Video Corporation Of America
1090. Viktoiaplatz
1091. Virtual Expo
1092. Volksbank Paderdorn-Hoxter Detmold eG
1093. Vought
1094. VR-LIW GmbH on behalf of Deutsche Apotheker
1095. Wachtel & Masyr LLP
1096. Wall Street Concepts LLC
1097. Water Pollution Control Authority for the City of Bridgeport
1098. Watson Farley & Williams (Thailand) Limited
1099. Wayne D Reid II
1100. Web-Pro Technology Limited
1101. Wesco Acquisition Partners Inc
1102. Western Asset UK GBP Credit Plus Bond Fund
1103. Whitworth College d/b/a Whitworth University
1104. William Berkman
1105. William L Hess
1106. William Nicoll
1107. William Salway
1108. William Skolnick
1109. Wilmer Cutler Pickering Hale and Dorr LLP

1110. Wingecarribee Shire Council
1111. Wipro Technologies
1112. Wombat Financial Software Inc
1113. Wong Tak Keung
1114. Wong Yee Wan
1115. Woo Set Wah
1116. Woodlands Commercial Bank f/k/a Lehman Brothers Commercial Bank
1117. Woori Bank
1118. Worldwide Trade Partners
1119. Wrenton Management Limited
1120. Wynn & Wynn PC
1121. Xicor LLC
1122. Yam Chak Hong Henry
1123. Yamani Hartono
1124. Yang Wei Ying
1125. Yeung So Fan
1126. Yiu Yuen On Paul
1127. Yu Chun Kwan
1128. ZAIS Opportunity Master Fund Ltd
1129. Zais Scepticus Fund I Ltd
1130. ZPR International Inc

13

## EXHIBIT B

## Connections To Potential Parties In Interest[1]

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| ABN Amro Bank | Former client on unrelated matters | Potential party in interest |
| Abu Dhabi National Energy | Former client on unrelated matter | Potential party in interest |
| Aegis Mortgage Corporation | Former client on unrelated matters | Potential party in interest |
| Allianz Global Investors France SA | Affiliate of current client on unrelated matter | Potential party in interest |
| Allstate Life Insurance Company | Former client on unrelated matters | Potential party in interest |
| American Family Life Assurance Company Of Columbus | Former client on unrelated matter | Potential party in interest |
| AmeriMax Mortgage, LLC | Former client on unrelated matter | Potential party in interest |
| Ameritust Home Mortgage, LP | Affiliate of current client on unrelated matter | Potential party in interest |
| Automated Business Development Corporation | Affiliate of current client on unrelated matter | Potential party in interest |
| Axis – ACM Inc | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Bacharach Inc | Affiliate of current client on unrelated matter | Potential party in interest |
| Banca Intesa San Paolo | Affiliate of former client on unrelated matters | Potential party in interest |
| Banco di Napoli SpA | Former client on unrelated matters | Potential party in interest |
| Banco Santander (Suisse) SA | Affiliate of current client on unrelated matters | Potential party in interest |

---

[1]    To the extent parties in interest or their affiliates have already been searched and their relationships, if any, disclosed in connection with the Prior Affidavits and the Exhibits thereto and Milbank has not discovered any change in their relationships, such parties and their relationships are not disclosed in the Exhibits hereto.

[2]    A "current client" is an entity for which there are, as of the Petition Date or as of the date of this Affidavit, active matters on which Milbank is engaged; a "former client" is an entity for which there were no active matters as of the Petition Date and as of the date of this Affidavit, but there may in the future be active matters; and a "former client of Milbank attorney" is an entity that was a client of a Milbank attorney prior to such attorney's employment by Milbank.

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| Bank of America Trust and Banking Corporation (Cayman) Limited | Affiliate of current client on unrelated matters | Potential party in interest |
| Baxter International Inc | Former client on unrelated matters | Potential party in interest |
| Black River Commodity Energy Fund LLC | Affiliate of former client on unrelated matters | Potential party in interest |
| Black River Commodity Fund Ltd | Affiliate of former client on unrelated matters | Potential party in interest |
| Black River Commodity Select Fund Ltd | Affiliate of former client on unrelated matters | Potential party in interest |
| Black River Convertible Bonds and Derivatives Fund | Affiliate of former client on unrelated matters | Potential party in interest |
| Black River EMCO Master Fund Ltd | Former client on unrelated matters | Potential party in interest |
| Black River Emerging Markets Credit Fund Ltd | Former client on unrelated matter | Potential party in interest |
| Black River Emerging Markets Fixed Income Fund Ltd | Affiliate of former client on unrelated matters | Potential party in interest |
| Black River Fixed Income Relative Value Fund Ltd | Affiliate of former client on unrelated matters | Potential party in interest |
| Black River Global Credit Fund Ltd | Affiliate of former client on unrelated matters | Potential party in interest |
| Black River Global Equity Fund Ltd | Affiliate of former client on unrelated matters | Potential party in interest |
| Black River Global Investments Fund Ltd | Affiliate of former client on unrelated matters | Potential party in interest |
| Black River Municipal Fund Ltd | Affiliate of former client on unrelated matters | Potential party in interest |
| Bonelli Erede Pappalardo | Former client on unrelated matters | Potential party in interest |
| Bruce R Bent | Former client on unrelated matter | Potential party in interest |
| Cantor Fitzgerald Securities | Former client on unrelated matters | Potential party in interest |
| Chevron USA Inc | Affiliate of former client on | Potential party in interest |

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| | unrelated matters | |
| Citadel Equity Fund Ltd | Former client on unrelated matter | Potential party in interest |
| Citibank Europe plc | Affiliate of current client on unrelated matter | Potential party in interest |
| Citibank International PLC | Former client on unrelated matter | Potential party in interest |
| Computer Associates International Inc | Former client on unrelated matters | Potential party in interest |
| Countrywide Home Loans | Affiliate of current client on unrelated matters | Potential party in interest |
| CT Corporation a Wolters Kluwer Business | Former client of Milbank attorney on unrelated matters | Potential party in interest |
| Daiwa Securities Capital Markets Co Ltd | Affiliate of former client on unrelated matter | Potential party in interest |
| DBRS Inc | Former client on unrelated matter | Potential party in interest |
| DE Shaw Dihedral Portfolios LLC | Affiliate of current client on unrelated matters | Potential party in interest |
| Delta Airlines A-5 | Affiliate of former client on unrelated matters | Potential party in interest |
| DEPFA Bank PLC | Former client on unrelated matters | Potential party in interest |
| Deutsche Bank SA/NV | Affiliate of current client on unrelated matters | Potential party in interest |
| Dow Corning Corporation | Former client on unrelated matter | Potential party in interest |
| Dresdner Bank (Switzerland) Ltd | Affiliate of current client on unrelated matter | Potential party in interest |
| Dresdner Kleinwort Group Goldings LLC | Affiliate of current client on unrelated matters | Potential party in interest |
| Elliot Management Corporation | Former client on unrelated matters | Potential party in interest |
| Export Development Canada | Current client on unrelated matters | Potential party in interest |
| Fidelity Capital Markets Services A-6 | Affiliate of current client on unrelated matters | Potential party in interest |
| Frank Russell Company | Former client on unrelated matters | Potential party in interest |
| Genworth Life Insurance Company (f/k/a General Electric Capital Assurance Corporation) | Former client on unrelated matters | Potential party in interest |

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| GFI Securities Ltd | Current client on unrelated matters | Potential party in interest |
| GMAC Mortgage LLC | Affiliate of former client on unrelated matters | Potential party in interest |
| GREYSTONE 2006-3 | Affiliate of former client on unrelated matters | Potential party in interest |
| Hanjin Shipping Co Ltd | Former client on unrelated matter | Potential party in interest |
| HBK Capital Management | Former client of Milbank attorney on unrelated matter | Potential party in interest |
| Hewlett Packard Company | Former client on unrelated matters | Potential party in interest |
| Hilton Hotels Corporation n/k/a Hilton Worldwide Inc | Former client on unrelated matters | Potential party in interest |
| IKB International SA | Affiliate of current client on unrelated matters | Potential party in interest |
| Ikon Office Solutions Inc | Former client on unrelated matters | Potential party in interest |
| ING Group | Affiliate of current client on unrelated matters | Potential party in interest |
| Intelsat Jackson (FKA Bermuda) A-8 | Affiliate of current client on unrelated matters | Potential party in interest |
| Inter-American Development Bank | Current client on unrelated matters | Potential party in interest |
| International Bank for Reconstruction and Development | Former client on unrelated matter | Potential party in interest |
| Intersil Europe SARL Inc | Affiliate of former client on unrelated matters | Potential party in interest |
| Intersil Holding GmbH | Affiliate of former client on unrelated matters | Potential party in interest |
| Intersil Investment Company | Affiliate of former client on unrelated matters | Potential party in interest |
| Intesa Sanpaolo SpA | Current client on unrelated matters | Potential party in interest |
| Investec Capital Accumulator Trust Limited | Affiliate of current client on unrelated matters | Potential party in interest |
| Investec Funds Series IV - Capital Accumulator Fund | Affiliate of current client on unrelated matters | Potential party in interest |
| Jack L Rivkin | Current client on unrelated matter | Potential party in interest |
| Jarett Wait | Former client of Milbank | Potential party in interest |

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| | attorney on unrelated matter | |
| Katten Muchin Rosenman LLP | Former client on unrelated matter | Potential party in interest |
| KfW (a/k/a Kreditanstalt fuer Wiederaufbau) | Current client on unrelated matters | Potential party in interest |
| King Street Capital  LP | Affiliate of former client on unrelated matters | Potential party in interest |
| King Street Capital Master Fund Ltd | Affiliate of former client on unrelated matters | Potential party in interest |
| LGT Bank (Switzerland) Ltd | Current client on unrelated matter | Potential party in interest |
| LIM | Potential affiliate of current client on unrelated matter | Potential party in interest |
| Lloyd's London and Companies | Affiliate of former client on unrelated matter | Potential party in interest |
| M&T bank | Former client on unrelated matters | Potential party in interest |
| Macquarie A-10 | Potential of affiliate of current client on unrelated matters | Potential party in interest |
| Macquarie Bank Limited | Current client on unrelated matters | Potential party in interest |
| Merrill Lynch International | Current client on unrelated matters | Potential party in interest |
| Merrill Lynch Pierce Fenner & Smith Incorporated | Current client on unrelated matters | Potential party in interest |
| Merrill Lynch Portfolio Management, Inc | Affiliate of current client on unrelated matters | Potential party in interest |
| Midland Loan Services Inc | Former client on unrelated matters | Potential party in interest |
| Monarch Capital Master Fund LP | Affiliate of current client on unrelated matter | Potential party in interest |
| Monarch Debt Recovery Master Fund Ltd | Affiliate of current client on unrelated matter | Potential party in interest |
| Morgan Stanley & Co International plc | Affiliate of current client on unrelated matters | Potential party in interest |
| Morgan Stanley Senior Funding Inc | Affiliate of current client on unrelated matters | Potential party in interest |
| Morrison & Foerster LLP | Former client on unrelated matters | Potential party in interest |
| NatCity Investments, Inc | Former client on unrelated | Potential party in interest |

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
|  | matters |  |
| National City Bank | Former client on unrelated matters | Potential party in interest |
| National City Insurance Group | Affiliate of former client on unrelated matters | Potential party in interest |
| National City Mortgage Co | Affiliate of former client on unrelated matters | Potential party in interest |
| National Power Corporation | Potential affiliate of former client on unrelated matters | Potential party in interest |
| Nomura Capital Markets plc | Affiliate of current client on unrelated matters | Potential party in interest |
| Nomura Global Financial Products Inc | Affiliate of current client on unrelated matters | Potential party in interest |
| Nomura Research Institute | Current client on unrelated matters | Potential party in interest |
| Oaktree Capital Management LP | Current client on unrelated matters | Potential party in interest |
| Oaktree High Yield Plus Fund LP | Affiliate of current client on unrelated matters | Potential party in interest |
| Oaktree Huntington Investment Fund LP | Affiliate of current client on unrelated matters | Potential party in interest |
| Oaktree Opportunities Fund VIII Delaware LP | Affiliate of current client on unrelated matters | Potential party in interest |
| OCM Opportunities | Affiliate of current client on unrelated matters | Potential party in interest |
| OCM Opportunities VIII Delaware LP | Affiliate of current client on unrelated matters | Potential party in interest |
| Olympus | Potential affiliate of current client on unrelated matter | Potential party in interest |
| Ontario Teacher's Pension Plan Board | Former client on unrelated matters | Potential party in interest |
| Pangea Ltd A-12 | Potential affiliate of current client on unrelated matters | Potential party in interest |
| Pearl Assurance Limited | Former client on unrelated matter | Potential party in interest |
| Perella Weinberg Partners LP | Former client on unrelated matters | Potential party in interest |
| PFPC International Ltd. 1 PFPC | Affiliate of former client on unrelated matters | Potential party in interest |
| PFPC Worldwide Inc. | Affiliate of former client on unrelated matters | Potential party in interest |

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| PNC Bancorp, Inc | Affiliate of former client on unrelated matters | Potential party in interest |
| PNC Capital | Affiliate of former client on unrelated matters | Potential party in interest |
| PNC Commercial Corporation | Affiliate of former client on unrelated matters | Potential party in interest |
| PNC Community Development Corp. | Affiliate of former client on unrelated matters | Potential party in interest |
| PNC Delaware Trust Company | Affiliate of former client on unrelated matters | Potential party in interest |
| PNC Equity Partners, L.P. | Affiliate of former client on unrelated matters | Potential party in interest |
| PNC International Finance, N.V. | Affiliate of former client on unrelated matters | Potential party in interest |
| PNC Investment Corp. | Affiliate of former client on unrelated matters | Potential party in interest |
| PNC Leasing Corp | Former client on unrelated matters | Potential party in interest |
| PNC Life Insurance Company | Affiliate of former client on unrelated matters | Potential party in interest |
| PNC Realty | Affiliate of former client on unrelated matters | Potential party in interest |
| PricewaterhouseCoopers AG Zurich | Affiliate of current client on unrelated matters | Potential party in interest |
| Prudential Global Funding LLC | Affiliate of current client on unrelated matters | Potential party in interest |
| Punjab National Bank (International) Limited | Affiliate of current client on unrelated matter | Potential party in interest |
| Red Capital Markets, Inc | Affiliate of former client on unrelated matters | Potential party in interest |
| Reserve Management Company Inc | Former client on unrelated matter | Potential party in interest |
| RR Donnelley Receivables Inc | Affiliate of former client on unrelated matters | Potential party in interest |
| Sempra Energy Solutions | Affiliate of former client on unrelated matters | Potential party in interest |
| Sempra Energy Trading LLC (F/K/A Sempra) | Affiliate of former client on unrelated matters | Potential party in interest |
| Sempra Oil Trading | Affiliate of former client on unrelated matters | Potential party in interest |
| Silver Point Capital Offshore Master Fund LP | Affiliate of current client on unrelated matters | Potential party in interest |
| Standard Chartered Bank (Hong | Former client on unrelated | Potential party in interest |

| Party In Interest | Relationship With Milbank[2] | Relationship With Debtors |
|---|---|---|
| Kong) Limited | matters | |
| Strategic Value Master Fund Ltd | Former client on unrelated matters | Potential party in interest |
| Suncor Energy Marketing Inc | Affiliate of former client on unrelated matter | Potential party in interest |
| Symphony Asset Management LLC | Former client on unrelated matters | Potential party in interest |
| Telecom Italia Finance SA | Affiliate of former of current client on unrelated matters | Potential party in interest |
| The Chuo Mitsui Trust and Banking Company, Limited | Former client on unrelated matters | Potential party in interest |
| The Faucet-Queens, Inc. | Affiliate of former client on unrelated matters | Potential party in interest |
| The PNC Financial Services Group, Inc | Former client on unrelated matters | Potential party in interest |
| Tishman Speyer Real Estate Venture VII LP | Affiliate of former client on unrelated matters | Potential party in interest |
| Vought | Former client on unrelated matter | Potential party in interest |
| Wipro Technologies | Current client on unrelated matter | Potential party in interest |
| Woori Bank | Former client on unrelated matter | Potential party in interest |