**BRUCE J. DUKE, ESQUIRE**
4201 Grenwich Lane
Mt. Laurel, NJ 08054
(856) 701-0555 – Telephone
(856) 234-6137 – Facsimile
Attorney for Claimants Shashank Agrawal,
William Connors & Joanna Baricevic

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------x
**In re**                                          CHAPTER 11

**LEHMAN BROTHERS**                   CASE NO. 08-13555-JMP
**HOLDINGS INC.,** *et al.,*
                                                   **(Jointly Administered)**
         **Debtors.**
-----------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Bruce J. Duke, Esq., do hereby certify that:

1) I am an attorney and counsel to Shashank Agrawal, Joanna Baricevic and William Connors, creditors in this action. I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 17th day of May, 2011, I caused a copy of the Response and Objection of Claimants Shashank Agrawal (Claim No. 13002), Joanna Baricevic (Claim No. 13429) and William Connors (Claim No. 15186) in Opposition to Debtors' One Hundred Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) to be served via Federal Express on the parties shown on the attached service list.

                                                        /s/ Bruce J. Duke
                                                        Bruce J. Duke, Esq.

Dated: May 17, 2011

## SERVICE LIST

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Office of the US Trustee
Attn: Andrew D Velez-Rivera
33 Whitehall Street, 21st Floor
New York, NY 10004

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq.
767 Fifth Avenue
New York, NY 10153
*Attorneys for the Debtors*

Milbank, Tweed, Hadley & Mccloy LLP
Attn: Dennis Dunne, Esq.
1 Chase Manhattan Plaza
New York, NY 10005
*Attorneys for the Unsecured Creditors' Committee*