UNITED STATESBANKRUPTCY COURT
Southern District of New York
One Bowling Green,
New York, NY 10004-1408

Attention: Vito Genna, Clerk of Court and Lauren Rodrgues

Lehman Claim # 53466
Internal control number 16332

Dear Sir / Madame,

With this letter I object to the transfer of my claim # 53466 to Finvestor B.V.
I have given notice to Stichting Waardepot Finvestor, Finvestor bv, Maliebaan 70, 3581 CV Utrecht, The Netherlands.
I asked them to return the documents of my claim # 53466 to my bank.
ABN-AMRO, private banking,
Postbox 90,
1000 AB
Amsterdam
The Netherlands

In case you want to contact me by E-Mail, my e-mail addres is
Prancing@telfort.nl

Kind greetings,
F.E.J.M. Bemelmans Beheer B.V.
Prins Florislaan 5,
1171 LN Badhoevedorp
The Netherlands

F.E.Bemelmans, managing director      D.D. 9 mei 2011

RECEIVED MAY 16 2011 U.S. BANKRUPTCY COURT, SDNY