Prepared by:
Donald F. Campbell, Jr., Esq. (8924)

**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Red Bank, N.J. 07701
(732) 741-3900
Attorneys for Jennifer Becker

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
|     LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No.   08-13555 (JMP) |
| | Judge: Hon. James M. Peck, U.S.B.J. |
|                   Debtors. | Hearing: June 2, 2011, 10:00 AM |

**CERTIFICATION OF JENNIFER BECKER**

**JENNIFER BECKER**, of full age, hereby certifies and says:

1. On August 24, 1992, I became an employee of Lehman Brothers Holdings Inc. ("Debtor").

2. I remained employed by Debtor until September 22, 2008.

3. During my employment with Debtor, I received a number of Restricted Stock Units ("RSUs") as part of a deferred compensation package.

4. Pursuant to the deferred compensation package, RSUs were "restricted" (could not be sold, traded, or pledged) until they vested.

5. As of the date on which Debtor commenced these bankruptcy proceedings, I was not the owner of a large portion of the RSUs granted to me because they were not

vested.

6.  On or about September 11, 2009, I filed a Proof of Claim in the Debtor's bankruptcy case based on both the vested and unvested RSUs in my deferred compensation portfolio (claim no.13360).  A copy of my Proof of Claim and supporting documentation is attached hereto as <u>Exhibit A</u>.

7.  As of the commencement date of these bankruptcy proceedings, Debtor owed me approximately $327,351.20 based on the fair market value of my RSUs on the date they were each granted to me.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

                                                                                           /s/ *Jennifer Becker*  
                                                                                           JENNIFER BECKER

DATED: May 18, 2011

GHCDOCS-#788219-v1