Prepared by:
Donald F. Campbell, Jr., Esq. (8924)

**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Red Bank, N.J. 07701
(732) 741-3900
Attorneys for Jennifer Becker

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No.   08-13555 (JMP) |
| | Judge: Hon. James M. Peck, U.S.B.J. |
| Debtors. | Hearing: June 2, 2011, 10:00 AM |

**CERTIFICATION OF SERVICE OF**
**OPPOSITION TO MOTION TO RECLASSIFY CLAIM OF JENNIFER BECKER**

I, **DONALD F. CAMPBELL, JR.**, being of full age, do hereby certify as follows:

1. I am an attorney with the law firm of Giordano Halleran & Ciesla, PC, attorneys for Jennifer Becker.

2. On the date listed below, I caused to be forwarded opposition to Debtor's motion to reclassify Jennifer Becker's claim on the following:

**VIA ELECTRONIC FILING & FIRST CLASS MAIL**

Honorable James M. Peck, U.S.B.J.
One Bowling Green
Courtroom 601
New York, New York 10004

Weil Gotshal & Manges, LLP

767 Fifth Avenue
New York, New York 10153
(Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.)

Office of the United States Trustee for Region 2
33 Whitehall Street
21st Floor
New York, New York 10004
(Attn: Tracey Hope David, Esq. Elizabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.)

Milbank, Tweed, Hadley & McLoy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.)

      I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                          */s/ Donald F. Campbell, Jr.*
                                          DONALD F. CAMPBELL, JR.

DATED: May 18, 2011

GHCDOCS-#788238-v1-Certification_of_Service.DOC