

Dexia Banque SA
Boulevard Pachéco 44 - 1000 Bruxelles
Tél. 02 222 11 11 - N° de cpte 052-9006469-91
RPM Bruxelles TVA BE 0403.201.185
CBFA n° 019649 A

**LIEGE OPERA**

*exemplaire client*

| | Numéro de colis | U.V. | Numéro d'archivage |
|---|---|---|---|
| | | **084574** | 05084576B /A 002 |
| | | | Date 11/06/2008 |

MADAME LO SCRUDATO ALFONSA
RUE VIVALDI       65
4100  BONCELLES

Référence : 05084576BA002 / CO08160000008614                              10:19:09

**Achat obligation sur dossier-titres 056-2393857-79 au nom de MADAME LO SCRUDATO ALFONSA**

| | | |
|---|---|---|
| Emission | : | OBL LEHMAN BROTHERS INC 01  6,375 100511 |
| | | EMIS EN EUR * EMTN |
| | | XS0128857413 |
| Devise | : | EUR |
| Coupon | : | 10/05/2009 |
| Nominal | : | 5.000,00 EUR |
| Date d'échéance | : | 10/05/2011 |
| Taux | : | 6,375 % |
| Cours du jour | | |
| Ordre valable jusqu'au | : | 11/07/2008 |

Aperçu décompte

Montant indicatif sur base du cours du 10/06/2008 : 4.922,42 EUR.

A régler en EUR par retrait du 083-9179312-11 au nom de MADAME LO SCRUDATO ALFONSA .

Sous réserve de contrôle et d'exécution.

**Informations investisseur(s)**
LO SCRUDATO ALFONSA :  LOW
Profil d'investisseur sélectionné pour l'évaluation de ce placement : LOW
Niveau de risque du placement : 1   (sur une échelle de 0 (risque le plus bas) à 6 (risque le plus haut))
Horizon de placement :  10/05/2011
Ce placement est conforme au profil d'investisseur. Le portefeuille d'investissement peut contenir ce placement.

Le client déclare avoir pris connaissance des caractéristiques, risques et frais liés à cet investissement entre autres sur base de la note d'information et/ou du prospectus (ou de son résumé) qui lui ont été remis au préalable.
Le client est conscient que chaque investissement comporte des risques.  Ces risques sont à charge du client.

Le client déclare prendre connaissance du règlement général des opérations et l'accepter. Dexia Banque, le Groupe Dexia et les sociétés contractuellement liées traiteront vos données à caractère personnel à des fins de gestion et d'exécution des contrats conclus, dans le cadre de la proposition des services et produits appropriés, de l'évaluation de la relation avec le client, pour prévenir les abus et gérer les contentieux. Les tiers collaborateurs sont tenus de respecter la confidentialité de ces données et de prendre les mesures de sécurité nécessaires à cet effet. Pour consulter et rectifier les données enregistrées, il convient de s'adresser à Dexia Banque, Gestion Clientèle, boulevard Pachéco 44 à 1000 Bruxelles. Le client peut s'opposer à l'utilisation de ses données à des fins de marketing direct. Les locaux de la banque sont entièrement ou partiellement placés sous la surveillance de caméras.

Si l'opération est réalisée via automate, le règlement de la carte utilisée (carte de débit, Dexia Cash Card ou Access Card) s'applique à l'opération.

| Pour Dexia Banque | Nom + prénom |
|---|---|
| Basarocco | MADAME LO SCRUDATO ALFONSA |
| Silvana | 4100  BONCELLES |
| Signature | Signature |



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,             :    08-13555 (JMP)
                                                   :
                    Debtors.                       :    (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF HEARING TO CONSIDER APPROVAL OF DEBTORS' DISCLOSURE STATEMENT AND ANY ALTERNATIVE DISCLOSURE STATEMENT

TO PARTIES IN INTEREST IN THE FOLLOWING CHAPTER 11 CASES:

### Name of Debtors and Case Numbers

| | |
|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 (JMP) |
| Lehman Commercial Paper Inc. | 08-13900 (JMP) |
| Lehman Brothers Commodities Services Inc. | 08-13885 (JMP) |
| Lehman Brothers Special Financing Inc. | 08-13888 (JMP) |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 (JMP) |
| Lehman Brothers Commercial Corporation | 08-13901 (JMP) |
| Lehman Brothers Derivatives Products Inc. | 08-13899 (JMP) |
| Lehman Brothers Financial Products Inc. | 08-13902 (JMP) |
| LB 745 LLC | 08-13600 (JMP) |
| PAMI Statler Arms LLC | 08-13664 (JMP) |
| CES Aviation LLC | 08-13905 (JMP) |
| CES Aviation V LLC | 08-13906 (JMP) |
| CES Aviation IX LLC | 08-13907 (JMP) |
| East Dover Limited | 08-13908 (JMP) |
| Lehman Scottish Finance L.P. | 08-13904 (JMP) |
| Luxembourg Residential Properties Loan Finance | 09-10108 (JMP) |
| BNC Mortgage LLC | 09-10137 (JMP) |
| LB Rose Ranch LLC | 09-10560 (JMP) |
| Structured Asset Securities Corporation | 09-10558 (JMP) |
| LB 2080 Kalakaua Owners LLC | 09-12516 (JMP) |
| Merit, LLC | 09-17331 (JMP) |
| LB Preferred Somerset LLC | 09-17505 (JMP) |
| LB Somerset LLC | 09-17503 (JMP) |

**DEXIA**

MADAME
LO SCRUDATO ALFONSA                083-9179312-11   EUR            11-09-2008
                                                                         2/1

| N° | DATE | COMPTE D'EPARGNE DESCRIPTION | MONTANT |
|---|---|---|---|

SOLDE AU   11-01-2008
0006   16-06-2008                                  EUR
       VOTRE VENTE FONDS D'INVESTISSEMENT ACT DEXIA
       FULLINVEST LOW CAP SICAV C0080200000999603 REF. :
       05084576BA001 VAL. 16-06
0007   16-06-2008                                                    -4.965,16
       VOTRE ACHAT OBLIGATION OBL LEHMAN BROTHERS INC 01
       6,375 EMIS EN EUR * EMTN C008160000008614 REF. :
       05084576BA002 VAL. 16-06