D. Ross Martin (*pro hac vice*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Attorney for FYI Ltd.,*
*FFI Fund Ltd., and Olifant Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

COMMONWEALTH OF MASSACHUSETTS    )
                                 :ss.:
COUNTY OF SUFFOLK                )

      MEIR C. WEINBERG, being duly sworn, deposes and says:

      1.    I am employed by the law firm of Ropes & Gray LLP. I am over 18 years of age and I reside in Boston, Massachusetts. I am not a party to this action.

      2.    On Wednesday, May 18, 2011, I caused true and correct copies of the *Response of FYI, Ltd., FFI Fund Ltd., and Olifant Fund, Ltd., to the Debtors' One Hundred and Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims)*, which was filed by Ropes & Gray on May 18, 2011, at docket number 16925, to be served on all of those parties receiving electronic notification via the Court's electronic filing system, and by first class mail upon the parties listed on the annexed Exhibit A at the addresses set forth in such exhibit.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: May 18, 2011

Meir C. Weinberg

## **EXHIBIT A**

Weil, Gotshal & Manges LLP
Robert Lemons, Esq.
Penny Reid, Esq.
767 Fifth Avenue
New York, New York 10153

Milbank, Tweed, Hadley & McCloy LLP
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Office of the United States Trustee
for the Southern District of New York
Elisabeth Gasparini, Esq.
Andrea Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004