SCHLAM STONE & DOLAN LLP
26 Broadway
New York, New York 10004
(212) 344-5400
Bennette D. Kramer (BK-1269)
*Attorneys for Alphadyne International Master Fund Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re                                                       :
                                                            : **Chapter 11**
LEHMAN BROTHERS HOLDING, INC., *et al.,* : Case No. 08-13555 (JMP)
                                                            :
                           Debtors.                         : Jointly Administered
-----------------------------------------------------------X

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the law firm of Schlam Stone & Dolan, A Limited Liability Partnership, is appearing in this action as counsel for Alphadyne International Master Fund Ltd. Please take further notice that all papers and correspondence in this proceeding should be directed to this law firm.

Dated: New York, New York
       May 18, 2011

                                       SCHLAM STONE & DOLAN LLP

                                       By: _____

                                       Bennette D. Kramer (BK-1269)
                                       Schlam Stone & Dolan LLP
                                       Attorneys for Defendant
                                       26 Broadway
                                       New York, New York 10004
                                       Tel.: (212) 344-5400
                                       Fax: (212) 344-7677
                                       E-mail: bdk@schlamstone.com
                                       *Attorneys for Alpahdyne International Master Fund Ltd.*