Lehman Programs Securities, as of July 17 2009

| SERIES NUMBER | ISIN | ISSUER | DESCRIPTION | MATURITY DATE | CURRENCY |
|---|---|---|---|---|---|
| MTN8607 | XS0326403200 | LEHMAN BROTHERS TREASURY CO. BV | 2 YEAR HSBC HOLDING | 10/27/2009 | USD |
| MTN8612 | XS0326403895 | LEHMAN BROTHERS TREASURY CO. BV | 2 YEAR HSBC HOLDINGS LEHMAN BROTHERS HOLDINGS PLC | 10/27/2009 | HKD |
| MTN8613 | XS0326404190 | LEHMAN BROTHERS TREASURY CO. BV | 2 YEAR HSBC HOLDING | 10/27/2009 | USD |
| MTN8611 | XS0326404430 | LEHMAN BROTHERS TREASURY CO. BV | 2 YEAR HSBC LEHMAN BROTHERS HOLDINGS PLC HOLDING | 10/26/2009 | USD |
| MTN8658 | XS0326476693 | LEHMAN BROTHERS TREASURY CO. BV | GBP 11 YRS AUTO-REDEEMABLE RECOVERY NOTE | 12/15/2018 | GBP |
| MTN8643 | XS0326482402 | LEHMAN BROTHERS TREASURY CO. BV | WATER MAGNUM NOTE | 10/24/2009 | USD |
| MTN8606 | XS0326486221 | LEHMAN BROTHERS TREASURY CO. BV | 2YR HK BSKT DLY ACCRL CALLABLE ELN | 10/26/2009 | USD |
| MTN8583 | XS0326486734 | LEHMAN BROTHERS TREASURY CO. BV | 2YR H SHARE BASKET VS STANDARD & POORS 500INDEX | 10/23/2009 | AUD |
| MTN8604 | XS0326490504 | LEHMAN BROTHERS TREASURY CO. BV | 2YR HSBC HOLDGS LEHMAN BROTHERS HOLDINGS PLC DLY ACCRL CALLABLE ELN | 10/26/2009 | USD |
| MTN8605 | XS0326490843 | LEHMAN BROTHERS TREASURY CO. BV | 1YR HK BSKT DLY ACCRL CALLBLE ELN | 10/24/2008 | USD |
| MTN8644 | XS0326516407 | LEHMAN BROTHERS TREASURY CO. BV | USDFX LINKED NOTE | 12/24/2009 | USD |
|  | XS0326516589 | LEHMAN BROTHERS TREASURY CO. BV |  |  |  |
| MTN8645 | XS0326516745 | LEHMAN BROTHERS TREASURY CO. BV | STANDARD AND POORS 500 INDEX | 10/25/2010 | USD |
| MTN8632 | XS0326538120 | LEHMAN BROTHERS TREASURY CO. BV | 1.5 YR SINGAPORE POST LTD DAILY ACCRUAL CALLABLE E | 4/27/2009 | SGD |
| MTN8637 | XS0326539102 | LEHMAN BROTHERS TREASURY CO. BV | 2 YEAR HK BASKET | 10/27/2009 | USD |
| MTN8638 | XS0326539367 | LEHMAN BROTHERS TREASURY CO. BV | 2 YEAR HK BASKET | 10/27/2009 | USD |
| MTN8639 | XS0326539797 | LEHMAN BROTHERS TREASURY CO. BV | 26 MTHS CALL ELN ON CHINESE BASKET QUANTOED IN NZD | 12/31/2009 | NZD |
| MTN8626 | XS0326540290 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR US BASKET DLY ACC CALLABLE ELN | 10/24/2009 | USD |
| MTN8657 | XS0326598371 | LEHMAN BROTHERS TREASURY CO. BV | USD 10 YEAR TARN CCPI PRINCIPAL PROTECTED NOTES | 10/31/2017 | USD |
| MTN8649 | XS0326608279 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR USD HK BASKET DAILY ACC CALL ELN | 10/27/2009 | USD |
| MTN8650 | XS0326608352 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR HKD BASKET DAILY ACCRUAL CALLABLE ELN | 10/27/2009 | HKD |
| MTN8651 | XS0326608436 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR USD HK BASKET DAILY ACC CALL ELN | 10/27/2009 | USD |
| MTN8640 | XS0326608519 | LEHMAN BROTHERS TREASURY CO. BV | 1.5YR SINGAPORE BSKT DLY ACCRL CALLABLE ELN | 4/27/2009 | SGD |
| MTN8652 | XS0326708491 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR USD HK BASKET DAILY ACC CALL ELN | 10/27/2009 | USD |
| MTN8666 | XS0326708657 | LEHMAN BROTHERS TREASURY CO. BV | ELN EXCHANGEABLE INTO TOKYO ELECTRIC POWER CO INC | 10/26/2012 | JPY |
| MTN8673 | XS0326716676 | LEHMAN BROTHERS TREASURY CO. BV | EUR 10YR TARN PRINCIPAL PROTECTED NOTE | 10/31/2017 | EUR |
| MTN8671 | XS0326730313 | LEHMAN BROTHERS TREASURY CO. BV | 7 YR AUTOREDEEMABLE ELN TO JP MORGAN AND CITIGROUP | 10/30/2014 | USD |
| MTN8674 | XS0326823324 | LEHMAN BROTHERS TREASURY CO. BV | CALLABLE JPY RANGE ACCRUAL NOTE | 10/23/2017 | JPY |
| MTN8642 | XS0326826343 | LEHMAN BROTHERS TREASURY CO. BV | AUTOREDEEMABLE RECOVERY NOTE ON BSKT OF 3 WORLD EQ | 11/25/2017 | EUR |
| MTN8603 | XS0326862819 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR HSBC HOLDN GS LEHMAN BROTHERS HOLDINGS PLC DAILY ACCRUAL CALL ABLE EQL | 10/27/2009 | HKD |
| MTN8625 | XS0326865085 | LEHMAN BROTHERS TREASURY CO. BV | 3 YR US BASKET DAILY ACCRUAL CALLABLE EQL NOTE | 10/25/2010 | USD |
| MTN8655 | XS0326865325 | LEHMAN BROTHERS TREASURY CO. BV | 2 YEAR BASKET COUNTRY BASKET | 10/26/2009 | EUR |
| MTN8661 | XS0326865671 | LEHMAN BROTHERS TREASURY CO. BV | 2YR USD HK BSKT DLY ACCRL CALLAB ELN | 10/29/2009 | USD |
| MTN8663 | XS0326865754 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR HK BASKET DAILY ACCRUAL CALLABLE EQL NOTE | 10/26/2009 | USD |
| MTN8664 | XS0326865911 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR AUD ALL WEATHERCOUPON DAILY ELN WITH KNOCK OU | 11/5/2009 | AUD |
| MTN8667 | XS0326866133 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR EUROPEAN BANK BASKET DAILY ACCRUAL CALLABLE | 10/26/2009 | USD |
| MTN8672 | XS0326866216 | LEHMAN BROTHERS TREASURY CO. BV | 3 YR HSBC HOLDN G LEHMAN BROTHERS HOLDINGS PL C DAILY ACCRUAL CALLA BLE EQL | 10/26/2010 | USD |
| MTN8654 | XS0326866307 | LEHMAN BROTHERS TREASURY CO. BV | 2YR HKD HSBC LEHMAN BROTHERS HOLDINGS PLC DAILY ACC. EQL NOTE | 10/27/2009 | HKD |
| MTN8678 | XS0326907697 | LEHMAN BROTHERS TREASURY CO. BV | 90% CAPITAL PROTECTED NOTE4 LINKED TO S&P 500 INDE | 10/26/2012 | USD |
| MTN8683 | XS0326999959 | LEHMAN BROTHERS TREASURY CO. BV | 7YR AUTOCALL LINKED TO DJ EUROSTOXX 50 | 11/29/2014 | EUR |
| MTN8675 | XS0327055371 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR MONTHLY HK BASKET DLY ACC CALLABLE ELN | 10/29/2009 | USD |
| MTN8670 | XS0327055702 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR US BASKET DAILY ACCRUAL CALLABLE EQL NOTE | 10/26/2009 | USD |
| MTN8578 | XS0327082854 | LEHMAN BROTHERS TREASURY CO. BV | JPY/AUD FX TARNS NOTE | 11/6/2037 | JPY |
| MTN8629 | XS0327082938 | LEHMAN BROTHERS TREASURY CO. BV | JPY/AUD AND JPY/USD CHOOSER FX TRANS NOTE | 11/6/2037 | JPY |
| MTN8687 | XS0327165477 | LEHMAN BROTHERS TREASURY CO. BV | CAPITAL PROTECTED ASIAN NOTE | 12/12/2011 | EUR |
| MTN8661A | XS0327165550 | LEHMAN BROTHERS TREASURY CO. BV | USD PODIUM NOTE | 10/30/2012 | USD |
| MTN08688 | XS0327165634 | LEHMAN BROTHERS TREASURY CO. BV | CAPITAL PROTECTED ASIAN NOTE | 12/12/2011 | EUR |
| MTN8697 | XS0327234380 | LEHMAN BROTHERS TREASURY CO. BV | 1 YR HK BASKET DAILY ACC CALL ELN | 10/30/2008 | USD |
| MTN8696 | XS0327235783 | LEHMAN BROTHERS TREASURY CO. BV | 1 YR HK BASKET DAILY ACC CALL ELN | 10/30/2008 | AUD |
| MTN8699 | XS0327236088 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR UK BASKET DAILY ACC CALL ELN | 10/30/2009 | GBP |
| MTN8701 | XS0327236757 | LEHMAN BROTHERS TREASURY CO. BV | EMERGING MARKET NOTE | 12/10/2013 | EUR |
| MTN8711 | XS0327236914 | LEHMAN BROTHERS TREASURY CO. BV | AUTOREDEEMER WORST OF NOTE | 10/30/2012 | EUR |
| MTN8702 | XS0327261946 | LEHMAN BROTHERS TREASURY CO. BV | USD FX BASKET LINKED NOTE | 4/30/2009 | USD |
| MTN8676 | XS0327275144 | LEHMAN BROTHERS TREASURY CO. BV | 2 YEAR SINGAPORE BASKET | 10/29/2009 | SGD |
| MTN8677 | XS0327275227 | LEHMAN BROTHERS TREASURY CO. BV | 26 MNTH CALLAB ELN ON GLOBAL SHARE BSKT | 12/30/2009 | AUD |
| MTN8684 | XS0327275573 | LEHMAN BROTHERS TREASURY CO. BV | 2YR DOW CHEMICAL CO BI-MTLY DLY ACCRL CALLB ELN | 10/29/2009 | USD |
| MTN8686 | XS0327275656 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR H SHARE BKT VS STANDARD AND POORS 500 INDEX L | 10/30/2009 | AUD |
| MTN8698 | XS0327275904 | LEHMAN BROTHERS TREASURY CO. BV | ITOCHU CORP STOCK | 10/22/2010 | JPY |
| MTN8662 | XS0327277199 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR HK BASKET DAILY ACCRUAL CALLABLE EQL IN USD | 10/26/2009 | USD |
| MTN8660 | XS0327277272 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR HK BASKET DAILY ACC CALL ELN | 10/26/2009 | HKD |
| MTN08689 | XS0327291349 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR H SHARE BKT VS STANDARD AND POORS 500 INDEX | 10/30/2009 | AUD |
| MTN8680 | XS0327328281 | LEHMAN BROTHERS TREASURY CO. BV | CAPITAL PROTECTED NOTE | 10/29/2012 | USD |
| MTN8717 | XS0327398656 | LEHMAN BROTHERS TREASURY CO. BV | 5 YR AUTOREDEEMABLE ELN TO BANCO POPULAR | 10/31/2012 | USD |
| MTN8716 | XS0327421060 | LEHMAN BROTHERS TREASURY CO. BV | AUTO REDEEMER WORST OF BASKET NOTE | 10/31/2014 | EUR |
| MTN8707 | XS0327464979 | LEHMAN BROTHERS TREASURY CO. BV | 2 YEAR BIMONTHLY HK BASKET | 11/2/2009 | USD |
| MTN8708 | XS0327465190 | LEHMAN BROTHERS TREASURY CO. BV | 1.5YR BASKET (0005.HK+2628.HK) DAILY ACC CALLB ELN | 4/30/2009 | USD |
|  | XS0327465273 | LEHMAN BROTHERS TREASURY CO. BV |  |  |  |
| MTN8710 | XS0327465356 | LEHMAN BROTHERS TREASURY CO. BV | 26MTH CALLABLE ELN ON HK SHARE BSKT | 1/4/2010 | AUD |
| MTN8712 | XS0327465430 | LEHMAN BROTHERS TREASURY CO. BV | 2YR USD HK BSKT DLY ACCRL CALLABLE ELN | 11/2/2009 | USD |
| MTN8721 | XS0327465604 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR US BASKET(BAC.N+C.N)DAILY ACCR CALLB ELN | 11/2/2009 | USD |
| MTN8722 | XS0327465786 | LEHMAN BROTHERS TREASURY CO. BV | TEIJIN LTD STOCK | 11/6/2012 | JPY |
| MTN8723 | XS0327465869 | LEHMAN BROTHERS TREASURY CO. BV | KOMATSU LTS STOCK | 11/6/2012 | JPY |
| MTN8725 | XS0327576772 | LEHMAN BROTHERS TREASURY CO. BV | CAPITAL PROTECTED NOTE | 11/1/2012 | GBP |
| MTN5203F | XS0327579362 | LEHMAN BROTHERS TREASURY CO. BV | TAPVI PODIUM NOTE | 10/25/2012 | CHF |
|  | XS0327663232 | LEHMAN BROTHERS TREASURY CO. BV |  |  |  |
| MTN8735 | XS0327687843 | LEHMAN BROTHERS TREASURY CO. BV | USD FX LINKED NOTE | 11/1/2010 | USD |
| MTN8737 | XS0327713359 | LEHMAN BROTHERS TREASURY CO. BV | WORST OF 8 STOCKS TRAN | 11/6/2012 | JPY |
| MTN8724 | XS0327714837 | LEHMAN BROTHERS TREASURY CO. BV | NIKKEI LINKED JPY NOTE | 11/7/2014 | JPY |
| MTN8694 | XS0327716881 | LEHMAN BROTHERS TREASURY CO. BV | FINANCIAL GUARANTEE LINKED NOTES | 12/20/2027 | USD |
| MTN8693 | XS0327717343 | LEHMAN BROTHERS TREASURY CO. BV | FINANCIAL GUARANTEE LINKED NOTES | 12/20/2027 | USD |
| MTN8692 | XS0327717855 | LEHMAN BROTHERS TREASURY CO. BV | FINANCIAL GUARANTEE LINKED NOTES | 12/20/2027 | USD |
| MTN8691 | XS0327717939 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN ISSUED FINANCIAL GUARANTEE LINKED NOTES | 6/18/2016 | USD |
| MTN8715 | XS0327723580 | LEHMAN BROTHERS TREASURY CO. BV | SPGSAGP | 10/31/2010 | USD |
| MTN8754 | XS0327725106 | LEHMAN BROTHERS TREASURY CO. BV | 15NC6M CALLABLE RANGE ACCRUAL NOTES | 11/1/2022 | USD |
| MTN8743 | XS0327725528 | LEHMAN BROTHERS TREASURY CO. BV | 12NC3M USD NIN NOTES | 11/5/2019 | USD |
| MTN8742 | XS0327731096 | LEHMAN BROTHERS TREASURY CO. BV | 10 YR AUTO CALLABLE NOTE | 11/2/2017 | EUR |
| MTN8659 | XS0327774732 | LEHMAN BROTHERS TREASURY CO. BV | 7% COMMODITY GARANT PLUS NOTE | 12/7/2012 | EUR |
| MTN8858 | XS0327784376 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR BONUS ELN ON I SHARES MSCI BRAZIL INDEX FUND | 11/2/2009 | USD |
| MTN8734 | XS0327847470 | LEHMAN BROTHERS TREASURY CO. BV | 26 MONTH CALLABLE ELN ON HK SHARE BASKET | 1/4/2010 | AUD |
| MTN8740 | XS0327847553 | LEHMAN BROTHERS TREASURY CO. BV | LB 1YR HKD DLY ACCRL CPN AUTO-CALL NOTE | 10/27/2008 | HKD |
| MTN8728 | XS0327847801 | LEHMAN BROTHERS TREASURY CO. BV | 1 YR USD CALLABLE ELN | 11/3/2008 | USD |
| MTN8732 | XS0327848015 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR HK BASKET DLY ACC CALLABLE ELN | 11/2/2009 | USD |