**From:** Jennyfer Todd [mailto:jennyfertodd@yahoo.com]
**Sent:** Monday, September 14, 2009 9:36 AM
**To:** Lyashkov, Allen
**Subject:** Urgent--Information Request

Hey Allen,

We need the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number and the Clearstream Bank, Euroclear Bank or other depository participant account number (for the Lehman Treasury Bonds).

We are up against a deadline and need the numbers ASAP. Please advise.

Thanks,

Jennyfer

Jennyfer Todd

Esopus Creek Value LP