--- On Mon, 9/14/09, Lyashkov, Allen <alyashkov@btig.com> wrote:

From: Lyashkov, Allen <alyashkov@btig.com>
Subject: RE: Urgent--Information Request
To: "'Jennyfer Todd'" <jennyfertodd@yahoo.com>
Date: Monday, September 14, 2009, 8:48 AM

Hey Jennyfer:

I believe this is the information you're requesting:

EUROCLEAR BRUSSELS

MORGAN GUARANTY TRUST CO. OF NY,

BRUSSELS

A/C Goldman Sachs International, London

BIC: GSILGB2X

Sec A/C 94589

Cash A/C 94589

BIC Code: MGTCBEBEECL

Your GSEC Account Number: 7JAX1209

Please confirm, thank you.

Regards,

Allen

---

From: Jennyfer Todd [mailto:jennyfertodd@yahoo.com]
Sent: Monday, September 14, 2009 9:36 AM
To: Lyashkov, Allen
Subject: Urgent--Information Request

Hey Allen,

We need the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other