## Debra J. Cohen

**From:** jennyfertodd@esopuscreekvalue.com
**Sent:** Tuesday, September 15, 2009 3:30 PM
**To:** Debra J. Cohen
**Cc:** JOE CRISCIONE
**Subject:** Re: FW: Esopus Creek Value LP

Hi Debra,
I talked to Allen at BTIG again. He said that the Euroclear Bank
Electronic Reference number is 94589 (section 3 on the form), and the
Depository Participant Account Number (section 4 on the form) is 7JAX1209.
Please feel free to call me with any further questions so we can address
them quickly.
Thank you!
Jennyfer
(303) 660-5659