200 West Street | New York, New York 10282-2198

Goldman
Sachs

Esopus Creek Value Fund LP
150 JFK Parkway Suite 100
Short Hills, NJ 07078

April 6th, 2011

**Statement of Holdings: LEHMAN BROTHERS TREASURY CO. BOND 000.000% 10/25/2010**
**ISIN: XS0326516746** ("Securities")

To whom it may concern,

Goldman Sachs Execution & Clearing, L.P. ("GSEC") acts as prime broker and/or custodian for the account listed below (the "Account"), introduced through BTIG LLC. This will confirm that the Securities described below were reflected on GSEC's book and records for the Account on the dates indicated:

| Account | Dates | Fund Name | Quantity |
|---------|-------|-----------|----------|
| 7JAX1209 | 06/12/2009-4/5/2011 | Esopus Creek Value LP | 2,000,000 |

Please note that to the extent financing was extended against any of the Securities during any of the applicable time periods, standard collateral arrangements may have resulted in transfers of such Securities pursuant to GSEC's rights as a secured creditor, in which case the applicable Account retained a contractual right against GSEC, as applicable, for the delivery of equivalent securities, with the result that one or more of the Account may not have had the right to vote or exercise other indicia of ownership of the Securities, and that GSEC, as applicable, may have lent, sold or otherwise used the Securities.

Regards,

*[signature]*

Vice President
Goldman Sachs Execution & Clearing, L.P.

Please note that we accept no responsibility or liability to you or any third party in connection with the contents of this letter. The foregoing information is disclosed to you for informational purposes only and should not be relied upon by you or any third party for any other purpose. The letter is based on information that we believe to be correct, however, the information is correct only as of the date stated and would need to be reconfirmed in respect of any other date. The above information lists purchases and sales cleared by us for the accounts and the dates indicated therein, along with certain additional information. Please note however that the official statement of your transactions and securities holdings is provided to you in the form of Goldman Sachs confirmations at the time of the transaction for transactions executed through Goldman Sachs, and monthly customer statements at the end of each calendar month for all transactions cleared to your Goldman Sachs prime brokerage account. The attached is being provided at your request as a courtesy and is not an official report nor in a form customarily provided to our clients nor is it maintained in such a format by us as part of our official books and records. Goldman, Sachs & Co. has no independent regulatory requirement or duty to maintain, and the attached is not meant to be a substitute for, your or your funds' official books and records, nor do we assume any responsibility for any regulatory compliance obligations to which you may be subject. We do not represent that this material is accurate, complete or up-to-date, nor suitable for your intended use and we do not accept liability for any losses or damages arising from your use of this information.