**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re: LEHMAN BROTHERS HOLDINGS INC., et al.,

                          Debtor

-----------------------------------------------------------x

                          Plaintiff

                          v.

                          Defendant

-----------------------------------------------------------x

Case No.: 08-13555

Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Bruce J. Duke fka Bruce Meltzer, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Shashank Agrawal, William Connors, Joanna Barecivic, & Claimants in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of New Jersey and, if applicable, the bar of the U.S. District Court for the District of New Jersey.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: May 13, 2011
_____, New York

/s/ Bruce J. Duke
Mailing Address:
4201 Grenwich Lane
Mt. Laurel, NJ 08054

E-mail address: bruceduke@comcast.net
Telephone number: (908) 420-8452

RECEIVED MAY 17 2011 U.S. BANKRUPTCY COURT SO. DIST OF NEW YORK