# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                            :
            Debtors.                        :    (Jointly Administered)
                                            :
------------------------------------------------------------x    Ref. Docket No. 4271

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

HERB BAER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 8, 2009, I caused to be served the:

   a) "NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM", dated July 8, 2009, a copy of which is attached as Exhibit "A" (the "Bar Date Notice"),

   b) "PROOF OF CLAIM" form, a copy of which is attached hereto as Exhibit "B", (the "General Proof of Claim Form"), and

   c) "PROOF OF CLAIM" form with a legend stating "Notice of Scheduled Claim", a copy of which is attached hereto as Exhibit "C", (the "Schedule Proof of Claim Form")

   by causing true and correct copies of the:

   a) Bar Date Notice and a blank General Proof of Claim Form to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the attached Exhibit "D",

   b) Bar Date Notice and a General Proof of Claim Form, personalized to include the name and address of the creditor, to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the attached Exhibit "E", and

   c) Bar Date Notice and a Schedule Proof of Claim Form, personalized to include the name and address of the creditor and debtor, amount, nature, classification and description of the scheduled claim, to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the attached Exhibit "F".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Herb Baer

Sworn to before me this
10th day of July, 2009

_____
Notary Public

**Exhibit "A"**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
In re                                          :    **Chapter 11 Case No.**
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :    **08-13555 (JMP)**
                                               :
          Debtors.                             :    **(Jointly Administered)**
                                               :
                                               :
-----------------------------------------------------------------x

## NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM

TO ALL PERSONS AND ENTITIES WITH
CLAIMS AGAINST THE DEBTOR LISTED BELOW:

     PLEASE TAKE NOTICE THAT, on July 2, 2009, the United States Bankruptcy Court for the Southern District of New York (the "Court"), having jurisdiction over the chapter 11 cases of Lehman Brothers Holdings Inc. and certain of its affiliates, as debtors and debtors in possession in the above referenced chapter 11 cases (collectively, the "Debtors"), entered an order (the "Bar Date Order") establishing **September 22, 2009, at 5:00 p.m. (prevailing Eastern Time)** as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim ("Proof of Claim") based on prepetition claims against the Debtors (the "Bar Date"). The Bar Date Order, the Bar Date and the procedures set forth below for the filing of Proofs of Claim apply to all claims against the Debtors (other than those set forth below as being specifically excluded) that arose prior to the applicable Commencement Date (the "Commencement Date"), the date on which the Debtors commenced their case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), as set forth in Schedule A hereto.

     **If you have any questions with respect to this Notice, please feel free to contact the Debtors' court-approved claims agent Epiq Bankruptcy Solutions, LLC ("Epiq") at (866) 879-0688.**

     **A CLAIMANT SHOULD CONSULT AN ATTORNEY IF THE CLAIMANT HAS ANY QUESTIONS, INCLUDING WHETHER SUCH CLAIMANT SHOULD FILE A PROOF OF CLAIM. PLEASE NOTE THAT EPIQ IS NOT PERMITTED TO GIVE LEGAL ADVICE.**

     **Some parties are required to file a Proof of Claim in order to preserve their claim against the Debtors. Other parties are not required to file a Proof of Claim in order to preserve their claim against the Debtors. The following is a summary explanation of each.**

1.     **WHO MUST FILE A PROOF OF CLAIM**

     You **MUST** file a **Proof of Claim** to share in the Debtors' estates if you have a claim that arose prior to the applicable Commencement Date, and it is not one of the other types of claims described in Section 2 below. Acts or omissions of the Debtors that arose before the applicable Commencement Date, may give rise to claims against the Debtors that must be filed by the Bar Date, notwithstanding that such claims may not have matured or become fixed or liquidated prior to the applicable Commencement Date. Pursuant to section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

2. **WHO NEED <u>NOT</u> FILE A PROOF OF CLAIM**

You need not file a Proof of Claim if:

(1) Your claim is listed on the Schedules and (i) is **not** described as "disputed," "contingent," or "unliquidated," and (ii) you do **not** dispute the amount, priority or nature of the claim set forth in the Schedules;

(2) Your claim has been paid in full by the Debtors;

(3) You hold an interest in the Debtors, which interest is based exclusively upon the ownership of common or preferred stock, membership interests, partnership interests, or warrants or rights to purchase, sell or subscribe to such a security or interest; **provided, however**, that interest holders who wish to assert claims (as opposed to ownership interests) against the Debtors that arise out of or relate to the ownership or purchase of an interest, including claims arising out of or relating to the sale, issuance, or distribution of the interest, must file Proofs of Claim on or before the Bar Date, unless another exception identified herein applies;

(4) You hold a claim that has been allowed by an order of this Court entered on or before the Bar Date;

(5) You hold a claim for which a separate deadline is fixed by this Court;

(6) You hold a claim for which you have already properly filed a Proof of Claim with the Clerk of the Court or Debtors' court-approved claims agent, Epiq, against the Debtors utilizing a claim form which substantially conforms to the Proof of Claim Form; **provided, however**, any holder that has filed a Proof of Claim based on a Derivative Contract (as defined below) or a Guarantee (as defined below) on or prior to the Bar Date, is required to amend such Proof of Claim to conform to the procedures set forth in this Motion for the filing of Proofs of Claims based on Derivative Contracts and Guarantees;

(7) You hold a claim solely against (i) Lehman Brothers Inc. or (ii) any other entity affiliated with the Debtors that is involved in a bankruptcy or insolvency proceeding or similar proceeding, in foreign jurisdiction; **provided, however**, if such claim is based on an obligation guaranteed by a Debtor, the holder of such claim must file a Proof of Claim on or before the Bar Date;

(8) You hold a security listed on the Master List of Securities available on the Debtors' website http://www.lehman-docket.com (the "Master List of Securities") due to the fact that the indenture trustee for such securities will file a global proof of claim on behalf of all holders of securities issued thereunder; (Wilmington Trust Company, US Bank National Association, and the indenture trustee for each of the other securities included on the Master List of Securities, each will file a global proof(s) of claim on behalf of all holders of securities for which it is identified as Indenture Trustee on the Master List of Securities); **provided, however**, that security holders who wish to assert claims against the Debtors arising out of or relating to the sale, issuance, or distribution of a security, must file Proofs of Claim on or before the Bar Date, unless another exception identified herein applies; and

(9) You are an entity included on the Exempt Entities List available on the Debtors' website http://www.lehman-docket.com (the "Exempt Entities List") or any subsidiary for which the entity on the Exempt Entities List owns at least a fifty percent equity interest in such subsidiary, <u>specifically excluding</u> any subsidiary that is in a bankruptcy, insolvency or similar proceeding in a foreign jurisdiction or Lehman Brothers Inc.

If your claim falls within any of the above categories, your rights as the holder of such claim will be preserved without you filing of a Proof of Claim. Any other person or entity (including, without limitation, each individual, partnership, joint venture, corporation, estate, trust or governmental entity) that has a claim against a Debtor must file a Proof of Claim, as described herein, before the Bar Date.

2

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTORS.**

**THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM OR THAT THE DEBTORS OR THE COURT BELIEVE THAT YOU HAVE A CLAIM. MANY PARTIES ARE REQUIRED TO BE SERVED WITH THIS NOTICE AND IT IS REQUIRED TO REACH A BROAD AUDIENCE OF POTENTIAL CLAIMANTS.**

---

**SPECIAL NOTE TO HOLDERS OF LEHMAN SECURITIES**

Holders of securities are **NOT** required to file a proof of claim on account of their ownership if, and only if, such security is listed on the Debtors' Master List of Securities because such security was issued under an indenture pursuant to which an indenture trustee will file a global proof of claim on behalf of all holders of securities issued thereunder; (Wilmington Trust Company, US Bank National Association, and the indenture trustee for each of the other securities included on the Master List of Securities, each will each file a global proof(s) of claim on behalf of all holders of securities for which it is identified as Indenture Trustee on the Master List of Securities). The Master List of Securities is available for review at http://www.lehman-docket.com. The list is fully searchable by code (CUSIP or ISIN) or by security description.

If you do not see your security listed on the Master List of Securities and you have a question about the Master List of Securities, please download the form entitled "Inquiry Regarding Security Not on Master List of Securities," and complete and return it as directed on the form prior to August 5, 2009.

Inquiries will be investigated, and within 15 days of the Debtors receipt of such inquiry, either the security will either be added to the Master List of Securities (if appropriate), or, if you have provided contact information, you will be notified that the security is not being added to the Master List of Securities and given further information.

The Master List of Securities shall be finalized on August 20, 2009 and not subject to further change.

A Proof of Claim form is being included with the Bar Date Notices being served on holders of LBHI securities other than to holders of securities that are on the Master List of Securities.

IF YOU BELIEVE YOU HAVE A CLAIM AGAINST THE DEBTORS OTHER THAN ON ACCOUNT OF YOUR LEHMAN SECURITIES OWNERSHIP, YOU MUST FILE A PROOF OF CLAIM FORM, AS DIRECTED IN THIS BAR DATE NOTICE. A COPY OF THE PROOF OF CLAIM FORM IS AVAILABLE AT HTTP://WWW.LEHMAN-DOCKET.COM.

**SPECIAL NOTE REGARDING LEHMAN PROGRAM SECURITIES:**

A separate notice and proof of claim form will be provided in connection with certain securities issued by the Debtors or any of the Debtors' affiliates outside of the United States, solely to the extent a security is identified on http://www.lehman-docket.com under the heading "Lehman Program Securities" as of July 17, 2009 at 5:00 pm (prevailing Eastern Time). Such notice and proof of claim form will be available on or about July 27, 2009. The Bar Date in connection with the Lehman Program Securities is November 2, 2009 at 5:00 pm (prevailing Eastern Time). If your security is not identified on http://www.lehman-docket.com under the heading "Lehman Program Securities" as of July 17, 2009 at 5:00 pm (prevailing Eastern Time) you must file your claim by September 22, 2009 as per the instructions herein.

---

3.      **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Any person or entity that holds a claim arising from the rejection of an executory contract or unexpired lease must file a Proof of Claim based on such rejection by the later of (i) the Bar Date, and (ii) the date which is forty-five (45) days following the effective date of such rejection or be forever barred from doing so.

4.      **WHEN AND WHERE TO FILE**

All Proofs of Claim must be filed so as to be **actually received** on or before the Bar Date at the following address:

If by overnight mail, to:

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, New York 10017

If by hand delivery, to:

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, New York 10017

    or

Clerk of the United States Bankruptcy Court
Attn: Lehman Brothers Holdings Claims Processing
One Bowling Green
New York, New York 10004

If by first-class mail, to:

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, New York 10150-5076

Proofs of Claim will be deemed timely filed only if **actually received** by Epiq or the Court on or before the Bar Date. Proofs of Claim may **not** be delivered by facsimile, telecopy, or electronic mail transmission.

In the event the Debtors amend their Schedules to (a) designate a claim as disputed, contingent, unliquidated or undetermined, (b) change the amount of a claim reflected therein, or (c) add a claim that was not listed on the Schedules or remove a claim that was listed on the Schedules, then, and in such event, the Debtors will notify the affected claimant be notified of such amendment and be granted thirty (30) days from the date of such notification within which to file a claim or be forever barred from doing so.

5. **WHAT TO FILE**

If you file a Proof of Claim, your filed Proof of Claim must: (i) be written the English language; (ii) be denominated in the lawful currency of the United States; (iii) conform substantially with the form attached to this notice (the "Proof of Claim Form"); (iv) state the name and case number of the specific Debtor against which it is filed; (v) set forth with specificity the legal and factual basis for the alleged claim; (vi) include supporting documentation or an explanation as to why documentation is not available; and (vii) be signed by the claimant or by an authorized agent of the claimant.

If you are asserting a claim against more than one Debtor or have claims against different Debtors, a separate Proof of Claim must be filed with respect to each such Debtor.

**EXCEPT AS SET FORTH IN THE FOLLOWING EIGHT PARAGRAPHS, YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY WRITINGS UPON WHICH YOUR CLAIM IS BASED. IF THE DOCUMENTS ARE VOLUMINOUS, ATTACH A SUMMARY.**

**CLAIMS BASED ON DERIVATIVE CONTRACTS**

**IF YOU FILE A PROOF OF CLAIM BASED ON AMOUNTS OWED PURSUANT TO A DERIVATIVE CONTRACT, YOU MUST: (A) ON OR BEFORE THE BAR DATE, FILL-OUT AND RETURN A PROOF OF CLAIM FORM IN THE SAME MANNER AS ALL OTHER CLAIMANTS INCLUDING CHECKING THE APPROPRIATE BOX ON THE PROOF OF CLAIM AND (B) ON OR BEFORE THE QUESTIONNAIRE DEADLINE, LOG ON TO http://www.lehman-claims.com, ENTER THE UNIQUE IDENTIFICATION NUMBER INCLUDED ON THE PROOF OF CLAIM FORM MAILED TO SUCH HOLDER BY THE DEBTORS AND COMPLETE THE ELECTRONIC DERIVATIVE QUESTIONNAIRE SUBSTANTIALLY IN THE FORM ATTACHED AS EXHIBIT C TO THE BAR DATE ORDER (THE "DERIVATIVE QUESTIONNAIRE") AND ELECTRONICALLY UPLOAD SUPPORTING DOCUMENTATION ON THE WEBSITE (AS REQUIRED IN THE DERIVATIVE QUESTIONNAIRE), RATHER THAN ATTACHING SUCH DOCUMENTS TO THE PROOF OF CLAIM FORM.**

A "DERIVATIVE CONTRACT" IS A CONTRACT THAT IS ANY OF (I) A "SWAP AGREEMENT" AS SUCH TERM IS DEFINED IN SECTION 101(53B) OF THE BANKRUPTCY CODE OR (II) A "FORWARD CONTRACT" AS SUCH TERM IS DEFINED IN SECTION 101(25) OF THE BANKRUPTCY CODE. A CASH-MARKET PURCHASE OR SALE OF A SECURITY OR LOAN (I.E. ANY PURCHASE OR SALE OF A SECURITY OR LOAN FOR SETTLEMENT WITHIN THE STANDARD SETTLEMENT CYCLE FOR THE RELEVANT MARKET), EXCHANGE-TRADED FUTURE OR OPTION, SECURITIES LOAN TRANSACTION, REPURCHASE AGREEMENT IN RESPECT OF SECURITIES OR LOANS, AND ANY GUARANTEE OR REIMBURSEMENT OBLIGATIONS WHICH WOULD OTHERWISE BE INCLUDED IN THE DEFINITION OF "SWAP AGREEMENT" OR "FORWARD CONTRACT" PURSUANT TO THE DEFINITION OF SUCH TERMS IN THE BANKRUPTCY CODE <u>SHALL NOT BE CONSIDERED</u> A DERIVATIVE CONTRACT FOR THE PURPOSES OF THIS DEFINITION NOR SHALL ANY NOTES, BONDS, OR OTHER SECURITIES ISSUED BY THE DEBTORS OR THEIR AFFILIATES (INCLUDING, BUT NOT LIMITED TO, LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS TREASURY CO. B.V., LEHMAN BROTHERS BANKHAUS AG, LEHMAN BROTHERS HOLDINGS PLC, LEHMAN BROTHERS SECURITIES N.V., AND LEHMAN BROTHERS (LUXEMBOURG) EQUITY FINANCE S.A.).

THE "QUESTIONNAIRE DEADLINE" IS OCTOBER 22, 2009, AT 5:00 PM (PREVAILING EASTERN TIME).

<u>CLAIMS BASED ON A DEBTOR'S GUARANTEE</u>

IF YOU FILE A PROOF OF CLAIM BASED ON A GUARANTEE, YOU MUST: (A) ON OR BEFORE THE BAR DATE, FILL-OUT AND RETURN A PROOF OF CLAIM FORM IN THE SAME MANNER AS ALL OTHER CLAIMANTS INCLUDING CHECKING THE APPROPRIATE BOX ON THE PROOF OF CLAIM AND (B) ON OR BEFORE THE QUESTIONNAIRE DEADLINE, LOG ON TO http://www.lehman-claims.com, ENTER THE UNIQUE IDENTIFICATION NUMBER INCLUDED ON THE PROOF OF CLAIM FORM MAILED TO SUCH HOLDER BY THE DEBTORS AND COMPLETE THE ELECTRONIC GUARANTEE QUESTIONNAIRE SUBSTANTIALLY IN THE FORM ATTACHED AS <u>EXHIBIT D</u> TO THE BAR DATE ORDER (THE "<u>GUARANTEE QUESTIONNAIRE</u>") AND ELECTRONICALLY UPLOAD SUPPORTING DOCUMENTATION AND EVIDENCE OF THE UNDERLYING CLAIM AMOUNT ON THE WEBSITE (AS REQUIRED IN THE GUARANTEE QUESTIONNAIRE), RATHER THAN ATTACHING SUCH DOCUMENTS TO THE PROOF OF CLAIM FORM.

A "GUARANTEE" IS A PROMISE, REPRESENTATION OR AGREEMENT TO ANSWER FOR THE PAYMENT OF SOME DEBT OR THE PERFORMANCE OF SOME DUTY IN CASE OF THE FAILURE OF ANOTHER PERSON OR ENTITY WHO IS LIABLE IN THE FIRST INSTANCE.

THE "QUESTIONNAIRE DEADLINE" IS OCTOBER 22, 2009, AT 5:00 PM (PREVAILING EASTERN TIME).

<u>CLAIMS BASED ON A DEBTOR'S GUARANTEE OF A DERIVATIVE CONTRACT WITH A NON-DEBTOR</u>

IF YOU FILE A PROOF OF CLAIM BASED ON A DEBTOR'S GUARANTEE OF A DERIVATIVE CONTRACT ENTERED INTO WITH A NON-DEBTOR, YOU MUST: (A) ON OR BEFORE THE BAR DATE, FILL-OUT AND RETURN A PROOF OF CLAIM FORM IN THE SAME MANNER AS ALL OTHER CLAIMANTS INCLUDING CHECKING BOTH BOXES ON THE PROOF OF CLAIM THAT SUCH CLAIM IS BASED ON BOTH A DERIVATIVE CONTRACT AND BASED ON A GUARANTEE AND (B) ON OR BEFORE THE QUESTIONNAIRE DEADLINE, LOG ON TO http://www.lehman-claims.com, ENTER THE UNIQUE IDENTIFICATION NUMBER INCLUDED ON THE PROOF OF CLAIM FORM MAILED TO SUCH HOLDER BY THE DEBTORS AND COMPLETE THE ELECTRONIC GUARANTEE QUESTIONNAIRE AND ELECTRONICALLY UPLOAD SUPPORTING DOCUMENTATION ON THE WEBSITE (AS REQUIRED IN THE GUARANTEE QUESTIONNAIRE), RATHER THAN ATTACHING SUCH DOCUMENTS TO THE PROOF OF CLAIM FORM AND LOG ON TO http://www.lehman-claims.com, ENTER THE UNIQUE IDENTIFICATION NUMBER INCLUDED ON THE PROOF OF CLAIM FORM MAILED TO SUCH HOLDER BY THE DEBTORS AND COMPLETE THE ELECTRONIC DERIVATIVE QUESTIONNAIRE AND ELECTRONICALLY UPLOAD SUPPORTING DOCUMENTATION ON THE WEBSITE (AS REQUIRED IN THE DERIVATIVE QUESTIONNAIRE), RATHER THAN ATTACHING SUCH DOCUMENTS TO THE PROOF OF CLAIM FORM.

THE "QUESTIONNAIRE DEADLINE" IS OCTOBER 22, 2009, AT 5:00 PM (PREVAILING EASTERN TIME).

If a holder is required to complete the Derivative Questionnaire or Guarantee Questionnaire, such holder need only submit the documentation required by the applicable Questionnaire by the Questionnaire Deadline and need not submit the documentation required by the applicable Questionnaire with such holder's Proof of Claim by the Bar Date.

If any holder files a Proof of Claim based on a Derivative Contract or a Guarantee which for any reason does not have a Unique ID Number, such holder shall still be required to comply with the procedures set forth in the prior two paragraphs, except that

instead of entering a Unique ID Number on the website, such holder shall instead indicate on the website that they filed a Proof of Claim that did not have a Unique ID Number.

A holder (or any other party authorized under the Bankruptcy Code and the Bankruptcy Rules to submit a Proof of Claim on behalf of such holder) of a security that is guaranteed by a Debtor shall be required to file a Proof of Claim against such Debtor based on the Guarantee and complete the Guarantee Questionnaire.

Any security that is listed on the Master List of Securities is not a Derivative Contract and the holders of such security are not required to complete the Derivative Questionnaire on account of such security.

The information submitted on the website http://www.lehman-claims.com in respect of Derivative Contracts and Guarantees will not be accessible on the website other than by the party that submitted such information and the Debtors and the Creditors' Committee and their respective advisors and counsel.

The website http://www.lehman-claims.com and the information submitted thereon will remain accessible by the party that submitted such information following the Bar Date and the information submitted on the website will be subject to the same rules and standards as amendments and supplements to proofs of claim.

6. **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE BAR DATE OR COMPLETE THE DERIVATIVE QUESTIONNAIRE PRIOR TO THE QUESTIONNAIRE DEADLINE**

**Except with respect to claims of the type set forth in Section 2 above, any creditor who fails to file a Proof of Claim in accordance with the Bar Date Order on or before the Bar Date, specifically, including filling out the Derivative Questionnaire (if applicable) or the Guarantee Questionnaire (if applicable) and uploading required information to the website http://www.lehman-claims.com (which Derivative Questionnaire or Guarantee Questionnaire shall not be required to be completed until the Questionnaire Deadline), specifying the applicable Debtor and other requirements set forth in the Bar Date Order, for any claim such creditor holds or wishes to assert against the Debtors, will be forever barred, estopped, and enjoined from asserting such claim (and from filing a Proof of Claim with respect to such claim) against the Debtors and their estates, and their property will be forever discharged from any and all indebtedness or liability with respect to such claim, and the holder of such claim shall not be permitted to vote on any chapter 11 plan or participate in any distribution in the Debtors' chapter 11 cases on account of such claim or to receive further notices regarding such claim or with respect to the Debtors' chapter 11 cases.**

7. **THE DEBTORS' SCHEDULES AND ACCESS THERETO**

You may be listed as the holder of a claim against the Debtors in the Schedules. Copies of the Schedules may be examined by interested parties on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the Internet at http://www.lehman-docket.com and www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov.). Copies of the Schedules may also be examined by interested parties between the hours of 9:00 a.m. and 4:30 p.m. (prevailing Eastern Time) at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 511, New York, New York 10004.

DATED:   July 8, 2009                                         BY ORDER OF THE COURT
         New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Lori R. Fife
Shai Y. Waisman

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

## Schedule A

| Debtor | Case Number | Commencement Date |
|---|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 | September 15, 2008 |
| LB 745 LLC | 08-13600 | September 16, 2008 |
| PAMI Statler Arms LLC | 08-13664 | September 23, 2008 |
| Lehman Brothers Commodity Services Inc. | 08-13885 | October 3, 2008 |
| Lehman Brothers Special Financing Inc. | 08-13888 | October 3, 2008 |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 | October 3, 2008 |
| Lehman Brothers Derivatives Products Inc. | 08-13899 | October 5, 2008 |
| Lehman Commercial Paper Inc | 08-13900 | October 5, 2008 |
| Lehman Brothers Commercial Corporation | 08-13901 | October 5, 2008 |
| Lehman Brothers Financial Products Inc. | 08-13902 | October 5, 2008 |
| Lehman Scottish Finance L.P. | 08-13904 | October 5, 2008; |
| CES Aviation LLC | 08-13905 | October 5, 2008 |
| CES Aviation V LLC | 08-13906 | October 5, 2008 |
| CES Aviation IX LLC | 08-13907 | October 5, 2008 |
| East Dover Limited | 08-13908 | October 5, 2008 |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 | January 7, 2009 |
| BNC Mortgage LLC | 09-10137 | January 9, 2009 |
| Structured Asset Securities Corporation | 09-10558 | February 9, 2009 |
| LB Rose Ranch LLC | 09-10560 | February 9, 2009 |
| LB 2080 Kalakaua Owners LLC | 09-12516 | April 23, 2009 |

**Exhibit "E"**

# LEHMAN BROTHERS HOLDINGS, INC.
## SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| MURPHY, CAMERON A. | 39 DEEPWOOD ROAD DARIEN CT 06820 |
| MURPHY, CHRIS | 89 NORTH STREET NAZEING, ESSEX EN9 2NJ UNITED KINGDOM |
| MURPHY, CHRISTIE | 34A IVYDALE ROAD NUNHEAD LONDON, GT LON SE15 3BS UNITED KINGDOM |
| MURPHY, DANIEL | 45 EMPIRE SQUARE EAST EMPIRE SQUARE LONDON, GT LON SE1 4NB UNITED KINGDOM |
| MURPHY, DANIEL R. | 10243 SILVERADO CIRCLE BRADENTON FL 34202 |
| MURPHY, DAVID | 70 RUE MONGE PARIS 75 75005 FRANCE |
| MURPHY, GERALD P. | P O BOX 960023 BOSTON MA 02196 |
| MURPHY, HEIDI A. | 4340 AMELIA AVENUE LYONS IL 60534 |
| MURPHY, JAMES | 7 TRINDER GARDENS LONDON N19 4QX UNITED KINGDOM |
| MURPHY, JOHN ANTHONY | FLAT 2 553 CALEDONIAN ROAD LONDON, GT LON N79RB UNITED KINGDOM |
| MURPHY, KAREN | 1 MUTTAMA ROAD ARTARMON SYDNEY, NSW 2064 AUSTRALIA |
| MURPHY, KEITH | 417 DEMAREST AVE ORADELL NJ 076491701 |
| MURPHY, KEVIN M. | 333 E 56TH ST APT 9D NEW YORK NY 100223761 |
| MURPHY, KRISTI E. | 7530 E. EARLL DR. #54 SCOTTSDALE AZ 85251 |
| MURPHY, LEE F. | 100 CHRYSTWOOD BLVD #239 COVINGTON LA 70433 |
| MURPHY, LESLIE CAROLE | 5459 CENTRALIA STREET LONG BEACH CA 90808 |
| MURPHY, MATTHEW J. | 309 W 106 STREET APT 1-C NEW YORK NY 10025 |
| MURPHY, MAUREEN | 20 MARE STREET LONDON, GT LON E8 4RT UNITED KINGDOM |
| MURPHY, MICHAEL SHAWN | 523 GENTRY CT WESTMINSTER MD 21157 |
| MURPHY, NICOLA | 132 GREENPOINT AVENUE APARTMENT 2C BROOKLYN NY 11222 |
| MURPHY, ORLA | 737 PARKER STREET BOSTON MA 02120 |
| MURPHY, OWEN | FLAT 12 166 TOWER BRIDGE ROAD LONDON, GT LON SE1 3LS UNITED KINGDOM |
| MURPHY, PETER | 249 NOD HILL ROAD WILTON CT 06897 |
| MURPHY, RICHARD | FLAT 3 26 CHARLEVILLE ROAD LONDON, GT LON W14 9JH UNITED KINGDOM |
| MURPHY, RYAN | 2 LANGSIDE AVENUE PUTNEY LONDON, GT LON SW15 5QT UNITED KINGDOM |
| MURPHY, TINA | UPSTAIRS FLAT 1 FELIX AVENUE CROUCH END, GT LON N8 9TL UNITED KINGDOM |
| MURPHY, VALERIE | UNIT 7 27 CLIFF STREET MANLY, NSW 2095 AUSTRALIA |
| MURPHY, YANNIE | 2-9-12 NAKACHO VIRAGE NAKACHO, APARTMENT 104 MEGURO-KU 13 153-0065 JAPAN |
| MURPHY-BARBIERO, MAUREEN E | 29 WEST LANE BAY SHORE NY 11706 |
| MURPHY-HICKS, KELLIE A | 7188 MOUNT HOLY CROSS LITTLETON CO 80127 |
| MURPHY-RODER, MAUREEN B | 5 WINDSOR PLACE UPPER MONTCLAIR NJ 07043 |
| MURRAH, CHARLES JEFFREY | 4453 EIGEL STREET HOUSTON TX 77007 |
| MURRAY & MURRAY CO., LPA | 111 EAST SHORELINE DRIVE SANDUSKY OH 44870 |
| MURRAY GUY, INC. | 453 WEST 17TH STREET NEW YORK NY 10011 |
| MURRAY HALL | 121 MANOR HALL ROAD SOUTHWICK BN42 4NL UK |
| MURRAY HALL | 76 GARDNER ROAD PORTSLADE, E.SUSX BN41 1PL UNITED KINGDOM |
| MURRAY HALL | 121 MANOR HALL ROAD SOUTHWICK, E.SUSX BN42 4NL UNITED KINGDOM |
| MURRAY HILL PAINTING CO. INC. | 10-29 48TH AVENUE LONG ISLAND CITY NY 11101 |
| MURRAY III, A Q | 55 SOUTHERN BOULEVARD CHATHAM NJ 07928-1335 |
| MURRAY J DUNLOP | 14 CUMBERLAND COURT CARLISLE AVENUE ST ALBANS, HERTS AL3 5LS UNITED KINGDOM |
| MURRAY JR, THOMSON C | 220 CLEFT ROAD MILL NECK NY 11765-1001 |
| MURRAY JR., WILLIAM S. | 344 PRINCETON ROAD ROCKVILLE CENTRE NY 11570 |
| MURRAY WOOD | 11 AVENUE ROAD WARLEY BRENTWOOD, ESSEX CM14 5EL UNITED KINGDOM |
| MURRAY, ANDREW | 153 1ST ST APT 5A HOBOKEN NJ 07030 |
| MURRAY, ANDREW C | 71 HOUBLON ROAD SURREY RICHMOND TW10 6DB UNITED KINGDOM |
| MURRAY, ANDREW J | 22 DUCK POND RD NORWALK CT 06855-2036 |
| MURRAY, ARLENE D | 2411 HARTMAN DR SUGAR LAND TX 77478 |
| MURRAY, BRYAN A | 5 FOUNTAIN DR STE 1 LAKEWOOD NJ 08701-4407 |
| MURRAY, BRYAN J. | 243 N. PLEASANT AVE. RIDGEWOOD NJ 07450 |

**Exhibit "F"**

# LEHMAN BROTHERS HOLDINGS, INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MURRAY J, DUNLOP | 62 LANCASTER ROAD HERTS ST ALBANS AL1 4ET UNITED KINGDOM |
| MURRAY JR, JOHN P. | 5 TEATICKET COURT EAST ROCKAWAY NY 11518 |
| MURRAY JR, THOMSON C. | 220 CLEFT ROAD MILL NECK NY 11765 |
| MURRAY, WOOD | 6 THURLEIGH ROAD LONDON SW128UG UNITED KINGDOM |
| MURRAY, WOOD | 12 FISHERS CLOSE LONDON SW16 1JN UNITED KINGDOM |
| MURRAY, BRYAN J. | 243 NORTH PLEASANT AVE RIDGEWOOD NJ 07450 |
| MURRAY, JANET L | 43 PURLEIGH AVENUE WOODFORD GREEN, ESSEX IG8 8DU GREECE |
| MURRAY, KAREN | 17 RENTON CLOSE LONDON SW2 1EY GREECE |
| MURRAY, PATRICK J. | 107 HURON DRIVE CHATHAM NJ 07928 |
| MURSUK GRUNDSTUCKS-VERWALTUNGSGESELLSCHAFT MBH | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MURTAZA, BHALLOO | 247-25B 76TH AVENUE BELLEROSE NY 11426 |
| MURUGANANDAN, PALANISAMY | 4411 KINSEY DRIVE APT 508 TYLER TX 75703 |
| MURUGUPANDIAN, PANDIAN | 507, PARSONAGE ROAD EDISON NJ 08837 |
| MUSCARELLA, ALFRED T. | 5 SOHO DRIVE UNIT 111 JERSEY CITY NJ 07305 |
| MUSCLE SHOALS | P.O. BOX 2624 MUSCLE SHOALS AL 35662 |
| MUSCO, JOHN A. | 16 HUDSON AVENUE SPOTSWOOD NJ 08884 |
| MUSE, CHRISTOPHER J. | 103 EAST 75TH STREET APT. 6RW NEW YORK NY 10021 |
| MUSHKIN, SCOTT A. | 95 WARDWELL DRIVE NEW CANAAN CT 06840 |
| MUSSO, LEONARD A. | 77-33 JUNIPER BLVD. NORTH MIDDLE VILLAGE NY 11379 |
| MUSSO, LEONARD A. | 77-33 JUNIPER BLVD. NORTH MIDDLE VILLAGE NY 11379 |
| MUSSO, LEONARD A. | 77-33 JUNIPER BLVD. NORTH MIDDLE VILLAGE NY 11379 |
| MUSTAFA, MAQBOOL | 1000 KNAPPS HIGHWAY APT 04 FAIRFIELD CT 06825 |
| MUSTAFA, MEHMET | 6 DOUGLAS TERRACE WALTHAMSTOW LONDON E175DD UNITED KINGDOM |
| MUSTAFA, MOTIWALA | 402 - RAJ TOWER M.G. ROAD, VILLAGE KANDIVLI (WEST) KANDIVALI(W), MH MUMBAI 400067 INDIA |
| MUSTANG FUEL MARKETING COMPANY | 13439 BROADWAY EXTENSION OKLAHOMA CITY OK 73114 |
| MUSTANG FUEL MARKETING COMPANY | 13439 BROADWAY EXTENSION OKLAHOMA CITY OK 73114 |
| MUSTIQUE 2007-1 A2A | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 A2B | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 B | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 C | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUSTIQUE 2007-1 D | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE GEORGE TOWN, GRAND CAYMAN CANADA |
| MUSTIQUE 2007-1 E | STATE STREET BANK AND TRUST CDO SERVICES GROUP, MAIL CODE: EUC108 200 CLARENDON STREET BOSTON MA 02116 |
| MUTTER, EDWARD G | WHISTLEWOOD COTTAGE LULSLEY, WORCESTERSHIRE WR6 5QT GREECE |
| MVALENT | ATTN: JIM CROWLEY 8 NEW ENGLAND EXECUTIVE PARK BURLINGTON MA 01803 |
| MVANR INKA | PIMCO 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| MX ENERGY INC | 595 SUMMER STREET, SUITE 300 STAMFORD CT 06901 |
| MYERS, MARK L. | 1182 ASBURY AVENUE WINNETKA IL 60093 |
| MYERS, ROBERT T. | 10 ROTARY LANE SUMMIT NJ 07901 |
| MYERS, VALERIE | 2831 EXTERIOR STREET APARTMENT 4B BRONX NY 10463 |
| MYERS-HENRY, KAREN | 102 BARTHOLDI AVE JERSEY CITY NJ 07305 |
| MYKHAYLO, KRAMARENKO | 34 SELWOOD ROAD WOKING SURREY SURREY GU22 9HT UNITED KINGDOM |
| MYKOLA, SOLOTSKYY | SUGAO 3-CHOME, 41-40 MIYAMAYE-KU 14 KAWASAKI-SHI 216-0015 JAPAN |