WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                   :
**In re**                                                          :        **Chapter 11 Case No.**
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC., *et al.*,**                       :        **08-13555 (JMP)**
                                                                   :
                              **Debtors.**                         :        **(Jointly Administered)**
                                                                   :
                                                                   :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *sine die* OF DEBTORS' MOTION FOR AN ORDER**
**PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE TO**
**ESTABLISH PROCEDURES FOR THE SETTLEMENT OR ASSUMPTION AND**
**ASSIGNMENT OF PREPETITION DERIVATIVE CONTRACTS**

         **PLEASE TAKE NOTICE** that the hearing (the "Hearing") on relief requested in

the Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to

Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative

Contracts [Docket No. 1498] (the "Motion"), which was scheduled for June 15, 2011, at 10:00

a.m., **has been adjourned to a date to be determined**.  The Debtors will provide notice of the

new date and time of the Hearing by (a) filing a notice of hearing with the Court and (b) serving

the same upon on (i) the U.S. Trustee;[1] (ii) the attorneys for the Creditors' Committee; (iii) the

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States

Attorney for the Southern District of New York; and (vi) all other parties entitled to notice in

accordance with the procedures set forth in the second amended order entered on June 17, 2010

governing case management and administrative procedures for these cases [Docket No. 9635].

Such hearing on the Motion may be further adjourned from time to time without further notice

other than an announcement at the hearing.


Dated:  May 17, 2011
         New York, New York

                              /s/ Robert J. Lemons
                              Lori R. Fife
                              Robert J. Lemons

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone: (212) 310-8000
                              Facsimile: (212) 310-8007

                              Attorneys for Debtors
                              and Debtors in Possession