UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x  Chapter 11 Case No.
In re                                                            :
                                                                 :  08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :
                                                                 :  (Jointly Administered)
                         Debtors.                                :
---------------------------------------------------------------- :

## NOTICE OF WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. 08-13555 (JMP) |
|---|---|
| Creditor Name and Address: | Carlyle Europe Real Estate Partners II PV, L.L.C. Series 2005-1 c/o The Bank of New York Mellon – London Branch Attn: Sanjay Jobanputra – Vice President, Global Corporate Trust One Canada Square London E14 5AL England |
| Court Claim Number: | 21826 |
| Date Claim Filed: | 9/21/09 |
| Total Amount of Claim Filed: | Contingent and Unliquidated |

BNYM Corporate Trustee Services Limited, *f/k/a* BNY Corporate Trustee Services Limited (hereinafter, the "Creditor"), having filed the above-referenced proof of claim ("Claim"), by its undersigned counsel, hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: New York, New York
       May 17, 2011

Carlyle Europe Real Estate Partners II PV, L.L.C.
Series 2005-1
By: BNYM Corporate Trustee Services Limited
    By: REED SMITH, LP

    By: /s/ Michael J. Venditto
        Michael J. Venditto
        599 Lexington Avenue
        New York, NY 10022

US_ACTIVE-106223117.3-SLLUCAS 5/17/11 12:06 PM