SHAFFERMAN & FELDMAN LLP
286 Madison Avenue, Suite 502
New York, New York 10017
Telephone: (212) 509-1802
Facsimile: (212) 509-1831
Joel Shafferman, Esq.

Attorneys for Easton Investments, II

BRET H. REED, JR., A LAW CORPORATION
2737 E. Coast Highway
Corona Del Mar, California 92625
Telephone: (949) 955-9150
Facsimile: (949) 566-0090
Bret H. Reed, Jr.,  Esq.

Attorneys for KSC Affordable Housing
Investment Fund, LLC                              **Hearing Date and Time**
Pro Hac Vice Pending                              **June 1, 2011 @ 10:00 am**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

| In re: | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | 08-13555 (JMP) |
| | **(Jointly Administered)** |
| **Debtors.** | |

---------------------------------------------------------------

### CERTIFICATE OF SERVICE BY HAND DELIVERY

    I,    Joel M. Shafferman, certifies that:

    1.    I am not a party to the action, am over 18 years of age and reside in

New York, New York.

1

2. On May 18, 2011 I caused KSC Affordable Housing Investment Fund, LLC's Response to Debtors' Omnibus Objection to Claims to be served by hand delivery to the parties on the attached service list:

**SERVICE LIST**

Shai Waisman, Esq.
Penny Reid, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Elizabeth Gasparini, Esq.
Andrea Schwartz, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Dennis O'Donnell, Esq.
Dennis F. Dunne, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005