UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re:

    Lehman Brothers Holdings, Inc.                  Case No.: 08-13555 JMP
                                                                  Chapter 11

                         Debtor

-----------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

       I, Bret H. Reed, Jr., request admission, *pro hac vice*, before the Honorable James M. Peck, to represent KSC Affordable Housing Investment Fund, LLC, a California limited liability company (the "Client"), a Creditor in the above-referenced case.

       I certify that I am a member in good standing of the bar of the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California

       I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: May 17, 2011

Corona Del Mar, California                  /s/ _Bret H. Reed, Jr._
                                                                 BRET H. REED, JR., A LAW CORPORATION
                                                                 2737 E. Coast Highway
                                                                 Corona Del Mar, CA 92625
                                                                 E-mail: bhrjr@reedlawcorp.com
                                                                 Phone: (949) 955-9150