UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:

    Lehman Brothers Holdings, Inc.               Case No.: 08-13555 JMP
                                                                      Chapter 11

                       Debtor

---------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Bret H. Reed, Jr. to be admitted, ***pro hac vice***, to represent KSC Affordable Housing Investment Fund, LLC, a California limited liability company (the "Client"), a Creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California it is hereby

**ORDERED**, that Bret H. Reed, Jr., Esq., is admitted to practice, ***pro hac vice***, in the above referenced case adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York        /s/ _____
                                                          UNITED STATES BANKRUPTCY JUDGE