UNITED STATES BANKRUPTCY COURT
SOUTHER DISTRICT OF NEW YORK

In re

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,

Debtor.

Chapter 11
Case No. 08-13555 (JMP)
Jointly Administered

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF NEW YORK   )

Mary Charles-Kennedy, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in Queens, New York.

On May 18, 2011, I served copies of the documents referenced below by causing true and correct copies of the same to be sent to the persons listed on **Exhibit A** in the manner indicated:

**DOCUMENT 1:**   RESPONSE OF ESOPUS CREEK VALUE LP TO THE DEBTORS' ONE HUNDRED TWELFTH OMNIBUS OBJECTION TO CLAIMS (INVALID BLOCKING NUMBER LPS CLAIM); AND

**DOCUMENT 2:**   DECLARATION OF JOSEPH E. CRISCIONE IN SUPPORT OF THE RESPONSE OF ESOPUS CREEK VALUE LP TO THE DEBTORS' ONE HUNDRED TWELFTH OMNIBUS OBJECTION TO CLAIMS (INVALID BLOCKING NUMBER LPS CLAIM);

/s/ Mary Charles- Kennedy
Mary Charles- Kennedy

Sworn to before me this 18th
day of May 2011.

/s/ Jocelyn Keynes
Jocelyn Keynes
Notary Public, State of New York
No. 02KE6039345
Qualified in New York County
Commission Expires 5/25/14

{00146761.1 / 0766-001}

## **EXHIBIT A**

<u>VIA HAND DELIVERY</u>

Weil Gotshal & Manges LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, NY 10153
Attn:   Shai Waisman, Esq.
         Mark Bernstein, Esq.
         Eric Kasenetz, Esq.

Office of the United States Trustee
Region Two
33 Whitehall Street – 21st Floor
New York, NY 10004
Attn:   Tracy Hope Davis, Esq.
         Elisabetta Gasparini, Esq.
         Andrea Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:   Dennis F. Dunne, Esq.
         Dennis O'Donnell, Esq.
         Evan Fleck, Esq.

{00146761.1 / 0766-001}