MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910
Brian Trust (BT-0347)
Jeffrey G. Tougas (JT-5533)

*COUNSEL TO THE VANTAGEPOINT FUNDS, ACTING ON BEHALF OF THE VANTAGEPOINT DIVERSIFYING STRATEGIES FUND, F/K/A THE "VANTAGEPOINT DIVERSIFIED ASSETS FUND"*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

PLEASE TAKE NOTICE that The Vantagepoint Funds, acting on behalf of the Vantagepoint Diversifying Strategies Fund, f/k/a the "Vantagepoint Diversified Assets Fund," hereby withdraws its claims, filed as claim numbers 15628 and 15629, against Lehman Brothers Special Financing, Inc. and Lehman Brothers Holdings Inc., respectively, each in the amount of $54,298.65. These claims and related questionnaires were filed pursuant to this Court's Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice thereof and Approving the Proof of Claim Form [Docket No. 4271].

2

The undersigned is an authorized signatory of the above-referenced creditor and hereby withdraws the above-referenced claims and authorizes Debtors' claims and noticing agent to reflect this withdrawal on the official claims register for the above-referenced Debtors.

Dated: New York, New York
May 18, 2011

Respectfully submitted,

/s/ Brian Trust

Brian Trust (BT-0347)
Jeffrey G. Tougas (JT-5533)
**MAYER BROWN LLP**
1675 Broadway
New York, New York 10019
(212) 506-2500 (phone)
(212) 262-1910 (fax)

*Counsel to The Vantagepoint Funds, acting on behalf of the Vantagepoint Diversifying Strategies Fund, f/k/a the "Vantagepoint Diversified Assets Fund"*