WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------x
                                                        :
**In re**                                               :        **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**        :        **08-13555 (JMP)**
                                                        :
                   **Debtors.**                         :        **(Jointly Administered)**
                                                        :
---------------------------------------------------------------------------------x

### NOTICE OF HEARING ON DEBTORS' FORTY-FIRST
### OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)

        **PLEASE TAKE NOTICE** that the hearing on the Debtors' Forty-First Omnibus

Objection to Claims (Late-Filed Claims) **[Docket No. 11306]** will be held on **June 2, 2011 at**

**10:00 a.m.** **(Prevailing Eastern Time)** (the "Hearing"), solely as to the claim listed on Exhibit

A attached hereto.  The Hearing will be held before the Honorable James M. Peck, United States

Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New

York, Room 601.

Dated: May 18, 2011
      New York, New York

                  /s/ Robert J. Lemons
                  Robert J. Lemons

                  WEIL, GOTSHAL & MANGES LLP
                  767 Fifth Avenue
                  New York, New York 10153
                  Telephone:  (212) 310-8000
                  Facsimile:   (212) 310-8007

                  Attorneys for Debtors
                  and Debtors in Possession

## EXHIBIT A

| Claimant Name | Claim Number | Docket Number |
|---|---|---|
| Quismorio, James | 36443 | 12130 |