WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :   **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                :   **08-13555 (JMP)**
                                                            :
                        Debtors.                            :   **(Jointly Administered)**
                                                            :
                                                            :
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF DEBTORS' FORTIETH OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS) AS TO CERTAIN CLAIMANTS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Fortieth Omnibus Objection to Claims (Late-Filed Claims) [Dkt. No. 11305] solely with respect to the claims listed on Exhibit A annexed hereto. The Debtors reserve their rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated: May 18, 2011
      New York, New York

                                           /s/ Robert J. Lemons
                                           Robert J. Lemons

                                           WEIL, GOTSHAL & MANGES LLP
                                           767 Fifth Avenue
                                           New York, New York 10153
                                           Telephone: (212) 310-8000
                                           Facsimile: (212) 310-8007

                                           Attorneys for Debtors
                                           and Debtors in Possession

# Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| ALLIANZ GLOBAL INVESTORS FRANCE SA ACTING ON BEHALF OF THE FUND CEA | 65413 |
| EMPIRE STATE CARPENTERS PENSION PLAN | 34521 |
| IRODA, NAGY ES TROCSANYI UGYVEDI | 36738 |
| J SAINSBURY COMMON INVESTMENT FUND | 34632 |
| MORZARIA, RAGINI | 34916 |
| MORZARIA, RAGINI | 34917 |
| MORZARIA, RAGINI | 36225 |
| MORZARIA, RAGINI | 36226 |
| RODRIGUEZ-COLON, ELIZABETH | 34490 |
| SARKAR, AMIT K | 34872 |
| SKOLNICK, WILLIAM | 65968 |
| STOCKDALE, ROBERT | 42212 |