WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                            :

**In re**                                      :       **Chapter 11 Case No.**
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :       **08-13555 (JMP)**
                                            :
                   **Debtors.**               :       **(Jointly Administered)**
                                            :
                                            :
----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' FORTY-FIRST OMNIBUS
OBJECTION TO CLAIMS (LATE-FILED CLAIMS) AS TO CERTAIN CLAIMANTS**

       **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Forty-First Omnibus Objection to Claims (Late-Filed Claims) [Dkt. No. 11306] solely with respect to the claim listed on Exhibit A annexed hereto. The Debtors reserve their rights to object to the claim listed on Exhibit A on any grounds in the future.

Dated: May 18, 2011
      New York, New York

           /s/ Robert J. Lemons
           Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| JOHN, TAN LYE THIAM | 34794 |