UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:                                                                    Chapter 11
                                                                          Case No. 08-13555 (jmp)

LEHMAN BROTHERS HOLDINGS INC., *et al*

                                    Debtor.                               **AFFIDAVIT OF SERVICE**

-------------------------------------------------------X

STATE OF NEW YORK)
                              )ss:
COUNTY OF NASSAU )

    **CHRISTINE C. FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Glen Cove, New York.

    On May 18, 2011, I served a copy of the Response and Opposition to Debtors' One Hundred Seventeenth Omnibus Objection to Claim No. 10767 Filed by Thomson C. Murray, Jr. upon each party listed on the annexed Service List via electronic transmission at the email address listed after each party's name, and by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Post Office within New York State, addressed to each of the attached named parties at the last known address set forth after each name.

SEE ANNEXED SERVICE LIST

/s/Christine C. Follett_____
CHRISTINE C. FOLLETT

Sworn to before me this
18th day of May, 2011

/s/Marion Panos_____
Notary Public, State of New York
No. 01PA5046969
Qualified in Nassau County
Commission Expires July 24, 2013

Weil, Gotshal & Manges LLP.
767 Fifth Avenue
New York, NY 10153
Attn:  Shai Weisman, Esq.
Shai.waisman@weil.com

Office of the United States Trustee Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:  Tracy Hope Davis, Esq.
       Elisabetta Gasparini, Esq.
       Andrea B. Schwartz, Esq.
       Andrea.b.schwartz@usdoj.gov

Milbank, Tweed, Hadley & McCloy, LLP.
1 Chase Manhattan Plaza
New York, NY 10005
Attn:  Dennis F. Dunne, Esq.
       Dennis O'Donnell, Esq.
       Evan Fleck, Esq.
       ddunne@milbank.com

2360015.1