WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                                           :
In re                                       :   Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :   08-13555 (JMP)
                                                           :
                    Debtors.                :   (Jointly Administered)
                                                           :
                                                           :
-----------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF DEBTORS' FORTY-SECOND OMNIBUS
OBJECTION TO CLAIMS (LATE-FILED LEHMAN
PROGRAMS SECURITIES CLAIMS) AS TO CERTAIN CLAIMANTS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) [Dkt. No. 11307] solely with respect to the claims listed on Exhibit A annexed hereto. The Debtors reserve their rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated:  May 18, 2011
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| AGUILERA CAELLES, VICENTE | 64913 |
| ALBAREDA COSTA, MARIA JOSE | 64908 |
| BERTRAN ALCADE, JOSE | 64898 |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | 64127 |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | 64132 |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | 64133 |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | 64203 |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | 64204 |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | 64226 |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | 64851 |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | 64852 |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | 64896 |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | 64897 |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | 64899 |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | 64901 |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | 64905 |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | 64906 |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | 64907 |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | 64910 |
| ELEUTERIO GONZALEZ ALVAREZ | 64894 |
| FERNANDEZ TREMPS, ADOLFO & MARIA VICENTA ORTEGA ORDOVAS | 64227 |

| **Claimant Name** | **Claim Number** |
|---|---|
| FERNANDO ALAIX IDOATE | 64895 |
| FOREST HOLDING INC | 64161 |
| GARCIA-TORRENT MOLINA, RAMON | 64912 |
| GINE DAVI, JOSE & MARIA CARIDAD ROGER PLANAS | 64228 |
| GONZALEZ ALVAREZ, ELEUTERIO & MARIA MERCEDES GASCH RUIDOR | 64131 |
| GONZALEZ GASCH, ESTEBAN | 64130 |
| GONZALEZ GASCH, HELENA | 64129 |
| GONZALEZ GASCH, MERCEDES | 64128 |
| HIJOS RAUBERT, ESTEBAN & MARIA JESUS GAGO MOREDA | 64202 |
| JOVE VINTRO, JOSE L | 64900 |
| KUNTZE-BRAACK, NILS | 64637 |
| KUNTZE-BRAACK, SILVIA | 64638 |
| LOPEZ, AIDA MARIA ARNAIZ | 64850 |
| MONTSERRAT CABRE RABADA, MARIA | 64909 |
| PEDRAZA LLANOS, JOSE LUIS | 64902 |
| PEREZ RUIZ DE TORRES, JUAN JOSE | 64903 |
| SANMARTI AULET, JUAN M. | 64904 |
| STEINHARDT, PEDRO | 64365 |
| SUBIRA FARRE, PEDRO | 64911 |