WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                       :

**In re**                                   :       **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :       **08-13555 (JMP)**

                  Debtors.         :       **(Jointly Administered)**
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' FORTY-THIRD**
**OMNIBUS OBJECTION TO CLAIMS (LATE-FILED LEHMAN**
**PROGRAMS SECURITIES CLAIMS) AS TO CERTAIN CLAIMANTS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) [Dkt. No. 11308] solely with respect to the claims listed on Exhibit A annexed hereto. The Debtors reserve their rights to object to the claims listed on Exhibit A on any grounds in the future.

2

Dated: May 18, 2011
      New York, New York

                    /s/ Robert J. Lemons
                    Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

2

## Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | 64229 |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | 64230 |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | 64432 |
| CERDA BARO, AGUSTIN | 64431 |
| TODINI, GIOVANNA | 64323 |