**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
In re                                                         :        **Chapter 11**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                  :        **Case No.: 08-13555 (JMP)**
                                                              :
        **Debtors.**                                          :        **(Jointly Administered)**
                                                              :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF PARTIAL TRANSFER OF CLAIM**
**OTHER THAN FOR SECURITY PURSUANT TO FRBP RULE 3001(e)(2)**

1.      TO:             JPMorgan Chase Bank, N.A.
                        Mail Code: NY1-A436
                        One Chase Manhattan Plaza – Floor 26
                        New York, New York 10005
                        Attn: Susan McNamara

2.      Please take notice that $7,577,860.50 of your claim against Lehman Brothers
Holdings Inc., identified by XS0296282386 arising from and relating to Proof of Claim
No. 49737 (attached as <u>Exhibit A</u> hereto), has been transferred to:

                        Silver Point Capital Fund, L.P. ("<u>Transferee</u>")
                        c/o Silver Point Capital, L.P.
                        Two Greenwich Plaza, First Floor
                        Greenwich, CT  06830
                        Attn: David F. Steinmetz

        An executed "Evidence of Transfer of Claim" is attached as <u>Exhibit B</u> hereto. All
distributions and notices regarding the transferred portion of the claim should be sent to
the Transferee at the above address, with a copy to:

                        Davis Polk & Wardwell LLP ("<u>Davis Polk</u>")
                        450 Lexington Avenue
                        New York, NY 10017-3904
                        Fax: 212-701-5800
                        Attn: Xin Yu

3.      No action is required <u>if you do not object</u> to the partial transfer of your claim.
However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN**
**<u>21 DAYS</u> OF THE DATE OF MAILING OF THIS NOTICE, YOU MUST**:

--      **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

> United States Bankruptcy Court
> Southern District of New York
> Attn: Clerk of Court
> Alexander Hamilton Custom House
> One Bowling Green
> New York, NY 10004-1408

--      **SEND YOUR OBJECTION TO THE TRANSFEREE WITH A COPY TO DAVIS POLK.**

--      Refer to **INTERNAL CONTROL NO. XS0296282386** in your objection and any further correspondence related to this transfer.

4.      If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING FOR THE TRANSFERRED PORTION OF THE CLAIM.**

CLERK

----

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the Transferor, by first class mail, postage prepaid on _____, 2011.

INTERNAL CONTROL NO. XS0296282386

Copy: (check) Claims Agent___ Transferee___ Debtors' Attorney___


_____
Clerk of the Court

# EXHIBIT A

| *United States Bankruptcy Court/Southern District of New York* | LEHMAN SECURITIES PROGRAMS |
|---|---|

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS
PROOF OF CLAIM**

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000049737

0000049737

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP.
VIA SAN CARLO 8/20
41100 MODENA - ITALY

Telephone number: 01139 059 2021307    Email Address: paolo.mazza@bper.it

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 108,892,533.76    (Required)  SEE SCHEDULE ATTACHED

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): SEE SCHEDULE ATTACHED(Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

SEE SCHEDULE ATTACHED    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

SEE SCHEDULE ATTACHED    (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

FILED / RECEIVED

OCT 2 7 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: October 26, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. GUIDO LEONI - CHAIRMAN    Guido Leoni |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## SCHEDULE

| ISIN CODE | BLOCKING NUMBER | PARTICIPANT ACCOUNT NUMBER | CLEARING SYSTEM | ISSUER | NOMINAL AMOUNT (EUR) | |
|---|---|---|---|---|---|---|
| IT0006578600 | 081918431 | 65387 | MONTE TITOLI | Lehman Brothers Treasury Co. B.V. | € | 16,000.00 |
| XS0148360042 | 6034152 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € | 5,000.00 |
| XS0162289663 | 6034884 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € | 392,000.00 |
| | 6034463 | | | | | |
| XS0163559841 | 6034485 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € | 390,000.00 |
| | 6034145 | | | | | |
| | 6034490 | | | | | |
| | 6034474 | | | | | |
| XS0176153350 | 6034442 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € | 8,703,000.00 |
| | 6034149 | | | | | |
| | 6034457 | | | | | |
| XS0176153350 | 6033797 | 27859 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € | 1,000,000.00 |
| XS0178969209 | 6034482 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € | 90,000.00 |
| XS0181945972 | 6034883 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € | 766,000.00 |
| | 6034433 | | | | | |
| XS0185655445 | 6034902 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € | 70,000.00 |
| | 6034142 | | | | | |
| XS0185655445 | 6033796 | 27859 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € | 1,000,000.00 |
| | 6034911 | | | | | |
| | 6034473 | | | | | |
| XS0189294225 | 6034441 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € | 6,452,000.00 |
| | 6034452 | | | | | |
| | 6034140 | | | | | |
| XS0195431613 | 6034910 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € | 245,000.00 |
| XS0197173643 | 6034472 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € | 710,000.00 |
| | 6034438 | | | | | |
| XS0200284247 | 6034909 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € | 3,788,000.00 |
| | 6034469 | | | | | |
| XS0200284247 | 6033356 | 27859 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € | 790,000.00 |
| XS0202417050 | 6034882 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € | 45,000.00 |
| | 6034432 | | | | | |

P.T.O.

| ISIN | ID | | | EUROCLEAR | Entity | Amount |
|---|---|---|---|---|---|---|
| XS0208459023 | 6034908 | 6034468 | 6034437 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 5,390,000.00 |
| XS0210433206 | 6034907 | | | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 10,000.00 |
| XS0210782552 | 6034906 | | | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 20,000.00 |
| XS0210782552 | 6033359 | | | 27859 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 1,750,000.00 |
| XS0211093041 | 6034880 | 6034467 | 6034435 / 6034135 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 1,496,000.00 |
| XS0211814123 | 6034885 | 6034132 | | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 889,000.00 |
| XS0215349357 | 6034881 | 6034446 | | 27420 | EUROCLEAR | Lehman Brothers UK Capital Funding LP | € 117,000.00 |
| XS0220704109 | 6034445 | | | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 85,000.00 |
| XS0244093927 | 6034128 | | | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 59,000.00 |
| XS0272317131 | 6033798 | | | 27859 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 5,000,000.00 |
| XS0276341418 | 6033799 | | | 27859 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 7,500,000.00 |
| XS0296282386 | 6033800 | | | 27859 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 17,500,000.00 |
| XS0297522228 | 6028589 | | | 27859 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 5,000,000.00 |
| XS0301086475 | 6034153 | | | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 10,000.00 |
| XS0345700198 | 6033801 | | | 27859 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 6,000,000.00 |
| TOTAL | | | | | | | € 75,288,000.00 |



| ISIN CODE | NOMINAL AMOUNT (EUR) | INTEREST (EUR) | TOTAL (EUR) | NOMINAL AMOUNT (USD) | INTEREST (USD) | TOTAL (USD) |
|---|---|---|---|---|---|---|
| IT0006578600 | € 16,000.00 | € 313.80 | € 16,313.80 | $ 22,641.60 | $ 444.06 | $ 23,085.66 |
| XS0148360042 | € 5,000.00 | € - | € 5,000.00 | $ 7,075.50 | $ - | $ 7,075.50 |
| XS0162289663 | € 392,000.00 | € 4,224.89 | € 396,224.89 | $ 554,719.20 | $ 5,978.64 | $ 560,697.84 |
| XS0163559841 | € 390,000.00 | € 7,525.52 | € 397,525.52 | $ 551,889.00 | $ 10,649.36 | $ 562,538.36 |
| XS0176153350 | € 8,703,000.00 | € 248,125.95 | € 8,951,125.95 | $ 12,315,615.30 | $ 351,123.03 | $ 12,666,738.33 |
| XS0176153350 | € 1,000,000.00 | € 28,510.39 | € 1,028,510.39 | $ 1,415,100.00 | $ 40,345.06 | $ 1,455,445.06 |
| XS0178969209 | € 90,000.00 | € 2,484.17 | € 92,484.17 | $ 127,359.00 | $ 3,515.35 | $ 130,874.35 |
| XS0181945972 | € 766,000.00 | € 18,324.09 | € 784,324.09 | $ 1,083,966.60 | $ 25,930.42 | $ 1,109,897.02 |
| XS0185655445 | € 70,000.00 | € 1,745.00 | € 71,745.00 | $ 99,057.00 | $ 2,469.35 | $ 101,526.35 |
| XS0186655445 | € 1,000,000.00 | € 24,928.53 | € 1,024,928.53 | $ 1,415,100.00 | $ 35,276.37 | $ 1,450,376.37 |
| XS0189294225 | € 6,452,000.00 | € 109,941.70 | € 6,561,941.70 | $ 9,130,225.20 | $ 155,578.50 | $ 9,285,803.70 |
| XS0195431613 | € 245,000.00 | € 2,069.61 | € 247,069.61 | $ 346,699.50 | $ 2,928.71 | $ 349,628.21 |
| XS0197173643 | € 710,000.00 | € 2,928.75 | € 712,928.75 | $ 1,004,721.00 | $ 4,144.47 | $ 1,008,865.47 |
| XS0200284247 | € 3,788,000.00 | € 113,010.12 | € 3,901,010.12 | $ 5,360,398.80 | $ 159,920.62 | $ 5,520,319.42 |
| XS0200284247 | € 790,000.00 | € 23,568.64 | € 813,568.64 | $ 1,117,929.00 | $ 33,351.98 | $ 1,151,280.98 |
| XS0204217050 | € 45,000.00 | € 1,192.77 | € 46,192.77 | $ 63,679.50 | $ 1,687.89 | $ 65,367.39 |
| XS0208459023 | € 5,390,000.00 | € 120,489.22 | € 5,510,489.22 | $ 7,627,389.00 | $ 170,504.30 | $ 7,797,893.30 |
| XS0210433206 | € 10,000.00 | € 347.54 | € 10,347.54 | $ 14,151.00 | $ 491.80 | $ 14,642.80 |
| XS0210782552 | € 20,000.00 | € 437.18 | € 20,437.18 | $ 28,302.00 | $ 618.65 | $ 28,920.65 |
| XS0210782552 | € 1,750,000.00 | € 38,253.28 | € 1,788,253.28 | $ 2,476,425.00 | $ 54,132.22 | $ 2,530,557.22 |
| XS0211093041 | € 1,496,000.00 | € 17,248.92 | € 1,513,248.92 | $ 2,116,989.60 | $ 24,408.95 | $ 2,141,398.55 |
| XS0211814123 | € 889,000.00 | € 21,468.63 | € 910,468.63 | $ 1,258,023.90 | $ 30,380.26 | $ 1,288,404.16 |
| XS0215349357 | € 117,000.00 | € 2,421.95 | € 119,421.95 | $ 165,566.70 | $ 3,427.30 | $ 168,994.00 |
| XS0220704109 | € 85,000.00 | € 995.82 | € 85,995.82 | $ 120,283.50 | $ 1,409.18 | $ 121,692.68 |
| XS0244093927 | € 59,000.00 | € 1,216.15 | € 60,216.15 | $ 83,490.90 | $ 1,720.97 | $ 85,211.87 |
| XS0272317131 | € 5,000,000.00 | € 181,111.11 | € 5,181,111.11 | $ 7,075,500.00 | $ 256,290.33 | $ 7,331,790.33 |
| XS0276341418 | € 7,500,000.00 | € 245,833.33 | € 7,745,833.33 | $ 10,613,250.00 | $ 347,878.75 | $ 10,961,128.75 |
| XS0296282386 | € 17,500,000.00 | € 350,000.00 | € 17,850,000.00 | $ 24,764,250.00 | $ 495,285.00 | $ 25,259,535.00 |
| XS0297522228 | € 5,000,000.00 | € - | € 5,000,000.00 | $ 7,075,500.00 | $ - | $ 7,075,500.00 |
| XS0301008475 | € 10,000.00 | € - | € 10,000.00 | $ 14,151.00 | $ - | $ 14,151.00 |
| XS0345700198 | € 6,000,000.00 | € 93,699.00 | € 6,093,699.00 | $ 8,490,600.00 | $ 132,593.45 | $ 8,623,193.45 |
| | € 75,288,000.00 | € 1,662,414.06 | € 76,950,416.06 | $ 106,540,048.80 | $ 2,352,484.96 | $ 108,892,533.76 |

**Total Claim Amount** $ **108,892,533.76**

...unts due in EUR have been converted to US Dollars using the exchange reference rate published by the LISTINO CAMBI BANKITALIA for September 15,
...B: 1 EUR = 1.4151 USD

```
           05387 05387 - BANCA POP. DELL'EMILIA ROMAGNA          Pag.:    1

Procedura.: 700 SMISTAMENTO                              QMSG 14/10/2009
Messaggio.: 71N INFORM.ESITO OP.LIQ.STRUM.FIN.               17:02:36
CRO.......: 459875170                                        Smistato
Data Rif..:                                      Stampato: 16/10/2009
                                                       da: 0001382

Mittente..: 12930   MONTE TITOLI SPA - MILANO
Ricevente.: 65387   BANCA POPOLARE DELL'EMILIA ROMAGNA
Ordinante.:
D'Ordine..:
Destinat..:
Benefic...:


IDC Descrizione              Valore Dato

01   codice messaggio rete  : 71N
040  mittente               : 12930  = monte titoli spa - milano
050  ricevente              : 65387  = banca popolare dell'emilia romagna
D31  data di riferimento    : 14.10.2009
020  c.r.o.                 : 45987517001
719  risutato operazione    : 00  = operazione conclusa in modo corretto
751  numero formulario      : 081918431
717  riferimenti            : VS.ISTR.14-10-09
701  codice strumento finanz: IT000657860000
759  codici attivita'       : O/2  = operazione di blocco
7S8  quantita' nominale / se: 16.000,00/C
716  posizione finale       : 16.000,00/C/0,00/C
71J  informazioni procedural: 2OOV039
775  progressivo movimento c: 5
ABM > app.ban.mittente      : 12930/000MT/00
ABR > app.ban.ricevente     : 65387/000MT/00
CAT > cat.applicativa       : MT01
TUR > timbro                : 000MT45987517001
KEY > chiave aum            : 091014/05586/AUMRC51
Ricevuto dal Fems           : 14.10.2009 17.02.13
SMI > codice smistamento    : 0443/TITOLI  /STAMPA    /MEG3    /TT7P
```

```
+--------------------------------------------+
| ACCOUNT: 24234      - USER #: P3117016 |  LAST LOAD: 16/10/09
|  SECURITIES AND RELATED CASH MOVEMENTS   |        SET2
|   EUROCLEAR SETTLEMENT DATE: 16/10/09    |
|  AGGREGATE OVERNIGHT SETTLEMENT RESULTS   |
+--------------------------------------------+
```

S/N          SECURITY................DESCRIPTION CUR

NOM....AMOUNT.MVT CUR CASH..AMOUNT..MVT  VALUE MVT/STATUS.TIME
MVT..STATUS
            TYP PC CH (E/C REF) REFERENCE        C/P   CORR DEP
            RE REMARKS FROM EUROCLEAR
            RR RELATED REFERENCE
        YOUR NA INSTRUCTION NARRATIVES
            AD ADDRESS OF RECEIVER / DELIVERER
            DP DELIVERING PARTY
            RP RECEIVING PARTY
            IP INSTRUCTING PARTY
            RG REGISTRATION DETAILS
        C/P  NA INSTRUCTION NARRATIVES
            DP DELIVERING PARTY
            RP RECEIVING PARTY
            IP INSTRUCTING PARTY
            RG REGISTRATION DETAILS

S/N XS0257022714 LEHMAN BROTHERS HOL VAR     00/06/13 EUR

    5000000                    161009 SET2   BLOCKED
            SECURITIES BLOCKED
                 (4367375) 25702271EMRO
            RE CUSTODY OPERATION
    -----------------
         0
    -----------------


S/N XS0300055547 LEHMAN BROTHERS HOL VAR     00/05/12 EUR

    10000000                   161009 SET2   BLOCKED
            SECURITIES BLOCKED
                 (4367376) 30005554EMRO
            RE CUSTODY OPERATION
    -----------------
         0

```
+--------------------------------------------+
| ACCOUNT: 27420      - USER #: P3117016 |  LAST LOAD: 16/10/09
|  SECURITIES AND RELATED CASH MOVEMENTS  |        SET2
|   EUROCLEAR SETTLEMENT DATE: 16/10/09   |
|  AGGREGATE OVERNIGHT SETTLEMENT RESULTS  |
+--------------------------------------------+
```

S/N        SECURITY.................DESCRIPTION CUR

NOM....AMOUNT.MVT CUR CASH..AMOUNT..MVT  VALUE MVT/STATUS.TIME
MVT..STATUS
            TYP PC CH (E/C REF) REFERENCE        C/P   CORR DEP
               RE REMARKS FROM EUROCLEAR
               RR RELATED REFERENCE
            YOUR NA INSTRUCTION NARRATIVES
               AD ADDRESS OF RECEIVER / DELIVERER
               DP DELIVERING PARTY
               RP RECEIVING PARTY
               IP INSTRUCTING PARTY
               RG REGISTRATION DETAILS
            C/P  NA INSTRUCTION NARRATIVES
               DP DELIVERING PARTY
               RP RECEIVING PARTY
               IP INSTRUCTING PARTY
               RG REGISTRATION DETAILS

S/N XS0148360042 LEHMAN BROTHERS TRE VAR    24/05/10 EUR

    5000                    161009 SET2   BLOCKED
         SECURITIES BLOCKED
              (4462082) 14836004CAMPANIA
              RE CUSTODY OPERATION
-----------------
         0
-----------------

S/N XS0162289663 LEHMAN BROTHERS TRE 5.00000 00/02/10 EUR

    293000                  161009 SET2   BLOCKED
         SECURITIES BLOCKED
              (4529191) 16228966RAVENNA
              RE CUSTODY OPERATION
    99000                   161009 SET2   BLOCKED
         SECURITIES BLOCKED
              (4553508) 16228966TERZI
              RE CUSTODY OPERATION

```
-----------------
        0
-----------------
```

S/N XS0163559841 LEHMAN BROTHERS TRE 6.00000 00/03/11 EUR

```
    270000                    161009 SET2   BLOCKED
        SECURITIES BLOCKED
            (4462083) 16355984CAMPANIA
            RE CUSTODY OPERATION
    120000                    161009 SET2   BLOCKED
        SECURITIES BLOCKED
            (4529187) 16355984BPER3
            RE CUSTODY OPERATION
-----------------
        0
-----------------
```

S/N XS0176153350 LEHMAN BROTHERS TRE 7.00000 10/10/13 EUR

```
    576000                    161009 SET2   BLOCKED
        SECURITIES BLOCKED
            (4462030) 17615335CAMPANIA
            RE CUSTODY OPERATION
    44000                     161009 SET2   BLOCKED
        SECURITIES BLOCKED
            (4529203) 17615335RAVENNA
            RE CUSTODY OPERATION
    1782000                   161009 SET2   BLOCKED
        SECURITIES BLOCKED
            (4529324) 17615335CRV
            RE CUSTODY OPERATION
    10000                     161009 SET2   BLOCKED
        SECURITIES BLOCKED
            (4529370) 17615335CARISPAQ
            RE CUSTODY OPERATION
    6291000                   161009 SET2   BLOCKED
        SECURITIES BLOCKED
            (4529371) 17615335BPER3
            RE CUSTODY OPERATION
-----------------
        0
-----------------
```

S/N XS0178969209 LEHMAN BROTHERS TRE 7.00000 00/11/13 EUR

```
    90000                     161009 SET2   BLOCKED
        SECURITIES BLOCKED
```

(4529329) 17896920BPER3
RE CUSTODY OPERATION
------------------
    0
------------------


S/N XS0181945972 LEHMAN BROTHERS TRE 7.00000 00/01/14 EUR

521000                              161009 SET2   BLOCKED
    SECURITIES BLOCKED
        (4529221) 18194597CRV
    RE CUSTODY OPERATION
245000                              161009 SET2   BLOCKED
    SECURITIES BLOCKED
        (4553506) 18194597BPER3
    RE CUSTODY OPERATION
------------------
    0
------------------


S/N XS0185655445 LEHMAN BROTHERS TRE 7.00000 00/02/14 EUR

50000                              161009 SET2   BLOCKED
    SECURITIES BLOCKED
        (4462017) 18565544CAMPANIA
    RE CUSTODY OPERATION
20000                              161009 SET2   BLOCKED
    SECURITIES BLOCKED
        (4557529) 18565544BPER3
    RE CUSTODY OPERATION
------------------
    0
------------------

S/N XS0189294225 LEHMAN BROTHERS TRE 7.00000 23/04/14 EUR

237000                              161009 SET2   BLOCKED
    SECURITIES BLOCKED
        (4462007) 18929422CAMPANIA
    RE CUSTODY OPERATION
50000                              161009 SET2   BLOCKED
    SECURITIES BLOCKED
        (4529138) 18929422MEZZOGIO
    RE CUSTODY OPERATION
180000                              161009 SET2   BLOCKED
    SECURITIES BLOCKED
        (4529268) 18929422RAVENNA
    RE CUSTODY OPERATION
756000                              161009 SET2   BLOCKED

```
                SECURITIES BLOCKED
                      (4529297) 18929422CRV
                RE CUSTODY OPERATION
     5229000                          161009 SET2   BLOCKED
                SECURITIES BLOCKED
                      (4558155) 18929422BPER3
                RE CUSTODY OPERATION
     -----------------
            0
     -----------------


     S/N XS0189741001 LEHMAN BROTHERS HOL VAR    00/04/11 EUR


       80000                          161009 SET2   BLOCKED
                SECURITIES BLOCKED
                      (4529367) 18974100LANCIANO
                RE CUSTODY OPERATION
     -----------------
            0
     -----------------


     S/N XS0195431613 LEHMAN BROTHERS TRE 5.00000 14/07/14 EUR


       245000                         161009 SET2   BLOCKED
                SECURITIES BLOCKED
                      (4558168) 19543161BPER3
                RE CUSTODY OPERATION
     -----------------
            0
     -----------------


     S/N XS0197173643 LEHMAN BROTHERS TRE VAR    00/08/11 EUR


       700000                         161009 SET2   BLOCKED
                SECURITIES BLOCKED
                      (4529188) 19717364RAVENNA
                RE CUSTODY OPERATION
       10000                          161009 SET2   BLOCKED
                SECURITIES BLOCKED
                      (4529386) 19717364CRV
                RE CUSTODY OPERATION
     -----------------
            0
     -----------------


     S/N XS0200284247 LEHMAN BROTHERS TRE 5.00000 22/09/14 EUR


       129000                         161009 SET2   BLOCKED
                SECURITIES BLOCKED
                      (4529292) 20028424RAVENNA
                RE CUSTODY OPERATION
```

```
     3659000                    161009 SET2   BLOCKED
          SECURITIES BLOCKED
               (4558159) 20028424BPER3
               RE CUSTODY OPERATION
-----------------
          0
-----------------


  S/N XS0202417050 LEHMAN BROTHERS TRE 4.00000 27/10/14 EUR

     5000                       161009 SET2   BLOCKED
          SECURITIES BLOCKED
               (4529280) 20241705CRV
               RE CUSTODY OPERATION
     40000                      161009 SET2   BLOCKED
          SECURITIES BLOCKED
               (4553516) 20241705TERZI
               RE CUSTODY OPERATION
-----------------
          0
-----------------


  S/N XS0208459023 LEHMAN BROTHERS TRE 4.00000 30/12/16 EUR

     953000                     161009 SET2   BLOCKED
          SECURITIES BLOCKED
               (4529142) 20845902CRV
               RE CUSTODY OPERATION
     58000                      161009 SET2   BLOCKED
          SECURITIES BLOCKED
               (4529360) 20845902RAVENNA
               RE CUSTODY OPERATION
     4379000                    161009 SET2   BLOCKED
          SECURITIES BLOCKED
               (4558163) 20845902BPER3
               RE CUSTODY OPERATION
-----------------
          0
-----------------


  S/N XS0210433206 LEHMAN BROTHERS TRE 6.00000 15/02/35 EUR

     10000                      161009 SET2   BLOCKED
          SECURITIES BLOCKED
               (4558171) 21043320BPER3
               RE CUSTODY OPERATION
-----------------
          0
-----------------
```

S/N XS0210782552 LEHMAN BROTHERS TRE VAR    01/02/13 EUR

   20000                          161009 SET2   BLOCKED
      SECURITIES BLOCKED
         (4558166) 21078255BPER3
       RE CUSTODY OPERATION
-----------------
    0
-----------------


S/N XS0211093041 LEHMAN BROTHERS TRE 7.50000 16/02/15 EUR

   75000                          161009 SET2   BLOCKED
      SECURITIES BLOCKED
         (4462043) 21109304CAMPANIA
       RE CUSTODY OPERATION
  167000                          161009 SET2   BLOCKED
      SECURITIES BLOCKED
         (4529264) 21109304RAVENNA
       RE CUSTODY OPERATION
  741000                          161009 SET2   BLOCKED
      SECURITIES BLOCKED
         (4529315) 21109304CRV
       RE CUSTODY OPERATION
  513000                          161009 SET2   BLOCKED
      SECURITIES BLOCKED
         (4553515) 21109304BPER3
       RE CUSTODY OPERATION
-----------------
    0
-----------------


S/N XS0211814123 LEHMAN BROTHERS TRE 7.00000 16/02/17 EUR

  679000                          161009 SET2   BLOCKED
      SECURITIES BLOCKED
         (4462032) 211814122CAMPANI
       RE CUSTODY OPERATION
  210000                          161009 SET2   BLOCKED
      SECURITIES BLOCKED
         (4553511) 21181412BPER3
       RE CUSTODY OPERATION
-----------------
   0


S/N XS0215349357 LEHMAN UK CAP PREF SEC 6.625 UNDATED EUR

  92000                          161009 SET2   BLOCKED
      SECURITIES BLOCKED

(4529397) 21534935CRV
RE CUSTODY OPERATION
25000                          161009 SET2   BLOCKED
SECURITIES BLOCKED
(4553507) 21534935BPER3
RE CUSTODY OPERATION
-----------------
0
-----------------


S/N XS0220704109 LEHMAN BROTHERS TRE 7.00000 13/06/17 EUR

85000                          161009 SET2   BLOCKED
SECURITIES BLOCKED
(4529135) 22070410CRV
RE CUSTODY OPERATION
-----------------
0
-----------------


S/N XS0244093927 LEHMAN BROTHERS TRE 4.25000 01/03/12 EUR

59000                          161009 SET2   BLOCKED
SECURITIES BLOCKED
(4460618) 24409392CAMPANIA
RE CUSTODY OPERATION
-----------------
0
-----------------


S/N XS0252834576 LEHMAN BROTHERS HOL 4.00000 04/05/11 EUR

50000                          161009 SET2   BLOCKED
SECURITIES BLOCKED
(4529340) 25283457BPER3
RE CUSTODY OPERATION
-----------------
0
-----------------


S/N XS0301086475 LEHMAN BROTHERS TRE WRT    04/07/11 EUR

10                          161009 SET2   BLOCKED
SECURITIES BLOCKED
(4462008) 30108647CAMPANIA
RE CUSTODY OPERATION
-----------------
0

```
+--------------------------------------+
| ACCOUNT: 27859      - USER #: P3117016 |  LAST LOAD: 16/10/09
|  SECURITIES AND RELATED CASH MOVEMENTS   |        SET2
|   EUROCLEAR SETTLEMENT DATE: 16/10/09    |
|  AGGREGATE OVERNIGHT SETTLEMENT RESULTS  |
+--------------------------------------+
```

S/N          SECURITY................DESCRIPTION CUR

NOM....AMOUNT.MVT CUR CASH..AMOUNT..MVT  VALUE MVT/STATUS.TIME
MVT..STATUS
          TYP PC CH (E/C REF) REFERENCE         C/P   CORR DEP
            RE REMARKS FROM EUROCLEAR
            RR RELATED REFERENCE
          YOUR NA INSTRUCTION NARRATIVES
            AD ADDRESS OF RECEIVER / DELIVERER
            DP DELIVERING PARTY
            RP RECEIVING PARTY
            IP INSTRUCTING PARTY
            RG REGISTRATION DETAILS
          C/P  NA INSTRUCTION NARRATIVES
            DP DELIVERING PARTY
            RP RECEIVING PARTY
            IP INSTRUCTING PARTY
            RG REGISTRATION DETAILS


S/N XS0176153350 LEHMAN BROTHERS TRE 7.00000 10/10/13 EUR

    1000000                  161009 SET2   BLOCKED
          SECURITIES BLOCKED
               (4411138) 17615335SIMGEST
               RE CUSTODY OPERATION
-----------------
     0
-----------------


S/N XS0185655445 LEHMAN BROTHERS TRE 7.00000 00/02/14 EUR

    1000000                  161009 SET2   BLOCKED
          SECURITIES BLOCKED
               (4411131) 18565544SIMGEST

RE CUSTODY OPERATION

-----------------
        0
-----------------


S/N XS0189741001 LEHMAN BROTHERS HOL VAR    00/04/11 EUR

    1000000                    161009 SET2   BLOCKED
        SECURITIES BLOCKED
            (4411135) 18974100SIMGEST
        RE CUSTODY OPERATION

-----------------
        0
-----------------


S/N XS0200284247 LEHMAN BROTHERS TRE 5.00000 22/09/14 EUR

    790000                     161009 SET2   BLOCKED
        SECURITIES BLOCKED
            (4382523) 200285424SIMGEST
        RE CUSTODY OPERATION

-----------------
        0
-----------------


S/N XS0210782552 LEHMAN BROTHERS TRE VAR    01/02/13 EUR

    1750000                    161009 SET2   BLOCKED
        SECURITIES BLOCKED
            (4383836) 21078255SIMGEST
        RE CUSTODY OPERATION

-----------------
        0
-----------------


S/N XS0254171191 LEHMAN BROTHERS HOL VAR    00/05/16 EUR

    4000000                    161009 SET2   BLOCKED
        SECURITIES BLOCKED
            (4383849) 25417119SIMGEST
        RE CUSTODY OPERATION

-----------------
        0
-----------------


S/N XS0272317131 LEHMAN BROTHERS TRE TBF    24/10/12 EUR

    5000000                    161009 SET2   BLOCKED
        SECURITIES BLOCKED
            (4411143) 27231713SIMGEST

RE CUSTODY OPERATION
-----------------
          0
-----------------


S/N XS0276341418 LEHMAN BROTHERS TRE 4.00000 24/11/16 EUR

    7500000                    161009 SET2   BLOCKED
          SECURITIES BLOCKED
               (4411136) 27634141SIMGEST
          RE CUSTODY OPERATION
-----------------
          0
-----------------


S/N XS0282937985 LEHMAN BROTHERS HOL VAR    00/02/14 EUR

    2000000                    161009 SET2   BLOCKED
          SECURITIES BLOCKED
               (4383838) 28293798SIMGEST
          RE CUSTODY OPERATION
-----------------
          0
-----------------


S/N XS0296282386 LEHMAN BROTHERS TRE       24/04/17 EUR

    17500000                   161009 SET2   BLOCKED
          SECURITIES BLOCKED
               (4411152) 29628238SIMGEST
          RE CUSTODY OPERATION
-----------------
          0
-----------------


S/N XS0297522228 LEHMAN BROTHERS TRE VAR    04/05/10 EUR

    5000000                    161009 SET2   BLOCKED
          SECURITIES BLOCKED
               (9826579) 29752222SIMGEST
          RE CUSTODY OPERATION
-----------------
          0
-----------------


S/N XS0345700198 LEHMAN BROTHERS TRE VAR    00/03/10 EUR

    6000000                    161009 SET2   BLOCKED
          SECURITIES BLOCKED

Account 24234 Custody: Valid Instructions

| | | | | | | |
|---|---|---|---|---|---|---|
| 24234 | 25702271EMRO IPRO | 6033287 | 37 | XS0257022714 | 5000000 | 07/10/09 |
| 24234 | 30005554EMRO IPRO | 6033288 | 37 | XS0300055547 | 10000000 | 07/10/09 |

Account 27859  Custody: Valid Instructions

| | | | | | | |
|---|---|---|---|---|---|---|
| 27859 | 29752222SIMGEST IPRO | 6028589 | 37 | XS0297522228 | 5000000 | 02/10/09 |
| 27859 | 200285424SIMGEST IPRO | 6033356 | 37 | XS0200284247 | 790000 | 07/10/09 |
| 27859 | 28293798SIMGEST IPRO | 6033357 | 37 | XS0282937985 | 2000000 | 07/10/09 |
| 27859 | 25417119SIMGEST IPRO | 6033358 | 37 | XS0254171191 | 4000000 | 07/10/09 |
| 27859 | 21078255SIMGEST IPRO | 6033359 | 37 | XS0210782552 | 1750000 | 07/10/09 |
| 27859 | 18974100SIMGEST IPRO | 6033795 | 37 | XS0189741001 | 1000000 | 07/10/09 |
| 27859 | 18565544SIMGEST IPRO | 6033796 | 37 | XS0185655445 | 1000000 | 07/10/09 |
| 27859 | 17615335SIMGEST IPRO | 6033797 | 37 | XS0176153350 | 1000000 | 07/10/09 |
| 27859 | 27231713SIMGEST IPRO | 6033798 | 37 | XS0272317131 | 5000000 | 07/10/09 |
| 27859 | 27634141SIMGEST IPRO | 6033799 | 37 | XS0276341418 | 7500000 | 07/10/09 |
| 27859 | 29628238SIMGEST IPRO | 6033800 | 37 | XS0296282386 | 17500000 | 07/10/09 |
| 27859 | 34570019SIMGEST IPRO | 6033801 | 37 | XS0345700198 | 6000000 | 07/10/09 |

Account 27420  Custody: Valid Instructions

| | | | | | | |
|---|---|---|---|---|---|---|
| 27420 | 24409392CAMPANIA IPRO | 6034128 | 37 | XS0244093927 | 59000 | 07/10/09 |
| 27420 | 211814122CAMPANI 07/10/09 IPRO | 6034132 | 37 | XS0211814123 | 679000 | |
| 27420 | 21109304CAMPANIA IPRO | 6034135 | 37 | XS0211093041 | 75000 | 07/10/09 |
| 27420 | 18929422CAMPANIA 07/10/09 IPRO | 6034140 | 37 | XS0189294225 | 237000 | |
| 27420 | 18565544CAMPANIA IPRO | 6034142 | 37 | XS0185655445 | 50000 | 07/10/09 |
| 27420 | 16355984CAMPANIA 07/10/09 IPRO | 6034145 | 37 | XS0163559841 | 270000 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 27420 | 17615335CAMPANIA 07/10/09 IPRO | 6034149 | 37 | XS0176153350 | 576000 | |
| 27420 | 14836004CAMPANIA IPRO | 6034152 | 37 | XS0148360042 | 5000 | 07/10/09 |
| 27420 | 30108647CAMPANIA IPRO | 6034153 | 37 | XS0301086475 | 10 | 07/10/09 |
| 27420 | 20241705CRV IPRO | 6034432 | 37 | XS0202417050 | 5000 | 08/10/09 |
| 27420 | 18194597CRV IPRO | 6034433 | 37 | XS0181945972 | 521000 | 08/10/09 |
| 27420 | 21109304CRV IPRO | 6034435 | 37 | XS0211093041 | 741000 | 08/10/09 |
| 27420 | 20845902CRV IPRO | 6034437 | 37 | XS0208459023 | 953000 | 08/10/09 |
| 27420 | 19717364CRV IPRO | 6034438 | 37 | XS0197173643 | 10000 | 08/10/09 |
| 27420 | 18929422CRV IPRO | 6034441 | 37 | XS0189294225 | 756000 | 08/10/09 |
| 27420 | 17615335CRV IPRO | 6034442 | 37 | XS0176153350 | 1782000 | 08/10/09 |
| 27420 | 22070410CRV IPRO | 6034445 | 37 | XS0220704109 | 85000 | 08/10/09 |
| 27420 | 21534935CRV IPRO | 6034446 | 37 | XS0215349357 | 92000 | 08/10/09 |
| 27420 | 18929422MEZZOGIO IPRO | 6034452 | 37 | XS0189294225 | 50000 | 08/10/09 |
| 27420 | 18974100LANCIANO IPRO | 6034455 | 37 | XS0189741001 | 80000 | 08/10/09 |
| 27420 | 17615335CARISPAQ IPRO | 6034457 | 37 | XS0176153350 | 10000 | 08/10/09 |
| 27420 | 16228966RAVENNA 08/10/09 IPRO | 6034463 | 37 | XS0162289663 | 293000 | |
| 27420 | 21109304RAVENNA 08/10/09 IPRO | 6034467 | 37 | XS0211093041 | 167000 | |
| 27420 | 20845902RAVENNA IPRO | 6034468 | 37 | XS0208459023 | 58000 | 08/10/09 |
| 27420 | 20028424RAVENNA 08/10/09 IPRO | 6034469 | 37 | XS0200284247 | 129000 | |
| 27420 | 19717364RAVENNA 08/10/09 IPRO | 6034472 | 37 | XS0197173643 | 700000 | |
| 27420 | 18929422RAVENNA 08/10/09 IPRO | 6034473 | 37 | XS0189294225 | 180000 | |
| 27420 | 17615335RAVENNA IPRO | 6034474 | 37 | XS0176153350 | 44000 | 08/10/09 |
| 27420 | 25283457BPER3 IPRO | 6034475 | 37 | XS0252834576 | 50000 | 08/10/09 |
| 27420 | 17896920BPER3 IPRO | 6034482 | 37 | XS0178969209 | 90000 | 08/10/09 |
| 27420 | 16355984BPER3 IPRO | 6034485 | 37 | XS0163559841 | 120000 | 08/10/09 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 27420 | 17615335BPER3 IPRO | 6034490 | 37 | XS0176153350 | 6291000 | 08/10/09 |
| 27420 | 21109304BPER3 IPRO | 6034880 | 37 | XS0211093041 | 513000 | 08/10/09 |
| 27420 | 21534935BPER3 IPRO | 6034881 | 37 | XS0215349357 | 25000 | 08/10/09 |
| 27420 | 20241705TERZI IPRO | 6034882 | 37 | XS0202417050 | 40000 | 08/10/09 |
| 27420 | 18194597BPER3 IPRO | 6034883 | 37 | XS0181945972 | 245000 | 08/10/09 |
| 27420 | 16228966TERZI IPRO | 6034884 | 37 | XS0162289663 | 99000 | 08/10/09 |
| 27420 | 21181412BPER3 IPRO | 6034885 | 37 | XS0211814123 | 210000 | 08/10/09 |
| 27420 | 18565544BPER3 IPRO | 6034902 | 37 | XS0185655445 | 20000 | 08/10/09 |
| 27420 | 21078255BPER3 IPRO | 6034906 | 37 | XS0210782552 | 20000 | 08/10/09 |
| 27420 | 21043320BPER3 IPRO | 6034907 | 37 | XS0210433206 | 10000 | 08/10/09 |
| 27420 | 20845902BPER3 IPRO | 6034908 | 37 | XS0208459023 | 4379000 | 08/10/09 |
| 27420 | 20028424BPER3 IPRO | 6034909 | 37 | XS0200284247 | 3659000 | 08/10/09 |
| 27420 | 19543161BPER3 IPRO | 6034910 | 37 | XS0195431613 | 245000 | 08/10/09 |
| 27420 | 18929422BPER3 IPRO | 6034911 | 37 | XS0189294225 | 5229000 | 08/10/09 |

# EXHIBIT B

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, JPMorgan Chase Bank, N.A. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Silver Point Capital Fund, L.P. (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the claim amount specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number 49737 filed by or on behalf of Banca Popolare Dell'Emelia Romagna soc. Coop., Seller's predecessor in interest (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.    Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claims be delivered or made to Purchaser.

4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein.

Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this ⊥ day of May 2011.

**JPMorgan Chase Bank, N.A.**

By: _____
Name:      Peter Schoepe
Title:      Authorized Signatory

Address:
Mail Code: NY1-A436
One Chase Manhattan Plaza – Floor 26
New York, New York 10005
ATTN: Susan McNamara

**SILVER POINT CAPITAL FUND, L.P.**

By: _____

By: _____David F. Steinmetz_____
Name:      Authorized Signatory
Title:

Address:
Silver Point Capital, L.P.
2 Greenwich Plaza
Greenwich, CT 06830

Schedule 1

Transferred Claims

Purchased Claim

30% of XS0296282386 = $7,577,860.50 (EUR 5,355,000) of $25,259,535 (EUR 17,850,000) (the outstanding amount of the Proof of Claim).

Lehman Programs Securities to which Transfer Relates

| Description of Security | JSIN/CUSIP | Issuer | Guarantor | Principal Claim Amount Purchased | Accrued Interest Purchased | Maturity |
|---|---|---|---|---|---|---|
| Issue of EUR 7,500,000 Index-Linked Notes due April 2017 relating to the Dow Jones Stoxx Select Dividend 30 Index Guaranteed by Lehman Brothers Holdings Inc. under the U.S. $60,000,000,000 Euro Medium-Term Note Retail Program | XS0296282386 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 5,250,000 USD $7,429,275.00 | EUR 105,000 USD $148,585.50 | 04/24/2017 |