**Form 210A (10/06)**

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>    Case <u>No. 08-13555 (JMP)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Rahn & Bodmer Co. | Credit Suisse AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Rahn & Bodmer Co.
attn. Enrico Nussio
Postfach
8022 Zürich
Switzerland

Phone: +41 44 639 11 11
Last Four Digits of Acct #: _____

Court Claim # (if known): 55829
Date Claim Filed: 29.10.2009
Amount of Claim: CHF 14'440'000.00
Portion of Claim Transferred (see Schedule I): CHF 200'000.00

Phone: +1 212 538 9137
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____    Date: 10.05.2011
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

     For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Rahn & Bodmer Co.** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**), **CHF 200'000** in nominal amount related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

     Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

     IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON May 10, 2011.

**CREDIT SUISSE AG**

By: _____
Name: Stefan Keller
Title:  Director

By: _____
Name: Sabine Buhr
Title:  Vice President

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount |
|---|---|---|---|---|
| XS0234123650 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | CHF 200'000.00 |



R&BANQUIERS

Rahn & Bodmer Zürich

United States Bankruptcy Court/Southern Disctrict of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epic Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Zurich, May 10, 2011
BOF/SGU

**Transfer of Claim**

Dear Sirs,

Please find attached the forms for transfer of a claim.

Yours faithfully,
Rahn & Bodmer Co.

Sandra Gut                               Tobias Metzke

enclosure:
- Form "evidence of transfer of claim"
- Form 210A

Rahn & Bodmer Co.
Talstrasse 15, Postfach
8022 Zürich, Schweiz
Telefon +41 44 639 11 11
Telefax +41 44 639 11 22