UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                          :
In re                                     :     Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :     08-13555 (JMP)
                                          :     (Jointly Administered)
        Debtors.                          :
                                          :
-----------------------------------------------------------------x     Ref. Docket No. 9160

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 17, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             */s/ Lauren Rodriguez*
                                             Lauren Rodriguez

Sworn to before me this
18th day of May, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:    SPCP GROUP, L.L.C.
               TRANSFEROR: ARCHE MASTER FUND, L.P.
               AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL
               OFFSHORE FUND, LTD; ATTN: ADAM J. DEPANFILIS
               660 STEAMBOAT ROAD
               GREENWICH CT 06830


Additional:    SPCP GROUP, L.L.C.
               DAY PITNEY LLP
               ATTN: RONALD S. BEACHER, ESQ.
               7 TIMES SQUARE
               NEW YORK NY 10036


Transferee:    GOLDMAN SACHS LENDING PARTNERS LLC
               C/O GOLDMAN SACHS & CO
               ATTN: LAUREN DAY
               30 HUDSON STREET, 36TH FLOOR
               JERSEY CITY NJ 07302


**Your transfer of claim #   4261   is defective for the reason(s) checked below:**

Expunged By Court Order



Docket Number 9160              Date 05/21/10

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 17, 2011.

# EXHIBIT B

```
TIME: 12:41:46                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 05/17/11                                         CREDITOR LISTING

Name                              Address
GOLDMAN SACHS LENDING PARTNERS LLC C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
SPCP GROUP, L.L.C.                 TRANSFEROR: ARCHE MASTER FUND, L.P. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL
                                   OFFSHORE FUND, LTD; ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830
SPCP GROUP, L.L.C.                 DAY PITNEY LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036

Total Number of Records Printed           3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC