**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
.........................................................................:

**In re**                                                       :         **Chapter 11 Case No.**
.........................................................................:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :         **08-13555 (JMP)**
.........................................................................:         **(Jointly Administered)**
............................................**Debtors.**      :
.........................................................................:
----------------------------------------------------------------------x         **Ref. Docket Nos. 16779, 16780,**
............................................................................**16782, 16783, 16785-16794, 16807,**
............................................................................**16812, 16815, 16820, 16824, 16830,**
............................................................................**16833, 16835, 16837**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
........................................) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 17, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

................................................................................*/s/ Lauren Rodriguez*_____
................................................................................Lauren Rodriguez

Sworn to before me this
18th day of May, 2011

*/s/ Panagiota Manatakis*_____
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 16779, 16780, 16782...16833, 16835, 16837_AFF_05-17-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              | Chapter 11 Case No.
                                                   |
                                                   | 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,             |
                                                   | (Jointly Administered)
                                                   |
               Debtors.                            |
                                                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

              To: DEUTSCHE BANK AG, LONDON BRANCH
                  TRANSFEROR: GREENLIGHT REINSURANCE, LTD.
                  C/O DEUTSCH BANK SECURITIES, INC.
                  ATTN: MATT WEINSTEIN
                  60 WALL STREET
                  NEW YORK NY 10005

Please note that your claim # 66830 in the above referenced case and in the amount of
        $4,341,122.41        has been transferred **(unless previously expunged by court order)**

              DOLOSTONE,L.L.C.
              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
              PO BOX 7954
              NEW YORK NY 10150

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 16779        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/17/2011                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 17, 2011.

**EXHIBIT B**

TIME: 12:28:57
DATE: 05/17/11
PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BARCLAYS BANK PLC | TRANSFEROR: ACTA ASSET MANAGEMENT ASA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: GREENLIGHT CAPITAL QUALIFIED, L.P. C/O DEUTSCHE BANK SECURITIES, INC. ATTN: MATT WEINSTEIN 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GREENLIGHT CAPITAL OFFSHORE PARTNERS C/O DEUTSCHE BANK SECURITIES, INC. 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GREENLIGHT CAPITAL OFFSHORE PARTNERS C/O DEUTSCHE BANK SECURITIES, INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GREENLIGHT CAPITAL QUALIFIED, L.P. C/O DEUTSCHE BANK SECURITIES, INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GREENLIGHT CAPITAL, L.P. C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GREENLIGHT REINSURANCE, LTD. C/O DEUTSCH BANK SECURITIES, INC. ATTN: MATT WEINSTEIN 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GREENLIGHT REINSURANCE,LTD. C/O DEUTSCHE BANK SECURITIES, INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DOLOSTONE, L.L.C. | BINGHAM MCCUTCHEN LLP ATTN: ROBERT G. LEONARD 3999 PARK AVENUE NEW YORK NY 10022 |
| DOLOSTONE, L.L.C. | BINGHAM MCCUTCHEN LLP ATTN: ROBERT G. LEONARD 3999 PARK AVENUE NEW YORK NY 10150 |
| DOLOSTONE, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON PO BOX 7954 NEW YORK NY 10150 |
| DOLOSTONE,L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH PO BOX 7954 NEW YORK NY 10150 |
| GOLDEN TREE MASTER FUND II, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH PO BOX 7954 NEW YORK NY 10150 |
| GOLDEN TREE MASTER FUND II,LTD. | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDEN TREE MASTERFUND II, LTD. | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: APPALOOSA INVESTMENT L.P. 1 C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: APPALOOSA INVESTMENT L.P. 1 C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PALOMINO FUND LIMITED C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PALOMINO FUND LIMITED C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: THOROUGHBRED FUND L.P. C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| | TRANSFEROR: THOROUGHBRED MASTER LTD. C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| | TRANSFEROR: VIENNA INSURANCE GROUP WIENER STADTISCHE VERSICHERUNG AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| NOMURA SECURITIES CO.,LTD. | TRANSFEROR: OSAKA SECURITIES FINANCE COMPANY, LTD ATTN: FINANCIAL PRODUCT DEPARTMENT 2-2-2, OTEMACHI, CHIYODAKU TOKYO JAPAN |
| OSAKA SECURITIES FINANCE COMPANY, LTD | 4-6, KITAHAMA 2-CHOME CHUO-KU, OSAKA-SHI |
| OSAKA SECURITIES FINANCE COMPANY, LTD | OSAKA SECURITIES FINANCE COMPANY, LTD JOHN STERN BECKER, GLYNN, MELAMED & MUFFLY LLP 299 PARK AVENUE - 16TH FLOOR NEW YORK NY 10171 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHERS 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH CT 06830 |
| SPCP GROUP,LLC | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHERS 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP,LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH CT 06830 |
| VIENNA INSURANCE GROUP WIENER STADTISCHE VERSICHERUNG AG | SCHOTTENRING 30 VIENNA A-1010 AUSTRIA |
| VIENNA INSURANCE GROUP WIENER STADTISCHE VERSICHERUNG AG | MICHAEL TORKIN, ESQ / SOLOMON NOH, ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |

Total Number of Records Printed    33