**BINGHAM McCUTCHEN LLP**
Jared Clark
Joshua Dorchak
399 Park Avenue
New York, NY 10022-4689
Tel: 212-705-7000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                    :    Chapter 11
                                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.,                   :    Case No. 08-13555 (JMP)
                                                         :
                            Debtors.                     :    (Jointly Administered)
                                                         :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

David Marcus, an attorney admitted to this Court, hereby certifies under penalty of perjury that, on this day, May 18, 2011, I caused copies of the Response of High River Limited Partnership, Icahn Partners LP, Icahn Partners Master Fund LP, Icahn Partners Master Fund II LP, and Icahn Partners Master Fund III LP to Debtors' One Hundred Thirty-Second Omnibus Objection to Claims to be served via the Court's ECF system and on the following parties by hand delivery:

Weil Gotshal & Manges LLP
Attn: Lori R. Fife, Shai Y. Waisman, Richard P. Krasnow and Jacqueline Marcus
767 Fifth Avenue
New York, NY  10153

Millbank Tweed Hadley & McCloy LLP
Attn: Dennis F. Dunne, Dennis O'Donnell and Evan Fleck
One Chase Manhattan Plaza
New York, NY 10005

Office of the United States Trustee
for the Southern District of New York
Attn: Andy Velez-Rivera, Brian Masumoto
33 Whitehall Street, Suite 21st Floor
New York, NY  10004

                                              /s/ David Marcus
                                              David Marcus

A/72692058.1