UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           Case No. 08-13555 (JMP)

                                    Debtors.            (Jointly Administered)
------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
COUNTY OF NEW YORK ) : ss.:

        Michael Kwiatkowski, being duly sworn, deposes and says:

        1.     I am not a party to the action, am over 18 years of age and reside in Queens, New York.

        2.     On May 18, 2011, I served <u>Response of Rocco F. Andriola to Debtors' One Hundred Eighteenth Omnibus Objection to Claim (to Reclassify Proofs of Claim as Equity Interests) Re: Claim No. 10544</u> together with <u>Exhibit</u> "A" by means of electronic mail (e-mail) to the individuals listed in the attached SERVICE LIST, by sending it to the e-mail addresses set forth in the SERVICE LIST.

        3.     On May 18, 2011, I served <u>Response of Rocco F. Andriola to Debtors' One Hundred Eighteenth Omnibus Objection to Claim (to Reclassify Proofs of Claim as Equity Interests) Re: Claim No. 10544</u> together with <u>Exhibit</u> "A" by mailing a copy to the individuals set forth in the attached SERVICE LIST, by regular mail, by placing same in a sealed envelope with sufficient postage affixed thereto, addressed as set forth in the attached SERVICE LIST, and placing same into an official depository of the United States Postal Service located within the State of New York.

                                                            _____
                                                              Michael Kwiatkowski

Sworn to before me this
19th day of May, 2011

_____
Notary Public

SYLVIA SHAVELSON
Notary Public, State of New York
No. 43-4687014
Qualified in Richmond County
Commission Expires June 30, 1991)

SERVICE LIST

Weil, Gotshal & Manges LLP
*Attorneys for the Debtors*
767 Fifth Avenue
New York, New York 10153
Attn:   Robert J. Lemons, Esq. (robert.lemons@weil.com)
        Mark Bernstein, Esq. (mark.bernstein@weil.com)

Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Tracy Hope Davis, Esq. (tracy.davis@usdoj.gov)
        Elisabetta Gasparini, Esq. (elisabetta.g.gasparini@usdoj.gov)
        Andrea B. Schwartz, Esq. (andrea.b.schwartz@usdoj.gov)

Milbank, Tweed, Hadley & McCloy LLP
*Attorneys for the Official Committee*
*of Unsecured Creditors*
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq. (ddunne@milbank.com)
        Dennis O'Donnell, Esq. (dodonnell@milbank.com)
        Evan Fleck, Esq. (efleck@milbank.com)