HEARING DATE AND TIME: June 2, 2011 at 10:00 a.m. (Eastern)
Response Deadline: May 18, 2011 at 4:00 p.m. (Eastern)

Adam Brezine (NY State Bar #3922762)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: adam.brezine@hro.com

Kerry Moynihan (*pro hac vice* admission pending)
HOLME ROBERTS & OWEN LLP
800 W. Olympic Blvd., 4th Floor
Los Angeles, CA 90015
Telephone: (213) 572-4300
Facsimile: (213) 572-4400
Email: kerry.moynihan@hro.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
:
In re:                                                  :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC.,                          :    08-13555 (JMP)
*et al.*,                                               :
:    (Jointly Administered)
Debtors.                                                :
:
------------------------------------------------------- x

**CERTIFICATE OF SERVICE OF**
**RESPONSE OF MILLENNIUM MARKETING & MANAGEMENT PTY, LTD. TO**
**DEBTORS ONE HUNDRED TWENTIETH OMNIBUS OBJECTION TO CLAIMS (NO**
**BLOCKING NUMBER LPS CLAIMS) AND SUPPORTING DECLARATIONS**

I am employed in the County of Los Angeles, State of California. I am over the age of 18

and not a party to the within action. My business address is 800 West Olympic Boulevard, 4th

Floor, Los Angeles, California 90015. On May 18, 2010, I caused the following documents to

be served:

- Response of Millennium Marketing & Management Pty, Ltd. to Debtors' One Hundred
  Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims);

#27240 v1 lax

- Declaration of Hayden McNamara re Response of Millennium Marketing & Management Pty, Ltd. to Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims); and

- Declaration of Denis Aitken in Support of Response of Millennium Marketing & Management Pty, Ltd. to Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims)

by personal delivery on the parties listed below at the addresses listed below:

Chambers of the Hon. James M. Peck
United States Bankruptcy Court
Courtroom 601
One Bowling Green
New York, New York 10004-1408

*Counsel for the Debtors*
Weil, Gotshal & Manges, LLP
Attn: Robert Lemons, Esq. and Mark Bernstein, Esq.
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee for Region 2
Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

*Counsel for the Creditors' Committee*
Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.
One Chase Manhattan Plaza
New York, NY 10005

On May 18, 2011, I served the Notices of Electronic Filing ("NEF") of the foregoing documents on all parties on the Court's NEF list.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 19th day of May, 2011, at Los Angeles, California.



/s/ *Holly Wells*
Holly Wells

#27240 v1 lax