# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 103: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BANCA PROFILO S.P.A. ATTN: MATTEO ARPE, CHAIRMAN CORSO ITALIA, 49 MILAN, 20122 ITALY | 22009 | 09/21/2009 | Lehman Brothers Commercial Corporation | Unsecured | $226,057.29* | Lehman Brothers Commercial Corporation | Unsecured | $217,918.12 |
| 2 | BANCA PROFILO S.P.A. ATTN: MATTEO ARPE, CHAIRMAN CORSO ITALIA, 49 MILAN, 20122 ITALY | 22010 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $226,057.29* | Lehman Brothers Holdings Inc. | Unsecured | $224,202.10 |
| 3 | BIGOS-SIBLEY TOWER, LLC C/O WILL R. TANSEY RAVICH MEYER KIRKMAN MCGRATH NAUMAN & TANSEY, PA 4545 IDS CENTER 80 SOUTH EIGHTH STREET MINNEAPOLIS, MN 55402 | 18115 | 09/18/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $14,950.00 | Lehman Brothers Derivative Products Inc. | Unsecured | $14,250.00 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 103: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CHAMPLIN CLO LTD. C/O MAPLES FINANCE LIMITED ATTN: JOSEPH ROTONDO, INVESCO SENIOR SECURED MANAGEMENT, INC AS COLLATERAL MANAGER P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN, CAYMAN ISLANDS | 27941 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $1,584,423.23* $1,584,423.23 | Lehman Brothers Special Financing Inc. | Unsecured | $1,521,011.40 |
| 5 | CLEVELAND CLINIC PENSION (ERISA)/CCHS RETIREMENT PLAN C/O WESTERN ASSET MANAGEMENT COMPANY BARBARA L ZIEGLER HEAD OF CLIENT SVCS & MARKETING SUPPORT ATTN: LEGAL DEPT W-1413 385 E. COLORADO BLVD PASADENA, CA 91101 | 20914 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $45,615.35 $25,093.58 $70,708.93 | Lehman Brothers Holdings Inc. | Unsecured | $25,093.58 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 103: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 6 | CLEVELAND CLINIC PENSION (ERISA)/CCHS RETIREMENT PLAN C/O WESTERN ASSET MANAGEMENT COMPANY BARBARA L ZIEGLER HEAD OF CLIENT SVCS & MARKETING SUPPORT ATTN: LEGAL DEPT W-1413 385 E. COLORADO BLVD PASADENA, CA 91101 | 20996 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured <br><br> Subtotal | $45,615.35 $25,093.58 <br><br> $70,708.93 | Lehman Brothers Special Financing Inc. | Unsecured | $25,093.58 |
| 7 | CONTRARIAN FUNDS, LLC AS ASSIGNEE OF BARING EMERGING MARKETS DEBT FUND ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | 29339 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $5,585.00 | Lehman Brothers Special Financing Inc. | Unsecured | $9,904.74 |
| 8 | DISTRICT OF COLUMBIA RETIREMENT BOARD C/O MORGAN, LEWIS & BOCKIUS LLP ATTN: THOMAS V. D'AMBROSIO 101 PARK AVENUE NEW YORK, NY 10178 | 15174 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,309,592.15* | Lehman Brothers Holdings Inc. | Unsecured | $1,250,000.00 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 103: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 9 | DISTRICT OF COLUMBIA RETIREMENT BOARD C/O MORGAN LEWIS & BOCKIUS LLP ATTN: THOMAS V. D'AMBROSIO 101 PARK AVENUE NEW YORK, NY 10178 | 15177 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,309,592.15* | Lehman Brothers Special Financing Inc. | Unsecured | $1,250,000.00 |
| 10 | DNB NOR BANK ASA ATTN: INGRID DE LA FOREST NO-0021 OSLO, NORWAY | 27277 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $4,229,885.00 | Lehman Brothers Special Financing Inc. | Unsecured | $4,134,214.00 |
| 11 | FIDUCIARY COMMITTEE OF THE AMGEN RETIREMENT AND SAVINGS PLAN C/O WESTERN ASSET MANAGEMENT COMPANY BARBARA L ZIEGLER HEAD OF CLIENT SVCS & MARKETING SUPPORT ATTN: LEGAL DEPT W-2683 385 E. COLORADO BLVD. PASADENA, CA 91101 | 21087 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $22,071.94 $12,148.92 $34,220.86 | Lehman Brothers Special Financing Inc. | Unsecured | $12,148.92 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 103: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 12 | FIDUCIARY COMMITTEE OF THE AMGEN RETIREMENT SAVINGS PLAN C/O WESTERN ASSET MANAGEMENT COMPANY BARBARA L ZIEGLER HEAD OF CLIENT SVCS & MARKETING SUPPORT ATTN: LEGAL DEPT W-2683 385 COLORADO BLVD. PASADENA, CA 91101 | 20842 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $22,071.94 $12,148.92 $34,220.86 | Lehman Brothers Holdings Inc. | Unsecured | $12,148.92 |
| 13 | FIFTH THIRD BANK ATTN: TIFFANY STRELOW COBB 38 FOUNTAIN SQUARE PLAZA M. D. 1090A3 CINCINNATI, OH 45263 | 32755 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $60,000.00 | Lehman Brothers Holdings Inc. | Unsecured | $56,000.00 |
| 14 | FIFTH THIRD BANK ATTN: TIFFANY STRELOW COBB 38 FOUNTAIN SQUARE PLAZA M. D. 1090A3 CINCINNATI, OH 45263 | 32756 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $60,000.00 | Lehman Brothers Special Financing Inc. | Unsecured | $56,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 103: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15 | FIFTH THIRD MORTGAGE COMPANY - LEGAL ADMINISTRATION ATTN: TIFFANY STRELOW COBB 38 FOUNTAIN SQUARE PLAZA M. D. 1090A3 CINCINNATI, OH 45623 | 32754 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,115,835.93 | Lehman Brothers Special Financing Inc. | Unsecured | $720,000.00 |
| 16 | FIFTH THIRD MORTGAGE COMPANY C/O FIFTH THIRD BANK ATTN: TIFFANY STRELOW COBB 38 FOUNTAIN SQUARE PLAZA M. D. 1090A3 CINCINNATI, OH 45623 | 32753 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,115,835.93 | Lehman Brothers Holdings Inc. | Unsecured | $720,000.00 |
| 17 | GANNETT RETIREMENT PLAN MASTER TRUST C/O WESTERN ASSET MANAGEMENT COMPANY BARBARA L ZIEGLER HEAD OF CLIENT SVCS & MARKETING SUPPORT ATTN: LEGAL DEPT W-1319 385 E. COLORADO PASADENA, CA 91101 | 20901 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | $1,230,741.88 $83,876.42<br><br>$1,314,618.30 | Lehman Brothers Holdings Inc. | Unsecured | $83,876.42 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 103: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 18 | GANNETT RETIREMENT PLAN MASTER TRUST C/O WESTERN ASSET MANAGEMENT COMPANY BARBARA L ZIEGLER HEAD OF CLIENT SVCS & MARKETING SUPPORT ATT: LEGAL DEPT W-1319 385 E. COLORADO BLVD PASADENA, CA 91101 | 21039 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $1,230,741.88 $83,876.42 $1,314,618.30 | Lehman Brothers Special Financing Inc. | Unsecured | $83,876.42 |
| 19 | GESTORA DE FONDOS DEL MEDITERRANEO, S.G.I.I.C., S.A. ATTN: MR. SALVADOR IBIZA BEVIA AVENIDA DE ELCHE, 178 CENTRO ADMINISTRATIVO, PLANTA 2 A ALICANTE, 03008 SPAIN | 26530 | 09/22/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $1,735,571.25* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $1,735,571.25 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 103: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 20 | HALLIBURTON COMPANY WRAPPED C/O WESTERN ASSET MANAGEMENT COMP. BARBARA L ZIEGLER HEAD OF CLIENT SVCS & MARKETING SUPPORT ATTN: LEGAL DEPT W-1144 385 E. COLORADO BLVD PASADENA, CA 91101 | 21030 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $569,750.89 $243,359.22 $813,110.11 | Lehman Brothers Special Financing Inc. | Unsecured | $112,511.36 |
| 21 | HALLIBURTON COMPANY WRAPPED C/O WESTERN ASSET MANAGEMENT CO. BARBARA L ZIEGLER HEAD OF CLIENT SVCS & MARKETING SUPPORT ATTN: LEGAL DEPT W-1144 385 E COLORADO BLVD PASADENA, CA 91101 | 21214 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $569,750.89 $243,359.22 $813,110.11 | Lehman Brothers Holdings Inc. | Unsecured | $112,511.36 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 103: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 22 | INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND C/O BRIAN ARMSTRONG, ACCOUNTING MANAGER ZENITH ADMINISTRATORS PO BOX 421789 INDIANAPOLIS, IN 46242-1789 | 17211 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $11,955.64 $18,348.72 $30,304.36 | Lehman Brothers Special Financing Inc. | Unsecured | $18,348.73 |
| 23 | KANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM C/O WESTERN ASSET MANAGEMENT COMPANY BARBARA L ZIEGLER HEAD OF CLIENT SVCS & MARKETING SUPPORT ATTN: LEGAL DEPAT. W- 1257 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20891 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | $1,095,370.97 $8,669.38 $1,104,040.35 | Lehman Brothers Holdings Inc. | Unsecured | $8,669.38 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 103: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|------------|--------|-------|--------|--------|-------|--------|
| 24 | KANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM C/O WESTERN ASSET MANAGEMENT COMPANY BARBARA L ZIEGLER HEAD OF CLIENT SVCS & MARKETING SUPPORT ATTN: LEGAL DEPT. W-1257 385 E. COLORADO BLVD. PASADENA, CA 91101 | 21049 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $1,095,370.97 $8,669.38 $1,104,040.35 | Lehman Brothers Special Financing Inc. | Unsecured | $8,669.38 |
| 25 | NESTLE IN THE USA PENSION TRUST C/O NESTLE RETIREMENT INVESTMENTS ATTN: KARIN BRODBECK 777 W. PUTNAM AVENUE GREENWICH, CT 06830 | 15173 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $7,662,696.53 | Lehman Brothers Holdings Inc. | Unsecured | $7,485,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 103: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 26 | NESTLE IN THE USA PENSION TRUST C/O NESTLE RETIREMENT INVESTMENTS ATTN: KARIN BRODBECK 900 LONG RIDGE RD BLDG 2 STAMFORD, CT 06902-1138 | 15176 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $7,672,380.24 | Lehman Brothers Special Financing Inc. | Unsecured | $7,485,000.00 |
| 27 | NESTLE USA, INC. C/O WESTERN ASSET MANAGEMENT COMPANY BARBARA L ZIEGLER HEAD OF CLIENT SVCS & MARKETING SUPPORT ATTN: LEGAL DEPT. W-1245 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20890 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | $102,313.61 $0.00  $102,313.61 | Lehman Brothers Holdings Inc. | Unsecured | $86,540.00 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 103: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|------|---------|------------|--------|-------|--------|--------|-------|--------|
| 28 | NESTLE USA, INC. C/O WESTERN ASSET MANAGEMENT COMPANY BARBARA L ZIEGLER HEAD OF CLIENT SVC & MARKETING SUPPORT ATTN: LEGAL DEPT. W-1245 385 E. COLORADO BLVD. PASADENA, CA 91101 | 21050 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured | $102,313.61 | Lehman Brothers Special Financing Inc. | Unsecured | $86,540.00 |
| 29 | NIAGRA MOHAWK PENSION PLAN C/O WESTERN ASSET MANAGEMENT COMPANY BARBARA L ZIEGLER HEAD OF CLIENT SVC & MARKETING SUPPPORT ATTN: LEGAL DEPT. W-750 385 E. COLORADO BLVD. PASADENA, CA 91101 | 20860 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | $45,145.76 $25,005.02  $70,150.78 | Lehman Brothers Holdings Inc. | Unsecured | $25,005.02 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 103: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|---|
| 30 | NIAGRA MOHAWK PENSION PLAN C/O WESTERN ASSET MANAGEMENT COMPANY BARBARA L ZIEGLER HEAD OF CLIENT SVC & MARKETING SUPPPORT ATTN: LEGAL DEPT. W-750 385 E. COLORADO BLVD. PASADENA, CA 91101 | 21018 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | $45,145.76 $25,005.02  $70,150.78 | Lehman Brothers Special Financing Inc. | Unsecured | $25,005.02 |
| 31 | NIBC BANK N.V. ATTN: LEGAL DEPT SHIH HUI LIONG ASSOCIATE DIRECTOR CARNEGIEPLEIN 4 PO BOX 380 2517 KJ THE HAGUE, NETHERLANDS | 11474 | 09/11/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,399,928.00 | Lehman Brothers Special Financing Inc. | Unsecured | $451,828.56 |
| 32 | NIBC BANK N.V. ATTN: LEGAL DEPT SHIH HUI LIONG ASSOCIATE DIRECTOR CARNEGIEPLEIN 4 PO BOX 380 2517 KJ THE HAGUE, NETHERLANDS | 11475 | 09/11/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,083,388.00 | Lehman Brothers Holdings Inc. | Unsecured | $451,828.56 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 103: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 33 | PINNACLE AMERICAN CORE PLUS BOND FUND ATTN: CHRISTINE DE LIMA, DIRECTOR PORTFOLIO MANAGER OF SCOTIA CAPITAL INC. TRUSTEE TO THE PINNACLE AMERICAN CORE PLUS BOND FUND 40 KING STREET WEST, 16TH FLOOR TORONTO ONTARIO, M5H 1H1 CANADA | 9908 | 08/31/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $103,086.49 $594,440.23 $697,526.72 | Lehman Brothers Special Financing Inc. | Unsecured | $21,152.00 |
| 34 | RAI-RADIOTELEVISIONE ITALIANA SPA ATTN: JOHN F. ISBELL KING & SPALDING LLP 1180 PEACHTREE STREET, N.E. ATLANTA, GA 30309 | 1688 | 01/13/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $526,623.00 | Lehman Brothers Special Financing Inc. | Unsecured | $523,960.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 103: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ASSERTED | | | MODIFIED | | |
| 35 | SAGAMORE CLO, LTD. C/O MAPLES FINANCE LIMITED ATTN: JOSEPH ROTONDO, INVESCO SENIOR SECURED MANAGEMENT, INC AS COLLATERAL MANAGER P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN, CAYMAN ISLANDS | 27933 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured

Subtotal | Undetermined $1,584,423.23*

$1,584,423.23 | Lehman Brothers Special Financing Inc. | Unsecured | $1,521,011.40 |
| 36 | SALT RIVER PIMA MARICOPA INDIAN COMMUNITY C/O ANTHONY FARESE, TREASURER OFFICE OF THE TREASURER, SRP-MIC 10,005 EAST OSBORN ROAD SCOTTSDALE, AZ 85256 | 10869 | 09/09/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured

Subtotal | $28,003.75 $69,773.27

$97,777.02 | Lehman Brothers Special Financing Inc. | Unsecured | $69,773.27 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 103: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|------------|--------|----------------|--------|-----------------|-------|--------|
| 37 | SARATOGA CLO I, LTD. C/O MAPLES FINANCE LIMITED ATTN: JOSEPH ROTONDO, INVESCO SENIOR SECURED MANAGEMENT, INC AS COLLATERAL MANAGER P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN, CAYMAN ISLANDS | 27935 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | Undetermined $1,584,423.23*  $1,584,423.23 | Lehman Brothers Special Financing Inc. | Unsecured | $1,521,011.40 |
| 38 | TEMPLETON GLOBAL BOND FUND C/O MICHAEL J. CORDONE, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA, PA 19103 | 13863 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $504,313.11 | Lehman Brothers Special Financing Inc. | Unsecured | $470,369.37 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 103: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 39 | TEMPLETON GLOBAL TOTAL RETURN FUND C/O MICHAEL J. CORDONE, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA, PA 19103 | 13862 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $502,041.42 | Lehman Brothers Special Financing Inc. | Unsecured | $468,250.59 |
| | | | | | TOTAL | $44,357,535.96 | | TOTAL | $33,104,294.85 |

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 103: EXHIBIT 2 – VALUED DERIVATIVE CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BAYERISCHE LANDESBANK ATTN: HARALD GLOCKL FIRST VICE PRESIDENT BRIENNER STR. 18 MUNCHEN, 80333 GERMANY | 19949 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $51,043,685.29* | Lehman Brothers Special Financing Inc. | Unsecured | $24,612,681.94 |
| 2 | BAYERISCHE LANDESBANK ATTN: HARALD GLOCKL FIRST VICE PRESIDENT BRIENNER STR. 18 MUNCHEN, 80333 GERMANY | 19950 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $51,043,685.29* | Lehman Brothers Holdings Inc. | Unsecured | $24,612,681.94 |
| 3 | IBERDROLA GENERACION, SA UNIPERSONAL ATTN: FERNANDO TALLON YAGUEZ, LEGAL DIRECTOR TOMAS REDONDO 1 MADRID, 28033 SPAIN | 15112 | 09/17/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $3,306,702.00 | Lehman Brothers Commodity Services Inc. | Unsecured | $2,751,553.67 |
| 4 | IBERDROLA GENERACION, SAU UNIPERSONAL ATTN: FERNANDO TALLON YAGUEZ, LEGAL DIRECTOR TOMAS REDONDO 1 MADRID, 28033 SPAIN | 15114 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,306,702.00 | Lehman Brothers Holdings Inc. | Unsecured | $2,751,553.67 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 103: EXHIBIT 2 – VALUED DERIVATIVE CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 5 | MICROSOFT GLOBAL FINANCE ATTN: BENJAMIN ORNDORFF ONE MICROSOFT WAY REDMOND, WA 98052 | 25693 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $523,740.72 | Lehman Brothers Holdings Inc. | Unsecured | $523,740.72 |
| 6 | NORDIC INVESTMENT BANK HEIKII CANTELL GENERAL COUNSEL & LARS EIBELHOLM, VP FABIANINKATU 34 P.O. BOX 249 HELSINKI, FI-00171 FINLAND | 14272 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,608,049.00 | Lehman Brothers Holdings Inc. | Unsecured | $1,114,529.89 |
| 7 | NORDIC INVESTMENT BANK HEIKII CANTELL GENERAL COUNSEL & LARS EIBELHOLM, VP FABIANINKATU 34 P.O. BOX 249 HELSINKI, FI-00171 FINLAND | 14273 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,611,947.96 | Lehman Brothers Special Financing Inc. | Unsecured | $1,114,529.89 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 103: EXHIBIT 2 – VALUED DERIVATIVE CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | SPCP GROUP, L.L.C. TRANSFEROR: CENTRAL EUROPEAN MEDIA ENTERPRISES LTD. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP, ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH, CT 06830 | 117 | 10/13/2008 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $19,900,000.00 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $14,650,483.00 |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 103: EXHIBIT 2 – VALUED DERIVATIVE CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 9 | SPCP GROUP, L.L.C. TRANSFEROR: CENTRAL EUROPEAN MEDIA ENTERPRISES LTD. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP, ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH, CT 06830 | 171 | 10/13/2008 | Lehman Brothers Holdings Inc. | Unsecured | $19,900,000.00 | Lehman Brothers Holdings Inc. | Unsecured | $14,650,483.00 |
| | | | | | TOTAL | $154,244,512.26 | | TOTAL | $86,782,237.72 |

# EXHIBIT 3

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 103: EXHIBIT 3 – VALUED DERIVATIVE CLAIMS – WITHDRAWN OBJECTIONS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | VANGUARD 30-40 YEAR DURATION EURO INDEX FUND, A SUB-FUND OF VANGUARD INVESTMENT SERIES PLC ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE, PA 19482 | 43962 | 10/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $502,244.11 | Lehman Brothers Special Financing Inc. | Unsecured | $300,000.00 |
| | | | | | TOTAL | $502,244.11 | | TOTAL | $300,000.00 |