**BAKER & McKENZIE LLP**
**1114 Avenue of the Americas**
**New York, New York 10036**
**Telephone: (212) 626-4100**
**Ira A. Reid (IR-0113)**

**Attorneys for Banque Cantonale du Valais**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | |
| | Chapter 11 |
| Debtors. | |
| | Judge James M. Peck |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2011, I caused to be served, by overnight delivery or by e-mail in accordance with General Order M-399, a true and correct copy of the response filed by Banque Cantonale du Valais, to the Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) and, with respect to the parties receiving service in accordance with General Order M-399, a copy of the Notice of Electronic Filing, all as set forth on the attached Schedule A.

Dated:  New York, New York
        May 19 2011

                                        /s/ Ira A. Reid

## **Schedule A**

<u>Via Overnight Delivery</u>

Tracy Hope Davis
Elisabetta Gasparini
Andrea B. Schwartz
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

<u>Via General Order M-399 Electronic Notification</u>

Shai.waisman@weil.com
Mark.Bernstein@weil.com
'ddunne@milbank.com'
'dodonnell@milbank.com'
'efleck@milbank.com'

NYCDMS/1184173.1