**BAKER & McKENZIE LLP**
**1114 Avenue of the Americas**
**New York, New York 10036**
**Telephone: (212) 626-4100**
**Ira A. Reid (IR-0113)**

**Attorneys for CMC Magnetics Corporation**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | |
| | Chapter 11 |
| Debtors. | |
| | Judge James M. Peck |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2011, I caused to be served, by overnight delivery or by e-mail in accordance with General Order M-399, a true and correct copy of the response filed by CMC Magnetics Corporation, to the Debtors' One Hundred Thirty-Second Omnibus Objection to Claims (Valued Derivative Claims) and, with respect to the parties receiving service in accordance with General Order M-399, a copy of the Notice of Electronic Filing, all as set forth on the attached Schedule A.

Dated:  New York, New York
         May 19 2011

                                                    /s/ Ira A. Reid

## **Schedule A**

<u>Via Overnight Delivery</u>

Elisabeth Gasparini
Andrea B. Schwartz
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

<u>Via General Order M-399 Electronic Notification</u>

Robert.Lemons@weil.com
Penny.Reid@weil.com
'ddunne@milbank.com'
'dodonnell@milbank.com'
'efleck@milbank.com'

NYCDMS/1184174.1