UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
In re                                                                    :    Chapter 11 Case No.
                                                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.,                                   :    08-13555 (JMP)
                                                                         :
                                    Debtors.                             :    (Jointly Administered)
------------------------------------------------------------------------X

### ORDER CONFIRMING THE APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AS DESIGNATED PARTY FOR PLAN DISCOVERY

Upon the Notice of Presentment of the Order Confirming the Appointment of the Official Committee of Unsecured Creditors as Designated Party for Plan Discovery, dated May 12, 2011; and pursuant to the Order Establishing Schedule and Procedures in Connection With Discovery Related to Plan Confirmation and Other Issues [Docket No. 16003] (the "Plan Discovery Order"), which directed Participants[1] other than the Debtors to designate one Participant as the Designated Party to act as a facilitator and intermediary for Discovery Requests no later than fourteen days following the Notice of Intent Deadline, which fourteen days expired on May 12, 2011, and which Designated Party must begin performing certain duties by May 19, 2011 pursuant to agreement with the Debtors; and the Notice of Nomination for Designated Party in Discovery Related to Plan Confirmation (the "Notice of Nomination"), pursuant to which thirty-seven Participants nominated the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. and each of its affiliated chapter 11 debtors (the "Creditors' Committee") to serve as Designated Party for all purposes under the Plan Discovery Order, having been served on May 3, 2011 by electronic mail on all Participants on the Official Service List, according to the procedures set forth in the Plan Discovery Order; and the Notice of

---

[1] Capitalized terms that are used but not defined in this order shall have the meanings ascribed to them in the Plan Discovery Order.

Nomination having requested alternative nominations to be circulated to the Official Service List by May 4, 2011, but no alternative nominations having been circulated; and the Creditors' Committee being willing to serve as Designated Party for all purposes under the Plan Discovery Order; and the Court having jurisdiction to consider the relief requested in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. § 1408 and 1409; and due and proper notice having been provided in accordance with the procedures set forth in the second amended order entered June 17, 2010 governing case management and administrative procedures [Docket No. 9635]; and the Court having found just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

        ORDERED that the Creditors' Committee is designated as Designated Party for all purposes under the Plan Discovery Order.

Dated: May 19, 2011
      New York, New York

                                                                   /s/ James M. Peck
                                                      UNITED STATES BANKRUPTCY JUDGE