# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc., et al.        Case No. 08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Credit Suisse Loan Funding LLC | Banco Espirito Santo, S.A. |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>One Madison Avenue, 2nd Floor<br>New York, New York 10010<br>Attention: Ashwinee Sawh<br>Telephone: 212-538-2905<br>Facsimile: 212-538-3477<br>E-mail: Ashwinee.Sawh@credit-suisse.com<br><br>Last Four Digits of Acct. #: | Court Claim # (if known): 17800<br><br>Amount of Claim: $5,138,988.00 plus all accrued interest, fees and other recoveries due<br><br>Date Claim Filed: September 18, 2009<br><br>Phone: +35121310951<br>Last Four Digits of Acct. #: |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CREDIT SUISSE LOAN FUNDING LLC

By: _____    Date: _____
Name: Gil Golan
Title: Authorized Signatory

By: _____    Date: _____
Name: Douglas DiBella
Title: Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

038-15162/COURT/3069136.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Banco Espirito Santo, S.A.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to the **Credit Suisse Loan Funding LLC** (the "Assignee"), pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, all right, title and interest in and to the allowed claims of Assignor against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $5,138,988.00 and docketed as Claim No. 17800 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 19 day of May, 2011.
20th

**ASSIGNOR:**

BANCO ESPIRITO SANTO, S.A.

By: _____
Name: Pedro Cruchinho / Paulo Ferreira
Title: Attorneys

**ASSIGNEE:**

CREDIT SUISSE LOAN FUNDING LLC

By: _____
Name:
Title:

By: _____
Name:
Title:

038-15162/AGR/3046045.3

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Banco Espirito Santo, S.A.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to the **Credit Suisse Loan Funding LLC** (the "Assignee"), pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, all right, title and interest in and to the allowed claims of Assignor against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $5,138,988.00 and docketed as Claim No. 17800 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 20th day of May, 2011.

ASSIGNOR:

BANCO ESPIRITO SANTO, S.A.

By:_____
Name:
Title:

ASSIGNEE:

CREDIT SUISSE LOAN FUNDING LLC

By:_____
Name: Gil Golan
Title: Authorized Signatory

By:_____
Name: Douglas DiBella
Title: Authorized Signatory

038-15162/AGR/3046045.3