UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                        :
In re                                                   :       Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :       08-13555 (JMP)
                                                        :       (Jointly Administered)
                Debtors.                                :
                                                        :
-----------------------------------------------------------------x       Ref. Docket Nos. 16675, 16679,
                                                                16876, 16878

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 18, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ Lauren Rodriguez
                                                        Lauren Rodriguez

Sworn to before me this
20th day of May, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
| 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
| (Jointly Administered)
Debtors. |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:   CONSTANTIA PRIVATBANK
              ATTN: MAG. ELISABETH STAUDNER AND MAG. MARTIN SCHILLER
              BANKGASSE 2
              WIEN 1010 AUSTRIA


Additional:   CONSTANTIA PRIVATBANK
              FRESHFIELDS BRUCKHAUS DERINGER US LLP
              ATTN: JEROME RANAWAKE AND HARVEY DYCHIAO
              520 MADISON AVENUE, 34TH FLOOR
              NEW YORK NY 10022


Transferee:   SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P.
              C/O SILVER POINT CAPITAL, L.P.
              ATTN: DAVID F. STEINMETZ
              TWO GREENWICH PLAZA, FIRST FLOOR
              GREENWICH CT 06830


**Your transfer of claim #   40530   is defective for the reason(s) checked below:**

Expunged By Court Order



Docket Number 16675          Date 05/09/11


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 18, 2011.

# EXHIBIT B

```
TIME: 12:55:46                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 05/18/11                                   CREDITOR LISTING

Name                                    Address
CAPITAL BANK - GRAWE GRUPPE AG          ATTN: MR. MICHAEL NINDL BRANDHOFGASSE 22 GRAZ  8010 AUSTRIA
CAPITAL BANK - GRAWE GRUPPE AG          FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE AND HARVEY DYCHIAO 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022
CONSTANTIA PRIVATBANK                   ATTN: MAG. ELISABETH STAUDNER AND MAG. MARTIN SCHILLER BANKGASSE 2 WIEN  1010 AUSTRIA
CONSTANTIA PRIVATBANK                   FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE AND HARVEY DYCHIAO 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022
DOVER MASTER FUND II, L.P.              C/O LONGACRE MANAGEMENT, LLC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019
LAS VEGAS MONORAIL PROJECT              3900 PARADISE RD STE 260 LAS VEGAS NV 89169-0934
LAS VEGAS MONORAIL PROJECT              ATTN: CURTIS L MYLES III, PRESIDENT & CEO 3960 HOWARD HUGHES PARKWAY, SUITE 750 LAS VEGAS NV 89169
SILVER POINT CAPITAL FUND, L.P.         C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER    C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
FUND, L.P.

Total Number of Records Printed         9
```

EPIQ BANKRUPTCY SOLUTIONS, LLC