UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------------x   Ref. Docket Nos. 16758, 16849,
16877, 16879, 16882

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 18, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
20th day of May, 2011
/s/ *Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  RUBY FINANCE PLC SERIES 2004-2                    RUBY FINANCE PLC SERIES 2004-2
     C/O BNY CORPORATE TRUSTEE SERVICES                MICHAEL J. VENDITTO
     ONE CANADA SQUARE                                 REED SMITH LLP
     LONDON    E14 5AL                                 599 LEXINGTON AVENUE
     UNITED KINGDOM                                    NEW YORK NY 10022

Please note that your claim # 57936-01 in the above referenced case and in the amount of
     $2,383,750.00          has been transferred **(unless previously expunged by court order)**

          NOMURA SECURITIES CO., LTD.
          TRANSFEROR: RUBY FINANCE PLC SERIES 2004-2
          ATTN: TOSHIHIKO MATSUURA
          FINANCIAL PRODUCT DEPARTMENT, 2-2-2
          OTEMACHI, CHIYODAKU
          TOKYO
          JAPAN

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                              UNITED STATES BANKRUPTCY COURT
                              Southern District of New York
                              One Bowling Green
                              New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 16849       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/18/2011                       Vito Genna, Clerk of Court


                                       /s/ Lauren Rodriguez
                                       ─────────────────────────────
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 18, 2011.

**EXHIBIT B**

```
TIME: 12:55:15                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 05/18/11                                               CREDITOR LISTING

Name                                    Address
AMERICAN EXPRESS TRAVEL RELATED         ATTN: DANIEL MASSONI., VICE PRESIDENT & CHIEF CREDIT OFFICER., GLOBAL COMMERCIAL CARD 200 VESEY STREET # 24-10 NEW YORK NY 10285
  SERVICES, INC.
AMERICAN EXPRESS TRAVEL RELATED         STEVEN EICHEL, ESQ. C/O CROWELL & MORING LLP 590 MADISON AVENUE NEW YORK NY 10022
  SERVICES, INC.
DOVER MASTER FUND II, L.P.              TRANSFEROR: LAS VEGAS MONORAIL PROJECT C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR
                                        NEW YORK NY 10019
HBK MASTER FUND L.P.                    TRANSFEROR: AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC. C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700
                                        DALLAS TX 75201
LAS VEGAS MONORAIL PROJECT              ATTN: CURTIS L. MYLES, III, PRESIDENT & CEO 3960 HOWARD HUGHES PARKWAY, SUITE 750 LAS VEGAS NV 89169
MERRILL LYNCH INTERNATIONAL             TRANSFEROR: SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
NOMURA SECURITIES CO., LTD.             TRANSFEROR: RUBY FINANCE PLC SERIES 2004-2 ATTN: TOSHIHIKO MATSUURA FINANCIAL PRODUCT DEPARTMENT, 2-2-2 OTEMACHI, CHIYODAKU
                                        TOKYO   JAPAN
RUBY FINANCE PLC SERIES 2004-2          C/O BNY CORPORATE TRUSTEE SERVICES ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM
RUBY FINANCE PLC SERIES 2004-2          MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
SOCIETE GENERALE BANK & TRUST SINGAPORE ATTN: HEAD OF OPERATIONS 1 RAFFLES QUAY #35-01 NORTH TOWER 048583 SINGAPORE
  BRANCH

Total Number of Records Printed         10
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

08-13555-mg    Doc 16992    Filed 05/20/11    Entered 05/20/11 15:08:26    Main Document
                                                              Pg 5 of 5