**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :        **08-13555 (JMP)**
                                                    :        **(Jointly Administered)**
          **Debtors.**                              :
                                                    :        **Ref. Docket No. 16808**
-----------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 13, 2011, I caused to be served:

    a.  the "Notice of Hearing on Debtors' One Hundred Thirty-Fifth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests)," dated May 13, 2011, to which was attached the "Debtors' One Hundred Thirty- Fifth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests)," dated May 13, 2011 [Docket No. 16808], (the "135th Omnibus Objection"), and

    b.  a customized version of the "Notice of Hearing on Debtors' One Hundred Thirty-Fifth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests)," dated May 13, 2011, related to Docket No. 16808, a sample of which is annexed hereto as <u>Exhibit A</u>, (the "135th Omnibus Custom Notice"),

    by causing:
    i.   true and correct copies of the 135th Omnibus Objection, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

    ii.  true and correct copies of the 135th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

    iii. the 135th Omnibus Custom Notice, customized to include the name and address of the creditor and identification of the claim that is the subject of the objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
16th day of May, 2011
/s/ *Eleni G. Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\135th Omnibus Objections to Claims & Custom Notices_DI 16808_AFF_5-13-11.doc

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*        :    08-13555 (JMP)
                                                    :
                Debtors.                            :    (Jointly Administered)
                                                    :
-----------------------------------------------------------------x

LBH OMNI135 05-13-2011 (MERGE2,TXNUM2) 4000071519 BAR(23) MAIL ID *** 000045389509 *** BSIUSE: 1

HAU HE
10-12 PO SHAN ROAD
FLAT B3/2F
HONG KONG, CHINA

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
### AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
### PLEASE CONTACT DEBTORS' COUNSEL, ERIKA DEL NIDO, ESQ., AT 212-310-8323.

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED THIRTY-FIFTH OMNIBUS
OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**

| CLAIM TO BE RECLASSIFIED | |
|---|---|
| **Creditor Name and Address:**<br>HAU HE<br>10-12 PO SHAN ROAD<br>FLAT B3/2F<br>HONG KONG, CHINA | **Claim Number:**           **24692**<br><br>**Date Filed:**              **9/21/2009**<br><br>**Debtor:**                  **08-13555**<br><br>**Classification and Amount:**  **PRIORITY: $ 9,100,000.00** |

PLEASE TAKE NOTICE that, on May 13, 2011, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their One Hundred Thirty-Fifth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest on the ground that it is based on either restricted stock units, contingent stock awards, stock options, or other equity-related compensation, both distributed and not distributed, and vested and unvested (collectively, the "Equity Awards"), and that ownership of the Equity Awards constitutes an equity interest in a Debtor but does not constitute a claim against a Debtor's estate as such term is defined in section 101 of title 11 of the United States Code (the "Bankruptcy Code"). **Any claim that the Bankruptcy Court reclassifies as an equity interest will not be classified as a claim against LBHI but rather will be treated equivalent with other equity interests in LBHI.**

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. prevailing Eastern Time on June 15, 2011 (the "Response Deadline").

---

[1]  A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.  A response will be deemed timely filed, served, and received <u>only if</u> the original response is <u>actually</u> <u>received</u> on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on June 30, 2011 to consider the Objection.  The hearing will be held at 10:00 a.m. prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601.  If you file a written response to the Objection, you should plan to appear at the hearing.  The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim.  If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date.  If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT reclassify your claim listed above under CLAIM TO BE RECLASSIFIED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at <u>www.pacer.psc.uscourts.gov</u>), or for free at http://www.lehman-docket.com.  If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

**If you have any questions about this notice or the Objection, please contact Debtors' counsel, Erika del Nido, Esq., at 212-310-8323.**  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:  May 13, 2011
        New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Robert J. Lemons
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**EXHIBIT B**

**_Email Addresses_**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
alum@ftportfolios.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com

cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com

drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com

heidi@crumbielaw.com
heim.steve@dorsey.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com

jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com

jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kerry.moynihan@hro.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com

lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@SC.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanchet@mayerbrown.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com

mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com

rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
rlasater@foley.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov

sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com

tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ABATE, JOSEPH | 33 RIVERSIDE DR APT 14D NEW YORK NY 10023-8022 |
| ABBATE, NICHOLAS | 216 BAY 41 STREET BROOKLYN NY 11214 |
| AFFRONTI, FRANK | 446 MANOR AVE CRANFORD NJ 07016 |
| AHN, STEPHEN | 201 E 26TH STREET, APT 2 NEW YORK NY 10010 |
| ALBERT, EVAN | 29 WREN DRIVE ROSLYN NY 11576 |
| ALFRED, NIGEL | 560 EAST 53RD STREET BROOKLYN NY 11203 |
| ALI, NAVIRA | 15 LOOKOUT CIR LARCHMONT NY 10539-2211 |
| ALICEA, MILAGROS | 57 WALLKILL AVENUE MIDDLETOWN NY 10940 |
| AMATO, MICHAEL C. | 718 CHIMES RD PARAMUS NJ 07652 |
| ARMETTA, KAREN | 245 EAAST 24TH ST, APT. 6C NEW YORK NY 10010 |
| AUSTIN, STEIBBERGER F. | 44 OVERLEA LANE ABERDEEN NJ 07747 |
| AZAMA, SARAH | 23 CHERWELL HOUSE PENFOLD STREET LONDON NW8 8PT UNITED KINGDOM |
| BAER, NORBERT | 194 ASCAN AVENUE FOREST HILLS NY 11375 |
| BAGLEY, TANYA | FLAT 2 4 SANDWELL CRESCENT WEST HAMPSTEAD NW6 1PB UNITED KINGDOM |
| BAPTISTE, RONNIE | 122 LINDEN BLVD. BROOKLYN NY 11226 |
| BARNES MICHAEL | 69 SUNSET RD MONTROSE NY 10548 |
| BARNES, STEPHEN | 12 OAKLEY ROAD WARLINGHAM SURREY CR6 9BF UNITED KINGDOM |
| BARRETT, STEVEN | 8100 RIVER RD APT 808 NORTH BERGEN NJ 07047 |
| BARTENOPE, STEPHANIE | 90A 3RD PLACE BROOKLYN NY 11231 |
| BATRA, RAJESH | 24 CHATHAM ST NORTH PLAINFIELD NJ 07060 |
| BATT, JESSICA | 320 WEST 56TH STREET APT 5J NEW YORK NY 10019 |
| BEGLAN, MICHAEL | 94 E 235 STREET BRONX NY 10470 |
| BENZEL, TIM | 439 E 84TH APT 5A NEW YORK NY 10028 |
| BERNAL-SILVA, MICHELLE | 143 WEST HILL RD. BOONTON NJ 07005 |
| BIEMER, TIMOTHY J. | 308 LINDEN PLACE YORKTOWN HEIGHTS NY 10598 |
| BLIBERG, JACOB | 270 1ST AVE APT 4F NEW YORK NY 10009 |
| BLUMENTHAL, ANDREW | 330 E 83RD STREET, APT LJ NEW YORK NY 10028 |
| BOLLAND, THOMAS P. | 54A RIDGWAY WIMBLEDON LONDON SW194QR UNITED KINGDOM |
| BORUKHOV, IGOR | 2121 60TH STREET BROOKLYN NY 11204 |
| BOTWINA, JOANNE | 26 WHITSON ST FOREST HILLS NY 11375 |
| BOTWINIK, CRAIG | 280 GRAND AVE, APT 1A PALISADES PARK NJ 07650 |
| BOURNE, STEPHEN MICHAEL | UNIT 24 15 ENFIELD STREET LONDON N1 5EN UNITED KINGDOM |
| BOYNE, KAREN E. | 22200 CLOVE DRIVE FRANKFORT IL 60423 |
| BRAHMBHATT, PARTH | 8345 BROADWAY APT 405 ELMHURST NY 11373 |
| BRETTER, LEO | 1130 PARK AVENUE NEW YORK NY 10128 |
| BREWSTER, MICHAEL J. | 269 WEST LAKE BLVD. MAHOPAC NY 10541 |
| BREWSTER,MICHAEL J. | 269 WEST LAKE BLVD. MAHOPAC NY 10541 |
| BROWN, JORDAN ADAM | 128 GREAT HILLS RD SHORT HILLS NJ 07078-1275 |
| BROWN, KENNETH A | ALLINGTON LODGE 1 SHERIDAN ROAD LONDON SW19 3HW UNITED KINGDOM |
| BROWN, SARAH H. | 218 GOLDEN POND LANE FAIRFIELD CT 06824 |
| BROWNSTEIN, KIMBERLY | 201 EAST 69TH STREET APT 11X NEW YORK NY 10021 |
| BUCCELLATI, LILLIANA | 6026 PARK AVENUE WEST NEW YORK NJ 07093 |
| BUCHERT, FRED | 346 LORIMER STREET 2ND FLOOR BROOKLYN NY 11206 |
| BUFFONE, VINCENT | 10 WALTHAM COURT JACKSON NJ 08527 |
| BUFFORE, ANTHONY | 244 MADISON AVE APT 8D NEW YORK NY 10016 |
| BYAM, ESHANNO | 9520 GLENWOOD ROAD BROOKLYN NY 11236 |
| CANARAS, PERRY | 1020 WARBURTON AVE APT 6D YONKERS NY 10701 |
| CAVANAUGH, THERESE | 311 BARTLETT AVE APT 1 STATEN ISLAND NY 10312 |
| CHAMBERLAIN, MARYANN | 41-21 DENMAN ST., APT. 4 ELMHURST NY 11373 |

| Claim Name | Address Information |
| --- | --- |
| CHAN, SUE | 2626 MOUNT AVE OCEANSIDE NY 11572 |
| CHAUHAN, VINAY | 84-24 KEW GARDENS RD APARTMENT # 5 KEW GARDENS NY 11415 |
| CHEN, LEI | 2560 17TH ST UNIT 209 DENVER CO 80211-6409 |
| CHENG, HELEN | 2220 63RD STREET BROOKLYN NY 11204 |
| CHENG, LEI | 1332 3RD AVENUE, APT. 2D NEW YORK NY 10075 |
| CHEW, MICHAEL Y. | 124 SLOCUM CRESCENT FOREST HILLS NY 11375 |
| CHO, JOHN | 538 HILLSIDE AVE PALISADES PARK NJ 07650 |
| CHU, HELEN | 22 APPLE TREE LN WARREN NJ 07059 |
| CIMO, ANGELA M. | 226-29 KINGSBURY AVENUE, APT A OAKLAND GARDENS NY 11364 |
| CIPRIANO, MICHAEL A. | 122 WOOLSEY AVE. GLEN COVE NY 11542 |
| COHEN, JOSEPH CHARLES | 18 HARLEY HOUSE MARTLEBONE RD LONDON NW1 S14E UNITED KINGDOM |
| COLEMAN, BRIAN M. | 711 WILLOW STREET CRANFORD NJ 07016 |
| COLUCCI, JOSEPH | 6 ARROWWOOD CT HOWELL NJ 07731 |
| CONWAY, JULIETTE | 9130 AVENUE M BROOKLYN NY 11236 |
| COURTNEY, PEREZ | 77 MONROE STREET GARDEN CITY NY 11530 |
| CUKALI, SIDRIT | 32-29 42ND ST ASTORIA NY 11103 |
| CUMMINS, PAUL A | 81 CALTON AVENUE DULWICH LONDON SE21 7DF UNITED KINGDOM |
| CURRIE, KATHLEEN | 11 GLEN HOLLOW DR, APT D44 HOLTSVILLE NY 11742 |
| DAVE, PARUL | 108B FORDWYCH ROAD LONDON NW2 3NL UNITED KINGDOM |
| DAY, GEMMA | 61A KENTISH TOWN ROAD LONDON NW1 8RX UNITED KINGDOM |
| DE GROOT, PETER J. | 567 BOTHNER STREET OCEANSIDE NY 11572 |
| DEANGELO, ROBERT | 6 PETER COOPER ROAD, APT. 6F NEW YORK NY 10010 |
| DELLARUSSO, RICHARD J | 8 SUNSET ROAD DARIEN CT 06820 |
| DELMONTE, GREGORY A. | 5 SADDLE BROOK DR HO HO KUS NJ 07423-1315 |
| DELVAI, KAREN | POSTSTRASSE 22 FRANKFURT 60329 GERMANY |
| DESMOND, JAMIE | 20 DAVID STREET SOUTH RIVER NJ 08882 |
| DJANEV, PETER | 59-07 74TH STREET MIDDLE VILLAGE NY 11379 |
| DOROGOFF, JOHN A. | 3 BAYVIEW CIRCLE MANHASSET NY 11030 |
| DOROGOFF, JOHN A. | ANNE DOROGOFF 3 BAYVIEW CR MANHASSET NY 11030 |
| DWYER, JAMES | 443 95TH STREET - APT # B3 BROOKLYN NY 11209 |
| EDMOND, MARC | 258 COOLIDGE AVE HASBROUCK HEIGHTS NJ 07604 |
| ELIA, PETER J. | 235 NOTTINGHAM ROAD MORGANVILLE NJ 07751 |
| EMILIO, DEANNA | 57 EVANS STREET STATEN ISLAND NY 10314 |
| ERLANGER, PHILIP R. | 22545 CARBON MESA ROAD MALIBU CA 90265 |
| EVANS, AYANNA E. | 526 HANSON COURT FAR ROCKAWAY NY 11691 |
| FIELDS, SALLY | I MELBOURNE MANSIONS QUEENS CLUB GARDENS MUSARO ROAD LONDON UNITED KINGDOM |
| FINK, JEFFREY | 226 EAST 85TH STREET-APT. 3C NEW YORK NY 10028 |
| FINNEGAN, BRIAN | 401 E. 62ND ST. APT. 2B NEW YORK NY 10065 |
| FLORES, SUSANA | 323 96TH STREET 1ST FL BROOKLYN NY 11209 |
| FOX, JANE | 32 GOLDINGS ROAD LOUGHTON ESSEX IG10 2QN UNITED KINGDOM |
| FOX, KRISTINA C. | 341 W 11TH STREET APT 5C NEW YORK NY 10014 |
| FREEMAN, ROGER A. | 16 BAKER AVENUE WESTPORT CT 06880 |
| FRIEDMAN, KEITH | 109 ALBEMARLE ST BALTIMORE MD 21202-4401 |
| FUGAZY, BRIAN | 17 MANSION DRIVE GLEN COVE NY 11542 |
| FURLONG, EMMA LOUISE | 24 MARQUESS HEIGHTS QUEEN MARY'S AVENUE LONDON E18 2FS UNITED KINGDOM |
| GABER, KONSTANTIN | 458 NEPTUNE AVENUE, APT 8F BROOKLYN NY 11224 |
| GABRIELSON, SETH | 360 E 65TH APT 12C NEW YORK NY 10021 |
| GARGASZ, KRYSTIAN | 47 GRAND AVE STATEN ISLAND NY 10301 |
| GAY,PAUL | 86 CLAYGATE LANE HINCHLEY WOOD ESHER, SURREY KT100BJ UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| GELLIS, LAUREN | 235 HUDSON STREET APT. 1202 HOBOKEN NJ 07030 |
| GETTS, CHRISTY | 949 CARLSBAD DRIVE PLANO TX 75023 |
| GHAZOULY, DINA | 40 CONGER ST APT 503 B BLOOMFIELD NJ 07003 |
| GIBNEY, MEGHAN | 340 EAST 34H STREET #11N NEW YORK NY 10016 |
| GILBERT, MARK | 2340 NW 45TH ST. BOCA RATON FL 33431 |
| GILLINGHAM, KENNETH A | MEADOW VIEW OAK HILL ROAD ESSEX STAPLEFORD ABBOTTS RM4 1JH UNITED KINGDOM |
| GONZALEZ, DANIEL | 73 BOGOTA ST STATEN ISLAND NY 10314 |
| GONZALEZ, NELLA | 69TH AVONDALE LANE MATAWAN NJ 07747 |
| GORMAN, DOUGLAS | 164 NORMAN AVE #3A BROOKLYN NY 11222 |
| GORMAN, SEAN K | 371 AMSTERDAM AVE. APT 5 NEW YORK NY 10024 |
| GOULD, TIMOTHY B. | 393 MIDDLESEX RD DARIEN CT 06820 |
| GREENSPAN, NEIL | 200 RIVERSIDE BLVD APT. 4M NEW YORK NY 10069 |
| GRIFFIN, WILLIAM D. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: RAY SHIRAZI ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GRIFFIN, WILLIAM D. | 6538 NORWAY ROAD DALLAS TX 75230-5242 |
| HAGAN, CAITLIN | 1452 W. SCHOOL ST. #2 CHICAGO IL 60657 |
| HAHN, BRIAN E. | 12 E. SCOTT APARTMENT 5 CHICAGO IL 60610 |
| HAIDER, SYLVIA | 2233 ESPLANADE AVE BRONX NY 10469 |
| HALLS, DEBORAH G. | 32 KIMBERLEY ROAD WALTHAMSTOW LONDON E17 5EE UNITED KINGDOM |
| HALLS, DEBORAH G. | 32 KIMBERLEY ROAD WALTHAMSTOW LONDON E17 5EE UNITED KINGDOM |
| HANNA, JAMIE KRUK | 835 WOODMAR DRIVE CRYSTAL LAKE IL 60014 |
| HAU HE | 10-12 PO SHAN ROAD FLAT B3/2F HONG KONG CHINA |
| HAYDOUTOVA, LUDMILLA | 1 BIRCH LANE FLORHAM PARK NJ 07932 |
| HENRY, JAMES | 4248 BOCA BAY DRIVE DALLAS TX 75244 |
| HOLLEY, STACIE DAWN | 2770 MONTOYA DRIVE CORONA CA 92882 |
| HORN, JAMIE R. | 30 CAYUGA AVENUE EAST NORTHPORT NY 11731 |
| IMAJI, AJUMA | 54-39 100TH STREET APT 203 CORONA NY 11368 |
| JOHNSON, RICHARD | 23 SARSFELD ROAD LONDON SW12 8HR UNITED KINGDOM |
| JOSEPH, PAUL | 400 W 37TH ST APT 4W NEW YORK NY 10018 |
| JURUSZ, JOSEPH W | 29 SAW MILL DRIVE SOMERSET NJ 08873 |
| KANDHARI, RUCHIKA | 12 8TH AVE FARMINGDALE NY 11735-5736 |
| KATHPALIA, NEHA | 51 BRISTOL DRIVE MANHASSET NY 11030 |
| KIM, CHRISTOPHER | 19 RIO VISTA DRIVE ALPINE NJ 07620 |
| KIM, HYEUN | 800 12TH ST APT 810 PALISADES PK NJ 07650-2374 |
| KIRA, KERRY-ANN | 70 SOUTH MUNN AVE, APT 1007 EAST ORANGE NJ 07108 |
| KLINE, SARAH | 450 W. 17TH ST. # 2202 NEW YORK NY 10011 |
| KOH, JAY L. | 1986 N. BROADMOORE LANE VERNON HILLS IL 60061 |
| KOLLAR, CHRISTIAN | 1586 PARKVIEW AVENUE SEAFORD NY 11783 |
| KOLLYDAS, PETER | 28 COLERIDGE DR MARLBORO NJ 07746 |
| KOLLYDAS, PETER | 28 COLERIDGE DR MARLBORO NJ 07746 |
| KOLLYDAS, PETER | 28 COLERIDGE DR MARLBORO NJ 07746 |
| KOOS, JESSICA | 2306 21ST ST #4D ASTORIA NY 11105 |
| KORBMACHER, EMILY | 1643 N LARRABEE ST UNIT A CHICAGO IL 60614-6171 |
| KOZIAK, SASHA | 520 WEST 43 STREET, #33K NEW YORK NY 10036 |
| KUN, WILLIAM | 1958 BARRY AVENUE LOS ANGELES CA 90025 |
| KUPERMAN, MICHAEL | 569 CARROLL ST. APT. 4 BROOKLYN NY 11215 |
| LAFONTANT, ARMEL G. | 601 E 19TH ST., APT 5K BROOKLYN NY 11226 |
| LAROIA, ADITYA | 68 SYDNEY STREET FLAT 3 LONDON UNITED KINGDOM |
| LAVAL, FELICIA | 2053 MCGRAW AVE #5E BRONX NY 10462 |

| Claim Name | Address Information |
|---|---|
| LAW, JAMES | 136 LEXINGTON AVENUE NEW YORK NY 10016 |
| LEGENDRE, ELIZABETH | 247 MURRAY CT JUPITER FL 33458-2903 |
| LEONARD, PAUL A. | 5 HIGHFIELD CLOSE DANBURY CHELMSFORD CM34 UK |
| LI, XIU WEN | 50-48 208 STREET BAYSIDE NY 11364 |
| LIEBERMAN, BEN | 28 FLAG HILL ROAD CHAPPAQUA NY 10514 |
| LIEBERMAN, STEVEN | 13 FILMONT DRIVE NEW CITY NY 10956 |
| LIN-LU, XIAN YU | 1925 WEST 10TH STREET, 1ST FLOOR BROOKLYN NY 11223 |
| LISKA, PAMELA | 110 TERRACE VIEW AVE., C-2 BRONX NY 10463 |
| LLOYD, MELINDA L | 215 EAST 68TH STREET APT 4Y NEW YORK NY 10065 |
| LUGTU, JOANTHAN | 70 HUDSON STREET, 8TH FLOOR JERSEY CITY NJ 07302 |
| MAGESIS, JASON | 110 BANK ST APT 6G NEW YORK NY 10014 |
| MARCO, PAUL | 50 LINTON PL STATEN ISLAND NY 10308 |
| MARSH, RHYS | 302A W 12TH STREET # 104 NEW YORK NY 10014 |
| MARTIAK, YULIAK | 5 AVERY DR OLD BRIDGE NJ 08857 |
| MASON, SARAH LOUISE | 40 BRISCOE ROAD RAINHEM ESSEX RM13 9QF UNITED KINGDOM |
| MAYS, SASHA | 112 CATANIA WAY ROYAL PLM BCH FL 33411-4314 |
| MCCARTNEY, KEARRA L. | 216 ROCKAWAY AVE 18-H BROOKLYN NY 11233 |
| MCCOO, IAIN | FLAT 805, NEW PROVIDENCE WHARF 1 FAIRMONT AVENUE POPLAR LONDON E14 9PA UNITED KINGDOM |
| MCGRATH, KEVIN | 160 EAST 88TH STREET APT. 6B NEW YORK NY 10128 |
| MCINTIRE, HENRY DICKSON | 110 HANSON RD DARIEN CT 06820 |
| MEJIA, CARLOS JR. | 72-10 112TH STREET APT. 1A FOREST HILLS NY 11375 |
| MELICHAR, CATHERINE | 21-34 24TH STREET ASTORIA NY 11105 |
| MENSAH, PASCAL | 524 E 20TH ST APT 5E NEW YORK NY 10009 |
| MERMELSHTEYN, ANTON | 727 OCEONVIEW AVE APT A2 BROOKLYN NY 11235 |
| MONTANA, KRISTEN | 1456 E 56TH STREET BROOKLYN NY 11234 |
| MOUM, FRANCESCA S. | 214 LINDEN AVENUE WESTFIELD NJ 07090 |
| MUCHINSKY, RAYMOND | 688 HUMBOLDT ST BROOKLYN NY 11222 |
| MYASKOVSKIY, ANATOLI | 2355 EAST 12TH STREET # 6-C BROOKLYN NY 11229 |
| NAGY, STACY | 568 AMSTERDAM AVE APARTMENT 5N NEW YORK NY 10024 |
| NANCARROW, PAUL | 50 BAKER ST. POTTERS BAR HERTS EN6 2EB UNITED KINGDOM |
| NATALIE PICTON PHILLIPS | 23 VICTORIA ROAD MORTLAKE LONDON SW14 8EX UNITED KINGDOM |
| NAVA, STELLA | 55 ETHAN ALLEN ROAD FREEHOLD NJ 07728 |
| NEBEL, ROBERTA | 2587 EVERGREEN ST. YORKTOWN HEIGHTS NY 10598 |
| NEWLER, STEVEN | 154 EAST 29TH STREET APT 15 C NEW YORK NY 10016 |
| NG, GEORGE | 35 ORCHARD STREET APT 10 NEW YORK NY 10002 |
| NG, WING | 102-25 67TH RD APT 2A FOREST HILLS NY 11375 |
| NOONAN, KATHERINE E. | 368 EAST 235TH ST BRONX NY 10470 |
| O'DEA, CLAIRE | 3 THE TYBURNS HANGING HILL LANE BRENTWOOD CM132J UNITED KINGDOM |
| O'MALLEY, PETER | 78 TROUGHTON ROAD LONDON SE7 7QQ UNITED KINGDOM |
| OBERMEYER, JAMES | 219 PLEASANT DR BAYSHORE NY 11706 |
| OWENS, STEPHANIE | 322 E 34TH ST 3D NEW YORK NY 10016 |
| PANDEY, ABHISHEK | 912 RIVENDELL WAY EDISON NJ 08817 |
| PANIRY, DAVID | 2300 NE 196 ST MIAMI FL 33180 |
| PARIKH, SATU S. | 120 WEST 72ND STREET, #3 NEW YORK NY 10023 |
| PARK, JENNIFER | 26 ALEXANDER DRIVE SYOSSET NY 11791 |
| PATEL, NISHA | 292 BROOKFIELD DR JACKSON NJ 08527 |
| PATEL, VISPI M | 348 SIP AVE, APT 2, JERSEY CITY NJ 07306 |
| PATRICIA, RODRIGUEZ | 28-44 43RD STREET APT 3D ASTORIA NY 11103 |

| Claim Name | Address Information |
|---|---|
| PECORARO, MICHAEL J. | 40 GREENFIELD LANE COMMACK NY 11725 |
| PELIO, ERIC | 305 E 40TH STREET, APT 12N NEW YORK NY 10016 |
| PENA, CHARLENE | 1490 EAST AVE APT 1D BRONX NY 10462-7532 |
| PEREA, YVETTE | 2515 UNIVERSITY AVENUE # 3G BRONX NY 10468 |
| PEREIRA, JARMILA | 675 HONEYPOT LANE MDDSX STANMORE HA7 1JE UNITED KINGDOM |
| PERRI, SUZANNE | NOB HILL CONDOMINIUMS 34 RICHMOND BOULEVARD UNIT 1A RONKONKOMA NY 11779 |
| PHELPS, BRUCE D. | 35 SWIFTS LANE DARIEN CT 06820 |
| PIA, LOUIS | 2865 209TH PLACE BAYSIDE NY 11360 |
| PICTON PHILLIPPS, NATALIE | 23 VICTORIA ROAD MORTLAKE LONDON SW14 8EX UNITED KINGDOM |
| PLATT, JESSICA | 131 W. 78TH STREET APT. 4 NEW YORK NY 10024 |
| POLITI, LAUREN A. | 724 TAMAQUES WAY WESTFIELD NJ 07090-3625 |
| POLLITT, DAVID | 34 BASIN APPROACH LONDON EI4 7JA UNITED KINGDOM |
| POURCELET, NICOLAS | 28 RUE FABERT PARIS 75007 FRANCE |
| POWERS, FRANK V | 353 PALMER ROAD YONKERS NY 10701 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON AVENUE, STE. 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | LAW OFFICES OF LISA M. SOLOMON 305 MADISON STE 4700 NEW YORK NY 10165 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 110 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 110 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 110 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 110 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 110 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 110 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 110 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 110 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 110 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 110 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 110 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 110 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 110 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 110 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 110 |
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 11570 |

| Claim Name | Address Information |
|---|---|
| PRIMIANO, VINCENT A. | 122 BROADWAY ROCKVILLE CENTRE NY 11570 |
| PUCCIARELLI, JAMES V. | 3 STONY HILL DRIVE MORGANVILLE NJ 07751 |
| RAI, JOGINDERPAL SINGH | 6 FAIRVIEW GROVE WOLVERHAMPTON WEST MIDLANDS WV11 1BZ UNITED KINGDOM |
| RAMIREZ, JESSICA | 1965 LAFAYETTE AVENUE APT 225 BRONX NY 10473 |
| RAMJAUGEE, CLAUD-MAY FOURNIER | 58 BLENHEIM ROAD NORTH HARROW, HA2 7AH UNITED KINGDOM |
| REBOZO, MARISELA | 82 KING STREET KEARNY NJ 07032 |
| REJAS, JANICE | 4 FLORENCE AVE, APT 4C FREEPORT NY 11520 |
| RENDER, ERIC C. | 639 WEST END AVE NO. 15A NEW YORK NY 10025 |
| RIESSEN, NATALIE S. | 205 EAST 59TH STREET, #19A NEW YORK NY 10022 |
| RIPILLINO, DAWN | 17 OLD MANOR RD HOLMDEL NJ 07733 |
| RISI, BERNADETTE A | 48-10 45TH STREET APT 6A WOODSIDE NY 11377 |
| RIVERA, JOSELITO | 10230 66TH ROAD APT 19C FOREST HILLS NY 11375 |
| RIZZI, FRANCESCO | 1580 EAST 28TH STREET BROOKLYN NY 11229 |
| ROBINSON, LEE | 15 GLEDHOW GARDENS LOWER GROUND FLOOR LONDON, GT LON SW5 0AY UNITED KINGDOM |
| ROBSON-CANTY, GERALDINE D. | 61 BEECHWOOD TERRACE YONKERS NY 10705 |
| RODRIGUEZ, LILLIAM | 3615 AVENUE P BROOKLYN NY 11234 |
| ROSS, AMANDA | 57 BELAIRE CT MATAWAN NJ 07747-1121 |
| RUTKOWSKI, IZABELA | 598 GRANT AVE MAYWOOD NJ 07607 |
| RYAN, MELISSA | 43-16 213ST BAYSIDE NY 11361 |
| SAINZ, J.A. | 2507 CROSSFELL RD SPRING TX 77388 |
| SANDHU, SHARNJIT | 161 BYNES ROAD SANDERSTOAD OR2 0PS UNITED KINGDOM |
| SANKO, MARK | 1344 COLONIAL COURT MAMARONECK NY 10543 |
| SCAGLIOLA, STEVEN | 8 REDWOOD PATH GLEN COVE NY 11542 |
| SCHIRMACHER, CAROL | 116 HARRISON PL MASSAPEQUA NY 11758 |
| SCHREIER, MICHAEL | 301 E 76TH ST APT 12 NEW YORK NY 10021 |
| SCHULZ, KELLY | 11004 S. KEATING #1B OAK LAWN IL 60453 |
| SCHUSTER, CHRISTIANE | FLAT 5 25 ELVASTON PLACE LONDON SW7 5NL UNITED KINGDOM |
| SCIVOLETTI, PETER | 42 VERMONT DRIVE PARAMUS NJ 07652 |
| SERVIDIO, LAWRENCE P. | 18 ABERDEEN DRIVE WEST NYACK NY 10994 |
| SHAFFNER, LINDSEY | 141 MEADOW HILLS DR. GUILFORD CT 06437 |
| SHAH, RISHI | 344 PEPPER RIDGE ROAD STAMFORD CT 06905 |
| SHETH, RUPA | 1105 FIRST AVENUE, APT# 7 NEW YORK NY 10065 |
| SHUGAN, JANINE M. | 14 TOTTEN DRIVE BRIDGEWATER NJ 08807 |
| SHUTTLEWORTH, ELEANOR | 745 GROVE DRIVE, # 203 BUFFALO GROVE IL 60089 |
| SIMOES, NELSON | 68 HALE DRIVE MILL HILL LONDON NW7 3ED UNITED KINGDOM |
| SON, LUKE | 86 S CABOT LN WESTBURY NY 11590 |
| SPANO, STACY | 10 CHURCH TWRS APT 3J HOBOKEN NJ 07030-2740 |
| SPIERS, BRIAN ANTHONY | 12 KINGSCLERE PLACE ENFIELD MIDDLESEX EN2 6NG UNITED KINGDOM |
| SPINDLER, LLOYD S. | NO 6 LYE COPSE AVE FARMBOROUGH HAMPSHIRE GU14 8DX UNITED KINGDOM |
| STAKKESTAD, TOVE | 256 SAN REMO DRIVE JUPITER FL 33458 |
| STANCZUK, CHRISTOPHER | 206 CHURCH ST WHITE PLAINS NY 10603-3510 |
| STOPA, MICHAL | 435 CHERRY HILL DR. ADDISON IL 60107 |
| SULLIVAN, MARK L. | 21 OVERHILL AVE RYE NY 10580 |
| SVISTUNOVA, IRINA | 125 SCHROEDERS AVE 14A BROOKLYN NY 11239 |
| TAPEN, THOMAS E. | 66 BLACKBURN PLACE SUMMIT NJ 07901 |
| TEPER, DMITRY | 2625 EAST 13TH STREET APT # 2G BROOKLYN NY 11235 |
| THALER, BJORN B. | 300 RECTOR PL APT 7G NEW YORK NY 10280-1420 |
| THORKELSSON, SIGURBJORN | 53 PLANTATION ROAD THE PEAK HONG KONG HONG KONG |
| TIOMKIN, TAMARA | 205 E 78TH STREET APT 12B NEW YORK NY 10075 |

| Claim Name | Address Information |
|---|---|
| TISDALL, MICHELLE | 3862 S LAKE PARK AVE #3S CHICAGO IL 60653 |
| TOMS, NICOLA | 12 WOOLBROOK ROAD DARTFORD KENT DA1 3RD UNITED KINGDOM |
| TOUBIN, GREGG M. | 495 THIRD AVE. APT. 2B NEW YORK NY 10016 |
| TSAO, LUHSIN | 89-10 WHITNEY AVENUE, #3D ELMHURST NY 11373 |
| VAVASSORI, DANIELA | VIA TAVAZZANO 14 20155 MILANO MILAN MI ITALY |
| VISUTHIVAGCH, ALDA | 50-65 245TH STREET DOUGLASTOWN NY 11362 |
| WEBER, ANDREW | 8 HOLLYWOOD ROAD LONDON SW10 9HY UNITED KINGDOM |
| WEINSTEIN, ERIC | 15 MAYFLOWER ROAD SCARSDALE NY 10583 |
| WELLS, KIA | 3300 PALMER AVENUE # 121 BRONX NY 10475 |
| WICKHAM, JOHN R | 267 HEMPSTEAD PL CHARLOTTE NC 28207-1921 |
| WILLIAMSON, PETER | 352 W 15TH ST APT 501 NEW YORK NY 10011-5918 |
| WILSON, NADINE | 3420 AVENUE H APT 4F BROOKLYN NY 11210 |
| WU, PEI CHANG | 4720 CENTER BLVD APT 913 LONG IS CITY NY 11109-5675 |
| YADAV, GEMINI | 50 W. 15TH STREET, APT 4E NEW YORK NY 10011 |
| YANG CHUN KUANG | (JENNIFER) 1642 W.9TH ST., APT. 4A BROOKLYN NY 11223 |
| YEPEZ, PABLO | 1822 WEST HURON ST. #3F CHICAGO IL |
| YORKE, KIRSTY | 60 HIGH STREET WEEDON, AYLESBURY BUCKINGHAMSHIRE HP22 4NS UNITED KINGDOM |
| ZACCHEA, MATTHEW | 1 CALVIN CT OLD BRIDGE NJ 08857 |
| ZAKI, GEORGE | 65 SAYBROOK STREET STATEN ISLAND NY 10314 |
| ZHANG, XIAOTIE | 144-30 SANFORD AVE. APT 2D FLUSHING NY 11355 |
| ZITOUNE, JOSEPH MICH | 12075 GLENMORE DRIVE CORAL SPRINGS FL 33071 |

**Total Creditor count  313**