UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re                                                        :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                                     :
:
------------------------------------------------------------x    Ref. Docket Nos. 16055, 16058,
16060-16062, 16064, 16065, 16067,
16068, 16070, 16071, 16634, 16640,
16887, 16892, 16893, 16895, 16896,
16899, 16900, 16902, 16903

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 19, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
20th day of May, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 16055, 16058, 16060...16900, 16902, 16903_AFF_05-19-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                         |
In re                                    |    Chapter 11 Case No.
                                         |
LEHMAN BROTHERS HOLDINGS INC., et al.,   |    08-13555 (JMP)
                                         |
                                         |    (Jointly Administered)
         Debtors.                        |
                                         |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
   To: JPMORGAN CHASE BANK, N.A.
       TRANSFEROR: DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD, THE
       ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
       ONE CHASE MANHATTAN PLAZA - FLOOR 26
       NEW YORK NY 10005
```

Please note that your claim # 30669-03 in the above referenced case and in the amount of
       $81,212,182.46   allowed at $73,766,014.25      has been transferred **(unless previously expunged by court order)**

```
       JADE TREE I, L.L.C.                                    JADE TREE I, L.L.C.
       TRANSFEROR: JPMORGAN CHASE BANK, N.A.                  ESBIN & ALTER, LLP
       PO BOX 6463                                            ATTN: SCOTT L. ESBIN
       NEW YORK NY 10150                                      497 SOUTH MAIN STREET
                                                              NEW CITY NY 10956
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 16055    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/19/2011                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 19, 2011.

# EXHIBIT B

```
TIME: 15:38:45                                  LEHMAN BROTHERS HOLDING INC.                                             PAGE:    1
DATE: 05/19/11                                       CREDITOR LISTING

Name                                             Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES            TRANSFEROR: MERRILL LYNCH INTERNATIONAL CHRIS SCHOFIELD ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
BANCA POPOLARE DI SONDRIO SOC. COOP.             ATTN: GIANFRANCO PIRAINO PIAZZA GARIBALDI, N. 16 SONDRIO (SO)    23100 ITALY
  P.A.
BANK HAPOALIM B.M.                               ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                               PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BARCLAYS BANK PLC                                TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 745 SEVENTH AVENUE NEW YORK NY 10019
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.              C/O CARVAL INVESTORS, UK, LTD KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY    KT11 2PD UNITED KINGDOM
HYPOSWISS PRIVATBANK AG                          TRANSFEROR: BANCA POPOLARE DI SONDRIO SOC. COOP. P.A. ATTN: SABRINA VITALINI BAHNHOFSTRASSE/SCHUETZENGASSE 4 CH-8021 ZUERICH
                                                 ZUERICH   CH-8021 SWITZERLAND
JADE TREE I, L.L.C.                              ESBIN & ALTER, LLP ATTN: SCOTT L. ESBIN 497 SOUTH MAIN STREET NEW CITY NY 10956
JADE TREE I, L.L.C.                              TRANSFEROR: JPMORGAN CHASE BANK, N.A. PO BOX 6463 NEW YORK NY 10150
JPMORGAN CHASE BANK, N.A.                        TRANSFEROR: COMMONFUND CREDIT OPPORTUNITIES COMPANY ATTN: SUSAN MCNAMARA MAILING CODE: NY1- A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                        TRANSFEROR: DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD, THE ATTN: SUSAN MCNAMARA MAILING CODE: NY1- A436
                                                 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                        TRANSFEROR: DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD, THE ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                                 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                        TRANSFEROR: DRAKE LOW DURATION FUND, THE ATTN: SUSAN MCNAMARA MAILING CODE: NY1- A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                        TRANSFEROR: DRAKE LOW VOLATILITY MASTER FUND, LTD., THE ATTN: SUSAN MCNAMARA MAILING CODE: NY1- A436
                                                 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                        TRANSFEROR: DRAKE OFFSHORE MASTER FUND, LTD, THE ATTN: SUSAN MCNAMARA MAILING CODE: NY1- A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                        TRANSFEROR: DRAKE OFFSHORE MASTER FUND, LTD. THE ATTN: SUSAN MCNAMARA MAILING CODE: NY1- A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                        TRANSFEROR: DRAKE TOTAL RETURN FUND, THE ATTN: SUSAN MCNAMARA MAILING CODE: NY1- A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                                 NEW YORK NY 10005
KOOPERATIVA POJIST'OVNA, A.S. VIENNA             MICHAEL TORKIN, ESQ / SOLOMON NOH, ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
  INSURANCE GROUP
KOOPERATIVA POJIST'OVNA, A.S. VIENNA             TEMPLOVA 747 PRAGUE 1    CZ-110 01 CZECH REPUBLIC
  INSURANCE GROUP
MERRILL LYNCH INTERNATIONAL                      CADWALADER, WICKERSHAM & TAFT LLP ATTN: MS. JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MERRILL LYNCH INTERNATIONAL                      MERRILL LYNCH, DUBLIN BLOCK D, CENTRAL PARK, LEOPARDSTOWN ATTN: DAVE PURDOM / JOHN PRINCE DUBLIN 18 IRELAND
MERRILL LYNCH INTERNATIONAL                      MERRILL LYNCH FINANCIAL CENTRE ATTN: MS. ANNIKA WESTLING 2 KING EDWARD STREET LONDON    EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL                      BANK OF AMERICA MERRILL LYNCH ONE BRYANT PARK, 3RD FLOOR ATTN: FREDERICK MORRIS NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                      TRANSFEROR: SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON    EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH, PIERCE,FENNER & SMITH,INC         TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: SETH DENSON 214 N TRYON STREET CHARLOTTE NC 28255
NEW FINALCE ALDEN SPV                            TRANSFEROR: MERRILL LYNCH INTERNATIONAL CHRIS SCHOFIELD ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
RESTORATION HOLDINGS LTD                         TRANSFEROR: BANK HAPOALIM B.M. 325 GREENWICH AVE - 3RD FLOOR ATTN: CLAIMS PROCESSING (BANKRUPTCY) GREENWICH CT 06830
RESTORATION SPECIAL OPPORTUNITIES MASTER         TRANSFEROR: BANK HAPOALIM B.M. 325 GREENWICH AVE - 3RD FLOOR ATTN: CLAIMS PROCESSING (BANKRUPTCY) GREENWICH CT 06830
UBI BANCA                                        TRANSFEROR: BANCA POPOLARE DI SONDRIO SOC. COOP. P.A. ATTN: BOSCHIAN FABIO PIAZZA VITTORIO VENETO, 8 24121 BERGAMO
                                                 BERGAMO 24121 ITALY
YORVIK PARTNERS LLP                              TRANSFEROR: KOOPERATIVA POJIST'OVNA, A.S. VIENNA INSURANCE GROUP ATTN: LISA KING 11 IRONMONGER LANE LONDON    EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                              TRANSFEROR: ZURCHER KANTONALBANK ATTN: LISA KING 11 IRONMONGER LANE LONDON    EC2V 8EY UNITED KINGDOM
ZURCHER KANTONALBANK                             MICHAEL J. CANNING ARNOLD & PORTER LLP 399 PARK AVE 34TH FLOOR NEW YORK NY 10022
ZURCHER KANTONALBANK                             ARNOLD & PORTER LLP ATTN: ANTHONY BOCCANFUSO 399 PARK AVENUE, 34TH FLOOR NEW YORK NY 10022
ZURCHER KANTONALBANK                             ATTN: ESTHER KUONI & ROGER BACHMANN BAHNHOFSTRASSE 9 ZURICH    CH-8001 SWITZERLAND


Total Number of Records Printed            34                                                                   EPIQ BANKRUPTCY SOLUTIONS, LLC
```