UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
: 
In re                                         :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :   08-13555 (JMP)
                                              :   (Jointly Administered)
         Debtors.                             :
                                              :   Ref. Docket Nos. 16839-16841
---------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 13, 2011, I caused to be served the:

   a. "Notice of Sixty-Ninth Supplemental List of Ordinary Course Professionals," dated May 13, 2011 [Docket No. 16839], (the "OCP Notice"),

   b. "Affidavit and Disclosure Statement of Alain Choo-Choy Q.C.," dated May 13, 2011 [Docket No. 16840], (the "Choo-Choy Affidavit"), and

   c. "Affidavit and Disclosure Statement of Andrew P. Bernstein, on Behalf of Jackson, Demarco, Tidus & Peckenpaugh," dated May 10, 2011 [Docket No. 16841], (the "Bernstein Affidavit"),

   by causing true and correct copies of the:

   i. OCP Notice, Choo-Choy Affidavit and Bernstein Affidavit, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii. Choo-Choy Affidavit, to be delivered via electronic mail to the following party: achoochoy@oeclaw.co.uk,

   iii. Bernstein Affidavit, to be delivered via electronic mail to the following party: abernstein@jdtplaw.com,

    iv. OCP Notice, Choo-Choy Affidavit and Bernstein Affidavit, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to Office of the US Trustee, Tracy Hope Davis, Elisabetta G. Gasparini, Andrea B. Schwartz, 33 Whitehall Street, 21st Floor, New York, NY 10004,

    v. Choo-Choy Affidavit, to be enclosed securely in a separate postage-prepaid envelope and delivered via first class mail to Alain Choo-Choy, Q.C, One Essex Court, Temple, London EC4Y 9AR, England, and

    vi. Bernstein Affidavit, to be enclosed securely in a separate postage-prepaid envelope and delivered via first class mail to Andrew Bernstein, 2030 Main Street, Suite 1200, Irvine, CA 92614.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                           Pete Caris

Sworn to before me this
13th day of May, 2011

_____
Notary Public

SAMUEL DEJESUS GARCIA
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01GA6237514
COMM. EXP. MARCH 21, 2015

**EXHIBIT A**

**Creditors' Committee Email**

ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com
gbray@milbank.com
paronzon@milbank.com
wfoster@milbank.com