UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                           :   Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :   08-13555 (JMP)
                                                :   (Jointly Administered)
         Debtors.                               :
                                                :   Ref. Docket No. 16862
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 16, 2011, I caused to be served the "Notice of Filing of Revised Proposed Order Relating to the Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 Authorizing the Debtors to Implement Procedures for the Settlement of Avoidance Claims," dated May 16, 2011 [Docket No. 16862], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.  delivered via facsimile to the party listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ Pete Caris
                                                        Pete Caris

Sworn to before me this
17th day of May, 2011
/s/ *Eleni G. Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankruptcymatters@us.nomura.com |
| aalfonso@willkie.com | barbra.parlin@hklaw.com |
| abraunstein@riemerlaw.com | bbisignani@postschell.com |
| acaton@kramerlevin.com | bcarlson@co.sanmateo.ca.us |
| acker@chapman.com | bdk@schlamstone.com |
| adam.brezine@hro.com | bgraifman@gkblaw.com |
| adarwin@nixonpeabody.com | bguiney@pbwt.com |
| adiamond@diamondmccarthy.com | bill.freeman@pillsburylaw.com |
| aeckstein@blankrome.com | bkmail@prommis.com |
| aentwistle@entwistle-law.com | bmanne@tuckerlaw.com |
| afriedman@irell.com | bmiller@mofo.com |
| agbanknewyork@ag.tn.gov | boneill@kramerlevin.com |
| aglenn@kasowitz.com | brian.corey@greentreecreditsolutions.com |
| agold@herrick.com | bromano@willkie.com |
| ahammer@freebornpeters.com | brosenblum@jonesday.com |
| aisenberg@saul.com | broy@rltlawfirm.com |
| akantesaria@oppenheimerfunds.com | btrust@mayerbrown.com |
| alesia.pinney@infospace.com | bturk@tishmanspeyer.com |
| alum@ftportfolios.com | bwolfe@sheppardmullin.com |
| amarder@msek.com | bzabarauskas@crowell.com |
| amcmullen@boultcummings.com | cahn@clm.com |
| amenard@tishmanspeyer.com | calbert@reitlerlaw.com |
| andrew.brozman@cliffordchance.com | canelas@pursuitpartners.com |
| andrew.lourie@kobrekim.com | carol.weinerlevy@bingham.com |
| angelich.george@arentfox.com | cbelisle@wfw.com |
| ann.reynaud@shell.com | cbelmonte@ssbb.com |
| anthony_boccanfuso@aporter.com | cbrotstein@bm.net |
| aoberry@bermanesq.com | cgoldstein@stcwlaw.com |
| aostrow@beckerglynn.com | chammerman@paulweiss.com |
| apo@stevenslee.com | chardman@klestadt.com |
| aquale@sidley.com | charles@filardi-law.com |
| araboy@cov.com | charles_malloy@aporter.com |
| arahl@reedsmith.com | charu.chandrasekhar@wilmerhale.com |
| arheaume@riemerlaw.com | chipford@parkerpoe.com |
| arlbank@pbfcm.com | chris.donoho@lovells.com |
| arosenblatt@chadbourne.com | christopher.schueller@bipc.com |
| arthur.rosenberg@hklaw.com | clarkb@sullcrom.com |
| arwolf@wlrk.com | clynch@reedsmith.com |
| aseuffert@lawpost-nyc.com | cmontgomery@salans.com |
| ashaffer@mayerbrown.com | cohenr@sewkis.com |
| ashmead@sewkis.com | cp@stevenslee.com |
| asnow@ssbb.com | cpappas@dilworthlaw.com |
| atrehan@mayerbrown.com | craig.goldblatt@wilmerhale.com |
| aunger@sidley.com | crmomjian@attorneygeneral.gov |
| austin.bankruptcy@publicans.com | cs@stevenslee.com |
| avenes@whitecase.com | csalomon@beckerglynn.com |
| azylberberg@whitecase.com | cschreiber@winston.com |
| bankr@zuckerman.com | cshore@whitecase.com |
| bankruptcy@goodwin.com | cshulman@sheppardmullin.com |
| bankruptcy@morrisoncohen.com | ctatelbaum@adorno.com |
| bankruptcy@ntexas-attorneys.com | cwalsh@mayerbrown.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpiazza@hodgsonruss.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com

drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heidi@crumbielaw.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| heim.steve@dorsey.com | jgenovese@gjb-law.com |
| heiser@chapman.com | jguy@orrick.com |
| hirsch.robert@arentfox.com | jherzog@gklaw.com |
| hollace.cohen@troutmansanders.com | jhiggins@fdlaw.com |
| holsen@stroock.com | jhorgan@phxa.com |
| howard.hawkins@cwt.com | jhuggett@margolisedelstein.com |
| hseife@chadbourne.com | jhuh@ffwplaw.com |
| hsnovikoff@wlrk.com | jim@atkinslawfirm.com |
| icatto@kirkland.com | jjoyce@dresslerpeters.com |
| igoldstein@dl.com | jjtancredi@daypitney.com |
| ilevee@lowenstein.com | jjureller@klestadt.com |
| info2@normandyhill.com | jkehoe@btkmc.com |
| ira.herman@tklaw.com | jlamar@maynardcooper.com |
| isgreene@hhlaw.com | jlawlor@wmd-law.com |
| israel.dahan@cwt.com | jlee@foley.com |
| iva.uroic@dechert.com | jlevitin@cahill.com |
| jaclyn.genchi@kayescholer.com | jlipson@crockerkuno.com |
| jacobsonn@sec.gov | jliu@dl.com |
| james.mcclammy@dpw.com | jlovi@steptoe.com |
| james.sprayregen@kirkland.com | jlscott@reedsmith.com |
| jamestecce@quinnemanuel.com | jmaddock@mcguirewoods.com |
| jamie.nelson@dubaiic.com | jmazermarino@msek.com |
| jar@outtengolden.com | jmcginley@wilmingtontrust.com |
| jason.jurgens@cwt.com | jmelko@gardere.com |
| jay.hurst@oag.state.tx.us | jmerva@fult.com |
| jay@kleinsolomon.com | jmmurphy@stradley.com |
| jbecker@wilmingtontrust.com | jmr@msf-law.com |
| jbeemer@entwistle-law.com | john.monaghan@hklaw.com |
| jbeiers@co.sanmateo.ca.us | john.rapisardi@cwt.com |
| jbird@polsinelli.com | john@crumbielaw.com |
| jbromley@cgsh.com | joli@crlpc.com |
| jcarberry@cl-law.com | jorbach@hahnhessen.com |
| jchristian@tobinlaw.com | joseph.cordaro@usdoj.gov |
| jdrucker@coleschotz.com | joshua.dorchak@bingham.com |
| jdyas@halperinlaw.net | jowen769@yahoo.com |
| jean-david.barnea@usdoj.gov | jowolf@law.nyc.gov |
| jeannette.boot@wilmerhale.com | joy.mathias@dubaiic.com |
| jeff.wittig@coair.com | jpintarelli@mofo.com |
| jeffrey.sabin@bingham.com | jpintarelli@mofo.com |
| jeldredge@velaw.com | jporter@entwistle-law.com |
| jen.premisler@cliffordchance.com | jprol@lowenstein.com |
| jennifer.demarco@cliffordchance.com | jrabinowitz@rltlawfirm.com |
| jennifer.gore@shell.com | jrsmith@hunton.com |
| jeremy.eiden@state.mn.us | jschwartz@hahnhessen.com |
| jessica.fink@cwt.com | jsheerin@mcguirewoods.com |
| jfalgowski@reedsmith.com | jshickich@riddellwilliams.com |
| jflaxer@golenbock.com | jsmairo@pbnlaw.com |
| jfox@joefoxlaw.com | jstoll@mayerbrown.com |
| jfreeberg@wfw.com | jtimko@allenmatkins.com |
| jg5786@att.com | jtimko@shutts.com |
| jgarrity@shearman.com | jtougas@mayerbrown.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| judy.morse@crowedunlevy.com | lthompson@whitecase.com |
| jwallack@goulstonstorrs.com | lubell@hugheshubbard.com |
| jwang@sipc.org | lwhidden@salans.com |
| jwcohen@daypitney.com | mabrams@willkie.com |
| jweiss@gibsondunn.com | maofiling@cgsh.com |
| jwest@velaw.com | marc.chait@sc.com |
| jwh@njlawfirm.com | margolin@hugheshubbard.com |
| jwhitman@entwistle-law.com | mark.deveno@bingham.com |
| k4.nomura@aozorabank.co.jp | mark.ellenberg@cwt.com |
| karen.wagner@dpw.com | mark.houle@pillsburylaw.com |
| kdwbankruptcydepartment@kelleydrye.com | mark.sherrill@sutherland.com |
| keith.simon@lw.com | martin.davis@ots.treas.gov |
| ken.coleman@allenovery.com | marvin.clements@ag.tn.gov |
| ken.higman@hp.com | matt@willaw.com |
| kgwynne@reedsmith.com | matthew.klepper@dlapiper.com |
| kiplok@hugheshubbard.com | mbenner@tishmanspeyer.com |
| kkelly@ebglaw.com | mberman@nixonpeabody.com |
| klyman@irell.com | mbienenstock@dl.com |
| kmayer@mccarter.com | mbossi@thompsoncoburn.com |
| kerry.moynihan@hro.com | mcademartori@sheppardmullin.com |
| kobak@hugheshubbard.com | mcordone@stradley.com |
| korr@orrick.com | mcto@debevoise.com |
| kostad@mofo.com | mdorval@stradley.com |
| kovskyd@pepperlaw.com | meltzere@pepperlaw.com |
| kpiper@steptoe.com | metkin@lowenstein.com |
| kressk@pepperlaw.com | mfeldman@willkie.com |
| kreynolds@mklawnyc.com | mgordon@briggs.com |
| krosen@lowenstein.com | mgreger@allenmatkins.com |
| kuehn@bragarwexler.com | mh1@mccallaraymer.com |
| kurt.mayr@bgllp.com | mhanchet@mayerbrown.com |
| lacyr@sullcrom.com | mhopkins@cov.com |
| landon@streusandlandon.com | michael.frege@cms-hs.com |
| lathompson@co.sanmateo.ca.us | michael.kim@kobrekim.com |
| lawallf@pepperlaw.com | millee12@nationwide.com |
| lberkoff@moritthock.com | miller@taftlaw.com |
| lee.stremba@troutmansanders.com | mimi.m.wong@irscounsel.treas.gov |
| lgranfield@cgsh.com | mitchell.ayer@tklaw.com |
| lhandelsman@stroock.com | mjacobs@pryorcashman.com |
| linda.boyle@twtelecom.com | mjedelman@vedderprice.com |
| lisa.ewart@wilmerhale.com | mjr1@westchestergov.com |
| lisa.kraidin@allenovery.com | mkjaer@winston.com |
| ljkotler@duanemorris.com | mlahaie@akingump.com |
| lmarinuzzi@mofo.com | mlandman@lcbf.com |
| lmay@coleschotz.com | mlynch2@travelers.com |
| lmcgowen@orrick.com | mmendez@hunton.com |
| lml@ppgms.com | mmooney@deilylawfirm.com |
| lnashelsky@mofo.com | mmorreale@us.mufg.jp |
| loizides@loizides.com | mneier@ibolaw.com |
| lromansic@steptoe.com | monica.lawless@brookfieldproperties.com |
| lscarcella@farrellfritz.com | mpage@kelleydrye.com |
| lschweitzer@cgsh.com | mprimoff@kayescholer.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com

rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
rjones@boultcummings.com
rlasater@foley.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| sfelderstein@ffwplaw.com | tmayer@kramerlevin.com |
| sfineman@lchb.com | tnixon@gklaw.com |
| sfox@mcguirewoods.com | toby.r.rosenberg@irscounsel.treas.gov |
| sgordon@cahill.com | tony.davis@bakerbotts.com |
| sgubner@ebg-law.com | tslome@msek.com |
| shannon.nagle@friedfrank.com | ttracy@crockerkuno.com |
| sharbeck@sipc.org | twheeler@lowenstein.com |
| shari.leventhal@ny.frb.org | ukreppel@whitecase.com |
| shgross5@yahoo.com | vdagostino@lowenstein.com |
| sidorsky@butzel.com | villa@streusandlandon.com |
| slerner@ssd.com | vmilione@nixonpeabody.com |
| slevine@brownrudnick.com | vrubinstein@loeb.com |
| sloden@diamondmccarthy.com | walter.stuart@freshfields.com |
| smayerson@ssd.com | wanda.goodloe@cbre.com |
| smillman@stroock.com | wballaine@lcbf.com |
| smulligan@bsblawyers.com | wbenzija@halperinlaw.net |
| snewman@katskykorins.com | wcurchack@loeb.com |
| sory@fdlaw.com | wfoster@milbank.com |
| spiotto@chapman.com | william.m.goldman@dlapiper.com |
| splatzer@platzerlaw.com | wiltenburg@hugheshubbard.com |
| squigley@lowenstein.com | wisotska@pepperlaw.com |
| sree@lcbf.com | wk@pwlawyers.com |
| sselbst@herrick.com | woconnor@crowell.com |
| sshimshak@paulweiss.com | wrightth@sullcrom.com |
| steele@lowenstein.com | wsilverm@oshr.com |
| stephen.cowan@dlapiper.com | wswearingen@llf-law.com |
| steve.ginther@dor.mo.gov | wtaylor@mccarter.com |
| steven.troyer@commerzbank.com | wzoberman@bermanesq.com |
| steven.wilamowsky@bingham.com | yamashiro@sumitomotrust.co.jp |
| streusand@streusandlandon.com | yuwatoko@mofo.com |
| susan.schultz@newedgegroup.com | |
| susheelkirpalani@quinnemanuel.com | |
| swolowitz@mayerbrown.com | |
| szuch@wiggin.com | |
| tannweiler@greerherz.com | |
| tarbit@cftc.gov | |
| tbrock@ssbb.com | |
| tduffy@andersonkill.com | |
| teresa.oxford@invescoaim.com | |
| tgoren@mofo.com | |
| thaler@thalergertler.com | |
| thomas.califano@dlapiper.com | |
| thomas.ogden@dpw.com | |
| thomas_noguerola@calpers.ca.gov | |
| timothy.brink@dlapiper.com | |
| timothy.palmer@bipc.com | |
| tjfreedman@pbnlaw.com | |
| tkarcher@dl.com | |
| tkiriakos@mayerbrown.com | |
| tlauria@whitecase.com | |
| tmacwright@whitecase.com | |

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**
FAX LIST

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007