UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                    Debtors.                                     :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 14798, 15549,
                                                                      15553, 16756, 16770, 16773-16775

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 19, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ Lauren Rodriguez
                                        Lauren Rodriguez

Sworn to before me this
20th day of May, 2011
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: BANK OF KAOHSIUNG OFFSHORE BANKING BRNCH
C/O DEUTSCHE BANK AG, HONG KONG BRANCH
ATTN: JACK TSAI; LEVEL 60 INTERNATIONAL COMMERCE CENTRE
1 AUSTIN ROAD WEST, KOWLOON
HONG KONG HONG KONG

Additional:

Transferee:   CVF LUX MASTER SARL
C/O CARVAL INVESTORS UK LTD.
ATTN: ANNEMARIE JACOBSEN
KNOWLE HILL PARK, FAIRMILE LANE
COBHAM
SURREY KT11 2PD UNITED KINGDOM

**Your transfer   of claim #   46947   is defective for the reason(s) checked below:**

Signature Missing

Docket Number 14798          Date 03/04/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 19, 2011.

**EXHIBIT B**

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BANCO SABADELL, S.A | PLAZA DE SANT ROC, 20 SABADELL 08201 SPAIN |
| BANCO SABADELL, S.A. | PLAZA DE SANT ROC, 20 SABADELL 08201 SPAIN |
| CONSTANTIA PRIVATBANK | ATTN: MAG. ELISABETH STAUDNER AND MAG. MARTIN SCHILLER BANKGASSE 2 WIEN 1010 AUSTRIA |
| CONSTANTIA PRIVATBANK | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE AND HARVEY DYCHIAO 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| CVF LUX MASTER SARL | C/O CARVAL INVESTORS UK LTD. ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| DEL CARMEN MASSONI PI, MARIA | MONTSERRAT, 9 1R MOLINS DE REI BARCELONA 08750 SPAIN |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK OF KAOHSIUNG OFFSHORE BANKING BRNCH C/O DEUTSCHE BANK AG, HONG KONG BRANCH ATTN: JACK TSAI; LEVEL 60 INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST, KOWLOON HONG KONG HONG KONG |
| DIAMOND FINANCE PLC SERIES 2007-3A | C/O BNY CORPORATE TRUSTEE SERVICES ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PLC SERIES 2007-3A | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| GOLDENTREE CREDIT OPPORTUNITIES FINANCING I, LTD. | C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: MAREK BROZYNA 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE ENTRUST MASTER FUND SPC | ON BEHALF OF AND FOR THE ACCOUNT OF SEGREGATED PORTFOLIO I C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: MAREK BROZYNA 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE LEVERAGE LOAN MASTER FUND LTD | C/O GOLDENTREE ASSET MANAGEMENT LP ATTN: KAREN WEBER 300 PARK AVENUE 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE LEVERAGE LOAN MASTER FUND LTD | BROWN RUDNICK LLP ATTN: TIMOTHY C. BENNETT, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| GOLDENTREE MASTER FUND II, LTD. | C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: MAREK BROZYNA 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND, LTD | C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND, LTD | BROWN RUDNICK LLP ATTN: TIMOTHY C. BENNETT, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| GTAM FUND I, LTD | C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE 21ST FLOOR NEW YORK NY 10022 |
| GTAM FUND I, LTD | BROWN RUDNICK LLP ATTN: TIMOTHY C. BENNETT, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | C/O LAMCO SERVICES LTD 6TH FLOOR, 111 OLD BROAD STREET LONDON EC2N 1FP ENGLAND |
| MARTA DE LA HIJA SENTIS | C/UNIO-, 3-CASA SANT JUST DESVERN BARCELONA 08960 SPAIN |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |

Total Number of Records Printed   21