DAY PITNEY LLP  
One International Place  
Boston, MA 02110  
(617) 345-4600  
DANIEL J. CARRAGHER, ESQ. (DC-0328)  
ATTORNEYS FOR FABIO LIOTTI

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No.: 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Daniel J. Carragher, hereby certify that I forwarded a copy of the *Response of Fabio Liotti to Debtors' 118th Omnibus Objection to Claims* by hand delivery to all parties on the attached Service List on the 19th day of May, 2011.

DAY PITNEY LLP  
Attorneys for Fabio Liotti

By: /s/ Daniel J. Carragher  
DANIEL J. CARRAGHER (DC-0328)  
One International Place  
Boston, MA 02110  
(617) 345-4600  
- and -  
7 Times Square  
New York, NY 10036-7311  
(212) 297-5800

Dated: May 20, 2011

51522059.1

## CERTIFICATE OF SERVICE

Robert J. Lemons, Esq.
Mark Bernstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Office of the US Trustee
   for Region 2, 33
Whitehall Street
21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.
     Elisabetta Gasparini, Esq.
     Andrea Schwartz, Esq.

51522059.1