**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

|  |  |  |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
|  | : | **(Jointly Administered)** |
| **Debtors.** | : |  |
|  | : |  |

---------------------------------------------------------------x        **Ref. Docket Nos. 16897, 16898,**
**16912, 16913, 16915, 16952, 16966,**
**16967, 16968**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 20, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
20th day of May, 2011
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|                                         |                          |
|-----------------------------------------|--------------------------|
| In re                                   | Chapter 11 Case No.      |
|                                         |                          |
| LEHMAN BROTHERS HOLDINGS INC., et al.,  | 08-13555 (JMP)           |
|                                         |                          |
|                                         | (Jointly Administered)   |
| Debtors.                                |                          |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CENTROSIM S.P.A.
             ATTN: MS. MARINA DJORDJEVIC - COMPLIANCE & LEGAL DEPARTMENT
             37 VIA BROLETTO
             MILAN    20121
             ITALY

Please note that your claim # 56619-04 in the above referenced case and in the amount of
        $43,361.31        has been transferred **(unless previously expunged by court order)**

        BANCA MONTE DEI PASCHI DI SIENA S.P.A.
        TRANSFEROR: CENTROSIM S.P.A.
        ATTN: FRAGNELLI DORIANA
        VIA ROSELLINI 16
        20124 MILANO
        MILANO    20124
        ITALY

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 16897        in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/20/2011                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 20, 2011.

**EXHIBIT B**

```
TIME: 11:13:14                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 05/20/11                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| ACTA ASSET MANAGEMENT ASA | TRANSFEROR: NORDNET BANK AB KUNGSGATEN 8 111 43 STOLCKHOLM   SWEDEN |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: CENTROSIM S.P.A. ATTN: FRAGNELLI DORIANA VIA ROSELLINI 16 20124 MILANO MILANO   20124 ITALY |
| BANCA POPOLARE DI SONDRIO SCPA | TRANSFEROR: INTESA SANPAOLO SPA ATTN: GERRY DE ALBERTI PIAZZA GARIBALDI 16 SONDRIO 23100 SONDRIO   23100 ITALY |
| BANCA POPOLARE DI SONDRIO SCPA | TRANSFEROR: INTESA SANPAOLO SPA ATTN: GERRY DE ALBERTI PIAZZA GARIBALDI 16 SONDRIO, 23100 SONDRIO   23100 ITALY |
| CENTROSIM S.P.A. | ATTN: MS. MARINA DJORDJEVIC - COMPLIANCE & LEGAL DEPARTMENT 37 VIA BROLETTO MILAN   20121 ITALY |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| INTESA SANPAOLO SPA | ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO  20121 ITALY |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| NORDNET BANK AB | TRANSFEROR: BROMMA SE 16714 SWEDEN BOX 1477 BROMMA  SE 16714 SWEDEN |
| PICTET & CIE | TRANSFEROR: CREDIT SUISSE ATTENTION LEGAL DEPARTMENT ROUTE DES ACACIAS 60 1211 GENEVA 73 GENEVA   SWITZERLAND |
| RAHN & BODMER | TRANSFEROR: CREDIT SUISSE ATTN: ENRICO NUSSIO POSTFACH 8022 ZURICH ZURICH   8022 SWITZERLAND |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, LP ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA GREENWICH CT 06830 |
| UBI BANCA SCPA | TRANSFEROR: CENTROSIM S.P.A. ATTN: FOSSATI ALFREDO PIAZZA VITTORIO VENETO, 8 BERGAMO  24122 ITALY |

Total Number of Records Printed      15