WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | |
|---|---|
| In re | :  Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | :  08-13555 (JMP) |
| | : |
| Debtors. | :  **(Jointly Administered)** |

-------------------------------------------------------------------x

**NOTICE OF EXTENSION OF TIME TO OBJECT TO MOTION**
**FOR APPROVAL OF DISCLOSURE STATEMENTS AND RELATED RELIEF**

NOTICE IS HEREBY GIVEN that the above-referenced Debtors intend to amend their disclosure statement, dated January 25, 2011, pursuant to section 1125 of the Bankruptcy Code to incorporate more-recent financial information and to update the information contained in the disclosure statement.

NOTICE IS HEREBY FURTHER GIVEN that the Debtors have agreed to adjourn the deadline to object to, and hearing to consider, the Debtors' Motion (i) for Approval of the Disclosure Statement and the Form and Manner of Notice of the Disclosure Statement Hearing, (ii) Establishing Solicitation and Voting Procedures, (iii) Scheduling a Confirmation Hearing, and (iv) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Chapter 11 Plan, dated March 14, 2011 [Docket No. 14867].

The Debtors expect that consideration of the disclosure statements for the chapter 11 plans filed by the Ad Hoc Group of Lehman Brothers Creditors [Docket No. 16316] and the Non-Consolidation Plan Proponents [Docket No. 16230] will likewise be adjourned, consistent with the plan proponents' previous requests to have their disclosure statements considered on the same schedule as the Debtors'.

**Notice will be given of the adjourned date of the disclosure statement hearing and applicable objection deadlines.**

Dated: May 20, 2011
      New York, New York

/s/ Harvey R. Miller
Harvey R. Miller

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession