# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.          Case No. 08-13555 (JMP)
                                                Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
## PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> Putnam Investment Holdings, LLC <br> c/o Putnam Investments <br> One Post Office Square <br> Boston, MA  02109 <br> Attention:  Stephen Gianelli <br> 617-760-1234 / stephen_gianelli@putnam.com | Name of Transferor: <br> Putnam Credit Hedge Fund, L.P. <br> c/o Putnam Investments <br> One Post Office Square <br> Boston, MA  02109 |
|---|---|
| Notices to Transferee should be sent to: <br> (see above) | Court Record Address of the Transferor: <br> (Court use only) |
| Last Four Digits of Acct.#: | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above): <br><br> Putnam Investment Holdings, LLC <br> c/o Putnam Investments <br> Mail Stop C4C:  7 Shattuck Road <br> Andover, MA  01810 <br> Attention:  Custody Services, Judd Symon, Suzanne Deshaies, Wendy Driscoll | Name and Current Address of Transferor <br><br> Putnam Credit Hedge Fund, L.P. <br> c/o Putnam Investments <br> One Post Office Square <br> Boston, MA  02109 <br> Attention:  Stephen Gianelli <br> 617-760-1234 / stephen_gianelli@putnam.com |
| Claim Amount: <br> $339,352.87 | |
| Court Claim No. (if known): <br> 66730 (amending claim no. 15355) | |
| Date Claim Filed: <br> June 1, 2010 (amending claim filed September 17, 2009) | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ James P Clark,   Date:  May 20, 2011
    VP, Putnam Investment Holdings, LLC
    Authorized Agent of Transferee

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.*

A/74270437.1