NIXON PEABODY LLP
Christopher M. Desiderio
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
and
Amanda D. Darwin
Richard C. Pedone (admitted *pro hac vice*)
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000

*Counsel to Deutsche Bank Trust Company Americas*
 *and Deutsche Bank National Trust Company,*
*each in their roles as Trustee, Indenture Trustee, Supplemental Interest Trust Trustee*
*and in other related fiduciary capacities*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM NO. 18488
## PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3006

| | |
|---|---|
| Creditor Name and Address: | Deutsche Bank National Trust Company<br>1761 East St. Andrew Place<br>Santa Ana, CA 92705<br>Attention: IMPAC Secured Assets Trust<br>2007-3 – IM07S3<br>Melissa Wilman, Vice President |
| Debtor: | Lehman Brothers Special Financing Inc. |
| Claim Number: | 18488 |
| Date Claim Filed: | September 18, 2009 |
| Amount of Claim Filed: | Unliquidated |

Deutsche Bank National Trust Company, as Trustee and Supplemental Interest Trust Trustee with

respect to the Supplemental Interest Trust relating to Impac Secured Assets Corp. Mortgage Pass-Through

13371475.1

Certificates, Series 2007-3 (the "Creditor"), by its attorneys, Nixon Peabody LLP, hereby files this notice of withdrawal of the above-referenced claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

The Creditor hereby withdraws the above-referenced claim and hereby authorizes the Clerk of the Court, or its duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced debtor.

Dated: New York, New York
May 23, 2011

Respectfully Submitted,

By: */s/ Christopher M. Desiderio*
Christopher M. Desiderio
NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111

and

Amanda D. Darwin
Richard C. Pedone (admitted *pro hac vice*)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000

*Counsel to Deutsche Bank Trust Company Americas, and Deutsche Bank National Trust Company, each in their roles as Trustee, Indenture Trustee, Supplemental Interest Trust Trustee and in other related fiduciary roles*