**Certificate of Service**

      On May 23, 2011, I personally caused a copies of the affixed JOINT RESPONSE OF HENRY MORGAN LAWRENCE III AND NICOLE S. LAWRENCE TO DEBTORS' ONE HUNDRED EIGHTEENTH AND ONE HUNDRED THIRTIETH OMNIBUS OBJECTIONS TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS) RE: CLAIMS 3373 AND 3374 to be sent by Federal Express, next day delivery, to (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemon and Mark Bernstein); Office of the United States Trustee, 33 Whitehall Street, New York, New York 10004 (Attn: Tracy Hope Davis, Elisabetta Gasparini and Andrea Schwartz; and (iv) Milbank, Tweed, Hadley & McCloy, 1 Chase Manhattan Plaza, New York, New York 10005(Attn: Dennis F. Dunne, Dennis O'Donnell and Evan Fleck).

/s/ _____
Robert N. Michaelson