B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>,

Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Strategic Value Master Fund, Ltd.</u><br>Name of Transferee | <u>GOLDMAN SACHS LENDING PARTNERS LLC</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>Marc Sileo<br>Strategic Value Partners LLC<br>100 West Putnam Avenue<br>Greenwich, CT 06830<br>Phone: 203-618- 3574<br>Fax: (203) 618-3502<br>Email: legal@svpglobal.com | Court Claim # (if known): <u>20157 (75.85227976%</u><br><u>of such claim)</u><br>Amount of Claim as Filed: <u>$7,395,500.00</u><br>Amount of Claim Transferred: <u>$5,609,655.35</u><br>Date Claim Filed: <u>9/21/2009</u><br>Debtor: <u>Lehman Brothers Holdings Inc.</u> |
| Phone:_____<br>Last Four Digits of Acct #: _____ | Phone: _____<br>Last Four Digits of Acct. #: _____ |

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STRATEGIC VALUE MASTER FUND, LTD.
By: Strategic Value Partners, LLC
Its Investment Manager

By: _____ [signature: JAMES L. VARLEY AUTHORIZED SIGNATURE]    Date: _____May 23, 2011_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Transferor/Transferor's Agent

660994.4 153/06010                              17

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STRATEGIC VALUE MASTER FUND, LTD.
By: Strategic Value Partners, LLC
Its Investment Manager

By: _____    Date: _____
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
         Transferor/Transferor's Agent