B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re <u>Lehman Brothers Holdings Inc., et al.</u>,<br><br>Debtors. | Case No. <u>08-13555 (JMP)</u><br>(Jointly Administered) |

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Strategic Value Special Situations Master Fund, L.P.</u><br>Name of Transferee | <u>GOLDMAN SACHS LENDING PARTNERS LLC</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>Marc Sileo<br>Strategic Value Partners LLC<br>100 West Putnam Avenue<br>Greenwich, CT 06830<br>Phone: 203-618- 3574<br>Fax: (203) 618-3502<br>Email: legal@svpglobal.com | Court Claim # (if known): <u>20156 (19.82604381% of such claim)</u><br>Amount of Claim as Filed: <u>$7,395,500.00</u><br>Amount of Claim Transferred: <u>$1,466,235.07</u><br>Date Claim Filed: <u>9/21/2009</u><br>Debtor: <u>Lehman Brothers Commodities Services Inc.</u> |
| Phone:_____<br>Last Four Digits of Acct #: _____ | Phone: _____<br>Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Phone: _____<br>Last Four Digits of Acct #: _____ | |

664955.1 153/06010                           14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND, L.P.
By: SVP Special Situations, LLC
Its Investment Manager

By: _____        Date: _____May 23, 2011_____
       Transferee/Transferee's Agent

*JAMES L. VARLEY*
*AUTHORIZED SIGNATURE*

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
       Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND, L.P.
By: SVP Special Situations, LLC
Its Investment Manager


By: _____          Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC


By: _____
    Transferor/Transferor's Agent