CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)
James Heiser (JH-3660)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE NO. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF PROOF OF CLAIM OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE
FILED AGAINST LEHMAN COMMERCIAL PAPER INC. IN CONNECTION WITH THE PINE CCS,
LTD. TRANSACTION**

   **PLEASE TAKE NOTICE** that U.S. Bank National Association, not individually but as Indenture Trustee (*"U.S. Bank"*) by and through its counsel, Chapman and Cutler LLP, hereby withdraws, WITH PREJUDICE, its Proof of Claim Number **23460** filed against Lehman Commercial Paper Inc. **(Case No. 08-13900)** in connection with that certain Indenture dated as of May 28, 2008 by and among Pine CCS, Ltd., Pine CCS, Corp., and U.S. Bank National Association as Trustee, and the related Master Participation Agreement dated as of May 28, 2008

3002467.01.02.doc

by and among Pine CCS, Ltd., and Lehman Commercial Paper Inc. The claim was filed on September 21, 2009 in the amount of $1,037,131,406.94. These claims were settled under the terms of a Note Sale and Termination Agreement dated as of April 12, 2011 (the "NSTA") by and between Pine CCS, Ltd., Pine CCS, Corp., U.S. Bank National Association, Barclays Bank PLC, Lehman Commercial Paper Inc., and Lehman Brothers Holdings Inc.

No other claim of U. S. Bank National Association, in any capacity, shall be affected hereby, and U.S. Bank reserves the right to amend this withdrawal in the event of any administrative error, including but not limited to inaccurate claim numbers, or in the event the NSTA is unwound or deemed void.

Dated: May 18, 2011

Respectfully submitted,

U.S. BANK NATIONAL ASSOCIATION, not individually but as Trustee

By: _____
Printed Name: Brand Hosford
Its: Vice President