United States Bankruptcy Court
Southern District of New York
re: Lehman Brothers Holdings Inc
Chapter 11 Case No 08-13555

Polly Hodge
ST Johns Hill Rd
Woking
Surrey
GU21 7RG

To whom IT May Concern,

I'm claiming $25,870.00 and I'm objecting to the reclassification of my debt claim no. 6286 filed on 7/27/2009 as an equity claim.

My stock had not vested, therefore was not tradeable on any security exchange and was in fact still monies owed to me and held on account. For these reasons I object to my debt being proposed to be reclassified as equity. I had no choice in the award and no way of trading it out until the stock vested. As it had not reached its vesting date. From an accounting perspective stock not vested is a debt on any companies balance sheet under US company law (accounting).

Regards, Ian Juded. (Please also take this as notice that I intend to participate telephonically at the hearing).

Copies to: Honorable James M Peck, Weil Gotshal & Manges LLP, Office of US Trustee for Region 2, Attorney of official Committee of unsecured creditors Milbank, Tweed Hadley & McCloy LLP.

Note: I plan to represent myself. Name and address as above


RECEIVED MAY 11 2011 US BANKRUPTCY COURT, SDNY