**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re                                                        :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-1355 (JMP)
                                                             :
Debtors.                                                     :    (Jointly Administered)

-------------------------------------------------------------x

RECEIVED MAY 17 2011 U.S. BANKRUPTCY COURT SDNY JMP

Newhouse, Michelle M
420 East 54th Street
Apt 11C
New York, NY 10022-5151

**NOTICE OF OBJECTION TO CLAIM
HEARING ON DEBTORS' ONE HUNDRED SEVENTEENTH
OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY NON-DEBTOR EMPLOYEE CLAIMS)**

---

**CLAIM TO BE DISALLOWED & EXPUNGED**

---

| | | |
|---|---|---|
| **Creditor Name and Address:**<br>Newhouse, MICHELLE M.<br>420 EAST 54TH STREET<br>APT 11C<br>NEW YORK, NY 10022-5151 | **Claim Number:**<br><br>**Date Filed:**<br><br>**Classification and Amount:** | 12080<br><br>9/14/2009<br><br>PRIORITY: $10,950.00<br>UNSECURED: $ 70,319.21<br>TOTAL: $81,269.21 |

1. Lehman Brothers Holdings Inc. (LBHI) was a Delaware Corporation that maintained and operated its corporate headquarters in New York, New York. On or about September 15, 2008 LBHI and related entities (collectively, with LBHI, the "LBHI Debtors:) filed a voluntary petition in the Bankruptcy Court for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code.

2. Lehman Brothers Inc., (LBI) was a Delaware Corporation that maintained and operated its corporate headquarters in New York, New York and was a broker-dealer subsidiary of LBHI.

3. Claimant's (Michelle Newhouse) Severance Agreement was with LBI which was a **subsidiary** of LBHI (the parent company) for the past 21 years during employment at Lehman Brothers.

4. Claimant seeks to recover severance obligation due from Lehman Brothers Holdings Inc., when Lehman Brothers Holdings Inc. filed for bankruptcy.

5. All proof of documentation and evidence of the claim, were previously filed with the Bankruptcy Court as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim.


Dated: New York, New York
       May 9, 2011


*[signature]*
Creditor:
Michelle M. Newhouse
420 East 54th Street,
New York, NY 10022
Telephone: (917) 696 - 5477