To:     United States Bankruptcy Court                          May 16, 2011
        Southern District of New York

From:   Keith A. Wheeler
        13 Palomino Circle
        Novato, CA 94947-3618

Re:     Lehman Brothers Holdings Inc.
        Claim no. 24173
        File Date: 9/21/2009
        Debtor: 08-13555
        Classification and Amount Priority $4146.75


I oppose the disallowance of my claim. Omnibus objection to claims.
No liability non-debtor employer claim.

I was an employee in good standing of Lehman Brothers Inc., employed from 9/1/2005 until 9/13/2008.

I was terminated prior to the Bankruptcy filed by Lehman Brothers Inc. on 9/15/2008.

My claim is for wages earned prior to my termination and prior to the Bankruptcy on 9/15/2008.

Lehman Brothers Inc. paid me for my commissions earned from August 2008 (check no. 468440) from which U. S. Taxes were withheld. The check bounced. I have enclosed a photo copy of that last paycheck.


Thank you for your consideration.

*[signature]*

Keith A. Wheeler

RECEIVED MAY 17 2011 U.S. BANKRUPTCY COURT, SDNY JMP

**LEHMAN BROTHERS**

Lehman Brothers Inc.
745 Seventh Avenue
New York, NY 10019-6801

Check No. 468440
1-2/210

PAY ONLY ****4,146*75**** CTS

Date: 09/29/2008         Amount: $4,146.75

****FOUR THOUSAND ONE HUNDRED FORTY-SIX AND 75/100 DOLLARS****

PAY TO THE ORDER OF

KEITH WHEELER
13 Palomino Circle
Novato CA 94947

JPMorgan Chase Bank, N.A.
4 Chase MetroTech Center
Brooklyn, NY 11245

Payable if desired at:
Mellon 1st Business Bank
601 West Fifth Street
Los Angeles, CA 90071

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑆0468440⑆ ⑈021000021⑈ 6106601 87⑉