Gerd <u>Margareta</u> Anderson    Brussels, 6.5.2011
Rue Jacques Jordaens, 18 B
1000 BRUXELLES (Belgium)
Fax 02-281 98 33
Tel. 02-281 85 71

        The chambers of the Honorable James M. Peck
        United States Bankruptcy Judge
        Courtroom 601
        One Bowling Green
        New York
        New York 10004
        USA

Messrs,

<u>Re. Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered)</u>
<u>Debtors Lehman Brothers Holdings Inc., *et al.*</u>

Referring to the received notice, dated 25.4.2011, I inform you that I at present do not have any objections to the ongoing procedure of Debtors' disclosure.

Attached, I send you copies regarding my Proof of Claim based on "Lehman Programs Securities", with a view of receiving in return the spended amount as below:

| <u>Claim Number</u> | <u>Date Filed</u> | <u>Debtor</u> | <u>Claim Amount</u> |
|---|---|---|---|
| 61094 | 11.2.2009 | 08-13555 | Unsecured - USD 7 338,50 |

        Yours sincerely,

        *Margareta Anderson*
        Margareta Anderson

Encl./Copies


RECEIVED MAY 17 2011 U.S. BANKRUPTCY COURT, SDNY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (JMP)
                                              :
                    Debtors.                  :    (Jointly Administered)
                                              :
----------------------------------------------------------------x

MAIL ID *** 0021700808 *** LBH OMNI5 04-01-2010 (MERGE2,TXNUM2) 4000087945
ANDERSON, MARGARETA
RUE JACQUES JORDAENS, 18B
BRUSSELS B-1000
BELGIUM

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

| Creditor Name and Address | Basis For Objection: | Amended Claim | | | |
|---|---|---|---|---|---|
| TO: ANDERSON, MARGARETA | | Claim Number | Date Filed | Debtor | Claim Amount |
| RUE JACQUES JORDAENS, 18B | Claim to be Disallowed and Expunged | 41180 | 10/19/2009 | 08-13555 | Unsecured - $7,338.50 |
| BRUSSELS B-1000 BELGIUM | | | | | |
| | Surviving Claim | 61094 | 11/2/2009 | 08-13555 | Unsecured - $7,338.50 |

PLEASE TAKE NOTICE that, on April 1, 2010, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their Fifth Omnibus Objection to Claims (Amended and Superseded Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED on the ground that said claim(s) were amended and superseded by the subsequently-filed claim(s) listed above under SURVIVING CLAIM(S). Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on May 3, 2010 (the "Response Deadline").

---

[1]   A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis; Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on May 12, 2010 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim(s). If the Debtors do continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim(s) listed above under CLAIM(S) TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

If you have any questions about this notice or the Objection, please contact Debtors' counsel, Erin Eckols, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: April 1, 2010
      New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Shai Y. Waisman
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
MARGARETA ANDERSON
RUE JACQUES JORDAENS, 18B
B-1000 BRUSSELS
BELGIUM
+32-2-281 85 71   Margareta.Anderson@consilium.europa.eu
Telephone number:    Email Address:

☒ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: 2009-10-10

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:    Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 7 338,50 ———————— (Required)

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): NO 0010392731 (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

20091022VP004354 ———————— (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholder's Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: 23210.0005130
(Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 2009-10-23 | Margareta Anderson (MARGARETA ANDERSON) |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on: http://www.lehman-docket.com as of July 17, 2009.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



# Mail

## Received mail: SV: Spärrning av VPS-konto

**Sender:**     Anette Vedeler
**Recipient:**  Anderson Margareta
**Sent:**       22/10/2009 16:26

```
Bekrefter løpenummer for sperring av konto: 23210 0005130
Isin nr. NO 001 0392731


Løpenummer: 20091022VP004354


MVH
Anette Vedeler
Warren Capital AS




-----Opprinnelig melding-----
Fra: Anderson Margareta [mailto:Margareta.Anderson@consilium.europa.eu]
Sendt: Thursday, October 22, 2009 3:49 PM
Til: Settlement
Emne: Spärrning av VPS-konto


Enligt dagens telefonsamtal önskar jag i samband med krav i boet av Lehman
Brothers Holding erhålla ett "blocking No.", eller spärrning av VPS-konto
enligt följande:

VPS-konto: 23210 0005130

ISIN: NO 001 0392731

Antal: 1

Med varighet till: 4.11.09

Med vänlig hälsning

Margareta Anderson
Bryssel, Belgien

e-mail: Margareta.Anderson@consilium.europa.eu
```

## Investorinformasjon

 WARREN WICKLUND
ASSET MANAGEMENT

MARGARETE ANDERSON

RUE JACQUES JORDAENS 18 B

BRUSSEL
BELGIA

WARRENWICKLUND ASSET MANAGEMEN

POSTBOKS 656 SENTRUM
0106   OSLO


VPS konto:   23210.0005130
ISIN:        NO0010392731 ! LEHMAN BROS GLOBAL PODIUM NOTE 2 07/12
Dato:        21.08.2009



WARREN WICKLUND
ASSET MANAGEMENT

MARGARETE ANDERSON

RUE JACQUES JORDAENS 18 B
BRUSSEL
BELGIA

WARRENWICKLUND ASSET MANAGEMENT

POSTBOKS 656 SENTRUM
N-0106  OSLO
TLF/FAX +4724144700/+4724144701



## ÅRSOPPGAVE 2007
Verdipapirsentralen sender kopi til Skattedirektoratet
Årsoppgaven må beholdes til kontroll mot eller føring i selvangivelsen
Spørsmål vedrørende årsoppgaven rettes til Deres kontofører:
**WARRENWICKLUND ASSET MANAGEMENT TLF. 24 14 47 00**

### VPS-konto   23210 0005130

### Kontoopplysninger

| | |
|---|---|
| Fødselsnummer | 101022 056 |
| Kontotype | Investorkonto |
| Konto opprettet | 27.11.2007 |
| Statsborger av | SVERIGE |

Dersom De velger elektronisk endringsmelding vil De også motta årsoppgaven elektronisk

### Sumposter for selvangivelsen

| Post 4.6.2   Ligningsverdi utenlandske verdipapirer | NOK | 60.000,00 |
|---|---|---|

Oppgitte ligningsverdier er ihht. norsk skattelov og de som ikke skatter til Norge kan
derfor se bort fra disse verdiene.
Se informasjon om skatteplikt på VPS' internettsider: www.VPS.no

### SPESIFIKASJON

### Obligasjoner utstedt av utenlandske foretak

| ! LEHMAN BROS GLOBAL PODIUM NOTE 2 07/12 | | | | ISIN: NO 001 0392731 | |
|---|---|---|---|---|---|
| Beholdning | Nominell verdi | NOK | 60.000,00 | | |
| | Ligningskurs    100,00% Ligningsverdi | | | NOK | 60.000,00 |
| | Sum nominell verdi | NOK | 60.000,00 | | |
| S U M | Oppgitt ligningsverdi | | | NOK | 60.000,00 |

The information on this page is provided to you on an "as is" and "as available" basis and may be subject to omission(s). To the fullest extent permitted by law, the Bankruptcy Trustee does not provide or make any warranty or representation of any kind, whether express or implied in respect of the Financial Information, its accurateness or completeness. The Financial Information cannot in any way be relied upon to calculate any possible claim that you may have against LBT's estate (boedel). A general disclaimer containing, amongst other things, an exclusion of any liability of the Bankruptcy Trustee for any damage as a result of (the use of) the Financial Information is applicable. Please consult the entire disclaimer at www.lehmanbrotherstreasury.com/id.html.

| Sub_Number | ISIN | Description | Maturity | Currency | Notional amount in original currency | Notional amount in USD |
|---|---|---|---|---|---|---|
| GDP0068 | DE000A0SUA81 | EXPRESS NOTE LINKED TO BASKET OF INDICES | 6-Jan-2014 | EUR | 14.150.000,00 | -$20.832.096,95 |
| GDP0067 | DE000A0SUA99 | EXPRESS NOTE | 6-Jan-2014 | EUR | 7.920.000,00 | -$11.660.085,36 |
| GDP0067A | DE000A0SUA99 | EXPRESS NOTE | 6-Jan-2014 | EUR | 3.000.000,00 | -$4.416.699,00 |
| GDP0067B | DE000A0SUA99 | EXPRESS NOTE LINKED TO BASKET OF INDICES | 6-Jan-2014 | EUR | 4.500.000,00 | -$6.625.048,50 |
| GDP0069 | DE000A0SUEV6 | AUTOREDEEMABLE ON DJ EURO STOXX 50 | 23-Jan-2013 | EUR | 48.000.000,00 | -$70.667.184,00 |
| GDP0070 | DE000A0SUT07 | EXPRESS NOTE LINKED TO BASKET OF SHARES | 3-Jan-2014 | EUR | 3.000.000,00 | -$4.416.699,00 |
| GDP0063 | DE000A0TLG93 | 100% CAPITAL PROTECTED NOTE | 30-Nov-2011 | EUR | 5.300.000,00 | -$7.802.834,90 |
| GDP0065 | DE000A0TLKY4 | 5YR CAP PROTECTED NOTES LINKED TO BASKET OF SHARES | 4-Jan-2013 | EUR | 6.000.000,00 | -$8.833.398,00 |
| GDP0066 | DE000A0TLL96 | 5 YR ASIAN NOTE LINKED TO A BASKET OF SHARES | 2-Nov-2012 | EUR | 9.500.000,00 | -$13.986.213,50 |
| GDP0066A | DE000A0TLL96 | 5 YR ASIA NOTE LINKED TO A BASKET OF SHARES | 2-Nov-2012 | EUR | 2.000.000,00 | -$2.944.466,00 |
| GDP0071 | DE000A0TN6J5 | REAL ESTATE REVIVAL NOTE II | 12-Mar-2013 | EUR | 4.000.000,00 | -$5.888.932,00 |
| GDP0072 | DE000A0TPVQ8 | COUPON PAYER NOTE LINKED TO BASKET OF SHARES | 17-Jul-2014 | USD | 5.536.052,10 | -$5.536.052,10 |
| GDP0079 | DE000A0TQG23 | 4X5% GERMANY GARANT NOTE | 14-Mar-2013 | EUR | 11.500.000,00 | -$16.930.679,50 |
| GDP0081 | DE000A0TR731 | 4X5.25% GERMANY GARANT NOTE | 10-May-2013 | EUR | 8.000.000,00 | -$11.777.864,00 |
| GDP0080 | DE000A0TR749 | GERMANY GARANT NOTE | 18-Apr-2011 | EUR | 350.000,00 | -$515.281,55 |
| GDP0083 | DE000A0TT7X8 | 4.5% GERMANY GARANT ELN | 7-Jun-2010 | EUR | 1.400.000,00 | -$2.061.126,20 |
| GDP0084 | DE000A0TU1P4 | 16.20% WORST OF BARRIER REVERSE CONVERTIBLE ON UBS | 14-May-2009 | USD | 16.720.000,00 | -$16.720.000,00 |
| GDP0089 | DE000A0TV576 | 4X5.50 % GERMANY GARANT ELN | 7-Aug-2013 | EUR | 1.500.000,00 | -$2.208.349,50 |
| GDP0085 | DE000A0TVAJ5 | USD 5YNC3M LEHMAN LIBOR CDRAN NOTE | 16-May-2013 | USD | 3.180.000,00 | -$3.180.000,00 |
| GDP0086 | DE000A0TVK20 | 6Y CATCHUP NOTE | 23-May-2014 | EUR | 12.500.000,00 | -$18.402.912,50 |
| GDP0087 | DE000A0TVPR5 | 4X5.5% GERMANY GARANT NOTE | 8-Jul-2013 | EUR | 4.300.000,00 | -$6.330.601,90 |
| GDP0082 | DE000A0V4E15 | OUTPERFORMANCE AUTOREDEEMER NOTE ON DIVDAX INDEX | 7-May-2013 | EUR | 20.000.000,00 | -$29.444.660,00 |
| GDP0033 | DE000AOG4LS9 | 7YR BEST ENTRY FOX NOTE | 25-Mar-2014 | EUR | 10.000.000,00 | -$14.722.330,00 |
| GDP0048 | DE000AON6GH8 | OUTPERFORMANCE AUTO REDEEMER NOTE | 1-Jun-2012 | EUR | 42.000.000,00 | -$61.833.786,00 |
| GDP0051 | DE000AONTS89 | ALPHA EXPRESS GARANT NOTES | 8-Sep-2011 | EUR | 1.500.000,00 | -$2.208.349,50 |
| GDP0055 | DE000AONXKZ9 | OUTPERFORMANCE AUTOREDEEMER NOTE | 7-Aug-2012 | EUR | 33.000.000,00 | -$48.583.689,00 |
| GDP0020 | DE00ADG0YD8 | INDEX TRIO NOTE | 24-Nov-2011 | EUR | 7.000.000,00 | -$10.305.631,00 |
| GDP0088 | DEOOOA0WDDE2 | DISCOUNT NOTE | 25-Jun-2009 | USD | 11.000.000,00 | -$11.000.000,00 |
| MTN9009 | DK0030068242 | FX LINKED NOTE USDDKK | 16-Dec-2010 | DKK | 75.970.000,00 | -$14.996.427,86 |
| MTN9044 | DK0030072194 | 2Y TWIN CLIQUET NOTE 100 % CAPITAL PROTECTED NOTE | 17-Dec-2009 | DKK | 108.530.000,00 | -$21.423.750,37 |
| MN10879 | DK0030106190 | USDDKK NOTE | 12-Jun-2011 | DKK | 5.180.000,00 | -$1.022.528,58 |
| MTN8106 | FI0003025379 | 5YR NOTES LINKED TO S&P BRIC INDEX | 26-Oct-2012 | EUR | 5.029.000,00 | -$7.403.859,76 |
| MTN8483 | FI0003025882 | SINGLE STOCK ALPHA NOTE | 12-Dec-2012 | EUR | 2.069.000,00 | -$3.046.050,08 |
| MTN8789 | FI0003026351 | RETURN LOCK 2012 NOTE | 3-Jan-2013 | EUR | 9.140.000,00 | -$13.456.209,62 |
| MTN9008 | FI0003026559 | EQUITY LINKED SWAP IN RELATION | 12-Dec-2012 | EUR | 2.150.000,00 | -$3.165.300,95 |
| MTN9751 | FI0008902994 | CROSS ASSET ALPHA LOCKER NOTE | 12-Mar-2013 | EUR | 6.497.000,00 | -$9.565.097,80 |
| MTN9752 | FI0008903000 | 4 YR CROSS ASSET ALPHA LOCKER | 29-Feb-2012 | EUR | 3.000.000,00 | -$4.416.699,00 |
| IDP0001 | IT0006578600 | 12 YR EURO INFLATION LINKED | 22-Dec-2017 | EUR | 12.738.000,00 | -$18.753.303,95 |
| MTN8341 | NO0010387749 | 5 YR BASKET NOTE LINKED TO GLOBAL TITANS PODIUM | 25-Oct-2012 | NOK | 3.000.000,00 | -$557.652,84 |
| MTN8591 | NO0010392731 | GLOBAL PODIUM NOTE | 30-Nov-2012 | NOK | 2.680.000,00 | -$498.169,87 |
| MTN8713 | NO0010393507 | GLOBAL PODIUM NOTE PRIVATE PLACEMENT | 30-Oct-2012 | NOK | 8.500.000,00 | -$1.580.016,38 |
| MTN8802 | NO0010395965 | GREATER CHINA MAGNUM NT PRVT PLACEMENT | 7-Dec-2010 | NOK | 5.200.000,00 | -$966.598,26 |
| MTN9207 | NO0010402738 | GREATER CHINA MAGNUM NOTE 2 PRIVATE PLACEMENT | 21-Jan-2011 | NOK | 5.200.000,00 | -$966.598,26 |
| MTN9900 | SE0002370841 | 4Y SEK ZERO COUPON NOTE | 28-Feb-2012 | SEK | 20.662.250,00 | -$3.229.814,86 |
| MTN10005 | SE0002379271 | LOOK BACK CAPITAL PROTECTED NOTE LINKED TO OMX INX | 8-Sep-2008 | SGD | 1.850.000,00 | -$1.304.291,13 |
| MTN10055 | SE0002379271 | LOOK BACK CAPITAL PROTECTED NOTE LINKED TO OMX INX | 12-Mar-2013 | SEK | 9.500.000,00 | -$1.484.990,32 |
| MN10347 | SE0002419242 | LOOK BACK CAP PROTECTED NOTE | 16-Apr-2012 | SEK | 6.000.000,00 | -$937.888,62 |
| MTN8387 | US52519VAP13 | FINANCIAL GUARANTEE LINKED NOTES | 20-Dec-2027 | USD | 56.000.000,00 | -$56.000.000,00 |
| MTN8388 | US52519VAQ95 | LEHMAN ISSUED FINANCIAL GUARANTEE LINKED NOTES | 20-Dec-2027 | USD | 53.000.000,00 | -$53.000.000,00 |
| MTN8733 | US52519VAR78 | 1YR LEHMAN BROTHERS NOTES LINKED TO THE S&P GSCI | 23-Oct-2008 | USD | 12.700.000,00 | -$12.700.000,00 |
| MTN8690 | US52519VAS51 | LEHMAN ISSUED FINANCIAL GUARANTEE LINKED NOTES | 20-Dec-2027 | USD | 77.000.000,00 | -$77.000.000,00 |
| MTN9154 | US52519VAU08 | LB ISSUED FINANCIAL GURANTEED LINKED NOTES | 18-Mar-2013 | USD | 84.000.000,00 | -$84.000.000,00 |
| MTN9416 | US52519VAW63 | LB NOTES LINKED TO THE DOW JONES AIG COMMODITY | 19-Feb-2009 | USD | 10.550.000,00 | -$10.550.000,00 |
| MN11022 | US52521XAC20 | PRINCIPAL PROTECTED NTES LNKD TO A BSKT OF 5 COMM | 16-Jul-2013 | USD | 10.000.000,00 | -$10.000.000,00 |
| MTN9425 | X0338465171 | 7 YEARS AUTOREDEEMABLE EQUITY | 31-Jan-2015 | USD | 1.000.000,00 | -$1.000.000,00 |
| MTN8689 | XS00327291349 | 2 YR H SHARE BKT VS STANDARD AND POORS 500 INDEX | 30-Oct-2009 | AUD | 7.000.000,00 | -$6.057.406,88 |
| EMTN596 | XS0100289064 | CMS Linked Note | 28-Jul-2014 | EUR | 9.000.000,00 | -$13.250.097,00 |
| EMTN599 | XS0100490084 | CMS Linked Note | 4-Aug-2014 | EUR | 5.000.000,00 | -$7.361.165,00 |
| EMTN653 | XS0103959507 | Equity Linked Note | 3-Dec-2007 | EUR | 0,00 | $0,00 |
| EMTN729 | XS0107875842 | FX Linked Note | 22-Feb-2010 | JPY | 600.000.000,00 | -$5.484.210,00 |
| EMTN758 | XS0109171586 | Steepening Euro Yen Note | 6-Apr-2010 | JPY | 500.000.000,00 | -$4.570.175,00 |
| MTN0938 | XS0116235499 | Capped Floater Note | 14-Aug-2010 | EUR | 4.000.000,00 | -$5.888.932,00 |
| MTN0943 | XS0116900928 | CMS LINKED NOTE | 6-Sep-2010 | JPY | 1.000.000.000,00 | -$9.140.350,00 |
| MTN0946 | XS0117104843 | REVERSE DUAL EURO YEN NOTE | 13-Sep-2010 | JPY | 1.000.000.000,00 | -$9.140.350,00 |
| MTN0951 | XS0117279058 | CMS LINK EUROYEN NOTE | 21-Sep-2010 | JPY | 1.600.000.000,00 | -$14.624.560,00 |
| MTN0985 | XS0121110455 | NIKKEI linked reverse convertible | 22-Dec-2008 | EUR | 4.810.000,00 | -$7.081.440,73 |
| MTN1002 | XS0121503774 | NIKKEI linked reverse convertible | 29-Dec-2008 | EUR | 8.736.470,98 | -$12.862.120,88 |
| MTN1008 | XS0121855026 | Zero coupon bond | 25-Feb-2013 | EUR | 1.595.010,57 | -$2.348.227,20 |
| MTN1013 | XS0122041675 | Equity Linked Note | 20-Dec-2010 | HKD | 35.000.000,00 | -$4.482.954,00 |
| MTN1020 | XS0122516296 | NIKKEI linked reverse convertible | 29-Dec-2008 | EUR | 6.388.185,13 | -$9.404.896,95 |
| MTN1021 | XS0122516379 | NIKKEI linked reverse convertible | 29-Dec-2008 | USD | 5.801.868,63 | -$5.801.868,63 |
| MTN1030 | XS0123410838 | NIKKEI LINKED REVERSE CONVERTIBLE NOTE | 9-Feb-2009 | EUR | 6.300.000,00 | -$9.275.067,90 |
| MTN1031 | XS0123488438 | HKD Fixed rate | 28-Jan-2011 | HKD | 140.000.000,00 | -$17.931.816,00 |
| MTN1044 | XS0124186981 | NIKKEI 225 INDEX LINKED NOTE | 12-Mar-2009 | EUR | 6.390.000,00 | -$9.407.568,87 |
| MTN1048 | XS0124187104 | NIKKEI LINKED REVERSE CONVERTIBLE | 12-Mar-2009 | USD | 10.500.000,00 | -$10.500.000,00 |
| MTN1088 | XS0125538974 | NIKKEI 225 INDEX LINKED NOTE | 25-Mar-2009 | USD | 20.000.000,00 | -$20.000.000,00 |
| MTN1089 | XS0125559111 | NIKKEI 225 INDEX LINKED NOTE | 26-Mar-2009 | EUR | 25.000.000,00 | -$36.805.825,00 |
| MTN1090 | XS0125559467 | EQUITY LINKED NOTE | 4-Apr-2009 | EUR | 27.295.000,00 | -$40.184.599,74 |
| MTN1110 | XS0126813053 | 30YR CALLABLE 10YR ZERO COUPON NOTE | 28-Mar-2031 | EUR | 16.672.367,34 | -$24.545.609,39 |
| MTN1119 | XS0126892172 | EQUITY LINKED NOTE | 20-Apr-2009 | EUR | 10.000.000,00 | -$14.722.330,00 |
| MTN1120 | XS0126892255 | AIG 8 YEAR EVEREST NOTE | 4-May-2009 | EUR | 32.705.000,00 | -$48.149.380,27 |
| MTN1155 | XS0128700274 | EQUITY LINKED NOTE | 31-May-2009 | EUR | 63.420.000,00 | -$93.369.016,86 |
| MTN1177 | XS0129914874 | AIG 8 YEAR EVEREST | 28-Jun-2009 | EUR | 40.045.000,00 | -$58.955.570,49 |
| MTN1214 | XS0131585845 | EQUITY LINKED NOTE | 26-Jul-2009 | EUR | 39.327.500,00 | -$57.899.243,31 |
| MTN1237 | XS0132961896 | FIXED RATE NOTE | 22-Jul-2011 | HKD | 100.000.000,00 | -$12.808.440,00 |
| MTN1238 | XS0132969360 | EQUITY LINKED NOTE | 31-Jul-2016 | EUR | 20.000.000,00 | -$29.444.660,00 |
| MTN1296 | XS0136264214 | EQUITY LINKED NOTE | 5-Oct-2009 | EUR | 10.735.000,00 | -$15.804.421,26 |
| MTN1311 | XS0137335468 | GAIM FUND LINKED NOTE | 26-Oct-2008 | USD | 3.430.000,00 | -$3.430.000,00 |
| MTN1351 | XS0139285257 | EQUITY LINKED NOTE | 28-Dec-2009 | EUR | 10.900.000,00 | -$16.047.339,70 |
| MTN1395 | XS0143565843 | CLN-THE BANK OF TOKYO MITSUBISHI LTD | 19-Feb-2012 | JPY | 300.000.000,00 | -$2.742.105,00 |
| MTN1397 | XS0143892023 | SELFFUND GAIM FUND LINKED NOTE | 25-Mar-2009 | USD | 2.120.000,00 | -$2.120.000,00 |
| MTN1403 | XS0144646386 | SELFFUND FUND LINKED NOTE | 26-Mar-2009 | USD | 920.000,00 | -$920.000,00 |
| MTN1432 | XS0146656417 | SELFFUND GAIM FUND LINKED NOTE | 26-Apr-2009 | USD | 1.420.000,00 | -$1.420.000,00 |
| MTN1460 | XS0148360042 | EQUITY LINKED NOTE | 24-May-2010 | EUR | 6.000.000,00 | -$8.833.398,00 |
| MTN1510 | XS0150708971 | DISCOUNT ACCRETING NOTE | 11-Dec-2009 | EUR | 9.289.764,17 | -$13.676.697,37 |
| MTN1511 | XS0150823721 | SMALL COUPON DISCOUNT NOTE | 25-Dec-2010 | USD | 9.242.358,68 | -$9.242.358,68 |
| MTN1515 | XS0151487054 | FRN | 15-Jul-2009 | EUR | 5.000.000,00 | -$7.361.165,00 |
| MTN1561 | XS0154706153 | 6 YEAR 'WORST OF 85% CALL' NOTE | 16-Sep-2008 | EUR | 10.700.000,00 | -$15.752.893,10 |
| MTN1564 | XS0154907991 | 8 YEAR WORST OF DIVERSIFIED BASKET EQL | 28-Oct-2010 | EUR | 18.500.000,00 | -$27.236.310,50 |

**ING** 🦁

BRUXELLES-EUROPEENNE
Tél.: (02) 282 37 40
Fax : (02) 282 37 48

| ORDRE DE TRANSFERT RECU EN VUE DE SON EXECUTION | | |
|---|---|---|
| Compte n° | Devise | Montant |
| | EUR | 5.000,00 |

DONNEUR D'ORDRE

310-4725227-55 003-0-045

BENEFICIAIRE

310-1190828-45 003-0-000
MME MARGARETA ANDERSON
RUE JACQUES JORDAENS 18 B
1000 BRUXELLES

COMMUNICATION

La signature du présent document implique l'adhésion au "Règlement Général des Opérations" d'ING Belgique SA

Signature

*[signed] Margareta Anderson*

Monnaie

| | N°: | 20071115123618 |
|---|---|---|

**Ordre de paiement étranger**
Agence:    310072

# USAGE INTERNE

Mode de paiement: via SWIFT NORMAL

| DONNEUR D'ORDRE: | BENEFICIAIRE: | NO |
|---|---|---|
| Compte: 310-1190828-45    -    EUR | Compte:    NO47 1201 4231 887 | |
| Nom:    MME MARGARETA ANDERSON CO 2070 LM 10 | Nom:    WARRENWICKLUND ASSET MANAGEMENT ASA | |
| Adresse:    RUE JACQUES JORDAENS 18 B | Adresse:    --------- | |
| Localité:    1000    BRUXELLES | Localité:    --------- | |
| N° tél.: | Pays:    NORVEGE | |

| Veuillez transférer: | DEVISE | MONTANT |
|---|---|---|
| | NOK | 63.000,00 |

Nature de l'opération (STATISTIQUE BNB):

| COMMUNICATION (à transmettre au bénéficiaire) MARGARETA ANDERSON- BRUXELLES | BANQUIER DU BENEFICIAIRE Adresse SWIFT (BIC):    DNBA NO KK Nom:    DNB NOR BANK ASA  Adresse:    STRANDEN 21 Localité:    N 0021 OSLO |
|---|---|
| **FRAIS** Frais partagés (SHA) | La signature du présent document comporte adhésion au "Règlement Général des Opérations" d'ING Belgique SA. Date: 15/11/2007    Signature(s)        VISA |

Je certifie que le document a été établi en présence du donneur d'ordre:
MARECHAL,SANDRA
810202503                                    15/11/2007    *Margareta Anderson*

# COPIE CLIENT

# Bestillingsblankett

| Global Podium Obligasjon 2 |
|---|
| 5-årig Podium obligasjon på en global aksjekurv |

| Salgsperiode | 22/10/2007 – 23/11/2007 |
|---|---|
| Investeringsperiode | 30/11/2007 – 30/11/2012 |

| Navn (bruk blokkbokstaver) | ANDERSON, MARGARETA |
|---|---|
| Adresse | RUE JACQUES JORDAENS, 18B |
| Poststed | B-1000 BRUXELLES |
| Person- eller organisasjonsnr. | 1951-11-22-5081 |

| Jeg/vi ønsker å bestille | Pålydende NOK | 60.000,- | (minimum NOK 10.000) |
|---|---|---|---|
| | Tegningsprovisjon (5%) | 3.000,- | |
| | Sum: | 63.000,- | |

| Kontoinformasjon | |
|---|---|
| VPS-konto | (la feltet stå åpent dersom du ikke har VPS-konto) |
| ☐ Vennligst etabler en VPS-konto i mitt/organisasjonens navn (obligatorisk hvis man ikke har VPS-konto). WarrenWicklund vil gjøre dette kostnadsfritt. | |
| Bankkonto | Obligatorisk også ved lånefinansiering |
| ☒ Jeg gir herved WarrenWicklund Asset Management ASA ugjenkallelig engangsfullmakt til å debitere min bankkonto med investeringsbeløpet inkludert kjøpsprovisjon. Datoen for debitering av kontoen er 30/11/2007 og det må være tilstrekkelige midler på den spesifiserte bankkontoen fra 27/11/2007. WarrenWicklund forbeholder seg retten til å debitere kontoen flere ganger dersom det ikke er tilstrekkelige midler på kontoen på debiteringsdatoen. | |
| ☒ Sett kryss her for å bekrefte at du har lest og forstått denne brosjyren. Du bekrefter også at du har lest og forstått tilbuds- dokumentasjonen og at du tilfredsstiller de krav som stilles i disse dokumentene, inkludert salgsbegrensningene. Du bekrefter også at du godtar salgsbetingelsene. | |
| ☒ Sett kryss her for å bekrefte at du er 18 år eller eldre, eller representerer et selskap eller institusjon, og at du ikke er fast bosatt i, eller handler på vegne av noen med fast bopel i USA, og at du ikke vil hjelpe noen som har slik fast bopel med å investere i obligasjonene og at du øyeblikkelig vil informere WarrenWicklund skriftlig dersom du får fast bopel i USA. | |
| Selger | WarrenWicklund Asset Management ASA |
| Utsteder | Lehman Brothers Treasury Co. B.V. |
| Kredittrating | A+ (Standard & Poor's pr. 25/05/2007) |
| Valuta | NOK |
| Registrering | Obligasjoner vil bli registrert i VPS |
| ISIN | NO 001 039273.1 |
| Avkastningsberegning | Se «Avkastning» på side 5, samt «Securities Note» |
| Angrerett | Se «Angrerett» på side 12. |

| Signert: Margareta Anderson | Dato: 05-11-2007 |
|---|---|

WW) WARREN WICKLUND                    LEHMAN BROTHERS
                                       Capital Markets | Investment Banking | Investment Management