WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                        :
**In re**                                               :        **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*            :        **08-13555 (JMP)**
                                                        :
                                          **Debtors.**  :        **(Jointly Administered)**
                                                        :
                                                        :
----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF DEBTORS' ONE HUNDRED**
**SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY**
**NON-DEBTOR EMPLOYEE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

      **PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred

Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims), <u>solely</u>

<u>as to the claims listed on Exhibit A attached hereto</u>, that was scheduled for June 2, 2011, at 10:00

a.m. (Prevailing Eastern Time), **has been adjourned to June 30, 2011, at 10:00 a.m.**

**(Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The

Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court,

Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated:  May 24, 2011
      New York, New York

        /s/ Robert J. Lemons
        Robert J. Lemons

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Debtors
        and Debtors in Possession

## Exhibit A

### Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Abernathy, Gregg | 25533 |
| Adair, John | 23967 |
| Addington, Erik | 23966 |
| Agrawal, Shashank | 13002 |
| Antonelli, Christopher | 23965 |
| Ballentine, James | 23988 |
| Baricevic, Joanna | 13429 |
| Best, Barbara | 24001 |
| Bhattal, Jasjit | 23964 |
| Bobb, Janice | 7258 |
| Bramham, Shaun | 23989 |
| Braun, Konstantin | 11061 |
| Braun, Konstantin | 11062 |
| Braun, Konstantin | 11063 |
| Bush, James | 23998 |
| Carol, Clayton | 23990 |
| Chan, Kent | 23991 |
| Chetty, Noel | 23981 |
| Chin, Russell | 23984 |
| Cho, Kunho | 23980 |
| Conners, William | 15186 |
| Corsalini, Enrico | 23963 |
| Dexter, Darrin | 23962 |
| Doe, Jocelyn | 23992 |
| Dorfman, David | 23993 |
| Har-Even, Itamar | 23996 |
| Feldkamp, Geoffrey | 23994 |
| Flanagan, Christopher | 23976 |
| Fuchs, Benjamin | 23977 |
| Gabbay, Mark | 23982 |
| Gabbay, Mark | 11075 |
| Glavan, Jeffrey | 23956 |
| Gould, James | 23995 |
| Greenwald, Andrew | 23961 |
| Howe, Christian | 23985 |
| Huang, Kanglin | 23960 |
| Hugo-Lancelot, Robert Gabriel Marty | 24002 |
| Hunt, Robin | 23959 |
| Hurley, Jeffrey | 23986 |

US_ACTIVE:\43715798\02\58399.0008

| | |
|---|---|
| Imperato, Jason | 6615 |
| Jotwani, Tarun | 23958 |
| Kaye, Patrick | 23957 |
| Keay, Stephanie | 24007 |
| Kollydas, Peter | 6322 |
| Kollydas, Peter | 6494 |
| Kollydas, Peter | 6495 |
| Konheim, Seth | 17412 |
| Laible, Robert | 23997 |
| Lax, Stephen | 13727 |
| Lucocq, Simon | 23978 |
| Lynch, Mary | 24408 |
| Lynch, Mary | 26312 |
| McCully, Michael | 65946 |
| McGarry, Patrick | 24003 |
| Millea, Timothy | 23968 |
| Morris, Jason | 23969 |
| Murray, Thomson | 10767 |
| O'Connor, Brian | 24004 |
| Oh, Miriam | 15220 |
| Papadakis, Spyros | 23970 |
| Pearson, Thomas | 24005 |
| Piasio, Wayne Richard | 30380 |
| Quismorio, James | 24006 |
| Rasner, Timothy | 23971 |
| Ropner, Henry | 5614 |
| Rubin, Charles | 23972 |
| Rubinstein, Marc | 23983 |
| Santoro, Vito | 32308 |
| Schiffman, Glenn | 23973 |
| Schreiber, Russell | 13322 |
| Scott, Eric | 14400 |
| Shah, Niraj | 10365 |
| Siegmund, Thomas | 23979 |
| Skolnick, Fred | 23999 |
| Sowinski, John | 23974 |
| Stein, Jeffrey | 23975 |
| Tolchinsky, Andrea | 7082 |
| Tsekov, Georgi | 1524 |
| Tung, Sharon | 23949 |
| Twitchell, Daryl | 460 |
| Umlauf, Erik | 23950 |
| Vaish, Pankaj | 23951 |
| Vulakh, Natalie | 23952 |

| | |
|---|---|
| Wardell, Jeffery | 14743 |
| Weiss, Aaron | 23953 |
| Wendel, Christopher | 24000 |
| Wheeler, Keith | 24173 |
| Yee, Jack | 23954 |
| Yuhn, Phil | 8090 |
| Zanco, Mario | 10404 |
| Zolad, Bryan | 23955 |