Dres. Horst und Elisabeth Meurer     97082 Würzburg/Germany
                                       May 12, 2011
                                       Leutfresserweg 29

Honorable James M. Peck
United States Bankruptcy Judge
One Bowling Green, New York
New York 10004,
Courtromm 601

In re
LEHMAN BROTHERS HOLDINGS INC., et al.
Debtors
Claim Number            9969
Date Filed              8/31/2009
Chapter 11 Case No.     08 – 13555 (JMP)
Classification          $ 219,711.68

Dear Sir,

Thanks for your information dated April 25, 2011, New York, New York.
We enclose all our letters concerning the above mentioned matter.
In the meantime nothing has changed from our point of view.

Best regards

*[signature: H + E. Meurer]*

RECEIVED
MAY 17 2011
U.S. BANKRUPTCY COURT, SDNY

Dres. Horst und Elisabeth Meurer

97082 Würzburg/Germany
April 15, 2011
Leutfresserwg 29
Former Address:
35274 Kirchhain/Germany
Auf dem Vogelsang 17

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Shai Y. Waisman

In re
LEHMAN BROTHERS HOLDINGS INC., et al.
Debtors
Claim Number:        9969
Date Filed:          8/31/2009
Chapter 11 Case No.  08 – 13555 (JMP)
Classification       $ 219,711.68

Dear Sir,

as we have seen from your last letter, dated March 25, 2011, the Omnibus Objection to Claims has for us been adjourned to April 28, 2011.
We have to inform you, that we spent all our money, which was reserved for annuity for us, into the Lehman Brothers UK Cap. Fdg. II L.P. notes, which were – as described in our letter, dated March 09, 2011, company guaranteed with preferred securities.
In consideration of our age and the fact, that we lost all our money, it is impossible for us to take part in the hearing, planned on April 28, 2011.
We hope for your understanding.

- 2 -

- 2 -

Nevertheless we trust on a fair treatment of our interests, because the subject is so important for us and our future.

We appreciate to hear from you

Horst Meurer                               Elisabeth Meurer

Same letter was sent to

Honorable James M. Peck
One Bowling Green, New York
New York 10004
Courtroom 601

Dres. Horst and Elisabeth Meurer       97082 Würzburg, 2011-03-09
                                        Leutfresserweg 29
                                        Germany
                                        Former address in 2009:
                                        Auf dem Vogelsang 17
                                        35274 Kirchhain
                                        Germany

In re
LEHMAN BROTHERS HOLDINGS INC., et al.
Debtors
Claim Number:              9969
Date Filed:                8/31/2009
Debtor:                    08-13555
Classification and Amount: UNSECURED: $ 219,711.68


Dear Sirs,

as we see by our documents, we bought our shares XS 0229269856 from Lehman Brothers UK Cap. Fdg.II L.P. (see appendix 1) and this was guaranteed by the company (see appendix 2).
So we do oppose the disallowance of our claim.

Best regards

*[signatures]*

Horst und Elisabeth Meurer

# Sparkasse
## Marburg-Biedenkopf

35009 Marburg · Postfach 2109
Telefon  06421 206-0
Telefax  06421 206101

**Wertpapierabrechnung zu Order Nr. 17716077 vom 29.09.2005, KAUF**

00000

Depot-Nr.:     5310 0805515046

Eheleute
Dr. Horst und Dr. Dr. Elisabeth
Meurer
Auf dem Vogelsang 17

35274 Kirchhain

*Appendix 1*

Abrechnung:       29.09.2005
Handelstag:       29.09.2005
Ausf.-Art:        Festpreisgeschäft
Auftragserteilung: Telefonisch

Sehr geehrte Frau, sehr geehrter Herr Dr. Meurer,

Ihren Auftrag haben wir gemäß unseren Sonderbedingungen für das Wertpapiergeschäft wie folgt ausgeführt:

| Kenn-Nr./ISIN | Zinssatz | Bezeichnung | | |
|---|---|---|---|---|
| A0GE0H | 5,125 % | Lehman Bros UK Cap.Fdg II L.P. | | |
| XS0229269856 | | EO-Notes 2005(09/Und.) | | |
| | | Zinstermin  21.SEPT | Nächster Zinsschein | 21.09.2006 |

| Nominal | | Abrechnungskurs | EUR |
|---|---|---|---|
| EUR    155.000,00 | | 103,05 % | 159.727,50- |
| 5,125 % | Kurswert | | 282,93- |
| | Zinsen für  13 Tage | | |
| | | **Endbetrag  EUR** | **160.010,43-** |

Lastschrift auf Konto 1056320675 Valuta 04.10.2005

Die Wertpapiere werden dem Depot 5310 0805515046 per 29.09.2005 gutgeschrieben.
Ausführungsdatum/-uhrzeit: 29.09.2005, 16:23
Stückzinsen sind ZAST-anrechnungsfähig. Für steuerliche Zwecke aufbewahren.
Depotart: B , Verwahrart: Wertpapierrechnung
Lagerland: CBL - Globalurkunden
Die Auftragserteilung erfolgte durch: Meurer , Horst
Schuldnerkündigung ohne Einschränkung zu jedem Zinstermin möglich.

Mit freundlichen Grüßen
Sparkasse Marburg-Biedenkopf

08-13555-mg    Doc 17055    Filed 05/17/11    Entered 05/24/11 16:36:37    Main Document
Pg 6 of 7

Lehman Programs Securities,
as of July 17, 2009

Appendix 2

| ISIN NUMBER | ISIN | ISSUER | DESCRIPTION | MATURITY DATE | CURRENCY |
|---|---|---|---|---|---|
| | XS0386650658 | LEHMAN BROTHERS TREASURY CO. BV | | | |
| 158 | XS0386674088 | LEHMAN BROTHERS TREASURY CO. BV | 2 YEAR TWD QUANTO NOTE LINKED TO KOREA INDEX | 9/8/2010 | USD |
| 152 | XS0386716269 | LEHMAN BROTHERS TREASURY CO. BV | 50 DAYS HSBC HOLDING LEHMAN BROTHERS HOLDINGS PLC EQUITY | 10/31/2008 | HKD |
| | XS0386716343 | LEHMAN BROTHERS TREASURY CO. BV | | | |
| | XS0386716426 | LEHMAN BROTHERS TREASURY CO. BV | | | |
| 163 | XS0386716899 | LEHMAN BROTHERS TREASURY CO. BV | 2 YR USD NOTE LINKED TO HONG KONG INDEX | 9/13/2010 | USD |
| 149 | XS0386736028 | LEHMAN BROTHERS TREASURY CO. BV | ASIAN NOTE ON SPGTAQD INDEX | | |
| 816C | XS0387045163 | LEHMAN BROTHERS TREASURY CO. BV | CERTI PLUS DJ EURO STOXX | 7/14/2009 | EUR |
| | XS0215349357 | LEHMAN BROTHERS UK CAPITAL FUND | COMPANY GUARANTY | 6/19/2008 | EUR |
| | XS0282978666 | LEHMAN BROTHERS UK CAPITAL FUND | COMPANY GUARANTY | | EUR |
| | XS0301813522 | LEHMAN BROTHERS UK CAPITAL FUND | COMPANY GUARANTY | | USD |
| | XS0243852562 | LEHMAN BROTHERS UK CAPITAL FUND III LP | COMPANY GUARANTY | | EUR |
| | XS0229269856 | LEHMAN BROTHERS UK CAPITAL II FUND | COMPANY GUARANTY | 10/12/2009 | EUR |
| | XS0272251108 | NB PRIVATE EQUITY | | | |
| | IE00B0T0GR92 | NEUBERGER BERMAN US REAL ESTATE | LEHMAN ALPHA-US REAL EST(INV)USD | | |
| | XS0127739943 | QUARTZ FINANCE LTD | | | |
| | XS0248605072 | SIGMA FINANCE CORP | | | |
| | ANN521332331 | | | 12/28/2007 | |
| | ANN521333248 | | | | |
| | ANN521333321 | | | | |
| | ANN521336134 | | | | |
| | ANN521336217 | | | | |
| | ANN521336621 | | | 9/8/2010 | |
| | ANN521338452 | | | | |
| | ANN5213N1488 | | | | |
| | ANN5213N2625 | | | 11/24/2008 | |
| | ANN5214A2934 | | | | |
| | ANN5214A3841 | | | | |
| | ANN5214A4005 | | | | |
| | ANN5214A5747 | | | | |
| | ANN5214A8063 | | | | |
| | ANN5214R2216 | | | 12/5/2008 | |
| | ANN5214R2703 | | | | |
| | ANN5214R3123 | | | | |
| | ANN5214R3206 | | | 12/8/2008 | |
| | ANN5214R4500 | | | | |
| | ANN5214R6019 | | | 12/8/2008 | |
| | ANN5214R6357 | | | | |
| | ANN5214R6431 | | | | |
| | ANN5214R6761 | | | | |
| | ANN5214R6845 | | | | |
| | ANN5214R6928 | | | | |
| | ANN5214R7181 | | | | |
| | ANN5214R7751 | | | | |
| | ANN5214R7918 | | | | |
| | ANN5214R8338 | | | | |
| | ANN5214R8411 | | | | |
| | ANN5214R8585 | | | | |
| | ANN5214R8668 | | | | |
| | ANN5214R8742 | | | | |
| | ANN5214T1364 | | | | |
| | ANN5214T1851 | | | | |
| | ANN5214T2016 | | | | |
| | ANN5214T2198 | | | | |
| | ANN5214T2503 | | | | |
| | ANN5214T2685 | | | | |
| | ANN5214T2768 | | | | |
| | ANN5214T2842 | | | | |
| | ANN5214T3592 | | | | |
| | ANN5214T3675 | | | | |
| | ANN5214T3832 | | | | |
| | ANN5214T3915 | | | | |
| | ANN5214T4582 | | | | |
| | ANN5214T5571 | | | | |
| | ANN5214T6157 | | | | |
| | ANN5214T6496 | | | | |
| | ANN5214T7221 | | | | |
| | ANN5214T7304 | | | | |
| | ANN5214T7488 | | | | |
| | ANN5214T7551 | | | | |
| | ANN5214T7835 | | | | |
| | ANN5214T8393 | | | | |
| | ANN5214T8478 | | | | |
| | ANN5215P1904 | | | | |
| | ANN5215P2084 | | | | |
| | ANN52520D129 | | | | |
| | CH0027120762 | | | | |
| | IE0032365896 | | LEHMAN BRO - USA VALUE- ADV | | |
| | XS0169028700 | | | | |
| | XS0173165167 | | | | |
| | XS0205085456 | | | | |
| | XS0210101750 | | | | |
| | XS0215349357 | | | | |
| | XS0217438448 | | | | |
| | XS0229269856 | | | | |
| 390 | XS0254946287 | | | | |
| | XS0269070636 | | | | |
| | XS0272861278 | | | | |
| | XS0274985828 | | | | |
| | XS0275105319 | | | | |

| | |
|---|---|
| ited States Bankruptcy Court/Southern District of New York  
man Brothers Holdings Claims Processing Center  
Epiq Bankruptcy Solutions, LLC  
R Station, P.O. Box 5076  
w York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
| Re:  
hman Brothers Holdings Inc., et al.,  
btors. | Chapter 11  
Case No. 08-13555 (JMP)  
(Jointly Administered) |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | **THIS SPACE IS FOR COURT USE ONLY** |

Name and address of Creditor: (and name and address where notices should be sent if different from creditor)

DR. HORST UND DR. DR. ELISABETH MEURER  
AUF DEM VOGELSANG 17  
35274 KIRCHHAIN

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____  
(If known)

Filed on: _____

Telephone number:          Email Address:

Name and address where payment should be sent (if different from above)

DR. HORST UND DR. DR. ELISABETH MEURER  
LEUTFRESSERWEG 29  
97082 WÜRZBURG / GERMANY  
Telephone number: 0931 3290 8561   Email Address: hemki@gmx.net

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ __219 711,68__ (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): __XS 0229269856__ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

__CA 18831__     __3252__   (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
__62087__ (Required)

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

Date: 17. AUG. 2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

H. MEURER     E. MEURER