REV. GEORGE W. McDOWELL
3133 MARQUITA DR.
FORT WORTH, TX 76116-5118
MAY 12, 2011

Honorable James M. Peck
United States Bankruptcy Judge
One Bowling Green, Courtroom 601
New York, New York 10004

To Whom it may concern!

Subject: Lehman Brothers Holding, Inc  Case Number 08-1355 (JMP)

   I was informed by CALTON & ASSOCIATES, INC. that there is to be a LEHMAN BROTHERS HOLDING INC. Bankruptcy Chapter 11 hearing May 27, 2011.
   I am not a Lawyer, therefore I do not understand all that is involved with (the "Debtors' Plan") or First Amended Joint Chapter 11 Plan of Lehman Brothers Holding Inc. etc. I just know that I definitely feel that My Wife, Doris, and I have been robbed of our life savings by what I believe to be a scheme by the Chief Executives of Lehman Brothers, to pay their Chief Executives, and interest on existing accounts. According to Tuesday, October 7, 2008, Fort Worth Star Telegram, in a bankruptcy hearing before Congress, CEO Richard Fuld, defended the decision just four days before the hearing to pay three departing executives more than $20 million in "special payments."
   The executives were aware of their financial problems when they issued SR NOTES that we purchased. Someone else was lying and covering up for them, because they were rated: AA A1 A+, and it was this report that led us to invest our savings. I just know they had to make a lot of promises they did not intend to keep, to sucker over 333 of us to invest a minimum of $60,000 each just to pay three departing executives.
   Thank you for considering the need of many of us who feel that we were definitely robbed.
   I am enclosing a copy of our contract with Lehman Brothers, a letter to their CEO Richard Fuld, and a statement of what our account should be worth as of February 1, 2011.

Sincerely

*George W. McDowell*
George W. & Doris J. McDowell

RECEIVED
MAY 17 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

REV. GEORGE W. McDOWELL
3133 MARQUITA DR.
FORT WORTH, TX 76116-5118
DECEMBER 9, 2008

MR. RICHARD FULD
CHIEF EXECUTIVE
LEHMAN BROTHERS
745 7TH AVE.
NEW YORK, NY 10019

Dear Sir;

October 7, 2008 the Fort Worth Star Telegram reported that you had appeared before a Congressional Panel. Also that Lehman Brothers had filed for bankruptcy.

I don't understand all that is involved in bankruptcy, I just know that in good faith, my wife and I invested $ 30.000.00 January 29, 2008 in Lehman Brothers that was rated A1/A+. March 20, 2008 we invested another $ 30,000.00 in Lehman Brothers that was still rated A1/A+. We did this on the advice of our Account Executive who shared with us the yeild rate and that Lehman Brothers was a reliable firm, that our investments at maturity would be 100%.

That is the contract we made and that is what we are expecting. $ 60,000.00 may not sound like much to you, but it represented our savings after working 38 years for the Texas Department of Transportation and working 55 years as a biocccupational Baptist Gospel Minister. The interest from our investments was intended to maintain our house and property. The fact is We can not afford to loose $ 60,000.00.

According to our last statement, November 28, 2008 for Calton & Associates, our January 29, 2008, $ 30,000,00 investment had a current value of $ 3,150.00, and our March 29, 2008, $ 30,000.00 investment had a current value of $ 3,150.00.

Let me inform you ~~~~, that I will stick by my contract for 100% value on maturity or recall and expect the interest to be paid according to the contract. If, according to the news article, you can defend the millions your chief executives made as the company's trouble mounted, I can certainly defend my expectations that our contract will be honored.

Sincerely:

*George W. McDowell*
George W. McDowell
  A copy of purchase agreements enclosed:

# CONFIRMATION OF TRANSACTIONS

**SIGNAL SECURITIES INC**
Member FINRA, MSRB, SIPC
700 Throckmorton
Fort Worth, TX 76102
(817) 877-4256 Phone
(817) 820-1280 Fax
www.signalsecurities.com




002274
George W McDowell
& Doris J McDowell   JTWROS
3133 Marquita Dr
Fort Worth TX 76116

**Account Number:** 492667849
Office #: 251      RR #: 20097
**Account Executive:** DAVID L BECK
817-877-4256
Originator No.: 279

| Action: | BOT 30,000 |
|---|---|
| Type: | Cash |
| Avg Price: | 100.000000 |
| Net Amount: | 30,005.00 |
| Symbol: | .52519FFD8 |
| CUSIP: | 52519FFD8 |
| Trade Date: | 01/24/08 |
| Settle Date: | 01/29/08 |

LEHMAN BROTHERS HOLDINGS
BOOK ENTRY ONLY CALLABLE
CALLABLE 01/29/10 @ 100
DISCRETE CALL WITH 30 DAYS NOTICE
DTD 1/29/2008 F/C 7/29/2008 CALL 01/29/10 @ PAR
YLD 6.000% PX TO Maturity 1/29/2021
INT 01/29/08 TO 01/29/08
RATED A1 / A+ ; Non-Call for 2 yrs.
A1 A+
Coupon: 6%  Maturity: 1/29/2021

| Trans # | Mkt* | Cap* | Price | Quantity | Principal | Comm | Accrued Int | Other Fees | Misc | Post/Other | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OQ5FR9 | 0 | 2 | 100.000000 | 30,000 | 30,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 30,005.00 |
| Total | | | | 30,000 | 30,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 30,005.00 |

* SEE REVERSE SIDE FOR TERMS, CONDITIONS, AND CODE EXPLANATIONS

**CLEARING AGENT FOR YOUR ACCOUNT: SOUTHWEST SECURITIES, INC**

DETACH HERE                                                                                           DETACH HERE

George W McDowell
& Doris J McDowell   JTWROS
3133 Marquita Dr
Fort Worth TX 76116

| Account Number | 492667849 |
|---|---|
| Amount Enclosed | |

Payment Processing
P.O. Box 911591
Dallas, TX 75391



**SIGNAL**
Member FINRA, MSRB, SIPC
700 Throckmorton
Fort Worth, TX 76102
(817) 877-4256 Phone
(817) 820-1280 Fax
www.signalsecurities.com

# CONFIRMATION OF TRANSACTIONS

**SIPC**

George W McDowell
& Doris J McDowell   JTWROS
3133 Marquita Dr
Fort Worth TX 76116

Account Number: 492667849
Office #: 251           RR #: 20097
Account Executive:      DAVID L BECK
                        817-877-4256
Originator No.:         279

| Action: | BOT 30,000 |
|---|---|
| Type: | Cash |
| Avg Price: | 98.250000 |
| Net Amount: | 29,785.00 |
| Symbol: | .52517P4C2 |
| CUSIP: | 52517P4C2 |
| Trade Date: | 03/17/08 |
| Settle Date: | 03/20/08 |

LEHMAN BROTHERS HOLDINGS SR NOTES
BOOK ENTRY ONLY NON-CALLABLE
DTD 7/19/2007 F/C 1/19/2008
YLD 6.467% PX TO Maturity 7/19/2012
INT 01/19/08 TO 03/20/08
RATED A1 / A+ ;   YTM 6.46%
AA- A1 A+
Coupon: 6%  Maturity: 7/19/2012

| Trans # | Mkt* | Cap* | Price | Quantity | Principal | Comm | Accrued Int | Other Fees | Misc | Post/Other | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ZP1J99 | 0 | 2 | 98.250000 | 30,000 | 29,475.00 | 0.00 | 305.00 | 0.00 | 0.00 | 5.00 | 29,785.00 |
| Total | | | | 30,000 | 29,475.00 | 0.00 | 305.00 | 0.00 | 0.00 | 5.00 | 29,785.00 |

* SEE REVERSE SIDE FOR TERMS, CONDITIONS, AND CODE EXPLANATIONS

**CLEARING AGENT FOR YOUR ACCOUNT: SOUTHWEST SECURITIES, INC**

DETACH HERE                                                                                              DETACH HERE

George W McDowell
& Doris J McDowell   JTWROS
3133 Marquita Dr
Fort Worth TX 76116

| Account Number | 492667849 |
|---|---|
| Amount Enclosed | |

Payment Processing
P.O. Box 911591
Dallas, TX 75391

```
                    LEHMAN BROTHERS TRANSACTIONS ON ACCOUNTS

             ******************************************
 7/25/08     52517P4C2 LEHMAN BROTHERS HOLDINGS
             30000.00 AT 6.00% INT. CK(# 2356)             PD.(900.00)

 8/1/08      52519FFD8   LEHMAN BROTHERS HOLDING
             30000.00 AT 6.00%   CK (#4543)                PD.(900.00)
                                                           PAYMENT DUE
             ***************************************************
 7/25/08     52517P4C2   LEHMAN BROTHERS HOLDING SR NOTES
             30000.00 @ 6.00%                                30000.00
 1/25/09     INTEREST DUE  900.00                            30900.00
 7/25/09     INTEREST DUE  927.00                            31827.00
 1/25/10     INTEREST DUE  954.81                            32781.81
 7/25/10     INTEREST DUE  983.45                            33765.26
 1/25/11     INTEREST DUE 1012.96                            34778.22

 8/01/08     52519FFD8   LEHMAN BROTHERS HOLDINGS   BOOK
             30000.00 @ 6.000%                               30000.00
 2/01/09     INTEREST DUE  900.00                            30900.00
 8/01/09     INTEREST DUE  927.00                            31827.00
 2/1/10      INTEREST DUE  954.81                            32781.81
 8/1/10      INTEREST DUE  983,45                            33765.26
 2/01/11     INTEREST DUE 1012.96                            34778.22

 2/01/11 TOTAL INT. DUE   $ 9556.44      INVESTMENTS    $ 69566.44
```