**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. : 
: Ref. Docket Nos. 16344, 16349,
: 16352, 16353, 16355, 16357-16360,
: 16362, 16363, 16365, 16367-
: 16371
---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS SPECIAL FINANCING** : 08-13888 (JMP)
**INC.,** : 
: 
Debtor. : Ref. Docket No. 192, 193
: 
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 23, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Diane Streany*
Diane Streany

Sworn to before me this
24th day of May, 2011

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  FORTRESS INVESTMENT FUND III (COINVESTMENT FUND A) L.P.      FORTRESS INVESTMENT FUND III (COINVESTMENT F
     C/O FORTRESS INVESTMENT GROUP LLC                             SUZANNE LOVETT, ESQ.
     1345 AVENUE OF THE AMERICAS, 47TH FLOOR                       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
     NEW YORK NY 10105                                             4 TIMES SQ.
                                                                   NEW YORK NY 10036
```

Please note that your claim # 67445 in the above referenced case and in the amount of $605,095.20 has been transferred (**unless previously expunged by court order**)

```
     MERRILL LYNCH CREDIT PRODUCTS, LLC
     TRANSFEROR: FORTRESS INVESTMENT FUND III (COINVESTMENT FUND A) L.P.
     ATTN: JEFFREY BENESH & RON TOROK
     BANK OF AMERICA TWR 3RD FL, ONE BRYANT P
     NEW YORK NY 10036
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 16358 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/23/2011                         Vito Genna, Clerk of Court

                                         /s/ Diane Streany
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 23, 2011.

**EXHIBIT B**

```
TIME: 12:24:50                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 05/23/11                                              CREDITOR LISTING

Name                                                    Address
BARCLAYS BANK PLC                                       TRANSFEROR: EUROPEAN AERONAUTIC DEFENCE & SPACE CO (EADS) N.V. 1 CHURCHILL PLACE LONDON E14 5HP UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: DEBEKA KRANKENVERSICERUNGSVEREIN A.G. ATTN: PHILIPP ROEVER/MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                        LONDON  EC2N 2DB UNITED KINGDOM
FORTRESS INVESTMENT FUND III                            C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105
 (COINVESTMENT FUND A) L.P.
FORTRESS INVESTMENT FUND III                            SUZANNE LOVETT, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQ. NEW YORK NY 10036
 (COINVESTMENT FUND A) L.P.
FORTRESS INVESTMENT FUND III                            SUZANNE LOVETT, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQ. NEW YORK NY 10036
 (COINVESTMENT FUND A) L.P.
FORTRESS INVESTMENT FUND III                            C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105
 (COINVESTMENT FUND A) LP
FORTRESS INVESTMENT FUND III                            FIG LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105
 (COINVESTMENT FUND A) LP
FORTRESS INVESTMENT FUND III                            SUZANNE LOVETT ESQ SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036
 (COINVESTMENT FUND A) LP
FORTRESS INVESTMENT FUND III                            C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105
 (COINVESTMENT FUND B) L.P.
FORTRESS INVESTMENT FUND III                            SUZANNE LOVETT, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQ NEW YORK NY 10036
 (COINVESTMENT FUND B) L.P.
FORTRESS INVESTMENT FUND III                            SUZANNE LOVETT, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQ. NEW YORK NY 10036
 (COINVESTMENT FUND B) L.P.
FORTRESS INVESTMENT FUND III                            C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10105
 (COINVESTMENT FUND B) LP
FORTRESS INVESTMENT FUND III                            C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105
 (COINVESTMENT FUND B) LP
FORTRESS INVESTMENT FUND III                            SUZANNE LOVETT ESQ SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036
 (COINVESTMENT FUND B) LP
FORTRESS INVESTMENT FUND III                            C/O FORTRESS INVESTMENT GROUP LLC, 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105
 (COINVESTMENT FUND C) L.P.
FORTRESS INVESTMENT FUND III                            SUZANNE LOVETT, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQ. NEW YORK NY 10036
 (COINVESTMENT FUND C) L.P.
FORTRESS INVESTMENT FUND III                            C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105
 (COINVESTMENT FUND C) LP
FORTRESS INVESTMENT FUND III                            SUZANNE LOVETT ESQ SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQ NEW YORK NY 10036
 (COINVESTMENT FUND C) LP
FORTRESS INVESTMENT FUND III                            SUZANNE LOVETT ESQ SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036
 (COINVESTMENT FUND C) LP
FORTRESS INVESTMENT FUND III                            C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105
 (COINVESTMENT FUND D) L.P.
FORTRESS INVESTMENT FUND III                            SUZANNE LOVETT, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQ NEW YORK NY 10036
 (COINVESTMENT FUND D) L.P.
FORTRESS INVESTMENT FUND III                            SUZANNE LOVETT, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQ. NEW YORK NY 10036
 (COINVESTMENT FUND D) L.P.
FORTRESS INVESTMENT FUND III                            C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105
 (COINVESTMENT FUND D) LP
FORTRESS INVESTMENT FUND III                            SUZANNE LOVETT ESQ SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQ NEW YORK NY 10036
 (COINVESTMENT FUND D) LP
FORTRESS INVESTMENT FUND V (FUND A) L.P.                C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105
FORTRESS INVESTMENT FUND V (FUND A) L.P.                SUZANNE LOVETT, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQ. NEW YORK NY 10036
FORTRESS INVESTMENT FUND V (FUND A) LP                  C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105
FORTRESS INVESTMENT FUND V (FUND A) LP                  SUZANNE LOVETT ESQ SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQ NEW YORK NY 10036
FORTRESS MORTGAGE OPPORTUNITIES MASTER                  C/O FORTRESS MORTGAGE OPPORTUNITES ADVISORS LLC ATTENTION: GENERAL COUNSEL 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK NY 10105
 FUND SERIES 2 L.P.
FORTRESS MORTGAGE OPPORTUNITIES MASTER                  C/O FORTREE MORTGAGE OPPORTUNITES ADVISORS LLC ATTN: GENERAL COUNSEL 1345 AVENUE OF THE AMERICAS 47TH FLOOR NEW YORK NY 10105
 FUND SERIES 2 LP
FORTRESS MORTGAGE OPPORTUNITIES MASTER                  C/O FORTRESS MORTGAGE OPPORTUNITIES ADVISORS LLC ATTN: GENERAL COUNSEL 1345 AVENUE OF THE AMERICAS 47TH FLOOR NEW YORK NY 10105
 FUND SERIES 2 LP
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 12:24:50                                      LEHMAN BROTHERS HOLDING INC.                                    PAGE:    2
DATE: 05/23/11                                          CREDITOR LISTING

Name                                       Address
MEESTERS-BROOYMANS, T.H.                   EERSTE KRUISWEG 8 DINTELOORD    4671 TS NETHERLANDS
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: FORTRESS INVESTMENT FUND III (COINVESTMENT FUND A) L.P. ATTN: JEFFREY BENESH & RON TOROK
                                           BANK OF AMERICA TWR 3RD FL, ONE BRYANT P NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: FORTRESS INVESTMENT FUND III (COINVESTMENT FUND A) LP ATTN: JEFFREY BENESH & RON TOROK
                                           BANK OF AMERICA TWR -3RD FL, ONE BRYANT P NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: FORTRESS INVESTMENT FUND III (COINVESTMENT FUND B) L.P. ATTN: JEFFREY BENESH & RON TOROK
                                           BANK OF AMERICA TWR 3RD FL, ONE BRYANT P NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: FORTRESS INVESTMENT FUND III (COINVESTMENT FUND B) LP ATTN: JEFFREY BENESH & RON TOROK
                                           BANK OF AMERICA TWR 3RD FL, ONE BRYANT P NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: FORTRESS INVESTMENT FUND III (COINVESTMENT FUND C) L.P. ATTN: JEFFREY BENESH & RON TOROK
                                           BANK OF AMERICA TWR 3RD FL, ONE BRYANT P NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: FORTRESS INVESTMENT FUND III (COINVESTMENT FUND C) LP ATTN: JEFFREY BENESH & RON TOROK
                                           BANK OF AMERICA TWR 3RD FL, ONE BRYANT P NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: FORTRESS INVESTMENT FUND III (COINVESTMENT FUND D) L.P. ATTN: JEFFREY BENESH & RON TOROK
                                           BANK OF AMERICA TWR 3RD FL, ONE BRYANT P NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: FORTRESS INVESTMENT FUND III (COINVESTMENT FUND D) LP ATTN: JEFFREY BENESH & RON TOROK
                                           BANK OF AMERICA TWR 3RD FL, ONE BRYANT P NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: FORTRESS INVESTMENT FUND V (FUND A) L.P. ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT P
                                           NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: FORTRESS INVESTMENT FUND V (FUND A) LP ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TWR 3RD FL, ONE BRYANT P
                                           NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: FORTRESS MORTGAGE OPPORTUNITIES MASTER FUND SERIES 2 L.P. ATTN: JEFFREY BENESH & RON TOROK
                                           BANK OF AMERICA TWR 3RD FL, ONE BRYANT P NEW YORK NY 10036
MERRILL LYNCH CREDIT PRODUCTS, LLC         TRANSFEROR: FORTRESS MORTGAGE OPPORTUNITIES MASTER FUND SERIES 2 LP ATTN: JEFFREY BENESH & RON TOROK
                                           BANK OF AMERICA TWR 3RD FL, ONE BRYANT P NEW YORK NY 10036
MONARCH MASTER FUNDING LTD                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 26TH FLOOR
                                           NEW YORK NY 10022
OCM OPPORTUNITIES FUND VIIB (PARALLEL)     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR
L.P.                                       LOS ANGELES CA 90071
OCM OPPORTUNITIES FUND VIIB, L.P.          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO
                                           333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071
ORE HILL HUB FUND LTD.                     TRANSFEROR: BARCLAYS BANK PLC ATTN: CAROLYN HERMAN 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019
PMT CREDIT OPPORTUNITIES FUND LTD.         TRANSFEROR: BARCLAYS BANK PLC C/O ORE HILL PARTNERS LLC 650 FIFTH AVENUE ATTN: KATE SINOPOLI NEW YORK NY 10019
STICHTING WAARDEPOT FINVESTOR              TRANSFEROR: MEESTERS-BROOYMANS, T.H. C/O FINVESTOR BV ATTN: MR. ARCO KRIJGSMAN MALIEBAAN 70 3581 CV UTRECHT UTRECHT   THE NETHERLANDS
STICHTING WAARDEPOT FINVESTOR              TRANSFEROR: WILLEMSEN GEMERT PENSIOEN BV C/O FINVESTOR BV ATTN: MR. ARCO KRIJGSMAN MALIEBAAN 70 2581 CV UTRECHT
                                           UTRECHT    THE NETHERLANDS
WILLEMSEN GEMERT PENSIOEN BV               POSTBUS 16 GEMERT   5420 AA NETHERLANDS


Total Number of Records Printed                52


                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```