**Ronald J. Santi**
Attorney at Law
P.O Box 599
Medina, WA 98039

May 13, 2011

Honorable James M. Peck
United States Bankruptcy Judge
One Bowling Green, Courtroom 601
New York, NY 10004

Weil Gotshal & Manges LLP
Attn: Harvey Miller, Lori Fife, and Alfredo Pe'rez
767 5th Avenue
New York, NY 10153

Office of the United States Trustee Region 2
Attn: Tracy Hope Davis, Elisabetta Gasparini, Andrea Schwartz
33 Whitehall Street, 21st Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis Dunne, Dennis O'Donnell, Evan Fleck
Chase Manhattan Plaza
New York, NY 10005

White & Case LLP
Attn: Gerard Uzzi, Christopher Shore
1155 Avenue of the Americas
New York, NY 10036


RECEIVED MAY 17 2011

**In re Lehman Brothers Holdings., et al, Chapter 11 Case No 08-13555 ( JMP)**

To All Concerned:

I am the trustee of my deceased father's small testamentary trust since 1982. In September 2007, after much due diligence, reliance on uniformly positive company statements, SEC filings, management and board member statements, interviews by Mr. Fuld, and financial reporters parroting the same information, I bought 300 shares of Lehman, resulting in a loss of $23,514. Needless to say I was no match for the willful and deliberate fraud to deceive investors. The amount of our loss, though quite injurious to my family and the trust, may be too small to interest or justify the costs of legal remedy against Mr. Fuld and others individually and collectively, though we haven't ruled it out.

Santi
Page 2, Lehman Bankruptcy

As equity holders who have lost everything despite caution and good faith, we ask the Court to not approve anything that doesn't make us whole. Anything less is a mockery of justice, perpetuating the cycle of lies and deceit inflicted by specific people on identifiable victims. This is not a case of garden variety corporate mismanagement or stupidity, but rather intentional, affirmative fraudulent activity, and willful omission of material information. If the debtor's disclosure statement parallels the statements and misrepresentations investors like us relied on in buying the stock, there will be no justice. Mr. Fuld and others in management should suffer the same relative injury of personal net worth as they have inflicted on their victims. Please do not approve any plan that doesn't fully protect the equity victims.

Sincerely,

Ronald J. Santi
Trustee, O.W. Santi Trust

425-451-8871