

ORIGINALE

ORIGINAL
FOR THE
CHAMBERS

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re

**LEHMAN BROTHERS HOLDINGS INC.** et al.
Debtors

Chapter 11 Case No. 08-13555 (JMP) - (Jointly Administered)

## DEBTORS' ONE HUNDRED TWENTIETH OMNIBUS OBJECTION TO CLAIMS
## (NO BLOCKING NUMBERS LPS CLAIMS)

Hearing on June 2, 2011 at 10.00 a.m. (Eastern Time)
Response Deadline on May 18, 2011 at 4.00 p.m. (Eastern Time)

Creditor: FILIPPO, DANIELE
Address: via Roma 42, S. Giovanni al Natisone (UD)
Zip Code: 33048
State: Italy

Claim to be disallowed and expunged as listed on Debtor's Objection, Exhibit A:
Claim number: 34765
Date Filed: 9/24/2009
Debtor: 08-13555
Classification and Amount: UNSECURED: US $ 28,116.60

**STUDIO LEGALE MINEO - MUGGIA**
via del Pozzo 46/B - 33100 UDINE

HONORABLE JUDGE JAMES M. PECK,

DISTINGUISHED SIRS WEIL, GOTSHAL & MANGES LLP,



RECEIVED
MAY 17 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

Mr. Daniele Filippo, above claimant, respectfully re-presents this response:

## ABOUT THE OBJECTION

1)   First of all, it is necessary to say that the instructions for the presentation of the claims were even too detailed and therefore - even if apparently suitable to solve any problem - destined to create confusion; this is valid *a fortiori* for a private person that doesn't speak (nor has familiarity) with English: it is worth remarking that the notices sent by mail were in this language and that the publication in Italian, carried out on two newspapers of national

diffusion, could not expect to reach all the interested parties.

2) Hence, actually, the carrier of a bond for which the debtors have to answer in guarantee (as in this case) faced the following problem: compiling a claim giving prevalence to the nature of guarantee - so through the normal form preceded by the compilation of the on-line questionnaire - or using the specific form for a Lehman Program Security ("LPS"), without sending any documentation related to the negotiable instrument, but only the data needed by the above mentioned form (ISIN code, blocking number etc).

3) The creditor therefore preferred to follow the first road, also aware of the lacking elements, but he considered that - evidently - he didn't have interest in negotiating the titles with possible risks of penal or civil nature. He made this choice not only because of the credit being discussed here today, but also for another credit (direct and not of guarantee) that had been object of a separate claim, which existed in the list of the titles subject to the LPS procedure, but not present in the Counterpart exhibit A. Most probably this happened because - as written on p. 6, paragraph 15 of the objection - the efforts of the debtors were successful and they managed to identify the respective and valid blocking number.

4) Anyway and to avoid any possible negative effect, in the last days the creditor has sent to the Claims Processing Center c/o EPIQ the opportune rectifications to both of the preceding claims, completed with the indication of the blocking numbers and of the existing account by the depositary, Clearstream in this case: copies of these forms are attached here (n. 1 and 2), together with the receipt of consignment that includes both of them (n. 3).

*CONCLUSIONS*

There are valid reasons - by law and equity, *ut supra* - for holding as overcome the Objection of the Debtors, that can be rejected, and for confirming the validity of the claim.

So, as Mr. Daniele Filippo asks,

Would The Honorable Court

- confirm the claim nr. 34765, initially filed on September 24th, 2009, as amended with the

communication above quoted;

- subsequently, if such solution was not shared or held admissible, assign a term for the presentation of a new claim, preserving the acquired rights.

As requested by the procedure, the Creditor points out that the replies to his response can be sent:

- by telefax to the number +390432294796;

- by e-mail to the address: mineo@studiolegalemineo.it

and specifies that the person possessing ultimate authority to reconcile, settle or otherwise resolve the claim on his behalf is Mr. Francesco Mineo, Attorney at Law, with Office in Udine, via del Pozzo 46/B, Italy, telephone number +390432294705, fax number +390432294796 and e-mail mineo@studiolegalemineo.it

With perfect observance.

Udine, on May 12th, 2011

DANIELE FILIPPO

avv. Francesco Mineo

STUDIO LEGALE MINEO - MUGGIA
via del Pozzo 46/B
33100 UDINE UD
Tel. +39 0432 294705
Fax +39 0432 294796

Attorneys for Creditor

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | **1** |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

- FILIPPO DANIELE
  VIA ROMA 42 - 33048 S. GIOVANNI AL NATISONE (UD) - ITALY
- STUDIO LEGALE MINEO - MUGGIA
  VIA DEL POZZO 46/B - 33100 UDINE (UD)

Telephone number:      Email Address:

☒ Check this box to indicate that this claim amends a previously filed claim.
Court Claim Number: **8220**
(If known)
Filed on: **8/13/2009**

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:      Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Secur you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ **77,050.00** (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securitie

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): **XS0193035358** (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: **CA48921** (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal acco numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
**11037** (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

| Date.<br>5/6/2011 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>*[signature]* |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

**2**

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
- FILIPPO, DANIELE
  VIA ROMA 42 - 33048 S. GIOVANNI AL NATISONE (UD) - ITALY
- STUDIO LEGALE MINEO - MUGGIA
  VIA DEL POZZO 46/B - 33100 UDINE (UD) - ITALY

☒ Check this box to indicate that this claim amends a previously filed claim.
Court Claim Number: 34765
(If known)
Filed on: 9/24/2009

Telephone number:          Email Address:
Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:          Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Securi you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 28,116.60  (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0366066495  (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

CA 55553  (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal accou numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

11037  (Required)

FOR COURT USE ONLY

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

Date: 5/6/2011

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

_Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571_

