May 10, 2011

Re: Lehman Brothers Holdings Inc., et al., Debtors
Chapter 11 Case No. 08-13555 (JMP), (Jointly Administered)

US Bankruptcy Court
Southern District of New York

From:
Jonathan H. Rothstein
241 Adams Road
Hewlett Harbor, NY 11557
516-569-8092

Claim # 32086
Date Filed 9/22/09
Debtor: 08-13893
Unsecured: $50,0007.70

Mr. Rothstein makes objection to his claim (noted above) being Disallowed & Expunged at the Hearing on Debtors' One Hundred Twenty-Second Omnibus Objection to Claims (No Liability Claims)
He believes that no part of his claim for $50,007.70 should be disallowed & expunged as the investment was created and sold through Lehman Brothers Inc. to their clients in good faith. He should be compensated for any loss incurred from this investment.

Jonathan H. Rothstein



RECEIVED
MAY 17 2011
U.S. BANKRUPTCY COURT, SDNY
JMP