Mrs. Philip Strome
14 Hathaway Road
Marblehead, Mass. 01945

5/17/11

Honorable James M. Peck, U.S. Bankruptcy Judge
One Bowling Green, New York, NY 10004

Dear Sir:
This letter is in response to your notice of Lehman Brothers Holdings. When Lehman Bros. failed, I was the holder of 150,000 of their common shares. Since I am 91 years old, I do not know what, if anything, I should do.

Please advise me.
Thank you.
Lois S. Strome

(My husband, deceased in 1996, was a lawyer specializing in Bankruptcy Law)



RECEIVED
MAY 17 2011
U.S. BANKRUPTCY COURT, SDNY
JMP