333 Old Schuylerville Rd.
Greenwich, NY 12834
May 11, 2011

Honorable James M. Peck
Your Honor:

In reference to the hearing that will soon take place regarding Lehman Brothers Holdings, I would implore you to consider those of us who are widowed and retired. For instance, I lost $50,000 which I had with Lehman Bros. This to some sounds like a small sum, but it was a large part of my savings. I'm hoping you can help me to recoop this loss.

I respect your position, and expect your learned and fair judgment.

Thank you for your kind attention.

Sincerely,
Maureen T. Fromme

RECEIVED
MAY 17 2011
U.S. BANKRUPTCY COURT, SDNY
JMP