11 May 2011

Honorable James M. Peck
United States Bankruptcy Judge, Courtroom 601
One Bowling Green
New York, NY 10004

Judge Peck,

Thank you for sending notice regarding Lehman Brothers et al Chapter 11 Case No. 08-13555 et al. I am the trustee for Elaine Swenson, deceased. Please tell me who represents my interests.

Sincerely,
Daniel C. Swenson

Daniel C. Swenson
719 3rd St. NE
Waseca, MN 56093

RECEIVED
MAY 17 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

DWARD JONES
TTN: PROXY DEP'T         00003848
01 PROGRESS PKWY
IARYLAND HEIGHTS, MO 63043
EHMAN BROTHERS HOLDINGS INC.



PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT No. 225
JOB# N43118

7#

\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 553
DANIEL C SWENSON TTEE        \*\*\*\*\*
U/A DTD 07/21/04
ELAINE A SWENSON
TRUST
719 3RD STREET NE
WASECA MN        56093-2833