UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                        :       Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :       08-13555 (JMP)
                                                             :       (Jointly Administered)
                          Debtors.                    :
                                                             :
---------------------------------------------------------------x   Ref. Docket Nos. 17011-17012 &
                                                                     17023-17028

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                          ) ss.:
COUNTY OF NEW YORK  )

DAVID MALO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 25, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ David Malo*
                                                          David Malo

Sworn to before me this
25th day of May, 2011

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>            Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   GOLDMAN SACHS LENDING PARTNERS LLC              GOLDMAN SACHS LENDING PARTNERS LLC
      TRANSFEROR: BRITISH AIRWAYS PLC                 MANAGING CLERK
      C/O GOLDMAN SACHS & CO.                         RICHARDS KIBBE & ORBE LLP
      ATTN: LAUREN DAY                                ONE WORLD FINANCIAL CENTER
      200 WEST STREET                                 NEW YORK NY 10281
      NEW YORK NY 10282-2198
```

Please note that your claim # 20156-01 in the above referenced case and in the amount of
        $5,609,655.35        has been transferred **(unless previously expunged by court order)**

```
      STRATEGIC VALUE MASTER FUND, LTD
      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
      C/O STRATEGIC VALUE PARTNERS LLC
      ATTN: MARC SILEO
      100 WEST PUTNAM AVENUE
      GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 17023    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/25/2011                          Vito Genna, Clerk of Court

                                          /s/ David Malo
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 25, 2011.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  GOLDMAN SACHS LENDING PARTNERS LLC              GOLDMAN SACHS LENDING PARTNERS LLC
         TRANSFEROR: BRITISH AIRWAYS PLC                 MANAGING CLERK
         C/O GOLDMAN, SACHS & CO.                        RICHARDS KIBBE & ORBE LLP
         ATTN: LAUREN DAY                                ONE WORLD FINANCIAL CENTER
         200 WEST STREET                                 NEW YORK NY 10281
         NEW YORK NY 10282-2198
```

Please note that your claim # 20157-01 in the above referenced case and in the amount of $5,609,655.35 has been transferred **(unless previously expunged by court order)**

```
         STRATEGIC VALUE MASTER FUND, LTD.
         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
         C/O STRATEGIC VALUE PARTNERS LLC
         ATTN: MARC SILEO
         100 WEST PUTNAM AVENUE
         GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 17024 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/25/2011                        Vito Genna, Clerk of Court

                                        /s/ David Malo
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 25, 2011.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>    Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS LENDING PARTNERS LLC            GOLDMAN SACHS LENDING PARTNERS LLC
     TRANSFEROR: BRITISH AIRWAYS PLC               MANAGING CLERK
     C/O GOLDMAN SACHS & CO.                       RICHARDS KIBBE & ORBE LLP
     ATTN: LAUREN DAY                              ONE WORLD FINANCIAL CENTER
     200 WEST STREET                               NEW YORK NY 10281
     NEW YORK NY 10282-2198
```

Please note that your claim # 20156-02 in the above referenced case and in the amount of
    $1,466,235.07         has been transferred **(unless previously expunged by court order)**

```
     STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND L.P.
     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
     C/O STRATEGIC VALUE PARTNERS LLC
     ATTN: MARC SILEO
     100 WEST PUTNAM AVENUE
     GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 17025    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/25/2011                    Vito Genna, Clerk of Court

                                    /s/ David Malo
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 25, 2011.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS LENDING PARTNERS LLC              GOLDMAN SACHS LENDING PARTNERS LLC
     TRANSFEROR: BRITISH AIRWAYS PLC                 MANAGING CLERK
     C/O GOLDMAN SACHS & CO.                         RICHARDS KIBBE & ORBE LLP
     ATTN: LAUREN DAY                                ONE WORLD FINANCIAL CENTER
     200 WEST STREET                                 NEW YORK NY 10281
     NEW YORK NY 10282-2198
```

Please note that your claim # 20156 in the above referenced case and in the amount of $319,609.58    has been transferred **(unless previously expunged by court order)**

```
     STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P.
     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
     C/O STRATEGIC VALUE PARTNERS LLC
     ATTN: MARC SILEO
     100 WEST PUTNAM AVENUE
     GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 17027    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/25/2011                    Vito Genna, Clerk of Court

                                    /s/ David Malo
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 25, 2011.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN SACHS LENDING PARTNERS LLC              GOLDMAN SACHS LENDING PARTNERS LLC
     TRANSFEROR: BRITISH AIRWAYS PLC                 MANAGING CLERK
     C/O GOLDMAN, SACHS & CO.                        RICHARDS KIBBE & ORBE LLP
     ATTN: LAUREN DAY                                ONE WORLD FINANCIAL CENTER
     200 WEST STREET                                 NEW YORK NY 10281
     NEW YORK NY 10282-2198
```

Please note that your claim # 20157-02 in the above referenced case and in the amount of
    $1,466,235.07    has been transferred **(unless previously expunged by court order)**

```
     STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND, L.P.
     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
     C/O STRATEGIC VALUE PARTNERS LLC
     ATTN: MARC SILEO
     100 WEST PUTNAM AVENUE
     GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 17026    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/25/2011                      Vito Genna, Clerk of Court

                                      /s/ David Malo
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 25, 2011.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>                    Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   GOLDMAN SACHS LENDING PARTNERS LLC              GOLDMAN SACHS LENDING PARTNERS LLC
          TRANSFEROR: BRITISH AIRWAYS PLC                 MANAGING CLERK
          C/O GOLDMAN, SACHS & CO.                        RICHARDS KIBBE & ORBE LLP
          ATTN: LAUREN DAY                                ONE WORLD FINANCIAL CENTER
          200 WEST STREET                                 NEW YORK NY 10281
          NEW YORK NY 10282-2198
```

Please note that your claim # 20157 in the above referenced case and in the amount of
        $319,609.58        has been transferred **(unless previously expunged by court order)**

```
          STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P.
          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
          C/O STRATEGIC VALUE PARTNERS LLC
          ATTN: MARC SILEO
          10 WEST PUTNAM AVENUE
          GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 17028      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/25/2011                    Vito Genna, Clerk of Court

                                    /s/ David Malo
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 25, 2011.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                      | Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     | 08-13555 (JMP)
                                           |
            Debtors.                       | (Jointly Administered)
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  PUTNAM CREDIT HEDGE FUND, L.P.
     C/O PUTNAM INVESTMENTS
     ATTN: STEPHEN GIANELLI
     ONE POST OFFICE SQUARE
     BOSTON MA 02109
```

Please note that your claim # 66730 in the above referenced case and in the amount of
       $339,352.87          has been transferred **(unless previously expunged by court order)**

```
     PUTNAM INVESTMENT HOLDINGS, LLC
     TRANSFEROR: PUTNAM CREDIT HEDGE FUND, L.P.
     C/O PUTNAM INVESTMENTS
     ATTN: CUSTODY SERVICES, J. SYMON, S. DESHAIES, W. DRISCOLL
     MAIL STOP C4C: 7 SHATTUCK ROAD
     ANDOVER MA 01810
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 17011       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/25/2011                          Vito Genna, Clerk of Court


                                          /s/ David Malo
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 25, 2011.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  PUTNAM CREDIT HEDGE FUND, L.P.
         C/O PUTNAM INVESTMENTS
         ATTN: STEPHEN GIANELLI
         ONE POST OFFICE SQUARE
         BOSTON MA 02109
```

Please note that your claim # 66731 in the above referenced case and in the amount of
       $339,352.87       has been transferred **(unless previously expunged by court order)**

```
         PUTNAM INVESTMENT HOLDINGS, LLC
         TRANSFEROR: PUTNAM CREDIT HEDGE FUND, L.P.
         C/O PUTNAM INVESTMENTS
         ATTN: CUSTODY SERVICES, J. SYMON, S. DESHAIES, W. DRISCOLL
         MAIL STOP C4C: 7 SHATTUCK ROAD
         ANDOVER MA 01810
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 17012      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/25/2011                        Vito Genna, Clerk of Court


                                        /s/ David Malo
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 25, 2011.

**EXHIBIT B**

```
TIME: 09:48:21                                          LEHMAN BROTHERS HOLDING INC.                                            PAGE:   1
DATE: 05/25/11                                              CREDITOR LISTING

Name                                       Address
GOLDMAN SACHS LENDING PARTNERS LLC         MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC         TRANSFEROR: BRITISH AIRWAYS PLC C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198
GOLDMAN SACHS LENDING PARTNERS LLC         TRANSFEROR: BRITISH AIRWAYS PLC C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 200 WEST STREET NEW YORK NY 10282-2198
PUTNAM CREDIT HEDGE FUND, L.P.             C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON MA 02109
PUTNAM INVESTMENT HOLDINGS, LLC            TRANSFEROR: PUTNAM CREDIT HEDGE FUND, L.P. C/O PUTNAM INVESTMENTS ATTN: CUSTODY SERVICES, J. SYMON, S. DESHAIES, W. DRISCOLL
                                           MAIL STOP C4C: 7 SHATTUCK ROAD ANDOVER MA 01810
STRATEGIC VALUE MASTER FUND, LTD           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STRATEGIC VALUE PARTNERS LLC ATTN: MARC SILEO 100 WEST PUTNAM AVENUE
                                           GREENWICH CT 06830
STRATEGIC VALUE MASTER FUND, LTD.          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STRATEGIC VALUE PARTNERS LLC ATTN: MARC SILEO 100 WEST PUTNAM AVENUE
                                           GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STRATEGIC VALUE PARTNERS LLC ATTN: MARC SILEO 10 WEST PUTNAM AVENUE
MASTER FUND II, L.P.                       GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STRATEGIC VALUE PARTNERS LLC ATTN: MARC SILEO 100 WEST PUTNAM AVENUE
MASTER FUND II, L.P.                       GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STRATEGIC VALUE PARTNERS LLC ATTN: MARC SILEO 100 WEST PUTNAM AVENUE
MASTER FUND L.P.                           GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STRATEGIC VALUE PARTNERS LLC ATTN: MARC SILEO 100 WEST PUTNAM AVENUE
MASTER FUND, L.P.                          GREENWICH CT 06830

Total Number of Records Printed    11
```