United State Bankruptcy Court
Southern District of New York

In re
Lehman Brothers Holdings Inc.
Chapter 11 Case No. 08-13555 (JMP)

Claimant: Anthony T. Carango, Claim Number 25198
May 14, 2011

To Whom It May Concern:

In regards to your notice dated April 18, 2011, in which you propose to reclassify my claim an equity interest, I would like to make the following clarifications.

My original claim was intended to reconcile my taxable wages as reported by Lehman Brothers Inc. to the Internal Revenue Service ($606,475.12, see Attachment A) against the actual taxable wages which I earned in 2008 ($528,265.99, see Attachment B).

Despite numerous requests to the Lehman Brothers human resources department for clarification, I had no other documentation to support my claim at the time of deadline for filing my original claim to this court. As such, that claim was based on the limited information currently contained here in Attachments A and B, and the documents originally filed.

Since that time, I have been provided a third document which more clearly outlines the breakdown of specific wages that were reported to the Internal Revenue Service, included here as Attachment C. There are 3 line items in this document, which are plainly included in taxable wages but do not appear in my paystub (Attachment B). These items, as detailed below, were reported to the IRS as a cash wage to me but were in fact never paid to me. As such, I believe that **my claim is not for equity-related compensation but for actual cash wages that are owed to me**, specifically on the basis that I have incurred (and paid) a federal tax liability associated with these wages but never received them.

| | | |
|---|---|---|
| EC8 | 09TxEqXPSS / Medi G/Up | $222.43 |
| ED8 | 08 XP SS / / Medi W2 Update | $15,117.25 |
| EZI | Foreign Housing | $62,868.95 |

Given this updated information, I believe that **my actual claim amount should be adjusted to $78,209.13 and should not be reclassified as an equity interest.**



United State Bankruptcy Court
Southern District of New York

In re
Lehman Brothers Holdings Inc.
Chapter 11 Case No. 08-13555 (JMP)

Claimant: Anthony T. Carango, Claim Number 25198
May 14, 2011
Page 2

I appreciate your attention to this matter and will be happy to supply additional information as necessary and wherever available.

Sincerely,

Anthony T. Carango

ATTACHMENT A

## W-2 Wage and Tax Statement 2008 — Copy 2 (State/City/Local)

| Field | Value |
|---|---|
| d Control number | 0040888 |
| OMB No. | 1545-0008 |
| c Employer's name, address and ZIP Code | LEHMAN BROS GLOBAL SVCS LTD % LEHMAN BROTHERS INC, 70 HUDSON ST, 10FL/PAYROLL, JERSEY CITY NJ 07302 |
| e Employee's name, address, & ZIP code | ANTHONY T CARANGO, #601 HILLVIEW, 21-23 MACDONNELL ROAD, MIDLEVELS H HONG KONG |
| b Employer identification number | 98-0335752 |
| a Employee's social security number | 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 |
| 1 Wages, tips, other compensation | 606475.12 |
| 2 Federal income tax withheld | 116398.33 |
| 3 Social security wages | 102000.00 |
| 4 Social security tax withheld | 6324.00 |
| 5 Medicare wages and tips | 621806.89 |
| 6 Medicare tax withheld | 9016.18 |
| 13 Retirement Plan | X |
| 12a C | 47.95 |
| 12b D | 15330.77 |
| 12c P | 10218.82 |
| 12d Y | 78545.00 |
| 15 State | NY |
| Employer's state I.D. number | 980336762 9 |
| 16 State wages, tips, etc. | 606476.12 |
| 17 State income tax | 43718.44 |

Dept. of the Treasury — IRS

## W-2 Wage and Tax Statement 2008 — Copy B (Federal)

Same values as above:
- Control number: 0040888
- Employer: LEHMAN BROS GLOBAL SVCS LTD, % LEHMAN BROTHERS INC, 70 HUDSON ST, 10FL/PAYROLL, JERSEY CITY NJ 07302
- EIN: 98-0335752
- Employee: ANTHONY T CARANGO, #601 HILLVIEW, 21-23 MACDONNELL ROAD, MIDLEVELS H HONG KONG
- SSN: 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
- Box 1: 606475.12; Box 2: 116398.33
- Box 3: 102000.00; Box 4: 6324.00
- Box 5: 621806.89; Box 6: 9016.18
- 12a C 47.95; 12b D 16330.77; 12c P 10218.82; 12d Y 78545.00
- State NY 980336762 9; Box 16: 606475.12; Box 17: 43718.44

This information is being furnished to the Internal Revenue Service.

## W-2 Wage and Tax Statement 2008 — Copy C (Employee's Records)

- Control number: 0040888
- Employer: LEHMAN BROS GLOBAL SVCS LTD, % LEHMAN BROTHERS INC, 70 HUDSON ST, 10FL/PAYROLL, JERSEY CITY NJ 07302
- EIN: 98-0335752
- Employee: ANTHONY T CARANGO, #601 HILLVIEW, 21-23 MACDONNELL ROAD, MIDLEVELS H HONG KONG
- SSN: 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
- Box 1: 606475.12; Box 2: 116398.33
- Box 3: 102000.00; Box 4: 6324.00
- Box 5: 621806.89; Box 6: 9016.18
- 12a C 47.95; 12b D 15330.77; 12c P 10218.82; 12d Y 78545.00
- State NY 980335752 9; Box 16: 606475.12; Box 17: 43718.44

## W-2 Wage and Tax Statement 2008 — Copy 2 (State/City/Local)

- Control number: 0040888
- Employer: LEHMAN BROS GLOBAL SVCS LTD, % LEHMAN BROTHERS INC, 70 HUDSON ST, 10FL/PAYROLL, JERSEY CITY NJ 07302
- EIN: 98-0335752
- Employee: ANTHONY T CARANGO, #601 HILLVIEW, 21-23 MACDONNELL ROAD, MIDLEVELS H HONG KONG
- SSN: 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
- Box 1: 606475.12; Box 2: 116398.33
- Box 3: 102000.00; Box 4: 6324.00
- Box 5: 621805.89; Box 6: 9016.18
- 12a C 47.95; 12b D 15330.77; 12c P 10218.82; 12d Y 78545.00
- State NY 980335752 9; Box 16: 606475.12; Box 17: 43718.44

Dept. of the Treasury — IRS

**Lehman Bros Global Svcs Ltd**
70 Hudson Street -10h Floor
Jersey City, NJ 07302

| Pay Group: | MEX-Monthly Expatriates | Business Unit: | IBD |
|---|---|---|---|
| Pay Begin Date: | 09/01/2008 | Advice #: | 4294974 |
| Pay End Date: | 09/30/2008 | Advice Date: | 09/10/2008 |

Anthony T. Carango
#601 Hillview
21-23 Macdonnell Road
Midlevels, H

| TAX DATA: | Federal | XX State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 999 | 999 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

Employee ID: 10211421
Department: 42836-Natural Res Ex-Japan/054
Location: Two International Finance Cent
Pay Rate: $115,000.00 Annual
SSN: XXX-XX-9993

### HOURS AND EARNINGS

| Description | Begin Date | End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Reg Salary | | | 55.288461 | 176.00 | 9,583.33 | 1,536.00 | 84,239.11 |
| Choice S | | | | | 13,160.00 | | 116,227.68 |
| RetroSalCh | | | | | 0.00 | | 833.33 |
| BonPAsgn07 | | | | | 0.00 | | 412,955.00 |
| ME Txbl/Ex | | | | | 0.00 | | 22,169.88 |
| M/E NonTax | | | | | 0.00 | | 10,218.82 |
| 07 RSU Bon | | | | | 0.00 | | 78,545.00 |
| **Total:** | | | | | **22,743.33** | | **646,643.82** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 116,398.33 |
| Medicare Tax | 149.72 | 7,882.15 |
| Social Security Tax | 0.00 | 6,324.00 |
| Social Security Tax | 0.00 | 43,718.44 |
| **Total:** | **149.72** | **174,322.92** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pre-Tax Medical | 151.00 | 1,420.00 |
| Pre-Tax Dental | 16.00 | 144.00 |
| Pre-Tax Vision | 15.02 | 135.18 |
| TDSP 401(k) | 0.00 | 15,330.77 |
| Housing Offset | 8,840.83 | 61,202.75 |
| HYPO Tax | 3,400.00 | 29,974.26 |
| **Total:** | **12,422.85** | **108,206.96** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dependent Life Ins | 4.90 | 44.10 |
| Supple LTD Ins | 68.75 | 481.26 |
| Expat Medicare | 149.72- | 7,882.15- |
| Expat FICA | 0.00 | 6,324.00- |
| Relocation Adv Recap | 0.00 | 26,353.48 |
| **Total:** | **76.07-** | **12,672.69** |

### TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| GVUL Basic/Taxable* | 5.33 | 47.95 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 22,743.33 | 10,325.81 | 149.72 | 12,346.78 | 10,246.83 |
| YTD: | 646,643.82 | 528,265.99 | 174,322.92 | 120,879.65 | 351,441.25 |

### NET PAY DISTRIBUTION

Advice #000000004294974    10,246.83

MESSAGE: Please Note: Replacement Paystub "YTD" totals reflect the monthend YTD data for the month in which the Advice was issued; not necessarily the YTD totals as of the Advice Date.

# REPLACEMENT PAYSTUB

Lehman Bros Global Svcs Ltd
70 Hudson Street -10h Floor
Jersey City, NJ 07302

Advice Date: 09/10/2008
*******
Print Date: 01/06/2009
*******

Advice No. 4294974

Deposit Amount: $10,246.83

Paid To The Account(s) Of

ANTHONY T. CARANGO
#601 Hillview
21-23 Macdonnell Road
Midlevels, H

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 9936503001 | $10,246.83 |
| **Total:** | | **$10,246.83** |

# NON-NEGOTIABLE

## Lehman Brothers

### 2008 Compensation Analysis (LGS)

**Anthony T. Carango**
SS# XXX-XX-9993 / Emplid 10211421

| Description | | Gross Earnings | Taxable Earnings |
|---|---|---|---|
| **Gross Compensation** | | | |
| AAA | Regular Salary | 84,239.11 | 84,239.11 |
| ARP | Retro Salary Change | 833.33 | 833.33 |
| B37 | BonusPreAssignmt 2007 | 412,955.00 | 412,955.00 |
| E16 | International Choice $ | 116,227.68 | 116,227.68 |
| EC8 | 09TxEqXPSS/Medi G/Up | 222.43 | 222.43 |
| ED8 | 08 XP SS//Medi W2 Update | 15,117.75 | 15,117.75 |
| EZI | Foreign Housing | 62,868.95 | 62,868.95 |
| MEX | MovExp-Taxable/Expatriates | 22,169.88 | 22,169.88 |
| MNT | Mov Exp Non Taxable | 10,218.82 | 0.00 |
| R07 | 2007 RSU Bonus | 78,545.00 | 0.00 |
| | **Gross** | **803,397.95** | **714,634.13** ① |
| **Adjustments to Taxable Wages** | | | |
| DENTAL | Pre-Tax Dental | | (16.00) |
| DENTAL | Pre-Tax Dental | | (128.00) |
| GVLBTX | GVUL Basic/Taxable | | 47.95 |
| HSGOFF | Housing Offset | | (61,202.75) |
| HYPOTX | HYPO Tax | | (29,974.26) |
| MEDICL | Pre-Tax Medical | | (212.00) |
| MEDICL | Pre-Tax Medical | | (1,208.00) |
| TDSP | TDSP 401(k) | | (15,330.77) |
| VISION | Pre-Tax Vision | | (135.18) |
| | **Adjustments** | **0.00** | **(108,159.01)** ② |
| | **Taxable Earnings** | | **606,475.12** ③ |
| **Taxes Withheld** | | | |
| OASDI/EE | $U  D Tax | ① 714,634.13 | 6,324.00 |
| MED/EE | $U  F Tax | ② | 9,016.18 |
| Withholdng $U | H Tax | 000 | 116,398.33 |
| Withholdng NY | H Tax | ③ 606,475.12 | 43,718.44 |

Printed: 13-OCT-2009 11:39:31