YOUR NAME: BRIAN W MONAHAN
ADDRESS: 2 Hancock Place
New York, NY ZIP CODE: IRVINGTON NY 10533
USA

Date: MM/DD/YYYY: May 7th 2011

## Lehman Brothers Holdings Inc. - Notice Regarding my Claim # 20775
## Objection to Reclassify Proofs Of Claim As Equity Interests

Court: United States Bankruptcy Court
Southern District of New York

Chapter 11 Case No: 08-13555 (JMP)

Claim No. 20775

Amount of Claim: $ 1,653,621

Basis of the Claim: Unpaid sales compensation NOT EQUITY

Response to: Notice Of Hearing On Debtors' One Hundred Eighteenth Omnibus Objection To Claims (To Reclassify Proofs Of Claim As Equity Interests) Docket No. 15666

I herewith object to your decision not to accept my proof of claim as per the objection to reclassify proofs of claim as equity interests.

This should be considered a priority employee claim


RECEIVED MAY 17 2011 U.S. BANKRUPTCY COURT, SDNY JMP