5-9-2011

Sir, Honorable Mr James M Peck

I was glad to get a letter telling me you would be looking into the Bankruptcy of Lehman Bro.

My Name is James R. Phillips
3234 River oaks Blvd
Paducah, Ky 42001   Phone 270-442-4786

I had an IRA with Lehman Bro for the amt of $8,000 Dollars, which I would never Draw any of it back. I make $1,486.00 mo S.S. My wife Makes 718.40 mo from S.S. I was looking to this $8000 to help us later. They say I may get a percent of it Back when Barclays get things worked out. I Hope so.

I also have a long Term Policy on me and my wife with Penn Treaty which we have had for almost 3 yr, my monthly Premium is 142.09 my wife 56.22 a month. They Penn Treaty Sent us a letter 1 yr + 6 mo ago, they had Filed for Bankruptcy, waiting for another Co to Take them over, we still hear from them every once in a while. as long as we Pay our Premium we will have insurance. But what worries me about this change over is will I Be able to Pay the Premium they would charge. Since I have had open Heart Surgery Since I have been with Penn Treaty, they have never Been out a Payment on me or my wife.

Sir I would appreciate you helping us get Back what ever we can. People who worked for us as a Financial advisor wanted you to Stay with Lehman Bro because they had been in Business for 154 yrs. would appreciate your looking in to this for us.

Thanks James R Phillips

Have a good Day Sir.

RECEIVED MAY 17 2011 U.S. BANKRUPTCY COURT, SDNY JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.,                   :    08-13555 (JMP)
                                                         :
                        Debtors.                         :    (Jointly Administered)
----------------------------------------------------------x

## NOTICE OF HEARING TO CONSIDER APPROVAL OF DEBTORS' DISCLOSURE STATEMENT AND ANY ALTERNATIVE DISCLOSURE STATEMENT

TO PARTIES IN INTEREST IN THE FOLLOWING CHAPTER 11 CASES:

### Name of Debtors and Case Numbers

| Debtor | Case Number |
|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 (JMP) |
| Lehman Commercial Paper Inc. | 08-13900 (JMP) |
| Lehman Brothers Commodities Services Inc. | 08-13885 (JMP) |
| Lehman Brothers Special Financing Inc. | 08-13888 (JMP) |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 (JMP) |
| Lehman Brothers Commercial Corporation | 08-13901 (JMP) |
| Lehman Brothers Derivatives Products Inc. | 08-13899 (JMP) |
| Lehman Brothers Financial Products Inc. | 08-13902 (JMP) |
| LB 745 LLC | 08-13600 (JMP) |
| PAMI Statler Arms LLC | 08-13664 (JMP) |
| CES Aviation LLC | 08-13905 (JMP) |
| CES Aviation V LLC | 08-13906 (JMP) |
| CES Aviation IX LLC | 08-13907 (JMP) |
| East Dover Limited | 08-13908 (JMP) |
| ~~Lehman Scottish Finance L.P.~~ | ~~08-13904 (JMP)~~ |
| Luxembourg Residential Properties Loan Finance | 09-10108 (JMP) |
| BNC Mortgage LLC | 09-10137 (JMP) |
| LB Rose Ranch LLC | 09-10560 (JMP) |
| Structured Asset Securities Corporation | 09-10558 (JMP) |
| LB 2080 Kalakaua Owners LLC | 09-12516 (JMP) |
| Merit, LLC | 09-17331 (JMP) |
| LB Preferred Somerset LLC | 09-17505 (JMP) |
| LB Somerset LLC | 09-17503 (JMP) |

James R. Phillips
3234 River Oaks Blvd
Paducah, Ky 42001
Phone 270-442-4786