Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
(**Jointly Administered**)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | San Remo Apartments, L.P. |

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch    Court Claim # (if known): 2645
 c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor    Amount of Claim: $161,000.00
New York, NY 10005
Attention: Matt Weinstein    Date Claim Filed: February 9, 2009
Phone: 212-250-5760
Fax:    212-797-8770

Last Four Digits of Acct #:  N/A    Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments
should be sent (if different from above):

Same as above.

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____    Date: _____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: San Remo Apartments, L.P.

San Remo Apartments, L.P., an Arizona limited partnership, having offices located at 3777 East Broadway Boulevard, Suite 200, Tucson, Arizona 85716 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London Branch, with offices located at Winchester House, 1 Great Winchester Street, London, UK EC2N 2DB("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS DERIVATIVE PRODUCTS INC. (and its affiliates) in the amount of $161,000.00, docketed as Claim No. 2645 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the _13_ day of May, 2011.

WITNESS:

_____
(Signature)

Name: ROBERT A. HUTCHISON
Title: CFO OF RUIZ INVESTMENT GROUP LLC
(Print name and title of witness)

San Remo Apartments, L.P.

By: _____
(Signature of authorized corporate officer)

Name: Roberto C. Ruiz
Title: Manager of Seller's general partner
Tel.: 520-320-9799


Deutsche Bank AG, London Branch


WITNESS:

_____
(Signature)

Name: _____
Title: _____
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: _____
Title: _____
Tel.: _____

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: San Remo Apartments, L.P.

San Remo Apartments, L.P., an Arizona limited partnership, having offices located at 3777 East Broadway Boulevard, Suite 200, Tucson, Arizona 85716 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London Branch, with offices located at Winchester House, 1 Great Winchester Street, London, UK EC2N 2DB("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS DERIVATIVE PRODUCTS INC. (and its affiliates) in the amount of $161,000.00, docketed as Claim No. 2645 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the _13_ day of May, 2011.

**San Remo Apartments, L.P.**

WITNESS:

_____
(Signature)

Name:_____
Title:_____
(Print name and title of witness)

By:_____
(Signature of authorized corporate officer)

Name:  Roberto C. Ruiz
Title:   Manager of Seller's general partner
Tel.:    520-320-9799


**Deutsche Bank AG, London Branch**

WITNESS:

(Signature)

Name: _Jonathan Biggus_
Title:_____
(Print name and title of witness)

By:_____
(Signature of authorized corporate officer)

Name:_____ Michael Sutton
Title:_____ Managing Director
Tel.:_____

Duncan Robertson
Director

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(**Jointly Administered**)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee | Name of Transferor
---|---

Deutsche Bank AG, London Branch

San Remo Apartments, L.P.

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
 c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attention: Matt Weinstein
Phone: 212-250-5760
Fax:    212-797-8770

Court Claim # (if known): 10649

Amount of Claim: $161,000.00

Date Claim Filed: September 8, 2009

Last Four Digits of Acct #:  N/A

Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Same as above.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: San Remo Apartments, L.P.

San Remo Apartments, L.P., an Arizona limited partnership, having offices located at 3777 East Broadway Boulevard, Suite 200, Tucson, Arizona 85716 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London Branch, with offices located at Winchester House, 1 Great Winchester Street, London, UK EC2N 2DB ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS DERIVATIVE PRODUCTS INC. (and its affiliates) in the amount of $161,000.00, docketed as Claim No. 10649 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the _13_ day of May, 2011.

San Remo Apartments, L.P.

WITNESS:

_____
(Signature)

By: _____
(Signature of authorized corporate officer)

Name:_____
Title:_____
(Print name and title of witness)

Name:  Roberto C. Ruiz
Title:   Manager of Seller's general partner
Tel.:    520-320-9799

Deutsche Bank AG, London Branch

WITNESS: _____
(Signature)

By: _____
(Signature of authorized corporate officer)

Name: ROBERT A. HUTCHISON
Title: CFO Ruiz INVESTMENT GROUP LLC
(Print name and title of witness)

Name:_____
Title:_____
Tel.:_____

11

*Lehman San Remo Assignment of Claim Exe v2*

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: San Remo Apartments, L.P.

San Remo Apartments, L.P., an Arizona limited partnership, having offices located at 3777 East Broadway Boulevard, Suite 200, Tucson, Arizona 85716 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Deutsche Bank AG, London Branch, with offices located at Winchester House, 1 Great Winchester Street, London, UK EC2N 2DB ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS DERIVATIVE PRODUCTS INC. (and its affiliates) in the amount of $161,000.00, docketed as Claim No. 10649 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the _13_ day of May, 2011.

**San Remo Apartments, L.P.**

WITNESS:

_____
(Signature)

Name:_____
Title:_____
(Print name and title of witness)

By:_____
(Signature of authorized corporate officer)

Name: Roberto C. Ruiz
Title:  Manager of Seller's general partner
Tel.:   520-320-9799

**Deutsche Bank AG, London Branch**

WITNESS:

_____
(Signature)

Name: JONATHAN BAGGS
Title:_____
(Print name and title of witness)

By:_____
(Signature of authorized corporate officer)

Name:_____
Title:_____
Tel.:_____

Michael Sutton
Managing Director

11

WITNESS:

_____
(Signature)

Name: JONATHAN BOYLE
Title:_____
(Print name and title of witness)

By:_____
(Signature of authorized corporate officer)

Name:_____
Title:_____
Tel.:_____

Duncan Robertson
Director

12