B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Morgan Stanley Senior Funding, Inc.</u>    <u>CCP Credit Acquisition Holdings, LLC</u>
Name of Transferee    Name of Transferor

Name and Address where notices to transferee should be sent:
Morgan Stanley Senior Funding, Inc.
1585 Broadway – 2nd Floor
New York, NY 10036

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Court Claim # (if known):<u>66008 (amending claims 17296, filed on 9/18/09, and 2218, filed on 1/30/09)</u>
Amount of Claim as Filed: <u>$8,190,293.00</u>
Amount of Claim Transferred: <u>$2,608,065.59</u>
Date Claim Filed:<u>12/24/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____    Phone:_____
Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

660964v.2 892/04126

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*John Ragusa*_____  Date: __May 6, 2011__
Name of Transferee/Transferee's Agent
**John Ragusa**
**Authorized Signatory**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Morgan Stanley Senior Funding, Inc.</u>        <u>CCP Credit Acquisition Holdings, LLC</u>
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee should be sent:
Morgan Stanley Senior Funding, Inc.
1585 Broadway – 2nd Floor
New York, NY 10036

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Court Claim # (if known): <u>66012 (amending claims 63363, filed on 11/2/09, 17295, filed on 9/18/09, and 2221, filed on 1/30/09)</u>
Amount of Claim as Filed: <u>$1,191,363.00</u>
Amount of Claim Transferred: <u>$379,370.17</u>
Date Claim Filed: <u>12/24/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: _____        Phone: _____
Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

660964v.2 892/04126

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ____*John Ragusa*____  Date: __May 6, 2011__
Name of Transferee/Transferee's Agent
**John Ragusa**
**Authorized Signatory**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

660964v.2 892/04126

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Morgan Stanley Senior Funding, Inc.</u>                    <u>CCP Credit Acquisition Holdings, LLC</u>
Name of Transferee                                           Name of Transferor

Name and Address where notices to transferee should be sent:
Morgan Stanley Senior Funding, Inc.
1585 Broadway – 2nd Floor
New York, NY 10036

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Court Claim # (if known): <u>66009 (amending claims 17297, filed on 9/18/09, and 2219, filed on 1/30/09)</u>
Amount of Claim as Filed: <u>$11,964,224.00</u>
Amount of Claim Transferred: <u>$3,809,812.53</u>
Date Claim Filed: <u>12/24/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: _____                               Phone: _____
Last Four Digits of Acct #: _____                       Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

660964v.2 892/04126

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*John Ragusa*_____    Date: ___May 6, 2011___
Name of Transferee/Transferee's Agent
**John Ragusa**
**Authorized Signatory**

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

660964v.2 892/04126

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Morgan Stanley Senior Funding, Inc.</u>          <u>CCP Credit Acquisition Holdings, LLC</u>
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee should be sent:
Morgan Stanley Senior Funding, Inc.
1585 Broadway – 2nd Floor
New York, NY 10036

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Court Claim # (if known):<u>66010 (amending claims 17293, filed on 9/18/09, and 2222, filed on 1/30/09)</u>
Amount of Claim as Filed: <u>$13,488,793.00</u>
Amount of Claim Transferred: <u>$4,295,286.73</u>
Date Claim Filed:<u>12/24/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____          Phone:_____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

660964v.2 892/04126

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*John Ragusa*_____    Date: ____May 6, 2011____
Name of Transferee/Transferee's Agent
John Ragusa
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

660964v.2 892/04126

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.      Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Morgan Stanley Senior Funding, Inc.</u>      <u>CCP Credit Acquisition Holdings, LLC</u>
Name of Transferee      Name of Transferor

Name and Address where notices to transferee should be sent:
Morgan Stanley Senior Funding, Inc.
1585 Broadway – 2nd Floor
New York, NY 10036

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Court Claim # (if known): <u>66011 (amending claims 17294, filed on 9/18/09, and 2230, filed on 1/30/09)</u>
Amount of Claim as Filed: <u>$6,665,327.00</u>
Amount of Claim Transferred: <u>$2,122,464.97</u>
Date Claim Filed: <u>12/24/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: _____      Phone: _____
Last Four Digits of Acct #: _____      Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

660964v.2 892/04126

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*John Ragusa*_____           Date: _____May 6, 2011_____
Name of Transferee/Transferee's Agent
**John Ragusa**
**Authorized Signatory**

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

660964v.2 892/04126

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Morgan Stanley Senior Funding, Inc.</u>        <u>Centerbridge Special Credit Partners, L.P.</u>
Name of Transferee                                             Name of Transferor

Name and Address where notices to transferee should be sent:
Morgan Stanley Senior Funding, Inc.
1585 Broadway – 2nd Floor
New York, NY 10036

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Court Claim # (if known): <u>66008 (amending claims 17296, filed on 9/18/09, and 2218, filed on 1/30/09)</u>
Amount of Claim as Filed: <u>$8,190,293.00</u>
Amount of Claim Transferred: <u>$944,350.65</u>
Date Claim Filed: <u>12/24/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: _____        Phone: _____
Last Four Digits of Acct #: _____   Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

660965v.2 892/04126

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*John Ragusa*_____  Date: ___May 6, 2011___
Name of Transferee/Transferee's Agent
John Ragusa
Authorized Signatory

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

660965v.2 892/04126

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Morgan Stanley Senior Funding, Inc.</u> | <u>Centerbridge Special Credit Partners, L.P.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Morgan Stanley Senior Funding, Inc.
1585 Broadway – 2nd Floor
New York, NY 10036

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): <u>66012 (amending claims 63363, filed on 11/2/09, 17295, filed on 9/18/09, and 2221, filed on 1/30/09)</u>
Amount of Claim as Filed: <u>$1,191,363.00</u>
Amount of Claim Transferred: <u>$137,365.59</u>
Date Claim Filed: <u>12/24/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

660965v.2 892/04126

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*John Ragusa*_____   Date: ___May 6, 2011___
Name of Transferee/Transferee's Agent
**John Ragusa**
**Authorized Signatory**

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

660965v.2 892/04126

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Morgan Stanley Senior Funding, Inc.</u>             <u>Centerbridge Special Credit Partners, L.P.</u>
Name of Transferee                                             Name of Transferor

Name and Address where notices to transferee should be sent:
Morgan Stanley Senior Funding, Inc.
1585 Broadway – 2nd Floor
New York, NY 10036

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Court Claim # (if known):<u>66009 (amending claims 17297, filed on 9/18/09, and 2219, filed on 1/30/09)</u>
Amount of Claim as Filed: <u>$11,964,224.00</u>
Amount of Claim Transferred: <u>$1,379,489.44</u>
Date Claim Filed:<u>12/24/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

660965v.2 892/04126

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*John Ragusa*_____  Date: ___May 6, 2011___
Name of Transferee/Transferee's Agent
**John Ragusa**
**Authorized Signatory**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Morgan Stanley Senior Funding, Inc.</u><br>Name of Transferee | <u>Centerbridge Special Credit Partners, L.P.</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br>Morgan Stanley Senior Funding, Inc.<br>1585 Broadway – 2nd Floor<br>New York, NY 10036<br><br>With a copy to:<br>Richards Kibbe & Orbe LLP<br>Attn: Managing Clerk<br>One World Financial Center<br>New York, NY 10281 | Court Claim # (if known):<u>66010 (amending claims 17293, filed on 9/18/09, and 2222, filed on 1/30/09)</u><br>Amount of Claim as Filed: <u>$13,488,793.00</u><br>Amount of Claim Transferred: <u>$1,555,274.08</u><br>Date Claim Filed:<u>12/24/09</u><br>Debtor: <u>Lehman Brothers Holdings Inc.</u> |
| Phone:<br>Last Four Digits of Acct #: | Phone:<br>Last Four Digits of Acct. #: |

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

660965v.2 892/04126

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*John Ragusa*_____     Date: __May 6, 2011__
Name of Transferee/Transferee's Agent
**John Ragusa**
**Authorized Signatory**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

660965v.2 892/04126

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (JMP)</u>
                                                                    (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Morgan Stanley Senior Funding, Inc.</u>                    <u>Centerbridge Special Credit Partners, L.P.</u>
Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee               Court Claim # (if known):<u>66011 (amending claims
should be sent:                                            17294, filed on 9/18/09, and 2230, filed on
Morgan Stanley Senior Funding, Inc.                        1/30/09)</u>
1585 Broadway – 2nd Floor                                  Amount of Claim as Filed: <u>$6,665,327.00</u>
New York, NY 10036                                         Amount of Claim Transferred: <u>$768,520.23</u>
                                                           Date Claim Filed:<u>12/24/09</u>
With a copy to:                                            Debtor: <u>Lehman Brothers Holdings Inc.</u>
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:_____                            Phone:_____
Last Four Digits of Acct #: _____                     Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

660965v.2 892/04126

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____*John Ragusa*_____      Date: ___May 6, 2011___
Name of Transferee/Transferee's Agent
**John Ragusa**
**Authorized Signatory**

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

660965v.2 892/04126