**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
In re                                                              :    **Chapter 11 Case No.**
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC., <u>et</u> <u>al.</u>,**            :    **08-13555 (JMP)**
                                                                   :
                                    **Debtors.**                    :    **(Jointly Administered)**
------------------------------------------------------------------- x

**NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER**
**APPROVAL OF NON-CONSOLIDATION DISCLOSURE STATEMENT**

**PLEASE TAKE NOTICE** that the hearing to consider approval of the disclosure statement with respect to the Joint Chapter 11 Plan for Lehman Brothers Holdings Inc. and Its Affiliated Debtors Other Than Merit, LLC, LB Somerset LLC, and LB Preferred Somerset LLC Proposed by the Non-Consolidation Plan Proponents, dated April 25, 2011 [Docket No. 16230] (as may be amended, modified and/or supplemented from time to time, the "<u>Non-Consolidation Disclosure Statement</u>"), which was previously scheduled for June 28, 2011 at 10:00 a.m. (New York time) has been adjourned until the date of the hearing to consider approval of the disclosure statements filed by the debtors in the above-captioned proceedings and the Ad Hoc Group (as defined in the Non-Consolidation Disclosure Statement). In addition, the response deadline with respect to the Non-Consolidation Disclosure Statement, which was previously set for May 27, 2011 at 4:00 p.m. (New York time), has been extended to a later date to be identified in a subsequent notice.

Dated:  May 25, 2011
         New York, New York


Attorneys for the Non-Consolidation Plan Proponents