B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>GOLDMAN SACHS LENDING PARTNERS LLC</u>        <u>DEEPHAVEN DISTRESSED OPPORTUNITIES</u>
Name of Transferee                              <u>TRADING LTD.</u>
                                                 Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): <u>100% of Claim #19528</u>
should be sent:                                   Amount of Claim: $<u>1,372,383.37</u>
                                                  Date Claim Filed: <u>September 19, 2009</u>
Goldman Sachs Lending Partners LLC                Debtor: <u>Lehman Brothers Special Financing Inc.</u>
c/o Goldman, Sachs & Co.                          <u>(Case No.: 08-13888)</u>
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: <u>gsd.link@gs.com</u>
Tel: (212) 934-3921

643467.5 153/05821                    22

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____    Date: 5/20/11
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD.
By: Specialty Fund Management Services LLC,
Investment Manager
By: Stark Offshore Management LLC, its Manager

By: _____

643467.5 153/05821                    23

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____     Date: _____
        Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD.
By: Specialty Fund Management Services LLC,
Investment Manager
By: Stark Offshore Management LLC, its Manager

By: _____

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
                                                                      (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>GOLDMAN SACHS LENDING PARTNERS LLC</u>          <u>DEEPHAVEN DISTRESSED OPPORTUNITIES</u>
Name of Transferee                                 <u>TRADING LTD.</u>
                                                            Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): <u>100% of Claim #19531</u>
should be sent:                                        Amount of Claim: $<u>1,372,383.37              </u>
                                                       Date Claim Filed: <u>September 19, 2009        </u>
Goldman Sachs Lending Partners LLC                     Debtor: <u>Lehman Brothers Holdings Inc.</u>
c/o Goldman, Sachs & Co.
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: <u>gsd.link@gs.com</u>
Tel: (212) 934-3921

643467.5 153/05821                          24

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____     Date: _5/20/11_
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD.
By: Specialty Fund Management Services LLC,
Investment Manager
By: Stark Offshore Management LLC, its Manager


By: _____

643467.5 153/05821                          25

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC


By: _____    Date: _____
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



Acknowledged and Agreed:

DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD.
By: Specialty Fund Management Services LLC,
Investment Manager
By: Stark Offshore Management LLC, its Manager


By: _____

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                               (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

GOLDMAN SACHS LENDING PARTNERS LLC          DEEPHAVEN EVENT TRADING LTD.
            Name of Transferee                            Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): 100% of Claim #19526
should be sent:                                   Amount of Claim: $611,513.41
                                                  Date Claim Filed: September 19, 2009
Goldman Sachs Lending Partners LLC                Debtor: Lehman Brothers Special Financing Inc.
c/o Goldman, Sachs & Co.                          (Case No.: 08-13888)
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com
Tel: (212) 934-3921

652116.4 153/05821                        22

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: __5/20/11__
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

DEEPHAVEN EVENT TRADING LTD.
By: Specialty Fund Management Services LLC,
Investment Manager
By: Stark Offshore Management LLC, its Manager

By: _____

652116.4 153/05821                    23

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____     Date: _____
           Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

DEEPHAVEN EVENT TRADING LTD.
By: Specialty Fund Management Services LLC,
Investment Manager
By: Stark Offshore Management LLC, its Manager

By: _____

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                              (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| GOLDMAN SACHS LENDING PARTNERS LLC | DEEPHAVEN EVENT TRADING LTD. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com
Tel: (212) 934-3921

Court Claim # (if known): 100% of Claim #19537
Amount of Claim: $611,513.41
Date Claim Filed: September 19, 2009
Debtor: Lehman Brothers Holdings Inc.

652116.4 153/05821                          24

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: ___5/20/11___
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

DEEPHAVEN EVENT TRADING LTD.
By: Specialty Fund Management Services LLC,
Investment Manager
By: Stark Offshore Management LLC, its Manager

By: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____    Date: _____
         Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

DEEPHAVEN EVENT TRADING LTD.
By: Specialty Fund Management Services LLC,
Investment Manager
By: Stark Offshore Management LLC, its Manager

By: _____

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>GOLDMAN SACHS LENDING PARTNERS LLC</u>        <u>DEEPHAVEN DOMESTIC CONVERTIBLE</u>
Name of Transferee                                               <u>TRADING LTD.</u>
                                                                         Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): <u>100% of Claim #19538</u>
should be sent:                                               Amount of Claim: $<u>739,296.25</u>
                                                                Date Claim Filed: <u>September 19, 2009</u>
Goldman Sachs Lending Partners LLC                     Debtor: <u>Lehman Brothers Special Financing Inc.</u>
c/o Goldman, Sachs & Co.                                    <u>(Case No.: 08-13888)</u>
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: <u>gsd.link@gs.com</u>
Tel: (212) 934-3921

652114.4 153/05821                              22

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____     Date: ___5/20/11___
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD.
By: Specialty Fund Management Services LLC,
Investment Manager
By: Stark Offshore Management LLC, its Manager

By: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: _____
           Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD.
By: Specialty Fund Management Services LLC,
Investment Manager
By: Stark Offshore Management LLC, its Manager

By: _____

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                                (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| GOLDMAN SACHS LENDING PARTNERS LLC | DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com
Tel: (212) 934-3921

Court Claim # (if known): 67358, which partially amends Claim #19532[1]

Amount of Claim as Filed: $739,294.81 (with respect to Claim #67358)

Amount of Claim Transferred: $739,294.81 (with respect to Claim #67358)

Dates Claims Filed: March 7, 2011 and September 19, 2009, respectively

Debtor: Lehman Brothers Holdings Inc.

---

[1] This notice of transfer of claim includes the portion of Claim #19532 which relates to the LBSF Guarantee Claim (as defined in Claim #67358), as amended by Claim #67358.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____        Date: ____5/20/11____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD.
By: Specialty Fund Management Services LLC,
Investment Manager
By: Stark Offshore Management LLC, its Manager

By: _____

652114.4 153/05821                          25

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: _____
        Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD.
By: Specialty Fund Management Services LLC,
Investment Manager
By: Stark Offshore Management LLC, its Manager

By: _____

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                              (Jointly Administered)


### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


GOLDMAN SACHS LENDING PARTNERS LLC          DEEPHAVEN INTERNATIONAL
Name of Transferee                          CONVERTIBLE TRADING LTD.
                                                     Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): 100% of Claim #19530
should be sent:                                  Amount of Claim: $562,928.99
                                                 Date Claim Filed: September 19, 2009
Goldman Sachs Lending Partners LLC               Debtor: Lehman Brothers Special Financing Inc.
c/o Goldman, Sachs & Co.                         (Case No.: 08-13888)
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com
Tel: (212) 934-3921

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____   Date: _____5/20/11_____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

DEEPHAVEN INTERNATIONAL CONVERTIBLE TRADING LTD.
By: Specialty Fund Management Services LLC,
Investment Manager
By: Stark Offshore Management LLC, its Manager

By: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC


By: _____          Date: _____
          Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

DEEPHAVEN INTERNATIONAL CONVERTIBLE TRADING LTD.
By: Specialty Fund Management Services LLC,
Investment Manager
By: Stark Offshore Management LLC, its Manager


By: _____

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.                     Case No. <u>08-13555 (JMP)</u>
                                                                                                                    (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>GOLDMAN SACHS LENDING PARTNERS LLC</u>          <u>DEEPHAVEN INTERNATIONAL</u>
Name of Transferee                                      <u>CONVERTIBLE TRADING LTD.</u>
                                                                                        Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): <u>67359, which partially</u>
should be sent:                                                         <u>amends Claim #64914, which fully amends Claim</u>
                                                                                   <u>#19527</u>[1]
Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 36th Floor                               Amount of Claim as Filed: $<u>562,926.99 (with</u>
Jersey City, NJ 07302                                        <u>respect to Claim #67359)</u>
Attn:  Lauren Day
Email: <u>gsd.link@gs.com</u>
Tel: (212) 934-3921                                           Amount of Claim Transferred: $<u>562,926.99 (with</u>
                                                                             <u>respect to Claim #67359)</u>

                                                                             Dates Claims Filed: <u>March 7, 2011, November 5,</u>
                                                                             <u>2009 and September 19, 2009, respectively</u>

                                                                             Debtor: <u>Lehman Brothers Holdings Inc.</u>

---

[1] This notice of transfer of claim includes the portion of Claim #64914 which relates to the LBSF Guarantee Claim (as defined in Claim #67359), as amended by Claim #67359.

652119.4 153/05821                          24

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: _5/20/11_____
        Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

DEEPHAVEN INTERNATIONAL CONVERTIBLE TRADING LTD.
By: Specialty Fund Management Services LLC,
Investment Manager
By: Stark Offshore Management LLC, its Manager

By: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: _____
          Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

DEEPHAVEN INTERNATIONAL CONVERTIBLE TRADING LTD.
By: Specialty Fund Management Services LLC,
Investment Manager
By: Stark Offshore Management LLC, its Manager

By: _____

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

GOLDMAN SACHS LENDING PARTNERS LLC
Name of Transferee

DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD.
Name of Transferor

Name and Address where notices to transferee should be sent:

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com
Tel: (212) 934-3921

Court Claim # (if known): 100% of Claim #19533
Amount of Claim: $822,533.93
Date Claim Filed: September 19, 2009
Debtor: Lehman Brothers Special Financing Inc.
(Case No.: 08-13888)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: ___5/20/11___
        Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD.
By: Specialty Fund Management Services LLC, its Investment Manager
By: Stark Offshore Management LLC, its Manager

By: _____

652117.4 153/05821                    23

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: _____
           Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD.
By: Specialty Fund Management Services LLC, its Investment Manager
By: Stark Offshore Management LLC, its Manager

By: _____

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
                                                                      (Jointly Administered)


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


<u>GOLDMAN SACHS LENDING PARTNERS LLC</u>           <u>DEEPHAVEN GLOBAL VALUE PARTNERS</u>
            Name of Transferee                          <u>TRADING LTD.</u>
                                                                Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): <u>100% of Claim #19521</u>
should be sent:                                        Amount of Claim: $<u>822,533.93</u>
                                                      Date Claim Filed: <u>September 19, 2009</u>
Goldman Sachs Lending Partners LLC                    Debtor: <u>Lehman Brothers Holdings Inc.</u>
c/o Goldman, Sachs & Co.
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: <u>gsd.link@gs.com</u>
Tel: (212) 934-3921


652117.4 153/05821                    24

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____       Date: ___5/20/11___
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD.
By: Specialty Fund Management Services LLC, its Investment Manager
By: Stark Offshore Management LLC, its Manager

By: _____

652117.4 153/05821                              25

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____    Date: _____

        Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD.
By: Specialty Fund Management Services LLC, its Investment Manager
By: Stark Offshore Management LLC, its Manager

By: _____