UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                        Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,        Case No. 08-13555 (JMP)

                       Debtors.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF KERRY MOYNIHAN

UPON the motion of Kerry Moynihan dated May 20, 2011, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Kerry Moynihan is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         May 25, 2011

                                                    *s/ James M. Peck*
                                                 UNITED STATES BANKRUPTCY JUDGE