WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Gerard Uzzi (GU – 2297)
J. Christopher Shore (JCS – 6031)

Attorneys for the Ad Hoc Group
of Lehman Brothers Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------------------x

### NOTICE OF EXTENSION OF TIME TO OBJECT TO MOTION
### FOR APPROVAL OF DISCLOSURE STATEMENT

       Please be advised that on May 20, 2011, the Debtors in the above-referenced chapter 11 cases filed that certain Notice of Extension of Time to Object to Motion for Approval of Disclosure Statements and Related Relief [Docket No. 17009], pursuant to which the Debtors indicated their intent to adjourn the disclosure statement hearing originally schedule for June 28, 2011, and the related objection deadline originally scheduled for May 27, 2011.

       Please be further advised that the Ad Hoc Group of Lehman Brothers Creditors (the "Group") has agreed to adjourn the disclosure statement hearing and related objection deadline with respect to its proposed plan and disclosure statement to a date to be determined.

   Please be further advised that the Group is presently in discussions with the other plan proponents regarding the determination of a new hearing date and objection deadline. Once such dates are determined, additional notice will be filed with the Court.

Dated: May 25, 2011
   New York, New York

Respectfully submitted,

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Gerard Uzzi (GU – 2297)
J. Christopher Shore (JS – 6031)

By: /s/ Gerard Uzzi
  Gerard Uzzi

ATTORNEYS FOR THE AD HOC GROUP
OF LEHMAN BROTHERS CREDITORS