By:  YT 7 WEST LLC, member

By:  _____
Name:  Yitzchak Tessler
Title:

By:  _____
Name:  Jacob Chetrit
Title:

Settlement Agreement

**SENINE MEZZANINE BORROWER**:

**1107 BROADWAY MEZZ I LLC,**
a Delaware limited liability company

By:  1107 Broadway Mezz II LLC, member

By:  1107 Broadway SPE LLC, member

By:  1107 Broadway YT LLC, managing member

By: _____
Name: Yitzchak Tessler
Title:   Managing Member

By:  Arbor Toy Holdings II, LLC, member

By:   Arbor Toy, LLC, member

By: _____
Name:
Title:

By:  Princeton Toy, LLC, member

By: _____
Name:
Title:

By:  CF 1107 LLC, member

By: _____
Name:  Joseph Chetrit
Title:

By: _____
Name:  Jacob Chetrit
Title:

By:  YT 7 WEST LLC

By: _____
Name:   Yitzchak Tessler
Title:

By: _____
Name:
Title:

Settlement Agreement

<u>**SENIOR MEZZANINE BORROWER**</u>:

**1107 BROADWAY MEZZ I LLC**,
a Delaware limited liability company

    By:  1107 Broadway Mezz II LLC, member

        By:  1107 Broadway SPE LLC, member

           By:  1107 Broadway YT LLC, managing member

             By: _____
                  Name:  Yitzchak Tessler
                  Title:   Managing Member

           By:  Arbor Toy Holdings II, LLC, member

             By:   Arbor Toy, LLC, member

                By: _____
                    Name:
                    Title:

             By:  Princeton Toy, LLC, member

                By: _____
                    Name:
                    Title:

           By:  CF 1107 LLC, member

             By: _____
                  Name:  Joseph Chetrit
                  Title:

             By: _____
                  Name:  Jacob Chetrit
                  Title:

           By:  YT 7 WEST LLC

             By: _____
                  Name:  Yitzchak Tessler
                  Title:

             By: _____
                  Name:
                  Title:

**SENIOR MEZZANINE BORROWER:**

**1107 BROADWAY MEZZ I LLC,**
a Delaware limited liability company

By:  1107 Broadway Mezz II LLC, member

    By:  1107 Broadway SPE LLC, member

        By:  1107 Broadway YT LLC, managing member

            By: _____
                Name:  Yitzchak Tessler
                Title:   Managing Member

        By:  Arbor Toy Holdings II, LLC, member

            By:   Arbor Toy, LLC, member

                By: _____
                    Name:
                    Title:

            By:   Princeton Toy, LLC, member

                By: _____
                    Name:
                    Title:

    By:  CF 1107 LLC, member

        By: _____
             Name:  Joseph Chetrit
             Title:

        By: _____
             Name:  Jacob Chetrit
             Title:

    By:  YT 7 WEST LLC

        By: _____
             Name:  Yitzchak Tessler
             Title:

        By: _____
             Name:
             Title:  JACOB CHETRIT

Settlement Agreement

## JUNIOR MEZZANINE BORROWER:

**1107 BROADWAY MEZZ II LLC,**
a Delaware limited liability company

By:    1107 Broadway SPE LLC, member

By:    1107 Broadway YT LLC, managing member

By: _____
   Name:    Yitzchak Tessler
   Title:    Managing Member

By:    Arbor Toy Holdings II, LLC, member

By:    Arbor Toy, LLC, member

By: _____
   Name:
   Title:

By:    Princeton Toy, LLC, member

By: _____
   Name:
   Title:

By:    CF 1107 LLC, member

By: _____
   Name:    Joseph Chetrit
   Title:

By: _____
   Name:    Jacob Chetrit
   Title:

By:    YT 7 WEST LLC

By: _____
   Name:    Yitzchak Tessler
   Title:

By: _____
   Name:
   Title:

Settlement Agreement

**<u>JUNIOR MEZZANINE BORROWER</u>:**

**1107 BROADWAY MEZZ II LLC**,
a Delaware limited liability company

By:    1107 Broadway SPE LLC, member

      By:    1107 Broadway YT LLC, managing member

         By:  _____
            Name:  Yitzchak Tessler
            Title:   Managing Member

         By:  Arbor Toy Holdings II, LLC, member

           By:  Arbor Toy, LLC, member

              By:  _____
                 Name:
                 Title:

           By:  Princeton Toy, LLC, member

              By:  _____
                 Name:
                 Title:

         By:  CF 1107 LLC, member

           By:  _____
               Name:  Joseph Chetrit
              Title:

           By:  _____
               Name:  Jacob Chetrit
              Title:

      By:  YT 7 WEST LLC

         By:  _____
            Name:  Yitzchak Tessler
            Title:

         By:  _____
           Name:
           Title:

## JUNIOR MEZZANINE BORROWER:

**1107 BROADWAY MEZZ II LLC,**
a Delaware limited liability company

By:    1107 Broadway SPE LLC, member

    By:    1107 Broadway YT LLC, managing member

        By: _____
           Name:  Yitzchak Tessler
           Title:    Managing Member

        By:    Arbor Toy Holdings II, LLC, member

           By:    Arbor Toy, LLC, member

               By: _____
                  Name:
                  Title:

           By:    Princeton Toy, LLC, member

               By: _____
                  Name:
                  Title:

    By:    CF 1107 LLC, member

        By: _____
           Name:  Joseph Chetrit
           Title:

        By: _____
           Name:  Jacob Chetrit
           Title:

    By:    YT 7 WEST LLC

        By: _____
           Name:  Yitzchak Tessler
           Title:

        By: _____
           Name:
           Title:  JACOB CHETRIT

Settlement Agreement

**GUARANTOR:**

Name:  Yitzchak Tessler

SETTLEMENT AGREEMENT

**LBHI:**

LEHMAN BROTHERS HOLDINGS INC., a Delaware corporation, as Debtor and Debtor In Possession in its Chapter 11 Case in the United States Bankruptcy Court for the Southern District Of New York, Case No. 08-13555 (JMP) (individually and as lead arranger and administrative agent for itself and certain co-lenders)

By: _____

Name:
Title:        Jeffrey Fitts
              Authorized Signatory

**SENIOR MEZZANINE LENDER:**

LEHMAN BROTHERS HOLDINGS INC., a Delaware corporation, as Debtor and Debtor In Possession in its Chapter 11 Case in the United States Bankruptcy Court for the Southern District Of New York, Case No. 08-13555 (JMP)

By: _____

Name:
Title:        Jeffrey Fitts
              Authorized Signatory

**JUNIOR MEZZANINE LENDER:**

1107 BROADWAY MEZZ HOLDINGS LLC, a Delaware limited liability company

By: _____

Name:
Title:        Jeffrey Fitts
              Authorized Signatory

## EXHIBIT LIST

| | |
|---|---|
| Exhibit A-1 | Stipulated Foreclosure Pleadings Form |
| Exhibit A-2 | Senior Mezzanine Foreclosure Consent Form |
| Exhibit A-3 | Junior Mezzanine Foreclosure Consent Form |
| Exhibit B | Proofs of Claim Withdrawal Form |
| Exhibit C | Release of Lender Form |
| Exhibit D | Conveyance Document Forms |
| Exhibit E | Certificate Form |
| Exhibit F-1 | Sublease Assignment Form |
| Exhibit F-2 | Sublease Notice and Rent Direction Form |
| Exhibit G-1 | Citibank Lease Assignment Form |
| Exhibit G-2 | Citibank Lease Notice and Rent Direction Form |
| Exhibit H | Release of Borrower and Guarantor Form |
| Exhibit I | Settlement Escrow Instructions Form |
| Exhibit J-1 | 1107 PSA |
| Exhibit J-2 | West 24th PSA |
| Schedule 1 | Auction Terms |
| Schedule 2 | Paid Carry Costs |

16355541.16.BUSINESS