UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                                                  :    Chapter 11 Case No.
                                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                                       :    (Jointly Administered)
          Debtors.                                               :
                                                                       :
------------------------------------------------------------------------x    Ref. Docket No. 16919

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                              ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 18, 2011, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Debtors' Motion, Pursuant to FRBP 9019, for Approval of (I) a Compromise and Settlement Among Lehman Brothers Holdings Inc., Lehman Brothers Special Financing, Inc., the Official Committee of Unsecured Creditors and Bank of America, N.A., and (II) Certain Related Relief," dated May 18, 2011 [Docket No. 16919], by causing true and correct copies to be delivered via facsimile to those parties listed on the annexed Exhibit A.

/s/ *Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
20th day of May, 2011
/s/ *Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

| Name | Fax |
| --- | --- |
| OFFICE OF US TTEE TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |
| MILBANK: DENNIS DUNNE, EVAN FLECK, DENNIS ODONNELL | (212) 530-5219 |