**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
| | : | |

------------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )

                           ) ss.:

COUNTY OF NEW YORK   )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 23, 2011, I caused to be served the:

       a.   "Letter Regarding Repository Instructions and Production Guidelines," dated May 23, 2011, annexed hereto as <u>Exhibit A</u>, and

       b.   "Lehman Plan Discovery Data Repository Instructions and Production Guidelines," annexed hereto as <u>Exhibit B</u>,

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>.

                                       */s/ Eleni Kossivas*
                                       Eleni Kossivas

Sworn to before me this
24th day of May, 2011
<u>/s/ Panagiota Manatakis</u>
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Weil, Gotshal & Manges LLP**

**Vernon Broderick**
+1 212  310 8730
vernon.broderick@weil.com

May 23, 2011                                                                    BY E-MAIL

All Participants in Plan Discovery
Official Service List

Re:  Data Repository Instructions and Production Guidelines

Dear Participants,

Attached hereto are the Data Repository Instructions and Production Guidelines.  To the extent
Participants have any technical questions regarding the Data Repository, we strongly encourage you to
coordinate with your Litigation Support Department and/or IT team.  In the event that questions still
remained unanswered, please send an email to LehmanDataRepository@weil.com detailing the
question.

As a reminder, only those Participants (and their attorneys and advisors) that have provided the Debtors
with a signed Agreement to Abide by the Protective Order are eligible to receive logins to the Data
Repository.  Accordingly, prior to submitting a Repository Access Request Form to
LehmanDataRepository@weil.com, please send any executed copies of the Agreement to Abide by the
Protective Order to LehmanPlanDiscovery@weil.com.  We will begin issuing logins in the coming days.

Sincerely,

Vernon Broderick

**EXHIBIT B**

# <u>Lehman Plan Discovery</u>

## Data Repository Instructions

## &

## Production Guidelines

**Table of Contents**

1.1 - Repository Access Request Protocol.................................................................................... 2

1.2 - Production Upload Protocol................................................................................................. 5

1.3 - Data Repository Support..................................................................................................... 7

1.4 - User Guide for Data Repository (CCNet) ........................................................................... 8

1.5 - Production Guidelines ....................................................................................................... 12

1.6 - Technical Specifications.................................................................................................... 14

**Lehman Plan of Reorganization Discovery**

**1.1 - Repository Access Request Protocol**

The information herein provides instructions on how to use the Data Repository created pursuant to Paragraph 4 of the *Order Establishing Schedule and Procedures in Connection with Discovery Related to Plan Confirmation and Other Issues*, dated April 14, 2011 [Docket No. 16003]. (the "Order").[1]

Participants can request access to the Repository by submitting a Repository Access Request Form.[2]  Forms must be submitted to the Lehman Plan of Reorganization Data Repository e-mail distribution list (**LehmanDataRepository@weil.com**).  As a reminder, only those Participants (and their attorneys and advisors) that have provided the Debtors with a signed Agreement to Abide by the Protective Order will be eligible to receive logins to the Data Repository.  Accordingly, prior to submitting a Repository Access Request Form, please send any executed copies of the Agreement to Abide by the Protective Order to LehmanPlanDiscovery@weil.com.

The Repository Access Request form divides users into three groups based on role:

- Counsel
- Advisor
- Participant

Each Participant is entitled up to five (5) Repository user accounts.  Access to productions designated as "Attorneys' Eyes Only" is limited to user accounts in the "Counsel" group.  Repository upload access is limited to one (1) user per Participant.

Once requests for access are approved, login credentials will be provided to individual users at the e-mail addresses provided on the Repository Access Request form.

Login credentials are intended for use by the individuals identified on the access request form only.  Participants are responsible for use and control of Repository accounts.

---

[1] Capitalized terms not defined herein shall have the meaning attributed to them in the Order.

[2] The Repository Access Request Form was previously provided to Participants on May 17, 2011.  In the event Participants require another copy, the Repository Access Request Form is attached hereto as Exhibit A.

## Repository Index and Uniform Production Encryption Passwords

The Repository indexes contain metadata and additional information for productions on the Repository.  In addition, all productions are encrypted with one of two passwords.  All "Attorneys' Eyes Only" productions will share a single password.  All other productions will share another.  Participants should encrypt all productions with the appropriate password when uploading productions.  The uniform production encryption passwords are intended to protect data from inadvertent disclosure.

The encryption passwords will be provided when logins are distributed (only counsel will receive the Attorneys' Eyes Only encryption password).

In addition, two separate indexes will be maintained within the Repository:

- "Attorneys' Eyes Only" Index ("Attorneys' Eyes Only Index" Folder)
  - Includes all productions requiring "Attorneys' Eyes Only" access.
  - Only accessible by users in the "Counsel" group.

- Repository Index ("Repository Index" Folder)
  - Includes all productions made to the Repository (excluding "Attorneys' Eyes Only").
  - Accessible by all Repository users.

### Mandatory Resetting of Your Login Passwords

After submitting your Repository Access Request Form (and executed Agreements to Abide by the Protective Order), you will receive an email with your individualized log in instructions.

Each individual receiving a login and password must reset the assigned password to ensure security and confidentiality.  After you reset the password, only you will know your password.  To reset a password, you can take the following steps:

1. Open Internet Explorer.

2. Browse to https://por.ccnetservices.com/passwordreset.asp.

3. Use provided credentials to login to password reset website.

4. Enter provided credentials and a new password of your choosing into the password reset form.

5. Click "OK" to change password.

Please contact support.ioc@ccnetservices.com or support@ccnetservices.com for additional guidance.

**Lehman Plan of Reorganization Discovery**

**1.2 - Production Upload Protocol**

One user per Participant will be granted the ability to upload data productions to the Repository.  This access can be requested when submitting the Repository Access Request form.

Participant uploads to the Repository will not immediately be available and accessible to other Participants.  To release documents to other Participants, the uploading Participant must comply with the procedures below to confirm the appropriate materials have been uploaded, such materials have been properly segregated (e.g., Attorneys' Eyes Only separate from other documents), and the appropriate access levels have been granted.

All productions should be encrypted prior to upload to the Repository using the appropriate uniform production encryption passwords.  TrueCrypt v7.0a is an open source encryption solution which is recommended for use (http://www.truecrypt.org/).

All production uploads to the Repository must be immediately followed by a delivery notification sent to the Lehman Plan of Reorganization Data Repository e-mail distribution list (**LehmanDataRepository@weil.com**).

The delivery notification must include the following information in an excel spreadsheet (Excel Formatted Index[3]):
- Participant Name
- Date of Production Upload
- File Name of Encrypted Production Container
- Bates Range
- Document Count
- Page Count
- Total Volume (MB)
- Production Description (Consolidated Request Folder Identifier)
- Access Level of Production
  - Attorneys' Eyes Only
    - Participants must produce documents designated as Attorneys' Eyes Only separately and cannot commingle Attorneys' Eyes Only documents with other documents (e.g., documents designated as Confidential).

---

[3] Future amendments to index format requirements will be communicated to the Official Service List for Plan Discovery.

- ▪ Attorneys' Eyes Only documents will only be made available to specific users identified as counsel under the Protective Order.
- ▪ Users that do not have access to documents designated as Attorneys' Eyes Only will not be able to view or download any productions falling into this category.
- ▪ Participants are responsible for limiting access to all downloaded Attorneys' Eyes Only documents to counsel under the Protective Order.
- o Confidential
- o Non-Confidential
  - ▪ Public documents (i.e., documents that are not designated as Confidential or Attorneys' Eyes Only) would fall into this category.

It is anticipated that a particular Production will be made available to other Participants as soon as reasonably practicable after the producing Participant completes the upload of the production and notifies **LehmanDataRepository@weil.com**.  Please note that a production will not be released until the Participant complies with the procedures above and confirms that its documents have been uploaded in accordance with the procedure and as intended.

**Lehman Plan of Reorganization Discovery**

**1.3 - Data Repository Support**

**Repository Support:**

Any questions regarding Repository accounts, security or productions should be directed to **LehmanDataRepository@weil.com.**

- Repository Account Requests
- User Permissions or Security
- Repository Index
- Encryption Passwords

**Technical Support:**

Any questions regarding connection to the Repository or other technical issues can be directed to CCNet, including:.

- SFTP Client Settings or Troubleshooting
- Password Reset
- Downloading or Uploading to the Repository

**Level 1 Support (E-Mail):**

- 24x7 (general support requests answered within 30-60 minutes)
- support.ioc@ccnetservices.com or support@ccnetservices.com

**Level 2 Support (Phone):**

- Monday – Friday 9:00AM – 5:00PM EST

1. Primary Contact
   - Trevor Eckhart
   - trevor.eckhart@ccnetservices.com
   - (860)485-8617 or (201)842-7722

2. Secondary Contact
   - Christian Nicholas
   - christianb@ccnetservices.com
   - (201)952-4800 or (201)852-7722

**Lehman Plan of Reorganization Discovery**

**1.4 - User Guide for Data Repository (CCNet)**

<u>**Technical Details:**</u>

**SFTP Host:** 67.202.202.101

**Port:** 22

<u>**FileZilla Connection Settings**</u>

FileZilla is an open source SFTP solution that is recommended to be used to access data posted to the Repository.

**Download Link**: http://filezilla-project.org/

1. Add the POR Repository to the FileZilla Site Manager.



2.  Use the following configuration settings (login credentials will be provided to each Participant).



3.  Once successfully logged into the repository, the user can browse through the different Participant folders and download productions.  The left portion of the screen is the local computer and the right portion of the screen is the Repository.



4.  To download a production, right click on the file and select download.  The file will be saved on your local computer.



10

5. Participants with Data Repository upload access can only upload productions to the "Upload" folder under their specific participant folder.  Once the "Upload" folder is selected on the Repository, productions can be uploaded.



Before uploading, please check that the production is encrypted with the appropriate uniform production encryption password.  To upload a production, right click on the file on the local computer and select upload.  Participants must also comply with the above-referenced notification and documentation segregation procedures.  The upload process is not complete until a Participant complies with such procedures.



**Lehman Plan of Reorganization Discovery**

**1.5 - Production Guidelines**

With a large number of parties producing documents in this matter, consistency and uniformity across productions will enhance efficiency throughout Plan Discovery.  In addition to the technical specifications detailed in Exhibit D (and Appendix 1 to Exhibit D) of the Order (reproduced in section 1.6 below), the Debtors encourage Participants to adhere to the production format guidelines detailed below.


**FAILURE TO COMPLY WITH THESE PROCEDURES MAY BE DEEMED AS FAILURE TO PROPERLY PRODUCE A PRODUCTION IN ACCORDANCE WITH THE ORDER.**

1. **Bates Numbering for Documents**

   A page level Bates number should be placed on the **lower right footer** of each page of every document.  The format for the Bates number should be:

   - Prefix:  <Party Identifier> - <"PC" to indicate this is a Plan Confirmation production> -     <An optional suffix> -
   - Numeric Digits:  8

   Example 1:  Board Related Materials produced by Debtors
        DEBTORS-PC-A-00000001

   Example 2:  Documents produced by Debtors in response to Consolidated Requests
        DEBTORS-PC-00000001

   Example 3:  Documents produced by Participant A in response to Consolidated Requests
        PARTICIPANTA-PC-00000001

2. **Bates Numbering for items other than Documents (i.e. Data extracts)**

   File(s) should be named with unique Bates number.  The format for the Bates number / filename should be:

   - Prefix:  <Party Identifier> - <"PC" to indicate this is a Plan Confirmation production> -     <Data set abbreviation> -
   - Numeric Digits:  3

   Additionally, to the extent feasible, each row in the dataset should have a unique

number.

Example 1:  GL Data produced by Debtors (a SQL-Server backup of GL data)
    DEBTORS-PC-GL-001.BAK

Example 2:  Stock records produced by Debtors (text-based report files)
    DEBTORS-PC-SR-001.TXT

### 3.  Protected Use branding for Documents

"For Use in Connection with Plan Confirmation Only" should be branded in the **lower left footer** of each page of every document.

### 4.  Confidentiality Designation for Documents

As applicable, documents should be branded in the **top center header** of each page with one of the following designations:

    "Confidential"
    "Attorneys' Eyes Only"

Participants must produce separately documents designated as Attorneys' Eyes Only and cannot commingle such documents with non-Attorneys' Eyes Only items because documents designated as Attorneys' Eyes Only require a higher level of access restrictions in the Repository and therefore must be kept separated and posted to different folders from those materials without this designation.

**Lehman Plan of Reorganization Discovery**

**1.6 - Technical Specifications**

**Technical Specifications for Documents to be Produced to the Debtor to Be Uploaded to the Data Repository[4]**

Participants and non-Participants producing documents to the Debtors must produce electronically stored documents in the following electronic format:

1. _E-mails_. E-mails shall be produced as single-page TIFF images with accompanying full text and load file (DAT).  Meta data fields included with the load file should be provided in accordance with *Appendix 1*.  E-mail attachments shall be handled according to the provisions below applicable to loose electronic documents and shall not be separated from the emails to which they are attached.  Native files for e-mails shall be maintained, and such files shall be produced if the receiving party can demonstrate a need for such native files.

2. _Electronic Documents_. Word and other electronic documents shall be produced as single-page TIFF images with accompanying full text and load file (DAT).  Meta data fields included with the load file should be provided in accordance with *Appendix 1*.  For Excel or other spreadsheet files, the native file or a pdf version of the file shall be produced.  Native files for all other electronic documents shall be maintained, and such files shall be produced, with appropriate redactions, if the receiving party can demonstrate a particularized need for such native files.

3. _Hard copy documents_. Hard copy documents shall be produced as single-page TIFF images with accompanying full OCR text and load file (DAT).

4. _TIFF Images Generally_. Any TIFF images produced by Participants or non-Participants shall consist of (a) single-page, black and white, 300dpi group IV TIFF images with extension ".tif"" and (b) text files, named after the bates number of the document, with extension ".txt".  TIFF images may not be compressed

---

[4] The information contained in this section is identical to the information contained in Exhibit D to the Order.

using JPEG compression.  For instances in which the original file is in color and the color is necessary for interpretation of the document (charts, pictures, etc.), produce medium quality JPEG in place of single page tiff file.  Metadata shall be provided in a delimited file with a ".dat" file extension and ASCII 020 and 254 delimiters for column break and text qualifier.  The first line shall be the header with field names, and each subsequent line shall contain the fielded data for each document.

5. *Shipment of electronic data*. Electronic data productions may be transmitted electronically via Secure File Transfer Protocol (SFTP), FTP over SSH, or physically transported using electronic storage media such as, CDs, DVDs or hard drives.  The physical media label should contain the case name and number, production date, and bates range being produced. Each transmission of data should include a collection "manifest" report which provides a list of files collected, their location, and their MD5 hash values.

**Appendix 1**

| Field | Description |
| --- | --- |
| BegBates | Page ID of first page in a document. |
| EndBates | Page ID of last page in a document. |
| BegAttach | BegBates of parent record. |
| EndAttach | BegBates of last attached document in family. |
| From | Author of the e-mail message. |
| To | Main recipient(s) of the e-mail message. |
| CC | Recipient(s) of "Carbon Copies" of the e-mail message. |
| BCC | Recipient(s) of "Blind Carbon Copies" of the e-mail message. |
| DateSent | Sent date of an e-mail message. |
| TimeSent | Time the e-mail message was sent. |
| EMail_Subject | Subject of the e-mail message. |
| Author | Author field value pulled from metadata of the native file. |
| Title | Title field value extracted from the metadata of the native file. |
| Custodian | Textual value of custodian. |
| DateCreated | Creation date of the native file. |
| TimeCreated | Creation time of the native file. |
| EntryID | Unique identifier of e-mails in mail stores. |
| FileDescription | File extension or other description of native file type. |
| Filename | Original filename of native file. Contains subject of e-mail message for e-mail records. |
| Filesize | Size of native file, in bytes. |
| MD5Hash | MD5 hash-128-bit output. |
| Attach | Semi-colon delimited string of first level attachments in the e-mail. |
| DateLastMod | Date the native file was last modified. |
| TimeLastMod | Time native file was last modified. |
| PgCount | Number of pages in a document. |
| NativeFile | Logical file path to the native file. |
| OCRPath | Logical file path to the OCR text. |

**EXHIBIT C**

### *EMAIL ADDRESSES*

ACATON@KRAMERLEVIN.COM
ADAM.HIRSCH@SRZ.COM
ADASH@BROWNRUDNICK.COM
AFRISCH@ANDREWFRISCH.COM
AHAMMOND@NY.WHITECASE.COM
AKORNBERG@PAULWEISS.COM
ALEXA.LOO@SHEARMAN.COM
ANDREA.B.SCHWARTZ@USDOJ.GOV
ANDREW.BROZMAN@CLIFFORDCHANCE.COM
ANNE.PAK@ROPESGRAY.COM
ANTHONY.CANDIDO@CLIFFORDCHANCE.COM
AROVIRA@SIDLEY.COM
ARWOLF@WLRK.COM
ASHAFFER@MAYERBROWN.COM
AZOLOT@MAYERBROWN.COM
BBENNETT@DL.COM
BDMANNING@RKMC.COM
BEEMEN@EKVANDOORNE.COM
BERNHARD.KAISER@FRESHFIELDS.COM
BLAIR.CONNELLY@LW.COM
BMERKT@STROOCK.COM
BMORAN@MKLAWNJ.COM
BRYANKAPLAN@PAULHASTINGS.COM
BTRUST@MAYERBROWN.COM
BUNDESBANK.PLANDISCOVERY@FRESHFIELDS.COM
CHAMMERMAN@PAULWEISS.COM
CHARLOTTE.SCHILDT@CMS-HS.COM
CHIP.GOODRICH@DB.COM
CLARKB@SULLCROM.COM
CRIVERA@CHADBOURNE.COM
CSHORE@NY.WHITECASE.COM
CSIEGEL@KRAMERLEVIN.COM
CSZYFER@STROOCK.COM
DANIEL.LAGUARDIA@SHEARMAN.COM
DAVID.KRONENBERG@CWT.COM
DBARTNER@SHEARMAN.COM
DCOHEN2@MILBANK.COM
DDAVIS@PAULWEISS.COM
DEGGERMANN@KRAMERLEVIN.COM
DGROPPER@AURELIUS-CAPITAL.COM
DMOLTON@BROWNRUDNICK.COM
DNEIER@WINSTON.COM
EJOEL@ELLIOTTMGMT.COM
EKIRKPATRICK@GREERHERZ.COM
ELDON.CUBE.DISCOVERY@DAVISPOLK.COM
ELDON.HOLDINGS.DISCOVERY@DAVISPOLK.COM
ELDON.RAVEN.DISCOVERY@DAVISPOLK.COM
ELEVIN@LOWENSTEIN.COM
ELI.KAY-OLIPHANT@LW.COM
ELLEN.HALSTEAD@CWT.COM
F.VERHOEVEN@HOUTHOFF.COM
FARRINGTON.YATES@SNRDENTON.COM
FBLACK@GREERHERZ.COM
FFOGEL@SILVERPOINTCAPITAL.COM
FHEALY@STROOCK.COM
FREDRIC.SOSNICK@SHEARMAN.COM
GHOROWITZ@KRAMERLEVIN.COM
GLEMANN@HUGHESHUBBARD.COM
GORISA@EKVANDOORNE.COM
GRACE.HOTELS.DISCOVERY@DAVISPOLK.COM

GREGORY.PETRICK@CWT.COM
GREILSHE@HUGHESHUBBARD.COM
GUNILA.WEBER@FRESHFIELDS.COM
HOWARD.HAWKINS@CWT.COM
HSNOVIKOFF@WLRK.COM
HSTEEL@BROWNRUDNICK.COM
IGOLDSTEIN@DL.COM
INGRID.BAGBY@CWT.COM
IPACHULSKI@STUTMAN.COM
IRWIN.WARREN@WEIL.COM
J.GREENALL-OTA@LEHMANBROTHERSJAPAN.COM
J.STERNMAN@KATTENLAW.COM
JCONLON@MAYERBROWN.COM
JDAVIDSON@STUTMAN.COM;
JEFF.FRIEDMAN@KATTENLAW.COM
JEFFREY.GETTLEMAN@KIRKLAND.COM
JILLIAN.GUTMANMANN@DECHERT.COM
JJTANCREDI@DAYPITNEY.COM
JJURELLER@KLESTADT.COM
JOACHIM.KUEHNE@CMS-HS.COM
JODIKLEINICK@PAULHASTINGS.COM
JOSEPH.FABIANI@LW.COM
JOSHUA.DORCHAK@BINGHAM.COM
JRLEDERER@DIAMONDBACKCAP.COM
JSAFERSTEIN@PAULWEISS.COM
JWCOHEN@DAYPITNEY.COM
KBROMBERG@BROWNRUDNICK.COM
KEVIN.C.KELLEY@CHASE.COM
KMANOUKIAN@AKINGUMP.COM
LAWRENCE.GELBER@SRZ.COM
LB.EQUITY.DISCOVERY@DAVISPOLK.COM
LB.EUROPE.DISCOVERY@DAVISPOLK.COM
LB.HOLDS.PLC.DISCOVERY@DAVISPOLK.COM
LB.INDON.DISCOVERY@DAVISPOLK.COM
LB.INTER2.DISCOVERY@DAVISPOLK.COM
LB.LIMITED.DISCOVERY@DAVISPOLK.COM
LB.PTG.DISCOVERY@DAVISPOLK.COM
LB.RE.FIN.DISCOVERY@DAVISPOLK.COM
LB.UK.HOLDS.DISCOVERY@DAVISPOLK.COM
LB.UK.RE.DISCOVERY@DAVISPOLK.COM
LB-DISCOVERY@CGSH.COM
LBIE.DISCOVERY@DAVISPOLK.COM
LBSF.NO1.DISCOVERY@DAVISPOLK.COM
LEHMAN.MORTG.DISCOVERY@DAVISPOLK.COM
LEHMAN.TRANSACTION@IKB.DE
LEHMANNOTICES@KINGSTREET.COM
LEHMANPLANDISCOVERY@WEIL.COM
LELIN@NY.WHITECASE.COM
LELIN@WHITECASE.COM
LMARINUZZI@MOFO.COM
LMAY@COLESCHOTZ.COM
LPLUSH@MAYERBROWN.COM
LUCDESPINS@PAULHASTINGS.COM
M.DOMINGUEZ@PROVEQUITY.COM
MABLE.DISCOVERY@DAVISPOLK.COM
MABRAMS@WILLKIE.COM
MARGOLIN@HUGHESHUBBARD.COM
MARIA.DOUVAS@MORGANSTANLEY.COM
MARK.BANE@ROPESGRAY.COM
MARK.BROUDE@LW.COM

MARK.ELLENBERG@CWT.COM
MATTHEW.MORNINGSTAR@MORGANSTANLEY.COM
MAYRES@PPBADVISORY.COM
METKIN@LOWENSTEIN.COM
MICHAEL.BUSCH@FNF.COM
MICHAEL.CANNING@APORTER.COM
MICHAEL.FABIANO@RBS.COM
MLANDMAN@LCBF.COM
MOHAN.NADIG@LEHMANBROTHERSJAPAN.COM
MONACO.DISCOVERY@DAVISPOLK.COM
MPASKIN@CRAVATH.COM
MROSENTHAL@GIBSONDUNN.COM
MSIEGEL@BROWNRUDNICK.COM
MTORKIN@SHEARMAN.COM
MWIENER@DL.COM
NBASSETT@MILBANK.COM
NED.SCHODEK@SHEARMAN.COM
PATRICK.MAXCY@SNRDENTON.COM
PDUBLIN@AKINGUMP.COM
PETER.FRIEDMAN@CWT.COM
PETER.GRIEP@BUNDESBANK.DE
PSHALHOUB@WILLKIE.COM
QYANG@STATESTREET.COM
R.BEJGER@PROVEQUITY.COM
R.SCHIMMELPENNINCK@HOUTHOFF.COM
RANDI.SINGER@WEIL.COM
RICHARD.ALEXANDER@APORTER.COM
RKRAKOW@GIBSONDUNN.COM
RLEVIN@CRAVATH.COM
RMAY@NGALP.COM
ROBERT.CONRAD@US.HSBC.COM
ROBERT.PIASIO@NOMURA.COM
RSCHWED@SHEARMAN.COM
SABIN.WILLETT@BINGHAM.COM
SANDRA.E.HORWITZ@US.HSBC.COM
SARA.TAPINEKIS@CLIFFORDCHANCE.COM
SCARGILL@LOWENSTEIN.COM
SCHWARTZMATTHEW@SULLCROM.COM
SCOTT.KOERNER@SNRDENTON.COM
SENGELHARDT@MOFO.COM
SHMUEL.VASSER@DECHERT.COM
SOLOMON.NOH@SHEARMAN.COM
SPARBERY@PPBADVISORY.COM
SRAPPAPORT@MILBANK.COM
SRAY@STUTMAN.COM
SREE@LCBF.COM
SSHIMSHAK@PAULWEISS.COM
STEPHAN.ROST@DZBANK.DE
STORM.DISCOVERY@DAVISPOLK.COM
TANNWEILER@GREERHERZ.COM
TKLESTADT@KLESTADT.COM
TMAYER@KRAMERLEVIN.COM
WALTER.STUART@FRESHFIELDS.COM
WILL.SUGDEN@ALSTON.COM
WILTEN@HUGHESHUBBARD.COM
WRIGHTTH@SULLCROM.COM
WROLL@SHEARMAN.COM
ZESTDEW.DISCOVERY@DAVISPOLK.COM