UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             :        08-13555 (JMP)
                                                    :        (Jointly Administered)
                Debtors.                             :
                                                    :
-------------------------------------------------------------------------x        Ref. Docket Nos. 16954-16958, 16960-
                                                                                  16965

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757
    Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not
    a party to the above-captioned action.

2.  On May 18, 2011, I caused to be served the:

    a.  "Notice of Hearing on Debtors' Forty-First Omnibus Objection to Claims (Late-Filed
        Claims)," dated May 18, 2011[Docket No. 16954], (the "41st Omni NOH"),

    b.  "Notice of Hearing on Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed
        Lehman Programs Securities Claims)," dated May 18, 2011 [Docket No. 16955], (the
        "42nd Omni NOH"),

    c.  "Notice of Hearing on Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed
        Lehman Programs Securities Claims)," dated May 18, 2011 [Docket No. 16956], (the
        "43rd Omni NOH"),

    d.  "Notice of Withdrawal of Debtors' Fortieth Omnibus Objection to Claims (Late-Filed
        Claims) as to certain claimants," dated May 18, 2011 [Docket No. 16957], (the "40th
        Omni NOW"),

    e.  "Notice of Withdrawal of Debtors' Forty-First Omnibus Objection to Claims (Late-Filed
        Claims) as to certain claimants," dated May 18, 2011 [Docket No. 16958], (the "41st
        Omni NOW"),

    f.  "Notice of Withdrawal of Debtors' Forty-Second Omnibus Objection to Claims (Late-
        Filed Lehman Programs Securities Claims) as to certain claimants," dated May 18, 2011
        [Docket No. 16960], (the "42nd Omni NOW"),

g.  "Notice of Withdrawal of Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) as to certain claimants," dated May 18, 2011 [Docket No. 16961], (the "43rd Omni NOW"),

h.  "Notice of Adjournment of Hearing of Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) solely as to certain claims," dated May 18, 2011 [Docket No. 16962], (the "40th Omni NOA"),

i.  "Notice of Adjournment of Hearing of Debtors' Forty-First Omnibus Objection to Claims (Late-Filed Claims) solely as to certain claims," dated May 18, 2011 [Docket No. 16963], (the "41st Omni NOA"),

j.  "Notice of Adjournment of Hearing of Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) solely as to certain claims," dated May 18, 2011 [Docket No. 16964], (the "42nd Omni NOA"), and

k.  "Notice of Adjournment of Hearing of Debtors' Forty-Third Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) solely as to certain claims," dated May 18, 2011 [Docket No. 16965], (the "43rd Omni NOA"),

by causing true and correct copies of the:

i.  41st Omni NOH, 42nd Omni NOH, 43rd Omni NOH, 40th Omni NOW, 41st Omni NOW, 42nd Omni NOW, 43rd Omni NOW, 40th Omni NOA, 41st Omni NOA, 42nd Omni NOA and 43rd Omni NOA, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii.  41st Omni NOH, 42nd Omni NOH, 43rd Omni NOH, 40th Omni NOW, 41st Omni NOW, 42nd Omni NOW, 43rd Omni NOW, 40th Omni NOA, 41st Omni NOA, 42nd Omni NOA and 43rd Omni NOA, to be delivered via facsimile to the party listed on the annexed Exhibit B,

iii.  41st  Omni NOH, 42nd Omni NOH, 43rd Omni NOH, 40th Omni NOW, 41st Omni NOW, 42nd Omni NOW, 43rd Omni NOW, 40th Omni NOA, 41st Omni NOA, 42nd Omni NOA and 43rd Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

iv.  41st Omni NOH, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed Exhibit D,

v.  42nd Omni NOH, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E,

vi.  43rd Omni NOH, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed Exhibit F,

viii.   41st Omni NOW, , to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit H</u>,

ix.   42nd Omni NOW, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit I</u>,

x.   43rd Omni NOW, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit J</u>,

xi.   40th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit K</u>,

xii.   41st Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit L</u>,

xiii.   42nd Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit M</u>, and

xiv.   43rd Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit N</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
19th day of May, 2011
*/s/ Cassandra Murray*
Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Omni Notices - 41st-43rd NOH, 40th-43rd NOW, 40th-43rd NOA_DI 16954-16958, 16960-16965_AFF_5-18-11.doc

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
alum@ftportfolios.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com

drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heidi@crumbielaw.com
heim.steve@dorsey.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com

jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kostad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com

lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanchet@mayerbrown.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mprimoff@kayescholer.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

| | |
|---|---|
| mpucillo@bermanesq.com | rfriedman@silvermanacampora.com |
| mrosenthal@gibsondunn.com | rgmason@wlrk.com |
| mruetzel@whitecase.com | rgraham@whitecase.com |
| mschimel@sju.edu | rgraham@whitecase.com |
| mshiner@tuckerlaw.com | rhett.campbell@tklaw.com |
| msiegel@brownrudnick.com | richard.lear@hklaw.com |
| mspeiser@stroock.com | richard.levy@lw.com |
| mstamer@akingump.com | richard.tisdale@friedfrank.com |
| mvenditto@reedsmith.com | ritkin@steptoe.com |
| mwarren@mtb.com | rjones@boultcummings.com |
| ncoco@mwe.com | rlasater@foley.com |
| neal.mann@oag.state.ny.us | rleek@hodgsonruss.com |
| ned.schodek@shearman.com | rlevin@cravath.com |
| newyork@sec.gov | rmatzat@hahnhessen.com |
| nfurman@scottwoodcapital.com | rnetzer@willkie.com |
| nherman@morganlewis.com | rnorton@hunton.com |
| nissay_10259-0154@mhmjapan.com | robert.bailey@bnymellon.com |
| nlepore@schnader.com | robert.dombroff@bingham.com |
| notice@bkcylaw.com | robert.henoch@kobrekim.com |
| oipress@travelers.com | robert.malone@dbr.com |
| omeca.nedd@lovells.com | robert.yalen@usdoj.gov |
| paronzon@milbank.com | robertdakis@quinnemanuel.com |
| patrick.oh@freshfields.com | robin.keller@lovells.com |
| paul.turner@sutherland.com | roger@rnagioff.com |
| pbattista@gjb-law.com | ronald.silverman@bingham.com |
| pbosswick@ssbb.com | rqureshi@reedsmith.com |
| pdublin@akingump.com | rreid@sheppardmullin.com |
| peisenberg@lockelord.com | rroupinian@outtengolden.com |
| peter.gilhuly@lw.com | rrussell@andrewskurth.com |
| peter.macdonald@wilmerhale.com | rterenzi@stcwlaw.com |
| peter.simmons@friedfrank.com | rtrust@cravath.com |
| peter@bankrupt.com | russj4478@aol.com |
| pfeldman@oshr.com | rwasserman@cftc.gov |
| phayden@mcguirewoods.com | rwyron@orrick.com |
| pmaxcy@sonnenschein.com | s.minehan@aozorabank.co.jp |
| ppascuzzi@ffwplaw.com | sabin.willett@bingham.com |
| ppatterson@stradley.com | sabramowitz@velaw.com |
| psp@njlawfirm.com | sagolden@hhlaw.com |
| ptrostle@jenner.com | sally.henry@skadden.com |
| pwright@dl.com | sandyscafaria@eaton.com |
| r.stahl@stahlzelloe.com | sara.tapinekis@cliffordchance.com |
| raj.madan@bingham.com | scargill@lowenstein.com |
| rajohnson@akingump.com | schannej@pepperlaw.com |
| ramona.neal@hp.com | schepis@pursuitpartners.com |
| ranjit.mather@bnymellon.com | schnabel.eric@dorsey.com |
| rbeacher@pryorcashman.com | schristianson@buchalter.com |
| rbyman@jenner.com | schwartzmatthew@sullcrom.com |
| rdaversa@orrick.com | scottshelley@quinnemanuel.com |
| relgidely@gjb-law.com | scousins@armstrongteasdale.com |
| rfleischer@pryorcashman.com | sdnyecf@dor.mo.gov |
| rfrankel@orrick.com | sehlers@armstrongteasdale.com |

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com

tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT B**

## LEHMAN BROTHERS HOLDINGS INC.

FAX LIST

| Name | Fax |
|------|-----|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE UNITED STATES TRUSTEE
ANDREW D. VELEZ RIVERA, PAUL SCHWARTZBERG,
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| QUISMORIO, JAMES | 1738 VIA DEL REY SOUTH PASADENA CA 91030 |

Total Creditor count  1

**EXHIBIT E**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| FORCE MANNER COMPANY LIMITED | 44 WYNDHAM STREET 27/FLOOR, UNIT C&D WYNDHAM PLACE, CENTRAL HONG KONG |
| IBERAVAL SGR | C/ESTACION, 13 C.I.F. XXXXX0796 VALLADOLID 47004 SPAIN |
| SYNAM LIMITED | WING ON COURT 18TH FLOOR, FLAT C 24 HOMANTIN HILL ROAD KOWLOON HONG KONG |
| VILCHEZ MOLEON, ANTONIO | CALLE CASTANEDA NUMERO 4, PISO 3 O C GRANADA 18009 SPAIN |

**Total Creditor count  4**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| MOHINANI, HASSOMAL BULCHAND AND RENU HARISH | 18/F 909 CHEUNG SHA WAN ROAD LAI CHI KOK KOWLOON HONG KONG |

**Total Creditor count  1**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| ALLIANZ GLOBAL INVESTORS FRANCE SA ACTING ON | BEHALF OF THE FUND CEA PI : JEN PREMISLER CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| EMPIRE STATE CARPENTERS PENSION PLAN | C/O MANNING-NAPIER ADVISORS INC ATTN: KIM BAXTER 290 WOODCLIFF DR FAIRPORT NY 14450 |
| IRODA, NAGY ES TROCSANYI UGYVEDI | UGOCSA UTCA 4/B BUDAPEST 1126 HUNGARY |
| J SAINSBURY COMMON INVESTMENT FUND | JEN PREMISLER CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| MORZARIA, RAGINI | 7 EDWINA GARDENS REDBRIDGE ESSEX 1G4 5BS UNITED KINGDOM |
| MORZARIA, RAGINI | 7 EDWINA GARDENS REDBRIDGE ESSEX IG4 5BS UNITED KINGDOM |
| ROBERT STOCKDALE | JEN PREMISLER CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| RODRIGUEZ-COLON, ELIZABETH | URB, DOS PINOS 784 CALLE LINCE SAN JUAN PR 00923 |
| SARKAR, AMIT K | 78 LANSDOWNE RD NOTTINGHILL LONDON W112LS UNITED KINGDOM |
| SKOLNICK, WILLIAM | 68 SEACORD RD NEW ROCHELLE NY 10804 |

**Total Creditor count  10**

**EXHIBIT H**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| JOHN, TAN LYE THIAM | B288A BUKIT BATOK ST. 25 #15-228 SINGAPORE 650288 SINGAPORE |

**Total Creditor count  1**

**EXHIBIT I**

| Claim Name | Address Information |
| --- | --- |
| AGUILERA CAELLES, VICENTE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| AGUILERA CAELLES, VICENTE | AV. DE ROMA, 153-2-2 BARCELONA 08011 SPAIN |
| ALBAREDA COSTA, MARIA JOSE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| ALBAREDA COSTA, MARIA JOSE | C/PARIS 57-61, 2-1 BARCELONA 08029 SPAIN |
| BERTRAN ALCADE, JOSE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| BERTRAN ALCADE, JOSE | C/MIGUEL REVERTER, 7-A SANT JUST DESVERN BARCELONA 08960 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: CASTANER, ANTONIO REDON ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: VILLANUEVA TORAN, JOSE ENRIQUE ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: SANGLAS CAMPS, JAVIER ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: SANZ GARETA, MARIA TERESA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: MARIA CONCEPCION DE AGUIRRE TORRES ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: GALLEN RALUY, LIDIA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: LAFUENTE BEL, JOSE LUIS ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: SANCHEZ-LAFUENTE MARIOL, JUANA MARIA, JOSE ASTO RULL ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: VILA DESPUJOL, MIGUEL & CARMEN GRIFOLL DE LA ESPERANZA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: GARCIA-MILA PALAUDARIAS, JAIME & ROSA M MATEU SOLE ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: FERNANDEZ, ADOLFO RAMIRO ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: MATELLANES MARTIN MATEOS, JOSE M. & MERCEDES DE AZPIAZU GELABERT ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: ORIOL DE MINGO, MANUEL, MERCEDES BITAUBE CORTES ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: JUANALS GARCIA, JUAN & ANNA BELLVEHI SOLER ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: HERRERO MORO, MARIA DEL MILAGRO & PEDRO HERNANDEZ DEL SANTO ATTN: JOAN CAVALLE ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: HIJOS RAUBERT, ESTEBAN & MARIA JESUS GAGO MOREDA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: FERNANDO ALAIX IDOATE ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: SUBIRA FARRE, PEDRO; RAMONA SERENTILL LLOVERA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| ELEUTERIO GONZALEZ ALVAREZ | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| ELEUTERIO GONZALEZ ALVAREZ | MARIA MERCEDES GASCH RIUDOR AVDA. PRAT DE LA RIBA, 54 BAJOS GRANOLLERS (BARCELONA) 08401 SPAIN |
| FERNANDEZ TREMPS, ADOLFO & | MARIA VICENTA ORTEGA ORDOVAS CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| FERNANDEZ TREMPS, ADOLFO & | MARIA VICENTA ORTEGA ORDOVAS CORCEGA 89, ATICO 2 BARCELONA 08029 SPAIN |
| FOREST HOLDING INC | 60 MARKET SQAURE P.O. BOX 364 BELIZE CITY BELIZE |

| Claim Name | Address Information |
| --- | --- |
| FOREST HOLDING INC | ROGERIA MAURICIA SILVA COSTA RUA D. MARIA DORES PAYZINHO 66, LT 4 BRC CARCAVELOS 2775 PORTUGAL |
| GARCIA-TORRENT MOLINA, RAMON | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GARCIA-TORRENT MOLINA, RAMON | C/GANDUXER, 132-6-2 BARCELONA 08022 SPAIN |
| GINE DAVI, JOSE & MARIA CARIDAD ROGER PLANAS | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GINE DAVI, JOSE & MARIA CARIDAD ROGER PLANAS | PASEO BONANOVA, 26, 5-2 BARCELONA 08022 SPAIN |
| GONZALEZ ALVAREZ, ELEUTERIO & | MARIA MERCEDES GASCH RUIDOR CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GONZALEZ ALVAREZ, ELEUTERIO & | MARIA MERCEDES GASCH RUIDOR AVDA. PRAT DEL A RIBA, 54 BAJOS GRANOLLERS BARCELONA 08401 SPAIN |
| GONZALEZ GASCH, ESTEBAN | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GONZALEZ GASCH, ESTEBAN | JULIA CENTELLES, 14, 4-2 GRANOLLERS 08402 SPAIN |
| GONZALEZ GASCH, HELENA | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GONZALEZ GASCH, HELENA | PRINCEP DE VIANA, 15, 1-2 GRANOLLERS (BARCELONA) 08400 SPAIN |
| GONZALEZ GASCH, MERCEDES | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GONZALEZ GASCH, MERCEDES | PRAT DE LA RIBA, 54 GRANOLLERS (BARCELONA) 08400 SPAIN |
| JOVE VINTRO, JOSE L | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| JOVE VINTRO, JOSE L | C/BEETHOVEN, 12-5-1 BARCELONA 08021 SPAIN |
| KUNTZE-BRAACK, NILS | KLABAUTERMANNWEG 130 HAMBURG D-22457 GERMANY |
| KUNTZE-BRAACK, SILVIA | KLABAUTERMANNWEG 130 HAMBURG D-22457 GERMANY |
| LOPEZ, AIDA MARIA ARNAIZ | CAJA DE CREDITO DE LOS INGNENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| LOPEZ, AIDA MARIA ARNAIZ | C/BAQUE, 6 CERDANYOLA DEL VALLES BARCELONA 08290 SPAIN |
| MONTSERRAT CABRE RABADA, MARIA | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| MONTSERRAT CABRE RABADA, MARIA | ENCARNACION CABRE RABADA C/VILADOMAT, 235-237, 3-1 BARCELONA 08029 SPAIN |
| PEDRAZA LLANOS, JOSE LUIS | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| PEDRAZA LLANOS, JOSE LUIS | C/CAMI DE CAN GANXET, 47-1-2 SANT CUGAT DEL VALLES BARCELONA 08190 SPAIN |
| PEREZ RUIZ DE TORRES, JUAN JOSE | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| PEREZ RUIZ DE TORRES, JUAN JOSE | C/LA LUZ, 1 BJS. CASABERMEJA(MALAGA) 29160 SPAIN |
| SANMARTI AULET, JUAN M. | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| SANMARTI AULET, JUAN M. | MARIA ANTONIA BOSCH MALLADA PS. DEL COLLET, 9-11, ESC. C 3-2 CASTELLDEFELS(BARCELONA) 08860 SPAIN |
| STEINHARDT, PEDRO | AMENABAR 1572 P2 "A" BUENOS AIRES 1426 ARGENTINA |

Total Creditor count  57

CAJA DE CREDITO DE LOS INGENIEROS, SCC
TRANSFEROR: SOLER LINARES, JESUS
ATTN: JOAN CAVALLE
VIA LAIETANA, 39
BARCELONA 08003
SPAIN

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: CORDONCILLO FONTANET, FRANCISCO J. & MARIA DEL ROSER MITJAVILA GARCIA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: COLLET CABOT, JOAN & ROSA FISA PLANA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: CARDENO FORASTERO, JOSE ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CERDA BARO, AGUSTIN | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CERDA BARO, AGUSTIN | ROSA MUSSONS SALABERT GAVINA 16, INTERIOR CERDANYOLA DEL VALLES BARCELONA 08290 SPAIN |
| TODINI, GIOVANNA | NICHOLAS BAKER SIMPSON THACHER & BARTLETT LLP 425 LEXINGTON AVENUE NEW YORK NY 10017 |

**Total Creditor count  6**

**EXHIBIT K**

| Claim Name | Address Information |
|---|---|
| ADAGIO FUND | WHITE & CASE LLP ATTN: ABRAHAM L. ZYLBERBERG, RICHARD GRAHAM ATTN: RADEK PALOWSKI 1125 AVENUE OF THE AMERICAS NEW YORK NY 10036-2787 |
| AMSTER, GERALDINE D. | 1307 PALISADES DR. PACIFIC PALISADES CA 90272 |
| AMSTER, GILBERT & GERALDINE | 1307 PALISADES DR PACIFIC PALISADES CA 90272 |
| AN POST SUPEANNUATION | JEN PREMISLER CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| ATHERTON CONSTRUCTION, INC. 0552700 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| BEST LIFE & HEALTH INSURANCE 56011039 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| BIRASCHI,PAOLA | FLAT 73 BRYANSTON COURT II GEORGE STREET LONDON, GT LON W1H 7HD UNITED KINGDOM |
| BROOKS, DAVID J | DAVID S. PEGNO DEWEY PEGNO & KRAMARSKY LLP 220 E. 42ND STREET NEW YORK NY 10017 |
| BUILDING MANAGEMENT SERVICES 1146295 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| CALIFORNIA DEPARTMENT OF WATER RESOURCES | ATTN: JAMES K. OPENSHAW, SENIOR STAFF COUNSEL CALIFORNIA ENERGY RESOURCES SCHEDULING PO BOX 219001 3310 EL CAMINO AVENUE, SUITE 120 SACRAMENTO CA 95821-9001 |
| CATHAY UNITED BANK | DAVID W. PARHAM 2001 ROSS AVENUE, 2300 TRAMMELL CROW CENTER DALLAS TX 75201 |
| CHAUNY, S.A. | JOHN P GLEASON GLEASON & KOATZ, LLP 122 E. 42ND STREET NEW YORK NY 10168 |
| CHURCH OF SCIENTOLOGY INT. 1481250 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| CHURCH OF SCIENTOLOGY RELIGIOUS TR 1406252 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| COLON LOPEZ, ELIZABETH | MENACHEM M. BENSINGER, MCGRAIL & BESINGER LLP 676A NINTH AVENUE # 211 NEW YORK NY 10036 |
| CPF BOARD | JEN PREMISLER CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| DE JESUS, NESTOR E | LA VILLA DE TORRIMAR REINA ANA STREET #163 GUAYNABO PR 00969 |
| DE NICOLA, MICHELA | B66 ALBION RIVERSIDE 8 HESTER ROAD LONDON SW11 4AP UNITED KINGDOM |
| DESERET GEN & TRANS CO-OP 1810550 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| DIMEGLIO, ROBERT | 344 E 28TH STREET, SUITE 23H NEW YORK NY 10016 |
| DIXIE AND ANNE LEAVITT FOUNDATION 5184809 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| DMUCHOWSKI, JOHN J | OMAR-JOHN C. CHAVEZ, WENDY L. MAGER SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP 2 RESEARCH WAY PRINCETON NJ 08540 |
| FILBEE, SARAH M | 107 MAZE HILL GREENWICH LONDON SE108XQ UNITED KINGDOM |
| FOCHT, DEBORAH E | AKERMAN SENTERFITT LESLIE A. UTIGER, ESQ. (ATTORNEY ON BEHALF OF BNC MORTGAGE, INC.) 401 E, JACKSON STREET. SUITE 1700 TAMPA FL 33602 |
| FOCHT, DEBORAH E | 530 E LAUREL ROAD NOKOMIS FL 34275 |
| FRANZO, ROSEMARIE | 119 87TH STREET BROOKLYN NY 11209 |
| FRYER, KELLY | 49 MARITIME CLOSE KENT GREENHITHE DA9 9QW UNITED KINGDOM |
| GARADEX INC. | C/O ANDREW GATY 1800 ST.JAMES PLACE SUITE 300 HOUSTON TX 77056 |
| GELB, JAY | 2 SEACOAST LANE SANDS POINT NY 11050 |
| GMAM GROUP PENSION TRUST II FOR THE ACCOUNT OF | GM GLOBAL HIGH QUALITY; JEN PREMISLER CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| HAHN-COLBERT, SANDRA M | 70 BEAVER BROOK RD HOLMES NY 12531 |
| HIGH LODGE CAPITAL LLC | PATRICK D. OH FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE NEW YORK NY 10022 |
| IRAGORRI, JULIAN | JOHN ROSE, JR. CRUMBIE LAW GROUP 280 TRUMBALL STREET, 21ST FLOOR HARTFORD CT 06103 |
| LEV ARI, TAL | FLAT 2 STRAFFAN LODGE 1-3 BELSIZE GROVE LONDON NW3 4XE UNITED KINGDOM |
| LOUISIANA CITIZENS PROPERTY INSURANCE | CARROLL DEVILLIER JR. BREAZEALE, SACHSE & WILSON, L.L.P. 23RD FLOOR, ONE |

| Claim Name | Address Information |
|---|---|
| CORPORATION | AMERICA PLACE 301 MAIN STREET BATON ROUGE LA 70821-3197 |
| LYNCH, BRENDAN E. | 604 SCOTCH RD PENNINGTON NJ 08534 |
| MARSILIO, PAUL A. | 25-11 37TH STREET ASTORIA NY 11103 |
| MATTINGLY, LOUISE | 28 FORT GREENE PLACE BROOKLYN NY 11217 |
| MCCARTHY, BRIAN M. | 195 WALNUT LANE MANHASSET NY 11030 |
| MCCARTHY, LAWRENCE E | 4741 GARDEN POINT TRL WELLINGTON FL 33414 |
| MONAHAN, MARIA | JOHN M. DALTON 406 FOREST AVENUE STATEN ISLAND NY 10301 |
| PALCHYNSKY, JOHN N. | 32 HILLDALE ROAD PINE BROOK NJ 07058 |
| PORTMAN BUILDING SOCIETY PENSION AND ASSURANCE | SCHEME; JEN PREMISLER CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| RAYNER, RUTH J. | LARCH HOUSE HECKFIELD GREEN HOXNE, EYE SUFFOLK IP21 5AA UNITED KINGDOM |
| RIVKIN, JACK L. | PO BOX 2249 AMAGANSETT NY 11930 |
| SCAVONE, JOSEPH AND THERESA | 229 CENTRAL AVENUE DEER PARK NY 11729 |
| SCAVONE, THERESA, FOR JOSEPH SCAVONE | 229 CENTRAL AVENUE DEER PARK NY 11729-5025 |
| SCELLATO, JAMES | 31 FIELD STREET STATEN ISLAND NY 10314 |
| SEVILLA ARDISANA, JULIO F., DIGNA ROSA DE SEVILLA, | REBECA SEVILLA 321 E 43RD ST APT 712 NEW YORK NY 10017-4707 |
| SEVILLA ARDISANA, JULIO F., DIGNA ROSA DE SEVILLA, | REBECA SEVILLA SALDIVIA 3447 HAMPRESTON WAY N.W. KENNESAW GA 30144-7442 |
| SHEN, JIANSHENG JENSEN | 8502 HORNWOOD DR. HOUSTON TX 77036 |
| SMEJKAL, FRANK | 1305 BEVERLY STREET HOUSTON TX 77008 |
| SMEJKAL, FRANK | 110-318 1415 S VOSS RD STE 110 HOUSTON TX 77057-1000 |
| SUTTON, JULIAN R | 33 PINE GROVE BROOKMANS PARK HERTS AL9 7BP UNITED KINGDOM |
| TAYLOR,CHRISTOPHER C | 23220 PARK ENSENADA CALABASAS CA 91302 |
| TEMEL, TULUG T. | 18A BELSIZE SQUARE LONDON NW3 4HT UNITED KINGDOM |
| TENNANT, COLIN H | 21 PRINCEDALE ROAD LONDON W11 3NW UNITED KINGDOM |
| VENTURA COUNTY TAX COLLECTOR | ATTN: BANKRUPTCY 800 S VICTORIA AVE VENTURA CA 93009-1290 |
| VENTURA, GIORGIO | VIA MELCHIORRE GIOIA 53 MILANO 20124 ITALY |
| VERDE VALLEY MEDICAL CENTER 6120100 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| VEREKER, WILLIAM | 13 DAWSON PLACE LONDON W2 4TH UNITED KINGDOM |
| VINTAH BASIN MEDICAL CENTER 8748701 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| WESTLB AG | TIMOTHY T, BROWN CADWALADAR, WICKERSHAM & TAFT LLP 700 6TH STREET, N.W. WASHINGTON DC 20001 |
| WILKINSON, TIMOTHY B | CORNER COTTAGE PARSONAGE LANE ESSEX LITTLE BADDOW CHELMSFORD CM3 4SU UNITED KINGDOM |
| ZAKIAN, PAUL A. | 129 EAST 82ND STREET APT 10A NEW YORK NY 10028 |
| ZANCO, MARIO | VIA CONCORDIA 10 CUSANO MILANINO 20095 ITALY |

**Total Creditor count  66**

**EXHIBIT L**

| Claim Name | Address Information |
|---|---|
| ADANTE FUND LP C/O SYMPHONY ASSET MANAGEMENT LLC | ABRAHAM L. ZYLBERBERG WHITE & CASE LLP 1125 AVENUE OF THE AMERICAS NEW YORK NY 10036-2787 |
| CHAN, LORI | 33-49 75TH STREET JACKSON HEIGHTS NY 11372 |
| DAVY, DARREN | PATRICK D. OH FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE NEW YORK NY 10022 |
| DMUCHOWSKI, JOHN J | OMAR-JOHN C. CHAVEZ, WENDY L. MAGER SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP 2 RESEARCH WAY PRINCETON NJ 08540 |
| ENCORE FUND, LP C/O SYMPHONY ASSET MANAGEMENT LLC | ABRAHAM L. ZYLBERBERG WHITE & CASE LLP 1125 AVENUE OF THE AMERICAS NEW YORK NY 10036-2787 |
| FORTISSIMO FUND C/O SYMPHONY ASSET MANAGEMENT LLC | ABRAHAM L. ZYLBERBERG WHITE & CASE LLP 1125 AVENUE OF THE AMERICAS NEW YORK NY 10036-2787 |
| GATEX PROPERTIES INC | C/O ANDREW GATY 1800 ST.JAMES PLACE SUITE 300 HOUSTON TX 77056-4109 |
| GH PHIPPS CONSTRUCTION COMPANIES 7061931 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| HAHN-COLBERT, SANDRA | 70 BEAVER BROOK RD. HOLMES NY 12531 |
| HAHN-COLBERT, SANDRA M | 70 BEAVER BROOK RD. HOLMES NY 12531 |
| KING, HARRIET CHAN | 395 SOUTH 2ND STREET #1 BROOKLYN NY 11211 |
| LAYTON COMPANIES, INC, THE 5175510 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| MCMAHON, EDITH E & JOSEPH F. MCMAHON | 310 PACIFIC AVENUE WEST CAPE MAY NJ 08204 |
| REID, WAYNE D, II | 433 LANGLEY OAKS DRIVE MARIETTA GA 30067 |
| RODRIGUEZ-COLON, ELIZABETH | URB. DOS PINOS 784 CALLE LINCE SAN JUAN PR 00923 |
| SINCLAIR MEDICAL PLAN SI97400 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| SMEJKAL, FRANK | 1305 BEVERLY STREET HOUSTON TX 77008 |
| STARTEK INC. 8109959 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| UT STATE BAR 8938175 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |
| UTAH BUSINESS/BENCHMARK INSURANCE CO. 8914701 | ZIONS FIRST NATIONAL BANK FBO ATTN: BRIAN SHRUM, CUSTODIAN ONE SOUTH MAIN, 12TH FLOOR SALT LAKE CITY UT 84133-1109 |

**Total Creditor count  20**

**EXHIBIT M**

| Claim Name | Address Information |
|---|---|
| ABLEMEN & ASSOCIATES LTD | FLAT E, 3RD FLOOR, BLOCK B, NING YEUNG TERRACE 78 BONHAM ROAD HONG KONG CHINA |
| BURROW, MICHAEL | HOUSEBOAT MADDALENA 106 CHEYNE WALK LONDON SW10 0DG UNITED KINGDOM |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: GALLEN RALUY, LIDIA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CHANG SING CHEUNG &/OR SO WAI LAN | FT E 24/F BLK 1 PARK VIEW GDN 8 PIK TIN STREET SHATIN HONG KONG |
| CHAU KAM MAN & CHIANG WAI MAN VIVIAN | 17A HILLTOP 60 CLOUD VIEW ROAD NORTH POINT HONG KONG |
| CLEIJPOOL, G.J. | MR. EDUOARD FREMAULT AVENUE EDMOND VAN NIEUWENHUYSE 6B8 BRUSSELS 1160 BELGUIM |
| DE LA ROSA DIAZ, JOSE ANTONIO | CALLE JULIAN SANZ IBANEZ 44 4-C ZARAGOZA 50017 SPAIN |
| DE LOCHTENBERG BEHEER | SCHRETLEN & CO. N.V. APOLLO HOUSE - APOLLOLAAN 15 AMSTERDAM 1077AB THE NETHERLANDS |
| EITO EITO, ANGELES | CALLE DOCTOR CERADA 14-16 ESE. 2, 6 ZARAGOZA 50005 SPAIN |
| F. CH. W. MEVISSEN BV | SCHRETLEN & CO. N.V. APOLLO HOUSE - APOLLOLAAN 15 AMSTERDAM 1077AB THE NETHERLANDS |
| FOK YIM SHEUNG, FLORIA | 26 H BLOCK 13 YUET WU VILLA TUEN MUN HONG KONG |
| GONG CHENG HSIUNG | 23/F B BLOCK 5 AVON PARK 15 YAT-MING ROAD FANLING, NT HONG KONG |
| GONZALEZ ROQUET, MARIA | CALLE VERONICA 16 4 IZQ. ZARAGOZA 50001 SPAIN |
| GROOTENHUIS, J.B. | ROSTOCKLAAN 14 BUSSUM 1404 AG NETHERLANDS |
| H. ROOTVELD | SCHRETLEN & CO. N.V. APOLLO HOUSE - APOLLOLAAN 15 AMSTERDAM 1077AB THE NETHERLANDS |
| HO KAM YUEN | FLAT C, 5/F 28 NASSAU STREET, MEI FOO SUN CHUEN KOWLOON HONG KONG |
| HO, CHU WAI YEE., DR | 8/F HUMPHREY PLAZA, 4 HUMPHREYS AVE TSIM SHA  TSUI KOWLOON HONG KONG |
| IE SHE HOEN & TAN TJIANG MOY | FLAT C-2, 17/F, BLK C, WILSHIRE TOWER 200 TIN HAU TEMPLE ROAD HONG KONG |
| INTEGRALE CCA. | PLACE SAINT JOCQUES 11 BTE 101 LIEGE 4000 BELGIUM |
| JOSE RUIVO DRAGAO, JOAO | VILA DRAGAO ALDEIA CAMPO VILAMOURA QUARTEIRA 8125-417 PORTUGAL |
| JUVENTIS INTERNATIONAL LIMITED | LEVEL 13 1 QUEEN'S ROAD CENTRAL HONG KONG |
| KING SANG, LEUNG | FLAT/ROOM C 20/F BLOCK 5 CITY ONE SHATIN TAK KEI STREET SHATIN N.T. HONG KONG |
| LAFRANCE, HUGHES | 49 RUE JOSEPH GORIN KAIN-TOURNAI 7540 BELGIUM |
| LAFRANCE, MARTINE | 8, RUE DU PAVE DORMONT KAIN-TOURNAI 7540 BELGIUM |
| LAM YING CHOI & YEUNG SO FAN | 12B, BLOCK 1, FLORA GARDEN 7 CHUN FAI ROAD HONG KONG |
| LICERAS RUIZ, JOSE LUIS | C/MEMORIAL NUNEZ BLANCA NO. 9 GRANADA 18007 SPAIN |
| LIN CHAN, HING | SHUK YI LIU, IVY 3A BLOCK 32 GREENWOOD TERRACE 26-28 SUI WO ROAD FO TAN HONG KONG |
| LIN HSIEN HSIUNG &/LIN LAI CHAO YIN &/LIN YU TANG | &/LIN YU TING NO 58 KWANG MING ROAD TA CHIA TAICHUNG HSIEN 437 TAIWAN, PROVINCE OF CHINA |
| MEEUS LUDOVICUS | COLETTYNENHOF 16 BRUGGE 8000 BELGIUM |
| MEEUS-AELBRECHT, LUDOVICUS | COLETTIJNENHOF 16 BRUGGE 8000 BELGIUM |
| MEVROUW E.C. ROOTVELD & F.B.A.P. ROOTVELD | SCHRETLEN & CO. N.V. APOLLO HOUSE - APOLLOLAAN 15 AMSTERDAM 1077AB THE NETHERLANDS |
| MEVROUW N.P.J. VAN LUIJK | SCHRETLEN & CO. N.V. APOLLO HOUSE - APOLLOLAAN 15 AMSTERDAM 1077AB THE NETHERLANDS |
| MOK SIU YUK, EMILY | 167 QUEEN'S ROAD EAST 5TH FLOOR WANCHAI HONG KONG |
| NG PUI SHAN VINCI | FLAT C 21/F BLOCK 11 CITY GARDEN NORTH POINT HONG KONG |
| NORDHAGEN, OVE | HAGAVEIN 17 LOKEN N-1960 NORWAY |
| PARDO CORDERO, EMILIO | CHEMIN D'ARBEILLAT (HARAS) 64490 ACCOUS ACCOUS 64490 FRANCE |
| PEARL ASSURANCE PLC | ROBIN E. KELLER & CHRISTOPHER BRYANT HOGAN LOVELLS US LLP 875 THIRD AVENUE NEW YORK NY 10022 |
| PEARL ASSURANCE PLC | CRAIG H. ULMAN & KHANG V. TRAN HOGAN LOVELLS US LLP COLUMBIA SQUARE 555 THIRTEENTH STREET, N.W. WASHINGTON DC 20004 |
| PLENTYWEALTH INVESTMENT CO. LTD | ROOM 2206 22/F 118 CONNAUGHT ROADWEST HONG KONG HONG KONG |
| POLITT, HANS-DIETRICH | HARTMUT RITTER BREITE STRASSE 25/26 BRAUNSCHWIEG 38100 GERMANY |
| POON YUK WAH | G/F, HOUSE B, 11-13 WILTSHIRE ROAD WILTSHIRE PLACE KOWLOON TONG HONG KONG |

| Claim Name | Address Information |
|---|---|
| R.F.P. ROBYN B.V. | JOOST WILLEMEN VIJFHUIZENBERG 50 POSTBUS 69 ROOSENDAAL 4700AB THE NETHERLANDS |
| SCHAEFER, EDITH | MICHAEL PLFAUMER GROSSMAN & HAAS KRONENSTRASSE 24, ZEPPELIN-CARRE STUTTGART 70173 GERMANY |
| SCHOWALTER, CHRISTINA | MEDARTSHOF 1 MUTTERSTADT 67712 GERMANY |
| SCHRODER, INGRID | BRENTANOSTRASSE 12 BONN D-53113 GERMANY |
| SHRAM, MOSHE | DAN SHAKED SHAKED & POSNER 255 W. 36TH ST., 8TH FLOOR NEW YORK NY 10018 |
| SIEPMANN & CIE GMBH & CO KG | JENISCHSTR. 35 HAMBURG 22609 GERMANY |
| STAHL, GABRIELE | MAIUPARKSTRASSE 11 MAINASCHAFF D-63814 GERMANY |
| STICHTING QUADRAAM | SCHRETLEN & CO. N.V. APOLLO HOUSE - APOLLOLAAN 15 AMSTERDAM 1077AB THE NETHERLANDS |
| STRADMEIJER, A.E. | GRONINGERSTRAAT 187 DE PUNT 9493 PB NETHERLANDS |
| SUTER, CLAUDIA | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| TOP ADVANCE LIMITED | 31/F THE CENTER 99 QUEEN'S ROAD CENTRAL HONG KONG |
| TSUI, JOHN &/OR LEE HO YI LINDA | FLAT 4 3/F BLOCK B KING LAI COURT 36-38 COURT FUNG SHING ST NGAU CHI WAN HONG KONG |
| VAN MEURS-BERGSMA, HMA | GRENSLAAN 6 AERDENHOUT 2111 GH NETHERLANDS |
| WEB-PRO TECHNOLOGY LIMITED | P.O. BOX 188 PEJABAT POS MINI, CENTRAL PLAZA 88200 KOTA KINABALU SABAH MALAYSIA |
| WONG YEE WAN & POON KAI HUNG | FLAT E, 8/F, BLK 1 POK FU LAM GDNS POK FU LAM HONG KONG |
| WOUTERS, DANIELLE | STEENOVENSTRAAT 14 WESTMALLE 2390 BELGIUM |
| WRENTON MANAGEMENT LIMITED | 2ND FLOOR ABBOTT BUILDING P.O. BOX 933 ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH) |
| YAM CHAK HONG HENRY | FLAT A, 17/F, HIBISCUS COURT WORLD-WIDE GARDENS 7 LUNG PAK ST. SHATIN HONG KONG |
| YU CHUN KWAN | RM 808 8/F BLK H LUK YEUNG SUN CHUEN TSUEN WAN,NEW TERRITORIES HONG KONG |

**Total Creditor count  60**

# EXHIBIT N

| Claim Name | Address Information |
|---|---|
| ABLEMEN & ASSOCIATES LTD | FLAT E, 3RD FLOOR, BLOCK B, NING YEUNG TERRACE 78 BONHAM ROAD HONG KONG |
| AJF HOLDING B.V. | TER BORCHLAAN 43 GRONINGEN 9728 XA NETHERLANDS |
| AJF HOLDING B.V. | PLAS│BOSSINADE ADVOCATEN ATTN: MR. S.N.S.M. MAK POSTBUS 1100 GRONINGEN 9701 BC THE NETHERLANDS |
| ANDERSEN, SAMUEL MAGNUS | LONALEITET 157 HAUKELAND 5268 NORWAY |
| AUGUSTO, CHIERICHETTI | VIA DELLA BIELLA, 6 CASTELLANZA (VA) 21053 ITALY |
| BAKKER, P.J. | POSTBUS 741 MAASTRICHT 6200 AS NETHERLANDS |
| BANCO DI NAPOLI S.P.A | ANDREA PINCUS REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANI, THEOPHIL | ANDREA PINCUS REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BIANCO, GRAZIELLA | VIA TANA BASSA, 30 MONTEGROSSO D'ASTI (AT) 14048 ITALY |
| BUGINI, HANS | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| CHU, TAI-FANG & SHU MEI LIN | PO BOX 8-95 KAOHSIUNG 807 TAIWAN, PROVINCE OF CHINA |
| COCA VANO, FRANCISCO JOSE | C/MANUEL DEL VALLE, 16,5 DCHA MADRID 28043 SPAIN |
| DER M&P MENG UND VORSORGESTIFUNG | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| DILISSEN, MARLEEN | ENGELSTRAAT 82 SINT-AMANDSBERG 9040 BELGIUM |
| EDIFICACIONES MARSOL, S.A. | C/ JUAN DE URBIETA 16 MADRID 28007 SPAIN |
| EIGENHEER, HEIDI | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| ERNSDORFO, KARL | C/O ROTTER RECHTSANWATTE LUISE-ULLRICH-STR. 2 GRUNWALD 82031 GERMANY |
| EUROMIX SICAV, SA | AVENIDA MADRID, 77-10-A LOGROFRO 26006 SPAIN |
| FABER, DOEKE C. | VIRULYPAD 27 LEYDEN 2316 ZS NETHERLANDS |
| FIEBIGER, HEINZ | CH DU ROUSSILLON 6 MEYRIN 1217 SWITZERLAND |
| FISCHLI, RUDOLF | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| FLACH-MEIER | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| FRIEDRICH, A.J. | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| GLOOR, MAX | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| GOSELE, HEINZ | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| HE PING &/OR DING XIAFEN | NO 29 SHAN YANG LU TWO LUNG HUNG HOU DISTRICT SHANGHAI CHINA |
| HEINEMANN, A.A.M. | SEGBROEKLAAN 110 THE HAGUE 2565 DN NETHERLANDS |
| KALT, EDGAR | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| KNOLLER, PETER & MARITTA | CLAUS-PETER KNOELLER KURPFALZSTRASSE 10 MAXDORF 67133 GERMANY |
| KNUPP, WALTER | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| KOK, ERIC | 54 JALAN BUKIT SEGAR 3 TAMAN SEGAR CHEARS KUALA LUMPUR 56100 MALAYSIA |
| KONIG, PC | N.V. DE VEREENIGDE EFFECTEN COMPANIE JAN NIEUWENHUIZENPLEIN 12 EDAM 1135WV THE NETHERLANDS |
| KONIG, PC | N.V. DE VEREENIGDE EFFECTEN COMPANIE OOSTBUS 81 EDAM 1135ZJ THE NETHERLANDS |
| KUPAT HATAGMULIM SHEL ODVEY BANK | EITAN LAVIE, SULAMI LAVIE LAW FIRM RUBENSTEIN BLDG, 20 LINCOLN ST., 15TH FLOOR TEL-AVIV 67134 ISRAEL |
| LIMTONG MANUEL TAN | &/OR LIMTONG EUSEBIO EDGARDO TAN SERAFIN BORCES STREET MABOLO CEBU CITY PHILIPPINES |
| LIN WU CHUEH & SHIH SHU TSUN | NO 36 LANE 319 CHIN HUA RD TAICHUNG TAIWAN, PROVINCE OF CHINA |
| MARTINEZ LOPEZ, ENCARNACION | C/ JUAN DE URBIETA 16 MADRID 28007 SPAIN |
| MEYER-MEIER, ADRIAN | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| MOHINANI HASSOMAL BULCHAND | &/OR MOHINANI RENU HARISH FLAT A 15/F WING ON COURT 24 HOMANTIN HILL ROAD KOWLOON HONG KONG |
| MOTLLO CARBO, ANTONIO | C/ LOS PENASCALES 46, 6-A MADRID 28028 SPAIN |
| MOTLLO MARTINEZ, ANTONIO | C/ SANTA MARIA MAGDALENA 19 MADRID 28016 SPAIN |
| NIESZNER, THOMAS | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| REYMEN, EDMOND | K. DE PRETERLEI 42 BORGERHOUT 2140 BELGIUM |
| SCHENKER, RUDOLF | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| SCHEURMANN, BEATRIX | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| SCHNOPP, MAX LUDWIG | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| SCHWARZ, MATTHIAS | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| SPILT, J.C. | VALKEVEENSELAAN 2 A HUIZEN 1272 ND NETHERLANDS |
| STRADMEIJER, A.E. | GRONINGERSTRAAT 187 DE PUNT 9493 PB NETHERLANDS |
| STRAUSS-MUHLEMANN, PETER | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| THAM YIU KWOK | RM 26A AMBER GARDEN 70-72 KENNEDY ROAD HONG KONG |
| VAN OVERBEKE, IGNACE | LOPPENSESTRAAT 39 LOPPEM 8210 BELGIUM |
| VOGLER, KARL | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| WELLINGER, CHRISTOHER | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| WERNLI, BEAT | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| WILLEMS, SIMONE | KREGLINGERSTRAAT 39 DEURNE (ANTWERPEN) B-2100 BELGIUM |
| WINIGER, ROMAN | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| WONG TAK KEUNG & LAM SAU LING | 8/F, 93D BROADWAY, MEI FOO SUN CHUEN KOWLOON HONG KONG |
| WOO SET WAH & CHUI FUNG MING SANDRA | 11D, LILY COURT 9 LUNG PAK ST WORLD-WIDE GARDENS SHATIN, NT HONG KONG |
| WOODTLY, URSULA | NANCY KOURLAND ROSEN & ASSOCIATES 747 THIRD AVENUE NEW YORK NY 10017 |
| YIU YUEN ON PAUL | FLAT 7D WING ON COURT 24 HO MAN TIN HILL ROAD KOWLOON HONG KONG |

**Total Creditor count  61**