UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                      :

In re                               :          Chapter 11 Case No.
                                        :

LEHMAN BROTHERS HOLDINGS INC., *et al.,*  :         08-13555 (JMP)
                                        :         (Jointly Administered)

            Debtors.           :

                                        :

------------------------------------------------------------------x       Ref. Docket Nos. 9709, 9711-9713,
                                            11016, 11017, 12563, 13389, 14550,
                                            14822, 15130, 15133, 16372, 16376,
                                            16378, 16379, 16381, 16382, 16987,
                                            16989, 16990

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

DIANE STREANY, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 24, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             */s/ Diane Streany*
                                             Diane Streany

Sworn to before me this
26th day of May, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:  DEUTSCHE BANK AG, LONDON BRANCH
              TRANSFEROR: SWEDBANK AB, NEW YORK BRANCH
              ATTN: RICH VICHAIDITH
              60 WALL STREET, 3RD FLOOR
              NEW YORK NY 10005

Please note that your claim # 67080-20 in the above referenced case and in the amount of
         $66,828,258.44  allowed at $38,381,926.33         has been transferred (**unless previously expunged by court order**)

         CCP CREDIT ACQUISITION HOLDINGS, LLC
         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
         ATTN: MIKE EPSTEIN & DAN BORIS
         375 PARK AVENUE, 13TH FLOOR
         NEW YORK NY 10152

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 15130     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/24/2011                         Vito Genna, Clerk of Court


                                         /s/ Diane Streany
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                         **as** claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 24, 2011.

**EXHIBIT B**

TIME: 17:27:03
DATE: 05/24/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:   1

| Name | Address |
|---|---|
| BANCO ESPIRITO SANTO | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: N. LYNN HIESTAND 40 BANK STREET CANARY WHARF   E14  5DS UNITED KINGDOM |
| BANCO ESPIRITO SANTO | DEPARTAMENTO FINANCIERO MERCADOS E ESTUDOS AV. LIBERDADE 195 LISBOA 1250-142 PORTUGAL |
| BANCO ESPIRITO SANTO | PEDRO CRUCHINFO DEPARTAMENTO FINANCIERO MERCADOS E ESTUDOS LISBOA 126-9-142 PORTUGAL |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MIKE EPSTEIN & DAN BORIS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MIKE EPSTEIN & DAN BORIS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CONSULME B.V. | SERING 14 CUIJK  5432 DD NETHERLANDS |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: BANCO ESPIRITO SANTO ATTN: ASHWINE SAWH ONE MADISON AVENUE, 2ND FLOOR NEW YORK NY 10010 |
| DE KROSE, MARTINUS, BERNARDUS, ALBERTUS, MARIA | SERING 14 CUIJK  5432 DD NETHERLANDS |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENWORTH LIFE INSURANCE COMPANY ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SERENGETI LYCAON ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SERENGETI RAPAX ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SWEDBANK AB NEW YORK BRANCH ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| GOEDHART PARTICIPATIES B.V. | POSTBUS 295 ALPHEN AAN DEN RYN  2400 AG NETHERLANDS |
| GOLDMAN SACHS LENDING PARTNERS LLC | MICHAEL FRIEDMAN, ESQ. RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ENI S.P.A. F/K/A SOCIETA FINANZIARIA ENI S.P.A. C/O Goldman, Sachs & Co. Attn: A. Cadltz 30 Hudson Street, 36th Floor Jersey City NJ 07302 |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HENSEN, J.R. | OLIESTRAAT 8 ZALTBOMMEL  5301 B8 NETHERLANDS |
| LUBBE-VAN PAASSEN, J.C.M. | MARELAAN 54 CEGSTGEEST  2341 LE NETHERLANDS |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: LIMINANT ENERGY COMPANY LLC ATTN: JEFFREY BENESH & RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: SETH DENSON 214 N TRYON STREET CHARLOTTE NC 28255 |
| OUDSMOORN, L. | GOUDSE RIJWEG 14 BOSKOOP  2771 AE NETHERLANDS |
| SERENGETI LYCAON | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH |
| SERENGETI RAPAX | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH |
| STICHTING WAARDEPOT FINVESTOR | TRANSFEROR: CONSULME B.V. C/O FINVESTOR BV ATTN: MR. ARCO KRIJGSMAN MALIEBAAN 70 UTRECHT  3581 CV THE NETHERLANDS |
| STICHTING WAARDEPOT FINVESTOR | TRANSFEROR: DE KROSE, MARTINUS, BERNARDUS, ALBERTUS, MARIA C/O FINVESTOR BV ATTN: MR. ARCO KRIJGSMAN MALIEBAAN 70 UTRECHT  3581 CV THE NETHERLANDS |
| STICHTING WAARDEPOT FINVESTOR | TRANSFEROR: GOEDHART PARTICIPATIES B.V. C/O FINVESTOR BV ATTN: MR. ARCO KRIJGSMAN MALIEBAAN 70 3581 CV UTRECHT UTRECHT  3581 CV THE NETHERLANDS |
| STICHTING WAARDEPOT FINVESTOR | TRANSFEROR: HENSEN, J.R. ATTN: MR. ARCO KRIJGSMAN C/O FINVESTOR BV MALIEBAAN 70 3581 CV UTRECHT UTRECHT  3581 CV THE NETHERLANDS |
| STICHTING WAARDEPOT FINVESTOR | TRANSFEROR: LUBBE-VAN PAASSEN, J.C.M. ATTN: MR. ARCO KRIJGSMAN C/O FINVESTOR BV MALIEBAAN 70 3581 CV UTRECHT UTRECHT  3581 CV THE NETHERLANDS |
| STICHTING WAARDEPOT FINVESTOR | TRANSFEROR: OUDSMOORN, L. ATTN: MR. ARCO KRIJGSMAN C/O FINVESTOR BV MALIEBAAN 70 3581 CV UTRECHT UTRECHT  3581 CV THE NETHERLANDS |
| TSO, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ASHURST LLP AMANDA GOEHRING 7 TIMES SQUARE, 42ND FL NEW YORK NY 10036 |
| TSO, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ASHURST LLP AMANDA GOEHRING 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036 |
| YORK EUROPEAN STRATEGIES TRADING LIMITED | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |

Total Number of Records Printed          33

EPIQ BANKRUPTCY SOLUTIONS, LLC