UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                                  Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,                  Case No. 08-13555 (JMP)

                            Debtors.
-----------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF BRUCE J. DUKE

UPON the motion of Bruce J. Duke dated May 18, 2011, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Bruce J. Duke is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       May 26, 2011

                                                                  *s/ James M. Peck*
                                                                  UNITED STATES BANKRUPTCY JUDGE