UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                            :    Chapter 11
In re:                                   :    Case No. 08-13555(JMP)
                                                      :    (Jointly Administered)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :
                 Debtors.            :    CERTIFICATE OF SERVICE
                                                      :
------------------------------------------------------------------- X

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 26th of May 2011, the Notice of Adjournment of Hearing to Consider Approval of Non-Consolidation Disclosure Statement was served by hand upon:

                Tracy Hope Davis, Esq.
                Elisabetta G. Gasparini, Esq.
                Andrea B. Schwartz, Esq.
                Office of the U.S. Trustee for Region 2
                33 Whitehall Street, 21st Floor
                New York, NY  10004

                Gerard Uzzi, Esq.
                J. Christopher Shore, Esq.
                White & Case LLP
                1155 Avenue of the Americas
                New York, NY  10036

                Dennis F. Dunne, Esq.
                Dennis O'Donnell, Esq.
                Evan Fleck, Esq.
                Milbank, Tweed, Hadley & McCloy LLP
                1 Chase Manhattan Plaza
                New York, NY  10005

        Harvey R. Miller, Eq.
        Lori R. Fife, Esq.
        Alfredo R. Perez, Esq.
        Weil Gotshal & Manges LLP
        767 Fifth Avenue
        New York, NY 10153

    2. This service was made by assistant managing clerks of this firm under my general supervision.

Dated: New York, New York
       May 26, 2011

                                                  Richard V. Conza