WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                                          :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                       :    **08-13555 (JMP)**
:
Debtors.                                         :    **(Jointly Administered)**
:
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' NINETY-SECOND OMNIBUS OBJECTION TO CLAIMS**
**(NO BLOCKING NUMBER LPS CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) (the "Objection"), that was scheduled for June 2, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to June 30, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: May 26, 2011
      New York, New York

           /s/ Robert J. Lemons
           Robert J. Lemons

           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Debtors
           and Debtors in Possession

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| ADE, VOLKER | 12422 | N/A |
| AMONN-DINGER, VERENA | 11169 | N/A |
| BAUMHEIER, KATJA | 11170 | N/A |
| BAUMHEIER, KATJA | 11171 | N/A |
| BAYER, DR. INGEBORG | 12425 | N/A |
| BAYER, DR. INGEBORG | 12426 | N/A |
| BECKER, DR. KLAUS | 13631 | N/A |
| BIESEMANN, DR. JOERG | 13624 | N/A |
| BROMMERT, ULRIKE | 12436 | N/A |
| BROSCHK, DIETER | 13637 | N/A |
| CZYGANOWSKI, SIEGFRIED | 13610 | N/A |
| DIETZSCH, KRISTIN | 11173 | N/A |
| DREIMANN, KLAUS | 13614 | N/A |
| FASSBENDER, MARIA | 13638 | N/A |
| FETKENHEUER, LOTHAR | 67257 | N/A |
| FUCHS, GERHARD | 13632 | N/A |
| GANSER, ALBERT | 24995 | N/A |
| GETTE, HELENE | 12444 | N/A |
| HASSE, KLAUS-DIETER | 13628 | N/A |
| HEINZEN, HANS | 11178 | N/A |

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| HIRSCH, KURT | 11179 | N/A |
| ILDEFONSO LACASTA MARCH | 45223 | N/A |
| ISHII, HIROICHI AND HELLA | 13602 | N/A |
| JAHN, URSULA & HORST | 24987 | N/A |
| JANSEN, WALTER | 34350 | N/A |
| JANSEN, WALTER | 34347 | N/A |
| JONAS, PETER AND HEIKE | 13605 | N/A |
| KAPALLA, KURT | 12448 | N/A |
| KELLNER, MARTIN | 11181 | N/A |
| KIM, CHRISTINA | 9491 | 15337 |
| KLIPPEL, ALMUT | 67260 | N/A |
| KLUG, KLAUS | 12442 | N/A |
| KOECHLING, HERMANN | 11184 | N/A |
| KRAWINKEL, ODO | 12427 | N/A |
| KRAWINKEL, ODO | 12428 | N/A |
| KUHNAST, FRANK-ROLAND | 67258 | N/A |
| LENNARTZ, HEINZ WERNER | 39781 | 15334 |
| LEWIN, JOERG | 34348 | N/A |
| LUCKS, IIONA | 24996 | N/A |
| LUKOSCHEK, WOLFGANG | 13611 | N/A |
| MARCHAND LOPEZ, HUMBERTO G. | 2794 | N/A |
| MARCHAND LOPEZ, HUMBERTO G. | 2795 | N/A |

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| MARTINEZ SABE, HECTOR RAUL | 31404 | N/A |
| MASTALEREK, MICHAEL | 11187 | N/A |
| MITTMANN, HANA | 24990 | N/A |
| MUELLER, WILFRIED | 24991 | N/A |
| NOERRENBERG-SUDHAUS, WERNER | 11190 | N/A |
| OBERKERSCH, BEATRICE | 11191 | N/A |
| POSCH, MANFRED | 12441 | N/A |
| PROCESOS CONTROLADOS SE DE CV | 2821 | N/A |
| PUNJAB NATIONAL BANK (INTERNATIONAL) LIMITED | 63860 | 15074 |
| RAKE, FRANK-REINER | 11192 | N/A |
| RAKEPOLL FINANCE N.V. | 1638 | N/A |
| RAMPOLD, HEIDRUN ELISABETH | 11193 | N/A |
| RBS SECURITIES INC. | 59793 | 15036 |
| RBS SECURITIES INC. | 59794 | 15036 |
| RODRIGUEZ, KARSTEN | 13621 | N/A |
| RUTTENER, JUERG FOR RUETTENER, HANNELORE | 67267 | N/A |
| RUTTENER, JUERG FOR RUETTENER, HANS | 67265 | N/A |
| SCHIENER, FRIEDBERT WALTER UND HANNELORE EDELTRAUT | 11196 | N/A |
| SCHMIDT, KARIN | 11197 | N/A |
| SCHMIDT, RA PETRA | 11198 | N/A |
| SCHMITZ, HERBERT | 24982 | N/A |

| Claimant Name | Claim Number | Docket No. |
|---|---|---|
| SCHMITZ, HERBERT | 24983 | N/A |
| SCHMITZ, HERBERT | 24960 | N/A |
| SCHMITZ, HERBERT | 24984 | N/A |
| SCHOBER, HANS-JOACHIM | 13634 | N/A |
| SCHOBER, MARITA | 13635 | N/A |
| SCHWEBIUS, SANDRA | 11199 | N/A |
| SCHWERDT, KORINNA, DR. | 61158 | N/A |
| SOGECAP | 1168 | 15080 |
| SOKOLOWSKI, CLAUS-GUENTHER | 11200 | N/A |
| SPERZEL, SUSANNE | 12443 | N/A |
| SPRINGER, WERNER | 13623 | N/A |
| STANGE, HANS-JOACHIM | 12440 | N/A |
| STEINFORT, SILVIA | 11201 | N/A |
| STEINFORT, SILVIA | 11203 | N/A |
| STEINFORT, SILVIA | 11202 | N/A |
| STEINMUELLER, DR. BERND & HILDEGARD | 13603 | N/A |
| TALREJA, ROHINI | 4983 | N/A |
| THE MINAMI-NIPPON BANK LIMITED | 59150 | N/A |
| THOEMEL, HEINZ | 11207 | N/A |
| UTTENDORF, WILFRIED | 57811 | N/A |
| VOLK, HELMUT UND ANNEMARIE | 11209 | N/A |
| VON DER HEYDE, PHILIP | 11210 | N/A |

| Claimant Name | Claim Number | Docket No. |
| --- | --- | --- |
| WARTAK, BEATE | 11211 | N/A |
| WEBER HANS-HERMANN | 67237 | N/A |
| WEBER HANS-HERMANN | 67236 | N/A |
| WEBER HANS-HERMANN | 67239 | N/A |
| WEIDLICH, JOERG | 13642 | N/A |
| WEISS, RENATE | 11212 | N/A |
| WENZEL, PETER | 11213 | N/A |
| WERNER, FRIEDHELM AND IRENE | 13615 | N/A |
| WILDEBRAND, PETER | 13609 | N/A |
| WIPPERN, MARGIT | 13619 | N/A |
| WITTIG, HANSPETER | 57824 | N/A |
| WOLF, ANDREAS | 13608 | N/A |
| WOLSKI, MIECZYSLAW | 61159 | N/A |
| WOLSKI, MIECZYSLAW | 61160 | N/A |
| WOLSKI, MIECZYSLAW | 61191 | N/A |
| ZELLINGER, ERNST | 11224 | N/A |