Jiansheng Jensen Shen
8502 Hornwood Dr.
Houston, TX 77036

May 15, 2011

To: The Chamber of the Honorable James M. Peck
One Bowling Green
New York, New York 10004, (Courtroom 601

Re: United States Bankruptcy Court
Southern District of New York
In re Lehman Brothers Holding Inc., et al.
Chapter 11 Case No. 08-13555

Credit Name and Address
Shen, Jiansheng Jensen/Hoang Ngoctran
8502 Hornwood Dr.
Houston, TX 77036

Claim number 35437
Debtor: 08-13555
Classification and Amount: Priority: $ 8002.50

Re: Oppose Objection: Omnibus Objection to Claims ( Late-Filed Claims)

Dear Sirs:

I oppose the disallowance, expungement, reduction or reclassification of my claims.

Also I am attaching copies of the proof with the transaction of history of Lehman Brothers ( LEH).

I could be reached by the same e-mails: united@msn.com; jshen@houston.org; and cell phone 713 298 5188.

Thanks

Jiansheng Jensen Shen
713 298 5188
united@msn.com; jshen@houston.org;



## Personal Information/Address

**Personal Information**

| | | |
|---|---|---|
| Name | JIANSHENG JENSEN SHEN | Update |
| Date of Birth | 06/23/1944 | Update |
| Primary E-Mail Address | UNITEDJ@EMAIL.MSN.COM | Update |
| Optional E-Mail Address | | |
| Country of Citizenship | | Update |

**Personal Address/Phone**    What is Personal Address/Phone?

| | | |
|---|---|---|
| Mailing Address | 8502 HORNWOOD DR<br>HOUSTON, TX<br>77036 - 4722 | Update |
| Legal/Residential Address | 8502 HORNWOOD DR<br>HOUSTON, TX<br>77036 | |
| Phone Numbers | 713-298-5188 (Day)<br>713-777-9576 (Evening) | |

**Address/Phone Group 1**    What are Address/Phone Groups?

| | | |
|---|---|---|
| For These Accounts | JOINT WROS (X91144754)<br>TRADITIONAL IRA (106820695)<br>TRADITIONAL IRA (106820687) * | |
| Mailing Address | 8502 HORNWOOD DR<br>HOUSTON, TX<br>77036 - 4722 | Update |
| Legal/Residential Address | | |
| Phone Numbers | 713-298-5188 ext. 0000 (Day)<br>713-777-9576 (Evening) | |

*This account has a different Legal/Residential Address than the one displayed. If you update this group's Legal/Residential Address, it will apply to all accounts in this group.



Copyright 1998 – 2009 FMR LLC
All rights reserved
Terms of Use    Privacy    Security    Site Map

Accounts & Trade > Portfolio >
History

Help/Glossary | Download | Print

Account  TRADITIONAL IRA (106820687)     Name This Account

| History | Pending Transfers |

Time Period:  Jul - Sep 2008     From:         To:
Sort by:      Symbol            ○ Ascending  ● Descending
              [ Display ]       Display settlements in core accounts

As of 09/24/2009, 3:30 AM ET

**Jul - Sep 2008 Transaction History**

| Date | Action | Symbol | Security | Shares/Price/Comm | Amount |
|------|--------|--------|----------|-------------------|--------|
| 08/25/2008 | DIVIDEND RECEIVED | LEHMQ | LEHMAN BROS HLDGS CORP | | Amount: $47.60 |
| Cash | | | | | |
| 07/31/2008 | YOU BOUGHT | LEHMQ | LEHMAN BROS HLDGS CORP | Shares: +80.000  Price: $17.09  Comm: $10.95 | Amount: -$1,378.15 |
| Cash | Settlement Date: 08/05/2008 | | | | |
| 07/28/2008 | YOU BOUGHT | LEHMQ | LEHMAN BROS HLDGS CORP | Shares: +200.000  Price: $16.029  Comm: $10.95 | Amount: -$3,216.75 |
| Cash | Settlement Date: 07/31/2008 | | | | |
| 09/22/2008 | YOU BOUGHT | FRE | FREDDIE MAC | Shares: +500.000  Price: $0.7798  Comm: $10.95 | Amount: -$400.85 |
| Cash | Settlement Date: 09/25/2008 | | | | |
| 08/18/2008 | YOU BOUGHT | FRE | FREDDIE MAC | Shares: +200.000  Price: $4.6877  Comm: $10.95 | Amount: -$948.49 |
| Cash | Settlement Date: 08/21/2008 | | | | |
| 08/14/2008 | YOU BOUGHT | FRE | FREDDIE MAC | Shares: +200.000  Price: $6.0058  Comm: $10.95 | Amount: -$1,212.11 |
| Cash | Settlement Date: 08/19/2008 | | | | |
| 07/28/2008 | YOU BOUGHT | FRE | FREDDIE MAC | Shares: +300.000  Price: $8.289  Comm: $10.95 | Amount: -$2,497.65 |
| Cash | Settlement Date: 07/31/2008 | | | | |
| 09/30/2008 | DIVIDEND RECEIVED | FDRXX | FIDELITY CASH RESERVES | | Amount: $5.71 |
| Cash | | | | | |
| 09/30/2008 | REINVESTMENT | FDRXX | FIDELITY CASH RESERVES | Shares: +5.710  Price: $1.00 | Amount: -$5.71 |
| Cash | | | | | |
| 08/29/2008 | DIVIDEND RECEIVED | FDRXX | FIDELITY CASH RESERVES | | Amount: $8.46 |
| Cash | | | | | |
| 08/29/2008 | REINVESTMENT | FDRXX | FIDELITY CASH RESERVES | Shares: +8.460  Price: $1.00 | Amount: -$8.46 |
| Cash | | | | | |
| 07/31/2008 | DIVIDEND RECEIVED | FDRXX | FIDELITY CASH RESERVES | | Amount: $14.57 |
| Cash | | | | | |

Accounts & Trade > Portfolio >

# History

Help/Glossary | Download | Print

Account  JOINT WROS (X91144754)    Name This Account

| History | Pending Transfers |

Time Period: Jul - Sep 2008    From: [    ]  To: [    ]
Sort by: Symbol         ○ Ascending  ● Descending

[ Display ]  ☐ Display settlements in core account

**Jul - Sep 2008 Transaction History**                 As of 09/24/2009, 3:30 AM ET

| Date | | | | |
|---|---|---|---|---|
| 09/11/2008 | YOU BOUGHT | | | |
| | LEHMQ | LEHMAN BROS HLDGS CORP | | |
| Margin | Shares: +100.000 | Price: $4.4295 | Amount: -$453.90 | |
| | | Comm: $10.95 | | |
| | Settlement Date: 09/16/2008 | | | |
| 09/01/2008 | DIVIDEND RECEIVED | | | |
| | INTC | INTEL CORP | | |
| Margin | | | Amount: $42.00 | |
| 09/30/2008 | INTEREST EARNED | | | |
| | 315994103 | CASH | | |
| Cash | | | Amount: $0.43 | |
| 09/30/2008 | REINVESTMENT | | | |
| | 315994103 | CASH | | |
| Cash | Shares: +0.430 | Price: $1.00 | Amount: -$0.43 | |
| 08/29/2008 | INTEREST EARNED | | | |
| | 315994103 | CASH | | |
| Cash | | | Amount: $0.46 | |
| 08/29/2008 | REINVESTMENT | | | |
| | 315994103 | CASH | | |
| Cash | Shares: +0.460 | Price: $1.00 | Amount: -$0.46 | |
| 07/31/2008 | INTEREST EARNED | | | |
| | 315994103 | CASH | | |
| Cash | | | Amount: $0.46 | |
| 07/31/2008 | REINVESTMENT | | | |
| | 315994103 | CASH | | |
| Cash | Shares: +0.460 | Price: $1.00 | Amount: -$0.46 | |

Listed above is the most recent account history between 07/01/2008 and 09/30/2008. For account history prior to what can be displayed here, please check your account statements or call a Fidelity Representative at 1-800-544-6666.

Access your cost basis and gain/loss information for all your securities by clicking here



© 1998-2009 FMR LLC
All rights reserved
Terms of Use  Privacy  Security  Site Map