**I    Claim to be reclassified:**

Creditor Name: Vincent Mischler

Claim Number: 32557

Date filed: 9/22/2009

Classification and amount: PRIORITY / $704,789.18

**II    Name of the claimant and basis for the claim:**

Vincent Mischler

Salary/ bonus due to me as I was an employee of Lehman Brothers between 1997 and 2008

**III    Reasons why I oppose the Objection**

As an ex employee of Lehman Brothers, I believe the fact that the amount mentioned above have some "equity feature" is irrelevant in the analysis of the situation:

(a) An "Equity Award" as defined by Lehman Brothers is not an equity interest as it lacks main features of an equity interest. For example, I was not the direct owner of such interest and I was restricted in taking key actions that would be allowed to an equity owner. Most importantly, I was unable to monetize it and get cash proceeds of this part of my remuneration.
(b) The amount mentioned above was integral part of my remuneration while employed at Lehman Brothers

Given the points above, my claim should remain classified as a creditor.

**IV    Address**

Vincent Mischler

53 bis rue de Passy

75016 Paris France

**V    Name of people having the ultimate authority to settle**

Vincent Mischler

53 bis rue de Passy

75016 Paris France

Phone : +44 77 15 77 25 47