UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                              : Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           : 08-13555 (JMP)
                                                   :
                          Debtors.                 : (Jointly Administered)
                                                   :
----------------------------------------------------------x

LBH OMNI131 04-18-2011 (MERGE2,TXNUM2) 4000060769 BAR(23) MAIL ID *** 000044779696 *** BSIUSE: 325

KENNEY, ARTHUR J.
200 EAST END AVE, APT 5-DE
NEW YORK, NY 10128

| CLAIM TO BE RECLASSIFIED | |
|---|---|
| **Creditor Name and Address:**<br>KENNEY, ARTHUR J.<br>200 EAST END AVE, APT 5-DE<br>NEW YORK, NY 10128 | **Claim Number:** 14067 |
| | **Date Filed:** 9/16/2009 |
| | **Debtor:** 08-13555 |
| | **Classification and Amount:** PRIORITY: $ 10,950.00<br>UNSECURED: $ 54,222.11<br>TOTAL: $ 65,172.11 |

5/13/2011

Gentlemen,
   I respectfully object to the reclassification of claim $ 65,172.11, as it represents earned, unpaid sales commissions were accrued for the Lehman Brothers fiscal year 2008, starting on December 1, 2007 through the time that bankruptcy was declared in September 2008.
   During that part of the Lehman Brothers fiscal year, a total of $94,853.12 earned but unpaid sales commissions were accrued and segregated. On July 1, 2008, $29,681 of the segregated funds were used to purchase 1,416.06 Restricted (Lehman Brothers) Stock Units at a price of $17.91 per unit.
   The balance of the earned, unpaid, accrued sales commissions was a total of $65,172 at the time of bankruptcy, and were never converted to equity.
   In the copy of "The 2008 Equity Awards Program for Senior Vice Presidents" provided with the claim filed on 9/16/2009, at the bottom of page 5, footnote #2, please note: "For the purposes of The Equity Award Program, 'production-based' employees are those employees, like Investment Representatives, who throughout the performance year receive production-based compensation a portion of which is cash (e.g., commissions) and a portion of which represents an accrual towards a year-end equity award." A portion of the accrued commissions ($29,681) were converted to equity on July 1st, and attached is a statement printed on 9/12/2008 of the Award Units Outstanding Data as of August 31, 2008. The Statement reflects all Equity Awards outstanding including those purchased on 07/01/2008. The balance of Accrued Commissions for Fiscal Year 2008 ($65,172.11) were never converted to equity and THIS CLAIM SHOULD NOT BE RECLASSIFIED AS SUCH.

*Arthur J. Kenney* 5/13/2011

Arthur J. Kenney

[2] For purposes of the Equity Award Program, "production-based" employees are those employees, like Investment Representatives, who throughout the performance year receive production-based compensation a portion of which is cash (e.g., commissions) and a portion of which represents an accrual toward a year-end equity award. "Production-based" employees typically do not receive any year-end bonus. Employees are classified as "production-based" or "bonus-eligible" in the Firm's discretion. If you have questions about your classification, please contact the Compensation Department or your Human Resources representative.

**LEHMAN BROTHERS | LehmanLive**

Data as of August 31, 2008                                                                                                   10017249 Arthur J. Kenney

### AWARD UNITS¹ OUTSTANDING

| Grant Date | Description | Grant Price | Grant Value² | Restriction Ends | Units Granted | Dividend Equivalents | Units Delivered | Units Vested³ | Units Outstanding | Market Value at $3.81* |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/2008 | July 2008 IR RSU | $20.9600 | $29,681 | 11/30/2011 | 1,416.06 | 17.91 | 0.00 | 0.00 | 1,433.97 | $5,463 |
| 12/07/2007 | 2007 IR SVP Principal | $47.6000 | $98,300 | 11/30/2012 | 2,065.12 | 42.53 | 0.00 | 0.00 | 2,107.65 | $8,030 |
| 12/07/2007 | 2007 IR SVP Discount | $47.6000 | $32,766 | 11/30/2012 | 688.37 | 14.15 | 0.00 | 0.00 | 702.52 | $2,677 |
| 12/08/2006 | 2006 IR SVP Principal | $57.7700 | $79,150 | 11/30/2011 | 1,370.08 | 40.56 | 0.00 | 0.00 | 1,410.64 | $5,375 |
| 12/08/2006 | 2006 IR SVP Discount | $57.7700 | $26,383 | 11/30/2011 | 456.69 | 13.60 | 0.00 | 0.00 | 470.29 | $1,792 |
| 11/30/2005 | 2005 IR SVP Principal | $47.2500 | $71,672 | 11/30/2010 | 1,516.86 | 55.69 | 0.00 | 1,572.55 | 1,572.55 | $5,991 |
| 11/30/2005 | 2005 IR SVP Discount | $47.2500 | $23,891 | 11/30/2010 | 505.62 | 18.55 | 0.00 | 0.00 | 524.17 | $1,997 |
| 12/09/2004 | 2004 IR SVP Principal | $32.1750 | $64,429 | 11/30/2009 | 2,002.46 | 89.96 | 0.00 | 2,092.42 | 2,092.42 | $7,972 |
| 12/09/2004 | 2004 IR SVP Discount | $32.1750 | $21,476 | 11/30/2009 | 667.48 | 30.05 | 0.00 | 0.00 | 697.53 | $2,658 |
| 12/10/2003 | 2003 IR SVP Principal | $26.7700 | $45,497 | 11/30/2008 | 1,699.54 | 90.70 | 0.00 | 1,790.24 | 1,790.24 | $6,821 |
| 12/10/2003 | 2003 IR SVP Discount | $26.7700 | $15,165 | 11/30/2008 | 566.50 | 30.05 | 0.00 | 0.00 | 596.55 | $2,273 |
| Total |  |  | $508,410 |  | 12,954.78 | 443.75 | 0.00 | 5,455.21 | 13,398.53 | $51,049 |

### STOCK OPTIONS OUTSTANDING

| Grant Date | Description | Exercise Price | Black-Scholes Grant Price | Expiration Date | Black-Scholes Grant Value | Options Granted | Options Exercised | Options Exercisable | Options Outstanding | Intrinsic Value at $3.81* |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/09/2004 | 2004 IR SVP Options | $42.9000 | $11.2250 | 11/29/2014 | $28,624 | 2,550 | 0 | 1,912 | 2,550 | $0 |
| 12/10/2003 | 2003 IR SVP Options | $35.6950 | $10.4200 | 11/29/2013 | $20,215 | 1,940 | 0 | 1,456 | 1,940 | $0 |
| 12/11/2002 | 2002 IR SVP Options | $27.2100 | $9.1250 | 11/29/2012 | $81,997 | 8,986 | 0 | 8,986 | 8,986 | $0 |
| 12/03/2001 | December 2001 SVP Options | $31.7000 | $10.5100 | 11/29/2011 | $17,342 | 1,650 | 0 | 1,650 | 1,650 | $0 |
| Total |  |  |  |  | $148,178 | 15,126 | 0 | 14,004 | 15,126 | $0 |
| Total Equity |  |  |  |  |  |  |  |  |  | $51,049 |

\* Market value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated stock price. The intrinsic value of stock options is calculated by multiplying the number of options outstanding by the difference between the indicated stock price and the option exercise price. Please note that the current market price is based on a delayed 20 minutes feed from Reuters. (12:13 PM EDT on September 12 2008)

¹ Award Units are those equity-based awards other than stock options, i.e. Restricted Stock Units, Conditional Equity Awards or Contingent Stock Awards, as applicable.
² Grant Value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated grant price.
³ Units Vested refers to that portion of the award that has become vested and/or subject to limited conditions, as determined under the applicable plan documents.

http://my.lehman.com/HRS/equityaward/westinghouse.do                                                                                               9/12/2008