WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113

Attorneys for the Ad Hoc Group
of Lehman Brothers Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
LEHMAN BROTHERS HOLDINGS INC., et              :    Case No. 08-13555 (JMP)
al.,
                                               :
                    Debtors.                   :    Jointly Administered
-------------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      )   s.s.:
NEW YORK COUNTY       )

Rashida Adams, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York.  I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 25th day of May, 2011, I caused a copy of the *Notice of Extension of Time to Object to Motion for Approval of Disclosure Statement [Docket No. 17123]* to be served via UPS overnight mail on the parties annexed hereto on Exhibit A and to be served via electronic mail on the parties annexed hereto on Exhibit B.

                                                                   */s/* Rashida J. Adams
                                                                   Rashida J. Adams

Sworn to before me the 26th day of May, 2011
*/s/ Patricia A. Ashman*
_____
Notary Public State of New York, No. 01AS6155444
Qualified in Bronx County
Certificate Filed in New York County
My commission expires December 11, 2014

**EXHIBIT A**

United States Bankruptcy Court
Southern District of New York
Attn: The Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, NY 10004

Office of the US Trustee
Attn: Andrew D Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Rifkin
Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, NY 10153
*Attorneys for the Debtors*

Milbank, Tweed, Hadley & Mccloy LLP
Attn: Dennis Dunne
Wilbur Foster, Jr
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005
*Attorneys for the Creditors' Committee*

**EXHIBIT B**

richard.krasnow@weil.com; lori.fife@weil.com; robert.lemons@weil.com; jacqueline.marcus@weil.com; giddens@hugheshubbard.com; kiplok@hugheshubbard.com; kobak@hugheshubbard.com; margolin@hugheshubbard.com; lubell@hugheshubbard.com; wiltenburg@hugheshubbard.com; ddunne@milbank.com; wfoster@milbank.com; dodonnell@milbank.com; efleck@milbank.com; paronzon@milbank.com; gbray@milbank.com; robert.yalen@usdoj.gov; tarbit@cftc.gov; rwasserman@cftc.gov; sharbeck@sipc.org; jwang@sipc.org; jean-david.barnea@usdoj.gov; joseph.cordaro@usdoj.gov; newyork@sec.gov; jacobsonn@sec.gov; jbromley@cgsh.com; lschweitzer@cgsh.com; lgranfield@cgsh.com; ctatelbaum@adorno.com; mstamer@akingump.com; pdublin@akingump.com; mlahaie@akingump.com; rajohnson@akingump.com; lisa.kraidin@allenovery.com; ken.coleman@allenovery.com; daniel.guyder@allenovery.com; mgreger@allenmatkins.com; jtimko@allenmatkins.com; tduffy@andersonkill.com; rrussell@andrewskurth.com; s.minehan@aozorabank.co.jp; k4.nomura@aozorabank.co.jp; hirsch.robert@arentfox.com; angelich.george@arentfox.com; dowd.mary@arentfox.com; scousins@armstrongteasdale.com;sehlers@armstrongteasdale.com; charles_malloy@aporter.com; anthony_boccanfuso@aporter.com; jg5786@att.com; neal.mann@oag.state.ny.us; tony.davis@bakerbotts.com; dworkman@bakerlaw.com; peter@bankrupt.com; ffm@bostonbusinesslaw.com; csalomon@beckerglynn.com; aostrow@beckerglynn.com; cbrotstein@bm.net; mpucillo@bermanesq.com; wzoberman@bermanesq.com; aoberry@bermanesq.com; davids@blbglaw.com; dbarber@bsblawyers.com; dbarber@bsblawyers.com; smulligan@bsblawyers.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com; steven.wilamowsky@bingham.com; sabin.willett@bingham.com; jeffrey.sabin@bingham.com; robert.dombroff@bingham.com; steven.wilamowsky@bingham.com; mark.deveno@bingham.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com; joshua.dorchak@bingham.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com; steven.wilamowsky@bingham.com; carol.weinerlevy@bingham.com; jeffrey.sabin@bingham.com; joshua.dorchak@bingham.com; raj.madan@bingham.com;; aeckstein@blankrome.com; amcmullen@boultcummings.com; rjones@boultcummings.com; kurt.mayr@bgllp.com; kuehn@bragarwexler.com; notice@bkcylaw.com; mgordon@briggs.com; monica.lawless@brookfieldproperties.com; dludman@brownconnery.com; dludman@brownconnery.com; msiegel@brownrudnick.com; slevine@brownrudnick.com; schristianson@buchalter.com; christopher.schueller@bipc.com; timothy.palmer@bipc.com; jessica.fink@cwt.com; fishere@butzel.com; sidorsky@butzel.com; deryck.palmer@cwt.com; john.rapisardi@cwt.com; george.davis@cwt.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; israel.dahan@cwt.com; mark.ellenberg@cwt.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; howard.hawkins@cwt.com; howard.hawkins@cwt.com; jason.jurgens@cwt.com; ellen.halstead@cwt.com; sgordon@cahill.com; jlevitin@cahill.com; thomas_noguerola@calpers.ca.gov; cahn@clm.com; wanda.goodloe@cbre.com; dlemay@chadbourne.com; hseife@chadbourne.com; arosenblatt@chadbourne.com; spiotto@chapman.com; acker@chapman.com; heiser@chapman.com; heiser@chapman.com; lgranfield@cgsh.com; lschweitzer@cgsh.com; maofiling@cgsh.com; jennifer.demarco@cliffordchance.com; andrew.brozman@cliffordchance.com; sara.tapinekis@cliffordchance.com; andrew.brozman@cliffordchance.com; jen.premisler@cliffordchance.com; psp@njlawfirm.com; jwh@njlawfirm.com; lmay@coleschotz.com; jdrucker@coleschotz.com; joli@crlpc.com; jeff.wittig@coair.com; eschwartz@contrariancapital.com; bcarlson@co.sanmateo.ca.us; jbeiers@co.sanmateo.ca.us; lathompson@co.sanmateo.ca.us; mhopkins@cov.com; dcoffino@cov.com; araboy@cov.com; rlevin@cravath.com; rtrust@cravath.com; jlipson@crockerkuno.com; ttracy@crockerkuno.com; judy.morse@crowedunlevy.com; woconnor@crowell.com; bzabarauskas@crowell.com; heidi@crumbielaw.com; john@crumbielaw.com; jcarberry@cl-law.com; karen.wagner@dpw.com; james.mcclammy@dpw.com; thomas.ogden@dpw.com; james.mcclammy@dpw.com; jjtancredi@daypitney.com; jwcohen@daypitney.com; mcto@debevoise.com; glenn.siegel@dechert.com; iva.uroic@dechert.com; mmooney@deilylawfirm.com; mbienenstock@dl.com; jliu@dl.com; tkarcher@dl.com; pwright@dl.com;

esmith@dl.com; mbienenstock@dl.com;igoldstein@dl.com; mbienenstock@dl.com; igoldstein@dl.com; adiamond@diamondmccarthy.com; sloden@diamondmccarthy.com; aaaronson@dilworthlaw.com; cpappas@dilworthlaw.com; timothy.brink@dlapiper.com; matthew.klepper@dlapiper.com; thomas.califano@dlapiper.com; stephen.cowan@dlapiper.com; william.m.goldman@dlapiper.com;; schnabel.eric@dorsey.com; heim.steve@dorsey.com; dove.michelle@dorsey.com; steven.troyer@commerzbank.com; jjoyce@dresslerpeters.com; robert.malone@dbr.com; ljkotler@duanemorris.com; tduffy@andersonkill.com; jim@atkinslawfirm.com; sandyscafaria@eaton.com; ezujkowski@emmetmarvin.com; aentwistle@entwistle-law.com; jwhitman@entwistle-law.com; jbeemer@entwistle-law.com; jporter@entwistle-law.com; kkelly@ebglaw.com;  dtatge@ebglaw.com; lscarcella@farrellfritz.com; ari.leventhal@ny.frb.org; sfelderstein@ffwplaw.com; ppascuzzi@ffwplaw.com; jhuh@ffwplaw.com; charles@filardi-law.com; alum@ftportfolios.com; dheffer@foley.com; jlee@foley.com; rlasater@foley.com; dspelfogel@foley.com; sory@fdlaw.com; jhiggins@fdlaw.com; ahammer@freebornpeters.com;deggert@freebornpeters.com; walter.stuart@freshfields.com; patrick.oh@freshfields.com; peter.simmons@friedfrank.com; richard.tisdale@friedfrank.com; shannon.nagle@friedfrank.com; richard.tisdale@friedfrank.com; efriedman@friedumspring.com; drosenzweig@fulbright.com; jmerva@fult.com; jmelko@gardere.com; bankruptcy@ntexas-attorneys.com; relgidely@gjb-law.com; jgenovese@gjblaw.com; pbattista@gjb-law.com; dcimo@gjblaw.com; dcrapo@gibbonslaw.com; mrosenthal@gibsondunn.com; jweiss@gibsondunn.com; aseuffert@lawpost-nyc.com; tnixon@gklaw.com; jherzog@gklaw.com; jflaxer@golenbock.com; jwallack@goulstonstorrs.com; drosner@goulstonstorrs.com; gkaden@goulstonstorrs.com; brian.corey@greentreecreditsolutions.com; diconzam@gtlaw.com; tannweiler@greerherz.com; jamie.nelson@dubaiic.com; joy.mathias@dubaiic.com; bgraifman@gkblaw.com; jschwartz@hahnhessen.com; jorbach@hahnhessen.com; rmatzat@hahnhessen.com; wbenzija@halperinlaw.net; jdyas@halperinlaw.net; agold@herrick.com; sselbst@herrick.com; ramona.neal@hp.com; ken.higman@hp.com; dpiazza@hodgsonruss.com; isgreene@hhlaw.com; sagolden@hhlaw.com; dckaufman@hhlaw.com; barbra.parlin@hklaw.com; arthur.rosenberg@hklaw.com; francois.janson@hklaw.com; richard.lear@hklaw.com; francois.janson@hklaw.com; john.monaghan@hklaw.com; barbra.parlin@hklaw.com; adam.brezine@hro.com; kerry.moynihan@hro.com; mmendez@hunton.com; rnorton@hunton.com; sbernstein@hunton.com; jrsmith@hunton.com; alesia.pinney@infospace.com; cweiss@ingramllp.com; dave.davis@isgria.com; toby.r.rosenberg@irscounsel.treas.gov; mimi.m.wong@irscounsel.treas.gov; dbalog@intersil.com; teresa.oxford@invescoaim.com; afriedman@irell.com; klyman@irell.com; mneier@ibolaw.com; jay.hurst@oag.state.tx.us; ptrostle@jenner.com; dmurray@jenner.com; rbyman@jenner.com; gspilsbury@jsslaw.com; jowen769@yahoo.com; jfox@joefoxlaw.com; joseph.cordaro@usdoj.gov; eli.mattioli@klgates.com; drosner@kasowitz.com; aglenn@kasowitz.com; snewman@katskykorins.com; mprimoff@kayescholer.com; mprimoff@kayescholer.com; jaclyn.genchi@kayescholer.com; kdwbankruptcydepartment@kelleydrye.com; mpage@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com; icatto@kirkland.com; james.sprayregen@kirkland.com; david.seligman@kirkland.com; jay@kleinsolomon.com; jjureller@klestadt.com; chardman@klestadt.com; michael.kim@kobrekim.com; robert.henoch@kobrekim.com; andrew.lourie@kobrekim.com; tmayer@kramerlevin.com; boneill@kramerlevin.com; acaton@kramerlevin.com; tmayer@kramerlevin.com; deggermann@kramerlevin.com; mlandman@lcbf.com; wballaine@lcbf.com; sree@lcbf.com; ekbergc@lanepowell.com; keith.simon@lw.com; david.heller@lw.com; peter.gilhuly@lw.com; richard.levy@lw.com; gabriel.delvirginia@verizon.net; ezweig@optonline.net; wswearingen@llf-law.com; sfineman@lchb.com; dallas.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com; austin.bankruptcy@publicans.com; peisenberg@lockelord.com; wcurchack@loeb.com; vrubinstein@loeb.com; dbesikof@loeb.com; loizides@loizides.com; robin.keller@lovells.com; omeca.nedd@lovells.com; chris.donoho@lovells.com; robin.keller@lovells.com; ilevee@lowenstein.com; ilevee@lowenstein.com;krosen@lowenstein.com; vdagostino@lowenstein.com; metkin@lowenstein.com; steele@lowenstein.com; twheeler@lowenstein.com; jprol@lowenstein.com; metkin@lowenstein.com; scargill@lowenstein.com; squigley@lowenstein.com; elevin@lowenstein.com; mwarren@mtb.com; jhuggett@margolisedelstein.com; fhyman@mayerbrown.com;

atrehan@mayerbrown.com; btrust@mayerbrown.com; jtougas@mayerbrown.com; emerberg@mayerbrown.com; tkiriakos@mayerbrown.com; btrust@mayerbrown.com;fhyman@mayerbrown.com;jtougas@mayerbrown.com;atrehan@mayerbrown.com; swolowitz@mayerbrown.com; btrust@mayerbrown.com; jstoll@mayerbrown.com; ashaffer@mayerbrown.com; hbeltzer@mayerbrown.com; jtougas@mayerbrown.com; cwalsh@mayerbrown.com; jlamar@maynardcooper.com; kreynolds@mklawnyc.com; mh1@mccallaraymer.com; bkmail@prommis.com; eglas@mccarter.com; kmayer@mccarter.com; wtaylor@mccarter.com; ggitomer@mkbattorneys.com; ncoco@mwe.com; gravert@mwe.com; phayden@mcguirewoods.com; sfox@mcguirewoods.com; dhayes@mcguirewoods.com; jmaddock@mcguirewoods.com; jsheerin@mcguirewoods.com; jmr@msf-law.com; tslome@msek.com; amarder@msek.com; jmazermarino@msek.com; harrisjm@michigan.gov; michael.frege@cms-hs.com; sdnyecf@dor.mo.gov; steve.ginther@dor.mo.gov; davidwheeler@mvalaw.com; nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com; lberkoff@moritthock.com; jpintarelli@mofo.com; lmarinuzzi@mofo.com; lmarinuzzi@mofo.com; yuwatoko@mofo.com; kostad@mofo.com; tgoren@mofo.com; jpintarelli@mofo.com; lnashelsky@mofo.com; bmiller@mofo.com; bankruptcy@morrisoncohen.com; millee12@nationwide.com; jowolf@law.nyc.gov; susan.schultz@newedgegroup.com; ddrebsky@nixonpeabody.com; adarwin@nixonpeabody.com; adarwin@nixonpeabody.com; mberman@nixonpeabody.com; vmilione@nixonpeabody.com; bankruptcymatters@us.nomura.com; info2@normandyhill.com; crmomjian@attorneygeneral.gov; mjr1@westchestergov.com; jeremy.eiden@state.mn.us; dirk.roberts@ots.treas.gov; martin.davis@ots.treas.gov; akantesaria@oppenheimerfunds.com; akantesaria@oppenheimerfunds.com; rdaversa@orrick.com; rdaversa@orrick.com; jguy@orrick.com; korr@orrick.com; dfelder@orrick.com; rfrankel@orrick.com; rwyron@orrick.com; jguy@orrick.com; dfelder@orrick.com; lmcgowen@orrick.com; rdaversa@orrick.com; wsilverm@oshr.com; pfeldman@oshr.com; jar@outtengolden.com; rroupinian@outtengolden.com; wk@pwlawyers.com; chipford@parkerpoe.com; dwdykhouse@pbwt.com; bguiney@pbwt.com; harveystrickon@paulhastings.com; draelson@fisherbrothers.com; sshimshak@paulweiss.com; ddavis@paulweiss.com; chammerman@paulweiss.com; dshemano@pwkllp.com; kressk@pepperlaw.com; kovskyd@pepperlaw.com; wisotska@pepperlaw.com; lawallf@pepperlaw.com; meltzere@pepperlaw.com; schannej@pepperlaw.com; arlbank@pbfcm.com; jhorgan@phxa.com; david.crichlow@pillsburylaw.com; bill.freeman@pillsburylaw.com; mark.houle@pillsburylaw.com; splatzer@platzerlaw.com; dflanigan@polsinelli.com; jbird@polsinelli.com; cward@polsinelli.com; jsmairo@pbnlaw.com; tjfreedman@pbnlaw.com; bbisignani@postschell.com; fbp@ppgms.com; lml@ppgms.com; rfleischer@pryorcashman.com; mjacobs@pryorcashman.com; rfleischer@pryorcashman.com; mjacobs@pryorcashman.com; drose@pryorcashman.com; rbeacher@pryorcashman.com; canelas@pursuitpartners.com; schepis@pursuitpartners.com; susheelkirpalani@quinnemanuel.com;jamestecce@quinnemanuel.com;scottshelley@quinnemanuel.com; robertdakis@quinnemanuel.com; jrabinowitz@rltlawfirm.com; broy@rltlawfirm.com; arahl@reedsmith.com; kgwynne@reedsmith.com; jfalgowski@reedsmith.com; clynch@reedsmith.com; eschaffer@reedsmith.com; mvenditto@reedsmith.com; jlscott@reedsmith.com; dgrimes@reedsmith.com; rqureshi@reedsmith.com; calbert@reitlerlaw.com; jshickich@riddellwilliams.com; gmoss@riemerlaw.com; abraunstein@riemerlaw.com; arheaume@riemerlaw.com; roger@rnagioff.com; ecohen@russell.com; russj4478@aol.com; mschimel@sju.edu; cmontgomery@salans.com; lwhidden@salans.com; cbelmonte@ssbb.com;tbrock@ssbb.com; pbosswick@ssbb.com;asnow@ssbb.com; aisenberg@saul.com; egeekie@schiffhardin.com; jkehoe@btkmc.com; bdk@schlamstone.com; nlepore@schnader.com; nfurman@scottwoodcapital.com; cohenr@sewkis.com; ashmead@sewkis.com; fsosnick@shearman.com; jgarrity@shearman.com; ned.schodek@shearman.com; ann.reynaud@shell.com; jennifer.gore@shell.com; cshulman@sheppardmullin.com; rreid@sheppardmullin.com; mcademartori@sheppardmullin.com; rreid@sheppardmullin.com; bwolfe@sheppardmullin.com; bankruptcy@goodwin.com; jtimko@shutts.com; aquale@sidley.com; aunger@sidley.com; rfriedman@silvermanacampora.com; sally.henry@skadden.com; fyates@sonnenschein.com;pmaxcy@sonnenschein.com; slerner@ssd.com; smayerson@ssd.com; rterenzi@stcwlaw.com; cgoldstein@stcwlaw.com; r.stahl@stahlzelloe.com;

marc.chait@standardchartered.com; echang@steinlubin.com; eobrien@sbchlaw.com; shgross5@yahoo.com; jlovi@steptoe.com; lromansic@steptoe.com; ritkin@steptoe.com; kpiper@steptoe.com; cs@stevenslee.com; cp@stevenslee.com; apo@stevenslee.com; cp@stevenslee.com; ppatterson@stradley.com; mcordone@stradley.com; mdorval@stradley.com; mcordone@stradley.com; ppatterson@stradley.com; mcordone@stradley.com; mdorval@stradley.com; ppatterson@stradley.com; djoseph@stradley.com; jmmurphy@stradley.com; landon@streusandlandon.com; villa@streusandlandon.com; streusand@streusandlandon.com; lhandelsman@stroock.com; dwildes@stroock.com; holsen@stroock.com; mspeiser@stroock.com; smillman@stroock.com; lacyr@sullcrom.com; feldsteinh@sullcrom.com; clarkb@sullcrom.com; schwartzmatthew@sullcrom.com; wrightth@sullcrom.com; paul.turner@sutherland.com; mark.sherrill@sutherland.com; miller@taftlaw.com; agbanknewyork@ag.tn.gov; marvin.clements@ag.tn.gov; thaler@thalergertler.com; geraci@thalergertler.com; ranjit.mather@bnymellon.com; robert.bailey@bnymellon.com; mmorreale@us.mufg.jp; yamashiro@sumitomotrust.co.jp; matt@willaw.com; ira.herman@tklaw.com; demetra.liggins@tklaw.com; rhett.campbell@tklaw.com; rhett.campbell@tklaw.com; mitchell.ayer@tklaw.com; david.bennett@tklaw.com; mbossi@thompsoncoburn.com; amenard@tishmanspeyer.com; mbenner@tishmanspeyer.com; bturk@tishmanspeyer.com;; jchristian@tobinlaw.com; oipress@travelers.com; mlynch2@travelers.com; hollace.cohen@troutmansanders.com; lee.stremba@troutmansanders.com; lee.stremba@troutmansanders.com; bmanne@tuckerlaw.com; mshiner@tuckerlaw.com; linda.boyle@twtelecom.com; dlipke@vedderprice.com; mjedelman@vedderprice.com; easmith@venable.com; sabramowitz@velaw.com; jwest@velaw.com; dkleiner@velaw.com; jeldredge@velaw.com; hsnovikoff@wlrk.com; rgmason@wlrk.com; arwolf@wlrk.com; cbelisle@wfw.com; jfreeberg@wfw.com; rgraham@whitecase.com; tmacwright@whitecase.com; avenes@whitecase.com; ehollander@whitecase.com; azylberberg@whitecase.com; dbaumstein@whitecase.com; rgraham@whitecase.com; mruetzel@whitecase.com; ukreppel@whitecase.com; tlauria@whitecase.com; guzzi@whitecase.com; cshore@whitecase.com; lthompson@whitecase.com; szuch@wiggin.com; mabrams@willkie.com; mfeldman@willkie.com; bromano@willkie.com; mabrams@willkie.com; mfeldman@willkie.com; aalfonso@willkie.com; rnetzer@willkie.com; dkozusko@willkie.com; mabrams@willkie.com; peter.macdonald@wilmerhale.com; jeannette.boot@wilmerhale.com; charu.chandrasekhar@wilmerhale.com; craig.goldblatt@wilmerhale.com; lisa.ewart@wilmerhale.com; jmcginley@wilmingtontrust.com; jbecker@wilmingtontrust.com; cschreiber@winston.com; dmcguire@winston.com; mkjaer@winston.com; dneier@winston.com; dravin@wolffsamson.com; jlawlor@wmd-law.com; jlawlor@wmd-law.com; bankr@zuckerman.com

sabin.willett@bingham.com; Andrew.Brozman@cliffordchance.com; bbennett@dl.com; mwiener@dl.com; tmoloney@cgsh.com; soneal@cgsh.com; joshua.dorchak@bingham.com; slevine@brownrudnick.com; howard.hawkins@cwt.com; mark.ellenberg@cwt.com; rlevin@cravath.com