UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                   :
In re                                                              : Chapter 11
                                                                   :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,                          : Case No. 08-13555 (JMP)
                                                                   :
            Debtors.                                               : (Jointly Administered)
                                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appear in the captioned case as counsel for International Finance Corporation and request, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Sections 102(1) and 1109(b) of the United States Bankruptcy Code, that all notices given or required to be given in connection with the captioned proceeding, and all papers served or required to be served in connection therewith, be given and served upon:

> Thomas P. Ogden (TO-7428)
> James I. McClammy (JM-5592)
> Davis Polk & Wardwell
> 450 Lexington Avenue
> New York, New York 10017
> Telephone (212) 450-4000
> Facsimile  (212) 450-5800
> Emails:    thomas.ogden@davispolk.com
>            james.mcclammy@davispolk.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in this proceeding whether such notice is formal

or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court over International Finance Corporation. Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of International Finance Corporation's substantive or procedural rights, including without limitation: (i) International Finance Corporation's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) International Finance Corporation's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) International Finance Corporation's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs and recoupments that International Finance Corporation expressly reserves.

Dated: New York, New York
May 26, 2011

Davis Polk & Wardwell LLP

By: /s/ James I. McClammy
Thomas P. Ogden
James I. McClammy

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Thomas P. Ogden
James I. McClammy

*Counsel for International Finance Corporation*

2