DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Thomas P. Ogden
James I. McClammy

*Counsel for International Bank for Reconstruction and Development*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x
                                            :
In re                                       :   Chapter 11
                                            :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,   :   Case No. 08-13555 (JMP)
                                            :
                Debtors.                    :   (Jointly Administered)
                                            :
------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby declare, under penalty of perjury that, on this day, May 26, 2011, I personally caused copies of the affixed RESPONSE OF INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT TO DEBTORS' ONE HUNDRED TWENTY NINTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVE CLAIMS), and Notice of Electronic Filing with respect thereto, to be sent by Federal Express, next day delivery, to:

(i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601;

(ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemon, Esq. and Lee J. Goldberg, Esq.);

(iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea Schwartz, Esq.); and

(iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.).

_____
Paul Hughes