WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :   08-13555 (JMP)
                                              :
                     Debtors.                 :   (Jointly Administered)
                                              :
                                              :
------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF DEBTORS'**
**NINETY-SIXTH OMNIBUS OBJECTION TO CLAIMS**
**(DUPLICATIVE LPS CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Ninety-Sixth Omnibus Objection to Claims (Duplicative LPS Claims) (the "Objection"), solely with respect to the claim listed on Exhibit A attached hereto, that was scheduled for June 2, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to July 21, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file any objections or responses, solely with respect to the claim listed on <u>Exhibit A</u>, has been extended to **July 6, 2011 at 4:00 p.m. (Prevailing Eastern Time)**.

Dated:  May 26, 2011
    New York, New York

                                           /s/ Robert J. Lemons
                                           Robert J. Lemons

                                           WEIL, GOTSHAL & MANGES LLP
                                           767 Fifth Avenue
                                           New York, New York 10153
                                           Telephone: (212) 310-8000
                                           Facsimile: (212) 310-8007

                                           Attorneys for Debtors
                                           and Debtors in Possession

## **Exhibit A**

## **Adjourned Claim:**

| **Claimant Name** | **Claim Number** |
|---|---|
| Eva Schwabmueller | 57823 |