WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
**In re**                              :   **Chapter 11 Case No.**
                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :   **08-13555 (JMP)**
                                       :
            **Debtors.**               :   **(Jointly Administered)**
                                       :
------------------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEBTORS' ONE HUNDRED TWELFTH OMNIBUS OBJECTION TO CLAIMS (INVALID BLOCKING NUMBER LPS CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) (the "Objection"), that was scheduled for June 2, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to June 30, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated: May 26, 2011
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Adjourned Claims:

| CLAIMANT NAME | CLAIM NUMBER | DOCKET NUMBER |
|---|---|---|
| Cam-Que Kevin Lieu | 41587 | 16054 |
| Esopus Creek Value LP | 16474 | 16929, 16937 |
| Investeringsselskabet af 11.12.1990 ApS | 47330, 47331 | 16240, 16238 |
| Jen-Po Lin | 59311 | N/A |
| Pei-Yi Chu | 59312 | N/A |
| Lucia Del Campo | 37187 | N/A |
| Banque Cantonale du Valais | 58602, 58531, 58540, 58549, 58519, 58496, 58502, 58494, 58537, 58516, 58506, 58550, 58517, 58523, 58500, 58515, 58526, 58605, 58513, 58520, 58557, 58548, 58524, 58495, 58603, 58509, 58529, 58556, 58554, 58604, 58525, 58514, 58504, 58521, 58547, 58510, 58522, 58530, 58507, 58518, 58498, 58499, 58543, 58505, 58538, 58512, 58527, 58497, 58546, 58551, 58508, 58555, 58553, 58542, 58541, 58536, 58539, 58545, 58501, 58552, 58528, 58511, 58544 | 16905 |