WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :   **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**            :   **08-13555 (JMP)**
                                                            :
                        Debtors.                            :   **(Jointly Administered)**
                                                            :
                                                            :
------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS'
ONE HUNDRED TWELFTH OMNIBUS OBJECTION TO CLAIMS
(INVALID BLOCKING NUMBER LPS CLAIMS) AS TO CERTAIN CLAIMANTS**

      **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors") are withdrawing without prejudice their One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) [Dkt. No. 15014] solely with respect to the claims listed on Exhibit A annexed hereto. The Debtors reserve their rights to

object to the claims listed on <u>Exhibit A</u> on any grounds in the future.

Dated:  May 26, 2011
       New York, New York

                                                /s/ Robert J. Lemons
                                                Robert J. Lemons

                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, New York 10153
                                                Telephone: (212) 310-8000
                                                Facsimile: (212) 310-8007

                                                Attorneys for Debtors
                                                and Debtors in Possession

# Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| CLAIMANT NAME | CLAIM NUMBER | DOCKET NUMBER |
|---|---|---|
| Ilse Biskup | 36281 | N/A |
| Ernst Brandenburger | 39749 | 16059 |
| Restoration Holdings Ltd. | 10693 | N/A |
| Lars Dahlke | 37724 | 16755 |
| Carnegie Bank A/S | 50055 | N/A |
| Caspian Alpha Long Credit Fund, L.P. | 50055 | N/A |
| Caspian Capital Partners, L.P. | 50055 | N/A |
| Caspian Select Credit Master Fund, Ltd. | 50055 | N/A |
| Stonehill Master Fund Ltd. | 50055 | N/A |
| York Credit Opportunities Fund, L.P. | 50055 | N/A |
| York Credit Opportunities Master Fund, L.P. | 50055 | N/A |
| York European Opportunities Master Fund, L.P. | 50055 | N/A |