WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ralph I. Miller
Richard W. Slack
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re : | **Chapter 11 Case No.** |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,** : | **08-13555 (JMP)** |
| : | |
| Debtors. : | **(Jointly Administered)** |

------------------------------------------------------------------x

**DEBTORS–APPELLEES' COUNTER–DESIGNATION OF ADDITIONAL
ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL OF KA KIN WONG,** *et al.*

Appellees, Lehman Brothers Holdings Inc. ("LBHI") and its affiliated chapter 11 debtors (collectively, the "Debtors") in the above-referenced chapter 11 cases, hereby designate, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the following additional items to be included in the record on appeal in addition to items designated by appellants, Ka Kin Wong, Siu Lui Ching, Tim Choy Fung, Lin Tei Tse, Sau King Tse, Lai Juen Chan, Fuk Shing Wong, Siu Kwan Wong, Yee Ming Shen, and Yuen Fun Tang (the "Appellants").

## COUNTER-DESIGNATION OF RECORD

| Lehman Brothers Holdings Inc. (Case No. 08-13555) (JMP) | | | |
|---|---|---|---|
| **Designation Number** | **Date of Filing** | **Docket Number** | **Description** |
| 1 | 11/13/2008 | 1498 | Debtors Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts |
| 2 | 12/15/2008 | 2239 | Notice of Amended Order Authorizing the Debtors to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts |
| 3 | 12/16/2008 | 2257 | Order Pursuant To Sections 105 and 365 of The Bankruptcy Code To Establish Procedures For The Settlement Or Assumption And Assignment of Prepetition Derivative Contracts |
| 4 | 1/15/2009 | 2557 | Supplemental Order Pursuant To Sections 105 And 365 of The Bankruptcy Code To Establish Procedures For The Settlement Or Assumption And Assignment of Prepetition Derivative Contracts |
| 5 | 5/13/2009 | 3565 | Motion For Relief From Derivatives Procedures Orders And Objection To Debtors' Motion For An Order Pursuant To Sections 105 And 365 of The Bankruptcy Code To Establish Procedures For The Settlement Or Assumption And Assignment of Prepetition Derivative Contracts |
| 6 | 5/13/2009 | 3566 | Motion For Relief From Derivatives Procedures Orders And Objection To Debtors' Motion For An Order Pursuant To Sections 105 And 365 of The Bankruptcy Code To Establish Procedures For The Settlement Or Assumption And Assignment of Prepetition Derivative Contracts |
| 7 | 7/10/2009 | 4324 | Debtors Objection and Reply to Plaintiffs Motion for Relief and Objection to Derivatives Procedures Orders |
| 8 | 9/29/2009 | 5292 | Third Supplemental Order Pursuant To Sections 105 And 365 of The Bankruptcy Code To Establish Procedures For The Settlement Or Assumption And Assignment of Prepetition Derivative Contracts |
| 9 | 9/29/2009 | 5294 | Stipulation And Order Regarding Wong Objection To Derivatives Procedures Orders |

| Lehman Brothers Holdings Inc. (Case No. 08-13555) (JMP) | | | |
|---|---|---|---|
| **Designation Number** | **Date of Filing** | **Docket Number** | **Description** |
| 10 | 10/16/2009 | 5544 | Fourth Supplemental Order Pursuant To Sections 105 And 365 of The Bankruptcy Code To Establish Procedures For The Settlement Or Assumption And Assignment of Prepetition Derivative Contracts |
| 11 | 12/22/2010 | 13638 | Debtors Motion Pursuant to Section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, for Entry of an Order Clarifying the Scope of the Procedures for the Settlement of Prepetition Derivative Contracts |
| 12 | 1/11/2011 | 13882 | Notice of Amended Fifth Supplemental Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts |
| 13 | 1/13/2011 | 13932 | Fifth Supplemental Order Pursuant To Sections 105 And 365 of The Bankruptcy Code To Establish Procedures For The Settlement Or Assumption And Assignment of Prepetition Derivative Contracts |
| 14 | 1/14/2011 | 14232 | Transcript regarding Hearing Held on January 13, 2011 (AM Session) |
| 15 | 4/15/2011 | 16085 | Transcript regarding Hearing Held on April 13, 2011 |

| Securities Investor Protection Corporation v. Lehman Brothers Inc. (Case No. 08-01420) (JMP) ||||
|---|---|---|---|
| **Designation Number** | **Date of Filing** | **Docket Number** | **Description** |
| 16 | 12/18/2008 | 452 | Transcript regarding Hearing Held on December 16, 2008 |

Dated:   May 26, 2011
        New York, New York

/s/ Robert J. Lemons
Ralph I. Miller
Richard W. Slack
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000

Facsimile:  (212) 310-8007

Attorneys for Debtors and
Debtors in Possession