B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman Sachs Lending Partners LLC
Name of Transferee

Serengeti Opportunities Partners LP (f/k/a Serengeti Partners L.P.)
Name of Transferor

Name and Address where notices to transferee should be sent:
Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn: Lauren Day
Email: gsd.link@gs.com

Court Claim # (if known):33591
Amount of Claim as Filed: $2,676,981.21
Amount of Claim Transferred: $523,827.66
Date Claim Filed:9/22/09
Debtor: Lehman Brothers Special Financing Inc.

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:212-902-1040
Last Four Digits of Acct #: _____

Phone:_____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments

659324v.1 153/05974

should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 5/25/11
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

659324v.1 153/05974

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>          <u>Serengeti Opportunities Partners LP (f/k/a</u>
Name of Transferee          <u>Serengeti Partners L.P.)</u>
          Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known):<u>33594</u>
should be sent:          Amount of Claim as Filed: <u>$2,676,981.21</u>
Goldman Sachs Lending Partners LLC          Amount of Claim Transferred: <u>$523,827.66</u>
c/o Goldman, Sachs & Co.          Date Claim Filed:<u>9/22/09</u>
30 Hudson Street, 38th Floor          Debtor: <u>Lehman Brothers Holdings Inc.</u>
Jersey City, NJ 07302
Attn: Lauren Day
Email: gsd.link@gs.com

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:<u>212-902-1040</u>          Phone:_____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments

659324v.1 153/05974

should be sent (if different from above):

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____

    Name of Transferee/Transferee's Agent

Date: _5/25/11_____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

659324v.1 153/05974

:

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (JMP)</u>
                                                                  (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>          <u>Serengeti Opportunities Partners LP (f/k/a</u>
        Name of Transferee                        <u>Serengeti Partners L.P.)</u>
                                                             Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known):<u>33614</u>
should be sent:                                    Amount of Claim as Filed: <u>$5,941,844.57</u>
Goldman Sachs Lending Partners LLC                 Amount of Claim Transferred: <u>$1,162,691.23</u>
c/o Goldman, Sachs & Co.                           Date Claim Filed:<u>9/22/09</u>
30 Hudson Street, 38th Floor                       Debtor: <u>Lehman Brothers Special Financing Inc.</u>
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:<u>212-902-1040</u>                           Phone:_____
Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____

Name and Address where transferee payments

659324v.1 153/05974

should be sent (if different from above):

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: _5/25/11_____
      Name of Transferee/ Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

659324v.1 153/05974

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman Sachs Lending Partners LLC
Name of Transferee

Serengeti Opportunities Partners LP (f/k/a Serengeti Partners L.P.)
Name of Transferor

Name and Address where notices to transferee should be sent:
Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn: Lauren Day
Email: gsd.link@gs.com

Court Claim # (if known):33615
Amount of Claim as Filed: $5,941,844.57
Amount of Claim Transferred: $1,162,691.23
Date Claim Filed:9/22/09
Debtor: Lehman Brothers Holdings Inc.

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:212-902-1040
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments

659324v.1 153/05974

should be sent (if different from above):

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: _____5/25/11_____
     Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

659324v.1 153/05974

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                                (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman Sachs Lending Partners LLC          Serengeti Opportunities Partners LP (f/k/a
          Name of Transferee                 Serengeti Partners L.P.)
                                                       Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known):33659
should be sent:                                  Amount of Claim as Filed: $8,573,356.64
Goldman Sachs Lending Partners LLC               Amount of Claim Transferred: $1,677,621.57
c/o Goldman, Sachs & Co.                         Date Claim Filed:9/22/09
30 Hudson Street, 38th Floor                     Debtor: Lehman Brothers Special Financing Inc.
Jersey City, NJ 07302
Attn: Lauren Day
Email: gsd.link@gs.com

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:212-902-1040                               Phone:
Last Four Digits of Acct #:                      Last Four Digits of Acct. #:

659324v.1 153/05974

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____

      Name of Transferee/Transferee's Agent

Date: ___ 5/25/11 ___

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

659324v.1 153/05974

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                              (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

Goldman Sachs Lending Partners LLC                Serengeti Opportunities Partners LP (f/k/a
Name of Transferee                                Serengeti Partners L.P.)
                                                  Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known):33658
should be sent:                                   Amount of Claim as Filed: $8,573,356.64
Goldman Sachs Lending Partners LLC                Amount of Claim Transferred: $1,677,621.57
c/o Goldman, Sachs & Co.                          Date Claim Filed:9/22/09
30 Hudson Street, 38th Floor                      Debtor: Lehman Brothers Holdings Inc.
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:212-902-1040                                Phone:
Last Four Digits of Acct #:                       Last Four Digits of Acct. #:

Name and Address where transferee payments

659324v.1 153/05974

should be sent (if different from above):

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: __5/25/11__

Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

659324v.1 153/05974

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.,</u> Debtors.          Case No. <u>08-13555 (JMP)</u>
                                                (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Goldman Sachs Lending Partners LLC</u> | <u>Serengeti Opportunities Partners LP (f/k/a</u> |
| Name of Transferee | <u>Serengeti Partners L.P.)</u> |
| | Name of Transferor |

Name and Address where notices to transferee
should be sent:
Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn:  Lauren Day
Email: gsd.link@gs.com

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Court Claim # (if known):<u>33582</u>
Amount of Claim as Filed:<u> $2,069,282.89</u>
Amount of Claim Transferred:<u> $404,914.16</u>
Date Claim Filed:<u>9/22/09</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:<u>212-902-1040</u>                      Phone:_____
Last Four Digits of Acct #: _____      Last Four Digits of Acct. #: _____

659324v.1 153/05974

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____

Name of Transferee/Transferee's Agent

Date: __5/25/11__

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

659324v.1 153/05974

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                              (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman Sachs Lending Partners LLC              Serengeti Opportunities Partners LP (f/k/a
            Name of Transferee                  Serengeti Partners L.P.)
                                                          Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known):33625
should be sent:                                  Amount of Claim as Filed: $2,069,282.89
Goldman Sachs Lending Partners LLC               Amount of Claim Transferred: $404,914.16
c/o Goldman, Sachs & Co.                         Date Claim Filed:9/22/09
30 Hudson Street, 38th Floor                     Debtor: Lehman Brothers Holdings Inc.
Jersey City, NJ 07302
Attn: Lauren Day
Email: gsd.link@gs.com

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:212-902-1040                               Phone:
Last Four Digits of Acct #:                      Last Four Digits of Acct. #:


Name and Address where transferee payments

659324v.1 153/05974

should be sent (if different from above):

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____

Name of Transferee/Transferee's Agent

Date: __5/25/11__

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

659324v.1 153/05974