## THOMAS PIETRANTONIO, P.C.
*ATTORNEY AT LAW*
*334 Main Street*
*Port Washington, NY 11050*

*Admitted in NY, NJ & DC*                                                       *Office (516) 944-6169*
*Facsimile (516) 684-9824*
*E-Mail < pietrantoniolaw@optonline.net >*                      *Cell (516) 782-4571*

May 27, 2011

United States Bankruptcy Court
Southern District of NY
One Bowling Green
New York, NY 1004-1408

Attn.: Clerk of the Court

### Re: Lehman Bros, Case No.: 08-13555 (JMP)

Dear Sir/Madam:

    This is to request the removal of the undersigned's e-mail address [**pietrantoniolaw@optonline.net**] from the distribution list for ECF filed items in the above.

    Thank you for your assistance.

                                                            Very truly yours,

                                                            Thomas Pietrantonio