UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
-----------------------------------------------------------------x Ref. Docket Nos. 16476, 16477,
16490, 16509

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 26, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Diane Streany*
Diane Streany

Sworn to before me this
27th day of May, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
|  | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   THE SEAPORT GROUP EUROPE LLP
      TRANSFEROR: THEODOOR GILISSEN GLOBAL CUSTODY N.V.
      ATTN: JAY CONKLIN
      GROUND FLOOR WEST, ONE FINSBURY CIRCUS
      LONDON    EC2M 7EB
      UNITED KINGDOM
```

Please note that your claim # 45214-25 in the above referenced case and in the amount of
       $1,510,357.32        has been transferred **(unless previously expunged by court order)**

```
      THE VARDE FUND, L.P.
      TRANSFEROR: THE SEAPORT GROUP EUROPE LLP
      ATTN: EDWINA P.J. STEFFER
      8500 NORMANDALE LAKE BOULEVARD
      SUITE 1570
      MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 16476    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/26/2011                    Vito Genna, Clerk of Court

                                    /s/ Diane Streany
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 26, 2011.

**EXHIBIT B**

```
TIME: 15:48:06                                              LEHMAN BROTHERS HOLDING INC.                                                                    PAGE:    1
DATE: 05/26/11                                                  CREDITOR LISTING

Name                                    Address
THE SEAPORT GROUP EUROPE LLP            TRANSFEROR: THEODOOR GILISSEN GLOBAL CUSTODY N.V. ATTN: JAY CONKLIN GROUND FLOOR WEST, ONE FINSBURY CIRCUS
                                        LONDON  EC2M 7EB UNITED KINGDOM
THE VARDE FUND IX, L.P.                 TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437
THE VARDE FUND X (MASTER) L.P.          TRANSFEROR: THE SEAPORT GROUP EUROPE LLP
THE VARDE FUND, L.P.                    TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437

Total Number of Records Printed    4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC