**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                    :    08-13555 (JMP)
                                                                :
            Debtors.                                            :    (Jointly Administered)
                                                                :
-----------------------------------------------------------------x    Ref. Docket No. 17059

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 24, 2011, I caused to be served the "Notice of Motion of Lehman Brothers Holdings Inc. Pursuant to Section 363 and 105(a) of the Bankruptcy Code for Authority to (I) Sell Two Portfolios of Ginnie Mae Reverse Mortgage Loans to MetLife and (II) Assign All Rights and Delegate All Obligations In Connection Therewith," dated May 24, 2011, to which was attached the "Motion of Lehman Brothers Holdings Inc. Pursuant to Section 363 and 105(a) of the Bankruptcy Code for Authority to (I) Sell Two Portfolios of Ginnie Mae Reverse Mortgage Loans to MetLife and (II) Assign All Rights and Delegate All Obligations Thereunder," dated May 24, 2011 [Docket No. 17059], by causing true and correct copies to be:

   i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii. delivered via facsimile to the party listed on the annexed Exhibit B, and

   iii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Eleni Manners*
Eleni Manners

Sworn to before me this
26th day of May, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

### *LBH Email Service List*

| | |
|---|---|
| aaaronson@dilworthlaw.com | anthony_boccanfuso@aporter.com |
| aalfonso@willkie.com | aoberry@bermanesq.com |
| abraunstein@riemerlaw.com | aostrow@beckerglynn.com |
| acaton@kramerlevin.com | apo@stevenslee.com |
| acker@chapman.com | aquale@sidley.com |
| adam.brezine@hro.com | araboy@cov.com |
| adarwin@nixonpeabody.com | arahl@reedsmith.com |
| adiamond@diamondmccarthy.com | arheaume@riemerlaw.com |
| aeckstein@blankrome.com | arlbank@pbfcm.com |
| aentwistle@entwistle-law.com | arosenblatt@chadbourne.com |
| afriedman@irell.com | arthur.rosenberg@hklaw.com |
| agbanknewyork@ag.tn.gov | arwolf@wlrk.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashaffer@mayerbrown.com |
| ahammer@freebornpeters.com | ashmead@sewkis.com |
| aisenberg@saul.com | asnow@ssbb.com |
| akantesaria@oppenheimerfunds.com | atrehan@mayerbrown.com |
| alesia.pinney@infospace.com | aunger@sidley.com |
| alum@ftportfolios.com | austin.bankruptcy@publicans.com |
| amarder@msek.com | avenes@whitecase.com |
| amcmullen@boultcummings.com | azylberberg@whitecase.com |
| amenard@tishmanspeyer.com | bankr@zuckerman.com |
| andrew.brozman@cliffordchance.com | bankruptcy@goodwin.com |
| andrew.lourie@kobrekim.com | bankruptcy@morrisoncohen.com |
| angelich.george@arentfox.com | bankruptcy@ntexas-attorneys.com |
| ann.reynaud@shell.com | bankruptcymatters@us.nomura.com |

1 of 12

## *LBH Email Service List*

| | |
|---|---|
| barbra.parlin@hklaw.com | cgoldstein@stcwlaw.com |
| bbisignani@postschell.com | chammerman@paulweiss.com |
| bcarlson@co.sanmateo.ca.us | chardman@klestadt.com |
| bdk@schlamstone.com | charles@filardi-law.com |
| bgraifman@gkblaw.com | charles_malloy@aporter.com |
| bguiney@pbwt.com | charu.chandrasekhar@wilmerhale.com |
| bill.freeman@pillsburylaw.com | chipford@parkerpoe.com |
| bkmail@prommis.com | chris.donoho@lovells.com |
| bmanne@tuckerlaw.com | christopher.schueller@bipc.com |
| bmiller@mofo.com | clarkb@sullcrom.com |
| boneill@kramerlevin.com | clynch@reedsmith.com |
| brian.corey@greentreecreditsolutions.com | cmontgomery@salans.com |
| bromano@willkie.com | cohenr@sewkis.com |
| brosenblum@jonesday.com | cp@stevenslee.com |
| broy@rltlawfirm.com | cpappas@dilworthlaw.com |
| btrust@mayerbrown.com | craig.goldblatt@wilmerhale.com |
| bturk@tishmanspeyer.com | crmomjian@attorneygeneral.gov |
| bwolfe@sheppardmullin.com | cs@stevenslee.com |
| bzabarauskas@crowell.com | csalomon@beckerglynn.com |
| cahn@clm.com | cschreiber@winston.com |
| calbert@reitlerlaw.com | cshore@whitecase.com |
| canelas@pursuitpartners.com | cshulman@sheppardmullin.com |
| carol.weinerlevy@bingham.com | ctatelbaum@adorno.com |
| cbelisle@wfw.com | cwalsh@mayerbrown.com |
| cbelmonte@ssbb.com | cward@polsinelli.com |
| cbrotstein@bm.net | cweber@ebg-law.com |

*LBH Email Service List*

| | |
|---|---|
| cweiss@ingramllp.com | dflanigan@polsinelli.com |
| dallas.bankruptcy@publicans.com | dgrimes@reedsmith.com |
| daniel.guyder@allenovery.com | dhayes@mcguirewoods.com |
| dave.davis@isgria.com | dheffer@foley.com |
| david.bennett@tklaw.com | diconzam@gtlaw.com |
| david.crichlow@pillsburylaw.com | dirk.roberts@ots.treas.gov |
| david.heller@lw.com | djoseph@stradley.com |
| david.seligman@kirkland.com | dkleiner@velaw.com |
| davids@blbglaw.com | dkozusko@willkie.com |
| davidwheeler@mvalaw.com | dlemay@chadbourne.com |
| dbalog@intersil.com | dlipke@vedderprice.com |
| dbarber@bsblawyers.com | dludman@brownconnery.com |
| dbaumstein@whitecase.com | dmcguire@winston.com |
| dbesikof@loeb.com | dmurray@jenner.com |
| dcimo@gjb-law.com | dneier@winston.com |
| dckaufman@hhlaw.com | dodonnell@milbank.com |
| dcoffino@cov.com | dove.michelle@dorsey.com |
| dcrapo@gibbonslaw.com | dowd.mary@arentfox.com |
| ddavis@paulweiss.com | draelson@fisherbrothers.com |
| ddrebsky@nixonpeabody.com | dravin@wolffsamson.com |
| ddunne@milbank.com | drose@pryorcashman.com |
| deggermann@kramerlevin.com | drosenzweig@fulbright.com |
| deggert@freebornpeters.com | drosner@goulstonstorrs.com |
| demetra.liggins@tklaw.com | drosner@kasowitz.com |
| deryck.palmer@cwt.com | dshemano@pwkllp.com |
| dfelder@orrick.com | dspelfogel@foley.com |

*LBH Email Service List*

| | |
|---|---|
| dtatge@ebglaw.com | fhyman@mayerbrown.com |
| dwdykhouse@pbwt.com | fishere@butzel.com |
| dwildes@stroock.com | francois.janson@hklaw.com |
| dworkman@bakerlaw.com | fsosnick@shearman.com |
| easmith@venable.com | fyates@sonnenschein.com |
| echang@steinlubin.com | gabriel.delvirginia@verizon.net |
| ecohen@russell.com | gbray@milbank.com |
| efleck@milbank.com | george.davis@cwt.com |
| efriedman@friedumspring.com | geraci@thalergertler.com |
| egeekie@schiffhardin.com | ggitomer@mkbattorneys.com |
| eglas@mccarter.com | giddens@hugheshubbard.com |
| ehollander@whitecase.com | gkaden@goulstonstorrs.com |
| ekbergc@lanepowell.com | glenn.siegel@dechert.com |
| elevin@lowenstein.com | gmoss@riemerlaw.com |
| eli.mattioli@klgates.com | gravert@mwe.com |
| ellen.halstead@cwt.com | gspilsbury@jsslaw.com |
| emerberg@mayerbrown.com | guzzi@whitecase.com |
| eobrien@sbchlaw.com | harrisjm@michigan.gov |
| eschaffer@reedsmith.com | harveystrickon@paulhastings.com |
| eschwartz@contrariancapital.com | hbeltzer@mayerbrown.com |
| esmith@dl.com | heidi@crumbielaw.com |
| ezujkowski@emmetmarvin.com | heim.steve@dorsey.com |
| ezweig@optonline.net | heiser@chapman.com |
| fbp@ppgms.com | hirsch.robert@arentfox.com |
| feldsteinh@sullcrom.com | hollace.cohen@troutmansanders.com |
| ffm@bostonbusinesslaw.com | holsen@stroock.com |

*LBH Email Service List*

| | |
|---|---|
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | jdrucker@coleschotz.com |
| icatto@kirkland.com | jdyas@halperinlaw.net |
| igoldstein@dl.com | jean-david.barnea@usdoj.gov |
| ilevee@lowenstein.com | jeannette.boot@wilmerhale.com |
| info2@normandyhill.com | jeff.wittig@coair.com |
| ira.herman@tklaw.com | jeffrey.sabin@bingham.com |
| isgreene@hhlaw.com | jeldredge@velaw.com |
| israel.dahan@cwt.com | jen.premisler@cliffordchance.com |
| iva.uroic@dechert.com | jennifer.demarco@cliffordchance.com |
| jaclyn.genchi@kayescholer.com | jennifer.gore@shell.com |
| jacobsonn@sec.gov | jeremy.eiden@state.mn.us |
| james.mcclammy@dpw.com | jessica.fink@cwt.com |
| james.sprayregen@kirkland.com | jfalgowski@reedsmith.com |
| jamestecce@quinnemanuel.com | jflaxer@golenbock.com |
| jamie.nelson@dubaiic.com | jfox@joefoxlaw.com |
| jar@outtengolden.com | jfreeberg@wfw.com |
| jason.jurgens@cwt.com | jg5786@att.com |
| jay.hurst@oag.state.tx.us | jgarrity@shearman.com |
| jay@kleinsolomon.com | jgenovese@gjb-law.com |
| jbecker@wilmingtontrust.com | jguy@orrick.com |
| jbeemer@entwistle-law.com | jherzog@gklaw.com |
| jbeiers@co.sanmateo.ca.us | jhiggins@fdlaw.com |
| jbird@polsinelli.com | jhorgan@phxa.com |
| jbromley@cgsh.com | jhuggett@margolisedelstein.com |

*LBH Email Service List*

| | |
|---|---|
| jhuh@ffwplaw.com | joseph.cordaro@usdoj.gov |
| jim@atkinslawfirm.com | joshua.dorchak@bingham.com |
| jjoyce@dresslerpeters.com | jowen769@yahoo.com |
| jjtancredi@daypitney.com | jowolf@law.nyc.gov |
| jjureller@klestadt.com | joy.mathias@dubaiic.com |
| jkehoe@btkmc.com | jpintarelli@mofo.com |
| jlamar@maynardcooper.com | jpintarelli@mofo.com |
| jlawlor@wmd-law.com | jporter@entwistle-law.com |
| jlee@foley.com | jprol@lowenstein.com |
| jlevitin@cahill.com | jrabinowitz@rltlawfirm.com |
| jlipson@crockerkuno.com | jrsmith@hunton.com |
| jliu@dl.com | jschwartz@hahnhessen.com |
| jlovi@steptoe.com | jsheerin@mcguirewoods.com |
| jlscott@reedsmith.com | jshickich@riddellwilliams.com |
| jmaddock@mcguirewoods.com | jsmairo@pbnlaw.com |
| jmazermarino@msek.com | jstoll@mayerbrown.com |
| jmcginley@wilmingtontrust.com | jtimko@allenmatkins.com |
| jmelko@gardere.com | jtimko@shutts.com |
| jmerva@fult.com | jtougas@mayerbrown.com |
| jmmurphy@stradley.com | judy.morse@crowedunlevy.com |
| jmr@msf-law.com | jwallack@goulstonstorrs.com |
| john.monaghan@hklaw.com | jwang@sipc.org |
| john.rapisardi@cwt.com | jwcohen@daypitney.com |
| john@crumbielaw.com | jweiss@gibsondunn.com |
| joli@crlpc.com | jwest@velaw.com |
| jorbach@hahnhessen.com | jwh@njlawfirm.com |

## *LBH Email Service List*

| | |
|---|---|
| jwhitman@entwistle-law.com | lathompson@co.sanmateo.ca.us |
| k4.nomura@aozorabank.co.jp | lawallf@pepperlaw.com |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| kdwbankruptcydepartment@kelleydrye.com | lee.stremba@troutmansanders.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| ken.coleman@allenovery.com | linda.boyle@twtelecom.com |
| ken.higman@hp.com | lisa.ewart@wilmerhale.com |
| kerry.moynihan@hro.com | lisa.kraidin@allenovery.com |
| kgwynne@reedsmith.com | ljkotler@duanemorris.com |
| kiplok@hugheshubbard.com | lmarinuzzi@mofo.com |
| kkelly@ebglaw.com | lmay@coleschotz.com |
| klyman@irell.com | lmcgowen@orrick.com |
| kmayer@mccarter.com | lml@ppgms.com |
| kobak@hugheshubbard.com | lnashelsky@mofo.com |
| korr@orrick.com | loizides@loizides.com |
| kostad@mofo.com | lromansic@steptoe.com |
| kovskyd@pepperlaw.com | lscarcella@farrellfritz.com |
| kpiper@steptoe.com | lschweitzer@cgsh.com |
| kressk@pepperlaw.com | lthompson@whitecase.com |
| kreynolds@mklawnyc.com | lubell@hugheshubbard.com |
| krosen@lowenstein.com | lwhidden@salans.com |
| kuehn@bragarwexler.com | mabrams@willkie.com |
| kurt.mayr@bgllp.com | maofiling@cgsh.com |
| lacyr@sullcrom.com | marc.chait@sc.com |
| landon@streusandlandon.com | margolin@hugheshubbard.com |

### LBH Email Service List

| | |
|---|---|
| mark.deveno@bingham.com | millee12@nationwide.com |
| mark.ellenberg@cwt.com | miller@taftlaw.com |
| mark.houle@pillsburylaw.com | mimi.m.wong@irscounsel.treas.gov |
| mark.sherrill@sutherland.com | mitchell.ayer@tklaw.com |
| martin.davis@ots.treas.gov | mjacobs@pryorcashman.com |
| marvin.clements@ag.tn.gov | mjedelman@vedderprice.com |
| matt@willaw.com | mjr1@westchestergov.com |
| matthew.klepper@dlapiper.com | mkjaer@winston.com |
| mbenner@tishmanspeyer.com | mlahaie@akingump.com |
| mberman@nixonpeabody.com | mlandman@lcbf.com |
| mbienenstock@dl.com | mlynch2@travelers.com |
| mbossi@thompsoncoburn.com | mmendez@hunton.com |
| mcademartori@sheppardmullin.com | mmooney@deilylawfirm.com |
| mcordone@stradley.com | mmorreale@us.mufg.jp |
| mcto@debevoise.com | mneier@ibolaw.com |
| mdorval@stradley.com | monica.lawless@brookfieldproperties.com |
| meltzere@pepperlaw.com | mpage@kelleydrye.com |
| metkin@lowenstein.com | mprimoff@kayescholer.com |
| mfeldman@willkie.com | mpucillo@bermanesq.com |
| mgordon@briggs.com | mrosenthal@gibsondunn.com |
| mgreger@allenmatkins.com | mruetzel@whitecase.com |
| mh1@mccallaraymer.com | mschimel@sju.edu |
| mhanchet@mayerbrown.com | mshiner@tuckerlaw.com |
| mhopkins@cov.com | msiegel@brownrudnick.com |
| michael.frege@cms-hs.com | mspeiser@stroock.com |
| michael.kim@kobrekim.com | mstamer@akingump.com |

*LBH Email Service List*

| | |
|---|---|
| mvenditto@reedsmith.com | pmaxcy@sonnenschein.com |
| mwarren@mtb.com | ppascuzzi@ffwplaw.com |
| ncoco@mwe.com | ppatterson@stradley.com |
| neal.mann@oag.state.ny.us | psp@njlawfirm.com |
| ned.schodek@shearman.com | ptrostle@jenner.com |
| newyork@sec.gov | pwright@dl.com |
| nfurman@scottwoodcapital.com | r.stahl@stahlzelloe.com |
| nherman@morganlewis.com | raj.madan@bingham.com |
| nissay_10259-0154@mhmjapan.com | rajohnson@akingump.com |
| nlepore@schnader.com | ramona.neal@hp.com |
| notice@bkcylaw.com | ranjit.mather@bnymellon.com |
| oipress@travelers.com | rbeacher@pryorcashman.com |
| omeca.nedd@lovells.com | rbyman@jenner.com |
| paronzon@milbank.com | rdaversa@orrick.com |
| patrick.oh@freshfields.com | relgidely@gjb-law.com |
| paul.turner@sutherland.com | rfleischer@pryorcashman.com |
| pbattista@gjb-law.com | rfrankel@orrick.com |
| pbosswick@ssbb.com | rfriedman@silvermanacampora.com |
| pdublin@akingump.com | rgmason@wlrk.com |
| peisenberg@lockelord.com | rgraham@whitecase.com |
| peter.gilhuly@lw.com | rgraham@whitecase.com |
| peter.macdonald@wilmerhale.com | rhett.campbell@tklaw.com |
| peter.simmons@friedfrank.com | richard.lear@hklaw.com |
| peter@bankrupt.com | richard.levy@lw.com |
| pfeldman@oshr.com | richard.tisdale@friedfrank.com |
| phayden@mcguirewoods.com | ritkin@steptoe.com |

*LBH Email Service List*

| | |
|---|---|
| rjones@boultcummings.com | sabin.willett@bingham.com |
| rlasater@foley.com | sabramowitz@velaw.com |
| rleek@hodgsonruss.com | sagolden@hhlaw.com |
| rlevin@cravath.com | sally.henry@skadden.com |
| rmatzat@hahnhessen.com | sandyscafaria@eaton.com |
| rnetzer@willkie.com | sara.tapinekis@cliffordchance.com |
| rnorton@hunton.com | scargill@lowenstein.com |
| robert.bailey@bnymellon.com | schannej@pepperlaw.com |
| robert.dombroff@bingham.com | schepis@pursuitpartners.com |
| robert.henoch@kobrekim.com | schnabel.eric@dorsey.com |
| robert.malone@dbr.com | schristianson@buchalter.com |
| robert.yalen@usdoj.gov | schwartzmatthew@sullcrom.com |
| robertdakis@quinnemanuel.com | scottshelley@quinnemanuel.com |
| robin.keller@lovells.com | scousins@armstrongteasdale.com |
| roger@rnagioff.com | sdnyecf@dor.mo.gov |
| ronald.silverman@bingham.com | sehlers@armstrongteasdale.com |
| rqureshi@reedsmith.com | sfelderstein@ffwplaw.com |
| rreid@sheppardmullin.com | sfineman@lchb.com |
| rroupinian@outtengolden.com | sfox@mcguirewoods.com |
| rrussell@andrewskurth.com | sgordon@cahill.com |
| rterenzi@stcwlaw.com | sgubner@ebg-law.com |
| rtrust@cravath.com | shannon.nagle@friedfrank.com |
| russj4478@aol.com | sharbeck@sipc.org |
| rwasserman@cftc.gov | shari.leventhal@ny.frb.org |
| rwyron@orrick.com | shgross5@yahoo.com |
| s.minehan@aozorabank.co.jp | sidorsky@butzel.com |

*LBH Email Service List*

| | |
|---|---|
| slerner@ssd.com | tbrock@ssbb.com |
| slevine@brownrudnick.com | tduffy@andersonkill.com |
| sloden@diamondmccarthy.com | teresa.oxford@invescoaim.com |
| smayerson@ssd.com | tgoren@mofo.com |
| smillman@stroock.com | thaler@thalergertler.com |
| smulligan@bsblawyers.com | thomas.califano@dlapiper.com |
| snewman@katskykorins.com | thomas.ogden@dpw.com |
| sory@fdlaw.com | thomas_noguerola@calpers.ca.gov |
| spiotto@chapman.com | timothy.brink@dlapiper.com |
| splatzer@platzerlaw.com | timothy.palmer@bipc.com |
| squigley@lowenstein.com | tjfreedman@pbnlaw.com |
| sree@lcbf.com | tkarcher@dl.com |
| sselbst@herrick.com | tkiriakos@mayerbrown.com |
| sshimshak@paulweiss.com | tlauria@whitecase.com |
| steele@lowenstein.com | tmacwright@whitecase.com |
| stephen.cowan@dlapiper.com | tmayer@kramerlevin.com |
| steve.ginther@dor.mo.gov | tnixon@gklaw.com |
| steven.troyer@commerzbank.com | toby.r.rosenberg@irscounsel.treas.gov |
| steven.wilamowsky@bingham.com | tony.davis@bakerbotts.com |
| streusand@streusandlandon.com | tslome@msek.com |
| susan.schultz@newedgegroup.com | ttracy@crockerkuno.com |
| susheelkirpalani@quinnemanuel.com | twheeler@lowenstein.com |
| swolowitz@mayerbrown.com | ukreppel@whitecase.com |
| szuch@wiggin.com | vdagostino@lowenstein.com |
| tannweiler@greerherz.com | villa@streusandlandon.com |
| tarbit@cftc.gov | vmilione@nixonpeabody.com |

### *LBH Email Service List*

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

woconnor@crowell.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

yuwatoko@mofo.com

**EXHIBIT B**

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


RICHARD S. MILLER
K&L GATES
599 LEXINGTON AVENUE
NEW YORK, NY 10022


ERIC J. EDWARDSON
K&L GATES
1601 K STREET N.W.
WASHINGTON D.C. 20006


AIMEE M. ACETO, ESQ.
OFFICE OF GENERAL COUNSEL
OFFICE OF FINANCE AND ADMINISTRATIVE LAW
FINANCE DIVISION
U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
451 7TH ST., SW, ROOM 9254
WASHINGTON, DC 20410