**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

----------------------------------------------------------------------------x    **Ref. Docket Nos. 17048-17051**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                                        ) ss.:
COUNTY OF NEW YORK   )

ELENI MANNERS, being duly sworn, deposes and says:

1.  I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 24, 2011, I caused to be served the:

    a.  "Notice of Adjournment of Debtors' One Hundred Eleventh Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated May 24, 2011 [Docket No. 17048], (the "111th Omni NOA"),

    b.  "Notice of Adjournment of Debtors' One Hundred Seventeenth Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) Solely as to Certain Claims," dated May 24, 2011 [Docket No. 17049], (the "117th Omni NOA"),

    c.  "Notice of Adjournment of Debtors' One Hundred Thirtieth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests) Solely as to Certain Claims," dated May 24, 2011 [Docket No. 17050], (the "130th Omni NOA"), and

    d.  "Notice of Adjournment of Debtors' One Hundred Thirty-First Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests) Solely as to Certain Claims," dated May 24, 2011 [Docket No. 17051], (the "131st Omni NOA"),

by causing true and correct copies of the:

    i.    111th Omni NOA, 117th Omni NOA, 130th Omni NOA, and 131st Omni NOA, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.    111th Omni NOA, 117th Omni NOA, 130th Omni NOA, and 131st Omni NOA, to be delivered via facsimile to the party listed on the annexed Exhibit B,

    iii.    111th Omni NOA, 117th Omni NOA, 130th Omni NOA, and 131st Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

    iv.    111th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D,

    v.    117th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E,

    vi.    130th Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit F,

    vii.    131st Omni NOA, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit G.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

 

*/s/ Eleni Manners*
Eleni Manners

Sworn to before me this
25th day of May, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

### *LBH Email Service List*

| | |
|---|---|
| aaaronson@dilworthlaw.com | anthony_boccanfuso@aporter.com |
| aalfonso@willkie.com | aoberry@bermanesq.com |
| abraunstein@riemerlaw.com | aostrow@beckerglynn.com |
| acaton@kramerlevin.com | apo@stevenslee.com |
| acker@chapman.com | aquale@sidley.com |
| adam.brezine@hro.com | araboy@cov.com |
| adarwin@nixonpeabody.com | arahl@reedsmith.com |
| adiamond@diamondmccarthy.com | arheaume@riemerlaw.com |
| aeckstein@blankrome.com | arlbank@pbfcm.com |
| aentwistle@entwistle-law.com | arosenblatt@chadbourne.com |
| afriedman@irell.com | arthur.rosenberg@hklaw.com |
| agbanknewyork@ag.tn.gov | arwolf@wlrk.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashaffer@mayerbrown.com |
| ahammer@freebornpeters.com | ashmead@sewkis.com |
| aisenberg@saul.com | asnow@ssbb.com |
| akantesaria@oppenheimerfunds.com | atrehan@mayerbrown.com |
| alesia.pinney@infospace.com | aunger@sidley.com |
| alum@ftportfolios.com | austin.bankruptcy@publicans.com |
| amarder@msek.com | avenes@whitecase.com |
| amcmullen@boultcummings.com | azylberberg@whitecase.com |
| amenard@tishmanspeyer.com | bankr@zuckerman.com |
| andrew.brozman@cliffordchance.com | bankruptcy@goodwin.com |
| andrew.lourie@kobrekim.com | bankruptcy@morrisoncohen.com |
| angelich.george@arentfox.com | bankruptcy@ntexas-attorneys.com |
| ann.reynaud@shell.com | bankruptcymatters@us.nomura.com |

### *LBH Email Service List*

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bgraifman@gkblaw.com

bguiney@pbwt.com

bill.freeman@pillsburylaw.com

bkmail@prommis.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

bromano@willkie.com

brosenblum@jonesday.com

broy@rltlawfirm.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

bzabarauskas@crowell.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

chardman@klestadt.com

charles@filardi-law.com

charles_malloy@aporter.com

charu.chandrasekhar@wilmerhale.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.schueller@bipc.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohenr@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

crmomjian@attorneygeneral.gov

cs@stevenslee.com

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

ctatelbaum@adorno.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

### *LBH Email Service List*

| | |
|---|---|
| cweiss@ingramllp.com | dflanigan@polsinelli.com |
| dallas.bankruptcy@publicans.com | dgrimes@reedsmith.com |
| daniel.guyder@allenovery.com | dhayes@mcguirewoods.com |
| dave.davis@isgria.com | dheffer@foley.com |
| david.bennett@tklaw.com | diconzam@gtlaw.com |
| david.crichlow@pillsburylaw.com | dirk.roberts@ots.treas.gov |
| david.heller@lw.com | djoseph@stradley.com |
| david.seligman@kirkland.com | dkleiner@velaw.com |
| davids@blbglaw.com | dkozusko@willkie.com |
| davidwheeler@mvalaw.com | dlemay@chadbourne.com |
| dbalog@intersil.com | dlipke@vedderprice.com |
| dbarber@bsblawyers.com | dludman@brownconnery.com |
| dbaumstein@whitecase.com | dmcguire@winston.com |
| dbesikof@loeb.com | dmurray@jenner.com |
| dcimo@gjb-law.com | dneier@winston.com |
| dckaufman@hhlaw.com | dodonnell@milbank.com |
| dcoffino@cov.com | dove.michelle@dorsey.com |
| dcrapo@gibbonslaw.com | dowd.mary@arentfox.com |
| ddavis@paulweiss.com | draelson@fisherbrothers.com |
| ddrebsky@nixonpeabody.com | dravin@wolffsamson.com |
| ddunne@milbank.com | drose@pryorcashman.com |
| deggermann@kramerlevin.com | drosenzweig@fulbright.com |
| deggert@freebornpeters.com | drosner@goulstonstorrs.com |
| demetra.liggins@tklaw.com | drosner@kasowitz.com |
| deryck.palmer@cwt.com | dshemano@pwkllp.com |
| dfelder@orrick.com | dspelfogel@foley.com |

### _LBH Email Service List_

dtatge@ebglaw.com

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

echang@steinlubin.com

ecohen@russell.com

efleck@milbank.com

efriedman@friedumspring.com

egeekie@schiffhardin.com

eglas@mccarter.com

ehollander@whitecase.com

ekbergc@lanepowell.com

elevin@lowenstein.com

eli.mattioli@klgates.com

ellen.halstead@cwt.com

emerberg@mayerbrown.com

eobrien@sbchlaw.com

eschaffer@reedsmith.com

eschwartz@contrariancapital.com

esmith@dl.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

feldsteinh@sullcrom.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

fishere@butzel.com

francois.janson@hklaw.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

george.davis@cwt.com

geraci@thalergertler.com

ggitomer@mkbattorneys.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

gravert@mwe.com

gspilsbury@jsslaw.com

guzzi@whitecase.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heidi@crumbielaw.com

heim.steve@dorsey.com

heiser@chapman.com

hirsch.robert@arentfox.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

### *LBH Email Service List*

| | |
|---|---|
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | jdrucker@coleschotz.com |
| icatto@kirkland.com | jdyas@halperinlaw.net |
| igoldstein@dl.com | jean-david.barnea@usdoj.gov |
| ilevee@lowenstein.com | jeannette.boot@wilmerhale.com |
| info2@normandyhill.com | jeff.wittig@coair.com |
| ira.herman@tklaw.com | jeffrey.sabin@bingham.com |
| isgreene@hhlaw.com | jeldredge@velaw.com |
| israel.dahan@cwt.com | jen.premisler@cliffordchance.com |
| iva.uroic@dechert.com | jennifer.demarco@cliffordchance.com |
| jaclyn.genchi@kayescholer.com | jennifer.gore@shell.com |
| jacobsonn@sec.gov | jeremy.eiden@state.mn.us |
| james.mcclammy@dpw.com | jessica.fink@cwt.com |
| james.sprayregen@kirkland.com | jfalgowski@reedsmith.com |
| jamestecce@quinnemanuel.com | jflaxer@golenbock.com |
| jamie.nelson@dubaiic.com | jfox@joefoxlaw.com |
| jar@outtengolden.com | jfreeberg@wfw.com |
| jason.jurgens@cwt.com | jg5786@att.com |
| jay.hurst@oag.state.tx.us | jgarrity@shearman.com |
| jay@kleinsolomon.com | jgenovese@gjb-law.com |
| jbecker@wilmingtontrust.com | jguy@orrick.com |
| jbeemer@entwistle-law.com | jherzog@gklaw.com |
| jbeiers@co.sanmateo.ca.us | jhiggins@fdlaw.com |
| jbird@polsinelli.com | jhorgan@phxa.com |
| jbromley@cgsh.com | jhuggett@margolisedelstein.com |

### LBH Email Service List

| | |
|---|---|
| jhuh@ffwplaw.com | joseph.cordaro@usdoj.gov |
| jim@atkinslawfirm.com | joshua.dorchak@bingham.com |
| jjoyce@dresslerpeters.com | jowen769@yahoo.com |
| jjtancredi@daypitney.com | jowolf@law.nyc.gov |
| jjureller@klestadt.com | joy.mathias@dubaiic.com |
| jkehoe@btkmc.com | jpintarelli@mofo.com |
| jlamar@maynardcooper.com | jpintarelli@mofo.com |
| jlawlor@wmd-law.com | jporter@entwistle-law.com |
| jlee@foley.com | jprol@lowenstein.com |
| jlevitin@cahill.com | jrabinowitz@rltlawfirm.com |
| jlipson@crockerkuno.com | jrsmith@hunton.com |
| jliu@dl.com | jschwartz@hahnhessen.com |
| jlovi@steptoe.com | jsheerin@mcguirewoods.com |
| jlscott@reedsmith.com | jshickich@riddellwilliams.com |
| jmaddock@mcguirewoods.com | jsmairo@pbnlaw.com |
| jmazermarino@msek.com | jstoll@mayerbrown.com |
| jmcginley@wilmingtontrust.com | jtimko@allenmatkins.com |
| jmelko@gardere.com | jtimko@shutts.com |
| jmerva@fult.com | jtougas@mayerbrown.com |
| jmmurphy@stradley.com | judy.morse@crowedunlevy.com |
| jmr@msf-law.com | jwallack@goulstonstorrs.com |
| john.monaghan@hklaw.com | jwang@sipc.org |
| john.rapisardi@cwt.com | jwcohen@daypitney.com |
| john@crumbielaw.com | jweiss@gibsondunn.com |
| joli@crlpc.com | jwest@velaw.com |
| jorbach@hahnhessen.com | jwh@njlawfirm.com |

*__LBH Email Service List__*

| | |
|---|---|
| jwhitman@entwistle-law.com | lathompson@co.sanmateo.ca.us |
| k4.nomura@aozorabank.co.jp | lawallf@pepperlaw.com |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| kdwbankruptcydepartment@kelleydrye.com | lee.stremba@troutmansanders.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| ken.coleman@allenovery.com | linda.boyle@twtelecom.com |
| ken.higman@hp.com | lisa.ewart@wilmerhale.com |
| kerry.moynihan@hro.com | lisa.kraidin@allenovery.com |
| kgwynne@reedsmith.com | ljkotler@duanemorris.com |
| kiplok@hugheshubbard.com | lmarinuzzi@mofo.com |
| kkelly@ebglaw.com | lmay@coleschotz.com |
| klyman@irell.com | lmcgowen@orrick.com |
| kmayer@mccarter.com | lml@ppgms.com |
| kobak@hugheshubbard.com | lnashelsky@mofo.com |
| korr@orrick.com | loizides@loizides.com |
| kostad@mofo.com | lromansic@steptoe.com |
| kovskyd@pepperlaw.com | lscarcella@farrellfritz.com |
| kpiper@steptoe.com | lschweitzer@cgsh.com |
| kressk@pepperlaw.com | lthompson@whitecase.com |
| kreynolds@mklawnyc.com | lubell@hugheshubbard.com |
| krosen@lowenstein.com | lwhidden@salans.com |
| kuehn@bragarwexler.com | mabrams@willkie.com |
| kurt.mayr@bgllp.com | maofiling@cgsh.com |
| lacyr@sullcrom.com | marc.chait@sc.com |
| landon@streusandlandon.com | margolin@hugheshubbard.com |

**_LBH Email Service List_**

| | |
|---|---|
| mark.deveno@bingham.com | millee12@nationwide.com |
| mark.ellenberg@cwt.com | miller@taftlaw.com |
| mark.houle@pillsburylaw.com | mimi.m.wong@irscounsel.treas.gov |
| mark.sherrill@sutherland.com | mitchell.ayer@tklaw.com |
| martin.davis@ots.treas.gov | mjacobs@pryorcashman.com |
| marvin.clements@ag.tn.gov | mjedelman@vedderprice.com |
| matt@willaw.com | mjr1@westchestergov.com |
| matthew.klepper@dlapiper.com | mkjaer@winston.com |
| mbenner@tishmanspeyer.com | mlahaie@akingump.com |
| mberman@nixonpeabody.com | mlandman@lcbf.com |
| mbienenstock@dl.com | mlynch2@travelers.com |
| mbossi@thompsoncoburn.com | mmendez@hunton.com |
| mcademartori@sheppardmullin.com | mmooney@deilylawfirm.com |
| mcordone@stradley.com | mmorreale@us.mufg.jp |
| mcto@debevoise.com | mneier@ibolaw.com |
| mdorval@stradley.com | monica.lawless@brookfieldproperties.com |
| meltzere@pepperlaw.com | mpage@kelleydrye.com |
| metkin@lowenstein.com | mprimoff@kayescholer.com |
| mfeldman@willkie.com | mpucillo@bermanesq.com |
| mgordon@briggs.com | mrosenthal@gibsondunn.com |
| mgreger@allenmatkins.com | mruetzel@whitecase.com |
| mh1@mccallaraymer.com | mschimel@sju.edu |
| mhanchet@mayerbrown.com | mshiner@tuckerlaw.com |
| mhopkins@cov.com | msiegel@brownrudnick.com |
| michael.frege@cms-hs.com | mspeiser@stroock.com |
| michael.kim@kobrekim.com | mstamer@akingump.com |

### _LBH Email Service List_

| | |
|---|---|
| mvenditto@reedsmith.com | pmaxcy@sonnenschein.com |
| mwarren@mtb.com | ppascuzzi@ffwplaw.com |
| ncoco@mwe.com | ppatterson@stradley.com |
| neal.mann@oag.state.ny.us | psp@njlawfirm.com |
| ned.schodek@shearman.com | ptrostle@jenner.com |
| newyork@sec.gov | pwright@dl.com |
| nfurman@scottwoodcapital.com | r.stahl@stahlzelloe.com |
| nherman@morganlewis.com | raj.madan@bingham.com |
| nissay_10259-0154@mhmjapan.com | rajohnson@akingump.com |
| nlepore@schnader.com | ramona.neal@hp.com |
| notice@bkcylaw.com | ranjit.mather@bnymellon.com |
| oipress@travelers.com | rbeacher@pryorcashman.com |
| omeca.nedd@lovells.com | rbyman@jenner.com |
| paronzon@milbank.com | rdaversa@orrick.com |
| patrick.oh@freshfields.com | relgidely@gjb-law.com |
| paul.turner@sutherland.com | rfleischer@pryorcashman.com |
| pbattista@gjb-law.com | rfrankel@orrick.com |
| pbosswick@ssbb.com | rfriedman@silvermanacampora.com |
| pdublin@akingump.com | rgmason@wlrk.com |
| peisenberg@lockelord.com | rgraham@whitecase.com |
| peter.gilhuly@lw.com | rgraham@whitecase.com |
| peter.macdonald@wilmerhale.com | rhett.campbell@tklaw.com |
| peter.simmons@friedfrank.com | richard.lear@hklaw.com |
| peter@bankrupt.com | richard.levy@lw.com |
| pfeldman@oshr.com | richard.tisdale@friedfrank.com |
| phayden@mcguirewoods.com | ritkin@steptoe.com |

### *LBH Email Service List*

| | |
|---|---|
| rjones@boultcummings.com | sabin.willett@bingham.com |
| rlasater@foley.com | sabramowitz@velaw.com |
| rleek@hodgsonruss.com | sagolden@hhlaw.com |
| rlevin@cravath.com | sally.henry@skadden.com |
| rmatzat@hahnhessen.com | sandyscafaria@eaton.com |
| rnetzer@willkie.com | sara.tapinekis@cliffordchance.com |
| rnorton@hunton.com | scargill@lowenstein.com |
| robert.bailey@bnymellon.com | schannej@pepperlaw.com |
| robert.dombroff@bingham.com | schepis@pursuitpartners.com |
| robert.henoch@kobrekim.com | schnabel.eric@dorsey.com |
| robert.malone@dbr.com | schristianson@buchalter.com |
| robert.yalen@usdoj.gov | schwartzmatthew@sullcrom.com |
| robertdakis@quinnemanuel.com | scottshelley@quinnemanuel.com |
| robin.keller@lovells.com | scousins@armstrongteasdale.com |
| roger@rnagioff.com | sdnyecf@dor.mo.gov |
| ronald.silverman@bingham.com | sehlers@armstrongteasdale.com |
| rqureshi@reedsmith.com | sfelderstein@ffwplaw.com |
| rreid@sheppardmullin.com | sfineman@lchb.com |
| rroupinian@outtengolden.com | sfox@mcguirewoods.com |
| rrussell@andrewskurth.com | sgordon@cahill.com |
| rterenzi@stcwlaw.com | sgubner@ebg-law.com |
| rtrust@cravath.com | shannon.nagle@friedfrank.com |
| russj4478@aol.com | sharbeck@sipc.org |
| rwasserman@cftc.gov | shari.leventhal@ny.frb.org |
| rwyron@orrick.com | shgross5@yahoo.com |
| s.minehan@aozorabank.co.jp | sidorsky@butzel.com |

### LBH Email Service List

| | |
|---|---|
| slerner@ssd.com | tbrock@ssbb.com |
| slevine@brownrudnick.com | tduffy@andersonkill.com |
| sloden@diamondmccarthy.com | teresa.oxford@invescoaim.com |
| smayerson@ssd.com | tgoren@mofo.com |
| smillman@stroock.com | thaler@thalergertler.com |
| smulligan@bsblawyers.com | thomas.califano@dlapiper.com |
| snewman@katskykorins.com | thomas.ogden@dpw.com |
| sory@fdlaw.com | thomas_noguerola@calpers.ca.gov |
| spiotto@chapman.com | timothy.brink@dlapiper.com |
| splatzer@platzerlaw.com | timothy.palmer@bipc.com |
| squigley@lowenstein.com | tjfreedman@pbnlaw.com |
| sree@lcbf.com | tkarcher@dl.com |
| sselbst@herrick.com | tkiriakos@mayerbrown.com |
| sshimshak@paulweiss.com | tlauria@whitecase.com |
| steele@lowenstein.com | tmacwright@whitecase.com |
| stephen.cowan@dlapiper.com | tmayer@kramerlevin.com |
| steve.ginther@dor.mo.gov | tnixon@gklaw.com |
| steven.troyer@commerzbank.com | toby.r.rosenberg@irscounsel.treas.gov |
| steven.wilamowsky@bingham.com | tony.davis@bakerbotts.com |
| streusand@streusandlandon.com | tslome@msek.com |
| susan.schultz@newedgegroup.com | ttracy@crockerkuno.com |
| susheelkirpalani@quinnemanuel.com | twheeler@lowenstein.com |
| swolowitz@mayerbrown.com | ukreppel@whitecase.com |
| szuch@wiggin.com | vdagostino@lowenstein.com |
| tannweiler@greerherz.com | villa@streusandlandon.com |
| tarbit@cftc.gov | vmilione@nixonpeabody.com |

*__LBH Email Service List__*

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

woconnor@crowell.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

yuwatoko@mofo.com

**EXHIBIT B**

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| BANCO INTERIOR DE S.A., | THROUGH ALCICDES ROBERTO DE OLIVEIRA CHAVES, AS LIQUIDATOR OF BANCO INTERIOR DE SAO PAOLO, S.A RUA MAJOR EMIDIO DE CASTRO STREET, NUMBER 74 SAO JOSE DO RIO PRETO SP 15014-420 BRAZIL |
| BANCO INTERIOR DE S.A., | THROUGH ALCICDES ROBERTO DE OLIVEIRA CHAVES, EDWARD DAVIS, ARNOLDO LACAYO, ASTIGARRAGA DAVIS 701BRICKWELL AVENUE, 16TH FLOOR MIAMI FL 33131 |
| CERADYNE, INC. | C/O SILVERMANACAMPORA LLP 100 JERICHO QUADRANGLE LLP ATTN: JAY S. HELLMAN JERICHO NY 11753 |
| ESSEX EQUITY HOLDINGS USA, LLC | ATTN: MICHAEL S. KIM KOBRE & KIM LLP 800 THIRD AVENUE NEW YORK NY 10022 |
| MOORE, CHARLES E. | SCOTT R. LOVERNICK, ESQ. SCHWARTZ & CERA, LLP 44 MONTGOMERY STREET, SUITE 3850 SAN FRANCISCO CA 94104 |
| US AIRWAYS, INC. | C/O STEPTOE & JOHNSON LLP ATTN: STEVEN DAVIDSON ESQ & EMILY NESTLER ESQ 1330 CONNECTICUT AVENUE, NW WASHINGTON DC 20036 |
| US AIRWAYS, INC. | C/O STEPTOE & JOHNSON LLP ATTN: KATHERINE C PIPER ESQ 2121 AVENUE OF THE STARS, STE 2800 LOS ANGELES CA 90067 |
| WESTERN DIGITAL CORP. | C/O SILVERMANACAMPORA LLP 100 JERICHO QUADRANGLE, SUITE 300 ATTN: JAY S HELLMAN JERICHO NY 11753 |

**Total Creditor count  8**

**EXHIBIT E**

| Claim Name | Address Information |
| --- | --- |
| ABERNATHY, GREGG | 2515 GOUGH ST SAN FRANCISCO CA 94123-5012 |
| ADAIR, JOHN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| ADDINGTON, ERIK R. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| AGRAWAL, SHASHANK | 205 HUDSON STREET 511 HOBOKEN NJ 07030 |
| ANTONELLI, CHRISTOPHER G. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BALLENTINE, JAMES M., III | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BARICEVIC, JOANNA M. | 238 N RAILROAD AVE STATEN ISLAND NY 10304 |
| BEST, BARBARA J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BHATTAL, JASJIT S. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BOBB, JANICE | 313 PLYMOUTH ROAD NORTH BRUNSWICK NJ 08902 |
| BRAMHAM, SHAUN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| BRAUN, KONSTANTIN | 26 WINTERBOTTOM LN POUND RIDGE NY 10576 |
| BUSH, JAMES | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CAROL, CLAYTON | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CHAN, KENT | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CHETTY, NOEL ROYAPPAN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CHIN, RUSSELL | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CHO, KUNHO | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| CONNORS, WILLIAM F. | 105 DUANE STREET APT 38C TRIBECA TOWER NEW YORK NY 10007 |
| CORSALINI, ENRICO J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| DEXTER, DARRIN A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| DOE, JOCELYN J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| DORFMAN, DAVID A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| FELDKAMP, GEOFFREY F | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| FLANAGAN, CHRISTOPHER | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| FUCHS, BENJAMIN A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| GABBAY, MARK | HOUSE 11 51-55 DEEP WATER BAY ROAD HONG KONG |
| GABBAY, MARK | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| GLAVAN, JEFFREY L. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| GOULD, JAMES P. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |

| Claim Name | Address Information |
|---|---|
| GREENWALD, ANDREW J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HAR-EVEN, ITAMAR | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HOWE, CHRISTIAN J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HUANG, KANGLIN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HUGO-LANCELOT ROBERT GABRIEL MARTY | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HUNT, ROBIN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| HURLEY, JEFFREY D. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| IMPERATO, JASON | 148 WEAVER STREET GREENWICH CT 06831 |
| JOTWANI, TARUN | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| KAYE, PATRICK J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| KEAY, STEPHANIE | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| KOLLYDAS, PETER | 28 COLERIDGE DR MARLBORO NJ 07746 |
| KOLLYDAS, PETER G. | 28 COLERIDGE DRIVE MARLBORO NJ 07746 |
| KONHEIM. SETH | 10 LYNDALE PARK WESTPORT CT 06880 |
| LAIBLE, ROBERT K. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| LAX, STEPHEN | 324 AUTUMN HILL DRIVE MORGANVILLE NJ 07751-2043 |
| LUCOCQ, SIMON B. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| LYNCH, MARY A. | 501 EAST 79TH ST NEW YORK NY 10075 |
| MCCULLY, MICHAEL K. | 340 E 23RD ST APT 5M NEW YORK NY 10010-4747 |
| MCGARRY, PATRICK J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| MILLEA, TIMOTHY E. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| MORRIS, JASON P. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| MURRAY, THOMSON C JR. | 220 CLEFT ROAD MILL NECK NY 11765-1001 |
| O'CONNOR, BRIAN M. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| OH, MIRIAM Y. | 76 GLEN DRIVE NEW CANAAN CT 06840 |
| PAPADAKIS, SPYROS N. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| PEARSON, THOMAS M. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| PIASIO, WAYNE RICHARD | SUITE 259 28 OLD BROMPTON ROAD LONDON SW7 355 UNITED KINGDOM |
| QUISMORIO, JAMES P. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| RASNER, TIMOTHY D. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| ROPNER, HENRY | 14 DUNCANNON 26 LINDSAY SQUARE LONDON SW1V 2HT UNITED KINGDOM |
| RUBIN, CHARLES | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO |

| Claim Name | Address Information |
|---|---|
| RUBIN, CHARLES | 107-6029 JAPAN |
| RUBINSTEIN, MARC | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| SANTORO,VITO | 130 AREGOOD LANE ISLAMORADA FL 33036 |
| SCHIFFMAN, GLENN H. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| SCHREIBER, RUSSELL | FLAT 5 CADOGAN COURT GARDENS 1 D'OYLEY STREET LONDON SW1X 9AQ UNITED KINGDOM |
| SCOTT, ERIC A. | 48A GREEN ST MEDFIELD MA 020521705 |
| SHAH, NIRAJ | 107 WEST PASSAIC AVENUE BLOOMFIELD NJ 07003 |
| SIEGMUND, THOMAS | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| SKOLNICK, FRED J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| SOWINSKI, JOHN A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| STEIN, JEFFREY A. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| TOLCHINSKY, ANDREA | 119 CHESTNUT HILL ROAD WILTON CT 06897 |
| TSEKOV, GEORGI I. | 213 S. SCOTCH PLAINS AVE WESTFIELD NJ 07090 |
| TUNG, SHARON W. | TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| TWITCHELL, DARYL M. | 11 SILVER RIDGE ROAD NEW CANAAN CT 06840 |
| UMLAUF, ERIK | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| VAISH, PANKAJ | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| VULAKH, NATALIE SAVIC | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| WARDELL, JEFFERY K. | 2255 BUSH STREET # 1 SAN FRANCISCO CA 94115 |
| WEISS, AARON J. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| WENDEL, CHRISTOPHER | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| WHEELER, KEITH | 13 PALOMINO CIRCLE NOVATO CA 94947 |
| YEE, JACK S. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |
| YUHN, PHIL | 83 MCKINLEY AVE APT A3-1 WHITE PLAINS NY 10606 |
| ZANCO, MARIO | VIA CONCORDIA 10 CUSANO MILANINO MI 20095 ITALY |
| ZOLAD, BRYAN C. | C/O TATSUYA TANIGAWA ARK MORI BUILDING 28FL. 1-12-32 AKASAKA MINATO-KU TOKYO 107-6029 JAPAN |

**Total Creditor count  87**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| ADLER, JENNIFER S. | 166 EAST 61ST STREET # 17G NEW YORK NY 10065 |
| BECKER, JENNIFER | 611 BUCHANAN BLVD RED BANK NJ 07701 |
| BROADBENT, WILLIAM S | 75 PECKSLAND ROAD GREENWICH CT 06831-3647 |
| DAS, NACHIKETA | 301 EAST 69TH STREET APARTMENT 19B NEW YORK NY 10021 |
| HOAR, NICK JOHN | 48A WINCHESTER STREET LONDON SW1V 4NF UNITED KINGDOM |
| KETTLER, R. KYLE | 154 PLANTATION HOUSTON TX 77024 |
| LAWRENCE, NICOLE S. | 143 READE STREET, APT 3A NEW YORK NY 10013 |
| LENG, MANHUA | 391 CLINTON STREET, APT 1A BROOKLYN NY 11231 |
| LEVY, STEWART F. | 420 EAST 72ND STREET APT. # 20E NEW YORK NY 10021 |
| MARCUS, LISA | 131 DEVRIESE COURT TENAFLY NJ 07670 |
| MISCHLER, VINCENT | 48 THURLEIGH ROAD LONDON SW12 8UD UNITED KINGDOM |
| O'MARA, MICHAEL J. | 10 HURST VIEW ROAD SURREY SOUTH CROYDON CR2 7AG UNITED KINGDOM |
| PORTER, BARRY | 22 DOVE PARK CHORLEY WOOD WD3 5NY UNITED KINGDOM |
| WALKER, MATTHEW | 30 DUNSTAN ROAD LONDON UNITED KINGDOM |
| WATTEVILLE, JEAN DE | 42 ELSWORTHY ROAD LONDON NW3 3DL UNITED KINGDOM |

**Total Creditor count  15**

**EXHIBIT G**

| Claim Name | Address Information |
| --- | --- |
| BOGERT, LISA R | 13311 LOST CREEK RD. TOMBALL TX 77375 |
| CARANGO, ANTHONY T. | #601 HILLVIEW 21-23 MACDONNELL ROAD MIDLEVELS HONG KONG |
| FLACKMAN, CYNTHIA | 105 PINE BROOK ROAD MONTVILLE NJ 07045 |
| GATTUSO, MARGARET E. | 101 WARREN STREET APT 1120 NEW YORK NY 10007 |
| KENNEY, ARTHUR J. | 200 EAST END AVE, APT 5-DE NEW YORK NY 10128 |
| LUDWIG, LINDA | 15 BELVEDERE DRIVE LIVINGSTON NJ 07039 |
| LUDWIG, LINDA | ARNOLD LUDWIG 26 COURT STREET, SUITE 400 BROOKLYN NY 11242 |
| MENZIES, FIONA M. | 4 MILLHURST MEWS SHEERING ROAD OLD HARLOW ESSEX CM17 0GY UNITED KINGDOM |
| MEYER, JAMES P. | 1530 N DEARBORN #14N CHICAGO IL 60610 |
| TESCHNER, STEFAN | BAHNHOFSALLEE 2 BAD NAUHEIM 61231 GERMANY |
| WHAMOND, CHRISTIAN | 35 MIDBROOK LANE OLD GREENWICH CT 06870 |
| WILSON, ROBERT W. | 37 UPLAND ROAD ESSEX BILLERICAY CM120JP UNITED KINGDOM |

**Total Creditor count  12**