**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------- x
                                                                                                : Chapter 11
In re                                                        : Case No. 08-13555 (JMP)
                                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  : Jointly Administered
                                                                          :
                                   Debtors.              :
---------------------------------- x

**ORDER COMPELLING GOLDMAN SACHS & CO.**
**AND GOLDMAN SACHS GROUP, INC.**
**TO PRODUCE DOCUMENTS TO THE DEBTORS**

Upon the motion, dated May 31, 2011 (the "Motion"), of Lehman Brothers Holdings, Inc. and its affiliated debtors in possession (collectively, the "Debtors"), to compel Goldman Sachs & Co. and Goldman Sachs Group, Inc. (collectively, "Goldman Sachs") to produce documents to the Debtors pursuant to Bankruptcy Rule 2004, all as more fully described in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings under Title 11, dated July 10, 1984 (Ward, Action C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of Motion having been provided in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures [Docket No. 9635] to (i) the United States Trustee for Region 2; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York;

and (vi) all parties who have requested notice in these chapter 11 cases; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Motion is granted; and it is further

ORDERED that Goldman Sachs shall complete its document production to the Debtors as described more fully in the Motion within two weeks of the date of this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: _____, 2011
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

2