# EXHIBIT 1

| Search Terms | Connector | Lehman Brothers Definition | Additional Search Term Limitations |
|---|---|---|---|
| *@citadelgroup.com | & | Lehman* or LEH* | |
| *@greenlightcapital.com | & | Lehman* or LEH* | |
| *@ozcap.com | & | Lehman* or LEH* | |
| *@sac.com | & | Lehman* or LEH* | |
| *@saccapital.com | & | Lehman* or LEH* | |
| *urumor.com | & | Lehman* or LEH* | |
| (bail* w/2 out) or bailout or rescu* | w/50 | Lehman* or LEH* | |
| bankrupt* or chapter 11 or surviv* or liquidat* or (go* w/2 (under or bust) or solven* or insolven*) | w/50 | Lehman* or LEH* | |
| Barclays* | w/50 | Lehman* or LEH* | May 12, 2008 through May 23, 2008; June 16, 2008 through July 11, 2008 |
| Bass* or Bass Trading* or BTIG* | w/100 | Lehman* or LEH* | |
| (blow* w/2 up) or blowup | w/50 | Lehman* or LEH* | |
| Citadel* or griffin* | w/25 | Lehman* or LEH* | |
| collateral w/10 (rais* or addition* or commit* or call* or (put* w/2 up)) | w/75 | Lehman* or LEH* | |
| capital w/10 (sufficien* or insufficien* or rais* or addition* or commit* or call* or (put* w/2 up) or borrow* or lend* or loan*) | w/100 | Lehman* or LEH* | |
| (credit w/3 (rating or line*)) or repo or repos | w/50 | Lehman* or LEH* | |
| Credit Suisse* | w/25 | Lehman* or LEH* | date limitation: July 1, 2008 through July 31, 2008; August 18, 2008 through August 22, 2008 |
| (cut* w/3 jobs) or (lay* w/2 off) or layoff* | w/25 | Lehman* or LEH* | date limitation: May 1, 2008 through August 27, 2008 |
| Deutsche Bank* or db* | w/25 | Lehman* or LEH* | Deutsche Bank* or db* date limitation: June 27, 2008 – July 11, 2008 |
| fail* w/3 deliver* | w/150 | Lehman* or LEH* | |
| federal reserve* or fed or fed's or window | w/75 | Lehman* or LEH* | |

| Search Terms | Connector | Lehman Brothers Definition | Additional Search Term Limitations |
|---|---|---|---|
| fire sale or firesale | w/100 | Lehman* or LEH* | |
| fuld w/10 (sell* or sold or short*) | w/250 | Lehman* or LEH* | |
| greenlight* or einhorn* | w/50 | Lehman* or LEH* | |
| Harbinger* | w/50 | Lehman* or LEH* | date limitation: June 27, 2008 – July 11, 2008 |
| HSBC* or H.S.B.C.* or Toronto Dominion* or Blackstone* | w/50 | Lehman* or LEH* | date limitation: June 16, 2008 through June 30, 2008 |
| Iceland* | w/100 | Lehman* or LEH* | |
| level 3 or level III | w/50 | Lehman* or LEH* | |
| leverage* or delever* or de-lever* | w/50 | Lehman* or LEH* | |
| liquidity w/20 (sufficien* or insufficien* or enough or rais* or issues or concern* or problem* or crisis or pool or risk* or bear or analysis or tight* or shortfall) | w/75 | Lehman* or LEH* | |
| master limited partnership or MLP | w/100 | Lehman* or LEH* | date limitation: June 27, 2008 – July 11, 2008 |
| Och-Ziff* or Och* | w/75 | Lehman* or LEH* | |
| one william* | w/100 | Lehman* or LEH* | date limitation: June 2, 2008 through June 19, 2008 |
| option a.r.m.* or option arm* | w/100 | Lehman* or LEH* | date limitation: May 12, 2008 through May 23, 2008 |
| PIMCO* or P.I.M.C.O.* or Pacific Investment Management | w/250 | Lehman* or LEH* | date limitation: June 30, 2008 through July 11, 2008 |
| place or placing or placement or offering or issu* | w/50 | Lehman* or LEH* | date limitation: June 2, 2008 through June 13, 2008 |
| platts* | w/100 | Lehman* or LEH* | date limitation: June 23, 2008 through July 11, 2008 |
| (quit* or resign* or leav*) w/25 board) | w/50 | Lehman* or LEH* | |
| r3* or reider* or rieder* or rider* | w/100 | Lehman* or LEH* | date limitation: June 2, 2008 through June 19, 2008 |
| rais* w/3 (money or funds) | w/25 | Lehman* or LEH* | |

2

| Search Terms | Connector | Lehman Brothers Definition | Additional Search Term Limitations |
|---|---|---|---|
| (refus* or stop* or ceas* or not or declin* or withdraw* or pull* or lose or losing or lost or halt*) w/10 (trade* or trading or buy* or sale or sell* or business or loan or lend* or credit or transact* or counterpart* or clients or customers or pb or prime broker*) | w/100 | Lehman* or LEH* | |
| repurchas* | w/50 | Lehman* or LEH* | |
| (run on w/2 bank) or bank run | w/75 | Lehman* or LEH* | |
| rumor* or rumour* or chatter* | w/250 | Lehman* or LEH* | |
| SAC or S.A.C.* or (Stev* w/2 Cohen*) or Haber* | w/75 | Lehman* or LEH* | |
| Shonfeld* | w/100 | Lehman* or LEH* | date limitation: May 1, 2008 through May 23, 2008 |
| Soros* | w/50 | Lehman* or LEH* | date limitation: June 23, 2008 through July 3, 2008 |
| (take* w/2 under) or (take* w/2 over) or takeunder or takeover or privat* or merg* | w/25 | Lehman* or LEH* | |
| UBS* | w/25 | Lehman* or LEH* | date limitation: June 30, 2008 through July 10, 2008 |
| Wachovia* | w/25 | Lehman* or LEH* | date limitation: May 1, 2008 through May 30, 2008 |
| write down* or writedown* or write-down* or written down | w/50 | Lehman* or LEH* | |

3