CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois  60603
Telephone:  (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)
James Heiser (JH-3660)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York  10017-5010
Telephone:  (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | CASE NO. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

Claims have been filed in this case or deemed filed under 11 U.S.C. §1111(a).  Pursuant to that certain Purchase Agreement by and among Bank of America, N.A., Bank of America (GSS) Limited, Bank of America National Trust Delaware, U.S. Bank National Association, Elavon Financial Services Limited and U.S. Bank Trust National Association dated as of November 11, 2010, U.S. Bank National Association purchased certain trust assets from Bank of America, N.A. (the "*Transferor*").  As of the date hereof the following trusts and related claims

3009252 01 01

have been transferred to U.S. Bank National Association, and U.S. Bank National Association, as
Trustee (the "*Transferee*") should be substituted as Trustee and any other capacity thereunder.

This Transfer Statement relates to the following trusts and related claims:

| Trust | Claim Numbers |
|---|---|
| 1166 Ave of the Americas 2002-C5 | 16414 and 19290 |
| 1166 Ave of the Americas 2005-C6 | 19265 |
| CDC Comm. Mtge Trust 2002-FX1 | 16412 |
| Dadeland Mall Trust 2002-C2A | 16410 |
| First Union Series 1997-C2 | 19263 |
| Gallery at Harborplace 2000-C5C | 16408 |
| Greenwich Capital Series 2007-GG9 | 19261 |
| GMAC Series 1998-C2 | 19262 |
| GMAC 2007-GG10 | 19289 |
| LB Commercial Mortgage Trust 1999-C1 | 16407 and 19288 |
| LB Commercial Mortgage Trust 1999-C2 | 16406 and 19287 |
| LB-UBS Commercial Mortgage Trust 2000-C4 | 16443 |
| LB-UBS Commercial Mortgage Trust 2000-C5 | 16442 |
| LB-UBS Commercial Mortgage Trust 2001-C2 | 16441 |
| LB-UBS Commercial Mortgage Trust 2001-C3 | 16440 |
| LB-UBS Commercial Mortgage | 16439 |

| | |
|---|---|
| Trust 2001-C7 | |
| LB-UBS Commercial Mortgage Trust 2002-C1 | 16438 |
| LB-UBS Commercial Mortgage Trust 2002-C2 | 16437 |
| LB-UBS Commercial Mortgage Trust 2002-C4 | 16436 |
| Chrysler 2001-C3A | 16411 |
| SASCO Series 1996-CFL | 16433 |
| LB-UBS Series 2000-C3 | 16400 |
| LBCMT Series 1997-LL1 | 16403 and 19285 |
| LBMCT Series 1998-C1 | 16402 and 19286 |
| LBCMT Series 1998-C4 | 16401 and 19284 |
| Southbury Credit Lease 1999-CTL1 | 16432 and 19282 |
| Tuckahoe Credit Lease 2001-CTL1 | 16430 |
| Westfield Valley Fair 2002-C4A | 16429 and 19281 |

NAME AND ADDRESS WHERE NOTICES TO TRANSFEREE SHOULD BE SENT:

Wayne Miller
U.S. Bank National Association
Corporate Trust Services
540 West Madison Street, Suite 1840
Chicago, Illinois  60661
(P) 312 992-5826
(F) 312 992-1718

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Dated:  May 25, 2011

Respectfully submitted,

U.S. BANK NATIONAL ASSOCIATION, not
   individually but as Trustee

By: _____

Printed Name: _____Wayne Miller_____

Its: _____Vice President_____

**ACKNOWLEDGEMENT**

Transferor hereby waives any notice or hearing requirements imposed by, inter alia, Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Transfer and Transferee as the valid owner of the Claims listed above. All future payments and distributions, and all notices and other communications, with respect of the Claims listed above are to be made to Transferee.

Bank of America National Association

By: _____

Printed Name: _Jay Miller_____

Its: _Vice President_____

Address: _540 W Madison St. Suite 2007_

_Chicago, IL 60661_____