UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 Case No. |
|---|---|
| Lehman Brothers Holdings Inc., *et al.*, | 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Shannon M. Kahn, of Debevoise & Plimpton LLP, certify that I am over eighteen years of age and that on this 31st day of May, 2011, I caused to be served copies of the *Response of Parkcentral Global Hub Limited to the Debtors' Ninety-Fifth Omnibus Objection to Claims (Valued Derivative Claims)* (i) on all parties of record via ECF and (ii) upon the following parties by hand delivery:

The Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, New York 10004

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.
*Attorneys for the Debtors*

The U.S. Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan R. Fleck, Esq.
*Attorneys for the Official Committee of Unsecured Creditors*

Dated: New York, New York,
May 31st, 2011

*/s/ Shannon M. Kahn*
Shannon M. Kahn
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel. (212) 909-6000
Fax. (212) 521-7193

23440187v1