767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Weil, Gotshal & Manges LLP**

**Jacqueline Marcus**
+1 212-310-8130
jacqueline.marcus@weil.com

May 31, 2011

BY HAND

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re: In re Lehman Brothers Holdings, Inc., et al., Ch. 11 Case No. 0813555 (JMP)

Dear Judge Peck:

We represent Lehman Brothers Holdings Inc. and its affiliated debtors, as debtors in possession, in the above-referenced chapter 11 cases (together, the "Debtors"). Reference is made to the *Debtors' Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Extend the Stay of Avoidance Actions and Grant Certain Related Relief*, dated May 27, 2011 [Docket No. 17195] (the "Motion").

Paragraph 30 of the Motion states that the Debtors have completed service as to the defendants in Trade Vendors and Loan Actions, as defined in the Motion. Subsequent to filing the Motion, it has come to our attention that formal service had been effected on certain, but not all, the defendants in these actions. The Debtors, therefore, wish to correct the record so as not to mislead the Court and other parties in interest. We apologize for any inconvenience.

Respectfully submitted,

*/s/ Jacqueline Marcus*
Jacqueline Marcus

cc:    Dennis O'Donnell, Esq. (via email)

US_ACTIVE:\43723893\02\58399.0003