# **Exhibit B**

## Summary of Total Hours and Fees Incurred by Professional

| Timekeeper | Admission Date | Position | Year Billed | Total Hours Billed | Rate | Total Amount Billed |
|---|---|---|---|---|---|---|
| Abdel-Nour, Francesca | N/A | Paralegal | 2010 | 2.10 | 240.00 | 504.00 |
| Abdel-Nour, Francesca | N/A | Paralegal | 2011 | 8.80 | 250.00 | 2,200.00 |
| Anglin, Raechel Keay | 2008 | Associate | 2010 | 13.60 | 470.00 | 6,392.00 |
| Bahar, Ardrelle | 2001 | Staff Attorney | 2010 | 148.40 | 370.00 | 54,908.00 |
| Banvard, Honor | 2008 | Associate | 2010 | 81.60 | 470.00 | 38,352.00 |
| Blanchard, Hartman | 1994 | Partner | 2010 | 7.40 | 382.50 | 2,830.50 |
| Blanchard, Hartman | 1994 | Partner | 2011 | 22.50 | 395.00 | 8,887.50 |
| Blanchard, Hartman | 1994 | Partner | 2010 | 76.30 | 765.00 | 58,369.50 |
| Blanchard, Hartman | 1994 | Partner | 2011 | 53.40 | 790.00 | 42,186.00 |
| Bohls, Dawn | N/A | Library Researcher | 2010 | 6.70 | 325.00 | 2,177.50 |
| Bohls, Dawn | N/A | Library Researcher | 2011 | 4.70 | 345.00 | 1,621.50 |
| Bowers, Chris | 1999 | Partner | 2010 | 98.70 | 940.00 | 92,778.00 |
| Bowers, Chris | 1999 | Partner | 2011 | 23.00 | 470.00 | 10,810.00 |
| Bowers, Chris | 1999 | Partner | 2011 | 72.40 | 940.00 | 68,056.00 |
| Brockway, David H. | 1972 | Partner | 2010 | 0.70 | 1,065.00 | 745.50 |
| Brody, Steven G. | 1987 | Partner | 2010 | 1.80 | 875.00 | 1,575.00 |
| Buch, Ronald L. | 1993 | Partner | 2010 | 12.40 | 410.00 | 5,084.00 |
| Buch, Ronald L. | 1993 | Partner | 2010 | 99.50 | 820.00 | 81,590.00 |
| Buch, Ronald L. | 1993 | Partner | 2011 | 9.70 | 935.00 | 9,069.50 |
| Capato, Gina M. | N/A | Paralegal | 2010 | 0.70 | 340.00 | 238.00 |
| Capato, Gina M. | N/A | Paralegal | 2011 | 6.40 | 355.00 | 2,272.00 |
| Carpenter-Holmes, Amy | 1998 | Partner | 2011 | 0.20 | 785.00 | 157.00 |
| Charles, LeVar F. | N/A | Paralegal | 2010 | 0.50 | 110.00 | 55.00 |
| Cox, Sean A. | 2010 | Associate | 2010 | 2.00 | 360.00 | 720.00 |
| Curtin, David J. | 1972 | Partner | 2011 | 0.40 | 1,095.00 | 438.00 |
| Desmond, Michael | 1994 | Partner | 2011 | 0.30 | 1,025.00 | 307.50 |
| Dillon, Sheri A. | 1999 | Partner | 2010 | 47.60 | 855.00 | 40,698.00 |
| Dillon, Sheri A. | 1999 | Partner | 2011 | 7.40 | 935.00 | 6,919.00 |
| Gainor, Ed | 1992 | Partner | 2010 | 0.40 | 965.00 | 386.00 |
| Gilroy, Joyce | N/A | Paralegal | 2010 | 3.50 | 245.00 | 857.50 |
| Greer, Stefanie | 2002 | Of Counsel | 2010 | 7.70 | 665.00 | 5,120.50 |
| Greer, Stefanie | 2002 | Of Counsel | 2011 | 0.30 | 690.00 | 207.00 |
| Hensel, Jeannie H. | N/A | Paralegal | 2010 | 104.70 | 340.00 | 35,598.00 |
| Hensel, Jeannie H. | N/A | Paralegal | 2011 | 26.30 | 355.00 | 9,336.50 |
| Humphreys, Amber | N/A | Library Researcher | 2011 | 0.30 | 200.00 | 60.00 |
| Johnson, Jeffrey R. | 1993 | Partner | 2010 | 2.50 | 765.00 | 1,912.50 |
| Johnson, Jeffrey R. | 1993 | Partner | 2011 | 3.50 | 850.00 | 2,975.00 |
| Katcher, Bob | 1978 | Partner | 2011 | 0.50 | 1,025.00 | 512.50 |
| Kehoe, Paul T. | N/A | Paralegal | 2010 | 3.50 | 340.00 | 1,190.00 |
| Leonard, Bob | 2007 | Associate | 2010 | 59.50 | 535.00 | 31,832.50 |
| Leonard, Bob | 2007 | Associate | 2011 | 5.60 | 610.00 | 3,416.00 |

| Timekeeper | Admission Date | Position | Year Billed | Total Hours Billed | Rate | Total Amount Billed |
|---|---|---|---|---|---|---|
| Levy, Michael N. | 1991 | Partner | 2011 | 6.70 | 945.00 | 6,331.50 |
| Leyva, Natan J. | 2000 | Partner | 2010 | 9.60 | 815.00 | 7,824.00 |
| Leyva, Natan J. | 2000 | Partner | 2011 | 2.50 | 895.00 | 2,237.50 |
| Lo, Audrey | 2007 | Associate | 2010 | 81.10 | 535.00 | 43,388.50 |
| Lu, Karen | 2007 | Associate | 2010 | 132.60 | 535.00 | 70,941.00 |
| Madan, Raj | 1993 | Partner | 2010 | 6.80 | 470.00 | 3,008.00 |
| Madan, Raj | 1993 | Partner | 2010 | 125.10 | 940.00 | 117,594.00 |
| Madan, Raj | 1993 | Partner | 2011 | 11.10 | 470.00 | 5,217.00 |
| Madan, Raj | 1993 | Partner | 2011 | 71.20 | 940.00 | 66,928.00 |
| Marcus, David | 1995 | Counsel | 2010 | 0.40 | 290.00 | 116.00 |
| Margulies, Oren P. | 2007 | Associate | 2010 | 4.00 | 590.00 | 2,360.00 |
| Martin, Elizabeth | 2004 | Associate | 2011 | 1.40 | 715.00 | 1,001.00 |
| Metcalfe, Jonathon | N/A | Litigation Support | 2010 | 2.30 | 250.00 | 575.00 |
| Metcalfe, Jonathon | N/A | Library Researcher | 2011 | 1.10 | 265.00 | 291.50 |
| Murdock, John | 1999 | Staff Attorney | 2010 | 208.80 | 370.00 | 77,256.00 |
| Murray, Ann C. | N/A | Paralegal | 2010 | 1.00 | 340.00 | 340.00 |
| Neal, Stephen | N/A | Litigation Support | 2010 | 8.40 | 250.00 | 2,100.00 |
| Neal, Stephen | N/A | Library Researcher | 2011 | 6.10 | 265.00 | 1,616.50 |
| Nelson, Will | 1972 | Partner | 2011 | 0.50 | 1,095.00 | 547.50 |
| Otero, Kevin | 2005 | Associate | 2010 | 124.30 | 650.00 | 80,795.00 |
| Otero, Kevin | 2005 | Associate | 2011 | 13.80 | 690.00 | 9,522.00 |
| Owens, Angela M. | N/A | Paralegal | 2010 | 111.70 | 265.00 | 29,600.50 |
| Owens, Angela M. | N/A | Paralegal | 2011 | 33.50 | 280.00 | 9,380.00 |
| Parish, Shawn | N/A | Paralegal | 2010 | 8.30 | 315.00 | 2,614.50 |
| Parish, Shawn | N/A | Paralegal | 2011 | 2.00 | 330.00 | 660.00 |
| Peppelman, David J. | 2008 | Associate | 2010 | 90.50 | 535.00 | 48,417.50 |
| Peppelman, David J. | 2008 | Associate | 2011 | 15.10 | 610.00 | 9,211.00 |
| Rankin, Kiara L. | 2007 | Associate | 2010 | 10.50 | 267.50 | 2,808.75 |
| Rankin, Kiara L. | 2007 | Associate | 2011 | 26.60 | 305.00 | 8,113.00 |
| Rankin, Kiara L. | 2007 | Associate | 2010 | 380.10 | 535.00 | 203,353.50 |
| Rankin, Kiara L. | 2007 | Associate | 2011 | 207.10 | 610.00 | 126,331.00 |
| Sheckler, John O | 2007 | Staff Attorney | 2010 | 89.90 | 370.00 | 33,263.00 |
| Stults, Kevin R. | 2005 | Associate | 2010 | 5.30 | 310.00 | 1,643.00 |
| Stults, Kevin R. | 2005 | Associate | 2010 | 164.80 | 620.00 | 102,176.00 |
| Stults, Kevin R. | 2005 | Associate | 2011 | 40.50 | 670.00 | 27,135.00 |
| Taylor, Victoria | 2008 | Associate | 2011 | 1.90 | 610.00 | 1,159.00 |
| Tidwell, Royce | 2007 | Associate | 2010 | 68.50 | 535.00 | 36,647.50 |
| Tidwell, Royce | 2007 | Associate | 2011 | 0.20 | 610.00 | 122.00 |
| Trevicano, Luisa | N/A | Paralegal | 2010 | 0.30 | 265.00 | 79.50 |
| Wacker, Nathan P. | 2010 | Associate | 2010 | 137.90 | 440.00 | 60,676.00 |
| Wacker, Nathan P. | 2010 | Associate | 2011 | 23.90 | 460.00 | 10,994.00 |
| Wideman, Lauren B. | 2009 | Associate | 2011 | 8.90 | 490.00 | 4,361.00 |
| Wilkins, Nicholas | 2007 | Associate | 2011 | 2.50 | 460.00 | 1,150.00 |
| Zukowski, Todd | N/A | Litigation Support | 2010 | 3.10 | 220.00 | 682.00 |
| Zukowski, Todd | N/A | Library Researcher | 2011 | 0.90 | 235.00 | 211.50 |
| | | | | 3,279.90 | | $1,854,124.25 |