## Exhibit B1

### Summary of Hours and Fees
### Incurred by Professional By Matter

| Matter | Timekeeper | Hours Worked | Total Amount Billed |
|---|---|---|---|
| 343744 | Raj Madan | 1.8 | $1,692.00 |
| 343744 | Michael N. Levy | 6.4 | $6,048.00 |
| 343744 | Amy K. Carpenter-Holmes | 0.2 | $157.00 |
| 343744 | Elizabeth L. Martin | 1.4 | $1,001.00 |
| 343744 | Victoria Taylor | 1.9 | $1,159.00 |
| 1101400015 | Edward E. Gainor | 0.4 | $386.00 |
| 1101400015 | Jeffrey R. Johnson | 6 | $4,887.50 |
| 1101400015 | Gina M. Capato | 7.1 | $2,510.00 |
| 1101400015 | Luisa Trevicano | 0.3 | $79.50 |
| 1101400015 | Shawn Parish | 10.3 | $3,274.50 |
| 1101400402 | Sheri A. Dillon | 6.6 | $5,915.00 |
| 1101400402 | Raj Madan | 27.3 | $25,662.00 |
| 1101400402 | Ronald L. Buch | 7.1 | $5,822.00 |
| 1101400402 | Kevin R. Stults | 26.1 | $16,182.00 |
| 1101400402 | Chris Bowers | 4.4 | $4,136.00 |
| 1101400402 | Kiara L. Rankin | 28.6 | $15,301.00 |
| 1101400402 | Angela M. Owens | 12 | $3,216.00 |
| 1101400474 | Ann C. Murray | 1 | $340.00 |
| 1101400474 | William F. Nelson | 0.5 | $547.50 |
| 1101400474 | David J. Curtin | 0.4 | $438.00 |
| 1101400474 | Sheri A. Dillon | 0.3 | $256.50 |
| 1101400474 | Hartman E. Blanchard  Jr. | 159.6 | $112,273.50 |
| 1101400474 | Raj Madan | 129.5 | $115,244.00 |
| 1101400474 | John Murdock | 208.8 | $77,256.00 |
| 1101400474 | Kevin R. Stults | 78.1 | $49,882.00 |
| 1101400474 | Chris Bowers | 155.4 | $135,266.00 |
| 1101400474 | Natan J. Leyva | 2 | $1,710.00 |
| 1101400474 | David J. Peppelman | 105.6 | $57,628.50 |
| 1101400474 | Kiara L. Rankin | 533.5 | $293,897.50 |
| 1101400474 | Ardrelle Bahar | 148.4 | $54,908.00 |
| 1101400474 | Steven G. Brody | 1.8 | $1,575.00 |
| 1101400474 | Honor Banvard | 61.7 | $28,999.00 |
| 1101400474 | Angela M. Owens | 33 | $9,001.50 |
| 1101400474 | Francesca Abdel-Nour | 9.7 | $2,416.00 |
| 1101400474 | John O Sheckler | 89.9 | $33,263.00 |

| Matter | Timekeeper | Hours Worked | Total Amount Billed |
|--------|-----------|--------------|---------------------|
| 1101400474 | Oren P. Margulies | 4 | $2,360.00 |
| 1101400474 | Nathan P. Wacker | 145.1 | $64,322.00 |
| 1101400474 | Dawn Bohls | 11.4 | $3,799.00 |
| 1101400474 | David Marcus | 0.4 | $116.00 |
| 1101400474 | Paul A. L. Mapp | 0 | $0.00 |
| 1101400474 | Audrey Lo | 81.1 | $43,388.50 |
| 1101400474 | Karen Lu | 132.6 | $70,941.00 |
| 1101400474 | Sheena Buddhdev | 0 | $0.00 |
| 1101400474 | Jonathon Metcalfe | 2.6 | $666.50 |
| 1101400474 | LeVar F. Charles | 0.5 | $55.00 |
| 1101400474 | Nicholas Wilkins | 2.5 | $1,150.00 |
| 1101400474 | Stephanie Loizou | 0 | $0.00 |
| 1101400474 | Stephen Neal | 2.1 | $540.00 |
| 1101400474 | Amber Humphreys | 0.3 | $60.00 |
| 1101400474 | Todd Zukowski | 0.9 | $211.50 |
| 1101400502 | Kevin R. Stults | 7.5 | $4,745.00 |
| 1101400561 | Raj Madan | 25.8 | $22,513.00 |
| 1101400561 | Ronald L. Buch | 114.5 | $89,921.50 |
| 1101400561 | Kevin R. Stults | 35.3 | $20,253.00 |
| 1101400561 | Chris Bowers | 2.1 | $1,974.00 |
| 1101400561 | Kiara L. Rankin | 56.3 | $28,221.25 |
| 1101400561 | Kevin Otero | 118.7 | $77,679.00 |
| 1101400561 | Angela M. Owens | 26.5 | $7,096.00 |
| 1101400561 | Raechel Keay Anglin | 13.6 | $6,392.00 |
| 1101400561 | Stephen Neal | 12.4 | $3,176.50 |
| 1101400561 | Todd Zukowski | 3.1 | $682.00 |
| 1101400667 | Raj Madan | 11.1 | $10,434.00 |
| 1101400667 | Kevin R. Stults | 20.3 | $12,691.00 |
| 1101400667 | Chris Bowers | 28.1 | $26,414.00 |
| 1101400667 | Natan J. Leyva | 5.1 | $4,156.50 |
| 1101400667 | Bob Leonard | 0 | $0.00 |
| 1101400667 | Angela M. Owens | 0.7 | $185.50 |
| 1101400667 | Nathan P. Wacker | 16.7 | $7,348.00 |
| 1101400750 | Bob Katcher | 0.5 | $512.50 |
| 1101400750 | Raj Madan | 6.8 | $6,392.00 |
| 1101400750 | Michael N. Levy | 0.3 | $283.50 |
| 1101400750 | Kevin R. Stults | 2.7 | $1,689.00 |
| 1101400750 | Royce Tidwell | 68.7 | $36,769.50 |
| 1101400750 | Chris Bowers | 0.5 | $470.00 |
| 1101400750 | Natan J. Leyva | 5 | $4,195.00 |
| 1101400750 | Bob Leonard | 3.1 | $1,658.50 |

| Matter | Timekeeper | Hours Worked | Total Amount Billed |
|---|---|---|---|
| 1101400750 | Kevin Otero | 19.4 | $12,638.00 |
| 1101400750 | Honor Banvard | 19.9 | $9,353.00 |
| 1101400750 | Angela M. Owens | 39.7 | $10,559.50 |
| 1101400750 | Francesca Abdel-Nour | 1.2 | $288.00 |
| 1101400750 | Lauren B. Wideman | 8.9 | $4,361.00 |
| 1101400902 | Sheri A. Dillon | 28 | $24,212.00 |
| 1101400902 | Raj Madan | 1.5 | $1,410.00 |
| 1101400902 | Kevin R. Stults | 1.9 | $1,178.00 |
| 1101400902 | Jeannie H. Hensel | 131 | $44,934.50 |
| 1101400902 | Kiara L. Rankin | 2.4 | $1,306.50 |
| 1101400902 | Bob Leonard | 58.3 | $31,610.50 |
| 1101400902 | Angela M. Owens | 32.7 | $8,763.00 |
| 1101400902 | Paul T. Kehoe | 3.5 | $1,190.00 |
| 1101400902 | Stefanie Greer | 7.8 | $5,194.50 |
| 1101400902 | Jonathon Metcalfe | 0.8 | $200.00 |
| 1101400903 | Angela M. Owens | 0.6 | $159.00 |
| 1101400903 | Joyce Gilroy* | 3.5 | $857.50 |
| 1101400903 | Sean A. Cox | 2 | $720.00 |
| 1101400903 | Stefanie Greer | 0.2 | $133.00 |
| 1101400910 | Sheri A. Dillon | 19.5 | $16,672.50 |
| 1101400910 | Raj Madan | 0.4 | $376.00 |
| 1101400910 | Bob Leonard | 3.7 | $1,979.50 |
| 1101400911 | Sheri A. Dillon | 0.6 | $561.00 |
| 1101400911 | Raj Madan | 9.6 | $9,024.00 |
| 1101400911 | Michael Desmond | 0.3 | $307.50 |
| 1101400911 | Kevin R. Stults | 38.7 | $24,334.00 |
| 1101400911 | David H. Brockway | 0.7 | $745.50 |
| 1101400911 | Chris Bowers | 3.6 | $3,384.00 |
| 1101400911 | Kiara L. Rankin | 3.5 | $1,880.00 |
| | | 3,279.90 | $1,854,124.25 |