# Exhibit C

Summary of Hours and Fees Incurred by Category

| Matter Number | Exhibit | Hours | Fees |
|---|---|---|---|
| 343744 | C4 | 11.7 | $10,057.00 |
| 1101400015 | C1 | 7.9 | $3,881.00 |
| 1101400015 | C2 | 4.3 | $1,349.50 |
| 1101400015 | C4 | 11.9 | $5,907.00 |
| 1101400402 | C1 | 20.6 | $14,721.00 |
| 1101400402 | C2 | 64.8 | $42,784.50 |
| 1101400402 | C3 | 20.7 | $14,689.50 |
| 1101400402 | C4 | 6 | $4,039.00 |
| 1101400474 | C1 | 188.5 | $108,576.50 |
| 1101400474 | C2 | 587.8 | $290,968.00 |
| 1101400474 | C3 | 748 | $391,395.50 |
| 1101400474 | C4 | 578.4 | $371,571.50 |
| 1101400502 | C2 | 0.7 | $434.00 |
| 1101400502 | C3 | 4.9 | $3,038.00 |
| 1101400502 | C4 | 1.9 | $1,273.00 |
| 1101400561 | C1 | 140.3 | $77,283.25 |
| 1101400561 | C2 | 69.5 | $44,858.50 |
| 1101400561 | C3 | 165.5 | $114,800.50 |
| 1101400561 | C4 | 33 | $20,966.00 |
| 1101400667 | C1 | 53.1 | $35,535.50 |
| 1101400667 | C2 | 7.8 | $6,554.50 |
| 1101400667 | C3 | 5.3 | $4,854.00 |
| 1101400667 | C4 | 15.8 | $14,285.00 |
| 1101400750 | C1 | 9.2 | $4,841.00 |
| 1101400750 | C2 | 72.8 | $36,628.50 |
| 1101400750 | C3 | 78.6 | $38,632.50 |
| 1101400750 | C4 | 16.1 | $9,067.50 |
| 1101400902 | C1 | 67.9 | $33,921.00 |
| 1101400902 | C2 | 45.7 | $20,733.50 |
| 1101400902 | C3 | 110.7 | $46,075.00 |
| 1101400902 | C4 | 43.6 | $19,269.50 |
| 1101400903 | C1 | 5.6 | $1,615.50 |
| 1101400903 | C2 | 0.4 | $174.50 |
| 1101400903 | C3 | 0.3 | $79.50 |
| 1101400910 | C1 | 17.5 | $13,908.50 |
| 1101400910 | C2 | 6.1 | $5,119.50 |
| 1101400911 | C1 | 18.4 | $12,980.50 |
| 1101400911 | C3 | 28.8 | $19,890.00 |
| 1101400911 | C4 | 9.8 | $7,365.50 |

| Subtotal of Fees Accrued | | 3,279.90 | 1,854,124.25 |
|---|---|---|---|
| Less Applicable Credit Due from Fifth Interim Fee Period | | | ($139,558.26) |
| Less Voluntary Reductions relating to Preparation of Monthly Fee Statement taken at the time of Filing the Seventh Interim Fee Application | | | ($31,011.60) |
| Total Fees Requested | | | $1,683,554.39 |