# Exhibit D

## Summary of Expenses

| Expense Category | Actual Amount |
|---|---:|
| Binding/Index | $68.18 |
| Closing Binders | $155.00 |
| Consulting | $154,071.68 |
| Court Costs | $101.92 |
| Filing Fees | $1,015.00 |
| Ground Transportation | $31.00 |
| Library Services | $556.76 |
| Meals: Client Meeting | $1,181.60 |
| Messenger/Courier | $1,191.52 |
| Online Legal Research | $8,423.62 |
| Other Electronic Research | $1,269.16 |
| Overtime Ground Transportation | $9.00 |
| Photocopies | $3,264.10 |
| Photocopies: Color | $21.24 |
| Scanning | $185.00 |
| Teleconference Charges | $157.41 |
| Telephone Charges | $674.17 |
| Travel: Air Transportation | $41,646.30 |
| Travel: Coach Services | $3,219.15 |
| Travel: Ground Transportation | $183.75 |
| Travel: Lodging | $14,960.35 |
| Travel: Meals | $1,624.06 |
| Travel: Parking | $20.00 |
| Travel: Rail Transportation | $2,095.00 |
| **Subtotal of Expenses Incurred** | **$236,124.97** |
| **Less Voluntary Reductions Taken in Monthly Statements** | **($29,101.45)** |
| **Less Additional Voluntary Reductions Taken in Seventh Interim Fee Application** | **($493.85)** |
| **Total Expenses Requested** | **$206,529.67** |