B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re  Lehman Brothers Holdings, Inc.          Case No  08-13555(JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Wegelin & Co.                                      Clariden Leu Ltd
      Name of Transferee                                Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): 55813
should be sent:                                    Amount of Claim:  Note: This is a Partial
                                                                     Transfer of Claim. See
Wegelin & Co.                                                        attached Evidence of
Privatbankiers                                                       Transfer of Claim for
Bohl 17                                                              Details
CH-9004 St. Gallen                                 Date Claim Filed: 10/29/2009
Switzerland

Phone: +41 71 242 59 19                            Phone:
Email: ca@wegelin.ch
Last Four Digits of Acct #: n/a                    Last Four Digits of Acct. #: n/a

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 17. May 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



# EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Clariden Leu Ltd.** ("Transferor"), unconditionally and irrevocably transferred to **Wegelin & Co. Privatbankiers** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 55813) in the amount of CHF 40,000 related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

    IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 25 day of March 2011.

**Clariden Leu Ltd.**

_____          _____
Christiaan Verburg                Pascal Bersier
Senior Vice President             Assistant Vice President



## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/ Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0234123650 | 55813 | Oct 29, 2009 | Lehman Brothers Treasury BV | CHF 40,000 |



18.05.11
CH-9004

005.80

783448



DIE POST

TONY





RECEIVED
MAY 20 2011
By



# WEGELIN & CO.
PRIVATE BANKERS SINCE 1741

United States Bankruptcy
Court/Southern District of New York
Lehman Brothers Holdings Claims
Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY10017
USA

St. Gallen, May 17, 2011

**Notice of transfer from Clariden Leu Ltd. (the "Transferor") to Wegelin & Co. on behalf of its client/s (the "Transferee") of Lehman Brothers Treasury Co. BV – ISIN XS0234123650 (the "Security") and the claim n. 55813 attached thereto (the "Claim")**

Dear Sirs

Reference is made to the transfer of the above mentioned Security and the Claim attached thereto (the "Transfer") to our bank as nominee on behalf of its client/s.

In order to duly notify you of the Transfer, please find here attached the following documents, so that you can kindly proceed and amend the Claim Register accordingly:

1) Form 210/A, signed by our bank as Transferee on behalf of its client/s;

2) Form "Evidence of Transfer of Claim", signed by Clariden Leu Ltd. as Transferor, as a proof that Clariden Leu Ltd. has transferred a registered claim to Wegelin & Co. on behalf of its client/s.

Given the importance of this Notice in the interests of our client/s, We would also appreciate if you can advise us immediately if something (e.g. information, document, etc.) is missing by sending a message to the following e-mail address: ca@wegelin.ch.

Thank you very much in advance for your kind help and attention.

Yours sincerely,

Wegelin & Co. Private Bankers

Thomas Hautle        August Zingg

Attachment: as above

WEGELIN & CO. PRIVATE BANKERS    PARTNERS BRUDERER, HUMMLER, TOLLE & CO.

CH-9004 St. Gallen  Bohl 17  Telephone +41 71 242 50 00  Fax +41 71 242 50 50  wegelin@wegelin.ch  www.wegelin.ch

ST. GALLEN    BASEL    BERNE    CHIASSO    CHUR    GENEVA    LAUSANNE    LOCARNO    LUCERNE
LUGANO    SCHAFFHAUSEN    WINTERTHUR    ZURICH