B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re  Lehman Brothers Holdings, Inc.          Case No  08-13555(JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wegelin & Co. | Credit Suisse AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Wegelin & Co.
Privatbankiers
Bohl 17
CH-9004 St. Gallen
Switzerland

Phone: +41 71 242 59 19
Email: ca@wegelin.ch
Last Four Digits of Acct #: n/a

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): 55829
Amount of Claim: Note: This is a Partial Transfer of Claim. See attached Evidence of Transfer of Claim for Details
Date Claim Filed: 10/29/2009

Phone: _____
Last Four Digits of Acct. #: n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 17. May 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Wegelin & Co.** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**), **15 units** related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON January 19, 2011.

**CREDIT SUISSE AG**

By: _____
Name: Martina Stettler
Title: Vice President

By: _____
Name: Juliette Diallo
Title: Assistant Vice President

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units |
|---|---|---|---|---|
| ISIN ANN521331184 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | 15 |



18.05.11
CH-9004

783448

005.80



DIE POST

TONY





RECEIVED
MAY 20 2011
By



# WEGELIN & CO.
PRIVATE BANKERS SINCE 1741

United States Bankruptcy
Court/Southern District of New York
Lehman Brothers Holdings Claims
Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY10017
USA

St. Gallen, May 17, 2011

**Notice of transfer from Credit Suisse AG (the "Transferor") to Wegelin & Co. on behalf of its client/s (the "Transferee") of Lehman Brothers Securities NV – ISIN ANN521331184 (the "Security") and the claim n. 55829 attached thereto (the "Claim")**

Dear Sirs

Reference is made to the transfer of the above mentioned Security and the Claim attached thereto (the "Transfer") to our bank as nominee on behalf of its client/s.

In order to duly notify you of the Transfer, please find here attached the following documents, so that you can kindly proceed and amend the Claim Register accordingly:

1) Form 210/A, signed by our bank as Transferee on behalf of its client/s;

2) Form "Evidence of Transfer of Claim", signed by Credit Suisse AG as Transferor, as a proof that Credit Suisse AG has transferred a registered claim to Wegelin & Co. on behalf of its client/s.

Given the importance of this Notice in the interests of our client/s, We would also appreciate if you can advise us immediately if something (e.g. information, document, etc.) is missing by sending a message to the following e-mail address: ca@wegelin.ch.

Thank you very much in advance for your kind help and attention.

Yours sincerely,

Wegelin & Co. Private Bankers

Thomas Hautle        August Zingg

Attachment: as above

WEGELIN & CO. PRIVATE BANKERS   PARTNERS BRUDERER, HUMMLER, TOLLE & CO.

CH-9004 St. Gallen  Bohl 17  Telephone +41 71 242 50 00  Fax +41 71 242 50 50  wegelin@wegelin.ch  www.wegelin.ch

ST. GALLEN   BASEL   BERNE   CHIASSO   CHUR   GENEVA   LAUSANNE   LOCARNO   LUCERNE
LUGANO   SCHAFFHAUSEN   WINTERTHUR   ZURICH