Montevideo, Uruguay May, 10th 2011

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------x

In re                                              :        **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC., et al.,**   :        **08-13555 (JMP)**

                                                   :        (Jointly Administered)

                            Debtors.               :

------------------------------------------------x

Dear Mr. or Miss,

In reply of the communication I received on April, 25, 2011, I beg for you to consider my petition about my need of getting back the amount of one hundred thousand dollars ( US dollars 100.000,00) from my account of 'LEHMAN BROTHERS' as soon as possible.

   Yours faithfully

   *Victoria Fernandez*

   VICTORIA FERNANDEZ PASTOR

   ID    950. 470-4






## Posición de Contrato de Inversión

Nombre: FERNANDEZ PASTOR, VICTORIA

| Descripción | ISIN | Tasa | Fecha Vto. | Mon. | Valor Nominal |
|---|---|---|---|---|---|
| DOLAR AMERICANO BILLETE | | | | | |
| LEHMAN BROTHERS UK CAPITAL FUNDING V LP 6.900% | XS0301813522 | | 31/12/2099 | USD | 100.000,00 |

**ABN·AMRO** Bank

VENTA de VALORES

COMPRA DE VALORES

Al
ABN AMRO Bank N.V.
Sucursal Montevideo

| | |
|---|---|
| Fecha de Instrucción: | 18/06/07 |
| Fecha de Venta: | |
| Fecha Valor de Liquidación: | |

Sírvanse vender por nuestra cuenta y orden, sujeto a las Condiciones Especiales y Generales que se indican en el presente, los siguientes valores:

| Moneda | Valor Nominal | Descripción | Precio Límite |
|---|---|---|---|
| USD | Valor Efectivo<br>100.000<br>Cantidad de Acciones o Cuotapartes | Nombre: LEHMAN Bros 6.80<br>Cupón / Tasa: 6,80<br>Fecha Vencimiento:<br>Fecha Rescate (Call):<br>Fecha Amortización (Put):<br>Código (ISIN, CUSIP, Otro): XS0301813622 | |

En liquidación del Importe de la Venta, menos los gastos, sírvanse acreditar:

| Número de Cliente | Número de Cuenta | Moneda | Nombre del Cliente |
|---|---|---|---|
| 5155452 | 5155452 | USD | FERNANDEZ PASTOR VICTORIA Y/O |

**Definiciones**

"**Fecha de Instrucción**": es la fecha en que el Cliente suscribe la presente instrucción.
"**Fecha de Venta**": es la fecha en que el Banco cierra la operación de venta de los valores.
"**Fecha Valor de Liquidación**": es la fecha valor en que se liquida la operación de venta acreditando los fondos resultantes en la Cuenta del Cliente.

**Condiciones Especiales**

- La "**Fecha de Instrucción**" y la "**Fecha de Venta**" coincidirán salvo que, por razones de fuerza mayor, o por feriados o diferencias horarias en la plaza en que se deberá efectuar la venta, o por falta de demanda de los valores cuya venta se instruye, la misma no pueda concretarse en la "**Fecha de Instrucción**", en cuyo caso la "**Fecha de Venta**" y la "**Fecha Valor de Liquidación**" quedarán en blanco y serán informadas por ABN AMRO Bank N.V. Sucursal Montevideo (en adelante el "Banco") al Cliente en el aviso que le enviará confirmando la venta.

- El Cliente exonera expresamente al Banco de toda responsabilidad por los hechos que pudieran ocurrir entre la "**Fecha de Instrucción**" y la "**Fecha Valor de Liquidación**", y que pudieran afectar a los valores que se venden y/o a los fondos provenientes de su venta. A modo de ejemplo, y a los solos efectos enunciativos, se mencionan hechos de fuerza mayor incluyendo, sin limitación, nacionalización, expropiación, restricciones monetarias, o cualquier ley, decreto, norma o acto administrativo dictado por cualquier autoridad de gobierno o monetaria de este país que establezca el curso forzoso, el establecimiento de un control de cambios o la imposibilidad de girar o transferir divisas desde exterior.

- El Banco podrá proporcionar información relativa al Cliente y sus operaciones a ABN AMRO Bank N.V. Casa Matriz, así como a otras sucursales, afiliadas y/o subsidiarias de la misma, localizadas en el país o en el exterior, toda vez que el Banco deba dar cumplimiento a políticas corporativas sobre conocimiento del Cliente, así como cuando sea necesario para analizar y/o aprobar y/o dar cumplimiento a las solicitudes de servicios que formule el mismo. A todos los efectos indicados precedentemente, el Cliente releva expresamente al Banco del Secreto Bancario (Art. 25 Ley 15.322).

- El cumplimiento de la presente instrucción se regirá por las "**Condiciones Generales aplicables a Custodia y Transacciones de Valores**", y en forma supletoria, según lo que el cliente hubiera firmado, por las "**Condiciones Generales entre ABN AMRO Bank N.V. Sucursal Montevideo y sus Clientes**" o las "**Condiciones Generales y Especiales entre ABN AMRO Bank N.V. Sucursal Montevideo y sus Clientes**", las que reconoce haber leído y entendido en su totalidad.

| Nombre Cliente: | Firma: |
|---|---|
| FERNANDEZ PASTOR VICTORIA Y/O | [signature] |

Para uso Interno del Banco:

| Orden Finesse: | Detalle Liquidación | Control Fondos Suficientes |
|---|---|---|
| | | |

| Control Interno: | | | |
|---|---|---|---|
| Oficial de Cuenta: | Control de Firmas | Ingresado: | Revisado: |