**BNP PARIBAS**

BNP Paribas Energy Trading GP

1100 Louisiana, Suite 4900
Houston, TX 77002
USA

Telephone
713-393-6800

TO:    United States Bankruptcy Court for the
       Southern District of New York ("Bankruptcy Court")
Attn:  Clerk

AND TO:    Lehman Brothers Holdings Inc. ("Debtor")
           Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 13776

**BNP PARIBAS ENERGY TRADING GP** (formerly known as Fortis Energy Marketing & Trading GP), its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **BNP PARIBAS SECURITIES CORP.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller in the principal amount of $33,492,567.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceeding of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative, as of May 9, 2011.

SELLER                                      BUYER

BNP PARIBAS ENERGY TRADING GP               BNP PARIBAS SECURITIES CORP.
(*fka* Fortis Energy Marketing & Trading GP)
                                            By: _____
By: _____                 Name:    **CHRISTIAN MUNDIGO**
    Name: Jeffrey Galloup                    Title:   Head of Fixed Income Trading, Americas
    Title: CEO                                        & Global Head of Credit Trading
                                                     BNP Paribas Securities Corporation
By: _____
    Name: Joel W. McKnight
    Title: COO

AMECURRENT 700163780.1 27-May-11 14:50



**PAGE  1**

*The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "FORTIS ENERGY MARKETING & TRADING GP", CHANGING ITS NAME FROM "FORTIS ENERGY MARKETING & TRADING GP" TO "BNP PARIBAS ENERGY TRADING GP", FILED IN THIS OFFICE ON THE TWELFTH DAY OF JANUARY, A.D. 2010, AT 5:51 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF AMENDMENT IS THE FOURTEENTH DAY OF JANUARY, A.D. 2010.

4210473  8100

100032592

Jeffrey W. Bullock, Secretary of State

**AUTHENTICATION:  7756650**

**DATE:  01-13-10**

You may verify this certificate online
at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 06:39 PM 01/12/2010
FILED 05:51 PM 01/12/2010
SRV 100032592 - 4210473 FILE

# CERTIFICATE OF AMENDMENT TO
# STATEMENT OF PARTNERSHIP EXISTENCE

1.   The name of the partnership is _Fortis Energy Marketing & Trading GP_.

2.   The certificate shall amend the _General Partnership Name_
filed in this office the ___12th___ day of _January_, 2010 A.D.
(type of certificate that is being amended)

3.   This Certificate of Amendment shall be effective on January 14, 2010.

4.   The Certificate shall be amended and set forth as follows:

> The amended name of the General Partnership is: BNP Paribas Energy Trading GP.

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate of Amendment of Partnership this __12th__ day of _January_, 2010 A.D.

_____
Authorized Partner(s)

_Luc Machiels_, Authorized Person
Print or Type Name