

BNP Paribas Energy Trading GP

1100 Louisiana, Suite 4900
Houston, TX 77002
USA

Telephone
713-393-6800

TO:   United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn:  Clerk

AND TO:   Lehman Brothers Commodity Services Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 13777

**BNP PARIBAS ENERGY TRADING GP** (formerly known as Fortis Energy Marketing & Trading GP), its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **BNP PARIBAS SECURITIES CORP.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller in the principal amount of $33,492,567.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceeding of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative, as of May 9, 2011.

SELLER

BNP PARIBAS ENERGY TRADING GP
(fka Fortis Energy Marketing & Trading GP)

By: _____
Name: Jeffrey Gollomp
Title: CEO

By: _____
Name: Joel W. McKnight
Title: COO

BUYER

BNP PARIBAS SECURITIES CORP.

By: _____
Name:   **CHRISTIAN MUNDIGO**
Title:   Head of Fixed Income Trading, Americas
         & Global Head of Credit Trading
         BNP Paribas Securities Corporation

AMECURRENT 700163760.1 27-May-11 14:51



PAGE   1

*The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "FORTIS ENERGY MARKETING & TRADING GP", CHANGING ITS NAME FROM "FORTIS ENERGY MARKETING & TRADING GP" TO "BNP PARIBAS ENERGY TRADING GP", FILED IN THIS OFFICE ON THE TWELFTH DAY OF JANUARY, A.D. 2010, AT 5:51 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF AMENDMENT IS THE FOURTEENTH DAY OF JANUARY, A.D. 2010.

Jeffrey W. Bullock, Secretary of State

4210473   8100

AUTHENTICATION: 7756650

100032592

DATE: 01-13-10

You may verify this certificate online
at corp.delaware.gov/authver.shtml

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 06:39 PM 01/12/2010*
*FILED 05:51 PM 01/12/2010*
*SRV 100032592 - 4210473 FILE*

# CERTIFICATE OF AMENDMENT TO
# STATEMENT OF PARTNERSHIP EXISTENCE

1. The name of the partnership is __Fortis Energy Marketing & Trading GP__.

2. The certificate shall amend the __General Partnership Name__
   (type of certificate that is being amended)
   filed in this office the __12th__ day of __January__, __2010__ A.D.

3. This Certificate of Amendment shall be effective on January 14, 2010.

4. The Certificate shall be amended and set forth as follows:

   > The amended name of the General Partnership is: BNP Paribas Energy Trading GP.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Amendment of Partnership this __12th__ day of __January__, __2010__ A.D.

_____
Authorized Partner(s)

__Luc Machiels__, Authorized Person
Print or Type Name