# EXHIBIT B

# Fee Summary of Professionals and Paraprofessionals Providing Services

**FEE SUMMARY ORGANIZED BY PROFESSIONALS AND PARAPROFESSIONALS**

| Name of Professional | Title and Office | Year Admitted | 2010 Billing Rate[1] | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Christopher F. Graham | Partner, New York | 1983 | $760.00 | 164.3 | $124,868.00 |
| Mark S. Kaufman | Partner, Atlanta | 1973 | $650.00 | 84.0 | $54,600.00 |
| Charles D. Weiss | Partner, Atlanta | 1989 | $525.00 | 17.3 | $9,082.50 |
| Alan F. Kaufman | Partner, New York | 2000 | $450.00 | 178.2 | $80,190.00 |
| Gerald Walling | Counsel, Atlanta | 1972 | $430.00 | 30.1 | $12,863.00 |
| Thomas D. Hall | Senior Counsel, Atlanta | 1983 | $425.00 | 1.2 | $510.00 |
| B. Summer Chandler | Associate, Atlanta | 2001 | $400.00 | 8.0 | $3,200.00 |
| Jill C. Kuhn | Associate, Atlanta | 1999 | $400.00 | 179.8 | $71,920.00 |
| Rebecca Tingey | Associate, New York | 2007 | $390.00 | 51.1 | $19,929.00 |
| Megan B. Hoffman | Associate, DC | 2007 | $350.00 | 41.8 | $14,630.00 |
| Alison M. Elko | Associate, Atlanta | 2003 | $335.00 | 135.7 | $45,459.50 |
| David Gordon | Associate, Atlanta | 2006 | $320.00 | 1.0 | $320.00 |
| Ian Byrnside | Associate, Atlanta | 2008 | $285.00 | 14.9 | $4,246.50 |
| | | **Professionals**: | **Blended Rate: $486.91** | **Total Hours: 907.4** | **Total Fees: $441,818.50** |

---

[1] These rates are the same rates charged to the non-bankruptcy clients of McKenna Long & Aldridge LLP. All professionals and paraprofessionals submitted time records to (i) the Fee Committee; (ii) Lehman Brothers Holdings Inc.; (iii) counsel for the Debtors, Weil, Gotshal & Manges, LLP; (iv) counsel for the Official Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP; and (v) the Office of the United States Trustee for the Southern District of New York (collectively, the "Notice Parties") in accordance with the Order Appointing Fee Committee and Approving Fee Application Protocol and the Third Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals.

| Name of Paraprofessional | Title and Office | Year Admitted | 2010 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Karen Johnson | Paralegal, DC | N/A | $255.00 | 12.5 | $3,187.50 |
| Wendy Armstrong | Paralegal, DC | N/A | $250.00 | 15.1 | $3,775.00 |
| Angela King | Paralegal, DC | N/A | $245.00 | 12.7 | $3,111.50 |
| Valerie T. Lam | Paralegal, DC | N/A | $240.00 | 1.0 | $240.00 |
| Hillard T. Moore | Litigation Support Manager, DC | N/A | $225.00 | 7.1 | $1,597.50 |
| Robert M. Gee | Paralegal, New York | N/A | $225.00 | 95.1 | $21,397.50 |
| Jan E. Reed | Paralegal, Atlanta | N/A | $215.00 | 160.7 | $34,550.50 |
| Sue Plunkett | Paralegal, Atlanta | N/A | $210.00 | 10.8 | $2,268.00 |
| Inghe Francois | Paralegal, Atlanta | N/A | $205.00 | 10.5 | $2,152.50 |
| Lashaunda M. Stafford | Paralegal, Atlanta | N/A | $185.00 | 18.7 | $3,459.50 |
| Lou Ellen Runyan | Research Librarian, Atlanta | N/A | $180.00 | 1.0 | $180.00 |
| Nan E. Morgan | Paralegal, Atlanta | N/A | $170.00 | 13.7 | $2,329.00 |
| LaTandra D. Williams | Litigation Support Analyst, Atlanta | N/A | $170.00 | 8.0 | $1,360.00 |
| Erik W. Bolte | Litigation Support Analyst, DC | N/A | $165.00 | 4.0 | $660.00 |
| Ken Berton | Paralegal, DC | N/A | $165.00 | 1.6 | $264.00 |
| Laura B. Neubauer | Paralegal, Atlanta | N/A | $125.00 | 23.7 | $2,962.50 |
| | | **Paraprofessionals:** | **Blended Rate: $210.74** | **Total Hours: 396.2** | **Total Fees: $83,495.00** |
| | | **Total for Professionals and Paraprofessionals:** | | **Total Hours: 1303.6** | **Total Fees: $525,313.50** |

2

## FEE SUMMARY ORGANIZED BY MATTER AND TASK CODE

| Kontrabecki in NY Bankruptcy Action (30837.0001) - Task Code 4000 | | | | | |
|---|---|---|---|---|---|
| **Name of Professional** | **Title and Office** | **Year Admitted** | **2010 Billing Rate** | **Total Hours** | **Total Amount Billed** |
| Mark S. Kaufman | Partner, Atlanta | 1973 | $650.00 | 84.0 | $54,600.00 |
| B. Summer Chandler | Associate, Atlanta | 2001 | $400.00 | 4.4 | $1,760.00 |
| David Gordon | Associate, Atlanta | 2006 | $320.00 | 1.0 | $320.00 |
| **Total** | | | | **89.4** | **$56,680.00** |

| Bankruptcy Employment Matter (30837.0002) - Task Code 4600 | | | | | |
|---|---|---|---|---|---|
| **Name of Professional** | **Title and Office** | **Year Admitted** | **2010 Billing Rate** | **Total Hours** | **Total Amount Billed** |
| Christopher F. Graham | Partner, New York | 1983 | $760.00 | 7.9 | $6,004.00 |
| Charles D. Weiss | Partner, Atlanta | 1989 | $525.00 | 1.3 | $682.50 |
| Alan F. Kaufman | Partner, New York | 2000 | $450.00 | 4.2 | $1,890.00 |
| Gerald Walling | Counsel, Atlanta | 1972 | $430.00 | 7.3 | $3,139.00 |
| B. Summer Chandler | Associate, Atlanta | 2001 | $400.00 | 3.6 | $1,440.00 |
| Alison M. Elko | Associate, Atlanta | 2003 | $335.00 | 135.7 | $45,459.50 |
| Megan B. Hoffman | Associate, DC | 2007 | $350.00 | 0.9 | $315.00 |
| Robert M. Gee | Paralegal, New York | N/A | $225.00 | 0.9 | $202.50 |
| Valerie T. Lam | Paralegal, DC | N/A | $240.00 | 1.0 | $240.00 |
| **Total** | | | | **162.8** | **$59,372.50** |

3

| AZ 72 LLC (30837.0003) - Task Code 4000 | | | | | |
|---|---|---|---|---|---|
| Name of Professional | Title and Office | Year Admitted | 2010 Billing Rate | Total Hours | Total Amount Billed |
| Christopher F. Graham | Partner, New York | 1983 | $760.00 | 156.4 | $118,864.00 |
| Charles D. Weiss | Partner, Atlanta | 1989 | $525.00 | 3.2 | $1,680.00 |
| Alan F. Kaufman | Partner, New York | 2000 | $450.00 | 174.0 | $ 78,300.00 |
| Thomas D. Hall | Senior Counsel, Atlanta | 1983 | $425.00 | 1.2 | $510.00 |
| Jill C. Kuhn | Associate, Atlanta | 1999 | $400.00 | 179.8 | $71,920.00 |
| Rebecca Tingey | Associate, New York | 2007 | $390.00 | 51.1 | $19,929.00 |
| Megan B. Hoffman | Associate, DC | 2007 | $350.00 | 40.9 | $14,315.00 |
| Ian Byrnside | Associate, Atlanta | 2008 | $285.00 | 14.9 | $4,246.50 |
| Karen Johnson | Paralegal, DC | N/A | $255.00 | 12.5 | $3,187.50 |
| Wendy Armstrong | Paralegal, DC | N/A | $250.00 | 15.1 | $3,775.00 |
| Angela King | Paralegal, DC | N/A | $245.00 | 12.7 | $3,111.50 |
| Hillard T. Moore | Litigation Support Manager, DC | N/A | $225.00 | 7.1 | $1,597.50 |
| Robert M. Gee | Paralegal, New York | N/A | $225.00 | 94.2 | $21,195.00 |
| Jan E. Reed | Paralegal, Atlanta | N/A | $215.00 | 160.7 | $34,550.50 |
| Inghe Francois | Paralegal, Atlanta | N/A | $205.00 | 10.5 | $2,152.50 |
| Lashaunda M. Stafford | Paralegal, Atlanta | N/A | $185.00 | 18.7 | $3,459.50 |
| Lou Ellen Runyan | Research Librarian, Atlanta | N/A | $180.00 | 1.0 | $180.00 |
| Nan E. Morgan | Paralegal, Atlanta | N/A | $170.00 | 13.7 | $2,329.00 |
| LaTandra D. Williams | Litigation Support Analyst, Atlanta | N/A | $170.00 | 8.0 | $1,360.00 |

| Name of Professional | Title and Office | Year Admitted | 2010 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Erik W. Bolte | Litigation Support Analyst, DC | N/A | $165.00 | 4.0 | $660.00 |
| Ken Berton | Paralegal, DC | N/A | $165.00 | 1.6 | $264.00 |
| Laura B. Neubauer | Paralegal, Atlanta | N/A | $125.00 | 23.7 | $2,962.50 |
| **Total** | | | | **1,005.0** | **$390,549.00** |

**Walker Square/Riverbend Loan Restructuring (30837.0005) - Task Codes 2300, 4000**

| Name of Professional | Title and Office | Year Admitted | 2010 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Charles D. Weiss | Partner, Atlanta | 1989 | $525.00 | 0.5 | $262.50 |
| Gerald Walling | Counsel, Atlanta | 1972 | $430.00 | 16.4 | $7,052.00 |
| Sue Plunkett | Paralegal, Atlanta | N/A | $210.00 | 0.5 | $105.00 |
| **Total** | | | | **17.4** | **$7,419.50** |

**Plaza at Turtle Creek Loans (04406.0113) - Task Code 4000**

| Name of Professional | Title and Office | Year Admitted | 2010 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Gerald Walling | Counsel, Atlanta | 1972 | $430.00 | 4.0 | $1,640.00 |
| **Total** | | | | **4.0** | **$1,640.00** |

**North Beach Plantation (04406.0204) - Task Code 4000**

| Name of Professional | Title and Office | Year Admitted | 2010 Billing Rate | Total Hours | Total Amount Billed |
|---|---|---|---|---|---|
| Charles D. Weiss | Partner, Atlanta | 1989 | $525.00 | 0.5 | $262.50 |
| Gerald Walling | Counsel, Atlanta | 1972 | $430.00 | 1.8 | $774.00 |
| **Total** | | | | **2.3** | **$1,036.50** |

| **EB Developers (04406.0205) - Task Code 4000** | | | | | |
|---|---|---|---|---|---|
| **Name of Professional** | **Title and Office** | **Year Admitted** | **2010 Billing Rate** | **Total Hours** | **Total Amount Billed** |
| Sue Plunkett | Paralegal, Atlanta | N/A | $210.00 | 10.3 | $2,163.00 |
| **Total** | | | | **10.3** | **$2,163.00** |
| **Middle Mountain 156 LLC (04406.0222) - Task Code 4000** | | | | | |
| **Name of Professional** | **Title and Office** | **Year Admitted** | **2010 Billing Rate** | **Total Hours** | **Total Amount Billed** |
| Charles D. Weiss | Partner, Atlanta | 1989 | $525.00 | 0.6 | $258.00 |
| Gerald Walling | Counsel, Atlanta | 1972 | $430.00 | 11.8 | $6,195.00 |
| **Total** | | | | **12.4** | **$6,453.00** |