# EXHIBIT C

# Summary of Hours and Fees

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 1 | 30837 | 0001 | October | 34.5 | $21,675.00 |
| 2 | 30837 | 0002 | October | 57.5 | $21,600.00 |
| 3 | 30837 | 0003 | October | 106.8 | $40,096.00 |
| 4 | 30837 | 0005 | October | 7.5 | $3,115.00 |
| 5 | 04406 | 0113 | October | 4.0 | $1,640.00 |
| 6 | 04406 | 0204 | October | 2.3 | $1,036.50 |
| 7 | 04406 | 0205 | October | 10.3 | $2,163.00 |
| 8 | 04406 | 0222 | October | 8.5 | $4,405.50 |
| | | | **Subtotal:** | **231.4** | **$95,731.00** |
| 1 | 30837 | 0001 | November | 35.9 | $23,005.00 |
| 2 | 30837 | 0002 | November | 79.4 | $28,753.50 |
| 3 | 30837 | 0003 | November | 253.3 | $105,770.50 |
| 4 | 30837 | 0005 | November | 0.5 | $215.00 |
| 5 | 04406 | 0113 | November | 0.0 | $0.00 |
| 6 | 04406 | 0204 | November | 0.0 | $0.00 |
| 7 | 04406 | 0205 | November | 0.0 | $0.00 |
| 8 | 04406 | 0222 | November | 3.4 | $1,785.00 |
| | | | **Subtotal:** | **372.5** | **$159,529.00** |
| 1 | 30837 | 0001 | December | 18.2 | $11,480.00 |
| 2 | 30837 | 0002 | December | 22.0 | $7,712.50 |
| 3 | 30837 | 0003 | December | 198.3 | $100,921.00 |

| Legend | Client | Matter | Month | Hours | Fees |
|---|---|---|---|---|---|
| 4 | 30837 | 0005 | December | 0.0 | $0.00 |
| 5 | 04406 | 0113 | December | 0.0 | $0.00 |
| 6 | 04406 | 0204 | December | 0.0 | $0.00 |
| 7 | 04406 | 0205 | December | 0.0 | $0.00 |
| 8 | 04406 | 0222 | December | 0.0 | $0.00 |
| | | | **Subtotal:** | **238.5** | **$120,113.50** |
| | | | | | |
| 1 | 30837 | 0001 | January | 0.8 | $520.00 |
| 2 | 30837 | 0002 | January | 3.9 | $1,306.50 |
| 3 | 30837 | 0003 | January | 446.6 | $143,761.50 |
| 4 | 30837 | 0005 | January | 9.4 | $4,089.50 |
| 5 | 04406 | 0113 | January | 0.0 | $0.00 |
| 6 | 04406 | 0204 | January | 0.0 | $0.00 |
| 7 | 04406 | 0205 | January | 0.0 | $0.00 |
| 8 | 04406 | 0222 | January | 0.5 | $262.50 |
| | | | **Subtotal:** | **461.2** | **$149,940.00** |
| | | | | | |
| | | | **TOTAL:** | **1303.6** | **$525,313.50** |