# EXHIBIT D

## Summary of Expenses

08-13555-mg    Doc 17302-4    Filed 06/02/11    Entered 06/02/11 11:12:22    Exhibit D
Pg 1 of 4

| **Month** | **Expense Category** | **Total** |
|---|---|---|
| October | Computerized Legal Research (Lexis and Westlaw) | $489.43 |
| October | Courier and Express Mail | $54.32 |
| October | Filing/Court/Witness Fees | $2.64 |
| October | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $200.11 |
| October | Long Distance Telephone | $61.41 |
| October | Photocopy and Reproduction Charges (In-House) (508 pages @ $0.10 per copy) | $50.80 |
| October | Postage | $0.00 |
| October | Travel (Airline and Train Travel) | $970.40 |
| October | Travel (Hotels) | $639.30 |
| October | Travel (Local Transportation) | $60.10 |
| October | Travel (Meals) | $46.95 |
| October | Travel (Parking) | $0.00 |
| | **Subtotal** | **$2575.46** |
| November | Computerized Legal Research (Lexis and Westlaw) | $0.00 |
| November | Courier and Express Mail | $432.82 |
| November | Filing/Court/Witness Fees | $5.44 |
| November | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $6,356.49 |
| November | Long Distance Telephone | $0.00 |
| November | Photocopy and Reproduction Charges (In-House) (11,851 pages @ $0.10 per copy) | $1,185.10 |

| Month | Expense Category | Total |
|---|---|---|
| November | Postage | $0.00 |
| November | Travel (Airline and Train Travel) | $324.40 |
| November | Travel (Hotels) | $0.00 |
| November | Travel (Local Transportation) | $30.95 |
| November | Travel (Meals) | $408.30 |
| November | Travel (Parking) | $61.70 |
| | **Subtotal** | **$8,805.20** |
| December | Computerized Legal Research (Lexis and Westlaw) | $0.00 |
| December | Courier and Express Mail | $219.33 |
| December | Filing/Court/Witness Fees | $2.40 |
| December | Litigation Support (CD scanning and printing, document management, Lextranet), Pacer and Deposition Expenses | $5,566.71 |
| December | Long Distance Telephone | $0.00 |
| December | Photocopy and Reproduction Charges (In-House) (9,889 pages @ $0.10 per copy) | $988.90 |
| December | Postage | $0.00 |
| December | Travel (Airline and Train Travel) | $0.00 |
| December | Travel (Hotels) | $437.95 |
| December | Travel (Local Transportation) | $384.95 |
| December | Travel (Meals) | $363.86 |
| December | Travel (Parking) | $0.00 |
| | **Subtotal** | **$7,964.10** |

2

| **Month** | **Expense Category** | **Total** |
|---|---|---:|
| | | |
| January | Computerized Legal Research (Lexis and Westlaw) | $3,191.46 |
| January | Courier and Express Mail | $70.77 |
| January | Filing/Court/Witness Fees | $5.68 |
| January | Litigation Support (CD scanning and printing, document management, Lextranet) and Deposition Expenses | $3,173.33 |
| January | Long Distance Telephone | $0.00 |
| January | Photocopy and Reproduction Charges (In-House) (701 pages @ $0.10 per copy) | $70.10 |
| January | Postage | $0.00 |
| January | Travel (Airline and Train Travel) | $0.00 |
| January | Travel (Hotels) | $0.00 |
| January | Travel (Local Transportation) | $11.30 |
| January | Travel (Meals) | $25.47 |
| January | Travel (Parking) | $0.00 |
| | **Subtotal** | **$6,548.11** |
| | | |
| | **TOTAL:** | **$25,892.87** |

3