# EXHIBITS E1 - E4

**Invoices for October 1, 2010 through January 31, 2011**

# EXHIBIT E-1

**Invoices, Expense Detail and Supplemental Information Sheets
(with additional detail and supporting documentation for expenses)
for October 1, 2010 through October 31, 2010**

# McKenna Long
## &Aldridge LLP
#### Attorneys at Law

Albany

Atlanta

Brussels

Denver

Los Angeles

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

New York

Philadelphia

San Diego

San Francisco

Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn: Sam Papastathis
Suite 2200
3424 Peachtree Road, N.E.
Atlanta, GA. 30326

Client No.: 30837                    Invoice No. 732919
Matter No.: 30837.0001               Invoice Date: November 23, 2010
==================================================================

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2010
RE: KONTRABECKI NY BANKRUPTCY ACTION

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| M. Kaufman | 31.50 | 650.00 | 20,475.00 |
| S. Chandler | 3.00 | 400.00 | 1,200.00 |
| Total | 34.50 | | 21,675.00 |

TOTAL FEES:                                        $ 21,675.00

CHARGES:

| | |
|---|---|
| COPY CHARGES | 27.00 |
| LONG DISTANCE TELEPHONE | 59.21 |
| OUT OF TOWN TRAVEL | 1,716.75 |
| WESTLAW RESEARCH | 413.38 |

TOTAL CHARGES:                                     $  2,216.34

T O T A L   T H I S   S T A T E M E N T:           $ 23,891.34

LEHMAN BROTHERS HOLDINGS INC.　　　　November 23, 2010　　　PAGE　2
MATTER NUMBER: 30837.0001
INVOICE NO.: 732919


DESCRIPTION OF SERVICES


| | | | |
|---|---|---|---|
| 10/01/10 | M. Kaufman<br>Task: 4000 | .60 | CONFER WITH CO-COUNSEL WITH REGARD TO STATUS OF MEDIATION AND STRATEGIES FOR NEXT STEPS. |
| 10/04/10 | M. Kaufman<br>Task: 4000 | 2.20 | PREPARE EXTENSIVE EMAIL TO ADVISORS AND CO-COUNSEL WITH REGARD TO STATUS OF MEDIATION, STRATEGIC ISSUES RELATING TO SAME AND REPORTING ON MEDIATOR'S PROGRESS WITH OPPOSING SIDE AS DISCUSSED WITH CO-COUNSEL. |
| 10/06/10 | M. Kaufman<br>Task: 4000 | .30 | EMAIL COMMUNICATIONS BETWEEN CO-COUNSEL AND CLIENT WITH REGARD TO STATUS OF MEDIATION MATTER. |
| 10/08/10 | M. Kaufman<br>Task: 4000 | .40 | CONFER WITH P. BENVENUTTI REGARDING STATUS OF MEDIATION (0.2); REVIEW EMAIL FROM P. BENVENUTTI PERTAINING TO MEDIATION STATUS AND NEXT STEPS AND STRATEGIES (0.2). |
| 10/19/10 | M. Kaufman<br>Task: 4000 | 2.60 | CONFER WITH P. BENVENUTTI REGARDING STATUS OF MEDIATION AND TACTICS RELATING TO SAME (0.3); EMAIL TO P. BENVENUTTI AND OTHER ADVISOR COUNSEL WITH REGARD TO MEDIATION ISSUES (0.4); REVIEW EMAIL FROM B. OLSHAN REGARDING MEDIATION STATUS (0.2); REPLY EMAIL FROM BENVENUTTI RELATING TO SAME (0.1); SUBSEQUENT EMAIL FROM P. BENVENUTTI REGARDING HIS CONFERRAL WITH MAGISTRATE JUDGE LARSEN (0.3); CONSIDER IMPLICATIONS OF REPORT FROM JUDGE LARSEN (0.2); FOLLOW-UP CONVERSATION WITH P. BENVENUTTI AND ADVISORS REGARDING SAME (0.3); FOLLOW-UP EMAILS TO B. OLSHAN AND R. LEVINE REGARDING SAME (0.2); DISCUSSION OF RECOMPENSING MEDIATION WITH P. BENVENUTTI AND OTHERS (0.6). |
| 10/20/10 | M. Kaufman<br>Task: 4000 | .60 | FURTHER COMMUNICATIONS WITH CO-COUNSEL AND CLIENT WITH REGARD TO MEDIATION AND LIKELY ISSUES TO BE CONSIDERED AND NEGOTIATED IN LIGHT OF JUDGE LARSEN'S REPORT (0.3); EMAILS TO P. BENVENUTTI AND COMMUNICATIONS WITH B. OLSHAN |

```
LEHMAN BROTHERS HOLDINGS INC.              November 23, 2010          PAGE    3
MATTER NUMBER: 30837.0001
INVOICE NO.: 732919
```

<br>

|  |  |  | REGARDING MEDIATION MATTERS (0.3). |
|---|---|---|---|
| 10/21/10 | M. Kaufman<br>Task:  4000 | .70 | CONFER WITH P. BENVENUTTI REGARDING CONTINUED MEDIATION BEFORE JUDGE LARSEN (0.3); WORK ON MATTERS RELATING TO AGREEMENTS AMONG COUNSEL REGARDING NEXT MEDIATION SESSION IN SAN FRANCISCO (0.2); FURTHER EMAILS REGARDING ISSUES PERTAINING TO MEDIATION SESSION IN SAN FRANCISCO (0.2). |
| 10/22/10 | M. Kaufman<br>Task:  4000 | .90 | ANALYZE MATTERS RELATING TO MEDIATION SESSION FORTHCOMING IN SAN FRANCISCO (0.2); COMMUNICATIONS WITH JUDGE LARSEN WITH REGARD TO SAME (0.3); FURTHER COMMUNICATIONS WITH P. BENVENUTTI, R. LEVINE AND B. OLSHAN WITH REGARD TO RECONVENING MEDIATION BEFORE JUDGE LARSEN ON NOVEMBER 1 (0.4). |
| 10/25/10 | M. Kaufman<br>Task:  4000 | 4.00 | DEVELOP MEDIATION STRATEGY AND TACTICS FOR MEDIATION (3.2); REVIEW ASPECTS OF RECORD IN ANTICIPATION OF REBUTTING DEFENDANT'S ARGUMENTS AT MEDIATION (0.8). |
| 10/26/10 | M. Kaufman<br>Task:  4000 | 2.60 | PREPARE STRATEGIES AND TACTICS FOR MEDIATION. |
| 10/26/10 | S. Chandler<br>Task:  4000 | .20 | CONFER WITH M.KAUFMAN REGARDING SETTLEMENT CONFERENCE AND REGARDING UPCOMING SECOND CONFERENCE. |
| 10/28/10 | M. Kaufman<br>Task:  4000 | 4.60 | PREPARE ISSUES AND STRATEGIES FOR MEDIATION (3.7); CONFER WITH CO COUNSEL AND ADVISORS RE SAME (0.9). |
| 10/29/10 | M. Kaufman<br>Task:  4000 | 5.80 | PREPARE FOR MEDIATION AND REVIEW RELEVANT PAPERS (4.6); CONFER WITH ADVISORS AND COCOUSEL REGARDING MEDIATION STRATEGIES (1.2). |
| 10/29/10 | S. Chandler<br>Task:  4000 | 2.80 | ANALYZE FILINGS AND TRANSCRIPTS IN CONNECTION WITH PREPARATION FOR SETTLEMENT CONFERENCE. |
| 10/31/10 | M. Kaufman<br>Task:  4000 | 6.20 | WORK IN PREPARATION FOR MEDIATION SESSION (5.4); REVIEW RECORD AND RELEVANT DOCUMENTS FOR ARGUMENTS TO BE ADVANCED (0.8). |

LEHMAN BROTHERS HOLDINGS INC.          November 23, 2010          PAGE    4
MATTER NUMBER: 30837.0001
INVOICE NO.: 732919

4000  Non-Bankruptcy Litigation

| | | | |
|---|---|---|---|
| M. Kaufman | 31.50 | 650.00 | $20,475.00 |
| S. Chandler | 3.00 | 400.00 | $1,200.00 |
| TOTAL 4000 | 34.50 | | $21,675.00 |

Billed Recap Of Cost Details (Invoice: 732919) Date: 11/26/2010

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/05/2010 | 0999 | MLA MLA | 105S | 1.00 | 3.99 | 3.99 | LONG DISTANCE TELEPHONE 17:04 1-718-788-8214 | 26692157 |
| 11/23/2010 | | Invoice=732919 | | 1.00 | 3.99 | 3.99 | 74120 | |
| 10/07/2010 | 0999 | MLA MLA | 105S | 1.00 | 7.27 | 7.27 | LONG DISTANCE TELEPHONE 11:32 1-503-239-5650 | 26692202 |
| 11/23/2010 | | Invoice=732919 | | 1.00 | 7.27 | 7.27 | 74120 | |
| 10/07/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.45 | 1.45 | LONG DISTANCE TELEPHONE 17:37 1-503-740-0935 | 26692235 |
| 11/23/2010 | | Invoice=732919 | | 1.00 | 1.45 | 1.45 | 74120 | |
| 10/11/2010 | 4003 | DAVID GORDON | 406S | 1.00 | 7.00 | 7.00 | WESTLAW RESEARCH | 26698506 |
| 11/23/2010 | | Invoice=732919 | | 1.00 | 7.00 | 7.00 | | |
| 10/14/2010 | 4003 | DAVID GORDON | 406S | 1.00 | 53.38 | 53.38 | WESTLAW RESEARCH | 26698629 |
| 11/23/2010 | | Invoice=732919 | | 1.00 | 53.38 | 53.38 | | |
| 10/15/2010 | 4003 | DAVID GORDON | 406S | 1.00 | 329.00 | 329.00 | WESTLAW RESEARCH | 26698661 |
| 11/23/2010 | | Invoice=732919 | | 1.00 | 329.00 | 329.00 | | |
| 10/15/2010 | 4003 | DAVID GORDON | 406S | 1.00 | 24.00 | 24.00 | WESTLAW RESEARCH | 26698662 |
| 11/23/2010 | | Invoice=732919 | | 1.00 | 24.00 | 24.00 | | |
| 10/19/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 14:23 1-718-288-8214 | 26722335 |
| 11/23/2010 | | Invoice=732919 | | 1.00 | 0.72 | 0.72 | 74120 | |
| 10/21/2010 | 0999 | MLA MLA | 105S | 1.00 | 1.45 | 1.45 | LONG DISTANCE TELEPHONE 13:29 1-718-788-8214 | 26722353 |
| 11/23/2010 | | Invoice=732919 | | 1.00 | 1.45 | 1.45 | 74120 | |
| 10/26/2010 | 0999 | MLA MLA | 105S | 1.00 | 39.98 | 39.98 | LONG DISTANCE TELEPHONE 13:29 1-970-948-1111 | 26722404 |
| 11/23/2010 | | Invoice=732919 | | 1.00 | 39.98 | 39.98 | 74120 | |
| 10/26/2010 | 0999 | MLA MLA | 105S | 1.00 | 3.27 | 3.27 | LONG DISTANCE TELEPHONE 15:26 1-415-875-5826 | 26722408 |
| 11/23/2010 | | Invoice=732919 | | 1.00 | 3.27 | 3.27 | 74120 | |
| 10/28/2010 | 0034 | MARK S. KAUFMAN | 110Z | 1.00 | 930.40 | 930.40 | OUT OF TOWN TRAVEL - - PAYEE: AMERICAN EXPRESS | 26716182 |
| 11/23/2010 | | Invoice=732919 | | 1.00 | 930.40 | 930.40 | anything ******* AMERICAN EXPRESS INV | |
| | | Voucher=1799585 Paid | | | | | Vendor=AMERICAN EXPRESS anything ******* Balance= .00 | |
| 10/28/2010 | 0034 | MARK S. KAUFMAN | 110Z | 1.00 | 40.00 | 40.00 | OUT OF TOWN TRAVEL - - PAYEE: AMERICAN EXPRESS | 26716194 |
| 11/23/2010 | | Invoice=732919 | | 1.00 | 40.00 | 40.00 | anything ******* AMERICAN EXPRESS INV | |
| | | Voucher=1799585 Paid | | | | | Vendor=AMERICAN EXPRESS anything ******* Balance= .00 | |
| 10/29/2010 | 0681 | SUMMER CHANDLER | 101S | 270.00 | 0.15 | 40.50 | COPY CHARGES | 26714426 |
| 11/23/2010 | | Invoice=732919 | | 270.00 | 0.10 | 27.00 | | |
| 10/29/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 14:32 1-212-668-5632 | 26721137 |
| 11/23/2010 | | Invoice=732919 | | 1.00 | 0.36 | 0.36 | 74063 | |
| 10/29/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 13:16 1-817-206-1551 | 26722478 |
| 11/23/2010 | | Invoice=732919 | | 1.00 | 0.72 | 0.72 | 74120 | |
| 10/31/2010 | 0034 | MARK S. KAUFMAN | 110Z | 1.00 | 6.35 | 6.35 | OUT OF TOWN TRAVEL LUNCH AT AIRPORT | 26747934 |
| 11/23/2010 | | Invoice=732919 | | 1.00 | 6.35 | 6.35 | | |
| | | Voucher=1801928 Paid | | | | | Vendor=KAUFMAN, MARK S. Balance= .00 Amount= 1159.80 | |
| 10/31/2010 | 0034 | MARK S. KAUFMAN | 110Z | 1.00 | 8.60 | 8.60 | OUT OF TOWN TRAVEL CAB TO RESTAURANT | 26747935 |
| 11/23/2010 | | Invoice=732919 | | 1.00 | 8.60 | 8.60 | | |
| | | Voucher=1801928 Paid | | | | | Vendor=KAUFMAN, MARK S. Balance= .00 Amount= 1159.80 | |
| 10/31/2010 | 0034 | MARK S. KAUFMAN | 110Z | 1.00 | 633.30 | 633.30 | OUT OF TOWN TRAVEL | 26747937 |
| 11/23/2010 | | Invoice=732919 | | 1.00 | 633.30 | 633.30 | 10/31-11/02/2010 HOTEL STAY | |
| | | Voucher=1801928 Paid | | | | | Vendor=KAUFMAN, MARK S. Balance= .00 Amount= 1159.80 | |
| 10/31/2010 | 0034 | MARK S. KAUFMAN | 110Z | 1.00 | 40.60 | 40.60 | OUT OF TOWN TRAVEL DINNER - R&G LOUNGE | 26747940 |
| 11/23/2010 | | Invoice=732919 | | 1.00 | 40.60 | 40.60 | | |
| | | Voucher=1801928 Paid | | | | | Vendor=KAUFMAN, MARK S. Balance= .00 Amount= 1159.80 | |
| 10/31/2010 | 0034 | MARK S. KAUFMAN | 110Z | 1.00 | 6.00 | 6.00 | OUT OF TOWN TRAVEL TIPS AT HOTEL - 10/31-11/02 | 26747941 |
| 11/23/2010 | | Invoice=732919 | | 1.00 | 6.00 | 6.00 | | |
| | | Voucher=1801928 Paid | | | | | Vendor=KAUFMAN, MARK S. Balance= .00 Amount= 1159.80 | |
| 10/31/2010 | 0034 | MARK S. KAUFMAN | 110Z | 1.00 | 51.50 | 51.50 | OUT OF TOWN TRAVEL CAB TO HOTEL FROM AIRPORT | 26747942 |
| 11/23/2010 | | Invoice=732919 | | 1.00 | 51.50 | 51.50 | | |
| | | Voucher=1801928 Paid | | | | | Vendor=KAUFMAN, MARK S. Balance= .00 Amount= 1159.80 | |
| | | BILLED TOTALS: WORK: | | | | 2,229.84 | 22 records | |
| | | BILLED TOTALS: BILL: | | | | 2,216.34 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
|      |          |                      |      |          |      |        |             |            |
|      |          | GRAND TOTAL:    WORK: |      |          |      | 2,229.84 | 22 records |            |
|      |          | GRAND TOTAL:    BILL: |      |          |      | 2,216.34 |             |            |

# TRAVEL  LEADERS

**Travel Leaders**
220 Sandy Springs Cir. NE, Ste. 157B
Sandy Springs, Georgia  30328
877-331-1810

MCKENNA LONG ALDRIDGE
ONE PEACHTREE CENTER
303 PEACHTREE ST
SUITE 5300
ATLANTA GA 30308

## PASSENGER INFORMATION

Company Name: ONE PEACHTREE CENTER
Date Issued: October 26, 2010
Agent: M
First Name: MARK.S

Account No.: 2266
Agency Confirmation: 4GD9NS
Invoice #: 791399
Last Name: KAUFMAN

## CONFIRMATION INFORMATION

TICKET CONFIRMATION FOR DELTA IS G2L9O4

## FLIGHT                                                         ▲ DELTA

**Sunday October 31, 2010**

Air Vendor: DELTA
From: ATLANTA
To: SAN FRANCISCO
Seat: 27-G **RESERVED**

Flight Number: 2349
Departs: 03:05 PM
Arrives: 05:24 PM
Ticket G2L9O4
Confirmation:

Aircraft: 763
Operated By: DELTA

Class of Service: [ M ] ECONOMY CLASS
Flight Type: NON-STOP

BAGGAGE FEES MAY APPLY | FLIGHT DURATION 5.19 HRS | MILES 2139 | SEAT 27-G **RESERVED** | KAUFMAN/MARK.S | NOT VALID FOR TRAVEL-BEFORE 31OCT/AFTER 31OCT |

## REMARKS

ONLY WINDOW AVAILABLE CHECK AT AIRPORT FOR PREFERRED SEATING

## HOTEL

**Sunday October 31, 2010**

Hotel Vendor: OMNI SAN FRANCISCO HOTEL

Confirmation #: 40004594387
Hotel Address: 500 CALIFORNIA STREET
SAN FRANCISCO CA US 94104
PHONE-14156779494
FAX-14152733038

Check-In Date: October 31, 2010
Number of Rooms: 1
Number of Nights: 2

Check-out Date: November 2, 2010
Number of Persons: 1
Rate: 279.00 USD

RATE GUARANTEED-USD | BEST AVAILABLE RATE | DELUXE ROOM 1 KING BED | RATE INFO-EFF 31OCT10 279.00 | CANCEL RQRMTS-CANCEL BY 12PM ON 31-OCT-10 TO AVOID PENALTY. | PERSONS INCLUDED IN RATE-1 | REQ GUESS CLUB MEMBER RATE

## FLIGHT                                                         ▲ DELTA

**Tuesday November 2, 2010**

Air Vendor: DELTA
From: SAN FRANCISCO
To: ATLANTA
Seat: 26-A **RESERVED**

Flight Number: 147
Departs: 08:45 AM
Arrives: 04:20 PM
Ticket G2L9O4
Confirmation:

Aircraft: 757
Operated By: DELTA

Class of Service: [ H ] ECONOMY CLASS
Flight Type: NON-STOP

BAGGAGE FEES MAY APPLY | FLIGHT DURATION 4.35 HRS | MILES 2139 | SEAT 26-A **RESERVED** | KAUFMAN/MARK.S | NOT VALID FOR TRAVEL-BEFORE 02NOV/AFTER 02NOV |

## REMARKS

ONLY WINDOWS AVAILABLE CHECK AT AIRPORT FOR PREFERRED SEATING

## Miscellaneous

**Tuesday November 2, 2010**

Start Date: November 2, 2010
Description: SERVICE FEE CONFIRMED
ITEM COST: 40.00

## INVOICE INFORMATION

Invoice #: 791399
Air Fare: $ 845.58
Tax: $ 84.82
Total Taxes: $ 84.82
Total Air Fare: $ 930.40
Service Charge: $ 40.00
Total: $ 970.40
Total Payment: $ 970.40

## PAYMENT HISTORY

| Date | Form of Payment | Credit Card Number/Type | Amount |
|------|-----------------|-------------------------|--------|
| 10/26/10 | Credit Card | XXXX XXXXXX X1009/AX | $ 970.40 |

## GENERAL INFORMATION

TICKET NUMBER(S):  E0068617704550
FREQUENT FLYER NUMBERS
KAUFMAN/MARK.S    DL0215556416

## REMARKS

REVIEW ITINERARY WITHIN 24HRS UPON RECEIPT
ANY DESCREPANCIES NOT ADDRESSED WILL BE THE
RESPONSIBILITY OF THE CLIENT
***********************************
24 HOUR EMERGENCY SERVICE NUMBER 1-866-297-9293
AFTER HOURS ACCESS CODE ***PI3***
15.00 FEE PER INQUIRY TO THE 24 HOUR SERVICE
*************TRAVEL ADVISORY**************
GOVERNMENT ISSUED PHOTO ID REQUIRED
***FOR CARRY-ON RESTRICTIONS SEE WWW.TSA.GOV
DOMESTIC CHECK-IN * 2 * HR PRIOR TO DEPARTURE
DO NOT CHECK IN ONLINE IF YOU PLAN TO CHANGE
ALL FLIGHTS CLOSE OUT 30MIN PRIOR TO DEPARTURE
NONREFUNDABLE FARE ** CHANGE/STANDBY FEES APPLY
*************BE ADVISED*******************
FLIGHTS BOOKED LESS THAN 3DAYS CHECKIN AT COUNTER
TSA WILL START TO IMPLEMENT THE NO INFORMATION
NO BOARDING PASS RULE THIS NOVEMBER
*********************************************
YOUR NAME ON YOUR TICKET MUST MATCH YOUR ID
U88/5555

OnQueue™ - © 2010 MagnaTech - all rights reserved  -  Travel Agency Systems by Magnatech



# OMNI ❀ HOTELS®

OMNI SAN FRANCISCO HOTEL
500 CALIFORNIA STREET
SAN FRANCISCO    CA    94104
Tele- (415) 677-9494    Fax- (415) 273-3038

KAUFMAN, MARK

Room Number:  524
Daily Rate:  269
Room Type:  KN
No. of Guests:  1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE CODE | MKT GROUP | ACCOUNT |
|---------|-----------|-------------|-----------|-----------|---------|
| 10/31/10 | 11/02/10 | | BAR3 | BAR3 | 17100589217 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 10/31/10 | 524 | ROOM CHARGE | #524 KAUFMAN, MARK | $279.00 |
| 10/31/10 | 524 | ROOM TAX | ROOM TAX | $39.06 |
| 10/31/10 | 524 | TOURISM TAX | TOURISM TAX | $0.18 |
| 10/31/10 | 524 | TOURISM DISTRICT ASSESSMENT | TOURISM DISTRICT ASSESSMENT | $4.19 |
| 11/01/10 | 524 | BOB'S LOUNGE | 524/9641/20:04/BOB'S LOUNGE | $345.30 |
| 11/01/10 | 524 | ROOM CHARGE | #524 KAUFMAN, MARK | $269.00 |
| 11/01/10 | 524 | ROOM TAX | ROOM TAX | $37.66 |
| 11/01/10 | 524 | TOURISM TAX | TOURISM TAX | $0.17 |
| 11/01/10 | 524 | TOURISM DISTRICT ASSESSMENT | TOURISM DISTRICT ASSESSMENT | $4.04 |
| 11/02/10 | 524 | CLASSIC VISA CARD | CLASSIC VISA CARD | ($978.60) |

CREDIT DUE:          ($0.00)

ASH  3-6563

**Caffè Amici Espresso #1**
550 15th Street
San Francisco, CA 94105
(415) 864-1040

Server: Linda                    Station: 1
------------------------------------------
Order #: 465539                      To Go
------------------------------------------

## >> ORDER SETTLED <<
1 Breakfast Bagel Ham              4.50
1 20oz. Drip                       1.95

**\*\*\* TAX EXEMPT SALE \*\*\***

SUB TOTAL:                         6.45
Tax 1:                             0.00
Tax 2:                             0.00
                                ========
**AMOUNT DUE:**                   **$6.45**

Cash TEND:                         7.00
                                ==========
CHANGE:                           -0.55

## >> Ticket #: 71 <<
NEW: 11/1/2010 8:25:20 AM
SETTLED: 11/1/2010 8:25:45 AM

THANK YOU!
Caffe Amici Espresso appreciates you patro
nage! 4153913241





**R & G LOUNGE**
631 Kearny Street
SAN FRANCISCO, CA  4108
(415)982-7877

Sunday  10/31/2010  7  6:38 PM

**Check #: 3810**
Merchant #: 0000000320(
Table #: S6
User Code: **FRANK**
Transaction ID: 08030507  )15877
Authorization Code: 41442
**Card Type: V**
Cardholder: KAUFMAN/MA  K S
Card #: ######4675

**AMOUNT:    $ 32.60**
**Gratuity:**     *8*
**TOTAL:**     *46.60*

Cardholder acknowledges receipt of goods    d/or services in the
amount of the Total shown above and agre    to perform the
obligations and terms in the Cardholder Ag    ment with the issue

**Customer Copy: Retain for  our record**



Hot Dog Zone
Company
Hartsfield-Jackson Airport
Atlanta, GA 30320
(404) 765-0009

6 Sarah S

Chk 1864 Oct31'10 02:01PM  Gst 2

| 1 Hot Dog Combo | 5.93 |
| Special | |
| Fries Small | |
| Medium Drink | |
| Cash | 20.00 |

| Subtotal | 5.93 |
| Tax | 0.42 |
| Payment | 6.35 |
| Change Due | 13.65 |

| You Saved | 0.73 |

Fare $ _____
From _____  10/31
To _____
Date _____  Cab to restaurant
Cab No. _____
Driver _____  8.60

Fare $ _____
From _____
To _____  Airport
Date _____  from hotel
Cab No. _____
Driver _____  $50

**PASSENGER'S RECEIPT, TAXICAB FARE**

Date _____  Cab from airport
Amount of Fare $ _____
Other Charges $ _____  to Hotel
Total . . . . $ _____  10/31
Driver's Name _____
Cab number _____  5|50

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200

Client No.: 30837
Matter No.: 30837.0002

Invoice No. 732892
Invoice Date: November 23, 2010

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2010
RE: BANKRUPTCY EMPLOYMENT MATTERS

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------:|----------------:|------------:|
| C.F. Graham | 2.90 | 760.00 | 2,204.00 |
| A.F. Kaufman | 4.20 | 450.00 | 1,890.00 |
| G. Walling | 6.30 | 430.00 | 2,709.00 |
| S. Chandler | 3.30 | 400.00 | 1,320.00 |
| M.B. Hoffman | 0.20 | 350.00 | 70.00 |
| A. Elko | 38.70 | 335.00 | 12,964.50 |
| V.T. Lam | 1.00 | 240.00 | 240.00 |
| R.M. Gee | 0.90 | 225.00 | 202.50 |
| Total | 57.50 | | 21,600.00 |

TOTAL FEES:                                          $ 21,600.00

LEHMAN BROTHERS HOLDINGS INC.          November 23, 2010          PAGE    2
MATTER NUMBER: 30837.0002
INVOICE NO.: 732892

CHARGES:

    COPY CHARGES                    15.00
    LONG DISTANCE TELEPHONE          1.80
    PACER SEARCHES                   2.16
    WESTLAW RESEARCH                76.05

TOTAL CHARGES:                                      $      95.01

T O T A L   T H I S   S T A T E M E N T:           $ 21,695.01

LEHMAN BROTHERS HOLDINGS INC.          November 23, 2010          PAGE    3
MATTER NUMBER: 30837.0002
INVOICE NO.: 732892


### DESCRIPTION OF SERVICES


| | | | |
|---|---|---|---|
| 10/01/10 | A. Elko<br>Task:  4600 | .40 | REVIEW MOTION SEEKING ADVISORY OPINION REGARDING FEE COMMITTEE PROTOCOL AND GUIDELINES (0.3); CORRESPOND WITH D. O'DONNELL REGARDING SUGGESTED REVISIONS TO MOTION (0.1). |
| 10/01/10 | A. Elko<br>Task:  4600 | .40 | CORRESPOND WITH BILLING TIMEKEEPERS REGARDING FEE FORECASTS TO BE SUBMITTED TO ALVAREZ AND MARSAL (0.1); WORK ON FEE FORECASTS (0.2); CORRESPOND WITH K. SULLIVAN, ALVAREZ, REGARDING FEE FORECASTS AND UNBILLED FEES AND EXPENSES (0.1). |
| 10/04/10 | C.F. Graham<br>Task:  4600 | .70 | PREPARE FOR RETAINED PROFESSIONALS CALL WITH WEIL/MILLBANK (0.3):  PARTICIPATE IN PROFESSIONALS CONFERENCE CALL (0.4). |
| 10/04/10 | A.F. Kaufman<br>Task:  4600 | 1.40 | PREPARE SUMMARY AND BUDGET FOR AZ 72 LITIGATION. |
| 10/04/10 | A. Elko<br>Task:  4600 | 2.20 | PREPARE FOR RETAINED PROFESSIONALS CONFERENCE CALL (0.2); PARTICIPATE IN RETAINED PROFESSIONALS CONFERENCE CALL (0.4);   RESEARCH AND REVIEW RECENT CASE LAW DISCUSSED DURING CALL REGADING PROFESSIONAL FEES (0.4); CONFER WITH C. GRAHAM WITH RESPECT THERETO (0.1); CORRESPOND WITH BILLING TIMEKEEPERS, G. MARSH, M. KAUFMAN, P. MCGEEHAN, C. WEISS AND C. GRAHAM, WITH RESPECT TO CALL WITH RETAINED PROFESSIONALS (0.3); CORRESPOND WITH BILLING TIMEKEEPERS REGARDING FEE FORECASTS (0.1); CONTINUE TO CORRESPOND WITH BILLING TIMEKEEPERS REGARDING RETAINED PROFESSIONALS CONFERENCE CALL (0.2); CORRESPOND WITH BILLING TIMEKEEPERS REGARDING STATUS OF FEE APPLICATIONS (0.2); CONFER AND CORRESPOND WITH A. KAUFMAN REGARDING FEE FORECASTS (0.3). |

LEHMAN BROTHERS HOLDINGS INC.                November 23, 2010        PAGE    4
MATTER NUMBER: 30837.0002
INVOICE NO.: 732892


| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/05/10 | G. Walling<br>Task:  4600 | 1.00 | WORK WITH C. WEISS AND A. ELKO CONCERNING PROJECTED TIME TO BE EXPENDED ON CERTAIN LEHMAN MATTERS IN 4TH CALENDAR QUARTER, 2010 (0.8); MADE RELATED REVIEW OF RECENT TIME RECORDS ON SUCH MATTERS (0.2). |
| 10/05/10 | A. Elko<br>Task:  4600 | .40 | CORRESPOND WITH K. SULLIVAN, ALVAREZ AND MARSAL, REGARDING FEE FORECASTS (0.1); CORRESPOND WITH G. MARSH, M. KAUFMAN, P. MCGEEHAN, C. WEISS, AND C. GRAHAM REGARDING FEE FORECASTS (0.3). |
| 10/06/10 | A. Elko<br>Task:  4600 | .40 | CORRESPOND AND CONFER WITH M. KAUFMAN REGARDING FEE FORECAST FOR ALVAREZ AND MARSAL (0.2); REVIEW FEE FORECASTS (0.2). |
| 10/17/10 | A. Elko<br>Task:  4600 | 1.40 | REVIEW FEE COMMITTEE ANALYSIS OF FIFTH INTERIM FEE APPLICATION AND CORRESPONDENCE RELATED THERETO (1.2); CORRESPOND WITH G. MARSH, M. KAUFMAN, P. MCGEEHAN, C. WEISS AND C. GRAHAM WITH RESPECT THERETO (0.2). |
| 10/18/10 | A. Elko<br>Task:  4600 | .70 | WORK ON RESPONSE TO FEE COMMITTEE OBJECTION TO FIFTH INTERIM FEE APPLICATION. |
| 10/19/10 | A. Elko<br>Task:  4600 | 9.20 | PREPARE FOR MEETING REGARDING FEE COMMITTEE OBJECTION TO FIFTH INTERIM FEE APPLICATION (1.2); ATTEND MEETING REGARDING SAME WITH C. WEISS, M. KAUFMAN, P. MCGEEHAN AND C. GRAHAM (0.6); ATTEND MEETING WITH M. KAUFMAN AND C. WEISS TO FURTHER DISCUSS SAME (0.4); DRAFT CORRESPONDENCE TO TIMEKEEPERS REGARDING FEE COMMITTEE OBJECTION TO FIFTH INTERIM FEE APPLICATION (0.8); CORRESPOND WITH G. MARSH, M. KAUFMAN, P. MCGEEHAN, C. WEISS AND C. GRAHAM WITH RESPECT THERETO (0.3); CORRESPOND WITH TIMEKEEPERS WITH RESPECT THERETO (1.0); CORRESPOND WITH C. CHIN REGARDING INVOICES AND PRO FORMAS FOR JUNE 2010 THROUGH SEPTEMBER 2010 (0.2); WORK ON LINE-BY-LINE RESPONSE TO LEHMAN FEE COMMITTEE OBJECTION TO FIFTH INTERIM FEE APPLICATION (4.7). |

LEHMAN BROTHERS HOLDINGS INC.                November 23, 2010        PAGE    5
MATTER NUMBER: 30837.0002
INVOICE NO.: 732892


10/19/10  C.F. Graham          .90  MEETING WITH M. KAUFMAN, C. WEISS, P. MCGEEHAN
          Task:  4600               AND A. ELKO REGARDING FEE COMMITTEE
                                    OBJECTIONS(0.6); REVIEW FEE COMMITTEE
                                    REPORT(0.3).

10/20/10  M.B. Hoffman         .20  CONFER WITH A. ELKO REGARDING EDITS TO
          Task:  4600               NARRATIVES FOR RESPONSE TO FEE COMMITTEE
                                    OBJECTIONS.

10/20/10  A. Elko            5.60  REVISE DRAFT CORRESPONDENCE TO ALL TIMEKEEPERS
          Task:  4600               REGARDING REVIEW AND EDIT OF JUNE THROUGH
                                    SEPTEMBER 2010 MONTHLY STATEMENTS (0.8);
                                    CORRESPOND WITH G. MARSH, M. KAUFMAN, P.
                                    MCGEEHAN, C. WEISS AND C. GRAHAM WITH RESPECT
                                    THERETO (0.3); CORRESPOND WITH TIMEKEEPERS WITH
                                    RESPECT THERETO (1.5); SUMMARIZE FEE COMMITTEE
                                    OBJECTION TO FIFTH INTERIM FEE APPLICATION
                                    (0.8); CORRESPOND WITH G. MARSH, M. KAUFMAN, P.
                                    MCGEEHAN, C. WEISS AND C. GRAHAM WITH RESPECT
                                    THERETO (0.2); CONFER AND CORRESPOND WITH A.
                                    KAUFMAN WITH RESPECT TO FEE COMMITTEE'S
                                    OBJECTION TO FEES (0.2); CORRESPOND WITH J.
                                    MAYES REGARDING FEE COMMITEE'S OBJECTION TO
                                    FEES (0.1); CORRESPOND WITH S. CHANDLER
                                    REGARDING OBJECTION TO FEES (0.2); CORRESPOND
                                    WITH G. MARSH REGARDING OBJECTION TO FEES
                                    (0.2); CORRESPOND WITH C.  GRAHAM REGARDING
                                    OBJECTION TO FEES (0.1); REVIEW TIMEKEEPERS'
                                    REVISED NARRATIVES ADDRESSING OBJECTIONS TO
                                    FEES (1.0); CONFER WITH M. HOFFMAN REGARDING
                                    EDITS TO NARRATIVES (0.2).

10/20/10  G. Walling          1.20  COMMUNICATIONS WITH A. ELKO REGARDING FEE
          Task:  4600               COMMITTEE OBJECTIONS RELATED TO
                                    RIVERBEND/WALKER SQUARE TIME ENTRIES (0.2);
                                    REVIEW AND REVISE TIME REPORTS (0.3); MADE
                                    RELATED REVIEW OF FILE (0.5); FOLLOW UP
                                    COMMUNICATIONS WITH A. ELKO REGARDING REVISED
                                    TIME REPORTS FOR 30837.0005 (0.2).

10/20/10  S. Chandler         1.70  REVIEW E-MAIL CORRESPONDENCE FROM A.ELKO
          Task:  4600               REGARDING FEE COMMITTEE OBJECTIONS AND
                                    RESOLUTION OF ISSUES WITH RESPECT TO SAME
                                    (0.1); REVIEW FEE COMMITTEE GUIDELINES (0.2);
                                    REVIEW AND REVISE TIME ENTRIES TO PROVIDE

LEHMAN BROTHERS HOLDINGS INC.                    November 23, 2010              PAGE    6
MATTER NUMBER: 30837.0002
INVOICE NO.: 732892

|  |  |  |  |
|---|---|---|---|
|  |  |  | FURTHER DETAIL WITH RESPECT TO TASK PERFORMED (1.4). |
| 10/21/10 | G. Walling<br>Task: 4600 | 3.60 | WORK WITH A. ELKO AND C. WEISS REGARDING INVOICES  NOT RELATED TO THE LEHMAN ESTATE (0.2); REVIEW AND REVISE MIDDLE MOUNTAIN INVOICES (0.4); REVIEW AND REVISE TURTLE CREEK INVOICES (1.3); REVIEW AND REVISE RIVERBEND/WALKER SQUARE INVOICES (1.4); COMMUNICATIONS WITH A. ELKO REGARDING REVISIONS TO FEE INVOICES (0.3). |
| 10/21/10 | A. Elko<br>Task: 4600 | 1.60 | CORRESPOND WITH G. WALLING AND C. WEISS REGARDING MONTHLY STATEMENTS FOR SEVERAL MATTERS (0.3); CORRESPOND WITH T. HALL REGARDING EDITS TO MONTHLY STATEMENTS (0.2); CORRESPOND WITH S. GUPTA REGARDING EDITS TO MONTHLY STATEMENTS (0.2); CORRESPOND WITH L. WILLIAMS REGARDING RESPONSE TO FEE COMMITTEE OBJECTION TO FIFTH INTERIM FEE APPLICATION (0.1); REVIEW TIMEKEEPERS' REVISIONS TO NARRATIVES TO ADDRESS OBJECTIONS (0.3); WORK ON RESPONSE TO FEE COMMITTEE OBJECTION TO FIFTH INTERIM FEE APPLICATION (0.5). |
| 10/22/10 | A. Elko<br>Task: 4600 | 1.30 | REVIEW CORRESPONDENCE FROM K. FEINBERG AND H. MILLER REGARDING CONFERENCE WITH JUDGE PECK WITH RESPECT TO FEE COMMITTEE GUIDELINES (0.1); CORRESPOND WITH C. GRAHAM AND G. MARSH WITH RESPECT THERETO (0.1); CORRESPOND WITH M. KAUFMAN REGARDING RESPONSE TO FEE COMMITTEE'S OBJECTION TO FEES (0.3); CORRESPOND WITH D. FLAUM, S. PLUNKETT AND L. WILLIAMS WITH RESPECT TO RESPONSE TO FEE COMMITTEE'S OBJECTION TO FEES (0.3); REVIEW TIMEKEEPERS' REVISIONS TO NARRATIVES TO RESOLVE OBJECTIONS (0.5). |
| 10/24/10 | A. Elko<br>Task: 4600 | 1.20 | WORK ON RESPONSE TO LEHMAN FEE COMMITTEE'S OBJECTION TO FIFTH INTERIM FEE APPLICATION. |
| 10/25/10 | G. Walling<br>Task: 4600 | .50 | WORK WITH A. ELKO REGARDING EXPENSES RELATED TO 30837.0005 (0.2); RESEARCH REGARDING EXPENSE (0.3). |

LEHMAN BROTHERS HOLDINGS INC.                    November 23, 2010           PAGE    7
MATTER NUMBER: 30837.0002
INVOICE NO.: 732892

| 10/25/10 | A. Elko | 10.20 | WORK ON LINE-BY-LINE RESPONSE TO FEE |
|---|---|---|---|
| | Task:  4600 | | COMMITTEE'S OBJECTION TO FIFTH INTERIM FEE |

10/25/10    A. Elko                10.20    WORK ON LINE-BY-LINE RESPONSE TO FEE
            Task:  4600                     COMMITTEE'S OBJECTION TO FIFTH INTERIM FEE
                                            APPLICATION (6.0); DRAFT LETTER RESPONDING TO
                                            FEE COMMITTEE'S OBJECTION (1.3);  CORRESPOND
                                            WITH G. MARSH, M. KAUFMAN, P. MCGEEHAN, C.
                                            WEISS AND C. GRAHAM REGARDING SAME (0.4);
                                            CORRESPOND WITH C. CHIN REGARDING INFORMATION
                                            NEEDED FOR EXPENSES (0.3); CONFER AND
                                            CORRESPOND WITH A. KAUFMAN REGARDING
                                            INFORMATION NEEDED FOR EXPENSES (0.2);
                                            CORRESPOND WITH G. WALLING REGARDING
                                            INFORMATION NEEDED FOR EXPENSES (0.2);
                                            CORRESPOND WITH C. WEISS AND M. KAUFMAN
                                            REGARDING INFORMATION NEEDED FROM TIMEKEEPERS
                                            FOR RESPONSE TO OBJECTION (0.2); CORRESPOND
                                            WITH M. KAUFMAN REGARDING INFORMATION NEEDED
                                            REGARDING EXPENSES (0.3); CORRESPOND AND CONFER
                                            WITH K. ROHLING REGARDING INFORMATION NEEDED
                                            FOR FEES (0.2); CORRESPOND WITH C. MOORE
                                            REGARDING INFORMATION NEEDED REGARDING FEES
                                            (0.2); CORRESPOND AND CONFER WITH S. CHANDLER
                                            REGARDING INFORMATION NEEDED FOR KONTRABECKI
                                            MATTER FEES (0.3); CORRESPOND WITH E. BOLTE
                                            REGARDING OBJECTION TO FEES (0.2); CORRESPOND
                                            WITH C. EVERHART REGARDING OBJECTION TO FEES
                                            (0.1); CORRESPOND WITH R. GEE REGARDING
                                            OBJECTION TO FEES (0.1); CORRESPOND WITH C.
                                            GRAHAM REGARDING OBJECTION TO FEES (0.2).

10/25/10    S. Chandler              .30    CONFER WITH A.ELKO REGARDING OBJECTIONS TO FEE
            Task:  4600                      APPLICATIONS AND PREPARATION OF RESPONSE TO
                                             SAME.

10/26/10    A. Elko                 2.20    REVIEW AND REVISE LINE-BY-LINE RESPONSE TO
            Task:  4600                      FEE COMMITTEE'S OBJECTION TO FIFTH INTERIM
                                             FEE APPLICATION (1.2); REVIEW AND REVISE
                                             LETTER RESPONDING TO FEE COMMITTEE'S
                                             OBJECTION (0.5); CORRESPOND WITH A. KAUFMAN
                                             REGARDING SAME (0.1); CORRESPOND WITH G.
                                             MARSH REGARDING SAME (0.1); CORRESPOND WITH
                                             G. MARSH, M. KAUFMAN, P. MCGEEHAN, C. WEISS
                                             AND C. GRAHAM REGARDING SAME (0.1);
                                             CORRESPOND WITH K. ROHLING REGARDING EDITS TO
                                             LINE-BY-LINE RESPONSE (0.2).

LEHMAN BROTHERS HOLDINGS INC.                November 23, 2010          PAGE    8
MATTER NUMBER: 30837.0002
INVOICE NO.: 732892


| 10/27/10 | A. Elko<br>Task:  4600 | .50 | REVIEW AND RESPOND TO CORRESPONDENCE FROM M. KAUFMAN REGARDING FEE COMMITTEE OBJECTION TO FIFTH INTERIM FEE APPLICATION (0.2); CORRESPOND WITH G. MARSH REGARDING SAME (0.1); CORRESPOND WITH K. ROHLING AND S. BOGAN REGARDING INFORMATION NEEDED TO ADDRESS OBJECTION TO M. KAUFMAN'S FEES AND EXPENSES (0.2). |
|---|---|---|---|
| 10/27/10 | R.M. Gee<br>Task:  4600 | .90 | REVIEW TIME ENTRIES FOR JULY, AUGUST AND SEPTEMBER AND UPDATED NARRATIVES (0.2); REVIEW AND UPDATE NARRATIVES IN CONNECTION WITH FIFTH INTERIM FEE APPLICATION TO PROVIDE FURTHER DETAIL TO THE FEE COMMITTEE REGARDING WORK PERFORMED (0.5); CONFER WITH A. ELKO AND A. KAUFMAN REGARDING SAME (0.2). |
| 10/27/10 | A.F. Kaufman<br>Task:  4600 | .60 | REVIEW AND REVISE ENTRIES FOR FIFTH INTERIM REPORT. |
| 10/28/10 | A.F. Kaufman<br>Task:  4600 | 2.20 | REVIEW AND REVISE ENTRIES FOR FIFTH INTERIM REPORT. |
| 10/28/10 | S. Chandler<br>Task:  4600 | 1.30 | REVIEW AND REVISE TIME ENTIRES TO ADD ADDITIONAL DETAIL IN RESPONSE TO OBJECTION TO SAME. |
| 10/29/10 | V.T. Lam<br>Task:  4600 | 1.00 | REVIEW AND REVISE AUGUST-SEPTEMBER PROFORMA PER A. ELKO. |
| 10/29/10 | C.F. Graham<br>Task:  4600 | .80 | READ LETTER FROM K. FEINBERG REGARDING STATUS CONFERENCE (0.4);    CONFER WITH A. ELKO REGARDING SAME (0.2); CONFER WITH G. MARSH REGARDING MEETING OF RETAINED PROFESSIONALS AT WEIL GOTSHAL (0.2). |
| 10/29/10 | A. Elko<br>Task:  4600 | .50 | WORK ON RESPONSE TO LEHMAN FEE COMMITTEE OBJECTION TO FIFTH AMENDED FEE APPLICATION (0.3); CONFER WITH C. GRAHAM REGARDING STATUS CONFERENCE WITH FEE COMMITTEE AND RETAINED PROFESSIONALS (0.2). |

LEHMAN BROTHERS HOLDINGS INC.            November 23, 2010          PAGE    9
MATTER NUMBER: 30837.0002
INVOICE NO.: 732892

10/31/10  C.F. Graham              .50    READ LETTER FROM KEN FEINBERG (0.2); CONFER
          Task:   4600                    WITH A. ELKO REGARDING MEETING AND STATUS
                                          CONFERENCE WITH RETAINED PROFESSIONALS AND FEE
                                          COMMITTEE (0.3).

10/31/10  A. Elko                  .50    REVIEW CORRESPONDENCE FROM K. FEINBERG
          Task:   4600                    REGARDING STATUS CONFERENCE WITH COURT (0.2);
                                          CONFER WITH C. GRAHAM REGARDING MEETING WITH
                                          RETAINED PROFESSIONALS AT WEIL AND STATUS
                                          CONFERENCE WITH COURT (0.3).

4600  Firm's Own Billing/Fee Applications
      A. Elko                     38.70    335.00  $12,964.50
      A.F. Kaufman                 4.20    450.00   $1,890.00
      C.F. Graham                  2.90    760.00   $2,204.00
      G. Walling                   6.30    430.00   $2,709.00
      M.B. Hoffman                  .20    350.00      $70.00
      R.M. Gee                      .90    225.00     $202.50
      S. Chandler                  3.30    400.00   $1,320.00
      V.T. Lam                     1.00    240.00     $240.00

         TOTAL 4600               57.50            $21,600.00

# McKenna Long
## & Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA. 30326

Client No.: 30837                    Invoice No. 732893
Matter No.: 30837.0003               Invoice Date: November 22, 2010
====================================================================

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2010
RE: AZ 72, LLC

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| C.F. Graham | 9.40 | 760.00 | 7,144.00 |
| C. Weiss | 0.50 | 525.00 | 262.50 |
| A.F. Kaufman | 15.70 | 450.00 | 7,065.00 |
| J. Kuhn | 34.20 | 400.00 | 13,680.00 |
| R. Tingey | 5.30 | 390.00 | 2,067.00 |
| M.B. Hoffman | 0.40 | 350.00 | 140.00 |
| I. Byrnside | 13.20 | 285.00 | 3,762.00 |
| R.M. Gee | 6.70 | 225.00 | 1,507.50 |
| H.T. Moore | 0.70 | 225.00 | 157.50 |
| J.E. Reed | 18.20 | 215.00 | 3,913.00 |
| L.D. Williams | 1.00 | 170.00 | 170.00 |
| E.W. Bolte | 1.00 | 165.00 | 165.00 |
| L.B. Neubauer | 0.50 | 125.00 | 62.50 |
| Total | 106.80 | | 40,096.00 |

TOTAL FEES:                                    $ 40,096.00

LEHMAN BROTHERS HOLDINGS INC.            November 22, 2010            PAGE   2
MATTER NUMBER: 30837.0003
INVOICE NO.: 732893


CHARGES:

    COPY CHARGES                        8.80
    DELIVERY SERVICE/MESSENGER         33.23
    LITIGATION SUPPORT VENDORS        188.11
    PACER SEARCHES                      0.48

TOTAL CHARGES:                                        $     230.62

T O T A L   T H I S   S T A T E M E N T:          $ 40,326.62

```
LEHMAN BROTHERS HOLDINGS INC.          November 22, 2010        PAGE    3
MATTER NUMBER: 30837.0003
INVOICE NO.: 732893
```

DESCRIPTION OF SERVICES

```
10/01/10   R.M. Gee          1.40   ATTEND TO FINALIZING SUPPLEMENTAL DOCUMENT
           Task:  4000               PRODUCTION.

10/01/10   E.W. Bolte         .50   EXPORT DOCUMENTS FROM SUMMATION DATABASE TO BE
           Task:  4000               PRINTED.

10/01/10   A.F. Kaufman       .50   CONFER WITH R. KAUFMAN, OPPOSING COUNEL,
           Task:  4000               REGARDING PROTECTIVE ORDER.

10/01/10   I. Byrnside       3.10   REVIEW AND REVISE CONTENT OF PRIVILEGE LOG IN
           Task:  4000               PREPARATION FOR PRODUCTION OF SAME TO OPPOSING
                                     COUNSEL.

10/01/10   J.E. Reed         6.00   ATTENTION TO PROOFING PRIVILEGE LOG FOR
           Task:  4000               REDACTED/STRING AGREEMENT.

10/01/10   C.F. Graham        .30   EMAILS WITH A. KAUFMAN REGARDING DEPOSITION
           Task:  4000               PREPARATION OF W. ANTONIEWICZ.

10/04/10   A.F. Kaufman      1.80   TELEPHONE CALL WITH W. ANTONIEWICZ REGARDING
           Task:  4000               DEPOSITION (0.6); TELEPHONE CALL WITH M. CAPUT
                                     REGARDING SAME (0.2); EXCHANGE EMAILS REGARDING
                                     PROTECTIVE ORDER (0.1); REVIEW AND REVISE
                                     PROTECTIVE ORDER (0.9).

10/04/10   J.E. Reed         2.00   CONTINUED ATTENTION TO PROOFING PRIVILEGE LOG.
           Task:  4000

10/05/10   J.E. Reed         3.10   FINALIZE REVIEW AND EDITING OF PRIVILEGE LOG
           Task:  4000               (2.5); ASSIST J. KUHN WITH CHANGES TO SUMMATION
                                     AND WITH DEPOSITION PREPARATION REVIEW IN
                                     CONNECTION THEREWITH (0.6).

10/05/10   H.T. Moore         .70   REVIEW, ANALYZE, EDIT, TEST AND LOAD CLIENT
           Task:  4000               DATA ONTO SUMMATION.
```

LEHMAN BROTHERS HOLDINGS INC.            November 22, 2010        PAGE    4
MATTER NUMBER: 30837.0003
INVOICE NO.: 732893


10/05/10  M.B. Hoffman          .40    EXAMINE PLAINTIFF DEPOSITION OUTLINE AND
          Task:  4000                   MATERIALS REVIEWED TO ASCERTAIN NECESSITY OF
                                        ADDITIONAL REVIEW OF DOCUMENTS INITIALLY
                                        FLAGGED AS CONFIDENTIAL.

10/05/10  A.F. Kaufman          .90    CONFER WITH J. CHORMANSKI REGARDING PROTECTIVE
          Task:  4000                   ORDER (0.2); COORDINATE DEPOSITION AND DOCUMENT
                                        PRODUCTION ISSUES (0.7).

10/05/10  I. Byrnside           .60    BEGIN REVIEW OF DOCUMENTS PROVIDED BY CLIENT IN
          Task:  4000                   PREPARATION FOR DEPOSITION OF W. ANTONIEWICZ
                                        (0.5); TELEPHONE CONFERENCE WITH J. KUHN
                                        REGARDING SAME AND REVIEW OF PRIVILEGE LOG
                                        (0.1).

10/05/10  J. Kuhn              2.20    CONTINUED WORK ON FINALIZING PRIVILEGE LOG TO
          Task:  4000                   ENSURE ENTRIES MEET LEGAL CRITERIA FOR
                                        PRIVILEGE DESCRIPTION.

10/06/10  I. Byrnside           .50    CONTINUE REVIEW OF DOCUMENTS PROVIDED BY CLIENT
          Task:  4000                   IN PREPARATION FOR DEPOSITION OF W. ANTONIEWICZ
                                        (0.4); TELEPHONE CONFERENCE WITH J. KUHN
                                        REGARDING SAME AND REVIEW OF PRIVILEGE LOG
                                        (0.1).

10/06/10  A.F. Kaufman          .20    ADDRESS AND RESOLVE DEPOSITION AND DOCUMENT
          Task:  4000                   PRODUCTION ISSUES.

10/06/10  J. Kuhn              3.50    REVIEW SUPPLEMENTAL PRODUCTION BY PLAINTIFF AZ
          Task:  4000                   72 HOLDINGS FOR DOCUMENTS TO DISCUSS WITH W.
                                        ANTONIEWICZ OF TRIMONT IN PREPARATION FOR
                                        DEPOSITION.

10/06/10  J.E. Reed             .60    WORK ON CORRECTIONS TO PRIVILEGE LOG.
          Task:  4000

10/07/10  J. Kuhn              3.50    REVIEW SUPPLEMENTAL PRODUCTION BY PLAINTIFF AZ
          Task:  4000                   72 HOLDINGS FOR DOCUMENTS TO DISCUSS WITH W.
                                        ANTONIEWICZ OF TRIMONT IN PREPARATION FOR
                                        DEPOSITION.

10/07/10  A.F. Kaufman          .20    REVIEW EMAIL FROM OPPOSING COUNSEL REGARDING
          Task:  4000                   DISCOVERY AND PROTECTIVE ORDER (0.1); EXCHANGE
                                        EMAIL WITH J. CHORMANSKI REGARDING SAME (0.1).

```
LEHMAN BROTHERS HOLDINGS INC.            November 22, 2010         PAGE    5
MATTER NUMBER: 30837.0003
INVOICE NO.: 732893
```

| 10/07/10 | I. Byrnside<br>Task: 4000 | 3.60 | COMPLETE REVIEW OF DOCUMENTS PROVIDED BY CLIENT IN PREPARATION FOR DEPOSITION OF W. ANTONIEWICZ. |
| 10/08/10 | A.F. Kaufman<br>Task: 4000 | .20 | ADDRESS AND RESOLVE DEPOSITION AND DOCUMENT PRODUCTION ISSUES. |
| 10/08/10 | J. Kuhn<br>Task: 4000 | 2.50 | REVIEW SUPPLEMENTAL PRODUCTION BY PLAINTIFF AZ 72 HOLDINGS FOR DOCUMENTS TO DISCUSS WITH W. ANTONIEWICZ OF TRIMONT IN PREPARATION FOR DEPOSITION. |
| 10/08/10 | J.E. Reed<br>Task: 4000 | 3.00 | WORK WITH J. KUHN, LITIGATION SUPPORT, AND OUTSIDE VENDOR REGARDING DOCUMENTS TO BE REVIEWED IN ANTICIPATION OF W. ANTONIEWICZ DEPOSITION. |
| 10/08/10 | L.D. Williams<br>Task: 4000 | 1.00 | EXTRACT DOCUMENTS FROM MASTER DATABASE IN PREPARATION FOR REVIEW. |
| 10/11/10 | L.B. Neubauer<br>Task: 4000 | .30 | MEET WITH J.REED AND J.KUHN REGARDING UPCOMING DEPOSITIONS. |
| 10/11/10 | J. Kuhn<br>Task: 4000 | 5.20 | REVIEW SUPPLEMENTAL PRODUCTION BY PLAINTIFF AZ 72 HOLDINGS FOR DOCUMENTS TO DISCUSS WITH W. ANTONIEWICZ OF TRIMONT IN PREPARATION FOR HIS DEPOSITION. |
| 10/11/10 | J.E. Reed<br>Task: 4000 | .80 | CONTINUED ASSISTANCE WITH PREPARATION OF DOCUMENTS FOR W. ANTONEIWICZ DEPOSITION (0.5); CONFERENCE WITH L. NEUBAUER AND J. KUHN REGARDING ASSISTANCE WITH PREPARATIONS FOR A. BASANTI AND W. ANTONEIWICZ DEPOSITIONS (0.3). |
| 10/11/10 | A.F. Kaufman<br>Task: 4000 | .10 | DRAFT AND SEND EMAIL TO J. CHORMANSKI REGARDING PROTECTIVE ORDER. |
| 10/11/10 | I. Byrnside<br>Task: 4000 | .20 | WORK ON DEPOSITION PREPARATION FOR W. ANTONIEWICZ. |
| 10/12/10 | I. Byrnside<br>Task: 4000 | .80 | BEGIN REVIEWING AND REVISING PRIVILEGE LOG FOR PRODUCTION TO OPPOSING COUNSEL. |

LEHMAN BROTHERS HOLDINGS INC.                November 22, 2010            PAGE    6
MATTER NUMBER: 30837.0003
INVOICE NO.: 732893


10/12/10   A.F. Kaufman          .80   EXCHANGE EMAILS REGARDING PROTECTIVE ORDER
           Task:  4000                 (0.4); REVIEW MATERIALS FOR DEPOSITION OF W.
                                       ANTONIEWICZ (0.4).

10/12/10   J. Kuhn              5.20   CONTINUED WORK ON REVIEW OF SUPPLEMENTAL
           Task:  4000                 PRODUCTION BY PLAINTIFF AZ 72 HOLDINGS FOR
                                       DOCUMENTS TO DISCUSS WITH W. ANTONIEWICZ OF
                                       TRIMONT IN PREPARATION FOR DEPOSITION (4.5);
                                       REVIEW AND ANALYZE SUBSTANCE OF DOCUMENTS FOR
                                       USE IN DEPOSITION PREPARATION (0.7).

10/12/10   L.B. Neubauer         .20   REVIEW AND PROCESS DOCUMENTS TO BE REVIEWED BY
           Task:  4000                 A. KAUFMAN.

10/13/10   I. Byrnside          3.10   CONTINUE REVIEWING AND REVISING PRIVILEGE LOG
           Task:  4000                 IN PREPARATION FOR PRODUCTION TO OPPOSING
                                       COUNSEL.

10/13/10   J. Kuhn               .20   EMAIL CORRESPONDENCE WITH A. KAUFMAN REGARDING
           Task:  4000                 SOURCE OF DOCUMENTS FOR REVIEW WITH W.
                                       ANTONIEWICZ.

10/13/10   A.F. Kaufman        1.60   EXCHANGE EMAILS REGARDING PROTECTIVE ORDER
           Task:  4000                 (0.2); REVIEW AND REVISE PROTECTIVE ORDER
                                       (0.5); DRAFT AND SEND EMAIL TO OPPOSING COUNSEL
                                       REGARDING SAME (0.9).

10/14/10   A.F. Kaufman        1.10   EXCHANGE EMAILS REGARDING PROTECTIVE ORDER
           Task:  4000                 (0.2); CONFER WITH C. GRAHAM REGARDING SAME
                                       (0.4); MEET WITH R. TINGEY REGARDING DOCUMENT
                                       PRODUCTION QUESTIONS RAISED BY OPPOSING COUNSEL
                                       (0.5).

10/14/10   I. Byrnside          .70   REVIEW DOCUMENTS RELATED TO AZ141 AND
           Task:  4000                 ENVIRONMENTAL REPORTS IN PREPARATION FOR
                                       RESPONDING TO ISSUES RAISED BY OPPOSING COUNSEL
                                       RELATED TO DOCUMENT PRODUCTION (0.3); TELEPHONE
                                       CONFERENCE WITH J. KUHN AND R. TINGEY REGARDING
                                       SAME (0.1); CONTINUE REVISING PRIVILEGE LOG IN
                                       PREPARATION FOR PRODUCTION TO OPPOSING COUNSEL
                                       (0.3).

LEHMAN BROTHERS HOLDINGS INC.               November 22, 2010          PAGE    7
MATTER NUMBER: 30837.0003
INVOICE NO.: 732893


10/14/10  J. Kuhn              3.00    TELEPHONE CALL WITH R. TINGEY REGARDING
          Task:  4000                  PRODUCTION OF ENVIRONMENTAL REPORTS AND
                                       DOCUMENTS RELATED TO AZ 141 LOAN (0.1); REVIEW
                                       SUPPLEMENTAL DOCUMENTS PRODUCTION AND SUMMATION
                                       REGARDING SAME (1.9); FURTHER EDITS AND
                                       REVISIONS TO PRIVILEGE LOG (1.0).

10/14/10  R. Tingey            3.50    REVIEW EMAILS AND ATTACHMENT RAISED IN
          Task:  4000                  DEFENDANTS' 9/15/10 LETTER (1.7); CONFERENCE
                                       WITH A. KAUFMAN AND R. GEE REGARDING SAME
                                       (0.5); DRAFT RESPONSE TO DEFENDANTS WITH
                                       RESPECT TO ATTACHMENTS (1.3).

10/14/10  R.M. Gee             1.00    WORK ON BINDER IN CONNECTION WITH UPDATE FOR
          Task:  4000                  PRYOR CASHMAN LETTER REGARDING DOCUMENTS
                                       PRODUCED WITHOUT ATTACHMENTS (0.5); CONFER WITH
                                       R. TINGEY REGARDING SAME (0.2); IDENTIFY
                                       DOCUMENTS TO BE TIFFED (0.2); CORRESPOND WITH
                                       LITIGATION SUPPORT REGARDING DOCUMENTS PRODUCED
                                       (0.1).

10/15/10  R. Tingey             .50    EDIT LETTER TO E. SHERMAN REGARDING ISSUE WITH
          Task:  4000                  EMAILS AND ATTACHMENT IN PLAINTIFF'S
                                       PRODUCTION.

10/18/10  R. Tingey             .50    REVIEW EMAILS REGARDING ADDITIONAL DOCUMENTS TO
          Task:  4000                  PRODUCE TO DEFENDANTS.

10/18/10  C.F. Graham          1.10    REVIEW E-MAIL FROM R. KAUFMAN, OPPOSING
          Task:  4000                  COUNSEL, REGARDING PROPOSED CHANGES TO
                                       PROTECTIVE ORDER (0.3); CONFER WITH A. KAUFMAN
                                       REGARDING RESPONSE TO DEFENSE POSITION (0.3);
                                       EMAILS WITH A. KAUFMAN REGARDING PROPOSED
                                       SCHEDULING ORDER (0.2); READ PROPOSED
                                       SCHEDULING ORDER SENT BY  R. KAUFMAN (0.3).

10/18/10  R.M. Gee             1.00    REVIEW SUPPLEMENTAL DOCUMENT PRODUCTION FOR
          Task:  4000                  PROPER REDACTIONS OF PRIVILEGED AND
                                       NON-RESPONSIVE INFORMATION (0.9); CONFER WITH
                                       LITIGATION SUPPORT AND VENDOR REGARDING
                                       PROCESSING ELECTRONIC FILES OF SAME (0.1).

10/18/10  E.W. Bolte            .50    EXPORT DOCUMENTS TO THIRD PARTY VENDOR FOR
          Task:  4000                  PRINTING REQUESTED BY R. GEE.

LEHMAN BROTHERS HOLDINGS INC.                November 22, 2010        PAGE    8
MATTER NUMBER: 30837.0003
INVOICE NO.: 732893


| 10/18/10 | A.F. Kaufman | .60 | EXCHANGE EMAILS WITH R. KAUFMAN, OPPOSING COUNSEL, REGARDING PROTECTIVE ORDER AND DISCOVERY STATUS (0.5); REVIEW PROPOSED SCHEDULING ORDER SENT BY OPPOSING COUNSEL (0.1). |
| | Task:  4000 | | |

10/18/10   A.F. Kaufman         .60   EXCHANGE EMAILS WITH R. KAUFMAN, OPPOSING
           Task:  4000               COUNSEL, REGARDING PROTECTIVE ORDER AND
                                     DISCOVERY STATUS (0.5); REVIEW PROPOSED
                                     SCHEDULING ORDER SENT BY OPPOSING COUNSEL
                                     (0.1).

10/19/10   I. Byrnside          .60   REVIEW AND ANALYZE CONTENT OF CLIENT DOCUMENTS
           Task:  4000               TO DETERMINE LEGAL ISSUES CONTAINED IN, AND
                                     SCOPE OF, DOCUMENTS PREVIOUSLY PRODUCED TO
                                     OPPOSING COUNSEL (0.4); TELEPHONE CONFERENCE
                                     WITH J. KUHN REGARDING REVIEW OF DOCUMENTS AND
                                     PREPARATION OF OUTLINE FOR DEPOSITION OF A.
                                     BARSANTI (0.2).

10/19/10   C.F. Graham          .40   READ EMAILS REGARDING PRIVILEGED DOCUMENTS
           Task:  4000               PRODUCED BY DEFENSE COUNSEL.

10/19/10   R.M. Gee             .80   REVIEW SUPPLEMENTAL DOCUMENT PRODUCTION FOR
           Task:  4000               RESPONSIVENESS (0.5); CONFER WITH I. BYRNSIDE
                                     AND J. KUHN REGARDING SAME (0.1); REVIEW AND
                                     IDENTIFY INADVERTENTLY PRODUCED DOCUMENTS TO BE
                                     PURGED FROM DATABASE (0.2).

10/19/10   J. Kuhn              .90   RECEIPT AND REVIEW OF EMAILS FROM A. KAUFMAN
           Task:  4000               AND R. GEE REGARDING REVIEW AND ANALYSIS OF
                                     DOCUMENTS FOR SUPPLEMENTAL PRODUCTION (0.4);
                                     TELEPHONE CALL WITH R. GEE REGARDING SAME
                                     (0.2); REVIEW, ANALYZE AND REVISE CONTENT OF
                                     PRIVILEGE LOG TO ENSURE ENTRIES SUPPORT LEGAL
                                     PRIVILEGE CLAIM (0.3).

10/20/10   R. Tingey            .80   REVIEW DOCUMENTS TO PRODUCE IN RESPONSE TO
           Task:  4000               DEFENDANTS' LETTER REGARDING EMAILS AND MISSING
                                     ATTACHMENTS (0.4); EDIT LETTER TO DEFENDANTS'
                                     COUNSEL REGARDING SAME (0.4).

10/20/10   R.M. Gee             .90   REVIEW SUPPLEMENTAL DOCUMENT PRODUCTION FOR
           Task:  4000               RESPONSIVENESS (0.8); CONFER WITH LITIGATION
                                     SUPPORT AND VENDOR REGARDING PRODUCING
                                     ELECTRONIC COPY OF THE PRODUCTION (0.1).

10/20/10   J. Kuhn              .80   REVIEW, ANALYZE AND REVISE CONTENT OF PRIVILEGE
           Task:  4000               LOG TO ENSURE ENTRIES SUPPORT LEGAL PRIVILEGE
                                     CLAIM.

LEHMAN BROTHERS HOLDINGS INC.            November 22, 2010        PAGE    9
MATTER NUMBER: 30837.0003
INVOICE NO.: 732893


| 10/20/10 | J. Kuhn Task: 4000 | .30 | CONFER WITH A. KAUFMAN REGARDING ROLE OF A. BARSANTI IN AZ 72 LOAN AND WORK OUT IN ORDER TO ANALYZE PRODUCTION DOCUMENTS FOR USE IN PREPARING A. BARSANTI FOR DEPOSITION. |
|---|---|---|---|
| 10/20/10 | C. Weiss Task: 4000 | .20 | COMMUNICATIONS REGARDING CLIENT INQUIRY ON PRIOR TITLE WORK (0.1); WORK ON ADDRESSING CLIENT REQUEST REGARDING TITLE WORK (0.1). |
| 10/21/10 | J. Kuhn Task: 4000 | 4.50 | REVIEW, ANALYZE AND REVISE CONTENT OF PRIVILEGE LOG TO ENSURE ENTRIES SUPPORT LEGAL PRIVILEGE CLAIM. |
| 10/21/10 | A.F. Kaufman Task: 4000 | 1.80 | REVIEW CORRESPONDENCE FROM OPPOSING COUNSEL REGARDING PROTECTIVE ORDER AND SCHEDULING ISSUES (0.2); CORRESPOND WITH OPPOSING COUNSEL REGARDING SAME (1.1); TELEPHONE CALL WITH W. ANTONIEWICZ REGARDING HIS UPCOMING DEPOSITION (0.3); CORRESPOND WITH J. CHORMANSKI REGARDING PROTECTIVE ORDER AND DEPOSITION OF A. BARSANTI (0.2). |
| 10/21/10 | C.F. Graham Task: 4000 | 1.80 | READ LONG EMAIL FROM E. SHERMAN REGARDING PROTECTIVE ORDER POINTS (0.4); CONFER WITH A. KAUFMAN REGARDING HOW TO RESPOND (0.2); EMAIL EXCHANGE J. CHORMANSKI AT LEHMAN REGARDING PROTECTIVE ORDER ISSUES (0.3); EMAIL EXCHANGE WITH A. KAUFMAN REGARDING A. BARSANTI DEPOSITION (0.3); REVIEW OF PRIVILEGE DOCUMENTS (0.6). |
| 10/22/10 | C.F. Graham Task: 4000 | 2.20 | CONFERENCE CALL WITH DEFENSE COUNSEL REGARDING DISPUTED ITEMS (0.7); CONFER WITH A. KAUFMAN REGARDING ISSUES IN DISPUTE (0.3); REVIEW DOCUMENTS FOR W. ANTONIEWICZ DEPOSITION DEFENSE (1.2). |
| 10/22/10 | J.E. Reed Task: 4000 | 2.50 | FINALIZE PRIVILEGE LOG. |
| 10/22/10 | A.F. Kaufman Task: 4000 | 1.40 | TELEPHONE CONFERENCE WITH C. GRAHAM AND OPPOSING COUNSEL REGARDING PROTECTIVE ORDER AND DEPOSITIONS (0.8); PREPARE FOR SAME (0.4); EXCHANGE EMAILS WITH W. ANTONIEWICZ (0.2). |

LEHMAN BROTHERS HOLDINGS INC.              November 22, 2010         PAGE   10
MATTER NUMBER: 30837.0003
INVOICE NO.: 732893


| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/22/10 | J. Kuhn<br>Task:  4000 | .20 | TELEPHONE CALL WITH M. HOFFMAN REGARDING REVIEW AND ANALYSIS OF DEFENDANT'S AND LEHMAN'S DOCUMENT PRODUCTION TO DETERMINE DOCUMENTS TO REVIEW WITH LEHMAN WITNESSES IN PREPARATION FOR DEPOSITIONS. |
| 10/22/10 | J. Kuhn<br>Task:  4000 | 2.20 | REVIEW, ANALYZE AND REVISE CONTENT OF PRIVILEGE LOG TO ENSURE ENTRIES SUPPORT LEGAL PRIVILEGE CLAIM. |
| 10/25/10 | A.F. Kaufman<br>Task:  4000 | 2.40 | TELEPHONE CONFERENCE WITH C. GRAHAM, J. CHORMANSKI AND J. NASTASI REGARDING PROTECTIVE ORDER AND DEPOSITIONS (0.6); TELEPHONE CONFERENCE WITH C. GRAHAM AND OPPOSING COUNSEL REGARDING SAME (0.9); EXCHANGE EMAILS WITH CLIENTS AND OPPOSING COUNSEL REGARDING SAME (0.4); REVIEW AND REVISE PRIVILEGE LOG (0.5). |
| 10/25/10 | J.E. Reed<br>Task:  4000 | .20 | REVIEW AND DISTRIBUTE INVOICE FOR BLOWBACKS (0.1); PREPARE FOR DEPOSITION PREPARATION (0.1). |
| 10/25/10 | C.F. Graham<br>Task:  4000 | 2.10 | CONFERENCE CALL WITH J. NASTASI AND J. CHORMANSKI REGARDING POSSIBLE RESOLUTION OF DISCOVERY DISPUTES (0.4); CONFER WITH A. KAUFMAN REGARDING DEPOSITIONS (0.3); CONFERENCE CALL WITH DEFENSE COUNSEL REGARDING DEPOSITIONS (0.6); CALL WITH MILBANK REGARDING CREDITORS COMMITTEE IDENTIFICATION TO DEFENSE COUNSEL (0.4); EDIT EMAILS FROM MILBANK REGARDING CREDITORS COMMITTEE (0.2); EMAILS CLIENTS REGARDING A. BARSANTI DEPOSITION (0.2). |
| 10/26/10 | A.F. Kaufman<br>Task:  4000 | .90 | DRAFT AND SEND EMAILS TO W. ANTONIEWICZ IN PREPARATION FOR DEPOSITION (0.3); DRAFT AND SEND EMAIL TO OPPOSING COUNSEL REGARDING PROTECTIVE ORDER, SCHEDULING ORDER AND DEPOSITIONS (0.1); CONTINUED REVIEWING AND REVISING PRIVILEGE LOG (0.5). |
| 10/26/10 | R.M. Gee<br>Task:  4000 | 1.60 | REVIEW DOCUMENTS FOR W. ANTONIEWICZ DEPOSITION BINDER (1.4); CONFER WITH A. KAUFMAN REGARDING SAME (0.2). |

LEHMAN BROTHERS HOLDINGS INC.          November 22, 2010          PAGE  11
MATTER NUMBER: 30837.0003
INVOICE NO.: 732893

| 10/27/10 | A.F. Kaufman<br>Task: 4000 | .90 | CONTINUED REVIEWING AND REVISING PRIVILEGE LOG. |
| 10/28/10 | A.F. Kaufman<br>Task: 4000 | .30 | TELEPHONE CALL WITH C. WEISS PROVIDING ANALYSIS OF CASE AND STRATEGY WITH RESPECT THERETO. |
| 10/28/10 | C.F. Graham<br>Task: 4000 | .70 | CONFER WITH A. KAUFMAN REGARDING PROTECTIVE ORDER (0.2); WORK ON WITNESS LIST QUESTIONS FOR DEFENSE DEPOSITION NEXT MONTH (0.5). |
| 10/28/10 | C. Weiss<br>Task: 4000 | .30 | TELEPHONE CONFERENCE WITH A. KAUFMAN REGARDING DISCOVERY MATTERS AND STRATEGY FOR UPCOMING SETTLEMENT CONFERENCE. |
| 10/29/10 | C.F. Graham<br>Task: 4000 | .80 | REVIEW OF HOT DOCUMENTS FOR HASKEL INY WITNESS LIST. |

4000  Non-Bankruptcy Litigation

| | | | |
|---|---|---|---|
| A.F. Kaufman | 15.70 | 450.00 | $7,065.00 |
| C. Weiss | .50 | 525.00 | $262.50 |
| C.F. Graham | 9.40 | 760.00 | $7,144.00 |
| E.W. Bolte | 1.00 | 165.00 | $165.00 |
| H.T. Moore | .70 | 225.00 | $157.50 |
| I. Byrnside | 13.20 | 285.00 | $3,762.00 |
| J. Kuhn | 34.20 | 400.00 | $13,680.00 |
| J.E. Reed | 18.20 | 215.00 | $3,913.00 |
| L.B. Neubauer | .50 | 125.00 | $62.50 |
| L.D. Williams | 1.00 | 170.00 | $170.00 |
| M.B. Hoffman | .40 | 350.00 | $140.00 |
| R. Tingey | 5.30 | 390.00 | $2,067.00 |
| R.M. Gee | 6.70 | 225.00 | $1,507.50 |
| TOTAL 4000 | 106.80 | | $40,096.00 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/01/2010 | 4769 | ROBERT M. GEE | 101S | 73.00 | 0.15 | 10.95 | COPY CHARGES | 26663386 |
| 11/22/2010 | | Invoice=732893 | | 73.00 | 0.10 | 7.30 | | |
| | | | | | | | | |
| 10/01/2010 | 4961 | CHRISTOPHER F GRAHAM | 411S | 1.00 | 0.16 | 0.16 | PACER SEARCHES | 26694213 |
| 11/22/2010 | | Invoice=732893 | | 1.00 | 0.16 | 0.16 | | |
| | | | | | | | | |
| 10/01/2010 | 4769 | ROBERT M. GEE | 411S | 1.00 | 0.32 | 0.32 | PACER SEARCHES | 26714855 |
| 11/22/2010 | | Invoice=732893 | | 1.00 | 0.32 | 0.32 | | |
| | | | | | | | | |
| 10/15/2010 | 5464 | REBECCA TINGEY | 101S | 5.00 | 0.15 | 0.75 | COPY CHARGES | 26693271 |
| 11/22/2010 | | Invoice=732893 | | 5.00 | 0.10 | 0.50 | | |
| | | | | | | | | |
| 10/21/2010 | 0402 | CHARLES WEISS | 118Z | 1.00 | 188.11 | 188.11 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCUMENT | 26722027 |
| 11/22/2010 | | Invoice=732893 | | 1.00 | 188.11 | 188.11 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1800308 Unpaid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. ***** Balance= 188.11 | |
| | | | | | | | | |
| 10/22/2010 | 4399 | MEGAN B. HOFFMAN | 101S | 7.00 | 0.15 | 1.05 | COPY CHARGES | 26701460 |
| 11/22/2010 | | Invoice=732893 | | 7.00 | 0.10 | 0.70 | | |
| | | | | | | | | |
| 10/26/2010 | 4769 | ROBERT M. GEE | 101S | 3.00 | 0.15 | 0.45 | COPY CHARGES | 26703680 |
| 11/22/2010 | | Invoice=732893 | | 3.00 | 0.10 | 0.30 | | |
| | | | | | | | | |
| 10/26/2010 | 0999 | MLA MLA | 107S | 1.00 | 33.23 | 33.23 | DELIVERY SERVICE/MESSENGER | 26745478 |
| 11/22/2010 | | Invoice=732893 | | 1.00 | 33.23 | 33.23 | RCVD:-/WALLY ANTONIEWICZ TRACKING#:874226244298 | |
| | | | | | | | | |
| | | BILLED TOTALS:  WORK: | | | | 235.02 | 8 records | |
| | | BILLED TOTALS:  BILL: | | | | 230.62 | | |
| | | | | | | | | |
| | | GRAND TOTAL:  WORK: | | | | 235.02 | 8 records | |
| | | GRAND TOTAL:  BILL: | | | | 230.62 | | |



**DTI Skyline**
151 West 46th Street
10th Floor
New York, NY 10036
Phone : 646-878-1527
Fax : 212-302-8309
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 552198

Invoice Date: 10/21/10

Bill To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169
Robert Gee

Ship To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169

| | | |
|---|---|---|
| Customer ID | 24938 | |
| Terms | Net 15 Days | |
| SalesPerson | NYC JRM | |
| SalesPerson 2 | | |
| Cust. P.O. | | |

Client / Matter No. ~~30837.0003~~
Job No.              M62721
Nat'l Acct Name
Nat'l Acct Ref. No.

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | **Processing - Local** | | |
| 1 | Litigation Support | 150.00 | 150.00 |
| 1 | IMG - CD Master | 35.00 | 35.00 |

Vol: M59567C003
LHN-AZ0025544 – LHN-AZ0025749

Litigation Support:
- renumber and endorse images
- replace existing images w/ redacted versions from client
- apply confidential tags from clients list
- create custom DII making reference back to original DOCID
- upload volume to FTP site

Transferred to page 2.................................

NOV 03 2010
JW

1800308

185.00

* For Supplemental
Document Production

30837 . 0003

x GJ

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Transferred from page 1............................... | | 185.00 |
| | Date Ordered: 10.19.10 | | |

Thank you for choosing DTI Skyline
Past due invoices are subject to 1.5% interest per month

| | | |
|---|---|---|
| Subtotal: | | 185.00 |
| Total Sales Tax: | | 3.11 |
| Total: | | 188.11 |

Accepted By: _____

**Remit To:** DTI Skyline
PO Box 934272
Atlanta, GA  31193-4272

# McKenna Long
# & Aldridge LLP
#### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
3424 Peachtree Street, NE
Suite 2200
Atlanta, GA 30326

Client No.: 30837                 Invoice No. 732894
Matter No.: 30837.0005            Invoice Date: November 22, 2010
===================================================================

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2010
RE: WALKER SQUARE/RIVERBEND LOAN RESTRUCTURING

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------|------|------|
| G. Walling | 7.00 | 430.00 | 3,010.00 |
| S. Plunkett | 0.50 | 210.00 | 105.00 |
| Total | 7.50 | | 3,115.00 |

TOTAL FEES:                                    $  3,115.00

T O T A L  T H I S  S T A T E M E N T:        $  3,115.00

LEHMAN BROTHERS HOLDINGS INC.          November 22, 2010          PAGE    2
MATTER NUMBER: 30837.0005
INVOICE NO.: 732894


DESCRIPTION OF SERVICES


| 10/06/10 | G. Walling<br>Task:  4000 | 1.00 | COMMUNICATIONS WITH M. MARTINEZ REGARDING TERMINATION OF NEST BROKERAGE AGREEMENT (0.1); MADE RELATED REVIEW OF NEST BROKERAGE AGREEMENTS (0.6); CALL WITH M. MARTINEZ REGARDING SAME (0.3). |
|---|---|---|---|
| 10/08/10 | G. Walling<br>Task:  4000 | .50 | COMMUNICATIONS WITH M. MARTINEZ REGARDING OCTOPUS PROPERTY TAXPAYER IDENTIFICATION NUMBER (0.1); MADE RELATED FILE REVIEW(0.3); FOLLOW UP COMMUNICATION WITH M. MARTINEZ REGARDING TAXPAYER NUMBER (0.1). |
| 10/11/10 | G. Walling<br>Task:  4000 | 1.20 | COMMUNICATIONS WITH M. MARTINEZ REGARDING OCTOPUS PROPERTY LLC STAFFING AGREEMENT FOR INDEPENDENT MANAGERS (0.4); MADE RELATED FILE REVIEW (0.2); CALL WITH M. MARTINEZ REGARDING PROCUREMENT OF TITLE UPDATE REPORT (0.3); COMMUNICATIONS WITH M. MARTINEZ AND B. BLITZ REGARDING TITLE UPDATE REPORTS (0.3). |
| 10/14/10 | G. Walling<br>Task:  4000 | 1.20 | REVIEW NEST REAL ESTATE BROKERAGE AGREEMENTS (0.8); WORK ON MEMO REGARDING SAME TO M. MARTINEZ (0.4). |
| 10/18/10 | G. Walling<br>Task:  4000 | .60 | CALLS WITH C. DICKHAUS AND M. MARTINEZ REGARDING CERTIFICATES OF GOOD STANDING FOR OCTOPUS PROPERTY LLC (0.2); WORK WITH S. PLUNKETT WITH RESPECT TO DELAWARE GOOD STANDING CERTIFICATE FOR OCTOPUS PROPERTY AND VIRGINIA CERTIFICATES OF REGISTRATION/QUALIFICATION TO TRANSACT BUSINESS AND GOOD STANDING (0.2); COMMUNICATIONS WITH  D. NICKELSEN REGARDING DELAWARE CERTIFICATE OF GOOD STANDING (0.1); COMMUNICATION WITH M. MARTINEZ AND C. DICKHAUS REGARDING SAME (0.1). |

LEHMAN BROTHERS HOLDINGS INC.                 November 22, 2010          PAGE    3
MATTER NUMBER: 30837.0005
INVOICE NO.: 732894

| | | | |
|---|---|---|---|
| 10/18/10 | S. Plunkett<br>Task: 4000 | .40 | WORK WITH D. NICKELSEN OF CSC WITH RESPECT TO CERTIFICATE OF GOOD STANDING ON OCTOPUS PROPERTY LLC FROM DELAWARE SECRETARY OF STATE, CERTIFICATE OF QUALIFICATION AND GOOD STANDING FROM COMMONWEALTH OF VIRGINIA (0.2); OBTAIN AND REVIEW DELAWARE CERTIFICATE (0.2). |
| 10/18/10 | S. Plunkett<br>Task: 4000 | .10 | COMMUNICATION WITH G. WALLING REGARDING DOCUMENT ORDERS ON OCTOPUS PROPERTY LLC. |
| 10/19/10 | G. Walling<br>Task: 4000 | .50 | CALLS FROM/TO M. MARTINEZ REGARDING LENDER ESTOPPEL REQUIRED BY RADCO FOR SUBMISSION TO FNMA (0.1); COMMUNICATION TO M. MARTINEZ AND C. DICKHAUS REGARDING SAME (0.1); CALL FROM C. DICKHAUS REGARDING CAPITAL STRUCTURE AND LENDER ESTOPPEL FOR FNMA (0.3). |
| 10/20/10 | G. Walling<br>Task: 4000 | .30 | COMMUNICATION  FROM D. NICHELSEN REGARDING VIRGINIA QUALIFICATION AND GOOD STANDING DOCUMENTS FOR OCTOPUS PROPERTY LLC (0.2); COMMUNICATIONS REGARDING SAME WITH M. MARTINEZ AND C. DICKHAUS (0.1). |
| 10/21/10 | G. Walling<br>Task: 4000 | .70 | COMMUNICATIONS WITH M. MARTINEZ REGARDING OCTOPUS PROPERTY LLC TAXPAYER IDENTIFICATION NUMBER (0.1); MADE RELATED FILE REVIEW TO IDENTIFY OCTOPUS TAXPAYER NUMBER (0.3); CALL WITH M. MARTINEZ REGARDING INFORMATION REQUIRED TO OPEN NEW BANK ACCOUNT (0.2); COMMUNICATIONS FROM M. MARTINEZ, R. JACOBSON AND K. DONAHUE REGARDING IRS  DOCUMENTATION FOR OCTOPUS TAXPAYER NUMBER (0.1). |
| 10/26/10 | G. Walling<br>Task: 4000 | .40 | CALL WITH C. DICKHAUS REGARDING NEED FOR MORTGAGE LOAN GOOD STANDING CERTIFICATION TO FNMA (0.3); FOLLOW UP CALL FROM C. DICKHAUS REGARDING SAME (0.1). |
| 10/28/10 | G. Walling<br>Task: 4000 | .30 | COMMUNICATION FROM M. MARTINEZ REGARDING ISSUANCE OF GOOD STANDING LETTER RELATED TO MORTGAGE LOAN B NOTE (0.2); CALLS TO M. MARTINEZ REGARDING SAME (0.1). |

LEHMAN BROTHERS HOLDINGS INC.          November 22, 2010          PAGE    4
MATTER NUMBER: 30837.0005
INVOICE NO.: 732894


| Date | Attorney | Hours | Description |
|---|---|---|---|
| 10/29/10 | G. Walling<br>Task:  4000 | .30 | CALL WITH M. MARTINEZ REGARDING MATURITY DEFAULT STATUS OF MORTGAGE LOAN B NOTE AND LEHMAN ISSUANCE OF GOOD STANDING LETTER TO FNMA REGARDING B NOTE. |

4000  Non-Bankruptcy Litigation

| | Hours | Rate | Amount |
|---|---|---|---|
| G. Walling | 7.00 | 430.00 | $3,010.00 |
| S. Plunkett | .50 | 210.00 | $105.00 |
| TOTAL 4000 | 7.50 | | $3,115.00 |

# McKenna Long
# &Aldridge LLP
### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn:  Evanthe Papastathis
Suite 2200
3424 Peachtree Road, N. E.
Atlanta, GA 30326

Client No.: 04406                  Invoice No. 732883
Matter No.: 04406.0113             Invoice Date: November 22, 2010
================================================================

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2010
RE: PLAZA AT TURTLE CREEK LOANS

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------|------|------|
| G. Walling | 4.00 | 410.00 | 1,640.00 |
| Total | 4.00 | | 1,640.00 |

TOTAL FEES:                                    $  1,640.00


T O T A L  T H I S  S T A T E M E N T :        $  1,640.00

LEHMAN BROTHERS HOLDINGS INC.              November 22, 2010          PAGE    2
MATTER NUMBER: 04406.0113
INVOICE NO.: 732883


DESCRIPTION OF SERVICES


10/01/10  G. Walling          .30   REVIEW RECENT CORRESPONDENCE WITH K. OLSON AND
          Task:  4000                D. BRUCE REGARDING PREPARATION OF
                                     RELEASES/SATISFACTIONS OF ANY  RECORDED LOAN
                                     DOCUMENTS DUE TO CLOSING OF SALE OF LAST
                                     REMAINING CONDOMINIUM UNIT IN SEPTEMBER 2010
                                     (0.2); COMMUNICATION WITH K. OLSON REGARDING
                                     SAME (0.1).


10/05/10  G. Walling         1.30   COMMUNICATIONS WITH D. BRUCE REGARDING LOAN
          Task:  4000                SATISFACTION DOCUMENTS (0.2); COMMUNICATIONS
                                     WITH K. OLSON AND D. BRUCE REGARDING SAME
                                     (0.2); MADE RELATED REVIEW OF EQUITY TRANSFER
                                     DOCUMENTS RELATED TO TERMINATION OF L. MEYER
                                     LIABILITY FOR LOAN DEBT (0.5); COMMUNICATIONS
                                     WITH K. OLSON REGARDING EXECUTION STATUS OF
                                     PHASE I/S-21 PARTIAL RELEASE (0.2);
                                     COMMUNICATIONS WITH K. OLSON REGARDING CURRENT
                                     CONTACT PERSON AT FIDELITY TITLE CONCERNING
                                     PROCUREMENT OF CD OF UNIT SALES CONTRACTS AND
                                     CONVEYANCE DOCUMENTS (0.2).


10/06/10  G. Walling          .20   COMMUNICATIONS WITH K. OLSON AND D. BRUCE
          Task:  4000                REGARDING LOAN SATISFACTION DOCUMENTS.


10/12/10  G. Walling         1.00   COMMUNICATIONS WITH K. OLSON AND N. HORSFIELD
          Task:  4000                REGARDING RELEASE OF DEED OF TRUST (0.1); MADE
                                     RELATED REVIEW OF OTHER RELEASE INSTRUMENTS
                                     (0.2); COMMUNICATIONS WITH D. BRUCE REGARDING
                                     CHANGE TO RELEASE OF LIEN (0.1); REVIEW OF LOAN
                                     EQUITY TRANSFER DOCUMENTS IN CONNECTION WITH
                                     RELEASE OF LIENS (0.2); POST-CLOSEOUT OF UNIT
                                     SALES REVIEW (0.4).


10/20/10  G. Walling          .90   COMMUNICATIONS WITH K. OLSON AND D. BRUCE
          Task:  4000                REGARDING RECORDATION  OF RELEASE/TERMINATION
                                     DOCUMENTS (0.2); COMMUNICATIONS WITH J. ARRIETA
                                     REGARDING RECORDABLE RELEASES (0.2);
                                     COMMUNICATIONS FROM K. OLSON REGARDING
                                     REEXECUTION BY LEHMAN OF RECORDABLE RELEASE

LEHMAN BROTHERS HOLDINGS INC.              November 22, 2010          PAGE    3
MATTER NUMBER: 04406.0113
INVOICE NO.: 732883

                                    (0.1); REVIEW FILE REGARDING EXECUTION AND
                                    RECORDATION OF PHASE I/S-21 RELEASE (0.2);
                                    COMMUNICATIONS WITH J. ARRIETA REGARDING
                                    RECEIPT AND RECORDATION OF PHASE I/S-21 RELEASE
                                    (0.2).

10/26/10  G. Walling           .30  COMMUNICATIONS WITH K. OLSON REGARDING
          Task:  4000               RECORDATION OF LEHMAN BLANKET RELEASE (0.1);
                                    COMMUNICATIONS WITH D. BRUCE AND K. OLSON
                                    REGARDING NONRECEIPT OF BLANKET RELEASE (0.2).

4000  Non-Bankruptcy Litigation
      G. Walling                         4.00     410.00   $1,640.00

          TOTAL 4000                     4.00              $1,640.00

# McKenna Long
## & Aldridge LLP
#### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA 30326

Client No.: 04406                Invoice No. 732889
Matter No.: 04406.0204           Invoice Date: November 22, 2010
================================================================

    FOR PROFESSIONAL SERVICES RENDERED through October 31, 2010
    RE: NORTH BEACH PLANTATION

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| C. Weiss | 0.50 | 525.00 | 262.50 |
| G. Walling | 1.80 | 430.00 | 774.00 |
| Total | 2.30 | | 1,036.50 |

TOTAL FEES:                                    $  1,036.50

T O T A L  T H I S  S T A T E M E N T:         $  1,036.50

LEHMAN BROTHERS HOLDINGS INC.                    November 22, 2010            PAGE    2
MATTER NUMBER: 04406.0204
INVOICE NO.: 732889


DESCRIPTION OF SERVICES


10/06/10   G. Walling        1.40   COMMUNICATIONS WITH C. POLANCO REGARDING JULY
           Task: 4000               2009 LOAN MODIFICATION DOCUMENTS (0.3); MADE
                                    RELATED REVIEW OF LOAN FILES TO RESPOND TO
                                    LEHMAN BANKRUPTCY (0.5); WORK WITH C. WEISS
                                    REGARDING EFFECT OF JULY 2009 TERMINATION OF
                                    INTERCREDITOR AGREEMENT (0.3); COMMUNICATIONS
                                    WITH C. POLANCO AND J. RANDALL REGARDING JULY
                                    2009 LOAN MODIFICATION DOCUMENTS AND
                                    TERMINATION OF INTERCREDITOR AGREEMENT (0.3).

10/06/10   C. Weiss           .50   REVIEW EMAILS REGARDING LEHMAN REQUEST FOR
           Task: 4000               MEZZ LOAN DOCUMENTATION AND ISSUES REGARDING
                                    2009 AMENDMENT TO SAME (0.2); WORK WITH G.
                                    WALLING REGARDING SAME AND CONTROLLING HOLDER
                                    ISSUES (0.3).

10/07/10   G. Walling         .40   CALL FROM C. POLANCO REGARDING LOAN DOCUMENTS
           Task: 4000               (0.2); MADE RELATED FILE REVIEW TO RESPOND TO
                                    LEHMAN BANKRUPTCY (0.2); COMMUNICATIONS WITH C.
                                    POLANCO, J. RANDALL REGARDING REQUESTED LOAN
                                    DOCUMENTS (0.1); WORK WITH C. WEISS REGARDING
                                    SAME (0.1).

4000
    C. Weiss                   .50     525.00     $262.50
    G. Walling                1.80     430.00     $774.00

        TOTAL 4000            2.30               $1,036.50

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Albany

Atlanta

Brussels

Denver

Los Angeles

New York

Philadelphia

San Diego

San Francisco

Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: MS. EVANTHE  PAPASTATHIS
3424 PEACHTREE ROAD NE
SUITE 2200
ATLANTA, GA 30326

Client No.: 04406                Invoice No. 732885
Matter No.: 04406.0205           Invoice Date: November 23, 2010
===============================================================

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2010
RE: EB DEVELOPERS INC.

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| S. Plunkett | 10.30 | 210.00 | 2,163.00 |
| Total | 10.30 | | 2,163.00 |

TOTAL FEES:                                     $  2,163.00

CHARGES:

| | |
|---|---|
| COPY CHARGES | 0.40 |
| DELIVERY SERVICE/MESSENGER | 21.09 |
| OTHER | 12.00 |

TOTAL CHARGES:                                  $     33.49

T O T A L   T H I S   S T A T E M E N T:         $  2,196.49

LEHMAN BROTHERS HOLDINGS INC.          November 23, 2010          PAGE   2
MATTER NUMBER: 04406.0205
INVOICE NO.: 732885


## DESCRIPTION OF SERVICES

| | | | |
|---|---|---|---|
| 10/01/10 | S. Plunkett<br>Task:  4000 | .40 | FURTHER WORK ON RIVIERA CLOSING BINDER INDEX WITH ADDITIONAL MATERIAL FROM D. FLAUM. |
| 10/06/10 | S. Plunkett<br>Task:  4000 | 2.60 | FOLLOW UP ON EMAIL REQUEST FROM D. FLAUM REGARDING PROPERTY SALE CLOSING DOCUMENTS (0.2); LEAVE VOICE MESSAGE WITH G. OTERO REGARDING MULTIPLE CLOSING DOCUMENTS RECEIVED FROM ESCROW AGENT (0.2); REQUEST AND RECEIVE FROM D. FLAUM TEN AMENDMENTS TO PURCHASE AND SALE AGREEMENT (0.4); REVISE CLOSING BINDER INDEX PER ADDITIONAL MATERIAL RECEIVED (1.8). |
| 10/08/10 | S. Plunkett<br>Task:  4000 | .10 | COMMUNICATION WITH D. FLAUM REGARDING DOCUMENT DATE INFORMATION FROM G. OTERO FOR FOLLOW UP. |
| 10/12/10 | S. Plunkett<br>Task:  4000 | .80 | TELEPHONE CONFERENCE WITH G. OTERO REGARDING CLOSING DATE AND FURTHER WORK ON CLOSING BINDER WITH D. FLAUM. |
| 10/13/10 | S. Plunkett<br>Task:  4000 | 2.00 | ORGANIZE SALE OF RIVIERA PALMS CLOSING DOCUMENTS AND REVISE CLOSING INDEX. |
| 10/14/10 | S. Plunkett<br>Task:  4000 | 3.00 | REVEIW AND ORGANIZE JANUARY 29, 2010 CLOSING DOCUMENTS (0.8); COORDINATE WITH DPS REGARDING ORGANIZING CLOSING DOCUMENTS ON CD (1.0); HAVE CLOSING INDEX HYPERLINKED TO DOCUMENTS BY DPS (0.3); DRAFT LETTER TO J. NASTASI REGARDING CLOSING DOCUMENTS, INCLUDING BINDER ON DISK (0.9). |
| 10/15/10 | S. Plunkett<br>Task:  4000 | 1.30 | CONFIRM OVERNIGHT DELIVERY OF CLOSING DOCUMENTS TO J. NASTASI (0.2); CORRESPOND WITH D. FLAUM REGARDING CLOSING DOCUMENTS (0.4); WORK ON CD DOCUMENT STORAGE (0.4); PREPARE LETTER TO G. KORNIK AND K. OLSON REGARDING CLOSING AND TRANSMIT SAME WITH CD (0.3). |
| 10/18/10 | S. Plunkett<br>Task:  4000 | .10 | OBTAIN CONFIRMATION OF DELIVERY OF CD TO TRIMONT AND TO G. KORNIK. |

LEHMAN BROTHERS HOLDINGS INC.          November 23, 2010          PAGE    3
MATTER NUMBER: 04406.0205
INVOICE NO.: 732885


4000  Non-Bankruptcy Litigation
        S. Plunkett                    10.30    210.00   $2,163.00

        TOTAL 4000                     10.30            $2,163.00

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 10/14/2010 | 0999 | MLA MLA | 124S | 4.00 | 3.00 | 12.00 | OTHER -  INVOICE DATE 10/14/2010  CD/DVD - | 26704555 |
| 11/23/2010 | | Invoice=732885 | | 4.00 | 3.00 | 12.00 | | |
| | | | | | | | | |
| 10/15/2010 | 4392 | DOUGLAS FLAUM | 101S | 4.00 | 0.15 | 0.60 | COPY CHARGES | 26693130 |
| 11/23/2010 | | Invoice=732885 | | 4.00 | 0.10 | 0.40 | | |
| | | | | | | | | |
| 10/15/2010 | 0999 | MLA MLA | 107S | 1.00 | 9.38 | 9.38 | DELIVERY SERVICE/MESSENGER | 26715172 |
| 11/23/2010 | | Invoice=732885 | | 1.00 | 9.38 | 9.38 | RCVD:TRIMONT REAL ESTATE ADVISORS,/MS. KRISTIN | |
| | | | | | | | | |
| 10/15/2010 | 0999 | MLA MLA | 107S | 1.00 | 11.73 | 11.73 | DELIVERY SERVICE/MESSENGER | 26715173 |
| 11/23/2010 | | Invoice=732885 | | 1.00 | 11.73 | 11.73 | RCVD:FROMBERG, PERLOW & KORNIK, P.A/GARY H. | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 33.69 | 4 records | |
| | | BILLED TOTALS:    BILL: | | | | 33.49 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 33.69 | 4 records | |
| | | GRAND TOTAL:    BILL: | | | | 33.49 | | |

# McKenna Long
## &Aldridge LLP
#### Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
Monarch Tower
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA 30326

Client No.: 04406                    Invoice No. 732886
Matter No.: 04406.0222               Invoice Date: November 22, 2010
===============================================================

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2010
RE: MIDDLE MOUNTAIN 156 LLC

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------|---------|--------|
| C. Weiss | 7.90 | 525.00 | 4,147.50 |
| G. Walling | 0.60 | 430.00 | 258.00 |
| Total | 8.50 | | 4,405.50 |

TOTAL FEES:                                     $  4,405.50

T O T A L   T H I S   S T A T E M E N T:        $  4,405.50

LEHMAN BROTHERS HOLDINGS INC.           November 22, 2010          PAGE    2
MATTER NUMBER: 04406.0222
INVOICE NO.: 732886

DESCRIPTION OF SERVICES

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/08/10 | C. Weiss<br>Task:  4000 | 7.00 | WORK ON REVIEW AND REVISION OF LOAN PSA AGREEMENT. |
| 10/11/10 | C. Weiss<br>Task:  4000 | .40 | REVIEW DEVELOPMENTS RELATED TO APS CONDEMNATION AND BONANNO JUDGMENT (0.2); TELEPHONE CONFERENCE WITH D. GEIGER REGARDING APS CONDEMNATION RESOLUTION AND PREPARATION OF MEMO TO LEHMAN REGARDING COLLECTION ON BONANNO JUDGMENT (0.2). |
| 10/20/10 | C. Weiss<br>Task:  4000 | .20 | COMMUNICATIONS REGARDING CLIENT INQUIRY ON PRIOR TITLE WORK (0.1); WORK ON ADDRESSING CLIENT REQUEST REGARDING TITLE WORK (0.1). |
| 10/20/10 | G. Walling<br>Task:  4000 | .60 | COMMUNICATIONS WITH J. RHODES REGARDING PROCUREMENT OF NEW TITLE UPDATE REPORTS(0.2); REVIEW TITLE FILES TO IDENTIFY TITLE PROVIDER (0.2); WORK WITH D. GEIGER REGARDING TITLE PROVIDER IN CONNECTION WITH FORECLOSURES (0.1); COMMUNICATIONS WITH J. RHODES REGARDING TITLE PROVIDER IN PHOENIX, ARIZONA (0.1). |
| 10/26/10 | C. Weiss<br>Task:  4000 | .30 | WORK ON ANALYSIS OF GUARANTY JUDGMENT ENFORCEMENT ALTERNATIVES. |

4000  Non-Bankruptcy Litigation

| | | | |
|---|---|---|---|
| C. Weiss | 7.90 | 525.00 | $4,147.50 |
| G. Walling | .60 | 430.00 | $258.00 |
| TOTAL 4000 | 8.50 | | $4,405.50 |