# EXHIBIT E-2

**Invoices, Expense Detail and Supplemental Information Sheets
(with additional detail and supporting documentation for expenses)
for November 1, 2010 through November 30, 2010**

# McKenna Long
## & Aldridge LLP
Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn: Sam Papastathis
Suite 2200
3424 Peachtree Road, N.E.
Atlanta, GA. 30326

Client No.: 30837                    Invoice No. 754390
Matter No.: 30837.0001               Invoice Date: May 10, 2011
==================================================================

    FOR PROFESSIONAL SERVICES RENDERED through December 31, 2010
    RE: KONTRABECKI NY BANKRUPTCY ACTION


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| M. Kaufman | 34.90 | 650.00 | 22,685.00 |
| D. Gordon | 1.00 | 320.00 | 320.00 |
| Total | 35.90 | | 23,005.00 |

TOTAL FEES:                                    $ 23,005.00

CHARGES:

    COPY CHARGES                         5.70
    OUT OF TOWN TRAVEL                 413.45
    PACER SEARCHES                       3.44

TOTAL CHARGES:                                 $    422.59

T O T A L   T H I S   S T A T E M E N T:       $ 23,427.59

LEHMAN BROTHERS HOLDINGS INC.                    May 10, 2011                    PAGE    2
MATTER NUMBER: 30837.0001
INVOICE NO.: 754390


### DESCRIPTION OF SERVICES


| | | | |
|---|---|---|---|
| 11/01/10 | M. Kaufman<br>Task:  4000 | 8.60 | MEETING WITH P. BENVENUTTI IN PREPARATION FOR MEETING WITH JUDGE LARSEN FOR MEDIATION (3.4); SUBSEQUENT PREPARATION MEETING WITH W. OLSHAN AND R. LEVINE TO DISCUSS STRATEGIES FOR MEDIATION (2.5); SUBSEQUENT ATTENDANCE AT MEDIATION SESSION WITH JUDGE LARSEN (2.7). |
| 11/02/10 | M. Kaufman<br>Task:  4000 | 3.20 | CONFER WITH P. BENVENUTTI REGARDING STRUCTURAL ELEMENTS PERTAINING TO STIPULATED SETTLEMENT ARISING FROM MEDIATION (0.8); DRAFT MEMORANDUM REGARDING MEDIATION TO CIRCULATE TO ADVISORS SUMMARIZING MEDIATION AND REMAINING OUTSTANDING ISSUES NEEDING TO BE CONSIDERED AND NEGOTIATED (2.4). |
| 11/03/10 | M. Kaufman<br>Task:  4000 | 3.40 | CONTINUED DRAFTING OF PROVISIONS REGARDING SETTLEMENT STIPULATION (1.5); REVIEW LATEST DRAFT OF SETTLEMENT STIPULATION AS PREPARED BY P. BENVENUTTI (0.6); COMMUNICATIONS WITH ADVISORS REGARDING OUTSTANDING ISSUES PERTAINING TO SETTLEMENT (0.5); FURTHER CONSIDERATION OF APPROACH TO BE TAKEN TO OBTAINING COURT APPROVAL OF NEGOTIATED SETTLEMENT (0.8). |
| 11/04/10 | M. Kaufman<br>Task:  4000 | 3.10 | CONFER WITH P. BENVENUTTI REGARDING STRUCTURAL ISSUES PERTAINING TO MEDIATED SETTLEMENT AND APPROACH TO BE TAKEN WITH REGARD TO MOTION TO BE FILED BEFORE JUDGE MONTALI AND CONSIDERATION OF HOW BEST TO PRESENT ISSUES (0.8); FURTHER DISCUSSION WITH P. BENVENUTTI WITH REGARD SUMMARY OF TERMS FROM MEDIATION SESSION WITH JUDGE LARSEN (0.5); REVIEW OF OUTLINE OF SETTLEMENT TERMS (0.7); FURTHER CONFERRAL WITH P. BENVENUTTI REGARDING SAME (0.6); CONFER WITH ADVISORS REGARDING STAGES TO MEDIATION SETTLEMENT TERMS (0.5). |

LEHMAN BROTHERS HOLDINGS INC.                May 10, 2011              PAGE   3
MATTER NUMBER: 30837.0001
INVOICE NO.: 754390

| | | | |
|---|---|---|---|
| 11/05/10 | M. Kaufman<br>Task:  4000 | 3.70 | CONFER WITH ADVISORS AND DISCUSS WITH THEM ISSUES RELATING TO LANGUAGE OF MEDIATION STIPULATION AND OTHER RELEVANT DOCUMENTS TO BE EXECUTED IN CONJUNCTION WITH KONTRABECKI'S SETTLEMENT (0.3); CONFER WITH W. OLSHAN, R. LEVINE AND P. BENVENUTTI REGARDING ASPECTS OF SETTLEMENT STIPULATION AND LANGUAGE CHANGES (0.3); FURTHER COMPREHENSIVE EMAIL TO ADVISORS REGARDING SETTLEMENT STRUCTURE (0.5); PREPARATION FOR AND ATTENDANCE AT TELEPHONIC CONFERENCE WITH JUDGE LARSEN TO DISCUSS MEDIATION RESOLUTION AND OUTSTANDING ISSUES (0.8); REVIEW OF TRANSMITTAL OF SETTLEMENT TERMS AS SENT BY P. BENVENUTTI TO JUDGE LARSEN AND OPPOSING COUNSEL (0.3); FURTHER EMAILS BETWEEN ADVISORS WITH REGARD TO PROVISIONS TO BE CONTAINED IN SETTLEMENT AGREEMENT (0.4); REVIEW COMMENTS FROM B. MOORE ON PROPOSED CHANGES TO SETTLEMENT AGREEMENT (0.4); EMAIL TO P. BENVENUTTI REGARDING SAME (0.2); CONVERSATION WITH P. BENVENUTTI REGARDING B. MOORE'S PROPOSED CHANGES AND CONCERNS WITH REGARD THERETO (0.5). |
| 11/06/10 | M. Kaufman<br>Task:  4000 | .50 | CONFER WITH ADVISORS WITH REGARD TO ASPECTS OF SETTLEMENT AND ISSUES COMPREHENDED OR NOT COMPREHENDED BY SETTLEMENT STRUCTURE. |
| 11/08/10 | M. Kaufman<br>Task:  4000 | 3.20 | EMAIL TO P. BENVENUTTI, W. OLSHAN AND R. LEVINE WITH REGARD TO ISSUES IMPACTING SETTLEMENT (0.6); FOLLOW UP EMAILS WITH ADVISORS AND P. BENVENUTTI REGARDING SAME (1.8); SUBSEQUENT EMAIL TO R. LEVINE, P. BENVENUTTI, AND W. OLSHAN WITH REGARD TO STRUCTURE OF SETTLEMENT AND ISSUES REGARDING KONTRABECKI'S POSSIBLE POSITION AND CLAIMS NOT COVERED BY SETTLEMENT (1.2). |
| 11/08/10 | D. Gordon<br>Task:  4000 | 1.00 | WORK IN CONNECTION WITH DESIGNATION OF ORDERS TO BE SEALED OR VACATED UNDER PROPOSED SETTLEMENT. |

LEHMAN BROTHERS HOLDINGS INC.              May 10, 2011              PAGE    4
MATTER NUMBER: 30837.0001
INVOICE NO.: 754390


| 11/09/10 | M. Kaufman<br>Task:  4000 | 1.30 | CONTINUED WORK ON MATTERS FOR SETTLEMENT (0.3); CONFER WITH P. BENVENUTTI AND W. OLSHAN AND R. LEVINE WITH REGARD TO TELEPHONIC CONFERENCE LATER IN DATE WITH JUDGE MONTALI (0.3); CONFER WITH P. BENVENUTTI REGARDING PREPARATION AND ISSUES LIKELY TO ARISE DURING CONFERENCE CALL (0.2); PARTICIPATE IN CONFERENCE CALL WITH JUDGE MONTALI (0.3); WORK ON REVISIONS TO SETTLEMENT AGREEMENT TO BE PRESENTED TO JUDGE MONTALI PRELIMINARILY DURING CONFERENCE CALL (0.2). |
|---|---|---|---|
| 11/10/10 | M. Kaufman<br>Task:  4000 | 2.80 | REPORT ON RESULTS OF HEARING BEFORE JUDGE MONTALI TO ADVISORS (0.3); CONFER WITH P. BENVENUTTI REGARDING NEXT STEPS TO BE UNDERTAKEN WITH REGARD TO POTENTIAL IMPLEMENTATION OF MEDIATED SETTLEMENT (0.4); REVIEW OF SUMMARY OF HEARING BEFORE JUDGE MONTALI AS PREPARED BY P. BENVENUTTI (0.3); REVIEW PROPOSED ORDER GRANTING MOTION TO FILE RECORDS UNDER SEAL AND NOTICE OF MOTION, DECLARATION OF W. OLINER, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO FILE UNDER SEAL (1.4); COMMENT THEREUPON (0.4). |
| 11/11/10 | M. Kaufman<br>Task:  4000 | .40 | REVIEW REVISIONS TO SETTLEMENT LANGUAGE TO BE PRESENTED TO JUDGE LARSEN AND EDITS AND MODIFICATIONS TO MEDIATION STIPULATION AGREEMENT. |
| 11/12/10 | M. Kaufman<br>Task:  4000 | .90 | CONFER WITH P. BENVENUTTI WITH REGARD TO WITHDRAWAL AND DISMISSAL OF THE PROCEEDINGS AND VACATURES OF ORDERS (0.3); REVIEW EMAIL FROM P. BENVENUTTI REGARDING SAME (0.2); CONSIDER EMAIL WRITTEN TO JUDGE LARSEN UPDATING ON THE PARTIES' SETTLEMENT AS PREPARED BY P. BENVENUTTI (0.2); CONFER WITH P. BENVENUTTI WITH REGARD TO MEETING WITH UST (0.2). |
| 11/19/10 | M. Kaufman<br>Task:  4000 | .60 | RECEIVE REPORT FROM P. BENVENUTTI OF CALL WITH JUDGE MONTALI RELATING TO SETTLEMENT AND REMAINING ISSUES. |

LEHMAN BROTHERS HOLDINGS INC.              May 10, 2011              PAGE    5
MATTER NUMBER: 30837.0001
INVOICE NO.: 754390


11/30/10  M. Kaufman            3.20   REVIEW MOTIONS AND ORDERS TO BE SUBMITTED TO
          Task:   4000                 JUDGE MONTALI TO EFFECTUATE SETTLEMENT (1.2);
                                       CONFERRAL WITH ADVISORS REGARDING SAME (0.3);
                                       CONFERENCE WITH P. BENVENUTI TO DISCUSS SAME
                                       (0.3); EMAILS TO P. BENVENUTTI REGARDING
                                       REVISIONS TO SETTLEMENT (0.2); REVIEW OF MUTUAL
                                       RELEASE LANGUAGE TO BE UTILIZED IN CONJUNCTION
                                       WITH SETTLEMENT (0.2); REVIEW OF PROPOSED
                                       ORDERS REGARDING IMPLEMENTATION OF SETTLEMENT
                                       (0.3); COMMENT THEREUPON (0.4); SEEK ADVICE OF
                                       ADVISORS REGARDING SAME (0.3).


4000   Non-Bankruptcy Litigation
       D. Gordon                       1.00    320.00     $320.00
       M. Kaufman                     34.90    650.00  $22,685.00

          TOTAL 4000                  35.90            $23,005.00

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 11/01/2010 | 4003 | DAVID GORDON | 411S | 1.00 | 3.44 | 3.44 | PACER SEARCHES | 26744429 |
| 05/10/2011 | | Invoice=754390 | | 1.00 | 3.44 | 3.44 | | |
| | | | | | | | | |
| 11/01/2010 | 0034 | MARK S. KAUFMAN | 110Z | 1.00 | 6.45 | 6.45 | OUT OF TOWN TRAVEL BREAKFAST | 26747933 |
| 05/10/2011 | | Invoice=754390 | | 1.00 | 6.45 | 6.45 | | |
| | | Voucher=1801928 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance= .00  Amount= 1159.80 | |
| | | | | | | | | |
| 11/01/2010 | 0034 | MARK S. KAUFMAN | 110Z | 1.00 | 11.70 | 11.70 | OUT OF TOWN TRAVEL CAB FROM COURT TO HOTEL | 26747938 |
| 05/10/2011 | | Invoice=754390 | | 1.00 | 11.70 | 11.70 | | |
| | | Voucher=1801928 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance= .00  Amount= 1159.80 | |
| | | | | | | | | |
| 11/01/2010 | 0034 | MARK S. KAUFMAN | 110Z | 1.00 | 345.30 | 345.30 | OUT OF TOWN TRAVEL BOB'S LOUNGE DINNER WITH | 26747939 |
| 05/10/2011 | | Invoice=754390 | | 1.00 | 345.30 | 345.30 | BENVENUITTI, OLSHAM, LE VINE AND KAUFMAN | |
| | | Voucher=1801928 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance= .00  Amount= 1159.80 | |
| | | | | | | | | |
| 11/02/2010 | 0034 | MARK S. KAUFMAN | 110Z | 1.00 | 50.00 | 50.00 | OUT OF TOWN TRAVEL CAB TO AIRPORT | 26747936 |
| 05/10/2011 | | Invoice=754390 | | 1.00 | 50.00 | 50.00 | | |
| | | Voucher=1801928 Paid | | | | | Vendor=KAUFMAN, MARK S.  Balance= .00  Amount= 1159.80 | |
| | | | | | | | | |
| 11/03/2010 | 0999 | MLA MLA | 105S | 1.00 | 4.36 | 4.36 | LONG DISTANCE TELEPHONE 17:45 1-415-722-4299 | 26722980 |
| 05/10/2011 | | Invoice=754390 | | 0.00 | 0.00 | 0.00 | 74120 | |
| | | | | | | | | |
| 11/05/2010 | 0999 | MLA MLA | 105S | 1.00 | 9.08 | 9.08 | LONG DISTANCE TELEPHONE 11:29 1-415-875-5826 | 26746097 |
| 05/10/2011 | | Invoice=754390 | | 0.00 | 0.00 | 0.00 | 74120 | |
| | | | | | | | | |
| 11/05/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.90 | 2.90 | LONG DISTANCE TELEPHONE 14:05 1-415-875-5826 | 26746106 |
| 05/10/2011 | | Invoice=754390 | | 0.00 | 0.00 | 0.00 | 74120 | |
| | | | | | | | | |
| 11/05/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 12:44 1-817-206-1528 | 26753818 |
| 05/10/2011 | | Invoice=754390 | | 0.00 | 0.00 | 0.00 | 74120 | |
| | | | | | | | | |
| 11/05/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 13:14 1-817-206-1528 | 26753820 |
| 05/10/2011 | | Invoice=754390 | | 0.00 | 0.00 | 0.00 | 74120 | |
| | | | | | | | | |
| 11/05/2010 | 0999 | MLA MLA | 105S | 1.00 | 2.18 | 2.18 | LONG DISTANCE TELEPHONE 13:16 1-503-239-5650 | 26753822 |
| 05/10/2011 | | Invoice=754390 | | 0.00 | 0.00 | 0.00 | 74120 | |
| | | | | | | | | |
| 11/05/2010 | 0999 | MLA MLA- | 105S | 1.00 | 9.81 | 9.81 | LONG DISTANCE TELEPHONE 14:49 1-415-875-5826 | 26753833 |
| 05/10/2011 | | Invoice=754390 | | 0.00 | 0.00 | 0.00 | 74120 | |
| | | | | | | | | |
| 11/08/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 11:34 1-415-875-5826 | 26751428 |
| 05/10/2011 | | Invoice=754390 | | 0.00 | 0.00 | 0.00 | 74120 | |
| | | | | | | | | |
| 11/08/2010 | 0999 | MLA MLA | 105S | 1.00 | 5.81 | 5.81 | LONG DISTANCE TELEPHONE 14:45 1-415-875-5826 | 26751444 |
| 05/10/2011 | | Invoice=754390 | | 0.00 | 0.00 | 0.00 | 74120 | |
| | | | | | | | | |
| 11/09/2010 | 0999 | MLA MLA | 105S | 1.00 | 3.27 | 3.27 | LONG DISTANCE TELEPHONE 09:54 1-415-875-5826 | 26753881 |
| 05/10/2011 | | Invoice=754390 | | 0.00 | 0.00 | 0.00 | 74120 | |
| | | | | | | | | |
| 11/10/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 12:31 1-415-875-5826 | 26753940 |
| 05/10/2011 | | Invoice=754390 | | 0.00 | 0.00 | 0.00 | 74120 | |
| | | | | | | | | |
| 11/10/2010 | 0999 | MLA MLA | 105S | 1.00 | 14.54 | 14.54 | LONG DISTANCE TELEPHONE 12:32 1-510-435-5945 | 26753944 |
| 05/10/2011 | | Invoice=754390 | | 0.00 | 0.00 | 0.00 | 74120 | |
| | | | | | | | | |
| 11/10/2010 | 0999 | MLA MLA | 105S | 1.00 | 6.17 | 6.17 | LONG DISTANCE TELEPHONE 14:29 1-415-722-4299 | 26753953 |
| 05/10/2011 | | Invoice=754390 | | 0.00 | 0.00 | 0.00 | 74120 | |
| | | | | | | | | |
| 11/10/2010 | 0999 | MLA MLA | 105S | 1.00 | 9.45 | 9.45 | LONG DISTANCE TELEPHONE 17:46 1-214-320-3153 | 26753968 |
| 05/10/2011 | | Invoice=754390 | | 0.00 | 0.00 | 0.00 | 74120 | |
| | | | | | | | | |
| 11/15/2010 | 0034 | MARK S. KAUFMAN | 101S | 6.00 | 0.15 | 0.90 | COPY CHARGES | 26746373 |
| 05/10/2011 | | Invoice=754390 | | 6.00 | 0.10 | 0.60 | | |
| | | | | | | | | |
| 11/18/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.38 | LONG DISTANCE TELEPHONE 19:08 1-415-875-5826 | 26755178 |
| 05/10/2011 | | Invoice=754390 | | 0.00 | 0.00 | 0.00 | 74120 | |
| | | | | | | | | |
| 11/18/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 16:07 1-865-521-0365 | 26771645 |
| 05/10/2011 | | Invoice=754390 | | 0.00 | 0.00 | 0.00 | 74120 | |
| | | | | | | | | |
| 11/22/2010 | 0930 | JUDY K. MURPHY | 101S | 28.00 | 0.15 | 4.20 | COPY CHARGES | 26756856 |
| 05/10/2011 | | Invoice=754390 | | 28.00 | 0.10 | 2.80 | | |
| | | | | | | | | |
| 11/22/2010 | 0930 | JUDY K. MURPHY | 101S | 23.00 | 0.15 | 3.45 | COPY CHARGES | 26776538 |
| 05/10/2011 | | Invoice=754390 | | 23.00 | 0.10 | 2.30 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 11/30/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 15:45 1-865-521-0365 | 26771879 |
| 05/10/2011 | | Invoice=754390 | | 0.00 | 0.00 | 0.00 | 74120 | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 495.89 | 25 records | |
| | | BILLED TOTALS:    BILL: | | | | 422.59 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 495.89 | 25 records | |
| | | GRAND TOTAL:    BILL: | | | | 422.59 | | |

ExpenseEntireFormPrinting                                                      Page 1 of 1

This expense form was submitted to the accounting department on 11/15/2010 at 12:30 PM.

Form Tracking ID    89954

Created For         0034 KAUFMAN, MARK S.

Created By          Brooks, Sharon L.

Title               Kontrabecki

Expense Type        CLIENT CHARGEABLE

Client Name         30037 LEHMAN BROTHERS HOLDINGS INC.

Matter Name         0001 KONTRABECKI NY BANKRUPTCY ACTION

Description         Trip to SF for mediation

| Type Of Expense | Date Of Expense | Amount | Description |
|---|---|---|---|
| Food / Meal | 11/1/2010 | 6.45 | Breakfast |
| Food / Meal | 10/31/2010 | 6.35 | Lunch at airport |
| Taxi (Local Travel) | 10/31/2010 | 8.60 | Cab to restaurant |
| Taxi (Local Travel) | 11/2/2010 | 50.00 | Cab to airport |
| Hotel | 10/31/2010 | 633.30 | 10/31-11/02/2010 Hotel stay |
| Taxi (Local Travel) | 11/1/2010 | 11.70 | Cab from court to hotel |
| Food / Meal | 11/1/2010 | 345.30 | Bob's Lounge dinner with Benvenuitti, Olsham, Levine and Kaufman |
| Food / Meal | 10/31/2010 | 40.60 | Dinner - R&G Lounge |
| Other Expense | 10/31/2010 | 6.00 | Tips at hotel - 10/31-11/02 |
| Taxi (Local Travel) | 10/31/2010 | 51.50 | Cab to Hotel from airport |

Total $             1159.80



Kontrabecki

Trip to SF for mediation

1. Cab to hotel from airport          10/31      51.50
2. Dinner 10/31   R+G Lounge      10/31      48.60
3. Cab from court to hotel             11/1       11.70
4. Cab to airport 11/2                   11/2       50.00
5. Cab to restaurant                      11/31       8.60
6. lunch airport                            10/31       6.85
7 breakfast                                  11/1        6.45
8. tips at hotel                            10/31-11/2   6 —
9 hotel — attached

includes
         Bob's lounge where we had        ($345.30)
         dinner w/ Benvenutti, Olshan
         Devine and me

# OMNI ✿ HOTELS®

OMNI SAN FRANCISCO HOTEL
500 CALIFORNIA STREET
SAN FRANCISCO   CA   94104
Tele- (415) 677-9494    Fax- (415) 273-3038

KAUFMAN, MARK

| | |
|---|---|
| Room Number: | 524 |
| Daily Rate: | 269 |
| Room Type: | KN |
| No. of Guests: | 1 / 0 |

| ARRIVAL | DEPARTURE | CREDIT CARD | | RATE CODE | MKT GROUP | ACCOUNT # |
|---|---|---|---|---|---|---|
| 10/31/10 | 11/02/10 | | | BAR3 | BAR3 | 17100589217 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 10/31/10 | 524 | ROOM CHARGE | #524 KAUFMAN, MARK | $279.00 |
| 10/31/10 | 524 | ROOM TAX | ROOM TAX | $39.06 |
| 10/31/10 | 524 | TOURISM TAX | TOURISM TAX | $0.18 |
| 10/31/10 | 524 | TOURISM DISTRICT ASSESSMENT | TOURISM DISTRICT ASSESSMENT | $4.19 |
| 11/01/10 | 524 | BOB'S LOUNGE | 524/9841/20:04/BOB'S LOUNGE | $345.30 |
| 11/01/10 | 524 | ROOM CHARGE | #524 KAUFMAN, MARK | $269.00 |
| 11/01/10 | 524 | ROOM TAX | ROOM TAX | $37.66 |
| 11/01/10 | 524 | TOURISM TAX | TOURISM TAX | $0.17 |
| 11/01/10 | 524 | TOURISM DISTRICT ASSESSMENT | TOURISM DISTRICT ASSESSMENT | $4.04 |
| 11/02/10 | 524 | CLASSIC VISA CARD | CLASSIC VISA CARD | ($978.60) |

CREDIT DUE:          ($0.00)

ASH  3-6563

Fare $ _____
From _____ *10/31* _____
To _____ *restaurant* ____
Date _____ *Cab fc* _____
Cab No. _____
Driver _____ *8.60* _____

Fare $ _____
From _____ *airport* _____
To _____ *from hotel* ____
Date _____
Cab No. _____
Driver _____ *4.50* _____

PASSENGER'S RECEIPT, TAXICAB FARE

Date _____ *from airport* _____
Amount of fare $ ___ *to Hotel* ___
Other Charges $ _____
Total . . . . $ _____ *10/31* ____
Driver's Name _____
Cab number _____ *5-50* _____

## Caffè Amici Espresso #1
550 15th Street
San Francisco, CA 94105
(415) 864-1040

Server: Linda                     Station: 1
--------------------------------
Order #: 465539                   To Go
--------------------------------

>> ORDER SETTLED <<
1 Breakfast Bagel Ham                    4.50
1 20oz. Drip                             1.95

*** TAX EXEMPT SALE ***

SUB TOTAL:                               6.45
Tax 1:                                   0.00
Tax 2:                                   0.00
                                    =========
AMOUNT DUE:                            $6.45

Cash TEND:                               7.00
                                    =========
CHANGE:                                 -0.55

>> Ticket #: 71 <<
NEW: 11/1/2010 8:25:20 AM
SETTLED: 11/1/2010 8:25:45 AM

THANK YOU!
Caffe Amici Espresso appreciates you patro
nage! 4153913241





R & G Lounge

R & G LOUNGE
631 KEARNY STREET
SAN FRANCISCO, CA  1108
(415)982-7877

Sunday  10/31/2010  7  6:38 PM

### Check #: 3810
Merchant #: 0000000320( 
Table #: S6
User Code: FRANK
Transaction ID: 08030507  )15877
Authorization Code: 41447
Card Type: V
Cardholder: KAUFMAN/MA  K S
Card #: #####4675

AMOUNT:      $ 32.60

Gratuity:      _S-_

TOTAL:       _46.60_

Cardholder acknowledges receipt of goods    d/or services in the
amount of the Total shown above and agree   to perform the
obligations and terms in the Cardholder Agr  ment with the se(s)

Customer Copy: Retain for  our record



Hot Dog Zone
Company
Hartsfield-Jackson Airport
Atlanta, GA 30920
(404) 765-0009

6 Sarah S

Chk 1884 Oct31'10 02:01PM  Gst 2

1 Hot Dog Combo          5.93
   Special
   Fries Small
   Medium Drink
Cash                    20.00

Subtotal                 5.93
Tax                      0.42
Payment                  6.35
Change Due              13.65

You Saved                0.73

# McKenna Long
# & Aldridge LLP

Attorneys at Law

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200

Client No.: 30837                     Invoice No. 745686
Matter No.: 30837.0002                Invoice Date: April 29, 2011
=================================================================

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2010
RE: BANKRUPTCY EMPLOYMENT MATTERS

\* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------|------|------|
| C.F. Graham | 5.00 | 760.00 | 3,800.00 |
| G. Walling | 0.20 | 430.00 | 86.00 |
| M.B. Hoffman | 0.70 | 350.00 | 245.00 |
| A. Elko | 73.50 | 335.00 | 24,622.50 |
| Total | 79.40 | | 28,753.50 |

TOTAL FEES:                                          $ 28,753.50

CHARGES:

| | |
|------|------|
| COPY CHARGES | 330.50 |
| DELIVERY SERVICE/MESSENGER | 204.51 |
| LOCAL TRAVEL | 8.00 |
| OUT OF TOWN TRAVEL | 2.25 |
| PACER SEARCHES | 2.00 |

TOTAL CHARGES:                              $    547.26

T O T A L   T H I S   S T A T E M E N T :        $ 29,300.76

LEHMAN BROTHERS HOLDINGS INC.            April 29, 2011            PAGE    2
MATTER NUMBER: 30837.0002
INVOICE NO.: 745686


DESCRIPTION OF SERVICES


11/01/10  C.F. Graham      5.00    MEETING AT WEIL GOTSHAL WITH FEE COMMITTEE
          Task:  4600              CHAIR K. FEINBERG (1.7); CALL WITH A. ELKO TO
                                   REVIEW ARGUMENTS RESPONDING TO FEE COMMITTE'S
                                   POSITIONS (0.3); READ K. FEINBERG'S LETTER AND
                                   MY COMMENTS (0.3); TRAVEL TO/FROM WEIL (0.2)
                                   (0.2 - 50% REDUCTION);  CHAMBERS CONFERENCE
                                   BEFORE JUDGE PECK (1.8);   TRAVEL TO/FROM US
                                   BANKRUPTCY COURT HOUSE (0.3) (0.3 - 50%
                                   REDUCTION); DICTATE SUMMARY TO FILE (0.3);
                                   EMAIL SAME TO A. ELKO AND G. MARSH (0.1).

11/01/10  A. Elko          4.60    WORK ON RESPONSE TO FEE COMMITTEE OBJECTION TO
          Task:  4600              FEES (3.0); PARTICIPATE IN CONFERENCE CALL WITH
                                   RETAINED PROFESSIONALS AND FEE COMMITTEE (1.2);
                                   CONFER AND CORRESPOND WITH C. GRAHAM WITH
                                   RESPECT THERETO (0.4).

11/03/10  A. Elko          5.00    REVIEW AND REVISE PRO FORMAS AND INVOICES FOR
          Task:  4600              JUNE THROUGH SEPTEMBER 2010 TO COMPLY WITH FEE
                                   COMMITTEE GUIDELINES (4.0); DRAFT SUMMARIES AND
                                   CHARTS FOR SUBMISSION WITH MONTHLY STATEMENTS
                                   (0.5); CORRESPOND WITH C. CHIN REGARDING
                                   CHANGES TO BE MADE TO INVOICES TO COMPLY WITH
                                   FEE COMMITTEE GUIDELINES (0.5).

11/04/10  A. Elko          7.80    REVIEW AND REVISE PRO FORMAS AND INVOICES FOR
          Task:  4600              JUNE THROUGH SEPTEMBER 2010 TO COMPLY WITH FEE
                                   COMMITTEE GUIDELINES (5.3); CORRESPOND WITH D.
                                   GEIGER REGARDING ISSUE WITH INVOICE (0.1);
                                   CORRESPOND WITH L. NEUBAUER, L. WILLIAMS, E.
                                   BOLTE, C. MOORE, A. KAUFMAN, M. KAUFMAN, C.
                                   WAGNER, M. HOFFMAN AND C. WEISS REGARDING EDITS
                                   TO PRO FORMAS AND INVOICES TO COMPLY WITH FEE
                                   COMMITTEE GUIDELINES (1.3); CORRESPOND WITH C.
                                   CHIN REGARDING CHANGES TO BE MADE TO INVOICES
                                   AND WRITE-OFFS WITH RESPECT THERETO (0.8);
                                   CONFER WITH M. HOFFMAN REGARDING REVISIONS TO
                                   TIME ENTRIES PURSUANT TO FEE PROTOCOL (0.3).

LEHMAN BROTHERS HOLDINGS INC.                 April 29, 2011              PAGE    3
MATTER NUMBER: 30837.0002
INVOICE NO.: 745686

11/04/10  M.B. Hoffman        .70    REVIEW, ANALYZE, AND REVISE TIME ENTRIES FOR TO
          Task:   4600               COMPLY WITH FEE COMMITTEE GUIDELINES (0.4);
                                     CONFER WITH A. ELKO REGARDING TIME ENTRIES FOR
                                     MONTHLY STATEMENTS (0.3).

11/05/10  A. Elko            4.10    REVIEW AND REVISE LEHMAN PRO FORMAS AND
          Task:   4600               INVOICES FOR JUNE THROUGH SEPTEMBER 2010
                                     MONTHLY STATEMENTS TO COMPLY WITH FEE COMMITTEE
                                     GUIDELINES (3.8); CORRESPOND WITH S. STAFFORD
                                     REGARDING REVISIONS TO PRO FORMAS AND INVOICES
                                     TO COMPLY WITH GUIDELINES (0.1); CORRESPOND
                                     WITH G. MARSH, M. KAUFMAN, P. MCGEEHAN, C.
                                     WEISS AND C. GRAHAM REGARDING OCTOBER 2010 PRO
                                     FORMAS (0.1); CONFER AND CORRESPOND WITH M.
                                     KAUFMAN REGARDING TIME ENTRY AND COMPLIANCE
                                     WITH FEE COMMITTEE PROTOCOL (0.1).

11/08/10  A. Elko             .70    REVIEW AND REVISE MONTHLY STATEMENTS FOR JUNE
          Task:   4600               THROUGH SEPTEMBER 2010 TO COMPLY WITH FEE
                                     COMMITTEE GUIDELINES (0.6); CORRESPOND WITH C.
                                     CHIN WITH RESPECT THERETO (0.1).

11/09/10  A. Elko            1.80    REVIEW AND REVISE JUNE THROUGH SEPTEMBER 2010
          Task:   4600               MONTHLY STATEMENTS TO COMPLY WITH FEE COMMITTEE
                                     GUIDELINES.

11/10/10  A. Elko             .80    REVIEW FEE COMMITTEE CORRESPONDENCE REGARDING
          Task:   4600               MEETING OF RETAINED PROFESSIONALS (0.1);
                                     CORRESPOND WITH G. MARSH AND C. GRAHAM WITH
                                     RESPECT THERETO (0.1); CONFER WITH C. WEISS
                                     REGARDING SUBMISSION OF MONTHLY STATEMENTS AND
                                     ISSUES PERTAINING THERETO (0.2); CORRESPOND
                                     WITH C. CHIN REGARDING EDITS TO INVOICES FOR
                                     JUNE THROUGH SEPTEMBER 2010 MONTHLY STATEMENTS
                                     TO COMPLY WITH FEE COMMITTEE GUIDELINES (0.2);
                                     CORRESPOND WITH M. KAUFMAN REGARDING EDITS TO
                                     KONTRABECKI INVOICES TO COMPLY WITH FEE
                                     COMMITTEE GUIDELINES (0.2).

11/11/10  A. Elko            2.40    REVIEW AND REVISE DRAFT INVOICES FOR JUNE
          Task:   4600               THROUGH SEPTEMBER 2010 MONTHLY STATEMENTS TO
                                     COMPLY WITH FEE COMMITTEE GUIDELINES.

LEHMAN BROTHERS HOLDINGS INC.            April 29, 2011         PAGE   4
MATTER NUMBER: 30837.0002
INVOICE NO.: 745686

11/12/10   A. Elko              2.60   REVIEW AND REVISE INVOICES FOR JUNE THROUGH
           Task:   4600                SEPTEMBER 2010 MONTHLY STATEMENTS TO COMPLY
                                       WITH FEE COMMITTEE GUIDELINES.

11/15/10   A. Elko              7.00   REVIEW AND REVISE JUNE THROUGH SEPTEMBER 2010
           Task:   4600                INVOICES TO COMPLY WITH FEE COMMITTEE
                                       GUIDELINES (4.6); CORRESPOND WITH C. CHIN
                                       REGARDING EDITS AND  INFORMATION NEEDED FOR
                                       MONTHLY STATEMENTS FOR FEE COMMITTEE (0.7);
                                       REVIEW AND EDIT OCTOBER 2010 PRO FORMAS TO
                                       COMPLY WITH FEE COMMITTEE PROTOCOL (1.4);
                                       CORRESPOND WITH J. REED REGARDING EDITS TO PRO
                                       FORMA TO COMPLY WITH FEE COMMITTEE PROTOCOL
                                       (0.3).

11/16/10   A. Elko              6.80   REVIEW AND REVISE LEHMAN INVOICES FOR JUNE
           Task:   4600                THROUGH SEPTEMBER 2010 TO COMPLY WITH FEE
                                       COMMITTEE PROTOCOL (5.5); SUMMARIZE FEES AND
                                       EXPENSES FOR EACH MATTER (0.3); CORRESPOND WITH
                                       C. CHIN AND L. STIPANCIC REGARDING INFORMATION
                                       NEEDED FOR MONTHLY STATEMENTS FOR FEE COMMITTEE
                                       (0.2); CORRESPOND WITH C. CHIN REGARDING EDITS
                                       TO NARRATIVES IN MONTHLY STATEMENTS (0.3);
                                       CORRESPOND WITH TIMEKEEPERS REGARDING EDITS TO
                                       NARRATIVES IN MONTHLY STATEMENTS (0.3);
                                       CORRESPOND WITH K. ROHLING REGARDING
                                       INFORMATION REGARDING EXPENSES NEEDED FOR FEE
                                       COMMITTEE (0.2).

11/17/10   A. Elko              8.20   REVIEW AND REVISE JUNE THROUGH SEPTEMBER 2010
           Task:   4600                MONTHLY STATEMENTS TO COMPLY WITH FEE
                                       COMMITTEE PROTOCOL (6.6); CORRESPOND WITH C.
                                       CHIN WITH RESPECT THERETO (0.5); REVIEW AND
                                       RESEARCH EXPENSES FOR INFORMATION NEEDED BY FEE
                                       COMMITTEE (0.4); CONFER WITH L. STIPANCIC, L.
                                       GREENE AND C. CHIN WITH RESPECT THERETO (0.3);
                                       BRIEF REVIEW OF FIFTH INTERIM BILLING SUMMARY
                                       FROM FEE COMMITTEE (0.3); CORRESPOND WITH C.
                                       GRAHAM AND G. MARSH WITH RESPECT THERETO (0.1).

11/18/10   A. Elko              7.60   WORK ON REVISIONS TO JUNE THROUGH SEPTEMBER
           Task:   4600                2010 LEHMAN MONTHLY STATEMENTS TO COMPLY WITH
                                       FEE COMMITTEE PROTOCOL (4.9); REVIEW AND REVISE
                                       SUMMARIES OF FEES AND EXPENSES TO COMPLY WITH
                                       FEE COMMITTEE PROTOCOL (0.3); RESEARCH EXPENSES

LEHMAN BROTHERS HOLDINGS INC.           April 29, 2011            PAGE   5
MATTER NUMBER: 30837.0002
INVOICE NO.: 745686


                              TO PROVIDE INFORMATION FOR FEE COMMITTEE (0.5);
                              DRAFT SUPPLEMENTAL INFORMATION SHEETS REGARDING
                              EXPENSES (0.8); DRAFT LETTER REGARDING MONTHLY
                              STATEMENTS (0.5); CONFER AND CORRESPOND WITH C.
                              CHIN REGARDING EDITS TO INVOICES AND
                              INFORMATION NEEDED FOR EXPENSES (0.3);
                              CORRESPOND WITH FEE COMMITTEE WITH RESPECT TO
                              MONTHLY STATEMENTS (0.2); CORRESPOND WITH G.
                              MARSH, M. KAUFMAN, P. MCGEEHAN, C. WEISS AND C.
                              GRAHAM WITH RESPECT THERETO (0.1).


11/19/10  A. Elko            2.00   REVIEW AND ANALYZE FEE COMMITTEE ANALYSIS OF
          Task:  4600               FIFTH INTERIM FEE APPLICATION WITH RESPECT TO
                                    DIFFERENT MATTERS (0.7); CORRESPOND WITH
                                    BILLING TIMEKEEPERS WITH RESPECT THERETO (0.4);
                                    REVIEW AND REVISE OCTOBER 2010 PRO FORMAS TO
                                    COMPLY WITH FEE COMMITTEE PROTOCOL (0.7);
                                    CONTACT TIMEKEEPERS WITH RESPECT THERETO (0.2).


11/22/10  G. Walling          .20   WORK WITH A. ELKO TO REVISE NORTH BEACH
          Task:  4600               INVOICES TO COMPLY WITH FEE COMMITTEE PROTOCOL.


11/22/10  A. Elko            5.30   REVIEW AND REVISE PRO FORMAS AND DRAFT INVOICES
          Task:  4600               FOR OCTOBER 2010 MONTHLY STATEMENT TO COMPLY
                                    WITH FEE COMMITTEE PROTOCOL 2.4); REVIEW AND
                                    ANALYZE EXPENSES TO PROVIDE ADDITIONAL
                                    INFORMATION TO FEE COMMITTEE (0.7); CONFER AND
                                    CORRESPOND WITH S. BOGAN AND C. CHIN WITH
                                    RESPECT THERETO (0.3); CORRESPOND WITH M.
                                    KAUFMAN WITH RESPECT TO MONTHLY STATEMENT
                                    (0.2); CORRESPOND AND CONFER WITH C. CHIN WITH
                                    RESPECT TO EDITS NEEDED FOR MONTHLY STATEMENT
                                    (0.6); CONFER AND CORRESPOND WITH G. WALLING
                                    WITH RESPECT TO MONTHLY STATEMENT (0.1);
                                    CORRESPOND WITH L. STIPANCIC REGARDING
                                    CONVERSION OF JUNE THROUGH SEPTEMBER 2010
                                    INVOICES FROM PDF TO EXCEL IN COMPLIANCE WITH
                                    FEE COMMITTEE REQUEST (0.2); REVIEW SPREADSHEET
                                    REGARDING SAME (0.6); REVIEW CORRESPONDENCE
                                    FROM K. FEINBERG, FEE COMMITTEE CHAIR,
                                    REGARDING RESIGNATION (0.1); CORRESPOND WITH G.
                                    MARSH, P. MCGEEHAN, M. KAUFMAN, C. WEISS AND C.
                                    GRAHAM WITH RESPECT THERETO (0.1).

LEHMAN BROTHERS HOLDINGS INC.              April 29, 2011              PAGE    6
MATTER NUMBER: 30837.0002
INVOICE NO.: 745686


11/23/10  A. Elko           5.60   REVIEW AND REVISE DRAFT INVOICES FOR OCTOBER
          Task:  4600              2010 MONTHLY STATEMENT TO COMPLY WITH FEE
                                   COMMITTEE GUIDELINES (2.8); CORRESPOND AND
                                   CONFER WITH C. CHIN WITH RESPECT THERETO (0.4);
                                   REVIEW AND RESEARCH EXPENSES FOR FEE COMMITTEE
                                   (0.2); DRAFT SUMMARIES OF FEES AND EXPENSES,
                                   INCLUDING SUPPLEMENTAL SHEETS FOR EXPENSE
                                   DETAILS (1.8); DRAFT LETTER REGARDING MONTHLY
                                   STATEMENT (0.2); CORRESPOND WITH FEE COMMITTEE
                                   REGARDING MONTHLY STATEMENT (0.1); CORRESPOND
                                   WITH G. MARSH, M. KAUFMAN, P. MCGEEHAN, C.
                                   WEISS AND C. GRAHAM REGARDING MONTHLY STATEMENT
                                   (0.1).


11/29/10  A. Elko           1.20   CORRESPOND WITH TIMEKEEPERS REGARDING FEE
          Task:  4600              PROTOCOL FOR ENTERING TIME FOR LEHMAN MATTERS
                                   (0.5); CORRESPOND WITH B. FROLICH AND L.
                                   STIPANCIC REGARDING FEE COMMITTEE'S OBJECTION
                                   TO FEES AND EXPENSES FROM FIFTH INTERIM FEE
                                   PERIOD (0.5); REVIEW FILINGS FOR INFORMATION
                                   REGARDING FEE COMMITTEE REPORT AND RESIGNATION
                                   OF FEE COMMITTEE CHAIRMAN (0.2).


4600  Firm's Own Billing/Fee Applications
      A. Elko                          73.50    335.00  $24,622.50
      C.F. Graham                       5.00    760.00   $3,800.00
      G. Walling                         .20    430.00      $86.00
      M.B. Hoffman                       .70    350.00     $245.00

         TOTAL 4600                     79.40           $28,753.50

Billed Recap Of Cost Detail - Invoice: 745686 Date: 04/29/2011

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 11/01/2010 | 0945 | KRISTIN C. ROHLING | 101S | 48.00 | 0.15 | 7.20 | COPY CHARGES | 26715714 |
| 04/29/2011 | | Invoice=745686 | | 48.00 | 0.10 | 4.80 | | |
| 11/01/2010 | 4981 | ALISON ELKO | 101S | 21.00 | 0.15 | 3.15 | COPY CHARGES | 26715715 |
| 04/29/2011 | | Invoice=745686 | | 21.00 | 0.10 | 2.10 | | |
| 11/01/2010 | 4981 | ALISON ELKO | 101S | 709.00 | 0.15 | 106.35 | COPY CHARGES | 26715716 |
| 04/29/2011 | | Invoice=745686 | | 709.00 | 0.10 | 70.90 | | |
| 11/01/2010 | 4961 | CHRISTOPHER F GRAHAM | 109Z | 1.00 | 8.00 | 8.00 | LOCAL TRAVEL | 26717536 |
| 04/29/2011 | | Invoice=745686 | | 1.00 | 8.00 | 8.00 | TRANSPORTATION  - MEETING. | |
| | | Voucher=1799785 Paid | | | | | Vendor=CHRISTOPHER F. GRAHAM  Balance= .00  Amount= 8.00 | |
| 11/01/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.36 | 0.36 | LONG DISTANCE TELEPHONE 11:44 1-212-310-8451 | 26721244 |
| 04/29/2011 | | Invoice=745686 | | 0.00 | 0.00 | 0.00 | 74063 | |
| 11/01/2010 | 0999 | MLA MLA | 105S | 1.00 | 0.72 | 0.72 | LONG DISTANCE TELEPHONE 11:45 1-212-668-5632 | 26721246 |
| 04/29/2011 | | Invoice=745686 | | 0.00 | 0.00 | 0.00 | 74063 | |
| 11/01/2010 | 0999 | MLA MLA | 107S | 1.00 | 18.87 | 18.87 | DELIVERY SERVICE/MESSENGER | 26755958 |
| 04/29/2011 | | Invoice=745686 | | 1.00 | 18.87 | 18.87 | RCVD:FEINBERG ROZEN, LLP/K. FEINBERG - CO | |
| 11/01/2010 | 0999 | MLA MLA | 107S | 1.00 | 18.56 | 18.56 | DELIVERY SERVICE/MESSENGER | 26755959 |
| 04/29/2011 | | Invoice=745686 | | 1.00 | 18.56 | 18.56 | RCVD:MILBANK, TWEED, HADLEY & MCCLO/DENNIS F. | |
| 11/01/2010 | 0999 | MLA MLA | 107S | 1.00 | 20.53 | 20.53 | DELIVERY SERVICE/MESSENGER | 26755960 |
| 04/29/2011 | | Invoice=745686 | | 1.00 | 20.53 | 20.53 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| 11/01/2010 | 0999 | MLA MLA | 107S | 1.00 | 18.56 | 18.56 | DELIVERY SERVICE/MESSENGER | 26755961 |
| 04/29/2011 | | Invoice=745686 | | 1.00 | 18.56 | 18.56 | RCVD:OFFICE OF THE U.S. TRUSTEE/ANDY | |
| 11/01/2010 | 0999 | MLA MLA | 107S | 1.00 | 20.53 | 20.53 | DELIVERY SERVICE/MESSENGER | 26755962 |
| 04/29/2011 | | Invoice=745686 | | 1.00 | 20.53 | 20.53 | RCVD:WEIL GOTSHAL & MANGES, LLP/SHAI Y. WAISMAN, | |
| 11/01/2010 | 4981 | ALISON ELKO | 411S | 1.00 | 2.00 | 2.00 | PACER SEARCHES | 26776735 |
| 04/29/2011 | | Invoice=745686 | | 1.00 | 2.00 | 2.00 | | |
| 11/03/2010 | 4981 | ALISON ELKO | 101S | 6.00 | 0.15 | 0.90 | COPY CHARGES | 26719285 |
| 04/29/2011 | | Invoice=745686 | | 6.00 | 0.10 | 0.60 | | |
| 11/05/2010 | 4981 | ALISON ELKO | 101S | 7.00 | 0.15 | 1.05 | COPY CHARGES | 26723685 |
| 04/29/2011 | | Invoice=745686 | | 7.00 | 0.10 | 0.70 | | |
| 11/11/2010 | 4961 | CHRISTOPHER F GRAHAM | 110Z | 1.00 | 2.25 | 2.25 | OUT OF TOWN TRAVEL | 26748011 |
| 04/29/2011 | | Invoice=745686 | | 1.00 | 2.25 | 2.25 | TRANSPORTATION. | |
| | | Voucher=1801965 Paid | | | | | Vendor=CHRISTOPHER F. GRAHAM  Balance= .00  Amount= 2.25 | |
| 11/15/2010 | 4981 | ALISON ELKO | 101S | 278.00 | 0.15 | 41.70 | COPY CHARGES | 26746374 |
| 04/29/2011 | | Invoice=745686 | | 278.00 | 0.10 | 27.80 | | |
| 11/16/2010 | 4981 | ALISON ELKO | 101S | 46.00 | 0.15 | 6.90 | COPY CHARGES | 26747624 |
| 04/29/2011 | | Invoice=745686 | | 46.00 | 0.10 | 4.60 | | |
| 11/17/2010 | 4981 | ALISON ELKO | 101S | 154.00 | 0.15 | 23.10 | COPY CHARGES | 26750864 |
| 04/29/2011 | | Invoice=745686 | | 154.00 | 0.10 | 15.40 | | |
| 11/18/2010 | 4981 | ALISON ELKO | 101S | 1463.00 | 0.15 | 219.45 | COPY CHARGES | 26752666 |
| 04/29/2011 | | Invoice=745686 | | 1463.00 | 0.10 | 146.30 | | |
| 11/18/2010 | 0999 | MLA MLA | 107S | 1.00 | 21.85 | 21.85 | DELIVERY SERVICE/MESSENGER | 26775761 |
| 04/29/2011 | | Invoice=745686 | | 1.00 | 21.85 | 21.85 | RCVD:WEIL GOTSHAL & MANGES, LLP/SHAI Y. WAISMAN, | |
| 11/18/2010 | 0999 | MLA MLA | 107S | 1.00 | 21.85 | 21.85 | DELIVERY SERVICE/MESSENGER | 26775762 |
| 04/29/2011 | | Invoice=745686 | | 1.00 | 21.85 | 21.85 | RCVD:OFFICE OF THE U.S. TRUSTEE/ANDY | |
| 11/18/2010 | 0999 | MLA MLA | 107S | 1.00 | 21.85 | 21.85 | DELIVERY SERVICE/MESSENGER | 26775763 |
| 04/29/2011 | | Invoice=745686 | | 1.00 | 21.85 | 21.85 | RCVD:MILBANK, TWEED, HADLEY & MCCLO/DENNIS F. | |
| 11/18/2010 | 0999 | MLA MLA | 107S | 1.00 | 20.06 | 20.06 | DELIVERY SERVICE/MESSENGER | 26775764 |
| 04/29/2011 | | Invoice=745686 | | 1.00 | 20.06 | 20.06 | RCVD:FEINBERG ROZEN, LLP/K. FEINBERG - CO | |
| 11/18/2010 | 0999 | MLA MLA | 107S | 1.00 | 21.85 | 21.85 | DELIVERY SERVICE/MESSENGER | 26775765 |
| 04/29/2011 | | Invoice=745686 | | 1.00 | 21.85 | 21.85 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| 11/19/2010 | 4356 | DAVID A. GEIGER | 101S | 51.00 | 0.15 | 7.65 | COPY CHARGES | 26755539 |
| 04/29/2011 | | Invoice=745686 | | 51.00 | 0.10 | 5.10 | | |

Billed Recap Of Cost Detail - Invoice: 745686 Date: 04/29/2011
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 11/22/2010 | 4981 | ALISON ELKO | 101S | 5.00 | 0.15 | 0.75 | COPY CHARGES | 26756857 |
| 04/29/2011 | | Invoice=745686 | | 5.00 | 0.10 | 0.50 | | |
| | | | | | | | | |
| 11/23/2010 | 4981 | ALISON ELKO | 101S | 517.00 | 0.15 | 77.55 | COPY CHARGES | 26761592 |
| 04/29/2011 | | Invoice=745686 | | 517.00 | 0.10 | 51.70 | | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 713.59 | 27 records | |
| | | BILLED TOTALS:    BILL: | | | | 547.26 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 713.59 | 27 records | |
| | | GRAND TOTAL:    BILL: | | | | 547.26 | | |

ExpenseEntireFormPrinting                                                   Page 1 of 1

This expense form was submitted to the accounting department on 11/1/2010 at 2:51 PM.

Form Tracking ID        89336

Created For             4961 GRAHAM, CHRISTOPHER F

Created By              Vargas, Jenny I.

Title                   CFG 11/1/10 Transportation 30837.0002

Expense Type            CLIENT CHARGEABLE

Client Name             30837 LEHMAN BROTHERS HOLDINGS INC.

Matter Name             0002 BANKRUPTCY EMPLOYMENT MATTERS

Description             11/1/10 - Transportation - Meeting.

| Type Of Expense | Date Of Expense | Amount | Description |
|---|---|---|---|
| Taxi (Local Travel) | 11/1/2010 | 8.00 | Transportation - Meeting. |

Total $                 8.00

PRINT THIS FORM

CLOSE

ExpenseEntireFormPrinting                                                                Page 1 of 1

This expense form was submitted to the accounting department on 11/15/2010 at 2:34 PM.

Form Tracking ID        89977

Created For             4961 GRAHAM, CHRISTOPHER F

Created By              Vargas, Jenny I.

Title                   CFG - November 2010 subway ride 30387.0002

Expense Type            CLIENT CHARGEABLE

Client Name             30837 LEHMAN BROTHERS HOLDINGS INC.

Matter Name             0002 BANKRUPTCY EMPLOYMENT MATTERS

Description             November 2010 - Subway Ride.

| Type Of Expense | Date Of Expense | Amount | Description |
|-----------------|-----------------|--------|-------------|
| Ground Transportation | 11/11/2010 | 2.25 | Transportation. |

Total $        2.25



# McKenna Long
## &Aldridge LLP
#### Attorneys at Law

Tel. 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

| | | |
|---|---|---|
| Albany | | New York |
| Atlanta | | Philadelphia |
| Brussels | | San Diego |
| Denver | | San Francisco |
| Los Angeles | | Washington, DC |

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA. 30326

Client No.: 30837                    Invoice No. 745719
Matter No.: 30837.0003               Invoice Date: April 29, 2011
================================================================

    FOR PROFESSIONAL SERVICES RENDERED through November 30, 2010
    RE: AZ 72, LLC

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------:|----------------:|------------:|
| C.F. Graham | 41.60 | 760.00 | 31,616.00 |
| C. Weiss | 1.10 | 525.00 | 577.50 |
| A.F. Kaufman | 55.90 | 450.00 | 25,155.00 |
| J. Kuhn | 52.10 | 400.00 | 20,840.00 |
| R. Tingey | 0.20 | 390.00 | 78.00 |
| M.B. Hoffman | 39.70 | 350.00 | 13,895.00 |
| I. Byrnside | 0.60 | 285.00 | 171.00 |
| R.M. Gee | 33.10 | 225.00 | 7,447.50 |
| H.T. Moore | 2.30 | 225.00 | 517.50 |
| J.E. Reed | 21.10 | 215.00 | 4,536.50 |
| L.D. Williams | 2.50 | 170.00 | 425.00 |
| K. Berton | 0.10 | 165.00 | 16.50 |
| E.W. Bolte | 3.00 | 165.00 | 495.00 |
| Total | 253.30 | | 105,770.50 |

TOTAL FEES:                                          $105,770.50

LEHMAN BROTHERS HOLDINGS INC.          April 29, 2011              PAGE   2
MATTER NUMBER: 30837.0003
INVOICE NO.: 745719


CHARGES:

    COPY CHARGES                      848.90
    DELIVERY SERVICE/MESSENGER        228.31
    LITIGATION SUPPORT VENDORS      6,356.49
    LOCAL TRAVEL                       10.70
    MEALS                              56.55
    OUT OF TOWN TRAVEL                334.40

TOTAL CHARGES:                                    $  7,835.35

T O T A L   T H I S   S T A T E M E N T:          $113,605.85

LEHMAN BROTHERS HOLDINGS INC.                    April 29, 2011              PAGE    3
MATTER NUMBER: 30837.0003
INVOICE NO.: 745719


DESCRIPTION OF SERVICES

| | | | |
|---|---|---|---|
| 11/01/10 | C.F. Graham<br>Task: 4000 | .60 | READ W. ANTONIEWICZ EMAIL REGARDING REVIEW OF DOCUMENTS (0.2); OFFICE CONFERENCE WITH A. KAUFMAN REGARDING DEPOSITION NEXT WEEK (0.2); READ EMAILS FROM A. KAUFMAN REGARDING DEPOSITION PREPARATION SCHEDULE (0.2). |
| 11/01/10 | A.F. Kaufman<br>Task: 4000 | 5.40 | ANALYZE AND REVISE PRIVILEGE LOG. |
| 11/02/10 | A.F. Kaufman<br>Task: 4000 | 4.40 | ANALYZE AND REVISE PRIVILEGE LOG (1.6); ANALYZE CORRESPONDENCE FROM OPPOSING COUNSEL ATTACHING PROPOSED SCHEDULING ORDER AND PROTECTIVE ORDER (0.4); REVISE LETTER TO COURT (0.5); REVISE SCHEDULING ORDER (0.4); REVISE PROTECTIVE ORDER (0.3); DRAFT AND SEND RESPONSIVE EMAIL TO OPPOSING COUNSEL ATTACHING REVISED VERSIONS OF DOCUMENTS (0.8); DRAFT AND SEND EMAIL TO LEHMAN REGARDING PROTECTIVE ORDER (0.4). |
| 11/02/10 | C.F. Graham<br>Task: 4000 | 2.40 | CONFERENCE CALL WITH DEFENSE COUNSEL REGARDING DOCUMENT PRODUCTIONS (0.7); READ S. BELL'S EMAIL REGARDING PROPOSED SCHEDULING ORDER (0.2); READ REVISED SCHEDULING ORDER (0.3); READ REVISED PROTECTIVE ORDER (0.3); READ EMAILS EXCHANGE BETWEEN A. KAUFMAN AND W. ANTONIEWICZ (0.4); REVIEW DRAFT PRIVILEGE LOG RECEIVED FROM J. KUHN (0.5). |
| 11/02/10 | J. Kuhn<br>Task: 4000 | .50 | VARIOUS EMAIL CORRESPONDENCE WITH A. KAUFMAN AND I. BYRNSIDE REGARDING PREPARING W. ANTONIEWICZ OF TRIMONT FOR DEPOSITION. |
| 11/02/10 | R.M. Gee<br>Task: 4000 | 4.40 | REVIEW AND ANALYZE DOCUMENTS FOR CONFIDENTIALITY (1.9); REVIEW AND REVISE PRIVILEGE LOG (2.3); CONFER WITH DTI SKYLINE, VENDOR, REGARDING PRODUCTION OF SUPPLEMENTAL DOCUMENTS (0.1); CONFER WITH A. KAUFMAN REGARDING SAME (0.1). |

LEHMAN BROTHERS HOLDINGS INC.                April 29, 2011              PAGE    4
MATTER NUMBER: 30837.0003
INVOICE NO.: 745719

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/03/10 | R.M. Gee<br>Task:    4000 | 3.40 | REVIEW AND REVISE PRIVILEGE LOG (2.4); REVIEW AND ANALYZE DOCUMENTS FOR CONFIDENTIALITY (1.0). |
| 11/03/10 | J. Kuhn<br>Task:    4000 | .30 | EMAIL CORRESPONDENCE WITH A. KAUFMAN REGARDING PREPARING W. ANTONIEWICZ OF TRIMONT FOR DEPOSITION. |
| 11/03/10 | J. Kuhn<br>Task:    4000 | .30 | EMAIL CORRESPONDENCE WITH A. KAUFMAN REGARDING PREPARING DOCUMENTS FOR REVIEW WITH LEHMAN WITNESS A. BARSANTI AND DEFENDANT WITNESS H. INY. |
| 11/03/10 | J.E. Reed<br>Task:    4000 | .80 | WORK WITH R. GEE TO PULL ALL DOCUMENTS DESIGNATED CONFIDENTIAL FROM AZ 72 LLC PRODUCTION 2. |
| 11/03/10 | I. Byrnside<br>Task:    4000 | .20 | ANALYZE AND RESOLVE ISSUES RELATED TO SECOND PRODUCTION OF DOCUMENTS TO DEFENDANTS. |
| 11/03/10 | C.F. Graham<br>Task:    4000 | 1.70 | CONFERENCE CALL WITH DEFENSE COUNSEL REGARDING SCHEDULING ORDER (0.6); CONFERENCE CALL WITH DEFENSE COUNSEL REGARDING PROTECTIVE ORDER (0.3); CALL TO J. CHORMANSKI AT LEHMAN REGARDING COUNTER-PROPOSAL (0.1); OFFICE CONFERENCE WITH A. KAUFMAN REGARDING STRATEGY/ISSUES (0.3); READ EMAIL FROM A. KAUFMAN WITH REVISED SCHEDULING ORDER (0.2); READ EMAIL FROM W. ANTONIEWICZ REGARDING DEPOSITION PREPARATION (0.2). |
| 11/03/10 | A.F. Kaufman<br>Task:    4000 | 8.40 | TELEPHONE CONFERENCE WITH OPPOSING COUNSEL REGARDING SCHEDULING ORDER (0.6); PREPARE AND SEND EMAIL TO J. CHORMANSKI REGARDING PROTECTIVE ORDER (0.2); REVISE DRAFT SCHEDULING ORDER (0.2); PREPARE AND SEND EMAIL TO OPPOSING COUNSEL REGARDING SAME (0.1); ANALYZE ISSUES RELATING TO PRIVILEGE LOG (0.4); ANALYZE AND PREPARE DOCUMENTS FOR DEPOSITION PREPARATION OF W. ANTONIEWICZ (6.9). |

LEHMAN BROTHERS HOLDINGS INC.                April 29, 2011                PAGE    5
MATTER NUMBER: 30837.0003
INVOICE NO.: 745719

| | | | |
|---|---|---|---|
| 11/04/10 | A.F. Kaufman<br>Task:   4000 | 3.80 | ANALYZE SCHEDULING ORDER SENT BY OPPOSING COUNSEL (0.3); RESPOND TO SAME (0.3); REVIEW AND REVISE LETTER TO E. SHERMAN ENCLOSING DISCOVERY AND PRIVILEGE LOG (0.9); ANALYZE AND REVISE PRIVILEGE LOG (0.9); EXCHANGE EMAILS WITH J. CHORMANSKI REGARDING PROTECTIVE ORDER (0.2); ANALYZE AND PREPARE DOCUMENTS FOR DEPOSITION PREPARATION OF W. ANTONIEWICZ (0.8); OFFICE CONFERENCES WITH C. GRAHAM REGARDING SCHEDULING AND PROTECTIVE ORDERS (0.4). |
| 11/04/10 | C.F. Graham<br>Task:   4000 | 3.50 | REVIEW 135 PAGE PRIVILEGE LOG (1.5); REVISE A. KAUFMAN LETTER TO E. SHERMAN (0.3); READ S. MCDUFFIE EMAIL REGARDING SCHEDULING ORDER (0.3); OFFICE CONFERENCE WITH A. KAUFMAN REGARDING CHANGES TO SCHEDULING ORDER (0.2); OFFICE CONFERENCE WITH A. KAUFMAN REGARDING PROTECTIVE ORDER ISSUES (0.2); EMAILS WITH J. CHORMANSKI REGARDING PROTECTIVE ORDER (0.3); EMAILS WITH W. ANTONIEWICZ REGARDING DEPOSITION PREPARATION (0.2); REVIEW DEPOSITION MATERIALS FOR W. ANTONIEWICZ (0.5). |
| 11/04/10 | C. Weiss<br>Task:   4000 | .70 | WORK ON ANALYSIS OF DOCUMENTS TO BE PRODUCED BY LEHMAN FOR INCLUSION IN PRIVILEGE LOG. |
| 11/04/10 | I. Byrnside<br>Task:   4000 | .20 | REVIEW AND ANALYZE DOCUMENTS PRODUCED BY PLAINTIFF AND DEFENDANT IN PREPARATION FOR DEPOSITION OF A. BARSANTI. |
| 11/04/10 | M.B. Hoffman<br>Task:   4000 | .50 | OFFICE CONFERENCE WITH J. KUHN REGARDING UPCOMING DEPOSITIONS OF DEFENDANTS AND POSSIBLE DOCUMENTS THAT WILL NEED TO BE REVIEWED AND ANALYZED FOR USE IN DEPOSITION (0.2); OFFICE CONFERENCE WITH J. KUHN AND A. KAUFMAN REGARDING UPCOMING DEPOSITIONS OF DEFENDANTS AND POSSIBLE DOCUMENTS THAT WILL NEED TO BE EXAMINED AND IDENTIFIED FOR USE IN DEPOSITION (0.2); DEVELOP STRATEGY TO EXAMINE AND IDENTIFY DEFENDANTS  DOCUMENTS FOR USE IN DEPOSITION OF DEFENDANT H. INY (0.1). |

LEHMAN BROTHERS HOLDINGS INC.                April 29, 2011            PAGE    6
MATTER NUMBER: 30837.0003
INVOICE NO.: 745719

| 11/04/10 | J. Kuhn<br>Task: 4000 | .80 | OFFICE CONFERENCE WITH M. HOFFMAN AND A. KAUFMAN REGARDING REVIEWING PRODUCTION FOR DOCUMENTS TO USE FOR TAKING DEPOSITIONS OF DEFENSE WITNESSES (0.5); OFFICE CONFERENCE WITH J. REED REGARDING CRAFTING SEARCH TERMS FOR DOCUMENTS TO PULL RELEVANT DOCUMENTS TO USE DURING DEPOSITION PREPARATION OF AZ 72 WITNESS W. ANTONIEWICZ (0.3). |
|---|---|---|---|
| 11/04/10 | R.M. Gee<br>Task: 4000 | 5.30 | REVIEW AND REVISE NOVEMBER 4, 2010 LETTER TO E. SHERMAN (1.6); REVIEW AND ANALYZE DOCUMENTS FOR CONFIDENTIALITY AND PRIVILEGE IN CONNECTION WITH SUPPLEMENTAL DOCUMENT PRODUCTION (2.2); REVIEW AND REVISE PRIVILEGED LOG (0.8); SERVE SUPPLEMENTAL DOCUMENT PRODUCTION AND PRIVILEGE LOG ON OPPOSING COUNSEL (0.3); MULTIPLE MEETINGS WITH A. KAUFMAN AND R. TINGEY REGARDING PRIVILEGED LOG AND SUPPLEMENTAL DOCUMENT PRODUCTION (0.4). |
| 11/04/10 | J. Kuhn<br>Task: 4000 | .20 | OFFICE CONFERENCE WITH A. KAUFMAN REGARDING CONTENT OF PRIVILEGE LOG. |
| 11/05/10 | J.E. Reed<br>Task: 4000 | 1.90 | PREPARE DOCUMENTS FOR DEPOSITION PREPARATION WITH W. ANTONIEWICZ (0.4); ASSIST WITH DEPOSITION PREPARATION (1.5). |
| 11/05/10 | C.F. Graham<br>Task: 4000 | 5.30 | VIDEO-CONFERENCE WITH W. ANTONIEWICZ PREPARING HIM FOR HIS DEPOSITION NEXT WEEK. |
| 11/05/10 | A.F. Kaufman<br>Task: 4000 | 5.20 | PREPARE DOCUMENTS FOR AND CONDUCT DEPOSITION PREPARATION OF W. ANTONIEWICZ. |
| 11/08/10 | J. Kuhn<br>Task: 4000 | .20 | DRAFT EMAIL CORRESPONDENCE TO A. KAUFMAN ANALYZING EMAIL FROM W. ANTONIEWICZ TO LEHMAN PERSONNEL REGARDING LOAN RECOMMENDATION. |
| 11/08/10 | J. Kuhn<br>Task: 4000 | .20 | OFFICE CONFERENCE WITH J. REED REGARDING PRODUCTION OF EMAILS FROM W. ANTONIEWICZ REGARDING ANALYSIS OF DEFENDANTS' PROPOSALS FOR LOAN RELIEF. |
| 11/08/10 | H.T. Moore<br>Task: 4000 | .40 | ANALYZE, EDIT, TEST, AND LOAD VENDOR DATA FILES. |

LEHMAN BROTHERS HOLDINGS INC.                April 29, 2011              PAGE    7
MATTER NUMBER: 30837.0003
INVOICE NO.: 745719

| 11/08/10 | C.F. Graham<br>Task:  4000 | 1.80 | CONFERENCE CALL REGARDING H. INY DEPOSITION WITH M. HOFFMAN AND J. KUHN (0.5); DRAFT QUESTIONS FOR H. INY DEPOSITION (1.0); OFFICE CONFERENCE WITH A. KAUFMAN REGARDING PROTECTIVE ORDER (0.3). |
|---|---|---|---|
| 11/08/10 | J. Kuhn<br>Task:  4000 | 2.80 | REVIEW OF DRAFT OF PLAINTIFF'S BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN ORDER TO ANALYZE AND COLLECT DOCUMENTS FOR USE AT DEPOSITIONS OF DEFENDANT'S WITNESSES (0.8); REVIEW AND ANALYZE PRODUCTION DOCUMENTS FOR USE IN PREPARING A. BARSANTI FOR DEPOSITION (2.0). |
| 11/08/10 | A.F. Kaufman<br>Task:  4000 | .60 | TELEPHONE CONFERENCES WITH C. GRAHAM, M. HOFFMAN AND J. KUHN REGARDING PREPARATION FOR UPCOMING DEPOSITIONS. |
| 11/08/10 | I. Byrnside<br>Task:  4000 | .20 | REVIEW AND ANALYZE RECOMMENDATIONS OF W. ANTONIEWICZ AND DOCUMENTS PRODUCED TO DEFENDANTS REGARDING SAME. |
| 11/08/10 | J.E. Reed<br>Task:  4000 | 4.00 | ASSIST J. KUHN WITH DOCUMENTS FOR A. BARSANTI DEPOSITION PREPARATION (2.0); REVIEW CORRESPONDENCE BY W. ANTONIEWICZ FOR ANALYSIS OR RECOMMENDATIONS (1.4); CONFIRM PRIVILEGE LOG OR REDACTION STATUS (0.6). |
| 11/08/10 | M.B. Hoffman<br>Task:  4000 | .40 | EXAMINE AND ANALYZE GOALS FOR DEPOSITION OF DEFENDANT H. INY (0.2); DETERMINE DOCUMENTS TO IDENTIFY DURING REVIEW OF DEFENDANTS' DOCUMENT PRODUCTION (0.2). |
| 11/08/10 | E.W. Bolte<br>Task:  4000 | .50 | EXPORT DOCUMENTS FROM SUMMATION DATABASE TO FIRM NETWORK. |
| 11/09/10 | R.M. Gee<br>Task:  4000 | 2.20 | REVIEW, ANALYZE AND ORGANIZE DOCUMENTS WITH RESPECT TO PRIVILEGE ISSUES FOR DATABASE (1.6); PREPARE COVER LETTER TO R. KAUFMAN OF FENIGSTEIN & KAUFMAN ENCLOSING UPDATED SUPPLEMENTAL DOCUMENT PRODUCTION (0.1); REVIEW AND ANALYZE DEFICIENCIES WITH SUPPLEMENTAL DOCUMENT PRODUCTION (0.5). |
| 11/09/10 | A.F. Kaufman<br>Task:  4000 | .20 | CONFER WITH C. GRAHAM REGARDING DISCOVERY ISSUES. |

LEHMAN BROTHERS HOLDINGS INC.                April 29, 2011            PAGE    8
MATTER NUMBER: 30837.0003
INVOICE NO.: 745719


11/09/10    J.E. Reed        5.00    CONTINUED ATTENTION TO REVIEW OF W. ANTONEWICZ
            Task:  4000               CORRESPONDENCE REGARDING RECOMMENDATIONS (3.4);
                                      CREATE INDEX FOR SAME (1.6).

11/09/10    C.F. Graham      2.60    MARK-UP SCHEDULING ORDER (0.3); REVISE
            Task:  4000               PROTECTIVE ORDER (0.4); OFFICE CONFERENCE WITH
                                      A. KAUFMAN REGARDING ISSUES IN DISPUTE (0.2);
                                      CALL WITH W. ANTONTIEWICZ REGARDING DEPOSITION
                                      (0.2); FURTHER CALL WITH W. ANTONIEWICZ
                                      REGARDING DEPOSITION (0.1); CONFERENCE CALL
                                      WITH DEFENSE COUNSEL R. KAUFMAN, S. BELL AND E.
                                      SHERMAN REGARDING SETTLEMENT OF ISSUES (0.9);
                                      EMAILS WITH S. BELL REGARDING DOCUMENT
                                      PRODUCTION (0.3); OFFICE CONFERENCE WITH R. GEE
                                      REGARDING DOCUMENT PRODUCTION (0.2).

11/09/10    J. Kuhn          1.00    ANALYZE PRODUCTION DOCUMENTS AND WITHHELD
            Task:  4000               DOCUMENTS FOR ANALYSES AND RECOMMENDATIONS OF
                                      TRIMONT WITNESS W. ANTONIEWICZ IN PREPARATION
                                      FOR W. ANTONEWICZ'S DEPOSITION.

11/09/10    J.E. Reed        3.00    CONTINUED ATTENTION TO REVIEW OF W. ANTONEWICZ
            Task:  4000               CORRESPONDENCE REGARDING RECOMMENDATIONS (2.2);
                                      CREATE INDEX FOR SAME (0.8).

11/09/10    J. Kuhn           .20    DRAFT EMAIL TO A. KAUFMAN SUMMARIZING AND
            Task:  4000               ANALYZING RECOMMENDATIONS MADE BY TRIMONT
                                      WITNESS W. ANTONIEWICZ IN PREPARATION FOR W.
                                      ANTONIEWICZ'S DEPOSITION.

11/09/10    J. Kuhn          3.20    REVIEW AND ANALYZE PRODUCTION DOCUMENTS FOR USE
            Task:  4000               IN PREPARING A. BARSANTI FOR DEPOSITION AND FOR
                                      PREPARING CROSS-EXAMINATION DEPOSITION OUTLINES
                                      OF DEFENSE WITNESSES.

11/10/10    J.E. Reed        1.50    WORK WITH LITIGATION SUPPORT ON CREATION OF GAC
            Task:  4000               TAGGING FOR DEPOSITION PREPARATION (0.9);
                                      REVIEW DOCUMENTS IN PREPARATION FOR A. BARSANTI
                                      DEPOSITION (0.6).

11/10/10    C.F. Graham      3.40    CONFERENCE CALL WITH DEFENSE COUNSEL REGARDING
            Task:  4000               DEPOSITIONS (0.6); OFFICE CONFERENCE WITH A.
                                      KAUFMAN REGARDING REVISIONS TO PROTECTIVE ORDER
                                      (0.2); 2 CALLS WITH J. CHORMANSKI REGARDING
                                      DEPOSITIONS (0.4); EMAILS WITH W. ANTONIEWICZ

LEHMAN BROTHERS HOLDINGS INC.                April 29, 2011              PAGE    9
MATTER NUMBER: 30837.0003
INVOICE NO.: 745719

                                    REGARDING HIS DEPOSITION (0.2); READ EMAIL
ATTACHMENT FROM S. MCDUFFIE REGARDING REVISED
PROTECTIVE ORDER (0.3); REVIEW DOCUMENTS FOR A.
BARSANTI DEPOSITION DEFENSE (1.3); OFFICE
CONFERENCE WITH R. GEE REGARDING OCR TEST
PRODUCTION TO DEFENSE COUNSEL (0.2); EMAILS
WITH S. MCDUFFIE REGARDING OCR TEXT DISK
PRODUCTION (0.2).

11/10/10   J. Kuhn            .70   REVIEW AND ANALYZE PRODUCTION DOCUMENTS FOR USE
           Task: 4000               IN PREPARING A. BARSANTI FOR DEPOSITION AND
                                    FOR PREPARING CROSS-EXAMINATION DEPOSITION
                                    OUTLINES OF DEFENSE WITNESSES.

11/10/10   J. Kuhn            .60   REVIEW AND ANALYZE PRODUCTION DOCUMENTS TO
           Task: 4000               DETERMINE WHICH DOCUMENTS TO USE DURING
                                    DEPOSITION OF DEFENSE WITNESS H. INY.

11/10/10   A.F. Kaufman      1.40   ANALYZE DRAFT SCHEDULING ORDER AND PROTECTIVE
           Task: 4000               ORDER SENT BY OPPOSING COUNSEL (0.4); TELEPHONE
                                    CONFERENCE WITH OPPOSING COUNSEL AND C. GRAHAM
                                    REGARDING PROTECTIVE ORDER (0.6); TELEPHONE
                                    CALLS WITH J. CHORMANSKI REGARDING SAME AND
                                    DEPOSITIONS (0.4).

11/10/10   M.B. Hoffman       .20   REVIEW AND ANALYZE DEFENDANTS' DOCUMENT
           Task: 4000               PRODUCTION TO IDENTIFY DOCUMENTS AND PREPARE
                                    FOR DEPOSITION OF DEFENDANT H. INY.

11/10/10   R.M. Gee           .60   REVIEW AND ANALYZE DOCUMENTS FOR
           Task: 4000               CONFIDENTIALITY (0.5); CONFERRED WITH DTI
                                    SKYLINE, VENDOR, REGARDING PROCESSING NEW DISC
                                    FOR SUPPLEMENTAL DOCUMENT PRODUCTION (0.1).

11/11/10   J. Kuhn           1.60   CONTINUE TO REVIEW AND ANALYZE PRODUCTION
           Task: 4000               DOCUMENTS FOR USE IN PREPARING A. BARSANTI FOR
                                    DEPOSITION AND FOR PREPARING CROSS-EXAMINATION
                                    DEPOSITION OUTLINES OF DEFENSE WITNESSES.

11/11/10   M.B. Hoffman      1.80   REVIEW AND ANALYZE DEFENDANTS' DOCUMENT
           Task: 4000               PRODUCTION TO IDENTIFY DOCUMENTS AND PREPARE
                                    FOR DEPOSITION OF DEFENDANT H. INY.

11/12/10   M.B. Hoffman      1.40   REVIEW AND ANALYZE DEFENDANTS' DOCUMENT
           Task: 4000               PRODUCTION TO IDENTIFY DOCUMENTS AND PREPARE
                                    FOR DEPOSITION OF DEFENDANT H. INY.

LEHMAN BROTHERS HOLDINGS INC.                April 29, 2011           PAGE   10
MATTER NUMBER: 30837.0003
INVOICE NO.: 745719


| 11/12/10 | J. Kuhn<br>Task:   4000 | .80 | REVIEW AND ANALYZE PRODUCTION DOCUMENTS TO DETERMINE WHICH DOCUMENTS TO USE FOR PREPARING A. BARSANTI OF LEHMAN FOR DEPOSITION. |
|---|---|---|---|
| 11/12/10 | A.F. Kaufman<br>Task:   4000 | .50 | ANALYZE EMAIL FROM OPPOSING COUNSEL (0.2); EXCHANGE EMAILS WITH J. CHORMANSKI REGARDING PROTECTIVE ORDER (0.1); DRAFT LETTER TO J. CHORMANSKI ENCLOSING MATERIALS FOR DEPOSITION PREPARATION (0.2). |
| 11/15/10 | A.F. Kaufman<br>Task:   4000 | .50 | EXCHANGE EMAILS WITH J. CHORMANSKI REGARDING PROTECTIVE ORDER AND DEPOSITION SCHEDULING (0.2); CONFER WITH C. GRAHAM REGARDING SAME (0.3). |
| 11/15/10 | J. Kuhn<br>Task:   4000 | 2.50 | CONTINUED REVIEW AND ANALYSIS OF PRODUCTION DOCUMENTS TO DETERMINE WHICH DOCUMENTS TO USE FOR PREPARING A. BARSANTI OF LEHMAN FOR DEPOSITION. |
| 11/15/10 | R.M. Gee<br>Task:   4000 | .10 | UPDATE CASE CALENDAR WITH NEW DEPOSITION DATES. |
| 11/16/10 | J. Kuhn<br>Task:   4000 | .40 | OFFICE CONFERENCE WITH M. HOFFMAN REGARDING REVIEW AND ANALYSIS OF CONFIDENTIAL DOCUMENTS PRODUCED BY DEFENDANTS (0.2); OFFICE CONFERENCE WITH A. KAUFMAN REGARDING DOCUMENT REVIEW AND DEPOSITIONS (0.2). |
| 11/16/10 | M.B. Hoffman<br>Task:   4000 | 3.10 | REVIEW AND ANALYZE DEFENDANTS' DOCUMENT PRODUCTION TO IDENTIFY DOCUMENTS AND PREPARE FOR DEPOSITION OF DEFENDANT H. INY (2.9); CONFER WITH J. KUHN WITH RESPECT THERETO (0.2). |
| 11/16/10 | A.F. Kaufman<br>Task:   4000 | .70 | EXCHANGE EMAILS WITH J. CHORMANSKI REGARDING PROTECTIVE ORDER (0.2); CONFER WITH J. KUHN REGARDING DOCUMENT REVIEW AND DEPOSITION SCHEDULING (0.2); CONFER WITH C. GRAHAM REGARDING PROTECTIVE ORER (0.3). |
| 11/16/10 | J. Kuhn<br>Task:   4000 | .80 | CONTINUED REVIEW AND ANALYSIS OF LEHMAN PRODUCTION DOCUMENTS TO DETERMINE WHAT DOCUMENTS TO USE FOR TAKING DEPOSITION OF DEFENSE WITNESS H. INY. |

LEHMAN BROTHERS HOLDINGS INC.                April 29, 2011              PAGE   11
MATTER NUMBER: 30837.0003
INVOICE NO.: 745719

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/16/10 | C.F. Graham<br>Task:  4000 | 2.50 | PREPARE WITNESS SHEET FOR H. INEY'S DEPOSITION ON DECEMBER 7TH (1.0); OFFICE CONFERENCE WITH A. KAUFMAN REGARDING DOCUMENT PRODUCTION ORDER (0.3); EMAILS WITH TRIMONT REGARDING DEPOSITION SCHEDULE(0.2); EMAILS WITH W. ANTONIEWICZ REGARDING DEPOSITION (0.3); READ EMAIL FROM DEFENSE COUNSEL S. MCDUFFIE REGARDING DOCUMENT PRODUCTIONS (0.1);   READ ATTACHMENT TO S. MCDUFFIE'S EMAIL REGARDING PROTECTIVE ORDER (0.2); READ EMAILS FROM J. CHORMANSKI REGARDING DEPOSITIONS(0.4). |
| 11/17/10 | A.F. Kaufman<br>Task:  4000 | .40 | CONFER WITH J. CHORMANSKI REGARDING PROTECTIVE ORDER (0.2); DRAFT AND SEND LETTER TO OPPOSING COUNSEL ENCLOSING CONFIDENTIAL DOCUMENTS (0.2). |
| 11/17/10 | R.M. Gee<br>Task:  4000 | .70 | PREPARE COVER LETTER TO S. MCDUFFIE (0.1); ANALYZE AND REVIEW CONFIDENTIAL DOCUMENTS IN PREPARATION FOR PRODUCTION (0.5); CONFER WITH A. KAUFMAN REGARDING SAME (0.1). |
| 11/18/10 | R.M. Gee<br>Task:  4000 | 1.50 | REVIEW EMAIL FROM S. MCDUFFIE REGARDING DOCUMENT CUSTODIANS (0.1); CONFER WITH A. KAUFMAN REGARDING SAME (0.2);   REVIEW AND ANALYZE DOCUMENT PRODUCTION AND PREPARE CHART AND EMAIL REGARDING SOURCES OF DOCUMENT PRODUCTION BY BATES RANGE (1.2). |
| 11/18/10 | A.F. Kaufman<br>Task:  4000 | 1.10 | ANALYZE DOCUMENT PRODUCTION WITH RESPECT TO LEHMAN AND TRIMONT DOCUMENTS (0.7); EXCHANGE EMAILS WITH OPPOSING COUNSEL REGARDING DOCUMENT PRODUCTION (0.2) CONFER WITH R. GEE REGARDING EMAIL FROM S. MCDUFFIE REGARDING CUSTODIANS (0.2). |
| 11/19/10 | A.F. Kaufman<br>Task:  4000 | .90 | CORRESPOND WITH OPPOSING COUNSEL REGARDING DOCUMENT PRODUCTION AND DEPOSITIONS. |
| 11/19/10 | M.B. Hoffman<br>Task:  4000 | 1.20 | REVIEW AND ANALYZE DEFENDANTS' DOCUMENT PRODUCTION TO IDENTIFY DOCUMENTS AND PREPARE FOR DEPOSITION OF DEFENDANT H. INY. |

LEHMAN BROTHERS HOLDINGS INC.          April 29, 2011          PAGE  12
MATTER NUMBER: 30837.0003
INVOICE NO.: 745719

| | | | |
|---|---|---|---|
| 11/20/10 | M.B. Hoffman<br>Task:  4000 | 5.80 | REVIEW AND ANALYZE DEFENDANTS' DOCUMENT PRODUCTION TO IDENTIFY DOCUMENTS AND PREPARE FOR DEPOSITION OF DEFENDANT H. INY (5.5); DRAFT CORRESPONDENCE TO J. KUHN REGARDING STRATEGY FOR REVIEW AND ANALYSIS OF GAC DOCUMENT PRODUCTION TO IDENTIFY EXHIBITS FOR H. INY DEPOSITION (0.3). |
| 11/21/10 | M.B. Hoffman<br>Task:  4000 | .80 | REVIEW AND ANALYZE DEFENDANTS' DOCUMENT PRODUCTION TO IDENTIFY DOCUMENTS AND PREPARE FOR DEPOSITION OF DEFENDANT H. INY (0.5); OFFICE CONFERENCE WITH J. KUHN REGARDING STRATEGY TO PREPARE FOR H. INY DEPOSITION (0.3). |
| 11/21/10 | J. Kuhn<br>Task:  4000 | 2.00 | WORK ON DRAFT OF OUTLINE FOR DEPOSITION OF H. INY. |
| 11/22/10 | J.E. Reed<br>Task:  4000 | 2.40 | ASSIST WITH PREPARATION FOR DEPOSITION OF  I. HASKELL. |
| 11/22/10 | J. Kuhn<br>Task:  4000 | 2.90 | WORK ON DRAFT OF OUTLINE FOR DEPOSITION OF H. INY (2.5); TELEPHONE CONFERENCE WITH A. KAUFMAN AND M. HOFFMAN REGARDING REVIEW OF CONFIDENTIAL DOCUMENTS PRODUCED BY DEFENDANT AND PREPARING OUTLINE FOR DEPOSITION OF H. INY (0.4). |
| 11/22/10 | A.F. Kaufman<br>Task:  4000 | 1.10 | ANALYZE DOCUMENT PRODUCTION AND DEPOSITION ISSUES (0.5); CONFER WITH INTERNAL TEAM IN RELATION TO SAME (0.4); TELEPHONE CALL WITH S. LAUER REGARDING TRIMONT DEPOSITION (0.2). |
| 11/22/10 | M.B. Hoffman<br>Task:  4000 | 4.50 | REVIEW AND ANALYZE PRIVILEGE LOG AND CONFIDENTIAL DOCUMENT PRODUCTION BY DEFENDANTS (1.1); CONFER WITH A. KAUFMAN, C. GRAHAM, AND J. KUHN REGARDING STRATEGY FOR H. INY DEPOSITION RELATED TO REVIEW OF CONFIDENTIAL DOCUMENTS PRODUCED BY DEFENDANTS (0.6); CONTINUE TO REVIEW AND ANALYZE DEFENDANTS' DOCUMENTS PRODUCTION TO PREPARE FOR H. INY DEPOSITION (2.8). |
| 11/22/10 | E.W. Bolte<br>Task:  4000 | 1.00 | WORK WITH THIRD PARTY VENDOR AND M. HOFFMAN ON DOCUMENT PRODUCTION. |

LEHMAN BROTHERS HOLDINGS INC.             April 29, 2011           PAGE  13
MATTER NUMBER: 30837.0003
INVOICE NO.: 745719

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/22/10 | C.F. Graham<br>Task:  4000 | .30 | READ EMAIL FROM A. KAUFMAN REGARDING CHANGES TO DEFENDANTS' PRIVILEGE LOG. |
| 11/23/10 | E.W. Bolte<br>Task:  4000 | 1.50 | LOAD IMAGES AND TEXT INTO SUMMATION DATABASE. |
| 11/23/10 | M.B. Hoffman<br>Task:  4000 | 10.40 | REVIEW AND ANALYZE CONFIDENTIAL DOCUMENTS PRODUCED BY DEFENDANTS TO IDENTIFY DOCUMENTS FOR DEFENSIVE TRIMONT DEPOSITION AND OFFENSIVE H. INY DEPOSITION. |
| 11/23/10 | J.E. Reed<br>Task:  4000 | 1.20 | CONTINUED ATTENTION TO ANALYZING DOCUMENTS FOR I. HASKEL DEPOSITION. |
| 11/23/10 | A.F. Kaufman<br>Task:  4000 | 2.10 | ANALYZE DOCUMENT PRODUCTION AND DEPOSITION ISSUES (0.9); CONFER WITH INTERNAL TEAM IN RELATION TO SAME (0.9); REVIEW EMAIL FROM OPPOSING COUNSEL REGARDING DOCUMENT PRODUCTION (0.2); EXCHANGE EMAILS WITH OPPOSING COUNSEL REGARDING THEIR DOCUMENT PRODUCTION (0.1). |
| 11/23/10 | L.D. Williams<br>Task:  4000 | 1.00 | EXPORT ELECTRONIC DOCUMENTS FROM MASTER DATABASE IN PREPARATION OF VENDOR PRINTING FOR ATTORNEY REVIEW. |
| 11/23/10 | J. Kuhn<br>Task:  4000 | 5.50 | REVIEW OF DOCUMENTS PRODUCED BY LEHMAN, TRIMONT, AND DEFENDANTS IN ORDER TO PREPARE DEPOSITION EXHIBITS FOR DEPOSITION OF H. INY. |
| 11/23/10 | J. Kuhn<br>Task:  4000 | .50 | TELEPHONE CONFERENCES WITH A. KAUFMAN AND M. HOFFMAN REGARDING REVIEW OF CONFIDENTIAL DOCUMENTS PRODUCED BY DEFENDANTS IN ORDER TO PREPARE DOCUMENTS TO USE IN PREPARING FOR TAKING DEPOSITION OF H. INY AND DEFENDING DEPOSITION OF W. ANTONIEWICZ. |
| 11/23/10 | J. Kuhn<br>Task:  4000 | .50 | TELEPHONE CONFERENCE WITH C. GRAHAM, A. KAUFMAN AND M. HOFFMAN REGARDING PREPARING EXHIBITS AND OUTLINE FOR DEPOSITION OF H. INY. |
| 11/23/10 | C.F. Graham<br>Task:  4000 | 3.40 | CONFERENCE CALL WITH A. KAUFMAN AND M. HOFFMAN REGARDING H. INY DOCUMENTS (0.5); REVIEW W. ANTONIEWICZ RECOMMENDATIONS ON VARIOUS SETTLEMENT OFFERS (0.8); OFFICE CONFERENCE WITH A. KAUFMAN REGARDING PRIVILEGED DOCUMENTS(0.2); |

LEHMAN BROTHERS HOLDINGS INC.          April 29, 2011          PAGE  14
MATTER NUMBER: 30837.0003
INVOICE NO.: 745719

|            |               |      |                                                                                                                                                                                                                |
|------------|---------------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |               |      | READ 2 EMAILS FROM E. SHERMAN, DEFENSE COUNSEL, REGARDING CONFIDENTIAL DOCUMENTS (0.4); WORK ON 10 PAGE OUTLINE FOR H. INY DEPOSITION (1.2); READ HIGHLY CONFIDENTIAL EMAILS REGARDING BANK OF AMERICA REFINANCING IN MAY 2008 (0.3). |
| 11/23/10   | R. Tingey     | .20  | REVIEW EMAIL FROM PLAINTIFF'S COUNSEL REGARDING DISCOVERY ISSUES AND EMAIL TO A. KAUFMAN REGARDING SAME. |
|            | Task:   4000  |      |  |
| 11/24/10   | J. Kuhn       | .30  | TELEPHONE CALL WITH A. KAUFMAN REGARDING RESPONDING TO DEFENDANTS' EMAIL REGARDING LEHMAN'S DOCUMENT PRODUCTION AND PRIVILEGE LOG. |
|            | Task:   4000  |      |  |
| 11/24/10   | J. Kuhn       | .70  | DRAFT EMAIL CORRESPONDENCE TO A. KAUFMAN ANALYZING DEFENDANTS' CONCERNS REGARDING LEHMAN'S PRIVILEGE LOG ENTRIES. |
|            | Task:   4000  |      |  |
| 11/24/10   | H.T. Moore    | 1.00 | ANALYZE, EDIT, TEST, AND LOAD VENDOR DATA FILES. |
|            | Task:   4000  |      |  |
| 11/24/10   | C.F. Graham   | 4.30 | READ LONG EMAIL FROM E. SHERMAN (0.4); DRAFT RESPONSE TO E. SHERMAN (0.7);  READ PRIVILEGED DOCUMENTS REGARDING TRIMONT RECOMMENDATIONS ON DEBTOR'S VARIOUS SETTLEMENT OFFERS (3.2). |
|            | Task:   4000  |      |  |
| 11/24/10   | J. Kuhn       | 8.00 | REVIEW AND ANALYZE CONFIDENTIAL DOCUMENTS AND BOTH PARTIES' PRODUCTIONS TO DETERMINE WHICH DOCUMENTS TO USE DURING DEPOSITION OF DEFENDANT WITNESS H. INY. |
|            | Task:   4000  |      |  |
| 11/24/10   | L.D. Williams | 1.50 | ELECTRONIC DOCUMENT CONVERSION FOR ATTORNEY REVIEW AND SEARCH. |
|            | Task:   4000  |      |  |
| 11/24/10   | A.F. Kaufman  | 4.50 | ANALYZE DOCUMENT PRODUCTION AND DEPOSITION ISSUES (2.9); DRAFT AND SEND RESPONSE TO DOCUMENT ISSUES RAISED BY OPPOSING COUNSEL (1.6). |
|            | Task:   4000  |      |  |
| 11/24/10   | J.E. Reed     | 1.30 | REVIEW W. ANTONIEWICZ RECOMMENDATIONS TO LEHMAN BROTHERS AND ANALYZE RESPONSES (0.7); ANALYZE EMAIL FROM OPPOSING COUNSEL CLAIMING PRIVILEGE LOG DEFICIENCIES (0.4); RESPOND TO A. KAUFMAN REGARDING SAME (0.2). |
|            | Task:   4000  |      |  |

LEHMAN BROTHERS HOLDINGS INC.              April 29, 2011              PAGE  15
MATTER NUMBER: 30837.0003
INVOICE NO.: 745719


| 11/24/10 | R.M. Gee<br>Task:  4000 | 2.20 | REVIEW EMAIL FROM E. SHERMAN REGARDING PRODUCTION DEFICIENCIES  (0.1); CONFER WITH A. KAUFMAN REGARDING SAME (0.1); REVIEW AND ANALYZE SUPPLEMENTAL DOCUMENT PRODUCTION IN CONNECTION WITH ALLEGED DEFICIENCIES IN DOCUMENT PRODUCTION LISTED IN EMAIL FROM E. SHERMAN (2.0). |
| --- | --- | --- | --- |
| 11/24/10 | M.B. Hoffman<br>Task:  4000 | 2.20 | CONTINUE TO REVIEW AND ANALYZE CONFIDENTIAL DOCUMENTS PRODUCED BY DEFENDANTS TO IDENTIFY DOCUMENTS FOR DEFENSIVE DEPOSITION PREPARATION AND H. INY DEPOSITION (0.6); OFFICE CONFERENCE WITH J. KUHN REGARDING STRATEGY FOR H. INY DEPOSITION (0.2); CONTINUE TO REVIEW AND ANALYZE DEFENDANTS' DOCUMENT PRODUCTION TO PREPARE FOR H. INY DEPOSITION (1.4). |
| 11/26/10 | R.M. Gee<br>Task:  4000 | 1.50 | REVIEW AND ANALYZE COMMUNICATION BETWEEN W. ANTONIEWICZ  AND LEHMAN BROTHERS IN PREPARATION FOR CALL WITH PRYOR CASHMAN IN CONNECTION WITH THEIR LETTER REGARDING DOCUMENT PRODUCTION DEFICIENCIES (1.4); CONFER WITH A. KAUFMAN REGARDING SAME (0.1). |
| 11/26/10 | C.F. Graham<br>Task:  4000 | 2.40 | OFFICE CONFERENCE WITH A. KAUFMAN REGARDING CONFERENCE CALL WITH DEFENSE COUNSEL STRATEGY/ISSUES (0.5); CONFERENCE CALL WITH DEFENSE COUNSEL R. KAUFMAN, E. SHERMAN, S. BELL AND S. MCDUFFIE REGARDING CASE PROSECUTION ISSUES (1.0); REVIEW PRIVILEGE DOCUMENT REDACTIONS (0.7); READ EMAIL FROM S. BELL REGARDING DOCUMENT PRODUCTION (0.2). |
| 11/26/10 | A.F. Kaufman<br>Task:  4000 | 3.10 | REVIEW AND ANALYZE MATERIALS FOR DEPOSITION PREPARATION OF W. ANTONIEWICZ (2.2); PREPARE FOR AND PARTICIPATE IN TELEPHONE CONFERENCE WITH OPPOSING COUNSEL REGARDING CASE PROSECUTION ISSUES (1.0); REVIEW AND ANALYZE DISCOVERY RELATING TO SHORT SALE RECOMMENDATIONS (0.5). |
| 11/27/10 | J. Kuhn<br>Task:  4000 | 2.00 | REVIEW AND ANALYZE CONFIDENTIAL DOCUMENTS AND BOTH PARTIES' PRODUCTIONS TO DETERMINE WHICH DOCUMENTS TO USE DURING DEPOSITION OF DEFENDANT WITNESS H. INY. |

LEHMAN BROTHERS HOLDINGS INC.                April 29, 2011              PAGE  16
MATTER NUMBER: 30837.0003
INVOICE NO.: 745719

| 11/28/10 | M.B. Hoffman | 6.10 | CONTINUE TO EXAMINE AND ANALYZE DEFENDANTS' DOCUMENT PRODUCTION TO ANALYZE DOCUMENTS FOR USE IN DEPOSITION OF DEFENDANT H. INY. |
|          | Task:  4000  |      |  |

11/28/10   A.F. Kaufman       .80   ANALYZE AND PREPARE FOR PRODUCTION DISCOVERY
           Task:  4000              RELATING TO SHORT SALE RECOMMENDATIONS.

11/28/10   H.T. Moore         .20   ANALYZE, EDIT, TEST, AND LOAD VENDOR DATA
           Task:  4000              FILES.

11/28/10   R.M. Gee          2.10   REVIEW AND ANALYZE DOCUMENTS TO BE PRODUCED IN
           Task:  4000              CONNECTION WITH REQUEST MADE BY DEFENDANTS FOR
                                    LOAN MODIFICATION (1.9); CONFER WITH A. KAUFMAN
                                    REGARDING SAME (0.2).

11/29/10   R.M. Gee          6.60   REVIEW AND ANALYZE DOCUMENTS TO BE USED FOR THE
           Task:  4000              DEPOSITION PREPARATION OF W. ANTONIEWICZ (4.4);
                                    REVIEW FEDERAL RULES REGARDING PROPER NOTICE
                                    PROCEDURE FOR A DEPOSITION WHEN DOCUMENTS ARE
                                    REQUESTED (0.2); CONFER WITH A. KAUFMAN
                                    REGARDING SAME (0.1); PREPARE COVER LETTER TO
                                    E. SHERMAN ENCLOSING VALUATION REPORTS (0.1);
                                    REVIEW AND ANALYZE VALUATION REPORTS FOR
                                    PRODUCTION (0.4); REVIEW AND ANALYZE DOCUMENTS
                                    FOR SUPPLEMENTAL DOCUMENT PRODUCTION FOR
                                    PRIVILEGE (0.9); REVIEW VOICE MESSAGE FROM E.
                                    SHERMAN (0.1); ANALYZE PRODUCTION DISC
                                    REGARDING POSSIBLE CORRUPTION OF NATIVE FILES
                                    (0.3); CONFER WITH LITIGATION SUPPORT AND A.
                                    KAUFMAN REGARDING SAME (0.1).

11/29/10   H.T. Moore         .70   ANALYZE, EDIT, TEST, AND LOAD VENDOR DATA
           Task:  4000              FILES.

11/29/10   A.F. Kaufman      3.60   DRAFT AND SEND EMAIL  TO OPPOSING COUNSEL
           Task:  4000              ATTACHING DISCOVERY RELATING TO SHORT SALE
                                    RECOMMENDATIONS (0.4); REVIEW AND ANALYZE
                                    MATERIALS FOR DEPOSITION PREPARATION OF W.
                                    ANTONIEWICZ (1.9); DRAFT AND FINALIZE LETTER TO
                                    S. LAUER REGARDING SAME (0.2); ANALYZE
                                    DISCOVERY NOTICES (0.3); DRAFT AND SEND EMAIL
                                    TO E. SHERMAN REGARDING NOTICES OF DEPOSITION
                                    AND DISCOVERY ISSUES (0.4); CONFER WITH C.
                                    GRAHAM REGARDING CASE STRATEGY (0.9).

LEHMAN BROTHERS HOLDINGS INC.            April 29, 2011            PAGE  17
MATTER NUMBER: 30837.0003
INVOICE NO.: 745719

| | | | |
|---|---|---|---|
| 11/29/10 | M.B. Hoffman<br>Task:  4000 | .40 | DRAFT CORRESPONDENCE TO J. KUHN REGARDING COMPLETED REVIEW OF DEFENDANTS' DOCUMENT PRODUCTION TO IDENTIFY DOCUMENTS FOR H. INY DEPOSITION. |
| 11/29/10 | J. Kuhn<br>Task:  4000 | 7.00 | CONTINUE REVIEW AND ANALYSIS OF CONFIDENTIAL DOCUMENTS AND BOTH PARTIES' PRODUCTIONS TO DETERMINE WHICH DOCUMENTS TO USE DURING DEPOSITION OF DEFENDANT WITNESS H. INY. |
| 11/29/10 | C.F. Graham<br>Task:  4000 | 3.10 | READ W. ANTONIEWICZ EMAILS REGARDING SETTLEMENT RECOMMENDATIONS (0.3);  REVISE EMAIL TO E. SHERMAN (0.3); READ AMENDED NOTICES OF DEPOSITIONS SERVED TODAY (0.5); OFFICE CONFERENCE WITH A. KAUFMAN REGARDING CASE STRATEGY (0.4); READ 3 EMAILS FROM J. CHORMANSKI REGARDING DECEMBER 14TH SETTLEMENT CONFERENCE (0.4); REVIEW KEY DOCUMENTS FOR TOMORROW'S DEPOSITION PREPARATION OF W. ANTONIEWICZ (1.0); READ R. TINGEY EMAIL REGARDING DEPOSITION RULES (0.2). |
| 11/30/10 | C. Weiss<br>Task:  4000 | .40 | CONFERENCE WITH A. KAUFMAN REGARDING DISCOVERY STATUS, SUMMARY JUDGMENT ISSUES AND TIMING, AND UPCOMING SETTLEMENT CONFERENCE. |
| 11/30/10 | M.B. Hoffman<br>Task:  4000 | .90 | REVIEW AND ANALYZE CORRESPONDENCE FROM OPPOSING COUNSEL REGARDING INADVERTENT PRODUCTION OF PRIVILEGE DOCUMENTS (0.3); CONFIRM DESTRUCTION OF DOCUMENTS INADVERTENTLY PRODUCED BY OPPOSING COUNSEL FROM DATABASE (0.2); DRAFT CORRESPONDENCE TO OPPOSING COUNSEL REGARDING REMOVAL OF INADVERTENTLY PRODUCED PRIVILEGED DOCUMENTS FROM SYSTEM (0.4). |
| 11/30/10 | A.F. Kaufman<br>Task:  4000 | 7.20 | PREPARE FOR AND CONDUCT DEPOSITION PREPARATION OF W. ANTONIEWICZ; (6.3); REVIEW AND REVISE LETTER TO S. MCDUFFIE REGARDING PRIVILEGED DOCUMENTS (0.2); CONFER WITH J. KUHN REGARDING PREPARATION FOR DEPOSITION OF H. INY (0.3); CONFER WITH C. WEISS REGARDING STATUS OF CASE (0.4). |
| 11/30/10 | K. Berton<br>Task:  4000 | .10 | OFFICE CONFERENCE WITH A. WONG REGARDING COORDINATING DEPOSITION FOR 12/7/10. |

LEHMAN BROTHERS HOLDINGS INC.                April 29, 2011              PAGE   18
MATTER NUMBER: 30837.0003
INVOICE NO.: 745719

| 11/30/10 | J. Kuhn<br>Task:  4000 | 5.60 | CONTINUE TO REVIEW AND ANALYZE CONFIDENTIAL DOCUMENTS AND BOTH PARTIES' PRODUCTIONS TO DETERMINE WHICH DOCUMENTS TO USE DURING DEPOSITION OF DEFENDANT WITNESS H. INY. |
|---|---|---|---|
| 11/30/10 | R.M. Gee<br>Task:  4000 | 2.50 | REVIEW AND ANALYZE DOCUMENTS TO BE USED FOR THE DEPOSITION PREPARATION OF W. ANTONIEWICZ (1.4); CALLS AND EMAILS WITH D. ARNDT OF PRYOR CASHMAN REGARDING FORMATTING ISSUES WITH SUPPLEMENTAL DOCUMENT PRODUCTION (0.2); ANALYZE SUPPLEMENTAL DOCUMENT PRODUCTION FOR FORMATTING AND CORRUPTION PROBLEMS (0.8); EMAIL WITH A. KAUFMAN REGARDING RESOLUTION TO SUPPLEMENTAL DOCUMENT PRODUCTION ISSUES (0.1). |
| 11/30/10 | C.F. Graham<br>Task:  4000 | 4.30 | MEETING WITH W. ANTONIEWICZ TO PREPARE FOR HIS DEPOSITION TOMORROW (3.2);  EMAILS WITH S. BELL REGARDING EXHIBITS FOR W ANTONIEWICZ'S DEPOSITION (0.3); REVIEW 2 NOTICES OF DEPOSITION (0.3);  REVIEW DOCUMENTS PRODUCED REGARDING DISCOUNTED PAY-OFFS (0.5) |

4000   Non-Bankruptcy Litigation

| | | | |
|---|---|---|---|
| A.F. Kaufman | 55.90 | 450.00 | $25,155.00 |
| C. Weiss | 1.10 | 525.00 | $577.50 |
| C.F. Graham | 41.60 | 760.00 | $31,616.00 |
| E.W. Bolte | 3.00 | 165.00 | $495.00 |
| H.T. Moore | 2.30 | 225.00 | $517.50 |
| I. Byrnside | .60 | 285.00 | $171.00 |
| J. Kuhn | 52.10 | 400.00 | $20,840.00 |
| J.E. Reed | 21.10 | 215.00 | $4,536.50 |
| K. Berton | .10 | 165.00 | $16.50 |
| L.D. Williams | 2.50 | 170.00 | $425.00 |
| M.B. Hoffman | 39.70 | 350.00 | $13,895.00 |
| R. Tingey | .20 | 390.00 | $78.00 |
| R.M. Gee | 33.10 | 225.00 | $7,447.50 |
| **TOTAL 4000** | 253.30 | | 105,770.50 |

Billed Recap Of Cost Detail - [Invoice: 745719 Date: 04/29/2011] Pg 43 of 66

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 09/30/2010 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 592.44 | 592.44 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 26796164 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 592.44 | 592.44 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1805815 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. ***** Balance= .00 | |
| | | | | | | | | |
| 09/30/2010 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 2,211.26 | 2,211.26 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 26796165 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 2,211.26 | 2,211.26 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1805816 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. ***** Balance= .00 | |
| | | | | | | | | |
| 09/30/2010 | 0402 | CHARLES WEISS | 118Z | 1.00 | 54.00 | 54.00 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCUMENT | 26861113 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 54.00 | 54.00 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1813591 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. ***** Balance= .00 | |
| | | | | | | | | |
| 10/11/2010 | 5084 | ALAN F. KAUFMAN | 118Z | 1.00 | 195.21 | 195.21 | LITIGATION SUPPORT VENDORS - - PAYEE: IKON | 26873112 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 195.21 | 195.21 | OFFICE SOLUTIONS*** | |
| | | Voucher=1815343 Paid | | | | | Vendor=IKON OFFICE SOLUTIONS*** Balance= .00 Amount= | |
| | | | | | | | | |
| 11/03/2010 | 5084 | ALAN F. KAUFMAN | 101S | 290.00 | 0.15 | 43.50 | COPY CHARGES | 26719286 |
| 04/29/2011 | | Invoice=745719 | | 290.00 | 0.10 | 29.00 | | |
| | | | | | | | | |
| 11/03/2010 | 5084 | ALAN F. KAUFMAN | 111Z | 1.00 | 20.99 | 20.99 | MEALS - PAYEE: SEAMLESSWEB PROFESSIONAL | 26746927 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 20.99 | 20.99 | SOLUTIONS, INC. OLYMPIC PITA | |
| | | Voucher=1801666 Paid | | | | | Vendor=SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. Balance= | |
| | | | | | | | | |
| 11/03/2010 | 5084 | ALAN F. KAUFMAN | 109Z | 1.00 | 10.70 | 10.70 | LOCAL TRAVEL | 26776280 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 10.70 | 10.70 | TRANSPORTATION FROM/TO OFFICE/HOME. | |
| | | Voucher=1804553 Paid | | | | | Vendor=ALAN F. KAUFMAN Balance= .00 Amount= 10.70 | |
| | | | | | | | | |
| 11/04/2010 | 4836 | NYC OFC SERVICES | 101S | 1054.00 | 0.15 | 158.10 | COPY CHARGES | 26721942 |
| 04/29/2011 | | Invoice=745719 | | 1054.00 | 0.10 | 105.40 | | |
| | | | | | | | | |
| 11/04/2010 | 0999 | MLA MLA | 107S | 1.00 | 14.31 | 14.31 | DELIVERY SERVICE/MESSENGER | 26755800 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 14.31 | 14.31 | RCVD:PRYOR CASHMAN LLP/ERIC D SHERMAN | |
| | | | | | | | | |
| 11/05/2010 | 5347 | JAN E. REED | 101S | 731.00 | 0.15 | 109.65 | COPY CHARGES | 26723686 |
| 04/29/2011 | | Invoice=745719 | | 731.00 | 0.10 | 73.10 | | |
| | | | | | | | | |
| 11/09/2010 | 0999 | MLA MLA | 107S | 1.00 | 22.46 | 22.46 | DELIVERY SERVICE/MESSENGER | 26755801 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 22.46 | 22.46 | RCVD:FENIGSTEIN & KAUFMAN/RON KAUFMAN ESQ | |
| | | | | | | | | |
| 11/10/2010 | 5347 | JAN E. REED | 101S | 530.00 | 0.15 | 79.50 | COPY CHARGES | 26727043 |
| 04/29/2011 | | Invoice=745719 | | 530.00 | 0.10 | 53.00 | | |
| | | | | | | | | |
| 11/10/2010 | 0999 | MLA MLA | 107S | 1.00 | 78.84 | 78.84 | DELIVERY SERVICE/MESSENGER | 26761979 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 78.84 | 78.84 | RCVD:MCKENNA LONG & ALDRIDGE/JILL KUHN | |
| | | | | | | | | |
| 11/10/2010 | 0999 | MLA MLA | 107S | 1.00 | 17.16 | 17.16 | DELIVERY SERVICE/MESSENGER | 26761980 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 17.16 | 17.16 | RCVD:FENIGSTEIN & KAUFMAN/RON KAUFMAN | |
| | | | | | | | | |
| 11/12/2010 | 0999 | MLA MLA | 107S | 1.00 | 15.41 | 15.41 | DELIVERY SERVICE/MESSENGER | 26761981 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 15.41 | 15.41 | RCVD:GENERAL COUNSEL-LEHMAN BROTHER/JOANNE | |
| | | | | | | | | |
| 11/12/2010 | 0402 | CHARLES WEISS | 118Z | 1.00 | 674.32 | 674.32 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCUMENT | 26776766 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 674.32 | 674.32 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1804643 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. ***** Balance= .00 | |
| | | | | | | | | |
| 11/12/2010 | 0402 | CHARLES WEISS | 118Z | 1.00 | 269.40 | 269.40 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCUMENT | 26776767 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 269.40 | 269.40 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1804644 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. ***** Balance= .00 | |
| | | | | | | | | |
| 11/12/2010 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 344.76 | 344.76 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 26796163 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 344.76 | 344.76 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1805814 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. ***** Balance= .00 | |
| | | | | | | | | |
| 11/17/2010 | 0584 | JILL C. KUHN | 101S | 529.00 | 0.15 | 79.35 | COPY CHARGES | 26750865 |
| 04/29/2011 | | Invoice=745719 | | 529.00 | 0.10 | 52.90 | | |
| | | | | | | | | |
| 11/17/2010 | 0999 | MLA MLA | 107S | 1.00 | 13.40 | 13.40 | DELIVERY SERVICE/MESSENGER | 26775766 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 13.40 | 13.40 | RCVD:FENIGSTEIN & KAUFMAN/SARA M. MCDUFFIE, ESQ. | |
| | | | | | | | | |
| 11/17/2010 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 234.57 | 234.57 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 26796161 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 234.57 | 234.57 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1805812 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. ***** Balance= .00 | |
| | | | | | | | | |
| 11/18/2010 | 4769 | ROBERT M. GEE | 101S | 3.00 | 0.15 | 0.45 | COPY CHARGES | 26752667 |
| 04/29/2011 | | Invoice=745719 | | 3.00 | 0.10 | 0.30 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/22/2010 | 0584 | JILL C. KUHN | 101S | 623.00 | 0.15 | 93.45 | COPY CHARGES | 26756858 |
| 04/29/2011 | | Invoice=745719 | | 623.00 | 0.10 | 62.30 | | |
| 11/24/2010 | 5084 | ALAN F. KAUFMAN | 101S | 1714.00 | 0.15 | 257.10 | COPY CHARGES | 26762482 |
| 04/29/2011 | | Invoice=745719 | | 1714.00 | 0.10 | 171.40 | | |
| 11/24/2010 | 0402 | CHARLES WEISS | 118Z | 1.00 | 64.96 | 64.96 | LITIGATION SUPPORT VENDORS - - PAYEE: IKON | 26853070 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 64.96 | 64.96 | OFFICE SOLUTIONS*** | |
| | | Voucher=1812236 Paid | | | | | Vendor=IKON OFFICE SOLUTIONS*** Balance= .00 Amount= 64.96 | |
| 11/26/2010 | 5084 | ALAN F. KAUFMAN | 101S | 62.00 | 0.15 | 9.30 | COPY CHARGES | 26762854 |
| 04/29/2011 | | Invoice=745719 | | 62.00 | 0.10 | 6.20 | | |
| 11/28/2010 | 4961 | CHRISTOPHER F GRAHAM | 110Z | 1.00 | 279.40 | 279.40 | OUT OF TOWN TRAVEL - - PAYEE: AMERICAN EXP | 26780017 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 279.40 | 279.40 | anything ****** AMERICAN EXPRESS INV #112810WT | |
| | | Voucher=1804787 Paid | | | | | Vendor=AMERICAN EXPRESS anything ******* Balance= .00 | |
| 11/28/2010 | 4961 | CHRISTOPHER F GRAHAM | 110Z | 1.00 | 45.00 | 45.00 | OUT OF TOWN TRAVEL - - PAYEE: AMERICAN EXP | 26780018 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 45.00 | 45.00 | anything ****** AMERICAN EXPRESS INV #112810WT | |
| | | Voucher=1804787 Paid | | | | | Vendor=AMERICAN EXPRESS anything ******* Balance= .00 | |
| 11/29/2010 | 4769 | ROBERT M. GEE | 101S | 1558.00 | 0.15 | 233.70 | COPY CHARGES | 26765242 |
| 04/29/2011 | | Invoice=745719 | | 1558.00 | 0.10 | 155.80 | | |
| 11/29/2010 | 4836 | NYC OFC SERVICES | 101S | 591.00 | 0.15 | 88.65 | COPY CHARGES | 26765243 |
| 04/29/2011 | | Invoice=745719 | | 591.00 | 0.10 | 59.10 | | |
| 11/29/2010 | 5084 | ALAN F. KAUFMAN | 101S | 30.00 | 0.15 | 4.50 | COPY CHARGES | 26765244 |
| 04/29/2011 | | Invoice=745719 | | 30.00 | 0.10 | 3.00 | | |
| 11/29/2010 | 0999 | MLA MLA | 107S | 1.00 | 45.97 | 45.97 | DELIVERY SERVICE/MESSENGER | 26782635 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 45.97 | 45.97 | RCVD:TRIMONT REAL ESTATE ADVISORS/STEVEN LAUER , | |
| 11/29/2010 | 4961 | CHRISTOPHER F GRAHAM | 110Z | 1.00 | 10.00 | 10.00 | OUT OF TOWN TRAVEL TRANSPORTATION BACK TO | 26799569 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 10.00 | 10.00 | OFFICE FOR DEPOSITION PREPARATION. | |
| | | Voucher=1806097 Paid | | | | | Vendor=CHRISTOPHER F. GRAHAM Balance= .00 Amount= 632.45 | |
| 11/29/2010 | 0999 | MLA MLA | 107Z | 1.00 | 10.50 | 10.50 | DELIVERY SERVICE/MESSENGER - - PAYEE: DELUXE | 26802377 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 10.50 | 10.50 | DELIVERY SYSTEMS, INC. | |
| | | Voucher=1806623 Paid | | | | | Vendor=DELUXE DELIVERY SYSTEMS, INC. Balance= .00 Amount= | |
| 11/30/2010 | 0613 | DONNA LOUDERMILK | 101S | 739.00 | 0.15 | 110.85 | COPY CHARGES | 26766539 |
| 04/29/2011 | | Invoice=745719 | | 739.00 | 0.10 | 73.90 | | |
| 11/30/2010 | 4769 | ROBERT M. GEE | 101S | 35.00 | 0.15 | 5.25 | COPY CHARGES | 26766540 |
| 04/29/2011 | | Invoice=745719 | | 35.00 | 0.10 | 3.50 | | |
| 11/30/2010 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 75.00 | 75.00 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 26796156 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 75.00 | 75.00 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1805808 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. ***** Balance= .00 | |
| 11/30/2010 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 225.00 | 225.00 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCU | 26796157 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 225.00 | 225.00 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1805809 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. ***** Balance= .00 | |
| 11/30/2010 | 4693 | CHARLES E. DORKEY III | 111Z | 1.00 | 35.56 | 35.56 | MEALS - - PAYEE: SEAMLESSWEB PROFESSIONAL | 26802068 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 35.56 | 35.56 | SOLUTIONS, INC. BLAKE & TODD | |
| | | Voucher=1806563 Paid | | | | | Vendor=SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. Balance= | |
| 11/30/2010 | 0999 | MLA MLA | 107S | 1.00 | 10.26 | 10.26 | DELIVERY SERVICE/MESSENGER | 26806725 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 10.26 | 10.26 | RCVD:FENIGSTEIN & KAUFMAN/SARA M. MCDUFFIE, ESQ. | |
| 11/30/2010 | 0402 | CHARLES WEISS | 118Z | 1.00 | 1,020.25 | 1,020.25 | LITIGATION SUPPORT VENDORS - - PAYEE: | 26871707 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 1,020.25 | 1,020.25 | INNOVATIVE DISCOVERY | |
| | | Voucher=1814986 Paid | | | | | Vendor=INNOVATIVE DISCOVERY Balance= .00 Amount= 1020.25 | |
| 11/30/2010 | 5084 | ALAN F. KAUFMAN | 118Z | 1.00 | 208.27 | 208.27 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCUMENT | 26887001 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 208.27 | 208.27 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1817254 Paid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. ***** Balance= .00 | |
| 11/30/2010 | 5084 | ALAN F. KAUFMAN | 118Z | 1.00 | 187.05 | 187.05 | LITIGATION SUPPORT VENDORS - - PAYEE: DOCUMENT | 26943784 |
| 04/29/2011 | | Invoice=745719 | | 1.00 | 187.05 | 187.05 | TECHNOLOGIES INC. ***** | |
| | | Voucher=1824364 Unpaid | | | | | Vendor=DOCUMENT TECHNOLOGIES INC. ***** Balance= 187.05 | |
| | | BILLED TOTALS:    WORK: | | | | 8,259.80 | 43 records | |
| | | BILLED TOTALS:    BILL: | | | | 7,835.35 | | |

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
|      |          | GRAND TOTAL:    WORK: |      |          |      | 8,259.80 | 43 records |            |
|      |          | GRAND TOTAL:    BILL: |      |          |      | 7,835.35 |             |            |



**DTI Skyline**

151 West 46th Street
10th Floor
New York, NY 10036
Phone : 646-878-1527
Fax : 212-302-8309
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 548726

Invoice Date: 09/30/10

Bill To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169
Robert Gee

Ship To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169

*30837.0003*

| Customer ID | 24938 |
| Terms | Net 15 Days |
| SalesPerson | NYC JRM |
| SalesPerson 2 | |
| Cust. P.O. | |

Client / Matter No.  30833-0003
Job No.          M62163
Nat'l Acct Name
Nat'l Acct Ref. No.

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Processing - Local | 0.04 | 472.96 |
| 11,824 | Subset TIFF Conversion-(Page) | 150.00 | 37.50 |
| 0.25 | Litigation Support | 20.00 | 40.00 |
| 2 | Electronic File Transfer (FTP, E-Mail, etc...) | | |

Vol: M62163001 & M62163002

Litigation Support to adjust DII to reference back
to original DOCID.

Date Ordered: 9.14.10

*RECEIVED*

*DEC 18 2010*

*30837.0003*

X _____
    chris graham

Thank you for choosing DTI Skyline
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 550.46 |
| Total Sales Tax: | 41.98 |
| Total: | 592.44 |

Accepted By: _____

Remit To: DTI Skyline
          PO Box 934272
          Atlanta, GA 31193-4272

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | Transferred from page 1,.............................<br>original DOCID | | 2,112.93 |
| | Date Ordered: 9.20.10 | | |

Thank you for choosing DTI Skyline
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 2,112.93 |
| Total Sales Tax: | 98.33 |
| Total: | 2,211.26 |

Accepted By: _____

Remit To: DTI Skyline
PO Box 934272
Atlanta, GA  31193-4272

*Approved:* _Charles D. Weiss_

# Document Technologies, Inc.

1280 West Peachtree Street NW
Suite 330
Atlanta, GA 30309
Phone : 404-873-2202
Fax : 404-873-2282
Fed. ID No. : 58-2413793

30837.0003

## INVOICE

Invoice Number: 547941

Invoice Date: 09/30/10

**Bill To:**
McKenna Long & Aldridge LLP
303 Peachtree Street, NE
Atlanta, GA 30308
Ian Brynside

**Ship To:**
McKenna Long & Aldridge LLP
303 Peachtree Street, NE
Atlanta, GA 30308

| | | |
|---|---|---|
| Customer ID | 17608 | |
| Terms | Net 15 Days | |
| SalesPerson | NYC JRM | |
| P.O. Number | | |

Job No.   1009201
ESI Project No.
Client / Matter No.   LHN-A-Z Docs

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1 | DVD Master | 50.00 | 50.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% Interest per month

| | |
|---|---|
| Subtotal: | 50.00 |
| Total Sales Tax: | 4.00 |
| Total: | 54.00 |

Accepted By: _____

**Remit To:** Document Technologies, Inc.
P.O. Box 933426
Atlanta, GA 31193-3426

**IKON** Document Efficiency
At Work.

AN RICON COMPANY

IKON Office Solutions -    Atlanta, GA
Phone:   (404) 879-2600        Fax:   (404) 879-2625
Federal ID:   23-0334430

# INVOICE

| | |
|---|---|
| Invoice # | ATL10100122 |
| Invoice Date: | 10/11/2010 |
| Due Date: | 11/10/2010 |
| Terms: | Net 30 Days |
| Customer Code: | ATL-MCKS |
| Natl ID: | 40522 |

BILL TO:
MCKENNA, LONG & ALDRIDGE
303 PEACHTREE STREET, N.E.
SUITE 4800
ATLANTA, GA 30308

SHIP TO:
MCKENNA, LONG & ALDRIDGE
303 PEACHTREE STREET, N.E.
SUITE 4800
ATLANTA, GA 30308
Attn:  JAN REED

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 30837.0003 | | | Corinne Archambault |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1010-0105 | 10/08/2010 | JAN REED - MCKENNA, LONG & ALDRIDGE | | | |
| *806 | Image Conversion (Basic PDF/TIFF per Unit) | | 2,302.00 | 0.0200 | 46.04 |
| 729 | Prints w/o Assembly | | 2,302.00 | 0.0600 | 138.12 |

FEB 2 5 2011

*[handwritten: Pay today / Rush]*

*[handwritten markings]*

### Please Pay From This Invoice

Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 138.12 |
| Sales Tax: | 11.05 |
| * Non-Taxable: | 46.04 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| PAY THIS AMOUNT   $ | 195.21 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

### Please pay from this copy.  The party named on this bill is held responsible for payment.

Payment From:
MCKENNA, LONG & ALDRIDGE
303 PEACHTREE STREET, N.E.
SUITE 4800
ATLANTA, GA 30308

| Amount Enclosed |
|---|
| $ |

Invoice:  ATL10100122
Invoice Date: 10/11/2010
Due Date: 11/10/2010
Customer Code: ATL-MCKS
Natl ID: 40522

Please Remit To:
IKON Office Solutions
LDS Southeast District - ATL
P O Box 532545
Atlanta, GA 30353-2545

PAY THIS
AMOUNT  $  195.21

SeamlessWeb Invoice                                                    Page 1 of 2

## Invoice Summary

SEAMLESSWEB INVOICE

Invoice Number:       778770                        Account Number:  54-003-07386
Invoice Date:         November 7, 2010
Invoice Date Range:   November 1, 2010 - November 7, 2010

CUSTOMER NAME & ADDRESS
  McKenna Long & Aldridge LLP (NY)                  BILLING INQUIRIES: (212) 944-7755,
  230 Park Avenue                                   Option 6, 3
  New York, NY 10017
  230 Park Ave
  (212) 905-8300

| | | |
|---|---|---|
| YTD Information | Total YTD Invoice Amount | $9,674.32 |
| | Payments Received | $8,764.44 |
| PRIOR PERIOD | Invoice Amount | $218.51 |
| | Prior Period Balance Brought Forward | $262.54 |
| CURRENT PERIOD | Meal Purchases | $216.71 |
| | Catering Purchases | $430.63 |
| | Current Invoice Amount | $647.34 |
| | Payment(s) Received | $0.00 |
| | TOTAL CURRENT CHARGES: | $647.34 |
| REMITTANCE AMOUNT | Total Amount Due | $909.88 |

PLEASE RETURN PAYMENT BY DECEMBER 7, 2010

OVERDUE BALANCES MAY BE SUBJECT TO A LATE FEE

Note: Finance fee is assessed at an APR of 12%

-------------------------------- Detach Here --------------------------------

Please return this portion with payment

  McKenna Long & Aldridge LLP (NY)          SeamlessWeb Professional Solutions, LLC
  230 Park Avenue                           Invoice      778770
  New York, NY 10017                        Number:      11/1/2010 12:00:00 AM - 11/7/2010 12:00:00 AM
  230 Park Ave                              Date         11/7/2010 12:00:00 AM
  (212) 905-8300                            Range:
                                            Invoice
                                            Date:

                                            Account Number:  54-003-07386

Remittance Information:

Mail:

  SeamlessWeb Professional Solutions, LLC   Electronic:
  P.O. Box 5439
  New York, NY 10087-5439                   SeamlessWeb Professional Solutions, LLC
                                            JPMorgan Chase Bank NA, Chicago, IL
                                            Acct. # 701335168
                                            ABA # 071000013

## Dept Invoice Report

McKenna Long & Aldridge LLP (NY)       Department Summary
                                            Billing Period: November 1, 2010 - November 7, 2010

| Dept | Department | TaxAmt | Addt'l | TipAmt | ProductAmt | Meals | Catering | Other | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

SeamlessWeb Invoice

| Code | | Tax | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No Department on Record | $4.30 | $0.00 | $6.00 | $48.40 | $61.64 | $0.00 | $0.00 | $61.64 |
| Department | $41.46 | $0.00 | $14.75 | $467.10 | $155.07 | $430.63 | $0.00 | $585.70 |

| McKenna Long & Aldridge LLP (NY) | | | | | | | | $647.34 |

## Detail Invoice Report

Date Range: 11/1/2010 - 11/7/2010 11:59:00 PM
Department:

| OrderID | Name | Date Time | Expense Code | InternID | Vendor | Vendor Type | Business Purpose | Prod | Tax | Addt'l Tax | Tip | Amount | SpcOver InsBdgt | Over Bdgt | Amnd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 172779948 | Kaufman, Alan | 11/3/2010 6:30 PM | 30837.0003 | | Olympic Pita | | Meals | $16.77 | $1.49 | $0.00 | $1.73 | $20.99 | - | | No |

*59.84*

Over Budget: 0 transactions ($0.00)

Total Orders: 11

Total  $647.34

ExpenseEntireFormPrinting

This expense form was submitted to the accounting department on 12/2/2010 at 4:31 PM.

| | |
|---|---|
| Form Tracking ID | 90611 |
| Created For | 5084 KAUFMAN, ALAN F. |
| Created By | Vargas, Jenny I. |
| Title | AFK transportation 30837.0003 |
| Expense Type | CLIENT CHARGEABLE |
| Client Name | 30837 LEHMAN BROTHERS HOLDINGS INC. |
| Matter Name | 0003 |
| Description | 11/3/10 -Transportation from/to office/home. |

| Type Of Expense | Date Of Expense | Amount | Description |
|---|---|---|---|
| Taxi (Local Travel) | 11/3/2010 | 10.70 | Transportation from/to office/home. |

Total $          10.70

**PRINT THIS FORM**

**CLOSE**



**DTI Skyline**
151 West 46th Street
10th Floor
New York, NY 10036
Phone : 646-878-1527
Fax : 212-302-8309
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  556308

Invoice Date:  11/12/10

Bill To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169
Robert Gee

Ship To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169

Customer ID    24938
Terms          Net 15 Days
SalesPerson    NYC JRM
SalesPerson 2
Cust. P.O.

Client / Matter No.    30083.0003
Job No.                M63147
Nat'l Acct Name
Nat'l Acct Ref. No.

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1 | Processing - Local | 150.00 | 150.00 |
|  | Litigation Support | 0.03 | 388.23 |
| 12,941 | IMG - OCR | 75.00 | 75.00 |
| 1 | IMG - DVD Master | 50.00 | 50.00 |
| 1 | IMG - DVD Copy | | |

RECEIVED

DEC 0 8 2010

VOI: M63038003
- LHN-AZ Docs

Litigation support to separate Confidential and
non-confidential docs into 2 volumes.

Date Ordered: 11.10.10

30837.0003

Thank you for choosing DTI Skyline
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 663.23 |
| Total Sales Tax: | 11.09 |
| Total: | 674.32 |

Accepted By: _____

Remit To:  DTI Skyline
PO Box 934272
Atlanta, GA  31193-4272



**DTI Skyline**

151 West 46th Street
10th Floor
New York, NY 10036
Phone : 646-878-1527
Fax : 212-302-8309
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 556307

Invoice Date: 11/12/10

**Bill To:**
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169
Robert Gee

**Ship To:**
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169

| | |
|---|---|
| Customer ID | 24938 |
| Terms | Net 15 Days |
| SalesPerson | NYC JRM |
| SalesPerson 2 | |
| Cust. P.O. | |

| | |
|---|---|
| Client / Matter No. | 30083.0003 |
| Job No. | M63126 |
| Nat'l Acct Name | |
| Nat'l Acct Ref. No. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| | | 0.03 | 209.52 |
| 6,984 | IMG - OCR | 35.00 | 35.00 |
| 1 | IMG - CD Master | 20.00 | 20.00 |
| 1 | IMG - CD Copy | | |

Vol: M63038002

Date Ordered: 11.9.10

RECEIVED
DEC 08 2010

30837.0003

Thank you for choosing DTI Skyline
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 264.52 |
| Total Sales Tax: | 4.88 |
| Total: | 269.40 |

Accepted By: _____

**Remit To:** DTI Skyline
PO Box 934272
Atlanta, GA 31193-4272



**DTI Skyline**
151 West 46th Street
10th Floor
New York, NY 10036
Phone : 646-878-1527
Fax : 212-302-8309
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 555824

Invoice Date: 11/12/10

**Bill To:**
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169
Robert Gee

**Ship To:**
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169

| | |
|---|---|
| Customer ID | 24938 |
| Terms | Net 15 Days |
| SalesPerson | NYC JRM |
| SalesPerson 2 | |
| Cust. P.O. | |

Client / Matter No.    30083.0003    *30837.0003*
Job No.    M63038
Nat'l Acct Name
Nat'l Acct Ref. No.

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1.5 | Processing - Local | | |
| 2 | Litigation Support | 150.00 | 225.00 |
| 2 | IMG - CD Master | 35.00 | 70.00 |
| | CD Copy | 20.00 | 40.00 |

Volumes: M63038001 & M63038002
-LHN-AZ Docs
Lit support to seperate confidential and non-
confidential docs in 2 volumes
1 E-Mail

Date Ordered 11/3/10

*RECEIVED*
DEC 16 2010

X _____
*Chris Graham*

Thank you for choosing DTI Skyline
Past due invoices are subject to 1.5% interest per month

Accepted By: _____

**Remit To:** DTI Skyline
PO Box 934272
Atlanta, GA 31193-4272

| | |
|---|---|
| Subtotal: | 335.00 |
| Total Sales Tax: | 9.76 |
| Total: | 344.76 |



## DTI Skyline

151 West 46th Street
10th Floor
New York, NY 10036
Phone : 646-878-1527
Fax : 212-302-8309
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 556976

Invoice Date: 11/17/10

**Bill To:**
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169
Robert Gee

**Ship To:**
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169

| | |
|---|---|
| Customer ID | 24938 |
| Terms | Net 15 Days |
| SalesPerson | NYC JRM |
| SalesPerson 2 | |
| Cust. P.O. | |

| | |
|---|---|
| Job No. | M63237 |
| ESI Project No. | |
| Client / Matter No. | 30083.0003 |

*30837.0003*

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 5,823 | IMG - OCR | 0.03 | 174.69 |
| 1 | IMG - CD Master | 35.00 | 35.00 |
| 1 | IMG - CD Copy | 20.00 | 20.00 |

Vol: M63038001
LHN-AZ0000710 - LHN-AZ0025749

Date Ordered: 11.15.10

RECEIVED

DEC 16 2010

X

Thank you for choosing DTI Skyline
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 229.69 |
| Total Sales Tax: | 4.88 |
| Total: | 234.57 |

Accepted By: _____

**Remit To:** DTI Skyline
PO Box 934272
Atlanta, GA 31193-4272

Page 1 of 1



**IKON** Document Efficiency
At Work.®
A IKON COMPANY

IKON Office Solutions - Atlanta, GA
Phone:  (404) 879-2600        Fax:  (404) 879-2625
Federal ID:  230334400

# INVOICE

| | |
|---|---|
| Invoice # | ATL10110213 |
| Invoice Date: | 11/24/2010 |
| Due Date: | 12/24/2010 |
| Terms: | Net 30 Days |
| Customer Code: | ATL-MCKS |
| Natl ID: | 40522 |

**BILL TO:**
MCKENNA, LONG & ALDRIDGE
303 PEACHTREE STREET, N.E.
SUITE 4800
ATLANTA, GA 30308

**SHIP TO:**
MCKENNA, LONG & ALDRIDGE
303 PEACHTREE STREET, N.E.
SUITE 4800
ATLANTA, GA 30308
Attn: JAN REED

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 30837.0003 | | | Corinne Archambault |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1011-0233 | 11/23/2010 | JAN REED - MCKENNA, LONG & ALDRIDGE | | | |
| 729 | Prints w/o Assembly | | 766.00 | 0.0600 | 45.96 |
| *806 | Image Conversion (Basic PDF/TIFF per Unit) | | 766.00 | 0.0200 | 15.32 |

FEB 0 4 2011

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by:                               Date:

| | |
|---|---|
| Taxable Sales: | 45.96 |
| Sales Tax: | 3.68 |
| * Non-Taxable: | 15.32 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT  $** | **64.96** |

Please pay from this copy.  The party named on this bill is held responsible for payment

**Payment From:**
MCKENNA, LONG & ALDRIDGE
303 PEACHTREE STREET, N.E.
SUITE 4800
ATLANTA, GA 30308

| Amount Enclosed |
|---|
| $ |

Invoice:  ATL10110213
Invoice Date:  11/24/2010
Due Date:  12/24/2010
Customer Code:  ATL-MCKS
Natl ID:  40522

**Please Remit To:**
IKON Office Solutions
LDS Southeast District - ATL
P O Box 532545
Atlanta, GA 30353-2545

**PAY THIS
AMOUNT  $  64.96**



**Account Number: 3782-958829-21000**

Page: 6 of 13

**AMERICAN EXPRESS BUSINESS TRAVEL ACCOUNT**

**Airline Transaction Details** (Domestic Charges)

| Supplier Name | Transaction Description Traveler Name | Ticket Number | Issue Date Departure Date | Routing Info | Transaction Travel Data Travel Data | Transaction Amount Billed Total Amount ($) |
|---|---|---|---|---|---|---|
| DELTA AIR LINES FARMERS BRNCHTX | GRAHAM/CHRISTOPHER F | 0007937095376 | 11/24/2010 | JFK/LAX/ | | 278.40 |
| *Vargas* | | *4961  30837 0003* | 12/05/2010 | JFK | | |

Total    6,476.91

**Total Airline Transaction Amount**    **$11,393.56**



**Account Number: 3782950949 21000**     Page: 6 of 13

## AMERICAN EXPRESS BUSINESS TRAVEL ACCOUNT

### Airline Transaction Details (business Charges)

| Supplier Name | Transaction Description Traveler Name | Ticket Number | Issue Date Departure Date | Routing Info | Transaction Travel Date Travel Date | Transaction Amount Billed Total Amount ($) |
|---|---|---|---|---|---|---|
| DELTA AIRLINES  FARMERS BRANCH TX | c/n 30837.0053  GRAHAM/CHRISTOPHER F | 006793700378 | 11/24/2010  12/06/2010 | JFK/LAX/  JFK | | 279.40 |

| | | | | | Total | 6,076.91 |

**Total Airline Transaction Amount**     **$11,393.56**



**DTI Skyline**
151 West 46th Street
10th Floor
New York, NY 10036
Phone : 646-878-1527
Fax : 212-302-8309
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 559718

Invoice Date: 11/30/10

Bill To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169
Robert Gee

Ship To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169

| | |
|---|---|
| Customer ID | 24938 |
| Terms | Net 15 Days |
| SalesPerson | NYC JRM |
| SalesPerson 2 | |
| Cust. P.O. | |

| | |
|---|---|
| Job No. | M62261 |
| ESI Project No. | |
| Client / Matter No. | ~~30863.0003~~ |

*30837.0003*

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 0.5 | Processing - Local Litigation Support | 150.00 | 75.00 |
| | Volume: M62163003 E-LHM00000477-E-LHM0006044 MLA-NY000000276-MLA-NY00002676 1 E-Mail | | |
| | Date Ordered 11/14/10 | | |

X *Cl* _____

*chris graham*

RECEIVED

DEC 16 2010

Thank you for choosing DTI Skyline
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 75.00 |
| Total Sales Tax: | 0.00 |
| Total: | 75.00 |

Accepted By: _____

**Remit To:** DTI Skyline
PO Box 934272
Atlanta, GA 31193-4272



**DTI Skyline**
151 West 46th Street
10th Floor
New York, NY 10036
Phone : 646-878-1527
Fax : 212-302-8309
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 558769

Invoice Date: 11/30/10

Bill To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169
Robert Gee

Ship To:
McKenna Long & Aldridge LLP
230 Park Avenue
New York, NY 10169

| Customer ID | 24938 | Job No. | M63423 |
|---|---|---|---|
| Terms | Net 15 Days | ESI Project No. | |
| SalesPerson | NYC JRM | Client / Matter No. | 30883.0003 |
| SalesPerson 2 | | | .30837.0003 |
| Cust. P O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1.5 | **Processing - Local**<br>Litigation Support | 150.00 | 225.00 |

Volume: M59567C004
LHN-AZ0025750-LHN-AZ0025840
Lit support
-Import replacement images, -tag docs highly
confidential according to clients list, -renumber
docs, -endorse with bates number and
confidentiality, -OCR, - create searchable PDF
files
1 E-mail

Date Ordered 11/26/10

x _Chris Graham_

RECEIVED
DEC 16 2010

Thank you for choosing DTI Skyline
Past due invoices are subject to 1.6% interest per month

| | |
|---|---|
| Subtotal: | 225.00 |
| Total Sales Tax: | 0.00 |
| Total: | 225.00 |

Accepted By: _____

**Remit To:** DTI Skyline
PO Box 934272
Atlanta, GA 31193-4272

*Approved:* CPW

# INVOICE

*(id) innovative discovery*

1700 N. Moore Street
Suite 1510
Arlington, VA 22209
703-875-8003-Office

| Date | Invoice # |
|------|-----------|
| 11/30/2010 | IDE-2842 |

Our Suite number has changed to 1510. Please update your records accordingly.

**Bill To:**

McKenna Long & Aldridge
1900 K Street NW
Washington, DC 20006-1108

| Ordering Party | Client/Matter No. | Terms | Rep | Project Date | Project Name |
|---|---|---|---|---|---|
| Chuck Moore | 30837.0003 | 30 Days | JP | 11/22/2010 | AZ.72 |

| Item | Qty | Description | Rate | Amount |
|---|---|---|---|---|
| Tech Time | 5.5 | Creating custom loadfiles | 175.00 | 962.50T |

*Charles Weiss*

Tax ID 11-3756416
Thank you for choosing Innovative Discovery

| | |
|---|---|
| Sales Tax (6.0%) | $57.75 |
| Total | $1,020.25 |
| Payments/Credits | $0.00 |
| **Balance Due** | $1,020.25 |

# McKenna Long
## & Aldridge LLP
### Attorneys at Law

Albany

Atlanta

Brussels

Denver

Los Angeles

New York

Philadelphia

San Diego

San Francisco

Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
3424 Peachtree Street, NE
Suite 2200
Atlanta, GA 30326

Client No.: 30837                    Invoice No. 745741
Matter No.: 30837.0005               Invoice Date: March 9, 2011
=================================================================

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2010
RE: WALKER SQUARE/RIVERBEND LOAN RESTRUCTURING

* * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
| --- | --- | --- | --- |
| G. Walling | 0.50 | 430.00 | 215.00 |
| Total | 0.50 | | 215.00 |

TOTAL FEES:                                    $    215.00

T O T A L   T H I S   S T A T E M E N T :      $    215.00

LEHMAN BROTHERS HOLDINGS INC.          March 9, 2011          PAGE    2
MATTER NUMBER: 30837.0005
INVOICE NO.: 745741

DESCRIPTION OF SERVICES

11/09/10  G. Walling          .30   COMMUNICATIONS WITH M. MARTINEZ AND H. PERLIN
          Task:  4000               REGARDING TITLE UPDATE STATUS (0.1);
                                    COMMUNICATIONS WITH M. MARTINEZ REGARDING
                                    FEASIBILITY OF MORTGAGE LOAN EXTENSION TO
                                    FACILITATE ISSUANCE OF GOOD  STANDING LETTER TO
                                    FNMA (0.2).

11/10/10  G. Walling          .20   COMMUNICATIONS FROM M. MARTINEZ REGARDING
          Task:  4000               TITLE UPDATE REPORT (0.1); COMMUNICATIONS
                                    FROM H. PERLIN REGARDING SAME (0.1).

4000   Non-Bankruptcy Litigation
       G. Walling                        .50     430.00      $215.00

       TOTAL 4000                        .50                 $215.00

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Albany

Atlanta

Brussels

Denver

Los Angeles

New York

Philadelphia

San Diego

San Francisco

Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
Monarch Tower
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA 30326

Client No.: 04406                    Invoice No. 745744
Matter No.: 04406.0222               Invoice Date: March 9, 2011
==================================================================

      FOR PROFESSIONAL SERVICES RENDERED through November 30, 2010
      RE: MIDDLE MOUNTAIN 156 LLC


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|------|------|------|
| C. Weiss | 3.40 | 525.00 | 1,785.00 |
| Total | 3.40 | | 1,785.00 |

TOTAL FEES:                                        $  1,785.00

T O T A L   T H I S   S T A T E M E N T :          $  1,785.00

LEHMAN BROTHERS HOLDINGS INC.   March 9, 2011   PAGE 2
MATTER NUMBER: 04406.0222
INVOICE NO.: 745744

## DESCRIPTION OF SERVICES

| | | | |
|---|---|---|---|
| 11/01/10 | C. Weiss<br>Task: 4000 | .20 | COMMUNICATIONS WITH D. GEIGER REGARDING BONANNO GUARANTY COLLECTION PLAN. |
| 11/02/10 | C. Weiss<br>Task: 4000 | .40 | COMMUNICATIONS WITH D. GEIGER REGARDING BONANNO GUARANTY JUDGMENT COLLECTION PLAN AND BUDGET (0.2); REVIEW AND COMMENTS TO SAME (0.2). |
| 11/09/10 | C. Weiss<br>Task: 4000 | 1.30 | WORK ON REVISIONS TO PLAN AND BUDGET FOR BONANNO GUARANTY JUDGMENT ENFORCEMENT (0.8); EMAILS WITH D. GEIGER REGARDING COMMUNICATION WITH LEHMAN ON SAME AND APS STATUS (0.2); REVIEW PROPOSAL MATERIALS FROM PRIVATE INVESTIGATOR REGARDING BONANNO GUARANTY JUDGMENT COLLECTION (0.3). |
| 11/10/10 | C. Weiss<br>Task: 4000 | .40 | REVIEW EMAILS REGARDING STATUS OF EFFORTS TO RESOLVE APS EASEMENT DISPUTE (0.2); TELEPHONE CALL WITH D.GEIGER REGARDING SAME AND BONANNO GUARANTY JUDGMENT COLLECTION PLAN (0.2). |
| 11/11/10 | C. Weiss<br>Task: 4000 | 1.10 | WORK ON REVISIONS TO BONANNO GUARANTY JUDGMENT COLLECTION PLAN AND BUDGET (0.4); REVIEW REVISED MATERIALS FROM PRIVATE INVESTIGATOR (0.3); EMAIL TO LEHMAN AND TRIMONT REGARDING GUARANTY JUDGMENT COLLECTION PLAN, PI PROPOSAL AND NEXT STEPS (0.4). |

4000  Non-Bankruptcy Litigation
  C. Weiss        3.40  525.00 $1,785.00

   TOTAL 4000      3.40     $1,785.00