**EXHIBIT E-3**

**Invoices, Expense Detail and Supplemental Information Sheets**
**(with additional detail and supporting documentation for expenses)**
**for December 1, 2010 through December 31, 2010**

# McKenna Long
# & Aldridge LLP
### Attorneys at Law

Albany

Atlanta

Brussels

Denver

Los Angeles

New York

Philadelphia

San Diego

San Francisco

Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
c/o TriMont Real Estate Advisors, Inc
Attn: Sam Papastathis
Suite 2200
3424 Peachtree Road, N.E.
Atlanta, GA. 30326

Client No.: 30837                          Invoice No. 754393
Matter No.: 30837.0001                     Invoice Date: May 10, 2011
======================================================================

       FOR PROFESSIONAL SERVICES RENDERED through December 31, 2010
       RE: KONTRABECKI NY BANKRUPTCY ACTION

* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|--------------|-----------------|-------------|
| M. Kaufman | 16.80 | 650.00 | 10,920.00 |
| S. Chandler | 1.40 | 400.00 | 560.00 |
| Total | 18.20 | | 11,480.00 |

TOTAL FEES:                                    $ 11,480.00

T O T A L   T H I S   S T A T E M E N T:       $ 11,480.00

LEHMAN BROTHERS HOLDINGS INC.              May 10, 2011              PAGE    2
MATTER NUMBER: 30837.0001
INVOICE NO.: 754393


DESCRIPTION OF SERVICES


12/01/10   M. Kaufman      1.60   WORK TOWARD FINAL COMPLETION OF DOCUMENTATION
           Task:  4000            AND ISSUES REGARDING EXECUTION OF SETTLEMENT
                                  PAPERS BY VARIOUS PARTIES (0.6); REVIEW LATEST
                                  DRAFT OF SETTLEMENT DOCUMENTATION AND COMMENTS
                                  REGARDING SAME (1.0).

12/02/10   M. Kaufman      2.30   REVIEW DOCUMENTATION PERTAINING TO SETTLEMENT
           Task:  4000            (0.3); CONFER WITH P. BENVENUTTI REGARDING
                                  CHANGES THERETO AND LEGAL ISSUES RELATING TO
                                  SAME (0.5); REVIEW LATEST DRAFT OF SETTLEMENT
                                  TERMS AS PREPARED BY P. BENVENUTTI TO INCLUDE
                                  COMMENTS FROM R. OLINER (0.3); CONFER WITH P.
                                  BENVENUTTI REGARDING RELEASE PROVISIONS (0.2);
                                  REVIEW TRANSMITTED RELEASE AS CIRCULATED TO
                                  CLIENT AND SPECIAL COUNSEL (0.2); REVIEW
                                  REVISED TERMS OF PROPOSED SETTLEMENT ORDER AND
                                  RELATED DOCUMENTS AS TRANSMITTED TO OPPOSING
                                  COUNSEL AND JUDGE MONTALI (0.6); REVIEW EMAIL
                                  FROM JUDGE MONTALI REGARDING THE STIPULATION
                                  AND ORDERS (0.2).

12/03/10   M. Kaufman       .80   REVIEW EDITS AND MOFIDICATIONS TO SETTLEMENT
           Task:  4000            DOCUMENTS AS TRANSMITTED BY M. BATTS, COUNSEL
                                  FOR KONTRABECKI AND ASSESSMENT OF SAME.

12/04/10   M. Kaufman      1.10   REVIEW EMAIL FROM P. BENVENUTTI REGARDING
           Task:  4000            KONTRABECKI'S REVISIONS TO SETTLEMENT
                                  DOCUMENTS INCLUDING RELEASE TERMS AND REVIEW
                                  OF LATEST REVISIONS.

12/06/10   M. Kaufman      2.80   WORK ON ISSUES RELATING TO NON-CONSPIRACY
           Task:  4000            LETTER REQUESTED BY KONTRABECKI (1.2);
                                  COMMUNICATIONS WITH P. BENVENUTTI REGARDING
                                  SAME AND PROPOSED REVISIONS THERETO (0.3);
                                  EMAIL TO CLIENT EXPLAINING BACKGROUND AND
                                  CIRCUMSTANCES NECESSITATING NEED FOR

LEHMAN BROTHERS HOLDINGS INC.            May 10, 2011            PAGE    3
MATTER NUMBER: 30837.0001
INVOICE NO.: 754393

|  |  |  |  |
|---|---|---|---|
|  |  |  | MODIFICATION AND CAREFULNESS IN PREPARATION OF LETTER TO POLISH PROSECUTOR (0.2); REVIEW OF LATEST REVISIONS OF SETTLEMENT DOCUMENTS (0.3); CONFER WITH P. BENVENUTTI REGARDING SAME (0.2); REVIEW OF REVISED STIPULATED REQUEST AND SEALING ORDER AS PREPARED BY P. BENVENUTTI FOLLOWING COMMENTS FROM VARIOUS PARTIES INCLUDING MYSELF (0.4); CONFER WITH P. BENVENUTTI WITH REGARD TO RELEASE TERMS AND CONDITIONS AND CONSIDERATIONS RELATING TO SAME (0.2). |
| 12/07/10 | M. Kaufman Task:    4000 | 2.70 | PARTICIPATE IN CONFERENCE CALL WITH P. BENVENUTTI AND B. MOORE TO DISCUSS FINDING ACCEPTABLE TERMS OF LETTER TO BE SENT BY LEHMAN IN CONJUNCTION WITH SETTLEMENT TO POLISH PROSECUTOR AND TO ALSO ADDRESS ISSUES RELATING TO PARAMETERS OF RELEASE (0.8); CONFER WITH P. BENVENUTTI PREPATORY TO SAID CALL (0.5); FOLLOW UP CONVERSATION WITH P. BENVENUTTI REGARDING FURTHER STRATEGIES FOLLOWING CALL WITH B. MOORE (0.5); REVIEW EMAIL FROM P. BENVENUTTI REGARDING HIS RECENT COMMUNICATION WITH M. BETTS PERTAINING TO MODIFICATION OF SETTLEMENT PLEADINGS (0.3); REVIEW FINAL REVISED VERSIONS OF SETTLEMENT DOCUMENTS AS PREPARED AND TRANSMITTED BY M. BETTS (0.6). |
| 12/09/10 | M. Kaufman Task:    4000 | 3.10 | REVIEW OF DECLARATION OF R. OLINER AND OTHER FINALIZED SETTLEMENT PAPERS AS PREPARED AND TRANSMITTED BY P. BENVENUTTI (0.5); REVIEW MODIFICATIONS AND REDLINED REVISIONS TO DRAFTS BEING TRANSMITTED TO BANKRUPTCY COURT FOR FINAL SETTLEMENT (0.2); FURTHER CONVERSATIONS WITH P. BENVENUTTI REGARDING SIGNATORY ISSUES TO RELEASE AND NEED FOR INCLUSION OF N. KONTRABECKI (0.4); DISCUSSION OF SAME WITH ADVISOR COUNSEL (0.3); REVIEW REVISION TO MUTUAL RELEASE AS TRANSMITTED TO B. MOORE (0.3); CONFERENCE CALL WITH P. BENVENUTTI PRIOR TO TRANSMITTAL OF MUTUAL RELEASE TO DISCUSS FINAL TERMS AND CONDITIONS OF MUTUAL RELEASE AND ISSUES RELATING TO SIGNATORIES THERETO AND LANGUAGE OF RELEASE (0.5); REVIEW EMAIL FROM P. BENVENUTTI TO LEVINE AND W. OLSHAN REGARDING |

LEHMAN BROTHERS HOLDINGS INC.          May 10, 2011          PAGE    4
MATTER NUMBER: 30837.0001
INVOICE NO.: 754393

|            |               |       |                                                                          |
|------------|---------------|-------|--------------------------------------------------------------------------|
|            |               |       | MODIFICATIONS OF THE RELEASE TO DELETE NICOLE KONTRABECKI AND ADDRESS RELATED ISSUES THERETO (0.4); REVIEW CONFIRMING COMMUNICATIONS FROM CLIENT AND CLIENT REPRESENTATIVE (0.3); REVIEW TRANSMITTAL COMMUNICATION TO B. MOORE REGARDING CHANGE TO REQUESTED FORM OF RELEASE AND INCLUSION OF OTHER LANGUAGE AS DISCUSSED WITH P. BENVENUTTI TO PROTECT LEHMAN AND COUNSEL WITH REGARD TO RELEASE RELATED ISSUES (0.2). |
| 12/10/10   | M. Kaufman    | 2.40  | FINAL COMMUNICATIONS WITH JUDGE MONTALI AND P. BENVENUTTI REGARDING EXECUTION AND APPROVAL OF SETTLEMENT DOCUMENTS (0.8); CONFER WITH P. BENVENUTTI REGARDING FINALIZATION OF SETTLEMENT (0.8); REVIEW EMAIL COMMUNICATIONS FROM OUST REGARDING ITS APPROVAL OF SETTLEMENT AND ABILITY OF R. OLINER TO ACCENT THERETO (0.3); REVIEW FINAL DOCUMENTS AS FILED TO SETTLE MATTER AND REVIEW COMMUNICATIONS BETWEEN R. OLINER AND P. BENVENUTTI REGARDING SAME (0.4); REVIEW EMAIL TRANSMITTAL TO JUDGE MONTALI TRANSMITTING CHAMBERS COPIES OF VARIOUS SETTLEMENT DOCUMENTS INCLUDING TWO PROPOSED ORDERS, THE SETTLEMENT ORDER, AND THE SEALING ORDER AND RELATED ANCILLARY MATTERS BEING TRANSMITTED TO COURT (0.1). |
|            | Task: 4000    |       |                                                                          |
| 12/10/10   | S. Chandler   | 1.40  | REVIEW CORRESPONDENCE REGARDING RESOLUTION OF CASE (0.2); REVIEW AGREEMENT AND RELATED FILINGS IN CONNECTION WITH SAME (1.2). |
|            | Task: 4000    |       |                                                                          |

| 4000  Non-Bankruptcy Litigation |         |         |             |
|---------------------------------|---------|---------|-------------|
| M. Kaufman                      | 16.80   | 650.00  | $10,920.00  |
| S. Chandler                     | 1.40    | 400.00  | $560.00     |
|                                 |         |         |             |
| TOTAL 4000                      | 18.20   |         | $11,480.00  |

# McKenna Long
## & Aldridge LLP
Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe  Papastathis
TriMont Real Estate Advisors, Inc.
Monarch Tower
3424 Peachtree Road, NE
Suite 2200

Client No.: 30837                     Invoice No. 745687
Matter No.: 30837.0002                Invoice Date: March 9, 2011
=================================================================

    FOR PROFESSIONAL SERVICES RENDERED through December 31, 2010
    RE: BANKRUPTCY EMPLOYMENT MATTERS


* * * * * * * * * * * SUMMARY OF ACTIVITY * * * * * * * * * * * *

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------|-----------------|-------------|
| C. Weiss | 1.30 | 525.00 | 682.50 |
| G. Walling | 0.80 | 430.00 | 344.00 |
| S. Chandler | 0.30 | 400.00 | 120.00 |
| A. Elko | 19.60 | 335.00 | 6,566.00 |
| Total | 22.00 | | 7,712.50 |

TOTAL FEES:                                    $  7,712.50

CHARGES:

    COPY CHARGES                       17.00
    DELIVERY SERVICE/MESSENGER        125.14
    PACER SEARCHES                      2.40

TOTAL CHARGES:                                 $    144.54

T O T A L   T H I S   S T A T E M E N T:       $  7,857.04

LEHMAN BROTHERS HOLDINGS INC.           March 9, 2011          PAGE    2
MATTER NUMBER: 30837.0002
INVOICE NO.: 745687


### DESCRIPTION OF SERVICES


12/07/10  A. Elko            4.70   DRAFT SIXTH INTERIM FEE APPLICATION (4.0);
          Task:  4600               CORRESPOND WITH G. MARSH, M. KAUFMAN,  P.
                                    MCGEEHAN, C. WEISS, C. GRAHAM, D. GEIGER AND
                                    A. KAUFMAN REGARDING FEE APPLICATION (0.4);
                                    CORRESPOND WITH B. FROHLICH AND L. STIPANCIC
                                    REGARDING INFORMATION NEEDED FOR FEE
                                    APPLICATION (0.3).


12/08/10  C. Weiss            .70   WORK ON REVIEW AND REVISION OF MATTER
          Task:  4600               SUMMARIES FOR FEE APPLICATION.


12/09/10  G. Walling          .20   WORK WITH A. ELKO REGARDING APPLICATION FOR
          Task:  4600               PAYMENT OF FEES AND REVIEW OF RELATED MATTER
                                    SUMMARIES.


12/09/10  S. Chandler         .30   REVIEW AND REVISE SUMMARY OF WORK FOR FEE
          Task:  4600               APPLICATION.


12/09/10  A. Elko            4.80   DRAFT SIXTH INTERIM FEE APPLICATION (3.3);
          Task:  4600               CORRESPOND WITH TIMEKEEPERS REGARDING MATTER
                                    SUMMARIES FOR APPLICATION (0.2); REVIEW AND
                                    REVISE SUMMARIES (0.2); CORRESPOND WITH
                                    ACCOUNTING REGARDING INFORMATION NEEDED FOR
                                    APPLICATION (0.3); REVIEW AND INCLUDE SAME IN
                                    APPLICATION (0.8).


12/10/10  A. Elko            3.40   CORRESPOND WITH TIMEKEEPERS REGARDING
          Task:  4600               SUMMARIES OF MATTERS FOR SIXTH INTERIM FEE
                                    APPLICATION (0.3); REVIEW AND REVISE
                                    SUMMARIES (0.3); CORRESPOND WITH NEW
                                    TIMEKEEPERS REGARDING INFORMATION NEEDED FOR
                                    APPLICATION (0.4); WORK ON SUMMARY OF HOURS
                                    AND FEES FOR ATTORNEYS AND PARALEGALS (0.5);
                                    REVIEW AND REVISE APPLICATION (1.8);
                                    CORRESPOND WITH BILLING TIMEKEEPERS WITH
                                    RESPECT THERETO (0.1).

LEHMAN BROTHERS HOLDINGS INC.                    March 9, 2011              PAGE    3
MATTER NUMBER: 30837.0002
INVOICE NO.: 745687


12/13/10   G. Walling            .60   WORK WITH A. ELKO REGARDING SIXTH INTERIM FEE
           Task:  4600                 APPLICATION (0.1); REVIEW AND REVISE WORK
                                       DESCRIPTIONS FOR SUBJECT PERIOD RELATED TO
                                       WALKER SQUARE AND TURTLE CREEK (0.3); MADE
                                       RELATED REVIEW OF CORRESPONDENCE FILES (0.2).

12/13/10   A. Elko              2.90   REVIEW AND REVISE SIXTH INTERIM FEE
           Task:  4600                 APPLICATION (2.5); CORRESPOND WITH D. GEIGER
                                       AND G. WALLING WITH RESPECT TO REVISED
                                       SUMMARIES OF MATTERS (0.3); CORRESPOND WITH
                                       G. MARSH, C. WEISS, M. KAUFMAN, P. MCGEEHAN
                                       AND C. GRAHAM WITH RESPECT TO FINAL DRAFT OF
                                       APPLICATION (0.1).

12/14/10   A. Elko              1.50   REVIEW REVISED SUMMARIES OF MATTERS (0.2);
           Task:  4600                 CORRESPOND WITH D. GEIGER AND G. WALLING WITH
                                       RESPECT THERETO (0.2); REVIEW AND REVISE
                                       SIXTH INTERIM FEE APPLICATION (0.7); CONFER
                                       WITH C. WEISS REGARDING APPLICATION (0.1);
                                       CORRESPOND WITH C. BIROS, J. ZINS, B. EISEN,
                                       M. FOX AND B. DEAL REGARDING APPLICATION
                                       (0.1); CORRESPOND WITH C. ARTHUR AND M.
                                       SHOENFELD REGARDING APPLICATION (0.1);
                                       CORRESPOND WITH G. MARSH, M. KAUFMAN, P.
                                       MCGEEHAN, C. WEISS, C. GRAHAM, D. GEIGER, A.
                                       KAUFMAN AND S. CHANDLER REGARDING APPLICATION
                                       (0.1).

12/14/10   C. Weiss              .60   REVIEW FINAL DRAFT OF SIXTH FEE APPLICATION
           Task:  4600                 AND SUPPORTING DOCUMENTS.

12/15/10   A. Elko               .40   REVIEW FILINGS FOR INFORMATION REGARDING
           Task:  4600                 INTERIM FEE APPLICATIONS (0.1); REVIEW
                                       SERVICE OF SIXTH INTERIM FEE APPLICATION BY
                                       CLAIMS AGENT (0.1); WORK ON FILES FOR SIXTH
                                       INTERIM FEE APPLICATION (0.2).

12/21/10   A. Elko               .20   CORRESPOND WITH LEHMAN REGARDING PAYMENT OF
           Task:  4600                 MONTHLY STATEMENTS.

12/22/10   A. Elko               .30   CORRESPOND WITH ACCOUNTING REGARDING JUNE
           Task:  4600                 THROUGH SEPTEMBER MONTHLY STATEMENTS (0.2);
                                       CORRESPOND WITH BILLING TIMEKEEPERS REGARDING
                                       LEHMAN PAYMENT AND APPLICATION OF FUNDS WITH
                                       RESPECT TO HOLDBACK AND OBJECTIONS (0.1).

LEHMAN BROTHERS HOLDINGS INC.            March 9, 2011            PAGE    4
MATTER NUMBER: 30837.0002
INVOICE NO.: 745687


12/23/10  A. Elko            1.40    REVIEW CONVERSION OF JUNE THROUGH SEPTEMBER
          Task:  4600                2010 INVOICES TO EXCEL SPREADSHEETS (0.4);
                                     REVISE SPREADSHEETS (0.8); CORRESPOND WITH
                                     BROWN GREER REGARDING SPREADSHEETS (0.2).


4600  Firm's Own Billing/Fee Applications
      A. Elko                        19.60    335.00    $6,566.00
      C. Weiss                        1.30    525.00      $682.50
      G. Walling                       .80    430.00      $344.00
      S. Chandler                      .30    400.00      $120.00

          TOTAL 4600                 22.00             $7,712.50

Billed Recap Of Cost Detail - [Invoice: 745687 Date: 03/09/2011]    Pg 10 of 43

Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 12/01/2010 | 4981 | ALISON ELKO | 101S | 17.00 | 0.15 | 2.55 | COPY CHARGES | 26766538 |
| 03/09/2011 | | Invoice=745687 | | 17.00 | 0.10 | 1.70 | | |
| | | | | | | | | |
| 12/01/2010 | 4981 | ALISON ELKO | 411S | 1.00 | 2.40 | 2.40 | PACER SEARCHES | 26799102 |
| 03/09/2011 | | Invoice=745687 | | 1.00 | 2.40 | 2.40 | | |
| | | | | | | | | |
| 12/09/2010 | 4981 | ALISON ELKO | 101S | 5.00 | 0.15 | 0.75 | COPY CHARGES | 26779765 |
| 03/09/2011 | | Invoice=745687 | | 5.00 | 0.10 | 0.50 | | |
| | | | | | | | | |
| 12/10/2010 | 4981 | ALISON ELKO | 101S | 98.00 | 0.15 | 14.70 | COPY CHARGES | 26781513 |
| 03/09/2011 | | Invoice=745687 | | 98.00 | 0.10 | 9.80 | | |
| | | | | | | | | |
| 12/13/2010 | 4981 | ALISON ELKO | 101S | 49.00 | 0.15 | 7.35 | COPY CHARGES | 26783252 |
| 03/09/2011 | | Invoice=745687 | | 49.00 | 0.10 | 4.90 | | |
| | | | | | | | | |
| 12/14/2010 | 4981 | ALISON ELKO | 101S | 1.00 | 0.15 | 0.15 | COPY CHARGES | 26784359 |
| 03/09/2011 | | Invoice=745687 | | 1.00 | 0.10 | 0.10 | | |
| | | | | | | | | |
| 12/14/2010 | 0999 | MLA MLA | 107S | 1.00 | 20.80 | 20.80 | DELIVERY SERVICE/MESSENGER | 26804693 |
| 03/09/2011 | | Invoice=745687 | | 1.00 | 20.80 | 20.80 | RCVD:UNITED STATES BANKRUPTCY COURT/VITO GENNA, | |
| | | | | | | | | |
| 12/14/2010 | 0999 | MLA MLA | 107S | 1.00 | 17.26 | 17.26 | DELIVERY SERVICE/MESSENGER | 26804694 |
| 03/09/2011 | | Invoice=745687 | | 1.00 | 17.26 | 17.26 | RCVD:FEINBERG ROZEN, LLP/K. FEINBERG - CO | |
| | | | | | | | | |
| 12/14/2010 | 0999 | MLA MLA | 107S | 1.00 | 18.78 | 18.78 | DELIVERY SERVICE/MESSENGER | 26804695 |
| 03/09/2011 | | Invoice=745687 | | 1.00 | 18.78 | 18.78 | RCVD:LEHMAN BROTHERS HOLDINGS, INC./JOHN SUCKOW | |
| | | | | | | | | |
| 12/14/2010 | 0999 | MLA MLA | 107S | 1.00 | 24.76 | 24.76 | DELIVERY SERVICE/MESSENGER | 26804696 |
| 03/09/2011 | | Invoice=745687 | | 1.00 | 24.76 | 24.76 | RCVD:WEIL GOTSHAL & MANGES, LLP/SHAI Y. WAISMAN, | |
| | | | | | | | | |
| 12/14/2010 | 0999 | MLA MLA | 107S | 1.00 | 18.78 | 18.78 | DELIVERY SERVICE/MESSENGER | 26804697 |
| 03/09/2011 | | Invoice=745687 | | 1.00 | 18.78 | 18.78 | RCVD:MILBANK, TWEED, HADLEY & MCCLO/DENNIS F. | |
| | | | | | | | | |
| 12/14/2010 | 0999 | MLA MLA | 107S | 1.00 | 24.76 | 24.76 | DELIVERY SERVICE/MESSENGER | 26804698 |
| 03/09/2011 | | Invoice=745687 | | 1.00 | 24.76 | 24.76 | RCVD:OFFICE OF THE U.S. TRUSTEE/ANDY | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 153.04 | 12 records | |
| | | BILLED TOTALS:    BILL: | | | | 144.54 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 153.04 | 12 records | |
| | | GRAND TOTAL:    BILL: | | | | 144.54 | | |

# McKenna Long
## &Aldridge LLP
### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
San Diego
San Francisco
Washington, DC

Tel: 404.527.4000
www.mckennalong.com

*Remittance Address:*
P.O. Box 116573, Atlanta, GA 30368

ATTORNEY-CLIENT PRIVILEGED
TAX ID NO. 52-1237458

LEHMAN BROTHERS HOLDINGS INC.
Attn: Ms. Evanthe Papastathis
TriMont Real Estate Advisors, Inc.
3424 Peachtree Road, NE
Suite 2200
Atlanta, GA. 30326

Client No.: 30837                    Invoice No. 745732
Matter No.: 30837.0003               Invoice Date: May 10, 2011
===============================================================

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2010
RE: AZ 72, LLC

\* \* \* \* \* \* \* \* \* \* \* SUMMARY OF ACTIVITY \* \* \* \* \* \* \* \* \* \* \* \*

| Name | Hours Worked | Billed Per Hour | Bill Amount |
|------|-------------:|----------------:|------------:|
| C.F. Graham | 73.80 | 760.00 | 56,088.00 |
| C. Weiss | 0.60 | 525.00 | 315.00 |
| A.F. Kaufman | 43.80 | 450.00 | 19,710.00 |
| T. Hall | 1.20 | 425.00 | 510.00 |
| J. Kuhn | 39.30 | 400.00 | 15,720.00 |
| M.B. Hoffman | 0.80 | 350.00 | 280.00 |
| I. Byrnside | 0.60 | 285.00 | 171.00 |
| R.M. Gee | 5.80 | 225.00 | 1,305.00 |
| H.T. Moore | 1.10 | 225.00 | 247.50 |
| J.E. Reed | 27.80 | 215.00 | 5,977.00 |
| L. Runyan | 1.00 | 180.00 | 180.00 |
| L.D. Williams | 1.00 | 170.00 | 170.00 |
| K. Berton | 1.50 | 165.00 | 247.50 |
| Total | 198.30 | | 100,921.00 |

TOTAL FEES:                                         $100,921.00

LEHMAN BROTHERS HOLDINGS INC.              May 10, 2011                    PAGE    2
MATTER NUMBER: 30837.0003
INVOICE NO.: 745732


CHARGES:

    COPY CHARGES                        971.90
    DELIVERY SERVICE/MESSENGER           94.19
    DEPOSITION TRANSCRIPTS            4,922.31
    LITIGATION SUPPORT VENDORS          644.40
    LOCAL TRAVEL                        147.10
    MEALS                               363.86
    OUT OF TOWN TRAVEL                  675.80

TOTAL CHARGES:                                          $  7,819.56

T O T A L   T H I S   S T A T E M E N T:               $108,740.56

LEHMAN BROTHERS HOLDINGS INC.   May 10, 2011   PAGE 3
MATTER NUMBER: 30837.0003
INVOICE NO.: 745732

## DESCRIPTION OF SERVICES

| | | | |
|---|---|---|---|
| 12/01/10 | J. Kuhn<br>Task: 4000 | 4.20 | CONTINUE TO ANALYZE AND REVIEW PRODUCTION DOCUMENTS TO USE AS EXHIBITS DURING DEPOSITION OF H. INY (2.0); DRAFT MEMORANDUM REGARDING SAME (2.2). |
| 12/01/10 | C.F. Graham<br>Task: 4000 | 9.50 | MEET WITH A. KAUFMAN AND W. ANTONIEWICZ DEPOSITION (1.0); DEFEND W. ANTONIEWICZ'S DEPOSITION AT PRYOR CASHMAN'S OFFICES (8.5). |
| 12/01/10 | A.F. Kaufman<br>Task: 4000 | 2.50 | MEET WITH C. GRAHAM AND W. ANTONIEWICZ IN PREPARATION FOR DEPOSITION (1.0); ANALYZE ISSUES RELATING TO EXHIBITS USED AT DEPOSITION (0.9); TELEPHONE CALL WITH J. CHORMANSKI REGARDING DEPOSITION OF A. BARSANTI (0.2); CONFER WITH J. KUHN REGARDING PREPARATION FOR DEPOSITION OF H. INY AND A. BARSANTI (0.4). |
| 12/01/10 | R.M. Gee<br>Task: 4000 | 1.90 | REVIEW AND ANALYZE DOCUMENT PRODUCTION IN CONNECTION WITH PAST DUE COMPLIANCE ITEMS (0.4); REVIEW AND ANALYZE DOCUMENT PRODUCTION IN CONNECTION WITH INADVERTENTLY PRODUCED PRIVILEGED DOCUMENTS (0.8); REVIEW AND ANALYZE DOCUMENT PRODUCTION IN CONNECTION WITH DEPOSITION OF W. ANTONIEWICZ (0.6); CONFER WITH A. KAUFMAN REGARDING SAME (0.1). |
| 12/02/10 | A.F. Kaufman<br>Task: 4000 | 3.40 | TELEPHONE CALL WITH S. LAUER REGARDING DEPOSITION OF W. ANTONIEWICZ (0.3); DRAFT LETTER TO R. KAUFMAN REGARDING EXHIBITS USED AT DEPOSITION (0.4); ANALYZE RESPONSES TO ISSUES RAISED AT DEPOSITION (0.5); ANALYZE AND REVIEW DOCUMENTS TO BE USED AT DEPOSITION OF H. INY (1.6); TELEPHONE CALL WITH C. GRAHAM AND LEHMAN PERSONNEL REGARDING SETTLEMENT AUTHORITY (0.6). |
| 12/02/10 | J.E. Reed<br>Task: 4000 | 1.50 | REVIEW H. INY DEPOSITION EXHIBITS(1.0); RESEARCH DATABASE FOR RESPONSES/ATTACHMENTS TO SAME FOR USE AS POSSIBLE EXHIBITS (0.5). |

LEHMAN BROTHERS HOLDINGS INC.              May 10, 2011              PAGE    4
MATTER NUMBER: 30837.0003
INVOICE NO.: 745732


| 12/02/10 | J. Kuhn<br>Task:  4000 | 1.00 | OFFICE CONFERENCE WITH C. GRAHAM AND A. KAUFMAN REGARDING ANALYSIS OF PRODUCTION DOCUMENTS TO USE AS EXHIBITS FOR DEPOSITION OF H. INY. |
|---|---|---|---|
| 12/02/10 | J. Kuhn<br>Task:  4000 | 3.60 | CONTINUE ANALYSIS OF PRODUCTION DOCUMENTS TO DETERMINE DOCUMENTS TO USE AS EXHIBITS DURING DEPOSITION OF DEFENSE WITNESS H. INY (2.6); DRAFT MEMORANDUM REGARDING SAME (1.0). |
| 12/02/10 | C.F. Graham<br>Task:  4000 | 4.80 | CONFERENCE CALL WITH CLIENTS AND A. KAUFMAN REGARDING SETTLEMENT AUTHORITY (0.6); REVIEW POTENTIAL EXHIBITS FOR H. INY DEPOSITION (3.2); DRAFT LETTER TO R. KAUFMAN REGARDING PRIVILEGE DOCUMENTS (0.3); OFFICE CONFERENCE WITH A. KAUFMAN REGARDING W. ANTONIEWICZ DEPOSITION REPORT (0.5); E-MAILS WITH J. CHORMANSKI REGARDING  GUARANTORS FINANCIAL STATEMENTS (0.2). |
| 12/03/10 | H.T. Moore<br>Task:  4000 | .30 | ANALYZE, EDIT, TEST, AND LOAD VENDOR DATA FILES. |
| 12/03/10 | J. Kuhn<br>Task:  4000 | 7.30 | OFFICE CONFERENCE WITH C. GRAHAM AND A. KAUFMAN REGARDING ANALYSIS OF PRODUCTION DOCUMENTS FOR USE IN PREPARING FOR DEPOSITION OF DEFENDANT WITNESS H. INY AND TO BE MARKED AT H. INY'S DEPOSITION (4.3); CONTINUE TO ANALYZE AND PREPARE PRODUCTION DOCUMENTS TO BE MARKED AT H. INY'S DEPOSITION (1.5); CONTINUE TO ANALYZE AND PREPARE PRODUCTION DOCUMENTS FOR USE IN PREPARING A. BARSANTI FOR DEPOSITION (1.5). |
| 12/03/10 | J.E. Reed<br>Task:  4000 | 5.70 | CONTINUED ATTENTION TO RESEARCHING DATABASE FOR ATTACHMENTS TO GAC EMAILS (2.0); WORK WITH LITIGATION SUPPORT TO REPAIR GAC DOCUMENT DEFICIENCIES (0.5); WORK WITH J. KUHN ANALYZING EMAILS FOR POSSIBLE H. INY DEPOSITION EXHIBITS (3.2). |
| 12/03/10 | C.F. Graham<br>Task:  4000 | 4.50 | REVIEW 190 POTENTIAL EXHIBITS FOR H. INY DEPOSITION NEXT WEEK. |

LEHMAN BROTHERS HOLDINGS INC.              May 10, 2011              PAGE    5
MATTER NUMBER: 30837.0003
INVOICE NO.: 745732


| 12/03/10 | A.F. Kaufman<br>Task:  4000 | 5.10 | ANALYZE AND REVIEW DOCUMENTS FOR DEPOSITION PREPARATION OF A. BARSANTI (2.9); ANALYZE AND REVIEW DOCUMENTS TO BE USED AT DEPOSITION OF H. INY (2.2). |
| 12/03/10 | L.D. Williams<br>Task:  4000 | 1.00 | ANALYZE VENDOR DATA FILES. |
| 12/03/10 | K. Berton<br>Task:  4000 | .10 | TELEPHONE CONFERENCE WITH J. KUHN REGARDING DOCUMENTS TO ORGANIZE FOR DEPOSITION; REVIEW AND RESPOND TO E-MAILS FROM J. KUHN REGARDING SAME. |
| 12/05/10 | C.F. Graham<br>Task:  4000 | 5.30 | TRAVEL FROM NEW YORK TO LA FOR DEFENDANTS DEPOSITIONS (50% REDUCTION FOR NON-WORKING TRAVEL) |
| 12/06/10 | C.F. Graham<br>Task:  4000 | 7.20 | REVIEW 96 EXHIBITS FOR H. INY DEPOSITION (6.5); CONFERENCE CALL WITH J. KUHN AND A. KAUFMAN REGARDING VARIOUS EXHIBIT QUESTIONS (0.4); E-MAILS WITH S. MCDUFFIE REGARDING H. INY'S DEPOSITION IN LA (0.3). |
| 12/06/10 | A.F. Kaufman<br>Task:  4000 | .80 | CONFER WITH S. LAUER REGARDING DOCUMENT ISSUES (0.2); DRAFT AND SEND LETTER TO J. CHORMANSKI ENCLOSING BINDER FOR DEPOSITION PREPARATION OF A. BARSANTI (0.3); EXCHANGE E-MAILS WITH J. CHORMANSKI REGARDING SETTLEMENT ISSUES (0.1); EXCHANGE E-MAILS WITH OPPOSING COUNSEL REGARDING DEPOSITION OF H. INY (0.1); CONFER WITH J. KUHN REGARDING SAME (0.1). |
| 12/06/10 | J. Kuhn<br>Task:  4000 | 4.60 | CONTINUE TO ANALYZE AND PREPARE PRODUCTION DOCUMENTS TO BE MARKED AT DEFENSE WITNESS H. INY'S DEPOSITION (3.6); OFFICE CONFERENCE WITH K. BERTON REGARDING PREPARING EXHIBITS FOR H. INY'S DEPOSITION (0.5); OFFICE CONFERENCE WITH C. GRAHAM REGARDING SAME (0.5). |
| 12/06/10 | J.E. Reed<br>Task:  4000 | 5.90 | RESEARCH ALL DEFENDANT-PRODUCED DOCUMENTS FOR RESPONSES TO TRIMONT FINANCIAL DOCUMENT REQUESTS (0.9); CONTINUED ATTENTION TO ANALYZING EMAILS, RESPONSES, AND ATTACHMENTS AS POSSIBLE DEPOSITION EXHIBITS FOR H. INY DEPOSITION (5.0). |

LEHMAN BROTHERS HOLDINGS INC.                    May 10, 2011                PAGE    6
MATTER NUMBER: 30837.0003
INVOICE NO.: 745732

| | | | |
|---|---|---|---|
| 12/06/10 | K. Berton<br>Task: 4000 | .80 | PREPARE EXHIBITS FOR DEPOSITION OF A. BARSANTI. |
| 12/07/10 | K. Berton<br>Task: 4000 | .60 | CONTINUE PREPARATION OF EXHIBITS FOR DEPOSITION OF A. BARSANTI. |
| 12/07/10 | H.T. Moore<br>Task: 4000 | .50 | ANALYZE, EDIT, TEST, AND LOAD VENDOR DATA FILES. |
| 12/07/10 | A.F. Kaufman<br>Task: 4000 | 7.80 | TELEPHONE CONFERENCE WITH C. GRAHAM AND J. CHORMANSKI REGARDING SETTLEMENT AND DEPOSITION PREPARATION OF A. BARSANTI (0.3); PREPARE FOR AND PARTICIPATE IN DEPOSITION OF H. INY (7.5). |
| 12/07/10 | C.F. Graham<br>Task: 4000 | 8.50 | CONFERENCE CALL WITH A. KAUFMAN AND J. CHORMANSKI REGARDING MEDIATION AUTHORIZATION (0.3); PREPARE FOR DEPOSITION OF H. INY (0.7); PARTICIPATE IN DEPOSITION OF DEFENDANT H. INY (7.5). |
| 12/07/10 | C.F. Graham<br>Task: 4000 | 2.20 | TRAVEL BACK TO NEW YORK FROM LA FOLLOWING H. INY DEPOSITION. (50% REDUCTION OF NON-WORKING TRAVEL) |
| 12/08/10 | C.F. Graham<br>Task: 4000 | 4.60 | MEETING WITH A. BARSANTI, J. CHORMANSKI AND A. KAUFMAN TO PREPARE FOR A. BARSANTI'S DEPOSTION. |
| 12/08/10 | C.F. Graham<br>Task: 4000 | 2.20 | CONTINUED TRAVEL BACK(AFTER 3AM) FROM LA TO NY AFTER H. INY DEPOSITION (50% REDUCTION OF NON-BILLABLE WORKING TIME). |
| 12/08/10 | A.F. Kaufman<br>Task: 4000 | 6.70 | PREPARE FOR AND MEET WITH A. BARSANTI, J. CHORMANSKI AND C. GRAHAM (6.4); TELEPHONE CALL WITH MAGISTRATE JUDGE ELLIS' CHAMBERS REGARDING MEDIATION (0.3). |
| 12/09/10 | A.F. Kaufman<br>Task: 4000 | 1.90 | MEET WITH A. BARSANTI AND C. GRAHAM REGARDING DEPOSITION. |
| 12/09/10 | C.F. Graham<br>Task: 4000 | 9.10 | MEETING WITH A. BARSANTI AND A. KAUFMAN PRIOR TO DEPOSITION (1.0); DEFEND A. BARSANTI'S DEPOSITION (7.3); POST-DEPOSITION MEETING WITH A. BARSANTI (0.5); CALL WITH JUDGE ELLIS'S CLERK REGARDING TUESDAY'S MEDIATION SESSION SUMMARIES (0.3). |

LEHMAN BROTHERS HOLDINGS INC.              May 10, 2011              PAGE    7
MATTER NUMBER: 30837.0003
INVOICE NO.: 745732

| 12/10/10 | A.F. Kaufman Task:  4000 | 1.80 | TELEPHONE CALL WITH J. CHORMANSKI AND C. GRAHAM REGARDING DEPOSITION OF A. BARSANTI AND MEDIATION STRATEGY (0.5); CONFER WITH T. HALL REGARDING ABILITY TO COLLECT ATTORNEYS' FEE ON RECOURSE AMOUNT (0.6); CONFER WITH J. KUHN REGARDING STATEGY AND ANALYSIS OF MEDIATION STATMENT (0.7). |
|---|---|---|---|
| 12/10/10 | J. Kuhn Task:  4000 | .70 | OFFICE CONFERENCE WITH A. KAUFMAN REGARDING ANALYSIS OF DEPOSITION OF DEFENSE WITNESS H. INY AND A. BARSANTI AND DISCUSS DRAFTING OF PLAINTIFF'S MEDIATION STATEMENT. |
| 12/10/10 | J. Kuhn Task:  4000 | 2.00 | REVIEW PRIOR CORRESPONDENCE TO COURT REGARDING DISPUTED DISCOVERY ISSUES (0.4); WORK ON DRAFT OF PLAINTIFF'S MEDIATION STATEMENT (1.6). |
| 12/10/10 | C.F. Graham Task:  4000 | 1.40 | OFFICE CONFERENCE WITH A. KAUFMAN REGARDING A. BARSANTI DEPOSITION (0.2); CALL WITH J. CHORMANSKI AND A. KAUFMAN REGARDING A. BARSANTI DEPOSITION (0.4); READ EMAILS FROM E. SHERMAN REGARDING DOCUMENTS (0.3); E-MAILS WITH J. CHORMANSKI REGARDING MONDAY SETTLEMENT MEETING WITH DEFENDANTS (0.3): E-MAIL EXCHANGE WITH R. KAUFMAN REGARDING MONDAY SETTLEMENT MEETING (0.2). |
| 12/10/10 | T. Hall Task:  4000 | 1.20 | REVIEW LOAN DOCUMENT PROVISIONS WITH RESPECT TO RIGHT TO REIMBURSEMENT OF LEGAL FEES FROM GUARANTORS, IN PREPARATION FOR MEDIATION HEARING. |
| 12/12/10 | J. Kuhn Task:  4000 | 1.50 | DRAFT MEDIATION STATEMENT. |
| 12/13/10 | A.F. Kaufman Task:  4000 | 3.60 | PREPARE FOR AND PARTICIPATE IN MEETING WITH BORROWERS (2.9); PREPARE FOR SETTLEMENT CONFERENCE (0.4); REVIEW LETTER TO COURT FROM E. SHERMAN (0.3). |
| 12/13/10 | J. Kuhn Task:  4000 | 2.40 | CONTINUE TO WORK ON DRAFT  OF PLAINTIFF'S MEDIATION STATEMENT (1.9); REVIEW AND ANALYZE DEFENDANTS' TWELVE PAGE MEDIATION STATEMENT (0.5). |

LEHMAN BROTHERS HOLDINGS INC.                MAY 10, 2011              PAGE    8
MATTER NUMBER: 30837.0003
INVOICE NO.: 745732


| | | | |
|---|---|---|---|
| 12/13/10 | C.F. Graham<br>Task: 4000 | 2.60 | MEETING WITH DEFENDANTS H. INY AND R. SCHWAETZ WITH COUNSEL (1.3); MEETING WITH CLIENTS REGARDING MEDIATION STARTEGY (0.5); PREPARE FOR MEDIATION SESSION BEFORE MAGISTRATE JUDGE ELLIS TOMORROW( 0.8). |
| 12/14/10 | J. Kuhn<br>Task: 4000 | .60 | OFFICE CONFERENCE WITH A. KAUFMAN REGARDING MEDIATION AND ANALYSIS OF DEFENDANTS' CORRESPONDENCE OUTLINING DISCOVERY CONCERNS (0.4); OFFICE CONFERENCE WITH I. BYRNSIDE REGARDING SAME AND DISCOVERY ISSUES GOING FORWARD IN MATTER (0.2). |
| 12/14/10 | C.F. Graham<br>Task: 4000 | 4.90 | MEDIATION SESSION AT US COURT HOUSE BEFORE MAGISTRATE JUDGE ELLIS (2.0); MEETINGS WITH CLIENTS AHEAD OF MEDIATION SESSION (0.5); FINALIZE OUTLINE OF MEDIATION ARGUMENT (0.7); READ E. SHERMAN'S 39 PAGE DISCOVERY LETTER (0.6); CONFERENCE CALL WITH DEFENSE COUNSEL REGARDING DISCOVERY DISPUTES (0.5); E-MAILS WITH E. SHERMAN REGARDING TRIMONT VALUATION REPORTS (0.3); OFFICE CONFERENCE WITH R. GEE REGARDING STATUS OF PRODUCTION (0.3). |
| 12/14/10 | I. Byrnside<br>Task: 4000 | .40 | REVIEW AND ANALYZE LETTER FROM DEFENSE COUNSEL REGARDING STATUS CONFERENCE AND DISCOVERY ISSUES (0.3); TELEPHONE CONFERENCE WITH J. KUHN REGARDING SAME (0.1). |
| 12/14/10 | R.M. Gee<br>Task: 4000 | .30 | REVIEW AND RESPOND TO EMAILS REGARDING VALUATION REPORTS (0.2); UPDATE CASE CALENDAR WITH RESPONSE DEADLINE AND HEARING DATE FOR DISCOVERY DISPUTE (0.1). |
| 12/14/10 | A.F. Kaufman<br>Task: 4000 | 5.40 | PREPARE FOR AND PARTICIPATE IN SETTLEMENT CONFERENCE (3.3); MEET WITH J. CHORMANSKI, J. NASTASI AND C. GRAHAM REGARDING SETTLEMENT CONFERENCE (1.6); TELEPHONE CALL WITH S. LAUER REGARDING SAME (0.3); TELEPHONE CALL WITH OPPOSING COUNSEL REGARDING DISCOVERY (0.2). |

LEHMAN BROTHERS HOLDINGS INC.              May 10, 2011              PAGE   9
MATTER NUMBER: 30837.0003
INVOICE NO.: 745732


12/15/10   C.F. Graham        .60   EMAIL E. SHERMAN REGARDING ISSUES WITH
           Task:  4000              DOCUMENT(0.2); OFFICE CONFERENCE WITH R. GEE
                                    REGARDING STATUS OF SAID DOCUMENT(0.2); READ
                                    LETTER FROM S. BELL REGARDING W. ANTONIEWICZ'S
                                    DEPOSITION TRANSCRIPT(0.2).

12/15/10   R.M. Gee           .50   REVIEW DATABASE IN CONNECTION WITH ISSUES
           Task:  4000              REGARDING PRODUCTION OF VALUATION REPORTS
                                    (0.3);  CONFER WITH C. GRAHAM REGARDING SAME
                                    (0.2).

12/16/10   M.B. Hoffman       .80   CONFER WITH A. KAUFMAN AND J. KUHN REGARDING
           Task:  4000              PRODUCTION, PRODUCTION DEFICIENCIES, REMAINING
                                    DISCOVERY, AND UPCOMING DEPOSITIONS.

12/16/10   J. Kuhn           3.30   ANALYZE DEFENDANT'S PRIVILEGE LOG AND
           Task:  4000              DOCUMENT PRODUCTION TO DETERMINE OPEN ISSUES
                                    WITH REGARD TO DEFENDANT'S DISCOVERY AND
                                    DOCUMENT PRODUCTION (2.5); PREPARE E-MAIL
                                    MEMORANDUM TO A. KAUFMAN AND C. GRAHAM
                                    SUMMARIZING ISSUES WITH REGARD TO DEFENDANT'S
                                    DISCOVERY AND DOCUMENT PRODUCTION (0.8).

12/16/10   J. Kuhn            .20   OFFICE CONFERENCE WITH J. REED REGARDING
           Task:  4000              ANALYZING LEHMAN'S DOCUMENT PRODUCTION TO
                                    ENSURE THAT ALL RESPONSIVE DOCUMENTS HAVE BEEN
                                    PRODUCED.

12/16/10   A.F. Kaufman      1.10   TELEPHONE CALL WITH S. LAUER REGARDING
           Task:  4000              DEFENDANTS' REQUEST FOR DOCUMENTS (0.2); CONFER
                                    WITH J. KUHN AND M. HOFFMAN REGARDING DISCOVERY
                                    (0.9).

12/16/10   C.F. Graham        .40   EMAIL EXCHANGE WITH S. BELL REGARDING
           Task:  4000              CONFERENCE CALL TOMORROW (0.2);  READ EMAIL
                                    FROM A. KAUFMAN REGARDING DISCOVERY
                                    DEFICIENCIES OF DEFENDANTS (0.2).

12/16/10   J. Kuhn            .80   OFFICE CONFERENCE WITH A. KAUFMAN AND M.
           Task:  4000              HUFFMAN REGARDING PREPARING FOR CALL WITH
                                    DEFENDANT'S COUNSEL ON OUTSTANDING DISCOVERY
                                    ISSUES.

12/16/10   H.T. Moore         .30   ANALYZE, EDIT, TEST, AND LOAD VENDOR DATA
           Task:  4000              FILES.

LEHMAN BROTHERS HOLDINGS INC.                    May 10, 2011              PAGE   10
MATTER NUMBER: 30837.0003
INVOICE NO.: 745732


12/17/10   J. Kuhn          1.90   OFFICE CONFERENCE WITH A. KAUFMAN,  J. REED AND
           Task:  4000             R. GEE REGARDING ANALYSIS OF OUTSTANDING
                                   DISCOVERY ISSUES RAISED BY DEFENDANTS, FURTHER
                                   REVISIONS TO PRIVILEGE LOG, AND REVIEW OF
                                   ADDITIONAL PRODUCTION DOCUMENTS (0.8); CONFER
                                   WITH I. BYRNSIDE REGARDING SAME (0.3); DRAFT
                                   MEMORANDUM OUTLINING AND SUMMARIZING SAME
                                   (0.8).

12/17/10   J.E. Reed        1.50   TELEPHONE CONFERENCE WITH J. KUHN, A. KAUFMAN
           Task:  4000             AND R. GEE REGARDING CASE DEVELOPMENTS AND
                                   RESPONSES TO OPPOSING COUNSEL OBJECTIONS TO
                                   PRIVILEGE LOG AND PRODUCTION (0.8); REVIEW AND
                                   ANALYZE PREVIOUS VERSION OF PRIVILEGE LOG
                                   (0.4); REVIEW EMAIL/ATTACHMENTS NOT PRODUCED
                                   FOR RESPONSE TO OPPOSING COUNSEL (0.3).

12/17/10   A.F. Kaufman     3.70   CONFER WITH J. KUHN, R. GEE AND J. REED
           Task:  4000             REGARDING DISCOVERY ISSUES (0.8); PREPARE FOR
                                   AND PARTICIPATE IN TELEPHONE CONFERENCE WITH
                                   OPPOSING COUNSEL REGARDING DISCOVERY ISSUES
                                   (1.8); CONFER WITH S. LAUER REGARDING VALUATION
                                   REPORTS AND OTHER DISCOVERY ISSUES (0.9);
                                   TELEPHONE CALL WITH W. ANTONIEWICZ REGARDING
                                   SAME (0.2).

12/17/10   L. Runyan        1.00   BACKGOUND AND ASSET SEARCHES ON H. INY, R.
           Task:  4000             SCHWARTZ, Y. INY AND N. SCHWARTZ AND ON
                                   AFFILIATED COMPANIES DMSI LLC AND GREAT
                                   AMERICAN CAPITAL.

12/17/10   I. Byrnside       .20   TELEPHONE CONFERENCE WITH J. KUHN REGARDING
           Task:  4000             DISCOVERY ISSUES RAISED BY DEFENDANTS'
                                   COUNSEL AND SUPPLEMENTAL DOCUMENT REVIEW TO
                                   RESPOND TO SAME.

12/17/10   R.M. Gee         1.80   ATTEND MEETING WITH A. KAUFMAN, J. KUHN, AND J.
           Task:  4000             REED REGARDING DISCOVERY ISSUES (0.8); CONFER
                                   WITH LITIGATION SUPPORT REGARDING RECREATING
                                   DATABASE (0.2); REVIEW AND ANALYZE VALUATION
                                   DISC (0.8).

LEHMAN BROTHERS HOLDINGS INC.                May 10, 2011            PAGE   11
MATTER NUMBER: 30837.0003
INVOICE NO.: 745732


| 12/17/10 | C.F. Graham<br>Task:  4000 | 1.80 | CONFERENCE CALL WITH DEFENSE COUNSEL (0.8); MEETING WITH A. KAUFMAN TO REVIEW OPEN DISCOVERY DISPUTES (0.4); REVIEW OPEN DOCUMENT ITEMS WITH J. KUHN (0.3); CALL WITH W. ANTONIEWICZ REGARDING REVIEWING HIS TRANSCRIPT (0.3). |
|---|---|---|---|
| 12/20/10 | R.M. Gee<br>Task:  4000 | 1.00 | REVIEW AND ANALYZE SUPPLEMENTAL DISC REGARDING VALUATION REPORTS (0.8); CONFER WITH J. KUHN REGARDING SAME (0.1); EMAIL WITH J. KUHN REGARDING SAME (0.1). |
| 12/20/10 | C. Weiss<br>Task:  4000 | .20 | TELEPHONE CALL WITH C. GRAHAM REGARDING RESULTS OF SETTLEMENT CONFERENCE. |
| 12/22/10 | C.F. Graham<br>Task:  4000 | 1.60 | OFFICE CONFERENCE WITH C. WEISS REGARDING GUARANTY CLAIMS (0.3); DRAFT 2 COVER LETTERS TO CLIENTS REGARDING DEPOSITIONS (0.6); READ FIRST HALF OF A. BARSANTI HIGHLY CONFIDENTIAL TRANSCRIPT (0.7). |
| 12/22/10 | C. Weiss<br>Task:  4000 | .40 | TELEPHONE CONFERENCE WITH C. GRAHAM REGARDING RESULTS OF SETTLEMENT CONFERENCE AND NEXT STEPS IN LITIGATION. |
| 12/23/10 | J.E. Reed<br>Task:  4000 | .40 | DISTRIBUTE REVISED VERSION OF PRIVILEGE LOG TO I. BYRNSIDE AND J. KUHN FOR REVIEW. |
| 12/27/10 | J.E. Reed<br>Task:  4000 | 2.10 | REVIEW OPPOSING COUNSEL LETTER REGARDING PRODUCTION DEFICIENCES (0.1); WORK WITH SUMMATION ENTERPRISE TO JOIN PARENTS AND CHILDREN FOR RESPONSE TO DEFICIENCY LETTER (1.0); CREATE TAG FOR ATTORNEY REVIEW OF ALL JOINED EMAILS AND ATTACHMENT, AND TAG ALL INDICATED SUMMARIES (1.0). |
| 12/28/10 | J.E. Reed<br>Task:  4000 | 4.50 | CONTINUED ATTENTION TO WORKING WITH DATABASE ISSUES AND PRIVILEGE LOG REVISIONS FOR RESPONSE TO OPPOSING COUNSEL DEFICIENCY LETTER. |
| 12/28/10 | J. Kuhn<br>Task:  4000 | .60 | OFFICE CONFERENCE WITH J. REED REGARDING ANALYZING CLIENT DOCUMENTS FOR SUPPLEMENTAL PRODUCTION AND REVISIONS TO PRIVILEGE LOG. |

LEHMAN BROTHERS HOLDINGS INC.          May 10, 2011          PAGE  12
MATTER NUMBER: 30837.0003
INVOICE NO.: 745732


12/29/10   J. Kuhn              .40   OFFICE CONFERENCE WITH J. REED REGARDING
           Task:  4000                AMENDING DOCUMENT PRODUCTION AND AMENDED
                                      PRIVILEGE LOG.

12/29/10   J. Kuhn             4.20   ANALYZE AND REVISE PRIVILEGE LOG.
           Task:  4000

12/29/10   J.E. Reed           5.00   CONTINUED ATTENTION TO WORKING WITH DATABASE
           Task:  4000                ISSUES AND PRIVILEGE LOG REVISIONS FOR RESPONSE
                                      TO OPPOSING COUNSEL DEFICIENCY LETTER (3.8);
                                      PREPARE MEMO REGARDING SAME (1.2).

12/29/10   C.F. Graham         1.20   EMAILS WITH W. ANTONIEWICZ REGARDING DEPOSITION
           Task:  4000                REVIEW(0.3); DRAFT LETTER TO J. CHORMANSKI
                                      REGARDING PLAINTIFF DEPOSITION TRANSCRIPTS
                                      (0.3); DRAFT LETTER TO A. BARSANTI REGARDING
                                      DEPOSITION TRANSCRIPT (0.2); REVIEW E. SHERMAN
                                      LETTER TO MAGISTRATE ELLIS REGARDING DISCOVERY
                                      DISPUTES (0.4).

12/29/10   R.M. Gee             .30   REVIEW DOCUMENT PRODUCTION DISC IN CONNECTION
           Task:  4000                WITH JANUARY 11, 2011 RESPONSE TO MAGISTRATE
                                      JUDGE ELLIS REGARDING DISCOVERY ISSUES.

12/30/10   J.E. Reed           1.20   CONTINUED ATTENTION TO WORKING WITH DATABASE
           Task:  4000                ISSUES AND PRIVILEGE LOG REVISIONS FOR RESPONSE
                                      TO OPPOSING COUNSEL DEFICIENCY LETTER (1.0);
                                      FINALIZE MEMO REGARDING SAME (0.2).

12/30/10   C.F. Graham         1.40   PHONE CALL WITH W. ANTONIEWICZ REGARDING ERRATA
           Task:  4000                CHANGES ON HIS TRANSCRIPT (0.7); READ 25 PAGES
                                      OF W. ANTONIEWICZ TRANSCRIPT REGARDING
                                      VALUATION REPORTS (0.5); READ S. BELL LETTER ON
                                      BARSANTI DEPOSITION (0.2).

4000  Non-Bankruptcy Litigation
      A.F. Kaufman                    43.80   450.00  $19,710.00
      C. Weiss                          .60   525.00     $315.00
      C.F. Graham                     73.80   760.00  $56,088.00
      H.T. Moore                       1.10   225.00     $247.50

LEHMAN BROTHERS HOLDINGS INC.          May 10, 2011          PAGE  13
MATTER NUMBER: 30837.0003
INVOICE NO.: 745732

| | | | |
|---|---:|---:|---:|
| I. Byrnside | .60 | 285.00 | $171.00 |
| J. Kuhn | 39.30 | 400.00 | $15,720.00 |
| J.E. Reed | 27.80 | 215.00 | $5,977.00 |
| K. Berton | 1.50 | 165.00 | $247.50 |
| L. Runyan | 1.00 | 180.00 | $180.00 |
| L.D. Williams | 1.00 | 170.00 | $170.00 |
| M.B. Hoffman | .80 | 350.00 | $280.00 |
| R.M. Gee | 5.80 | 225.00 | $1,305.00 |
| T. Hall | 1.20 | 425.00 | $510.00 |
| TOTAL 4000 | 198.30 | | 100,921.00 |

Billed Recap Of Cost Detail - [Invoice: 745732 Date: 05/10/2011]

Client: -

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 12/01/2010 | 0613 | DONNA LOUDERMILK | 101S | 2357.00 | 0.15 | 353.55 | COPY CHARGES | 26767407 |
| 05/10/2011 | | Invoice=745732 | | 2357.00 | 0.10 | 235.70 | | |
| | | | | | | | | |
| 12/01/2010 | 4769 | ROBERT M. GEE | 101S | 4.00 | 0.15 | 0.60 | COPY CHARGES | 26767408 |
| 05/10/2011 | | Invoice=745732 | | 4.00 | 0.10 | 0.40 | | |
| | | | | | | | | |
| 12/01/2010 | 9697 | Z DTI DATA ENTRY | 101S | 354.00 | 0.15 | 53.10 | COPY CHARGES | 26767409 |
| 05/10/2011 | | Invoice=745732 | | 354.00 | 0.10 | 35.40 | | |
| | | | | | | | | |
| 12/01/2010 | 0193 | PATRICK MCGEEHAN | 111Z | 1.00 | 123.23 | 123.23 | MEALS | 26775855 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 123.23 | 123.23 | MEALS | |
| | | Voucher=1804361 Paid | | | | | Vendor=PATRICK MCGEEHAN  Balance= .00  Amount= 123.23 | |
| | | | | | | | | |
| 12/02/2010 | 0603 | CHARLES K. REED | 101S | 1175.00 | 0.15 | 176.25 | COPY CHARGES | 26771060 |
| 05/10/2011 | | Invoice=745732 | | 1175.00 | 0.10 | 117.50 | | |
| | | | | | | | | |
| 12/02/2010 | 4961 | CHRISTOPHER F GRAHAM | 101S | 1.00 | 0.15 | 0.15 | COPY CHARGES | 26771061 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 0.10 | 0.10 | | |
| | | | | | | | | |
| 12/02/2010 | 5084 | ALAN F. KAUFMAN | 101S | 2.00 | 0.15 | 0.30 | COPY CHARGES | 26771062 |
| 05/10/2011 | | Invoice=745732 | | 2.00 | 0.10 | 0.20 | | |
| | | | | | | | | |
| 12/02/2010 | 9697 | Z DTI DATA ENTRY | 101S | 279.00 | 0.15 | 41.85 | COPY CHARGES | 26771063 |
| 05/10/2011 | | Invoice=745732 | | 279.00 | 0.10 | 27.90 | | |
| | | | | | | | | |
| 12/02/2010 | 5084 | ALAN F. KAUFMAN | 111Z | 1.00 | 20.91 | 20.91 | MEALS - - PAYEE: SEAMLESSWEB PROFESSIONAL | 26802066 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 20.91 | 20.91 | SOLUTIONS, INC. MENDY'S AT ROCK CENTER | |
| | | Voucher=1806563 Paid | | | | | Vendor=SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC.  Balance= | |
| | | | | | | | | |
| 12/03/2010 | 0582 | LOU ELLEN RUNYAN | 101S | 67.00 | 0.15 | 10.05 | COPY CHARGES | 26772507 |
| 05/10/2011 | | Invoice=745732 | | 67.00 | 0.10 | 6.70 | | |
| | | | | | | | | |
| 12/03/2010 | 0584 | JILL C. KUHN | 101S | 811.00 | 0.15 | 121.65 | COPY CHARGES | 26772508 |
| 05/10/2011 | | Invoice=745732 | | 811.00 | 0.10 | 81.10 | | |
| | | | | | | | | |
| 12/03/2010 | 5084 | ALAN F. KAUFMAN | 101S | 63.00 | 0.15 | 9.45 | COPY CHARGES | 26772509 |
| 05/10/2011 | | Invoice=745732 | | 63.00 | 0.10 | 6.30 | | |
| | | | | | | | | |
| 12/03/2010 | 5347 | JAN E. REED | 101S | 33.00 | 0.15 | 4.95 | COPY CHARGES | 26772510 |
| 05/10/2011 | | Invoice=745732 | | 33.00 | 0.10 | 3.30 | | |
| | | | | | | | | |
| 12/06/2010 | 0584 | JILL C. KUHN | 101S | 1362.00 | 0.15 | 204.30 | COPY CHARGES | 26773721 |
| 05/10/2011 | | Invoice=745732 | | 1362.00 | 0.10 | 136.20 | | |
| | | | | | | | | |
| 12/06/2010 | 5347 | JAN E. REED | 101S | 40.00 | 0.15 | 6.00 | COPY CHARGES | 26773722 |
| 05/10/2011 | | Invoice=745732 | | 40.00 | 0.10 | 4.00 | | |
| | | | | | | | | |
| 12/06/2010 | 4961 | CHRISTOPHER F GRAHAM | 110Z | 1.00 | 60.00 | 60.00 | OUT OF TOWN TRAVEL | 26799568 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 60.00 | 60.00 | TRANSPORTATION FROM LA OFFICE TO LAX DELTA WHILE | |
| | | Voucher=1806097 Paid | | | | | Vendor=CHRISTOPHER F. GRAHAM  Balance= .00  Amount= 632.45 | |
| | | | | | | | | |
| 12/06/2010 | 4961 | CHRISTOPHER F GRAHAM | 110Z | 1.00 | 60.00 | 60.00 | OUT OF TOWN TRAVEL | 26799570 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 60.00 | 60.00 | TRANSPORTATION FROM LAX TO OMNI HOTEL WHILE ON A | |
| | | Voucher=1806097 Paid | | | | | Vendor=CHRISTOPHER F. GRAHAM  Balance= .00  Amount= 632.45 | |
| | | | | | | | | |
| 12/06/2010 | 0999 | MLA MLA | 107S | 1.00 | 12.97 | 12.97 | DELIVERY SERVICE/MESSENGER | 26808504 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 12.97 | 12.97 | RCVD:LEHMAN BROTHERS HOLDINGS INC./JOANNE | |
| | | | | | | | | |
| 12/06/2010 | 4961 | CHRISTOPHER F GRAHAM | 110Z | 1.00 | 53.35 | 53.35 | OUT OF TOWN TRAVEL | 26820743 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 53.35 | 53.35 | BUSINESS TRIP TRANSPORTATION (AZ 72 DEPOSITION). | |
| | | Voucher=1808926 Paid | | | | | Vendor=CHRISTOPHER F. GRAHAM  Balance= .00  Amount= 53.35 | |
| | | | | | | | | |
| 12/07/2010 | 5084 | ALAN F. KAUFMAN | 109Z | 1.00 | 10.70 | 10.70 | LOCAL TRAVEL | 26785146 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 10.70 | 10.70 | TRANSPORTATION HOME FROM OFFICE. | |
| | | Voucher=1805541 Paid | | | | | Vendor=ALAN F. KAUFMAN  Balance= .00  Amount= 21.00 | |
| | | | | | | | | |
| 12/07/2010 | 3480 | JANICE E. MOORE | 111Z | 1.00 | 75.80 | 75.80 | MEALS - - PAYEE: DAN'S DELI | 26797893 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 75.80 | 75.80 | | |
| | | Voucher=1805935 Paid | | | | | Vendor=DAN'S DELI  Balance= .00  Amount= 75.80 | |
| | | | | | | | | |
| 12/07/2010 | 4961 | CHRISTOPHER F GRAHAM | 110Z | 1.00 | 437.95 | 437.95 | OUT OF TOWN TRAVEL | 26799571 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 437.95 | 437.95 | OMNI HOTELS ACCOMMODATIONS (AZ 72 BUSINESS TRIP) | |
| | | Voucher=1806097 Paid | | | | | Vendor=CHRISTOPHER F. GRAHAM  Balance= .00  Amount= 632.45 | |
| | | | | | | | | |
| 12/07/2010 | 5084 | ALAN F. KAUFMAN | 111Z | 1.00 | 20.85 | 20.85 | MEALS - - PAYEE: SEAMLESSWEB PROFESSIONAL | 26802061 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 20.85 | 20.85 | SOLUTIONS, INC. OLYMPIC PITA | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | Voucher=1806562 Paid | | | | | Vendor=SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. Balance= | |
| 12/08/2010 | 4961 | CHRISTOPHER F GRAHAM | 111Z | 1.00 | 39.74 | 39.74 | MEALS | 26785099 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 39.74 | 39.74 | AZ 72 DEPOSITION LUNCH FROM GRAND CAFE. | |
| | | Voucher=1805529 Paid | | | | | Vendor=CHRISTOPHER F. GRAHAM Balance= .00 Amount= 39.74 | |
| 12/08/2010 | 5084 | ALAN F. KAUFMAN | 109Z | 1.00 | 10.30 | 10.30 | LOCAL TRAVEL | 26785145 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 10.30 | 10.30 | TRANSPORTATION HOME FROM OFFICE. | |
| | | Voucher=1805541 Paid | | | | | Vendor=ALAN F. KAUFMAN Balance= .00 Amount= 21.00 | |
| 12/08/2010 | 4961 | CHRISTOPHER F GRAHAM | 110Z | 1.00 | 49.00 | 49.00 | OUT OF TOWN TRAVEL AZ 72 BUSINESS TRIP. | 26799567 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 49.00 | 49.00 | | |
| | | Voucher=1806097 Paid | | | | | Vendor=CHRISTOPHER F. GRAHAM Balance= .00 Amount= 632.45 | |
| 12/08/2010 | 4961 | CHRISTOPHER F GRAHAM | 110Z | 1.00 | 11.00 | 11.00 | OUT OF TOWN TRAVEL | 26799573 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 11.00 | 11.00 | TOLLS (AZ 72 BUSINESS TRIP). | |
| | | Voucher=1806097 Paid | | | | | Vendor=CHRISTOPHER F. GRAHAM Balance= .00 Amount= 632.45 | |
| 12/08/2010 | 5084 | ALAN F. KAUFMAN | 111Z | 1.00 | 20.91 | 20.91 | MEALS - - PAYEE: SEAMLESSWEB PROFESSIONAL | 26802060 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 20.91 | 20.91 | SOLUTIONS, INC. MENDY'S AT ROCK CENTER | |
| | | Voucher=1806562 Paid | | | | | Vendor=SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. Balance= | |
| 12/08/2010 | 4961 | CHRISTOPHER F GRAHAM | 109Z | 1.00 | 99.00 | 99.00 | LOCAL TRAVEL | 26805346 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 99.00 | 99.00 | PARKING AT AIRPORT - AZ 72 BUSINESS TRAVELS. | |
| | | Voucher=1807315 Paid | | | | | Vendor=CHRISTOPHER F. GRAHAM Balance= .00 Amount= 99.00 | |
| 12/09/2010 | 4961 | CHRISTOPHER F GRAHAM | 101S | 30.00 | 0.15 | 4.50 | COPY CHARGES | 26779766 |
| 05/10/2011 | | Invoice=745732 | | 30.00 | 0.10 | 3.00 | | |
| 12/09/2010 | 4961 | CHRISTOPHER F GRAHAM | 111Z | 1.00 | 62.42 | 62.42 | MEALS - - PAYEE: SEAMLESSWEB PROFESSIONAL | 26802058 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 62.42 | 62.42 | SOLUTIONS, INC. GRAND CAFE | |
| | | Voucher=1806562 Paid | | | | | Vendor=SEAMLESSWEB PROFESSIONAL SOLUTIONS, INC. Balance= | |
| 12/13/2010 | 5084 | ALAN F. KAUFMAN | 101S | 76.00 | 0.15 | 11.40 | COPY CHARGES | 26783253 |
| 05/10/2011 | | Invoice=745732 | | 76.00 | 0.10 | 7.60 | | |
| 12/13/2010 | 5084 | ALAN F. KAUFMAN | 109Z | 1.00 | 11.50 | 11.50 | LOCAL TRAVEL | 26805350 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 11.50 | 11.50 | TRANSPORTATION HOME FROM OFFICE. | |
| | | Voucher=1807320 Paid | | | | | Vendor=ALAN F. KAUFMAN Balance= .00 Amount= 27.10 | |
| 12/14/2010 | 4961 | CHRISTOPHER F GRAHAM | 110Z | 1.00 | 4.50 | 4.50 | OUT OF TOWN TRAVEL | 26799572 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 4.50 | 4.50 | ROUNDTRIP ON SUBWAY FROM/TO OFFICE/COURT. | |
| | | Voucher=1806097 Paid | | | | | Vendor=CHRISTOPHER F. GRAHAM Balance= .00 Amount= 632.45 | |
| 12/14/2010 | 5084 | ALAN F. KAUFMAN | 109Z | 1.00 | 15.60 | 15.60 | LOCAL TRAVEL | 26805349 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 15.60 | 15.60 | TRANSPORTATION FROM COURT TO OFFICE. | |
| | | Voucher=1807320 Paid | | | | | Vendor=ALAN F. KAUFMAN Balance= .00 Amount= 27.10 | |
| 12/14/2010 | 4961 | CHRISTOPHER F GRAHAM | 115Z | 1.00 | 3,491.47 | 3,491.47 | DEPOSITION TRANSCRIPTS - - PAYEE: DEPOPRO. | 26835660 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 3,491.47 | 3,491.47 | | |
| | | Voucher=1810203 Paid | | | | | Vendor=DEPOPRO, LLC Balance= .00 Amount= 3491.47 | |
| 12/15/2010 | 4961 | CHRISTOPHER F GRAHAM | 101S | 1360.00 | 0.15 | 204.00 | COPY CHARGES | 26795827 |
| 05/10/2011 | | Invoice=745732 | | 1360.00 | 0.10 | 136.00 | | |
| 12/16/2010 | 5223 | WAYNE S. GRAJEWSKI | 118Z | 1.00 | 351.56 | 351.56 | LITIGATION SUPPORT VENDORS - - PAYEE: COPY | 26824108 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 351.56 | 351.56 | PAGE, INC. - CP DOCUMENT TECHNOLOGIES | |
| | | Voucher=1809687 Paid | | | | | Vendor=COPY PAGE, INC. - CP DOCUMENT TECHNOLOGI Balance= | |
| 12/17/2010 | 5084 | ALAN F. KAUFMAN | 101S | 383.00 | 0.15 | 57.45 | COPY CHARGES | 26798966 |
| 05/10/2011 | | Invoice=745732 | | 383.00 | 0.10 | 38.30 | | |
| 12/17/2010 | 0999 | MLA MLA | 107S | 1.00 | 44.92 | 44.92 | DELIVERY SERVICE/MESSENGER | 26807595 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 44.92 | 44.92 | RCVD/WALDEMAR J. ANTONIEWICZ | |
| 12/21/2010 | 4961 | CHRISTOPHER F GRAHAM | 101S | 1310.00 | 0.15 | 196.50 | COPY CHARGES | 26801246 |
| 05/10/2011 | | Invoice=745732 | | 1310.00 | 0.10 | 131.00 | | |
| 12/22/2010 | 4961 | CHRISTOPHER F GRAHAM | 101S | 4.00 | 0.15 | 0.60 | COPY CHARGES | 26802320 |
| 05/10/2011 | | Invoice=745732 | | 4.00 | 0.10 | 0.40 | | |
| 12/22/2010 | 4961 | CHRISTOPHER F GRAHAM | 115Z | 1.00 | 1,430.84 | 1,430.84 | DEPOSITION TRANSCRIPTS - - PAYEE: DEPOPRO. | 26835661 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 1,430.84 | 1,430.84 | | |
| | | Voucher=1810204 Paid | | | | | Vendor=DEPOPRO, LLC Balance= .00 Amount= 1430.84 | |
| 12/22/2010 | 0999 | MLA MLA | 107S | 1.00 | 9.17 | 9.17 | DELIVERY SERVICE/MESSENGER | 26839361 |

Billed Recap Of Cost Detail - Invoice: 745732 Date: 05/10/2011
Client: -

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 05/10/2011 | | Invoice=745732 | | 1.00 | 9.17 | 9.17 | RCVD:LEHMAN BROTHERS HOLDINGS INC./JOANNE | |
| | | | | | | | | |
| 12/22/2010 | 0999 | MLA MLA | 107S | 1.00 | 11.92 | 11.92 | DELIVERY SERVICE/MESSENGER | 26839362 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 11.92 | 11.92 | RCVD:LEHMAN BROTHERS HOLDINGS INC./MR. ANTHONY | |
| | | | | | | | | |
| 12/29/2010 | 5084 | ALAN F. KAUFMAN | 101S | 8.00 | 0.15 | 1.20 | COPY CHARGES | 26806483 |
| 05/10/2011 | | Invoice=745732 | | 8.00 | 0.10 | 0.80 | | |
| | | | | | | | | |
| 12/29/2010 | 0999 | MLA MLA | 107S | 1.00 | 15.21 | 15.21 | DELIVERY SERVICE/MESSENGER | 26839363 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 15.21 | 15.21 | RCVD:MCKENNA LONG & ALDRINE/JAN REED | |
| | | | | | | | | |
| 12/31/2010 | 4961 | CHRISTOPHER F GRAHAM | 118Z | 1.00 | 292.84 | 292.84 | LITIGATION SUPPORT VENDORS - - PAYEE: | 26853112 |
| 05/10/2011 | | Invoice=745732 | | 1.00 | 292.84 | 292.84 | VDISCOVERY | |
| | | Voucher=1812265 Paid | | | | | Vendor=VDISCOVERY Balance= .00 Amount= 292.84 | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 8,305.51 | 48 records | |
| | | BILLED TOTALS:    BILL: | | | | 7,819.56 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 8,305.51 | 48 records | |
| | | GRAND TOTAL:    BILL: | | | | 7,819.56 | | |

*Wolly A.*

THE WALDORF=ASTORIA
BULL and BEAR BAR
CHECK:        3299
SERVER:      514 AOUN
DATE:        DEC01'10 21:03
CARD TYPE:   American Express
ACCT #:      XXXXXXXXXXX7005
EXP DATE:    XX/XX
AUTH CODE:   101759

SUBTOTAL:          113.23

Gratuity _____ 10  00

Total _____ 1 23  23

X_____
         Signature
GRATUITY IS NOT INCLUDED.
      Thank You

*Lehm At*
30837.0003

SeamlessWeb Invoice                                             Page 1 of 2

## Invoice Summary

**SEAMLESSWEB INVOICE**

| | |
|---|---|
| Invoice Number: | 796507 |
| Invoice Date: | December 5, 2010 |
| Invoice Date Range: | November 29, 2010 - December 5, 2010 |

Account Number:  54-003-07386

CUSTOMER NAME & ADDRESS
  McKenna Long & Aldridge LLP (NY)
  230 Park Avenue
  New York, NY 10017
  230 Park Ave
  (212) 905-8300

BILLING INQUIRIES: (212) 944-7755,
Option 6, 3

| YTD Information | Total YTD Invoice Amount | $10,105.13 |
|---|---|---|
| | Payments Received | $9,925.89 |
| PRIOR PERIOD | Invoice Amount | $93.31 |
| CURRENT PERIOD | Meal Purchases | $150.36 |
| | Catering Purchases | $28.88 |
| | Current Invoice Amount | $179.24 |
| | Payment(s) Received | $0.00 |
| | **TOTAL CURRENT CHARGES:** | $179.24 |
| REMITTANCE AMOUNT | Total Amount Due | $179.24 |

PLEASE RETURN PAYMENT BY JANUARY 4, 2011

OVERDUE BALANCES MAY BE SUBJECT TO A LATE FEE

Note: Finance fee is assessed at an APR of 12%

---------------------------- Detach Here ----------------------------
Please return this portion with payment

McKenna Long & Aldridge LLP (NY)
  230 Park Avenue
  New York, NY 10017
  230 Park Ave
  (212) 905-8300

SeamlessWeb Professional Solutions, LLC
Invoice     796507
Number:   11/29/2010 12:00:00 AM - 12/5/2010 12:00:00 AM
Date      12/5/2010 12:00:00 AM
Range:
Invoice
Date:

Account Number:  54-003-07386

Remittance Information:

Mail:

  SeamlessWeb Professional Solutions, LLC
  P.O. Box 5439
  New York, NY 10087-5439

Electronic:

  SeamlessWeb Professional Solutions, LLC
  JPMorgan Chase Bank NA, Chicago, IL
  Acct. # 701335168
  ABA # 071000013

## Dept Invoice Report

McKenna Long & Aldridge LLP (NY)

Department
Summary
                                    Billing Period: November 29, 2010 - December 5, 2010

| Dept | Department | TaxAmt | Addt'l | TipAmt | ProductAmt | Meals | Catering | Other | Total |
|---|---|---|---|---|---|---|---|---|---|

1806563

SeamlessWeb Invoice                                                    Page 2 of 2

| Code | | Tax | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| No Department on Record | $2.91 | $0.00 | $4.00 | $32.80 | $41.69 | $0.00 | $0.00 | $41.69 |
| Department | $9.69 | $0.00 | $12.25 | $109.05 | $108.67 | $28.88 | $0.00 | $137.55 |
| McKenna Long & Aldridge LLP (NY) | | | | | | | | $179.24 |

## Detail Invoice Report

Date Range: 11/29/2010 - 12/5/2010 11:59:00 PM
Department:

| OrderID | Name | Date Time | Expense Code | InternID | Vendor | Vendor Type | Business Purpose | Prod | Tax | Addt'l Tax | Tip | Amount | SpcOver Ins | Bdgt | Amnd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 176524470 | Kaufman, Alan | 12/2/2010 6:19 PM | 30837.0003 | | Mendy's at Rock Center | Meals | | $16.45 | $1.46 | $0.00 | $2.00 | $20.9: | | | No |
| 176127966 | Orellana, Mirna | 11/30/2010 12:16 PM | 30837.0003 | | Blake & Todd (Vanderbilt) | Meals | | $28.35 | $2.52 | $0.00 | $3.00 | $35.56 | Y | | No |

*5084*  
*4643*

Total: $179.24

ExpenseEntireFormPrinting                                                Page 1 of 1

This expense form was submitted to the accounting department on 12/17/2010 at 9:53 AM.

| | |
|---|---|
| Form Tracking ID | 91289 |
| Created For | 4961 GRAHAM, CHRISTOPHER F |
| Created By | Vargas, Jenny I. |
| Title | CFG AZ 72 Expenses |
| Expense Type | CLIENT CHARGEABLE |
| Client Name | 30837 LEHMAN BROTHERS HOLDINGS INC. |
| Matter Name | 0003 AZ 72, LLC |
| Description | AZ 72 expenses. |

| Type Of Expense | Date Of Expense | Amount | Description |
|---|---|---|---|
| Mileage | 12/8/2010 | 49.00 | AZ 72 business trip. |
| Ground Transportation | 12/6/2010 | 60.00 | Transportation from LA office to Lax Delta while on AZ 72 business trip. |
| Taxi (Local Travel) | 11/29/2010 | 10.00 | Transportaion back to office for Deposition Preparation. |
| Ground Transportation | 12/6/2010 | 60.00 | Transportation from Lax to Omni Hotel while on AZ 72 business trip. |
| Hotel | 12/7/2010 | 437.95 | Omni Hotels accommodations (AZ 72 business trip). |
| Ground Transportation | 12/14/2010 | 4.50 | Roundtrip on subway from/to office/court. |
| Ground Transportation | 12/8/2010 | 11.00 | Tolls (AZ 72 business trip). |

McKenna Long
& Aldridge LLP
Attorneys at Law

McKenna Long
& Aldridge LLP
Attorneys at Law

at.aspx?pu=y                                                    12/17/2010

# OMNI ✠ HOTELS

OMNI LOS ANGELES HOTEL
251 SOUTH OLIVE STREET
LOS ANGELES     CA   90012
Tele- 213-617-3300     Fax- 213-617-3399

GRAHAM, CHRISTOPHER F
LAWYERS TRAVEL
17 TUCKER RD
BEDFORD CORNRS NY   10549

Room Number:  1307
Daily Rate:  169
Room Type:  KN
No. of Guests:  1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | | RATE CODE | MKT GROUP | ACCOUNT |
|---------|-----------|-------------|--|-----------|-----------|---------|
| 12/05/10 | 12/07/10 | | | LAWTVL | ESP | 16900650407 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 12/05/10 | 1307 | ROOM CHARGE | #1307 GRAHAM, CHRISTOPHER F. | $169.00 |
| 12/05/10 | 1307 | OCCUPANCY TAX | OCCUPANCY TAX | $23.80 |
| 12/06/10 | 1307 | PRIVATE DINING | 1307/2733/19:22/PRIVATE DINING | $52.35 |
| 12/06/10 | 1307 | ROOM CHARGE | #1307 GRAHAM, CHRISTOPHER F | $169.00 |
| 12/06/10 | 1307 | OCCUPANCY TAX | OCCUPANCY TAX | $23.80 |
| 12/07/10 | 1307 | DISCOVER | DISCOVER | ($437.95) |

From: _____
To: _____
Driver: _____
Cab No.: _____
Date: _____ Amount: _____

INDEPENDENT TAXI COMPANY
Since 1977
800-LA1-TAXI
521-0294
www.taxi4u.com
Date _____ Cab # _____
Driver _____ Total _____
From _____
To _____
For Inquiries, Complaints or Lost Items, Please Call: 323-666-0040
Driver May Request Payment or Deposit in Advance

MEDH   5074
DRIVERS COPY
11/29/10 TR 1267
START END MILES
21:30 21:38 1.3
Card Type: AMEX
XXXXXXXXXX1009
AUTH:561796
Regular Fare
RATE 1:$   6.50
SURCH: $   0.50
E$rch:$   0.50
TIP : $   1.00
TOTAL) $   8.50            $0.00

ASH  3-5503

ExpenseEntireFormPrinting

This expense form was submitted to the accounting department on 1/11/2011 at 12:05 PM.

| | |
|---|---|
| Form Tracking ID | 92004 |
| Created For | 4961 GRAHAM, CHRISTOPHER F |
| Created By | Vargas, Jenny I. |
| Title | CFG - AZ 72 Business Trip (Deposition) |
| Expense Type | CLIENT CHARGEABLE |
| Client Name | 30837 LEHMAN BROTHERS HOLDINGS INC. |
| Matter Name | 0003 |
| Description | 12/6/10 - Transportation while on Business Trip (AZ 72 Deposition). |

| Type Of Expense | Date Of Expense | Amount | Description |
|---|---|---|---|
| Ground Transportation | 12/6/2010 | 53.35 | Business trip transportation (AZ 72 Deposition). |

Total $    53.35

CHF

```
I T O A
CAB# 1125
930-521-TAXI
12/06/10   01:41
12/06/10   02:01
DIST   17.81 m
FARE   $ 50.85
EXTRAS  $ 2.50
TOTAL  $ 53.35
  THANK YOU
  CALL AGAIN
```

**DAN'S DELI**
300 S. Grand Avenue LP35
LOS ANGELES, CALIFORNIA 90071
Phone (213) 620-1515

| CUSTOMER'S ORDER NO | PHONE | DATE |
|---|---|---|
| Tess | | 12-7-10 |

NAME _McKenna Long & Aldridge_

ADDRESS _300 S. Grand Ave 14 Fl_

| CASH | COD | CHARGE | ON ACT. | MDSE RET'D | PAID OUT |
|---|---|---|---|---|---|
| | | X | | | |

_for   13-A Conference Rm_

| Catering for 6 | 45 00 |
| Veg Tray for 8 | 24 00 |
| 8 Cookies | 6 00 |
| | 75 00 |

| | TAX |
|---|---|

SOLD BY _____ RECEIVED BY _Maribel Gonzalez_ TOTAL

'E PRODUCT 6097 ●   All claims and returned goods MUST be accompanied by this bill

**12582**                    **THANK YOU**

RECE!
DEC 1 3 2010

1805935

| Approved By: | |
|---|---|
| Date: | 12-10-10 |
| GL/Client # | cm# 30837.0003 |
| Description | Depo of Allan Kaufman |
| | 12/7/10 |

ExpenseEntireFormPrinting                                             Page 1 of 1

This expense form was submitted to the accounting department on 12/10/2010 at 9:57 AM.

| | |
|---|---|
| Form Tracking ID | 90984 |
| Created For | 5084 KAUFMAN, ALAN F. |
| Created By | Vargas, Jenny I. |
| Title | AFK Transportation |
| Expense Type | CLIENT CHARGEABLE |
| Client Name | 30837 LEHMAN BROTHERS HOLDINGS INC. |
| Matter Name | 0003 |
| Description | Transportation home from office. |

| Type Of Expense | Date Of Expense | Amount | Description |
|---|---|---|---|
| Taxi (Local Travel) | 12/8/2010 | 10.30 | Transportation home from office. |
| Taxi (Local Travel) | 12/7/2010 | 10.70 | Transportation home from office. |

Total $          21.00




SeamlessWeb Invoice

## Invoice Summary

SEAMLESSWEB INVOICE

Account Number:   54-003-07386

Invoice Number:      798941
Invoice Date:         December 12, 2010
Invoice Date Range:   December 6, 2010 - December 12, 2010

CUSTOMER NAME & ADDRESS
  McKenna Long & Aldridge LLP (NY)
  230 Park Avenue
  New York, NY 10017
  230 Park Ave
  (212) 905-8300

BILLING INQUIRIES: (212) 944-7755,
Option 6, 3

| | | |
|---|---|---|
| YTD Information | Total YTD Invoice Amount | $10,346.50 |
| | Payments Received | $9,925.89 |
| PRIOR PERIOD | Invoice Amount | $179.24 |
| | Prior Period Balance Brought Forward | $179.24 |
| CURRENT PERIOD | Meal Purchases | $241.37 |
| | Current Invoice Amount | $241.37 |
| | Payment(s) Received | $0.00 |
| | TOTAL CURRENT CHARGES: | $241.37 |
| REMITTANCE AMOUNT | Total Amount Due | $420.61 |

PLEASE RETURN PAYMENT BY JANUARY 11, 2011

OVERDUE BALANCES MAY BE SUBJECT TO A LATE FEE

Note: Finance fee is assessed at an APR of 12%

-------------------------------- Detach Here --------------------------------

Please return this portion with payment

McKenna Long & Aldridge LLP (NY)
230 Park Avenue
New York, NY 10017
230 Park Ave
(212) 905-8300

SeamlessWeb Professional Solutions, LLC
Invoice     798941
Number:
Date         12/6/2010 12:00:00 AM - 12/12/2010 12:00:00 AM
Range:        12/12/2010 12:00:00 AM
Invoice
Date:

Account Number:   54-003-07386

Remittance Information:

Mail:

SeamlessWeb Professional Solutions, LLC
P.O. Box 5439
New York, NY 10087-5439

Electronic:

SeamlessWeb Professional Solutions, LLC
JPMorgan Chase Bank NA, Chicago, IL
Acct. # 701335168
ABA # 071000013

## Dept Invoice Report

McKenna Long & Aldridge LLP (NY)

Department
Summary

Billing Period: December 6, 2010 - December 12, 2010

| Dept | Department | TaxAmt | Addt'l | TipAmt | ProductAmt | Meals | Catering | Other | Total |
|---|---|---|---|---|---|---|---|---|---|

1806862

SeamlessWeb Invoice

| Code | | Tax | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| No Department on Record | | $1.77 | $0.00 | $2.00 | $19.90 | $24.85 | $0.00 | $0.00 | $24.85 |
| Department | | $15.21 | $0.00 | $19.50 | $171.50 | $216.52 | $0.00 | $0.00 | $216.52 |
| | | | | | | | | | $241.37 |

McKenna Long & Aldridge LLP (NY)

## Detail Invoice Report

Date Range: 12/6/2010 - 12/12/2010 11:59:00 PM
Department:

| OrderID | Name | Date Time | Expense Code | InternID | Vendor | Vendor Type | Business Purpose | Prod | Tax | Addt'l Tax | Tip | Amount | SpcOver InsBdgt | Amnd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 177487437 | Sarlo, JoAnne | 12/9/2010 12:02 PM | 30837.0003 | | Grand Cafe | | Meals | $51.85 | $4.60 | $0.00 | $3.00 | $62.42 | Y    No | Y |
| 177382274 | Kaufman, Alan | 12/8/2010 6:50 PM | 30837.0003 | | Mendy's at Rock Center | | Meals | $16.45 | $1.46 | $0.00 | $2.00 | $20.91 | -    No | |
| 177255850 | Kaufman, Alan | 12/7/2010 8:35 PM | 30837.0003 | | Olympic Pita | | Meals | $16.40 | $1.46 | $0.00 | $2.00 | $20.85 | -    No | |

Total Orders: 10

Total: $241.37

ExpenseEntireFormPrinting                                    Page 1 of 1

This expense form was submitted to the accounting department on 12/10/2010 at 10:00 AM.

| | |
|---|---|
| Form Tracking ID | 90986 |
| Created For | 4961 GRAHAM, CHRISTOPHER F |
| Created By | Vargas, Jenny I. |
| Title | CFG -12/8/10 - deposition lunch AZ 72 matter |
| Expense Type | CLIENT CHARGEABLE |
| Client Name | 30837 LEHMAN BROTHERS HOLDINGS INC. |
| Matter Name | 0003 |
| Description | 12/8/10 - AZ 72 Deposition Lunch. |

| Type Of Expense | Date Of Expense | Amount | Description |
|---|---|---|---|
| Food / Meal | 12/8/2010 | 39.74 | AZ 72 Deposition Lunch from Grand Cafe. |

Total $          39.74

*30837.*
*0003*
*Deposition*
*lunch*

Grand Cafe
230 Park Avenue
212.883.6789

Host: T4 DELIV                          12/08/2010
Order #333                               12:24 PM
                                          30004

SALAD COUNTE (3 $6.80)           20.40
SALAD COUNTE (2 @5.30)           10.60
Chips LG (5 $1.10)                5.50

Sub Total                        36.50
Tax                               3.24

Counter Total                    39.74

Discover                         39.74
Auth:

Thank You
Visit us! www.grandcafenyc.com

GRAND CAFE
230 PARK AVE
NEW YORK, NY. 10169
212-883-6789

TERMINAL ID.:        0010540008016018185000
MERCHANT #:                   8016018189

DISCOVER
XXXXXXXXXXXX9263 EXP:XX/XX    KEY ENTERED
SALE
RECORD# 6              INV: 000006
DATE: Dec 08, 10              TIME: 12:28
BATCH: 000279

                         AUTH:00884R

BASE                              $39.74

TIP          $

TOTAL        $

CUSTOMER COPY

ExpenseEntireFormPrinting                                                    Page 1 of 1

This expense form was submitted to the accounting department on 12/28/2010 at 2:35 PM.

| | |
|---|---|
| Form Tracking ID | 91639 |
| Created For | 4961 GRAHAM, CHRISTOPHER F |
| Created By | Vargas, Jenny I. |
| Title | CFG - AZ 72 parking |
| Expense Type | CLIENT CHARGEABLE |
| Client Name | 30837 LEHMAN BROTHERS HOLDINGS INC. |
| Matter Name | 0003 AZ 72, LLC |
| Description | 12/8/10 - Parking at airport - AZ 72 business travels. |

| Type Of Expense | Date Of Expense | Amount | Description |
|---|---|---|---|
| Parking | 12/8/2010 | 99.00 | Parking at airport - AZ 72 business travels. |

Total $          99.00





ExpenseEntireFormPrinting                                                    Page 1 of 1

This expense form was submitted to the accounting department on 12/28/2010 at 11:23 AM.

Form Tracking ID        91622

Created For             5084 KAUFMAN, ALAN F.

Created By              Vargas, Jenny I.

Title                   AFK transportation

Expense Type            CLIENT CHARGEABLE

Client Name             30837 LEHMAN BROTHERS HOLDINGS INC.

Matter Name             0003

Description             Transportation.

| Type Of Expense | Date Of Expense | Amount | Description |
|---|---|---|---|
| Taxi (Local Travel) | 12/14/2010 | 15.60 | Transportation from court to office. |
| Taxi (Local Travel) | 12/13/2010 | 11.50 | Transportation home from office. |

Total $                 27.10



```
MED#      4L43
12/13/10 TR 2886
START   END MILES
20:29 20:41  2.1
REGULAR FARE
RATE 1:$    8.50
SURCH: $    0.50
STSRCH:$    0.50
TIP  : $    2.00
TOTAL: $   11.50

CARD TYPE: DIS
XXXXXXXXXXXXX2454
AUTH:01396R

     THANKS
TO CONTACT TLC
   DIAL 3-1-1
```

```
I ♡ NEW YORK

MACK #  05R01927
MEC #      2042
TRIP #     19875
DATE 12/14/2010
FIRST TIME 14:50
END TIME   15:09
RATE No.      1
STND. CITY RATE
MILES RT   2.50
FARE1 $   12.10
M'S SCG    0.00
Tip/Other  3.00
TOTAL     15.50

Contact TLC Dial
     3-1-1

SEPTEMBER 2454
AUTHOR: 01348R
```

1/20/11

DepoPro, LLC
633 W. 5th Street, Suite 2800
Los Angeles, CA 90071
(213) 244-9668  Fax (213) 559-0694

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 3915 | 12/14/2010 | 01-2227 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/07/2010 | PACHRE | 09 cv 4457 (BS |

| CASE CAPTION |
|---|
| AZ 72 Holdings LLC v. Haskel Iny et al |

| TERMS |
|---|
| Due upon receipt |

Chris Graham
McKenna Long & Aldridge
230 Park Avenue
Suite 1700
New York, NY 10169-0005

| ORIGINAL & DISCOUNTED CERTIFIED ELECTRONIC COPY | | |
|---|---|---|
| Haskel Iny | | |
| | 272 Pages | 1,493.28 |
| 4 Business Day Expedite | | 1,094.80 |
| EXHIBITS | 307 Pages | 138.15 |
| Advanced Rough | 272.00 Pages | 448.80 |
| Wit/Errata/Stip Procssg | | 15.00 |
| Mini Trans/Word Index | 112.00 Pages | 50.40 |
| ReporterVideoReconcile | 272.00 Pages | 108.80 |
| Prep of hard copy orig | | 40.00 |
| Parking | | 38.15 |
| Shipment fees | | 64.09 |

TOTAL DUE >>>>        3,491.47

Finance chg. of 2% per month (24% annually) applied to balances @ 31 days. Collection
fees paid by client. Some CREDIT CARDS ACCEPTED@ 3.25% processing charge.

C/M# 30837.0003

Approved by: *[signature]* Christopher Graham

TAX ID NO.: 20-3245263                    (212) 905-8300

*Please detach bottom portion and return with payment.*

Chris Graham
McKenna Long & Aldridge
230 Park Avenue
Suite 1700
New York, NY 10169-0005

JAN 20 2011

Invoice No.:   3915
Date       :   12/14/2010
TOTAL DUE  :   3,491.47

Job No.    :   01-2227
Case No.   :   09 cv 4457 (BSJ)(RLE)
AZ 72 Holdings LLC v. Haskel Iny et

Remit To:    DepoPro, LLC
             633 W. 5th Street, Suite 2800
             Los Angeles, CA 90071

CP Document Technologies
P.O. Box 71349
Los Angeles, CA  90071

(213)489-9867



# Document
# Technologies

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/16/2010 | 110120086 |

| TERMS | DUE DATE |
|-------|----------|
| Net 30 | 01/15/2011 |

**BILL TO**

McKenna Long & Aldridge, LLP-Grand
Attn: Kenny Berton
300 South Grand Ave., 14th Floor
Los Angeles, CA  90071

APPROVED FOR PAYMENT
ATTORNEY _Wayne Wegenek_
DATE _1/10/11_
CLIENT _Lehman Bros_
# _30837.0003_

| SHIP DATE | TRACKING # | Billing Ref. | Case Ref. |
|-----------|------------|--------------|-----------|
| 12/07/2010 | GRD110120086 | 30837.0003 | DEPO EXHIBITS |

| Date | Activity | Quantity | Rate | Amount |
|------|----------|----------|------|--------|
| 12/06/2010 | Supplies - Legal Size Redwells | 8 | 2.00 | 16.00T |
| 12/06/2010 | Black & White Copies - Grade-C (Medium Duty) | 4345 | 0.07 | 304.15T |
| 12/06/2010 | Tabs - Regular | 1 | 0.18 | 0.18T |

2 REDWELL - COPY X5

JAN 1 4 2011

Tax ID# 95-4384222

Thank You For Your Business

Oliver Solis

| | |
|---|---|
| SUBTOTAL | $320.33 |
| TAX (9.75%) | $31.23 |
| TOTAL | $351.56 |

1/2/11

DepoPro, LLC
633 W. 5th Street, Suite 2800
Los Angeles, CA 90071
(213) 244-9668   Fax (213) 559-0694

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 3917 | 12/22/2010 | 01-2228 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/07/2010 | RUBIMK | 09 cv 4457 (BS |
| | **CASE CAPTION** | |
| | AZ 72 Holdings LLC v. Haskel Iny et al | |
| | **TERMS** | |
| Due upon receipt | | |

Chris Graham
McKenna Long & Aldridge
230 Park Avenue
Suite 1700
New York, NY 10169-0005

VIDEO SERVICES AND SYNCHRONIZATION ON DVD
    Haskel Iny                                                              285.00
        Video Set-up                                                        700.00
        Video Tech - Hrly          7.00 Hours                               400.00
        VideoSynchronization       8.00 Hours                               25.00
        Ship/Handle-Video                                                   20.84
        Shipment fees

                                          TOTAL  DUE  >>>>          1,430.84

Finance chg. of  2% per month (24% annually) applied to balances @ 31 days. Collection
fees paid by client. Some CREDIT CARDS ACCEPTED@ 3.25% processing charge.

*Client Matter no. 30837.0003*

*Approved by: Christopher (handwritten) (212) 905-8300*

TAX ID NO.: 20-3245263

*Please detach bottom portion and return with payment.*

Chris Graham
McKenna Long & Aldridge
230 Park Avenue
Suite 1700
New York, NY 10169-0005

Invoice No.:   3917
Date       :   12/22/2010
TOTAL DUE  :   1,430.84

*JAN 2 0 2011*

Job No.    :   01-2228
Case No.   :   09 cv 4457 (BSJ)(RLE)
AZ 72 Holdings LLC v. Haskel Iny et

Remit To:   DepoPro, LLC
            633 W. 5th Street, Suite 2800
            Los Angeles, CA 90071


10 East 39th Street, New York, NY 10016

**Remit Payment to:**

*vdiscovery*
PO Box 30953
New York, NY 10087-0953
Billing Inquiries: (212) 220-6127
Client Services: (212) 220-6111

## Customer Statement

**Statement Date**
Jan 10, 2011

Mckenna Long & Aldridge LLP  ( ID: 4327 )
Denise Tonge
230 Park Avenue
Suite 1700
NEW YORK, NY  10169

| Invoice | Date | ID Data | Customer PO | Current | 31-60 | 61-90 | 91-120 | Over 120 Days |
|---------|------|---------|-------------|---------|-------|-------|--------|---------------|
| V83520 | 12/31/2010 | | 306370/003 | $292.84 | | | | |

|  |  |
|--|--|
| Totals: | $292.84 |

*Chris Graham*

| | |
|--|--|
| Total Past Due: | $0.00 |
| Total Amount Due: | $292.84 |

FEB 0 4