UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                             :     Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :     08-13555 (JMP)
                                                                  :     (Jointly Administered)
            Debtors.                                         :
                                                                  :
------------------------------------------------------------------x     Ref. Docket Nos. 17082, 17083,
                                                                            17096, 17111, 17113, 17115, 17124

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                         ) ss.:
COUNTY OF NEW YORK   )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 27, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                    */s/ Diane Streany*
                                                                                    Diane Streany

Sworn to before me this
2nd day of June, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BCP VOYAGER MASTER FUND SPC, LTD
      FOR AND ON BEHALF OF THE EVENT ARBITRAGE SEGREGATED PORTFOLIO
      C/O BROADSTREET CAPITAL PARTNERS, LP
      712 FIFTH AVENUE
      NEW YORK NY 10019
```

Please note that your claim # 13207 in the above referenced case and in the amount of $883,342.46 has been transferred **(unless previously expunged by court order)**

```
      HAIN CAPITAL HOLDINGS, LTD
      TRANSFEROR: BCP VOYAGER MASTER FUND SPC, LTD
      ATTN: GANNA LIBERCHUK
      301 ROUTE 17, 7TH FLOOR
      RUTHERFORD NJ 07070
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 17082 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/27/2011                    Vito Genna, Clerk of Court

                                    /s/ Diane Streany
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 27, 2011.

# EXHIBIT B

```
TIME: 08:45:07                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 05/27/11                                              CREDITOR LISTING

Name                                                    Address
BARCLAYS BANK PLC                                       TRANSFEROR: EFG BANK AG ATTN: DANIEL CROWLEY 745 SEVENTH AVENUE NEW YORK NY 10019
BCP VOYAGER MASTER FUND SPC, LTD                        FOR AND ON BEHALF OF THE EVENT ARBITRAGE SEGREGATED PORTFOLIO C/O BROADSTREET CAPITAL PARTNERS, LP 712 FIFTH AVENUE NEW YORK NY 10019
CCP CREDIT ACQUISITION HOLDINGS, LLC                    DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
CCP CREDIT ACQUISITION HOLDINGS, LLC                    TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP                DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP                TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
DEEPHAVEN DISTRESSED OPPORTUNITIES                      C/O SPECIALTY FUND MANAGEMENT SERVICES LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235
 TRADING LTD.
DEEPHAVEN DISTRESSED OPPORTUNITIES                      ATTN: MARTHA TSUCHIHASHI SPECIALTY FUND MGMT SERVICES LLC 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235
 TRADING LTD. (BV)
DEEPHAVEN DOMESTIC CONVERTIBLE TRADING                  ATTN: MARTHA TSUCHIHASI SPECIALTY FUND MGMT SERVICES LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST FRANCIS WI 53235
 LTD.
DEEPHAVEN DOMESTIC CONVERTIBLE TRADING                  C/O SPECIALTY FUND MANAGEMENT SERVICES LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235
 LTD.
DEEPHAVEN DOMESTIC CONVERTIBLE TRADING                  SPECIAL FUND MGMT. SERVICES LLC ATTENTION: JUSTIN LONGLEY 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235
 LTD.
DEEPHAVEN EVENT TRADING LTD                             ATTN: MARTHA TSUCHIHASHI SPECIALTY FUND MGMT SERVICES LLC 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235
DEEPHAVEN EVENT TRADING LTD.                            C/O SPECIALTY FUND MANAGEMENT SERVICES LLC. ATTN: MARTHA TSUCHIHASI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235
DEEPHAVEN GLOBAL VALUE PARTNERS TRADING                 ATTN: MARTHA TSUCHIHASHI SPECIALTY FUND MGMT SERVICES LLC 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235
 LTD
DEEPHAVEN GLOBAL VALUE PARTNERS TRADING                 C/O SPECIALTY FUND MANAGEMENT SERVICES LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235
 LTD.
DEEPHAVEN INTERNATIONAL CONVERTIBLE                     C/O SPECIALTY FUND MANAGEMENT SERVICES LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235
 TRADING LTD.
DEEPHAVEN INTL. CONVERTIBLE TRADING LTD.                SPECIAL FUND MGMT. SERVICES LLC ATTENTION: JUSTIN LONGLEY 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: SAN REMO APARTMENTS, L.P. C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                        NEW YORK NY 10005
EFG BANK AG                                             GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166
EFG BANK AG                                             BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR
                                                        JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD. (BV) C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY
                                                        30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR
                                                        JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: DEEPHAVEN EVENT TRADING LTD C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: DEEPHAVEN EVENT TRADING LTD. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR
                                                        JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR
                                                        JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: DEEPHAVEN INTERNATIONAL CONVERTIBLE TRADING LTD. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR
                                                        JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: DEEPHAVEN INTL. CONVERTIBLE TRADING LTD. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR
                                                        JERSEY CITY NJ 07302
HAIN CAPITAL HOLDINGS, LTD                              TRANSFEROR: BCP VOYAGER MASTER FUND SPC, LTD ATTN: GANNA LIBERCHUK 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070
MORGAN STANLEY & CO. INTERNATIONAL PLC                  RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC                  TRANSFEROR: WESTERN LAKE INTERNATIONAL S.A. 25, CABOT SQUARE, CANARY WHARF LONDON E14 EQA ENGLAND
MORGAN STANLEY SENIOR FUNDING, INC.                     RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.                     RIHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.                     TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.                     TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036
SAN REMO APARTMENTS, L.P.                               ATTN: ROBERTO C. RUIZ 3777 EAST BROADWAY BOULEVARD, SUITE 200 TUCSON AZ 85716
WESTERN LAKE INTERNATIONAL S.A.                         CALLE CUARENTA Y OCHO ESTE BELLA VISTA, EDIFICIO SUCRE REPUBLICA DE PANAMA    PANAMA

Total Number of Records Printed       38                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```