UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 16663, 16666, 16691, 16785, 17143-17145, 17162, 17164, 17166, 17168, 17170, 17172, 17175, 17177, 17178, 17180 |

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS COMMODITY SERVICES INC., | 08-13885 (JMP) |
| Debtor. | Ref. Docket No. 39 |

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 31, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

08-13555-mg    Doc 17315    Filed 06/02/11    Entered 06/02/11 12:28:04    Main Document
Pg 2 of 6

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Diane Streany*
Diane Streany

Sworn to before me this
2nd day of June, 2011

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 39,16663,16666,16691,16785,17143-
17145,17162,17164,17166,17168,17170,17172,17175,17177,17178,17180_AFF_05-31-11.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re                                          | Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,          | 08-13555 (JMP)
                                               |
                                               | (Jointly Administered)
                Debtors.                       |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    BARCLAYS BANK PLC
       TRANSFEROR: COMMERZBANK AG
       ATTN: DANIEL CROWLEY
       745 SEVENTH AVENUE
       NEW YORK NY 10019

Please note that your claim # 58459-02 in the above referenced case and in the amount of
    $5,209,312.50    has been transferred **(unless previously expunged by court order)**

       THE VARDE FUND IX-A, L.P.
       TRANSFEROR: BARCLAYS BANK PLC
       8500 NORMANDALE LAKE BOULEVARD
       ATTN: EDWINA P.J. STEFFER
       SUITE 1500
       MINNEAPOLIS MN 55437

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 17168    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/31/2011                     Vito Genna, Clerk of Court

                                     /s/ Diane Streany
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on   May 31, 2011.

# EXHIBIT B

```
TIME: 20:20:46                                              LEHMAN BROTHERS HOLDING INC.                                                            PAGE:    1
DATE: 05/31/11                                                    CREDITOR LISTING

Name                                              Address
AB MOORE, L.P.                                    TRANSFEROR: BARCLAYS BANK PLC C/O MOORE CAPITAL MANAGEMENT, L.P. ATTN: LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS, 53RD FLOOR
                                                  NEW YORK NY 10020
BANK JULIUS BAER & CO. LTD.                       TRANSFEROR: CREDIT SUISSE (GUERNSEY) LIMITED BAHNHOFSTRASSE 36 ZURICH     8010 SWITZERLAND
BARCLAYS BANK PLC                                 TRANSFEROR: AB MOORE, L.P. 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: COMMERZBANK AG ATTN: DANIEL CROWLEY 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: OKASAN SECURITIES CO LTD ATTN: DANIEL CROWLEY 745 SEVENTH AVENUE NEW YORK NY 10019
COMMERZBANK AG                                    BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE & YEHUDA HERBST 520 MADISON AVE 34TH FLOOR NEW YORK NY 10022
COMMERZBANK AG                                    ATTN: MARTIN HANNOEVER FRANKFURT 60261 GERMANY
CREDIT SUISSE (GUERNSEY) LIMITED                  ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE (GUERNSEY) LIMITED                  CRAVATH, SWAIN & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: FEDERAL HOME LOAN BANK OF SEATTLE ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: GREENLIGHT CAPITAL, L.P. C/O DEUTSCHE BANK SECURITIES ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DOLOSTONE, L.L.C.                                 BINGHAM MCCUTCHEN LLP ATTN: ROBERT G. LEONARD 399 PARK AVENUE NEW YORK NY 10022
DOLOSTONE, L.L.C.                                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH PO BOX 7954 NEW YORK NY 10150
FARALLON CAPITAL OFFSHORE INVESTORS II,           TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS III, INC. C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: ANATOLY BUSHLER
L.P.                                              ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS II,           TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS III,INC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: ANATOLY BUSHLER
L.P.                                              ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS III,          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: ANATOLY BUSHLER & KRISTIN BINIEK
INC.                                              ONE MARITIME PLAZA, STE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS III,          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: ANATOLY BUSHLER & KRISTIN BINIEK
INC.                                              ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS               TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: ANATOLY BUSHLER & KRISTIN BINIEK
III,INC                                           ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
GOLDMAN SACHS LENDING PARTNERS LLC                RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: SERENGETI OVERSEAS MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: SERENGETI PARTNERS LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
HBK MASTER FUND L.P.                              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: SHANNON HEALTH SYSTEM ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
OKASAN SECURITIES CO LTD                          ATTN: TREASURY DEPARTMENT 1-17-6 NIHONBASHI CHUO-KU TOKYO    103-8268 JAPAN
SERENGETI OVERSEAS MM L.P.                        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: S. CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI OVERSEAS MM L.P.                        TRANSFEROR: SERENGETI PARTNERS LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI PARTNERS LP                             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: S. CHOUDHURY 632 BROADWAY, 12TH FL NEW YORK NY 10012
THE VARDE FUND IX, L.P.                           TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX-A, L.P.                         TRANSFEROR: BARCLAYS BANK PLC 8500 NORMANDALE LAKE BOULEVARD ATTN: EDWINA P.J. STEFFER SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VI-A, L.P.                         TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. SETFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND X (MASTER), L.P.                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.                              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
MASTER, L.P.
VARDE INVESTMENT PARTNERS, L.P.                   TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
```