UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

In re

LEHMAN BROTHERS HOLDINGS INC, et al.,

                Debtors.

---------------------------------------------------------

Chapter 11 Case No.
08-13555 (JMP)
(Jointly Administered)

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that upon the Declaration of Brian D. Graifman executed on June 2, 2011, Brian D. Graifman and Gusrae Kaplan Bruno & Nusbaum PLLC ("GKBN"), will move this Court on **June 30, 2011, at 10:00 a.m.**, in the Courtroom of the Honorable James M. Peck (Courtroom 601), 1 Bowling Green, New York, NY 10004, for an Order, pursuant to Rule 2090-1(e) of the Federal Rules of Bankruptcy Procedure, permitting Brian D. Graifman and GKBN to withdraw as attorneys of record for Claimant Mark Glasser ("Glasser").  Attorneys for Claimant have served notice of this motion on Claimant Glasser as well as the "Standard Parties" as defined and set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these case [Docket No. 9635] ("Second Amended Case Management Order").  Attorneys for Claimant have also served Glasser with a copy of the Second Amended Case Management Order.  Attorneys for Claimant submit that no other or further notice need be provided.

Dated: New York, New York
       June 2, 2011

                                      GUSRAE, KAPLAN, BRUNO &
                                        NUSBAUM PLLC

                                      By: _____/s_____
                                          Brian D. Graifman (BG 5636)
                                          *Attorney for Mark Glasser*
                                          120 Wall Street
                                          New York, NY 10005
                                          212-269-1400