GUSRAE, KAPLAN, BRUNO & NUSBAUM PLLC
*Attorneys for Creditor Mark Glasser*
120 Wall Street
New York, NY 10005
(212)269-1400

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re

LEHMAN BROTHERS HOLDINGS INC, et al.,

                                   Debtors.

--------------------------------------------------------X

Chapter 11 Case No.
08-13555 (JMP)

Hon. James M. Peck

Jointly Administered

AFFIDAVIT OF SERVICE

## CERTIFICATE OF SERVICE

Brian D. Graifman, duly admitted to the bar of this Court, hereby certifies, under

penalties of perjury, that I am not a party to this action, am over 18 years of age and reside in

Hicksville, New York.

On June 2, 2011, I served a true and correct copy of the **NOTICE OF MOTION** and

**DECLARATION OF BRIAN D. GRAIFMAN IN SUPPORT OF MOTION TO**

**WITHDRAW AS COUNSEL FOR CLAIMANT MARK GLASSER** by forwarding the same

on each of the following parties at the address(es) designated by said parties for that purpose, by

depositing a true copy of same enclosed under the exclusive care and custody of the United

States Post Office Department within the State of New York:

Mark Glasser
200 East 65th Street, Apt. 46S
New York, New York 10065

The Chambers of the Honorable James M. Peck
One Bowling Green
New York, New York 10004, Courtroom 601

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Richard P. Krasnow, Esq, Lori R. Fife, Esq., Shai Y. Waisman,
Esq., and Jacqueline Marcus, Esq., attorneys for the Debtors

The U.S. Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian
Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan R.
Fleck, Esq., attorneys for the Creditors' Committee

Dated: New York, New York
       June 2, 2011

                                    GUSRAE, KAPLAN, BRUNO &
                                    NUSBAUM PLLC

                                    By: _____/s_____
                                          Brian D. Graifman (BG 5636)
                                          *Attorneys for Mark Glasser*
                                          120 Wall Street
                                          New York, NY 10005
                                          212-269-1400