B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>LMA SPC for and on Behalf of MAP 89 Segregated Portfolio</u><br>Name of Transferee | <u>Goldman Sachs LIP Credit Opportunities 2008 Fund, L.P.</u><br>Name of Transferor |

Name and Address where notices to transferee should be sent:
LMA SPC for and on Behalf of MAP 89 Segregated Portfolio
3801 PGA Boulevard, Suite 500
Palm Beach Gardens, Florida 33410
Attention: Rob Swan
E-mail: rob.swan@lighthousepartners.com
Phone: 561-741-0820
Fax: 561-748-9046

Court Claim # (if known):<u>15887</u>
Amount of Claim: <u>$1,764,647.00</u>
Date Claim Filed:<u>9/17/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Phone:_____   Phone:_____
Last Four Digits of Acct #: _____   Last Four Digits of Acct. #: _____

666409v.1 2760/00018

Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____         Date: 5/26/11
Name of Transferee/Transferee's Agent
Robert P. Swan

By: _____[signature]_____         Date: 5/26/2011
Name of Transferor/Transferor's Agent
Kenneth A. Topping, Managing Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

666410v.1 2760/00018

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>LMA SPC for and on Behalf of MAP 89 Segregated Portfolio</u><br>Name of Transferee | <u>Goldman Sachs LIP Credit Opportunities 2008 Fund, L.P.</u><br>Name of Transferor |
|---|---|

Name and Address where notices to transferee should be sent:
LMA SPC for and on Behalf of MAP 89 Segregated Portfolio
3801 PGA Boulevard, Suite 500
Palm Beach Gardens, Florida 33410
Attention: Rob Swan
E-mail: rob.swan@lighthousepartners.com
Phone: 561-741-0820
Fax: 561-748-9046

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk
One World Financial Center
New York, NY 10281

Court Claim # (if known):<u>15888</u>
Amount of Claim:<u> $1,764,647.00</u>
Date Claim Filed:<u>9/17/09</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:                                      Phone:

666410v.1 2760/00018

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: 5/26/11
Name of Transferee/Transferee's Agent
Robert P. Swan

By: _____      Date: 5/26/2011
Name of Transferor/Transferor's Agent
Kenneth A. Topping, Managing Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

666409v.1 2760/00018