**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
                                                          :
In re                                                     :          **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*              :          **08-13555 (JMP)**
                                                          :          **(Jointly Administered)**
                      **Debtors.**                        :
                                                          :
-------------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 26, 2011, I caused to be served the "Letter Regarding Group Requests, Group APP Requests, and Group Participant Requests," dated May 26, 2011, annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

                                                          */s/ Pete Caris*
Sworn to before me this                                   Pete Caris
31st day of May, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

3.

**EXHIBIT A**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Weil, Gotshal & Manges LLP**

**Irwin H. Warren**
+ 1 212 310 8648
irwin.warren@weil.com

May 26, 2011

BY E-MAIL

All Participants in Plan Discovery
First Amended Official Service List

Re: Lehman Plan Discovery – Group Requests, Group APP Requests, and Group Participant Requests

Dear Participants,

      The Debtors and the Creditors' Committee (as the Designated Party) have received a request from certain Participants for an extension of the deadline to serve the Group Requests, Group APP Requests, and Group Participant Requests pursuant to Paragraphs 3(b), 5(b), and 6(b) of the Order,[1] which are currently due May 31, 2011.

      The Debtors and the Creditors' Committee agree that the deadline for serving Group Requests, Group APP Requests, and Group Participant Requests pursuant to Paragraphs 3(b), 5(b), and 6(b) is extended to June 7, 2011.[2] Accordingly, the deadline for the Designated Party to serve the Consolidated Requests pursuant to Paragraph 3(d), and the deadline for the Debtors to serve the Consolidated APP Requests and Consolidated Participant Requests pursuant to Paragraphs 5(d) and 6(e), will be June 14, 2011.

      All other deadlines outlined in the Order remain unchanged.

Sincerely,

*Irwin H. Warren*

Irwin H. Warren

cc:    David S. Cohen, Esq.
       Milbank, Tweed, Hadley & McCloy LLP

---

[1] *Order Establishing Schedule and Procedures in Connection with Discovery Related to Plan Confirmation and Other Issues*, dated April 14, 2011 [Docket No. 16003] (the "**Order**"). Capitalized terms not defined herein shall have the meaning attributed to them in the Order.

[2] This extension also applies to any additional requests that will be submitted by the United States Trustee and the Creditors' Committee pursuant to Paragraphs 3(b), 5(b), and 6(b).

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.

### PLAN DISCOVERY EMAIL SERVICE LIST

acaton@kramerlevin.com
adam.hirsch@srz.com
adash@brownrudnick.com
afrisch@andrewfrisch.com
ahammond@ny.whitecase.com
akornberg@paulweiss.com
alexa.loo@shearman.com
andrea.b.schwartz@usdoj.gov
andrew.brozman@cliffordchance.com
anne.pak@ropesgray.com
anthony.candido@cliffordchance.com
arovira@sidley.com
arwolf@wlrk.com
ashaffer@mayerbrown.com
azolot@mayerbrown.com
bbennett@dl.com
bdmanning@rkmc.com
beemen@ekvandoorne.com
bernhard.kaiser@freshfields.com
blair.connelly@lw.com
bmerkt@stroock.com
bmoran@mklawnj.com
bryankaplan@paulhastings.com
btrust@mayerbrown.com
bundesbank.plandiscovery@freshfields.com
chammerman@paulweiss.com
charlotte.schildt@cms-hs.com
chip.goodrich@db.com
clarkb@sullcrom.com
crivera@chadbourne.com
cshore@ny.whitecase.com
csiegel@kramerlevin.com
cszyfer@stroock.com
daniel.laguardia@shearman.com
david.kronenberg@cwt.com
dbartner@shearman.com
dcohen2@milbank.com
ddavis@paulweiss.com
deggermann@kramerlevin.com
dgropper@aurelius-capital.com
dmolton@brownrudnick.com
dneier@winston.com
ejoel@elliottmgmt.com
ekirkpatrick@greerherz.com
eldon.cube.discovery@davispolk.com
eldon.holdings.discovery@davispolk.com

eldon.raven.discovery@davispolk.com
elevin@lowenstein.com
eli.kay-oliphant@lw.com
ellen.halstead@cwt.com
f.verhoeven@houthoff.com
farrington.yates@snrdenton.com
fblack@greerherz.com
ffogel@silverpointcapital.com
fhealy@stroock.com
fredric.sosnick@shearman.com
ghorowitz@kramerlevin.com
glemann@hugheshubbard.com
gorisa@ekvandoorne.com
grace.hotels.discovery@davispolk.com
gregory.petrick@cwt.com
greilshe@hugheshubbard.com
gunila.weber@freshfields.com
howard.hawkins@cwt.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
igoldstein@dl.com
ingrid.bagby@cwt.com
ipachulski@stutman.com
irwin.warren@weil.com
j.greenall-ota@lehmanbrothersjapan.com
j.sternman@kattenlaw.com
jconlon@mayerbrown.com
jdavidson@stutman.com
jeff.friedman@kattenlaw.com
jeffrey.gettleman@kirkland.com
jillian.gutmanmann@dechert.com
jjtancredi@daypitney.com
jjureller@klestadt.com
joachim.kuehne@cms-hs.com
jodikleinick@paulhastings.com
joseph.fabiani@lw.com
joshua.dorchak@bingham.com
jrlederer@diamondbackcap.com
jsaferstein@paulweiss.com
jwcohen@daypitney.com
kbromberg@brownrudnick.com
kevin.c.kelley@chase.com
kmanoukian@akingump.com
lawrence.gelber@srz.com
lb.equity.discovery@davispolk.com
lb.europe.discovery@davispolk.com

# LEHMAN BROTHERS HOLDINGS INC.

PLAN DISCOVERY EMAIL SERVICE LIST

lb.holds.plc.discovery@davispolk.com
lb.indon.discovery@davispolk.com
lb.inter2.discovery@davispolk.com
lb.limited.discovery@davispolk.com
lb.ptg.discovery@davispolk.com
lb.re.fin.discovery@davispolk.com
lb.uk.holds.discovery@davispolk.com
lb.uk.re.discovery@davispolk.com
lb-discovery@cgsh.com
lbie.discovery@davispolk.com
lbsf.no1.discovery@davispolk.com
lehman.mortg.discovery@davispolk.com
lehman.transaction@ikb.de
lehmannotices@kingstreet.com
lehmanplandiscovery@weil.com
lelin@ny.whitecase.com
lelin@whitecase.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lplush@mayerbrown.com
lucdespins@paulhastings.com
m.dominguez@provequity.com
mable.discovery@davispolk.com
mabrams@willkie.com
margolin@hugheshubbard.com
maria.douvas@morganstanley.com
mark.bane@ropesgray.com
mark.broude@lw.com
mark.ellenberg@cwt.com
matthew.morningstar@morganstanley.com
mayres@ppbadvisory.com
metkin@lowenstein.com
michael.busch@fnf.com
michael.canning@aporter.com
michael.fabiano@rbs.com
mlandman@lcbf.com
mohan.nadig@lehmanbrothersjapan.com
monaco.discovery@davispolk.com
mpaskin@cravath.com
mrosenthal@gibsondunn.com
msiegel@brownrudnick.com
mtorkin@shearman.com
mwiener@dl.com
nbassett@milbank.com
ned.schodek@shearman.com
patrick.maxcy@snrdenton.com

pdublin@akingump.com
peter.friedman@cwt.com
peter.griep@bundesbank.de
pshalhoub@willkie.com
qyang@statestreet.com
r.bejger@provequity.com
r.schimmelpenninck@houthoff.com
randi.singer@weil.com
richard.alexander@aporter.com
rkrakow@gibsondunn.com
rlevin@cravath.com
rmay@ngalp.com
robert.conrad@us.hsbc.com
robert.piasio@nomura.com
rschwed@shearman.com
sabin.willett@bingham.com
sandra.e.horwitz@us.hsbc.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schwartzmatthew@sullcrom.com
scott.koerner@snrdenton.com
sengelhardt@mofo.com
shmuel.vasser@dechert.com
solomon.noh@shearman.com
sparbery@ppbadvisory.com
srappaport@milbank.com
sray@stutman.com
sree@lcbf.com
sshimshak@paulweiss.com
stephan.rost@dzbank.de
storm.discovery@davispolk.com
tannweiler@greerherz.com
tklestadt@klestadt.com
tmayer@kramerlevin.com
walter.stuart@freshfields.com
will.sugden@alston.com
wilten@hugheshubbard.com
wrightth@sullcrom.com
wroll@shearman.com
zestdew.discovery@davispolk.com