Carolyn H. Rosenberg
REED SMITH LLP
10 S. Wacker Drive
Suite 4000
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400

*Special Counsel for Lehman Brothers Holdings, Inc.
and its affiliated Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------x

**SUMMARY SHEET PURSUANT TO UNITED STATES TRUSTEE
GUIDELINES FOR REVIEWING APPLICATIONS FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FILED UNDER 11 U.S.C. § 330**

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | The Debtors and Debtors in Possession |
| Date of Retention: | June 1, 2010, *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | December 1, 2010 through February 28, 2011 |
| Amount of Compensation sought as actual, reasonable and necessary: | $237,869.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $5,517.90 |
| This is a(n): | Second Interim Fee Application |

The total time expended for preparation of this application is approximately 2.5 hours, and the corresponding compensation is not included herein but will be requested in a future application of Reed Smith LLP for compensation and reimbursement of expenses.

## PRIOR APPLICATIONS

| APPLICANT | APPLICATION FILING DATE AND DOCKET NUMBER | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Reed Smith LLP | First Interim Application Docket No. 13481 | $418,202.00 | $418,202.00 | $4,832.33 | $4,832.33 |

## COMPENSATION BY PROFESSIONAL

| NAME, DEPARTMENT AND LOCATION | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Carolyn H. Rosenberg, Litigation – Insurance Recovery, Chicago | 1982 | $725.00 | 127.5 | $92,437.50 |
| Mark S. Hersh, Litigation – Insurance Recovery, Chicago | 1983 | $580.00 | 155.0 | $89,990.00 |
| J. Andrew Moss, Litigation – Insurance Recovery, Chicago | 1999 | $500.00 | 69.9 | $34,950.00 |
| Total Partners: | | | 352.4 | $217,287.50 |
| **ASSOCIATES** | | | | |
| Lana J. Raines, Litigation – Insurance Recovery, Chicago | 2002 | $440.00 | 1.7 | $748.00 |
| Total Associates: | | | 1.7 | $748.00 |
| **PARAPROFESSIONALS** | | | | |
| Jane Ann Conway Gross, Litigation – Insurance Recovery, Chicago | n/a | $250.00 | 63.4 | $15,850.00 |
| Elizabeth Anne Arundel, Financial Industry, Chicago | n/a | $240.00 | 16.6 | $3,984.00 |
| Total Paraprofessionals: | | | 80.0 | $19,834.00 |
| Blended Hourly Rate | | | | $547.96 |
| **Totals:** | | | **434.1** | **$237,869.50** |

- 2 -

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 1300 Insurance Coverage and Insurance Matters | 400.2 | $223,323.00 |
| 4600 Firm's Own Billing/Fee Applications | 33.9 | $14,546.50 |
| **TOTAL** | **434.1** | **$237,869.50** |

## EXPENSE SUMMARY

| Expense Category | Dec. | Jan. | Feb. | Total |
|---|---|---|---|---|
| Outside Database, Pacer | $7.76 | $0.00 | $0.00 | $7.76 |
| Legal Research, Westlaw/Lexis | $96.25 | $123.86 | $0.00 | $220.11 |
| Lodging Expense | $2,427.57 | $0.00 | $0.00 | $2,427.57 |
| Internet | $41.85 | $0.00 | $0.00 | $41.85 |
| Air Travel Expense | $1,493.60 | $0.00 | $0.00 | $1,493.60 |
| Telephone Expense | $73.84 | $20.88 | $0.00 | $94.72 |
| Taxi Expense | $723.78 | $0.00 | $0.00 | $723.78 |
| Meals | $260.35 | $0.00 | $0.00 | $260.35 |
| Courier Service | $248.16 | $0.00 | $0.00 | $248.16 |
| **Total Disbursements** | **$5,373.16** | **$144.74** | **$0.00** | **$5,517.90** |

Carolyn H. Rosenberg
REED SMITH LLP
10 S. Wacker Drive
Suite 4000
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400

*Special Counsel for Lehman Brothers Holdings, Inc.*
*and its affiliated Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :  Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :  Case No. 08-13555 (JMP)
                                                            :
                         Debtors                            :  (Jointly Administered)
                                                            :
------------------------------------------------------------x

**SECOND INTERIM APPLICATION OF REED SMITH LLP,**
**SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD DECEMBER 1, 2010 THROUGH FEBRUARY 28, 2011**

Reed Smith LLP ("Reed Smith") hereby submits its Second Interim Application of Reed

Smith LLP, Special Counsel to the Debtors and Debtors in Possession (the "Debtors"), for

Allowance of Compensation and Reimbursement of Expenses for the period December 1, 2010

through February 28, 2011 (the "Application") pursuant to 11 U.S.C. §§ 327, 328, 329, 330 and

331, Federal Rule of Bankruptcy Procedure 2016, the Order Pursuant To Sections 105(A) and

331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim

Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 1388]

(the "Compensation Order"), and the Guidelines for Reviewing Applications for Compensation

and Reimbursement of Expenses promulgated by the Executive Office of the United States

Trustees pursuant to 28 U.S.C. § 586(a)(3)(A).  By this Application, Reed Smith, as special

counsel to the Debtors in these cases, seeks interim approval and payment of compensation for

legal services performed and expenses incurred during the period commencing December 1,

2010 through February 28, 2011 (the "Compensation Period").  In support hereof, Reed Smith

respectfully represents the following:

## I.    FACTUAL BACKGROUND

1.    Commencing on September 15, 2008 and periodically thereafter (as applicable,

the "Commencement Date"), Lehman Brothers Holdings Inc. ("LBHI") and certain of its

subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy

Code.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and

are being jointly administered pursuant to Bankruptcy Rule 1015(b).  The Debtors are authorized

to operate their businesses and manage their properties as debtors in possession pursuant to

sections 1107(a) and 1108 of the Bankruptcy Code.

2.    On September 17, 2008, the United States Trustee for the Southern District of

New York (the "U.S. Trustee") appointed the statutory committee of unsecured creditors

pursuant to section 1102 of the Bankruptcy Code (the "Creditors Committee").

3.    On September 19, 2008, a proceeding was commenced under the Securities

Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI"). A

trustee appointed under SIPA is administering LBI's estate.

4.    On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as examiner

in the above-captioned chapter 11 cases (the "Examiner") and, by order dated January 20, 2009

[Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner.  The

Examiner issued a report of his investigation pursuant to section 1106 of the Bankruptcy Code

on March 11, 2010 [Docket No. 7531].  On July 13, 2010, the Court entered an order discharging the Examiner and his professionals.

5.      On May 26, 2009, the Court entered an order appointing a fee committee (the "Fee Committee") and approving a fee protocol (the "Fee Protocol") to make recommendations with respect to fees and expenses of retained professionals in these chapter 11 cases [Docket No. 3651].

6.      This is the second application Reed Smith for allowance of compensation and for reimbursement of expenses; one prior application has been filed.

## EMPLOYMENT OF REED SMITH LLP

7.      On June 22, 2010, the Debtors filed the Application of the Debtors Pursuant to Section 327(e) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Reed Smith LLP, as Special Counsel to the Debtors [Docket No. 9722] (the "Retention Application").

8.      On July 21, 2010, the Court entered an Order Authorizing the Employment and Retention of Reed Smith Order Pursuant To Section 327(e) of the Bankruptcy Code Authorizing the Employment and Retention of Reed Smith LLP, as Special Counsel to The Debtors [Docket No. 10343] ("Retention Order").  A true and correct copy of the Retention Order is attached hereto as **Exhibit A.**

9.      On September 21, 2010, the Court approved the Stipulation Amending the Effective Date of the Employment and Retention of Reed Smith LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to June 1, 2010 [Docket No. 11499] (the "Stipulation").  A true and correct copy of the Stipulation is attached hereto as **Exhibit B.**

- 3 -

10.     Pursuant to the Retention Order, the Debtors were authorized pursuant to Section 327(e) of the Bankruptcy Code to employ and retain Reed Smith as special counsel to the Debtors on the terms set forth in the Retention Application for the special purpose of insurance recovery matters as identified in the Retention Application and in accordance with Reed Smith's customary rates in effect.

## II.     COMPENSATION AND REIMBURSEMENT OF EXPENSES

11.     Reed Smith submits this Application for the allowance of reasonable compensation for actual and necessary professional services provided to the Debtors in these cases, and for reimbursement of actual and necessary out-of-pocket expenses incurred in representing the Debtors during the Compensation Period.  All included services and costs for which Reed Smith seeks compensation were performed for, or on behalf of, the Debtors during the Compensation Period.

12.     This Application has been prepared in accordance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "Local Guidelines"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "U.S. Trustee Guidelines"), and the Third Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 4165] (the "Administrative Order," and together with the Local Guidelines and the U.S. Trustee Guidelines, the "Guidelines").  Reed Smith seeks to comply with the directions provided by the Fee Committee and will provide a copy of this Application to the Fee Committee.

- 4 -

13.     In connection with services performed, Reed Smith billed a total of $237,869.50 in fees and incurred $5,517.90 in expenses on behalf of the Debtors during the Compensation Period.

14.     By this Application, Reed Smith seeks:  (a) interim allowance of compensation in the amount of $237,869.50 for legal services rendered during the Compensation Period, and reimbursement in the amount of $5,517.90 for expenses incurred during the Compensation Period.

15.     For the Court's review, a summary containing the names of each Reed Smith professional and paraprofessional rendering services to the Debtors during the Compensation Period, their customary billing rates, the time expended by each professional and paraprofessional, and the total value of time incurred by each professional and paraprofessional is attached as **Exhibit C**.

16.     In addition, **Exhibit C** contains detailed time entries reflecting the time recorded for services rendered on a daily basis during the Compensation Period and descriptions of the services provided, identified by project task categories.

17.     **Exhibit C** also contains a breakdown of expenses incurred and disbursed by Reed Smith during the Compensation Period.  Reed Smith has incurred out-of-pocket expenses during the Compensation Period in the amount of $5,517.90.  This sum is broken down into categories of charges, including, among other things, telephone charges, travel and lodging charges, postage and photocopying charges and legal research charges.  Reed Smith's rate for in-house duplication is $0.10 per page.  Reed Smith also uses outside duplication services for large photocopy work.

- 5 -

### III.    ANALYSIS AND NARRATIVE DESCRIPTION
### SERVICES RENDERED AND TIME EXPENDED

18.    Section 330(a) of the Bankruptcy Code provides, in pertinent part, that

bankruptcy courts may award "reasonable compensation for actual, necessary services rendered

by the trustee, examiner, ombudsman, professional person, or attorney and by any

paraprofessional employed by any such person."  *See* 11 U.S.C. § 330(a)(1)(A).  The attorneys

requesting compensation from the bankruptcy estate bear the burden of demonstrating to the

Court that the services performed and fees incurred were reasonable.

19.    In determining the amount of reasonable compensation to be awarded, the Court

shall consider, pursuant to Section 330(a)(3) of the Bankruptcy Code, the nature, extent, and the

value of such services, taking into account all relevant factors, including:  (A) the time spent on

such services; (B) the rates charged for such services; (C) whether the services were necessary to

the administration of, or beneficial at the time at which the service was rendered toward the

completion of, a case under this title; (D) whether the services were performed within a

reasonable time commensurate with the complexity, importance, and nature of the problem,

issue, or task addressed; (E) with respect to a professional person, whether the person is board

certified or otherwise has demonstrated skill and experience in the bankruptcy filed: and

(F) whether the compensation is reasonable, based on the customary compensation charged by

comparably skilled practitioners in cases other than cases under this title.  *See* 11 U.S.C.

§ 330(a)(3)(A)-(F).

20.    With respect to the time and labor expended by Reed Smith in these cases, as set

forth in **Exhibit C**, during the Compensation Period, Reed Smith rendered professional services

in the aggregate amount of $237,869.50.  Reed Smith believes it is appropriate for it to be

- 6 -

compensated for the time spent in connection with these matters, and sets forth a brief narrative

description of the services rendered, for or on behalf of the Debtors, and the time expended,

organized by project task categories, as follows:

A.    **SPECIAL INSURANCE COVERAGE**

21.    During the Compensation Period, Reed Smith's services performed in connection

with this category relate to, *inter alia*:  (1) evaluation and analysis of D&O insurance coverage,

particularly with regard to insurance that may be available to respond to pending and future

claims against directors and officers; (2) advising and counseling the Debtors regarding potential

insurance recovery under D&O insurance policies issued to the Debtors in connection with

claims made against directors and officers; (3) preparation of correspondence and substantive

documents as necessary with regard to potential D&O insurance recovery for claims made

against the directors and officers; (4) appearing and representing the interests of the Debtors with

respect to D&O insurance recovery issues at meetings between the Debtors, representatives of

the directors and officers and representatives of the D&O insurers; and (5) appearing and

representing the interests of the Debtors with respect to D&O insurance recovery issues at

alternative dispute resolution proceedings between claimants and the directors and officers.

Reed Smith seeks compensation for 434.1 hours of reasonable and necessary legal services

performed for Special Insurance Coverage matters during the Compensation Period in the total

amount of $223,323.00.

22.    During the compensation period, the following Reed Smith professionals and

paraprofessionals performed services under this category:  Jane Ann Conway Gross, Mark S.

Hersh, J. Andrew Moss, Lana J. Raines, and Carolyn H. Rosenberg.

23.     Reed Smith believes that its rates are market rates within the range charged by other counsel in this marketplace for similar Chapter 11 cases.  The billing rates set forth in Reed Smith's Summary Sheet pursuant to U.S. Trustee Guidelines (the "<u>Summary</u>") represent customary rates routinely billed to the firm's many clients.  (*See* Exhibit A).  Moreover, the Retention Application and the accompanying Declarations in Support of the Retention Application stated that Reed Smith would be compensated on an hourly basis, plus reimbursement of actual, reasonable and necessary out-of-pocket expenses incurred by the firm. Here, the compensation requested does not exceed the reasonable value of the services rendered. Reed Smith's standard hourly rates for work of this nature are set at a level designed to fairly compensate Reed Smith for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses.

24.     Further, the Debtors sought to retain Reed Smith as special counsel due to its extensive experience and knowledge in the field of D&O insurance recovery matters on behalf of policyholders in the financial services industry, and because of its expertise, experience and knowledge practicing in matters that are likely to arise in these cases before this Court.

## B.     <u>FIRM'S OWN BILLING/FEE APPLICATIONS</u>

25.     In connection with the work performed on behalf of the Debtors, Reed Smith prepared and submitted its Fourth monthly statement, Fifth monthly statement, and First Interim Fee Application seeking interim allowance of compensation and reimbursement of expenses. Reed Smith seeks compensation for 33.9 hours of reasonable and necessary legal services performed during the Compensation Period in connection with fee statements and fee applications in the total amount of $14,546.50.

26.     During the compensation period, the following Reed Smith professionals and paraprofessionals performed services under this category:  Elizabeth Anne Arundel, J. Andrew Moss, and Carolyn H. Rosenberg.

27.     As shown in the Summary, this Application covers the period from December 1, 2010 through February 28, 2011.  Every effort was made to include all fees and expenses from the Compensation Period in this Application.  Some fees and/or expenses from the Compensation Period might not be included in this Application due to delays in processing time and receipt of invoices for expenses and/or for preparation of the instant application subsequent to the Compensation Period.  Accordingly, Reed Smith reserves the right to make further applications to the Court for allowance of fees and expenses not included herein.

28.     Reed Smith believes that the Application and the description of services set forth herein for work performed are in compliance with the requirements of the Local Guidelines, the U.S. Trustee Guidelines, and the Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.   A true and correct copy of the Certification of Carolyn H. Rosenberg is attached hereto as **Exhibit D**.

(space intentionally left blank)

WHEREFORE, Reed Smith respectfully requests monthly interim allowance of

compensation for professional services rendered in the amount of $237,869.50 and

reimbursement of expenses in the amount of $5,517.90 for the period December 1, 2010 through

February 28, 2011 and payment according to the procedures set forth in the Compensation Order.

Dated: June 2, 2011                         Respectfully submitted,
      Chicago, Illinois

                                          REED SMITH LLP

                       By:  /s/ Carolyn H. Rosenberg
                           Carolyn H. Rosenberg
                           10 S. Wacker Drive
                           Suite 4000
                           Chicago, IL 60606
                           Telephone: (312) 207-1000
                           Facsimile: (312) 207-6400

                           *Special Counsel for Lehman Brothers*
                           *Holdings, Inc. and its affiliated Debtors*
                           *and Debtors in Possession*

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
                                                    :
In re                                               :         **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :         **08-13555 (JMP)**
                                                    :
                            **Debtors.**            :         **(Jointly Administered)**
                                                    :
--------------------------------------------------------------x

**ORDER PURSUANT TO SECTION 327(e)**
**OF THE BANKRUPTCY CODE AUTHORIZING**
**THE EMPLOYMENT AND RETENTION OF REED**
**SMITH LLP, AS SPECIAL COUNSEL TO THE DEBTORS**

Upon consideration of the application, dated June 22, 2010 (the "Application"),[1]

of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced

chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors"), pursuant to

section 327(e) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule

2014(a) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and Rule

2014-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local

Rules"), to employ and retain Reed Smith LLP ("Reed Smith") as special counsel to the Debtors,

all as more fully described in the Application; and upon the Declaration of Carolyn H. Rosenberg

(the "Rosenberg Declaration"), filed in support of the Application; and the Court being satisfied,

based on the representations made in the Application and the Rosenberg Declaration, that Reed

Smith represents no interest adverse to the Debtors or the Debtors' estates with respect to the

matters upon which it is to be engaged, under section 327 of the Bankruptcy Code; and the Court

having jurisdiction to consider the Application and the relief requested therein in accordance

---

[1]    Capitalized terms that are used but not defined in this order have the meanings ascribed to them in the
Application.

with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges

for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10,

1984 (Ward, Acting C.J.); and consideration of the Application and the relief requested therein

being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court

pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having

been provided in accordance with the procedures set forth in the amended order entered February

13, 2009 governing case management and administrative procedures [Docket No. 2837] to (i) the

United States Trustee for the Southern District of New York; (ii) the attorneys for the Official

Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the

Internal Revenue Service; (v) the United States Attorney for the Southern District of New York;

and (vi) Reed Smith, and it appearing that no other or further notice need be provided; and the

Court having found and determined that the relief sought in the Application is in the best

interests of the Debtors, their estates and creditors, and all parties in interest and that the legal

and factual bases set forth in the Application establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Application is approved; and it is further

ORDERED that pursuant to section 327(e) of the Bankruptcy Code, the Debtors

are hereby authorized to employ and retain Reed Smith as special counsel to the Debtors on the

terms set forth in the Application and this order for the specified special purpose of insurance

recovery matters identified in the Application and in accordance with Reed Smith's customary

rates in effect from time to time and its disbursement policies; and it is further

ORDERED that Reed Smith shall apply for compensation and reimbursement of

expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy

2

Code, applicable Bankruptcy Rules, the Local Rules and orders of the Court, guidelines

established by the U.S. Trustee, and such other procedures that have been or may be fixed by

order of this Court, including but not limited to the Court's Third Amended Order Pursuant to

Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing

Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals

[Docket No. 4165] and the Court's Order Appointing a Fee Committee and Approving a Fee

Protocol [Docket No. 3651].


Dated: New York, New York
      July 21, 2010

                               *s/ James M. Peck*               
                            Honorable James M. Peck
                            United States Bankruptcy Judge

# EXHIBIT B

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
**In re**                                                        :          **Chapter 11**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :          **Case No. 08-13555 (JMP)**
                                                                 :
                                      **Debtors.**   :          **(Jointly Administered)**
                                                                 :
-----------------------------------------------------------------x

**STIPULATION AMENDING THE EFFECTIVE**
**DATE OF THE EMPLOYMENT AND RETENTION**
**OF REED SMITH  LLP AS SPECIAL COUNSEL TO**
**THE DEBTORS *NUNC PRO TUNC* TO JUNE 1, 2010**

This stipulation ("Stipulation") is entered into by and among Reed Smith LLP

("Reed Smith"), Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above

referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), and

the Office of the United States Trustee for the Southern District of New York (collectively, the

"Parties"), to amend the effective date of the employment and retention of Reed Smith as special

counsel to the Debtors *nunc pro tunc* to June 1, 2010.

**RECITALS**

A.    On June 22, 2010, the Debtors filed their Application of the Debtors

Pursuant to Section 327(e) of the Bankruptcy Code and Rule 2014 of the Federal Rules of

Bankruptcy Procedure for Authorization to Employ and Retain Reed Smith LLP, as Special

Counsel to the Debtors (the "<u>Application</u>") and the Declaration of Carolyn H. Rosenberg on

Behalf of Reed Smith LLP in Support of Debtors' Application for Authorization to Employ and

Retain Reed Smith LLP, as Special Counsel to the Debtors.  [Docket No. 9722].  The Debtors

requested authorization to engage Reed Smith LLP as special counsel with respect to directors'

and officers' liability insurance coverage.

    B. On July 21, 2010, this Court approved the Application by way of its Order

Pursuant to Section 327(e) of the Bankruptcy Code Authorizing the Employment and Retention

of Reed Smith LLP, as Special Counsel to the Debtors (the "<u>Retention Order</u>").  [Docket No.

10343].  The Retention Order states that "the Debtors are hereby authorized to employ and retain

Reed Smith LLP as special counsel to the Debtors on the terms set forth in the Application. . . ."

Retention Order, at 2.

    C. The Debtors and Reed Smith, did not request *nunc pro tunc* approval in

the abundance of caution, therefore Reed Smith's employment and retention as special counsel

was effective upon entry of the Retention Order.

    D. To ensure Reed Smith is compensated for all of its services rendered to the

Debtors, the Parties request Reed Smith's retention be made effective *nunc pro tunc* to June 1,

2010.  The Debtors submit that the significant work Reed Smith performed at their request, prior

to entry of the Retention Order, was necessary and provided value to the Debtors and their

respective estates, thereby warranting retroactive approval.

**<u>AGREEMENT</u>**

    E. Reed Smith's retention as special counsel to the Debtors shall be effective

*nunc pro tunc* to June 1, 2010.

2

F.      In all other respects the terms of the Retention Order shall remain in full force and effect.

G.      This Stipulation is subject to approval of the Court and shall be of no force and effect unless and until it is approved.

[*Signature Page Follow*]

Dated: August 16, 2010                        Dated: August 16, 2010
         New York, New York


By: /s/ Richard P. Krasnow                    By:  /s/ Carolyn Rosenberg

Richard P. Krasnow                            Carolyn Rosenberg
WEIL, GOTSHAL & MANGES LLP                    REED SMITH LLP
767 Fifth Avenue                              10 S. Wacker Drive, Suite 4000
New York, New York 10153                      Chicago, Illinois 60606
Telephone: (212) 310-8000                     Telephone: (312) 207-1000
Facsimile: (212) 310-8007                     Facsimile: (312) 207-6400

*Attorneys for Lehman Brothers Holdings,*      *Special Counsel for Lehman Brothers*
*Inc. and its Affiliated Debtors and Debtors-* *Holdings, Inc. and its Affiliated Debtors*
*in-Possession*                                *and Debtors-in-Possession*


NO OBJECTION

Tracy Hope Davis
Acting United States Trustee

By: /s/ Andrew D. Velez-Rivera
OFFICE OF THE U.S. TRUSTEE
*33 Whitehall Street, Suite 2100*
*New York, New York  10004*
Telephone: (212) 510-0500
Facsimile:  (212) 668-2255

*Trial Attorney*


**SO ORDERED:**


Dated: New York, New York
         September 21, 2010

                              *s/ James M. Peck*
                              HONORABLE JAMES M. PECK
                              UNITED STATES BANKRUPTCY JUDGE

4

# EXHIBIT C

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

**NEW YORK** ♦ **LONDON** ♦ **HONG KONG** ♦ **CHICAGO** ♦ **WASHINGTON, D.C** ♦ **BEIJING** ♦ **PARIS** ♦ **LOS ANGELES** ♦ **SAN FRANCISCO** ♦ **PHILADELPHIA** ♦ **PITTSBURGH** ♦
**OAKLAND** ♦ **MUNICH** ♦ **ABU DHABI** ♦ **PRINCETON** ♦ **NORTHERN VIRGINIA** ♦ **WILMINGTON** ♦ **SILICON VALLEY** ♦ **DUBAI** ♦ **CENTURY CITY** ♦ **RICHMOND** ♦ **GREECE**

| | |
|---|---|
| Lehman Brothers Holdings Inc. | Invoice Number:  **2087051** |
| 1271 Avenue of the Americas, 38th Floor | Invoice Date:  **1/28/2011** |
| New York, NY  10020 | Client Number:  **330015** |
| | Matter Number:  **00001** |

**RE: Chapter 11 Special Insurance Coverage Counsel**    **12/1/2010 – 12/31/2010**

## INVOICE SUMMARY

Total Current Fees.............................................................................. $    80,015.00

Total Current Disbursements .............................................................    5,373.16

**Total Due This Invoice:**    $    **$85,388.16**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*2672 Paysphere Circle*
*Chicago, IL 60674*

*Wire Instructions:*
*Bank of America, N.A.*
*Chicago, IL*
*ABA Number: 0260-0959-3*
*Swift Code: BOFAUS3N (International)*
*Account #5201742490*
**(Please Reference Invoice Number)**

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| | |
|---|---|
| Lehman Brothers Holdings Inc.<br>1271 Avenue of the Americas, 38th Floor<br>New York, NY  10020 | Invoice Number:    **2087051**<br>Invoice Date:      **1/28/2011**<br>Client Number:     **330015**<br>Matter Number:     **00001** |

**RE: Chapter 11 Special Insurance Coverage Counsel**

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH December 31, 2010**

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 11/29/10 | M.S. Hersh | Worked on letter to XL regarding key coverage issue (4.3); reviewed emails regarding mediation preparation (.3); exchanged emails with colleagues regarding mediation preparation (.2); responded to carrier inquiries (.1). | 1300 | 4.90 | 2,842.00 |
| 11/30/10 | M.S. Hersh | Finalized letter to XL regarding key "relatedness" coverage issues, including incorporating edits from defense counsel (4.1); telephone conference with carriers regarding mediation preparation (.5); prepared for mediation (.7); drafted emails to carrier (.2); drafted emails to mediator (.2). | 1300 | 5.70 | 3,306.00 |
| 12/01/10 | M.S. Hersh | Reviewed recent correspondence and emails (.3); emails to and from carriers (.2); prepared for mediation (.8); reviewed various complaints (.2). | 1300 | 1.50 | 870.00 |
| 12/01/10 | C.H. Rosenberg | Reviewed letter forwarded by D. Brew on Lehman Brothers Finance AG claim (.10); communication with M. Solinger on the correspondence (.10); reviewed seven letters forwarded by Marsh from CNA regarding | 1300 | 2.00 | 1,450.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | investigations (.30); communication with A. Moss and paralegal, J. Gross, regarding the correspondence (.10); prepared for 12/2/10 meeting with defense counsel (.50); reviewed communication to J. Melnick and Judge Weinstein on requested correspondence (.10); reviewed communication to carriers on additional mediation submission (.10); reviewed Stitchting plaintiff's mediation submission and communication from Simpson defense counsel (.3O); communication with carriers on additional mediation submission (.1O); reviewed communication from defense counsel regarding mediation (.10); reviewed reply of M. Hersh and addressed strategy (.10); reviewed M. Hersh's communication on mediation strategy (.10). | | | |
| 12/01/10 | A.J. Moss | Reviewed email from D. Brew (Marsh) regarding carrier correspondence (.1); reviewed recent coverage letters from various D&O carriers received from Marsh (.2); reviewed policies and mediation submissions in preparation for mediation (.5); communications with C. Rosenberg regarding same (.1); communications with defense counsel regarding mediation submission of Stichting MBS plaintiffs (.1); reviewed same (.3); communications with carrier representatives regarding same (.2); communications with R. Lusk regarding coverage | 1300 | 2.00 | 1,000.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | correspondence (.1); worked on responses to carriers regarding mediation (.4). | | | |
| 12/01/10 | J.A.C. Gross | Organized coverage correspondence Pdfs and sent separate emails to Judge Weinstein and J. Melnick with each pdf (1.20); organized carrier email distribution lists (.6). | 1300 | 1.80 | 450.00 |
| 12/02/10 | M.S. Hersh | Prepared for mediation (including while traveling) (2.60); traveled to New York for mediation (1.70=50% time); meeting at Simpson offices regarding mediation preparation (1.20) | 1300 | 5.50 | 3,190.00 |
| 12/02/10 | C.H. Rosenberg | Reviewed communication from R. Lusk and replied to same (.10); traveled to New York for mediation and prepared en route (2.00 = 50% time); communication with M. Hersh on mediation strategy options (.30); reviewed J. Melnick's communication relating to mediation (.10); communication with J. Coviello regarding mediation correspondence (.10); communication with M. Hersh on correspondence to provide in response to J. Melnick's request (.10); reviewed tender letter from M. Armstrong on Fuller (.10); reviewed Chubb acknowledgement regarding Fuller (.10); met with E. Albert and Simpson defense counsel on mediation preparation (1.00); follow-up communication with A. Moss on additional correspondence to provide to parties (.10); outlined issues and | 1300 | 5.40 | 3,915.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | options for mediation (1.00); further communication with M. Hersh on potential mediation issues (.30); reviewed communication with A. Moss on correspondence (.10). | | | |
| 12/02/10 | A.J. Moss | Telephone call with JAMS representatives (.1); telephone call to E. McGarry (.1); reviewed email from mediator and from J. Coviello regarding same (.1); communications with defense counsel, C. Rosenberg and M. Hersh (.3); reviewed and finalized production to investor class plaintiffs' counsel (.5); communications with M. Berger (.1); communications with M. Hersh (.1); communications with J. Laitman (.2); communications with M. Solinger and mediator (.1); further communications with M. Hersh regarding mediation (.2). | 1300 | 1.80 | 900.00 |
| 12/02/10 | J.A.C. Gross | Continued organization of carrier correspondence, mediation materials and distribution lists (3.5). | 1300 | 3.50 | 875.00 |
| 12/03/10 | M.S. Hersh | Worked enroute while traveling back to Chicago (2.50 = 50% time). | 1300 | 2.50 | 1,450.00 |
| 12/03/10 | M.S. Hersh | Attended mediation of debt-equity and SASCo actions (including preparation session). | 1300 | 6.00 | 3,480.00 |
| 12/03/10 | C.H. Rosenberg | Preparatory meeting with M. Solinger, D. Brew and Simpson defense counsel (.80); participated in mediation with Judge Weinstein (4.50); return travel to Chicago and work in | 1300 | 8.70 | 6,307.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | flight (2.00 = 50% time); reviewed communication from J. Melnick on mediation submissions (.10); reviewed communication from E. McGarry on statements (.10); reviewed communication with A. Moss on requested exchanges of documents (.10); reviewed follow-up communication from J. Melnick (.10); communication with M. Hersh on mediation (.10); reviewed D&O Lehman Bros. Finance AG correspondence from M. Armstrong (.10); reviewed Wartmann & Merker letter from M. Armstrong (.10); reviewed Latvia matter under Lehman Holdings (Venture Capital) from M. Armstrong (.10); reviewed inquiry from M. Armstrong on Fund program(.10); reviewed Lehman D&O correspondence from M. Armstrong (.20); reviewed communication from J. Coviello to J. Melnick (.10); reviewed communication from A. Moss to J. Melnick (.10); reviewed Chartis's 12/3/10 letter (.10). | | | |
| 12/03/10 | A.J. Moss | Communications with M. Hersh regarding status of mediation (.2); communications with E. Kirk and A. Calkins (ACE Global) (.2); communications with S. Schreiber (JAMS) (.1); communications with J. Melnick (JAMS) (.2); communications with E. McGarry (.1). | 1300 | 0.80 | 400.00 |
| 12/03/10 | A.J. Moss | Worked on monthly fee statement. | 4600 | 0.50 | 250.00 |
| 12/03/10 | J.A.C. Gross | Organized Marsh claim files (1.0); | 1300 | 2.20 | 550.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | organized email correspondence (1.2). | | | |
| 12/04/10 | C.H. Rosenberg | Reviewed communication with J. Melnick. | 1300 | 0.10 | 72.50 |
| 12/04/10 | C.H. Rosenberg | Reviewed November invoice for fee submission and revised same. | 4600 | 0.50 | 362.50 |
| 12/04/10 | A.J. Moss | Communications with E. McGarry regarding mediation (.1); communications with C. Rosenberg regarding mediation (.1); communications with MDL plaintiffs' counsel regarding mediation (.1). | 1300 | 0.30 | 150.00 |
| 12/05/10 | M.S. Hersh | Traveled to New York City for mediation and prepared for mediation (2.40=50% time). | 1300 | 2.40 | 1,392.00 |
| 12/05/10 | C.H. Rosenberg | Traveled to New York for second day of mediation and prepared en route (3.00 = 50% time). | 1300 | 3.00 | 2,175.00 |
| 12/06/10 | M.S. Hersh | Attended mediation of underlying debt-equity and SASCo actions. | 1300 | 9.50 | 5,510.00 |
| 12/06/10 | C.H. Rosenberg | Prepared for mediation (.30); participated in all day mediation of underlying debt-equity and SASCo cases and coverage issues (7.50); worked en route of return travel to Chicago reviewing claim correspondence from Marsh and carriers (2.00=50% time); communication with M. Hersh on mediation developments and strategy (.30); communication with A. Moss on mediation coverage options and research (.20). | 1300 | 10.30 | 7,467.50 |
| 12/06/10 | A.J. Moss | Telephone call with M. Hersh regarding mediation-related | 1300 | 1.40 | 700.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | distributions (.1); reviewed correspondence to mediation parties (.1); further communications with mediators and M. Hersh regarding same (.1); reviewed correspondence from various carriers received from broker (.3); communications with C. Rosenberg regarding same (.1); reviewed and responded to substantive email from C. Rosenberg regarding research (.1); researched NY law on various insurance recovery topics (.2); communications with C. Rosenberg regarding mediation status and issues (.3); reviewed substantive email from M. Hersh regarding same (.1) | | | |
| 12/07/10 | M.S. Hersh | Attended mediation of underlying debt-equity and SASCo actions. | 1300 | 5.50 | 3,190.00 |
| 12/07/10 | M.S. Hersh | Telephone conference with C. Rosenberg and D Brew regarding mediation. | 1300 | 0.40 | 232.00 |
| 12/07/10 | M.S. Hersh | Worked while traveling back to Chicago (2.00=50% time). | 1300 | 2.00 | 1,160.00 |
| 12/07/10 | C.H. Rosenberg | Reviewed G. Dixon and K. Melvin's communication on correspondence (.10); communication with M. Hersh on mediation status (.10); reviewed communication with A. Moss on requested correspondence (.10); reviewed communication from M. Solinger (.10); telephone conference with M. Hersh on developments at mediation (.20); reviewed communication with D. Brew (Marsh) on mediation (.10); reviewed communication from A. | 1300 | 0.80 | 580.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | Moss (.10). | | | |
| 12/07/10 | C.H. Rosenberg | Communication with A. Moss on interim fee submission. | 4600 | 0.20 | 145.00 |
| 12/07/10 | A.J. Moss | Communications with M. Hersh regarding mediation production materials (.2); communications with mediator, H. Ta, M. Hersh and carrier representatives regarding mediation production (.2); reviewed email from D. Brew (Marsh) (.1); reviewed email from M. Solinger and defense counsel regarding mediation (.1); communications with M. Hersh regarding same (.1); communications with J.A.C. Gross regarding recently received coverage correspondence (.1). | 1300 | 0.80 | 400.00 |
| 12/07/10 | A.J. Moss | Communications with C. Rosenberg regarding interim application for reimbursement (.1); communications with C. Arthur regarding same (.1). | 4600 | 0.20 | 100.00 |
| 12/07/10 | J.A.C. Gross | Reviewed current emails transmitting additional claims and correspondence (.50). | 1300 | 0.50 | 125.00 |
| 12/08/10 | M.S. Hersh | Reviewed recent emails and correspondence. | 1300 | 0.70 | 406.00 |
| 12/08/10 | M.S. Hersh | Exchanged emails with client and colleagues regarding plaintiff inquiry. | 1300 | 0.30 | 174.00 |
| 12/08/10 | C.H. Rosenberg | Reviewed November invoice for third interim fee application (.30); reviewed A. Arundel's communication on interim fee application (.10). | 4600 | 0.40 | 290.00 |
| 12/08/10 | C.H. Rosenberg | Reviewed M. Armstrong's communication and | 1300 | 0.80 | 580.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | correspondence on V-Cap policies (.10); reviewed additional V-Cap claim correspondence from Marsh (.10); reviewed letters on Fuld, tolling agreements, subprime and MLP-related coverage from carriers (.30); communication with M. Hersh on mediation issues (.10); reviewed communication from M. Chepiga on mediation (.10); communication with M. Solinger on mediation (.10). | | | |
| 12/08/10 | A.J. Moss | Communications with C. Rosenberg regarding mediation (.1); communications with M. Hersh (.1); reviewed email from mediation party (.1); communications with C. Rosenberg and M. Hersh regarding same (.1); reviewed recently received coverage correspondence from Chartis (.1). | 1300 | 0.50 | 250.00 |
| 12/08/10 | A.J. Moss | Communications with C. Rosenberg regarding interim application and monthly statement (.1); reviewed email from A. Arundel regarding same (.1). | 4600 | 0.20 | 100.00 |
| 12/09/10 | M.S. Hersh | Review recent emails and correspondence. | 1300 | 0.30 | 174.00 |
| 12/09/10 | M.S. Hersh | Exchanged emails with client, defense counsel and carrier | 1300 | 0.30 | 174.00 |
| 12/09/10 | M.S. Hersh | Analyzed strategy regarding mediation. | 1300 | 0.40 | 232.00 |
| 12/09/10 | M.S. Hersh | Met with colleagues regarding mediation report, strategy. | 1300 | 0.50 | 290.00 |
| 12/09/10 | M.S. Hersh | Prepared for meeting with | 1300 | 0.20 | 116.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | colleagues. | | | |
| 12/09/10 | C.H. Rosenberg | Reviewed draft of third monthly fee submission. | 4600 | 0.20 | 145.00 |
| 12/09/10 | C.H. Rosenberg | Communication with M. Solinger on mediation issues (.10); reviewed M. Hersh's communication regarding mediation (.10); reviewed MLP letter forwarded by M. Armstrong (.10); reviewed communication from K. Melvin on mediation (.10); communication with M. Hersh on K. Melvin's inquiry (.10); reviewed communication from E. Albert (.10); further communication with K. Melvin (.10); meeting with M. Hersh to address further mediation follow up and developments (.50); reviewed additional coverage correspondence from M. Armstrong (.30); communication with M. Hersh on mediation issues (.20). | 1300 | 1.70 | 1,232.50 |
| 12/09/10 | A.J. Moss | Communications with M. Hersh regarding mediation (.1); worked on follow-up mediation issue (.2); meeting with C. Rosenberg and M. Hersh to discuss mediation and strategic planning issues (.5). | 1300 | 0.80 | 400.00 |
| 12/09/10 | A.J. Moss | Communications with C. Rosenberg and A. Arundel regarding Monthly Statement and Interim Application (.1); reviewed and edited Monthly Statement (.9); communications with C. Rosenberg and A. Arundel regarding same (.1). | 4600 | 1.10 | 550.00 |
| 12/09/10 | E.A. Arundel | Prepare Reed Smith Third Monthly Fee Statement and First | 4600 | 4.30 | 1,032.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | Interim Fee Application (4.3) | | | |
| 12/10/10 | M.S. Hersh | Prepared for meeting to discuss coverage and strategic issues. | 1300 | 0.20 | 116.00 |
| 12/10/10 | M.S. Hersh | Email to client regarding mediation issue. | 1300 | 0.10 | 58.00 |
| 12/10/10 | M.S. Hersh | Reviewed recent emails regarding mediation issues. | 1300 | 0.30 | 174.00 |
| 12/10/10 | M.S. Hersh | Reviewed recent carrier correspondence. | 1300 | 0.30 | 174.00 |
| 12/10/10 | M.S. Hersh | Met with C. Rosenberg regarding mediation issue. | 1300 | 0.30 | 174.00 |
| 12/10/10 | C.H. Rosenberg | Reviewed draft interim application for compensation. | 4600 | 0.50 | 362.50 |
| 12/10/10 | C.H. Rosenberg | Reviewed Wiley Rein's 10/28/10 letter regarding Essex Equity (.10); telephone conference with M. Hersh and mediation parties regarding mediation (.30); communication with M. Solinger on mediation issues (.20); reviewed and finalized third monthly fee petition (.30); reviewed M. Solinger's communication to K. Melvin regarding Auction Rates cases (.10); reviewed A. Washington's letter on SASCo (.10); reviewed Glickenhaus tender letter from M. Armstrong (.10); reviewed additional coverage correspondence from M. Armstrong (.20); reviewed J. Coviello's communication to Judge Weinstein (.20); reviewed and responded to J. Coviello's email on mediation request (.10). | 1300 | 1.70 | 1,232.50 |
| 12/10/10 | A.J. Moss | Reviewed recently received coverage correspondence (.1); | 1300 | 2.00 | 1,000.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | reviewed email from J. Coviello regarding mediation (.1). | | | |
| 12/10/10 | A.J. Moss | Communications with C. Rosenberg and A. Arundel regarding Interim Application (.1); reviewed and revised same (.4). | 4600 | 0.50 | 250.00 |
| 12/10/10 | J.A.C. Gross | Organized carrier correspondence and emails. | 1300 | 0.50 | 125.00 |
| 12/10/10 | E.A. Arundel | Prepare third fee statement and first interim fee application and circulate for review. | 4600 | 4.30 | 1,032.00 |
| 12/11/10 | C.H. Rosenberg | Further communication on interim fee petition. | 4600 | 0.20 | 145.00 |
| 12/12/10 | C.H. Rosenberg | Communication with M. Hersh on materials for carriers. | 1300 | 0.10 | 72.50 |
| 12/13/10 | C.H. Rosenberg | Reviewed communication from A. Moss to insurers (.10); reviewed Glickenhaus correspondence from M. Armstrong (.10); reviewed communication to Venture Capital carriers (.10); reviewed communication from Gidumal matter (.10); reviewed Chubb's letter on Glickenhaus (.10); reviewed additional carrier letters on Glickenhaus (.10); reviewed further correspondence from M. Armstrong on V-Cap policies (.10); reviewed translated correspondence from M. Armstrong (.10); reviewed request from carrier for information (.10); communication with M. Hersh and A. Moss (.10); communication with D. Brew (.10); reviewed syndicates list inquiry and information (.10); communication with J. Gross on Lloyd's (.10). | 1300 | 1.30 | 942.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 12/13/10 | A.J. Moss | Reviewed substantive comments from C. Rosenberg on interim application (.2); worked on revisions and further comments to same (1.1); communications with C. Rosenberg and A. Arundel regarding same (.1). | 4600 | 1.40 | 700.00 |
| 12/13/10 | A.J. Moss | Communications with M. Hersh (.1); reviewed email from J. Coviello regarding mediation materials (.1); communications with D&O carrier representatives regarding same (.2); communications with M. Solinger (.1). | 1300 | 0.50 | 250.00 |
| 12/13/10 | J.A.C. Gross | Reviewed and organized correspondence from carriers and new claims submitted by Marsh (4.9); conferred with A. Moss regarding venture capital and investment management programs (.10). | 1300 | 5.00 | 1,250.00 |
| 12/14/10 | M.S. Hersh | Reviewed recent emails regarding carrier inquiry and "stand-down" issue. | 1300 | 0.30 | 174.00 |
| 12/14/10 | M.S. Hersh | Exchanged emails with defense counsel regarding "Stand-down" issue. | 1300 | 0.20 | 116.00 |
| 12/14/10 | C.H. Rosenberg | Reviewed letter from Marsh London on Glickenhaus (.10); reviewed communication on Bolton claim (.10); communication with M. Solinger on Bolton status (.10); communication with Marsh on Bolton status (.10); reviewed E. McGarry's update on status of debt equity cases and discovery (.10); reviewed communication | 1300 | 1.40 | 1,015.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | with M. Solinger and Simpson counsel on developments (.30); reviewed communication from M. Armstrong on Fuld matter (.10); reviewed communication from J. Melnick (.10); further communication with M. Hersh on carrier communications (.10); reviewed additional status update from mediator (.10); communication with E. McGarry and M. Hersh on developments and carrier communications (.10);communication with A. Moss on developments (.10). | | | |
| 12/14/10 | C.H. Rosenberg | Reviewed interim application and work on revised draft (.20); communication with A. Arundel and A. Moss on exhibits (.20); reviewed final interim petition (.20); communication with Weil Gotschall on interim fee application (.20). | 4600 | 0.80 | 580.00 |
| 12/14/10 | A.J. Moss | Reviewed Lloyd's excess policies and correspondence from broker regarding same (.2); communications with C. Rosenberg and J.A.C. Gross regarding same (.1); communications with C. Rosenberg regarding information request from excess carrier (.2); reviewed recent coverage-related correspondence received from Marsh (.1); reviewed substantive email from mediator and response from defense counsel (.2). | 1300 | 0.80 | 400.00 |
| 12/14/10 | A.J. Moss | Communications with C. Rosenberg and A. Arundel (.2); communications with C. Arthur | 4600 | 0.80 | 400.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | regarding Interim Application (.2); reviewed revisions to Interim Application (.2); further communications with C. Rosenberg (.1); reviewed as-filed Interim Application (.1). | | | |
| 12/14/10 | J.A.C. Gross | Check on status of defense matters for Michael Stein matter (.4). | 1300 | 0.40 | 100.00 |
| 12/14/10 | E.A. Arundel | Finalize First Interim Fee Application. | 4600 | 1.00 | 240.00 |
| 12/14/10 | E.A. Arundel | Prepare Third Monthly Fee Statement and First Interim Fee Application. | 4600 | 2.50 | 600.00 |
| 12/15/10 | C.H. Rosenberg | Reviewed communication with mediator and defense counsel on mediation issues (.20); reviewed communication from M. Solinger (.10); reviewed update on Tule River (.10); communication with defense counsel (.10). | 1300 | 0.50 | 362.50 |
| 12/16/10 | M.S. Hersh | Reviewed recent emails and correspondence. | 1300 | 0.30 | 174.00 |
| 12/16/10 | M.S. Hersh | Responded to client inquiry regarding opt-outs. | 1300 | 0.20 | 116.00 |
| 12/16/10 | M.S. Hersh | Reviewed materials recently submitted to mediator. | 1300 | 0.50 | 290.00 |
| 12/16/10 | C.H. Rosenberg | Reviewed M. Armstrong's communication on Glickenhaus (.10); reviewed V-CAP correspondence from Marsh regarding Lehman Commercial Corp. Asia (.10); reviewed additional claim correspondence provided by M. Armstrong (.30); reviewed communication from E. Albert on mediation and communication with carriers (.10); | 1300 | 2.00 | 1,450.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | communication with M. Hersh on notices to carriers of matters (.10); reviewed additional coverage letters on multiple claims (.50); reviewed communication with Simpson defense counsel on mediation issues (.20); reviewed communication on Fuld (.10); reviewed communication on Tule River (.20); reviewed Hartford's coverage letter on V-CAP matter (.10); reviewed additional tender and letters from M. Armstrong (.20). | | | |
| 12/16/10 | A.J. Moss | Reviewed recently received coverage correspondence regarding various underlying Claims. | 1300 | 0.20 | 100.00 |
| 12/16/10 | J.A.C. Gross | Reviewed new carrier correspondence (.40); organized Marsh claim files (.3); organized carrier correspondence (1.10). | 1300 | 1.80 | 450.00 |
| 12/17/10 | M.S. Hersh | Exchanged emails regarding notice of opt-outs. | 1300 | 0.20 | 116.00 |
| 12/17/10 | M.S. Hersh | Analyzed notice issue. | 1300 | 0.10 | 58.00 |
| 12/17/10 | M.S. Hersh | Telephone conference with broker. | 1300 | 0.10 | 58.00 |
| 12/17/10 | C.H. Rosenberg | Reviewed L. McGarry's communication on carrier correspondence (.10); communication with M. Hersh on notices (.10); reviewed communication with Marsh (.10). | 1300 | 0.30 | 217.50 |
| 12/20/10 | C.H. Rosenberg | Reviewed Reynolds private equity correspondence from M. Armstrong (.10); reviewed Clyde & Co. response under D&O and ERISA coverage (.10); reviewed | 1300 | 1.00 | 725.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | Angiolillo correspondence under Non-40 Act coverage (.10); reviewed Miron and Marcella correspondence (.10); reviewed Smolensky correspondence (.10); reviewed Lavin correspondence (.10); reviewed Lavin's correspondence from M. Armstrong (.10); reviewed additional correspondence from Marsh (.30). | | | |
| 12/20/10 | A.J. Moss | Reviewed recently received coverage correspondence from Marsh and various carriers. | 1300 | 0.10 | 50.00 |
| 12/20/10 | J.A.C. Gross | Continued review of correspondence received from Marsh. | 1300 | 2.30 | 575.00 |
| 12/21/10 | M.S. Hersh | Received recent correspondence and new claims (.3); telephone conferences with broker and defense counsel re AG case (.2); reviewed AG complaint (.2). | 1300 | 0.70 | 406.00 |
| 12/21/10 | A.J. Moss | Reviewed communications from R. Brew (Marsh) (.1); reviewed email from defense counsel (.1); reviewed NYAG v E&Y complaint and articles regarding same (.2); communications with M. Hersh regarding same (.1); reviewed recently received coverage correspondence from Chartis (.1) | 1300 | 0.60 | 300.00 |
| 12/21/10 | J.A.C. Gross | Reviewed and organized notice correspondence from Marsh (1.7); continued organization of substantive coverage correspondence (.50). | 1300 | 2.20 | 550.00 |
| 12/22/10 | M.S. Hersh | Exchange emails re AG complaint. | 1300 | 0.20 | 116.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 12/22/10 | C.H. Rosenberg | Reviewed communication with D. Brew on carrier correspondence and communication (.10); reviewed communication with M. Hersh (.10). | 1300 | 0.20 | 145.00 |
| 12/22/10 | A.J. Moss | Reviewed email from R. Brew (Marsh) regarding NYAG v. E&Y action. | 1300 | 0.10 | 50.00 |
| 12/22/10 | J.A.C. Gross | Organized Lloyds and other upper level excess carrier correspondence. | 1300 | 3.00 | 750.00 |
| 12/23/10 | M.S. Hersh | Email to carriers. | 1300 | 0.10 | 58.00 |
| 12/23/10 | C.H. Rosenberg | Reviewed M. Hersh's update to the carriers. | 1300 | 0.10 | 72.50 |
| **Total Fees** | | | | **149.60** | **$80,015.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Title | | | Total |
|------------|-------|--|--|-------|
| A.J. Moss | Partner | 17.40 hrs @ $ | 500.00 / hr | 8,700.00 |
| C.H. Rosenberg | Partner | 44.20 hrs @ $ | 725.00 / hr | 32,045.00 |
| E.A. Arundel | Paralegal | 12.10 hrs @ $ | 240.00 / hr | 2,904.00 |
| J.A.C. Gross | Paralegal | 23.20 hrs @ $ | 250.00 / hr | 5,800.00 |
| M.S. Hersh | Partner | 52.70 hrs @ $ | 580.00 / hr | 30,566.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Total Professional Services | $80,015.00 |
| --- | --- |

## DISBURSEMENTS (COSTS ADVANCED AND EXPENSES INCURRED)

| Date | Description | Amount |
| --- | --- | --- |
| 12/31/2010 | PACER | 7.76 |
| 12/31/2010 | Lexis | 96.25 |
| 08/27/2010 | Air Travel Expense VENDOR: Carolyn H. Rosenberg,  Coach Travel from Chicago to New York on 12/2/2010 to attend mediation | 265.40 |
| 08/27/2010 | Air Travel Expense Travel  Agent Fee - VENDOR: Carolyn H. Rosenberg, Coach Travel from Chicago to New York on 12/2/2010 to attend mediation | 8.00 |
| 11/12/2010 | Courier Service - Outside Outside 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to John Suckow and Davi Lehman Brothers Holdings In (NEW YORK NY 10020)  1Z6151400195110972 | 8.69 |
| 11/12/2010 | Courier Service - Outside Outside 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to Andy Velez-Rivera/Tr Office of U.S. Trust. So Di (NEW YORK NY 10004)  1Z6151400195124967 | 8.69 |
| 11/12/2010 | Courier Service - Outside Outside 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to D. Dunne, D. O'Donne Milbank, Tweed, Hadley & Mc (NEW YORK NY 10005) 1Z6151400197262582 | 8.69 |
| 11/12/2010 | Courier Service - Outside Outside 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to Shai Y. Waisman, Esq Weil, Gotshal & Manges, LLP (NEW YORK NY 10153) 1Z6151400199315799 | 8.69 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Description | Amount |
|------|-------------|-------:|
| 11/12/2010 | Courier Service - Outside Outside 00843 UPS - Shipped from REEDSMITH SACHNOFF AND WEAV to John Suckow and Davi Lehman Brothers Holdings In (NEW YORK NY 10020) 1Z6151400195110972 | 4.63 |
| 11/12/2010 | Courier Service - Outside Outside 00843 UPS - Shipped from REEDSMITH SACHNOFF AND WEAV to Andy Velez-Rivera/Tr Office of U.S. Trust. So Di (NEW YORK NY 10004) 1Z6151400195124967 | 4.63 |
| 11/12/2010 | Courier Service - Outside Outside 00843 UPS - Shipped from REEDSMITH SACHNOFF AND WEAV to D. Dunne, D. O'Donne Milbank, Tweed, Hadley & Mc (NEW YORK NY 10005) 1Z6151400197262582 | 6.05 |
| 11/15/2010 | Air Travel Expense VENDOR: Carolyn H. Rosenberg, Nov 15, 2010 Coach Travel from Chicago to New York to attend mediation - AA 12/2/2010 travel | 90.00 |
| 11/15/2010 | Air Travel Expense VENDOR: Carolyn H. Rosenberg, Coach Travel from Chicago to New York to attend mediation - Agent fee to book AA 12/2/2010 travel | 8.00 |
| 11/15/2010 | Air Travel Expense VENDOR: Carolyn H. Rosenberg, Nov 15, 2010 Coach Travel from Chicago to New York, NY for mediation UNITED 01679362120973 | 205.40 |
| 11/15/2010 | Air Travel Expense Travel Agent Fee - VENDOR: Carolyn H. Rosenberg, Nov. 15, 2010 Coach Travel from Chicago to New York, NY for mediation AGNT FEE 89005412774143 | 8.00 |
| 11/15/2010 | Air Travel Expense Air Travel Agent Fee - VENDOR: Mark S. Hersh, Nov 15, 2010 Attend mediation. Coach Travel from Chicago to New York City and back. | 8.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Description | Amount |
|---|---|---|
| 11/15/2010 | Air Travel Expense VENDOR: Mark S. Hersh, Nov 15, 2010 Attend mediation. Coach Travel from Chicago to New York City and back. | 205.40 |
| 11/15/2010 | Air Travel Expense Travel Agent Fee - VENDOR: Mark S. Hersh, Nov 15, 2010 Attended mediation . Coach Travel from Chicago to New York City and back. | 8.00 |
| 11/15/2010 | Air Travel Expense VENDOR: Mark S. Hersh, Nov 15, 2010 Attended mediation . Coach Travel from Chicago to New York City and back. | 202.40 |
| 11/19/2010 | Telephone - Outside Telephone - Outside Global Crossing Inv No: 9032985913 - HERSH, MARK | 73.84 |
| 11/23/2010 | Courier Service - Outside Outside 00843 UPS - Shipped from Jane Anne Conway Gro Reed Smith LLP - Chicago to  Jed Melnick, Esq. (AMBLER PA 19002) Jane Anne Conway Gross 1Z6151400193056973 | 17.45 |
| 11/23/2010 | Courier Service - Outside Outside 00843 UPS - Shipped from Jane Anne Conway Gro Reed Smith LLP - Chicago to Case Manager Scott Schreiber (SAN FRANCISCO CA 94111) Jane Anne Conway Gross 1Z6151400193249596 | 17.68 |
| 11/23/2010 | Courier Service - Outside Outside 00843 UPS - Shipped from Jane Anne Conway Gro Reed Smith LLP - Chicago to Michelle Yoshida, Esq. (NAPA CA 94558) Jane Anne Conway Gross 1Z6151400193902389 | 20.39 |
| 11/29/2010 | Air Travel Expense VENDOR: Carolyn H. Rosenberg, Nov 29, 2010 Coach Travel from Chicago to New York, NY for mediation UNITED  0164063817962 | 39.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Description | Amount |
|---|---|---|
| 11/29/2010 | Air Travel Expense VENDOR: Carolyn H. Rosenberg, Nov 29, 2010 Coach Travel from Chicago to New York, NY for mediation UNITED  0164064482046 | 39.00 |
| 12/02/2010 | Lodging VENDOR: Mark S. Hersh, Dec 02, 2010 Attend mediation.  Travel from Chicago to New York City and back. | 497.77 |
| 12/02/2010 | Air Travel Expense Baggage Fees - VENDOR: Mark S. Hersh, Dec 02, 2010 Attend mediation. Coach Travel  from Chicago to New York City and back. | 9.00 |
| 12/02/2010 | Taxi Expense VENDOR: Mark S. Hersh, Dec 02, 2010 Attend mediation. Coach Travel from Chicago to New York City and back. | 36.00 |
| 12/02/2010 | Taxi Expense Shuttle - VENDOR: Carolyn H. Rosenberg, Dec 2 and Dec  3, 2010 Shuttle to airport for travel to/from New York to attend mediation | 80.00 |
| 12/02/2010 | Meal Expense VENDOR: Mark S. Hersh and Carolyn H. Rosenberg, Dec 02, 2010 Attend mediation.  Travel from Chicago to New York City and back. | 127.79 |
| 12/02/2010 | Meal Expense VENDOR: Mark S. Hersh, Dec 02, 2010 Attend mediation.  Travel from Chicago to New York City and back. | 14.32 |
| 12/02/2010 | Meal Expense VENDOR: Carolyn H. Rosenberg, Dec 02, 2010 Travel from Chicago to New York to attend mediation - Lunch at airport prior to flight | 8.66 |
| 12/02/2010 | General Expense VENDOR: Mark S. Hersh, Dec 02, 2010 Attend mediation.  Travel from Chicago to New York City and back. | 13.95 |
| 12/03/2010 | Air Travel Expense Travel  Agent Fee - VENDOR: Mark S. Hersh, Dec 03, 02010 Attend mediation. Coach Travel from Chicago to New York City and back. | 24.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Description | Amount |
|---|---|---|
| 12/03/2010 | Air Travel Expense VENDOR: Mark S. Hersh, Dec 03, 2010 Attend mediation. Coach Travel from Chicago to New York City and back. | 50.00 |
| 12/03/2010 | Air Travel Expense VENDOR: Carolyn H. Rosenberg, Dec 03, 2010 Coach Travel from Chicago to New York to attend mediation - American Airlines charge to return on early flight. | 50.00 |
| 12/03/2010 | Air Travel Expense VENDOR: Carolyn H. Rosenberg, Dec 03, 2010 Coach Travel from Chicago to New York to attend mediation - American Airlines charge to return on early flight. | 50.00 |
| 12/03/2010 | Air Travel Expense Baggage Fees - VENDOR: Carolyn H. Rosenberg, Dec 3, 2010  Coach Travel from Chicago to New York to attend mediation | 50.00 |
| 12/03/2010 | Air Travel Expense Travel Agent Fee - VENDOR: Carolyn H. Rosenberg, Coach Travel from Chicago  to New York to attend mediation - Agent fee to return on early flight on 12/3/2010 | 24.00 |
| 12/03/2010 | Taxi Expense VENDOR: Carolyn H. Rosenberg, Dec 03, 2010 Coach Travel  from Chicago to New York to attend mediation - taxi from The Benjamin to JAMS to attend mediation | 11.00 |
| 12/03/2010 | Taxi Expense VENDOR: Mark S. Hersh, Dec 03, 2010 Attend mediation. Coach Travel from Chicago to New York City and back - taxi from JAMS to LGA. | 35.00 |
| 12/03/2010 | Taxi Expense VENDOR: Mark S. Hersh, Dec 03, 2010 Attend mediation.  Coach Travel from Chicago to New York City and back- taxi from ORD to home. | 39.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Description | Amount |
|------|-------------|--------|
| 12/03/2010 | Taxi Expense Shuttle - VENDOR: Carolyn H. Rosenberg, Dec Shuttle to airport for travel to/from New York to attend mediation on 12/2/2010 and 12/3/2010. | 80.00 |
| 12/03/2010 | Meal Expense VENDOR: Mark S. Hersh, Dec 03, 2010 Attend mediation.   Travel from Chicago to New York City and back. | 9.74 |
| 12/04/2010 | Lodging VENDOR: Carolyn H. Rosenberg, Dec 04, 2010 Travel from Chicago to New York to attend mediation. | 497.77 |
| 12/05/2010 | Taxi Expense VENDOR: Mark S. Hersh, Dec 05, 2010 Attended mediation . Coach Travel from Chicago to New York City and back - taxi to ORD. | 54.00 |
| 12/05/2010 | Taxi Expense Shuttle - VENDOR: Carolyn H. Rosenberg, Dec Shuttle to airport for travel to/from New York to attend mediation on 12/5/2010  and 12/6/2010 | 80.00 |
| 12/05/2010 | Meal Expense VENDOR: Mark S. Hersh, Dec 05, 2010 Attended mediation . Travel from Chicago to New York City and back. | 9.87 |
| 12/05/2010 | Meal Expense VENDOR: Carolyn H. Rosenberg, Dec 05, 2010 Travel from Chicago to New York, NY for mediation - dinner at ORD prior to flight | 13.43 |
| 12/05/2010 | General Expense VENDOR: Mark S. Hersh, Dec 05, 2010 Attended mediation . Travel from Chicago to New York City and back. | 13.95 |
| 12/06/2010 | Air Travel Expense VENDOR: Carolyn H. Rosenberg, Dec 06, 2010 Coach Travel from Chicago to New York, NY for mediation - earlier return flight | 75.00 |
| 12/06/2010 | Taxi Expense VENDOR: Mark S. Hersh, Dec 06, 2010 Attended mediation. - taxi from hotel to JAMS. | 11.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Description | Amount |
|------|-------------|-------:|
| 12/06/2010 | Taxi Expense Shuttle - VENDOR: Carolyn H. Rosenberg, Dec 5 and Dec 6, 2010 Shuttle to airport for travel to/from New York to attend mediation | 80.00 |
| 12/06/2010 | Meal Expense VENDOR: Mark S. Hersh, Dec 06, 2010 Attended mediation . Travel from Chicago to New York City and back. | 8.69 |
| 12/06/2010 | Meal Expense VENDOR: Mark S. Hersh, Dec 06, 2010 Attended mediation . Travel from Chicago to New York City and back. | 45.02 |
| 12/06/2010 | Meal Expense VENDOR: Carolyn H. Rosenberg, Dec 06, 2010 Travel from Chicago to New York, NY for mediation - dinner at LGA prior to flight | 16.30 |
| 12/06/2010 | General Expense VENDOR: Mark S. Hersh, Dec 06, 2010 Attended mediation . Travel from Chicago to New York City and back. | 13.95 |
| 12/07/2010 | Lodging VENDOR: Mark S. Hersh, Dec 07, 2010 Attended mediation. Two night stay. Travel from Chicago to New York City and back. | 989.62 |
| 12/07/2010 | Lodging VENDOR: Carolyn H. Rosenberg, Dec 07, 2010 Travel New York, NY for mediation - breakfast at hotel | 442.41 |
| 12/07/2010 | Air Travel Expense VENDOR: Mark S. Hersh, Dec 07, 2010 Attended mediation . Coach travel from Chicago to New York City and back. | 75.00 |
| 12/07/2010 | Taxi Expense VENDOR: Mark S. Hersh, Dec 07, 2010 Attended mediation . Coach Travel from Chicago to New York City and back - taxi from ORD to home. | 54.00 |
| 12/07/2010 | Taxi Expense VENDOR: Mark S. Hersh, Dec 07, 2010 Attended mediation . Travel to New York City and bac - taxi from hotel to JAMS. | 15.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Description | Amount |
|---|---|---:|
| 12/07/2010 | Taxi Expense VENDOR: Mark S. Hersh, Dec 07, 2010 Attended mediation . Coach Travel from Chicago to New York City and back - taxi from JAMS to LGA. | 34.00 |
| 12/07/2010 | Taxi Expense VENDOR: Carolyn H. Rosenberg, Dec 07, 2010 Travel to New York, NY for mediation - Cab to LGA | 36.97 |
| 12/07/2010 | Meal Expense VENDOR: Carolyn H. Rosenberg, Dec 07, 2010 Travel to New York, NY for mediation - breakfast at hotel | 6.53 |
| 12/10/2010 | Courier Service - Outside Outside 00843 UPS - Shipped from  REEDSMITH SACHNOFF AND WEAV to John Suckow and Davi Lehman Brothers Holdings In (NEW YORK NY 10020) 1Z6151400199091236 | 6.13 |
| 12/10/2010 | Courier Service - Outside Outside Service - Outside 00843 UPS - Shipped from REEDSMITH SACHNOFF AND WAEV to D. Dunne, D. 'Donne Milbank, Tweed, Hadley & Mc (NEW YORK 10005) 1Z6151400195723257 | 6.13 |
| 12/10/2010 | Courier Service - Outside Outside 00843 UPS - Shipped from  REEDSMITH SACHNOFF AND WEAV to Andy Velez-Rivera/Tr Office of U.S. Trust. So Di (NEW YORK NY 10004) 1Z6151400195751664 | 6.13 |
| 12/10/2010 | Courier Service - Outside Outside 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to Shai Y. Waisman, Esq Weil, Gotshal & Manges, LLP (NEW YORK NY 10153) 1Z6151400195188443 | 8.81 |
| 12/10/2010 | Courier Service - Outside Outside 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to D. Dunne, D. O'Donne Milbank, Tweed, Hadley & Mc (NEW YORK NY 10005) 1Z6151400195723257 | 8.81 |

# ReedSmith

10 South Wacker Drive, 40ᵗʰ Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Description | Amount |
| --- | --- | --- |
| 12/10/2010 | Courier Service - Outside Outside 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to Andy Velez-Rivera/Tr Office of U.S. Trust. So Di (NEW YORK NY 10004)  1Z6151400195751664 | 8.81 |
| 12/10/2010 | Courier Service - Outside Outside 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to John Suckow and Davi Lehman Brothers Holdings In (NEW YORK NY 10020)  1Z6151400199091236 | 8.81 |
| 12/14/2010 | Courier Service - Outside Outside 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to Andy Velez-Rivera/Tr Office of U.S. Trust. So Di (NEW YORK NY 10004)  1Z6151400195438691 | 18.12 |
| 12/14/2010 | Courier Service - Outside Outside 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to Shai Y. Waisman, Esq Weil, Gotshal & Manges, LLP (NEW YORK NY 10153) 1Z6151400196113502 | 18.12 |
| 12/14/2010 | Courier Service - Outside Outside 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to Kenneth R. Feinberg, Feinberg Rozen, LLP (WASHINGTON DC 20004) 1Z6151400197305875 | 16.46 |
| 12/14/2010 | Courier Service - Outside Outside 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to D. Dunne, D. O'Donne Milbank, Tweed, Hadley & Mc (NEW YORK NY 10005) 1Z6151400198601481 | 18.12 |
| 12/14/2010 | Courier Service - Outside Outside 00843 UPS - Shipped from Carolyn H. Rosenberg Reed Smith LLP - Chicago to John Suckow and Davi Lehman Brothers Holdings In (NEW YORK NY 10020)  1Z6151400199415869 | 18.12 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Description | Amount |
|------|-------------|--------|
| 12/29/2010 | Taxi Expense VENDOR: FLASH CAB: Late night cab fare 11/17/10 | 37.73 |
| 12/29/2010 | Taxi Expense VENDOR: FLASH CAB: Late night cab fare 11/17/10 | 40.08 |
| | **Current Costs and Expenses** | **$5,373.16** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 80,015.00 |
| Disbursements | $ | 5,373.16 |
| **TOTAL CURRENT INVOICE DUE** | $ | 85,388.16 |

## SUMMARY OF TIME BILLED BY TASK:

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| 1300 | Insurance Issues | 130.00 | 72,731.00 |
| 4600 | Firm's Own Billing/Fee Applications | 19.60 | 7,284.00 |
| | **Matter Total** | **149.60** | **$80,015.00** |

dbappadm

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 38th Floor
New York, NY 10020

| | |
|---|---|
| Invoice Number: | **2091834** |
| Invoice Date: | **2/14/2011** |
| Client Number: | **330015** |
| Matter Number: | **00001** |

**RE: Chapter 11 Special Insurance Coverage Counsel**    **1/1/2011 through 1/31/2011**

## INVOICE SUMMARY

Total Current Fees ........................................................................... $    76,770.00

Total Current Disbursements ........................................................    144.74

**Total Due This Invoice:**    $    **$76,914.74**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*2672 Paysphere Circle*
*Chicago, IL 60674*

*Wire Instructions:*
*Bank of America, N.A.*
*Chicago, IL*
*ABA Number: 0260-0959-3*
*Swift Code: BOFAUS3N (International)*
*Account #5201742490*
**(Please Reference Invoice Number)**

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| | |
|---|---|
| Lehman Brothers Holdings Inc.<br>1271 Avenue of the Americas, 38th Floor<br>New York, NY 10020 | Invoice Number: **2091834**<br>Invoice Date: **2/14/2011**<br>Client Number: **330015**<br>Matter Number: **00001** |

**RE: Chapter 11 Special Insurance Coverage Counsel**

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH January 31, 2011**

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 01/03/11 | M.S. Hersh | Telephone conference with defense counsel re status, strategy (.4); analyzed strategic issues, next steps (.6); reviewed mediation notes (.3) | 1300 | 1.30 | 754.00 |
| 01/03/11 | C.H. Rosenberg | Reviewed coverage correspondence from Chubb from M. Armstrong (.10); communication with M. Hersh on developments (.10); telephone conference with defense counsel on developments and mediation (.20); communication with M. Hersh on mediation issues (.20); communication with defense counsel on mediation issues (.10); communication with M. Solinger on logistics (.10); communication with JAMS (.10); communication with A. Moss on research (.10). | 1300 | 1.00 | 725.00 |
| 01/03/11 | A.J. Moss | Communications with M. Hersh regarding mediation (.1); reviewed email from M. Solinger and defense counsel regarding same (.1); reviewed recently received coverage correspondence from Marsh (.1). | 1300 | 0.30 | 150.00 |
| 01/04/11 | M.S. Hersh | Analyzed strategic issues to prepare for telephone conference | 1300 | 4.10 | 2,378.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | with defense counsel (2.8); reviewed recent SASCO and other claims correspondence (.2); exchanged emails with carrier representatives (.1); review recent email (.1); worked on mediation scheduling issues and logistics (.9). | | | |
| 01/04/11 | C.H. Rosenberg | Reviewed Chartis 12/14/10 letter on Glickenhaus (.10); reviewed Chartis' 12/13/10 letter (.10); reviewed Clyde & Co.'s 12/20/10 letter (.10); reviewed communication from K. Melvin (.10); reviewed response to K. Melvin (.10); reviewed communication from Chartis on VC matter (.10); reviewed communication from mediator (.10); reviewed communication with defense counsel and M. Solinger on mediation issues (.20); reviewed status request on VC claim from Chartis (.10); communication with Lehman counsel on request (.10); communication with M. Hersh on mediation status and developments (.10); meeting with M. Hersh on mediation strategy (.30); reviewed communication with R. Lusk and E. Albert (.10); reviewed communication from D. Brew (.10); communication with M. Hersh on status of case per Chartis's request (.10); communication with M. Hersh on mediation dates and logistics (.10); communication with M. Solinger and defense counsel on mediation issues (.20); communication with M. Hersh on | 1300 | 2.20 | 1,595.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | strategy (.10); reviewed communication with E. McGarry (.10). | | | |
| 01/04/11 | C.H. Rosenberg | Communication with A. Moss on monthly fee application. | 4600 | 0.10 | 72.50 |
| 01/04/11 | A.J. Moss | Telephone call with M. Hersh to discuss coverage issues (.2); reviewed notes of conference calls (.2); reviewed recent coverage correspondence received from Marsh (.2); reviewed email from client representatives and defense counsel regarding mediation (.1); reviewed email from CNA and HCC representatives regarding mediation logistics (.1). | 1300 | 0.80 | 400.00 |
| 01/05/11 | M.S. Hersh | Worked on mediation scheduling issues (.9); met with colleagues to discuss strategy re mediation, SASCO issues (1.6); telephone conferences client and defense counsel re mediation scheduling, strategy (1.5). | 1300 | 4.00 | 2,320.00 |
| 01/05/11 | C.H. Rosenberg | Reviewed E&Y complaint correspondence from M. Armstrong (.30); communication with defense counsel and M. Solinger on mediation dates (.30); meeting with M. Hersh to analyze coverage and strategy issues (1.00); conference call with defense counsel to address mediation issues (1.00); conference calls with M. Solinger and defense counsel to address mediation issues (.50); reviewed communication with M. Solinger on mediation (.20); reviewed exhibits to notice letters from M. | 1300 | 3.90 | 2,827.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | Armstrong (.30); reviewed private equity Advisers correspondence from M. Armstrong (.20); reviewed communication on Tule River mediation (.10). | | | |
| 01/05/11 | A.J. Moss | Reviewed correspondence from D. Brew (Marsh) regarding E&Y matter (.1); reviewed email from client representatives and defense counsel regarding mediation logistics (.1); meeting with C. Rosenberg and M. Hersh to discuss coverage and strategic issues (.5); teleconference with defense counsel, C. Rosenberg and M. Hersh (.6); teleconference with M. Solinger, defense counsel, C. Rosenberg and M. Hersh (.3); further teleconference with M. Solinger, defense counsel, C. Rosenberg and M. Hersh (.5); reviewed and analyzed statements of claim in various auction rate securities-related FINRA cases (.5); reviewed primary D&O policies (.2); communications with M. Hersh regarding same (.2); communications with K. Melvin (CNA/HCC) (.2); further communications with M. Hersh (.1); reviewed recent coverage-related correspondence received from broker (.2); reviewed email from defense counsel and carrier counsel regarding Tule River ARS mediation (.1). | 1300 | 3.60 | 1,800.00 |
| 01/05/11 | A.J. Moss | Communications with C. Rosenberg and A. Arundel regarding monthly statement. | 4600 | 0.20 | 100.00 |
| 01/05/11 | E.A. Arundel | Review compensation order and | 4600 | 0.20 | 48.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | confirm due date of fee statement. | | | |
| 01/06/11 | M.S. Hersh | Telephone conference with carrier counsel (.5); telephone conference with defense counsel re mediation strategy and scheduling (.7). | 1300 | 1.20 | 696.00 |
| 01/06/11 | C.H. Rosenberg | Reviewed further communication on Tule River (.20); communication with M. Hersh on mediation issues (.10); reviewed communication from Marsh (.10); reviewed communication from defense counsel on mediation issues (.20); telephone conference with M. Hersh, M. Solinger and defense counsel (.70); reviewed follow-up communication with mediator (.10); reviewed communication with M. Hersh (.10). | 1300 | 1.60 | 1,160.00 |
| 01/06/11 | A.J. Moss | Worked on invoice for submission of monthly fee statement. | 4600 | 0.30 | 150.00 |
| 01/06/11 | A.J. Moss | Teleconference with K. Melvin, M.C. Martin (HCC/CNA) and M. Hersh (.4); telephone call with M. Hersh (.1); communications with K. Melvin regarding Tule River ARS claim (.1); telephone call with E. Albert (.2); telephone call with D. Brew (Marsh) (.3); further telephone call with M.C. Martin (.2); communications with M. Hersh regarding same (.2); communications with C. Rosenberg (.1); reviewed email from K. Melvin regarding Tule River ARS claim (.1); reviewed analysis of issues in underlying claims (.2); meeting with C. | 1300 | 3.60 | 1,800.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | Rosenberg (.1); teleconference with M. Solinger, E. Albert, defense counsel, C. Rosenberg and M. Hersh to discuss mediation logistics and coverage issues (.6); reviewed auction rate securities claim materials (.5); meeting with J.A.C. Gross to discuss coverage correspondence review (.2); reviewed correspondence from E&O carriers (.3). | | | |
| 01/06/11 | J.A.C. Gross | Conferred with A. Moss regarding carrier correspondence for US Airways, Essex, Tule River and Maxxim Claims (.3); researched IMI files to obtain coverage correspondence on these matters (.7); researched Marsh claim files and digital files for same (1.4). | 1300 | 2.40 | 600.00 |
| 01/07/11 | M.S. Hersh | Prepare for telephone conference with mediator (.1); reviewed email on SASCo coverage issue (.2); telephone conference with mediator (.5); email to carrier representative (.2); worked on strategic issues re mediation (.2). | 1300 | 1.20 | 696.00 |
| 01/07/11 | C.H. Rosenberg | Reviewed correspondence from M. Armstrong (.20); participated in conference call on mediation with defense counsel and M. Solinger (.50); follow-up communication with M. Hersh and carriers on mediation dates (.20); communication with M. Solinger on dates (.10); further communication from M. Armstrong on claims (.10); communication with carriers on mediation (.20). | 1300 | 1.30 | 942.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 01/07/11 | A.J. Moss | Teleconference with M. Solinger, D. Weinstein (JAMS), J. Melnick (JAMS), defense counsel, C. Rosenberg and M. Hersh to discuss mediation logistics (.3); communications with J. Hersh regarding same (.1); reviewed recently received coverage correspondence from Marsh (.1); reviewed and analyzed coverage correspondence from D&O and E&O insurers regarding various auction rate securities claims (.7); reviewed primary D&O and E&O policies with respect to same (.4); reviewed and analyzed research regarding various coverage issues (1.5); reviewed email from defense and carrier counsel regarding Tule River ARS matter (.1). | 1300 | 3.20 | 1,600.00 |
| 01/07/11 | J.A.C. Gross | Compiled multiple items of correspondence and complaints to A. Moss per his request. | 1300 | 0.80 | 200.00 |
| 01/10/11 | M.S. Hersh | Multiple emails and telephone conferences with colleagues re mediation scheduling and strategy. | 1300 | 0.50 | 290.00 |
| 01/10/11 | C.H. Rosenberg | Reviewed correspondence from M. Armstrong (Marsh) on D&O policy claims (.20); reviewed communication with mediator on additional mediations (.20); communication with M. Solinger on mediation (.10); communication with M. Hersh on mediation issues and logistics (.20); reviewed additional communication from J. Melnick (JAMS) (.10); reviewed communication from carrier | 1300 | 0.90 | 652.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | representatives (.10). | | | |
| 01/10/11 | C.H. Rosenberg | Reviewed December invoice for monthly fee petition (.50); communication with A. Moss on revisions or questions on monthly fee submission (.20); communication with M. Hersh on monthly fee submission (.10). | 4600 | 0.80 | 580.00 |
| 01/10/11 | A.J. Moss | Reviewed recently received coverage correspondence from Marsh (.1); communications with M. Hersh regarding mediation issues (.1). | 1300 | 0.20 | 100.00 |
| 01/11/11 | M.S. Hersh | Worked on mediation logistical issues (.2); worked on response to mediator request for insurance information (.8); analyzed strategic issues re ARS mediation (.4); reviewed recent claim correspondence (.2). | 1300 | 1.60 | 928.00 |
| 01/11/11 | C.H. Rosenberg | Worked on monthly fee petition (.10); reviewed further draft submission (.50). | 4600 | 0.60 | 435.00 |
| 01/11/11 | C.H. Rosenberg | Reviewed communication on mediation (.10); reviewed correspondence from M. Armstrong (.10); communication with M. Hersh and J. Melnick on mediation (.20); communication with defense counsel (.10); reviewed communication relating to opt-out litigation (.20); reviewed communication with J. Melnick (.20); communication with carriers and M. Armstrong on new tenders under D&O and V-CAP programs (.30); met with M. Hersh regarding ARS mediation (.20): communication with J. Melnick (JAMS) (.10); reviewed | 1300 | 1.90 | 1,377.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | communication with defense counsel and J. Melnick (.10); communication with M. Solinger on mediation (.10); reviewed letter from defense counsel (.10); communication with M. Hersh (.10). | | | |
| 01/11/11 | A.J. Moss | Worked on preparation of invoice for monthly statement (.7); communications with C. Rosenberg regarding same (.1). | 4600 | 0.80 | 400.00 |
| 01/11/11 | A.J. Moss | Reviewed recently received correspondence from various D&O carriers regarding new matters (.3); meeting with C. Rosenberg and M. Hersh to discuss mediations and ARS matters (.2); meeting with L. Raines to discuss research project and policy review (.2); reviewed IMI policy and correspondence from Chartis regarding ARS matters (1.4); reviewed substantive email from defense counsel and K. Melvin (CNA/HCC) regarding Tule River mediation (.1). | 1300 | 2.20 | 1,100.00 |
| 01/11/11 | E.A. Arundel | Worked on Fourth Monthly Fee Statement. | 4600 | 1.50 | 360.00 |
| 01/12/11 | M.S. Hersh | Reviewed recent claims correspondence (.3); communications with colleagues re tracking claims (.1); exchanged emails with A. Moss re coverage for ARS cases (.4). | 1300 | 0.80 | 464.00 |
| 01/12/11 | C.H. Rosenberg | Review M. Armstrong's communication on Parker and Mazzolin matters from carriers (.30); review correspondence from AWAC on securities and | 1300 | 1.50 | 1,087.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | ERISA litigation (.10); review XL and Chartis correspondence on Mazzolin and Lavin matters (.20); communication with J. Conway Gross on analysis of coverage letters (.10); review carrier correspondence and exhibits (.20); review Chartis letter on Glickehaus (.10); review coverage letter on Fried (.10); review charts correspondence on Parker (.10); review Chartis excess carrier letter (.10); review correspondence on Balles from Zurich (.10); review exhibits to correspondence from M. Armstrong (.10). | | | |
| 01/12/11 | L.J. Raines | Reviewed and analyzed policy provisions on insurance coverage issues (.4); research regarding application of multiple clauses under D&O policies (1.3). | 1300 | 1.70 | 748.00 |
| 01/12/11 | A.J. Moss | Communications with L. Raines regarding coverage issues (.1); analyzed primary investment management E&O policy (.7); further reviewed coverage correspondence from E&O carriers (.4); reviewed and analyzed Tule River, Essex, US Air and American Eagle FINRA statements of claim (2.4); researched, reviewed and analyzed cases on application of policy exclusion (.8); reviewed provisions of '34 Act regarding same (.2); worked on substantive analysis of same for M. Hersh (.5); further communications with same (.3). | 1300 | 5.40 | 2,700.00 |
| 01/13/11 | M.S. Hersh | Reviewed recent emails (.2); | 1300 | 4.10 | 2,378.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | drafted emails to colleagues and client re ARS coverage issue (.4); responded to mediator request (1.2); analyzed ARS coverage issues (.2); reviewed opinion letter re "relatedness" issue along with cover letter (.8); telephone conferences with defense counsel in American Eagle ARS Claim (.3); drafted emails to client re American Eagle case (.4); reviewed draft memo on SASCo issues (.2). | | | |
| 01/13/11 | C.H. Rosenberg | Review communication from J. Melnick (JAMS) on mediation (.10); communication with M. Hersh on J. Melnick's inquiry (.10); communication with A. Moss (.10); review communication from M. Solinger on mediation (.10) review update from defense counsel (.10); communication with defense counsel and M. Solinger (.10) review communication from J. Melnick (.10); review SASCo plaintiffs' communication and report (.50); communication with M. Hersh on strategy and recently reviewed materials (.10); review proposed draft response to J. Melnick's inquiry (.30); review communication with Haber claim (.10); communication with M. Hersh and defense counsel on mediations (.20); review draft memo from defense counsel (.30) communication with defense counsel and M. Hersh (.10); review communication from M. Solinger (.10) review defense counsel communication on case | 1300 | 2.50 | 1,812.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | list and status (.10). | | | |
| 01/13/11 | A.J. Moss | Communications with C. Rosenberg and M. Hersh regarding mediation issues (.2); reviewed newly received correspondence from various carriers (.2); reviewed correspondence from M. Hersh regarding coverage analysis from mediation neutral (.1); analyzed same (.5). | 1300 | 1.00 | 500.00 |
| 01/13/11 | J.A.C. Gross | Researched American Eagle ARS Claims information for M. Hersh. | 1300 | 0.30 | 75.00 |
| 01/14/11 | M.S. Hersh | Exchanged emails with colleagues, defense counsel, mediator re issues and logistics re mediation (.7); reviewed and exchanged emails re memo re SASCO coverage issues (.9); reviewed letter from Chubb (.2); analyzed ARS coverage issue (.6); analyzed issues re Chubbs attendance at mediation (.2); reviewed emails re scheduling of mediation sessions (.2); worked on response to mediator inquiry re insurance exposure (.9); worked on response to mediator inquiry re insurance exposure (.9); worked on response to insurance inquiry from ESSEX ARS claimant (1.1); draft email to client on ARS coverage issue (.8). | 1300 | 5.40 | 3,132.00 |
| 01/14/11 | C.H. Rosenberg | Review draft memo from defense counsel (.20); communication with M. Hersh re same (.20); review client's comments on draft (.10); review letters from Chubb | 1300 | 2.70 | 1,957.50 |

# ReedSmith

10 South Wacker Drive, 40ᵗʰ Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | from M. Armstrong (.30); communication with R. Lusk on letters (.10); communication with M. Hersh on draft reply (.10); review and respond to communications on mediations and materials for the parties (.30); communication with M. Hersh on strategic issues (.20); review communication from M. Solinger (.10); review communication from R. Lusk and Chubb (.30); review revised memo per defense counsel (.10); communication with M. Hersh on memo (.10); review communication with J. Melnick (JAMS) on mediation (.10); communication with J. Weinstein (.10); review communication on coverage and positions of carriers (.20); review communication with R. Lusk and M. Solinger on ARS claims (.10); communication with M. Hersh on opt-out claims (.10). | | | |
| 01/14/11 | C.H. Rosenberg | Review draft monthly fee petition (.30); communication with A. Arundel re revision to draft (.10); review revisions (.10). | 4600 | 0.50 | 362.50 |
| 01/14/11 | A.J. Moss | Reviewed multiple email messages from defense counsel and M. Hersh regarding mediation scheduling. | 1300 | 0.20 | 100.00 |
| 01/14/11 | J.A.C. Gross | Researched Essex coverage correspondence for M. Hersh (.70); organized coverage correspondence and complaints for claims on list of active claims (1.50). | 1300 | 2.20 | 550.00 |
| 01/15/11 | C.H. | Review M. Hersh's | 1300 | 0.10 | 72.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | Rosenberg | communication to J. Melnick (JAMS) on mediation cases and reported matters under policies (.10). | | | |
| 01/15/11 | J.A.C. Gross | Gathered and organized complaints and correspondence for certain claims per request of M. Hersh (1.7); organized emails from Marsh (.6). | 1300 | 2.30 | 575.00 |
| 01/17/11 | C.H. Rosenberg | Review communication on mediations (.20); communication with M. Hersh (.10). | 1300 | 0.30 | 217.50 |
| 01/18/11 | M.S. Hersh | Continued work on response to mediator inquiry re claims under 07-08 policies including review of numerous complaints and correspondence (2.1); responded to mediator inquiry re IMI coverage for ARS caps (1.2); worked on mediator logistics (.4); telephone conference with E. Albert re ARS mediation issues (.2); exchange emails with client and defense counsel re mediation issues (.9). | 1300 | 4.80 | 2,784.00 |
| 01/18/11 | C.H. Rosenberg | Communication with M. Hersh on mediation (.10); reviewed proposed communication to mediator (.10); reviewed revised and final versions (.10); communication with M. Solinger on mediation and next steps (.10); reviewed communication on ARS, and other cases (.30); communication with M. Hersh on strategy (.10); communication with K. Melvin (HCC/CNA) on mediation (.10); communication with M. Hersh on drafts (.10); reviewed communication from E. | 1300 | 1.10 | 797.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | Albert (.10). | | | |
| 01/18/11 | A.J. Moss | Reviewed communications from M. Hersh regarding ARS mediation issues (.2); reviewed and commented on proposed correspondence to mediator and defense counsel (.2); reviewed comments from client representatives and defense counsel regarding same (.1); reviewed correspondence from K. Melvin (HCC/CNA) regarding opt-out mediation meeting (.1). | 1300 | 0.60 | 300.00 |
| 01/18/11 | J.A.C. Gross | Researched Ray Davis Claim for M. Hersh. | 1300 | 0.40 | 100.00 |
| 01/19/11 | M.S. Hersh | Drafted emails to mediator and carrier re mediation issue (1.4); exchange emails with colleagues and client re mediation issues (.9); worked on mediation logistics (.9); telephone conference with counsel on ESSEX ARS mediation (.6); drafted email to client re ESSEX ARS mediation (.3); worked on arranging conference call with carrier (.3); telephone conference with defense counsel re mediation strategy (.2); reviewed emails re mediation issues (.5). | 1300 | 5.10 | 2,958.00 |
| 01/19/11 | C.H. Rosenberg | Reviewed communication regarding mediation materials, logistics and scheduling (.20); communication with M. Hersh (.10); communication with M. Solinger and defense counsel on mediation calls and preparation (.20); reviewed communication with J. Melnick (JAMS) (.10); reviewed communication with K. | 1300 | 1.30 | 942.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | Melvin (HCC/CNA) (.10); reviewed correspondence (.20); communication with defense counsel on issues for mediation (.20); communication with M. Hersh on strategy (.20). | | | |
| 01/19/11 | A.J. Moss | Reviewed substantive communications regarding mediation. | 1300 | 0.20 | 100.00 |
| 01/19/11 | A.J. Moss | Reviewed email from defense counsel regarding ARS matters and potential coverage (.1); communications with M. Hersh to discuss potential E&O coverage issues (.1). | 1300 | 0.20 | 100.00 |
| 01/20/11 | M.S. Hersh | Emails to mediator (.2); exchanged emails with colleagues and client re mediation strategy (.9); reviewed Tule River memo (.2). | 1300 | 1.30 | 754.00 |
| 01/20/11 | C.H. Rosenberg | Reviewed communication with defense counsel on mediation and preparation (.20); reviewed communication to J. Melnick (.10); reviewed inquiry from J. Melnick (JAMS) (.10); reviewed communication from defense counsel (.10); reviewed Tule River analysis (.30); communication with M. Hersh on conference with carriers (.10). | 1300 | 0.90 | 652.50 |
| 01/20/11 | A.J. Moss | Reviewed discussion of relation-back and other coverage issues from counsel for D&O carriers (.2); communications with C. Rosenberg (.1); reviewed correspondence from mediator, defense counsel and carrier counsel regarding opt-out | 1300 | 0.40 | 200.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | mediation (.1). | | | |
| 01/21/11 | M.S. Hersh | Communications with colleagues, mediator and client re opt-out mediation (.7); telephone conference with E. Albert re ESSEX ARS mediation coverage issues (.3); prepare for telephone conference with ESSEX plaintiffs coverage counsel (.2); prepare for telephone conference with mediator re opt-out (.3); telephone conference with mediator re opt-outs (.5); telephone conference with client, defense counsel re strategy (.6). | 1300 | 2.60 | 1,508.00 |
| 01/21/11 | C.H. Rosenberg | Communication with M. Solinger on call with mediator (.10); communication with J. Melnick (JAMS) (.20); conference call with mediator and carrier representatives (.50); follow-up conference call with defense counsel (.30); communication with M. Hersh on strategy (.10); communication with A. Moss (.10); reviewed communication from defense counsel (.10). | 1300 | 1.40 | 1,015.00 |
| 01/21/11 | A.J. Moss | Telephone call with M. Hersh to discuss E&O issues and mediation (.2); reviewed email from defense counsel regarding same (.1); reviewed research on broker-dealer exclusions issues (.2); teleconference with client representatives to discuss mediation (.1); communications with M. Hersh regarding same (.1). | 1300 | 0.70 | 350.00 |
| 01/21/11 | J.A.C. Gross | Organized XL correspondence. | 1300 | 0.20 | 50.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 01/22/11 | A.J. Moss | Reviewed email from JAMS regarding opt-out mediation meetings (.1); communications with M. Hersh regarding same (.1). | 1300 | 0.20 | 100.00 |
| 01/24/11 | M.S. Hersh | Reviewed recent claims correspondence (.8); analyzed issues re budgeting for remaining claims (.3); exchanged emails with colleagues and defense counsel re mediation strategy and logistics (1.1); exchanged emails with carrier representative and JAMS (.3). | 1300 | 2.50 | 1,450.00 |
| 01/24/11 | C.H. Rosenberg | Reviewed Mazzolin Claim correspondence (.10); reviewed Parker Claim correspondence from Chartis (.10); reviewed Liberty's letter on Balles (.10); reviewed XL's 1/24/11 correspondence (.10); reviewed XL Specialty's correspondence on Booth, Fuld, Eosterin, O'Meara and various other matters (.30); reviewed K. Melvin's communication on agenda for conference call (.10); reviewed communication from defense counsel and M. Solinger (.10) communication with M. Hersh on strategy (.10); reviewed proposed draft reply and comments (.20); reviewed additional XL correspondence from M. Armstrong (.20); reviewed communication on meeting with carriers regarding mediation issues (.20); reviewed communication from K. Melvin on meeting (.10); reviewed correspondence from Hartford on | 1300 | 2.60 | 1,885.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | private equity policy (.10); reviewed communication with D. Brew (Marsh) (.10); reviewed ACE USA correspondence on Parker (.10); reviewed Allied World's letter (.10); reviewed Chubb's letters (.20); communication with M. Hersh on draft letters (.10); communication with M. Solinger and defense counsel on a meeting (.10); communication with M. Hersh (.10). | | | |
| 01/24/11 | A.J. Moss | Reviewed numerous email messages from M. Solinger, defense counsel, carrier representatives and M. Hersh regarding proposed meetings with carriers and mediation issues (.3); reviewed coverage correspondence recently received from Marsh (.2). | 1300 | 0.50 | 250.00 |
| 01/24/11 | J.A.C. Gross | Responded to M. Hersh request for ACE correspondence (.3); organized carrier correspondence (.5). | 1300 | 0.80 | 200.00 |
| 01/24/11 | E.A. Arundel | Review compensation procedures and prepare update for C. Rosenberg and A. Moss. | 4600 | 0.20 | 48.00 |
| 01/25/11 | M.S. Hersh | Exchanged email with colleagues, client re mediation strategy and logistics (1.5); prepare for telephone conference with carriers (.2); telephone conference with carriers re opt-out mediation (.5); reviewed recent claims correspondence (.4); reviewed JAMS confidentiality agreement (.1); reviewed defense counsel memo | 1300 | 2.90 | 1,682.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | re opt-out and other cases (.2). | | | |
| 01/25/11 | C.H. Rosenberg | Communication with M. Solinger, defense counsel and M. Hersh on mediation issues (.30); reviewed and replied to communication from K. Melvin (CNA/HCC) (.20); reviewed correspondence from M. Armstrong from Chartis on Mazzolin (.30); reviewed ACE's letter on Lavin (.10); reviewed Non-40 Act correspondence from ACE (.10); reviewed Traveler's correspondence (.10); reviewed Freedom Speciality's letter (.10); reviewed AWAC's 1/17/11 and 1/19/11 letters (.10); conference with carriers and defense counsel on mediation issues (.50); follow-up communication with defense counsel on mediation issues (.20); communication with M. Hersh and A. Moss on carrier meetings and mediation (.20); communication with M. Solinger on mediation issues with mediator (.10); reviewed draft mediation statement (.30); communication with M. Solinger on meeting with carriers (.10); communication with M. Hersh on mediation (.10); reviewed communication from mediator (.10). | 1300 | 2.90 | 2,102.50 |
| 01/25/11 | A.J. Moss | Communications with M. Hersh to prepare for call with carriers (.1); reviewed email from K. Melvin (HCC/CNA) regarding same (.1); teleconference with client representatives, defense counsel, carrier representatives, M. Hersh and C. Rosenberg to discuss | 1300 | 1.40 | 700.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | mediation and underlying Claims (.5); communications with C. Rosenberg and M. Hersh regarding meeting with carriers (.2); reviewed recently received coverage correspondence from Chartis regarding E&O claims (.2); reviewed recently received coverage correspondence from XL regarding D&O claims (.1); reviewed email from client representatives and defense counsel regarding mediation logistics (.2). | | | |
| 01/25/11 | J.A.C. Gross | Organized carrier correspondence in order to track claim information. | 1300 | 1.00 | 250.00 |
| 01/26/11 | M.S. Hersh | Exchanged emails with colleagues, mediator and carrier counsel re mediation and strategy preparation (1.5); worked on setting up with carrier re SASCO issue (.7); reviewed draft opt-out mediation submission (.3). | 1300 | 2.50 | 1,450.00 |
| 01/26/11 | C.H. Rosenberg | Reviewed communication from K. Melvin (CNA/HCC) and M. Hersh (.10); communication with M. Hersh on mediation issue (.10); worked on mediation calls and meetings (.30); communication with J. Melnick (JAMS) (.10); reviewed communication with defense counsel and M. Solinger (.10); reviewed preparatory issues for conference call with carriers (.20); reviewed communication on mediation brief (.10); communication with M. Hersh on strategy (.20); reviewed communication from M. Solinger (.10); communication with K. | 1300 | 1.30 | 942.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | Melvin (.10). | | | |
| 01/26/11 | A.J. Moss | Reviewed substantive email from mediator and colleagues regarding SASCo issues. | 1300 | 0.20 | 100.00 |
| 01/27/11 | M.S. Hersh | Prepared for telephone conference with carriers, mediator re SASCO issue (.4); exchanged emails with client, defense counsel re same (.4). | 1300 | 0.80 | 464.00 |
| 01/27/11 | C.H. Rosenberg | Reviewed communication with defense counsel on mediation (.10); reviewed communication on invoices and XL letter (.10); reviewed and responded to communication with J. Melnick (JAMS) (.10); reviewed communication from K. Melvin (CNA/HCC) on conference call (.10); communication with M. Hersh and K. Melvin on rescheduling options (.10); reviewed communication with M. Solinger and J. Melnick (.10); reviewed communication with carriers (.10). | 1300 | 0.70 | 507.50 |
| 01/27/11 | C.H. Rosenberg | Reviewed and supplemented monthly fee application (.50); communication with A. Moss (.10); communication with A. Arundel (.10). | 4600 | 0.70 | 507.50 |
| 01/27/11 | E.A. Arundel | Review and revise monthly fee statement and prepare for filing. | 4600 | 0.80 | 192.00 |
| 01/28/11 | M.S. Hersh | Reviewed opt-out mediation submissions (.5); prepared for opt-out mediation (.7); prepared for telephone conference with carries, mediation re SASCO issue (.5). | 1300 | 1.70 | 986.00 |

# ReedSmith

10 South Wacker Drive, 40ᵗʰ Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 01/28/11 | C.H. Rosenberg | Reviewed draft fee statement (.30); reviewed revised draft and invoice attachments (.20); communication with A. Moss (.10); reviewed final draft and attachments (.30); communication with A. Moss on final version (.10). | 4600 | 1.00 | 725.00 |
| 01/28/11 | C.H. Rosenberg | Communication with K. Melvin (CNA/HCC) (.10); reviewed correspondence from Fuld from M. Armstrong (.10); reviewed communication on mediation statement from defense counsel (.10); conference call with J. Melnick (JAMS), defense counsel and carrier representatives (.50); reviewed follow-up communication to K. Melvin (.10); reviewed additional mediation statement (.10). | 1300 | 1.00 | 725.00 |
| 01/28/11 | A.J. Moss | Communications with J.A. Conway Gross regarding schedule of claims (.2); reviewed same in preparation for budgetary meeting with client and carrier representatives (.3); reviewed two mediation submissions from municipal opt-out parties (1.2). | 1300 | 1.70 | 850.00 |
| 01/28/11 | A.J. Moss | Worked on and finalized monthly statement (.9); worked on review of billing and disbursement entries for conformity with court orders and fee committee billing guidelines (.5). | 4600 | 1.40 | 700.00 |
| 01/28/11 | J.A.C. Gross | Conferred with A. Moss on upcoming carrier meeting (.30); reworked charts to create masterchart tracking all information and correspondence | 1300 | 5.50 | 1,375.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | relating to each claim (5.20) | | | |
| 01/29/11 | C.H. Rosenberg | Communication with M. Solinger on meeting pre-mediation. | 1300 | 0.10 | 72.50 |
| 01/31/11 | C.H. Rosenberg | Reviewed opt-out mediation draft statements (.20); communication with A. Moss on meeting in New York with counsel (.10); reviewed communication with defense counsel and M. Solinger (.10); reviewed M. Armstrong's communication on U.S. Specialty correspondence regarding Weisenech (.10); reviewed HCC communication regarding McDade (.10); reviewed Corcona correspondence (.10); reviewed Butler correspondence (.10); reviewed additional U.S. Specialty communication (.30); reviewed Travelers letter regarding Miron and Angiolitto (.10); reviewed CNA's letter regarding independent directions (.10); reviewed D. Brew's (Marsh) communication on Essex (.10); reviewed correspondence on K. Amin and Kelly matters (.10); reviewed HCC's letters regarding Bernard and Umezkai (.10); reviewed client's communication (.10). | 1300 | 1.70 | 1,232.50 |
| 01/31/11 | C.H. Rosenberg | Reviewed communication regarding monthly fee submission. | 4600 | 0.20 | 145.00 |
| 01/31/11 | A.J. Moss | Reviewed correspondence from HCC regarding investigations coverage (.2); communications with M. Solinger and defense counsel regarding budgetary meeting with carriers (.1); | 1300 | 0.80 | 400.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | reviewed California municipal parties' mediation statement (.5). | | | |
| 01/31/11 | J.A.C. Gross | Updated master claim tracking chart. | 1300 | 0.30 | 75.00 |
| 01/31/11 | E.A. Arundel | Review unpaid invoices and confirm holdback amount. | 4600 | 0.30 | 72.00 |
| **Total Fees** | | | | **138.20** | **$76,770.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Title | | Total |
|-----------|-------|--|-------|
| A.J. Moss | Partner | 30.10 hrs @ $  500.00 / hr | 15,050.00 |
| C.H. Rosenberg | Partner | 38.80 hrs @ $  725.00 / hr | 28,130.00 |
| E.A. Arundel | Paralegal | 3 hrs @ $  240.00 / hr | 720.00 |
| J.A.C. Gross | Paralegal | 16.20 hrs @ $  250.00 / hr | 4,050.00 |
| L.J. Raines | Associate | 1.70 hrs @ $  440.00 / hr | 748.00 |
| M.S. Hersh | Partner | 48.40 hrs @ $  580.00 / hr | 28,072.00 |
| **Total Professional Services** | | | **$76,770.00** |

## DISBURSEMENTS (COSTS ADVANCED AND EXPENSES INCURRED)

| Date | Description | Amount |
|------|-------------|--------|
| 01/31/2011 | Westlaw | 123.86 |
| 11/30/2010 | Telephone - Outside Global Crossing Inv No: 9033033973 - HERSH, MARK | 20.88 |
| | **Current Costs and Expenses** | **$144.74** |

## INVOICE SUMMARY

Total Fees                                                     $    76,770.00

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Disbursements                                                     $        144.74

**TOTAL CURRENT INVOICE DUE**                                     $     76,914.74

**SUMMARY OF TIME BILLED BY TASK:**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| 1300 | Insurance Issues | 128.60 | 71,872.50 |
| 4600 | Firm's Own Billing/Fee Applications | 9.60 | 4,897.50 |
| | **Matter Total** | **138.20** | **$76,770.00** |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 38th Floor
New York, NY 10020

| | |
|---|---|
| Invoice Number: | **2100595** |
| Invoice Date: | **3/10/2011** |
| Client Number: | **330015** |
| Matter Number: | **00001** |

**RE: Chapter 11 Special Insurance Coverage Counsel**        **2/1/2011 – 2/28/2011**

## INVOICE SUMMARY

Total Current Fees......................................................................... $        81,084.50

**Total Due This Invoice:**        $    **$81,084.50**

Please Remit to:

**Mail To:**
*Reed Smith LLP*
*2672 Paysphere Circle*
*Chicago, IL 60674*

**Wire Instructions:**
*Bank of America, N.A.*
*Chicago, IL*
*ABA Number: 0260-0959-3*
*Swift Code: BOFAUS3N (International)*
*Account #5201742490*
**(Please Reference Invoice Number)**

EXHIBIT C

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| | |
|---|---|
| Lehman Brothers Holdings Inc.<br>1271 Avenue of the Americas, 38th Floor<br>New York, NY 10020 | Invoice Number: **2100595**<br>Invoice Date: **3/10/2011**<br>Client Number: **330015**<br>Matter Number: **00001** |

**RE: Chapter 11 Special Insurance Coverage Counsel**

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH February 28, 2011**

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 02/01/11 | M.S. Hersh | Reviewed recent correspondence (.3); prepared for opt-out mediation (.6); met with colleagues re preparation for "budgeting" meeting with carrier representatives (.5); drafted email to client, defense counsel re "budgeting" meeting (.3); worked on document organization issues (.2). | 1300 | 1.90 | 1,102.00 |
| 02/01/11 | C.H. Rosenberg | Met with M. Hersh and A. Moss to prepare for call with defense counsel and carriers (.5); reviewed proposed draft documents (.2); reviewed final version of preparatory agenda (.1); reviewed communications from carriers on meeting (.3); reviewed XL's 1/31/11 letter regarding MLP Opportunity (.1); reviewed correspondence regarding Cambium (.1); reviewed XL correspondence regarding Robinson (.1); reviewed communication from M. Armstrong on Stitchting (.1); reviewed mediation statement for opt-out mediation (.2); reviewed Wiley Rein's 2/1/11 letter (.1); reviewed correspondence on Tarrio, McCarthy, et al. (.1); | 1300 | 2.30 | 1,667.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | reviewed Zurich's letter on Parker (.1); reviewed multiple letters on 12 matters forwarded by M. Armstrong (.2); reviewed K. Melvin's  (CNN/HCC) communication on meeting (.1). | | | |
| 02/01/11 | J.A.C. Gross | Conferred with A. Moss (.2); continued updating claims tracking chart (.3). | 1300 | 0.50 | 125.00 |
| 02/02/11 | M.S. Hersh | Participated on telephone conference with client, defense counsel and carriers re "budget" for covering claims (1.8); telephone conference with E. Albert re American Eagle mediation (2.). | 1300 | 2.00 | 1,160.00 |
| 02/02/11 | C.H. Rosenberg | Reviewed additional mediation statements (.30); conference call with defense counsel and carriers on mediation issues (1.70); reviewed correspondence from XL and Marsh (.20); reviewed follow-up communication from M. Hersh (.10). | 1300 | 2.30 | 1,667.50 |
| 02/02/11 | A.J. Moss | Communications with C. Rosenberg and M. Hersh (.1); teleconference with M. Solinger, defense counsel, C. Rosenberg, M. Hersh and carrier representatives (1.8); reviewed email from E. Albert regarding American Eagle ARS Claim mediation and communications with M. Hersh regarding same (.1); reviewed voicemail from T. Fishman (Fuld) (.1); telephone call with same (.2); reviewed documents from same (.2). | 1300 | 2.50 | 1,250.00 |
| 02/03/11 | M.S. Hersh | Traveled to San Francisco for opt-out mediation (50% travel | 1300 | 4.50 | 2,610.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | time billed) (2.6); prepared for opt-out mediation (1.9). | | | |
| 02/03/11 | C.H. Rosenberg | Reviewed 1/28/11 letter on Fuld from M. Armstrong (.1); communication with A. Moss on Fuld (.1); communication with M. Hersh on mediation (.1). | 1300 | 0.30 | 217.50 |
| 02/03/11 | A.J. Moss | Communications with T. Fishman (.1); reviewed recent coverage correspondence from Marsh (.2); communications with J.A. Conway Gross regarding claim materials for NY Tax proceedings against former LBI officers (.2). | 1300 | 0.50 | 250.00 |
| 02/03/11 | J.A.C. Gross | Updated comprehensive claims tracking chart by combining my updated information with Marsh chart (4.2); obtained letters requested by A. Moss (.2). | 1300 | 4.40 | 1,100.00 |
| 02/04/11 | M.S. Hersh | Attended opt-out mediation. | 1300 | 7.00 | 4,060.00 |
| 02/04/11 | C.H. Rosenberg | Reviewed carrier notice on Non-40 Act claim (Pulsar) forwarded by M. Armstrong (.2); reviewed the proposed updated communication from K. Melvin (HCC/CNA) (.1); reviewed further communication on mediations (.1); reviewed mediation statement (.2); reviewed pleading from D. Brew (Marsh) (.2); communication with M. Hersh on update on mediation and next steps (.2). | 1300 | 1.00 | 725.00 |
| 02/04/11 | A.J. Moss | Researched NY statutes and cases interpreting same with respect to NYS Tax Proceedings against former LBI officers (.8); reviewed recent coverage correspondence received from | 1300 | 1.00 | 500.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | Marsh (.1); communications with M. Yoshida (JAMS) regarding opt-out mediation (.1). | | | |
| 02/04/11 | J.A.C. Gross | Organized carrier correspondence and emails sent from Marsh for attorney review and retrieval (3.8); updated claims tracking chart (1.1). | 1300 | 4.90 | 1,225.00 |
| 02/05/11 | A.J. Moss | Worked on January 2011 fee invoice statements for consistency with court and fee committee rules. | 4600 | 1.00 | 500.00 |
| 02/05/11 | A.J. Moss | Reviewed correspondence from XL regarding NY State tax assessment proceedings against former officers (.3); reviewed and analyzed statutory and case law research regarding underlying Claim (.6); reviewed proposed response to XL (.2); analyzed coverage issues (.4). | 1300 | 1.50 | 750.00 |
| 02/06/11 | C.H. Rosenberg | Communication with M. Hersh on opt-out mediation developments. | 1300 | 0.10 | 72.50 |
| 02/07/11 | M.S. Hersh | Attended "opt-out" mediation (5.5); traveled back to Chicago after mediation (50% travel time billed) (3.1). | 1300 | 8.60 | 4,988.00 |
| 02/07/11 | C.H. Rosenberg | Communication with A. Arundel on monthly fee submission (.1); reviewed January invoice for submission (.3); communication with A. Moss on revisions (.1). | 4600 | 0.50 | 362.50 |
| 02/07/11 | C.H. Rosenberg | Reviewed communication on Pulsar matter from M. Armstrong (Marsh) (.1); reviewed D&O correspondence from XL (.1); reviewed communication on confidentiality agreement (.1); communication with A. Moss on | 1300 | 1.00 | 725.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | materials for Federal (.1); reviewed communication on Fuld and NYS proceeding (.1); communication with A. Moss (.1); reviewed Chubb's letter on Pulsar (.1); reviewed communication from HCC on Pulsar (.1); reviewed M. Hersh's update on mediation (.1). | | | |
| 02/07/11 | A.J. Moss | Reviewed voicemail from T. Fishman (Fuld) regarding NYS Tax assessment against former LBI officers (.1); reviewed draft correspondence to XL regarding same and notes (.2); telephone call with T. Fishman (.2); reviewed final correspondence to XL regarding NYS Tax assessment against former LBI officers (.1); reviewed recent coverage correspondence received from Marsh (.2); reviewed email from M. Hersh regarding Chubb (.1); telephone call to S. Davidson (Chubb) with M. Hersh (.1); communications with S. Davidson (.2); reviewed and finalized modified JAMS confidentiality agreement (.2); communications with S. Davidson regarding same (.1); communications with JAMS representatives (.1); reviewed mediation submissions with respect to debt/equity and MBS class actions (.6); further communications with Chubb representatives regarding same (.4). | 1300 | 2.60 | 1,300.00 |
| 02/07/11 | J.A.C. Gross | Reviewed and organized carrier correspondence (2.6); updated | 1300 | 4.50 | 1,125.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | claims tracking chart (.4); conferred with A. Moss regarding project and claim status (.1); reviewed and organized recently filed complaints filed against Lehman Bros. (1.4). | | | |
| 02/07/11 | E.A. Arundel | Reviewed compensation order and prepare memo regarding January fee statement. | 4600 | 0.10 | 24.00 |
| 02/08/11 | M.S. Hersh | Met with colleagues to discuss status of opt-out mediation (.5); telephone conference with counsel for Essex (.1). | 1300 | 0.60 | 348.00 |
| 02/08/11 | C.H. Rosenberg | Communication with C. Arthur on fee petitions. | 4600 | 0.10 | 72.50 |
| 02/08/11 | C.H. Rosenberg | Meeting with M. Hersh and A. Moss in follow-up to opt-out mediations and coverage issues (.5); reviewed carrier correspondence from M. Armstrong (Marsh) (.3). | 1300 | 0.80 | 580.00 |
| 02/08/11 | A.J. Moss | Meeting with C. Rosenberg and M. Hersh to discuss mediation strategy and coverage issues (.5); reviewed recently received coverage correspondence from Marsh (.1). | 1300 | 0.60 | 300.00 |
| 02/09/11 | M.S. Hersh | Reviewed recent correspondence including letter from XL (.6); worked on issues re ESSEX counsel inquiry (.5); exchanged emails with colleagues re mediation strategy (.2). | 1300 | 1.30 | 754.00 |
| 02/09/11 | C.H. Rosenberg | Reviewed recently filed Securities Suit (.3); reviewed M. Hersh's communication with Essex counsel (.1); communication with E. Albert on Essex issues (.1); reviewed M.Hersh's reply to | 1300 | 1.40 | 1,015.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | updated status report (.1); reviewed communication from D. Brew (Marsh) on complaint (.1); reviewed communication from M. Armstrong (Marsh) on Pulsar (.1); reviewed XL's letter to mediator on coverage issues (.2); communication with M. Hersh on XL's letter (.1); communication with M. Solinger on XL's letter (.1); reviewed M. Armstrong's communication on newest suit (.1); communication with M. Hersh on XL's letter (.2). | | | |
| 02/09/11 | A.J. Moss | Reviewed new debt/equity complaint (.5); communications with C. Rosenberg and M. Hersh regarding same (.2); reviewed correspondence from XL regarding relation-back issue (.3); reviewed email from M. Solinger and C. Rosenberg regarding same (.1). | 1300 | 1.10 | 550.00 |
| 02/09/11 | J.A.C. Gross | Reviewed and organized latest carrier correspondence. | 1300 | 0.40 | 100.00 |
| 02/10/11 | C.H. Rosenberg | Reviewed revised invoices (.2); reviewed draft fee submission (.2); communication with A. Arundel (.1). | 4600 | 0.50 | 362.50 |
| 02/10/11 | C.H. Rosenberg | Reviewed Chubb's 2/9/2011 letter (.10); reviewed XL's 2/10/11 letter (.1); reviewed Private Equity Advisers LLC matter in Arch's 2/10/11 letter (.1); reviewed Non-40 Act Chartis letter (.1); reviewed Zurich's letters on various D&O matters (.3). | 1300 | 0.70 | 507.50 |
| 02/10/11 | A.J. Moss | Reviewed recently received coverage correspondence from | 1300 | 0.20 | 100.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | Marsh. | | | |
| 02/10/11 | A.J. Moss | Reviewed draft monthly statement from E. Arundel (.1); communications with C. Rosenberg regarding same (.1). | 4600 | 0.20 | 100.00 |
| 02/10/11 | J.A.C. Gross | Organized documents and emails relating to new claim. | 1300 | 0.30 | 75.00 |
| 02/10/11 | E.A. Arundel | Prepared monthly fee statement for review of C. Rosenberg. | 4600 | 1.40 | 336.00 |
| 02/11/11 | M.S. Hersh | Reviewed recent correspondence (.1); worked on issue re ESSEX mediation (.1). | 1300 | 0.20 | 116.00 |
| 02/11/11 | C.H. Rosenberg | Reviewed Lloyd's letters on new complaint (.1); reviewed AXIS's letter on Fuld (.1); reviewed Allied World letter (.1); reviewed Parker letter (.1); reviewed G. Dixon's (XL) communication to mediator (.1); communication with M. Hersh on response (.1); communication with M. Solinger and defense counsel (.1). | 1300 | 0.70 | 507.50 |
| 02/11/11 | A.J. Moss | Reviewed email from XL representatives (.1); reviewed email from M. Solinger and C. Rosenberg regarding same (.2); reviewed voicemail and email from M. Deifik (Chartis) (.2); communications with M. Hersh regarding same (.2); communications with E. Albert regarding same (.1); communications with M. Deifik (.1). | 1300 | 0.90 | 450.00 |
| 02/14/11 | M.S. Hersh | Reviewed "to do" list (.1); teleconference with E. Albert re ESSEX mediation (.3); exchanged emails re ESSEX mediation (.2); reviewed emails | 1300 | 0.80 | 464.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | and client re: agreements (.2). | | | |
| 02/14/11 | C.H. Rosenberg | Reviewed Lavin correspondence (.1); reviewed communication with J. Melnick (JAMS) and counsel on mediation (.1); communication with M. Hersh (.1); reviewed HCC's letter on Utz (.1); communication with E. Albert (.1); reviewed communication with mediators (.2); communication with K. Melvin (CNA/HCC) and M. Solinger on mediation issues (.1); reviewed Chartis's letter on Robb (.1); reviewed Chartis's 2/14/11 Parker letter (.1); reviewed defense counsel's submission on offerings (.2). | 1300 | 1.20 | 870.00 |
| 02/14/11 | C.H. Rosenberg | Reviewed draft fee submission (.3); conference with A. Arundel on revisions (.1); finalized submission and exhibits (.3). | 4600 | 0.70 | 507.50 |
| 02/14/11 | A.J. Moss | Reviewed recently received coverage correspondence from Marsh (.2); reviewed email from E. Albert and M. Hersh regarding Essex mediation (.2); communications with M. Deifik (Chartis) regarding Essex mediation (.3). | 1300 | 0.70 | 350.00 |
| 02/14/11 | A.J. Moss | Final review and edits to monthly statement. | 4600 | 0.20 | 100.00 |
| 02/15/11 | C.H. Rosenberg | Reviewed communication from D. Brew (Marsh) on D&O matters (.2); reviewed Mazzolin letter (.10); reviewed K. Melvin's (CNA/HCC) communication on mediation (.1); reviewed Chartis's letter on McReynolds (.1); reviewed 10 non-40 Act letters | 1300 | 0.90 | 652.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | from carriers (.3); communication with M. Solinger on mediation (.1). | | | |
| 02/15/11 | A.J. Moss | Reviewed email from mediator regarding Essex mediation (.1); communications with M. Hersh regarding same (.1); reviewed recently received coverage correspondence from Marsh (.2). | 1300 | 0.40 | 200.00 |
| 02/16/11 | M.S. Hersh | Exchanged emails with colleagues re: mediation preparation. | 1300 | 0.30 | 174.00 |
| 02/16/11 | C.H. Rosenberg | Reviewed VCAP letters from XL (.1); communication with defense counsel on mediation preparation conference call and agenda items (.2); reviewed D&O letters on Non-40 Act claims (.1); communication with defense counsel on mediation (.1); reviewed draft SASCo mediation submission (.3); reviewed communication from M. Solinger (.1). | 1300 | 0.90 | 652.50 |
| 02/16/11 | A.J. Moss | Reviewed recently received coverage correspondence from Marsh (.2); communications with E. Albert and M. Hersh regarding Essex mediation (.2); communications with M. Deifik and C. Chiovetta (Chartis) regarding Essex mediation (.2). | 1300 | 0.60 | 300.00 |
| 02/16/11 | J.A.C. Gross | Organized latest correspondence from carriers. | 1300 | 1.80 | 450.00 |
| 02/17/11 | M.S. Hersh | Reviewed emails re mediation preparation. | 1300 | 0.20 | 116.00 |
| 02/17/11 | C.H. Rosenberg | Communication with D. Brew (Marsh) on mediation (.1); communication with M. Solinger | 1300 | 1.00 | 725.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | on mediation (.1); reviewed materials for mediation (.1); communication with M. Hersh on strategy (.2); reviewed E. Albert's communication on mediation (.1); reviewed M. Solinger's comments on submission (.1); reviewed defense counsel's reply (.1); reviewed communication with J. Melnick (JAMS) (.1); communication with defense counsel regarding preparation for mediation (.1). | | | |
| 02/17/11 | A.J. Moss | Communications with client representatives and defense counsel regarding preparation for mediation (.2); reviewed email from E. Albert (.1); communications with M. Hersh regarding same (.1); reviewed draft supplemental mediation submission for SASCo action (.4). | 1300 | 0.80 | 400.00 |
| 02/17/11 | J.A.C. Gross | Organized carrier correspondence (2.2) and updated claims tracking chart with quick notes from coverage letters (1.4). | 1300 | 3.60 | 900.00 |
| 02/18/11 | M.S. Hersh | Reviewed recent emails (.3); prepared for teleconferences with client and mediator (.7); analyzed issues raised by ESSEX plaintiffs (1.1); teleconferences with client and mediator to prepare for mediation (.7); prepared for mediation (.7); exchanged emails with colleagues re mediation strategy (.4); reviewed supplemental mediation brief re SASCo (.2). | 1300 | 4.10 | 2,378.00 |
| 02/18/11 | C.H. | Reviewed mediator's | 1300 | 2.50 | 1,812.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | Rosenberg | communication on mediation issues (.1); communication with M. Solinger on coverage issues (.1); reviewed defense counsel's communication on requested documents (.3); communication with A. Moss and M. Hersh on coverage research (.2); conference call with defense counsel to prepare for call with mediators (.3); conference call with mediators and defense counsel (.5); follow-up communication with M. Hersh on strategic issues (.2); reviewed communication from defense counsel on mediation issue (.10); communication with M. Hersh on coverage analysis (.2); reviewed supplemental SASCo mediation submission (.2); communication with defense counsel on mediation preparation (.2); communication with M. Solinger (.1). | | | |
| 02/18/11 | A.J. Moss | Reviewed email from mediator regarding Essex mediation (.2); communications with M. Hersh and C. Rosenberg regarding same (.2); teleconference with M. Solinger, E. Albert, defense counsel, C. Rosenberg and M. Hersh to discuss mediation logistics and coverage issues (.4); meeting with C. Rosenberg and M. Hersh (.1); teleconference with client representatives, defense counsel, mediators, C. Rosenberg and M. Hersh to discuss mediation (.5); meeting with M. Hersh to discuss coverage issues and research | 1300 | 1.60 | 800.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | (.2); reviewed and analyzed cases on various coverage issues (.5). | | | |
| 02/18/11 | J.A.C. Gross | Reviewed and organized emails of carrier correspondence from Marsh (1.2); reviewed and analyzed carrier coverage position correspondence files (1.8). | 1300 | 3.00 | 750.00 |
| 02/19/11 | A.J. Moss | Reviewed and analyzed research on various coverage issues in preparation for mediation. | 1300 | 0.50 | 250.00 |
| 02/20/11 | C.H. Rosenberg | Communication with defense counsel on mediation issues. | 1300 | 0.10 | 72.50 |
| 02/21/11 | M.S. Hersh | Prepared for mediation (2.8); traveled to NY for mediation (50% travel time billed) (1.5). | 1300 | 4.30 | 2,494.00 |
| 02/21/11 | C.H. Rosenberg | Reviewed communication with defense counsel and carriers on Rule 23(f) filings (.2); reviewed briefing forwarded by defense counsel (.2); traveled to New York for mediation (50% travel time billed) (1.5); prepared for mediation (2.5); reviewed analysis and research on mediation issue from A. Moss (.2); communication with A. Moss and M. Hersh on mediation analysis and issues (.3). | 1300 | 4.90 | 3,552.50 |
| 02/21/11 | A.J. Moss | Researched, reviewed and analyzed cases and materials on coverage issues (2.3); worked on substantive email to C. Rosenberg and M. Hersh regarding same (.4); communications with C. Rosenberg and M. Hersh (.5); further researched, reviewed and | 1300 | 4.90 | 2,450.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | analyzed various coverage issues (.7); further communications with M. Hersh (.2); reviewed supplemental mediation submission from defendants in SASCo litigation (.4); reviewed correspondence from E. McGarry and K. Melvin (CNA/HCC) (.3); communications with J.A. Conway Gross (.1). | | | |
| 02/21/11 | J.A.C. Gross | Organized carrier correspondence. | 1300 | 0.60 | 150.00 |
| 02/22/11 | M.S. Hersh | Prepared for mediation (.6); attended mediation (7.6). | 1300 | 8.20 | 4,756.00 |
| 02/22/11 | C.H. Rosenberg | Preparatory meetings with M. Solinger and defense counsel for mediation (.5); attended all day mediation with carriers, defense counsel and mediators (8.0); reviewed communications from Marsh on carrier correspondence and pleadings (.3); strategy meeting with M. Hersh (.3); updated A. Moss and reviewed research (.1). | 1300 | 9.20 | 6,670.00 |
| 02/22/11 | A.J. Moss | Reviewed email from C. Rosenberg regarding status of mediation (.1); reviewed recently received coverage correspondence from various carriers (.2). | 1300 | 0.30 | 150.00 |
| 02/23/11 | M.S. Hersh | Attended mediation (6.8); traveled back to Chicago (50% travel time billed) (2.9). | 1300 | 9.70 | 5,626.00 |
| 02/23/11 | C.H. Rosenberg | Reviewed draft communication from K. Melvin (.1); review document for mediation (.1); communication with M. Hersh and defense counsel on | 1300 | 11.00 | 7,975.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | proposed materials (.3); attended and participated in second day of mediation and follow-up (7.5); return travel to Chicago and work en route to review correspondence from carriers and M. Armstrong (Marsh) (3.00-50% travel time). | | | |
| 02/23/11 | A.J. Moss | Communications with C. Rosenberg regarding debt/equity and SASCo mediation issues (.2); reviewed recently received coverage correspondence from Marsh (.1). | 1300 | 0.30 | 150.00 |
| 02/24/11 | M.S. Hersh | Reviewed recent emails (.1); organized files (.1). | 1300 | 0.20 | 116.00 |
| 02/24/11 | C.H. Rosenberg | Review communication from M. Armstrong on amended complaint (.10). | 1300 | 0.10 | 72.50 |
| 02/25/11 | C.H. Rosenberg | Reviewed ERISA class action related correspondence from M. Armstrong (Marsh). | 1300 | 0.10 | 72.50 |
| 02/27/11 | C.H. Rosenberg | Communicate with M. Solinger on Marsh mediation date (.10); communicate with M. Hersh on agenda and strategy (.10). | 1300 | 0.20 | 145.00 |
| **Total Fees** | | | | **146.30** | **$81,084.50** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Title | | Total |
|------------|-------|--|-------|
| A.J. Moss | Partner | 22.40 hrs @ $ 500.00 / hr | 11,200.00 |
| C.H. Rosenberg | Partner | 44.50 hrs @ $ 725.00 / hr | 32,262.50 |
| E.A. Arundel | Paralegal | 1.50 hrs @ $ 240.00 / hr | 360.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| | | | |
|---|---|---|---|
| J.A.C. Gross | Paralegal | 24 hrs @ $ 250.00 / hr | 6,000.00 |
| M.S. Hersh | Partner | 53.90 hrs @ $ 580.00 / hr | 31,262.00 |
| **Total Professional Services** | | | **$81,084.50** |

### INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 81,084.50 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **81,084.50** |

### SUMMARY OF TIME BILLED BY TASK:

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| 1300 | Insurance Issues | 141.60 | 78,719.50 |
| 4600 | Firm's Own Billing/Fee Applications | 4.70 | 2,365.00 |
| | **Matter Total** | **146.30** | **$81,084.50** |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| | |
|---|---|
| Lehman Brothers Holdings Inc. | Invoice Number: **2100595** |
| 1271 Avenue of the Americas, 38th Floor | Invoice Date: **3/10/2011** |
| New York, NY 10020 | Client Number: **330015** |
| | Matter Number: **00001** |

**RE: Chapter 11 Special Insurance Coverage Counsel**

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH February 28, 2011**

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 02/01/11 | M.S. Hersh | Reviewed recent correspondence (.3); prepared for opt-out mediation (.6); met with colleagues re preparation for "budgeting" meeting with carrier representatives (.5); drafted email to client, defense counsel re "budgeting" meeting (.3); worked on document organization issues (.2). | 1300 | 1.90 | 1,102.00 |
| 02/01/11 | C.H. Rosenberg | Met with M. Hersh and A. Moss to prepare for call with defense counsel and carriers (.5); reviewed proposed draft documents (.2); reviewed final version of preparatory agenda (.1); reviewed communications from carriers on meeting (.3); reviewed XL's 1/31/11 letter regarding MLP Opportunity (.1); reviewed correspondence regarding Cambium (.1); reviewed XL correspondence regarding Robinson (.1); reviewed communication from M. Armstrong on Stitchting (.1); reviewed mediation statement for opt-out mediation (.2); reviewed Wiley Rein's 2/1/11 letter (.1); reviewed correspondence on Tarrio, McCarthy, et al. (.1); | 1300 | 2.30 | 1,667.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | reviewed Zurich's letter on Parker (.1); reviewed multiple letters on 12 matters forwarded by M. Armstrong (.2); reviewed K. Melvin's (CNN/HCC) communication on meeting (.1). | | | |
| 02/01/11 | J.A.C. Gross | Conferred with A. Moss (.2); continued updating claims tracking chart (.3). | 1300 | 0.50 | 125.00 |
| 02/02/11 | M.S. Hersh | Participated on telephone conference with client, defense counsel and carriers re "budget" for covering claims (1.8); telephone conference with E. Albert re American Eagle mediation (2.). | 1300 | 2.00 | 1,160.00 |
| 02/02/11 | C.H. Rosenberg | Reviewed additional mediation statements (.30); conference call with defense counsel and carriers on mediation issues (1.70); reviewed correspondence from XL and Marsh (.20); reviewed follow-up communication from M. Hersh (.10). | 1300 | 2.30 | 1,667.50 |
| 02/02/11 | A.J. Moss | Communications with C. Rosenberg and M. Hersh (.1); teleconference with M. Solinger, defense counsel, C. Rosenberg, M. Hersh and carrier representatives (1.8); reviewed email from E. Albert regarding American Eagle ARS Claim mediation and communications with M. Hersh regarding same (.1); reviewed voicemail from T. Fishman (Fuld) (.1); telephone call with same (.2); reviewed documents from same (.2). | 1300 | 2.50 | 1,250.00 |
| 02/03/11 | M.S. Hersh | Traveled to San Francisco for opt-out mediation (50% travel | 1300 | 4.50 | 2,610.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | time billed) (2.6); prepared for opt-out mediation (1.9). | | | |
| 02/03/11 | C.H. Rosenberg | Reviewed 1/28/11 letter on Fuld from M. Armstrong (.1); communication with A. Moss on Fuld (.1); communication with M. Hersh on mediation (.1). | 1300 | 0.30 | 217.50 |
| 02/03/11 | A.J. Moss | Communications with T. Fishman (.1); reviewed recent coverage correspondence from Marsh (.2); communications with J.A. Conway Gross regarding claim materials for NY Tax proceedings against former LBI officers (.2). | 1300 | 0.50 | 250.00 |
| 02/03/11 | J.A.C. Gross | Updated comprehensive claims tracking chart by combining my updated information with Marsh chart (4.2); obtained letters requested by A. Moss (.2). | 1300 | 4.40 | 1,100.00 |
| 02/04/11 | M.S. Hersh | Attended opt-out mediation. | 1300 | 7.00 | 4,060.00 |
| 02/04/11 | C.H. Rosenberg | Reviewed carrier notice on Non-40 Act claim (Pulsar) forwarded by M. Armstrong (.2); reviewed the proposed updated communication from K. Melvin (HCC/CNA) (.1); reviewed further communication on mediations (.1); reviewed mediation statement (.2); reviewed pleading from D. Brew (Marsh) (.2); communication with M. Hersh on update on mediation and next steps (.2). | 1300 | 1.00 | 725.00 |
| 02/04/11 | A.J. Moss | Researched NY statutes and cases interpreting same with respect to NYS Tax Proceedings against former LBI officers (.8); reviewed recent coverage correspondence received from | 1300 | 1.00 | 500.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | Marsh (.1); communications with M. Yoshida (JAMS) regarding opt-out mediation (.1). | | | |
| 02/04/11 | J.A.C. Gross | Organized carrier correspondence and emails sent from Marsh for attorney review and retrieval (3.8); updated claims tracking chart (1.1). | 1300 | 4.90 | 1,225.00 |
| 02/05/11 | A.J. Moss | Worked on January 2011 fee invoice statements for consistency with court and fee committee rules. | 4600 | 1.00 | 500.00 |
| 02/05/11 | A.J. Moss | Reviewed correspondence from XL regarding NY State tax assessment proceedings against former officers (.3); reviewed and analyzed statutory and case law research regarding underlying Claim (.6); reviewed proposed response to XL (.2); analyzed coverage issues (.4). | 1300 | 1.50 | 750.00 |
| 02/06/11 | C.H. Rosenberg | Communication with M. Hersh on opt-out mediation developments. | 1300 | 0.10 | 72.50 |
| 02/07/11 | M.S. Hersh | Attended "opt-out" mediation (5.5); traveled back to Chicago after mediation (50% travel time billed) (3.1). | 1300 | 8.60 | 4,988.00 |
| 02/07/11 | C.H. Rosenberg | Communication with A. Arundel on monthly fee submission (.1); reviewed January invoice for submission (.3); communication with A. Moss on revisions (.1). | 4600 | 0.50 | 362.50 |
| 02/07/11 | C.H. Rosenberg | Reviewed communication on Pulsar matter from M. Armstrong (Marsh) (.1); reviewed D&O correspondence from XL (.1); reviewed communication on confidentiality agreement (.1); communication with A. Moss on | 1300 | 1.00 | 725.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | materials for Federal (.1); reviewed communication on Fuld and NYS proceeding (.1); communication with A. Moss (.1); reviewed Chubb's letter on Pulsar (.1); reviewed communication from HCC on Pulsar (.1); reviewed M. Hersh's update on mediation (.1). | | | |
| 02/07/11 | A.J. Moss | Reviewed voicemail from T. Fishman (Fuld) regarding NYS Tax assessment against former LBI officers (.1); reviewed draft correspondence to XL regarding same and notes (.2); telephone call with T. Fishman (.2); reviewed final correspondence to XL regarding NYS Tax assessment against former LBI officers (.1); reviewed recent coverage correspondence received from Marsh (.2); reviewed email from M. Hersh regarding Chubb (.1); telephone call to S. Davidson (Chubb) with M. Hersh (.1); communications with S. Davidson (.2); reviewed and finalized modified JAMS confidentiality agreement (.2); communications with S. Davidson regarding same (.1); communications with JAMS representatives (.1); reviewed mediation submissions with respect to debt/equity and MBS class actions (.6); further communications with Chubb representatives regarding same (.4). | 1300 | 2.60 | 1,300.00 |
| 02/07/11 | J.A.C. Gross | Reviewed and organized carrier correspondence (2.6); updated | 1300 | 4.50 | 1,125.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | claims tracking chart (.4); conferred with A. Moss regarding project and claim status (.1); reviewed and organized recently filed complaints filed against Lehman Bros. (1.4). | | | |
| 02/07/11 | E.A. Arundel | Reviewed compensation order and prepare memo regarding January fee statement. | 4600 | 0.10 | 24.00 |
| 02/08/11 | M.S. Hersh | Met with colleagues to discuss status of opt-out mediation (.5); telephone conference with counsel for Essex (.1). | 1300 | 0.60 | 348.00 |
| 02/08/11 | C.H. Rosenberg | Communication with C. Arthur on fee petitions. | 4600 | 0.10 | 72.50 |
| 02/08/11 | C.H. Rosenberg | Meeting with M. Hersh and A. Moss in follow-up to opt-out mediations and coverage issues (.5); reviewed carrier correspondence from M. Armstrong (Marsh) (.3). | 1300 | 0.80 | 580.00 |
| 02/08/11 | A.J. Moss | Meeting with C. Rosenberg and M. Hersh to discuss mediation strategy and coverage issues (.5); reviewed recently received coverage correspondence from Marsh (.1). | 1300 | 0.60 | 300.00 |
| 02/09/11 | M.S. Hersh | Reviewed recent correspondence including letter from XL (.6); worked on issues re ESSEX counsel inquiry (.5); exchanged emails with colleagues re mediation strategy (.2). | 1300 | 1.30 | 754.00 |
| 02/09/11 | C.H. Rosenberg | Reviewed recently filed Securities Suit (.3); reviewed M. Hersh's communication with Essex counsel (.1); communication with E. Albert on Essex issues (.1); reviewed M.Hersh's reply to | 1300 | 1.40 | 1,015.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | updated status report (.1); reviewed communication from D. Brew (Marsh) on complaint (.1); reviewed communication from M. Armstrong (Marsh) on Pulsar (.1); reviewed XL's letter to mediator on coverage issues (.2); communication with M. Hersh on XL's letter (.1); communication with M. Solinger on XL's letter (.1); reviewed M. Armstrong's communication on newest suit (.1); communication with M. Hersh on XL's letter (.2). | | | |
| 02/09/11 | A.J. Moss | Reviewed new debt/equity complaint (.5); communications with C. Rosenberg and M. Hersh regarding same (.2); reviewed correspondence from XL regarding relation-back issue (.3); reviewed email from M. Solinger and C. Rosenberg regarding same (.1). | 1300 | 1.10 | 550.00 |
| 02/09/11 | J.A.C. Gross | Reviewed and organized latest carrier correspondence. | 1300 | 0.40 | 100.00 |
| 02/10/11 | C.H. Rosenberg | Reviewed revised invoices (.2); reviewed draft fee submission (.2); communication with A. Arundel (.1). | 4600 | 0.50 | 362.50 |
| 02/10/11 | C.H. Rosenberg | Reviewed Chubb's 2/9/2011 letter (.10); reviewed XL's 2/10/11 letter (.1); reviewed Private Equity Advisers LLC matter in Arch's 2/10/11 letter (.1); reviewed Non-40 Act Chartis letter (.1); reviewed Zurich's letters on various D&O matters (.3). | 1300 | 0.70 | 507.50 |
| 02/10/11 | A.J. Moss | Reviewed recently received coverage correspondence from | 1300 | 0.20 | 100.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| | | Marsh. | | | |
| 02/10/11 | A.J. Moss | Reviewed draft monthly statement from E. Arundel (.1); communications with C. Rosenberg regarding same (.1). | 4600 | 0.20 | 100.00 |
| 02/10/11 | J.A.C. Gross | Organized documents and emails relating to new claim. | 1300 | 0.30 | 75.00 |
| 02/10/11 | E.A. Arundel | Prepared monthly fee statement for review of C. Rosenberg. | 4600 | 1.40 | 336.00 |
| 02/11/11 | M.S. Hersh | Reviewed recent correspondence (.1); worked on issue re ESSEX mediation (.1). | 1300 | 0.20 | 116.00 |
| 02/11/11 | C.H. Rosenberg | Reviewed Lloyd's letters on new complaint (.1); reviewed AXIS's letter on Fuld (.1); reviewed Allied World letter (.1); reviewed Parker letter (.1); reviewed G. Dixon's (XL) communication to mediator (.1); communication with M. Hersh on response (.1); communication with M. Solinger and defense counsel (.1). | 1300 | 0.70 | 507.50 |
| 02/11/11 | A.J. Moss | Reviewed email from XL representatives (.1); reviewed email from M. Solinger and C. Rosenberg regarding same (.2); reviewed voicemail and email from M. Deifik (Chartis) (.2); communications with M. Hersh regarding same (.2); communications with E. Albert regarding same (.1); communications with M. Deifik (.1). | 1300 | 0.90 | 450.00 |
| 02/14/11 | M.S. Hersh | Reviewed "to do" list (.1); teleconference with E. Albert re ESSEX mediation (.3); exchanged emails re ESSEX mediation (.2); reviewed emails | 1300 | 0.80 | 464.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | and client re: agreements (.2). | | | |
| 02/14/11 | C.H. Rosenberg | Reviewed Lavin correspondence (.1); reviewed communication with J. Melnick (JAMS) and counsel on mediation (.1); communication with M. Hersh (.1); reviewed HCC's letter on Utz (.1); communication with E. Albert (.1); reviewed communication with mediators (.2); communication with K. Melvin (CNA/HCC) and M. Solinger on mediation issues (.1); reviewed Chartis's letter on Robb (.1); reviewed Chartis's 2/14/11 Parker letter (.1); reviewed defense counsel's submission on offerings (.2). | 1300 | 1.20 | 870.00 |
| 02/14/11 | C.H. Rosenberg | Reviewed draft fee submission (.3); conference with A. Arundel on revisions (.1); finalized submission and exhibits (.3). | 4600 | 0.70 | 507.50 |
| 02/14/11 | A.J. Moss | Reviewed recently received coverage correspondence from Marsh (.2); reviewed email from E. Albert and M. Hersh regarding Essex mediation (.2); communications with M. Deifik (Chartis) regarding Essex mediation (.3). | 1300 | 0.70 | 350.00 |
| 02/14/11 | A.J. Moss | Final review and edits to monthly statement. | 4600 | 0.20 | 100.00 |
| 02/15/11 | C.H. Rosenberg | Reviewed communication from D. Brew (Marsh) on D&O matters (.2); reviewed Mazzolin letter (.10); reviewed K. Melvin's (CNA/HCC) communication on mediation (.1); reviewed Chartis's letter on McReynolds (.1); reviewed 10 non-40 Act letters | 1300 | 0.90 | 652.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | from carriers (.3); communication with M. Solinger on mediation (.1). | | | |
| 02/15/11 | A.J. Moss | Reviewed email from mediator regarding Essex mediation (.1); communications with M. Hersh regarding same (.1); reviewed recently received coverage correspondence from Marsh (.2). | 1300 | 0.40 | 200.00 |
| 02/16/11 | M.S. Hersh | Exchanged emails with colleagues re: mediation preparation. | 1300 | 0.30 | 174.00 |
| 02/16/11 | C.H. Rosenberg | Reviewed VCAP letters from XL (.1); communication with defense counsel on mediation preparation conference call and agenda items (.2); reviewed D&O letters on Non-40 Act claims (.1); communication with defense counsel on mediation (.1); reviewed draft SASCo mediation submission (.3); reviewed communication from M. Solinger (.1). | 1300 | 0.90 | 652.50 |
| 02/16/11 | A.J. Moss | Reviewed recently received coverage correspondence from Marsh (.2); communications with E. Albert and M. Hersh regarding Essex mediation (.2); communications with M. Deifik and C. Chiovetta (Chartis) regarding Essex mediation (.2). | 1300 | 0.60 | 300.00 |
| 02/16/11 | J.A.C. Gross | Organized latest correspondence from carriers. | 1300 | 1.80 | 450.00 |
| 02/17/11 | M.S. Hersh | Reviewed emails re mediation preparation. | 1300 | 0.20 | 116.00 |
| 02/17/11 | C.H. Rosenberg | Communication with D. Brew (Marsh) on mediation (.1); communication with M. Solinger | 1300 | 1.00 | 725.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | on mediation (.1); reviewed materials for mediation (.1); communication with M. Hersh on strategy (.2); reviewed E. Albert's communication on mediation (.1); reviewed M. Solinger's comments on submission (.1); reviewed defense counsel's reply (.1); reviewed communication with J. Melnick (JAMS) (.1); communication with defense counsel regarding preparation for mediation (.1). | | | |
| 02/17/11 | A.J. Moss | Communications with client representatives and defense counsel regarding preparation for mediation (.2); reviewed email from E. Albert (.1); communications with M. Hersh regarding same (.1); reviewed draft supplemental mediation submission for SASCo action (.4). | 1300 | 0.80 | 400.00 |
| 02/17/11 | J.A.C. Gross | Organized carrier correspondence (2.2) and updated claims tracking chart with quick notes from coverage letters (1.4). | 1300 | 3.60 | 900.00 |
| 02/18/11 | M.S. Hersh | Reviewed recent emails (.3); prepared for teleconferences with client and mediator (.7); analyzed issues raised by ESSEX plaintiffs (1.1); teleconferences with client and mediator to prepare for mediation (.7); prepared for mediation (.7); exchanged emails with colleagues re mediation strategy (.4); reviewed supplemental mediation brief re SASCo (.2). | 1300 | 4.10 | 2,378.00 |
| 02/18/11 | C.H. | Reviewed mediator's | 1300 | 2.50 | 1,812.50 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | Rosenberg | communication on mediation issues (.1); communication with M. Solinger on coverage issues (.1); reviewed defense counsel's communication on requested documents (.3); communication with A. Moss and M. Hersh on coverage research (.2); conference call with defense counsel to prepare for call with mediators (.3); conference call with mediators and defense counsel (.5); follow-up communication with M. Hersh on strategic issues (.2); reviewed communication from defense counsel on mediation issue (.10); communication with M. Hersh on coverage analysis (.2); reviewed supplemental SASCo mediation submission (.2); communication with defense counsel on mediation preparation (.2); communication with M. Solinger (.1). | | | |
| 02/18/11 | A.J. Moss | Reviewed email from mediator regarding Essex mediation (.2); communications with M. Hersh and C. Rosenberg regarding same (.2); teleconference with M. Solinger, E. Albert, defense counsel, C. Rosenberg and M. Hersh to discuss mediation logistics and coverage issues (.4); meeting with C. Rosenberg and M. Hersh (.1); teleconference with client representatives, defense counsel, mediators, C. Rosenberg and M. Hersh to discuss mediation (.5); meeting with M. Hersh to discuss coverage issues and research | 1300 | 1.60 | 800.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | (.2); reviewed and analyzed cases on various coverage issues (.5). | | | |
| 02/18/11 | J.A.C. Gross | Reviewed and organized emails of carrier correspondence from Marsh (1.2); reviewed and analyzed carrier coverage position correspondence files (1.8). | 1300 | 3.00 | 750.00 |
| 02/19/11 | A.J. Moss | Reviewed and analyzed research on various coverage issues in preparation for mediation. | 1300 | 0.50 | 250.00 |
| 02/20/11 | C.H. Rosenberg | Communication with defense counsel on mediation issues. | 1300 | 0.10 | 72.50 |
| 02/21/11 | M.S. Hersh | Prepared for mediation (2.8); traveled to NY for mediation (50% travel time billed) (1.5). | 1300 | 4.30 | 2,494.00 |
| 02/21/11 | C.H. Rosenberg | Reviewed communication with defense counsel and carriers on Rule 23(f) filings (.2); reviewed briefing forwarded by defense counsel (.2); traveled to New York for mediation (50% travel time billed) (1.5); prepared for mediation (2.5); reviewed analysis and research on mediation issue from A. Moss (.2); communication with A. Moss and M. Hersh on mediation analysis and issues (.3). | 1300 | 4.90 | 3,552.50 |
| 02/21/11 | A.J. Moss | Researched, reviewed and analyzed cases and materials on coverage issues (2.3); worked on substantive email to C. Rosenberg and M. Hersh regarding same (.4); communications with C. Rosenberg and M. Hersh (.5); further researched, reviewed and | 1300 | 4.90 | 2,450.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | analyzed various coverage issues (.7); further communications with M. Hersh (.2); reviewed supplemental mediation submission from defendants in SASCo litigation (.4); reviewed correspondence from E. McGarry and K. Melvin (CNA/HCC) (.3); communications with J.A. Conway Gross (.1). | | | |
| 02/21/11 | J.A.C. Gross | Organized carrier correspondence. | 1300 | 0.60 | 150.00 |
| 02/22/11 | M.S. Hersh | Prepared for mediation (.6); attended mediation (7.6). | 1300 | 8.20 | 4,756.00 |
| 02/22/11 | C.H. Rosenberg | Preparatory meetings with M. Solinger and defense counsel for mediation (.5); attended all day mediation with carriers, defense counsel and mediators (8.0); reviewed communications from Marsh on carrier correspondence and pleadings (.3); strategy meeting with M. Hersh (.3); updated A. Moss and reviewed research (.1). | 1300 | 9.20 | 6,670.00 |
| 02/22/11 | A.J. Moss | Reviewed email from C. Rosenberg regarding status of mediation (.1); reviewed recently received coverage correspondence from various carriers (.2). | 1300 | 0.30 | 150.00 |
| 02/23/11 | M.S. Hersh | Attended mediation (6.8); traveled back to Chicago (50% travel time billed) (2.9). | 1300 | 9.70 | 5,626.00 |
| 02/23/11 | C.H. Rosenberg | Reviewed draft communication from K. Melvin (.1); review document for mediation (.1); communication with M. Hersh and defense counsel on | 1300 | 11.00 | 7,975.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Task | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | proposed materials (.3); attended and participated in second day of mediation and follow-up (7.5); return travel to Chicago and work en route to review correspondence from carriers and M. Armstrong (Marsh) (3.00-50% travel time). | | | |
| 02/23/11 | A.J. Moss | Communications with C. Rosenberg regarding debt/equity and SASCo mediation issues (.2); reviewed recently received coverage correspondence from Marsh (.1). | 1300 | 0.30 | 150.00 |
| 02/24/11 | M.S. Hersh | Reviewed recent emails (.1); organized files (.1). | 1300 | 0.20 | 116.00 |
| 02/24/11 | C.H. Rosenberg | Review communication from M. Armstrong on amended complaint (.10). | 1300 | 0.10 | 72.50 |
| 02/25/11 | C.H. Rosenberg | Reviewed ERISA class action related correspondence from M. Armstrong (Marsh). | 1300 | 0.10 | 72.50 |
| 02/27/11 | C.H. Rosenberg | Communicate with M. Solinger on Marsh mediation date (.10); communicate with M. Hersh on agenda and strategy (.10). | 1300 | 0.20 | 145.00 |
| **Total Fees** | | | | **146.30** | **$81,084.50** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Title | | Total |
|-----------|-------|---|-------|
| A.J. Moss | Partner | 22.40 hrs @ $ 500.00 / hr | 11,200.00 |
| C.H. Rosenberg | Partner | 44.50 hrs @ $ 725.00 / hr | 32,262.50 |
| E.A. Arundel | Paralegal | 1.50 hrs @ $ 240.00 / hr | 360.00 |

# ReedSmith

10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| J.A.C. Gross | Paralegal | 24 hrs @ $ 250.00 / hr | 6,000.00 |
| M.S. Hersh | Partner | 53.90 hrs @ $ 580.00 / hr | 31,262.00 |
| **Total Professional Services** | | | **$81,084.50** |

## INVOICE SUMMARY

| Total Fees | $ | 81,084.50 |
| --- | --- | --- |
| **TOTAL CURRENT INVOICE DUE** | **$** | **81,084.50** |

## SUMMARY OF TIME BILLED BY TASK:

| Task Code | Description | Hours | Amount |
| --- | --- | --- | --- |
| 1300 | Insurance Issues | 141.60 | 78,719.50 |
| 4600 | Firm's Own Billing/Fee Applications | 4.70 | 2,365.00 |
| | **Matter Total** | **146.30** | **$81,084.50** |

# EXHIBIT D

Carolyn H. Rosenberg
REED SMITH LLP
10 S. Wacker Drive
Suite 4000
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400

*Special Counsel for Lehman Brothers Holdings, Inc.
and its affiliated Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                          :
In re                                     :  Chapter 11
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :  Case No. 08-13555 (JMP)
                                          :
            Debtors                       :  (Jointly Administered)
                                          :
-------------------------------------------------------------x

<u>**CERTIFICATION OF CAROLYN H. ROSENBERG**</u>

I, Carolyn H. Rosenberg, Esquire, certify as follows:

1.      I am a Partner with the applicant firm, Reed Smith LLP ("<u>Reed Smith</u>"), and have

been admitted to the Bar of the Supreme Court of Illinois since 1982.  Reed Smith has been

retained as Special Counsel to the Debtors and Debtors in Possession and has rendered

professional services in these Chapter 11 cases.

2.      In respect of compliance with the Guidelines for Fees and Disbursements for

Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on June

20, 1991 (the "<u>Fee and Disbursement Guidelines</u>") and the Amended Guidelines for Fees and

Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by

US_ACTIVE-105719840.1

the Court on April 19, 1995 (together with the Fee and Disbursement Guidelines, the "Local

Guidelines"), the United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on

January 30, 1996 (the "U.S. Trustee Guidelines") and the Second Amended Order Pursuant to

Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing

Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals

[Docket No. 3102] (the "Administrative Order," and together with the Local Guidelines and the

U.S. Trustee Guidelines, the "Guidelines") this certification is made in respect of Reed Smith's

application, dated June 2, 2011 (the "Application"), for interim compensation and reimbursement

of expenses for the period commencing December 1, 2010 through and including February 28,

2011 (the "Second Compensation Period") in accordance with the Guidelines.

       3.      In respect of section 2 of the Fee and Disbursement Guidelines, I certify that Reed

Smith reviewed the Application and has approved it.

       4.      In respect of section B.1 of the Local Guidelines, I certify that:

       a.      I have read the Application;

       b.      to the best of my knowledge, information, and belief formed after

reasonable inquiry, the fees and disbursements sought fall within the Local Guidelines;

       c.      the fees and disbursements sought are billed at rates in accordance with

those customarily charged by Reed Smith and generally accepted by Reed Smith's clients; and

       d.      in providing a reimbursable service, Reed Smith does not make a profit on

that service, whether the service is performed by Reed Smith in-house or through a third party.

- 2 -

5.      In respect of section B.2 of the Local Guidelines and as required by the Administrative Order, I certify that the trustee, the chair of each official committee and the debtor have all been provided not later than 20 days after the end of each month with a statement of fees and disbursements accrued during such month, and that the statement contains a list of professionals and paraprofessionals providing services, their respective billing rates, the aggregate hours spent by each professional and paraprofessional, a general description of services rendered, a reasonably detailed breakdown of the disbursements incurred and an explanation of billing practices.

6.      In respect of section B.3 of the Local Guidelines and as required by the Administrative Order, I certify that the Office of the United States Trustee, the Debtors, the attorneys for the Official Committee of Unsecured Creditors, are each being provided with a copy of the Application at least ten (10) days before the date set by the court or any applicable rules for filing fee applications.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: June 2, 2011

By: /s/ Carolyn H. Rosenberg
      Carolyn H. Rosenberg

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------------x

**ORDER GRANTING SECOND INTERIM APPLICATION OF REED SMITH LLP**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM DECEMBER 1, 2010 THROUGH FEBRUARY 28, 2011**

Upon consideration of the Second Interim Application of Reed Smith LLP for Allowance of

Compensation and Reimbursement of Expenses for the Period from December 1, 2010 through

February 28, 2011 (the "Application") for professional services rendered and expenses incurred

during the period commencing December 1, 2010 through and including February 28, 2011; and a

hearing having been held before the Court to consider the Application; and notice having been given

pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and due consideration

having been given to any responses thereto; and sufficient cause having been shown therefore, it is

hereby

ORDERED that the Application is granted to the extent set forth in Schedule "A."

This _____ day of _____, 2011.

_____
THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

# SCHEDULE A

**Lehman Brothers Holdings, Inc., et al.**
**Case No. 08-13555 (JMP)**

| APPLICANT | APPLICATION FILING DATE AND DOCKET NUMBER | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Reed Smith LLP | Second Interim Application<br><br>Docket No. TBD | $237,869.50 | $237,869.50 | $237,869.50 | $237,869.50 |