# EXHIBIT F

SCHEDULE A(1)                    DATE:  _____                    INITIALS:  _____USBJ

Case No.:08-13555 (JMP)

Case Name: In re: Lehman Brothers
Holdings, et al.

**CURRENT FEE PERIOD:**
**OCTOBER 1, 2010 to JANUARY 31, 2011**

| APPLICANT | DATE/DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP | May 31, 2011,  Docket No. [--] | $4,835,788.00 | | $155,800.04 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SCHEDULE A(1)                    DATE:  _____                    INITIALS:  _____USBJ