# <u>EXHIBIT C</u>

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
Paul R. DeFilippo
James N. Lawlor

Special Litigation Counsel
for the Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ———————————————————— x | |
| In re: : | Chapter 11 |
| : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* : | Case No. 08-13555 (JMP) |
| : | |
| Debtors. : | |
| ———————————————————— x | |

## SECOND MONTHLY FEE APPLICATION OF WOLLMUTH MAHER & DEUTSCH LLP FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION

| | |
|---|---|
| Name of Applicant: | Wollmuth Maher & Deutsch LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Order Entered October 20, 2010 [Docket No. 11872] *Nunc Pro Tunc* to September 9, 2010 |
| Compensation Period: | November 1, 2010 to November 30, 2010 |
| Amount of Compensation Sought: | $129,672.00 |
| Amount of Expense Reimbursement Sought: | $938.25 |
| 80% of Compensation Sought as Actual, Reasonable and Necessary: | $103,737.60 |

This is a:                          X̲ Monthly      ___ Interim      ___Final Application

This is Wollmuth Maher & Deutsch LLP's first monthly fee application in this case.

**Timekeeper Summary**

| Timekeeper | Position | Year of Admission | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Paul R. DeFilippo | Senior Partner | Area of Expertise: Litigation, Bankruptcy. Member of the New York Bar (1999). New Jersey Bar (1978). Joined the firm in 2002. | $615.00 | 7.10 | 4,366.50 |
| William A. Maher | Senior Partner | Area of Expertise: Litigation. Member of the New York Bar (1986), New Jersey Bar (1998). Joined the firm in 1998. | 595.00 | 16.50 | 9,817.50 |
| Sandip Bhattacharji | Partner | Area of Expertise: Litigation. Member of the New York Bar (1991). Joined the firm in 2006. | 550.00 | 12.80 | 7,040.00 |
| William F. Dahill | Partner | Area of Expertise: Litigation. Member of the New York Bar (1992). Joined the firm in 1998. | 550.00 | 11.10 | 6,105.00 |
| James N. Lawlor | Partner | Area of Expertise: Litigation, Bankruptcy. Member of the New York Bar (1993), New Jersey Bar (1992). Joined the firm in 2002. | 550.00 | 27.50 | 15,125.00 |
| Randall Rainer | Partner | Area of Expertise: Litigation. Member of the New York Bar (1995). Joined the firm in 2000. | 550.00 | 37.50 | 20,625.00 |
| Michael C. Ledley | Counsel | Area of Expertise: Litigation. Member of the New York Bar (2991). Joined the firm in 2010. | 495.00 | 61.70 | 30,541.50 |
| Adam M. Bialek | Associate | Area of Expertise: Litigation. Member of the New York Bar (2002), New Jersey Bar (2002). | 395.00 | 31.70 | 12,482.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Joined the firm in 2005. | | | |
| Alexis Castillo | Associate | Area of Expertise: Litigation. Member of the New York Bar (2010). Joined the firm in 2009. | 250.00 | 55.40 | 13,850.00 |
| John D. Giampolo | Associate | Area of Expertise: Litigation, Bankruptcy. Member of the New York Bar (2005), New Jersey Bar (2005). Joined the firm in 2010. | 350.00 | 10.90 | 3,815.00 |
| Christopher G. Passavia | Associate | Area of Expertise: Litigation. Member of the New York Bar (2010). Joined the firm in 2010. | 250.00 | 16.10 | 4,025.00 |
| Paul Weber | Associate | Area of Expertise: Corporate. Member of the New Jersey Bar (2007), New York Bar (2008) Joined the firm in 2008 | 275.00 | 0.30 | 82.50 |
| Matthew Bost | Paralegal | | 110.00 | 6.70 | 737.00 |
| Kyle J. Dumas | Paralegal | | 110.00 | 0.80 | 88.00 |
| Katia Sperduto | Paralegal | | 110.00 | 8.10 | 972.00 |
| | | | **Total** | | **$129,672.00** |

## SUMMARY OF SERVICES

| SERVICE | HOURS | VALUE |
|---|---|---|
| Claims Administration and Objections | 0.80 | 453.50 |
| Fee/Employment Application | 5.00 | 2.730.00 |
| Avoidance Action Litigation | 298.30 | 126,488.50 |
| Travel | 0.00 | 0.00 |
| **Subtotal:** | 304.10 | 129,672.00 |
| | | |
| **Less ½ Travel Time** | **0.00** | **(0.00)** |
| | | |
| **TOTAL SERVICES:** | **304.10** | **$129,672.00** |

## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | VALUE |
|---|---|
| 1.  Duplicating (@ $0.10 per page) | 148.50 |
| 2.  Postage Expense | 0.00 |
| 3.  Facsimile (@ $1.00 per page) | 0.00 |
| 4.  Legal Research (Lexis Nexis) | 88.61 |
| 5.  Transportation – Car Service | 200.00 |
| 6.  Working Dinner | 34.65 |
| 7.  Travel | 0.00 |
| 8.  Telephone Service | 0.00 |
| 9.  Federal Express | 125.49 |
| 10. Binding | 1.00 |
| 11. Witness Fee | 50.00 |
| 12. Process Server Fee | 150.00 |
| 13. Investigative Service – Clark | 140.00 |
| **TOTAL DISBURSEMENTS:** | **938.25** |

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
Paul R. DeFilippo
James N. Lawlor

Special Counsel for the Debtors and
Debtors In Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |
|---|---|
| | x |
| In re: | : |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : |
| | : |
| Debtors. | : |
| | x |

Chapter 11

Case No. 08-13555 (JMP)

---

## SECOND MONTHLY FEE APPLICATION OF WOLLMUTH MAHER & DEUTSCH LLP FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION

By this application (the "Application"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Wollmuth Maher & Deutsch LLP ("Wollmuth" or the "Firm") hereby seeks reasonable compensation in the above-captioned cases (the "Debtors"), for professional legal services rendered as counsel to the Debtors in the amount of $129,672.00, together with reimbursement for actual and necessary expenses incurred in the amount of $938.25 for the period commencing November 1, 2010 through and including November 30, 2010 (the "Compensation Period"). Pursuant to Third Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals dated June

25, 2009 [Docket No. 4165] establishing procedures for interim compensation and reimbursement of professionals (the "Compensation Order"), Wollmuth seeks reimbursement of 80% of its total reasonable and necessary fees incurred, in the amount of $103,737.60, together with 100% reimbursement for actual and necessary expenses incurred in the amount of $938.25, for the Compensation Period. In support of this Application, Wollmuth represents as follows:

## BACKGROUND

1.    Commencing on September 15, 2008 and periodically thereafter (as applicable, the "Commencement Date"), LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.    On September 17, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

3.    On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI"). A trustee appointed under SIPA is administering LBI's estate.

4.    On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583] the Court approved the U.S. Trustee's appointment of the Examiner. The

2

Examiner issued a report of his investigation pursuant to section 1106 of the Bankruptcy Code on March 11, 2010 [Docket No. 7531].

5.    On April 14, 2010, the Debtors filed a revised joint chapter 11 plan and disclosure statement [Docket Nos. 8330 and 8332].

6.    On October 1, 2010, the Debtors filed an application [Docket No. 11761] to retain Wollmuth to serve as conflicts and special litigation counsel, in connection with the prosecution of certain avoidance actions brought pursuant to sections 547 and 548 of the Bankruptcy Code and other related claims, and such other litigation related matters as may be assigned by the Debtors (together, the "Representative Matters").

7.    On October 28, 2010, this Court entered an Order that approved Wollmuth's retention as counsel to the Debtors [Docket No. 11872] (the "Retention Order") *nunc pro tunc* to September 9, 2010.

## JURISDICTION AND VENUE

8.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code.

## RELIEF REQUESTED

9.    Wollmuth submits this Application in accordance with the Compensation Order. All services for which Wollmuth requests compensation were performed for, or on behalf of, the Debtors. In connection with the professional services rendered, by this Application, Wollmuth seeks compensation in the amount of $103,737.60 (80% of the actual compensation of $129,672.00) and expense reimbursement of $938.25. Attached hereto as Exhibit A is a detailed

3

explication of hours spent rendering legal services to the Debtors supporting Wollmuth's request of $103,737.60 in compensation for fees incurred during the Compensation Period. Attached hereto as Exhibit B is a detailed list of disbursements made by Wollmuth supporting its request of $938.25 in expense reimbursement for the Compensation Period.

10.   Given the nature and value of the services that Wollmuth provided to the Debtors as described herein, the amounts sought under this Application are fair and reasonable under section 330 of the Bankruptcy Code given the complexity of this case; the time expended by attorneys and professionals; the nature and extent of the services rendered; the value of such services; and the costs of comparable services other than in a case under the Bankruptcy Code.

11.   Wollmuth has received no payment and no promises for payment from any source for services rendered in connection with this case other than those in accordance with the Bankruptcy Rules. There is no agreement or understanding between Wollmuth and any other person (other than members of Wollmuth) for the sharing of compensation to be received for the services rendered in this case.

## SUMMARY OF SERVICES RENDERED

12.   In rendering services to the Debtors during its chapter 11 case, the Firm's legal team has been composed primarily of professionals with extensive experience in bankruptcy and in the applicable legal practice areas for the matters for which the Firm was retained. These professionals have coordinated assignments, both internally and with the Debtors' general counsel, Weil, Gotshal & Manges, LLP, and conflicts counsel, Curtis Mallet-Prevost, Colt & Mosle, LLP, to maximize efficiency and avoid any duplication of effort.

13.   All services were rendered by Wollmuth at the request of the Debtors and were necessary, reasonable and appropriate under the circumstances and beneficial to the estate at the

4

time the services were rendered. The compensation sought by Wollmuth in this Application is comparable to or less than customary compensation sought by comparably skilled professionals in cases under the Bankruptcy Code. In addition, the compensation sought is based on Wollmuth's standard and usual rates for similar services in representations other than under the Bankruptcy Code.

14.    The services provided by Wollmuth during the Compensation Period were rendered to ensure no unnecessary duplication and are grouped into the billing categories set forth in Exhibit A. The attorneys and professionals who rendered services relating to each category are identified in the above attachment and summaries of the hours and fees of each for the Compensation Period and the total compensation by billing category are included in Exhibit A. Because detailed invoices of the services rendered by Wollmuth are attached as Exhibit A, the following descriptions will describe only in summary form the services performed by Wollmuth.

**A.    <u>SPV Payment Priority Litigation - 001</u>**

15.    The largest portion of the Firm's services during the Compensation Period were provided in connection with the prosecution of an adversary proceeding (i) to prevent certain unenforceable *ipso facto* clauses from improperly modifying the right of Lehman Brothers Special Financing Inc. ("LBSF") to priority of payment of more than $3 billion dollars under certain transaction documents related to credit default swap agreements based solely upon the filing of LBSF and its ultimate parent, LBHI, for bankruptcy; and (ii) to recover funds that were improperly paid to noteholders.[1] On September 9, 2010, the Firm was formally asked to serve as

---

[1] The Firm filed an adversary encaptioned <u>Lehman Bros. Spec. Fin., Inc. v. Bank of America, N.A.</u>, Adv. Proc. No. 10-03547 (JMP).

5

counsel as a result of conflicts of interest identified by Weil, Gotshal and Curis Mallet-Prevost firms.

16.     During the Compensation Period, the Firm prepared expedited discovery requests to named defendants in an effort to quickly identify the beneficial noteholders that may need to be added as additional defendants in the litigation. The Firm also focused significant time and effort in serving process on the multiple named defendants, both within and without the United States. Members of the Firm also researched and addressed critical legal and factual issues that arose in the litigation during the Compensation Period.

17.     The Firm kept in constant contact with the Debtors' management team and other counsel to coordinate efforts and to maintain a common legal position with various related litigations.

**B.      Derivative Close Out Claims - 002**

18.     Shortly after the Firm began preparing the adversary complaint discussed above, as a result of yet another conflict, the Firm was asked to render services related to disputed unsecured claims of approximately $2.5 billion filed by three (3) Goldman Sachs entities. The unsecured claims arose from the termination and close out of approximately 57,000 derivative transactions under certain ISDA Master Agreements. The Firm continues to support the Debtors' efforts to resolve the claims in a structured, but informal process.

**C.      Koch Avoidance Litigation - 003**

19.     The Firm was asked to assist in the potential filing of an avoidance action involving certain Koch entities. While the Debtors had previously reached an agreement with the Koch entities to toll the statute of limitations, the Firm was advised that the agreement may

be terminated shortly by the Koch entities. Accordingly, the Firm began on an expedited basis to prepare should litigation have to be filed to preserve the estates' rights.

20.    In addition, the Firm assisted the Debtors in preparing for the potential that the Koch matters be addressed in the Debtors' existing alternative dispute resolution ("ADR") procedures or by a modified form of same. Accordingly, members of the Firm worked closely with the Debtor's management and other counsel to coordinate both a potential amendment of the tolling agreement with the Koch entities and the potential noticing and prosecution of an ADR proceeding. The Firm also worked to address potential discovery and damages issues raised by the Koch entities.

## C.    **CEAGO Avoidance Litigation - 004**

21.    Another significant portion of the Firm's services during the Compensation Period were provided in connection the filing of an adversary proceeding to prevent certain unenforceable *ipso facto* clauses from improperly modifying the right of LBSF to priority of payment of more than approximately $150 million in collateral in connection with a collateralized debt obligation transaction called Ceago ABS CDO 2007-1 ("Ceago Transaction" or the "Ceago Note").[2] The Debtors previously had entered into a tolling agreement with the potential defendants as to the Ceago Transaction. However, the tolling agreement had been terminated by the non-Debtor parties and was to expire on or about November 30, 2010. The Firm was formally asked to serve as counsel as a result of conflicts of interest identified by Weil, Gotshal and Curis Mallet-Prevost firms.

22.    The Debtors advised the Firm that it was critical that the complaint in the above matter be filed no later than November 29, 2010, after which the two-year statute of limitations

---

[2] The Firm filed an adversary encaptioned Lehman Bros. Spec. Fin., Inc. v. Bank of America, N.A., Adv. Proc. No. 10-04331 (JMP).

under 11 U.S.C. § 546 may expire for any Chapter 5 avoidance actions needing to be brought in the Chapter 11 proceedings (which limitations period had been extended by the tolling agreement referenced above). Accordingly, the Firm committed a substantial portion of its resources into evaluating the potential claims held by the Debtors, ascertaining the factual underpinnings of the claims, determining who the various defendants were likely to be and the like—all on an expedited basis. The Firm also worked closely with the Debtors' management team and counsel to insure that the estates' legal positions remained consistent at all times with concurrent litigation that was already filed or about to be filed in these cases.

23.     In addition to the filing of the Ceago Transaction complaint, the Firm was also asked to simultaneously prepare and file a motion to extend the current stay of discovery that already applied to similar litigations to the Ceago litigation.

## COMPENSATION REQUESTED

24.     For the Compensation Period, Wollmuth seeks compensation in the amount of $103,737.60 (80% of the total fees of $129,672.00 incurred during the Compensation Period) in connection with the professional services summarized above and detailed in Exhibit A, and total costs and expenses in the amount of $938.25 as detailed in Exhibit B.

25.     It is Wollmuth's policy to charge its clients in all areas of practice the amounts incurred by Wollmuth for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. Examples of such expenses are postage, overnight mail, courier delivery, computer assisted legal research, photocopying, outgoing facsimile transmissions, transportation and long-distance telephone.

26.    Wollmuth represents as follows with regard to its charges for actual and necessary costs and expenses during the Compensation Period:

   (a)    Long-distance telephone charges are billed at actual costs;

   (b)    Photocopy charges are $.10 per page;

   (c)    Incoming facsimiles are not billed. Outgoing facsimiles are billed at the rate of $1.00 per page; and,

   (d)    Outside information services, including computer assisted legal research and PACER, are billed at actual costs.

   (e)    car services are capped at $100.00 per hour and only permitted for travel after 8:00 p.m.

   (f)    meals charges are billed at actual cost but are capped at $20 per person and are only charged for meals after normal business hours or on weekends

27.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amounts requested for compensation and expense reimbursement are fair and reasonable given: (a) the complexity of these cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the cost of comparable services other than in a case under the Bankruptcy Code.

28.    The undersigned has reviewed the requirements of Local Rule 2016-2, and certifies that this Application and the Exhibits attached hereto comply therewith and a copy of this Application has been sent to the parties set forth in the Compensation Order.

*[Remainder of page intentionally left blank]*

9

WHEREFORE, the Firm asks the Court to approve for the current Compensation Period the sum of $129,672.00 representing the total compensation for professional services rendered, 80% or $103,737.60, of which is to be currently paid, and the sum of $938.25 for reimbursement of actual and necessary costs and expenses incurred by it in these cases from November 1, 2010 through November 30, 2010.

Respectfully submitted,

By: /s/ James N. Lawlor
    William A. Maher
    Paul R DeFilippo
    James N. Lawlor
    WOLLMUTH MAHER & DEUTSCH LLP
    500 Fifth Avenue
    New York, New York 10110
    Telephone: (212) 382-3300
    Facsimile: (212) 382-0050

    Special Counsel for the
    Debtors and Debtors-in-Possession

Dated:    New York, New York
        December 30, 2010

# EXHIBIT A

# Wollmuth Maher & Deutsch

| | |
|---|---|
| 500 Fifth Avenue, Suite 1200 | One Gateway Center, 9th Fl. |
| New York, New York 10110 | Newark, New Jersey 07102 |
| T: 212-382-3300 | T: 973-733-9200 |
| F: 212-382-0050 | F: 973-733-9292 |

Lehman Brothers Holdings Inc.

December 30, 2010

File #:     4715-003

Inv #:     Sample

**Attention:**

**RE:**     Koch Avoidance Litigation

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| C05 | Claims Administration and Objections | 0.80 | 453.50 |
| C07 | Fee/Employment Applications | 5.00 | 2,730.00 |
| C11 | Avoidance Action Litigation | 298.30 | 126,488.50 |
| | **Total** | **304.10** | **$129,672.00** |
| | **Grand Total** | **304.10** | **$129,672.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | This Invoice Hours | Amount |
|---|---|---|---|---|
| William A. Maher | Senior Partner | 595.00 | 16.50 | 9,817.50 |
| Paul R. DeFilippo | Senior Partner | 615.00 | 7.10 | 4,366.50 |
| Sandip Bhattacharji | Partner | 550.00 | 12.80 | 7,040.00 |
| Randall R.Rainer | Partner | 550.00 | 37.50 | 20,625.00 |
| James N. Lawlor | Partner | 550.00 | 27.50 | 15,125.00 |
| William F. Dahill | Partner | 550.00 | 11.10 | 6,105.00 |
| Michael C. Ledley | Junior Partner | 495.00 | 61.70 | 30,541.50 |
| Adam M. Bialek | Associate | 395.00 | 31.60 | 12,482.00 |
| Paul Weber | Associate | 275.00 | 0.30 | 82.50 |
| Christopher G. Passavia | Associate | 250.00 | 16.10 | 4,025.00 |
| John D. Giampolo | Associate | 350.00 | 10.90 | 3,815.00 |
| Alexis Castillo | Associate | 250.00 | 55.40 | 13,850.00 |

| Invoice #: | Sample | | | Page  2 | | December |
|---|---|---|---|---|---|---|
| Matthew Bost | Paralegal | 110.00 | 6.70 | 737.00 | | |
| Kyle J. Dumas | Paralegal | 110.00 | 0.80 | 88.00 | | |
| Katia Sperduto | Paralegal | 120.00 | 8.10 | 972.00 | | |
| **Total** | | | 304.10 | $129,672.00 | | |

## DISBURSEMENT SUMMARY

| Dnr | Working Dinner | 34.65 |
|---|---|---|
| Elit | Elite (Car Service) Inv. # | 200.00 |
| FDX | Federal Express Inv # | 125.49 |
| lex | Lexis Nexis Inv. # | 88.61 |
| ph | Photocopies | 99.60 |
| phx | Photocopy Expense | 48.90 |
| velo | Velobinding | 1.00 |
| | Total Disbursements | $938.25 |

| Invoice #: | Sample | Page    3 | | | December |

| Date | Description | Hours | Amount | Lawyer |
|------|-------------|-------|--------|--------|
| MATTER: | 4715-003 | | | |
| RE: | Koch Avoidance Litigation | | | |
| Nov-01-10 | Avoidance Action Litigation: O/cs and emails re: response to clients and next steps on Koch | 0.40 | 238.00 | WAM |
| | Avoidance Action Litigation: : Review and comment on emails from RRR to Wolk re: status and next steps on Koch, and review emails from Wolk re: same | 0.40 | 238.00 | WAM |
| | Avoidance Action Litigation: Conf call w/Wolk and RRR re: Koch status, potential options and next steps, and strategic issues re: same | 0.50 | 297.50 | WAM |
| | Avoidance Action Litigation; Review & analyze docs, pleadings, transcripts; Review general and derivatives ADR orders; review recent stay order w/r/t same | 2.40 | 1,320.00 | RRR |
| | Avoidance Action Litigation; Internal office mtgs w/applicants' staff; O/cs w/WAM, MCL, JNL re: conclusions re: discovery, if any, under various ADR Orders and related issues; follow up emails re: same | 0.80 | 440.00 | RRR |
| | Avoidance Action Litigation; Correspondence/memoranda drafted; Draft/revise/send detailed email to clients w/follow up/answers re: questions raised on 10/29 call; follow up emails w/clients re: same | 2.90 | 1,595.00 | RRR |
| | Avoidance Action Litigation; T/c w/I. Wolk, WAM re: mediation/discovery options set forth in emails, next steps | 0.50 | 275.00 | RRR |
| | Avoidance Action Litigation; Review and respond to emails from RRR re: impact of filing adversary case on discovery and ADR limitations | 0.50 | 275.00 | JNL |
| | Avoidance Action Litigation; Review emails to client and client response form I. Volk re: course of action with Koch claim | 0.30 | 165.00 | JNL |
| | Avoidance Action Litigation; T/cs RRR re: tolling issues and derivative ADR procedures | 0.30 | 165.00 | JNL |
| | Avoidance Action Litigation; Review and comment on draft email to the I. Wolk re: Koch claim | 0.30 | 148.50 | MCL |
| | Avoidance Action Litigation; Review ADR order, derivatives ADR, and "general order" M-390 | 1.70 | 841.50 | MCL |
| Nov-02-10 | Avoidance Action Litigation: Review recent emails re: ADR procedures and related issues re: Koch | 0.20 | 119.00 | WAM |

| Invoice #: | Sample | Page    4 | | | December |
|---|---|---|---|---|---|
| Nov-04-10 | Avoidance Action Litigation; Follow up on status of continue tolling/mediation issues | 0.20 | 110.00 | JNL | |
| Nov-08-10 | Avoidance Action Litigation: T/c w/Wolk re: status and recent communications w/Koch re: mediation and amendment of tolling agmt | 0.30 | 178.50 | WAM | |
| | Avoidance Action Litigation: Emails to/from Wolk re: recent communications w/Koch re: mediation and amendment of tolling agmt, and Koch discovery requests and arranging conf call re: same | 0.30 | 178.50 | WAM | |
| | Avoidance Action Litigation: Emails to/from WMD personnel re: recent communications w/Koch re: mediation and amendment of tolling agmt and Koch discovery requests, and next steps | 0.30 | 178.50 | WAM | |
| | Avoidance Action Litigation: T/c w/Wolk re: further issues and next steps relating to Koch re: mediation and amendment of tolling agmt and discovery requests | 0.20 | 119.00 | WAM | |
| | Avoidance Action Litigation: O/cs w/RCL re: follow-up and assignments re: amendment of tolling agmt re: mediation and strategic issues re: same | 0.30 | 178.50 | WAM | |
| | Avoidance Action Litigation; O/c w/WAM re: Koch claim; email exchange w/RAR re: same | 0.40 | 198.00 | MCL | |
| Nov-09-10 | Avoidance Action Litigation: Review background docs and materials to prepare for call today with Wolk re: Koch | 0.50 | 297.50 | WAM | |
| | Avoidance Action Litigation: O/c w/RRR and MCL re: status and issues for call w/Wolk re: Koch | 0.30 | 178.50 | WAM | |
| | Avoidance Action Litigation: Conf call w/Wolk, RRR and MCL re: issues in Koch, required revisions to tolling agmt, discovery issues and next steps | 0.50 | 297.50 | WAM | |
| | Avoidance Action Litigation: O/c w/RRR and MCL following call w/Wolk re: assignments and next steps re: Koch | 0.20 | 119.00 | WAM | |
| | Avoidance Action Litigation: Review email from Wolk forwarding docs re: Koch issues and review same | 0.30 | 178.50 | WAM | |
| | Avoidance Action Litigation: Review and comment on draft amendment to Tolling Agmt re: Koch and t/c w/RRR re: same and required revisions thereto | 0.30 | 178.50 | WAM | |
| | Avoidance Action Litigation: Review email from RRR to Wolk re: revised draft of amendment to Tolling Agmt re: Koch | 0.10 | 59.50 | WAM | |
| | Avoidance Action Litigation: Attn to client's redline of Tolling Agmt and WAM emails re: his t/c w/client; refresh re: draft ADR | 1.50 | 825.00 | RRR | |

Invoice #:          Sample                        Page    5                                          December

| | | | | |
|---|---|---|---|---|
| | demands. prior email correspondence b/w parties. governing ADR orders | | | |
| | Avoidance Action Litigation; O/c w/MCL re: next steps for addressing tolling and Koch demand for discovery | 0.50 | 275.00 | RRR |
| | Avoidance Action Litigation; O/cs w/WAM, MCL re: next steps for addressing tolling and Koch demand for discovery | 1.40 | 770.00 | RRR |
| | Avoidance Action Litigation; Conf call w/I. Wolk, WAM, MCL re: next steps for addressing amendment of tolling agmt and Koch demands for discovery | 0.40 | 220.00 | RRR |
| | Avoidance Action Litigation; Review/comment on MCL's draft amendment to Tolling Agmt; circulate same to client | 0.40 | 220.00 | RRR |
| | Avoidance Action Litigation; Review email from RRR re: revised Koch tolling and issues of mediation | 0.30 | 165.00 | JNL |
| | Avoidance Action Litigation; O/cs w/WAM, RAR re: Koch claim | 1.20 | 594.00 | MCL |
| | Avoidance Action Litigation; T/c w/RAR, P. Gruenberger re: derivatives mediation process | 0.10 | 49.50 | MCL |
| | Avoidance Action Litigation; O/c w/I. Wolk, WAM, RAR re: Koch claim, tolling agmt | 0.50 | 247.50 | MCL |
| | Avoidance Action Litigation; Draft and revise Amendment to Tolling and Forbearance Agmt; review models re: same | 2.00 | 990.00 | MCL |
| | Avoidance Action Litigation: Download and print Swedbank decision and distribute same to RRR for review; email same to RRR, WAM and MCL per RRR's request | 0.20 | 24.00 | KLS |
| Nov-10-10 | Avoidance Action Litigation: Conf call w/Weil, RRR and MCL re: ADR issues and related matters relating to Koch | 0.70 | 416.50 | WAM |
| | Avoidance Action Litigation: O/c w/RRR and MCL re: status and next steps re: Koch | 0.30 | 178.50 | WAM |
| | Avoidance Action Litigation: Emails to/from Wolk re: comments on revised draft tolling agmt re: Koch and next steps | 0.20 | 119.00 | WAM |
| | Avoidance Action Litigation; Attn to updating/revising Koch ADR Notices and reviewing legal/contractual assertions therein | 1.00 | 550.00 | RRR |
| | Avoidance Action Litigation; T/c w/E. Gilbane, WAM, MCL re: overview of derivatives ADR process/dynamics | 0.90 | 495.00 | RRR |
| | Avoidance Action Litigation; T/c w/JNL, MCL re: status, next steps re: vetting of draft Koch ADR Notices | 0.20 | 110.00 | RRR |
| | Avoidance Action Litigation: Review email from WAM re: Koch settlement discussions | 0.20 | 110.00 | JNL |

| Invoice #: | Sample | Page    6 | | | December |
|---|---|---|---|---|---|
| | Avoidance Action Litigation; Review multiple emails from RRR. and MCL re: notice of ADR for Koch | 0.70 | 385.00 | JNL | |
| | Avoidance Action Litigation; T/cs RRR adn MCL re Koch tolling and referral to mediation | 0.40 | 220.00 | JNL | |
| | Avoidance Action Litigation Review and research bankruptcy setoff implications of Koch's position of claims | 2.40 | 1,320.00 | JNL | |
| | Avoidance Action Litigation; T/c w/E. Gilbane, WAM, RAR re: derivatives mediation process and dynamics | 1.00 | 495.00 | MCL | |
| | Avoidance Action Litigation; O/cs w/WAM, RAR re: Koch claim | 0.50 | 247.50 | MCL | |
| | Avoidance Action Litigation; T/c w/RAR, JNL re: Koch claim | 0.30 | 148.50 | MCL | |
| | Avoidance Action Litigation; Review Koch ADR notices, ISDA contract docs, calculation statement | 2.00 | 990.00 | MCL | |
| | Avoidance Action Litigation; Review Swedbank and SemCrude cases | 1.20 | 594.00 | MCL | |
| | Avoidance Action Litigation: Pull case from Lexis and email same to WAM, RRR, JNL, PRD and MCL per MCL's request | 0.20 | 24.00 | KLS | |
| Nov-11-10 | Avoidance Action Litigation: Emails w/Wolk and RRR re: arranging call today re: Koch | 0.10 | 59.50 | WAM | |
| | Avoidance Action Litigation: O/c w/RRR and MCL re: status, strategy and issues to raise w/Wolk today on conf call re: Koch | 0.50 | 297.50 | WAM | |
| | Avoidance Action Litigation: Conf call w/Wolk, Vaughn, RRR and MCL re: approach to Koch including amendment to tolling agreement and discovery, and valuation issues | 0.50 | 297.50 | WAM | |
| | Avoidance Action Litigation: Conf call w/Wolk, RRR and MCL re: open issues w/Koch and next steps re: same | 0.30 | 178.50 | WAM | |
| | Avoidance Action Litigation:  T/c w/Wolk re: Koch inquiry re: Lehman cost of funds and related issues | 0.30 | 178.50 | WAM | |
| | Avoidance Action Litigation: O/cs w/RRR and MCL re: call w/Wolk re: Koch valuation issues and changes required to draft ADR notices | 0.30 | 178.50 | WAM | |
| | Avoidance Action Litigation:  Review and revise draft amendment to tolling agmt re: Koch, draft cover email to Jonathan Guy of Orrick re: same and forward same to Guy | 0.60 | 357.00 | WAM | |
| | Avoidance Action Litigation:  Review email from Guy re: acknowledgement of email and timing of response re: Koch, and reply to same | 0.20 | 119.00 | WAM | |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | Avoidance Action Litigation: Review numerous emails from Wolk re: additional information provided re: Koch claims, and forward to team w/cover note and instructions | 0.40 | 238.00 | WAM |
| | Avoidance Action Litigation; o/c w/WAM, MCL re: detail of LBCS claim against Koch | 0.70 | 385.00 | RRR |
| | Avoidance Action Litigation; t/cs w/I. Wolk, WAM, MCL re: questions re: draft ADR Notice for Koch S&T, discovery issues to address w/Koch counsel, next steps | 0.70 | 385.00 | RRR |
| | Avoidance Action Litigation Review email from RRR re: revised Koch tolling and issues of mediation | 0.30 | 165.00 | JNL |
| | Avoidance Action Litigation; T/c w/I. Wolk, M. Vaughn, WAM, RAR re: Koch claim | 0.70 | 346.50 | MCL |
| | Avoidance Action Litigation; O/cs WAM, RAR re: Koch ADR notices | 0.70 | 346.50 | MCL |
| | Avoidance Action Litigation; Review and revised ADR notices | 0.60 | 297.00 | MCL |
| | Avoidance Action Litigation; Review valuation model, Koch Financial background docs | 1.30 | 643.50 | MCL |
| | Avoidance Action Litigation: Print out emails and attachments from I. Wolk, organize and distribute same to WAM, RRR, MCL and the file, label and file same and save same on the system along with case emails and attachments received on 10/28 and 10/29 | 0.70 | 84.00 | KLS |
| Nov-12-10 | Avoidance Action Litigation: Review email re: Koch ADR Notices and review same | 0.20 | 119.00 | WAM |
| | Avoidance Action Litigation: Review email from Jonathan Guy re: Koch scheduling issues and forward to clients | 0.10 | 59.50 | WAM |
| | Avoidance Action Litigation: Emails to/from RRR re: scheduling issues and proposed conf call | 0.10 | 59.50 | WAM |
| | Avoidance Action Litigation; Review email correspondence re: Koch claim | 0.20 | 99.00 | MCL |
| | Avoidance Action Litigation: Print out emails and attachments from I. Wolk forwarded by WAM, organize and distribute same to WAM, RRR, MCL and the file, save same on the system and add to the case file | 0.40 | 48.00 | KLS |
| Nov-14-10 | Avoidance Action Litigation: Emails to/from Wolk re: call w/Koch | 0.10 | 59.50 | WAM |
| Nov-15-10 | Avoidance Action Litigation: T/c and email from Burke of Orrick re: arranging conf call w/Koch's counsel | 0.10 | 59.50 | WAM |
| Nov-16-10 | Avoidance Action Litigation: Emails to/from Wolk re: arranging call w/Koch's counsel | 0.10 | 59.50 | WAM |

| Invoice #: | Sample | Page | 8 | | December |
|---|---|---|---|---|---|
| | Avoidance Action Litigation:  T/c w/Koch's counsel re: arranging call and participants | 0.10 | 59.50 | WAM | |
| | Avoidance Action Litigation:  Emails w/Wolk and Koch's counsel re: finalizing time for conf call | 0.10 | 59.50 | WAM | |
| | Avoidance Action Litigation:  Emails to/from WMD personnel re: Koch call and assignments | 0.10 | 59.50 | WAM | |
| | Avoidance Action Litigation; Email correspondence re: call w/Orrick | 0.40 | 198.00 | MCL | |
| | Avoidance Action Litigation: Attn to reserving conf call line for call on Friday and email info on same to MCL per WAM's request | 0.10 | 12.00 | KLS | |
| Nov-18-10 | Avoidance Action Litigation:  Emails to/from Koch's counsel and Wolk re: rearranging call w/Koch's counsel, and o/c w/RRR re: same | 0.20 | 119.00 | WAM | |
| | Avoidance Action Litigation: Review email from WAM, set-up conf call line for Monday's call and email dial-in info for same to MCL per WAM's request | 0.10 | 12.00 | KLS | |
| Nov-22-10 | Avoidance Action Litigation; Review notes/docs in prep for conf call w/Koch re: mediation/discovery issues | 0.70 | 385.00 | RRR | |
| | Avoidance Action Litigation; Conf call w/I. Wolk, MCL, Koch counsel re: mediation/discovery disagreements, next steps; follow up t/c w/I. Wolk | 1.40 | 770.00 | RRR | |
| Nov-24-10 | Avoidance Action Litigation; Review RRR edits to complaint | 0.20 | 99.00 | MCL | |
| | Avoidance Action Litigation; Internal email exchange re: complaint | 0.20 | 99.00 | MCL | |
| Nov-29-10 | Avoidance Action Litigation; O/c w/RRR re: recent events on Koch, status and next steps | 0.20 | 119.00 | WAM | |
| Nov-30-10 | Avoidance Action Litigation:  Review email from Wolk re: Koch issues and next steps, and respond to same | 0.10 | 59.50 | WAM | |
| | Avoidance Action Litigation:  Review emails from WMD personnel re: Koch issues and next steps | 0.20 | 119.00 | WAM | |
| | Avoidance Action Litigation; Review clients' revisions to draft ADR Notices; follow up w/team re: same | 0.40 | 220.00 | RRR | |
| | Avoidance Action Litigation; Review emails from RRR re: Koch proposed ADR notices | 0.30 | 165.00 | JNL | |
| | Avoidance Action Litigation; Review Koch litigation file and comment on ADR notices | 0.90 | 495.00 | JNL | |
| | Avoidance Action Litigation; Review I. Wolk comments to Koch ADR notices | 0.30 | 148.50 | MCL | |

| Invoice #: | Sample | Page    9 |  |  | December |
|---|---|---|---|---|---|
|  | Avoidance Action Litigation; T/c w/RRR re: I. Wolk comments to Koch ADR notices | 0.20 | 99.00 | MCL |  |
|  | **MATTER TOTALS:** | 52.50 | $27.768.00 |  |  |
| MATTER: | 4715-002 |  |  |  |  |
| RE: | Goldman Sachs Claims Dispute |  |  |  |  |
| Nov-01-10 | Claims Administration and Objections; O/c w/WAM re: GS status, strategy, research issues | 0.50 | 275.00 | WFD |  |
| Nov-05-10 | Claims Administration and Objections; T/c w/Lafaire re: close-out meeting w/Goldman Sachs | 0.20 | 119.00 | WAM |  |
|  | Claims Administration and Objections; Email w/WMD personnel re: close-out meeting w/Goldman Sachs | 0.10 | 59.50 | WAM |  |
|  | **MATTER TOTALS:** | 0.80 | $453.50 |  |  |
| MATTER: | 4715-004 |  |  |  |  |
| RE: | CEAGO Avoidance Action |  |  |  |  |
| Nov-18-10 | Avoidance Action Litigation; Email exchanges re: mtg w/Orrick | 0.50 | 247.50 | MCL |  |
| Nov-19-10 | Avoidance Action Litigation: T/c w/McMurray re: new assignment on CEAGO Avoidance Action | 0.20 | 119.00 | WAM |  |
|  | Avoidance Action Litigation:    T/c w/RRR re: CEAGO assignment, timing and related issues and contacting Curtis-Mallet re: same for background information | 0.20 | 119.00 | WAM |  |
|  | Avoidance Action Litigation:  Conf call w/Turner Smith of Curtis-Mallet re: CEAGO background information, status and required next steps | 0.40 | 238.00 | WAM |  |
|  | Avoidance Action Litigation:  Draft email to WMD team re: CEAGO information obtained re: nature of issues and assignment and next steps | 0.30 | 178.50 | WAM |  |
|  | Avoidance Action Litigation:  Emails to/from Curtis-Mallet re: obtaining background docs and materials re: CEAGO and emails w/WMD team re: same, organizing same and next steps | 0.50 | 297.50 | WAM |  |
|  | Avoidance Action Litigation: Numerous emails and t/cs w/various WMD team members re: organizing, coordinating and mobilizing WMD team to respond to short-term crunch on CEAGO assignment | 0.60 | 357.00 | WAM |  |

| Invoice #: | Sample | Page    10 | | | December |
|---|---|---|---|---|---|
| | Avoidance Action Litigation; Review docs re: CEAGO transaction | 4.30 | 2,365.00 | SCB | |
| | Avoidance Action Litigation; T/c w/T. Smith, WAM re: background, strategy, timing for filing Complaint; coordination w/team re: review of docs, next steps | 0.70 | 385.00 | RRR | |
| | Avoidance Action Litigation; Review multiple emails and documents from WAM re: CEAGO SPV avoidance actions documents | 2.00 | 1,100.00 | JNL | |
| | Avoidance Action Litigation; Review background materials re: CEAGO deal | 2.50 | 1,237.50 | MCL | |
| | Avoidance Action Litigation; Email exchange w/team re: drafting complaint | 0.30 | 148.50 | MCL | |
| | Avoidance Action Litigation; Review emails from WAM re: background materials | 0.20 | 79.00 | AMB | |
| | Avoidance Action Litigation; Review draft complaint for CEAGO ABS CDO | 1.00 | 250.00 | CGP | |
| | Avoidance Action Litigation; Review memo analyzing LBSF's rights under the CDO, the CDS and indenture; o/c w/MCL re: same | 1.00 | 250.00 | CGP | |
| | Avoidance Action Litigation; Review MCL email summarizing thoughts re: same; review Amended Complaint of LBHI in Adv. Pro No. 10-03547 | 1.00 | 250.00 | CGP | |
| | Avoidance Action Litigation; review draft complaint | 0.70 | 175.00 | AHC | |
| | Avoidance Action Litigation: Review emails from WAM and save background docs on the system | 0.30 | 36.00 | KLS | |
| | Avoidance Action Litigation: Review emails from WAM and MCL and o/cs w/RRR and MCL and print out and organize background docs w/index in binders for WAM, RRR, VTC, SCB, MCL, AHC and the file; print out underlying transaction docs, create index for same, organize same into binder and distribute copies to SCB, MCL and the file | 4.20 | 504.00 | KLS | |
| Nov-20-10 | Avoidance Action Litigation:  Review emails from WMD personnel re: issues and arranging meeting to discuss | 0.10 | 59.50 | WAM | |
| | Avoidance Action Litigation; Email exchange w/team re: drafting complaint | 0.30 | 148.50 | MCL | |
| | Avoidance Action Litigation; finish review of materials | 3.00 | 750.00 | AHC | |
| Nov-21-10 | Avoidance Action Litigation; Conf call w/internal working group | 1.00 | 550.00 | SCB | |
| | Avoidance Action Litigation; Review draft Complaint and memo analyzing lien removal and waterfall flip provisions in Transaction | 3.20 | 1,760.00 | RRR | |

| Invoice #: | Sample | Page | 11 | | | December |
|---|---|---|---|---|---|---|

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | docs; conf call w/team re: same. initial impressions. questions, next steps | | | |
| | Avoidance Action Litigation; O/c w/JNL, RRR, SCB. CGP re: drafting complaint | 1.10 | 544.50 | MCL |
| | Avoidance Action Litigation; Review relevant contract provisions | 1.00 | 495.00 | MCL |
| | Avoidance Action Litigation; Review and analysis of underlying transaction documents for interest rate swap transactions relevant to the CEAGO Avoidance Action | 2.10 | 735.00 | JDG |
| | Avoidance Action Litigation; Review and analysis of draft complaint and memo analysis from Curtis for the CEAGO Avoidance Action | 2.50 | 875.00 | JDG |
| | Avoidance Action Litigation; Conference call re the CEAGO Avoidance Action | 0.50 | 175.00 | JDG |
| | Avoidance Action Litigation; Review and analysis of underlying transaction documents for CDS/TRS transaction relevant to the CEAGO Avoidance Action | 3.10 | 1,085.00 | JDG |
| Nov-22-10 | Avoidance Action Litigation; Review draft CEAGO complaint and other background docs | 2.10 | 1,291.50 | PRD |
| | Avoidance Action Litigation; Conf call w/Curtis Mallet re: draft complaint | 1.00 | 550.00 | SCB |
| | Avoidance Action Litigation; Conf call w/Curtis Mallet, Weil Gotshal re: draft complaint | 0.50 | 275.00 | SCB |
| | Avoidance Action Litigation Review various docs re: CEAGO complaint | 0.50 | 275.00 | SCB |
| | Avoidance Action Litigation; Conf call w/Curtis-Mallet, team re: questions, additional background | 0.80 | 440.00 | RRR |
| | Avoidance Action Litigation; O/cs w/MCL, SCB, CGP re: additional factual issues re: Ceago transaction structure, discussion w/S. Collings re: same | 0.70 | 385.00 | RRR |
| | Avoidance Action Litigation; Review and respond to emails re: new complaint for Ceago | 0.90 | 495.00 | JNL |
| | Avoidance Action Litigation; Review revised Ceago complaint and comment on same | 0.50 | 275.00 | JNL |
| | Avoidance Action Litigation; T/c w/S. Collings, T. Smith re: CEAGO complaint | 0.50 | 247.50 | MCL |
| | Avoidance Action Litigation; T/c w/S. Collings re: CEAGO complaint | 0.20 | 99.00 | MCL |
| | Avoidance Action Litigation; T/c w/RRR, SCB, CGP, Curtis-Mallet attorneys re: CEAOG background information | 0.90 | 445.50 | MCL |
| | Avoidance Action Litigation; Draft and revise CEAGO complaint | 3.50 | 1,732.50 | MCL |
| | Avoidance Action Litigation; Internal email exchange re: drafting CEAGO complaint | 0.50 | 247.50 | MCL |

| Date | Description | Hours | Amount | Initials |
|------|-------------|-------|--------|----------|
| | Avoidance Action Litigation; T/c w/RRR, 1. Wolk, Koch representatives | 1.30 | 643.50 | MCL |
| | Avoidance Action Litigation; T/c w/1. Wolk, RRR | 0.30 | 148.50 | MCL |
| | Avoidance Action Litigation; O/c, t/c w/RRR, MCL, SCB and representatives of Curtis-Malet re: CEAGO CDO draft complaint, timing of Assumption Motion | 0.80 | 200.00 | CGP |
| | Avoidance Action Litigation; T/c w/Curtis-Malet and Weil re: draft complaint, its strategic importance and lack of inclusion or inclusion of certain claims | 1.40 | 350.00 | CGP |
| | Avoidance Action Litigation; Review Curtis-Malet memo and draft complaint in context of t/cs | 0.80 | 200.00 | CGP |
| Nov-23-10 | Avoidance Action Litigation:  Review numerous emails re: draft complaint and issues relating to same and claims | 0.30 | 178.50 | WAM |
| | Avoidance Action Litigation; Review draft CEAGO complaint and emails w/team re: issues | 2.60 | 1,599.00 | PRD |
| | Avoidance Action Litigation Preparation of pleading & briefs; review and comment on draft complaint | 2.00 | 1,100.00 | SCB |
| | Avoidance Action Litigation; T/c w/L. McMurray, MCL, RRR re: draft CEAGO complaint | 0.50 | 275.00 | SCB |
| | Avoidance Action Litigation; T/c w/JNL re: his comments on draft complaint and follow up o/c w/MCL re: same | 0.20 | 110.00 | RRR |
| | Avoidance Action Litigation; Review/revise draft Complaint; circulate revised draft to team | 2.20 | 1,210.00 | RRR |
| | Avoidance Action Litigation; Review/respond to emails w/team re: strategic, tactical, factual issues for draft Complaint· | 0.40 | 220.00 | RRR |
| | Avoidance Action Litigation; Review and comment on draft complaint | 1.30 | 715.00 | JNL |
| | Avoidance Action Litigation; Attend Conf. Call with RRR, MCL, JDG and L. McMurray re: draft avoidance complaint | 0.50 | 275.00 | JNL |
| | Avoidance Action Litigation; Multiple emails to/from RRR, PRD, MCL re: avoidance issues | 1.40 | 770.00 | JNL |
| | Avoidance Action Litigation; Review revised CEAGO complaint | 0.40 | 220.00 | JNL |
| | Avoidance Action Litigation; Revise CEAGO complaint | 3.50 | 1,732.50 | MCL |
| | Avoidance Action Litigation; T/cs w/L. McMurray, JNL. RRR. SCB re: CEAGO complaint | 0.50 | 247.50 | MCL |

| Invoice #: | Sample | Page | 13 | | | December |
|---|---|---|---|---|---|---|
| | Avoidance Action Litigation; O/cs w/RRR, SCB re: CEAGO complaint. | | 0.30 | 148.50 | MCL | |
| | Avoidance Action Litigation; Internal email discussion re: CEAGO complaint | | 0.50 | 247.50 | MCL | |
| | Avoidance Action Litigation; research re: the effect of the Bankruptcy stay on defaults occuring post-petition; t/c, o/cs w/MCL re: same; draft email to MCL re: same | | 3.50 | 875.00 | CGP | |
| | Avoidance Action Litigation; research re: the effect of the Bankruptcy stay on defaults occuring post-petition; t/c, o/cs w/MCL re: same | | 0.30 | 75.00 | CGP | |
| | Avoidance Action Litigation Preparation of pleading & briefs; Review MCL draft of CEAGO CDO complaint; research re: the effect of the Bankruptcy stay on defaults occuring post-petition; t/c, o/cs w/MCL re: same; draft email to MCL re: same; review PRD comments to draft complaint and correspondence re: same | | 2.50 | 625.00 | CGP | |
| Nov-24-10 | Avoidance Action Litigation:  Review RRR email to client re: draft complaint, and review client response re: same | | 0.10 | 59.50 | WAM | |
| | Avoidance Action Litigation; Preparation of pleading & briefs; Review revised draft complaint | | 0.40 | 220.00 | SCB | |
| | Avoidance Action Litigation; Review emails and comments to draft complaint against Ceago | | 1.40 | 770.00 | JNL | |
| Nov-29-10 | Avoidance Action Litigation:  Review emails re: finalizing and filing complaint | | 0.30 | 178.50 | WAM | |
| | Avoidance Action Litigation; Review revised complaint | | 1.10 | 676.50 | PRD | |
| | Avoidance Action Litigation; Preparation of pleading & briefs; Review revised draft complaint | | 0.50 | 275.00 | SCB | |
| | Avoidance Action Litigation; T/c w/M. Cucolo, A. Kalra, MCL re: comments on draft Complaint; discuss same, next steps w/MCL | | 0.40 | 220.00 | RRR | |
| | Avoidance Action Litigation; Emails w/clients, counsel for committee re: draft Complaint, comments; o/cs w/MCL re: same | | 2.30 | 1,265.00 | RRR | |
| | Avoidance Action Litigation; T/c w/Milbank, MCL re: draft Complaint, timing | | 0.10 | 55.00 | RRR | |
| | Avoidance Action Litigation; Review and comment of final form of Complaint | | 0.30 | 165.00 | JNL | |
| | Avoidance Action Litigation; Emails to/from MCL, L. McMurray and RRR re: finalizing complaint | | 1.20 | 660.00 | JNL | |

| Invoice #: | Sample | Page | 14 | | | December |
|---|---|---|---|---|---|---|

| | Sample | Page | | | | |
|---|---|---|---|---|---|---|
| | Avoidance Action Litigation; Emails from to/ MCL re: refining FT count language | | 0.40 | 220.00 | JNL | |
| | Avoidance Action Litigation; Revise, finalize and supervise filing of CEAGO complaint | | 2.80 | 1,386.00 | MCL | |
| | Avoidance Action Litigation; T/cs w/M. Cucolo, A. Karla, RRR, Milbank re: complaint | | 1.10 | 544.50 | MCL | |
| | Avoidance Action Litigation; Review L. McMurray comments to complaint | | 0.30 | 148.50 | MCL | |
| | Avoidance Action Litigation; O/c w/RRR re: response to L. McMurray questions | | 0.40 | 198.00 | MCL | |
| | Avoidance Action Litigation; Review draft email to L. McMurray re: complaint | | 0.20 | 99.00 | MCL | |
| | Avoidance Action Litigation; Review draft A. Karla note to Bar Cap re: complaint | | 0.20 | 99.00 | MCL | |
| | Avoidance Action Litigation; Internal email discussion re: CEAGO complaint | | 0.30 | 148.50 | MCL | |
| | Avoidance Action Litigation; Review e-mail from MCL re: drafting summons for CEAGO complaint; draft summons for CEAGO complaint | | 1.50 | 375.00 | CGP | |
| | Avoidance Action Litigation; Review and proof draft CEAGO complaint; o/c w/ MCL re: same; review final, filed CEAGO complaint | | 0.80 | 200.00 | CGP | |
| | Avoidance Action Litigation; Review and analysis of draft Motion to Stay for the CEAGO Avoidance Action | | 0.80 | 280.00 | JDG | |
| | Avoidance Action Litigation; e-file Complaint | | 0.40 | 100.00 | AHC | |
| Nov-30-10 | Avoidance Action Litigation: Review email from White & Case on behalf of ad hoc group of Lehman Brothers Creditors re: CEAGO complaint | | 0.10 | 59.50 | WAM | |
| | Avoidance Action Litigation: Emails to/from WMD personnel re: email from White & Case on behalf of ad hoc group of Lehman Brothers Creditors re: CEAGO complaint | | 0.10 | 59.50 | WAM | |
| | Avoidance Action Litigation: Emails to/from Weil Gotshal personnel re: email from White & Case on behalf of ad hoc group of Lehman Brothers Creditors re: CEAGO complaint | | 0.30 | 178.50 | WAM | |
| | Avoidance Action Litigation; Preparation of pleading & briefs; Review draft stay motion | | 0.30 | 165.00 | SCB | |
| | Avoidance Action Litigation; Review/markup MCL's draft of motion to stay action | | 0.50 | 275.00 | RRR | |
| | Avoidance Action Litigation; Review emails from RRR, L. McMurray re: complaint | | 0.30 | 165.00 | JNL | |

| Invoice #: | Sample | Page | 15 | | | December |
|---|---|---|---|---|---|---|
| | Avoidance Action Litigation; Review motion to extend avoidance action stay to Ceago lit. and comment on same | | 2.00 | 1,100.00 | JNL | |
| | Avoidance Action Litigation; Draft and revise motion for stay | | 4.10 | 2,029.50 | MCL | |
| | Avoidance Action Litigation; Internal communications re: motion for stay | | 0.40 | 198.00 | MCL | |
| | Avoidance Action Litigation; Review draft stay motion | | 1.50 | 375.00 | CGP | |
| | **MATTER TOTALS:** | | 105.80 | $47,386.00 | | |
| MATTER: | 4715-001 | | | | | |
| RE: | SPV Avoidance Litigation | | | | | |
| Nov-01-10 | Avoidance Action Litigation: Review email from RRR to McMurray re: timing and information required for discovery requests, and review email from McMurray re: same | | 0.10 | 59.50 | WAM | |
| | Avoidance Action Litigation; T/cs w/Weil re: operation of various ADR Orders in case | | 0.70 | 385.00 | RRR | |
| | Avoidance Action Litigation; T/c w/L. Daves (Missouri Bancorp) re: request to drop Missouri Bancorp was a defendant. | | 2.00 | 990.00 | MCL | |
| | Avoidance Action Litigation; Review emails from RRR and L. McMurray re: information for expedited discovery requests | | 0.10 | 39.50 | AMB | |
| | Avoidance Action Litigation; draft discovery requests and o/c w/MCL re: same | | 2.40 | 600.00 | AHC | |
| Nov-02-10 | Avoidance Action Litigation; Review email from PRD re: moving papers re: ADR order; email to/from RRR and AHC re: same | | 0.20 | 79.00 | AMB | |
| | Fee/Employment Applications; Review & analyze docs, pleadings, transcripts; Review and analysis of fee committee billing guidelines | | 0.10 | 35.00 | JDG | |
| | Avoidance Action Litigation ; Review of email received from Weil yesterday | | 0.10 | 35.00 | JDG | |
| | Avoidance Action Litigation; Review and analysis of 3rd amended order to establish procedures for interim monthly compensation and reimbursement of expenses of professionals | | 0.40 | 140.00 | JDG | |
| | Avoidance Action Litigation; Review & analyze docs, pleadings, transcripts; Review and analysis of the Fee Committee's Report Pertaining to the Third Interim Fee Applications and to Fee Committee procedures | | 0.40 | 140.00 | JDG | |

| Invoice #: | Sample | Page | 16 | | | December |
|---|---|---|---|---|---|---|
| | Avoidance Action Litigation: review of docket: pull numerous docs off main docket per PRD, RRR request | | 0.80 | 200.00 | AHC | |
| Nov-03-10 | Avoidance Action Litigation; Review and respond to email from WAM re: query on counsel | | 0.20 | 110.00 | JNL | |
| | Avoidance Action Litigation: Review and file hard drive of deals docs received from client on 9/11/10 | | 0.10 | 12.00 | KLS | |
| Nov-04-10 | Avoidance Action Litigation:  Emails re: obtaining information form client and working on discovery requests; o/c w/RRR re: same | | 0.20 | 119.00 | WAM | |
| | Avoidance Action Litigation; Review trustee reports for fully paid transactions | | 1.50 | 825.00 | SCB | |
| | Avoidance Action Litigation; Revew multiple emails from RRR and WAM re; issues as to service of amended complaint | | 0.40 | 220.00 | JNL | |
| | Avoidance Action Litigation; Review and comment on draft Notice of Entry of Order Staying Avoidance Actions; email exchanges w/AHC, Weil Gotshal re: same | | 0.50 | 247.50 | MCL | |
| | Avoidance Action Litigation; Review email from C. Stauble re: notice of entry; emails to/from AHC and MCL re: King River; review email from WAM and RRR re: expedited discovery; review BNY Notice of Appearance | | 0.20 | 79.00 | AMB | |
| | Avoidance Action Litigation; review Trustee statements and edit master list of all distributive deal information | | 6.00 | 1,500.00 | AHC | |
| | Avoidance Action Litigation; Collate and circulate email attachments | | 0.30 | 33.00 | MEB | |
| Nov-05-10 | Avoidance Action Litigation; Review Notice re: Entry of Stay Order and o/c w/MCL re: same, next steps | | 0.10 | 55.00 | RRR | |
| | Avoidance Action Litigation; Review and revise Notice of Entry of Stay Order | | 0.50 | 247.50 | MCL | |
| | Avoidance Action Litigation; Internal correspondence and t/c w/AHC re: Notice of Entry | | 0.40 | 198.00 | MCL | |
| | Avoidance Action Litigation; O/c w/RAR re: Notice of Entry | | 0.20 | 99.00 | MCL | |
| | Avoidance Action Litigation; Email exchange w/Weil Gotshal re: Notice of Entry | | 0.20 | 99.00 | MCL | |
| | Avoidance Action Litigation; Review Stowe/Fullerton deal information provided by Lehman | | 0.20 | 99.00 | MCL | |
| | Avoidance Action Litigation; Review emails from MCL and AHC re: additional information needed for 21 deals | | 0.10 | 39.50 | AMB | |

| Invoice #: | Sample | Page 17 | | | December |
|---|---|---|---|---|---|
| | Avoidance Action Litigation; Review email from MCL to C. Stauble and S. Sing to MCL re: amending notice of entry | 0.10 | 39.50 | AMB | |
| | Avoidance Action Litigation: draft Trustee and Non-Party discovery | 1.50 | 375.00 | AHC | |
| | Avoidance Action Litigation; review all Trustee documents and enter relevant information into list of all distributive deal information | 1.00 | 250.00 | AHC | |
| | Avoidance Action Litigation; e-file Notice of Entry | 0.50 | 125.00 | AHC | |
| | Avoidance Action Litigation; o/cs w/MCL re: efiling Notice of Entry | 0.10 | 25.00 | AHC | |
| Nov-06-10 | Avoidance Action Litigation:  Emails to/from RRR and MCL re: new filing | 0.10 | 59.50 | WAM | |
| | Avoidance Action Litigation; Email exchange w/WAM re: Notice of Entry | 0.20 | 99.00 | MCL | |
| Nov-08-10 | Avoidance Action Litigation; Conf w/AHC re: trustee's reports on distribution | 0.30 | 165.00 | SCB | |
| | Avoidance Action Litigation; Review and revise monthly fee application | 1.00 | 550.00 | JNL | |
| | Avoidance Action Litigation; Email exchange w/Epiq re: service of Notice of Entry | 0.20 | 99.00 | MCL | |
| | Avoidance Action Litigation; Review emails from MCL and C. Fallon re: filing and serving Notice of Entry re: Staying Action | 0.10 | 39.50 | AMB | |
| | Avoidance Action Litigation; review deal documents for information | 0.50 | 125.00 | AHC | |
| | Avoidance Action Litigation; o/cs w/SCB re: same | 0.10 | 25.00 | AHC | |
| Nov-09-10 | Avoidance Action Litigation; O/c w/WFD, MCL, AMB, AHC re: status of expedited discovery drafts, strategies, next steps | 1.10 | 605.00 | RRR | |
| | Avoidance Action Litigation; Review court order on expedited discovery | 0.60 | 330.00 | WFD | |
| | Avoidance Action Litigation; O/c w/team re: status, strategy on service of same | 1.00 | 550.00 | WFD | |
| | Avoidance Action Litigation; O/c w/RAR, WFD, AMB, AHC re: discovery/service plan | 0.70 | 346.50 | MCL | |
| | Avoidance Action Litigation; long o/c w/WFD, RRR, MCL and AHC re: discovery | 1.30 | 513.50 | AMB | |
| | Avoidance Action Litigation; Emails to/from MCL re: whether Court issues summons | 0.10 | 39.50 | AMB | |
| | Avoidance Action Litigation; Prep of to-do list re: service and discovery | 1.40 | 553.00 | AMB | |
| | Avoidance Action Litigation; Revise subpoena to DTC | 1.80 | 711.00 | AMB | |
| | Avoidance Action Litigation; team meeting re: discovery | 1.30 | 325.00 | AHC | |

| Invoice #: | Sample | Page | 18 | | | December |
|---|---|---|---|---|---|---|
| | Avoidance Action Litigation: circulate docs to WFD, team for review | | 0.20 | 50.00 | AHC | |
| Nov-10-10 | Avoidance Action Litigation; Emails from MCL re: Notice of Agenda and issues impacting litigations | | 0.30 | 165.00 | JNL | |
| | Avoidance Action Litigation; Review to-do/service issues | | 0.90 | 495.00 | WFD | |
| | Avoidance Action Litigation; O/c w/AMB re: same | | 0.60 | 330.00 | WFD | |
| | Avoidance Action Litigation; Review and comment on draft discovery/service plan, revise draft subpoena on DTC Corp | | 0.50 | 247.50 | MCL | |
| | Avoidance Action Litigation; Prep of doc demands on Trustees | | 0.10 | 39.50 | AMB | |
| | Avoidance Action Litigation; T/c w/WFD and JNL re: service of process under Bankruptcy Rules | | 0.10 | 39.50 | AMB | |
| | Avoidance Action Litigation; O/c w/WFD re: prep of to do list re: service of process and discovery | | 0.40 | 158.00 | AMB | |
| | Avoidance Action Litigation; Revise to do list re: service of process and discovery | | 0.90 | 355.50 | AMB | |
| | Avoidance Action Litigation; Research for AMB re: Depository Trust | | 0.30 | 82.50 | PRW | |
| | Avoidance Action Litigation; e-file Certificate of Service | | 0.20 | 50.00 | AHC | |
| | Avoidance Action Litigation; edits to subpoena to third parties | | 1.00 | 250.00 | AHC | |
| | Avoidance Action Litigation; o/cs w/AMB re: discovery and next steps | | 0.20 | 50.00 | AHC | |
| | Avoidance Action Litigation; review internal discovery schedule and notes from meeting | | 0.30 | 75.00 | AHC | |
| Nov-11-10 | Avoidance Action Litigation; T/cs WFD re Service of process in Chapter 11 overseas | | 0.30 | 165.00 | JNL | |
| | Avoidance Action Litigation; Review questiosn form WFD re: service of process | | 0.20 | 110.00 | JNL | |
| | Avoidance Action Litigation; Attn to service issues | | 0.30 | 165.00 | WFD | |
| | Avoidance Action Litigation; Review/mark draft discovery | | 0.70 | 385.00 | WFD | |
| | Avoidance Action Litigation; O/c w/AMB, RRR re: same | | 0.40 | 220.00 | WFD | |
| | Avoidance Action Litigation; Revise DTC subpoena | | 1.50 | 592.50 | AMB | |
| | Avoidance Action Litigation; Review emails from WFD, RRR, AHC re: information re: distributed subpoenas deals | | 0.10 | 39.50 | AMB | |
| | Avoidance Action Litigation; Prep of notice of subpoena | | 0.30 | 118.50 | AMB | |

| Invoice #: | Sample | Page | 19 | | | December |
|---|---|---|---|---|---|---|
| | Avoidance Action Litigation: O/cs w/WFD re: revision to discovery | | 0.20 | 79.00 | AMB | |
| | Avoidance Action Litigation: review, verify and edit schedules to non-party discovery | | 3.00 | 750.00 | AHC | |
| | Avoidance Action Litigation: attention to missing deal documentation per RRR request and create lists of same | | 2.10 | 525.00 | AHC | |
| | Avoidance Action Litigation: review of dockets for purposes of service per WFD request | | 1.20 | 300.00 | AHC | |
| | Avoidance Action Litigation; o/cs w/Weil, MCL, AMB re: service of pleadings | | 0.30 | 75.00 | AHC | |
| | Avoidance Action Litigation; Determine calendar date for 180 days from 10/1/10 | | 0.10 | 11.00 | MEB | |
| Nov-12-10 | Avoidance Action Litigation; Review revised disc demands; attn to service issue | | 0.50 | 275.00 | WFD | |
| | Avoidance Action Litigation; Review email correspondence re: discovery plan, service of process | | 0.30 | 148.50 | MCL | |
| | Avoidance Action Litigation; O/c w/AMB re: discovery requests | | 0.30 | 148.50 | MCL | |
| | Avoidance Action Litigation; Revise subpoena to DTC; email same to WFD | | 0.40 | 158.00 | AMB | |
| | Avoidance Action Litigation; Review email from JNL, WFD, RRR and AHC re: service of process and draft discovery | | 0.10 | 39.50 | AMB | |
| Nov-15-10 | Avoidance Action Litigation: O/c w/RRR re: status and discovery issues | | 0.10 | 59.50 | WAM | |
| | Avoidance Action Litigation; O/c w/MCL | | 0.10 | 55.00 | WFD | |
| | Avoidance Action Litigation; Attn to service | | 0.10 | 55.00 | WFD | |
| | Avoidance Action Litigation; O/c w/RRR | | 0.10 | 55.00 | WFD | |
| | Avoidance Action Litigation; O/c w/AMB re: disc request draft | | 0.10 | 55.00 | WFD | |
| | Avoidance Action Litigation; Emails to/from WFD re: status of discovery | | 0.20 | 79.00 | AMB | |
| | Avoidance Action Litigation; update information on Schedule C of non-party discovery | | 0.80 | 200.00 | AHC | |
| | Avoidance Action Litigation; o/cs w/AMB re: non-party discovery | | 0.20 | 50.00 | AHC | |
| Nov-16-10 | Avoidance Action Litigation: Review email from WFD w/draft discovery requests and review same | | 0.30 | 178.50 | WAM | |
| | Avoidance Action Litigation: Review letter from Paul Weiss as counsel to Citibank as Trustee, seeking discovery materials and forward to WMD team | | 0.20 | 119.00 | WAM | |

| | | | |
|---|---|---|---|
| Avoidance Action Litigation: Review email from AHC re: summary of appeal papers in LBSF v. BNY Corporate Trustee | 0.20 | 119.00 | WAM |
| Avoidance Action Litigation: Review/markup drafts of subpoena to DTC and doc requests/depo notice to Trustees: email to team re: same | 1.50 | 825.00 | RRR |
| Avoidance Action Litigation; Attn to draft discovery demands to Trustees and DTC | 0.50 | 275.00 | WFD |
| Avoidance Action Litigation; O/c w/MCL | 0.20 | 110.00 | WFD |
| Avoidance Action Litigation; O/c w/RRR | 0.20 | 110.00 | WFD |
| Avoidance Action Litigation; Attn to comments re: same | 0.30 | 165.00 | WFD |
| Avoidance Action Litigation; Revise discovery to Trustee Defendants and DTC | 2.20 | 1,089.00 | MCL |
| Avoidance Action Litigation; Email correspondence w/WFD, AMB and AHC, re: discovery | 0.30 | 148.50 | MCL |
| Avoidance Action Litigation; Review RRR's markup of discovery to Trustee Defendants and DTC | 0.60 | 297.00 | MCL |
| Avoidance Action Litigation; Emails to//from AHC re: assignment to speak to the Court re: issuance of amended Summons | 0.10 | 39.50 | AMB |
| Avoidance Action Litigation; Review letter from K. Kimpler re: Citi requesting copies of all discovery served on other parties | 0.10 | 39.50 | AMB |
| Avoidance Action Litigation; Numerous emails to/from RRR, WFD, MCL and AHC re: nonparty and trustee discovery | 0.40 | 158.00 | AMB |
| Avoidance Action Litigation; Email assignment to AHC re: creating schedules for Trustee Discovery Demands | 0.10 | 39.50 | AMB |
| Avoidance Action Litigation; Review draft discovery demands on Trustee | 0.40 | 158.00 | AMB |
| Avoidance Action Litigation; T/c w/S. Collings re: services | 0.10 | 39.50 | AMB |
| Avoidance Action Litigation; Review email from MCL re: draft discovery | 0.10 | 39.50 | AMB |
| Avoidance Action Litigation; Emails to/from WFD re: calling S. Collings re: services | 0.10 | 39.50 | AMB |
| Avoidance Action Litigation; Review email from AHC summarizing Motion of BNY Corporate Trustee Service Limited's Leave to Appeal the July 19, 2010 Order, dated August 2, 2010 | 0.30 | 118.50 | AMB |
| Avoidance Action Litigation; review numerous articles for information on case re: appeal of Judge Peck's 7-19-10 Order granting summary | 0.20 | 50.00 | AHC |

| | | | | |
|---|---|---:|---:|---|
| | judgment for Lehman Brothers on ipso facto clauses | | | |
| | Avoidance Action Litigation; review briefs on docket re arguments for/against leave to appeal Judge Peck's Order and summarize same per RRR request | 3.30 | 825.00 | AHC |
| | Avoidance Action Litigation; o/cs w/AMB re: summons | 0.10 | 25.00 | AHC |
| | Avoidance Action Litigation; calls to Bankruptcy Court re: amended summons | 0.20 | 50.00 | AHC |
| | Avoidance Action Litigation; brief o/c w/WFD re: status of amended summons per AHC conversation with court | 0.10 | 25.00 | AHC |
| | Avoidance Action Litigation; update Notice of Appearance list | 0.10 | 25.00 | AHC |
| | Avoidance Action Litigation; insert RRR comments on discovery | 0.30 | 75.00 | AHC |
| | Avoidance Action Litigation; call w/AMB re: discovery | 0.10 | 25.00 | AHC |
| Nov-17-10 | Avoidance Action Litigation; Meet w/WFD, MCL, AMB re: revisions to draft expedited discovery, next steps | 0.60 | 330.00 | RRR |
| | Avoidance Action Litigation; Review/markup revised drafts of expedited discovery and o/c w/MCL re: same; review revised Schedule C to discovery requests and emails w/team re: comments | 1.50 | 825.00 | RRR |
| | Avoidance Action Litigation; O/c w/RRR, ML, AMB re: discovery revisions | 0.70 | 385.00 | WFD |
| | Avoidance Action Litigation; O/c w/RRR | 0.30 | 165.00 | WFD |
| | Avoidance Action Litigation; O/cs w/RRR, WFD, AMB, AHC re: discovery | 0.60 | 297.00 | MCL |
| | Avoidance Action Litigation; Revise discovery to Trustee Defendants and DTC | 2.70 | 1,336.50 | MCL |
| | Avoidance Action Litigation; T/cs w/AMB, AHC re: discovery | 0.50 | 247.50 | MCL |
| | Avoidance Action Litigation; Email correspondence w/AMB, AHC re: discovery | 0.60 | 297.00 | MCL |
| | Avoidance Action Litigation; Review and comment on draft schedules for discovery requests | 0.70 | 346.50 | MCL |
| | Avoidance Action Litigation; T/c w/WFD, RRR and MCL re: discovery | 0.40 | 158.00 | AMB |
| | Avoidance Action Litigation; Review emails from RRR, MCL and AHC re: Amended Summons | 0.10 | 39.50 | AMB |
| | Avoidance Action Litigation; Review schedules A & B from trustee discovery and t/c and emails w/AHC re: same | 0.30 | 118.50 | AMB |

| Invoice #: | Sample | Page     22 | | | December |
|---|---|---|---|---|---|
| | Avoidance Action Litigation: Emails to/from RRR, MCL and AHC re: discovery demands to Trustee and DTC | 0.50 | 197.50 | AMB | |
| | Avoidance Action Litigation: Revise discovery Demands to Trustees and DTC | 0.70 | 276.50 | AMB | |
| | Avoidance Action Litigation: Review docs to obtain identity of missing trustees for Schedule C to DTC subpoena | 0.40 | 158.00 | AMB | |
| | Avoidance Action Litigation: T/c w/AHC re: revisions to Schedule C to DTC Subpoena | 0.70 | 276.50 | AMB | |
| | Avoidance Action Litigation; Email to/from AHC re: revisions to Schedule C to DTC subpoena | 0.20 | 79.00 | AMB | |
| | Avoidance Action Litigation; calls w/AMB re: discovery | 0.30 | 75.00 | AHC | |
| | Avoidance Action Litigation; edits to Trustee and Non-Party discovery | 6.20 | 1,550.00 | AHC | |
| | Avoidance Action Litigation; pull and review amended summons | 0.10 | 25.00 | AHC | |
| | Avoidance Action Litigation; numerous o/cs w/MCL re: discovery | 0.10 | 25.00 | AHC | |
| Nov-18-10 | Avoidance Action Litigation; Review/markup further revised drafts of expedited discovery; o/c w/AHC re: same | 0.80 | 440.00 | RRR | |
| | Fee/Employment Applications; Draft First Monthly Fee App | 2.50 | 1,375.00 | JNL | |
| | Fee/Employment Applications; Review and Revise First monthly fee app | 1.40 | 770.00 | JNL | |
| | Avoidance Action Litigation; Review NOA in adversary case | 0.10 | 55.00 | JNL | |
| | Avoidance Action Litigation; Review revised discovery | 0.40 | 220.00 | WFD | |
| | Avoidance Action Litigation; O/c w/RRR and AMB | 0.20 | 110.00 | WFD | |
| | Avoidance Action Litigation; Revised discovery to Trustee Defendants and DTC | 0.70 | 346.50 | MCL | |
| | Avoidance Action Litigation; review and revise schedules | 2.00 | 500.00 | AHC | |
| | Avoidance Action Litigation; o/cs w/RRR, MCL, AMB re: schedules | 0.20 | 50.00 | AHC | |
| | Avoidance Action Litigation: 11/16/10 letter from S. Shimshak re: Citibank and Pebble Creek, attn to saving same on the system and copy and distribute to WAM and the file | 0.20 | 24.00 | KLS | |
| Nov-19-10 | Avoidance Action Litigation: Review email from RRR to McMurray re: proposed expedited discovery in SPV action | 0.10 | 59.50 | WAM | |
| | Avoidance Action Litigation: Rrevise discovery to DTC and Trustees | 1.30 | 799.50 | PRD | |

| Invoice #: | Sample | Page   23 | | | | December |
|---|---|---|---|---|---|---|
| | Avoidance Action Litigation; Review/markup further revised discovery requests: revise/send MCL's draft email to client w/drafts | | 1.70 | 935.00 | RRR | |
| | Fee/Employment Applications; Finalize Fee App | | 1.00 | 550.00 | JNL | |
| | Avoidance Action Litigation; Attn to discovery | | 0.30 | 165.00 | WFD | |
| | Avoidance Action Litigation; Revise discovery to Trustee Defendants and DTC | | 1.60 | 792.00 | MCL | |
| | Avoidance Action Litigation; Fact research re: ISIN | | 0.50 | 247.50 | MCL | |
| | Avoidance Action Litigation; Draft cover email to client re: draft discovery | | 0.30 | 148.50 | MCL | |
| | Avoidance Action Litigation; T/cs w/A. Bodler from EPIQ re: service of process | | 0.80 | 316.00 | AMB | |
| | Avoidance Action Litigation; Review emails from RRR to L. McMurray re: reviewing discovery requests to Trustee and DTC | | 0.10 | 39.50 | AMB | |
| | Avoidance Action Litigation; Review Blacklines of discovery w/PRD's comments | | 0.20 | 79.00 | AMB | |
| | Avoidance Action Litigation; Review emails from MCL and AHC re: revisions to discovery | | 0.30 | 118.50 | AMB | |
| | Avoidance Action Litigation; T/c w/S. Collings re: service of process | | 0.10 | 39.50 | AMB | |
| | Avoidance Action Litigation; Review EPIQ affidavits of service | | 0.10 | 39.50 | AMB | |
| | Avoidance Action Litigation; finalize schedules for client review | | 2.00 | 500.00 | AHC | |
| Nov-21-10 | Avoidance Action Litigation; Attn to discovery, service issues | | 0.30 | 165.00 | WFD | |
| Nov-22-10 | Avoidance Action Litigation:  Review emails between RRR and McMurray re: initial round of discovery requests | | 0.10 | 59.50 | WAM | |
| | Avoidance Action Litigation Review emails from Locke and RRR re: discovery | | 0.10 | 39.50 | AMB | |
| | Avoidance Action Litigation; Revise discovery to be served on trustees and DTC | | 4.40 | 1,738.00 | AMB | |
| | Avoidance Action Litigation; Emails to/from RRR and MCL re: serving discovery | | 0.10 | 39.50 | AMB | |
| | Avoidance Action Litigation; Email to/from AHC re: assignments | | 0.10 | 39.50 | AMB | |
| | Avoidance Action Litigation; draft discovery demands for remaining Trustees | | 1.00 | 250.00 | AHC | |
| | Avoidance Action Litigation: Scan Citibank's Notice of Appearance/Request for Notices and Papers and Corporate Disclosure Statement received by mail from Paul Weiss, save same on the system and email same to the team | | 0.20 | 24.00 | KLS | |

| Invoice #: | Sample | Page | 24 | | | December |
|---|---|---|---|---|---|---|
| Nov-23-10 | Avoidance Action Litigation; Conf call w/L. McMurray, team re: tactical decisions re: Complaint; follow up o/cs w/team re: same | | 0.40 | 220.00 | RRR | |
| | Avoidance Action Litigation; O/c w/AMB re: service issues/finalize discovery | | 0.80 | 440.00 | WFD | |
| | Avoidance Action Litigation; O/c w/WFD re: service of process | | 0.10 | 39.50 | AMB | |
| | Avoidance Action Litigation; Coordinate serving discovery | | 0.40 | 158.00 | AMB | |
| Nov-24-10 | Avoidance Action Litigation; Attn to finalizing subpoenas, disc requests | | 0.40 | 220.00 | WFD | |
| | Avoidance Action Litigation; finalize and coordinate Lehman Discovery | | 1.50 | 592.50 | AMB | |
| | Avoidance Action Litigation; Review of Motion of Lehman Brothers Holdings Inc. to Enter into Settlement Agreement with Respect to Heritage Fields Property and to Consummate Transactions in Connection Therewith | | 0.40 | 140.00 | JDG | |
| | Avoidance Action Litigation; Review and analysis of Debtors' Motion for Approval of a Settlement Among Lehman Brothers Special Financing Inc., BNY Corporate Trustee Services Limited, Perpetual Trustee Company Limited, and Others, Relating to Certain Swap Transactions | | 0.50 | 175.00 | JDG | |
| | Avoidance Action Litigation; review, edit and finalize Lehman discovery and obtain WFD signatures for same | | 2.00 | 500.00 | AHC | |
| | Avoidance Action Litigation; finalize PDFs of Lehman discovery | | 0.70 | 175.00 | AHC | |
| Nov-29-10 | Avoidance Action Litigation: Review email from RRR to client w/initial wave of discovery | | 0.10 | 59.50 | WAM | |
| | Avoidance Action Litigation; T/c w/Ambac's counsel re: First Department decisions, strategic implications, potential next steps | | 0.50 | 275.00 | RRR | |
| | Avoidance Action Litigation; Email to client w/copies of expedited discovery served in distributed SPV avoidance class action; emails w/team members re: same | | 0.30 | 165.00 | RRR | |
| | Avoidance Action Litigation; Attn to service | | 0.60 | 330.00 | WFD | |
| | Avoidance Action Litigation; Internal communications re: serving discovery on Trustees and DTC | | 0.40 | 198.00 | MCL | |
| | Avoidance Action Litigation; O/cs w/AHC re: serving discovery | | 0.20 | 79.00 | AMB | |
| | Avoidance Action Litigation; Review email from RRR to L. McMurray re service of doc demands | | 0.10 | 39.50 | AMB | |

| Invoice #: | Sample | Page | 25 | | | December |
|---|---|---|---|---|---|---|
| | Avoidance Action Litigation; Prep of cover letters re: service of discovery to process servers from NY, NC and MD | | 0.20 | 79.00 | AMB | |
| | Avoidance Action Litigation; T/c w/Process Servers from NY, NC, MA and MD re: service of process | | 0.30 | 118.50 | AMB | |
| | Avoidance Action Litigation; Prep of cover letters to Trustees and DTC re: service of process | | 0.20 | 79.00 | AMB | |
| | Avoidance Action Litigation; Emails to/from AHC and EPIQ re: service of process | | 0.20 | 79.00 | AMB | |
| | Avoidance Action Litigation; O/c w/MEB and RRR re: serving discovery | | 0.50 | 197.50 | AMB | |
| | Avoidance Action Litigation; prep of discovery and coordination of service of same | | 5.90 | 2,330.50 | AMB | |
| | Avoidance Action Litigation; finalize Lehman discovery | | 7.00 | 1,750.00 | AHC | |
| | Avoidance Action Litigation; coordinate and o/cs w/AMB re: discovery | | 0.20 | 50.00 | AHC | |
| | Avoidance Action Litigation; emails w/Epiq team re: serving of discovery | | 0.10 | 25.00 | AHC | |
| | Avoidance Action Litigation; Prep and assemble docs to be served; proof letter from AMB to H. Goldman at process server DLS; attempt to deliver docs to be served to DLS (earlier closing) | | 4.70 | 517.00 | MEB | |
| | Avoidance Action Litigation; Tab and prepare copies for service | | 0.60 | 66.00 | KJD | |
| | Avoidance Action Litigation; Assist AMB and AHC w/discovery responses and logistical issues re: same | | 1.30 | 156.00 | KLS | |
| Nov-30-10 | Avoidance Action Litigation; Review initial wave of expedited discovery docs | | 0.70 | 385.00 | JNL | |
| | Avoidance Action Litigation; Internal communications re: serving discovery on Trustees | | 0.30 | 148.50 | MCL | |
| | Avoidance Action Litigation; O/cs w/AHC re: service of discovery | | 0.30 | 118.50 | AMB | |
| | Avoidance Action Litigation; T/cs w/process server from NC | | 0.30 | 118.50 | AMB | |
| | Avoidance Action Litigation; Review emails from JNL re: BNY Mellon decision | | 0.10 | 39.50 | AMB | |
| | Avoidance Action Litigation; Numerous emails to/from EPIQ re: service of discovery | | 0.10 | 39.50 | AMB | |
| | Avoidance Action Litigation; create chart to keep track of discovery and service | | 0.80 | 200.00 | AHC | |
| | Avoidance Action Litigation; o/cs w/AMB re: discovery | | 0.10 | 25.00 | AHC | |

| Invoice #: | Sample | Page | 26 | | | December |
|---|---|---|---|---|---|---|
| | Avoidance Action Litigation: t/c w/C. Fallon of Epiq re: service | | 0.10 | 25.00 | AHC | |
| | Avoidance Action Litigation: review and update Epiq service list and docket re: same | | 0.30 | 75.00 | AHC | |
| | Avoidance Action Litigation: Docs to be served to process server DLS | | 1.40 | 154.00 | MEB | |
| | Avoidance Action Litigation: T/cs w/DLS re: status of docs to be served | | 0.20 | 22.00 | MEB | |
| | Avoidance Action Litigation: Verify address of process server. Send out payment via Fed Ex | | 0.20 | 22.00 | KJD | |
| | Avoidance Action Litigation: O/c w/AMB and attn to processing of payment to Clark & Associates for investigative services | | 0.10 | 12.00 | KLS | |
| | **MATTER TOTALS:** | | 145.00 | $54,064.50 | | |
| | Totals | | 304.10 | $129,672.00 | | |

# EXHIBIT B

| **DISBURSEMENTS** | **Disbursements** | **Receipts** |
| --- | --- | --- |

| | | |
| --- | --- | --- |
| MATTER: | **4715-003** | |
| RE: | Koch Avoidance Litigation | |
| | Photocopies | 99.60 |
| Nov-30-10 | Lexis Nexis Inv. # 10111020372 | 0.91 |
| | MATTER TOTALS: | $100.51 |
| MATTER: | **4715-002** | |
| RE: | Goldman Sachs Claims Dispute | |
| Nov-30-10 | Lexis Nexis Inv. # 10111020372 | 21.74 |
| | MATTER TOTALS: | $21.74 |
| MATTER: | **4715-004** | |
| RE: | CEAGO Avoidance Action | |
| | Photocopy Expense | 48.90 |
| Nov-30-10 | Lexis Nexis Inv. # 10111020372 | 52.78 |
| | Lexis Nexis Inv. # 10111020372 | 7.32 |
| | Lexis Nexis Inv. # 10111020372 | 5.86 |
| | MATTER TOTALS: | $114.86 |
| MATTER: | **4715-001** | |
| RE: | SPV Avoidance Litigation | |
| | Federal Express Inv # | 125.49 |

Invoice #:        Sample

Page    27                                                                        December

| Date | Description | Amount | |
|---|---|---|---|
| Nov-09-10 | Velobinding | | |
| Nov-12-10 | Elite (Car Service) Inv. # 1433115-   AMB | 1.00 | |
| Nov-17-10 | Working Dinner s- AC | 100.00 | |
| | Working Dinner s- AC | 6.50 | |
| | Working Dinner s- AC | 8.59 | |
| | Working Dinner s- AC | 11.75 | |
| Nov-26-10 | Elite (Car Service) Inv. # 1434935-   AMB | 7.81 | |
| Nov-29-10 | Witness Fee and Mileage | 100.00 | |
| | Process Serving Fees | 50.00 | |
| Nov-30-10 | Investigative Services | 150.00 | |
| | | 140.00 | |
| | MATTER TOTALS: | | |
| | | $701.14 | |

| | | | |
|---|---|---|---|
| Totals | | $938.25 | $0.00 |
| **Total Fees & Disbursements** | | | $130,610.25 |
| Previous Balance | | | |
| Previous Payments | | | $0.00 |
| | | | $0.00 |
| **Balance Due Now** | | | $130,610.25 |