# EXHIBIT F

**Hearing Date: To Be Determined, 2011**
**Objection Date: To Be Determined, 2011**

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
Paul R. DeFilippo
James N. Lawlor

Special Litigation Counsel
for the Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ———————————————————— x | |
| In re: : | Chapter 11 |
| : | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* : | |
| : | |
| Debtors. : | |
| ———————————————————— x | |

## CERTIFICATION OF JAMES N. LAWLOR IN SUPPORT OF THE FIRST INTERIM FEE APPLICATION OF WOLLMUTH MAHER & DEUTSCH LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD OCTOBER 1, 2010 THROUGH JANUARY 31, 2011

I, James N. Lawlor, am a member of the firm of Wollmuth Maher & Deutsch LLP

(the "Applicant"), special litigation counsel for Lehman Brothers Holdings, Inc.

("LBHI") and its affiliated debtors in the above-captioned chapter 11 cases (collectively,

the "Debtors") pursuant to an order of this Court. This certification is made in support of

the Applicant's First Interim Fee Application (the "Application") seeking (i) allowance of

compensation for professional legal services rendered in the aggregate amount of

$918,389.25, (ii) allowance of reimbursement for actual and necessary expenses incurred

in the aggregate amount of $34,270.94, and (iii) payment of the twenty percent (20%)

holdback withheld from payments of monthly statements, as special litigation counsel to

the Debtors for the period commencing October 1, 2010 through and including January

31, 2011 (the "Interim Fee Period"), pursuant to sections 330 and 331 of title 11 of the

United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-

1 of the Local Rules for the United States Bankruptcy Court for the Southern District of

New York, the Fourth Amended Order Pursuant to Sections 105(a) and 331 of the

Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim

Monthly Compensation and Reimbursement of Expenses of Professionals dated April 14,

2011 [Docket No. 15997] (as amended from time to time, the "Compensation Order"),

the Amended Guidelines for Fees and Disbursements for Professionals in Southern

District of New York Bankruptcy Cases (the "Amended Guidelines") and the guidelines

promulgated by United States Trustee's Office ("UST Guidelines") for applications for

compensation and reimbursement of expenses filed under 11 U.S.C. §§ 330.

     I certify that I have read the Application and that, to the best of my knowledge,

information and belief formed after reasonable inquiry, (a) the Application and the fees

and disbursements sought therein comply or substantially comply with the foregoing

rules, the Compensation Order, the Amended Guidelines and the UST Guidelines, (b) the

fees and disbursements sought in the Application are billed at rates and in accordance

with practices customarily employed by the Applicant and generally accepted by the

Applicant's clients, and (c) in providing a reimbursable service, the Applicant does not

make a profit on the service, whether the service is performed by the Applicant in-house or through a third party.


Dated:  June 2, 2011
         New York, New York

                              Respectfully submitted,

                              By: /s/ James N. Lawlor _____
                              William A. Maher
                              Paul R DeFilippo
                              James N. Lawlor
                              WOLLMUTH MAHER & DEUTSCH LLP
                              500 Fifth Avenue
                              New York, New York 10110
                              Telephone: (212) 382-3300
                              Facsimile: (212) 382-0050

                              Special Counsel for the
                              Debtors and Debtors-in-Possession