## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

In re:                                        :

LEHMAN BROTHERS HOLDINGS INC., *et al.*        :

Debtors.                                       :

——————————————————————— x

Chapter 11

Case No. 08-13555 (JMP)

## ORDER APPROVING THE FIRST INTERIM FEE APPLICATION OF WOLLMUTH MAHER & DEUTSCH LLP AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD OCTOBER 1, 2010 THROUGH JANUARY 31, 2011

Upon the First Interim Fee Application (the "Application")[1] of Wollmuth Maher &

Deutsch LLP ("Wollmuth" or the "Firm"), special litigation counsel for Lehman Brothers

Holdings, Inc., and its affiliated debtors in the above-captioned chapter 11 cases (collectively,

the "Debtors"), seeking (i) allowance of compensation for professional legal services rendered in

the aggregate amount of $918,389.25, (ii) allowance of reimbursement for actual and necessary

expenses incurred in the aggregate amount of $34,270.94, and (iii) payment of the twenty

percent (20%) holdback withheld from payments of Monthly Statements, for the period

commencing October 1, 2010 through and including January 31, 2011 (the "Interim Fee

Period"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy

Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

Rule 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District

of New York, and the Fourth Amended Order Pursuant to Sections 105(a) and 331 of the

Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly

Compensation and Reimbursement of Expenses of Professionals dated April 14, 2011 [Docket

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Application.

No. 15997] (as amended from time to time, the "Compensation Order"); and due and proper

notice and service of the Application having been given; and due consideration having been

given to any responses thereto; and any objections to the Application having been withdrawn,

resolved or overruled on the merits; and sufficient cause having been shown therefor;

IT IS, on this _____ day of _____, 2011,

**ORDERED** that:

1.      The Application is granted and approved in all respects and to the extent set forth

herein and in Schedule "A(1)" and Schedule "A(2)" hereto.

2.      Wollmuth is authorized to apply against such amounts the amounts previously

paid to it, pursuant to the Firm's Monthly Statements, in respect of the Interim Fee Period

pursuant to the Fee Committee Order and the Compensation Order.

3.      In accordance with the foregoing, the Debtors are authorized and directed to pay

to the Firm the twenty percent (20%) holdback withheld from the payment of Firm's Monthly

Statements in the amount of $183,677.85.

4.      This Court shall retain jurisdiction to hear and determine all matters arising from

or related to this Order.

5.      No further or additional notice of the Application is required.


Dated: _____ __, 2011
        New York, New York


                                    _____
                                    HONORABLE JAMES M. PECK
                                    UNITED STATES BANKRUPTCY JUDGE

**Schedule A(1)**

Case No.: 08-13555
Case Name: Lehman Brothers Holdings Inc., et al.

## CURRENT INTERIM FEE PERIOD:  OCTOBER 1, 2010 TO JANUARY 31, 2011

| APPLICANT | DATE/DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Wollmuth Maher & Deutsch LLP | 6/2/2011 - First Interim Fee Application | $918,389.25 | | $34,270.94 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DATE: _____

INITIALS: _____ USBJ

SCHEDULE A(1)

**Schedule A(2)**

.

Case No.: 08-13555
Case Name: Lehman Brothers Holdings Inc., et al.

## SUMMARY: ALL INTERIM FEE PERIODS
### (INCLUDING THIS PERIOD)

| APPLICANT | TOTAL FEES REQUESTED * | TOTAL FEES AWARDED ** | TOTAL EXPENSES REQUESTED | TOTAL EXPENSES AWARDED |
|---|---|---|---|---|
| Wollmuth Maher & Deutsch LLP | $918,389.25 | | $34,270.94 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

* Includes fees previously but not awarded (held back fees).
** Fees held back are treated as not having been awarded.

SCHEDULE A(2)

DATE: _____

INITIALS: _____ USBJ