# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 121 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | ALTIDOR, FRITZNER L.<br>514 UNION ST.<br>LINDEN, NJ 07036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27385 | $1,977.99 |
| 2 | ALTOMARE, NICHOLAS<br>76 FENNIMORE AVE<br>YONKERS, NY 10701 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27554 | $624.00 |
| 3 | ARAMAYO, LUIS<br>6038 HIGHLAND PL.<br>WEST NEW YORK, NJ 07093 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26419 | $37,403.00 |
| 4 | ASARO, DONNA M.<br>155 EAST 38TH ST<br>APT 5F<br>NEW YORK, NY 10016 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27267 | $222.65 |
| 5 | AXELROD, STUART<br>412 CHURCH AVE<br>CEDARHURST, NY 11516-1708 | | Lehman No Case Asserted/All Cases Asserted | 09/10/2009 | 11252 | $82,000.00 |
| 6 | BADALUCCO, LOUISE<br>199 MILLARD AVENUE<br>WEST BABYLON, NY 11704 | | Lehman No Case Asserted/All Cases Asserted | 09/15/2009 | 12742 | $8,999.04 |
| 7 | BARRY, NANCY E.<br>166 EAST 61ST STREET<br>#8C<br>NEW YORK, NY 10021 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13326 | $8,998.37 |
| 8 | BASCH, CHRISTINA<br>3133 BRIGHTON 7TH STREET<br>#3CL<br>BROOKLYN, NY 11235 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23772 | Undetermined |
| 9 | BERSHTEIN, JULIA<br>374 RAHWAY RD<br>EDISON, NJ 08820 | | Lehman No Case Asserted/All Cases Asserted | 09/15/2009 | 13085 | $30,294.70 |

\* - Indicates claim contains unliquidated and/or undetermined amounts                                    Page 1 of 12

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 121 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 10 | BESS, DONNA E.<br>1777 GRAND CONCOURSE<br># 4E<br>BRONX, NY 10453 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26416 | $51,858.82 |
| 11 | BLAKESLEE, THOMAS P.<br>3 THORNBROOK LANE<br>BEDFORD, NY 10506 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27270 | $18,553.12 |
| 12 | BOILES, NANCY L.<br>19 THOMAS PAINE RD<br>CONVENT STATION, NJ 07961 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24159 | Undetermined |
| 13 | CALABRESE, JENNIFER<br>157 SERRELL AVENUE<br>STATEN ISLAND, NY 10312 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28433 | Undetermined |
| 14 | CASELLA, LORIE<br>505 E 79 ST<br>APT 4F<br>NEW YORK, NY 10075 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27454 | $11,382.00 |
| 15 | CASTRO, DANIEL<br>2145 19TH ST<br>ASTORIA, NY 11105 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30016 | $15,700.00 |
| 16 | CATALANO, JULIE ANN<br>109 NANCY LANE<br>CHESTER, NY 10918 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31387 | Undetermined |
| 17 | COHEN, ELIAS<br>235 W 70TH STREET<br>APT 5D<br>NEW YORK, NY 10023 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18296 | $5,929.54 |
| 18 | COPPERWAITE, PAUL R.<br>397 HURST ROAD<br>BEXLEYHEATH<br>KENT, DA5 3LG<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11053 | $6,050.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 121 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 19 | DALY, KIMBERLY<br>251 EAST 51ST STREET, APT 6H<br>NEW YORK, NY 10022 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28352 | $3,996.26 |
| 20 | DHRUV PURI<br>271 WEST 47TH STREET<br>APARTMENT 8F<br>NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18162 | $9,323.62 |
| 21 | DIAZ, AGNES<br>23 ARGO AVE<br>ELMONT, NY 11003 | | Lehman No Case Asserted/All Cases Asserted | 09/11/2009 | 11570 | $8,966.33 |
| 22 | DIMILTA, TERESA<br>35-02 21 AVENUE<br>ASTORIA, NY 11105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/30/2009 | 65748 | $8,996.59 |
| 23 | DURRANT, SHARON MRS.<br>14 WHITMORE CRESCENT<br>CHELMSFORD<br>ESSEX, CM2 6YN<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/11/2009 | 11430 | $4,840.00 |
| 24 | DURRANT, STEVEN A<br>14 WHITMORE CRESCENT<br>CHELMSFORD, ESSEX, CM26YN<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/08/2009 | 10642 | $5,005.00 |
| 25 | EINSTOSS, JUDITH A.<br>21 LANCASTER AVENUE<br>1ST FLOOR<br>BROOKLYN, NY 11223 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/24/2009 | 9022 | $1,510.61 |
| 26 | EWOBARE, RUTH SODJE<br>824 MARC DRIVE<br>NORTH BRUNSWICK, NJ 08902 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27562 | $31,736.99 |
| 27 | FIDELIA, NADJA<br>626 WEST 147TH STREET<br>NEW YORK, NY 10031 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33208 | $871,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts                                                                 Page 3 of 12

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 121 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 28 | FOGEL, DARREN<br>164 FOX MEADOW ROAD<br>SCARSDALE, NY 10583 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23787 | Undetermined |
| 29 | FOUNTAINE, PETER<br>2979 AVE S<br>BROOKLYN, NY 11229 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 29464 | Undetermined |
| 30 | FOX, DIANE K<br>10 DOWNING ST. 3U<br>NEW YORK, NY 10014 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28438 | $8,999.22 |
| 31 | GABRIELSON, SETH<br>360 E 65TH APT 12C<br>NEW YORK, NY 10021 | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 14830 | $1,963.96 |
| 32 | GAMBALE, DONNA<br>1 BIRCH HILL ROAD<br>FREEHOLD, NJ 07728 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13934 | $5,469.06 |
| 33 | GANIM, ROBERT M.<br>29 WESTCHESTER AVENUE<br>JERICHO, NY 11753 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 19645 | $40,810.38 |
| 34 | GEER JR., JOHN F.<br>575 MILL PLAIN ROAD<br>FAIRFIELD, CT 06824 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20205 | $7,998.82 |
| 35 | GILBERT, FRANCINE<br>6 BAUER PLACE<br>WESTPORT, CT 06880 | | Lehman No Case Asserted/All Cases Asserted | 08/28/2009 | 9696 | $60,000.00 |
| 36 | GOLDADE, SANDRA K.<br>1053 S FRASER WAY<br>AURORA, CO 80012 | | Lehman No Case Asserted/All Cases Asserted | 05/26/2009 | 4560 | $7,123.74 |
| 37 | GORMAN, DOUGLAS<br>164 NORMAN AVE #3A<br>BROOKLYN, NY 11222 | | Lehman No Case Asserted/All Cases Asserted | 09/15/2009 | 12659 | $748.31 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 121 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 38 | GUILLEN-MORIN, JEANETTE<br>566 WEST 159TH STREET # 21<br>NEW YORK, NY 10032 | | Lehman No Case Asserted/All Cases Asserted | 09/16/2009 | 13936 | $7,893.06 |
| 39 | HALL, OTTMAR A.<br>1829 LACOMBE AVENUE<br>BRONX, NY 10473 | | Lehman No Case Asserted/All Cases Asserted | 09/14/2009 | 12359 | Undetermined |
| 40 | HARLOW, MICHAEL E.<br>667 W VALLEYVIEW AVE<br>LITTLETON, CO 80120 | | Lehman No Case Asserted/All Cases Asserted | 07/24/2009 | 6068 | $743.45 |
| 41 | HAYES, SANDRA G<br>254 COLLFIELD AVE<br>STATEN ISLAND, NY 10314-1930 | | Lehman No Case Asserted/All Cases Asserted | 08/03/2009 | 6961 | Undetermined |
| 42 | HAYES, SANDRA G.<br>254 COLLFIELD AVE<br>STATEN ISLAND, NY 10314 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/03/2009 | 6962 | Undetermined |
| 43 | HERRMANN, DAVID L.<br>804 MAPLE GLEN LANE<br>WAYNE, PA 19087 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33211 | $17,881.29* |
| 44 | HIRD-HAUGHTON, MARJORIE<br>6 DONALD COURT<br>ELMONT, NY 11003 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6191 | Undetermined |
| 45 | HORNER, BRIAN<br>110 HORATIO ST<br>#111<br>NEW YORK, NY 10014 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 27272 | $7,288.00 |
| 46 | HUNN, JEFFREY W.<br>3511 STEPHEN LANE<br>WANTAGH, NY 11793 | | Lehman No Case Asserted/All Cases Asserted | 09/11/2009 | 11508 | $3,832.84 |
| 47 | INCAO, PAUL M.<br>3 AMHERST PLACE<br>UPPER MONTCLAIR, NJ 07043 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15392 | $19,447.61 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 121 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 48 | INGRAM, EARON M.<br>1455 S. IVY WAY<br>DENVER, CO 80224 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 01/29/2009 | 2329 | $3,701.26 |
| 49 | JAO, ANDREA T.<br>77 SEVENTH AVE.<br>APT. 10-S<br>NEW YORK, NY 10011 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 07/15/2009 | 5339 | $21,195.20 |
| 50 | JONATHAN, CONTRACT<br>33 EASTERN DRIVE<br>ARDSLEY, NY 10502 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 07/20/2009 | 5642 | $26,779.00 |
| 51 | JONES, ELLEN KAY<br>5681 S ESTES WAY<br>LITTLETON, CO 80123 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 01/30/2009 | 2339 | $9,608.71 |
| 52 | JOSEPH, SARAH KATHLEEN<br>45 WALTHAM AVENUE<br>SURREY<br>GUILFORD, GU2 9QF<br>UNITED KINGDOM | | **Lehman No Case Asserted/All Cases Asserted** | 09/18/2009 | 16287 | $17,934.00 |
| 53 | JUNG, JENNIFER<br>327 W. 30TH ST, APT 4J<br>NEW YORK, NY 10001 | | **Lehman No Case Asserted/All Cases Asserted** | 09/15/2009 | 13013 | $8,084.04 |
| 54 | KARR, RAYMOND P.<br>16494 E. POWERS AVENUE<br>CENTENNIAL, CO 80015 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 01/29/2009 | 2356 | $792.44 |
| 55 | KENNEY, JUDITH A<br>40 WEST 77TH STREET<br>APT. 11D<br>NEW YORK, NY 10024 | | **Lehman No Case Asserted/All Cases Asserted** | 09/16/2009 | 13928 | $599,548.00 |
| 56 | KINNALY, RAYMOND J<br>3924 220TH ST<br>BAYSIDE, NY 11361-2348 | | **Lehman No Case Asserted/All Cases Asserted** | 09/14/2009 | 11975 | $10,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 121 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 57 | KLOPSIS, NICHOLAS<br>18 STUYVESANT ROAD<br>OAKDALE, NY 11769 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36838 | $999.96 |
| 58 | KRUPUIN, ALEXANDER<br>1921 AVE. K, #E6<br>BROOKLYN, NY 11230 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20776 | $7,999.00 |
| 59 | LAURIE, EVELYN T.<br>3250 S TOWN CENTER DRIVE<br>APT 3010<br>LAS VEGAS, NV 89135 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/19/2009 | 9019 | $60,000.00* |
| 60 | LAWRENCE, BLAIR<br>230 E 27TH ST, APT G<br>NEW YORK, NY 10016 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18932 | $973.00 |
| 61 | LEMOND, BEVERLY R.<br>703 BUTTERMILK DRIVE<br>ARLINGTON, TX 76006 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 19853 | $12,668.46 |
| 62 | LENHART, DEBORAH A.<br>16494 E. POWERS AVENUE<br>CENTENNIAL, CO 80015 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2369 | $42,369.33 |
| 63 | LENHART, CAROL S<br>1340 R ST<br>GERING, NE 69341 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31631 | Undetermined |
| 64 | LEVY, PATRICK R<br>30 TONBURY WAY<br>ROTHWELL<br>NORTH HAMPSHIRE, NN14 6BG<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/19/2009 | 8752 | Undetermined |
| 65 | LLOYD, MELINDA L<br>215 EAST 68TH STREET<br>APT. 4Y<br>NEW YORK, NY 10021 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23711 | $262,738.39 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 121 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 66 | LOPRESTI, DEANA<br>48 BOATWORK DR.<br>BAYONNE, NJ 07002 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 34274 | Undetermined |
| 67 | MAIONE, CYANNE<br>262 HOLLYWOOD AVE<br>FAIRFIELD, NJ 07004 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 22116 | $8,999.79 |
| 68 | MCCORMAC, CYNTHIA<br>28 RIVERSDALE ROAD<br>HIGHBURY<br>LONDON, N52JT<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 24906 | $60,000.00 |
| 69 | MCDONALD, DOUGLAS S.<br>1609 WALNUT AVENUE<br>MANHATTAN BEACH, CA 90266 | | Lehman No Case Asserted/All Cases Asserted | 08/24/2009 | 9138 | $4,500.00* |
| 70 | MCENTEE, OWEN F., JR.<br>2564 MILBURN AVENUE<br>BALDWIN, NY 11510-3627 | | Lehman No Case Asserted/All Cases Asserted | 09/14/2009 | 12295 | $18,964.24 |
| 71 | MCGOVERN, JOHN M<br>17E. 13TH STREET, 4A<br>NEW YORK, NY 10003 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28350 | $4,999.66 |
| 72 | MCPARTLAND, NOUREEN<br>920 PELHAMDALE AVE<br>APT B2H<br>PELHAM, NY 10803 | | Lehman No Case Asserted/All Cases Asserted | 09/17/2009 | 15166 | $3,119.28 |
| 73 | MILAZZO, JANINNE<br>308 EAST 49TH ST<br>#3C<br>NEW YORK, NY 10017 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17893 | $8,999.72 |
| 74 | MOLDAVER, ALEKSANDR<br>435 NEPTUNE AVENUE<br>APT. 18G<br>BROOKLYN, NY 11224 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25529 | $9,490.51 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 121 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 75 | MOORMANN, DIANE KELLY<br>6612 W ELDORADO PLACE<br>DENVER, CO 80227 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2367 | $754.14 |
| 76 | MORRIS, DAVID C. SAVINGS A/C 401K<br>5203 BRAEBURN DRIVE<br>BELLAIRE, TX 77401 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31985 | $19,617.88 |
| 77 | MORRISON, E. VICTORIA<br>3912 ALCAZAR DR.<br>CASTLE ROCK, CO 80109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2373 | $6,819.85 |
| 78 | MOUM, FRANCESCA S.<br>214 LINDEN AVENUE<br>WESTFIELD, NJ 07090 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31125 | $16,443.23 |
| 79 | MUINOS, BARBARA<br>10 GIMBALL ROAD<br>LITTLE EGG HARBOR, NJ 08087 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11045 | $8,000.00 |
| 80 | O'BRIEN, BARRY J<br>22 MEADOWBROOK ROAD<br>SHORT HILLS, NJ 07078-3316 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30535 | $10,247.33 |
| 81 | OLDS, MICHELE LYNN<br>8475 LIVERPOOL CIRCLE<br>LITTLETON, CO 80125 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2385 | $3,476.88 |
| 82 | PANJABI, GHANSHAM<br>9 NORMAN COURT<br>LIVINGSTON, NJ 07039 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/15/2009 | 5384 | $11,552.99 |
| 83 | PARKER, DEBORAH<br>1902 LYNTON CIRCLE<br>WELLINGTON, FL 33414 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26099 | $972.33 |
| 84 | QUIRK, JOSEPH S.<br>111 SOUTH VILLAGE AVENUE<br>ROCKVILLE CENTRE, NY 110 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 29945 | $3,931.37 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 121 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 85 | RABENOLD, DAVID<br>415 LEONARD STREET 2C<br>BROOKLYN, NY 11222 | | Lehman No Case Asserted/All Cases Asserted | 09/11/2009 | 11566 | $10,488.07 |
| 86 | RAO, MARK G.<br>11807 WILLOW BRANCH<br>ELLICOTT CITY, MD 21042 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/30/2009 | 6715 | $141,763.47 |
| 87 | RIZZO, CHARLES K.<br>14 ATLANTIC AVENUE- UNIT F<br>OCEAN CITY, NJ 08226 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6244 | Undetermined |
| 88 | ROBSON-CANTY, GERALDINE D.<br>61 BEECHWOOD TER<br>YONKERS, NY 10705-1704 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20288 | $15,819.70 |
| 89 | SANTIAGO, TRUDY<br>1469 E. 57TH STREET<br>BROOKLYN, NY 11234 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31419 | Undetermined |
| 90 | SCHAEFER, JAMES M<br>470 VILLAGE OAKS LANE<br>BABYLON, NY 11702 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 28458 | $15,327.83 |
| 91 | SCHREIER, MICHAEL<br>301 E 76TH ST<br>APT 12<br>NEW YORK, NY 10021 | | Lehman No Case Asserted/All Cases Asserted | 09/11/2009 | 11600 | $606.11 |
| 92 | SCHULZ, KELLY<br>11004 S. KEATING<br>#1B<br>OAK LAWN, IL 60453 | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 16018 | $8,175.21 |
| 93 | SCOPELLITO, ANN C.<br>191 TENAFLY PLACE<br>STATEN ISLAND, NY 10312 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 54847 | Undetermined |
| 94 | SHAPIRO, JILL ELIZABETH<br>442 PACING WAY<br>WESTBURY, NY 11590 | | Lehman No Case Asserted/All Cases Asserted | 08/07/2009 | 7632 | $2,469.20 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 121 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 95 | SIMPSON, ANDREA' <br> 2589 BEDFORD AVE <br> BROOKLYN, NY 11226 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13932 | $4,902.69 |
| 96 | STATHATOS, ELEFTERIA <br> 256 E MADISON AVE <br> CRESSKILL, NJ 07626 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30360 | $32,672.90 |
| 97 | STEFANONI, ANTHONY M. <br> 405 W. 23RD STREET <br> APARTMENT 5G <br> NEW YORK, NY 10011 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/31/2009 | 6881 | $61,666.79 |
| 98 | STEPHENSON, REBECCA <br> 10272 MOUNTAIN MAPLE DR <br> LITTLETON, CO 80129 | | Lehman No Case Asserted/All Cases Asserted | 09/11/2009 | 11471 | $47,915.00 |
| 99 | STEVENSON, AUTUMN LYN <br> 11857 E. FAIR AVE. <br> GREENWOOD VILLAGE, CO 80111 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/29/2009 | 2363 | $2,190.81 |
| 100 | STRICKLAND, CHARLES E. III <br> 2072 LEXINGTON ROAD <br> GREEN OAKS, IL 60048 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/04/2009 | 10430 | $1,804.00 |
| 101 | SUEN-LEE, THERESA <br> 52 THOMAS STREET APT 3B <br> NEW YORK, NY 10013 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24618 | $38,788.68 |
| 102 | SZOTT, GENEVIEVE MARY <br> 3318 NORTH LAKEWOOD STREET 2 <br> CHICAGO, IL 60657 | | Lehman No Case Asserted/All Cases Asserted | 09/03/2009 | 10188 | $2,673.30 |
| 103 | TABENSHLAK, NELLI <br> 3337 SEAWANE DR <br> MERRICK, NY 11566 | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 24714 | $40,378.81 |
| 104 | TERIACO, JACQUELINE <br> 625 WILLOW LANE <br> HOBOKEN, NJ 07030 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32768 | $78,535.34 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 121 – EXHIBIT 1: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 105 | TIETJEN, JOHN H.<br>15-19 209TH STREET<br>BAYSIDE, NY 11360 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 07/22/2009 | 5924 | $2,768.42 |
| 106 | TRACY, GRACE A.<br>35-31 85TH STREET<br>APARTMENT 5D<br>JACKSON HEIGHTS, NY 11372 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 07/20/2009 | 5755 | $6,320.00 |
| 107 | TUROCY, YOLANDA R<br>50 EAST 72ND STREET<br>APT. 14A<br>NEW YORK, NY 10021 | | **Lehman No Case Asserted/All Cases Asserted** | 08/06/2009 | 7498 | $64,396.05 |
| 108 | WALSH, SUSAN<br>228 EAST 25TH STREET<br>#7<br>NEW YORK, NY 10010 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 25242 | $4,000.00 |
| 109 | WAN, YI<br>36 FOX RUN<br>NEW PROVIDENCE, NJ 07974 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/22/2009 | 30635 | $8,000.00 |
| 110 | WITKIN, MICHAEL<br>17 TREBRIDGE CT<br>PRINCETON, NJ 08540 | | **Lehman No Case Asserted/All Cases Asserted** | 08/31/2009 | 9976 | $7,500.00 |
| 111 | WOO, JACK<br>2 JANET COURT<br>MORGANVILLE, NJ 07751 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 26190 | $96,148.72 |
| 112 | ZABBIA, JOEY MARIE<br>29 LANDVIEW DRIVE<br>DIX HILLS, NY 11746 | | **Lehman No Case Asserted/All Cases Asserted** | 09/15/2009 | 12705 | $12,577.89 |
| | | | | | TOTAL | $3,409,737.35 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 121 – EXHIBIT 2: RECLASSIFY PROOFS OF CLAIMS AS EQUITY INTERESTS – ADJOURNED CLAIMS

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | LYNCH, MARY A.<br>501 EAST 79TH ST<br>NEW YORK, NY 10075 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 26311 | Undetermined |
|   |   |   |   |   | TOTAL | Undetermined |