# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 124: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | AMTSGERICHT SAARBRNCKEN<br>DIENSTGEBAEUDE HEIDENKOPFERDELL<br>SAARBRUECKEN, 66104<br>GERMANY | | 08/13/2009 | 8173 | Undetermined | No Supporting Documentation Claim |
| 2 | ASARO, SALVATORE<br>36 OAK STREET<br>LINCROFT, NJ 07738 | | 07/16/2009 | 5446 | $8,000.00 | No Supporting Documentation Claim |
| 3 | LEVEN, AUREL<br>15-17 RUE VIVIENNE<br>PARIS, 75002<br>FRANCE | 08-13555 (JMP) | 09/21/2009 | 22157 | $477,397.00 | No Supporting Documentation Claim |
| 4 | MARCO, VOLPATO<br>VIA C. COLOMBO, 49<br>TREZZANO SUL NAVIGLIO (MI), 20090<br>ITALY | 08-13555 (JMP) | 03/20/2009 | 3430 | Undetermined | No Supporting Documentation Claim |
| 5 | PERLMAN, GERALD<br>5048 BROADWAY<br>WOODSIDE, NY 11377 | | 07/21/2009 | 5815 | Undetermined | No Supporting Documentation Claim |
| 6 | PIATTI, DANIELA<br>VIA B.M. CARCANO, 17/A<br>LOMAZZO (CO), CO 22074<br>ITALY | 08-13555 (JMP) | 03/20/2009 | 3431 | Undetermined | No Supporting Documentation Claim |
| 7 | RELIANCE TRUST COMPANY FBO<br>BEADLE, M.A. MAIN<br>PO BOX 48529<br>ATLANTA, GA 30362 | | 09/22/2009 | 31908 | $10,000.00* | No Supporting Documentation Claim |
| 8 | STATE UNIVERSITIES RETIREMENT SYSTEM OF ILLINOIS-SELECT INTERNATIONAL<br>C/O PYRAMIS GLOBAL ADVISORS<br>82 DEVONSHIRE STREET, OT3N3<br>BOSTON, MA 02109 | 08-13555 (JMP) | 09/21/2009 | 21536 | $5,000.00* | No Supporting Documentation Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 124: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS

|    | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|----|------|-------------|------------|---------|---------------------|----------------------------------|
| 9  | TAFOYA, EDWARD E<br>11023 N INDIGO DRIVE<br>FOUNTAIN HILLS, AZ 85268 | 08-13555 (JMP) | 08/26/2009 | 9424 | $4,898.00 | No Supporting Documentation Claim |
| 10 | VERSORGUNGSVERBAND, KOMMUNALER<br>BADEN-WURTTEMBERG<br>KORPERSCHAFT DES OFFENTLICHEN RECHTS<br>POSTFACH 10 01 61<br>KARLSRUHE, 76231<br>GERMANY | | 09/22/2009 | 31239 | $176,541.96 | No Supporting Documentation Claim |
| 11 | VOGEL, HAROLD J.<br>5 STRATHMORE TERRACE<br>FAIR LAWN, NJ 07410 | 08-13555 (JMP) | 01/15/2009 | 1755 | $5,575.00 | No Supporting Documentation Claim |
| 12 | WHITE, WILLIAM<br>24 WINDSOR RD<br>SUMMIT, NJ 07901 | 08-13555 (JMP) | 09/21/2009 | 25125 | $1,200,000.00 | No Supporting Documentation Claim |
| 13 | WILIS, JAMES E.<br>975 SIXTH AVENUE SOUTH<br>SUITE 200<br>NAPLES, FL 34102 | | 07/27/2009 | 6324 | $100,000.00 | No Supporting Documentation Claim |
|    |      |             |            | TOTAL   | $1,987,411.96       |                                  |

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 124: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | TESSMER, RICHARD<br>5983 TROPHY DRIVE, APT 1502<br>NAPLES, FL 34110 | 08-13555 (JMP) | 02/09/2009 | 2656 | $5,000.00 | No Supporting Documentation Claim |
| | | | | TOTAL | $5,000.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts