# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 128: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DIADEM CITY CDO LIMITED SERIES 2005-1 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONGDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17951 | Undetermined | Settled Derivatives Claim |
| 2 | DIADEM CITY CDO LIMITED SERIES 2005-1 C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQURE LONDON, E14 AL5 UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17952 | Undetermined | Settled Derivatives Claim |
| 3 | FRANCISCAN AT ST. LEONARD K/ N/ A ST. LEONARD 8100 CLYO ROAD CENTERVILLE, OH 45458 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31925 | $7,192,814.10* | Settled Derivatives Claim |
| 4 | FRANCISCAN AT ST. LEONARD K/ N/ A ST. LEONARD 8100 CLYO ROAD CENTERVILLE, OH, OH 45458 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 31926 | $7,192,814.10* | Settled Derivatives Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 128: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | FRANK RUSSELL MULTI- STRATEGY GLOBAL BOND FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1457 385 E. COLORADO BLVD. PASADENA, CA 91101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20924 | $190,324.80 | Settled Derivatives Claim |
| 6 | FRANK RUSSELL MULTI-STRATEGY GLOBAL BOND FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1457 385 E. COLORADO BLVD. PASADENA, CA 91101 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21056 | $190,324.80 | Settled Derivatives Claim |
| 7 | GMAM GROUP PENSION TRUST I - FOR THE ACCOUNT OF ALTERNATIVE HIGH YIELD BANK LOAN POOL - ACCT NO.6FPC C/O PROMARK INVESTMENT ADVISORS, INC. ATTN: MARK SZYCHER 767 FIFTH AVENUE BOSTON, MA 02110 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26428 | $10,370,862.00* | Settled Derivatives Claim |
| 8 | GMAM GROUP PENSION TRUST I FOR THE ACCOUNT OF ALTERNATIVE HIGH YIELD BANK LOAN POOL - ACCT. NO. 6FPC C/O PROMARK INVESTMENT ADVISORS, INC. ATTN: MARK SZYCHER 767 FIFTH AVENUE BOSTON, MA 02110 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26429 | $10,370,862.00* | Settled Derivatives Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 128: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | GMAM GROUP PENSION TRUST I FOR THE ACCOUNT OF GM STRUCTURED CREDIT OPPORTUNITY POOL - ACCT. NP. 6FDK C/O PROMARK INVESTMENT ADVISORS INC. 767 FIFTH AVENUE ATTN: MARK SZYCHER NEW YORK, NY 10153 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26427 | $7,836,599.00* | Settled Derivatives Claim |
| 10 | GMAM GROUP PENSION TRUST I FOR THE ACCOUNT OF GM STRUCTURED CREDIT OPPORTUNITY POOL - ACCT. NO. 6FDK C/O PROMARK INVESTMENT ADVISORS, INC ATTN: MARK SZYCHER 767 FIFTH AVENUE NEW YORK, NY 10153 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 29212 | $7,836,599.00* | Settled Derivatives Claim |
| 11 | JEWISH SENIORS AGENCY OF RHODE ISLAND ATTN: EXECUTIVE DIRECTOR JEWISH ELDER CARE OF RHODE ISLAND C/O JEWISH SENIORS AGENCY OF RHODE ISLAND 100 NIANTIC AVENUE PROVIDENCE, RI 02907-3119 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 08/04/2009 | 9573 | $10,771.49 | Settled Derivatives Claim |
| 12 | KENDAL ON HUDSON ATTN : JENNIFER ANDERSON, CFO 1010 KENDAL WAY SLEEPY HOLLOW, NY 10591 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31911 | Undetermined | Settled Derivatives Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 128: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | KENDAL ON HUDSON ATTN: JENNIFER ANDERSON, CFO 1010 KENDAL WAY SLEEPY HOLLOW, NY 10591 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 31912 | Undetermined | Settled Derivatives Claim |
| 14 | LONGACRE MASTER FUND II, LP TRANSFEROR: NYKREDIT BANK A/S ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK, NY 10019 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/09/2009 | 10947 | $10,549.23 | Settled Derivatives Claim |
| 15 | LONGACRE MASTER FUND II, LP TRANSFEROR: NYKREDIT BANK A/S ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK, NY 100193 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 08/11/2009 | 8031 | $10,549.23 | Settled Derivatives Claim |
| 16 | LOOMIS SAYLES MULTI-STRATEGY MASTER ALPHA, LTD. -MR. MICHAEL DALEY DIRECTOR OF FIXED INCOME OPERATIONS 25TH FLOOR, ONE FINANCIAL CENTER BOSTON, MA 02111 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 11/12/2008 | 589 | $25,583.40 | Settled Derivatives Claim |
| 17 | LOOMIS SAYLES MULTI-STRATEGY MASTER ALPHA, LTD. -MR. MICHAEL DALEY DIRECTOR OF FIXED INCOME OPERATIONS 25TH FLOOR, ONE FINANCIAL CENTER BOSTON, MA 02111 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/12/2008 | 590 | $25,583.40 | Settled Derivatives Claim |
| 18 | PACIFIC LIFE INSURANCE COMPANY 700 NEWPORT CENTER DR NEWPORT BEACH, CA 92660-6397 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30382 | $3,637,021.00 | Settled Derivatives Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 128: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 19 | PACIFIC LIFECORP 700 NEWPORT CENTER DRIVE NEWPORT BEACH, CA 92660 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30386 | $374,673.00 | Settled Derivatives Claim |
| 20 | PACIFIC LIFECORP 700 NEWPORT CENTER DRIVE NEWPORT BEACH, CA 92660 | 08-13905 (JMP) | CES Aviation LLC | 09/22/2009 | 30387 | $374,673.00 | Settled Derivatives Claim |
| 21 | PEARL FINANCE PLC - SERIES 2005-1 C/O BANK OF NEW YORK MELLON- LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25855 | $25,472,618.00* | Settled Derivatives Claim |
| 22 | PEARL FINANCE PLC - SERIES 2005-1 C/O BANK OF NEW YORK MELLON- LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25856 | $25,472,618.00* | Settled Derivatives Claim |
| 23 | RIC PLC THE GLOBAL BOND FUND C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE, WA 98101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30852 | $122,523.00 | Settled Derivatives Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 128: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 24 | TVO COACH HOUSE NORTH LLC ATTN: LEGAL DEPT C/O RESOURCE INVESTMENTS LIMITED, LLC 4300 HADDONFIELD ROAD, SUITE 314 PENNSAUKEN, NJ 08109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14705 | $15,507.17 | Settled Derivatives Claim |
| 25 | TVO COACH HOUSE SOUTH LLC ATTN: LEGAL DEPT C/O RESOURCE INVESTMENTS LIMITED, LLC 4300 HADDONFIELD ROAD, SUITE 314 PENNSAUKEN, NJ 08109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14704 | $38,770.20 | Settled Derivatives Claim |
| 26 | TVO CORINTH PLACE LLC ATTN: LEGAL DEPT C/O RESOURCE INVESTMENTS LIMITED, LLC 4300 HADDONFIELD ROAD, SUITE 314 PENNSAUKEN, NJ 08109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14703 | $8,722.63 | Settled Derivatives Claim |
| 27 | VIRGIN ISLANDS PUBLIC FINANCE AUTHORITY ATTN: MR JULITO FRANCIS RE: DERIVATIVE MASTER ACCOUNT NUMBER 092104VIPF PO BOX 430, EMANCIPATION GARDEN STATION ST. THOMAS, 00804-430 VIRGIN ISLANDS (U.S.) | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 30532 | Undetermined | Settled Derivatives Claim |
| | | | | | TOTAL | $106,781,362.55 | |

# EXHIBIT 2

### IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 128: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | NYKREDIT BANK A/S PLESNER LAW FIRM ATTN: ATTORNEY-AT-LAW SOREN TOFT BJERRESKOV AMERIKA PLADS 37 COPENHAGEN, DK-2100 DENMARK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/09/2009 | 10945 | $1,729,654.49 | Settled Derivatives Claim |
| | | | | | TOTAL | $1,729,654.49 | |