# EXHIBIT 1

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 8: EXHIBIT 1 – AMENDED & SUPERCEDED CLAIMS

| | **CLAIMS TO BE DISALLOWED** | | | | | **SURVIVING CLAIMS** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | FRYER, DANIEL J. 3 RIDGEWAY GARDENS WESTCLIFF ON SEA, SS08PZ UNITED KINGDOM | 09/21/2009 | 08-13555 (JMP) | 22911 | Undetermined | FRYER, DANIEL J. 3 RIDGEWAY GARDENS WESTCLIFF ON SEA ESSEX, SS0 8PZ UNITED KINGDOM | 09/21/2009 | | 22765 | $72,629.84 |
| | | | | TOTAL | $0.00 | | | | | |