# EXHIBIT 1

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 35: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | MF GLOBAL UK LIMITED C/O MF GLOBAL INC. ATTN: JOSEPH PUCCI, ESQ., VICE PRESIDENT AND GENERAL COUNSEL 440 SOUTH LASALLE STREET 440 SOUTH LASALLE STREET CHICAGO, IL 60605 | 18079 | 09/18/2009 | **Lehman Brothers Commercial Corporation** | Unsecured | $2,706,950.59 | **Lehman Brothers Commercial Corporation** | Unsecured | $1,600,000.00 |
| 2 | MF GLOBAL UK LIMITED C/O MF GLOBAL INC. ATTN: JOSEPH PUCCI, ESQ., VICE PRESIDENT AND GENRAL COUNSEL 440 SOUTH LASALLE STREET 440 SOUTH LASALLE STREET CHICAGO, IL 60605 | 18080 | 09/18/2009 | **Lehman Brothers Holdings Inc.** | Unsecured | $2,784,358.39 | **Lehman Brothers Holdings Inc.** | Unsecured | $1,600,000.00 |
| | | | | | TOTAL | $5,491,308.98 | | TOTAL | $3,200,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts