# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 103: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | MICROSOFT GLOBAL FINANCE ATTN: BENJAMIN ORNDORFF ONE MICROSOFT WAY REDMOND, WA 98052 | 25693 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $523,740.72 | Lehman Brothers Holdings Inc. | Unsecured | $523,740.72 |
| | | | | | TOTAL | $523,740.72 | | TOTAL | $523,740.72 |

\* - Indicates claim contains unliquidated and/or undetermined amounts