# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 112: EXHIBIT 1 – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BAWAG P.S.K. VERSICHERUNG AG C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 64108 | $2,835,000.00* | Invalid Blocking Number LPS Claim |
| 2 | CAUTERUCCI, EDUARDO; PERILLI, ADRIANA M. & CAUTERUCCI, MARIA F. C/O DAVID C. CAMERINI, ESQ. 825 THIRD AVENUE, 12TH FLOOR NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62778 | $200,000.00 | Invalid Blocking Number LPS Claim |
| | | | | | TOTAL | $3,035,000.00 | |