# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ADVANCED PLANNING CONCEPTS, INC. 1205 NORTHERN BOULEVARD MANHASSET, NY 11030 | 08-13555 (JMP) | 09/22/2009 | 31942 | $52,000.00 | No Liability Claim |
| 2 | ANWORTH MORTGAGE ASSET CORPORATION 1299 OCEAN AVE., SUITE 250 SANTA MONICA, CA 90401-1025 | 08-13555 (JMP) | 09/17/2009 | 15747 | $1,923,912.51* | No Liability Claim |
| 3 | BANK OF OKLAHOMA, N.A. C/O FREDERIC DORWART, LAWYERS ATTN: SAMUEL S. ORY 124 EAST FOURTH STREET TULSA, OK 74103 | 08-13555 (JMP) | 09/21/2009 | 24141 | $1,452,773.23 | No Liability Claim |
| 4 | BANK OF OKLAHOMA, N.A. C/O FREDERIC DORWART LAWYERS ATTN: SAMUEL S. ORY 124 EAST FOURTH STREET TULSA, OK 74103 | 08-13555 (JMP) | 09/21/2009 | 25229 | $46,559.00 | No Liability Claim |
| 5 | CHEN YAU YU, JULIA FLAT B, 23/F, BLOCK 2, BRAEMAR HILL MANSIONS 17 BRAEMAR HILL ROAD, NORTH POINT HONG KONG | 08-13888 (JMP) | 09/22/2009 | 31337 | $50,000.00 | No Liability Claim |
| 6 | CHEN YAU YU, JULIA FLAT B, 23/F, BLOCK 2, BRAEMAR HILL MANSIONS 17 BRAEMAR HILL ROAD, NORTH POINT HONG KONG | 08-13555 (JMP) | 09/22/2009 | 31338 | $50,000.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 7 | FIORILLI, MATTHEW & JUDY<br>6 HEATH DRIVE<br>BRIDGEWATER, NJ 08807 | 08-13893<br>(JMP) | 09/22/2009 | 31172[1] | $206,007.70 | No Liability Claim |
| 8 | HARRIS COUNTY HOSPITAL DISTRICT<br>DOUGLAS P. RAY<br>1019 CONGRESS, 15TH FLOOR<br>HOUSTON, TX 77002 | 08-13555<br>(JMP) | 03/13/2009 | 3434 | $5,574,617.85 | No Liability Claim |
| 9 | HEYMAN, MATTHEW D.<br>566 LUCERO AVENUE<br>PACIFIC PALISADES, CA 90272 | | 08/24/2009 | 9111[2] | $200,000.00 | No Liability Claim |
| 10 | MARINO, RALPH AND GAETANA<br>459 SUMMIT AVE<br>CARLSTADT, NJ 07072 | | 09/21/2009 | 21382[3] | $191,000.00 | No Liability Claim |
| 11 | MARTUSCELLO, MARY M<br>410 EAST 6TH STREET, APT 12 B<br>NEW YORK, NY 10009 | 08-13555<br>(JMP) | 09/21/2009 | 24968 | $46,000.00 | No Liability Claim |
| 12 | MC ASSET RECOVERY, LLC<br>C/O JEFF P. PROSTOK<br>777 MAIN STREET, SUITE 1290<br>FORT WORTH, TX 76102 | | 01/15/2009 | 1746 | Undetermined | No Liability Claim |

[1] Claim 31172 is being expunged solely with respect to its asserted claim totaling $36,053.85 for securities with ISIN No. US524908BE79.  The portion of Claim 31172 that is asserting a claim totaling $169,953.85 for securities with ISIN No. US524908HX14 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 31172 in the future.

[2] Claim 9111 is being expunged solely with respect to its asserted claim totaling $50,000 for securities with ISIN No. US524908BE79.  The portion of Claim 9111 that asserts a claim totaling $100,000 for securities with CUSIP No. 5252M0FA0 was previously disallowed and expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].  The portion of claim 9111 that is asserting a claim of $50,000 for securities with ISIN No. US524908HX14 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 9111 in the future.

[3] Claim 21382 is being expunged solely with respect to its asserted claim totaling $40,000 for securities with CUSIP No. 52519HPZ4.  The portion of Claim 21382 asserting a claim totaling $151,000 for securities with CUSIP Nos. 52517PXW6, 52517PYG0, 52517PYW5, and 52517PZM6 was previously disallowed and expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 13 | PARK AVENUE INVESTMENT CO., LLC<br>ATTN: DAVID RAGSDALE<br>6702 STONEFIELD RD, 2ND FLOOR<br>MIDDLETON, WI 53562 | 08-13555 (JMP) | 01/15/2009 | 4301 | $500,000.00 | No Liability Claim |
| 14 | PRIMAX INTERNATIONAL INVESTMENTS LTD.<br>1725-26, STAR HOUSE, 3 SALISBURY ROAD<br>TXIM SHA TSUI, KOWLOON<br>HONG KONG | | 09/21/2009 | 22757 | $200,000.00 | No Liability Claim |
| 15 | ROOSEVELT, THEODORE, IV<br>ONE PIERREPONT STREET<br>BROOKLYN, NY 11201 | | 09/16/2009 | 14343 | $20,000.00 | No Liability Claim |
| 16 | ROOSEVELT, THEODORE, IV<br>ONE PIERREPONT STREET<br>BROOKLYN, NY 11201 | | 09/16/2009 | 14345 | $25,000.00 | No Liability Claim |
| 17 | TUCKER, JAMES E.<br>7217 ELLAVIEW LN<br>AUSTIN, TX 78759 | | 09/19/2009 | 19599[4] | $56,406.00 | No Liability Claim |
| 18 | WIGDOR, PAUL<br>97 OVERLOOK ROAD<br>MONTCLAIR, NJ 07043 | 08-13555 (JMP) | 09/21/2009 | 26107 | $100,000.00 | No Liability Claim |
| 19 | WIGDOR, PAUL<br>97 OVERLOOK ROAD<br>MONTCLAIR, NJ 07043 | 08-13555 (JMP) | 09/21/2009 | 26108 | $80,000.00 | No Liability Claim |
| 20 | WOLDERICH, ODDNY<br>480 PARK RD<br>BANGOR, PA 18013 | 08-13555 (JMP) | 09/22/2009 | 32606 | $8,000.00 | No Liability Claim |
| 21 | WOLDERICH, ODDNY<br>480 PARK RD<br>BANGOR, PA 18013 | 08-13555 (JMP) | 09/22/2009 | 32607 | $8,000.00 | No Liability Claim |

[4] Claim 19599 is being expunged solely with respect to its asserted claim totaling $2,779.50 for securities with ISIN No. US524908BE79.  The portion of Claim 19599 that is asserting a claim totaling $53,626.50 for securities with ISIN No. US524908HX14 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 19599 in the future.

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 122: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 22 | WOLDERICH, RICHARD 480 PARK RD BANGOR, PA 18013 | 08-13555 (JMP) | 09/22/2009 | 32604 | $12,000.00 | No Liability Claim |
| 23 | WOLDERICH, RICHARD 480 PARK RD BANGOR, PA 18013 | 08-13555 (JMP) | 09/22/2009 | 32605 | $8,000.00 | No Liability Claim |
| | | | | TOTAL | $10,810,276.29 | |

# EXHIBIT 2

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO, GILBERT<br>ATTN:  NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19023 | $396.00 | No Liability Claim |
| 2 | AGIS, FRANCISCO<br>ATTN:  NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19022 | $396.00 | No Liability Claim |
| 3 | ARIANO, NEIL A.<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19021 | $396.00 | No Liability Claim |
| 4 | ARICA, HUGO G<br>1 POLICE PLAZA<br>NEW YORK, NY 10038 | 08-13555 (JMP) | 09/18/2009 | 19100 | $396.00 | No Liability Claim |
| 5 | ARRIETA, ANGEL L.<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19020 | $396.00 | No Liability Claim |
| 6 | BALLESTE, JUAN R.<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19019 | $792.00 | No Liability Claim |
| 7 | BAUMANN, CHRISTOPHER<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19018 | $792.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 8 | CARRASCO EDWARD<br>ONE POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 19017 | $504.00 | No Liability Claim |
| 9 | CARRASCO, EDWARD<br>ONE POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 33404 | $504.00 | No Liability Claim |
| 10 | CASTILLO ROBIN A<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19016 | $396.00 | No Liability Claim |
| 11 | CASTILLO, ROBIN A.<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33405 | $396.00 | No Liability Claim |
| 12 | CHECO, MANUEL<br>ATTN: NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19015 | $1,188.00 | No Liability Claim |
| 13 | CIGANEK, THOMAS<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19014 | $1,188.00 | No Liability Claim |
| 14 | COLUCCI, EDWARD<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19013 | $792.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 15 | D'AMBROSI, CARLO ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET NEW YORK, NY 10007 | | 09/18/2009 | 19012 | $396.00 | No Liability Claim |
| 16 | DILL, JARRETT NYPD PAID DETAIL UNIT 51 CHAMBER STREET 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 19011 | $396.00 | No Liability Claim |
| 17 | DILL, JARRETT NYPD PAID DETAIL UNIT 51 CHAMBER STREET  3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33389 | $396.00 | No Liability Claim |
| 18 | DOMARECKI, DANIEL ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 19046 | $396.00 | No Liability Claim |
| 19 | DOMINICCI, SHAUN ONE POLICE PLAZA NEW YORK, NY 10038 | | 09/18/2009 | 19047 | $504.00 | No Liability Claim |
| 20 | FOELLA, MICHAEL A ONE POLICE PLAZA NEW YORK, NY 10038 | | 09/18/2009 | 19045 | $396.00 | No Liability Claim |
| 21 | FRANCIS, ANNETTE ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 19044 | $396.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 22 | FUNG, KENNETH<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19098 | $396.00 | No Liability Claim |
| 23 | GAYO, DIANA E<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19043 | $792.00 | No Liability Claim |
| 24 | GERMOSEN, WILSON<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19042 | $396.00 | No Liability Claim |
| 25 | GIUDICE, ANTONELLO<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19041 | $792.00 | No Liability Claim |
| 26 | GODINO, GLENN<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19040 | $396.00 | No Liability Claim |
| 27 | GODINO, GLENN<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBER STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33397 | $396.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 28 | GRAY, GLENN N<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19039 | $396.00 | No Liability Claim |
| 29 | HABERSAAT, DONALD<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19038 | $396.00 | No Liability Claim |
| 30 | HANLEY, TIMOTHY P<br>ONE POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 19037 | $396.00 | No Liability Claim |
| 31 | HINDS, WENDELL A<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19036 | $396.00 | No Liability Claim |
| 32 | INFANT0E, JUAN C<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19035 | $792.00 | No Liability Claim |
| 33 | INFANTE, JUAN C.<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33383 | $792.00 | No Liability Claim |
| 34 | INTEMANN, EDWARDS<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19034 | $1,188.00 | No Liability Claim |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 122: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 35 | JAMES, NOEL<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19033 | $396.00 | No Liability Claim |
| 36 | JUSTE, CARY<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19031 | $396.00 | No Liability Claim |
| 37 | KHAN, MOHAMMED G<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19030 | $396.00 | No Liability Claim |
| 38 | KRIVINSKY, JOHN<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19029 | $396.00 | No Liability Claim |
| 39 | LEONARDI, DAVID<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19028 | $396.00 | No Liability Claim |
| 40 | LEONARDI, DAVID<br>NYPD PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33377 | $396.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 41 | LIRANZO, JOSE A<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19027 | $396.00 | No Liability Claim |
| 42 | LIRANZO, JOSE A.<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33378 | $396.00 | No Liability Claim |
| 43 | LUGO, ORESTES<br>3802 NE 207 STREET # 1104<br>AVENTURA, FL 33180 | | 09/09/2009 | 10931[1] | $110,600.00 | No Liability Claim |
| 44 | MAHMOOD, MUHAMMAD B.<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19026 | $396.00 | No Liability Claim |
| 45 | MARGRAF, PETER<br>ATTN:  NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19025 | $1,188.00 | No Liability Claim |
| 46 | MARIN, HECTOR<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19024 | $396.00 | No Liability Claim |

---

[1] Claim 10931 is being expunged solely with respect to its asserted claim totaling $2,725 for securities with ISIN No. US524908BE79.  The portion of Claim 10931 that is asserting a claim totaling $52,575 for securities with ISIN No. US524908HX14 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 10931 in the future.

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 47 | MARINES, LUIS<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET-3RD FLOOR<br>ATTN: NADINE POPE<br>NEW YORK, NY 10007 | | 09/18/2009 | 19075 | $504.00 | No Liability Claim |
| 48 | MARTE, LUIS<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19074 | $792.00 | No Liability Claim |
| 49 | MCGURRAN, JOHN<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19073 | $792.00 | No Liability Claim |
| 50 | MCLOUGHLIN LIAM<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19072 | $792.00 | No Liability Claim |
| 51 | MCLOUGHLIN, LIAM<br>NYPD PAID DETAIL UNIT<br>41 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33364 | $792.00 | No Liability Claim |
| 52 | MERA RAUL H<br>ATTN: NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19071 | $396.00 | No Liability Claim |
| 53 | MIRANDA PHILIP<br>ATTN: NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19070 | $792.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 54 | MONTEGOMERY, CHRISTOPHER J. PAID DETAIL UNIT ONE POLICE PLAZA NEW YORK, NY 10038 | | 09/18/2009 | 19068 | $396.00 | No Liability Claim |
| 55 | MOSCATELLI, LEONARD A. NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10038 | | 09/18/2009 | 33367 | $396.00 | No Liability Claim |
| 56 | NEWSOM, CHRISTOPHER PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET - 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33369 | $1,008.00 | No Liability Claim |
| 57 | OWENS, KEVIN W PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS ST - 3RD NEW YORK, NY 10007 | | 09/18/2009 | 33344 | $396.00 | No Liability Claim |
| 58 | PATTON, JOSEPH NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33345 | $396.00 | No Liability Claim |
| 59 | PERALTA, PABLO N. PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | | 09/22/2009 | 33626 | $504.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 60 | PEREZ, DANTE<br>NYPD PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33346 | $396.00 | No Liability Claim |
| 61 | PESANTES, SERGIO<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBER STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33347 | $792.00 | No Liability Claim |
| 62 | PHILLIPS TANISHAE<br>1 POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 19062 | $396.00 | No Liability Claim |
| 63 | PHILLIPS, TANISHAE<br>1 POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 33348 | $396.00 | No Liability Claim |
| 64 | PICHARDO EMILIO J<br>ATTN:  NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19061 | $792.00 | No Liability Claim |
| 65 | PICHARDO, EMILIO J<br>NYPD PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33349 | $792.00 | No Liability Claim |
| 66 | PIERRE, HEURTELOU<br>ATTN:  NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19060 | $792.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 67 | PLATZ, JAMES<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS ST 3RD FL<br>NEW YORK, NY 10007 | | 09/18/2009 | 33351 | $396.00 | No Liability Claim |
| 68 | PRYOR, JEFFREY M<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33352 | $396.00 | No Liability Claim |
| 69 | RABASSA, AUGUSTIN<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33353 | $396.00 | No Liability Claim |
| 70 | RICCIUTO, GERARD<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33354 | $396.00 | No Liability Claim |
| 71 | RIVERA, HECTOR J.<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19055 | $1,188.00 | No Liability Claim |
| 72 | ROBIN NICOLE P<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19054 | $396.00 | No Liability Claim |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 122: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 73 | ROBIN, NICOLE P.<br>NYPD PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33356 | $396.00 | No Liability Claim |
| 74 | ROTHSTEIN, JONATHAN H.<br>241 ADAMS ROAD<br>HEWLETT HARBOR, NY 11557 | 08-13893<br>(JMP) | 09/22/2009 | 32086[2] | $50,007.70 | No Liability Claim |
| 75 | RUMPH, ANTHONY<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19052 | $396.00 | No Liability Claim |
| 76 | RUMPH, ANTHONY<br>PAID UNIT DETAIL<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33358 | $396.00 | No Liability Claim |
| 77 | SANDSETH, ERIC S.<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19051 | $504.00 | No Liability Claim |
| 78 | SANDSETH, ERIC S.<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBER STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33359 | $504.00 | No Liability Claim |

---

[2] Claim 32086 is being expunged solely with respect to its asserted claim totaling $8,753.85 for securities with ISIN No. US524908BE79.  The portion of Claim 32086 that is asserting a claim totaling $41,253.85 for securities with ISIN No. US524908HX14 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 32086 in the future.

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 79 | SANTANA, LISA<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19049 | $792.00 | No Liability Claim |
| 80 | SANTANA, LISA<br>NYPD PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33361 | $792.00 | No Liability Claim |
| 81 | SANTIAGO, TERRY<br>NYPD PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33362 | $396.00 | No Liability Claim |
| 82 | SANTIAGO,TERRY<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19048 | $396.00 | No Liability Claim |
| 83 | SILVERIO, DANIEL<br>ATTN:  NADINE POPE<br>NYPD PAID DETAILUNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19113 | $396.00 | No Liability Claim |
| 84 | SILVERIO, DANIEL<br>NYPD PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33363 | $396.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 85 | SMYTH, EDWARD P.<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 19112 | $396.00 | No Liability Claim |
| 86 | SOGLUIZZO, MICHAEL<br>1 POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 19111 | $396.00 | No Liability Claim |
| 87 | SULLIVAN, CHRISTIAN<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET-3RD FLOOR<br>NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19110 | $396.00 | No Liability Claim |
| 88 | TAVERAS, ROBIN<br>ATTN: NADINE POPE<br>NYPD PAID DETAILUNIT<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19109 | $396.00 | No Liability Claim |
| 89 | TEJERA, JUAN<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19108 | $396.00 | No Liability Claim |
| 90 | VALENTINE, CHRISTOPHER<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19107 | $396.00 | No Liability Claim |
| 91 | VAZQUEZ JR., JUAN<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19105 | $396.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 122: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 92 | VAZQUEZ, ELVIS<br>ATTN:  NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19106 | $396.00 | No Liability Claim |
| 93 | VUCKOVIC, JOSIP<br>ATTN:  NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19104 | $396.00 | No Liability Claim |
| 94 | WONG, PHILIP<br>PAID DETAIL UNIT<br>51 CHAMBERS ST 3RD FLOOR<br>ATTN: NADINE POPE<br>NEW YORK, NY 10007 | | 09/18/2009 | 19096 | $396.00 | No Liability Claim |
| 95 | YAKUBOV, NATHAN<br>ONE POLICE PLAZA<br>NEW YORK, NY 10038 | | 09/18/2009 | 33337 | $396.00 | No Liability Claim |
| 96 | YANNI MICHAEL<br>ATTN:  NADINE POPE<br>NYPD PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19103 | $396.00 | No Liability Claim |
| 97 | YEE, HUBERT<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33338 | $396.00 | No Liability Claim |
| | | | | TOTAL | $210,683.70 | |