# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 126: EXHIBIT 1 – PARTIALLY SETTLED GUARANTEE CLAIMS**

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM CLASS | ASSERTED CLAIM AMOUNT | ALLOWED PORTION OF CLAIM CLASS | ALLOWED PORTION OF CLAIM AMOUNT | UNRESOLVED PORTION OF CLAIM CLASS | UNRESOLVED PORTION OF CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ABU DHABI INVESTMENT AUTHORITY<br>ATTN: EXECUTIVE DIRECTOR - TREASURY<br>211 CORNICHE, P.O. BOX 3600<br>ABU DHABI,<br>UNITED ARAB EMIRATES | 15651 | Lehman Brothers Holdings Inc. | Unsecured | $1,497,646.72 | Unsecured | $6,688.68 | Unsecured | $1,490,958.04 |
| 2 | ABU DHABI RETIREMENT PENSIONS & BENEFITS FUND<br>PIMCO<br>ATTN: INVESTMENT DEPARTMENT<br>P.O. BOX 3122<br>ABU DHABI,<br>UNITED ARAB EMIRATES | 15539 | Lehman Brothers Holdings Inc. | Unsecured | $70,150.10 | Unsecured | $7,789.58 | Unsecured | $62,360.52 |
| 3 | ALEPPA FUNDING I LLC<br>C/O GLOBAL SECURITIZATION SERVICES, LLC<br>445 BROAD HOLLOW ROAD<br>SUITE 239<br>NEW YORK, NY 11747 | 26546 | Lehman Brothers Holdings Inc. | Unsecured | $217,722.64 | Unsecured | $210,820.96 | Unsecured | $6,901.68 |
| 4 | BANK OF ESTONIA<br>ESTONIA PST 13<br>TALLINN, 15095<br>ESTONIA | 42197 | Lehman Brothers Holdings Inc. | Unsecured | $115,512.22 | Unsecured | $66,356.52 | Unsecured | $49,155.70 |
| 5 | BARLOWORLD PENSION TRUST LIMITED<br>STATESMAN HOUSE<br>STAFFERTON WAY<br>MAIDENHEAD<br>BERKSHIRE, 5L6 1AD | 11384 | Lehman Brothers Holdings Inc. | Unsecured | $90,615.76 | Unsecured | $56,715.98 | Unsecured | $33,899.78 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 126: EXHIBIT 1 – PARTIALLY SETTLED GUARANTEE CLAIMS

|  | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  |  |  |  | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 6 | BMW (UK) TRUSTEES LIMITED<br>ATTN: BARRY BETTS<br>PO BOX 10277<br>ALBERT STREET<br>REDDITCH, B97 4WA<br>UNITED KINGDOM | 11483 | Lehman Brothers Holdings Inc. | Unsecured | $146,107.81 | Unsecured | $54,700.42 | Unsecured | $91,407.39 |
| 7 | BOARD OF THE PENSION PROTECTION FUND, THE<br>C/O FIELD FISHER WATERHOUSE LLP<br>REF: EAM/EJA<br>35 VINE STREET<br>LONDON, EC3N 2AA<br>UNITED KINGDOM | 17246 | Lehman Brothers Holdings Inc. | Unsecured | $409,939.59 | Unsecured | $175,342.77 | Unsecured | $234,596.82 |
| 8 | CAPITAL GUIDANCE (FUND) LTD.<br>UGLAND HOUSE, SOUTH CHURCH STREET<br>GEORGETOWN,<br>CAYMAN ISLANDS | 13048 | Lehman Brothers Holdings Inc. | Unsecured | $64,937.00 | Unsecured | $45,353.93 | Unsecured | $19,583.07 |
| 9 | DS SMITH PENSION TRUSTEES LIMITED,<br>AS TRUSTEE OF THE DS SMITH GROUP PENSION SCHEME<br>DS SMITH PLC, BEECH HOUSE, WHITEBROOK PARK<br>68 LOWER COOKHAM ROAD, MAIDENHEAD<br>BERKSHIRE, SL6 8XY<br>UNITED KINGDOM | 11399 | Lehman Brothers Holdings Inc. | Unsecured | $252,929.18 | Unsecured | $95,097.29 | Unsecured | $157,831.89 |
| 10 | EMBARQ MASTER RETIREMENT TRUST<br>5454 W. 110TH STREET<br>OVERLAND PARK, KS 66211 | 18605 | Lehman Brothers Holdings Inc. | Unsecured | $349,567.95 | Unsecured | $310,695.09 | Unsecured | $38,872.86 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 126: EXHIBIT 1 – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 11 | EMI GROUP PENSION TRUSTEES LTD.<br>27 WRIGHTS LANE<br>LONDON, W8 5SW<br>UNITED KINGDOM | 25870 | Lehman Brothers Holdings Inc. | Unsecured | $39,378.74 | Unsecured | $23,044.95 | Unsecured | $16,333.79 |
| 12 | EQUITY TRUSTEES LIMITED ATF PIMCO GLOBAL BOND FUND<br>HARVEY H KALMAN<br>LEVEL 2, 575 BOURKE STREET<br>MELBOURE, VIC, 3000<br>AUSTRALIA | 11135 | Lehman Brothers Holdings Inc. | Unsecured | $127,374.83 | Unsecured | $102,552.38 | Unsecured | $24,822.45 |
| 13 | EQUITY TRUSTEES LIMITED ATF PIMCO GLOBAL REAL RETURN FUND<br>HARVEY H. KALMAN<br>LEVEL 2, 575 BOURKE STREET<br>MELBOURE, VIC, 3000<br>AUSTRALIA | 11138 | Lehman Brothers Holdings Inc. | Unsecured | $1,645,820.90 | Unsecured | $992,532.45 | Unsecured | $653,288.45 |
| 14 | EURO BOND FUND - (#1691) PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC<br>ATTN: TOM RICE<br>STYNE HOUSE<br>UPPER HATCH STREET<br>DUBLIN, 2<br>IRELAND | 16347 | Lehman Brothers Holdings Inc. | Unsecured | $2,042,504.03 | Unsecured | $401,052.32 | Unsecured | $1,641,451.71 |
| 15 | FUNDO DE PENSOES<br>ALAMEDA DR. CARLOS D' ASSUMPCAO NOS. 181-187<br>CENTRO COMERCIAL BRILHANTISMO, 20TH ANDAR<br>MACAU,<br>MACAU | 10658 | Lehman Brothers Holdings Inc. | Unsecured | $135,509.00 | Unsecured | $128,336.20 | Unsecured | $7,172.80 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 126: EXHIBIT 1 – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 16 | GA FUND L BOND ACTIVE WORLD TP (SICAN) 50 AVENUE J.F. KENNEDY LUXEMBOURG, L 2951 LUXEMBOURG | 24999 | Lehman Brothers Holdings Inc. | Unsecured | $356,020.97 | Unsecured | $174,801.28 | Unsecured | $181,219.69 |
| 17 | GLOBAL BOND FUND (#699) PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN, 2 IRELAND | 18590 | Lehman Brothers Holdings Inc. | Unsecured | $775,794.59 | Unsecured | $158,427.82 | Unsecured | $617,366.77 |
| 18 | GLOBAL REAL RETURN FUND (#3693) PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2, IRELAND | 18588 | Lehman Brothers Holdings Inc. | Unsecured | $811,974.01 | Unsecured | $479,264.79 | Unsecured | $332,709.22 |
| 19 | GOVERNMENT EMPLOYEES SUPERANNUATION BOARD ATTN: ALAN CHAPPEL LEVEL 4, CENTRAL PARK 152 ST GEORGE'S TERRACE PERTH, WA 6000 AUSTRALIA | 10248 | Lehman Brothers Holdings Inc. | Unsecured | $76,908.44 | Unsecured | $17,139.33 | Unsecured | $59,769.11 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 126: EXHIBIT 1 – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 20 | GREAT EASTERN LIFE ASSURANCE COMPANY LIMITED<br>ATTENTION MERVYN GOH<br>1 PICKERING STREET # 13-01<br>GREAT EASTERN CENTRE,<br>048659<br>SINGAPORE | 25325 | Lehman Brothers Holdings Inc. | Unsecured | $243,933.99 | Unsecured | $54,995.49 | Unsecured | $188,938.50 |
| 21 | HIGH YIELD BOND FUND - (#696)<br>PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC<br>ATTN: TOM RICE<br>STYNE HOUSE, UPPER HATCH STREET<br>DUBLIN, 2<br>IRELAND | 16322 | Lehman Brothers Holdings Inc. | Unsecured | $762,476.48 | Unsecured | $255,476.48 | Unsecured | $507,000.00 |
| 22 | IBM GLOBAL STRATEGY FUND<br>ATTN: NEIL BULL<br>PO BOX 41, NORTH HARBOUR<br>PORTSMOUTH, PO6 3AU<br>UNITED KINGDOM | 19927 | Lehman Brothers Holdings Inc. | Unsecured | $635,066.13 | Unsecured | $285,375.92 | Unsecured | $349,690.21 |
| 23 | LAND TRANSPORT AUTHORITY<br>ATTN: ALICE TAN GUONG KHIM<br>NO. 1 HAMPSHIRE ROAD<br>, 219428<br>SINGAPORE | 14326 | Lehman Brothers Holdings Inc. | Unsecured | $99,901.95 | Unsecured | $93,731.34 | Unsecured | $6,170.61 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 126: EXHIBIT 1 – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 24 | MARS PENSION TRUSTEES LIMITED<br>PIMCO ACCOUNT NUMBER 1440<br>ATTN: RIANNE STEENBERGEN<br>MARS NEDERLAND BV<br>TAYLORWEG 5<br>VEGHEL, 5466 AE | 25245 | Lehman Brothers Holdings Inc. | Unsecured | $77,459.97 | Unsecured | $14,751.63 | Unsecured | $62,708.34 |
| 25 | MINNESOTA STATE BOARD OF INVESTMENT<br>C/O ASSISTANT ATTORNEY GENERAL JEREMEY D EIDEN<br>OFFICE OF THE MINNESOTA ATTORNEY GENERAL<br>445 MINNESOTA STREET, SUITE 900<br>SAINT PAUL, MN 55101-2127 | 19851 | Lehman Brothers Holdings Inc. | Unsecured | $160,380.40 | Unsecured | $69,144.73 | Unsecured | $91,235.67 |
| 26 | OFID - OPEC FUND FOR INTERNATIONAL DEVELOPMENT<br>PARKRING 8<br>VIENNA, 1010<br>AUSTRIA | 13950 | Lehman Brothers Holdings Inc. | Unsecured | $465,699.01 | Unsecured | $292,842.78 | Unsecured | $172,856.23 |
| 27 | PAUL HAMLYN FOUNDATION<br>18 QUEEN ANNE'S GATE<br>LONDON, SWIH 9AA<br>UNITED KINGDOM | 9637 | Lehman Brothers Holdings Inc. | Unsecured | $464,239.43 | Unsecured | $361,173.94 | Unsecured | $103,065.49 |
| 28 | PENSION FUND OF THE CHRISTIAN CHURCH (DISCIPLES OF CHRIST), INC.<br>ATTN: DAVID STONE<br>130 EAST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 | 14381 | Lehman Brothers Holdings Inc. | Unsecured | $55,357.83 | Unsecured | $38,103.61 | Unsecured | $17,254.22 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 126: EXHIBIT 1 – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 29 | PIMCO ABSOLUTE RETURN STRATEGY II CAYMAN UNIT TRUST (#4902)<br>ATTN: RICHARD LEBRUN<br>BUTTERFIELD HOUSE FORT STREET, P.O. BOX 2330<br>SUITE 100<br>GEORGETOWN,<br>CAYMAN ISLANDS | 22752 | Lehman Brothers Holdings Inc. | Unsecured | $492,637.82 | Unsecured | $372,041.81 | Unsecured | $120,596.01 |
| 30 | PIMCO ABSOLUTE RETURN STRATEGY II MASTER FUND LDC (4802)<br>ATTN: RICHARD LEBRUN<br>WALKERS FUND SERVICES LIMITED<br>87 MARY STREET<br>GEORGE TOWN<br>GRAND CAYMAN, KY1-9002<br>CAYMAN ISLANDS | 24553 | Lehman Brothers Holdings Inc. | Unsecured | $599,077.32 | Unsecured | $224,770.87 | Unsecured | $374,306.45 |
| 31 | PIMCO ABSOLUTE RETURN STRATEGY III - (#4803)<br>ATTN: RICHARD LEBRUN<br>WALKERS FUND SERVICES LIMITED<br>87 MARY STREET<br>GEORGE TOWN<br>GRAND CAYMAN, KY1-9002<br>CAYMAN ISLANDS | 25449 | Lehman Brothers Holdings Inc. | Unsecured | $4,035,316.20 | Unsecured | $2,991,900.46 | Unsecured | $1,043,415.74 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 126: EXHIBIT 1 – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 32 | PIMCO ABSOLUTE RETURN STRATEGY IV EFUND - (#4899) PIMCO OFFSHORE FUNDS ATTN: RICHARD LEBRUN 87 MARY STREET GEORGE TOWN GRAND CAYMAN, KY1-9002 CAYMAN ISLANDS | 25421 | Lehman Brothers Holdings Inc. | Unsecured | $5,827,685.77 | Unsecured | $5,511,553.85 | Unsecured | $316,131.92 |
| 33 | PIMCO ABSOLUTE RETURN STRATEGY IV MASTER FUND LDC (#3199) ATTN: RICHARD LEBRUN WALKERS FUND SERVICES LIMITED 87 MARY STREET GEORGETOWN, GRAND CAYMAN, KY1-9002 CAYMAN ISLANDS | 25555 | Lehman Brothers Holdings Inc. | Unsecured | $11,376,446.65 | Unsecured | $8,482,314.71 | Unsecured | $2,894,131.94 |
| 34 | PIMCO ABSOLUTE RETURN STRATEGY V ALPHA FUND - (#4942) PIMCO OFFSHORE FUNDS ATTN: RICHARD LEBRUN 87 MARY STREET, GEORGE TOWN GRAND CAYMAN, KY1-9002 CAYMAN ISLANDS | 25641 | Lehman Brothers Holdings Inc. | Unsecured | $595,888.01 | Unsecured | $191,109.93 | Unsecured | $404,778.08 |
| 35 | PIMCO BERMUDA FOREIGN LOW DURATION FUND - (#2742) PIMCO BERMUDA TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN, CAYMAN ISLANDS | 22724 | Lehman Brothers Holdings Inc. | Unsecured | $403,903.51 | Unsecured | $396,872.26 | Unsecured | $7,031.25 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 126: EXHIBIT 1 – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 36 | PIMCO BERMUDA GLOBAL HIGH YIELD FUND II - (# 3761) PIMCO BERMUDA TRUST IV ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN, CAYMAN ISLANDS | 22499 | Lehman Brothers Holdings Inc. | Unsecured | $92,698.99 | Unsecured | $67,348.99 | Unsecured | $25,350.00 |
| 37 | PIMCO BERMUDA US LOW DURATION FUND- (2741) PIMCO BERMUDA TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN, CAYMAN ISLANDS | 22500 | Lehman Brothers Holdings Inc. | Unsecured | $94,367.06 | Unsecured | $66,440.78 | Unsecured | $27,926.28 |
| 38 | PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN BOND FUND - (#2755) PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN, CAYMAN ISLANDS | 25426 | Lehman Brothers Holdings Inc. | Unsecured | $403,927.80 | Unsecured | $89,044.27 | Unsecured | $314,883.53 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 126: EXHIBIT 1 – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 39 | PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN INCOME FUND - (#2763) PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN, CAYMAN ISLANDS | 24438 | Lehman Brothers Holdings Inc. | Unsecured | $705,147.10 | Unsecured | $125,307.25 | Unsecured | $579,839.85 |
| 40 | PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN YEN-HEDGED BOND FUND II-2759 PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 SUITE 100 GEORGETOWN, CAYMAN ISLANDS | 25557 | Lehman Brothers Holdings Inc. | Unsecured | $64,568.51 | Unsecured | $8,030.78 | Unsecured | $56,537.73 |
| 41 | PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN YEN-HEDGED INCOME FUND 2781 PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET PO BOX 2330 GEORGETOWN, CAYMAN ISLANDS | 24467 | Lehman Brothers Holdings Inc. | Unsecured | $21,724.05 | Unsecured | $1,207.83 | Unsecured | $20,516.22 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 126: EXHIBIT 1 – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 42 | PIMCO CAYMAN GLOBAL EX-JAPAN BOND (#2730) PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN, CAYMAN ISLANDS | 22275 | Lehman Brothers Holdings Inc. | Unsecured | $483,912.25 | Unsecured | $70,982.05 | Unsecured | $412,930.20 |
| 43 | PIMCO COMBINED ALPHA STRATEGIES MASTER FUND LDC ATTN: RICHARD LEBRUN WALKERS FUND SERVICES LIMITED 87 MARY STREET GEORGE TOWN, GRAND CAYMAN, KYI-9002 CAYMAN ISLANDS | 25626 | Lehman Brothers Holdings Inc. | Unsecured | $2,833,324.40 | Unsecured | $1,544,466.12 | Unsecured | $1,288,858.28 |
| 44 | PIMCO COVERTIBLE FUND- (#761) PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH, CA 92660 | 18611 | Lehman Brothers Holdings Inc. | Unsecured | $273,778.66 | Unsecured | $20,278.66 | Unsecured | $253,500.00 |
| 45 | PIMCO EMERGING MARKETS BOND FUND (M) - (#2737) PIMCO BERMUDA TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET PO BOX 2330 GEORGETOWN, CAYMAN ISLANDS | 33416 | Lehman Brothers Holdings Inc. | Unsecured | $551,577.49 | Unsecured | $313,974.80 | Unsecured | $237,602.69 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 126: EXHIBIT 1 – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 46 | PIMCO GLOBAL BOND FUND (US DOLLAR-HEDGED) (#785) PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH, CA 92660 | 18598 | Lehman Brothers Holdings Inc. | Unsecured | $97,335.35 | Unsecured | $60,311.65 | Unsecured | $37,023.70 |
| 47 | PIMCO GLOBAL STOCKS PLUS & INCOME FUND (# 429) ATTN: BRIAN SHLISSEL 1345 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK, NY 10105 | 13038 | Lehman Brothers Holdings Inc. | Unsecured | $433,324.09 | Unsecured | $431,927.23 | Unsecured | $1,396.86 |
| 48 | PRIMONE INC. AKARA BULDING, 24 DE CASTRO STREET WICKHAMS CAY I, ROAD TOWN TORTOLA, VIRGIN ISLANDS (BRITISH) | 16053 | Lehman Brothers Holdings Inc. | Unsecured | $137,479.72 | Unsecured | $31,915.83 | Unsecured | $105,563.89 |
| 49 | PSEG INC. MASTER RETIREMENT TRUST ATTN: PETER CARUSO 80 PARK PLAZA T6B NEWARK, NJ 07102 | 13755 | Lehman Brothers Holdings Inc. | Unsecured | $89,361.20 | Unsecured | $24,199.89 | Unsecured | $65,161.31 |
| 50 | RBC DEXIA INVESTOR SERVICES TRUST AS TRUSTEE FOR RBC CANADIAN MASTER TRUST PO BOX 7500, STATION A TORONTO, ON M5W 1P9 CANADA | 24338 | Lehman Brothers Holdings Inc. | Unsecured | $599,086.18 | Unsecured | $369,075.69 | Unsecured | $230,010.49 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 126: EXHIBIT 1 – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 51 | SALVATION ARMY, THE A NEW YORK RELIGIOUS & CHARITABLE CORPORATION 440 WEST NYACK ROAD P.O. BOX C-435 WEST NYACK, NY 10994 | 17606 | Lehman Brothers Holdings Inc. | Unsecured | $1,380,341.16 | Unsecured | $1,252,090.02 | Unsecured | $128,251.14 |
| 52 | SCHLUMBERGER MASTER PROFIT SHARING TRUST 5599 SAN FELIPE, 17TH FLOOR HOUSTON, TX 77056 | 13745 | Lehman Brothers Holdings Inc. | Unsecured | $378,280.64 | Unsecured | $249,715.78 | Unsecured | $128,564.86 |
| 53 | STATE STREET CAYMAN TRUST COMPANY, LTD. TTEE OF GLOBAL LIBOR ALPHA CAYMAN UNIT TRUST, IN REPSECT OF ITS SERIES TRUST, PACIFIC LIBOR ALPHA CAYMAN UNIT TRUST 45 MARKET STEET, STE 3206A GARDENIA COURT CAMANA BAY, KY1 1205 CAYMAN ISLANDS | 12766 | Lehman Brothers Holdings Inc. | Unsecured | $14,625,584.84 | Unsecured | $13,203,475.44 | Unsecured | $1,422,109.40 |
| 54 | TECOMARA N.V. C/O HSBC SECURITIES SERVICES (BERMUDA) LIMITED, AS MANAGING DIRECTOR 6 FRONT STREET HAMILTON, HM 11 BERMUDA | 15381 | Lehman Brothers Holdings Inc. | Unsecured | $530,211.46 | Unsecured | $474,358.91 | Unsecured | $55,852.55 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 126: EXHIBIT 1 – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 55 | THE TARGET PORTFOLIO TRUST, ON BEHALF OF THE INT'L BOND PORTFOLIO ATTN: M. SADIQ PESHIMAM PRUDENTIAL INVESTMENTS 100 MULBERRY STREET NEWARK, NJ 07102 | 13949 | Lehman Brothers Holdings Inc. | Unsecured | $54,645.73 | Unsecured | $7,788.85 | Unsecured | $46,856.88 |
| 56 | TR2 CAYMAN FUND REGATTA OFFICE PARK WINDWARD 1, FIRST FLOOR PO BOX 31371 GRAND CAYMAN, KY1-1206 CAYMAN ISLANDS | 32261 | Lehman Brothers Holdings Inc. | Unsecured | $1,176,087.76 | Unsecured | $896,617.17 | Unsecured | $279,470.59 |
| 57 | UK STERLING INFLATION-LINKED FUND - (#3689) PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE, UPPER HATCH STREET DUBLIN, 2 IRELAND | 16174 | Lehman Brothers Holdings Inc. | Unsecured | $545,931.32 | Unsecured | $104,002.01 | Unsecured | $441,929.31 |
| 58 | UK STERLING INVESTMENT GRADE CREDIT FUND (#4690) PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN, 2 IRELAND | 16081 | Lehman Brothers Holdings Inc. | Unsecured | $282,130.87 | Unsecured | $84,631.20 | Unsecured | $197,499.67 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 126: EXHIBIT 1 – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 59 | UK STERLING LONG AVERAGE DURATION FUND - (#4683) PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE, UPPER HATCH STREET DUBLIN 2, IRELAND | 18609 | Lehman Brothers Holdings Inc. | Unsecured | $2,337,060.32 | Unsecured | $1,868,614.24 | Unsecured | $468,446.08 |
| 60 | VERIZON MASTER SAVINGS TRUST C/O VERIZON INVESTMENT MGMT. CORP. 1 VERIZON WAY BASKING RIDGE, NJ 07920 | 32378 | Lehman Brothers Holdings Inc. | Unsecured | $170,279.89 | Unsecured | $38,394.51 | Unsecured | $131,885.38 |
| | | TOTAL | | | $63,884,051.79 | | $44,547,072.50 | | $19,336,979.29 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit