# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 129: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | 1100 VERMONT OWNER LLC C/O JOSS REALTY PARTNERS 520 MADISON AVENUE, 29TH FLOOR NEW YORK, NY 10022 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 07/23/2009 | 5932 | $15,950.00 | No Liability Claim |
| 2 | 1199 SEIU HEALTH CARE EMPLOYEES PENSION FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-923 385 E. COLORADO BLVD. PASADENA, CA 91101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20872 | $931,901.86 | No Liability Claim |
| 3 | 1199 SEIU HEALTH CARE EMPLOYEES PENSION FUND C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-923 385 E. COLORADO BLVD PASADENA, CA 91101 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21007 | $931,901.86 | No Liability Claim |
| 4 | 1199 SEIU HEALTH CARE EMPLOYEES PENSION FUND INDEX PLUS C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-11445 PASADENA, CA 91101 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20920 | $150,645.67 | No Liability Claim |
| 5 | 1199 SEIU HEALTH CARE EMPLOYEES PENSION FUND INDEX PLUS C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1445 385 COLORADO BLVD. PASADENA, CA 91101 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21061 | $150,645.67 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | BANCA POPOLARE DELL'ETRURIA E DEL LAZIO ATTN: ROBERTO RAINERI BANCA POPOLARE DELL'ETRURIA E DEL LAZIO SCRL SERVIZIO GESTIONE PROPRIETA' E TERZI VIA CALMANDREI, 255 MAREZZO, 52100 ITALY | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/03/2009 | 10214 | $2,023.94 | No Liability Claim |
| 7 | BLACK DIAMOND ARBITRAGE OFFSHORE LTD F/K/A BLACK DIAMOND ARBITRAGE OFFSHORE LDC C/O CARLSON CAPITAL, L.P. - ATTN: STEVE PULLY 2100 MCKINNEY AVENUE, 16TH FLOOR DALLAS, TX 75201 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17160 | Undetermined | No Liability Claim |
| 8 | BLACK DIAMOND ARBITRAGE OFFSHORE LTD (FKA BLACK DIAMOND ARBITRAGE OFFSHORE LDC) C/O CARLSON CAPITAL, LP ATTN: STEVE PULLY 2100 MCKINNEY AVENUE, 16TH FLOOR DALLAS, TX 75201 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17165 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | CAIXA PENEDES GESTIO, S.G.I.I.C, S.A. ACTING ON BEHALF OF FONPENEDES GARANTIT INTERES MES BORSA IX ATTN: DANIEL ZAPLANA & JOSE MANUEL SANCHEZ, & LAURA DE LA FUENTE RAMBLA NOSTRA SENYORA, 2-4, 80720 VILAFRANCA DEL PENEDES BARCELONA, SPAIN | 08-13893 (JMP) | **Lehman Brothers OTC Derivatives Inc.** | 09/22/2009 | 29600 | $39,001.02 | No Liability Claim |
| 10 | CENTRAL STREAM SHIPPING CORPORATION ATTN: HODENOBU NAKAGAWA, DIRECTOR 37-23, SHIOMI-CHO, MINATO-KU NAGOYA CITY AICHI PREF, 455- 0028 JAPAN | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/18/2009 | 18789 | $775,612.21 | No Liability Claim |
| 11 | CWABS ASSET BACKED CERTIFICATE TRUST 2006-19, ASSET BACKED CERTIFICATE SERIES 2006-19 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14493 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 12 | CWABS ASSET BACKED CERTIFICATES TRUST 2006-19, ASSET BACKED CERTIFICATES, SERIES 2006-19 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14449 | Undetermined | No Liability Claim |
| 13 | CWABS ASSET-BACKED CERTIFICATES TRUST 2007-6 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14451 | Undetermined | No Liability Claim |
| 14 | CWABS ASSET-BACKED CERTIFICATES TRUST 2007-6 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14452 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 129: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2, ASSET BACKED CERTIFICATES SERIES 2007-BC2 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14450 | Undetermined | No Liability Claim |
| 16 | CWABS ASSET-BACKED CERTIFICATES TRUST 2007-BC2, ASSET BACKED CERTIFICATES SERIES 2007-BC2 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14471 | Undetermined | No Liability Claim |
| 17 | CWABS ASSET-BACKED NOTES TRUST 2007-SEA2 ASSET-BACKED NOTES, SERIES 2007-SEA2 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14462 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 18 | CWABS ASSET-BACKED NOTES TRUST 2007-SEA2, ASSET-BACKED NOTES, SERIES 2007-SEA2 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/17/2009 | 14463 | Undetermined | No Liability Claim |
| 19 | CWABS, INC ASSET BACKED CERTIFICATES SERIES 2005-AB4 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14438 | Undetermined | No Liability Claim |
| 20 | CWABS, INC ASSET BACKED CERTIFICATES SERIES 2005-BC5 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/17/2009 | 14441 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 129: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | CWABS, INC ASSET-BACKED CERTIFICATES SERIES 2005-AB4 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/17/2009 | 14437 | Undetermined | No Liability Claim |
| 22 | CWABS, INC ASSET-BACKED CERTIFICATES SERIES 2005-AB5 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14440 | Undetermined | No Liability Claim |
| 23 | CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2005-BC5 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14442 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 24 | CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006-13 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14443 | Undetermined | No Liability Claim |
| 25 | CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006-13 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14444 | Undetermined | No Liability Claim |
| 26 | CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006-22 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14494 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 27 | CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006-22 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14495 | Undetermined | No Liability Claim |
| 28 | CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006-3 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14498 | Undetermined | No Liability Claim |
| 29 | CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006-3 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14499 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 30 | CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006-4 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14500 | Undetermined | No Liability Claim |
| 31 | CWABS, INC. ASSET BACKED CERTIFICATES SERIES 2006-4 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14501 | Undetermined | No Liability Claim |
| 32 | CWABS, INC. ASSET-BACKED CERTIFICATES SERIES 2005-AB5 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14439 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 129: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 33 | CWABS, INC. ASSET-BACKED CERTIFICATES SERIES 2006-5 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/17/2009 | 14502 | Undetermined | No Liability Claim |
| 34 | CWABS, INC. ASSET-BACKED CERTIFICATES SERIES 2006-5 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14503 | Undetermined | No Liability Claim |
| 35 | CWALT INC., ALTERNATIVE LOAN TRUST 2006-OC10 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/17/2009 | 14477 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 36 | CWALT INC., ALTERNATIVE LOAN TRUST 2006-OC10 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14478 | Undetermined | No Liability Claim |
| 37 | CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OC3 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/17/2009 | 14479 | Undetermined | No Liability Claim |
| 38 | CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OC3 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14480 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OC7 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/17/2009 | 14488 | Undetermined | No Liability Claim |
| 40 | CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OC7 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14489 | Undetermined | No Liability Claim |
| 41 | CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OC8 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/17/2009 | 14490 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 42 | CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OC8 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14491 | Undetermined | No Liability Claim |
| 43 | CWALT, INC. ALTERNATIVE LOAN TRUST 2007-0H3 MORTGAGE PASS-THROUGH CERIFICATES SERIES 2007-0H3 THE BANK OF NEW YORK MELLON, AS SWAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14484 | Undetermined | No Liability Claim |
| 44 | CWALT, INC. ALTERNATIVE LOAN TRUST 2007-OH3 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OH3 THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14483 | Undetermined | No Liability Claim |
| 45 | ESPERANCE FAMILY FOUNDATION, THE 3672 PROSPECT RD ANN ARBOR, MI 48105-9534 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15276 | $275,200.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 46 | FORT DEARBORN LIFE INSURANCE COMPANY C/O COLLEEN N. WERTZ 1020 WEST 31ST STREET DOWNERS GROVE, IL 60515-5591 | 08-13893 (JMP) | **Lehman Brothers OTC Derivatives Inc.** | 09/22/2009 | 31776 | $1,784,427.00 | No Liability Claim |
| 47 | MMC UK PENSION PLAN - GLOBAL SMALL CAP EQUITY C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/21/2009 | 23690 | $2,902.64* | No Liability Claim |
| 48 | MMC UK PENSION PLAN - GLOBAL SMALL CAP EQUITY C/O PUTNAM INVESTMENTS ATTN: STEPHEN GIANELLI ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 23691 | $2,897.44* | No Liability Claim |
| 49 | NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1734 385 E. COLORADO BLVD PASADENA, CA 91101 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/21/2009 | 20948 | $2,560,092.14 | No Liability Claim |
| 50 | NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1734 385 E. COLORADO BLVD PASADENA, CA 91101 | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/21/2009 | 20960 | $2,560,092.14 | No Liability Claim |
| 51 | NEWTON, ROGER AND COCO JTWROS 3672 PROSPECT RD ANN ARBOR, MI 48105-9534 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 15248 | $469,000.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 52 | PENSIOENFONDS MEDEWERKERS APOTHEKEN NEUHUYSKADE 92 DEN HAAG, 2596 XM NETHERLANDS | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 30705 | $48,581.82 | No Liability Claim |
| 53 | QIC DIVERSIFIED FIXED INTEREST FUND NO 1 QUEENSLAND INVESTMENT CORPORATION LEVEL 6, CENTRAL PLAZA II, 66 EAGLE STREET BRISBANE QLD, 4000 AUSTRALIA | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 28066 | $259,688.00 | No Liability Claim |
| 54 | QIC DIVERSIFIED FIXED INTEREST FUND NO 1 QUEENSLAND INVESTMENT CORPORATION LEVEL 6, CENTRAL PLAZA II, 66 EAGLE STREET BRISBANE, QLD, 4000 AUSTRALIA | 08-13888 (JMP) | **Lehman Brothers Special Financing Inc.** | 09/22/2009 | 28068 | $259,688.00 | No Liability Claim |
| 55 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-40A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 09/17/2009 | 14472 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 56 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-37A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/17/2009 | 14474 | Undetermined | No Liability Claim |
| 57 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-40A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14475 | Undetermined | No Liability Claim |
| 58 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION SERIES 2003-BC3 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14575 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 59 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-37A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 10/19/2009 | 41767 | Undetermined | No Liability Claim |
| 60 | THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SER 2003-37A ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 10/19/2009 | 41771 | Undetermined | No Liability Claim |
| 61 | WELLS FARGO BANK, NA AS TRUSTEE OF THE SUPPLEMENTAL INTEREST TRUST FOR BNC MORTGAGE LOAN TRUST MORTGAGE PASS THROUGH CERTIFICATES 2007-4 C/O MARY SOHLBERG MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 24858 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 62 | WELLS FARGO BANK, NA AS TRUSTEE FOR IMPAC CMB TRUST SERIES 2005-3, COLLATERALIZED ASSET BACKED BONDS, SERIES 2005-3 C/O MARY SOHLBERG MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 24860 | Undetermined | No Liability Claim |
| 63 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN CAPACITY AS TRUSTEE OF IMPAC CMB TRUST SERIES 2005-3, COLLATERALIZED ASSET-BACKED BONDS, SERIES 2005-3 C/O MARY SOHLBERG MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24762 | Undetermined | No Liability Claim |
| 64 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN CAPACITY AS TRUSTEE FOR THE SUPPLEMENTAL INTEREST TRUST FOR BNC MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-4 C/O MARY SOHLBERG MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24764 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 65 | WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY IN ITS CAPACITY AS TRUSTEE FOR IMPAC CMB TRUST SERIES 2005-3, COLLATERALIZED ASSET-BACKED BONDS, SEROES 2005-3 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 MINNEAPOLIS, MN 55479 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 33084 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $11,220,251.41 | |

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AMERICAN AIRLINES, INC. C/O ROBERT D. ALBERGOTTI HAYNES AND BOONE, LLP 2323 VICTORY AVE., STE 700 DALLAS, TX 75261-9616 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 17298 | $3,801,000.00 | No Liability Claim |
| 2 | AMERICAN AIRLINES, INC. C/O ROBERT D. ALBERGOTTI HAYNES AND BOONE, LLP 2323 VICTORY AVE., STE 700 DALLAS, TX 75219 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17300 | $3,801,000.00 | No Liability Claim |
| 3 | INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT ATTN: NIRMALIJIT SINGH PAUL 1818 H STREET N.W. MSN MC7-706 WASHINGTON, DC 20433 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18976 | $11,757,799.75* | No Liability Claim |
| 4 | INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT ATTN: NIRMALIJIT SINGH PAUL 1818 H STREET N.W. MSN MC7-706 WASHINGTON, DC 20433 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 18977 | $11,757,799.75* | No Liability Claim |
| 5 | INTERNATIONAL FINANCE CORPORATION ATTN: VP, FINANCE AND TREASURER 2121 PENNSYLVANIA AVE NW WASHINGTON, DC 20433 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21858 | $3,343,311.00* | No Liability Claim |
| 6 | INTERNATIONAL FINANCE CORPORATION ATTN: VICE PRESIDENT, FINANCE AND TREASURER 2121 PENNSYLVANIA AVE, N.W. WASHINGTON, DC 20433 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21863 | $3,343,311.00* | No Liability Claim |

**IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 129: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | MIZRAHI TEFAHOT BANK LTD 7 JABOTINSKY ST RAMAT GAN, 52136 ISRAEL | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/18/2009 | 19171 | $2,774,348.69* | No Liability Claim |
| 8 | MIZRAHI TEFAHOT BANK, LTD ATTN: IRENE GRUBER, LEGAL DIVISION 7 JABOTINSKY STREET RAMAT GAN, 52136 ISRAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19170 | $2,774,348.69* | No Liability Claim |
| | | | | | TOTAL | $43,352,918.88 | |

# EXHIBIT 3

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-1 CTLA STRUCTRED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28790 | Undetermined | No Liability Claim |
| 2 | HSBC BANK USA NATIONAL ASSOCIATION, AS TTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-1 ATTN: FERNANDO ACEBEDO CTLA STRUCTURED FINANCE 10 EAST 40TH STREET, 14TH FLOOR BUFFALO, NY 14203 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28786 | Undetermined | No Liability Claim |
| 3 | HSBC BANK USA, NA, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-1 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28531 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 4 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-14 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28777 | Undetermined | No Liability Claim |
| 5 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-12 CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28778 | Undetermined | No Liability Claim |
| 6 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-12 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NWE YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28784 | Undetermined | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 129: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TTEE FOR STRUCTURE ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-1, CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK, NY 10016 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28776 | Undetermined | No Liability Claim |
| | | | | | TOTAL | $0.00 | |