# EXHIBIT 1

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 132: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ANDREW W. MELLON FOUNDATION, THE C/O JOHN HULL 140 E. 62ND STREET NEW YORK, NY 10065 | 31071 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $295,717.00 | Lehman Brothers Holdings Inc. | Unsecured | $45,000.00 |
| 2 | ANDREW W. MELLON FOUNDATION, THE C/O JOHN HULL 140 E. 62ND STREET NEW YORK, NY 10065 | 31072 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $295,717.00 | Lehman Brothers Special Financing Inc. | Unsecured | $45,000.00 |
| 3 | BLACK DIAMOND OFFSHORE LTD C/O CARLSON CAPITAL, LP ATTN: STEVE PULLY 2100 MCKINNEY AVENUE, 16TH FLOOR DALLAS, TX 75201 | 17164 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | $1,265,444.00* | Lehman Brothers Special Financing Inc. | Unsecured | $991,478.70 |
| 4 | CAMECO CORPORATION ATTN: GRANT MARSHAK 2121-11TH STREET WEST SASKATOON, SK S7M 1J3 CANADA | 13406 | 09/16/2009 | Lehman Brothers Commodity Services Inc. | Administrative | $101,161.80* | Lehman Brothers Commodity Services Inc. | Unsecured | $12,523.80 |

\* - Indicates claim contains unliquidated and/or undetermined amounts                                                                                           Page 1 of 11

IN RE: LEHMAN BROTHERS HOLDINGS, INC.   CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 132: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 5 | CASTEX ENERGY 2007, L.P. ATTN: JOHN R. STOIKA, PRESIDENT 333 NORTH SAM HOUSTON PARKWAY EAST SUITE 1060 HOUSTON, TX 77060 | 32315 | 09/22/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $3,566,083.65 | Lehman Brothers Commodity Services Inc. | Unsecured | $996,002.12 |
| 6 | CENTRAL STREAM SHIPPING CORPORATION ATTN: HODENOBU NAKAGAWA, DIRECTOR 37-23, SHIOMI-CHO, MINATO-KU NAGOYA CITY AICHI PREF, 455- 0028 JAPAN | 18585 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $775,612.21 | Lehman Brothers Holdings Inc. | Unsecured | $75,632.00 |
| 7 | CVF LUX MASTER S.A.R.L. TRANSFEROR: UBS AG, STAMFORD BRANCH C/O CARVAL INVESTORS UK LTD; ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY, KT11 2PD UNITED KINGDOM | 28160 | 09/22/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $2,772,294.88* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $2,716,782.05 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 132: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | CVF LUX MASTER S.A.R.L. TRANSFEROR: UBS AG, STAMFORD BRANCH C/O CARVAL INVESTORS UK LTD; ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY, KT11 2PD UNITED KINGDOM | 28161 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,772,294.88* | Lehman Brothers Holdings Inc. | Unsecured | $2,772,294.88 |
| 9 | CVF LUX MASTER S.A.R.L. TRANSFEROR: UBS AG, STAMFORD BRANCH C/O CARVAL INVESTORS UK LTD; ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY, KT11 2PD UNITED KINGDOM | 28162 | 09/22/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $1,403,713.17* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $1,375,605.01 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 132: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 10 | CVF LUX MASTER S.A.R.L. TRANSFEROR: UBS AG, STAMFORD BRANCH C/O CARVAL INVESTORS UK LTD; ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY, KT11 2PD UNITED KINGDOM | 28163 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,403,713.17* | Lehman Brothers Holdings Inc. | Unsecured | $1,403,713.17 |
| 11 | CVF LUX MASTER S.A.R.L. TRANSFEROR: USB AG, STAMFORD BRANCH C/O CARVAL INVESTORS UK LTD; ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY, KT11 2PD UNITED KINGDOM | 28164 | 09/22/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $1,910,539.92* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $831,721.41 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 132: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 12 | CVF LUX MASTER S.A.R.L. TRANSFEROR: UBS AG, STAMFORD BRANCH C/O CARVAL INVESTORS UK LTD; ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY, KT11 2PD UNITED KINGDOM | 28165 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,910,539.92* | Lehman Brothers Holdings Inc. | Unsecured | $855,827.53 |
| 13 | DOUBLE BLACK DIAMOND OFFSHORE LTD F/K/A DOUBLE BLACK DIAMOND OFFSHORE LDC C/O CARLSON CAPITAL, L.P. - ATTN: STEVE PULLY 2100 MCKINNEY AVENUE, 16TH FLOOR DALLAS, TX 75201 | 17161 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | $14,541,147.00* | Lehman Brothers Special Financing Inc. | Unsecured | $10,208,521.30 |
| 14 | ING LIFE INSURANCE AND ANNUITY COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 17821 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $76,794.63 $0.00 $76,794.63 | Lehman Brothers Special Financing Inc. | Unsecured | $76,549.02 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 132: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15 | ING LIFE INSURANCE AND ANNUITY COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 17822 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | $76,794.63 | Lehman Brothers Holdings Inc. | Unsecured | $76,469.47 |
| 16 | ING LIFE INSURANCE AND ANNUITY COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 17826 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured | $70,141.53 | Lehman Brothers Holdings Inc. | Unsecured | $69,844.54 |
| 17 | ING LIFE INSURANCE AND ANNUITY COMPANY C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK, NY 10169 | 66032 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured | $70,141.53 | Lehman Brothers Special Financing Inc. | Unsecured | $69,917.19 |
| 18 | KAISER, GEORGE B. ATTN: SAMUEL S. ORY OLD CITY HALL 124 EAST FOURTH STREET TULSA, OK 74103 | 13040 | 09/15/2009 | Lehman Brothers Commodity Services Inc. | Secured | $11,366,021.00 | Lehman Brothers Commodity Services Inc. | Unsecured | $5,000,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 132: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 19 | KAISER, GEORGE B. ATTN: SAMUEL S. ORY OLD CITY HALL 124 EAST FOURTH STREET TULSA, OK 74103 | 13041 | 09/15/2009 | Lehman Brothers Holdings Inc. | Secured | $11,366,021.00 | Lehman Brothers Holdings Inc. | Unsecured | $5,000,000.00 |
| 20 | NAKAGAWA BUSSAN CO., LTD. ATTN: HIDENOBU NAKAGAWA, PRESIDENT 37-23 SHIOMI-CHO MINATO-KU NAGOYA-CITY AICHI PREF. 455-0028, JAPAN | 18790 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,225,493.13 | Lehman Brothers Special Financing Inc. | Unsecured | $110,733.84 |
| 21 | NATIONAL AUSTRALIA BANK LIMITED ATTN: PATRICK RYAN 245 PARK AVENUE FLOOR 28 NEW YORK, NY 10167 | 24631 | 09/21/2009 | Lehman Brothers Holdings Inc. | Administrative Unsecured<br><br>Subtotal | Undetermined $198,934.00*<br><br>$198,934.00 | Lehman Brothers Holdings Inc. | Unsecured | $198,934.00 |
| 22 | NATIONAL AUSTRALIA BANK LIMITED ATTN: PATRICK RYAN 245 PARK AVENUE FLOOR 28 NEW YORK, NY 10167 | 24633 | 09/21/2009 | Lehman Brothers Commercial Corporation | Administrative Unsecured<br><br>Subtotal | Undetermined $198,934.00*<br><br>$198,934.00 | Lehman Brothers Commercial Corporation | Unsecured | $198,934.00 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 132: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 23 | NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST ATTN: CATHERINE A. LYNCH 1250 I STREET, N.W., SUITE 500 WASHINGTON, DC 20005 | 28000 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $2,009,870.80* | Lehman Brothers Special Financing Inc. | Unsecured | $2,417,965.21 |
| 24 | NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST ATTN: CATHERINE A. LYNCH 1250 I STREET, N.W., SUITE 500 WASHINGTON, DC 20005 | 28001 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $2,009,870.80* | Lehman Brothers Holdings Inc. | Unsecured | $2,417,965.21 |
| 25 | PENNSYLVANIA HOUSING FINANCE AGENCY JOHN F. GORYL, ASSOCIATE COUNSEL 211 N. FRONT ST. HARRISBURG, PA 17101 | 2147 | 01/29/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $285,691.57* | Lehman Brothers Derivative Products Inc. | Unsecured | $282,586.57 |
| 26 | SAMPO BANK PLC C/O DMLEGAL (REG: 4676) DANSKE BANK A/S ATTN: HANNE OLESEN HOLMENS KANAL 2-12 COPENHAGEN, DK-1092 DENMARK | 17276 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,196,744.00* | Lehman Brothers Holdings Inc. | Unsecured | $2,536,253.92 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 132: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 27 | SAMPO BANK PLC C/O DMLEGAL (REG: 4676) DANSKE BANK A/S ATTN: HANNE OLESEN HOLMENS KANAL 2-12 COPENHAGEN, DK-1092 DENMARK | 17277 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,196,744.00* | Lehman Brothers Special Financing Inc. | Unsecured | $2,536,253.92 |
| 28 | SCHRODER INVESTMENT COMPANY LIMITED C/O SHCRODER INVESTMENT MANAGEMENT LIMITED ATTN: LEGAL DEPARTMENT/ CHRISTIAN CANO 31 GRESHAM STREET LONDON, EC2V 7QA UNITED KINGDOM | 29083 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $464,175.95* | Lehman Brothers Special Financing Inc. | Unsecured | $442,192.27 |
| 29 | SHARP HEALTHCARE F/K/A SAN DIEGO HOSPITAL ASSOCIATION 8695 SPECTRUM CENTER BLVD. SAN DIEGO, CA 92123 | 12850 | 09/15/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,796,340.98 | Lehman Brothers Special Financing Inc. | Unsecured | $493,369.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 132: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 30 | SHARP HEALTHCARE F/K/A SAN DIEGO HOSPITAL ASSOCIATION 8695 SPECTRUM CENTER BLVD. SAN DIEGO, CA 92123 | 12851 | 09/15/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,796,340.98 | Lehman Brothers Holdings Inc. | Unsecured | $493,369.00 |
| 31 | TYCO ELECTRONICS CORPORATION AS SPONSOR FOR TYCO ELECTRONICS DEFINED BENEFIT PLANS MASTER TRUST C/O JING YANG,DIRECTOR, CAPITAL PLANNING 1050 WESTLAKES DRIVE BERWYN, PA 19312 | 9993 | 08/31/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured **Subtotal** | $18,027.60* $41,411.52* **$59,439.12** | Lehman Brothers Special Financing Inc. | Unsecured | $41,411.52 |
| 32 | UNIVERSITY OF FLORIDA FOUNDATION, INC. C/O UFICO ATTN: EDWARD KELLY 4510 NW 6TH PLACE, 2ND FLOOR GAINESVILLE, FL 32607 | 30751 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $250,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $356,849.87 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 132: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 33 | UNIVERSITY OF FLORIDA FOUNDATION, INC. C/O UFICO ATTN: EDWARD KELLY 4510 NW 6TH PLACE, 2ND FLOOR GAINESVILLE, FL 32607 | 30752 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $356,850.00* | Lehman Brothers Special Financing Inc. | Unsecured | $356,849.87 |
| | | | | | TOTAL | $73,085,322.25 | | TOTAL | $45,506,550.39 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 132: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ALPHADYNE INTERNATIONAL MASTER FUND, LTD C/O ALPHADYNE ASSET MANAGEMENT LLC ATTN: PHILIPPE KHUONG-HUU 17 STATE STREET, 20TH FLOOR NEW YORK, NY 10004 | 33493 | 09/21/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $2,295,433.32 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $1,200,983.47 |
| 2 | ALPHADYNE INTERNATIONAL MASTER FUND, LTD C/O ALPHADYNE ASSET MANAGEMENT LLC ATTN: PHILIPPE KHUONG-HUU 17 STATE STREET, 20TH FLOOR NEW YORK, NY 10004 | 33494 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,295,433.32 | Lehman Brothers Holdings Inc. | Unsecured | $1,200,983.47 |
| 3 | BGI FIXED INCOME GLOBAL ALPHA FUND LTD ATTN: CHIP STEVENS WALKER HOUSE 87 MARY STREET GEORGE TOWN GRAND CAYMAN, KY1-9002 CAYMAN ISLANDS | 12019 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $8,733,195.00* | Lehman Brothers Holdings Inc. | Unsecured | $4,063,330.76 |

\* - Indicates claim contains unliquidated and/or undetermined amounts         Page 1 of 7

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 132: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | BGI FIXED INCOME GLOBAL ALPHA FUND LTD ATTN: CHIP STEVENS WALKER HOUSE 87 MARY STREET GEORGE TOWN GRAND CAYMAN, KY1-9002 CAYMAN ISLANDS | 12020 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $8,733,195.00* | Lehman Brothers Special Financing Inc. | Unsecured | $4,063,330.76 |
| 5 | CMC MAGNETICS CORPORATION C/O BAKER & MCKENZIE ATTN: IRA REID, ESQ. 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 8713 | 08/19/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,779,040.00* | Lehman Brothers Special Financing Inc. | Unsecured | $1,275,714.04 |
| 6 | FFI FUND LTD. BRACEBRIDGE CAPITAL, LLC ATTN: JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON, MA 02116 | 21718 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $192,466,323.00* | Lehman Brothers Holdings Inc. | Unsecured | $21,544,282.03 |
| 7 | FFI FUND LTD. BRACEBRIDGE CAPITAL, LLC ATTN: JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON, MA 02116 | 21719 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $192,466,323.00* | Lehman Brothers Special Financing Inc. | Unsecured | $21,544,282.03 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 132: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8 | FYI FUND LTD. C/O BRACEBRIDGE CAPITAL, LLC ATTN: MR. JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON, MA 02116 | 21716 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $45,609,450.00* | Lehman Brothers Holdings Inc. | Unsecured | $4,185,497.08 |
| 9 | FYI FUND LTD. C/O BRACEBRIDGE CAPITAL, LLC ATTN: MR. JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON, MA 02116 | 21717 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $45,609,450.00* | Lehman Brothers Special Financing Inc. | Unsecured | $4,185,497.08 |
| 10 | GAZPROMBANK MORTGAGE FUNDING 2 S.A. ATTENTION: FREDERIC LAHAYE SOCIETE ANONYME 1, ALLEE SCHEFFER, L-2520 LUXEMBOURG GRAND-DUCHY OF LUXEMBOURG R.C.S. LUXEMBOURG B-125.919, LUXEMBOURG | 13939 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $159,544,969.34* | Lehman Brothers Special Financing Inc. | Unsecured | $80,575,237.04 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 132: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 11 | GAZPROMBANK MORTGAGE FUNDING 2 S.A. ATTENTION: FREDERIC LAHAYE - SOCIETE ANONYME 1, ALLEE SCHEFFER, L-2520 LUXEMBOURG GRAND-DUCHY OF LUXEMBOURG R.C.S. LUXEMBOURG B-125.919, LUXEMBOURG | 13940 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $161,944,844.83* | Lehman Brothers Holdings Inc. | Unsecured | $82,458,766.19 |
| 12 | HIGH RIVER LIMITED PARTNERSHIP C/O ICAHN ASSOCIATES CORP. ATTN: KEITH COZZA 767 FIFTH AVENUE, 47TH FLOOR NEW YORK, NY 10153 | 12105 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $6,064,000.00* | Lehman Brothers Special Financing Inc. | Unsecured | $4,930,000.00 |
| 13 | ICAHN PARTNERS LP ATTN: KEITH COZZA 767 FIFTH AVENUE, 47TH FLOOR NEW YORK, NY 10153 | 12106 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $15,845,621.08* | Lehman Brothers Special Financing Inc. | Unsecured | $12,967,936.25 |
| 14 | ICAHN PARTNERS LP ATTN: KEITH COZZA 767 FIFTH AVENUE, 47TH FLOOR NEW YORK, NY 10153 | 12113 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $15,826,318.16* | Lehman Brothers Holdings Inc. | Unsecured | $12,967,936.25 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 132: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15 | ICAHN PARTNERS MASTER FUND II LP ATTN: KEITH COZZA 767 FIFTH AVENUE, 47TH FLOOR NEW YORK, NY 10153 | 12107 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $6,425,951.84* | Lehman Brothers Special Financing Inc. | Unsecured | $5,372,426.29 |
| 16 | ICAHN PARTNERS MASTER FUND II LP ATTN: KEITH COZZA 767 FIFTH AVENUE, 47TH FLOOR NEW YORK, NY 10153 | 12110 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,418,123.83* | Lehman Brothers Holdings Inc. | Unsecured | $5,372,426.29 |
| 17 | ICAHN PARTNERS MASTER FUND III LP ATTN: KEITH COZZA 767 FIFTH AVENUE, 47TH FLOOR NEW YORK, NY 10153 | 12108 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,848,663.67* | Lehman Brothers Special Financing Inc. | Unsecured | $2,448,794.99 |
| 18 | ICAHN PARTNERS MASTER FUND III LP ATTN: KEITH COZZA 767 FIFTH AVENUE, 47TH FLOOR NEW YORK, NY 10153 | 12111 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,845,193.47* | Lehman Brothers Holdings Inc. | Unsecured | $2,448,794.99 |
| 19 | ICAHN PARTNERS MASTER FUND LP ATTN: KEITH COZZA 767 FIFTH AVENUE, 47TH FLOOR NEW YORK, NY 10153 | 12109 | 09/14/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $18,345,826.68* | Lehman Brothers Special Financing Inc. | Unsecured | $15,000,323.83 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 132: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 20 | ICAHN PARTNERS MASTER FUND LP ATTN: KEITH COZZA 767 FIFTH AVENUE, 47TH FLOOR NEW YORK, NY 10153 | 12112 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $18,323,478.04* | Lehman Brothers Holdings Inc. | Unsecured | $15,000,323.83 |
| 21 | KSC AFFORDABLE HOUSING INVESTMENT FUND LLC C/O BRET H. REED, JR, A LAW CORPORATION 621 ACACIA AVENUE CORONA DEL MAR, CA 92625 | 18705 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $52,250.00 | Lehman Brothers Special Financing Inc. | Unsecured | $14,863.00 |
| 22 | OLIFANT FUND, LTD. C/O BRACEBRIDGE CAPITAL, LLC ATTN: MR. JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON, MA 02116 | 21714 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $24,224,740.00* | Lehman Brothers Holdings Inc. | Unsecured | $511,994.84 |
| 23 | OLIFANT FUND, LTD. C/O BRACEBRIDGE CAPITAL, LLC ATTN: MR. JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON, MA 02116 | 21715 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $24,224,740.00* | Lehman Brothers Special Financing Inc. | Unsecured | $511,994.84 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 132: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 24 | PINEY BRANCH PARK INC C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK, NY 10036 | 21216 | 09/21/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $3,496,091.00* | Lehman Brothers Commodity Services Inc. | Unsecured | $1,713,296.36 |
| 25 | TIAA GLOBAL MARKETS, INC. C/O TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA ATTN: YVES DENIZE 730 THIRD AVENUE NEW YORK, NY 10017-3206 | 9287 | 08/24/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $15,620,802.90* | Lehman Brothers Derivative Products Inc. | Unsecured | $15,595,459.90 |
| | | | | | TOTAL | $982,039,457.48 | | TOTAL | $321,154,475.61 |

\* - Indicates claim contains unliquidated and/or undetermined amounts