# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ADVANCED GRAPHIC PRINTING, INC. C/O DONALD A. WORKMAN BAKER & HOSTETLER LLP 1050 CONNECTICUT AVE., N.W., SUITE 1100 WASHINGTON, DC 20036 | 36802 | 10/07/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $224,918.50 | Lehman Brothers Special Financing Inc. | Unsecured | $199,822.26 |
| 2 | HALBIS US CREDIT ALPHA MASTER FUND, LTD C/O HALBIS CAPITAL MANAGEMENT (USA) ATTN: JAMES CURTIS 452 FIFTH AVENUE NEW YORK, NY 10018 | 12897 | 09/15/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,228,570.59* | Lehman Brothers Special Financing Inc. | Unsecured | $1,094,443.42 |
| 3 | POHJOLA BANK PLC LEGAL SERVICES, ATTN: JARI JAULIMO / ARI SYRJALAINEN P.O.BOX 308 FI-00013 POHJOLA, FINLAND | 21406 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | $21,156,071.58* Undetermined  $21,156,071.58 | Lehman Brothers Holdings Inc. | Unsecured | $20,820,463.00 |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 67: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | POHJOLA BANK PLC LEGAL SERVICES, ATTN: JARI JAULIMO / ARI SYRJALAINEN P.O.BOX 308 FI-00013 POHJOLA, FINLAND | 21407 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured | $21,213,636.38* Undetermined | Lehman Brothers Special Financing Inc. | Unsecured | $20,274,434.80 |
| | | | | | Subtotal | $21,213,636.38 | | | |
| | | | | | TOTAL | $43,823,197.05 | | TOTAL | $42,322,793.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts