# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 120: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALVAREZ, AGUSTINA TORANO<br>CL ALCALA 70 5-IZ<br>MADRID, 28009<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/12/2009 | 1674 | Undetermined | No Blocking Number LPS Claim |
| 2 | ANDALUCIA ORIENTAL CASTELLANO<br>MUJER, PRIVATE & BUSINESS CLIENTS -<br>UR VENTURA DEL MAR 1503<br>CASTELLANO,<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/16/2008 | 1356 | Undetermined | No Blocking Number LPS Claim |
| 3 | ANDALUCIA ORIENTAL ALEMAN<br>MUJER, PRIVATE & BUSINESS CLIENTS -<br>CL LOS LAGOS 15 3<br>URB. LA ALQUERIA, BARCELO,<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1539 | Undetermined | No Blocking Number LPS Claim |
| 4 | ANDALUCIA ORIENTAL ALEMAN<br>HOMBRE, PRIVATE & BUSINESS CLIENTS<br>CL LOS LAGOS 15<br>URB. LA ALQUERIA, BARCELO,<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1538 | Undetermined | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 120: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | ANDRES HIBERNON GARCIA GORRITA DIAZ, JESUS GARCIA DIAZ, CAYETANO GARCIA-GORRITA DIAZ, SUSANA GARCIA DIAZ, MILAGRO GARCIA-DIAZ, FRANCISCO CRISTOBAL GARCIA DIAZ, PALOMA GARCIA DIAZ, CARMEN GARCIA DIAZ, MARIA DESAMPARADOS GARCIA DIAZ ATTN: CARMEN GARCIA DIAZ VALENCIA, SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/15/2009 | 4888 | $191,038.50* | No Blocking Number LPS Claim |
| 6 | BADER, ANNEMARIE HOLSTEINER STR. 33 DORTMUND, 44145 GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41547 | Undetermined | No Blocking Number LPS Claim |
| 7 | BALTA SERRET, FERNANDO CL GRABUAC 22 BARCELONA, 08793 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/09/2009 | 2649 | Undetermined | No Blocking Number LPS Claim |
| 8 | BARCELONA CASTELLANO HOMBRE, PRIVATE & BUSINESS CLIENTS CL CAMI DEL PINYER 9 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2008 | 1435 | Undetermined | No Blocking Number LPS Claim |
| 9 | BERGER PASCUAL, MANUEL CL CHILE 36  5-B LOGRO¥O, LA RIOJA, 26005 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1544 | Undetermined | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 120: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | BREDER, BARBARA<br>HUBERTUSHOEHE 6<br>BAD SODEN, 65812<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/30/2009 | 4031 | Undetermined | No Blocking Number LPS Claim |
| 11 | BRETOS, JOSE EUSEBIO PRADO<br>CL DOCTOR FLEMING 21 6-2<br>BARCELONA, 08017<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/12/2009 | 1669 | Undetermined | No Blocking Number LPS Claim |
| 12 | CAMPOS, MAXIMILIANO HERRERA<br>AV MERIDIANA 329 5-1<br>BARCELONA, 08027<br>SPAIN | | Lehman No Case Asserted/All Cases Asserted | 09/04/2009 | 10419 | Undetermined | No Blocking Number LPS Claim |
| 13 | CAPILUPPI, SABRINA<br>VIA CHIASSI NO. 13<br>MANTOVA, 46100<br>ITALY | 09-10108 (JMP) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/17/2009 | 15199 | $29,141.00 | No Blocking Number LPS Claim |
| 14 | CHICHARRO IZQUIERDO, MARIA I.<br>CL PORTILLO DEL PARDO 28<br>MADRID, 28023<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1533 | Undetermined | No Blocking Number LPS Claim |
| 15 | CHING-NING, LIN TSEN<br>10/F, NO. 135-2<br>SONG-REN ROAD<br>TAIPEI,<br>TAIWAN, PROVINCE OF CHINA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/25/2009 | 9571 | $100,000.00 | No Blocking Number LPS Claim |
| 16 | CITY OF BOTANY BAY<br>PO BOX 331<br>MASCOT NSW 2020<br>SYDNEY,<br>AUSTRALIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/17/2008 | 767 | Undetermined | No Blocking Number LPS Claim |
| 17 | CLARK, MONICA DIAZ<br>941 ORANGE AVE - 403<br>CORONADO, CA 92118 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/11/2009 | 3288 | $100,000.00 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 120: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 18 | D'LUNA CANTON, JOSE FRANCISCO LILIANA ASCENCIO DE LUNA/ VERONICA VANESSA/JACQUELINE/ CYNTHIA P. D'LUNA ASCENCIO RAYON #237 COL. OBRERA ENSENADA B.C., 22830 MEXICO | | Lehman No Case Asserted/All Cases Asserted | 07/29/2009 | 6647 | $50,000.00 | No Blocking Number LPS Claim |
| 19 | DE GROOT, P.B. P/A MOZARTLAAN 22 BILTHOVEN, 3723 JM NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/08/2009 | 65879 | $22,760.51 | No Blocking Number LPS Claim |
| 20 | DE KLUIS-DOMISSE, W. BOTERLAARBAAN 34, SCHILDE, 2970 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 05/11/2009 | 4258 | Undetermined | No Blocking Number LPS Claim |
| 21 | EASTERN METROPOLITAN REGIONAL COUNCIL C/- HAYDN ROBINSON 1/23 RHEOLA STREET WEST PERTH, WA, 6005 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/01/2008 | 1146 | Undetermined | No Blocking Number LPS Claim |
| 22 | ENGUIX ALONSO, CARMEN CL FRANCISCO SUAREZ 9 BL. 4  1-B MADRID, 28036 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1535 | Undetermined | No Blocking Number LPS Claim |
| 23 | FERNANDEZ FERNANDEZ, ARGIMIRO CL SECTOR PINTORES 37  2-B TRES CANTOS, MADRID, 28760 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1530 | Undetermined | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 120: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 24 | FERNANDEZ MORENO, MARIA ISABEL Y FERNANDO BALTA SERRET CL GRABUAC 22 BARCELONA, 08793 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/09/2009 | 2648 | Undetermined | No Blocking Number LPS Claim |
| 25 | FRANZEK, ERHARD AND URSULA C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13644 | $72,323.10 | No Blocking Number LPS Claim |
| 26 | GARCIA-PUENTE RUIZ, MARIA DE ASIS CL NU¥EZ DE BALBOA 84  6-DC MADRID, 28006 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1542 | Undetermined | No Blocking Number LPS Claim |
| 27 | GATO SOUTO, PLACIDO CL MESENA 69  3-A MADRID, 28033 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1534 | Undetermined | No Blocking Number LPS Claim |
| 28 | GOETZ, EBERHARD STEFAN CR MORAIRA-TEULADA 32 BUZON 956A RADA MORAIRA, ALICANTE, 03724 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/12/2009 | 1673 | Undetermined | No Blocking Number LPS Claim |
| 29 | GOLLMER, DR. RALF RICHARD-DEHMEL-STR. 14 DUISBERG, D-47057 GERMANY | | Lehman No Case Asserted/All Cases Asserted | 09/21/2009 | 25520 | Undetermined | No Blocking Number LPS Claim |
| 30 | GONZALEZ SOTO, CELIA CL LA MASO 8   3-G MADRID, 28034 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1540 | Undetermined | No Blocking Number LPS Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 120: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

|    | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | HEINZEN, HANS<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11177 | $10,224.50 | No Blocking Number LPS Claim |
| 32 | HESSE, LEOPOLD<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13636 | $32,616.30 | No Blocking Number LPS Claim |
| 33 | HUETTELMEYER, KLAUS DIETER<br>DE EICHENDORFFSTRASSE 1<br>WEISSENSTADT, 0-ALEMANIA, 95163 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/12/2009 | 1672 | Undetermined | No Blocking Number LPS Claim |
| 34 | INDIAN PACIFIC LTD<br>RICHARD GODFREY<br>P.O. BOX 508<br>SUBIACO, 6904<br>AUSTRALIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/05/2008 | 498 | Undetermined | No Blocking Number LPS Claim |
| 35 | INGEBORG WYRSCH<br>CHEMIN DU CHAMP 20<br>MARLY/FR, CH 1723<br>SWITZERLAND | | Lehman No Case Asserted/All Cases Asserted | 11/23/2009 | 65696 | Undetermined | No Blocking Number LPS Claim |
| 36 | JAHN, HORST & URSULA<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13613 | $14,606.43 | No Blocking Number LPS Claim |
| 37 | KAPFERER, FRANZ<br>FORCHETSIEDLVNG 7<br>HAIMING, 6425<br>AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/07/2009 | 3707 | $25,619.60 | No Blocking Number LPS Claim |
| 38 | KOELLEN, DR.ING.OTTMAR<br>HAMMERSTRASSE 9<br>BREMEN, 28199<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/23/2009 | 3929 | Undetermined | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 120: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 39 | KOLL, CHRISTIAN<br>6426 ROPPEN<br>HNR, 125<br>AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/07/2009 | 3708 | $5,393.60 | No Blocking Number LPS Claim |
| 40 | KT EVENTS INCENTIVOS S.L.U.<br>CL ALEGRE DE DALT 55 4-B<br>BARCELONA, 08024<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/06/2009 | 3682 | Undetermined | No Blocking Number LPS Claim |
| 41 | LAUTENSCHLAGER, ROLF A.<br>SAUERBRUCHSTRASSE 31<br>MUENCHEN, 81377<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34834 | $14,500.00 | No Blocking Number LPS Claim |
| 42 | LEOUSSIS, ANDREW &<br>TSOUYOPOULOS, MARIA FLORA<br>22, GORGIOU STREET<br>11636 ATHENS,<br>GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/02/2008 | 1177 | Undetermined | No Blocking Number LPS Claim |
| 43 | LEOUSSIS, ANDREW &<br>TSOUYOPOULOS, MARIA FLORA<br>22, GORGIOU STREET<br>11636 ATHENS,<br>GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/02/2008 | 1176 | Undetermined | No Blocking Number LPS Claim |
| 44 | LYSEKNAPPEN, ELIN<br>S SKOGVEIEN 125B<br>5073 BERGEN<br>NORWAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/11/2009 | 11553 | $30.00 | No Blocking Number LPS Claim |
| 45 | MAIER, LOTHAR<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13626 | $81,001.88 | No Blocking Number LPS Claim |

# IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 120: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 46 | MARIA DEL CARMEN BARBERA EJARQUE<br>CL FERNANDO EL CATOLICO 28 4-B<br>12005 CASTELLON DEL LA PLANA<br>CASTELLON,<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/16/2008 | 1355 | Undetermined | No Blocking Number LPS Claim |
| 47 | MARTINEZ, FRANCISCO JAVIER TORTUERO<br>AV FACULTAD DE VETERINARIA 31 7-D<br>LEON, 24004<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/12/2009 | 1676 | Undetermined | No Blocking Number LPS Claim |
| 48 | MARTINEZ, JOSE IGNACIO TORTUERO<br>CL PINTORES 20<br>TRES CANTOS, MADRID, 28760<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/12/2009 | 1675 | Undetermined | No Blocking Number LPS Claim |
| 49 | MARTINEZ, JOSE JIMENEZ<br>CALLE RIBAS 27 1-3<br>BARCELONA, 08013<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2008 | 1432 | Undetermined | No Blocking Number LPS Claim |
| 50 | MARTINEZ, SIRA HERRERA<br>CL EDUARD TOLRA 8 BA<br>EL MASNOU, BARCELONA, 08320<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/12/2009 | 1670 | Undetermined | No Blocking Number LPS Claim |
| 51 | MILIOU, MRS. ZOI/MRS. AMALIA MILIOU/MISS ALEXANDRIA VOVTSINA<br>C/O ALMI MARINE MANAGEMENT S A<br>87 KIFISSIAS AVENUE<br>MAROUSI<br>ATHENS, 15124<br>GREECE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/30/2009 | 3563 | Undetermined | No Blocking Number LPS Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 120: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 52 | MORENO BARCO, MARIA TERESA<br>CL SAN ANTON 19  7-B<br>LOGRO¥O, LA RIOJA, 26002<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1543 | Undetermined | No Blocking Number LPS Claim |
| 53 | MULLER, BARBARA<br>RANKENWEG 21<br>DORTMUND, 44265<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/31/2009 | 9988 | Undetermined | No Blocking Number LPS Claim |
| 54 | MULLER, KIRSTEN<br>BRANDENIUSSTR. 3<br>DORTMUND, 44265<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/31/2009 | 9982 | Undetermined | No Blocking Number LPS Claim |
| 55 | NEWCASTLE CITY COUNCIL, ""NSW AUSTRALIA""<br>TREASURY ACCOUNTANT - ALISSA JONES<br>PO BOX 489<br>NEWCASTLE NSW, 2300<br>AUSTRALIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/10/2008 | 566 | Undetermined | No Blocking Number LPS Claim |
| 56 | OHTAWARA SHINKIN BANK<br>10-5, CHUO 1-CHOME<br>OHTAWARA-SHI<br>TOCHIGI, 324-0056<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/12/2009 | 1662 | Undetermined | No Blocking Number LPS Claim |
| 57 | OMAHONY, DONAL<br>17 UPPER MOUNT STREET<br>DUBLIN 2,<br>IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43170 | $1,494,018.05 | No Blocking Number LPS Claim |
| 58 | PAGES, JOSE MARIA SOLA<br>PS DEL PLA 88<br>08230 MATADEPERA<br>BARCELONA,<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2008 | 1431 | Undetermined | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 120: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 59 | PARERA RICART, LUIS<br>PLA€A NOVA 5  2-1<br>TERRASSA<br>BARCELONA, 08221<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1536 | Undetermined | No Blocking Number LPS Claim |
| 60 | PIETERSEN-PUNT, A.<br>EPICEADREEF 24<br>KALMTHOUT, 2920<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/12/2009 | 4862 | Undetermined | No Blocking Number LPS Claim |
| 61 | PRANGE GEB THEN, DORIS ANA<br>VL TUSET 26  8<br>BARCELONA, 08006<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/02/2009 | 3145 | Undetermined | No Blocking Number LPS Claim |
| 62 | PRELL, ELISABETH<br>KRONHUTTENWEG 64<br>KULMBACH, 95326<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/18/2008 | 790 | Undetermined | No Blocking Number LPS Claim |
| 63 | RANTZSCH, GUNTHER<br>C/O SVEN TINTEMANN<br>UHLANDSTRASSE 173/174<br>ECKE KURFURSTENDAMM<br>10719 BERLIN,<br>GERMANY | | Lehman No Case Asserted/All Cases Asserted | 11/02/2009 | 65665 | $15,314.61* | No Blocking Number LPS Claim |
| 64 | RAPP, ANTONIO LUIS VILLARRUBIA<br>CL CANILLAS 32<br>NOVEDADES VILLARRUBIA<br>MADRID, 28002<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/23/2008 | 1433 | Undetermined | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 120: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 65 | REASEGUROS CREDITO Y CAUCION, S.A.U. C/O KEVIN M. ECKHARDT, HUNTON & WILLIAMS LLP 1111 BRICKELL AVE., SUITE 2500 MIAMI, FL 33131 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/28/2009 | 3999 | Undetermined | No Blocking Number LPS Claim |
| 66 | RIBEIRO PIMENTEL, PEDRO MANUEL CORREIA PZ DE BASILEA 2 ESC. 1 4-B MADRID, 28028 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/27/2009 | 2055 | Undetermined | No Blocking Number LPS Claim |
| 67 | RIBERA, CARLOS FRANQUES CL BALMES 427 8-A BARCELONA, 08022 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/26/2009 | 3086 | Undetermined | No Blocking Number LPS Claim |
| 68 | RIESER, URBAN DR C/O VON GRAFFEURIED U PARTNER LIMMATQUAI 94 ZURICH, CH-8021 SWITZERLAND | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 10/01/2009 | 35964 | $49,000.00 | No Blocking Number LPS Claim |
| 69 | RODRIGUEZ CARNEIRO, ARMANDO RUA FIRMO RIBEIRO 320 BARRA DA TIJUCA RIO DE JANEIRO, RJ BRAZIL | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 18064 | $250,000.00 | No Blocking Number LPS Claim |
| 70 | RUDOLPH, RALF AND CLAUDIA C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13606 | $65,728.94 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 120: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 71 | SALCEDO DURAN, GABRIEL<br>CL DIEGO DE LEON 41  7-D<br>MADRID, 28006<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1531 | Undetermined | No Blocking Number LPS Claim |
| 72 | SCHULGEN, GREGOR<br>AM LIMPERTZ-HOF 29<br>GREVENBROICH, D-41515<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/24/2008 | 911 | $78,000.00 | No Blocking Number LPS Claim |
| 73 | SERVAT LIGERO, JOSE M<br>CL CASANOVA 0209 2 - 2<br>BARCELONA, 08021<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/16/2009 | 3357 | Undetermined | No Blocking Number LPS Claim |
| 74 | TSANG, MAN CHIU<br>FLAT C, 49/F, TOWER 1, ISLAND RESORT<br>28 SIU SAN WAN ROAD<br>CHAI WAN,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/02/2009 | 2506 | Undetermined | No Blocking Number LPS Claim |
| 75 | TWIGG, JONATHAN LEYCESTER<br>50 COOMBE ROAD<br>IRBY<br>WIRRAL, CH61 4US<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 31645 | $33,000.00* | No Blocking Number LPS Claim |
| 76 | VAN OTTERLOO, W. DE MOL<br>FRANS DEN HOLLANDERLAAN 29<br>HM GOES, 4461<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2010 | 67120 | $45,095.58 | No Blocking Number LPS Claim |
| 77 | VAN OTTERLOO, W. DE MOL<br>FRAN DEN HOLLANDERLAAN 29<br>HM GOES, 4461<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/07/2010 | 67121 | $60,836.49 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 120: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 78 | WERNER, FRIEDHELM AND IRENE<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13616 | $21,696.93 | No Blocking Number LPS Claim |
| 79 | WILDEBRAND, NORMA<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13643 | $5,785.85 | No Blocking Number LPS Claim |
|   |   |   |   |   | TOTAL | $2,867,731.87 |   |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 120: EXHIBIT 2 – NO BLOCKING NUMBER LPS CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | MDA NATIONAL INSURANCE PTY LTD<br>ANDREW FRASER-GILLARD, HEAD OF FINANCE<br>PO BOX 1557<br>SUBIACO, WA, 6008<br>AUSTRALIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/24/2008 | 1442 | Undetermined | No Blocking Number LPS Claim |
| | | | | | TOTAL | $0.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 3

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 120: EXHIBIT 3 – NO BLOCKING NUMBER LPS CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | FILIPPO, DANIELE<br>VIA ROMA 42<br>S GIOVANNI AL NATISONE (UD), 33100<br>ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34765 | $28,116.60 | No Blocking Number LPS Claim |
| 2 | GELDARD, CHRISTINE L.<br>CL CUENCA 23<br>TORRELAMATA<br>ALICANTE, 03188<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1537 | Undetermined | No Blocking Number LPS Claim |
| 3 | MILLENNIUM MARKETING & MANAGEMENT PTY LTD<br>80 LANG ROAD<br>CENTENNIAL PARK, NSW<br>AUSTRALIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/12/2010 | 66106 | Undetermined | No Blocking Number LPS Claim |
| 4 | OPTIQUE PTY LTD ATF OPTIQUE SUPER<br>PENSION FUND<br>KEITH MASNICK<br>1 ROSLYNDALE AVE<br>WOOLLAHRA, N.S.W., 2025<br>AUSTRALIA | | Lehman No Case Asserted/All Cases Asserted | 07/20/2009 | 5712 | Undetermined | No Blocking Number LPS Claim |
| | | | | | TOTAL | $28,116.60 | |