# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 123: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | BANK OF NEW YORK MELLON TRUST COMPANY, THE<br>C/O THE BANK OF NEW YORK MELLON<br>ATTN: ALEX CHANG<br>101 BARCLAY STREET-8W<br>NEW YORK, NY 10286 | 09/22/2009 | 08-13885 (JMP) | 34219 | Undetermined | BANK OF NEW YORK MELLON TRUST COMPANY, NA<br>C/O THE BANK OF NEW YORK<br>ATTN: ALEX CHANG<br>101 BARCLAY STREET - 8W<br>NEW YORK, NY 10286 | 09/22/2009 | 08-13885 (JMP) | 30106 | $769,944,325.54* |
| 2 | CALLIES, GUILLEMETTE<br>43, RUE DE LA FERME<br>92<br>NEUILLY-SUR-SEINE, F92200<br>FRANCE | 07/20/2009 | 08-13555 (JMP) | 5735 | $12,482.00 | CALLIES, GUILLEMETTE<br>16 BIS, RUE SOYER<br>NEUILLY-SUR-SEINE, F92200<br>FRANCE | 07/20/2009 | | 5733 | $12,482.00 |
| 3 | CBW LLC<br>TRANSFEROR:<br>ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND II, LP<br>C/O ASHURST LLP<br>ATTN: PATRICIA SEDDON<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 | 09/21/2009 | 08-13555 (JMP) | 22216 | $165,909.95 | CBW LLC<br>TRANSFEROR:<br>ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND II, LP<br>C/O ASHURST LLP<br>ATTN: PATRICIA SEDDON<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 | 09/18/2009 | 08-13555 (JMP) | 20539 | $165,909.95 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 123: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | MEDICAL CENTER OF THE ROCKIES<br>ATTN: STEVE ELLSWORTH<br>2315 HARMONY ROAD<br>SUITE 200<br>FORT COLLINS, CO 80528 | 09/21/2009 | 08-13555 (JMP) | 23909 | $3,000,000.00* | MEDICAL CENTER OF THE ROCKIES<br>2315 E. HARMONY ROAD<br>SUITE 200<br>ATTN: STEVE ELLSWORTH<br>FORT COLLINS, CO 80528 | 09/17/2009 | 08-13555 (JMP) | 14787 | $3,000,000.00* |
| 5 | POUDRE VALLEY HEALTH CARE INC<br>ATTN: STEVE ELLSWORTH<br>2315 E. HARMONY ROAD, SUITE 200<br>FORT COLLINS, CO, CO 80528 | 09/22/2009 | 08-13888 (JMP) | 31286 | Undetermined | POUDRE VALLEY HEALTH CARE INC<br>2315 E. HARMONY ROAD, SUITE 200<br>ATTN: STEVE ELLSWORTH<br>FORT COLLINS, CO 80528 | 09/17/2009 | 08-13888 (JMP) | 14786 | $3,000,000.00* |
| 6 | POUDRE VALLEY HEALTH CARE INC<br>ATTN: STEVE ELLSWORTH<br>2315 E. HARMONY ROAD, SUITE 200<br>FORT COLLINS, CO 80528 | 09/21/2009 | 08-13555 (JMP) | 23916 | $3,000,000.00* | POUDRE VALLEY HEALTH CARE INC<br>ATTN: STEVE ELLSWORTH<br>2315 E. HARMONY ROAD SUITE 200<br>FORT COLLINS, CO 80528 | 09/17/2009 | 08-13555 (JMP) | 14735 | $3,000,000.00* |
| 7 | POUDRE VALLEY HEALTH CARE, INC.<br>ATTN: STEVE ELLSWORTH<br>2315 E. HARMONY ROAD SUITE 200<br>FORT COLLINS, CO 80528 | 09/21/2009 | 08-13888 (JMP) | 23907 | $3,000,000.00* | POUDRE VALLEY HEALTH CARE INC<br>2315 E. HARMONY ROAD, SUITE 200<br>ATTN: STEVE ELLSWORTH<br>FORT COLLINS, CO 80528 | 09/17/2009 | 08-13888 (JMP) | 14786 | $3,000,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 123: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 8 | QIC LTD (FORMERLY QUEENSLAND INVESTMENT CORPORATION) AS TRUSTEE FOR THE QIC DIVERSIFIED FIXED INTEREST FUND NO 1 LEVEL 5, CENTRAL PLAZA TWO, 66 EAGLE STREET BRISBANE, QUEENSLAND, 4000 AUSTRALIA | 09/22/2009 | 08-13555 (JMP) | 28067 | $259,688.00 | QIC LTD (FORMERLY QUEENSLAND INVESTMENT CORPORATION) AS TRUSTEE FOR THE QIC DIVERSIFIED FIXED INTEREST FUND NO 1 LEVEL 5, CENTRAL PLAZA TWO, 66 EAGLE STREET BRISBANE, QUEENSLAND, 4000 AUSTRALIA | 09/22/2009 | 08-13555 (JMP) | 28069 | $259,688.00 |
| 9 | ROCHE US DB PLANS MASTER TRUST ATTN: GERRY BOHM 340 KINGSLAND STREET NUTLEY, NJ 07110 | 09/22/2009 | 08-13555 (JMP) | 33132 | $382,723.00* | ROCHE US DB PLANS MASTER TRUST ATTN: GERRY ROCHE 340 KINGSLAND STREET NUTLEY, NJ 07110 | 09/22/2009 | 08-13555 (JMP) | 33665 | $382,723.00 |
| 10 | SEALED AIR CORPORATION ATTN: IRA LAKRITZ, LAW DEPARTMENT 200 RIVERFRONT BOULEVARD ELMWOOD PARK, NJ 07407 | 03/14/2011 | 08-13555 (JMP) | 67365 | $13,200,000.00 | SEALED AIR CORPORATION ATTN: IRA LAKRITZ, LAW DEPARTMENT 200 RIVERFRONT BOULEVARD ELMWOOD PARK, NJ 07407 | 03/09/2011 | 08-13555 (JMP) | 67355 | $13,200,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 123: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 11 | SEALED AIR CORPORATION ATTN: IRA LAKRITZ, LAW DEPARTMENT 200 RIVERFRONT BOULEVARD ELMWOOD PARK, NJ 07407 | 03/14/2011 | 08-13888 (JMP) | 67366 | $13,200,000.00 | SEALED AIR CORPORATION ATTN: IRA LAKRITZ, LAW DEPARTMENT 200 RIVERFRONT BOULEVARD ELMWOOD PARK, NJ 07407 | 03/09/2011 | 08-13888 (JMP) | 67356 | $13,200,000.00 |
| 12 | SHEPHERD OF THE VALLEY LUTHERAN RETIREMENT SERV, INC. 5525 SILICA ROAD AUSTINTOWN, OH 44515 | 09/21/2009 | 08-13888 (JMP) | 26095 | $560,000.00 | SHEPHERD OF THE VALLEY LUTHERAN RETIREMENT SERVICES, INC. 5525 SILICA ROAD AUSTINTOWN, OH 44515 | 09/21/2009 | 08-13888 (JMP) | 26094 | $560,000.00 |
| 13 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 09/22/2009 | 08-13888 (JMP) | 27167 | Undetermined | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 09/21/2009 | 08-13888 (JMP) | 23470 | Undetermined |
| | | | | TOTAL | $36,780,802.95 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts