To: United States Bankruptcy Court, Southern District of New York
From: Boris Nedev
Date: 13 May 2011, London, United Kingdom

Debtors: Lehman Brothers Holdings INC., et al., Debtors
Case number: Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered)

Subject: Objection to claims to reclassify proof of claim as equity interest (hearing on debtors' one hundred thirty-first omnibus)

Claim details:
Creditor name and address: Boris Nedev, 4th floor flat, 59 Courtfield Gardens, London SW5 0NF, United Kingdom
Claim number: 22803
Date filed: 9/21/2009
Classification and Amount: Priority: $194,817.00

Dear Sir Madame

I am objecting to the claims to reclassify my claim listed above as an equity interest. My claim is based on compensation owed to me by Lehman Brothers. I would have been an equity holder of Lehman Brothers if the compensation vested and if I chose to not sell the vested shares but become a shareholder of Lehman Brothers. In fact, the compensation did not vest (but is still owed to me). Also I had no intention whatsoever to become a shareholder/ equity holder of Lehman Brothers.

As such, I have a claim against Lehman Brothers, not an equity interest.

Other matters
The Debtors must return any reply to my response to the address below.
I have the ultimate authority to reconcile, settle, or otherwise resolve this claim. My contact details are below.

Sincerely yours

Boris Nedev
4th floor flat
59 Courtfield Gardens
London SW5 0NF
United Kingdom
Telephone: +44 790 953 2460



RECEIVED
MAY 20 2011
U.S. BANKRUPTCY COURT, SDNY
JMP