Dineshkumar P. Patel
Kalaben D. Patel (wife)
420 29th Avenue North
Texas City, TX 77590-4215
Home: 409-948-0922
Cell: 409-392-1256

May 17, 2011

*Honorable James M. Peck
United States Bankruptcy Judge
One Bowling Green, Courtroom 601
New York, NY 10004*

Sub: Lehman Brothers Holdings Inc
     Equity shares 300,000

Dear Honorable Mr. Peck

I and my wife undersigned would like to request your Honor to protect my savings. We would like to request your honor to convert my savings (equity shares) into new corporation's equity shares. It looks what I had the most information in the beginning by this corporation, is not working. This corporation is changing the rules and laws everyday so it becomes harder and harder to sell all shares without loss. We would like to request your honor to convert our present equity shares into new corporation's equity shares.

I am attaching (enclosing) the copies of my account with E*Trade Securities LLC, 501 Plaza Two, 34 Exchange Place Jersey City, NJ 07311.

*We thank your honor very much and appreciate your honor heartily*

Very truly,

*[signature]*
*Kalaben D Patel*

Dineshkumar P. Patel
Kalaben D. Patel

Encl:

RECEIVED
MAY 20 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

Customer Service | Suggestions | Enter Symbol US GO | Search | LOG OFF

Accounts | Trading & Portfolios | Research | Guidance & Retirement | Education | Community | Banking | New Account
Trade | Portfolios | View Orders | Balances | Transaction History | IPO Center | Active Trading | Global Trading | Options Trading | Futures Trading

## Portfolios

May 16, 2011 12:57 PM ET

Alerts | Transfer Money | Bill Pay | Help

Portfolios | Performance & Value | Positions | Gains & Losses | Risk Analyzer | Portfolio Analyzer | Income Estimator

Account/Watch List: 6253-4276 Brokerage   Create / Edit List   View: Performance   Customize / Reset

Market Value: $9,417.32 (-$11,570.00 / -55.84%)   DJIA 12,622.16 ▲ +26.41 (+0.21%)   Nasdaq 2,810.40 ▼ -18.07 (-0.64%)

REFRESH | STREAMING QUOTES | EXPORT TO EXCEL      Results per Page: 200

| Symbol | | Last Trade | Change $ | Change % | Day's Gain | Qty | Price Paid | Total Gain $ | Total Gain % | Market Val | Edit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LEHMQ | Buy / Sell | 0.0305 | -0.0023 | -7.01% | -$690.00 | 300,000 | $0.069 | -$11,570.00 | -55.84% | $9,150.00 | Edit |
| 12/01/2008 | Sell | 0.0305 | -0.0023 | -7.01% | -$460.00 | 200,000 | $0.049 | -$3,710.00 | -37.82% | $6,100.00 | Edit |
| 10/26/2009 | Sell | 0.0305 | -0.0023 | -7.01% | -$230.00 | 100,000 | $0.109 | -$7,860.00 | -72.04% | $3,050.00 | Edit |
| Cash | | | | | | 267.32 | | | | $267.32 | |
| | | | | Totals | -$690.00 | | $20,720.00 | -$11,570.00 | -55.84% | $9,417.32 | |

LEGEND: collapsed (click to expand)   expanded (click to collapse)
# - Lot edited by firm    + - Lot edited by customer

15-Minute Delayed quotes

Bond Market Update from Briefing.com >>
Hide News

**Portfolio News**

| Date | Symbol | News Stories | | Source |
|---|---|---|---|---|
| May13 | | | View by: DATE | |
| 05:56 PM | LEHMQ | Judge Will Send Innkeepers Sale Plan To Creditors For Vote | | Dow Jones |
| 02:30 PM | LEHMQ | US EQUITIES WEEK AHEAD: Retail Earnings; April Housing Data | | Dow Jones |
| 11:58 AM | LEHMQ | BANKRUPTCY WEEK AHEAD: Lehman Asks Court To Dismiss $450M Suit | | Dow Jones |
| May12 | | | | |
| 03:43 PM | LEHMQ | Lehman Bondholders Worried About How Tax Bill Will Be Divvied | | Dow Jones |
| 01:47 PM | LEHMQ | Mark Howard Getting Back Into The Game At BNP Paribas - FINS | | Dow Jones |
| May10 | | | | |
| 04:56 PM | LEHMQ | Lehman Presses Case For Dismissal Of JP Morgan Suit | | Dow Jones |
| May09 | | | | |
| 05:18 PM | LEHMQ | Judge Holds Off Ruling On Lehman Trustee Vs Barclays Dispute | | Dow Jones |
| May05 | | | | |
| 12:48 PM | LEHMQ | Barclays Says Lehman Trustee 'Evading' Disputed Assets Ruling | | Dow Jones |
| May02 | | | | |
| 01:31 PM | LEHMQ | Stock market is like Charlie Sheen: Einhorn | | MarketWatch |
| Apr29 | | | | |
| 04:28 PM | LEHMQ | UPDATE: Lehman Trustee, Barclays Still Haggling Over Disputed Assets | | Dow Jones |

more news...

More news for: LEHMQ

Portfolios and Watchlists are not official tax records. They should be used only as a tool to assist you with your financial management. E*TRADE makes no warranties with respect to, and specifically disclaims any liability arising out of, your use of or any tax position taken in reliance upon such information. E*TRADE-provided cost basis, gains or losses and holding periods are estimates and may not reflect all adjustments necessary for your own tax reporting purposes. You should verify such information against your own records when calculating a reportable gain or loss resulting from a sale, redemption or exchange. Consult your tax advisor for further information.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available; (2) do not guarantee that data; and (3) shall not be liable for any loss due either to their negligence or to any cause beyond their control.

* Fields for Market Value, Total Gain, and/or Day's Gain that are marked with an asterisk have been calculated using the current bid or ask instead of the last trade price. This valuation methodology is applicable to options positions only. Learn more

E*TRADE COMPLETE PROTECTION GUARANTEE |  SIPC Securities in your account protected up to $500,000. For details please see www.sipc.org |  Verisign Secured

PLEASE READ THE IMPORTANT DISCLOSURES BELOW

Important information about procedures for opening a new account: To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.