UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
                                                    )
In re:                                              )  Chapter 11
                                                    )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            )  Case No. 08-13555 (JMP)
                                                    )
                                                    )
                                                    )
      Debtors                                       )  (Jointly Administered)
---------------------------------------------------------------------------x

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Credit Suisse Loan Funding LLC | Ontario Teachers' Pension Plan Board |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

   Credit Suisse Loan Funding LLC
   11 Madison Avenue, 5th Floor
   New York, NY 10010
   Attention: Gil Golan
   Telephone: (212) 325-2175
   Facsimile: (212) 743-4953
   -and-
   Credit Suisse Loan Funding LLC
   One Madison Avenue, 2nd Floor
   New York, NY 10010
   Attention: Ashwinee Sawh
   Telephone: (212) 538-2905
   Facsimile: (212) 325-8129

   With a copy to:
   Andrews Kurth LLP
   450 Lexington Avenue
   New York, NY 10017
   Attn: David Hoyt

**Case No. 08-13888**
Court Claim # (if known): 67337 (amending Claim No. 27468)
Amount of Claim: $48,931,169.51
Date Claim Filed: 02/14/2011
Debtor: Lehman Brothers Special Financing Inc.

NYC:228902.1

## EXHIBIT 1-A

### EVIDENCE OF TRANSFER OF CLAIMS

TO:   THE DEBTORS AND THE BANKRUPTCY COURT

Ontario Teachers' Pension Plan Board (the "**Seller**") hereby certifies that, for value received, the adequacy and sufficiency of which are hereby acknowledged, Seller has irrevocably sold, transferred, conveyed, assigned and granted onto Credit Suisse Loan Funding LLC (the "**Buyer**") all of Seller's rights, title and interest in, to and under the claim of Seller against Lehman Brothers Special Financing Inc. ("**LBSF**") in connection with that certain ISDA Master Agreement (the "**Master Agreement**"), dated as of November 1, 2000, between Seller and LBSF (the "**Claim**") including, without limitation (A) Claim No. 67337 (amending Claim No. 27468), (B) any and all right to receive principal, interest, fees, damages, penalties and other amounts in respect of the Claim, (C) all cash, securities, instruments and other property that may be paid or distributed by LBSF and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") in Case No. 08-13555 (JMP) (jointly administered) pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in satisfaction of the Claim, and (D) all proceeds of any kind of the foregoing, including, without limitation, all cash, securities or other property distributed or payable on account of, or exchanged in return for, any of the foregoing.

Seller hereby waives notice or hearing requirement as imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim, recognizing Buyer as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIMS is executed this 3rd day of June 2011.

Ontario Teachers' Pension Plan Board

By: _____
Name:
Title: **Jim Leech**
President and Chief Executive Officer
Ontario Teachers' Pension Plan Board

Credit Suisse Loan Funding LLC

By: _____
Name: Robert Healey
Title: Authorized Signatory

By: _____
Name:
Title: Ian Landow
Authorized Signatory