Montevideo, Uruguay May, 10th 2011

Dear Honorable James M. Peck

United States Bankruptcy Judge,

In reply of the communication I received on April, 25, 2011, I beg for you to consider my petition about my need of getting back the amount of one hundred thousand dollars ( US dollars 100.000,00) from my account of 'LEHMAN BROTHERS' as soon as possible.

    Yours faithfully

*Victoria Fernandez*

VICTORIA FERNANDEZ PASTOR

ID    950. 470-4



RECEIVED
MAY 23 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

 **ABN AMRO** Bank

**VENTA de VALORES**

*COMPRA DE VALORES*

Al
ABN AMRO Bank N.V.
Sucursal Montevideo

| Fecha de Instrucción: | 18/06/07 |
|---|---|
| Fecha de Venta: | |
| Fecha Valor de Liquidación: | |

Sírvanse vender por nuestra cuenta y orden, sujeto a las Condiciones Especiales y Generales que se indican en el presente, los siguientes valores:

| Moneda | Valor Nominal | Descripción | Precio Límite |
|---|---|---|---|
| USD | Valor Efectivo<br>100.000<br>Cantidad de Acciones o Cuotapartes | Nombre: LEHMAN BROS 6.90<br>Cupón / Tasa: 6.90<br>Fecha Vencimiento:<br>Fecha Rescate (Call):<br>Fecha Amortización (Put):<br>Código (ISIN, CUSIP, Otro): XS0303181362Z | |

En liquidación del Importe de la Venta, menos los gastos, sírvanse acreditar:

| Número de Cliente | Número de Cuenta | Moneda | Nombre del Cliente |
|---|---|---|---|
| 5155452 | 5155452 | USD | FERNANDEZ PASTOR VICTORIA Y/O |

### Definiciones

**"Fecha de Instrucción"**: es la fecha en que el Cliente suscribe la presente instrucción.
**"Fecha de Venta"**: es la fecha en que el Banco cierra la operación de venta de los valores.
**"Fecha Valor de Liquidación"**: es la fecha valor en que se liquida la operación de venta acreditando los fondos resultantes en la Cuenta del Cliente.

### Condiciones Especiales

- La **"Fecha de Instrucción"** y la **"Fecha de Venta"** coincidirán salvo que, por razones de fuerza mayor, o por feriados o diferencias horarias en la plaza en que se deberá efectuar la venta, o por falta de demanda de los valores cuya venta se instruye, la misma no pueda concretarse en la **"Fecha de Instrucción"**, en cuyo caso la **"Fecha de Venta" y la "Fecha Valor de Liquidación"** quedarán en blanco y serán informadas por ABN AMRO Bank N.V. Sucursal Montevideo (en adelante el "Banco") al Cliente en el aviso que le enviará confirmando la venta.

- El Cliente exonera expresamente al Banco de toda responsabilidad por los hechos que pudieran ocurrir entre la **"Fecha de Instrucción"** y la **"Fecha Valor de Liquidación"**, y que pudieran afectar a los valores que se venden y/o a los fondos provenientes de su venta. A modo de ejemplo, y a los solos efectos enunciativos, se mencionan hechos de fuerza mayor incluyendo, sin limitación, nacionalización, expropiación, restricciones monetarias, o cualquier ley, decreto, norma o acto administrativo dictado por cualquier autoridad de gobierno o monetaria de este país que establezca el curso forzoso, el establecimiento de un control de cambios o la imposibilidad de girar o transferir divisas desde exterior.

- El Banco podrá proporcionar información relativa al Cliente y sus operaciones a ABN AMRO Bank N.V. Casa Matriz, así como a otras sucursales, afiliadas y/o subsidiarias de la misma, localizadas en el país o en el exterior, toda vez que el Banco deba dar cumplimiento a políticas corporativas sobre conocimiento del Cliente, así como cuando sea necesario para analizar y/o aprobar y/o dar cumplimiento a las solicitudes de servicios que formule el mismo. A todos los efectos indicados precedentemente, el Cliente releva expresamente al Banco del Secreto Bancario (Art. 25 Ley 15.322).

- **El cumplimiento de la presente instrucción se regirá por las "Condiciones Generales aplicables a Custodia y Transacciones de Valores", y en forma supletoria, según lo que el cliente hubiera firmado, por las "Condiciones Generales entre ABN AMRO Bank N.V. Sucursal Montevideo y sus Clientes" o las "Condiciones Generales y Especiales entre ABN AMRO Bank N.V. Sucursal Montevideo y sus Clientes", las que reconoce haber leído y entendido en su totalidad.**

| Nombre Cliente: | Firma: |
|---|---|
| FERNANDEZ PASTOR VICTORIA Y/O | *[signature]* |

---

Para uso Interno del Banco:

| Orden Finesse: | Detalle Liquidación | | Control<br>Fondos Suficientes |
|---|---|---|---|
| | | | |

| Control Interno: | | | |
|---|---|---|---|
| Oficial de Cuenta: | Control de Firmas | Ingresado: | Revisado: |
| | *[ABN AMRO Bank stamp]* | | |





## Posición de Contrato de Inversión

Nombre: FERNANDEZ PASTOR, VICTORIA

Cliente Número: 248862
Emitido al: 16/03/

| Descripción | ISIN | Tasa | Fecha Vto. | Mon. | Valor Nominal | Interés Corrido | Precio Mercado | Valor Total |
|---|---|---|---|---|---|---|---|---|
| DOLAR AMERICANO BILLETE | | | | | | 0,00 | 1,00 | 1,00 |
| LEHMAN BROTHERS UK CAPITAL FUNDING V LP 6.900% | XS0301813522 | | 31/12/2099 | USD | 100.000,00 | | 1,00100 | 1,00100 |