To: Honorable James M. Peck
United States Bankruptcy Judge
One Bowling Green
New York, New York
(10004, Court Room 601)

Dear Sir:

I have holdings in Lehman Brothers Firm.

I am interested in recovering what ever losses I can.

Please inform me what I need to do.

I would like a letter when the hearing has ended.

Sincerely,

Gwendolyn B. Pittman

Address: 702 Moss Creek Drive
Cayce, S.C. 29033

Tel: 803-796-8199

RECEIVED MAY 23 2011 U.S. BANKRUPTCY COURT, SDNY JMP