RECEIVED
MAY 24 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

Mr. James M. Peck
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004
United States

K. Norimatsu
14-10-306
Suzurandai-Higashimachi
9-Chome, Kitaku, Kobe-city,
Hyogo-pref., 651-1112
Japan

TEL 01181-90-1594-6136
May 19, 2011

Re: LEHMAN BROTHERS HOLDINGS INC., et al.,

Dear Mr. J. M. Peck

I'm very thanking you for the despatch of the NOTICE of HEARING about alternative

1

statement.

My claims remain as follows;

I had received your letters of NOTICE of DEADLINES FOR FILING PROOFS OF CLAIM on October 5, 2009 enclosed Schedule A list (copy) detailing only 20 companies.

So I had entried in 20 cases of their companies in relation to LEHMAN BROTHERS HOLDINGS INC.,

However afterwards I've received letters of Schedule of Debtors (copy) from you, and handed over you there on March

2

31, 2011 (stamped), detailing 23 companies.

Three companies from the bottom of list,

Merit LLC

LB Preferred Somerset LLC

LB Somerset LLC

I don't entried in the cases of those three companies as claim.

So I want to entry in the cases as claim against each three companies.

<u>Basis for claim</u>: the rest, which almost everythings settled clearly.

The documents are not available, there aren't the proofs because the parent

3

company had founded them.

Another I want the companies to withdraw of objection to claim as to me, which companies haven't still withdraw objection as to me. —— 19 companies.

The reason ①: I've received the proposal of purchase of those companies (claims).

So I must watch the all settlement to the end.

② I couldn't take action in spite of disagree with the objection.

Because your 20 letters of the NOTICE of taking action were written by small

4

letters in dot point.

The name of the objection party : myself

Awaiting for your kind attention,

Sincerely yours,

K. Horimatsu

5

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              : Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           : 08-13555 (JMP)
                    Debtors.                       : (Jointly Administered)
                                                   :
------------------------------------------------------------x

LBH OMNI74 12-08-2010 (MERGE2,TXNUM2) 4000092665 BAR(23) MAIL ID *** 000039336164 *** BSIUSE: 26
KAZUMICHI NORIMATSU
14-10-306 SUZURANDAI-HIGASHIMACHI
9-CHOME,
KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN

*Received on Dec. 17, 2010*

### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, JOHN O'CONNOR, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)

| CLAIM TO BE RECLASSIFIED | |
|---|---|
| **Creditor Name and Address:**<br>KAZUMICHI NORIMATSU<br>14-10-306 SUZURANDAI-HIGASHIMACHI<br>9-CHOME,<br>KITAKU KOBE-CITY HYOGO, 651-1112 JAPAN | **Claim Number:** 46343<br>**Date Filed:** 10/26/2009<br>**Debtor:** 08-13555<br>**Classification and Amount:** UNDETERMINED<br><br>*LEHMAN BROTHERS HOLDINGS, INC.* |

PLEASE TAKE NOTICE that, on December 8, 2010, Lehman Brothers Holdings Inc. ("LBHI") and certain of its affiliates (collectively, the "Debtors") filed their Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court reclassify your claim listed above under CLAIM TO BE RECLASSIFIED as an equity interest because it seeks to recover for alleged losses related to ownership of preferred stock, common stock, or an equity interest in LBHI. If the Objection is granted, your claim will be reclassified as equity and will receive the same treatment under the Debtors' plan pursuant to chapter 11 of the Bankruptcy Code (as and when confirmed) as other holders of preferred stock or common stock, as applicable, in LBHI.

If you do NOT oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the reclassification of your claim listed above under CLAIM TO BE RECLASSIFIED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on January 7, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

## SCHEDULE OF DEBTORS

The following entities have filed for bankruptcy in the Southern District of New York:

*my No.*

|   | | Case No. | Date Filed |
|---|---|---|---|
| | **Lead Debtor:** | | |
| 1 | Lehman Brothers Holdings Inc. ("LBHI") ...... 1 | 08-13555 | 9/15/2008 |
| | **Related Debtors:** | | |
| 2 | LB 745 LLC ...... 2 | 08-13600 | 9/16/2008 |
| 3 | PAMI Statler Arms LLC(1) ...... 3 | 08-13664 | 9/23/2008 |
| 4 | Lehman Brothers Commodity Services Inc. ("LBCS") ...... 4 | 08-13885 | 10/3/2008 |
| 5 | Lehman Brothers Special Financing Inc. ("LBSF") ...... 5 | 08-13888 | 10/3/2008 |
| 6 | Lehman Brothers OTC Derivatives Inc. ("LOTC") ...... 6 | 08-13893 | 10/3/2008 |
| 7 | Lehman Brothers Derivative Products Inc. ("LBDP") ...... 7 | 08-13899 | 10/5/2008 |
| 8 | Lehman Commercial Paper Inc. ("LCPI") ...... 8 | 08-13900 | 10/5/2008 |
| 9 | Lehman Brothers Commercial Corporation ("LBCC") ...... 9 | 08-13901 | 10/5/2008 |
| 10 | Lehman Brothers Financial Products Inc.("LBFP") ...... 10 | 08-13902 | 10/5/2008 |
| 11 | Lehman Scottish Finance L.P. ...... 11 | 08-13904 | 10/5/2008 |
| 12 | CES Aviation LLC ...... 12 | 08-13905 | 10/5/2008 |
| 13 | CES Aviation V LLC ...... 13 | 08-13906 | 10/5/2008 |
| 14 | CES Aviation IX LLC ...... 14 | 08-13907 | 10/5/2008 |
| 15 | East Dover Limited ...... 15 | 08-13908 | 10/5/2008 |
| 16 | Luxembourg Residential Properties Loan Finance S.a.r.l. ...... 16 | 09-10108 | 1/7/2009 |
| 17 | BNC Mortgage LLC ...... 17 | 09-10137 | 1/9/2009 |
| 18 | LB Rose Ranch LLC ...... 19 | 09-10560 | 2/9/2009 |
| 19 | Structured Asset Securities Corporation ...... 18 | 09-10558 | 2/9/2009 |
| 20 | LB 2080 Kalakaua Owners LLC ...... 20 | 09-12516 | 4/23/2009 |
| 21 | Merit LLC | 09-17331 | 12/14/2009 |
| 22 | LB Somerset LLC | 09-17503 | 12/22/2009 |
| 23 | LB Preferred Somerset LLC | 09-17505 | 12/22/2009 |

(1) On May 26, 2009, a motion was filed on behalf of Lehman Brothers Holdings Inc. seeking entry of an order pursuant to Section 1112(b) of the Bankruptcy Code to dismiss the Chapter 11 Case of PAMI Statler Arms LLC with a hearing to be held on June 24, 2009. On June 19, 2009, the motion was adjourned without a date for a continuation hearing.

The Chapter 11 case of Lehman Brothers Finance SA (Case No: 08-13887) has been dismissed.



RECEIVED MAR 3 1 2011 U.S. BANKRUPTCY COURT, SDNY JMP

3

## Schedule A

| Debtor | Case Number | Commencement Date |
|---|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 | September 15, 2008 |
| LB 745 LLC | 08-13600 | September 16, 2008 |
| PAMI Statler Arms LLC | 08-13664 | September 23, 2008 |
| Lehman Brothers Commodity Services Inc. | 08-13885 | October 3, 2008 |
| Lehman Brothers Special Financing Inc. | 08-13888 | October 3, 2008 |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 | October 3, 2008 |
| Lehman Brothers Derivatives Products Inc. | 08-13899 | October 5, 2008 |
| Lehman Commercial Paper Inc | 08-13900 | October 5, 2008 |
| Lehman Brothers Commercial Corporation | 08-13901 | October 5, 2008 |
| Lehman Brothers Financial Products Inc. | 08-13902 | October 5, 2008 |
| Lehman Scottish Finance L.P. | 08-13904 | October 5, 2008; |
| CES Aviation LLC | 08-13905 | October 5, 2008 |
| CES Aviation V LLC | 08-13906 | October 5, 2008 |
| CES Aviation IX LLC | 08-13907 | October 5, 2008 |
| East Dover Limited | 08-13908 | October 5, 2008 |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 | January 7, 2009 |
| BNC Mortgage LLC | 09-10137 | January 9, 2009 |
| Structured Asset Securities Corporation | 09-10558 | February 9, 2009 |
| LB Rose Ranch LLC | 09-10560 | February 9, 2009 |
| LB 2080 Kalakaua Owners LLC | 09-12516 | April 23, 2009 |

7