10 Wyndham Street   London   W1H 1DB   UK
+44 7720 848 285

The Honorable James M. Peck
One Bowling Green
New York
New York 10004
Courtroom 601

**United States Bankruptcy Court Southern District of New York**

**In re Lehman Brothers Holdings Inc *et al* Debtors**

**Chapter 11 case no. 08-13555 (JMP)**

**Response to Objection to claims (to reclassify proofs of claim as equity interests)**

Claimant: Inigo Fraser-Jenkins
Claim number 25772

Opposition to the objection is founded on the claim amount being made up of deferred compensation. It is not equity in Lehman Brothers Holdings that was purchased, but rather was issued over the prior five years as part of annual compensation awards.

The amount of the claim is from the detailed compensation reports as supplied with the original claim.

All correspondence regarding the claim to be sent to myself at the address printed at the top of this letter.

Yours faithfully,

Inigo Fraser-Jenkins

RECEIVED
MAY 24 2011
U.S. BANKRUPTCY COURT, SDNY
JMP