**For:** James M. Peck,
United States Bankruptcy Judge,
In Courtroom 601 of the United States Bankruptcy Court
For the Southern District of New York (the "Bankruptcy Court"),
One Bowling Green,
New York, New York 10014

**From:** Ni Jin
5321 Avenue Plamondon,
Montreal, Quebec H3X 1B8
Canada

In re
LEHMAN BROTHERS HOLDINGS INC., et al.,
Debtors,
Chapter 11 Case No.
08-13555(JMP)
(Jointly Administered)

**List:** (Copies)
1. Confirmation Notice                      Date: FEBRUARY 1, 2008
ACCOUNT NO.: 340-0671511
Capital Quantity 78,000 Unite Price 100.4589U$ + Interest 3.6% DUE 03/13/2009
2. Statement of account                     September 30, 2008
3. Statement of account                     March 31, 2009
4. Statement of account                     March 31, 2011 (recently)
5. Authorization letter
6. Received (United States Bankruptcy Court - Southern District of New York) letter





# BMO Nesbitt Burns®

A member of BMO Financial Group
P.O. BOX 150, M5X 1H3

ADPBM10100_1477100_002-E:5585-00585

NI JIN
5321 AV. PLAMONDON
MONTREAL QC  H3X 1B8

## Confirmation Notice

DATE
FEBRUARY 1, 2008

ACCOUNT NO.   TYPE
340-0671511   CSH

FOR SETTLEMENT IN THIS OFFICE

---

AS PRINCIPAL, WE TODAY CONFIRM THE FOLLOWING SALE TO YOU

| | | |
|---|---|---|
| SETTLEMENT DATE | | FEBRUARY 6, 2008 |
| TRANSACTION TYPE | | BOUGHT |

| Quantity | Security Description | | Unit Price |
|---|---|---|---|
| 78,000 | LEHMAN BROTHERS HOLDINGS INC  MEDIUM TERM NTS  DUE 03/13/2009 03.600% MS 13  YIELD 3.172% S/A; 3.197% ANN  INT DAYS 143, NEXT CPN 08/03/13 | @ | 100.4580U$ |



CLIENT NAME          NI JIN
ACCOUNT NO           340-0671511 CSH
INVESTMENT ADVISOR   ANTHONY SACHLAS
I.A. CODE            DKJ
TEL.                 (514) 428-2945

REFERENCE 10310  /  CUSIP US52517PVU29  /  SECURITY NO. 5227657  /  ORDER NO. 010310  /  A



WE CONFIRM THIS TRANSACTION(S) SUBJECT TO THE AGREEMENT ON THE REVERSE SIDE.
PLEASE RETAIN THIS CONTRACT FOR INCOME TAX PURPOSES



MEMBER
CIPF

P 1

ADPBM10100_1477100_002 - 00001159 - E:5585



# Statement of account

For the period ending **February 29, 2008**
Date of last statement: December 31, 2007
Primary account: 340-06715



Your Investment Advisor:
ANTHONY SACHIAS

Phone: 514-428-2945
www.anthonysachias.com
1, rue Holiday
Tour Ouest Bureau 110
Pointe-Claire (Quebec) H9R 5N3
Branch Manager:
MARC-ANDRE LACAILLE
Phone: (514) 428-2900

NI JIN
5321 AV. PLAMONDON
MONTREAL QC   H3X 1B8

## Account overview

| **U.S. dollar account** | Market value |
|---|---|
| 340-06715-11  Cash 06715 | 77,734.77 |
| **This month** | **77,734.77** |
| Last statement | 77,867.18 |

You can access your up-to-date account information online through BMO Nesbitt Burns Gateway at:
http://gateway.bmonesbittburns.com
If you have not yet registered for Gateway access, please contact your Investment Advisor.

Each year, investment dealers are required to disclose to Canada Revenue Agency the securities transactions made by clients. You must report the income or capital gain from these transactions on your annual income tax return. Please keep this statement for income tax purposes.

## Bulletin board

As a reminder, if you hold trust units in your cash account, your T3 tax slip and Releve 16 (for Quebec residents) will be mailed to you by March 31st.
The tax considerations for the distributions from trust units (including income trusts and REITs) are not completed until the entire year-end reporting of the underlying corporations is finalized.



® "BMO (M-bar roundel symbol)" is a registered trade-mark of Bank of Montreal, used under licence.
"Nesbitt Burns" is a registered trade-mark of BMO Nesbitt Burns Corporation Limited, used under licence. A member of BMO Financial Group.
℠ "BMO (le médaillon contenant le M souligné)" est une marque de commerce déposée de la Banque de Montréal, utilisée sous licence.
"Nesbitt Burns" est une marque de commerce déposée de la Corporation BMO Nesbitt Burns Limitée, utilisée sous licence. Membre de BMO Groupe financier.
© BMO Nesbitt Burns Inc. 2000

F84000 (01/05)
MEMBER CIPF FCPE MEMBRE

Page 1 of 4

# U.S. dollar account

## Summary of your investments

|  | Cash 06715 account | |
|---|---|---|
|  | Market Value (US currency) | % Invested by Asset Class |
| Cash & short-term investments |  | 0% |
| Cash | 47.40 |  |
| Fixed income & related securities |  | 100% |
| Long Positions | 77,687.37 |  |
| **Total value of your investments** | **77,734.77** | **100%** |

## Summary of income and expenses

|  | This month's income | This month's expenses | Year-to-date income | Year-to-date expenses |
|---|---|---|---|---|
| Dividends | 0.00 | 0.00 | 0.00 | 0.00 |
| Interest | 1,347.48 | 1,115.40 | 1,347.48 | 1,115.40 |
| **Total** | **1,347.48** | **1,115.40** | **1,347.48** | **1,115.40** |

## Details of your investments

### Cash & short-term investments

| Account type | Description | Quantity | Average Cost | Price | Market value (US currency) | Custody*/ Segregated |
|---|---|---|---|---|---|---|
| Cash 06715 | Cash balance as of February 29 |  |  |  | 47.40 |  |
|  | **Total market value of your cash & short-term investments** |  |  |  | **47.40** |  |

### Fixed income & related securities

**Fixed income**

| Account type | Description | Quantity | Average Cost | Price | Market value (US currency) | Custody*/ Segregated |
|---|---|---|---|---|---|---|
| Cash 06715 | LEHMAN BROTHERS HOLDINGS INC MEDIUM TERM NTS DUE 03/13/2009 3.600% | 78,000 | 100.458 | 99.599 | 77,687.37 | 78,000 |
|  | **Total market value of your fixed income** |  |  |  | **77,687.37** |  |
|  | **Total market value of your fixed income & related securities** |  |  |  | **77,687.37** |  |

| **Total market value of your investments** | **77,734.77** |
|---|---|



# Statement of account

For the period ending **February 29, 2008**
Primary account: 340-06715

## Monthly activity

### Transaction details

**Cash account 340-06715**

| Settle date | Activity | Description | Quantity | Price | Income/ Expense | Amount (US currency) |
|---|---|---|---|---|---|---|
| Feb 1 | | Opening cash balance | | | | 2,172.56 |
| Feb 1 | Redemption | CITIGROUP INC NOTES DUE 02/01/2008 INT 3.500% ISSUE REDEEMED FOR CASH 172967BS9060 | -76,000 | | | 76,000.00 |
| Feb 1 | Interest | CITIGROUP INC NOTES DUE 02/01/2008 INT 3.500% REG INT ON 76000 BND REC 01/31/08 PAY 02/01/08 | 76,000 | | Income | 1,330.00 |
| Feb 6 | Bought | LEHMAN BROTHERS HOLDINGS INC MEDIUM TERM NTS DUE 03/13/2009 03.600% YIELD 3.172% S/A; 3.197% ANN INT DAYS 143,NEXT CPN 08/03/13 | 78,000 | 100.4580 | | -79,472.64 |
| Feb 22 | Interest | INTEREST ON CREDIT BALANCE AT 2.000% 01/22 THRU 01/29 | | | Income | 0.95 |
| Feb 22 | Interest | INTEREST ON CREDIT BALANCE AT 1 1/2% 01/30 THRU 02/21 | | | Income | 16.53 |
| Feb 29 | | Closing cash balance | | | | 47.40 |

® "BMO (M-bar roundel symbol)" is a registered trade-mark of Bank of Montreal, used under licence.
"Nesbitt Burns" is a registered trade-mark of BMO Nesbitt Burns Corporation Limited, used under licence. A member of BMO Financial Group.
™ "BMO (le médaillon contenant le M souligné)" est une marque de commerce déposée de la Banque de Montréal, utilisée sous licence.
"Nesbitt Burns" est une marque de commerce déposée de la Corporation BMO Nesbitt Burns Limitée, utilisée sous licence. Membre de BMO Groupe financier.
© BMO Nesbitt Burns Inc. 2000

F84000 (01/05)



# Statement of account

For the period ending **September 30, 2008**
Date of last statement: June 30, 2008
Primary account: 340-06715

Your Investment Advisor:
ANTHONY SACHLAS

Phone: 514-428-2945
www.anthonysachlas.com
1, rue Holiday
Tour Ouest Bureau 110
Pointe-Claire (Québec) H9R 5N3
Branch Manager:
MARC-ANDRE LACAILLE
Phone: (514) 428-2900

NI JIN
5321 AV. PLAMONDON
MONTREAL QC  H3X 1B8

# Account overview

| U.S. dollar account | Market value |
|---|---|
| 340-06715-11  Cash 06715 | 7,800.00 |
| **This month** | **7,800.00** |
| Last statement | 74,684.62 |

You can access your up-to-date account information online through BMO Nesbitt Burns Gateway at:
   http://gateway.bmonesbittburns.com
If you have not yet registered for Gateway access, please contact your Investment Advisor.

Each year, investment dealers are required to disclose to Canada Revenue Agency the securities transactions made by clients. You must report the income or capital gain from these transactions on your annual income tax return. Please keep this statement for income tax purposes.

® "BMO (M-bar roundel symbol)" is a registered trade-mark of Bank of Montreal, used under licence.
"Nesbitt Burns" is a registered trade-mark of BMO Nesbitt Burns Corporation Limited, used under licence. A member of BMO Financial Group.
ᴹᴰ "BMO (le médaillon contenant le M souligné)" est une marque de commerce déposée de la Banque de Montréal, utilisée sous licence.
"Nesbitt Burns" est une marque de commerce déposée de la Corporation BMO Nesbitt Burns Limitée, utilisée sous licence. Membre de BMO Groupe financier.
© BMO Nesbitt Burns Inc. 2000

F84000 (01/05)
MEMBER CIPF FCPE MEMBRE

# U.S. dollar account

## Summary of your investments

|  | Cash 06715 account | |
|---|---|---|
|  | Market Value (US currency) | % Invested by Asset Class |
| Cash & short-term investments |  | 100% |
| Cash | 0.00 |  |
| Long Positions | 7,800.00 |  |
| **Total value of your investments** | **7,800.00** | **100%** |

## Summary of income and expenses

|  | This month's income | This month's expenses | Year-to-date income | Year-to-date expenses |
|---|---|---|---|---|
| Dividends | 0.00 | 0.00 | 0.00 | 0.00 |
| Interest | 0.00 | 0.00 | 2,751.48 | 1,115.40 |
| **Total** | **0.00** | **0.00** | **2,751.48** | **1,115.40** |

## Details of your investments

### Cash & short-term investments

| Account type | Description | Quantity | Average Cost | Price | Market value (US currency) | Custody*/ Segregated |
|---|---|---|---|---|---|---|
| Cash 06715 | Cash balance as of September 30 |  |  |  | 0.00 |  |
| Cash 06715 | LEHMAN BROTHERS HOLDINGS INC MEDIUM TERM NTS DUE 03/13/2009 3.600% | 78,000 | 100.458 | 10.000 | 7,800.00 | 78,000 |
|  | Total market value of your cash & short-term investments |  |  |  | 7,800.00 |  |

**Total market value of your investments**          7,800.00

## Monthly activity

### Transaction details

**Cash account 340-06715**

| Settle date | Activity | Description | Quantity | Price | Income/ Expense | Amount (US currency) |
|---|---|---|---|---|---|---|
| Sep 1 |  | Opening cash balance |  |  |  | 0.00 |
| Sep 15 | Cheque | CK # DU70030644<br>RE:BANK OF MONTREAL<br>PAYEE<br>NI JIN<br>CLIENT REQUEST |  |  |  | -1,404.00 |
| Sep 26 | Adjustment | WRITE OFF/BRANCH |  |  |  | 1,404.00 |

*Monthly activity continued on next page*

 **BMO Nesbitt Burns**

# Statement of account

For the period ending **March 31, 2009**
Date of last statement: December 31, 2008
Primary account: 340-06715

Your Investment Advisor:
ANTHONY SACHLAS

Phone: 514-428-2945
www.anthonysachlas.com
1, rue Holiday
Tour Ouest Bureau 410
Pointe-Claire (Québec) H9R 5N3
Branch Manager:
MARC-ANDRÉ LACAILLE
Phone: (514) 428-2900

NI JIN
5321 AV. PLAMONDON
MONTREAL QC  H3X 1B8

## Account overview

| U.S. dollar account | Market value |
|---|---|
| 340-06715-11  Cash 06715 | 8,580.00 |
| **This month** | **8,580.00** |
| Last statement | 6,240.00 |

You can access your up-to-date account information online through BMO Nesbitt Burns Gateway at:
   http://gateway.bmonesbittburns.com
If you have not yet registered for Gateway access, please contact your Investment Advisor.

Each year, investment dealers are required to disclose to Canada Revenue Agency the securities transactions made by clients. You must report the income or capital gain from these transactions on your annual income tax return. Please keep this statement for income tax purposes.

## Bulletin board

Alpha is an Alternative Trading System operating in Canada. BMO Nesbitt Burns Inc. is a limited partner of Alpha Trading Systems Limited Partnership which is the sole limited partner of Alpha ATS L.P. (Alpha).
We are also a shareholder of Alpha ATS Inc. (Alpha Inc.), which is the general partner of Alpha, and Alpha Trading Systems Inc. One of our officers is a member of the board of directors of both Alpha ATS Inc. and Alpha Trading Systems Inc.
Our ownership interest in Alpha Trading Systems Limited Partnership and Alpha Trading Systems Inc. may be re-determined at the end of the first and second year following the launch of Alpha based on our share of trades executed on Alpha.
Notwithstanding our interest in Alpha, we wish to assure our clients that all orders will be executed in accordance with our best execution obligation.

At BMO Nesbitt Burns we are taking important steps to improve our environment. Starting this month, we have stopped printing and distributing the paper copy of our Perspective Newsletter in your account statements.
However, we continue to produce this publication electronically and it can be accessed online at the Investor Learning section of our website at www.bmonesbittburns.com.

Using borrowed money to finance the purchase of securities involves greater risk than using cash resources only.
If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.



® "BMO (M-bar roundel symbol)" is a registered trade-mark of Bank of Montreal, used under licence.
"Nesbitt Burns" is a registered trade-mark of BMO Nesbitt Burns Corporation Limited, used under licence. A member of BMO Financial Group.
ᴹᴰ "BMO (le médaillon contenant le M souligné)" est une marque de commerce déposée de la Banque de Montréal, utilisée sous licence.
"Nesbitt Burns" est une marque de commerce déposée de la Corporation BMO Nesbitt Burns Limitée, utilisée sous licence. Membre de BMO Groupe financier.
© BMO Nesbitt Burns Inc. 2000

F84000 (01/05)

*Page 1 of 3*

# U.S. dollar account
# Summary of your investments

|  | Cash 06715 account | |
|---|---|---|
|  | Market Value (US currency) | % Invested by Asset Class |
| Cash & short-term investments |  | 100% |
| Cash | 0.00 |  |
| Long Positions | 8,580.00 |  |
| **Total value of your investments** | **8,580.00** | **100%** |

# Details of your investments

### Cash & short-term investments

| Account type | Description | Quantity | Average Cost | Price | Market value (US currency) | Custody*/ Segregated |
|---|---|---|---|---|---|---|
| Cash 06715 | Cash balance as of March 31 |  |  |  | 0.00 |  |
| Cash 06715 | LEHMAN BROTHERS HOLDINGS INC MEDIUM TERM NTS DUE 03/13/2009 3.600% | 78,000 | 100.458 | 11.000 | 8,580.00 | 78,000 |
|  | Total market value of your cash & short-term investments |  |  |  | 8,580.00 |  |

**Total market value of your investments**  8,580.00



# Statement of account

For the period ending **March 31, 2011**
Date of last statement: December 31, 2010
Primary account: 340-06715

Your Investment Advisor:
POINTEC REALLOTS

Phone: 514-428-2900
1, rue Holiday
Tour Ouest Bureau 110
Pointe-Claire (Québec) H9R 5N3
Branch Manager:
MARC-ANDRÉ LACAILLE
Phone: (514) 428-2900

NI JIN
5321 AV. PLAMONDON
MONTREAL QC  H3X 1B8

## Account overview

| U.S. dollar account | | Market value |
|---|---|---|
| 340-06715-11  Cash 06715 | | 18,720.00 |
| | This month | 18,720.00 |
| | Last statement | 15,271.08 |

You can access your up-to-date account information online through BMO Nesbitt Burns Gateway at:
http://gateway.bmonesbittburns.com
If you have not yet registered for Gateway access, please contact your Investment Advisor.

Each year, investment dealers are required to disclose to Canada Revenue Agency the securities transactions made by clients. You must report the income or capital gain from these transactions on your annual income tax return. Please keep this statement for income tax purposes.

## Bulletin board

For Account Minimum Fee, applicable GST and QST rates of 5% and 8.5% respectively are included in the total charge. Please note the increase in QST from 7.5% to 8.5% effective as of January 1st, 2011.

Using borrowed money to finance the purchase of securities involves greater risk than using cash resources only.

If you borrow money to purchase securities, your responsibility to repay the loan and pay interest as required by its terms remains the same even if the value of the securities purchased declines.

The US/CDN conversion rate is: 0.9690, as of March 31st.

# U.S. dollar account

## Summary of your investments

|  | Cash 06715 account | |
| --- | --- | --- |
|  | Market Value (US currency) | % Invested by Asset Class |
| Cash & short-term investments |  | 0% |
| Cash | 0.00 |  |
| Fixed income & related securities |  | 100% |
| Long Positions | 18,720.00 |  |
| **Total value of your investments** | **18,720.00** | **100%** |

## Details of your investments

### Cash & short-term investments

| Account type | Description | Quantity | Average Cost | Price | Market value (US currency) | Custody*/ Segregated |
| --- | --- | --- | --- | --- | --- | --- |
| Cash 06715 | Cash balance as of March 31 |  |  |  | 0.00 |  |
|  | **Total market value of your cash & short-term investments** |  |  |  | **0.00** |  |

### Fixed income & related securities

**Fixed income**

| Account type | Description | Quantity | Average Cost | Price | Market value (US currency) | Custody*/ Segregated |
| --- | --- | --- | --- | --- | --- | --- |
| Cash 06715 | LEHMAN BROTHERS HOLDINGS INC MEDIUM TERM NTS DUE 03/13/2009 3.600% | 78,000 | 100.458 | 24.000 | 18,720.00 | 78,000 |
|  | **Total market value of your fixed income** |  |  |  | **18,720.00** |  |
|  | **Total market value of your fixed income & related securities** |  |  |  | **18,720.00** |  |

**Total market value of your investments**      **18,720.00**

Date: January 1st, 2008

To Whom It May Concern:

I, Ni Jin, authorize Xiaoyin Jin to take care of all the activities of my bank account# 360-06715 on my behalf like last year.

Regards,

Ni Jin

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :    08-13555 (JMP)
                                               :
                              Debtors.         :    (Jointly Administered)
----------------------------------------------------------------x

NOTICE OF HEARING TO CONSIDER APPROVAL OF DEBTORS' DISCLOSURE STATEMENT AND ANY ALTERNATIVE DISCLOSURE STATEMENT

TO PARTIES IN INTEREST IN THE FOLLOWING CHAPTER 11 CASES:

### Name of Debtors and Case Numbers

| Debtor | Case Number |
| --- | --- |
| Lehman Brothers Holdings Inc. | 08-13555 (JMP) |
| Lehman Commercial Paper Inc. | 08-13900 (JMP) |
| Lehman Brothers Commodities Services Inc. | 08-13885 (JMP) |
| Lehman Brothers Special Financing Inc. | 08-13888 (JMP) |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 (JMP) |
| Lehman Brothers Commercial Corporation | 08-13901 (JMP) |
| Lehman Brothers Derivatives Products Inc. | 08-13899 (JMP) |
| Lehman Brothers Financial Products Inc. | 08-13902 (JMP) |
| LB 745 LLC | 08-13600 (JMP) |
| PAMI Statler Arms LLC | 08-13664 (JMP) |
| CES Aviation LLC | 08-13905 (JMP) |
| CES Aviation V LLC | 08-13906 (JMP) |
| CES Aviation IX LLC | 08-13907 (JMP) |
| East Dover Limited | 08-13908 (JMP) |
| Lehman Scottish Finance L.P. | 08-13904 (JMP) |
| Luxembourg Residential Properties Loan Finance | 09-10108 (JMP) |
| BNC Mortgage LLC | 09-10137 (JMP) |
| LB Rose Ranch LLC | 09-10560 (JMP) |
| Structured Asset Securities Corporation | 09-10558 (JMP) |
| LB 2080 Kalakaua Owners LLC | 09-12516 (JMP) |
| Merit, LLC | 09-17331 (JMP) |
| LB Preferred Somerset LLC | 09-17505 (JMP) |
| LB Somerset LLC | 09-17503 (JMP) |

PLEASE TAKE NOTICE THAT on January 25, 2011, Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors") filed the First Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Debtors' Plan") and the Debtors' Disclosure Statement for the First Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code (as it may be amended, the "Debtors' Disclosure Statement") with respect to the Debtors' Plan, pursuant to section 1125 of title 11 of the United States Code (the "Bankruptcy Code").

PLEASE TAKE FURTHER NOTICE THAT on December 15, 2010, the Ad Hoc Group of Lehman Brothers Creditors (the "Group") filed the Joint Substantively Consolidating Chapter 11 Plan for Lehman Brothers Holdings Inc. and Certain of Its Affiliates Other Than Merit, LLC, LB Somerset LLC and LB Preferred Somerset LLC (as it may be amended, the "Group's Plan") and the Group's Disclosure Statement for the Joint Substantively Consolidating Chapter 11 Plan for Lehman Brothers Holdings Inc. and Certain of Its Affiliates Other Than Merit, LLC, LB Somerset LLC and LB Preferred Somerset LLC (the "Group's Disclosure Statement") with respect to the Group's Plan, pursuant to section 1125 of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE THAT other plan proponents may file, as applicable, an alternative plan and disclosure statement with respect to some or all of the Debtors (as may be amended, each an "Alternative Plan" and "Alternative Disclosure Statement," respectively).

PLEASE TAKE FURTHER NOTICE THAT:

1. A hearing will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10014, on **June 28, 2011 at 10:00 a.m. (Eastern Time)** (the "Disclosure Statement Hearing") to consider the entry of an order, among other things, determining that the Debtors' Disclosure Statement, the Group's Disclosure Statement and/or any Alternative Disclosure Statements contain "adequate information" within the meaning ascribed to such term in section 1125 of the Bankruptcy Code and approving the Debtors' Disclosure Statement, the Group's Disclosure Statement and/or any Alternative Disclosure Statements.

2. Any party in interest wishing to obtain a copy of the Debtors' Disclosure Statement and the Debtors' Plan, the Group's Disclosure Statement and the Group's Plan or any Alternative Disclosure Statement and Alternative Plan may request such copy, in writing, from **Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017.** Interested parties may also examine such disclosure statements and plans free of charge at www.lehman-docket.com. In addition, such disclosure statements and plans are on file with the Bankruptcy Court and may be examined by accessing the Bankruptcy Court's website: www.nysb.uscourts.gov. Note that a PACER password and login are needed to access documents on the Bankruptcy Court's website. A PACER password can be obtained at: www.pacer.psc.uscourts.gov.

3. Objections and responses, if any, to approval of the Debtors' Disclosure Statement, the Group's Disclosure Statement or any Alternative Disclosure Statement must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, and the *Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures*, dated June 17, 2010 [Docket No. 9635], (c) set forth the name(s) of the objecting party/(ies), (d) set forth the nature and amount of the claim(s) or equity interest(s) held or asserted by each objecting party/(ies) against the Debtor(s), (e) state with particularity the legal and factual bases relied upon for the objection or response, and (f) be filed, together with proof of service, with the Bankruptcy Court and served **so that they are actually received by the following parties no later than May 27, 2011 at 4:00 p.m. (Eastern Time)**: (i) the **chambers of the Honorable James M. Peck, United States Bankruptcy Judge**, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) **Weil Gotshal & Manges LLP**, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq., and Alfredo R. Pérez, Esq., attorneys for the Debtors; (iii) the **Office of the United States Trustee** for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.; (iv) **Milbank, Tweed, Hadley & McCloy LLP**, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the official committee of unsecured creditors; (v) **White & Case LLP**, 1155 Avenue of the Americas, New York, New York 10036, Attn: Gerard Uzzi, Esq. and Christopher Shore, Esq., attorneys for the Group; and (vi) the respective attorney(s) for each of the plan proponents of any Alternative Plan.

**IF AN OBJECTION OR RESPONSE TO APPROVAL OF THE DEBTORS' DISCLOSURE STATEMENT, THE GROUP'S DISCLOSURE STATEMENT OR ANY ALTERNATIVE DISCLOSURE STATEMENT IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE DEBTORS' DISCLOSURE STATEMENT, THE GROUP'S DISCLOSURE STATEMENT OR ANY ALTERNATIVE DISCLOSURE STATEMENT, AS APPLICABLE, AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

4. Any party in interest that is entitled to vote on the related plan(s) will receive a copy of the disclosure statement, the plan and various documents related thereto, unless otherwise ordered by the Bankruptcy Court.

5. The Disclosure Statement Hearing may be adjourned from time to time. If the Disclosure Statement Hearing is adjourned, the Debtors, the Group or the applicable plan proponent shall file a notice with the Bankruptcy Court and serve such notice on all parties on the Master Service List.

DATED: April 25, 2011
New York, New York

3



