IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al.,   ) | Case No.08-13555 JMP |
| ) | |
| ) | Chapter 11 |
| 13-3216325                                                    ) | |
| DEBTOR.                                                     ) | |

NOTICE OF WITHDRAWAL OF CLAIM

On September 14, 2009, the Tennessee Department of Revenue (TDOR) filed proof of claim no. 12663 and no. 12664 in the above-styled and numbered case. TDOR hereby requests that claim no. 12663 and no. 12664 be withdrawn.

Respectfully submitted,
ROBERT E. COOPER, JR.
Attorney General & Reporter

/s/ Marvin E. Clements, Jr.
MARVIN E. CLEMENTS, JR. BPR.016031
Senior Counsel
Bankruptcy Division
Office of the Tennessee Attorney General
PO Box 20207
Nashville, Tennessee 37202-0207
(615) 741-1935
agbanknewyork@ag.tn.gov

**CERTIFICATE OF SERVICE**

I certify that on June 3, 3011 a copy of the foregoing Notice of Withdrawal of Claim was sent via U.S. mail, postage prepaid, or electronically to the parties set out below.
/s/ Marvin E. Clements, Jr.

Harvey R. Miller
Attorney for the Debtor(s)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Office of the U.S. Trustee
33 Whitehall Street, 21st Flr.
New York, NY 10004-2112