UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re:                                                           :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :
                                            Debtors.             :    (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **CALANTHE CAPITAL, L.L.C.** | **CREDIT SUISSE LOAN FUNDING LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Calanthe Capital, L.L.C.
FDR Station PO Box 7268
New York, NY 10150
financials@calanthecapital.net

with a copy to:

Drew G.L. Chapman
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Drew.Chapman@cwt.com

Court Claim # (if known): 17800
Amount of Claim: $5,138,988.00
Amount of Claim Transferred: $5,138,988.00
Date Claim Filed: September 18, 2009

Name and Address of Transferor:

Credit Suisse Loan Funding LLC
11 Madison Avenue, 5th Floor
New York, New York 10010
Attention: Gil Golan
Telephone: 212-325-2175
Facsimile: 212-743-4953
E-mail: Gil.Golan@credit-suisse.com

Name and Address where transferee payments should be sent (if different from above): N/A

**\*\*PLEASE SEE ATTACHED DOCUMENT\*\***

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CALANTHE CAPITAL, L.L.C.

By: _____                                        Date: May 24, 2011
    Name: Drew G.L. Chapman
    Title: Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## **EXHIBIT A**

Evidence of Transfer of Claim from Transferor to Transferee

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse Loan Funding LLC** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to the **Calanthe Capital, L.L.C.** (the "Assignee"), pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, all right, title and interest in and to the allowed claims of Assignor against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $5,138,988.00 and docketed as Claim No. 17800 (originally held by Banco Espirito Santo, S.A.) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 20th day of May, 2011.

| ASSIGNEE: | ASSIGNOR: |
|---|---|
| CALANTHE CAPITAL, L.L.C. | CREDIT SUISSE LOAN FUNDING LLC |
| By: _____ | By:_____ |
| Name: Drew G.L. Chapman | Name: |
| Title: Authorized Signatory | Title: |
| | By:_____ |
| | Name: |
| | Title: |

038-15163/AGR/3056277.4

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse Loan Funding LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to the Calanthe Capital, L.L.C. (the "Assignee"), pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, all right, title and interest in and to the allowed claims of Assignor against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $5,138,988.00 and docketed as Claim No. 17800 (originally held by Banco Espirito Santo, S.A.) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___ day of May, 2011.

ASSIGNEE:

CALANTHE CAPITAL, L.L.C.

By:_____
Name:
Title:

ASSIGNOR:

CREDIT SUISSE LOAN FUNDING LLC

By: _____ Gil Golan
Name:          Authorized Signatory
Title:

By: _____ Ronald Gotz
Name:
Title: Authorized Signatory

038-15163/AGR/3056277.4