11CV3760

JS 44C/SDNY
REV. 5/2010

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Ka Kin Wong, et al. (See Attachment A) | HSBC Bank USA, N.A., et al. (See Attachment B) |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER | ATTORNEYS (IF KNOWN) |
|---|---|
| See Attachment B | See Attachment B |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. 158 appeal from Bankruptcy Order

Has this or a similar case been previously filed in SDNY at any time? No?[ ]  Yes?[✓]  Judge Previously Assigned  Hon. Naomi Reice Buchwald

If yes, was this case Vol.[✓]  Invol.[ ]  Dismissed. No[✓]  Yes[ ]  If yes, give date _____  & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)    NATURE OF SUIT

ACTIONS UNDER STATUTES

**TORTS**

**CONTRACT**
- [ ] 110 INSURANCE
- [ ] 120 MARINE
- [ ] 130 MILLER ACT
- [ ] 140 NEGOTIABLE INSTRUMENT
- [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 151 MEDICARE ACT
- [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
- [ ] 160 STOCKHOLDERS SUITS
- [ ] 190 OTHER CONTRACT
- [ ] 195 CONTRACT PRODUCT LIABILITY
- [ ] 196 FRANCHISE

**PERSONAL INJURY**
- [ ] 310 AIRPLANE
- [ ] 315 AIRPLANE PRODUCT LIABILITY
- [ ] 320 ASSAULT, LIBEL & SLANDER
- [ ] 330 FEDERAL EMPLOYERS' LIABILITY
- [ ] 340 MARINE
- [ ] 345 MARINE PRODUCT LIABILITY
- [ ] 350 MOTOR VEHICLE
- [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
- [ ] 360 OTHER PERSONAL INJURY

**PERSONAL INJURY**
- [ ] 362 PERSONAL INJURY - MED MALPRACTICE
- [ ] 365 PERSONAL INJURY PRODUCT LIABILITY
- [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
- [ ] 370 OTHER FRAUD
- [ ] 371 TRUTH IN LENDING
- [ ] 380 OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**FORFEITURE/PENALTY**
- [ ] 610 AGRICULTURE
- [ ] 620 OTHER FOOD & DRUG
- [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 630 LIQUOR LAWS
- [ ] 640 RR & TRUCK
- [ ] 650 AIRLINE REGS
- [ ] 660 OCCUPATIONAL SAFETY/HEALTH
- [ ] 690 OTHER

**LABOR**
- [ ] 710 FAIR LABOR STANDARDS ACT
- [ ] 720 LABOR/MGMT RELATIONS
- [ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
- [ ] 740 RAILWAY LABOR ACT
- [ ] 790 OTHER LABOR LITIGATION
- [ ] 791 EMPL RET INC SECURITY ACT

**BANKRUPTCY**
- [X] 422 APPEAL 28 USC 158
- [ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 COPYRIGHTS
- [ ] 830 PATENT
- [ ] 840 TRADEMARK

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 BLACK LUNG (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID TITLE XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 TAXES (U.S. Plaintiff or Defendant)
- [ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**
- [ ] 400 STATE REAPPORTIONMENT
- [ ] 410 ANTITRUST
- [ ] 430 BANKS & BANKING
- [ ] 450 COMMERCE
- [ ] 460 DEPORTATION
- [ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
- [ ] 480 CONSUMER CREDIT
- [ ] 490 CABLE/SATELLITE TV
- [ ] 810 SELECTIVE SERVICE
- [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
- [ ] 875 CUSTOMER CHALLENGE 12 USC 3410
- [ ] 890 OTHER STATUTORY ACTIONS
- [ ] 891 AGRICULTURAL ACTS
- [ ] 892 ECONOMIC STABILIZATION ACT
- [ ] 893 ENVIRONMENTAL MATTERS
- [ ] 894 ENERGY ALLOCATION ACT
- [ ] 895 FREEDOM OF INFORMATION ACT
- [ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
- [ ] 950 CONSTITUTIONALITY OF STATE STATUTES

**ACTIONS UNDER STATUTES**

**REAL PROPERTY**
- [ ] 210 LAND CONDEMNATION
- [ ] 220 FORECLOSURE
- [ ] 230 RENT LEASE & EJECTMENT
- [ ] 240 TORTS TO LAND
- [ ] 245 TORT PRODUCT LIABILITY
- [ ] 290 ALL OTHER REAL PROPERTY

**CIVIL RIGHTS**
- [ ] 441 VOTING
- [ ] 442 EMPLOYMENT
- [ ] 443 HOUSING/ ACCOMMODATIONS
- [ ] 444 WELFARE
- [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
- [ ] 446 AMERICANS WITH DISABILITIES -OTHER
- [ ] 440 OTHER CIVIL RIGHTS

**PRISONER PETITIONS**
- [ ] 510 MOTIONS TO VACATE SENTENCE 20 USC 2255
- [ ] 530 HABEAS CORPUS
- [ ] 535 DEATH PENALTY
- [ ] 540 MANDAMUS & OTHER
- [ ] 550 CIVIL RIGHTS
- [ ] 555 PRISON CONDITION

**IMMIGRATION**
- [ ] 462 NATURALIZATION APPLICATION
- [ ] 463 HABEAS CORPUS- ALIEN DETAINEE
- [ ] 465 OTHER IMMIGRATION ACTIONS

Check if demanded in complaint:

[X] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

DEMAND $ _____   OTHER _____   JUDGE Hon. Naomi Reice Buchwald   DOCKET NUMBER 11-cv-2721-NRB

Check YES only if demanded in complaint
JURY DEMAND: [✓] YES [ ] NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

See Plaintiffs-Appellants' Statement of Issues

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

- [x] 1 Original Proceeding
- [ ] 2a Removed from State Court
- [ ] 2b Removed from State Court AND at least one party is pro se
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judge Judgment

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION**

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [x] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [ ] 4 DIVERSITY

*IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*
*(28 USC 1322, 1441)*

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

See Attachment B

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

See Attachment B

**DEFENDANT(S) ADDRESS UNKNOWN**
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one: THIS ACTION SHOULD BE ASSIGNED TO:  [ ] WHITE PLAINS  [ ] MANHATTAN
(DO NOT check either box if this a PRISONER PETITION.)

DATE 5/20/2011    SIGNATURE OF ATTORNEY OF RECORD

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. Aug Yr. 2003)
Attorney Bar Code #4165197

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

## ATTACHMENT A

<u>Plaintiffs-Appellants</u>

Ka Kin Wong
Siu Lui Ching
Tim Choy Fung
Lin Tei Tse
Sau King Tse
Lai Kuen Chan
Fuk Shing Wong
Siu Kwan Wong
Yee Ming Shen
Yuen Fun Tang

## ATTACHMENT B

The names of all parties, including the parties to the Adversary Proceeding, to the Order appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

Genovese, Joblove & Battista, P.A.
*Co-Counsel to Plaintiffs-Appellants*
100 S.E. 2nd Street, Suite 4400
Miami, FL 33131
Telephone: (305) 349-2300
Telecopier: (305) 349-2310
Robert F. Elgidely, Esq.
John H. Genovese, Esq.
W. Barry Blum, Esq.

Robbins Geller Rudman & Dowd LLP
*Co-Counsel to Plaintiffs-Appellants*
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Telecopier: (619) 231-7423
Spencer A. Burkholz, Esq.
Patrick W. Daniels, Esq.

Robbins Geller Rudman & Dowd LLP
*Co-Counsel to Plaintiffs-Appellants*
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Telecopier: (631) 367-1173
Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.

Weil Gotshal & Manges LLP
*Attorneys for the Debtors, and Defendants to the Adversary Proceeding, Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc.*
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Telecopier: (212) 310-8007
Ralph I. Miller, Esq.
Richard W. Slack, Esq.
Peter Gruenberger, Esq.
Scarlett Collings, Esq.

Milbank, Tweed, Hadley & Mccloy LLP
*Attorneys for the Creditors' Committee*
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Telecopier: (212) 530-5219
Dennis F. Dunne, Esq.

Sidley LLP
*Attorneys for Principal Global Investors (Europe) and Principal Global Investors, LLC*
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Telecopier: (212) 839-5599
Michael G. Burke, Esq.

Robbins Geller Rudman & Dowd LLP
*Co-Counsel to Plaintiffs-Appellants*
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Telecopier: (415) 288-4534
Luke O. Brooks, Esq.
Jason C. Davis, Esq.

Pryor Cashman LLP
*Attorneys for HSBC Bank USA, N.A.*
7 Times Square
New York, NY 10036
Telephone: (212) 326-0421
Telecopier: (212) 798-6355
Tina M. Moss, Esq.

Orrick, Herrington & Sutcliffe LLP
*Attorneys for Ballyrock ABS CDO 2007-1, Ltd.*
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Telecopier: (212) 506-5151
Steven J. Fink, Esq.
Thomas C. Mitchell, Esq.

Reed Smith LLP
*Attorneys for The Bank of New York
Mellon, The Bank of New York Mellon
Trust Company, N.A. and BNY Corporate
Trustee Services Limited*
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Telecopier: (212) 521-5450
Eric A. Schaffer, Esq.
Michael J. Venditto, Esq.

Clifford Chance US LLP
*Attorneys for Credit Agricole Corporate
and Investment Bank*
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-8000
Telecopier: (212) 878-8375
Andrew P. Brozman, Esq.
Sara M. Tapinekis, Esq.

Nixon Peabody LLP
*Attorneys for Wellington Management
Company, LLP*
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Telecopier: (212) 940-3111
Mark N. Berman, Esq.

Nixon Peabody LLP
*Attorneys for Deutsche Bank Trust
Company Americas and Deutsche Bank
National Trust Company*
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Telecopier: (212) 940-3111
Christopher M. Desiderio, Esq.
David H. Lee, Esq.

Chadbourne & Parke LLP
*Attorneys for HSBC Bank USA, N.A.
as Trustee*
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-5100
Telecopier: (212) 541-5369
David M. LeMay, Esq.
Christy L. Rivera, Esq.

- 2 -

616255_1

Sutherland Asbill & Brennan LLP
*Attorneys for Aviva S.p.A., Aviva Italia Holding S.p.A., Aviva Vita S.p.A., Aviva Life S.p.A., Aviva Italia S.p.A., Aviva Assicurazioni S.p.A. and Aviva Previdenza S.p.A.*
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 383-0100
Telecopier: (202) 637-3593
Mark D. Sherrill, Esq.

Alston & Bird, LLP
*Attorneys for Bank of America, N.A. Successor by Merger to Lasalle Bank, N.A.*
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Telecopier: (212) 210-9444
Michael Johnson, Esq.

Chapman and Cutler LLP
*Attorneys for U.S. Bank, N.A. as Trustee*
111 West Monroe Street
Chicago, IL 60603
Telephone: (312) 845-3000
Telecopier: (312) 701-2361
James E. Spiotto, Esq.
Ann E. Acker, Esq.
Franklin H. Top, III, Esq.

Cahill Gordon & Reindel LLP
*Attorneys for Defendant HSBC Bank USA, N.A.*
80 Pine Street
New York, NY 100050-1702
Telephone: (212) 701-3000
Telecopier: (212) 269-5420
Howard G. Sloane
Patricia Farren
David G. Januszewski