Bankruptcy Court
Honorable James M. Peck
One Bowling Green
New York, New York 10004 Courtroom 601

Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, New York 10153
Robert J. Lemons

In re
Lehman Brothers Holdings Inc
Debtor 09-17505
CLAIM # 67369
Classification & Amt. Unsecured $12,000.00

We object to being disallowed and expunged from this lawsuit. We have filed all necessary documents to support our claim in a timely manner. We were never officially notified Lehman Brothers filed bankruptcy until after the fact and were left without recuperation of our funds, loss of use of our monies, loss of interest due and feel we meet all criteria for being included in this lawsuit.

While Lehman Brothers principals continue to enjoy their million dollar lifestyles and have not suffered, those of us who invested our hard earned money and as seniors were depending on that income to support us we are devastated by our loss. We do not agree to being removed as a party to this lawsuit and want our claim included in any and all settlement funds.

Roger W. and Paula J. Leach
1104 W. Vicki Ave.
Ridgecrest, Ca. 93555-3055
760-446-3242
Email: pjleachrw@hotmail.com



RECEIVED
MAY 26 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    08-13555 (JMP)
                                                             :
          Debtors.                                     :    (Jointly Administered)
                                                             :
-----------------------------------------------------------------x

LBH OMNI 143 05-16-2011 (MERGE2,TXNUM2) 4000119845 BAR(23) MAIL ID *** 000045391613 *** BSIUSE: 162

ROGER W. & PAULA J. LEACH TTEE FAM. TR; UA 9-12-92
1104 W. VICKI AVE.
RIDGECREST, CA 93555-3055


### THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION, PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' ONE HUNDRED FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)

| CLAIM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| **Creditor Name and Address:**<br>ROGER W. & PAULA J. LEACH TTEE FAM. TR; UA 9-12-92<br>1104 W. VICKI AVE.<br>RIDGECREST, CA 93555-3055 | **Claim Number:** 67369 |
| | **Date Filed:** 3/14/2011 |
| | **Debtor:** 09-17505 |
| | **Classification and Amount:** UNSECURED: $ 12,000.00 |

      PLEASE TAKE NOTICE that, on May 16, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

      The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the applicable bar date. The Bar Date Order established, among other things, September 22, 2009 at 5:00 p.m. (prevailing Eastern Time) as the deadline to file proofs of claim against the Debtors, except for claims arising from Lehman Programs Securities (as such term was defined in the Bar Date Order). The Bar Date Order established November 2, 2009 as the deadline to file proofs of claim arising from securities included on the Lehman Programs Securities List. **Any claim that the Bankruptcy Court disallows and expunges will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

      If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.