**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
:
In re:                                                    :
                                                          :
Lehman Brothers Holdings, Inc.        :        Chapter 11
                                                          :
    Debtor.                                 :        Case No. 08-13555  (JMP)
                                                          :
                                                          :
---------------------------------------------------------x

### AFFIDAVIT OF SERVICE

State of New York    )
                     )    ss.:
County of New York   )

       Douglas Keeton, being duly sworn, deposes and says:

       1.    I am over 18 years of age and am not a party to the above-captioned proceedings.

I am employed by Morrison & Foerster LLP, having offices located at 1290 Avenue of the Americas,

New York, NY 10104.

       2.    On June 3, 2011, I caused to be served a true and correct copy of the following

document upon the parties listed on Exhibit A attached hereto by overnight mail:

- Third Amended Verified Statement of Morrison & Foerster LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019.

                                                              /s/ Douglas Keeton
                                                            Douglas Keeton

Sworn to before me on this
3rd day of June, 2011

/s/ Stephen P. Koshgerian
Notary Public
STEPHEN P. KOSHGERIAN
Notary Public, State of New York
No. 02KO6219563
Qualified in New York County
Commission Expires April 26, 2014

ny-979222

**Exhibit A**

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY  10004
Attn:    Chambers of Hon. James M. Peck

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY  10004
Attn:    Andrew D. Velez-Rivera, Esq.


Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:    Harvey Miller, Esq.


Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:    Dennis Dunne, Esq.

Cleary Gottlieb LLP
One Liberty Plaza
New York, New York  10006
Attn:    Lindsee P. Granfield, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, New York  10004
Attn:    Robinson B. Lacy, Esq.

ny-979222