UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al. | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**SUMMARY STATEMENT FOR THIRD INTERIM FEE APPLICATION OF
SUTHERLAND ASBILL & BRENNAN LLP AS SPECIAL COUNSEL
FOR DEBTORS FOR COMPENSATION FOR
PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF
<u>ACTUAL AND NECESSARY OUT-OF-POCKET EXPENSES INCURRED</u>**

**THIRD INTERIM APPLICATION**

| | |
|---|---|
| Name of Applicant: | Sutherland Asbill & Brennan LLP |
| Time Period: | October 1, 2010 through January 31, 2011 |
| Role in the Case: | Special Tax Counsel to the Debtors |
| Current Application: | Total Fees Requested:     $266,701.50 |
| | Total Expenses Requested:   $   1,888.39 |
| Prior Applications: | First Interim Application, August 13, 2010 |
| | Second Interim Application, December 14, 2010 |

## Professional Hours Billed During Interim Fee Period

### Partners and Of Counsel

| Timekeeper | Admission Date | Position | Total Hours Billed | Hourly Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Friedman, Jeffrey | 1995 | Partner | 22.9 | 600/680 | 13,780.00 |
| Jones, Kendall C. | 1976 | Of Counsel | 1.5 | 620 | 930.00 |
| Libin, Jerome B. | 1961 | Partner | 17.7 | 800 | 14,160.00 |
| Serether, Jeffrey M. | 1981 | Of Counsel | 111.4 | 600/680 | 67,016.00 |
| Simonetti, Marc | 2001 | Partner | 145.3 | 500 | 72,650.00 |
| Tello, Carol P. | 1981 | Partner | 34.9 | 580 | 20,242.00 |
| TOTAL: | | | 333.7 | | $188,778.00 |

### Associates

| Timekeeper | Admission Date | Position | Total Hours Billed | Hourly Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Barlatt, Olatunji | 2010 | Associate | 10.3 | 265 | 2,729.50 |
| Eberle, Maria | 2006 | Associate | 136.0 | 320/340 | 43,666.00 |
| Fersko, Seth | 2010 | Associate | 121.1 | 240 | 29,064.00 |
| Pope, David | 2008 | Associate | 7.7 | 320 | 2,464.00 |
| TOTAL: | | | 275.1 | | $ 77,923.50 |

## Summary of Professionals

| Professional Title | Blended Rate | Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Of Counsel | $   566 | 333.7 | $  188,778.00 |
| Associates | 283 | 275.1 | 77,923.50 |
| TOTAL: | $   438 | 608.8 | $  266,701.50 |

## Professional Services Rendered by Project Category During Interim Fee Period

| Client Number | Matter Number | Project Category | Hours Billed | Amount |
|---|---|---|---|---|
| 29779 | 0001 | Tax | 4.5 | $    3,600.00 |
| 29779 | 0003 | Tax | 1.5 | 930.00 |
| 29779 | 0012 | Tax | 544.8 | 228,960.00 |
| 29779 | 0014 | Tax | 58.0 | 33,211.50 |
| | | TOTAL: | 608.8 | $  266,701.50 |

## Project Detail

| Matter Number and Name | Project Category | Attorney Name | Total Hours | Amount |
|---|---|---|---|---|
| 29779-0001 - Tax 2001 - 2007 | Tax | J. Libin | 4.5 | $    3,600.00 |
| 29779-0003 - General | Tax | K. Jones | 1.5 | 930.00 |
| 29779-0012 – New York State Audit Matter | Tax | J. Friedman | 22.9 | 13,780.00 |
| | | M. Simonetti | 145.3 | 72,650.00 |
| | | J. Serether | 111.4 | 67,016.00 |
| | | M. Eberle | 136.0 | 43,666.00 |
| | | S. Fersko | 121.1 | 29,064.00 |
| | | D. Pope | 7.7 | 2,464.00 |
| | | J. Libin | .4 | 320.00 |
| 29779-0014 – Stock Loan | Tax | J. Libin | 12.8 | 10,240.00 |
| | | C. Tello | 34.9 | 20,242.00 |
| | | O. Barlatt | 10.3 | 2,729.50 |
| TOTAL: | | | 608.8 | $266,701.50 |

### Out-of-Pocket Expenses Incurred During Interim Fee Period

| | | |
|---|---|---:|
| Travel:  Air - 9/27-28 | | $  320.70 |
| Travel:  Train – 11/22-23 | | 246.00 |
| Travel:  Lodging – 9/27 | | 234.14 |
| Travel:  Lodging – 11/22 | | 365.82 |
| Travel:  Ground Transportation and Parking | 9/27-28; 11/22-23; 11/29 | 254.68 |
| Online Legal Research: | | 371.15 |
| Photocopies:  (959 pages) | | 95.90 |
| | | |
| TOTAL: | | $1,888.39 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al. | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**THIRD INTERIM FEE APPLICATION OF SUTHERLAND ASBILL & BRENNAN LLP, AS A SECTION 327(e) PROFESSIONAL, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED DURING THE PERIOD FROM OCTOBER 1, 2010 THROUGH JANUARY 31, 2011**

Sutherland Asbill & Brennan LLP ("Sutherland"), special tax counsel to Lehman

Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11

cases (collectively, the "Debtors"), files its Third Interim Fee Application (the "Application")

pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy

Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

seeking compensation for professional services rendered and the reimbursement of actual and

necessary expenses incurred in connection with its representation of the Debtors during the

period from October 1, 2010 through January 31, 2011 (the "Compensation Period"). In support

of its Application, Sutherland respectfully states the following:

**JURISDICTION**

1.        This Court has jurisdiction to consider the Application pursuant to 28 U.S.C.

sections 157 and 1334. Consideration of the Application is a core proceeding pursuant to 28

U.S.C. section 157(b)(2). Venue of this case is proper in this district pursuant to 28 U.S.C.

sections 1408 and 1409. The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code.

## **GENERAL BACKGROUND**

2.    Commencing on September 15, 2008 and periodically thereafter (as applicable, the "Commencement Date"), LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.    On September 17, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

4.    On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI"). A trustee appointed under SIPA is administering LBI's estate.

5.    On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as examiner (the "Examiner") in the above-referenced chapter 11 cases and, by order dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner.

6.    On May 26, 2009, the Court appointed a fee committee ("Fee Committee") and approved a fee protocol ("Fee Protocol") in the above-referenced chapter 11 cases. [Docket No. 3651].

7.      Additional information regarding the Debtors' businesses, capital structures, and the circumstances leading to the commencement of these chapter 11 cases is contained in the Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions and Applications, filed on September 15, 2008 [Docket No. 2].

### RETENTION OF SUTHERLAND

8.      Sutherland began performing legal services on behalf of the Debtors as an Ordinary Course Professional pursuant to this Court's *Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business*, (the "OCP Order"), dated November 5, 2008 [Docket No. 1394]. In accordance with the procedures set forth in the OCP Order, Sutherland's retention became effective as of July 11, 2009. [Docket No. 4259].

9.      On April 23, 2010, the Debtors submitted to this Court an *Application of the Debtors Pursuant to Section 327(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Sutherland Asbill & Brennan LLP as Special Tax Counsel*, Nunc Pro Tunc *to April 1, 2010*. On May 6, 2010, this Court entered an order granting the Debtors' application. [Docket No. 8864].

### SUMMARY OF PROFESSIONAL COMPENSATION
### AND REIMBURSEMENT OF EXPENSES REQUESTED

10.      Sutherland has prepared this Application in accordance with the *Amended Guidelines for Fees and Disbursements of Professionals in Southern District of New York Bankruptcy Cases*, adopted by the Court on April 19, 1995 (the "Local Guidelines"); the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. section 330*, adopted on January 30, 1996 (the "UST

Guidelines"); the *Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [Docket No. 14968]; and this Court's *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], as amended on April 14, 2011 [Docket No. 14969] (the "Fee Protocol Order," and together with the Local Guidelines, the UST Guidelines, and the Interim Compensation Order, the "Guidelines"). Pursuant to the Local Guidelines, a certification regarding compliance with the Guidelines is annexed hereto as Exhibit A.

11.     During the Compensation Period, Sutherland professionals expended a total of 608.8 hours rendering services to the Debtors. Sutherland seeks the allowance of compensation for such services in the amount of $266,701.50 (of which $213,316.20 has been paid), and the approval of its reimbursement of actual and necessary expenses incurred in connection with such services in the amount of $1,888.39 (of which the full amount has been paid).

12.     Except as noted in paragraph 11, during the Compensation Period Sutherland has received no payment and no promises of payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Sutherland and any other person for the sharing of compensation to be received for services rendered in these cases.

13.     Sutherland's fees in these cases are billed in accordance with its billing rates and procedures as agreed upon with the Debtors and as in effect during the Compensation Period. The rates charged by Sutherland for the services rendered in these chapter 11 cases do not (and will not) exceed the rates Sutherland customarily charges for services rendered in comparable non-bankruptcy matters. Such fees, which resulted in a voluntary discount of $14,948 from

Sutherland's standard hourly charges during the Compensation Period, are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national legal market.

14.    Pursuant to the UST Guidelines, annexed hereto as Exhibit B is a schedule setting forth: (a) a list of all Sutherland professionals who have performed services in these chapter 11 cases during the Compensation Period; (b) the capacities in which each such individual is employed by Sutherland; (c) the agreed-upon hourly rate charged by Sutherland for services performed by each such individual; (d) the total amount of time spent by each such individual on behalf of the Debtors during the Compensation Period; (e) the total amount billed for such time; and (f) the year in which each professional was first admitted to the bar.

15.    Annexed hereto as Exhibit C is a schedule specifying the categories of expenses for which Sutherland is seeking reimbursement and the total amount of reimbursement requested for each such category.

16    Pursuant to the UST Guidelines, annexed hereto as Exhibit D is a summary by project category of the services performed by Sutherland during the Compensation Period.

17.    Sutherland has attempted to include in this Application all of its time and expenses relating to the Compensation Period. Sutherland reserves the right to request in a future application any additional time charges and expense amounts relating to services rendered during the Compensation Period that are not reflected in this Application.

18.    Sutherland maintains computerized records of the time spent by all Sutherland professionals in connection with its representation of the Debtors. Subject to redaction for attorney-client privilege where necessary to protect the Debtors and their estates, a reformatted version of such computerized records for the Compensation Period is annexed hereto as Exhibit

-5-

E.  A detailed explanation of Sutherland's disbursements for the Compensation Period is

annexed hereto as Exhibit F.

## SERVICES RENDERED BY SUTHERLAND

19.     A summary description of the services rendered by Sutherland during the

Compensation Period is set forth below:

### A.     2001 – 2007 Federal Income Tax Audits of LBHI and Affiliates

20.     Sutherland provided analysis and advice with respect to several issues that have

been raised by the Internal Revenue Service ("IRS") as part of its 2001 – 2007 federal income

tax audits of LBHI and its affiliates.  These issues, which relate mainly to the U.S. tax

consequences of certain transactions engaged in by LBHI and/or its affiliates, involve substantial

amounts of money and are quite technical in nature.  Sutherland's responsibility is to undertake a

thorough review and analysis of each issue and to provide LBHI with its independent assessment

and evaluation of the issue for purposes of determining LBHI's position and strategy in

settlement negotiations with the IRS.  During the Compensation Period, Sutherland analyzed the

position taken by the IRS on certain specific issues and LBHI's proposed response, and

contributed to the shaping of LBHI's final response and negotiating position.  As part of that

process, Sutherland also collaborated with the Debtors' primary tax counsel, Bingham

McCutchen, which has ultimate responsibility for the handling of each issue.

21.     As the tax issues in question are not matters of public knowledge, Sutherland is

not able to provide a detailed description of the transactions in question in the Application.  With

respect to those matters not settled at the administrative level, it is likely that litigation will

ensue, at which time the matters would become public.  Sutherland's evaluation and advice with

-6-

respect to each transaction takes into account the Debtors' objective of resolving the matter in the most expeditious manner possible and with the best possible result.

### B. New York State and New York City Tax Matters

22.    Sutherland continued to advise LBHI with respect to certain New York State and New York City tax issues. The New York State matters have now been resolved with the execution of a Closing Agreement between New York State and the Debtors. The New York City issues are still pending. As they are not matters of public knowledge at this time, they cannot be disclosed in the Application.

### C. Other Tax Advice

23.    Sutherland completed its advice to LBHI on one particular federal income tax aspect of a transaction involving the sale by LBHI of the residual interests it held in certain Real Estate Mortgage Investment Conduits ("REMICs").

### ALLOWANCE OF COMPENSATION

24.    Section 331 of the Bankruptcy Code authorizes the bankruptcy court to allow the payment to section 327 professionals of "such compensation for services rendered…or reimbursement for expenses incurred…as is provided in section 330…."

25.    Section 330(a)(1) of the Bankruptcy Code authorizes the payment of reasonable compensation to a section 327 professional for "actual, necessary services rendered" and reimbursement for "actual, necessary expenses."

26.    Section 330(a)(3) of the Bankruptcy Code provides that in determining the amount of reasonable compensation to be awarded, the bankruptcy court should consider the

nature, extent and value of the services rendered to the estate, taking into account all relevant factors, including:

> (A)   the time spent on such services;
>
> (B)   the rates charged for such services;
>
> (C)   whether the services were necessary to the administration of, or beneficial at the time at which the services was rendered toward the completion of, a case under this title;
>
> (D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)   with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)   whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. section 330(a)(3)(A)-(F).

27.   As discussed further below, Sutherland believes that its services were necessary and beneficial to the Debtors and that its request for compensation is reasonable.

**(A)   Time spent on services rendered**

28.   During the Compensation Period, Sutherland partners, of counsel, associates and law clerks spent a total of 608.8 hours providing the professional services requested by the Debtors. Exhibits B and D attached hereto show the time in summary form and by project category, respectively. In order to avoid any duplication of effort, Sutherland coordinated regularly with the LBHI tax team, and when appropriate with the Bingham McCutchen tax team, in providing its services.

**(B)    Rates charged**

29.    During the Compensation Period, Sutherland's agreed-upon hourly billing rates ranged from $500 to $800 for partners and of counsel, and from $235 to $370 for associates. Total fees billed for the Compensation Period were $266,701.50.  Based on the total number of hours recorded, the overall blended hourly rate for all time expended was $438.

30.    The amounts charged by Sutherland for the particular services rendered represent a voluntary discount of $14,948 from standard hourly rates for the same professionals.  The hourly rates agreed upon with the Debtors for these chapter 11 cases are below the standard hourly rates Sutherland would charge for comparable work performed in a non-bankruptcy context.

31.    Sutherland carefully monitored and reviewed the time entries of all professionals who worked on these chapter 11 cases during the Compensation Period in order to ensure the integrity of its bills and the reasonableness of its time charges [1].

**(C)    Necessity and benefit of the services**

32.    As has been the case since Sutherland was first retained as an Ordinary Course Professional, the specialized services rendered by Sutherland during the Compensation Period have provided the Debtors with a fresh and independent assessment of the strengths and weaknesses of certain tax positions the Debtors must defend in connection with the pending IRS federal income tax audits and the New York State and New York City tax audits.  Such assessments have enabled the Debtors to determine their ultimate negotiating posture without

---

[1] Due to an inadvertent error, a small amount of work performed by one partner, two of counsel and one associate during January 2011 was billed at Sutherland's new standard rates for the current year, rather than at the agreed-upon Lehman rates.  The error caused an increase in January fees of $392.00.  As a consequence of the error, the fees requested in this Application, which reflect the total amount actually billed for the period October 2010 through January 2011, should be reduced by $392.00 in the review process.

concern that they have been too close to the transactions to develop an appropriately objective analysis of the situation. Sutherland has also provided effective research and analysis on certain tax issues unrelated to the various tax audits.

### (D)    Reasonableness of time spent

33.    The time spent by Sutherland professionals during the Compensation Period was reflective of, and commensurate with, the nature, complexity and importance of the matters being handled. The issues raised in the IRS federal income tax audits are extremely technical in nature and involve substantial amounts of money. While a number of the issues involved in the IRS audits are expected to be resolved satisfactorily through settlement negotiations, one issue currently appears headed for litigation. The New York State and New York City tax audit issues are also quite complex and involve a substantial amount of money. In order to provide a meaningful, independent analysis of each of the tax audit issues, it has been necessary for Sutherland to devote a significant amount of time both to reviewing each issue carefully and to determining the issue's appropriate settlement value. A satisfactory settlement has now been reached with New York State on all pending tax issues.

34.    Sutherland has considerable experience in handling matters of this type. For that reason, it has been able to fulfill its assignments without an unreasonable expenditure of time, notwithstanding the complexity of the matters it has been asked to review.

### (E)    Board certification

35.    There is no special board certification for tax lawyers. All of the Sutherland partners, of counsel and associates who worked on matters for the Debtors during the Compensation Period have been admitted to the bar in one or more jurisdictions.

(F)    **Reasonableness of the compensation requested**

36.    The Sutherland professionals involved in these chapter 11 cases have achieved a high degree of expertise in the tax field. That has enabled Sutherland to render high quality, efficient and timely service to the Debtors throughout the Compensation Period. Sutherland believes that its request for compensation is reasonable and that comparably skilled practitioners rendering similar services in a non-bankruptcy setting would be compensated at least at the same level, and more likely at a higher level due to the discount Sutherland has afforded the Debtors.

## REIMBURSEMENT OF EXPENSES

37.    For the Compensation Period, Sutherland requests approval for the reimbursement of $1,888.39 in actual and necessary expenses incurred on behalf of the Debtors. Exhibit C attached hereto provides a summary of such expenses, and Exhibit F attached hereto sets forth the details relating to such expenses.

38.    In accordance with the Fee Protocol, photocopying charges have been limited to 10 cents per page. There were no charges for working meals during the Compensation Period.

39.    Sutherland has made reasonable efforts to minimize its disbursements during the Compensation Period. Each of the expenses incurred was considered to be necessary, reasonable and justified under the circumstances.

WHEREFORE, Sutherland respectfully requests that allowance be made to it for $266,701.50 as reasonable compensation for necessary professional services rendered to the Debtors during the Compensation Period,[2] and that $1,888.39 be considered properly reimbursable to it for actual and necessary expenses incurring during the Compensation Period, and further requests such other relief as this Court may deem just and proper.

May 31, 2011                    SUTHERLAND ASBILL & BRENNAN LLP

                                By: _____
                                    Jerome B. Libin

                                    1275 Pennsylvania Ave., N.W.
                                    Washington, DC 20004
                                    Telephone:  202-383-0145
                                    Facsimile:   202-637-3593
                                    E-mail:  jerome.libin@sutherland.com

                                    Special Tax Counsel to the Debtors

---

[2] But see footnote 1.

-12-

## EXHIBIT A

### CERTIFICATION OF JEROME B. LIBIN

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al. | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**CERTIFICATION UNDER GUIDELINES WITH RESPECT TO THIRD INTERIM
FEE APPLICATION OF SUTHERLAND ASBILL & BRENNAN LLP AS A
SECTION 327(e) PROFESSIONAL, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND
NECESSARY EXPENSES INCURRED DURING THE PERIOD FROM OCTOBER 1,
2010 THROUGH JANUARY 31, 2011**

I, Jerome B. Libin, hereby certify that:

1.      I am a partner with the applicant firm, Sutherland Asbill & Brennan LLP

("Sutherland").  I submit this certification in accordance with the *Amended Guidelines for Fees*

*and Disbursements of Professionals in Southern District of New York Bankruptcy Cases,* adopted

by the Court on April 19, 1995 (the "Local Guidelines"); the *United States Trustee Guidelines*

*for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11*

*U.S.C. section 330*, adopted on January 30, 1996 (the "UST Guidelines"); this Court's *Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* [Docket No. 14968] (the "Interim Compensation Order"); and this Court's *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], as amended on April 14, 2011 [Docket No. 14969] (the "Fee Protocol Order," and together with the Local Guidelines, the UST Guidelines, and the Interim Compensation Order, the "Guidelines").

2.      This certification is made with respect to Sutherland's application, dated May 31, 2011 (the "Application"), for compensation and reimbursement of expenses for the period from October 1, 2010 through January 31, 2011 (the "Compensation Period"), in accordance with the Guidelines.

3.      With respect to Section B.1 of the Local Guidelines, I certify that:

   a.      I have read the Application;

   b.      to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and expense reimbursements sought fall within the Guidelines;

   c.      the fees and expense reimbursements sought are billed at rates not exceeding those customarily charged by Sutherland and generally accepted by Sutherland's clients; and

   d.      in providing a reimbursable service, Sutherland does not make a profit on that service, whether the service is performed by Sutherland in-house or through a third party.

4.      With respect to Section B.2 of the Local Guidelines, I certify that the Notice Parties identified in the Interim Compensation Order were provided with a detailed statement of fees and expenses incurred for each of the months included in the Compensation Period.

5.    With respect to section B.3 of the Local Guidelines, I certify that the Notice

Parties identified in the Interim Compensation Order are all being provided with a copy of this

Application.


May 31, 2011

Jerome B. Libin

SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone:  202-383-0145
Facsimile:  202-637-3593
E-mail:  jerome.libin@sutherland.com

Special Tax Counsel to the Debtors

# EXHIBIT B

## Professional Hours Billed During Interim Fee Period

### Partners and Of Counsel

| Timekeeper | Admission Date | Position | Total Hours Billed | Hourly Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Friedman, Jeffrey | 1995 | Partner | 22.9 | 600/680 | 13,780.00 |
| Jones, Kendall C. | 1976 | Of Counsel | 1.5 | 620 | 930.00 |
| Libin, Jerome B. | 1961 | Partner | 17.7 | 800 | 14,160.00 |
| Serether, Jeffrey M. | 1981 | Of Counsel | 111.4 | 600/680 | 67,016.00 |
| Simonetti, Marc | 2001 | Partner | 145.3 | 500 | 72,650.00 |
| Tello, Carol P. | 1981 | Partner | 34.9 | 580 | 20,242.00 |
| TOTAL: | | | 333.7 | | $188,778.00 |

### Associates

| Timekeeper | Admission Date | Position | Total Hours Billed | Hourly Rate | Total Amount Billed |
|---|---|---|---|---|---|
| Barlatt, Olatunji | 2010 | Associate | 10.3 | 265 | 2,729.50 |
| Eberle, Maria | 2006 | Associate | 136.0 | 320/340 | 43,666.00 |
| Fersko, Seth | 2010 | Associate | 121.1 | 240 | 29,064.00 |
| Pope, David | 2008 | Associate | 7.7 | 320 | 2,464.00 |
| TOTAL: | | | 275.1 | | $ 77,923.50 |

**EXHIBIT C**

**Out-of-Pocket Expenses Incurred During Interim Fee Period**

| | |
|---|---:|
| Travel:  Air - 9/27-28 | $  320.70 |
| Travel:  Train – 11/22-23 | 246.00 |
| Travel:  Lodging – 9/27 | 234.14 |
| Travel:  Lodging – 11/22 | 365.82 |
| Travel:  Ground Transportation and Parking | 254.68 |
| Online Legal Research: | 371.15 |
| Photocopies:  (959 pages) | 95.90 |
| | |
| TOTAL: | $ 1,888.39 |

**EXHIBIT D**

**Professional Services Rendered by Project Category During Interim Fee Period**

| Client Number | Matter Number | Project Category | Hours Billed | Amount |
|---|---|---|---|---|
| 29779 | 0001 | Tax | 4.5 | $ 3,600.00 |
| 29779 | 0003 | Tax | 1.5 | 930.00 |
| 29779 | 0012 | Tax | 544.8 | 228,960.00 |
| 29779 | 0014 | Tax | 58.0 | 33,211.50 |
| | TOTAL: | | 608.8 | $ 266,701.50 |

**Project Detail**

| Matter Number and Name | Project Category | Attorney Name | Total Hours | Amount |
|---|---|---|---|---|
| 29779-0001 - Tax 2001 - 2007 | Tax | J. Libin | 4.5 | $ 3,600.00 |
| 29779-0003 - General | Tax | K. Jones | 1.5 | 930.00 |
| 29779-0012 – New York State Audit Matter | Tax | J. Friedman | 22.9 | 13,780.00 |
| | | M. Simonetti | 145.3 | 72,650.00 |
| | | J. Serether | 111.4 | 67,016.00 |
| | | M. Eberle | 136.0 | 43,666.00 |
| | | S. Fersko | 121.1 | 29,064.00 |
| | | D. Pope | 7.7 | 2,464.00 |
| | | J. Libin | .4 | 320.00 |
| 29779-0014 – Stock Loan | Tax | J. Libin | 12.8 | 10,240.00 |
| | | C. Tello | 34.9 | 20,242.00 |
| | | O. Barlatt | 10.3 | 2,729.50 |
| TOTAL: | | | 608.8 | $266,701.50 |

EXHIBIT E-1

| Matter | Date | Task | Name | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|
| INVOICE 589743 | Dated December 06, 2010 - Sutherland Fees for October 2010 | | | | | |
| 29779-0012 | 9/27/2010 | 1800 | JA FRIEDMAN | 4.00 | 2,400.00 | Participate in State Tax Meeting regarding the NYS proof of claim; strategy and analysis at the New Jersey offices of Lehman Brothers with Jeff Ciongoli. |
| 29779-0012 | 9/27/2010 | 1800 | MA SIMONETTI | 4.00 | 2,000.00 | Jersey office of Lehman Brothers with Jeff Ciongoli. State Tax Meeting regarding the NYS proof of claim; strategy and analysis in the New |
| 29779-0012 | 10/6/2010 | 1800 | MA SIMONETTI | 1.20 | 600.00 | Reviewing to determine additional information necessary to analyze potential adjustments. |
| 29779-0012 | 10/8/2010 | 1800 | JA FRIEDMAN | 1.00 | 600.00 | Review NYS and NYC tax issues for the follow up to our meeting IDR. |
| 29779-0012 | 10/12/2010 | 1800 | JA FRIEDMAN | 1.00 | 600.00 | Revise New York State information document request. |
| 29779-0012 | 10/12/2010 | 1800 | MA SIMONETTI | 1.50 | 750.00 | Discussions with client regarding information request for analysis of the NY corporate franchise tax assessment. |
| 29779-0012 | 10/20/2010 | 1800 | JA FRIEDMAN | 1.00 | 600.00 | Discuss Lehman NY State issues with J. Kramer (PwC) regarding information necessary to evaluate NYS proof of claim. |
| 29779-0012 | 10/21/2010 | 1800 | JA FRIEDMAN | 1.00 | 600.00 | Discuss Lehman with M. Lippman (Alvarez) regarding NY State tax issues. |
| 29779-0012 | 10/21/2010 | 1800 | JA FRIEDMAN | 1.50 | 900.00 | Review talking points prepared for use with NY State taxing authorities. |
| 29779-0012 | 10/22/2010 | 1800 | JA FRIEDMAN | 1.00 | 600.00 | Conference call with M. Lippman regarding NY State tax issues. |
| 29779-0012 | 10/24/2010 | 1800 | JA FRIEDMAN | 0.50 | 300.00 | Email communication with J. Verde and J. Kramer regarding status of settlement conference. |
| 29779-0012 | 10/25/2010 | 1800 | JA FRIEDMAN | 1.00 | 600.00 | Discuss status of NY State settlement with M. Lippman. |
| 29779-0012 | 10/25/2010 | 1800 | MA SIMONETTI | 1.10 | 550.00 | NY - discussions with L. Klang and M. Morghesi of Lehman Brothers regarding meeting with the NYS Department of Taxation and Finance and obtaining additional documentation. |
| 29779-0012 | 10/26/2010 | 1800 | JA FRIEDMAN | 0.50 | 300.00 | Communicate with J. Kramer (PwC) on roles and responsibilities for NYS defense. |
| | | | | 20.30 | 11,400.00 | |

EXHIBIT E-2

Invoice #: 592073
Dated: Dec. 22, 2010
Sutherland
Fees For:
Nov. 2010

| Invoice # | Matter Number | Date | Code | Name | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| | 29779-0012 | 11/1/2010 | 1800 | JA FRIEDMAN | 1 | $600.00 | Conference call with Jack Kramer, Donald Roveto, Michael Lippman and Marc Simonetti to discuss Lehman game plan. |
| | 29779-0012 | 11/1/2010 | 1800 | MA SIMONETTI | 1 | $500.00 | Fee Committee Meeting - participate in meeting regarding billing requirements. |
| | 29779-0012 | 11/2/2010 | 1800 | MA SIMONETTI | 2 | $1,000.00 | Analyze NYS Workpaper with PWC. |
| | 29779-0012 | 11/2/2010 | 1800 | MA SIMONETTI | 5.5 | $2,750.00 | New York State audit meeting with client to discuss the NYS Department of Taxation's adjustment, including the technical merits of the positions with D. Roveto, M. Lippman, K. Lang and M. Morgese. |
| | 29779-0012 | 11/3/2010 | 1800 | MA SIMONETTI | 4 | $2,000.00 | Reviewing audit tax adjustments to understand the complex tax calculations. |
| | 29779-0012 | 11/3/2010 | 1800 | MA SIMONETTI | 4 | $2,000.00 | NYS Audit Matter - reviewing the research related to New York State audit adjustments including the tax technical merits of treatment. |
| | 29779-0012 | 11/4/2010 | 1800 | MA SIMONETTI | 2.2 | $1,100.00 | NYS Audit Matter - reviewing the research related to New York State audit adjustments. |
| | 29779-0012 | 11/10/2010 | 1800 | JA FRIEDMAN | 1 | $600.00 | Review NY state audit issues and edit presentation. |
| | 29779-0012 | 11/14/2010 | 1800 | JA FRIEDMAN | 1 | $600.00 | Review options regarding NYS Audit Matter and assess strength of positions. |
| | 29779-0012 | 11/15/2010 | 1800 | JA FRIEDMAN | 1 | $600.00 | Review Pwc model of NYS liability and provide feedback on presentation. |
| | 29779-0012 | 11/15/2010 | 1800 | JM SERETHER | 0.4 | $240.00 | Meeting with J. Friedman and M. Simonetti re: audit. |
| | 29779-0012 | 11/16/2010 | 1800 | JM SERETHER | 2.5 | $1,500.00 | Research re: ▮▮▮▮▮ |

**EXHIBIT E-3**

| | | | | | | |
|---|---|---|---|---|---|---|
| 29779-0012 | 11/16/2010 | 1800 | JM SERETHER | 2.5 | $1,500.00 | Meeting with Greg Lee, Kim Krueger, M. Simonetti and M. Eberle. |
| 29779-0012 | 11/16/2010 | 1800 | JM SERETHER | 0.5 | $300.00 | Review of TSB-M-86(2)C. |
| 29779-0012 | 11/16/2010 | 1800 | MP EBERLE | 2 | $640.00 | Meeting at PWC to discuss model of NYS liability |
| 29779-0012 | 11/16/2010 | 1800 | MP EBERLE | 2.5 | $800.00 | Review Casefile in preparation for meeting with PWC. |
| 29779-0012 | 11/16/2010 | 1800 | MA SIMONETTI | 0.3 | $150.00 | Recommend revisions to the model. |
| 29779-0012 | 11/16/2010 | 1800 | MA SIMONETTI | 2.2 | $1,100.00 | Review of the computational analysis prepared by PwC for the NY audit adjustment. |
| 29779-0012 | 11/17/2010 | 1800 | MA SIMONETTI | 2.8 | $1,400.00 | Review the NYS workpapers for the tax technical issues. |
| 29779-0012 | 11/17/2010 | 1800 | JM SERETHER | 0.5 | $300.00 | Meeting with M. Simonetti regarding document review. |
| 29779-0012 | 11/17/2010 | 1800 | JM SERETHER | 0.3 | $180.00 | Review of Lehman's 2006 schedule. |
| 29779-0012 | 11/17/2010 | 1800 | JM SERETHER | 4 | $2,400.00 | Initial review of NYS Auditor's work papers. |
| 29779-0012 | 11/17/2010 | 1800 | JM SERETHER | 0.2 | $120.00 | Meeting with M. Simonetti re: initial review of NYS Auditor's work papers. |
| 29779-0012 | 11/18/2010 | 1800 | JM SERETHER | 7.5 | $4,500.00 | Preparation of memorandum detailing summary of review of New York State work papers. |
| 29779-0012 | 11/18/2010 | 1800 | MP EBERLE | 0.5 | $160.00 | Review State audit workpapers provided by M. Simonetti. |
| 29779-0012 | 11/18/2010 | 1800 | MP EBERLE | 0.5 | $160.00 | Pull research on discretionary authority of State tax commissioner to adjust items of |
| 29779-0012 | 11/18/2010 | 1800 | MP EBERLE | 3 | $960.00 | Meeting to discuss J. Serether's analysis of |

EXHIBIT E-4

| Code | Date | | Name | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| | | | | | | the 2006 tax year including step by step review of adjustments by state. |
| 29779-0012 | 11/19/2010 | 1800 | MP EBERLE | 2 | $640.00 | Begin spreadsheet analysis of 2006 return. Comparing auditors adjustments to return as filed in excel model in order to isolate changes. |
| 29779-0012 | 11/19/2010 | 1800 | JM SERETHER | 3 | $1,800.00 | Preparation of memo detailing summary of review of New York State work papers.` |
| 29779-0012 | 11/19/2010 | 1800 | JM SERETHER | 3 | $1,800.00 | Review of memo with M. Simonetti and M. Eberle. |
| 29779-0012 | 11/19/2010 | 1800 | MA SIMONETTI | 2.5 | $1,250.00 | NYS Audit - review and analyze PwC calculations of the NYS audit adjustments. |
| 29779-0012 | 11/19/2010 | 1800 | MA SIMONETTI | 2 | $1,000.00 | Suggest revisions to the computational model to determines adjustments to assessment. |
| 29779-0012 | 11/20/2010 | 1800 | MA SIMONETTI | 3.5 | $1,750.00 | Analysis tax technical merits of adjustments. |
| 29779-0012 | 11/20/2010 | 1800 | MA SIMONETTI | 2 | $1,000.00 | Review and prepare analysis of the New York State adjustments. |
| 29779-0012 | 11/20/2010 | 1800 | MP EBERLE | 3 | $960.00 | Finish excel model of 2006 audit workpapers as compared to return as file. |
| 29779-0012 | 11/21/2010 | 1800 | MP EBERLE | 1 | $320.00 | Discuss schedules with M. Simonetti and J. Serether. Begin research memo outline for NYS Tax issues identified including treatment of █ |
| 29779-0012 | 11/21/2010 | 1800 | MP EBERLE | 2.2 | $704.00 | Discuss layout and approach for Sutherland Summary Side deck presentation at Lehman regarding NYS Audit. |
| 29779-0012 | 11/21/2010 | 1800 | MP EBERLE | 1 | $320.00 | Phone call on revised slide deck for meeting on 11-22-2010 with Lehman. |
| 29779-0012 | 11/21/2010 | 1800 | MP EBERLE | 0.2 | $64.00 | Call with M. Simonetti and J. Serether to |

EXHIBIT E-5

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | discuss approach for Monday's meeting with Lehman, PwC and Alvarez. |
| 29779-0012 | 11/21/2010 | 1800 | MP EBERLE | 1 | $320.00 | Create second draft of presentation of review points on NYS audit for meeting on 11-22-2010. |
| 29779-0012 | 11/21/2010 | 1800 | MA SIMONETTI | 1 | $500.00 | Prepare presentation to convey analysis to the team. |
| 29779-0012 | 11/21/2010 | 1800 | MA SIMONETTI | 3.2 | $1,600.00 | Analyze litigation position regarding the NYS tax adjustments. |
| 29779-0012 | 11/21/2010 | 1800 | JM SERETHER | 1.3 | $780.00 | Call with J. Friedman, M. Simonetti and M. Eberle to prepare for Lehman meeting. |
| 29779-0012 | 11/21/2010 | 1800 | JM SERETHER | 1 | $600.00 | Call with J. Friedman and M. Simonetti re: revisions to slide deck. |
| 29779-0012 | 11/21/2010 | 1800 | JM SERETHER | 1 | $600.00 | Call with M. Simonetti and M. Eberle to review revised slide deck. |
| 29779-0012 | 11/21/2010 | 1800 | JM SERETHER | 0.5 | $300.00 | Discussion of revised slide deck with M. Simonetti and M. Eberle. |
| 29779-0012 | 11/21/2010 | 1800 | MA SIMONETTI | 2 | $1,000.00 | Analysis of PwC audit adjustment calculations. |
| 29779-0012 | 11/22/2010 | 1800 | JM SERETHER | 0.5 | $300.00 | Review of revised slide deck. |
| 29779-0012 | 11/22/2010 | 1800 | JM SERETHER | 0.5 | $300.00 | Review of J. Friedman's comments to slides; Discussion of revised slides with M. Simonetti. |
| 29779-0012 | 11/22/2010 | 1800 | JM SERETHER | 1 | $600.00 | Call with Jack Kramer, Greg Lee and Kim Krueger of PwC to prepare for meeting with client. |
| 29779-0012 | 11/22/2010 | 1800 | JM SERETHER | 1.7 | $1,020.00 | Meeting with Michael Lippman, Jeff Ciongoli, Darryl Steinberg, Mike Menegaso, Lind Klang, Donald Rowen, Jack Kramer, John Verde, Greg Lee and Kim Krueger to discuss findings. |

**EXHIBIT E-6**

| | | | | | | |
|---|---|---|---|---|---|---|
| 29779-0012 | 11/22/2010 | 1800 | JIM SERETHER | 0.7 | $420.00 | Review of revised slide deck. |
| 29779-0012 | 11/22/2010 | 1800 | MA SIMONETTI | 5.5 | $2,750.00 | Review and revise analysis of the tax technical merits of the NYS tax adjustment. |
| 29779-0012 | 11/22/2010 | 1800 | JA FRIEDMAN | 1.5 | $900.00 | Meet at Lehman office regarding NYS with Marc Simonetti, Michael Lippman, Jack Kramer, Gregory Lee, Donald Roveto, Jeffry Ciongoli, Linda Kiang, Darryl Steinberg and Michael Morgese. |
| 29779-0012 | 11/22/2010 | 1800 | MP EBERLE | 3.5 | $1,120.00 | Meeting preparation to discuss additional arguments on ▮▮▮▮ in preparation for meeting at Lehman. |
| 29779-0012 | 11/22/2010 | 1800 | SA FERSKO | 0.5 | $120.00 | Meeting with M.Simonetti regarding background on New York audit, review of existing Excel spreadsheet on filed and audited figures, and preparation of New York franchise tax model (0.5). |
| 29779-0012 | 11/23/2010 | 1800 | MP EBERLE | 0.5 | $160.00 | Review List of Questions created for Lehman post 11-22-10 Meeting. |
| 29779-0012 | 11/23/2010 | 1800 | SA FERSKO | 0.4 | $96.00 | Conferred with M.Simonetti regarding preparation of New York Franchise Tax model (0.4). |
| 29779-0012 | 11/23/2010 | 1800 | SA FERSKO | 0.3 | $72.00 | Meeting with M.Eberle regarding research into the bases for New York ▮▮▮▮ (0.3). |
| 29779-0012 | 11/23/2010 | 1800 | SA FERSKO | 2.5 | $600.00 | Researched background information on New York ▮▮▮▮ (2.5). |
| 29779-0012 | 11/23/2010 | 1800 | SA FERSKO | 2.3 | $552.00 | Prepared model for Schedule G-1 including confirming accuracy of figures (2.3). |
| 29779-0012 | 11/23/2010 | 1800 | SA FERSKO | 2.3 | $552.00 | Prepared model for Schedule G-2 including confirming accuracy of figures (2.3). |

**EXHIBIT E-7**

| ID | Date | | Name | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 29778-0012 | 11/23/2010 | 1800 | JM SERETHER | 1.5 | $900.00 | Preparation of open questions requiring client answers. |
| 29779-0012 | 11/23/2010 | 1800 | JM SERETHER | 0.5 | $300.00 | Call with Linda Klang and Kim Krueger to discuss open questions. |
| 29778-0012 | 11/23/2010 | 1800 | MA SIMONETTI | 4.8 | $2,400.00 | Review and analyze draft memo on NYS Combined reporting. |
| 29779-0012 | 11/23/2010 | 1800 | MA SIMONETTI | 3.5 | $1,750.00 | Further analysis of the tax technical merits of tax positions. |
| 29779-0012 | 11/24/2010 | 1800 | JM SERETHER | 0.8 | $480.00 | Review of outline for research memo. |
| 29778-0012 | 11/24/2010 | 1800 | JM SERETHER | 1 | $600.00 | Calculations if ▮▮▮ is indirectly attributable. |
| 29778-0012 | 11/24/2010 | 1800 | SA FERSKO | 1.4 | $336.00 | Researched New York ▮▮▮ issues including ▮▮▮ calculation of ▮▮▮ limits to Commissioner's discretionary authority, and effect of audit on ▮▮▮ (1.4). |
| 29779-0012 | 11/24/2010 | 1800 | SA FERSKO | 0.5 | $120.00 | Conferred with M.Simonetti regarding corporate franchise tax spreadsheets for schedules (0.5). |
| 29778-0012 | 11/24/2010 | 1800 | SA FERSKO | 6.3 | $1,512.00 | Edited spreadsheets for Schedules F-1 through N-2 (6.3). |
| 29778-0012 | 11/24/2010 | 1800 | SA FERSKO | 0.2 | $48.00 | Conferred with M.Eberle regarding status of research and outline of memo (0.2). |
| 29779-0012 | 11/24/2010 | 1800 | MP EBERLE | 2.5 | $600.00 | Begin to organize research for Research Memo. |
| 29779-0012 | 11/24/2010 | 1800 | MP EBERLE | 1 | $320.00 | Outline of Research Memo including issues identified post 11-22-2010 meeting. ▮▮▮ |

EXHIBIT E-8

| | | | | | | |
|---|---|---|---|---|---|---|
| 29779-0012 | 11/26/2010 | 1800 | SA FERSKO | 0.5 | $120.00 | Researched New York [including] definitions issues (0.5). |
| 29779-0012 | 11/26/2010 | 1800 | SA FERSKO | 3.9 | $936.00 | Reviewed accuracy of spreadsheets and inputted formulas and other modifications for Schedules F-1 through H-2 (3.9). |
| 29779-0012 | 11/27/2010 | 1800 | SA FERSKO | 0.7 | $168.00 | Researched New York issues including expenses (0.7). |
| 29779-0012 | 11/27/2010 | 1800 | SA FERSKO | 0.3 | $72.00 | Correspondence with M.Simonetti regarding status of spreadsheet schedules (0.3). |
| 29779-0012 | 11/27/2010 | 1800 | SA FERSKO | 4 | $960.00 | Reviewed accuracy of spreadsheets and inputted formulas and other modifications for Schedules I-1, J-1, K-1, L-1, and M-1 (4.0). |
| 29779-0012 | 11/28/2010 | 1800 | SA FERSKO | 4.5 | $1,080.00 | Reviewed accuracy of spreadsheets and inputted formulas and other modifications for Schedules I-2, J-2, K-2, L-2, M-2, and N-2 (4.5). |
| 29779-0012 | 11/28/2010 | 1800 | SA FERSKO | 2.7 | $648.00 | Finalized Schedules F-1 through I-2 (2.7). |
| 29779-0012 | 11/29/2010 | 1800 | MA SIMONETTI | 3.5 | $1,750.00 | NY Audit - meeting with Lehman personnel regarding NY tax issues. |
| 29779-0012 | 11/29/2010 | 1800 | MA SIMONETTI | 4.5 | $2,250.00 | Analyzing the tax adjustments based on additional information. |
| 29779-0012 | 11/29/2010 | 1800 | JM SERETHER | 2 | $1,200.00 | Meeting with Linda Klang to discuss open questions after review of client's books and records. |

EXHIBIT E-9

| Code | Date | | Name | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 29778-0012 | 11/29/2010 | 1800 | JM SERETHER | 3 | $1,800.00 | Review of client's books and records necessary to analyze issues raised in NYS auditors and workpapers. |
| | | | | | | (1,2). |
| 29778-0012 | 11/29/2010 | 1800 | SA FERSKO | 1.2 | $288.00 | Reviewed research regarding limits to Commissioner's discretionary authority to adjust! |
| 29778-0012 | 11/29/2010 | 1800 | SA FERSKO | 4.6 | $1,104.00 | Finalized Schedules J-1 through N-2 (4.6). |
| 29778-0012 | 11/29/2010 | 1800 | MA SIMONETTI | 1.5 | $750.00 | Reviewing model based on the revised approach. |
| 29778-0012 | 11/29/2010 | 1800 | SA FERSKO | 0.6 | $144.00 | Conferred with M.Eberle regarding adjustments to model of proposed adjustments for six entities (0.6). |
| 29778-0012 | 11/29/2010 | 1800 | JM SERETHER | 1 | $600.00 | Review of NYS combination materials. |
| 29778-0012 | 11/29/2010 | 1800 | JM SERETHER | 3 | $1,800.00 | Meeting with Mike Lippman and Bruce Brier to discuss [redacted] and [redacted] transactions. |
| 29778-0012 | 11/29/2010 | 1800 | MP EBERLE | 4 | $1,280.00 | Review documentation provided by client in New Jersey. |
| 29778-0012 | 11/29/2010 | 1800 | MP EBERLE | 2.5 | $800.00 | Map out Tax Model and scenarios for liability based on new documentation provided by Lehman on 11-29-2010. |
| 29778-0012 | 11/29/2010 | 1800 | MP EBERLE | 1 | $320.00 | Client Meeting in Jersey City with L. Klang and M. Morgese. |
| 29778-0012 | 11/30/2010 | 1800 | MP EBERLE | 3 | $960.00 | Develop Model for scenarios discussed base case, math errors, [redacted] benefit. |
| 29778-0012 | 11/30/2010 | 1800 | MP EBERLE | 1.5 | $480.00 | Call with D. Steinberg and B. Brier (Lehman) on [redacted] to understand the nature of [redacted] as applied by NYS Law. |

## EXHIBIT E-10

| Matter | Date | Code | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 29779-0012 | 11/30/2010 | 1800 | MP EBERLE | 2 | $840.00 | Review Model prepared based on new information received from B. Steinberg and B. Brier. |
| 29779-0012 | 11/30/2010 | 1800 | JM SERETHER | 1 | $600.00 | Review of qualifying corporate debt rules and NYSE transaction. |
| 29779-0012 | 11/30/2010 | 1800 | JM SERETHER | 0.5 | $300.00 | Review of PwC's revised schedules. |
| 29779-0012 | 11/30/2010 | 1800 | MA SIMONETTI | 4.6 | $2,300.00 | New York State - analysis of suggested revisions to adjustments |
| 29779-0012 | 11/30/2010 | 1800 | JM SERETHER | 1.8 | $1,080.00 | Review of ▇▇▇ and ▇▇▇ for ▇▇▇ treatment. |
| 29779-0012 | 11/30/2010 | 1800 | JM SERETHER | 0.8 | $480.00 $480.00 | Call with Bruce Brier regarding ▇▇▇ treatment. |
| 29779-0012 | 11/30/2010 | 1800 | JM SERETHER | 1.4 | $840.00 | Discussion with M. Simonetti and M. Eberle regarding revisions to NYS tax model. |
| 29779-0012 | 11/30/2010 | 1800 | SA FERSKO | 2.7 | $848.00 | Conferred with M.Eberle regarding revisions to model of proposed adjustments (2.7). |
| 29779-0012 | 11/30/2010 | 1800 | SA FERSKO | 3 | $720.00 | Edited model to reflect updated figures in Schedules E-1 through N-2 (3.0). |
| 29778-0012 | 11/30/2010 | 1800 | SA FERSKO | 0.4 | $96.00 | Conferred with J.Serether regarding ▇▇▇ issues (0.4). |
| 29779-0012 | 11/30/2010 | 1800 | SA FERSKO | 3 | $720.00 | Researched New York tax regulations with respect to ▇▇▇ issues (3.0). |
| 29778-0012 | 11/30/2010 | 1800 | SA FERSKO | 3.3 | $792.00 | Outlined and drafted memo regarding ▇▇▇ research (3.3). |

**EXHIBIT E-11**

| | | | |
|---|---|---|---|
| BILLED TOTALS:  BILL: | | 216.5 | $93,022.00 |
| Minus 20% Holdback | | | -$18,604.40 |
| Total | | | $74,417.60 |

**EXHIBIT E-12**

| Invoice No. | Matter Number | Code | Date | Name | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 592073 | 29779-0014 | 1800 | 11/10/2010 | JB LIBIN | 0.3 | $240.00 | Telephone conference with J. Ciongoli and B. Berman of SDNY. |
| **Dated:** | | | | | | | Brief re: information regarding Judge Richard |
| **Dec. 22, 2010** | | | | | | | |
| **Sutherland** | 29779-0014 | 1800 | 11/10/2010 | JB LIBIN | 0.7 | $560.00 | Reviewing background information regarding |
| **Fees for** | | | | | | | Judge Berman. |
| **Nov. 2010** | 29779-0014 | 1800 | 11/10/2010 | T BARLATT | 4.5 | $1,192.50 | Researching tax opinions drafted by Judge Berman of the Southern District of New York. |
| | 29779-0014 | 1800 | 11/11/2010 | T BARLATT | 2.5 | $662.50 | Researching tax opinions drafted by Judge Berman of the Southern District of New York. |
| | 29779-0014 | 1800 | 11/11/2010 | T BARLATT | 3.3 | $874.50 | Drafting a memorandum on the opinions of Judge Berman of the Southern District of New York. |
| | 29779-0014 | 1800 | 11/11/2010 | JB LIBIN | 1.3 | $1,040.00 | Reviewing tax cases decided by Judge Berman. |
| | 29779-0014 | 1800 | 11/11/2010 | JB LIBIN | 1.2 | $960.00 | Reviewing memo discussing tax cases decided by Judge Berman. |
| | | | | | | | |
| | | | | **BILLED TOTALS:    BILL:** | 13.8 | $5,529.50 | |
| | | | | Minus 20% Hold Back | | -$1,105.90 | |
| | | | | Total | | $4,423.60 | |

EXHIBIT E-13

| Invoice No. 594618 | Matter Number | Date | Code | Name | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| **Dated:** Jan. 24, 2011 | 29779-0001 | 12/13/2010 | 4600 | JB LIBIN | 3.5 | $ 2,800.00 | Preparation and reviewing Second Interim Fee Application. |
| **Sutherland Fees For Dec. 2010** | 29779-0001 | 12/14/2010 | 4600 | JB LIBIN | 0.7 | $ 560.00 | Reviewing Second Interim Fee Application. |
| | 29779-0001 | 12/23/2010 | 4600 | JB LIBIN | 0.3 | $ 240.00 | Reviewing billing responses. |
| | | | BILLED TOTALS: | | 4.5 | $ 3,600.00 | |
| | | | | | | $ 720.00 | 20 % Hold Back |
| | | | | | | $ 2,880.00 | |

EXHIBIT E-14

| Invoice No. 59418 | Matter Number | Date | Code | Name | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| Sutherland Fees for: | | | | | | | |
| Dated: Jan. 24, 2011 | | | | | | | |
| | 29779-0012 | 11/29/2010 | 1800 | JM SERETHER | 2 | $ 1,200.00 | Meeting with Linda Klang to discuss open questions after review of client's books and records. |
| | 29779-0012 | 11/29/2010 | 1800 | JM SERETHER | 3 | 1,800.00 | Meeting with Mike Lippman and Bruce Brier to discuss ▮▮▮ and ▮▮▮. |
| | 29779-0012 | 12/1/2010 | 1800 | MP EBERLE | 0.6 | 192 | Discussions with M. Simonetti and J. Serether to discuss revised schedules. |
| | 29779-0012 | 12/1/2010 | 1800 | MA SIMONETTI | 1.2 | 600 | NY Audit - Analyzing NYS workpapers for audit adjustments. |
| | 29779-0012 | 12/1/2010 | 1800 | MP EBERLE | 0.5 | 160 | Draft process memo on Sutherland excel analysis. |
| | 29779-0012 | 12/1/2010 | 1800 | SA FERSKO | 4 | 960 | Researched New York tax law and case law regarding ▮▮▮ issue. |
| | 29779-0012 | 12/1/2010 | 1800 | JM SERETHER | 1 | 600 | Discussions with M. Simonetti and M. Eberle regarding modeling. |
| | 29779-0012 | 12/1/2010 | 1800 | JM SERETHER | 1 | 600 | Call with Greg Lee and Kim Krueger of PwC regarding their revised model. |
| | 29779-0012 | 12/1/2010 | 1800 | JM SERETHER | 2 | 1,200.00 | Review of M. Eberle's models. |
| | 29779-0012 | 12/1/2010 | 1800 | JA FRIEDMAN | 1 | 600 | Conference call with Jack Kramer of PwC regarding NYS Audit Matter. |
| | 29779-0012 | 12/1/2010 | 1800 | DA POPE | 4.3 | 1,376.00 | Discuss and review ▮▮▮ M. Simonetti, ▮▮▮ and including edits to powerpoint illustration. |

**EXHIBIT E-15**

| | | | | | | |
|---|---|---|---|---|---|---|
| 29779-0012 | 12/1/2010 | 1800 | JA FRIEDMAN | 1.4 | 840 | Review NYS filing position and ▮ |
| 29779-0012 | 12/1/2010 | 1800 | MP EBERLE | 2.5 | 800 | Review and discuss model with J. Serether. |
| 29779-0012 | 12/1/2010 | 1800 | MP EBERLE | 2.5 | 800 | Revisions to model based on ▮ scenario. |
| 29779-0012 | 12/1/2010 | 1800 | MP EBERLE | 0.5 | 160 | Draft process memo on Sutherland excel analysis. |
| 29779-0012 | 12/1/2010 | 1800 | JM SERETHER | 0.5 | 300 | Discussions with S. Fersko regarding ▮ and research related thereto. |
| 29779-0012 | 12/1/2010 | 1800 | SA FERSKO | 4.7 | 1,128.00 | Drafted and edited memo regarding ▮ issue. |
| 29779-0012 | 12/1/2010 | 1800 | MA SIMONETTI | 1.4 | 700 | NY Audit - Analyz beneficial positions. |
| 29779-0012 | 12/1/2010 | 1800 | MA SIMONETTI | 1.2 | 600 | NY Audit - Review model for revisions to the audit adjustments. |
| 29779-0012 | 12/2/2010 | 1800 | SA FERSKO | 0.3 | 72 | Conferred with J.Serether regarding memo on ▮ issues. |
| 29779-0012 | 12/2/2010 | 1800 | MA SIMONETTI | 1.8 | 900 | NY Audit - Discussion with J. Ciongoli on ▮ issues. |
| 29779-0012 | 12/2/2010 | 1800 | MP EBERLE | 0.6 | 192 | Call with Bruce Brier on Sutherland Model. |
| 29779-0012 | 12/2/2010 | 1800 | MP EBERLE | 0.25 | 80 | Send model outline to Kim Krueger and Greg Lee of PwC. |
| 29779-0012 | 12/2/2010 | 1800 | JM SERETHER | 1.5 | 900 | Review of ▮ draft memo. |

**EXHIBIT E-16**

| | | | | | | |
|---|---|---|---|---|---|---|
| 29779-0012 | 12/2/2010 | 1800 | JM SERETHER | 1 | 600 | Review of M. Eberle's revised models. |
| 29779-0012 | 12/2/2010 | 1800 | DA POPE | 2.9 | 928 | Review and finalize slides for ▮▮▮ as discussed with M. Simonetti. |
| 29779-0012 | 12/2/2010 | 1800 | JM SERETHER | 0.5 | 300 | Review of M. Eberle's revised models with M. Simonetti and M. Eberle. |
| 28779-0012 | 12/2/2010 | 1800 | MP EBERLE | 1.25 | 400 | Internal discussion on model, outline with M. Simonetti and J. Serether. |
| 29779-0012 | 12/2/2010 | 1800 | JM SERETHER | 0.6 | 360 | Discussion of ▮▮▮ issues with M. Simonetti. |
| 29779-0012 | 12/2/2010 | 1800 | JM SERETHER | 0.4 | 240 | Call with Bruce Brier regarding ▮▮▮ numbers and ▮▮▮. |
| 29779-0012 | 12/2/2010 | 1800 | JM SERETHER | 0.6 | 360 | Call with Linda Klang regarding ▮▮▮ data. |
| 29779-0012 | 12/2/2010 | 1800 | JM SERETHER | 0.4 | 240 | Call with Kim Krueger regarding PwC schedules impacted by ▮▮▮ data. |
| 29779-0012 | 12/2/2010 | 1800 | SA FERSKO | 1.7 | 408 | Revised memo regarding ▮▮▮ issues. |
| 29779-0012 | 12/2/2010 | 1800 | SA FERSKO | 0.5 | 120 | Researched ▮▮▮ issues under New York law. |
| 29778-0012 | 12/2/2010 | 1800 | MA SIMONETTI | 2.5 | 1,250.00 | NY Audit - Discussion with Jack Kramer of PwC on modeling out tax technical issues. |
| 29778-0012 | 12/23/2010 | 1800 | SA FERSKO | 1.6 | 384 | Researched combined reporting requirements in New York. |

EXHIBIT E-17

| | | | | | | |
|---|---|---|---|---|---|---|
| 29779-0012 | 12/3/2010 | 1800 | MP EBERLE | 1 | 320 | Discuss revised schedules with Kim Krueger of PwC. |
| 29779-0012 | 12/3/2010 | 1800 | MA SIMONETTI | 3.2 | 1,600.00 | NY Audit - Analyze application of the New York law to revised understanding of [redacted] client. |
| 29779-0012 | 12/3/2010 | 1800 | JM SERETHER | 2 | 1,200.00 | Preparation of slides for 12/6 meeting with client. |
| 29779-0012 | 12/3/2010 | 1800 | JM SERETHER | 0.3 | 180 | Discussion of [redacted] data with M. Simonetti and Linda Klang to review information received from Linda Klang. |
| 29779-0012 | 12/3/2010 | 1800 | JM SERETHER | 1 | 600 | Call with Greg Lee and Kim Krueger of PwC regarding modeling and prep for 12/6 meeting with client. |
| 29779-0012 | 12/3/2010 | 1800 | MP EBERLE | 0.6 | 192 | First proxy on [redacted]. |
| 29779-0012 | 12/3/2010 | 1800 | DA POPE | 0.5 | 160 | Finalize slides for Lehman Brothers regarding [redacted] |
| 29779-0012 | 12/3/2010 | 1800 | JM SERETHER | 0.2 | 120 | Discussion of [redacted] data with M. Simonetti and Linda Klang. |
| 29779-0012 | 12/3/2010 | 1800 | MA SIMONETTI | 1.3 | 650 | NY Audit - Preparing recommendations and analysis. |
| 29779-0012 | 12/3/2010 | 1800 | MA SIMONETTI | 2.2 | 1,100.00 | NY Audit - Discussion with J. Ciongoli, and D. Steinberg to confirm [redacted]. |
| 29779-0012 | 1/24/2010 | 1800 | JM SERETHER | 0.5 | 300 | Discussion and emails with M. Simonetti regarding models. |

**EXHIBIT E-18**

| | | | | | | |
|---|---|---|---|---|---|---|
| 29779-0012 | 12/24/2010 | 1800 | MP EBERLE | 1 | 320 | Review K. Krueger's (PwC) questions on Sutherland model and respond. |
| 29779-0012 | 12/24/2010 | 1800 | MA SIMONETTI | 3.2 | 1,600.00 | NY Audit - Review the [redacted] analysis and calculations. |
| 29779-0012 | 12/5/2010 | 1800 | SA FERSKO | 6.8 | 1,632.00 | Researched combined reporting requirements in New York post-2007 and pre-2007. |
| 29779-0012 | 12/5/2010 | 1800 | MA SIMONETTI | 1.8 | 900 | Analyze NY State tax technical position with regard to computational model to determine proper adjustments. |
| 29779-0012 | 12/6/2010 | 1800 | SA FERSKO | 3.7 | 888 | Researched decombination requirements pre-2007 and combined reporting regime for [redacted]. |
| 29779-0012 | 12/6/2010 | 1800 | JM SERETHER | 6 | 3,600.00 | Meeting with Jeff Ciongoli, Daryl Steinberg, Bruce Brier, Linda Klang, Mike Morgese, Mike Lippman, Don Roveto, Jack Kramer, Greg Lee and Kim Krueger to discuss revised calculations and strategy for audit discussions. |
| 29779-0012 | 12/6/2010 | 1800 | MP EBERLE | 3 | 960 | Client call with Bruce Brier (Lehman) and review schedules provided by Kim Krueger (PwC). |
| 29779-0012 | 12/6/2010 | 1800 | SA FERSKO | 4.2 | 1,008.00 | Drafted research memo section regarding combined reporting, decombination, and [redacted] for pre- and post-2007 tax years. |
| 29779-0012 | 12/6/2010 | 1800 | MA SIMONETTI | 2.1 | 1,050.00 | On-site meeting with the J. Ciongoli, D. Steinberg, M. Lippman, D. Roveto regarding the technical analysis of Department's positions. |

**EXHIBIT E-19**

| Matter | Date | Code | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 29779-0012 | 12/6/2010 | 1800 | MA SIMONETTI | 2.4 | 1,200.00 | Review computational analysis prepared at the direction of counsel. |
| 29779-0012 | 12/6/2010 | 1800 | MA SIMONETTI | 3 | 1,500.00 | Review and revise presentation based on additional research. |
| 29779-0012 | 12/7/2010 | 1800 | SA FERSKO | 5.2 | 1,248.00 | Researched ▮ regarding ▮ provisions |
| 29779-0012 | 12/7/2010 | 1800 | JM SERETHER | 0.4 | 240 | Review of ▮ information. |
| 29779-0012 | 12/7/2010 | 1800 | JM SERETHER | 0.3 | 180 | Call with Kim Krueger of PwC regarding ▮ schedule and revisions to their model. |
| 29779-0012 | 12/7/2010 | 1800 | JM SERETHER | 0.3 | 180 | Preparation ▮ model. |
| 29779-0012 | 12/7/2010 | 1800 | JM SERETHER | 0.3 | 180 | Revisions to schedule sent to Kim Krueger of PwC. |
| 29779-0012 | 12/7/2010 | 1800 | MP EBERLE | 1 | 320 | Discuss meeting and next steps with J. Serether. |
| 29779-0012 | 12/7/2010 | 1800 | MP EBERLE | 1.2 | 384 | Create second proxy of ▮. |
| 29779-0012 | 12/7/2010 | 1800 | MP EBERLE | 0.4 | 128 | Call with K. Krueger of PwC regarding model and proxy. |
| 29779-0012 | 12/7/2010 | 1800 | MP EBERLE | 1 | 320 | Review documentation provided by L. Klang. |
| 29779-0012 | 12/7/2010 | 1800 | MP EBERLE | 0.8 | 256 | Prepare slides on ▮. |

EXHIBIT E-20

| | | | | | | |
|---|---|---|---|---|---|---|
| 29779-0012 | 12/7/2010 | 1800 | MP EBERLE | 1.6 | 512 | Review and edits to overview and discuss question(s) with J. Serether. |
| 29779-0012 | 12/7/2010 | 1800 | MP EBERLE | 0.7 | 224 | Revise J. Serether's comments to slides and proxy of ▉ for caveats. |
| 29779-0012 | 12/7/2010 | 1800 | JM SERETHER | 0.3 | 180 | Source data added to ▉ model. |
| 29779-0012 | 12/7/2010 | 1800 | MA SIMONETTI | 1.4 | 700 | Discussions with Jack Kramer of PwC regarding model. |
| 29779-0012 | 12/7/2010 | 1800 | JM SERETHER | 0.2 | 120 | Preparation of ▉ model, discussion of same with M. Eberle. |
| 29779-0012 | 12/7/2010 | 1800 | JM SERETHER | 0.4 | 240 | Establishing proxies and discussions with M. Eberle. |
| 29779-0012 | 12/7/2010 | 1800 | JM SERETHER | 0.2 | 120 | Review and discuss ▉ information with Linda Klang and Bruce Brier. |
| 29779-0012 | 12/7/2010 | 1800 | JM SERETHER | 1.2 | 720 | Review of ▉ agreement power point. |
| 29779-0012 | 12/7/2010 | 1800 | JM SERETHER | 0.3 | 180 | Discussion with Greg Lee of PwC. |
| 29779-0012 | 12/7/2010 | 1800 | JM SERETHER | 0.7 | 420 | Review of PwC model and changes. |
| 29779-0012 | 12/7/2010 | 1800 | MA SIMONETTI | 2.1 | 1,050.00 | Analysis of NYS treatment of specific financial transactions. |
| 29779-0012 | 12/8/2010 | 1800 | MP EBERLE | 0.5 | 160 | Send Email to J. Ciongoli of Lehman or ▉ numbers. |
| 29779-0012 | 12/8/2010 | 1800 | SA FERSKO | 1.5 | 360 | Drafted general overview section to research memo. |

**EXHIBIT E-21**

| | | | | | | |
|---|---|---|---|---|---|---|
| 29779-0012 | 12/8/2010 | 1800 | JM SERETHER | 0.5 | 300 | Discussions with M. Simonetti regarding ▮▮ analysis. |
| 29779-0012 | 12/8/2010 | 1800 | MP EBERLE | 0.4 | 128 | Review presentation - comments from J. Serether. |
| 29779-0012 | 12/8/2010 | 1800 | MA SIMONETTI | 1.6 | 800 | NYS tax matters - Communications with the B. Brier regarding the proper treatment of the transactions. |
| 29779-0012 | 12/8/2010 | 1800 | MA SIMONETTI | 1.1 | 550 | NYS tax matters - Discussing specific financial transactions with B. Brier. |
| 29779-0012 | 12/8/2010 | 1800 | JM SERETHER | 0.8 | 480 | Review of NYS auditor's work papers. |
| 29779-0012 | 12/9/2010 | 1800 | MA SIMONETTI | 2.9 | 1,450.00 | Review and revise preparation slides for meeting with NYS. |
| 29779-0012 | 12/9/2010 | 1800 | MP EBERLE | 0.5 | 160 | Call with K. Krueger from PwC regarding schedules. |
| 29779-0012 | 12/9/2010 | 1800 | MP EBERLE | 1 | 320 | Call with K. Krueger from PwC to discuss schedules and revisions. |
| 29779-0012 | 12/9/2010 | 1800 | MP EBERLE | 2 | 640 | Review PWC's schedules on ▮▮. |
| 29779-0012 | 12/9/2010 | 1800 | MP EBERLE | 1 | 320 | Draft and revise slides of ▮▮. |
| 29779-0012 | 12/9/2010 | 1800 | MP EBERLE | 0.4 | 128 | Begin revising research memo outline for ▮▮ and new development. |
| 29779-0012 | 12/9/2010 | 1800 | JM SERETHER | 0.5 | 300 | Discussion of NIS workpapers with J. Friedman, M. Simonetti, M. Eberle and Greg Lee of PwC. |

**EXHIBIT E-22**

| | | | | | |
|---|---|---|---|---|---|
| 29779-0012 | 12/9/2010 | 1800 | JM SERETHER | 0.2 | 120 Review of revised settlement slides. |
| 29779-0012 | 12/9/2010 | 1800 | JM SERETHER | 1 | 600 Review of revised NIS workpapers. |
| 29779-0012 | 12/9/2010 | 1800 | JM SERETHER | 1 | 600 Review of PwC's revised models. |
| 29779-0012 | 12/9/2010 | 1800 | JM SERETHER | 0.5 | 300 Call with Kim Krueger and Greg Lee regarding Power Point presentation. |
| 29779-0012 | 12/10/2010 | 1800 | MP EBERLE | 0.6 | 192 Slide revisions for new developments. |
| 29779-0012 | 12/10/2010 | 1800 | MP EBERLE | 0.8 | 256 Review latest PwC's model. |
| 29779-0012 | 12/10/2010 | 1800 | MP EBERLE | 0.6 | 192 Call K. Krueger from PWC to discuss tax issue. |
| 29779-0012 | 12/10/2010 | 1800 | MP EBERLE | 1.6 | 512 Finish revisions to outline based on discussions with Linda Klang of Lehman and further developments. |
| 29779-0012 | 12/10/2010 | 1800 | MP EBERLE | 0.6 | 192 Begin pulling research-discuss same with S. Fersko. |
| 29779-0012 | 12/10/2010 | 1800 | JM SERETHER | 0.5 | 300 Call with Linda Klang regarding facts required for legal memo. |
| 29779-0012 | 12/10/2010 | 1800 | JM SERETHER | 0.8 | 480 Review of outline for legal memo. |
| 29779-0012 | 12/10/2010 | 1800 | MA SIMONETTI | 1.9 | 950 NY - Preparation of legal analysis for meeting with the Department. |

EXHIBIT E-23

| | | | | | | |
|---|---|---|---|---|---|---|
| 29779-0012 | 12/10/2010 | 1800 | JM SERETHER | 1 | 600 | Review/revisions to PwC model. |
| 29779-0012 | 12/10/2010 | 1800 | JM SERETHER | 0.2 | 120 | Revisions to slide. |
| 29779-0012 | 12/11/2010 | 1800 | MA SIMONETTI | 1.4 | 700 | Review and revise legal analysis for use in discussions with the Department regarding settlement. |
| 29779-0012 | 12/13/2010 | 1800 | SA FERSKO | 4.6 | 1,104.00 | Researched treatment of ▬▬▬ York tax law, including ▬▬▬ and tax commissioner discretionary authority. |
| 29779-0012 | 12/13/2010 | 1800 | MP EBERLE | 1 | 320 | Call with Jeff Ciongoli, Mike Lippman, Don Roveto, Linda Klang, Mike Morgese, JAck Kramer, John Verde, M. Simonetti, J. Serether and J. Friedman to discuss approach to upcoming meeting with the State. |
| 29779-0012 | 12/13/2010 | 1800 | JM SERETHER | 0.8 | 480 | Call with Jeff Ciongoli, Mike Lippman, Don Roveto, Linda Klang, Mike Morgese, Jack Kramer, John Verde to prepare for meeting with NYS. |
| 29779-0012 | 12/13/2010 | 1800 | MA SIMONETTI | 2.6 | 1,300.00 | Review and revise legal analysis regarding NYS adjustments |
| 29779-0012 | 12/14/2010 | 1800 | SA FERSKO | 0.9 | 216 | Reviewed research to date regarding ▬▬▬ |
| 29779-0012 | 12/14/2010 | 1800 | SA FERSKO | 2.2 | 528 | Researched treatment of ▬▬▬ tax law as it relates to ▬▬▬ under New York ▬▬▬ |
| 29779-0012 | 12/15/2010 | 1800 | SA FERSKO | 1.7 | 408 | Organized all research to date for status update. |

**EXHIBIT E-24**

| | | | | | |
|---|---|---|---|---|---|
| 29779-0012 | 12/15/2010 | 1800 | MP EBERLE | 2.2 | 704 | Begin drafting research memo--complete overview section and half of the statement of the facts. |
| 29779-0012 | 12/16/2010 | 1800 | MP EBERLE | 2.5 | 800 | Draft statement of the facts for research memo. |
| 29779-0012 | 12/16/2010 | 1800 | MP EBERLE | 1.5 | 480 | Research memo, draft two pages of the analysis - background and overview of taxation under article 9-a. |
| 29779-0012 | 12/17/2010 | 1800 | SA FERSKO | 0.5 | 120 | Reviewed current status of legal research. |
| 29779-0012 | 12/17/2010 | 1800 | SA FERSKO | 0.1 | 24 | Conferred with M.Eberle regarding status of research on ▮▮▮▮▮ issues. |
| 29779-0012 | 12/17/2010 | 1800 | JM SERETHER | 0.5 | 300 | Call with Jeff Ciongoli, Linda Klang, Mike Morgese, Mike Lippman, Don Roveto, Jack Kramer, John Verde, Jeff Friedman, Marc Simonetti and Maria Eberle regarding outcome of meeting with NYS. |
| 29779-0012 | 12/17/2010 | 1800 | JM SERETHER | 0.2 | 120 | Call of Jeff Friedman, Marc Simonetti, and Maria Eberle regarding Jeff Friedman's call to Jeff Ciongoli on strategy for next meeting with NYS. |
| 29779-0012 | 12/17/2010 | 1800 | JM SERETHER | 1.3 | 780 | Review of Overview and Facts sections of first draft of technical memo. |
| 29779-0012 | 12/17/2010 | 1800 | JM SERETHER | 0.3 | 180 | Discussion with Maria Eberle regarding technical memo and advocacy component. |
| 29779-0012 | 12/17/2010 | 1800 | JM SERETHER | 1.2 | 720 | Development of arguments for qualifying regulations. ▮▮▮▮▮ notwithstanding |

EXHIBIT E-25

| | | | | | | |
|---|---|---|---|---|---|---|
| 29779-0012 | 12/17/2010 | 1800 | MP EBERLE | 4.3 | 1,376.00 | Draft statement of the facts for Lehman Advocacy memo. |
| 29779-0012 | 12/17/2010 | 1800 | MP EBERLE | 2.2 | 704 | Begin drafting analysis section of advocacy memo. |
| 29779-0012 | 12/17/2010 | 1800 | JM SERETHER | 0.8 | 480 | Review of revised overview and facts sections of draft technical memo. |
| 29779-0012 | 12/17/2010 | 1800 | JA FRIEDMAN | 2 | 1,200.00 | Discussions regarding NY settlement posture and strategy with M. Lippman and M. Simonetti. |
| 29779-0012 | 12/17/2010 | 1800 | MA SIMONETTI | 2 | 1,000.00 | NY Audit - Discussion with J. Friedman and M. Lippman regarding the negotiation discussions. |
| 29779-0012 | 12/18/2010 | 1800 | MP EBERLE | 3.2 | 1,024.00 | Draft Advocacy Memo on NYS Proof of Claim-First Draft of the Overview Section. |
| 29779-0012 | 12/18/2010 | 1800 | SA FERSKO | 0.3 | 72 | Correspondence with M.Eberle regarding definition of "taxpayer" as combined group and defining a taxpayer's trade or business. |
| 29779-0012 | 12/18/2010 | 1800 | SA FERSKO | 0.4 | 96 | Reviewed draft research memo regarding combined group reporting. |
| 29779-0012 | 12/20/2010 | 1800 | SA FERSKO | 4 | 960 | Researched New York's definition of the taxpayer as a combined group versus separate basis. |
| 29779-0012 | 12/20/2010 | 1800 | MP EBERLE | 1.2 | 384 | Research calculation of NY 9-A tax of combined group, specifically determine whether the state tax the position that group is one taxpayer, or each taxpayer is considered separately. |

EXHIBIT E-26

| | | | | | |
|---|---|---|---|---|---|
| 29779-0012 | 12/20/2010 | 1800 | MP EBERLE | 0.9 | 288 Research basic bankruptcy court procedures, regarding burden of proof on proof of claim. |
| 29779-0012 | 12/20/2010 | 1800 | MP EBERLE | 0.6 | 192 Research treatment of ▉ under regulations. |
| 29779-0012 | 12/20/2010 | 1800 | MP EBERLE | 0.4 | 128 Review research on burden of proof - for tax assessments. |
| 29779-0012 | 12/20/2010 | 1800 | MP EBERLE | 2.2 | 704 Begin drafting advocacy memo sections on department of ▉ Categories and treatment by amounts. |
| 29779-0012 | 12/20/2010 | 1800 | MP EBERLE | 0.2 | 64 Email to M. Simonetti and J. Serether regarding missing facts for advocacy memo. |
| 29779-0012 | 12/20/2010 | 1800 | MP EBERLE | 0.1 | 32 Begin drafting section of advocacy memo on treatment of ▉. |
| 29779-0012 | 12/20/2010 | 1800 | SA FERSKO | 1.8 | 432 Researched New York's definition of ▉ in Articles ▉ and ▉. |
| 29779-0012 | 12/20/2010 | 1800 | SA FERSKO | 0.8 | 192 Summarized research results for M.Eberle. |
| 29779-0012 | 12/20/2010 | 1800 | MA SIMONETTI | 1 | 500 Review and revise New York State analysis. |
| 29779-0012 | 12/21/2010 | 1800 | SA FERSKO | 3.4 | 816 Researched New York's test for determining the business of a taxpayer for purposes of filing under franchise taxes under Article 9-A. |
| 29779-0012 | 12/21/2010 | 1800 | MP EBERLE | 0.8 | 256 Research on treatment of NYS taxpayers as one-entity versus single taxpayer in combined reporting setting- for purposes of advocacy memo on 2006 tax year. |

EXHIBIT E-27

| | | | | | | |
|---|---|---|---|---|---|---|
| 29778-0012 | 12/21/2010 | 1800 | MP EBERLE | 0.2 | 64 | Discuss research on Bankruptcy Court procedure and who has the burden of proof with S. Fersko. |
| 29779-0012 | 12/21/2010 | 1800 | MP EBERLE | 2.2 | 704 | Draft Section of Advocacy Memorandum on Treatment of ▬ focus on ▬ transactions. |
| 29779-0012 | 12/21/2010 | 1800 | MP EBERLE | 0.2 | 64 | Discuss Weal Street Journal Article on ▬ with J. Serether and the impact this has on our memo analysis. |
| 29779-0012 | 12/21/2010 | 1800 | SA FERSKO | 0.4 | 96 | Conferred with M.Eberle regarding bankruptcy issues. |
| 29779-0012 | 12/21/2010 | 1800 | SA FERSKO | 1.1 | 264 | Conferred with M.Hellerstein regarding bankruptcy law background, outstanding bankruptcy issues, and case law research. |
| 29779-0012 | 12/21/2010 | 1800 | SA FERSKO | 3.9 | 936 | Researched bankruptcy issues including procedural posture of case, proof of claim burdens, and case law on tax claims. |
| 29779-0012 | 12/21/2010 | 1800 | JM SERETHER | 0.3 | 180 | Discussion with M. Eberle regarding advocacy memo. |
| 29779-0012 | 12/22/2010 | 1800 | SA FERSKO | 3 | 720 | Researched bankruptcy issues including procedural posture of case, proof of claim burdens, case law on tax claims, and payment of taxes owed based on state-level tax audits. |
| 29779-0012 | 12/22/2010 | 1800 | SA FERSKO | 1.4 | 336 | Summarized bankruptcy law research for M.Eberle. |

**EXHIBIT E-28**

| | | | | | | |
|---|---|---|---|---|---|---|
| 29779-0012 | 12/22/2010 | 1800 | MP EBERLE | 0.5 | 160 | Internal discussion with J. Friedman, M. Simonetti and J. Serether regarding impact of recent Wall Street Journal article on Lehman settlement/litigation strategy with NYS. |
| 29779-0012 | 12/22/2010 | 1800 | MP EBERLE | 4.5 | 1,440.00 | Draft remaining advocacy memo sections regarding ▮▮▮ in 2007, de-combination 2001-2003, mathematical errors and treatment of ▮▮▮ transactions. |
| 29779-0012 | 12/22/2010 | 1800 | MP EBERLE | 0.5 | 160 | Discuss with S. Fersko drafting separate memo on procedural posture regarding bankruptcy court vs tax appeals tribunal. |
| 29779-0012 | 12/22/2010 | 1800 | MP EBERLE | 0.8 | 256 | success of ▮▮▮ attribution, taxpayer ▮▮▮ attribution |
| 29779-0012 | 12/22/2010 | 1800 | MP EBERLE | 1.4 | 448 | Review completed first draft of advocacy memo prior to sending to J. Serether for review. |
| 29779-0012 | 12/22/2010 | 1800 | SA FERSKO | 3.3 | 792 | Drafted memo regarding bankruptcy procedure for tax audit settlements and disputes. |
| 29779-0012 | 12/22/2010 | 1800 | JM SERETHER | 0.7 | 420 | Discussion with J. Friedman, M. Simonetti and M. Eberle regarding strategy for approach to New York State. |
| 29779-0012 | 12/22/2010 | 1800 | JM SERETHER | 4 | 2,400.00 | Review of first draft of advocacy memo prepared by M. Eberle. |
| 29779-0012 | 12/22/2010 | 1800 | MA SIMONETTI | 1.1 | 550 | Review and revise legal analysis of tax positions for discussions with the Department. |
| 29779-0012 | 12/23/2010 | 1800 | SA FERSKO | 1 | 240 | Organized research regarding bankruptcy procedure. |

**EXHIBIT E-29**

| | | | | | | |
|---|---|---|---|---|---|---|
| 29779-0012 | 12/23/2010 | 1800 | MP EBERLE | 1.2 | 384 | Discuss review points on first draft of advocacy memo with J. Serether. |
| 29779-0012 | 12/23/2010 | 1800 | MP EBERLE | 3 | 960 | Make edits to advocacy memo based on comments and discussions with J. Serether. |
| 29779-0012 | 12/23/2010 | 1800 | MP EBERLE | 1 | 320 | Read articles as background for advocacy memo discussions on ▮▮▮▮▮. |
| 29779-0012 | 12/23/2010 | 1800 | MP EBERLE | 0.5 | 160 | Begin reviewing Lehman procedures memo on bankruptcy vs tax court procedures. |
| 29779-0012 | 12/23/2010 | 1800 | JM SERETHER | 2 | 1,200.00 | Discussion with M. Eberle regarding memo review points. |
| 29779-0012 | 12/23/2010 | 1800 | JM SERETHER | 1.5 | 900 | Research on ▮▮▮▮▮ and separate versus combined methodologies. |
| 29779-0012 | 12/27/2010 | 1800 | MP EBERLE | 1.5 | 480 | Revisions to Advocacy memo. |
| 29779-0012 | 12/27/2010 | 1800 | MP EBERLE | 1.5 | 480 | Review Bankruptcy procedures memo, cite check etc. |
| 29779-0012 | 12/27/2010 | 1800 | MP EBERLE | 0.6 | 192 | Make edits to bankruptcy procedures memo. |
| 29779-0012 | 12/27/2010 | 1800 | MP EBERLE | 0.5 | 160 | Review changes to advocacy memo with J. Serether. |
| 29779-0012 | 12/27/2010 | 1800 | MP EBERLE | 0.5 | 160 | Revisions from J. Serether to Bankruptcy Memo. |
| 29779-0012 | 12/27/2010 | 1800 | MP EBERLE | 0.4 | 128 | Research Xerox case to determine whether it adds to advocacy analysis. |

**EXHIBIT E-30**

| | | | | | | |
|---|---|---|---|---|---|---|
| 29779-0012 | 12/27/2010 | 1800 | MP EBERLE | 0.1 | 32 | Email Advocacy and Bankruptcy Procedures Memo to M. Simonetti for review. |
| 29779-0012 | 12/27/2010 | 1800 | JM SERETHER | 0.3 | 180 | Review of second draft of advocacy memo. |
| 29779-0012 | 12/27/2010 | 1800 | JM SERETHER | 2.5 | 1,500.00 | Review of second draft of advocacy memo. |
| 29779-0012 | 12/27/2010 | 1800 | JM SERETHER | 0.5 | 300 | Discussion of revisions to second draft of advocacy memo with M. Eberle. |
| 29779-0012 | 12/27/2010 | 1800 | JM SERETHER | 0.8 | 480 | Review of Bankruptcy Court Procedure Memo. |
| 29779-0012 | 12/27/2010 | 1800 | JM SERETHER | 0.4 | 240 | Discussion of Bankruptcy Court Procedure Memo with M. Eberle. |
| 29779-0012 | 12/28/2010 | 1800 | JM SERETHER | 0.2 | 120 | Review of draft bankruptcy court procedure memo. |
| 29779-0012 | 12/28/2010 | 1800 | JM SERETHER | 0.4 | 240 | Review of draft advocacy memo. |
| 29779-0012 | 12/28/2010 | 1800 | MP EBERLE | 4.5 | 1,440.00 | Draft Balanced Analysis Memo regarding the NY Proof of Claim. |
| 29779-0012 | 12/28/2010 | 1800 | MP EBERLE | 0.9 | 288 | Research ▮▮▮▮ rules in the context of ▮▮▮▮ in NY. |
| 29779-0012 | 12/29/2010 | 1800 | MP EBERLE | 5.5 | 1,760.00 | Finish drafting balanced analysis memo regarding NY Assessment. |
| 29779-0012 | 12/30/2010 | 1800 | MP EBERLE | 1 | 320 | Review changes with J. Serether to Balanced Analysis. |
| 29779-0012 | 12/30/2010 | 1800 | MP EBERLE | 1 | 320 | Make changes provided by J. Serether to Balanced Analysis Memo. |

EXHIBIT E-31

| | | | | | | |
|---|---|---|---|---|---|---|
| 29779-0012 | 12/30/2010 | 1800 | JM SERETHER | 2.5 | 1,500.00 | Review of balance memo regarding New York Corporate franchise tax. |
| 29779-0012 | 12/30/2010 | 1800 | JM SERETHER | 1.5 | 900 | Discussion with M. Eberle of revisions to balanced memo regarding New York corporate franchise tax. |
| | | | BILLED TOTALS: | 274.6 | $ 108,400.00 | |
| | | | | | $ 21,680.00 | 20% Holdback |
| | | | | | $ 86,720.00 | |

EXHIBIT E-32

| Invoice No. 594618 | Matter Number | Date | Code | Name | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| | 29779-0014 | 12/22/2010 | 1800 | CP TELLO | 0.4 | $ 232.00 | Confer with J. Libin re: question of ▇ to IRS. |
| Sutherland Fees For Dec. 2010 | 29779-0014 | 12/22/2010 | 1800 | JB LIBIN | 0.5 | $ 400.00 | Telephone conference with B. Brier - J. Ciongoli re: Discovery issues. |
| Dated: Jan. 24, 2011 | 29779-0014 | 12/22/2010 | 1800 | JB LIBIN | 1.9 | $ 1,520.00 | Reviewing ▇. |
| | 29779-0014 | 12/22/2010 | 1800 | JB LIBIN | 0.4 | $ 320.00 | Conversation with C. Tello regarding ▇ to IRS question. |
| | 29779-0014 | 12/22/2010 | 1800 | CP TELLO | 1.1 | $ 638.00 | Review ▇ review/ ▇. |
| | 29779-0014 | 12/22/2010 | 1800 | CP TELLO | 1 | $ 580.00 | Review ▇ concerning issue flagged ▇ and not discussed in ▇. |
| | 29779-0014 | 12/22/2010 | 1800 | CP TELLO | 1 | $ 580.00 | Reviewing ▇ and ▇ to determine advisability of ▇ to IRS. |
| | 29779-0014 | 12/23/2010 | 1800 | CP TELLO | 1.3 | $ 754.00 | Confer with J. Libin re: advisability of ▇ to IRS. |
| | 29779-0014 | 12/23/2010 | 1800 | JB LIBIN | 1.3 | $ 1,040.00 | Discussing ▇ issues with Carol Tello. |
| | 29779-0014 | 12/23/2010 | 1800 | JB LIBIN | 1.8 | $ 1,440.00 | Drafting memo to J. Ciongoli and B. Brier |
| | | | BILLED TOTALS: | | | $ 7,504.00 | |
| | | | | | | $ 1,500.80 | 20% Holdback |
| | | | | | | $ 6,003.20 | |

EXHIBIT E-33

| Invoice # | Matter Number | Date | Code | Name | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| 696705 | 28779-0003 | 1/3/2011 | 1800 | KC JONES | 0.5 | $310.00 | Telephone call with Bruce Brier (Lehman) and Stan Wiseberg (A&M) to discuss net operating loss carryforward procedural issue (statute of limitations) |
| Dated Feb. 14, 2011 | | | | | | | |
| Sutherland | | | | | | | |
| Fees for Jan. 2011 | 28779-0003 | 1/24/2011 | 1800 | KC JONES | 1 | $620.00 | discuss reportable transaction ▮loss issue with S. Wiseberg (A&M) for Lehman return |
| | | | | BILLED TOTALS:  BILL: | 1.5 | $930.00 | |
| | | | | Minus 20% Holdback | | -$186.00 | |
| | | | | | | $744.00 | |

EXHIBIT E-34

| Invoice #<br>696705 | Matter Number | Date | Code | Name | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| Sutherland Fees for Jan. 2010 | | | | | | | |
| Feb. 14, 2011 | 29779-0012 | 1/4/2011 | 1800 | MP EBERLE | 1.7 | $578.00 | Make changes based upon J. Serether's comments to the balanced analysis memo regarding the NYS issues identified in the proof of claim. |
| | 29779-0012 | 1/5/2011 | 1800 | JM SERETHER | 0.5 | $340.00 | Discussion with M. Eberle of ██████ issue. |
| | 29779-0012 | 1/5/2011 | 1800 | MP EBERLE | 0.5 | $170.00 | Discuss ██████ section of the balanced analysis of NYS proof of claim with J. Serether. |
| | 29779-0012 | 1/6/2011 | 1800 | MP EBERLE | 0.2 | $68.00 | Discuss slides for with M. Simonetti for LBHI executive management. |
| | 29779-0012 | 1/6/2011 | 1800 | MA SIMONETTI | 2.8 | $1,400.00 | Prepare materials for communication with Department on potential settlement. |
| | 29779-0012 | 1/7/2011 | 1800 | MP EBERLE | 2.5 | $850.00 | Create First Draft of presentation slides regarding reasonableness of NY Settlement offer. |
| | 29779-0012 | 1/7/2011 | 1800 | MP EBERLE | 0.5 | $170.00 | Review first draft of presentation slides regarding reasonableness of NY Settlement offer with J. Serether. |
| | 29779-0012 | 1/7/2011 | 1800 | JM SERETHER | 0.7 | $476.00 | Discussion of settlement offer slides with M. Eberle. |
| | 28779-0012 | 1/7/2011 | 1800 | MA SIMONETTI | 2.2 | $1,100.00 | Review materials to present to executive management to resolve matter |
| | 29779-0012 | 1/10/2011 | 1800 | JM SERETHER | 0.3 | $204.00 | Review of draft power point regarding New York State claim for LBHI executive management. |
| | 29779-0012 | 1/10/2011 | 1800 | MP EBERLE | 0.2 | $68.00 | Review presentation of NY Settlement to LBHI executive management. |

**EXHIBIT E-35**

| | | | | | | |
|---|---|---|---|---|---|---|
| 29779-0012 | 1/10/2011 | 1800 | MP EBERLE | 0.2 | $68.00 | Discuss suggested edits to LBHI NY Settlement Presentation with J. Serether and M. Simonetti. |
| 29779-0012 | 1/10/2011 | 1800 | MA SIMONETTI | 1.8 | $900.00 | Prepare presentation for LBHI executive management regarding the NYS controversy matter. |
| 29779-0012 | 1/10/2011 | 1800 | JM SERETHER | 0.3 | $204.00 | Meeting with M. Simonetti and M. Eberle regarding revisions to the power point to be submitted to executive management. |
| 29779-0012 | 1/13/2011 | 1800 | MA SIMONETTI | 2.5 | $1,250.00 | Prepare state tax analysis for Executive Management. |
| 29779-0012 | 1/13/2011 | 1800 | MP EBERLE | 1.5 | $510.00 | Revisions to presentation on final settlement of NYS Claim recommendations. |
| 29779-0012 | 1/18/2011 | 1800 | MA SIMONETTI | 2.8 | $1,400.00 | Review and revise presentation for LBHI executive management (1.9); discussion with client (.9). |
| 29779-0012 | 1/20/2011 | 1800 | JA FRIEDMAN | 0.5 | $340.00 | Conference call with M. Lippman, D. Rovoto, L. Klang, M. Morgess and M. Simonetti regarding NY state matter. |
| 29779-0012 | 1/20/2011 | 1800 | MA SIMONETTI | 1.8 | $900.00 | NY audit.- review and revise presentation for executive management (1.3); conference call with M. Lipman, D. Roveto, L. Klang, M. Morges regarding NY state matter (.5). |
| 29779-0012 | 1/25/2011 | 1800 | JM SERETHER | 0.4 | $272.00 | Discussions with M. Simonetti regarding changes to the Power Point for submission to executive management. |
| 29779-0012 | 1/25/2011 | 1800 | MA SIMONETTI | 2.9 | $1,450.00 | Review and revise presentation to LBHI executive management. |
| 29779-0012 | 1/26/2011 | 1800 | JB LIBIN | 0.4 | $320.00 | Reviewing draft slides explaining New York State tax exposure. |

EXHIBIT E-36

| | | | | | | |
|---|---|---|---|---|---|---|
| 29779-0012 | 1/26/2011 | 1800 | MA SIMONETTI | 1.5 | $750.00 | Revision of NY tax presentation. |
| 29779-0012 | 1/27/2011 | 1800 | MA SIMONETTI | 1.3 | $650.00 | Revise New York franchise tax presention. |
| 29779-0012 | 1/28/2011 | 1800 | MA SIMONETTI | 1.5 | $750.00 | Finalize NY franchise tax presentation. |
| 29779-0012 | 1/30/2011 | 1800 | MA SIMONETTI | 0.8 | $400.00 | Final revisions to NY corporate franchise tax presentation. |
| 29779-0012 | 1/31/2011 | 1800 | MA SIMONETTI | 1.1 | $550.00 | Finalize presentation on NY tax matters. |
| | | BILLED TOTALS:   BILL: | | 33.4 | $16,138.00 | |
| | | Minus 20% Holdback | | | -$3,227.60 | |
| | | | | | $12,910.40 | |

**EXHIBIT E-37**

| Invoice # 596705 | Matter Number | Date | Initials | Name / Invoice Number | Hours | Amount | Description |
|---|---|---|---|---|---|---|---|
| Dated: Feb. 14, 2011 | | | | | | | |
| Sutherland Fees for Jan. 2010 | | | | | | | |
| | 29779-0014 | 1/7/2011 | 1800 | JB LIBIN | | 0.6 | $480.00 | Telephone conference with Bruce Brier (Lehman) re: discovery issue. |
| | 29779-0014 | 1/7/2011 | 1800 | JB LIBIN | | 0.4 | $320.00 | Reviewing prior ▇ re: Stock Loan transaction. |
| | 29779-0014 | 1/11/2011 | 1800 | CP TELLO | | 0.1 | $58.00 | Confer with J. Libin regarding review of ▇ and cases regarding ▇ in reasonable cause defense against penalties. |
| | 29779-0014 | 1/11/2011 | 1800 | CP TELLO | | 0.5 | $290.00 | Review new Tax Court case, ▇ regarding ▇ support in reasonable cause defense against penalties. |
| | 29779-0014 | 1/12/2011 | 1800 | CP TELLO | | 6.9 | $4,002.00 | Research cases regarding reliance on ▇ for reasonable cause exception to penalties and review relevant cases; review ▇ in light of court cases. |
| | 29779-0014 | 1/13/2011 | 1800 | CP TELLO | | 1.4 | $812.00 | Review final case regarding reliance on ▇ for reasonable cause relief from penalties. |
| | 29779-0014 | 1/13/2011 | 1800 | CP TELLO | | 0.5 | $290.00 | Organize notes regarding cases. |
| | 29779-0014 | 1/13/2011 | 1800 | CP TELLO | | 1 | $580.00 | Confer with J. Libin about ▇ and ▇ in light of cases under ▇ regarding reliance on reasonable cause. |
| | 29779-0014 | 1/13/2011 | 1800 | JB LIBIN | | 1 | $800.00 | Confer with C. Tello regarding ▇ and ▇ in light of cases regarding the reliance on ▇ for reasonable cause. |
| | 29779-0014 | 1/17/2011 | 1800 | CP TELLO | | 3.5 | $2,030.00 | Research/ review privilege and work product waiver authorities. |

EXHIBIT E-38

| | | | | | | |
|---|---|---|---|---|---|---|
| 29779-0014 | 1/17/2011 | 1800 | CP TELLO | 1.5 | $870.00 | Preparing chart regarding comparison of stock loan ▮ with CCA. |
| 29779-0014 | 1/17/2011 | 1800 | CP TELLO | 1.5 | $870.00 | Preparing chart regarding comparing stock loan ▮ to court review of ▮ for reasonable cause defense. |
| 29779-0014 | 1/18/2011 | 1800 | CP TELLO | 2.3 | $1,334.00 | Drafting memo regarding disclosure of ▮ |
| 29779-0014 | 1/18/2011 | 1800 | CP TELLO | 3.2 | $1,856.00 | Research and analysis regarding effect of disclosure on subject matter waiver of privilege and work product protection. |
| 29779-0014 | 1/18/2011 | 1800 | CP TELLO | 1 | $580.00 | Drafting reasonable cause standards applied to stock loan ▮ chart. |
| 29779-0014 | 1/18/2011 | 1800 | CP TELLO | 0.8 | $464.00 | Drafting CCA comparison with stock loan opinions chart. |
| 29779-0014 | 1/19/2011 | 1800 | CP TELLO | 3.5 | $2,030.00 | Finish drafting of memo regarding waiver of privileged work product doctrine as result of reasonable cause reliance claim. |
| 29779-0014 | 1/19/2011 | 1800 | JB LIBIN | 1.4 | $1,120.00 | Reviewing C. Tello charts comparing ▮ and CCA on relevant issues. |
| 29779-0014 | 1/19/2011 | 1800 | CP TELLO | 0.5 | $290.00 | Review comparison charts and review ▮. |
| 29779-0014 | 1/20/2011 | 1800 | CP TELLO | 1.8 | $1,044.00 | Revising comparison chart regarding CCA ▮ and ▮ |
| 29779-0014 | 1/20/2011 | 1800 | CP TELLO | 0.1 | $58.00 | Confer with J. Libin regarding revision of CCA ▮ comparison chart. |
| | | BILLED TOTALS:   BILL: | | 33.5 | $20,178.00 | |
| | | Minus 20% Holdback: | | | -$4,035.60 | |
| | | | | | $16,142.40 | |

EXHIBIT F-1

Sutherland, Asbill & Brennan LLP

For Services Rendered Through October 31, 2010 - Invoice No. 589743 Dated December 6, 2010

Expense Detail

| Row Number | Date of Service | Nature of Expense | Timekeeper Last Name | Timekeeper First Name | Expense Description | Expense ($) |
|---|---|---|---|---|---|---|
| 1. | Oct. 2010 | Photocopies | Libin | Jerome | 155 Copies re: 29779-0001 - Tax 2001-2007 | $15.50 |
| 2. | 9/27-28/10 | Trip No. 3418 | Friedman | Jeffrey | 29779-0012 - New York State Audit Matters - Expenses in connection with travel from Washington, DC to the New Jersey Office of Lehman Brothers for a meeting with Jeff Ciogoli re: NYS proof of claim; strategy and analysis. $20.00 Parking at the airport; $20.00 Taxi in NY; $320.70 Airfare to and from DC to NY; $234.14 Hotel in NY (9/27/10); $81.42 Ground Transportation to LGA - 9/28/10 (VIP Connection Inc) | $676.26 |
| 3. | | | | | | $691.76 |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |
| 11. | | | | | | |
| 12. | | | | | | |
| 13. | | | | | | |
| 14. | | | | | | |

12627285.1

EXHIBIT F-2

| Invoice # | Matter Number | Code | Date | Name | Quantity | Amount | Cost | Description |
|---|---|---|---|---|---|---|---|---|
| 592073 | 29779-0014 | 1800 | 11/30/2010 | JB LIBIN | 475 | 1 | 53.56 | Westlaw-WO Tunji Barlatt, 11/10/2010 to ascertain background information regarding Judge Richard Berman of SDNY |
| Dated: | | | | | | | | |
| Dec. 22, 2010 | | | | | | | | |
| Sutherland | | | | BILLED TOTAL | | | 53.56 | |
| Expenses for | | | | | | | | |
| Nov. 2010 | | | | | | | | |

12627285.1

12627285.1

EXHIBIT F-3

| Invoice No. 594618 | Matter Number | Date | Code | Name | Quantity | Amount | Description |
|---|---|---|---|---|---|---|---|
| Dated: Jan. 24, 2011 | 29779-0012 | 12/2/2010 | 1800 | JA FRIEDMAN | 466 | $ 29.62 | Cab/Local Trans - Simonetti, M. - Lehman |
| Sutherland Expenses for Dec. 2010 | 29779-0012 | 12/2/2010 | 1800 | JA FRIEDMAN | 466 | $ 29.62 | Cab/Local Trans - Simonetti, M. - Lehman |
| | 29779-0012 | 12/28/2010 | 1800 | JA FRIEDMAN | 801 | $ 675.09 | T#4287, J. Friedman, New York, NY., 11/22-23/10 |
| | | | | BILLED TOTALS: | | $ 734.33 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

EXHIBIT F-4

| Invoice # | Matter Number | Date | Code | Name | Quantity | Amount | Description |
|---|---|---|---|---|---|---|---|
| 596705 | 29779-0001 | 12/10/2010 to 1/24/2011 | 1800 | JB LIBIN | 298 | $29.80 | 298 Photocopies at $0.10 per Copy |
| Dated: Feb. 14, 2011 | | | | | | | |
| Sutherland Expenses for Jan. 2011 | | | | BILLED TOTALS: | | $29.80 | |

12627285.1

12627285.1

EXHIBIT F-5

| Invoice # | Matter Number | Date | Name | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 596705 | 29779-0012 | 1/6/2011 | JA FRIEDMAN | 1800 | 1 | 10.75 | 10.75 | Cab/Local Trans - Serether, J. - client meeting |
| Dated: | | | | | | | | |
| Feb. 14, 2011 | | | BILLED TOTALS: | | | | 10.75 | |
| Sutherland | | | BILL: | | | | | |
| Expenses for | | | | | | | | |
| Jan. 2011 | | | | | | | | |

12627285.1

EXHIBIT F-6

| Invoice # | Matter Number | Date | Code | Name | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 596705 | 29779-0014 | 1/31/2011 | 1800 | CA Tello | 1 | 104.15 | 104.15 | Lexis-WO Carol Tello, 1/17/2011 |
| Dated: | | | | | | | | |
| Feb. 14, 2011 | 29779-0014 | 1/31/2011 | 1800 | CA Tello | 1 | 213.44 | 213.44 | Lexis-WO Carol Tello, 1/18/2011 |
| Sutherland | | | | BILLED TOTALS:    BILL: | | | 317.59 | |
| Expenses For | | | | | | | | |
| Jan, 2011 | | | | | | | | |