# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc., et al.        Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Calanthe Capital, L.L.C. | Credit Suisse Loan Funding LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Calanthe Capital, L.L.C.
FDR Station PO Box 7268
New York, NY 10150
financials@calanthecapital.net

with a copy to:

Drew G.L. Chapman
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Phone (212) 504 6540
Fax (212) 504-6666
Drew.Chapman@cwt.com

Court Claim # (if known): 67337

Amount of Claim Transferred: $48,931,169.51

Date Claim Filed: February 14, 2011

Phone: 212-538-2905
Last Four Digits of Acct. #: _____

Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Calanthe Capital, L.L.C.

By: _____    Date: June 3 2012
Name: Drew G.L. Chapman
Title: Authorized Signatory

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

452-461/COURT/3096422.1

# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>    Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 67337 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on         .

| Credit Suisse Loan Funding LLC | Calanthe Capital, L.L.C. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor:<br><br>One Madison Avenue, 2nd Floor<br>New York, New York 10010<br>Attention: Ashwinee Sawh<br>Telephone: 212-538-2905<br>Facsimile: 212-538-3477<br>E-mail: Ashwinee.Sawh@credit-suisse.com | Address of Transferee:<br><br>Calanthe Capital, L.L.C.<br>FDR Station PO Box 7268<br>New York, NY 10150<br>financials@calanthecapital.net<br><br>**with a copy to:**<br><br>Drew G.L. Chapman<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281<br>Phone (212) 504 6540<br>Fax (212) 504-6666<br>Drew.Chapman@cwt.com |

### ~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
                                    CLERK OF THE COURT

## EXHIBIT A

Evidence of Transfer of Claim from Transferor to Transferee

# EVIDENCE OF TRANSFER OF CLAIMS

TO:   THE DEBTORS AND THE BANKRUPTCY COURT

Credit Suisse Loan Funding LLC (the "**Seller**") hereby certifies that, for value received, the adequacy and sufficiency of which are hereby acknowledged, Seller has irrevocably sold, transferred, conveyed, assigned and granted onto Calanthe Capital, L.L.C. (the "**Buyer**") all of Seller's rights, title and interest in, to and under the claim of Seller, in the amount of $48,931,169.51, against Lehman Brothers Special Financing Inc. ("**LBSF**") in connection with that certain ISDA Master Agreement (the "**Master Agreement**"), dated as of November 1, 2000, between Seller and LBSF (the "**Claim**") including, without limitation (A) Claim No. 67337 (amending Claim No. 27468), (B) any and all right to receive principal, interest, fees, damages, penalties and other amounts in respect of the Claim, (C) all cash, securities, instruments and other property that may be paid or distributed by LBSF and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") in Case No. 08-13555 (JMP) (jointly administered) pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in satisfaction of the Claim, and (D) all proceeds of any kind of the foregoing, including, without limitation, all cash, securities or other property distributed or payable on account of, or exchanged in return for, any of the foregoing.

Seller hereby waives notice or hearing requirement as imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim, recognizing Buyer as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIMS is executed this 3rd day of June 2011.

**Credit Suisse Loan Funding LLC**          **Calanthe Capital, L.L.C.**

By: _____                  By: _____
Name: Michael Wotanowski                    Name: Drew G.L. Chapman
Title: Director                             Title: Authorized Signatory

By: _____
Name:
Title: Ian Landow
Authorized Signatory