UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                  :

In re                            :        Chapter 11 Case No.
                                  :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :        08-13555 (JMP)
                                  :        (Jointly Administered)

             Debtors.          :
                                  :

-------------------------------------------------------------------x        Ref. Docket Nos.17190, 17192,
                                       17194, 17196-17199, 17201, 17207,
                                       17214, 17216

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK  )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 1, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                      */s/ Diane Streany*
                                      Diane Streany

Sworn to before me this
6th day of June, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
                                        |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,  |
                                        |   (Jointly Administered)
                                        |
              Debtors.                  |
                                        |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  BARCLAYS BANK PLC
             TRANSFEROR: LBVN HOLDINGS, L.L.C.
             ATTN: DANIEL CROWLEY; DANIEL MIRANDA
             745 SEVENTH AVENUE
             NEW YORK NY 10019

Please note that your claim # 58882-01 in the above referenced **case** and in the amount of
        $8,066,600.00        has been transferred (**unless previously expunged by court order**)

        KNIGHTHEAD MASTER FUND, L.P.
        TRANSFEROR: BARCLAYS BANK PLC
        C/O KNIGHTHEAD CAPITAL MANAGEMENT
        ATTN: LAURA TORRADO
        623 FIFTH AVENUE, 29TH FLOOR
        NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 17194    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/01/2011                        Vito Genna, Clerk of Court


                                        /s/ Diane Streany
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 1, 2011.

**EXHIBIT B**

TIME: 18:26:49
DATE: 06/01/11

PAGE:   1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BARCLAYS BANK PLC | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: LBVN HOLDINGS, L.L.C. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: LBVN HOLDINGS, L.L.C. ATTN: DANIEL CROWLEY; DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BERNER KANTONALBANK | TRANSFEROR: SCHWEIZ RETTUNGSFLUGWACHT (REGA) ATTN: JOES BIRCHLER P.O. BOX CH-3001 BERN ZURICH GERMANY |
| EFG BANK AG | GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166 |
| EFG BANK AG | BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: KOOPERATIVA POIST'OVNA, A.S. VIENNA INSURANCE GROUP ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| KNIGHTHEAD MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| KOOPERATIVA POIST'OVNA, A.S. VIENNA INSURANCE GROUP | MICHAEL TORKIN, ESQ / SOLOMON NOH, ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| KOOPERATIVA POIST'OVNA, A.S. VIENNA INSURANCE GROUP | STEFANOVICOVA 4 BRATISLAVA SK-81623 SLOVAKIA (SLOVAK REPUBLIC) |
| MACQUARIE BANK LIMITED | ATTN: EXECUTIVE DIRECTOR, LEGAL RISK MANAGEMENT TREASURY AND COMMODITIES GROUP NO. 1 MARTIN PLACE SYDNEY NSW2000 AUSTRALIA |
| SCHWEIZ RETTUNGSFLUGWACHT (REGA) | POSTFACH 1414 ZURICH CH-8058 SWITZERLAND |
| SERENGETI LYCAON MM L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: SHAKER CHOUDHURY C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: SHAKER CHOUDHURY C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI RAPAX MM L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: SHAKER CHOUDHURY C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SILVER POINT CAPITAL FUND, L.P. | DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| YORVIK PARTNERS LLP | TRANSFEROR: EFG BANK AG ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed         21

EPIQ BANKRUPTCY SOLUTIONS, LLC