UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                         :

In re                                :          Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :          08-13555 (JMP)
                                       :          (Jointly Administered)
                 Debtors.            :

---------------------------------------------------------------x    Ref. Docket Nos. 9959, 14798,
                                                                       16099, 16199, 16580, 16895, 16896,
                                                                       17217 - 17219, 17234, 17238-17246,
                                                                       17248, 17249, 17256-17259, 17261,
                                                                       17265-17271, 17273, 17276, 17325

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 3, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                             */s/ Diane Streany*
                                                             Diane Streany

Sworn to before me this
6th day of June, 2011

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BANK OF AMERICA, NATIONAL ASSOCIATION
SUCCESSOR BY MERGER TO LASALLE BANK, NA
HUNTON & WILLIAMS LLP
ATTN: JR SMITH, ESQ
RIVERFRONT PLAZA, EAST TOWER, 951 E BYRD STREET
RICHMOND VA 23219

Please note that your claim # 16414 in the above referenced case and in the amount of
$0.00     has been transferred **(unless previously expunged by court order)**

U.S. BANK NATIONAL ASSOCIATION
TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION
ATTN: WAYNE MILLER
CORPORATE TRUST SERVICES
540 WEST MADISON STREET, SUITE 1840
CHICAGO IL 60661

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 17234     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/03/2011                                    Vito Genna, Clerk of Court

                                                    /s/ Diane Streany
                                                    _____
                                                    By: Epiq Bankruptcy Solutions, LLC
                                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 3, 2011.

# EXHIBIT B

```
TIME: 14:20:08                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE: 1
DATE: 06/03/11                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. | ATTN: MR. MARIO MUSSO CORSO ITALIA, 4 ALBA (CUNEO) 12051 ITALY |
| BANK OF AMERICA, NATIONAL ASSOCIATION | SUCCESSOR BY MERGER TO LASALLE BANK, N.A. C/O HUNTON & WILLIAMS LLP ATTENTION: J.R. SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER, 951 E. BYRD STREET RICHMOND VA 23219 |
| BANK OF AMERICA, NATIONAL ASSOCIATION | SUCCESSOR BY MERGER TO LASALLE BANK, NA HUNTON & WILLIAMS LLP ATTN: JR SMITH, ESQ RIVERFRONT PLAZA, EAST TOWER, 951 E BYRD STREET RICHMOND VA 23219 |
| BANK OF AMERICA, NATIONAL ASSOCIATION | SUCCESSOR BY MERGER TO LASALLE BANK, N.A. C/O HUNTON & WILLIAMS LLP ATTENTION: J.R. SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER, 951 E. BYRD STREET RICHMOND VA 23219 |
| BBVA (SUIZA) S.A. | SUCCESSOR BY MERGER TO LASALLE BANK, N.A. HUNTON & WILLIAMS LLP ATTN: J.R. SMITH ESQ RIVERFRONT PLAZA, EAST TOWER, 951 E. BYRD STREET RICHMOND VA 23219 |
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ATTN: ANA HIDALGO/ELENA PRIETO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA, 81 - 21ST FLOOR MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS 75008 FRANCE |
| BNP PARIBAS SECURITIES CORP | ATTN: INIGO BERASALUCE/DIRECTOR ZELTWEG 63 ZURICH CH-8021 SWITZERLAND |
| CASA DI RISPARMIO DE BRA S.P.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| | TRANSFEROR: FORTIS ENERGY MARKETING & TRADING GP ATTN: CHRISTIAN MUNDIGO 1100 LOUISIANA, SUITE 4900 HOUSTON TX 77002 |
| | TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. ATTN: GABUTTI LUIGI VIA PRINCIPI DE PIEMONTE, 12 12042 BRA (CUNEO) ITALY |
| CASSA DI RISPARMIO DI BRA S.P.A. | TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. ATTN: GABUTTI LUIGI VIA PRINCIPI DI PIEMONTE, 12 BRA (CUNEO) 12042 ITALY |
| CITIGROUP GLOBAL MARKETS INC. | DOUGLAS R DAVIS PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVEVUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: ES BANK (PANAMA), S.A., EDUARDO JAVIER QUINTERO PARRA ATTN: MARC HEIMOWITZ 390 GREENWICH ST 4TH FL NEW YORK NY 10013 |
| CLARIDEN LEU LTD | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CLARIDEN LEU LTD | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CVF LUX MASTER S.A.R.L | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LTD KNOWLE HILL PARK FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK OF KAOHSIUNG OFFSHORE BANKING BRNCH C/O DEUTSCHE BANK AG, HONG KONG BRANCH ATTN: JACK TSAI; LEVEL 60 INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST, KOWLOON HONG KONG HONG KONG |
| ES BANK (PANAMA), S.A., EDUARDO JAVIER QUINTERO PARRA | CL 53 MARBELLA-ED WORLD TRADE CT-PISO 19 OFICINA 1902 PANAMA |
| ES BANK (PANAMA), S.A., EDUARDO JAVIER QUINTERO PARRA | ANDREW THAU & N. LYNN HIESTAND SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, INC C/O FARALLON CAPITAL MANAGEMENT LLC ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. ATTN: ANATOLY BUSHLER; KRISTIN BINIEK C/O FARALLON CAPITAL MANAGEMENT, LLC ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. ATTN: ANATOLY BUSHLER; KRISTIN BINIEK C/O FARALLON CAPITAL MANAGEMENT, LLC ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. ATTN: ANATOLY BUSHLER; KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 9411 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS III, INC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: ANATOLY BUSHLER, KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS III, INC. ATTN: ANATOLY BUSHLER; KRISTIN BINIEK C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | TRANSFEROR: FARALLOIN CAPITAL OFFSHORE INVESTORS III, INC. ATTN: ANTOLY BUSHLER; KRISTIN BINIEK C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS III, INC. C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: ANATOLY BUSHLER ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS III, INC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: ANATOLY BUSHLER ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS III,INC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: ANATOLY BUSHLER, KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: ANATOLY BUSHLER & KRISTIN BINIEK ONE MARITIME PLAZA, STE 2100 SAN FRANCISCO CA 94111 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 14:20:08                                        LEHMAN BROTHERS HOLDING INC.                                            PAGE:    2
DATE: 06/03/11                                              CREDITOR LISTING

Name                                              Address
FARALLON CAPITAL OFFSHORE INVESTORS III,          TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100
INC                                               SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS III,          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100
INC.                                              SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS               TRANSFEROR: GOLDMAN SACHS & CO C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100
III,INC                                           SAN FRANCISCO CA 94111
FARALLON CAPITAL(AM)INVESTORS, L.P.               TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. ATTN: ANATOLY BUSHLE; KRISTIN BINIEK C/O FARALLON CAPITAL MANAGEMENT, LLC
                                                  ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FORTIS ENERGY MARKETING & TRADING GP              ATTN: JEFFREY GOLLOMP 1100 LOUISIAN STREET SUITE 4900 HOUSTON TX 77002
FORTIS ENERGY MARKETING & TRADING GP              ATTN: JEFFREY GOLLOMP 1100 LOUISIANA STREET SUITE 4900 HOUSTON TX 77002
GOLDMAN, SACHS & CO.                              TRANSFEROR: BBVA (SUIZA) S.A. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
HAIN CAPITAL HOLDINGS, LTD                        TRANSFEROR: ROUBINI GLOBAL ECONOMICS
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: JUICE ENERGY, INC. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN, FLOOR 26 NEW YORK NY 10005
JUICE ENERGY, INC.                                D. BRADLEY CLEMENTS, ESQ. LONDON AND MEAD 1225 19TH STREET, N.W., SUITE 320 WASHINGTON DC 20036
KARNTNER LANDESVERSICHERUNG AUF                   ATTN WALTER SUSSENBACHER DOMGASSE 21 KLAGENFURT    9020 AUSTRIA
GEGENSEITIGKEIT
KARNTNER LANDESVERSICHERUNG AUF                   FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE AND HARVEY DYCHIAO 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022
GEGENSEITIGKEIT
LEHMAN BRTOHERS SPECIAL FINANCING INC.            TRANSFEROR: RUBY FINANCE PLC SERIES 2004-2 C/O LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS, 40TH FLOOR
                                                  ATTN: DERIVATIVES LEGAL NEW YORK NY 10020
ROUBINI GLOBAL ECONOMICS                          95 MORTON ST FL 6 NEW YORK NY 10014-3336
RUBY FINANCE PLC SERIES 2004-2                    C/O BNY CORPORATE TRUSTEE SERVICES ONE CANADA SQUARE LONDON    E14 5AL UNITED KINGDOM
RUBY FINANCE PLC SERIES 2004-2                    MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
THE VARDE FUND IX, L.P.                           TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P. STEFFER 8500 NORMANDALE LAKE BOULEVARDD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX, L.P.                           TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX-A, L.P.                         TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND IX-A, L.P.                         TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND V-B L.P.                           TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND V-B, L.P.                          TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VII-B, L.P.                        TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VII-B, L.P.                        TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VIII, L.P.                         TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. SELLER 8500 NORMANDALE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VIII, L.P.                         TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VIII, L.P.                         TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND VIII, L.P.                         TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.                              TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
THE VARDE FUND, L.P.                              TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
U.S. BANK NATIONAL ASSOCIATION                    TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION ATTN: WAYNE MILLER CORPORATE TRUST SERVICES 540 WEST MADISON STREET, SUITE 1840
                                                  CHICAGO IL 60661
U.S. BANK NATIONAL ASSOCIATION                    TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION ATTN: WAYNE MILLER CORPORATE TRUST SERVICESQ 540 WEST MADISON STREET, SUITE 1840
                                                  CHICAGO IL 60661
U.S. BANK NATIONAL ASSOCIATION                    TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION ATTN: WAYNE MILLER CORPORATE TRUST SERVIES 540 WEST MADISON STREET, SUITE 1840
                                                  CHICAGO IL 60661
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
MASTER LP
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
MASTER, L.P.
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P. J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
MASTER, LP
VARDE INVESTMENT PARTNERS, L.P.                   C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE INVESTMENT PARTNERS, L.P.                   TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P. J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: YORVIK PARTNERS LLP ATTN: KATHY C. RICKE 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENTS PARTNERS, L.P.                  TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
WEGELIN & CO.                                     TRANSFEROR: CLARIDEN LEU LTD PRIVATBANKIERS BOHL 17 ST. GALLEN    CH-9007 SWITZERLAND
WEGELIN & CO.                                     TRANSFEROR: CREDIT SUISSE PRIVATBANKIERS BOHL 17 ST. GALLEN    CH-9004 SWITZERLAND
YORVIK CAPITAL LTD                                TRANSFEROR: YORVIK PARTNERS LLP 11 IRONMONGER LANE LONDON    EC2V 8EY UNITED KINGDOM


                                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:20:08                          LEHMAN BROTHERS HOLDING INC.
DATE: 06/03/11                                CREDITOR LISTING                                              PAGE:   3

Name                    Address
YORVIK CAPITAL LTD
YORVIK PARTNERS LLP     TRANSFEROR: YORVIK PARTNERS LLP ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP     TRANSFEROR: EFG BANK AG ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP     TRANSFEROR: KARNTNER LANDESVERSICHERUNG AUF GEGENSEITIGKEIT ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
                        TRANSFEROR: OMAHONY, DONAL 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM


Total Number of Records Printed       79
```

EPIQ BANKRUPTCY SOLUTIONS, LLC