UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :        08-13555 (JMP)
                                          :        (Jointly Administered)
                          Debtors.        :
                                          :
-------------------------------------------------------------------x        Ref. Docket Nos. 17205, 17206

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 3, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Diane Streany*        ___
Diane Streany

Sworn to before me this
6th day of June, 2011
*/s/ Cassandra Murray*_____
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   CAPITAL BANK - GRAWE GRUPPE AG
ATTN: MICHAEL NINDL
BRANDHOFGASSE 23
GRAZ 8010 AUSTRIA

Additional:   CAPITAL BANK - GRAWE GRUPPE AG
JEROME RANAWAKE
FRESHFIELDS BRUCKHAUS DERINGER US LLP
520 MADISON AVENUE, 34TH FLOOR
NEW YORK NY 10022

Transferee:   SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P.
C/O SILVER POINT CAPITAL, L.P.
ATTN: DAVID STEINMETZ
TWO GREENWICH PLAZA, FIRST FLOOR
GREENWICH CT 06830

Your transfer   of claim #   66384   is defective for the reason(s) checked below:

Other                               CURRENCY TYPE DIFFERS FROM FILED CLAIM

Docket Number 17205                 Date 05/27/11

s/ Diane Streany
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 3, 2011.

**EXHIBIT B**

TIME: 15:43:44
DATE: 06/03/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| CAPITAL BANK - GRAWE GRUPPE AG | ATTN: MICHAEL NINDL BRANDHOFGASSE 22 GRAZ  8010 AUSTRIA |
| CAPITAL BANK - GRAWE GRUPPE AG | HARVEY DYCHIAO FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| CAPITAL BANK - GRAWE GRUPPE AG | JEROME RANAWAKE FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |

EPIQ BANKRUPTCY SOLUTIONS, LLC