UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                    :

In re                                                 :      Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :      08-13555 (JMP)
                                                :      (Jointly Administered)
        Debtors.                          :
                                                :      Ref. Docket No. 17251
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 1, 2011, I caused to be serve the "Seventh Application of Bortstein Legal LLC, Special Counsel to the Debtors and Debtors In Possession, for Interim Allowance of Compensation," dated May 31, 2011 [Docket No. 17251], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. copied to CD and delivered via overnight mail to those parties listed on the annexed Exhibit B,

    iii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                /s/ *Panagiota Manatakis*
                                                                Panagiota Manatakis

Sworn to before me this
3rd day of June, 2011
*/s/ Eleni G. Kossivas*
Eleni G. Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in the County of New York
Commission Expires May 17, 2014

T:\Clients\LBH\Affidavits\Bortstein Fee App_DI 17251_AFF 6-1-11.doc

# EXHIBIT A

LBH Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | asnow@ssbb.com |
| aalfonso@willkie.com | atrehan@mayerbrown.com |
| abraunstein@riemerlaw.com | aunger@sidley.com |
| acaton@kramerlevin.com | austin.bankruptcy@publicans.com |
| acker@chapman.com | avenes@whitecase.com |
| adam.brezine@hro.com | azylberberg@whitecase.com |
| adarwin@nixonpeabody.com | bankr@zuckerman.com |
| Adiamond@DiamondMcCarthy.com | bankruptcy@goodwin.com |
| aeckstein@blankrome.com | bankruptcy@morrisoncohen.com |
| aentwistle@entwistle-law.com | bankruptcy@ntexas-attorneys.com |
| afriedman@irell.com | bankruptcymatters@us.nomura.com |
| agbanknewyork@ag.tn.gov | barbra.parlin@hklaw.com |
| aglenn@kasowitz.com | bbisignani@postschell.com |
| agold@herrick.com | bcarlson@co.sanmateo.ca.us |
| ahammer@freebornpeters.com | bdk@schlamstone.com |
| aisenberg@saul.com | bgraifman@gkblaw.com |
| akantesaria@oppenheimerfunds.com | bguiney@pbwt.com |
| alesia.pinney@infospace.com | bill.freeman@pillsburylaw.com |
| alum@ftportfolios.com | bkmail@prommis.com |
| amarder@msek.com | bmanne@tuckerlaw.com |
| AMcMullen@BoultCummings.com | BMiller@mofo.com |
| amenard@tishmanspeyer.com | boneill@kramerlevin.com |
| Andrew.Brozman@cliffordchance.com | Brian.Corey@greentreecreditsolutions.com |
| andrew.lourie@kobrekim.com | bromano@willkie.com |
| angelich.george@arentfox.com | brosenblum@jonesday.com |
| ann.reynaud@shell.com | broy@rltlawfirm.com |
| anthony_boccanfuso@aporter.com | btrust@mayerbrown.com |
| aoberry@bermanesq.com | bturk@tishmanspeyer.com |
| aostrow@beckerglynn.com | bwolfe@sheppardmullin.com |
| apo@stevenslee.com | bzabarauskas@crowell.com |
| aquale@sidley.com | cahn@clm.com |
| araboy@cov.com | calbert@reitlerlaw.com |
| arahl@reedsmith.com | canelas@pursuitpartners.com |
| arheaume@riemerlaw.com | carol.weinerlevy@bingham.com |
| arlbank@pbfcm.com | cbelisle@wfw.com |
| arosenblatt@chadbourne.com | cbelmonte@ssbb.com |
| arthur.rosenberg@hklaw.com | cbrotstein@bm.net |
| arwolf@wlrk.com | cgoldstein@stcwlaw.com |
| aseuffert@lawpost-nyc.com | chammerman@paulweiss.com |
| ashaffer@mayerbrown.com | chardman@klestadt.com |
| ashmead@sewkis.com | charles@filardi-law.com |

LBH Service List

charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com

ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com

LBH Service List

| | |
|---|---|
| efriedman@friedumspring.com | hirsch.robert@arentfox.com |
| egeekie@schiffhardin.com | hollace.cohen@troutmansanders.com |
| eglas@mccarter.com | holsen@stroock.com |
| ehollander@whitecase.com | howard.hawkins@cwt.com |
| ekbergc@lanepowell.com | hseife@chadbourne.com |
| elevin@lowenstein.com | hsnovikoff@wlrk.com |
| eli.mattioli@klgates.com | icatto@kirkland.com |
| ellen.halstead@cwt.com | igoldstein@dl.com |
| emerberg@mayerbrown.com | ilevee@lowenstein.com |
| eobrien@sbchlaw.com | info2@normandyhill.com |
| eschaffer@reedsmith.com | ira.herman@tklaw.com |
| eschwartz@contrariancapital.com | isgreene@hhlaw.com |
| esmith@dl.com | israel.dahan@cwt.com |
| ezujkowski@emmetmarvin.com | iva.uroic@dechert.com |
| ezweig@optonline.net | jaclyn.genchi@kayescholer.com |
| fbp@ppgms.com | jacobsonn@sec.gov |
| feldsteinh@sullcrom.com | james.mcclammy@dpw.com |
| ffm@bostonbusinesslaw.com | james.sprayregen@kirkland.com |
| fhyman@mayerbrown.com | jamestecce@quinnemanuel.com |
| fishere@butzel.com | jamie.nelson@dubaiic.com |
| francois.janson@hklaw.com | jar@outtengolden.com |
| fsosnick@shearman.com | jason.jurgens@cwt.com |
| fyates@sonnenschein.com | jay.hurst@oag.state.tx.us |
| gabriel.delvirginia@verizon.net | jay@kleinsolomon.com |
| gbray@milbank.com | Jbecker@wilmingtontrust.com |
| george.davis@cwt.com | jbeemer@entwistle-law.com |
| geraci@thalergertler.com | jbeiers@co.sanmateo.ca.us |
| ggitomer@mkbattorneys.com | jbird@polsinelli.com |
| giddens@hugheshubbard.com | jbromley@cgsh.com |
| gkaden@goulstonstorrs.com | jcarberry@cl-law.com |
| glenn.siegel@dechert.com | jchristian@tobinlaw.com |
| gmoss@riemerlaw.com | Jdrucker@coleschotz.com |
| gravert@mwe.com | jdyas@halperinlaw.net |
| gspilsbury@jsslaw.com | jean-david.barnea@usdoj.gov |
| guzzi@whitecase.com | jeannette.boot@wilmerhale.com |
| harrisjm@michigan.gov | jeff.wittig@coair.com |
| harveystrickon@paulhastings.com | jeffrey.sabin@bingham.com |
| hbeltzer@mayerbrown.com | jeldredge@velaw.com |
| heidi@crumbielaw.com | jen.premisler@cliffordchance.com |
| heim.steve@dorsey.com | jennifer.demarco@cliffordchance.com |
| heiser@chapman.com | jennifer.gore@shell.com |

LBH Service List

| | |
|---|---|
| jeremy.eiden@state.mn.us | joshua.dorchak@bingham.com |
| jessica.fink@cwt.com | jowen769@yahoo.com |
| jfalgowski@reedsmith.com | jowolf@law.nyc.gov |
| jflaxer@golenbock.com | joy.mathias@dubaiic.com |
| jfox@joefoxlaw.com | JPintarelli@mofo.com |
| jfreeberg@wfw.com | jpintarelli@mofo.com |
| jg5786@att.com | jporter@entwistle-law.com |
| jgarrity@shearman.com | jprol@lowenstein.com |
| jgenovese@gjb-law.com | jrabinowitz@rltlawfirm.com |
| jguy@orrick.com | jrsmith@hunton.com |
| jherzog@gklaw.com | jschwartz@hahnhessen.com |
| jhiggins@fdlaw.com | jsheerin@mcguirewoods.com |
| jhorgan@phxa.com | jshickich@riddellwilliams.com |
| jhuggett@margolisedelstein.com | jsmairo@pbnlaw.com |
| jhuh@ffwplaw.com | jstoll@mayerbrown.com |
| jim@atkinslawfirm.com | jtimko@shutts.com |
| jjoyce@dresslerpeters.com | jtougas@mayerbrown.com |
| jjtancredi@daypitney.com | judy.morse@crowedunlevy.com |
| jjureller@klestadt.com | jwallack@goulstonstorrs.com |
| jkehoe@btkmc.com | jwang@sipc.org |
| jlamar@maynardcooper.com | jwcohen@daypitney.com |
| jlawlor@wmd-law.com | jweiss@gibsondunn.com |
| jlee@foley.com | jwest@velaw.com |
| jlevitin@cahill.com | jwh@njlawfirm.com |
| jlipson@crockerkuno.com | jwhitman@entwistle-law.com |
| jliu@dl.com | k4.nomura@aozorabank.co.jp |
| jlovi@steptoe.com | karen.wagner@dpw.com |
| jlscott@reedsmith.com | KDWBankruptcyDepartment@kelleydrye.com |
| jmaddock@mcguirewoods.com | keckhardt@hunton.com |
| jmazermarino@msek.com | keith.simon@lw.com |
| jmcginley@wilmingtontrust.com | Ken.Coleman@allenovery.com |
| jmelko@gardere.com | ken.higman@hp.com |
| jmerva@fult.com | kgwynne@reedsmith.com |
| jmmurphy@stradley.com | kiplok@hugheshubbard.com |
| jmr@msf-law.com | kkelly@ebglaw.com |
| john.monaghan@hklaw.com | klyman@irell.com |
| john.rapisardi@cwt.com | kmayer@mccarter.com |
| john@crumbielaw.com | kerry.moynihan@hro.com |
| joli@crlpc.com | kobak@hugheshubbard.com |
| jorbach@hahnhessen.com | korr@orrick.com |
| Joseph.Cordaro@usdoj.gov | KOstad@mofo.com |

LBH Service List

| | |
|---|---|
| kovskyd@pepperlaw.com | Marvin.Clements@ag.tn.gov |
| kpiper@steptoe.com | matt@willaw.com |
| kressk@pepperlaw.com | matthew.klepper@dlapiper.com |
| KReynolds@mklawnyc.com | maustin@orrick.com |
| krodriguez@allenmatkins.com | mbenner@tishmanspeyer.com |
| krosen@lowenstein.com | mberman@nixonpeabody.com |
| kuehn@bragarwexler.com | mbienenstock@dl.com |
| kurt.mayr@bgllp.com | mbossi@thompsoncoburn.com |
| lacyr@sullcrom.com | mcademartori@sheppardmullin.com |
| Landon@StreusandLandon.com | mcordone@stradley.com |
| lathompson@co.sanmateo.ca.us | mcto@debevoise.com |
| lawallf@pepperlaw.com | mdorval@stradley.com |
| lberkoff@moritthock.com | meltzere@pepperlaw.com |
| Lee.Stremba@troutmansanders.com | metkin@lowenstein.com |
| lgranfield@cgsh.com | mfeldman@willkie.com |
| lhandelsman@stroock.com | mgordon@briggs.com |
| linda.boyle@twtelecom.com | mgreger@allenmatkins.com |
| lisa.ewart@wilmerhale.com | mh1@mccallaraymer.com |
| lisa.kraidin@allenovery.com | mhanchet@mayerbrown.com |
| LJKotler@duanemorris.com | mhopkins@cov.com |
| lmarinuzzi@mofo.com | michael.frege@cms-hs.com |
| Lmay@coleschotz.com | michael.kim@kobrekim.com |
| lmcgowen@orrick.com | millee12@nationwide.com |
| lml@ppgms.com | miller@taftlaw.com |
| lnashelsky@mofo.com | mimi.m.wong@irscounsel.treas.gov |
| loizides@loizides.com | mitchell.ayer@tklaw.com |
| lromansic@steptoe.com | mjacobs@pryorcashman.com |
| lscarcella@farrellfritz.com | mjedelman@vedderprice.com |
| lschweitzer@cgsh.com | MJR1@westchestergov.com |
| lthompson@whitecase.com | mkjaer@winston.com |
| lubell@hugheshubbard.com | mlahaie@akingump.com |
| lwhidden@salans.com | MLandman@lcbf.com |
| mabrams@willkie.com | mlynch2@travelers.com |
| MAOFILING@CGSH.COM | mmendez@hunton.com |
| Marc.Chait@SC.com | mmooney@deilylawfirm.com |
| margolin@hugheshubbard.com | mmorreale@us.mufg.jp |
| mark.deveno@bingham.com | mneier@ibolaw.com |
| mark.ellenberg@cwt.com | monica.lawless@brookfieldproperties.com |
| mark.houle@pillsburylaw.com | mpage@kelleydrye.com |
| mark.sherrill@sutherland.com | mprimoff@kayescholer.com |
| martin.davis@ots.treas.gov | mpucillo@bermanesq.com |

LBH Service List

| | |
|---|---|
| mrosenthal@gibsondunn.com | rajohnson@akingump.com |
| mruetzel@whitecase.com | ramona.neal@hp.com |
| mschimel@sju.edu | ranjit.mather@bnymellon.com |
| mshiner@tuckerlaw.com | rbeacher@pryorcashman.com |
| msiegel@brownrudnick.com | rbyman@jenner.com |
| mspeiser@stroock.com | rdaversa@orrick.com |
| mstamer@akingump.com | relgidely@gjb-law.com |
| mvenditto@reedsmith.com | rfleischer@pryorcashman.com |
| mwarren@mtb.com | rfrankel@orrick.com |
| ncoco@mwe.com | rfriedman@silvermanacampora.com |
| neal.mann@oag.state.ny.us | rgmason@wlrk.com |
| ned.schodek@shearman.com | rgraham@whitecase.com |
| newyork@sec.gov | rgraham@whitecase.com |
| nfurman@scottwoodcapital.com | rhett.campbell@tklaw.com |
| Nherman@morganlewis.com | richard.lear@hklaw.com |
| nissay_10259-0154@mhmjapan.com | richard.levy@lw.com |
| nlepore@schnader.com | richard.tisdale@friedfrank.com |
| notice@bkcylaw.com | ritkin@steptoe.com |
| oipress@travelers.com | RJones@BoultCummings.com |
| omeca.nedd@lovells.com | rlasater@foley.com |
| paronzon@milbank.com | rleek@HodgsonRuss.com |
| patrick.oh@freshfields.com | RLevin@cravath.com |
| paul.turner@sutherland.com | rmatzat@hahnhessen.com |
| pbattista@gjb-law.com | rnetzer@willkie.com |
| pbosswick@ssbb.com | rnorton@hunton.com |
| pdublin@akingump.com | robert.bailey@bnymellon.com |
| peisenberg@lockelord.com | robert.dombroff@bingham.com |
| peter.gilhuly@lw.com | robert.henoch@kobrekim.com |
| peter.macdonald@wilmerhale.com | robert.malone@dbr.com |
| peter.simmons@friedfrank.com | Robert.yalen@usdoj.gov |
| peter@bankrupt.com | robertdakis@quinnemanuel.com |
| pfeldman@oshr.com | Robin.Keller@Lovells.com |
| phayden@mcguirewoods.com | roger@rnagioff.com |
| pmaxcy@sonnenschein.com | ronald.silverman@bingham.com |
| ppascuzzi@ffwplaw.com | rqureshi@reedsmith.com |
| ppatterson@stradley.com | rreid@sheppardmullin.com |
| psp@njlawfirm.com | rroupinian@outtengolden.com |
| ptrostle@jenner.com | rrussell@andrewskurth.com |
| pwright@dl.com | rterenzi@stcwlaw.com |
| r.stahl@stahlzelloe.com | RTrust@cravath.com |
| raj.madan@bingham.com | russj4478@aol.com |

LBH Service List

rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com

sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com

LBH Service List

walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

Additional Emails

lbarbour@browngreer.com
Lbhifeecommittee@gklaw.com
jkabrams@gmail.com

# EXHIBIT B

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007