Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & M<sup>c</sup>Cloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                              :
In re:                                        :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al., :    08-13555 (JMP)
                                              :
              Debtors.                        :    (Jointly Administered)
                                              :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )  SS.:
COUNTY OF NEW YORK     )

   JASON HSU, being duly sworn, deposes and says:

   I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

   On the 3rd of June 2011, I caused a copy of the following documents:

   Seventh Interim Application Of Houlihan Lokey Howard & Zukin Capital, Inc., Investment Banker To The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From October 1, 2010 Through January 31, 2011, and

> Seventh Application Of Milbank, Tweed, Hadley & McCloy LLP, Counsel To Official Committee Of Unsecured Creditors, For Interim Approval And Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses During Period From October 1, 2010 Through and including January 31, 2011,

to be served upon the parties identified on Exhibit A attached hereto by FedEx for next business day delivery.

> On the 3rd of June 2011, I also caused a copy of the following document:

> Seventh Interim Application Of Houlihan Lokey Howard & Zukin Capital, Inc., Investment Banker To The Official Committee Of Unsecured Creditors, For Interim Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From October 1, 2010 Through January 31, 2011,

to be served upon the party identified on Exhibit B by hand delivery.

      /s/ Jason Hsu
      JASON HSU

SWORN TO AND SUBSCRIBED before
me this 6th day of June, 2011

   /s/ Charmaine Thomas
Charmaine Thomas
Notary Public, State of New York
No. 01TH6151374
Qualified in Bronx County
Commission Expires September 18, 2014

**Exhibit A**

Bryan Marsal
John Suckow
David Coles
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas
45th Floor
New York, New York, 10020-1300

Harvey Miller, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153

Tracy Hope Davis, Esq.
Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street, 22nd Floor
New York, New York 10004

Mr. Noel P. Purcell
Senior Vice President
Mizuho Corporate Bank Ltd.
1251 Avenue of Americas
New York, New York 10020-1104

Godfrey & Kahn, S.C.
One East Main Street
Suite 500, Madison, WI 53703
Attn:   Richard Gitlin, Esq.
        Brady C. Williamson, Esq.
        Katherine Stadler, Esq.
        Timothy F. Nixon, Esq.

## Exhibit B

Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413