DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-5800
Thomas P. Ogden
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :
In re:                                : Chapter 11 Case No. 08-13555
                                      : (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al. :
                                      : (Jointly Administered)
Debtors.                              :
                                      :
------------------------------------- x

### SEVENTH AMENDED VERIFIED STATEMENT OF
### DAVIS POLK & WARDWELL LLP PURSUANT TO
### FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)

  Davis Polk & Wardwell LLP ("**Davis Polk**") hereby submits this amended verified statement (the "**Amended Verified Statement**") pursuant to Federal Rule of Bankruptcy Procedure 2019(a) in connection with the above-captioned chapter 11 cases (the "**Cases**") of Lehman Brothers Holdings Inc. and its debtor affiliates (together, the "**Debtors**") and respectfully states as follows:

  1. Davis Polk represents in the Cases the creditors listed on Exhibit A hereto and certain other entities that are creditors of one or more of the Debtors (together, the "**Represented Parties**"). Those Represented Parties that are not listed on Exhibit A include entities that have not yet determined to appear in the Cases and/or have sought from Davis Polk general advice regarding the Cases. Davis Polk will supplement this statement as necessary.

  2. Each of the Represented Parties may hold, whether directly or indirectly, claims against and/or interests in certain of the Debtors arising out of agreements with certain of the Debtors, in law or equity. The specific nature and amount of these claims and/or interests have not yet been finally determined and may be set forth in proofs of claim or interest filed or to be filed in the Cases.

3. Each of the Represented Parties separately requested that Davis Polk represent them in connection with the Cases.

4. Davis Polk has provided, and may continue to provide, certain legal services to certain of the Debtors. With respect to these services, Davis Polk has prepetition and may have post-petition claims against the Debtors. Davis Polk has not purchased, sold or otherwise transferred any claims against the Debtors.

5. The undersigned hereby certifies that this Amended Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief. Davis Polk reserves the right to revise and supplement this statement.

Dated: New York, New York
June 7, 2011

DAVIS POLK & WARDWELL LLP

By:  /s/ James I. McClammy
Thomas P. Ogden
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy

450 Lexington Avenue
New York, New York  10017
Telephone: (212) 450-4000
Facsimile:  (212) 450-5800

# EXHIBIT A

1. The Joint Administrators of the
   Lehman European Group Administration Companies[1]
   Level 23
   25 Canada Square
   London E14 5LQ
   United Kingdom

2. Natixis ABM LLC
   1251 Avenue of the Americas, 34th Floor
   New York, New York 10020
   United States of America

3. Natixis Securities
   47 quai d'Austerlitz
   75648 Paris cedex 13
   France

4. Banque Privée 1818
   50 Avenue Montaigne
   75008, Paris
   France

5. Assurances Banque Populaire Vie
   115 rue Réaumur
   CS 40230 – 75086
   PARIS CEDEX 02
   France

6. Natixis
   30, avenue Pierre Mendes-France
   75013 Paris
   France

7. Natixis Bleichroeder Inc.
   810 Seventh Avenue, 18th Floor
   New York, NY 10019
   United States of America

---

[1] The Lehman European Group Administration Companies include Lehman Brothers International (Europe) and the other Lehman group companies in insolvency proceedings (including liquidation) in the UK over which partners of PricewaterhouseCoopers LLP are appointed as administrators or liquidators.

8. Natixis Financial Products Inc.
   9 West 57th Street, 15th Floor
   New York, NY 10019
   United States of America

9. Legal & General Finance Plc
   One Coleman Street
   London, EC2R 5AA
   United Kingdom

10. Legal & General Protected Investments Plc
    1 Grand Canal Square
    Grand Canal Harbour
    Dublin 2
    Ireland

11. Mediolanum International Life Limited
    Block B Iona Building
    Shelbourne Road
    Dublin 4
    Ireland

12. EKT Holding AG
    Bahnhofstrasse 37
    CH – 9320 Arbon
    Switzerland

13. Banque de Luxembourg
    14 Boulevard Royal
    L-2449 Luxembourg
    Grand Duchy of Luxembourg

14. Lupus alpha Kapitalanlagegesellschaft mbH
    Speicherstraße 49-51
    60327 Frankfurt am Main
    Germany

15. ICICI Bank Limited
    ICICI Bank Towers
    Bandra Kurla Complex
    Mumbai-400051
    India

16. International Finance Corporation
    2121 Pennsylvania Avenue, N.W.
    Washington, D.C. 20433
    United States of America

17. Bank Julius Baer & Co. Ltd.
    Bahnofstrasse 36
    8001 Zürich
    Switzerland

18. Appleby Trust (Jersey) Limited
    as Trustee of the Diageo No. Employees' Benefit Trust
    P.O. Box 207
    St. Helier, Jersey, C.I.
    JE1 1BD

19. International Bank for Reconstruction and Development
    1818 H Street, N.W., MSN MC7-706
    Washington, DC 20433
    United States of America

20. Silver Point Capital Offshore Fund, Ltd.
    Two Greenwich Plaza, First Floor
    Greenwich, CT 06830
    United States of America

21. Silver Point Capital Fund, Ltd.
    Two Greenwich Plaza, First Floor
    Greenwich, CT 06830
    United States of America

22. Sovereign Bank FSB
    Mail Code: 20-536-CO1
    Lancaster Avenue & Sproul Road
    Villanova, Pennsylvania 19085
    United States of America

23. Bank Leumi le-Israel B.M.
    45 Yehuda Halevi Street
    Tel Aviv
    Israel

24. Ford Credit Auto Owner Trust 2007-B
    c/o Ford Motor Credit Company LLC,
    as Administrator on behalf of Ford Credit Auto Owner Trust 2007-B

One American Road, Suite 2411
Dearborn, Michigan 48126