WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                          :    **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :    **08-13555 (JMP)**
                                                               :
                     Debtors.                                  :    **(Jointly Administered)**
                                                               :
                                                               :
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL
OF DEBTORS' NINETY-SEVENTH OMNIBUS OBJECTION
TO CLAIMS (INSUFFICIENT DOCUMENTATION) AS TO CERTAIN CLAIMANTS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) [Dkt. No. 14492] solely with respect to the claims listed on Exhibit A annexed hereto. The Debtors reserve their rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated: June 7, 2011
     New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| **Claimant Name** | **Claim Number** |
|---|---|
| Arch Bay Holdings, LLC- Series 2008B | 16093 |
| Arch Bay Holdings, LLC- Series 2008A | 16169 |
| Wachovia Bank | 33682 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE AMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES-BC1 | 32118 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-BC3 | 32119 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-BC12 | 32122 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-BC4 | 32124 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-2 | 32126 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5 | 34319 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-14 | 24822 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-12 | 24823 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-12 | 24824 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-11 | 24825 |

| **Claimant Name** | **Claim Number** |
|---|---|
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-11 | 24826 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-BC3 | 24828 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2008-1 | 24829 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2008-1 | 24830 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-2 | 24831 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-FFA | 24832 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-FF17 | 24833 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-FF17 | 24834 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-FF15 | 24835 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-FF15 | 24836 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-FF7 | 24837 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-FF7 | 24838 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE ENCORE CREDIT CORPORATION TRUST 2003-1 | 24839 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE ENCORE CREDIT CORPORATION TRUST 2003-1 | 24840 |

| Claimant Name | Claim Number |
|---|---|
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE AMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-BC6 | 24842 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE AMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-BC6 | 24843 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE AMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-BC5 | 24844 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE AMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-BC5 | 24845 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-2 | 24847 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2001-21A | 24848 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5 | 33153 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-1 | 24747 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-FFB | 24748 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-1 | 24749 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-10 | 24750 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-10 | 24751 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE RESMAE MORTGAGE LOAN TRUST 2007-1 MORTGAGE PASS-THROUGH | 24752 |

| Claimant Name | Claim Number |
| --- | --- |
| CERTIFICATES SERIES 2007- | |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE LEHMAN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2008-6 | 24753 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-1 | 24754 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE LEHMAN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2008 | 24755 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE LEHAMN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-1 | 24768 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-FFB | 24769 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CROPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2001-11 | 24772 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2001-11 | 24773 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-FFB | 24774 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-FFB | 24775 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-FFA | 24776 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE LOAN TRUST 2007-SC1 MORT PASS-THROUGH CERTIFICATES SERIES 2007-SC1 | 24777 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE LOAN TRUST 2007-OS1 MORT PASS-THROUGH CERTIFICATES SERIES 2007-0S1 | 24778 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED | 24779 |

| **Claimant Name** | **Claim Number** |
|---|---|
| ASSET SECURITIES CORP MORTGAGE LOAN TRUST 2007-OS1 MORT PASS-THROUGH CERTIFICATES SERIES 2007-OS1 | |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE LOAN TRUST 2007-MLN1 MORT PASS-THROUGH CERTIFICATES SERIES 2007-MLN1 | 24780 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-26A | 24781 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-26A | 24782 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-34A | 24783 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-34A | 24784 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-6A | 24785 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-6A | 24786 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-S2 | 24787 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-S2 | 24788 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-NC2 | 24789 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-NC2 | 24790 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE LOAN TRUST 2007-MLN1 MORT PASS-THROUGH CERTIFICATES SERIES 2007-MLN1 | 24791 |

| **Claimant Name** | **Claim Number** |
|---|---|
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-17A | 24792 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-17A | 24793 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2001-21A | 24794 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-5A | 24795 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-5A | 24796 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-AL1 | 24797 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-AL1 | 24798 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-HF2 | 24799 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-HF2 | 24800 |
| Wells Fargo Bank, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-15A | 24801 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-15A | 24802 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE LOAN TRUST 2007-SC1 MORT PASS-THROUGH CERTIFICATES SERIES 2007-SC1 | 24803 |
| Wells Fargo Bank, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES | 24805 |

| Claimant Name | Claim Number |
|---|---|
| SERIES 2007-3 | |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-4 | 24807 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-11 | 24809 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-5 | 24810 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-5 | 24811 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-18 | 24812 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-18 | 24813 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-16 | 24814 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-16 | 24815 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-17 | 24816 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-17 | 24818 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-15 | 24819 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-15 | 24820 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED | 24821 |

| **Claimant Name** | **Claim Number** |
|---|---|
| ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-14 | |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS THROUGH CERTIFICATES SERIES 2007-4 | 32153 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-OPT1 | 32154 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-S6 | 32156 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE AMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-BC8 | 32157 |
| Wells Fargo Bank, National Association, AS INDENTURE TRUSTEE OF THE LEHMAN ABS CORPORATION HOME EQUITY LOAN TRUST 2004-2 HOME EQUITY LOAN ASSET-BACKED NOTES SERIES 2004-2, | 32159 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE LEHMAN ABS MORTGAGE LOAN TRUST 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-1 | 32160 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE LEHMAN ABS MORTGAGE LOAN TRUST 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-1 | 32161 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-9 | 32162 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-9 | 32163 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-20 | 32168 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-20 | 32169 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-20 | 32170 |

| Claimant Name | Claim Number |
|---|---|
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-FF3 | 33066 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-FF3 | 33067 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-9XS | 33070 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-9XS | 33071 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2001-6 | 33072 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2001-6 | 33073 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-HF1 | 33074 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-FF3 | 33075 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-FF3 | 33076 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-BC | 33077 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-BC1 | 33078 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES TRUST 2005-CND2 | 33079 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-6 | 33081 |

| **Claimant Name** | **Claim Number** |
|---|---|
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-HF1 | 33082 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF ACCREDITED MORTGAGE LOAN TRUST 2002-BC1 TAGGS AND LB-UBS 1999-C2 | 33086 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE AMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-BC10 | 33093 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE BNC MORTGAGE LOAN TRUST 2007-4 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-4 | 33095 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIEIS 2005-20 | 33096 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES 2005-S7 | 33099 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-9 | 33103 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2007-BC1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-BC1 | 33106 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE AMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-BC8 | 33108 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE AMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-BC8 | 33109 |
| Wells Fargo Bank, National Association, AS TRUSTEE OF THE BNC MORTGAGE LOAN TRUST 2007-4 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-4 | 33111 |