WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :   08-13555 (JMP)
                                            :
               Debtors.                     :   (Jointly Administered)
                                            :
                                            :
-----------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL**
**OF DEBTORS' ONE HUNDRED AND NINTH OMNIBUS OBJECTION**
**TO CLAIMS (INSUFFICIENT DOCUMENTATION) AS TO CERTAIN CLAIMANTS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their One Hundred and Ninth Omnibus Objection to Claims (Insufficient Documentation) [Dkt. No. 15008] solely with respect to the claims listed on Exhibit A annexed hereto. The Debtors reserve their rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated: June 7, 2011
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| Wells Fargo Bank National Association, as Trustee of the Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2008-3 pursuant to the Trust Agreement dated May 1, 2008 between Structured Asset Securities Corporation ("SASCO") and Wells Fargo, as Trustee. | 32164 |
| Wells Fargo Bank National Association, as Trustee of the Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2008-3 pursuant to the Trust Agreement dated May 1, 2008 between Structured Asset Securities Corporation ("SASCO") and Wells Fargo, as Trustee. | 32165 |
| Wells Fargo Bank National Association, as Trustee of the Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2008-4 pursuant to the Trust Agreement dated June 1, 2008 between Structured Asset Securities Corporation ("SASCO") and Wells Fargo, as Trustee. | 32166 |
| Wells Fargo Bank National Association, as Trustee of the Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2008-4 pursuant to the Trust Agreement dated June 1, 2008 between Structured Asset Securities Corporation ("SASCO") and Wells Fargo, as Trustee. | 32167 |