UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                     :
:
---------------------------------------------------------------x    Ref. Docket Nos. 17274, 17283-
17294, 17296-17301, 17304-17309

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 6, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
7th day of June, 2011
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 17274, 17283-17294, 17296-17301, 17304-17309_AFF_06-06-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BANCO ESPIRITO SANTO S.A.
    PEDRO CRUCHINHO
    AV LIBERDADE 195
    LISBOA    1250-142
    PORTUGAL

BANCO ESPIRITO SANTO S.A.
ANDREW THAU
N. LYNN HIESTAND
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
4 TIMES SQUARE
NEW YORK NY 10036

Please note that your claim # 60652-02 in the above referenced case and in the amount of
$275,944.50    has been transferred **(unless previously expunged by court order)**

CITIGROUP GLOBAL MARKETS INC.
TRANSFEROR: BANCO ESPIRITO SANTO S.A.
ATTN: MARC HEIMOWITZ
390 GREENWICH STREET, 4TH FLOOR
NEW YORK NY 10013

CITIGROUP GLOBAL MARKETS INC.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 17274    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/06/2011                             Vito Genna, Clerk of Court

                                             /s/ Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on June 6, 2011.

# EXHIBIT B

```
TIME: 14:24:03                                              LEHMAN BROTHERS HOLDING INC.                                                                PAGE:    1
DATE: 06/06/11                                                   CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANCO ESPIRITO SANTO S.A. | ANDREW THAU N. LYNN HIESTAND SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036 |
| BANCO ESPIRITO SANTO S.A. | PEDRO CRUCHINHO AV LIBERDADE 195 LISBOA 1250-142 PORTUGAL |
| BARCLAYS BANK PLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P. ATTN: DANIEL CROWLEY 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD. 745 SEVENTH AVENUE ATTN: DANIEL CROWLEY & DANIEL MIRANDA NEW YORK NY 10019 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MIKE EPSTEIN & DAN BORIS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MIKE EPSTEIN / DAN BORIS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CGI GVF (LUX) MASTERS S.A.R.L. | C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: BANCO ESPIRITO SANTO S.A. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CVI GVF (LUX) MASTER SARL | STEPHEN D LERNER 1095 AVE OF THE AMERICAS, 31ST FLOOR NEW YORK NY 10036 |
| CVI GVF (LUX) MASTER SARL | C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT112PD UNITED KINGDOM |
| CVI GVF (LUX) MASTERS S.A.R.L. | STEPHEN D LERNER 1095 AVE OF THE AMERICAS 31ST FLOOR NEW YORK NY 10036 |
| CVI GVF (LUX) MASTERS S.A.R.L. | C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT112PD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: RICH VICHAIDITH 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. ATTN: RICH VICHAIDITH 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| FONDAZIONE E.N.P.A.I.A. | SIMMONS & SIMMONS ATTN: ANDREA SURIANO VIA DI SAN BASILIO 72 ROME 00187 ITALY |
| FONDAZIONE E.N.P.A.I.A. | ATTN: LUCIANO MONTEMURRO & PAOLO MISCIA VIALE BEETHOVEN NO. 48 ROME 00144 ITALY |
| GOLDENTREE ENTRUST MASTER FUND SPC ON BEHALF OF AND | ACCOUNT FOR SEGREGATED PORTFOLIO I TRANSFEROR: GOLDENTREE MASTER FUND II, LTD ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE (STRATEGIC), LTD | TRANSFEROR: GOLDENTREE MASTER FUND, LTD ATTN: JOHN DEMARTINO 300 PARK AVE 21ST FL NEW YORK NY 10022 |
| GOLDENTREE HIGH YIELD VALUE MASTER UNIT TRUST | TRANSFEROR: GOLDENTREE MASTER FUND, LTD ATTN: JOHN DEMARTINO 300 PARK AVE 21ST FL NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND II, LTD | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND, LTD | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND, LTD | TRANSFEROR: GOLDENTREE MASTER FUND II, LTD ATTN: CHRISTOPHER J. DUNN 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND, LTD | TRANSFEROR: GOLDENTREE MASTER FUND II, LTD ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CGI GVF (LUX) MASTERS S.A.R.L. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CVI GVF (LUX) MASTER SARL C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CVI GVF (LUX) MASTERS S.A.R.L. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS ASSET MANAGEMENT, L.P. | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LIP CREDIT OPPORTUNITIES 2008 FUND L.P. | DAVID AMAN ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS LIP CREDIT OPPORTUNITIES 2008 FUND L.P. | TRANSFEROR: FONDAZIONE E.N.P.A.I.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| LMA SPC FOR AND ON BEHALF OF MAP 89 SEGREGATED PORTFOLIO | TRANSFEROR: GOLDMAN SACHS LIP CREDIT OPPORTUNITIES 2008 FUND L.P. ATTN: ROB SWAN 3801 PGA BOULEVARD, SUITE 500 PALM BEACH GARDENS FL 33410 |
| LMA SPC FOR AND ON BEHALF OF MAP 89 SEGREGATED PORTFOLIO | TRANSFEROR: PURSUIT CAPITAL PARTNERS MASTER (CAYMAN) LTD ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | |
| OAKTREE HUNTINGTON INVESTMENT FUND, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OAKTREE CAPITAL MANAGEMENT , L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: JEFF ARNOLD C/O OAKTREE CAPITAL MANAGEMENT, L.P. 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |

```
TIME: 14:24:03                                    LEHMAN BROTHERS HOLDING INC.
DATE: 06/06/11                                         CREDITOR LISTING                                              PAGE: 2
```

| Name | Address |
|---|---|
| OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| PURSUIT CAPITAL PARTNERS MASTER (CAYMAN) LTD | TRANSFEROR: 35 MASON ST STE 2A GREENWICH CT 06830-5436 |
| PURSUIT CAPITAL PARTNERS MASTER (CAYMAN) LTD | TRANSFEROR: MICHAEL EDELMAN VEDDER PRICE P.C 1633 BROADWAY, 47TH FLOOR NEW YORK NY 10019 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: THE VARDE FUND IX, L.P. ATTN: JONATHAN R SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: THE VARDE FUND IX, L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: THE VARDE FUND IX-A, L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: THE VARDE FUND IX-A, L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: THE VARDE FUND VI-A, L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: THE VARDE FUND VI-A, L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: THE VARDE FUND X (MASTER), L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: THE VARDE FUND X (MASTER), L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: THE VARDE FUND, L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: THE VARDE FUND, L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. ATTN: JONATHAN R SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: JONATHAN R SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: VARDE INVESTMENT PARTNERS,L.P. ATTN: JONATHAN R SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG TWO GREENWICH PLAZA FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD. | C/O SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG TWO GREENWICH PLAZA FIRST FLOOR GREENWICH CT 06830 |
| THE VARDE FUND IX, L.P. | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| THE VARDE FUND IX, L.P. | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND IX, L.P. | TRANSFEROR: VARDE INVESTMENTS PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND IX-A, L.P. | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| THE VARDE FUND IX-A, L.P. | TRANSFEROR: VARDE INVESTMENT PARTNERS,L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND IX-A, L.P. | TRANSFEROR: VARDE INVESTMENTS PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND V-B, L.P. | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| THE VARDE FUND V-B, L.P. | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VI-A, L.P. | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VI-A, L.P. | TRANSFEROR: VARDE INVESTMENTS PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VII-B, L.P. | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VII-B, L.P. | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VIII, L.P. | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VIII, L.P. | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND X (MASTER), L.P. | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| THE VARDE FUND X (MASTER), L.P. | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND X (MASTER), L.P. | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: SELLER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND X (MASTER), L.P. | TRANSFEROR: VARDE INVESTMENTS PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND, LP | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| THE VARDE FUND, LP | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND, LP | TRANSFEROR: VARDE INVESTMENTS PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: VARDE INVESTMENTS PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P. J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS,L.P. | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 14:24:03                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:   3
DATE: 06/06/11                            CREDITOR LISTING

Name                           Address
VARDE INVESTMENTS PARTNERS, L.P.   TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed       88
```

EPIQ BANKRUPTCY SOLUTIONS, LLC