---

**THIS OBJECTION SEEKS TO REDUCE, RECLASSIFY, MODIFY, AND ALLOW CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF ONE HUNDRED FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, SARAH DECKER, AT 214-746-7700.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                                            :        **Chapter 11 Case No.**
                                                 :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,     :        **08-13555 (JMP)**
                                                 :
                              **Debtors.**        :        **(Jointly Administered)**
-------------------------------------------------------------------x

### NOTICE OF HEARING ON DEBTORS' ONE HUNDRED FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

       **PLEASE TAKE NOTICE** that on June 7, 2011, Lehman Brothers Holdings Inc.

and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), filed their one hundred fifty-third omnibus objection to

claims (the "Debtors' One Hundred Fifty-Third Omnibus Objection to Claims"), and that a

1

hearing (the "Hearing") to consider the Debtors' One Hundred Fifty-Third Omnibus Objection to

Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in

Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, New York, New York 10004, on **July 21, 2011 at 10:00 a.m. (Eastern

Time),** or as soon thereafter as counsel may be heard.

        **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' One

Hundred Fifty-Third Omnibus Objection to Claims must be in writing, shall conform to the

Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall

be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399

(which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's

filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark

Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street,

21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini,

Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured

creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan

Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and

2

Evan Fleck, Esq.); so as to be so filed and received by no later than **July 7, 2011 at 4:00 p.m.**

**(Eastern Time)** (the "Response Deadline").

      **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' One Hundred Fifty-Third Omnibus Objection to Claims or

any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the

Bankruptcy Court an order substantially in the form of the proposed order annexed to the

Debtors' One Hundred Fifty-Third Omnibus Objection to Claims, which order may be entered

with no further notice or opportunity to be heard offered to any party.

Dated: June 7, 2011
      New York, New York

                        /s/ Robert J. Lemons
                        Robert J. Lemons

                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007

                        Attorneys for Debtors
                        and Debtors in Possession

US_ACTIVE:\43721958\03\58399.0008

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                    :    Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :    08-13555 (JMP)
                                         :
                    Debtors.             :    (Jointly Administered)
-------------------------------------------------------------------x
```

### DEBTORS' ONE HUNDRED FIFTY-THIRD OMNIBUS
### OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

**THIS OBJECTION SEEKS TO REDUCE, RECLASSIFY, MODIFY, AND ALLOW CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF ONE HUNDRED FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, SARAH DECKER, AT 214-746-7700.**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"Debtors"), respectfully represent as follows:

**Relief Requested**

1.      The Debtors file this one hundred fifty-third omnibus objection to

claims (the "One Hundred Fifty-Third Omnibus Objection to Claims"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this

Court's order approving procedures for the filing of omnibus objections to proofs of

claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664],

seeking to reduce, reclassify (in certain instances), modify the Debtor entity (in certain

instances), and allow the claims listed on Exhibit A annexed hereto.[1]

2.      The Debtors have examined the proofs of claim identified on

Exhibit A and have determined that the proofs of claim listed on Exhibit A (collectively,

the "Settled Derivatives Claims") should be reduced, reclassified (in certain instances),

modified (in certain instances), and allowed.  Pursuant to this Court's order approving

procedures for the settlement or assumption and assignment of prepetition derivatives

contracts (the "December Order") [Docket No. 2257], claimants and the Debtors have

negotiated settlements of disputes related to derivatives claims.  These settlements

---

[1] Not all claims listed on Exhibit A require reclassification or modification of the Debtor entity.  Exhibit A,
however, sets forth which specific claims will be reclassified as non-priority, general unsecured claims
pursuant to the parties' agreement as well as against which Debtor the claim shall be allowed.

US_ACTIVE:\43721958\03\58399.0008

include agreements regarding the claim amounts and identity of the correct Debtor entity against whom the claim is properly asserted.  The settlements are reflected in executed termination agreements among the relevant parties or have been agreed to by the relevant parties in other writings or oral agreements.  The proofs of claim being objected to are not consistent with the terms of such settlements.  The Debtors, therefore, request that the Court reduce, reclassify, and/or modify, as appropriate, each such claim to reflect (a) the Debtor listed on <u>Exhibit A</u> under the column heading *"Modified Debtor,"* (b) the amount listed under the column heading *"Modified Amount,"* and (c) the classification listed under the column heading *"Modified Class."*  The Debtors further request that the Court allow each such claim only to the extent of such Modified Amount and Modified Class and only as to the Modified Debtor.

## Jurisdiction

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## Background

4.      Commencing on September 15, 2008, and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3

5.      On September 17, 2008, the United States Trustee for Region 2 (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

6.      On December 16, 2008, the Court entered the December Order, which approved and established specific procedures by which the Debtors could settle claims arising from the termination of prepetition derivatives contracts.

7.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner.  The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy Code [Docket No. 7531].

8.      On January 14, 2010, the Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

**The Settled Derivatives Claims Should Be Reduced, Reclassified, and Allowed**

9.      In their review of the claims filed on the claims register in these cases, the Debtors have identified the claims on Exhibit A as being claims for which the Debtors specifically negotiated a settlement with the claimants for a total claim amount and (in certain instances) a classification and Debtor entity that is not the amount, classification, and/or Debtor that is reflected on such claimants' proof of claim.

10.      A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the

4

claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

11.     Pursuant to the December Order, the Debtors engaged in negotiations with certain claimants that had filed proofs of claim against the Debtors asserting obligations based on prepetition derivatives contracts.  The Debtors and these claimants negotiated and agreed to claim amounts and (in certain instances) classifications and Debtor entities against which the claims are to be asserted that are not reflected on the proof of claim forms filed by these claimants.  The agreements regarding the claim amounts, classification, and designation as to appropriate Debtor counterparty are reflected either in an executed termination agreement, other writing, or oral agreement.

12.     The holders of the Settled Derivatives Claims agreed that their claims are properly asserted against the Debtor counterparty that is reflected on Exhibit A under the column heading *"Modified Debtor,"* and in the amounts and classifications that are reflected under the column headings *"Modified Amount"* and *"Modified Class."*  The Debtors are seeking only to reclassify claims or modify the Debtor where the claimant's proof of claim is not consistent with the Debtors' settlement with the claimant. Accordingly, in order to properly reflect the Debtors' and claimants' agreements with respect to the Debtor entity, amount, and classification of these claims, the Debtors request that the Court reduce, reclassify, and/or modify (as appropriate) each Settled

5

Derivatives Claim to reflect (a) the Debtor entity listed on Exhibit A under the column heading *"Modified Debtor,"* (b) the amount listed under the column heading *"Modified Amount,"* and (c) the classification under the column heading *"Modified Class."* The Debtors further request that the Court allow each such Settled Derivatives Claim only to the extent of such modified amount and classification listed on Exhibit A under the column headings *"Modified Amount"* and *"Modified Class,"* and only as to the *"Modified Debtor"* set forth therein.

### Notice

13.     No trustee has been appointed in these chapter 11 cases. The Debtors have served notice of this One Hundred Fifty-Third Omnibus Objection to Claims on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [Docket No. 9635]. The Debtors submit that no other or further notice need be provided.

14.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

US_ACTIVE:\43721958\03\58399.0008

WHEREFORE the Debtors respectfully request that the Court grant the

relief requested herein and such other and further relief as is just.

Dated: June 7, 2011
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

7

# EXHIBIT A

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AVILA MASTER FUND LP C/O ALCENTRA, INC. ATTN: PAUL HATFIELD 200 PARK AVENUE, 7TH FLOOR NEW YORK, NY 10166 | 23571 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,278,720.00* | Lehman Brothers Special Financing Inc. | Unsecured | $1,278,720.00 |
| 2 | AVILA MASTER FUND LP C/O ALCENTRA, INC. ATTN: PAUL HATFIELD 200 PARK AVENUE, 7TH FLOOR NEW YORK, NY 10166 | 23572 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,278,720.00* | Lehman Brothers Holdings Inc. | Unsecured | $1,278,720.00 |
| 3 | BARCLAYS BANK PLC TRANSFEROR: HORIZON II INTERNATIONAL LIMITED 745 SEVENTH AVENUE NEW YORK, NY 10019 | 67135 | 10/21/2010 | Lehman Brothers Holdings Inc. | Unsecured | $160,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $160,000.00 |
| 4 | BARCLAYS BANK PLC TRANSFEROR: HORIZON II INTERNATIONAL LIMITED 745 SEVENTH AVENUE NEW YORK, NY 10019 | 67136 | 10/21/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $160,000.00* | Lehman Brothers Special Financing Inc. | Unsecured | $160,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 5 | BLUE ANGEL CLAIMS LLC TRANSFEROR: AES EASTERN ENERGY L.P. ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 29997 | 09/22/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $1,004,768.00* | Lehman Brothers Commodity Services Inc. | Unsecured | $1,004,768.00 |
| 6 | BLUE ANGEL CLAIMS LLC TRANSFEROR: AES EASTERN ENERGY L.P. ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK, NY 10022 | 29998 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,004,768.00* | Lehman Brothers Holdings Inc. | Unsecured | $1,004,768.00 |
| 7 | CASSA DI RISPARMIO DI ASTI ATTN:BACK OFFICE FINANZA BANCA C.R. ASTI SPA PIAZZA LIBERTA 23 ASTI, 14100 ITALY | 14270 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $607,492.96* | Lehman Brothers Holdings Inc. | Unsecured | $292,863.43 |
| 8 | CASSA DI RISPARMIO DI ASTI BANCA C.R. ASTI SPA PIAZZA LIBERTA 23 ASTI 14100 ITALY | 14288 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $607,492.96* | Lehman Brothers Special Financing Inc. | Unsecured | $292,863.43 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 9 | COAST DIVERSIFIED FUND, LTD. C/O COAST ASSET MANAGEMENT LLC 2450 COLORADO AVE. SUITE 100 EAST TOWER SANTA MONICA, CA 90404 | 22194 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured Subtotal | Undetermined $21,199,497.00* $21,199,497.00 | Lehman Brothers Holdings Inc. | Unsecured | $21,199,497.00 |
| 10 | COAST DIVERSIFIED FUND, LTD. C/O COAST ASSET MANAGEMENT LLC 2450 COLORADO AVE. SUITE 100 EAST TOWER ATTENTION: JONATHAN JACBOS, GENERAL COUNSEL SANTA MONICA, CA 90404 | 22195 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | Undetermined $21,199,497.00* $21,199,497.00 | Lehman Brothers Special Financing Inc. | Unsecured | $21,199,497.00 |
| 11 | D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, LTD. C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK, NY 10105 | 26932 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $411,137.00* | Lehman Brothers Special Financing Inc. | Unsecured | $411,138.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 12 | D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, LTD. C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK, NY 10105 | 26933 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $411,137.00* | Lehman Brothers Holdings Inc. | Unsecured | $411,138.00 |
| 13 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: Q-BLK ALPHA TRANSPORT TRUST - US BOND (PENSION) FUND C/O DEUTSCHE BANK SECURITIES, INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | 17798 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $2,443,586.47*<br><br>$2,443,586.47 | Lehman Brothers Special Financing Inc. | Unsecured | $2,443,586.47 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|-----------|--------|----------------|--------|-----------------|-------|--------|
| 14 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: Q-BLK ALPHA TRANSPORT TRUST - US BOND (PENSION) FUND C/O DEUTSCHE BANK SECURITIES, INC. ATTN: MATT WEINSTEIN 60 WALL STREET, NEW YORK, NY 10005 | 17799 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured  Subtotal | Undetermined $2,443,586.47*  $2,443,586.47 | Lehman Brothers Holdings Inc. | Unsecured | $2,443,586.47 |
| 15 | DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: GENWORTH LIFE INSURANCE COMPANY ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK, NY 10005 | 18901 | 09/18/2009 | Lehman Brothers Derivative Products Inc. | Unsecured | $40,433,878.53* | Lehman Brothers Derivative Products Inc. | Unsecured | $40,433,878.53 |
| 16 | DIVERSIFIED INFLATION STRATEGIES LP C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON, MA 02019 | 19454 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $10,706.04* | Lehman Brothers Holdings Inc. | Unsecured | $10,706.04 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 17 | DOVER MASTER FUND II, L.P. TRANSFEROR: AGFIRST FARM CREDIT BANK C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK, NY 10019 | 24523 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $349,875.65 | Lehman Brothers Holdings Inc. | Unsecured | $349,875.65 |
| 18 | DOVER MASTER FUND II, L.P. TRANSFEROR: AGFIRST FARM CREDIT BANK C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK, NY 10019 | 24537 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $349,875.65* | Lehman Brothers Special Financing Inc. | Unsecured | $349,875.65 |
| 19 | GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: TPG-AXON PARTNERS (OFFSHORE), LTD. C/O GOLDMAN, SACHS & CO. ATTN: A. CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | 17602 | 09/18/2009 | Lehman Brothers OTC Derivatives Inc. | Secured Unsecured<br><br>Subtotal | $7,552,687.06* Undetermined<br><br>$7,552,687.06 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $7,552,687.06 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ASSERTED | | MODIFIED | | |
| 20 | GOLDMAN SACHS LENDING PARTNERS LLC | 17603 | 09/18/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured | $7,552,687.06* Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $7,552,687.06 |
| | TRANSFEROR: TPG-AXON PARTNERS (OFFSHORE), LTD. C/O GOLDMAN, SACHS & CO. ATTN: A. CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | | | | Subtotal | $7,552,687.06 | | | |
| 21 | GOLDMAN SACHS LENDING PARTNERS LLC | 17604 | 09/18/2009 | Lehman Brothers OTC Derivatives Inc. | Secured Unsecured | $821,074.22* Undetermined | Lehman Brothers OTC Derivatives Inc. | Unsecured | $821,074.22 |
| | TRANSFEROR: TPG-AXON PARTNERS, LP C/O GOLDMAN, SACHS & CO. ATTN: A. CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | | | | Subtotal | $821,074.22 | | | |
| 22 | GOLDMAN SACHS LENDING PARTNERS LLC | 21484 | 09/21/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured | Undetermined $821,074.22* | Lehman Brothers Holdings Inc. | Unsecured | $821,074.22 |
| | TRANSFEROR: TPG-AXON PARTNERS, L.P. C/O GOLDMAN, SACHS & CO. ATTN: A. CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | | | | Subtotal | $821,074.22 | | | |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 23 | GPC 79, LLC C/O SEWARD & KISSEL LLP ATTN: JUSTIN SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33323 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $402,741.19* | Lehman Brothers Holdings Inc. | Unsecured | $402,741.21 |
| 24 | GPC 79, LLC C/O SEWARD & KISSEL LLP ATTN: JUSTIN SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33324 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $402,741.19* | Lehman Brothers Special Financing Inc. | Unsecured | $402,741.21 |
| 25 | HBK MASTER FUND L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN; LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 17226 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $7,444,956.48* | Lehman Brothers Special Financing Inc. | Unsecured | $7,444,956.48 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|---|
| 26 | HBK MASTER FUND L.P. TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 17229 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $7,444,956.48* | Lehman Brothers Holdings Inc. | Unsecured | $7,444,956.48 |
| 27 | HBK MASTER FUND L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 26570 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Priority Secured Unsecured<br><br>Subtotal | Undetermined Undetermined $3,519,925.21*<br><br>$3,519,925.21 | Lehman Brothers Special Financing Inc. | Unsecured | $3,519,925.00 |
| 28 | HBK MASTER FUND L.P. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 26571 | 09/22/2009 | Lehman Brothers Holdings Inc. | Priority Secured Unsecured<br><br>Subtotal | Undetermined Undetermined $3,519,925.21*<br><br>$3,519,925.21 | Lehman Brothers Holdings Inc. | Unsecured | $3,519,925.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 29 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 66652 | 05/20/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $8,000,000.00* | Lehman Brothers Special Financing Inc. | Unsecured | $8,000,000.00 |
| | TRANSFERRED TO: JPMORGAN CHASE BANK, N.A. TRANSFEROR: HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK, NY 10005 | | | | Unsecured | $8,000,000.00 | | Unsecured | $8,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 30 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 66653 | 05/20/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $3,600,000.00* | Lehman Brothers Special Financing Inc. | Unsecured | $3,600,000.00 |
| | TRANSFERRED TO: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD. TRANSFEROR: HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. C/O HARBINGER CAPITAL PARTNERS LLC 450 PARK AVENUE, 30TH FLOOR NEW YORK, NY 10022 | | | | Unsecured | $75,000,000.00 | | Unsecured | $75,000,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED | | DEBTOR | MODIFIED | |
|------|---------|-----------|--------|----------|--|--------|----------|--|
| | | | | CLASS | AMOUNT | | CLASS | AMOUNT |
| TRANSFERRED TO: JPMORGAN CHASE BANK, N.A. TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK, NY 10004 | | | | Unsecured | $12,000,000.00 | | Unsecured | $12,000,000.00 |
| TRANSFERRED TO: CFIP MASTER FUND LIMITED TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: STEVEN J NOVATNEY C/O CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE CHICAGO, IL 60606 | | | | Unsecured | $25,000,000.00 | | Unsecured | $25,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | | | | ASSERTED | | | MODIFIED | |
|---|---|---|---|---|---|---|---|---|
| **NAME** | **CLAIM #** | **FILED DATE** | **DEBTOR** | **CLASS** | **AMOUNT** | **DEBTOR** | **CLASS** | **AMOUNT** |
| TRANSFERRED TO: GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | | | | Unsecured | $1,087,100.00 | | Unsecured | $1,087,100.00 |
| TRANSFERRED TO: GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | | | | Unsecured | $2,412,900.00 | | Unsecured | $2,412,900.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|------|---------|------------|--------|----------------|--------|-----------------|-------|--------|
| TRANSFERRED TO: GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: SERENGETI RAPAX MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | | | | Unsecured | $4,964,000.00 | | Unsecured | $4,964,000.00 |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND, LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | Unsecured | $5,036,000.00 | | Unsecured | $5,036,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: CFIP MASTER FUND LTD TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LEGAL DEPARTMENT 71 S. WACKER DRIVE, STE 3495 CHICAGO, IL 60606 | | | | Unsecured | $15,000,000.00 | | Unsecured | $15,000,000.00 |
| TRANSFERRED TO: ETON PARK FUND, L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK, NY 10022 | | | | Unsecured | $7,875,000.00 | | Unsecured | $7,875,000.00 |
| TRANSFERRED TO: ETON PARK FUND, L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK, NY 10022 | | | | Unsecured | $14,625,000.00 | | Unsecured | $14,625,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|------|---------|------------|--------|----------------|--------|--------|----------------|--------|
| TRANSFERRED TO: CFIP MASTER FUND LTD TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LEGAL DEPARTMENT 71 S. WACKER DRIVE, STE 3495 CHICAGO, IL 60606 | | | | Unsecured | $3,400,000.00 | | Unsecured | $3,400,000.00 |
| TRANSFERRED TO: GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | | | | Unsecured | $2,412,900.00 | | Unsecured | $2,412,900.00 |
| TRANSFERRED TO: GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | | | | Unsecured | $1,087,100.00 | | Unsecured | $1,087,100.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | | | | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | | CLASS | AMOUNT |
| TRANSFERRED TO: GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: SERENGETI RAPAX MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | | | | Unsecured | $1,500,000.00 | | | Unsecured | $1,500,000.00 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. PO BOX 6463 NEW YORK, NY 10150 | | | | Unsecured | $25,000,000.00 | | | Unsecured | $25,000,000.00 |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | Unsecured | $15,000,000.00 | | | Unsecured | $15,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150 | | | | Unsecured | $7,500,000.00 | | Unsecured | $7,500,000.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | Unsecured | $986,000.00 | | Unsecured | $986,000.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | Unsecured | $1,015,000.00 | | Unsecured | $1,015,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | Unsecured | $1,784,000.00 | | Unsecured | $1,784,000.00 |
| TRANSFERRED TO: SPCP GROUP, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP; ATTN: ADAM J DEPANFILIS GREENWICH, CT 06830 | | | | Unsecured | $10,000,000.00 | | Unsecured | $10,000,000.00 |
| TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. ATTN: JEFFERY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | | | | Unsecured | $25,000,000.00 | | Unsecured | $25,000,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | Unsecured | $1,215,000.00 | | Unsecured | $1,215,000.00 |
| 31 HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 66654 | 05/20/2010 | Lehman Brothers Holdings Inc. | Unsecured | $8,000,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $8,000,000.00 |
| TRANSFERRED TO: JPMORGAN CHASE BANK, N.A. TRANSFEROR: HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK, NY 10005 | | | | Unsecured | $8,000,000.00 | | Unsecured | $8,000,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 32 | HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPARTMENT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 66655 | 05/20/2010 | Lehman Brothers Holdings Inc. | Unsecured | $3,600,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $3,600,000.00 |
| | TRANSFERRED TO: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD. TRANSFEROR: HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. C/O HARBINGER CAPITAL PARTNERS LLC 450 PARK AVENUE, 30TH FLOOR NEW YORK, NY 10022 | | | | Unsecured | $75,000,000.00 | | Unsecured | $75,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|------|---------|------------|--------|----------------|--------|-----------------|-------|--------|
| TRANSFERRED TO: JPMORGAN CHASE BANK, N.A. TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK, NY 10004 | | | | Unsecured | $12,000,000.00 | | Unsecured | $12,000,000.00 |
| TRANSFERRED TO: CFIP MASTER FUND LIMITED TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: STEVEN J NOVATNEY C/O CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE CHICAGO, IL 60606 | | | | Unsecured | $25,000,000.00 | | Unsecured | $25,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | | | | Unsecured | $1,087,100.00 | | Unsecured | $1,087,100.00 |
| TRANSFERRED TO: GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | | | | Unsecured | $2,412,900.00 | | Unsecured | $2,412,900.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | | | | ASSERTED | | | | MODIFIED | |
| | | | | | | | | | |
| NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: SERENGETI RAPAX MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | | | | Unsecured | $4,964,000.00 | | Unsecured | $4,964,000.00 |
| TRANSFERRED TO: GRUSS GLOBAL INVESTORS MASTER FUND, LTD. TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK, NY 10065 | | | | Unsecured | $5,036,000.00 | | Unsecured | $5,036,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|------|---------|-----------|--------|----------------|--------|--------|----------------|--------|
| TRANSFERRED TO: CFIP MASTER FUND LTD TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LEGAL DEPARTMENT 71 S. WACKER DRIVE, STE 3495 CHICAGO, IL 60606 | | | | Unsecured | $15,000,000.00 | | Unsecured | $15,000,000.00 |
| TRANSFERRED TO: ETON PARK FUND, L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK, NY 10022 | | | | Unsecured | $7,875,000.00 | | Unsecured | $7,875,000.00 |
| TRANSFERRED TO: ETON PARK FUND, L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK, NY 10022 | | | | Unsecured | $14,625,000.00 | | Unsecured | $14,625,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|------|---------|------------|--------|-------|--------|--------|-------|--------|
| TRANSFERRED TO: CFIP MASTER FUND LTD TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LEGAL DEPARTMENT 71 S. WACKER DRIVE, STE 3495 CHICAGO, IL 60606 | | | | Unsecured | $3,400,000.00 | | Unsecured | $3,400,000.00 |
| TRANSFERRED TO: GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | | | | Unsecured | $2,412,900.00 | | Unsecured | $2,412,900.00 |
| TRANSFERRED TO: GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | | | | Unsecured | $1,087,100.00 | | Unsecured | $1,087,100.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|------|---------|-----------|--------|---------|--------|--------|-------|--------|
| TRANSFERRED TO: GOLDMAN SACHS LENDING PARTNERS LLC TRANSFEROR: SERENGETI RAPAX MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | | | | Unsecured | $1,500,000.00 | | Unsecured | $1,500,000.00 |
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. PO BOX 6463 NEW YORK, NY 10150 | | | | Unsecured | $25,000,000.00 | | Unsecured | $25,000,000.00 |
| TRANSFERRED TO: HBK MASTER FUND L.P. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | | | | Unsecured | $15,000,000.00 | | Unsecured | $15,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: JADE TREE I, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK, NY 10150 | | | | Unsecured | $7,500,000.00 | | Unsecured | $7,500,000.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | Unsecured | $986,000.00 | | Unsecured | $986,000.00 |
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | Unsecured | $1,015,000.00 | | Unsecured | $1,015,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | Unsecured | $1,784,000.00 | | Unsecured | $1,784,000.00 |
| TRANSFERRED TO: SPCP GROUP, L.L.C. TRANSFEROR: JPMORGAN CHASE BANK, N.A. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP; ATTN: ADAM J DEPANFILIS GREENWICH, CT 06830 | | | | Unsecured | $10,000,000.00 | | Unsecured | $10,000,000.00 |
| TRANSFERRED TO: DEUTSCHE BANK AG, LONDON BRANCH TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. ATTN: JEFFERY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK, NY 10005 | | | | Unsecured | $25,000,000.00 | | Unsecured | $25,000,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | TRANSFERRED TO: SPCP GROUP, LLC TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH, CT 06830 | | | | Unsecured | $1,215,000.00 | | Unsecured | $1,215,000.00 |
| 33 | HBK MASTER FUND L.P. TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 67226 | 12/01/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $4,500,000.00* | Lehman Brothers Special Financing Inc. | Unsecured | $4,500,000.00 |
| 34 | HBK MASTER FUND L.P. TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS, TX 75201 | 67227 | 12/01/2010 | Lehman Brothers Holdings Inc. | Unsecured | $4,500,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $4,500,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts                                    Page 30 of 49

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 35 | HCM/Z SPECIAL OPPORTUNITIES  LLC C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK, NY 10105 | 26998 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $152,652.00* | Lehman Brothers Special Financing Inc. | Unsecured | $152,652.00 |
| 36 | HCM/Z SPECIAL OPPORTUNITIES  LLC C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK, NY 10105 | 26999 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $152,652.00* | Lehman Brothers Holdings Inc. | Unsecured | $152,652.00 |
| 37 | JPMORGAN CHASE BANK, N.A. TRANSFEROR: SILVER LAKE CREDIT FUND, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK, NY 10005 | 66919 | 07/06/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $692,779.00* | Lehman Brothers Special Financing Inc. | Unsecured | $692,779.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|---|
| 38 | JPMORGAN CHASE BANK, N.A. TRANSFEROR: SILVER LAKE CREDIT FUND, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK, NY 10005 | 66920 | 07/06/2010 | Lehman Brothers Holdings Inc. | Unsecured | $692,779.00* | Lehman Brothers Holdings Inc. | Unsecured | $692,779.00 |
| 39 | MARINER ATLANTIC US BONDS LTD ATTN: JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON, NY 10528 | 23762 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $739,861.40* | Lehman Brothers Special Financing Inc. | Unsecured | $739,861.40 |
| 40 | MARINER ATLANTIC US BONDS, LTD. ATTN: JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON, NY 10528 | 23760 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $739,861.40* | Lehman Brothers Holdings Inc. | Unsecured | $739,861.40 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 41 | MARINER PARTNERS US BONDS LP C/O MARINER INVESTMENT GROUP, LLC ATTN: JOHN KELTY 500 MAMARONECK AVENUE, SUITE 101 HARRISON, NY 10528 | 22233 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $706,471.88* | Lehman Brothers Holdings Inc. | Unsecured | $706,471.88 |
| 42 | MARINER PARTNERS US BONDS LP C/O MARINER INVESTMENT GROUP, INC. 500 MAMARONECK AVENUE SUITE 101 NEW YORK, NY 10528 | 26225 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $706,471.88* | Lehman Brothers Special Financing Inc. | Unsecured | $706,471.88 |
| 43 | MERCURIA ENERGY TRADING PTE LTD C/O MERCURIA ENERGY TRADING SA ATTN: FRANCOIS SORNAY 50, RUE DU RHONE GENEVA, 1204 SWITZERLAND | 15797 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,763,831.43 | Lehman Brothers Holdings Inc. | Unsecured | $2,550,000.00 |
| 44 | MERCURIA ENERGY TRADING PTE LTD C/O MERCURIA ENERGY TRADING SA ATTN: FRANCOIS SORNAY 50, RU DU RHONE GENEVA, 1204 SWITZERLAND | 15798 | 09/17/2009 | Lehman Brothers Commodity Services Inc. | Secured | $2,763,831.43 | Lehman Brothers Commodity Services Inc. | Unsecured | $2,550,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 45 | MERCURIA ENERGY TRADING SA ATTN: FRANCOIS SORNAY 50, RUE DU RHONE GENEVA, 1204 SWITZERLAND | 15795 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,683,863.93 | Lehman Brothers Holdings Inc. | Unsecured | $2,550,000.00 |
| 46 | MERCURIA ENERGY TRADING SA ATTN: FRANCOIS SORNAY 50, RUE DU RHONE GENEVA, 1204 SWITZERLAND | 15796 | 09/17/2009 | Lehman Brothers Commodity Services Inc. | Secured | $2,683,863.93 | Lehman Brothers Commodity Services Inc. | Unsecured | $2,550,000.00 |
| 47 | OAKTREE VALUE OPPORTUNITIES FUND LP ATTN: RICHARD TING 333 SOUTH GRAND AVE 28TH FLOOR LOS ANGELES, CA 90071 | 18839 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,102,323.00* | Lehman Brothers Special Financing Inc. | Unsecured | $1,102,323.00 |
| 48 | OAKTREE VALUE OPPORTUNITIES FUND LP ATTN: RICHARD TING 333 SOUTH GRAND AVE 28TH FLOOR LOS ANGELES, CA 90071 | 18840 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,102,323.00* | Lehman Brothers Holdings Inc. | Unsecured | $1,102,323.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 49 | OGI ASSOCIATES, LLC C/O SEWARD & KISSEL LLP ATTN: JUSTIN SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33321 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $106,553.69* | Lehman Brothers Special Financing Inc. | Unsecured | $106,553.69 |
| 50 | OGI ASSOCIATES, LLC C/O SEWARD & KISSEL LLP ATTN: JUSTIN SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33322 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $106,553.69* | Lehman Brothers Holdings Inc. | Unsecured | $106,553.69 |
| 51 | PB CAPITAL CORPORATION ATTN: GENERAL COUNSEL 230 PARK AVENUE NEW YORK, NY 10169 | 13779 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $722,203.87 | Lehman Brothers Holdings Inc. | Unsecured | $416,863.00 |
| 52 | PB CAPITAL CORPORATION ATTN: GENERAL COUNSEL 230 PARK AVENUE NEW YORK, NY 10169 | 13782 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $722,203.87* | Lehman Brothers Special Financing Inc. | Unsecured | $416,863.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts                    Page 35 of 49

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS | AMOUNT | DEBTOR (MODIFIED) | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 53 | RAYTHEON COMPANY COMPANY COMBINED DEFINED CONTRIBUTION MASTER TRUST C/O THE BANK OF NEW YORK MELLON ATTN: CHRISTINE CARR SMITH 50 FREMONT STREET, SUITE 1600 SAN FRANCISCO, CA 94105 | 28491 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $364,391.06* | Lehman Brothers Special Financing Inc. | Unsecured | $364,391.06 |
| 54 | RAYTHEON COMPANY COMPANY COMBINED DEFINED CONTRIBUTION MASTER TRUST C/O THE BANK OF NEW YORK MELLON ATTN: CHRISTINE CARR SMITH 50 FREMONT STREET, SUITE 1600 SAN FRANCISCO, CA 94105 | 28492 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $364,391.06* | Lehman Brothers Holdings Inc. | Unsecured | $364,391.06 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|------|---------|------------|-----------------|----------------|-----------------|-----------------|----------------|-----------------|
| 55 | RAYTHEON MASTER PENSION TRUST C/O THE BANK OF NEW YORK MELLON ATTN: CHRISTINE CARR SMITH 50 FREMONT STREET, SUITE 1600 SAN FRANCISCO, CA 94105 | 28489 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $20,830.22* | Lehman Brothers Special Financing Inc. | Unsecured | $20,830.22 |
| 56 | RAYTHEON MASTER PENSION TRUST C/O THE BANK OF NEW YORK MELLON ATTN: CHRISTINE CARR SMITH 50 FREMONT STREET, SUITE 1600 SAN FRANCISCO, CA 94105 | 28490 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $20,830.22* | Lehman Brothers Holdings Inc. | Unsecured | $20,830.22 |
| 57 | REAL ASSETS PORTFOLIO LP C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON, MA 02019 | 19457 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,839.66* | Lehman Brothers Holdings Inc. | Unsecured | $5,839.66 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 58 | REDWOOD MASTER FUND, LTD TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: JONATHAN KOLATCH & RUBEN KLIKSBERG 910 SYLVAN AVENUE ENGLEWOOD CLIFFS, NJ 07632 | 66887 | 06/22/2010 | Lehman Brothers Commodity Services Inc. | Unsecured | $56,666,000.00* | Lehman Brothers Commodity Services Inc. | Unsecured | $56,666,000.00 |
| | TRANSFERRED TO: LOOMIS STREET, L.L.C. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: ADAM REISS C/O ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036-8704 | | | | Unsecured | $28,334,000.00 | | Unsecured | $28,334,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ASSERTED | | MODIFIED | | |
| 59 | REDWOOD MASTER FUND, LTD TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: JONATHAN KOLATCH & RUBEN KLIKSBERG 910 SYLVAN AVENUE ENGLEWOOD CLIFFS, NJ 07632 | 66888 | 06/22/2010 | Lehman Brothers Holdings Inc. | Unsecured | $56,666,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $56,666,000.00 |
| | TRANSFERRED TO: LOOMIS STREET, L.L.C. TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: ADAM REISS C/O ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036-8704 | | | | Unsecured | $28,334,000.00 | | Unsecured | $28,334,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 60 | SCAGO EDUCATIONAL FACILITIES CORP FOR SUMTER COUNTY SCHOOL DISTRICT 17 C/O MCNAIR LAW FIRM, P.A ATTN: ELIZABETH (LISA) J. PHILIP & MICHAEL J. SEEZEN 100 CALHOUN STREET, SUITE 400 CHARLESTON, SC 29401 | 18701 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $210,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $210,000.00 |
| 61 | SCAGO EDUCATIONAL FACILITIES CORP FOR WILLIAMSBURG SCHOOL DISTRICT C/O MCNAIR LAW FIRM, P.A ATTN: ELIZABETH (LISA) J. PHILIP & MICHAEL J. SEEZEN 100 CALHOUN STREET, SUITE 400 CHARLESTON, SC 29401 | 18702 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $130,000.00* | Lehman Brothers Holdings Inc. | Unsecured | $130,000.00 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **ASSERTED** | | | **MODIFIED** | | |
| 62 | **SCAGO EDUCATIONAL FACILITIES CORP FOR WILLIAMSBURG SCHOOL DISTRICT C/O MCNAIR LAW FIRM, P.A ATTN: ELIZABETH (LISA) J. PHILIP & MICHAEL J. SEEZEN 100 CALHOUN STREET, SUITE 400 CHARLESTON, SC 29401** | 18703 | 09/18/2009 | **Lehman Brothers Special Financing Inc.** | **Unsecured** | $130,000.00* | **Lehman Brothers Special Financing Inc.** | **Unsecured** | $130,000.00 |
| 63 | **SCAGO EDUCATIONAL FACILITIES CORPORATION FOR SUMTER COUNTY SCHOOL DISTRICT 17 C/O MCNAIR LAW FIRM, P.A. ATTN: ELIZABETH (LISA) J. PHILP AND MICHAEL J. SEEZEN 100 CALHOUN STREET, SUITE 400 CHARLESTON, SC 29401** | 65629 | 09/18/2009 | **Lehman Brothers Special Financing Inc.** | **Unsecured** | $210,000.00* | **Lehman Brothers Special Financing Inc.** | **Unsecured** | $210,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 64 | SEB AG ATTN: KARL-HEINZ BRIESE BEN GURION RING 174 FRANKFURT AM MAIN, 60437 GERMANY | 27007 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br>Subtotal | Undetermined $225,708.45*<br>$225,708.45 | Lehman Brothers Holdings Inc. | Unsecured | $195,446.03 |
| 65 | SEB AG ATTN: KARL-HEINZ BRIESE BEN GURION RING 174 FRANKFURT AM MAIN, 60437 GERMANY | 27008 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br>Subtotal | Undetermined $226,368.42*<br>$226,368.42 | Lehman Brothers Special Financing Inc. | Unsecured | $195,446.03 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **ASSERTED** | | | **MODIFIED** | |
| 66 | **SERENGETI OVERSEAS MM L.P. TRANSFEROR: JP MORGAN CHASE BANK N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK, NY 10012** | **66573** | **04/26/2010** | **Lehman Brothers Holdings Inc.** | **Unsecured** | **$1,339,289.27\*** | **Lehman Brothers Holdings Inc.** | **Unsecured** | **$1,339,289.27** |
| | **TRANSFERRED TO: SERENGETI PARTNERS LP TRANSFEROR: JP MORGAN CHASE BANK N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK, NY 10012** | | | | **Unsecured** | **$573,981.11** | | **Unsecured** | **$573,981.11** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 67 | SERENGETI PARTNERS LP TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK, NY 10012 | 66574 | 04/26/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $458,379.63* | Lehman Brothers Special Financing Inc. | Unsecured | $458,379.63 |
| | TRANSFERRED TO: SERENGETI OVERSEAS MM L.P. TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK, NY 10012 | | | | Unsecured | $1,069,552.46 | | Unsecured | $1,069,552.46 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 68 | SERENGETI PARTNERS LP TRANSFEROR: JP MORGAN CHASE BANK N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK, NY 10012 | 66575 | 04/26/2010 | Lehman Brothers Special Financing Inc. | Unsecured | $573,981.11* | Lehman Brothers Special Financing Inc. | Unsecured | $573,981.11 |
| | TRANSFERRED TO: SERENGETI OVERSEAS MM L.P. TRANSFEROR: JP MORGAN CHASE BANK N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK, NY 10012 | | | | Unsecured | $1,339,289.27 | | Unsecured | $1,339,289.27 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 69 | SERENGETI PARTNERS LP TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK, NY 10012 | 66576 | 04/26/2010 | Lehman Brothers Holdings Inc. | Unsecured | $458,379.63* | Lehman Brothers Holdings Inc. | Unsecured | $458,379.63 |
| | TRANSFERRED TO: SERENGETI OVERSEAS MM L.P. TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK, NY 10012 | | | | Unsecured | $1,069,552.46 | | Unsecured | $1,069,552.46 |
| 70 | SOLUS CORE OPPORTUNITIES MASTER FUND LTD ATTN: JOSEPH LONETTO, ESQ 430 PARK AVENUE, 12TH FLOOR NEW YORK, NY 10022 | 24529 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,817,739.52 | Lehman Brothers Holdings Inc. | Unsecured | $3,442,356.36 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 71 | SOLUS CORE OPPORTUNITIES MASTER FUND LTD. ATTN: JOSEPH LONETTO, ESQ. 430 PARK AVENUE, 12TH FLOOR NEW YORK, NY 10022 | 24532 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,817,739.52 | Lehman Brothers Special Financing Inc. | Unsecured | $3,442,356.36 |
| 72 | STATE STREET BANK AND TRUST COMPANY ATTN: KEVIN L. COURTNEY ESQ 1776 HERITAGE DRIVE A5N NORTH QUINCY, MA 02171 | 22963 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $14,325,443.00* $2,965,940.00* $17,291,383.00 | Lehman Brothers Special Financing Inc. | Unsecured | $71,526.00 |
| 73 | ULTRA MASTER LTD. ATTN: JOSEPH LONETTO, ESQ. 430 PARK AVENUE, 12TH FLOOR NEW YORK, NY 10022 | 24533 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $87,309.42 | Lehman Brothers Special Financing Inc. | Unsecured | $78,718.45 |
| 74 | ULTRA MASTER LTD. ATTN: JOSEPH LONETTO 430 PARK AVENUE, 12TH FLOOR NEW YORK, NY 10022 | 24536 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $87,309.42 | Lehman Brothers Holdings Inc. | Unsecured | $78,718.45 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 75 | WEISS MULTI-STRATEGY PARTNERS LLC C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33319 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $98,059.50* | Lehman Brothers Special Financing Inc. | Unsecured | $98,059.50 |
| 76 | WEISS MULTI-STRATEGY PARTNERS LLC C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33320 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $98,059.50* | Lehman Brothers Holdings Inc. | Unsecured | $98,059.50 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 153: EXHIBIT A – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 77 | WGZ BANK AG, WESTDEUTSCHE GENOSSENSCHAFTS-ZENTRALBANK BEREICH RECHT/ LEGAL DEPARTMENT ATTN: CHRISTIANE SCHMITZ LUDWIG- ERHARD-ALLEE 20 DUSSELDORF, D-40227 GERMANY | 28640 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $57,183.32* | Lehman Brothers Special Financing Inc. | Unsecured | $83,343.75 |
| | | | | | TOTAL | $927,324,134.68 | | TOTAL | $907,365,975.14 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                              :        **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :        **08-13555 (JMP)**
                                                   :
                        **Debtors.**               :        **(Jointly Administered)**
------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' ONE HUNDRED FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)

Upon the one hundred fifty-third omnibus objection to claims, dated June 7, 2011 (the "One Hundred Fifty-Third Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking to reduce, reclassify (in certain instances), and modify the Debtor entity (in certain instances), and allow the Settled Derivatives Claims on the grounds that the Debtors and claimants have agreed upon a claim amount and, in certain instances, a classification and Debtor counterparty that is not currently reflected on claimants' proofs of claim, all as more fully described in the One Hundred Fifty-Third Omnibus Objection to Claims; and due and proper notice of the One Hundred Fifty-Third Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred Fifty-Third Omnibus Objection to Claims.

Exhibit A attached to the One Hundred Fifty-Third Omnibus Objection to Claims; and (vii) all

other parties entitled to notice in accordance with the procedures set forth in the second amended

order entered on June 17, 2010 governing case management and administrative procedures for

these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided;

and the Court having found and determined that the relief sought in the One Hundred Fifty-Third

Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and

all parties in interest and that the legal and factual bases set forth in the One Hundred Fifty-Third

Omnibus Objection to Claims establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the One Hundred Fifty-Third Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Settled Derivatives Claim listed on Exhibit 1 annexed

hereto is hereby modified and allowed in the amount and classification and against the Debtor

that is set forth on Exhibit 1 under the column headings *"Modified Amount," "Modified Class,"*

and *"Modified Debtor"*; *provided* that, the holder of a Settled Derivatives Claim against both (i)

a Debtor based on a derivatives contract and (ii) LBHI based on its guarantee relating to that

derivatives contract may not receive an aggregate recovery in respect of the Settled Derivative

Claims greater than the applicable *"Modified Amount"*; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Settled Derivatives Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that (i) the *"Modified Amount"* includes the total amount due to the

claimant under, in respect of, or related to the applicable derivatives contract and (ii) the Settled

2

Derivatives Claim shall represent the sole right of the claimant to any distributions from any

Debtors under, in respect of, or related to the applicable derivatives contracts; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on <u>Exhibit A</u> to the One Hundred Fifty-Third

Omnibus Objection to Claims that does not appear on <u>Exhibit 1</u> annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
         New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

3