**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF DEBTORS' ONE HUNDRED FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                          :        **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :        **08-13555 (JMP)**
                                                               :
                              **Debtors.**              :        **(Jointly Administered)**
-------------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED FIFTY-FIRST**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

     **PLEASE TAKE NOTICE** that on June 7, 2011, Lehman Brothers Holdings Inc.

and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), filed their one hundred fifty-first omnibus objection to

claims (the "Debtors' One Hundred Fifty-First Omnibus Objection to Claims"), and that a

hearing (the "Hearing") to consider the Debtors' One Hundred Fifty-First Omnibus Objection to

Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in

Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, New York, New York 10004, on **July 21, 2011 at 10:00 a.m. (Eastern**

**Time),** or as soon thereafter as counsel may be heard.

   **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' One

Hundred Fifty-First Omnibus Objection to Claims must be in writing, shall conform to the

Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall

be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399

(which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's

filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark

Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street,

21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabeth Gasparini,

Esq., and Andrea Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured

creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan

Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and

Evan Fleck, Esq.); so as to be so filed and received by no later than **July 7, 2011 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

        **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Debtors' One Hundred Fifty-First Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' One Hundred Fifty-First Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: June 7, 2011
      New York, New York

                    /s/ Robert J. Lemons
                    Robert J. Lemons

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Debtors
                    and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

**DEBTORS' ONE HUNDRED FIFTY-FIRST OMNIBUS**
<u>**OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**</u>

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN
FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS ONE
HUNDRED FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS SHOULD
REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S)
AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION
AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE
WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT
DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

---

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent as follows:

### Relief Requested

1.      The Debtors file this one hundred fifty-first omnibus objection to claims (the "One Hundred Fifty-First Omnibus Objection to Claims"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking disallowance and expungement of the claims listed on Exhibit A annexed hereto.

2.      The Debtors have examined the proofs of claim identified on Exhibit A (collectively, the "No Liability Claims") and have determined that they assert claims against entities that are not debtors in these jointly administrated chapter 11 cases.  Accordingly, the Debtors have no liability for the No Liability Claims, and the Debtors request they be disallowed and expunged in their entirety.

3.      The Debtors reserve all their rights to object on any basis to any No Liability Claim as to which the Court does not grant the relief requested herein.

### Jurisdiction

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

5.        Commencing on September 15, 2008, and periodically thereafter, LBHI
and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the
Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural
purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).  The
Debtors are authorized to operate their businesses and manage their properties as debtors in
possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.        On September 17, 2008, the United States Trustee for Region 2 (the "U.S.
Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of
the Bankruptcy Code (the "Creditors' Committee").

7.        On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as
Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January
20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the
Examiner.  The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy
Code [Docket No. 7531].

8.        On July 2, 2009, this Court entered an order setting forth the procedures
and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket
No. 4271].  The Bar Date Order identified the names and case number of each of the Debtors in
these chapter 11 cases.  (Bar Date Order at 1 n.2.)  The Bar Date Order requires, among other
things, that each proof of claim "state the name and case number of the specific Debtor against
which it is filed . . . ."  (Bar Date Order at 6.)  A copy of the Bar Date Order was made publicly
available at http://www.lehman-docket.com.

9.        Claimants received notice of the Bar Date Order by mail.  (*See* Notice of
Deadlines for Filing Proofs of Claim (the "Bar Date Notice").)  The Bar Date Notice was also

published in <u>The New York Times</u> (International Edition), <u>The Wall Street Journal</u> (International

Edition), and <u>The Financial Times</u>.  A list of the Debtors in these chapter 11 cases and their

respective case numbers was included as part of the Bar Date Notice and the instructions to the

Court-approved proof of claim form.  (Bar Date Notice at Schedule A.)  In accordance with the

Bar Date Order's requirement that claims be filed against the proper Debtor, the Bar Date Notice

stated, in bold-face type and in capital letters, that "**YOU SHOULD NOT FILE A PROOF OF**

**CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTORS.**" (*Id.* at 3

(emphasis in original).)

        10.     On January 14, 2010, the Court entered the Procedures Order, which

authorizes the Debtors, among other things, to file omnibus objections to no more than 500

claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and

those additional grounds set forth in the Procedures Order.

### The No Liability Claims Should Be Disallowed and Expunged

        11.     In their review of the claims filed on the claims register in these chapter 11

cases and maintained by the Court-appointed claims agent, the Debtors have identified the claims

on <u>Exhibit A</u> as claims against entities that are not debtors in these chapter 11 cases.  A filed

proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  If

an objection refuting at least one of the claim's essential allegations is asserted, the claimant has

the burden to demonstrate the validity of the claim. *See In re Oneida Ltd.*, 400 B.R. 384, 389

(Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, No. 02-41729 (REG), 2007 Bankr.

LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524,

539 (Bankr. S.D.N.Y. 2000).  Moreover, section 502(b)(1) of the Bankruptcy Code provides, in

relevant part, that a claim may not be allowed to the extent that "such claim is unenforceable

against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).

12.     The No Liability Claims state on their face and/or the supporting documentation establishes that they are claims against a non-Debtor entity.  They include claims against foreign and domestic affiliates of the Debtors that are not Debtors in these jointly administered chapter 11 cases.  The No Liability Claims do not set forth any legal justification for asserting a claim against a Debtor in these cases, and if the No Liability Claims remain on the claims register, the potential exists for recoveries by parties who do not hold valid claims against the Debtors' estates.  Accordingly, the Debtors respectfully request the Court disallow and expunge the No Liability Claims listed on <u>Exhibit A</u> attached hereto.

<u>**Notice**</u>

13.     No trustee has been appointed in these chapter 11 cases.  The Debtors have served notice of this One Hundred Fifty-First Omnibus Objection to Claims on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on <u>Exhibit A</u>; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [Docket No. 9635].  The Debtors submit that no other or further notice need be provided.

14.     No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request that the Court grant the relief requested herein and such other and further relief as is just.

Dated: June 7, 2011
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 151: EXHIBIT A – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ADKINS MATCHETT & TOY LINDEN HOUSE, 55 SOUTH BAR BANBURY, OXON , OX16 9AB UNITED KINGDOM | 08-13600 (JMP) | 02/23/2009 | 4811 | $83,728.96 | No Liability Claim |
| 2 | ALWAYS IN SEASON INC P.O BOX 271502 HOUSTON, TX 77277-1502 | | 08/31/2009 | 9947 | $178.28 | No Liability Claim |
| 3 | AMANN ESTABROOK CONSERVATION ASSOCIATES 435 HUDSON ST RM 200 NEW YORK, NY 100143962 | | 07/16/2009 | 5466 | $541.88 | No Liability Claim |
| 4 | ATS SPA VIA FERRUCCI MILANO, 2-20145 | 08-13555 (JMP) | 11/12/2008 | 587 | $14,370.14 | No Liability Claim |
| 5 | BELOW VON ANTON & CO. GROSSE THEATERSTRASSE 42 HAMBURG, 20354 GERMANY | | 07/31/2009 | 6787 | Undetermined | No Liability Claim |
| 6 | BOWMAN GILFILLAN INC PO BOX 785812 SANDTON, 2146 SOUTH AFRICA | 08-13555 (JMP) | 09/18/2009 | 17761 | Undetermined | No Liability Claim |
| 7 | BUSINESS VALUATION ADVISORS LLC DOUGLAS K. RUDLEY 5601 GRANITE PARKWAY, SUITE 740 PLANO, TX 75024-6654 | | 01/20/2009 | 1809 | $6,649.98 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 151: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 8 | C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) TRANSFEROR: KNIGHTSBRIDGE GUARDING LTD C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY, KT11 2PD UNITED KINGDOM | 08-13555 (JMP) | 07/27/2009 | 6181 | $595,913.92 | No Liability Claim |
| 9 | CADET, PIERRE ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | 08-13555 (JMP) | 09/18/2009 | 19099 | $504.00 | No Liability Claim |
| 10 | CADET, PIERRE ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33340 | $504.00 | No Liability Claim |
| 11 | CHAPMAN AND CUTLER LLP 595 MARKET STREET, 26TH FLOOR SAN FRANCISCO, CA 94105 | | 11/03/2008 | 468 | $21,900.00 | No Liability Claim |
| 12 | CHECO, MANUEL NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33406 | $1,188.00 | No Liability Claim |
| 13 | CIGANEK, THOMAS PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET - 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33407 | $1,188.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 151: EXHIBIT A – NO LIABILITY CLAIMS

| NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|
| 14 CLAYTON SERVICES, INC.<br>C/O JOSEPH L. CLASEN AND CHRISTOPHER MAJOR<br>ROBINSON & COLE LLP<br>1055 WASHINGTON BLVD.<br>STAMFORD, CT 06901 | 08-13555 (JMP) | 09/22/2009 | 30569 | $27,279.00 | No Liability Claim |
| 15 COMNY SYSTEM CO., LTD<br>1-28-17 NAGATA<br>NAKANO-KU<br>TOKYO, 13<br>JAPAN | | 09/10/2009 | 11245 | $5,674.00 | No Liability Claim |
| 16 COSTELLO MAIONE SCHUCH<br>DBA CMS INNOVATIVE CONSULTANTS<br>8 FLETCHER PLACE<br>MELVILLE, NY 11747 | 08-13555 (JMP) | 10/02/2008 | 73 | $239,695.78 | No Liability Claim |
| 17 D'AMBROSI, CARLO<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET - 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33409 | $396.00 | No Liability Claim |
| 18 DELOITTE & TOUCHE FINANCIAL ADVISORY SERVICES LIMITED<br>30/F, BUNDER CENTER<br>222 YAN AN ROAD EAST<br>SHANGHAI, 200002<br>CHINA | 08-13555 (JMP) | 09/22/2009 | 31322 | $71,542.65 | No Liability Claim |
| 19 DON PROHASKA & ASSOCIATES<br>3465 REGENT AVENUE<br>EUSENE, OR 97401 | | 07/20/2009 | 5780 | $53,804.48 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 151: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 20 | EMC (BENELUX) BV, SARL C/O RECEIVEABLE MANAGEMENT SERVICES (""RMS"") PO BOX 5126 TIMONIUM, MD 21094 | 08-13555 (JMP) | 09/21/2009 | 22288 | $241,249.67 | No Liability Claim |
| 21 | EMIRATES TRADING ESTABLISHMENT AL MAKHAWI BUILDING PO BOX 1059 DUBAI, 1059 UNITED ARAB EMIRATES | 08-13555 (JMP) | 08/31/2009 | 9986 | $640.00 | No Liability Claim |
| 22 | EURO TRADING CAPITAL MARKET 13 RUE VIVIENNE PARIS, 75002 FRANCE | 08-13555 (JMP) | 07/22/2009 | 5881 | $91,609.00 | No Liability Claim |
| 23 | EUROSERVE HIZMET VE ISLETMECILIK A.S. STFA IS MERKEZI ANKARA ASFALTI YESILVADI SOKAK NO: 1 KAT: 5 BOSTANCI ISTANBUL, 34744 TURKEY | | 09/17/2009 | 19701 | $71,127.00 | No Liability Claim |
| 24 | FAYER, RUSSELL A. 111 CHURCH STREET WHITE PLAINS, NY 10601 | | 10/09/2009 | 37330 | Undetermined | No Liability Claim |
| 25 | FIRSTCO LLC M/035 AL DURRAH TOWER NEXT CROWNE PLAZA SHEIK ZAYED ROAD DUBAI, 214373 UNITED ARAB EMIRATES | | 08/21/2009 | 8878 | $5,449.58 | No Liability Claim |
| 26 | FORSYTH STREET ADVISORS LLC 588 BROADWAY SUITE 1208 NEW YORK, NY 10012 | | 08/19/2009 | 8747 | $1,650.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 151: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 27 | GARRAD HASSAN CANADA, INC. MARC LEBLANC 151 SLATER ST., SUITE 806 OTTAWA, ONTARIO, K1P 5H3 CANADA | | 12/05/2008 | 1223 | $5,633.05 | No Liability Claim |
| 28 | GKG LAW, P.C. (FORMERLY GALLAND, KHARASCH, GREENBERG, FELLMAN & SWIRSKY) 1054 31ST STREET, N.W., STE. 200 WASHINGTON, DC 20007-4492 | | 11/05/2008 | 504 | $6,345.00 | No Liability Claim |
| 29 | GRAY, GLENN N. PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET - 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33386 | $396.00 | No Liability Claim |
| 30 | GREENFIELD'S OTP LLC 15 PALATINE ROAD CALIFON, NJ 07830 | 08-13555 (JMP) | 07/28/2009 | 6550 | $900,000.00 | No Liability Claim |
| 31 | HAWKINS DELAFIELD & WOOD, LLP ATTN: KENNETH B. ROBERTS ONE CHASE MANHATTAN PLAZA, 42ND FL. NEW YORK, NY 10005 | | 09/21/2009 | 20100 | $229,994.46 | No Liability Claim |
| 32 | HUNTON & WILLIAMS LLP C/O LINDSAY K. BIGGS, ESQ. 951 EAST BYRD STREET RICHMOND, VA 23219 | 08-13555 (JMP) | 02/11/2009 | 2701 | $1,673,165.78 | No Liability Claim |
| 33 | INMARKETS INC. 8105 STONEHILL DRIVE PLANO, TX 75025 | 08-13555 (JMP) | 12/08/2008 | 1247 | $172,090.71 | No Liability Claim |
| 34 | INTERLINE BRANDS, INC. DBA SEXAUER 801 WEST BAY STREET JACKSONVILLE, FL 32204 | 08-13555 (JMP) | 04/17/2009 | 3820 | $2,124.55 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 151: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 35 | IRODA, NAGY ES TROCSANYI UGYVEDI UGOCSA UTCA 4/B BUDAPEST, 1126 HUNGARY | 08-13555 (JMP) | 10/06/2009 | 36738 | $11,666.00 | No Liability Claim |
| 36 | JAMES, NOEL PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET - 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33385 | $396.00 | No Liability Claim |
| 37 | JONES LANG LASALLE PROPERTY CONSULTANTS PTE LTD. C/O JOSEPH D. FRANK FRANK/GECKER LLP 325 N. LASALLE STREET, SUITE 625 CHICAGO, IL 60654 | 08-13555 (JMP) | 09/08/2009 | 10678 | $118,522.00* | No Liability Claim |
| 38 | K.C. DAT LTD 17TH FLOOR 3 LOCKHART ROAD WANCHAI, HONG KONG | 08-13555 (JMP) | 08/12/2009 | 8049 | $5,679.00 | No Liability Claim |
| 39 | KYRIAKIDES GEORGOPOULOS & DANIOLOS ISSAI 28, DIMITRIOU SOUTSOU STREET ATHENS, 11521 GREECE | 08-13555 (JMP) | 09/21/2009 | 19845 | $10,325.39 | No Liability Claim |
| 40 | LANDAU MEDIA MONITORING AG & CO. KG FRIEDRICHSTRABE 30 BERLIN, 10969 GERMANY | | 06/29/2009 | 5020 | Undetermined | No Liability Claim |
| 41 | LOYENS & LEOFF 26 THROGMORTON STREET LONDON, EC2N 2AN UNITED KINGDOM | 08-13555 (JMP) | 07/21/2009 | 5797 | $6,914.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 151: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 42 | LYRECO (CANADA) INC 7303 WARDEN AVE, SUITE 200 MARKHAM, ONT., L3R 5Y6 CANADA | | 11/21/2008 | 829 | Undetermined | No Liability Claim |
| 43 | MAGSTAT CONSULTING SRL VIA MONTE GRAPPA 3-40121 BOLOGNA (BO), ITALY | | 12/09/2008 | 1259 | $3,474.00 | No Liability Claim |
| 44 | MARKET NEWS INTERNATIONAL INC. 40 FULTON ST 5TH FL NEW YORK, NY 10038 | 08-13555 (JMP) | 06/08/2009 | 4807 | $9,467.89 | No Liability Claim |
| 45 | MTS CETO SA AL. ARMII LUDOWEJ 26 WARSAW, 00-609 POLAND | 08-13555 (JMP) | 09/21/2009 | 24731 | $26,948.83 | No Liability Claim |
| 46 | NITTAN CAPITAL SINGAPORE PTE LTD MICHELLE CHUA 9 RAFFLES PLACE, # 16 - 21 REPUBLIC PLAZA II , 048619 SINGAPORE | 08-13555 (JMP) | 10/10/2008 | 167 | Undetermined | No Liability Claim |
| 47 | NITTAN FX LIMITED 3-14, 3-CHOME NIHONBASHI HONGOKUCHO CHUO-KU TOKYO 103-0021, JAPAN, JAPAN | | 08/10/2009 | 7939 | $3,931.94 | No Liability Claim |
| 48 | ON THE WALL GALLERY, (DUBLIN) LTD. (OR KERLIN GALLERY) JOHN KENNEDY, DIRECTOR ANNE'S LANE, SOUTH ANNE STREET DUBLIN 2, IRELAND | 08-13555 (JMP) | 11/03/2008 | 461 | $992.25 | No Liability Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 151: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 49 | PARKER CLARK EXECUTIVE RECRUITMENT INC 420 LEXINGTON AVE RM 2547 NEW YORK, NY 101702599 | | 07/15/2009 | 5371 | $1,538.66 | No Liability Claim |
| 50 | PESANTES, SERGIO ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 19063 | $792.00 | No Liability Claim |
| 51 | PIERRE, HEURTELOU NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FL NEW YORK, NY 10007 | | 09/18/2009 | 33350 | $792.00 | No Liability Claim |
| 52 | PLATZ, JAMES ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 19059 | $396.00 | No Liability Claim |
| 53 | PRYOR, JEFFREY M. ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 19058 | $396.00 | No Liability Claim |
| 54 | RABASSA, AUGUSTIN ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 19057 | $396.00 | No Liability Claim |
| 55 | RICCIUTO, GERARD ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 19056 | $396.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 151: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 56 | RIGHT MANAGEMENT, INC. ATTN: PRINCE ALTEE THOMAS, ESQ. FOX ROTHSCHILD LLP 2000 MARKET STREET, 20TH FLOOR PHILADELPHIA, PA 19103-3222 | 08-13555 (JMP) | 07/17/2009 | 5503 | $133,000.00 | No Liability Claim |
| 57 | RIVERA, HECTOR J. PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET - 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33355 | $1,188.00 | No Liability Claim |
| 58 | SAS SOFTWARE LTD WITTINGTON HOUSE HENLEY ROAD MEDMENHAM MARLOW BUCKS, SL7 2EB UNITED KINGDOM | 08-13555 (JMP) | 07/27/2009 | 6306 | $120,094.70 | No Liability Claim |
| 59 | SIGMA ENERGY SOLUTIONS INC. DAVID A. HAZELTON 2000 DAY HILL ROAD WINDSOR, CT 06095 | | 02/18/2009 | 2894 | $66,348.32 | No Liability Claim |
| 60 | SMYTH, EDWARD P. PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK, NY 10007 | | 09/18/2009 | 33327 | $396.00 | No Liability Claim |
| 61 | SUAREZ & NARVASA 3/F CSJ BUILDING 105 AGUIRRE STREET LEGASPI VILLAGE MAKATI CITY, 4149 PHILIPPINES | 08-13555 (JMP) | 09/14/2009 | 12627 | $2,280.24 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 151: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 62 | SULLIVAN, CHRISTIAN<br>PAID DETIAL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET-3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33329 | $396.00 | No Liability Claim |
| 63 | TAVERAS, ROBIN<br>NYPD PAID DETAILUNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33330 | $396.00 | No Liability Claim |
| 64 | TEAM RELOCATIONS<br>DRURY WAY<br>BRENT PARK<br>LONDON, NW10 0JN<br>UNITED KINGDOM | | 07/31/2009 | 6790 | $57,581.26 | No Liability Claim |
| 65 | TEJERA, JUAN<br>PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET-3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33331 | $396.00 | No Liability Claim |
| 66 | THON STANHOPE HOTEL SA<br>AVENUE LOUISE 91- 93<br>BRUSSELS, 1050<br>BELGIUM | 08-13555 (JMP) | 08/17/2009 | 8586 | $259.71 | No Liability Claim |
| 67 | TOWERS PERRIN<br>ATTN: GAIL HIESTARD<br>263 TRESSER BOULEVARD<br>ONE STAMFORD PLAZA, 6TH FLOOR<br>STAMFORD, CT 06901 | 08-13555 (JMP) | 10/27/2008 | 394 | $314,012.50 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 151: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 68 | VALENTINE, CHRISTOPHER<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET- 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33332 | $396.00 | No Liability Claim |
| 69 | VAZQUEZ JR., JUAN<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33334 | $396.00 | No Liability Claim |
| 70 | VAZQUEZ, ELVIS<br>NYPD PAID DETAIL UNIT<br>ATTN: NADINE POPE<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33333 | $396.00 | No Liability Claim |
| 71 | VUCKOVIC, JOSIP<br>ATTN: NADINE POPE<br>PAID DETAIL UNIT<br>51 CHAMBERS STREET 3RD FLOOR<br>NEW YORK, NY 10007 | | 09/18/2009 | 33335 | $396.00 | No Liability Claim |
| 72 | WEDBUSH MORGAN SECURITIES INC.<br>ATTN:  CHARLES LACHAUSSEE,<br>CORPORATE COUNSEL<br>1000 WILSHIRE BOULEVARD<br>LOS ANGELES, CA 90017 | 08-13555 (JMP) | 02/23/2009 | 2984 | $614,830.00* | No Liability Claim |
| 73 | XEROX CORP<br>XEROX CAPITAL SERVICES LLC<br>ATTN: VANESSA ADAMS<br>1301 RIDGEVIEW DRIVE-450<br>LEWISVILLE, TX 75057 | 08-13555 (JMP) | 03/31/2009 | 3632 | $3,606.05 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 151: EXHIBIT A – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 74 | YAHOO! HOTJOBS<br>C/O BIALSON, BERGN & SCHWAB<br>ATTN: LAWRENCE SCHWAB / THOMAS GAA<br>2600 EL CAMINO REAL, STE 300<br>PALO ALTO, CA 94306 | 08-13555 (JMP) | 09/21/2009 | 24496 | $116,802.94 | No Liability Claim |
| | | | | TOTAL | $6,162,729.55 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
In re                                                    :        **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**
                                                         :
                                 **Debtors.**            :        **(Jointly Administered)**
----------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' ONE HUNDRED FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the one hundred fifty-first omnibus objection to claims, dated June 7, 2011

(the "One Hundred Fifty-First Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings

Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United

States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [Docket No. 6664] (the "Procedures Order"), seeking disallowance and

expungement of the No Liability Claims on the grounds that they assert claims against entities

that are not debtors in these jointly administered chapter 11 cases, all as more fully described in

the One Hundred Fifty-First Omnibus Objection to Claims; and due and proper notice of the One

Hundred Fifty-First Omnibus Objection to Claims having been provided to (i) the U.S. Trustee;

(ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission;

(iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of

New York; (vi) the claimants listed on Exhibit A attached to the One Hundred Fifty-First

Omnibus Objection to Claims; and (vii) all other parties entitled to notice in accordance with the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred Fifty-First Omnibus Objection to Claims.

procedures set forth in the second amended order entered on June 17, 2010 governing case

management and administrative procedures for these cases [Docket No. 9635]; and the Court

having found and determined that the relief sought in the One Hundred Fifty-First Omnibus

Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties

in interest and that the legal and factual bases set forth in the One Hundred Fifty-First Omnibus

Objection to Claims establish just cause for the relief granted herein; and after due deliberation

and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the One Hundred Fifty-First Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "No Liability Claims") are disallowed and

expunged in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the No Liability Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the One Hundred

Fifty-First Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE