HEARING DATE AND TIME:  July 21, 2011 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE:  July 7, 2011 at 4:00 p.m. (Eastern Time)

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF DEBTORS' ONE HUNDRED FIFTY-SECOND OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

### NOTICE OF HEARING ON DEBTORS' ONE HUNDRED FIFTY-SECOND OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

  **PLEASE TAKE NOTICE** that on June 7, 2011, Lehman Brothers Holdings Inc.

and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in

possession (collectively, the "Debtors"), filed their one hundred fifty-second omnibus objection

to claims (the "Debtors' One Hundred Fifty-Second Omnibus Objection to Claims"), and that a

hearing (the "Hearing") to consider the Debtors' One Hundred Fifty-Second Omnibus Objection

to Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in

Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, New York, New York 10004, on **July 21, 2011 at 10:00 a.m. (Eastern**

**Time),** or as soon thereafter as counsel may be heard.

   **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' One

Hundred Fifty-Second Omnibus Objection to Claims must be in writing, shall conform to the

Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall

be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-242

(which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's

filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-242, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark

Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street,

21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini,

Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured

creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan

Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and

Evan Fleck, Esq.); so as to be so filed and received by no later than **July 7, 2011 at 4:00 p.m.**

**(Eastern Time)** (the "Response Deadline").

        **PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and

served with respect to the Debtors' One Hundred Fifty-Second Omnibus Objection to Claims or

any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the

Bankruptcy Court an order substantially in the form of the proposed order annexed to the

Debtors' One Hundred Fifty-Second Omnibus Objection to Claims, which order may be entered

with no further notice or opportunity to be heard offered to any party.

Dated:  June 7, 2011
      New York, New York

                           /s/ Robert J. Lemons
                           Robert J. Lemons

                           WEIL, GOTSHAL & MANGES LLP
                           767 Fifth Avenue
                           New York, New York 10153
                           Telephone: (212) 310-8000
                           Facsimile: (212) 310-8007

                           Attorneys for Debtors
                           and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

<u>DEBTORS' ONE HUNDRED FIFTY-SECOND OMNIBUS</u>
<u>OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)</u>

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE
CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING
THIS ONE HUNDRED FIFTY-SECOND OMNIBUS OBJECTION TO
CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE
IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE
OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED
THERETO TO DETERMINE WHETHER THIS OBJECTION
AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT
DEBTORS' COUNSEL, ERIN ECKOLS, AT 214-746-7700.**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent:

### **Relief Requested**

1.     The Debtors file this one hundred fifty-second omnibus objection to claims (the "One Hundred Fifty-Second Omnibus Objection to Claims"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking the disallowance and expungement of the claims listed on Exhibit A annexed hereto.

2.     The Debtors have examined the proofs of claim identified on Exhibit A and have determined that the proofs of claim listed under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "Amended and Superseded Claims") have been amended and superseded by at least one subsequently filed, corresponding claim identified under the heading "*Surviving Claims*" (collectively, the "Surviving Claims").  The Debtors seek the disallowance and expungement from the Court's claims register of the Amended and Superseded Claims and preservation of the Debtors' right to later object to any Surviving Claim on any basis.

3.        This One Hundred Fifty-Second Omnibus Objection to Claims does not affect any of the Surviving Claims and does not constitute any admission or finding with respect to any of the Surviving Claims.  Further, the Debtors reserve all their rights to object on any basis to any Amended and Superseded Claim as to which the Court does not grant the relief requested herein.

**Jurisdiction**

4.        This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

5.        Commencing on September 15, 2008, and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.        On September 17, 2008, the United States Trustee for Region 2 (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

7.        On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's

appointment of the Examiner.  The Examiner has filed his report pursuant to section

1106(b) of the Bankruptcy Code [Docket No. 7531].

8.    On January 14, 2010, the Court entered the Procedures Order,

which authorizes the Debtors, among other things, to file omnibus objections to no more

than 500 claims at a time, on various grounds, including those set forth in Bankruptcy

Rule 3007(d) and those additional grounds set forth in the Procedures Order.

### The Amended and Superseded Claims Should Be Disallowed and Expunged

9.    In reviewing the claims filed on the claims register in these cases

and maintained by the Court-appointed claims agent, the Debtors have determined that

each Amended and Superseded Claim on Exhibit A has been amended and superseded by

the corresponding Surviving Claim that was subsequently filed by or on behalf of the

same creditor.

10.    A filed proof of claim is "deemed allowed, unless a party in

interest . . . objects."  11 U.S.C. § 502(a).  If an objection refuting at least one of the

claim's essential allegations is asserted, the claimant has the burden to demonstrate the

validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009);

*In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS

660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524,

539 (Bankr. S.D.N.Y. 2000).

11.    Section 502(b)(1) of the Bankruptcy Code provides, in relevant

part, that a claim may not be allowed to the extent that "such claim is unenforceable

against the debtor and property of the debtor, under any agreement or applicable law."

11 U.S.C. § 502(b)(1).  Claims that are amended and superseded by subsequent claims

filed by the same creditor are routinely disallowed and expunged.  *See, e.g.*, *In re Enron Corp.*, Case No. 01 B 16034 (AJG), 2005 WL 3874285, at *1 n.1 (Bankr. S.D.N.Y. Oct. 5, 2005) (noting that "[i]n as much as the Initial Claim was amended and superceded by the Amended Claim, it was disallowed and expunged . . . ."); *In re Best Payphones, Inc.*, Case No. 01-15472, 2002 WL 31767796, at *4, 11 (Bankr. S.D.N.Y. Dec. 11, 2002) (expunging amended, duplicative claim).

12.     The Debtors cannot be required to pay on the same claim more than once.  *See, e.g., In re Finley, Kumble, Wagner, Heine, Underberg, Manley, Myerson, & Casey*, 160 B.R. 882, 894 (Bankr. S.D.N.Y. 1993) ("In bankruptcy, multiple recoveries for an identical injury are generally disallowed.").  Elimination of redundant claims will also enable the Debtors to maintain a claims register that more accurately reflects the proper claims existing against the Debtors.

13.     Accordingly, to avoid the possibility of multiple recoveries by the same creditor, the Debtors request that the Court disallow and expunge in their entirety the Amended and Superseded Claims listed on <u>Exhibit A</u>.[1]  The Surviving Claims will remain on the claims register subject to further objections on any basis.

### Notice

14.     No trustee has been appointed in these chapter 11 cases.  The Debtors have served notice of this One Hundred Fifty-Second Omnibus Objection to Claims on (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United

---

[1]  Where a creditor has filed different documentation in support of the Amended and Superseded Claim and the Surviving Claim, the Debtors will treat all documentation filed with the claims as having been filed in support of the Surviving Claim.

States Attorney for the Southern District of New York; (vi) the claimants listed on

Exhibit A annexed hereto; and (vii) all other parties entitled to notice in accordance with

the procedures set forth in the second amended order entered on June 17, 2010, governing

case management and administrative procedures for these cases [Docket No. 9635].  The

Debtors submit that no other or further notice need be provided.

       15.     No previous request for the relief sought herein has been made by

the Debtors to this or any other Court.

       WHEREFORE the Debtors respectfully request that the Court grant the

relief requested herein and such other and further relief as is just.

Dated: June 7, 2011
     New York, New York

            /s/ Robert J. Lemons             
            Robert J. Lemons

            WEIL, GOTSHAL & MANGES LLP
            767 Fifth Avenue
            New York, New York 10153
            Telephone: (212) 310-8000
            Facsimile: (212) 310-8007

            Attorneys for Debtors
            and Debtors in Possession

# EXHIBIT A

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | AIU INSURANCE COMPANY JAPAN BRANCH ATTN: CHIEF INVESTMENT OFFICER AIG BUILDING 1-1-3 MARUNOUCHI CHIYODA-KU TOKYO, 100-8234 JAPAN | 09/18/2009 | 08-13555 (JMP) | 18770 | $3,276,196.00* | THE ROYAL BANK OF SCOTLAND PLC TRANSFEROR: RBS SECURITIES JAPAN LIMITED 600 STEAMBOAT ROAD GREENWICH, CT 06830 | 02/25/2010 | 08-13555 (JMP) | 66327 | $2,873,838.00 |
| 2 | AIU INSURANCE COMPANY JAPAN BRANCH ATTN: CHIEF INVESTMENT OFFICER AIG BUILDING 1-1-3 MARUNOUCHI CHIYODA-KU TOKYO, 100-8234 JAPAN | 09/18/2009 | 08-13555 (JMP) | 18771 | $3,481,305.00* | THE ROYAL BANK OF SCOTLAND PLC TRANSFEROR: RBS SECURITIES JAPAN LIMITED 600 STEAMBOAT ROAD GREENWICH, CT 06830 | 02/25/2010 | 08-13555 (JMP) | 66328 | $2,873,838.00 |
| 3 | AIU INSURANCE COMPANY JAPAN BRANCH ATTN: CHIEF INVESTMENT OFFICER AIG BUILDING 1-1-3 MARUNOUCHI CHIYODA-KU TOKYO, 100-8234 JAPAN | 09/18/2009 | 08-13555 (JMP) | 18772 | $11,182,065.00* | THE ROYAL BANK OF SCOTLAND PLC TRANSFEROR: RBS SECURITIES JAPAN LIMITED 600 STEAMBOAT ROAD GREENWICH, CT 06830 | 02/25/2010 | 08-13555 (JMP) | 66329 | $9,579,462.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 4 | AKTIA BANK PLC FOR THE BENEFIT OF CLIENTS MANNERHEIMINETIE 14 HELSINKI, FIN-00101 FINLAND | 10/28/2009 | 08-13555 (JMP) | 50353 | $1,160,382.00 | AKTIA BANK PLC FOR THE BENEFIT OF CLIENTS MANNERHEIMINTIE 14 HELSINKI, FIN-00100 FINLAND | 05/24/2011 | 08-13555 (JMP) | 67508 | $1,160,382.00 |
| 5 | AKTIA BANK PLC FOR THE BENEFIT OF CLIENTS MANNERHEIMINTIE 14 HELSINKI, FIN-00100 FINLAND | 10/28/2009 | 08-13555 (JMP) | 50354 | $990,570.00 | AKTIA BANK PLC FOR THE BENEFIT OF CLIENTS MANNERHEIMINTIE 14 HELSINKI, FIN-00101 FINLAND | 05/24/2011 | 08-13555 (JMP) | 67510 | $990,570.00 |
| 6 | ANDRES HIBERNON GARCIA GORRITA DIAZ, JESUS GARCIA DIAZ, CAYETANO GARCIA-GORRITA DIAZ, SUSANA GARCIA DIAZ, MILAGRO GARCIA-DIAZ, FRANCISCO CRISTOBAL GARCIA DIAZ, PALOMA GARCIA DIAZ, CARMEN GARCIA DIAZ, MARIA DESAMPARADOS GARCIA DIAZ ATTN: CARMEN GARCIA DIAZ VALENCIA, SPAIN | 06/15/2009 | 08-13555 (JMP) | 4888 | $191,038.50* | GARCIA GORRTA, ANDRES HIBERNON ETAL AV/PRIMADO RENE 179 11-A VALENCIA, | 11/06/2009 | 08-13555 (JMP) | 65090 | $191,038.50 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 7 | ARNDT, HEINRICH AND MARIANNE RINGSTR. 30 MORFELDEN-WALLDORF, D-64546 GERMANY | 09/22/2009 | 08-13555 (JMP) | 31120 | $28,302.00 | ARNDT, HEINRICH AND MARIANNE RINGSTR. 30 MOERFELDEN-WALLDORF, D-64546 GERMANY | 09/28/2009 | 08-13555 (JMP) | 35327 | $28,302.00 |
| 8 | BANCA EUROMOBILIARE (SUISSE) VIA BALESTRA 17 LUGANO, 6900 SWITZERLAND | 10/26/2009 | 08-13555 (JMP) | 47069 | $480,000.00 | BANCA EUROMOBILIARE (SUISSE) VIA BALESTRA 17 6900 LUGANO, SWITZERLAND | 05/19/2011 | 08-13555 (JMP) | 67496 | $683,328.00 |
| 9 | BANCA EUROMOBILIARE (SUISSE) VIA BALESTRA 17 LUGANO, 6900 SWITZERLAND | 10/26/2009 | 08-13555 (JMP) | 47070 | $200,000.00 | BANCA EUROMOBILIARE (SUISSE) VIA BALESTRA 17 6900 LUGANO, SWITZERLAND | 05/19/2011 | 08-13555 (JMP) | 67495 | $284,720.00 |
| 10 | BANCA EUROMOBILIARE (SUISSE) VIA BALESTRA 17 LUGANO, 6900 SWITZERLAND | 10/26/2009 | 08-13555 (JMP) | 47071 | $120,000.00 | BANCA EUROMOBILIARE (SUISSE) VIA BALESTRA 17 6900 LUGANO, SWITZERLAND | 05/19/2011 | 08-13555 (JMP) | 67494 | $170,832.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 11 | BANCA EUROMOBILIARE (SUISSE) VIA BALESTRA 17 LUGANO, 6900 SWITZERLAND | 10/26/2009 | 08-13555 (JMP) | 47072 | $100,000.00 | BANCA EUROMOBILIARE (SUISSE) VIA BALESTRA 17 6900 LUGANO, SWITZERLAND | 05/19/2011 | 08-13555 (JMP) | 67493 | $142,360.00 |
| 12 | BANCA EUROMOBILIARE (SUISSE) VIA BALESTRA 17 LUGANO, 6900 SWITZERLAND | 10/26/2009 | 08-13555 (JMP) | 47073 | $15,000.00 | BANCA EUROMOBILIARE (SUISSE) VIA BALESTRA 17 6900 LUGANO, SWITZERLAND | 05/19/2011 | 08-13555 (JMP) | 67492 | $21,354.00 |
| 13 | BANCO ITAU EUROPA LUXEMBOURG S.A 29, AVENUE DE LA PORTE NEUVE LUXEMBOURG, L-2227 LUXEMBOURG | 10/30/2009 | 08-13555 (JMP) | 57535 | Undetermined | BANCO ITAU EUROPA LUXEMBOURG S.A 29, AVENUE DE LA PORTE NEUVE LUXEMBOURG, L-2227 LUXEMBOURG | 05/19/2011 | 08-13555 (JMP) | 67498 | $71,005.00 |
| 14 | BANCO ITAU EUROPA LUXEMBOURG S.A 29, AVENUE DE LA PORTE NEUVE LUXEMBOURG, L-2227 LUXEMBOURG | 10/30/2009 | 08-13555 (JMP) | 57539 | Undetermined | BANCO ITAU EUROPA LUXEMBOURG S.A 29, AVENUE DE LA PORTE NEUVE LUXEMBOURG, L-2227 LUXEMBOURG | 05/19/2011 | 08-13555 (JMP) | 67497 | $170,412.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 15 | **CAPITAL BANK GRAWE GRUPPE BRANDHOFGASSE 22 GRAZ, A-8010 AUSTRIA** | 10/28/2009 | 08-13555 (JMP) | 50476 | $1,595,102.97 | **CAPITAL BANK GRAWE GRUPPE BRANDHOFGASSE 22 GRAZ, A-8010 AUSTRIA** | 03/03/2010 | 08-13555 (JMP) | 66356 | $4,163,981.52 |
| | **TRANSFERRED TO: YORVIK PARTNERS LLP TRANSFEROR: CAPITAL BANK GRAWE GRUPPE 11 IRONMONGER LANE LONDON, EC2V 8EY UNITED KINGDOM** | | | | $824,985.00 | **TRANSFERRED TO: YORVIK PARTNERS LLP TRANSFEROR: CAPITAL BANK GRAWE GRUPPE 11 IRONMONGER LANE LONDON, EC2V 8EY UNITED KINGDOM** | | | | $824,985.00 |
| 16 | **CARES CAIXA GERAL DE DEPOSITOS, SA - CAIXAGEST SA EDIFICIO CAIXA GERAL DE DEPOSITOS, AV JOAO XXI, N63-2 PISO LISBOA, 1000-300 PORTUGAL** | 01/27/2009 | 08-13555 (JMP) | 2054 | $198,114.00 | **CARES-COMPANHIA DE SEGUROS, S.A. C/O ERIC B. FISHER, ESQ., BUTZEL LONG, A PROFESSIONAL CORPORATION 380 MADISON AVE., 22ND FLOOR NEW YORK, NY 10017** | 11/02/2009 | 08-13555 (JMP) | 63360 | $200,410.28 |
| 17 | **CASSA DI RISPARMIO DI ASTI S.P.A. C/O REED SMITH LLP ATTN: DAVID M. GRIMES, ESQ. & JOHN L. SCOTT, ESQ. 599 LEXINGTON AVENUE NEW YORK, NY 10022** | 04/07/2009 | 08-13888 (JMP) | 3711 | Undetermined | **CASSA DI RISPARMIO DI ASTI BANCA C.R. ASTI SPA PIAZZA LIBERTA 23 ASTI 14100 ITALY** | 09/16/2009 | 08-13888 (JMP) | 14288 | $607,492.96* |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 18 | CHONG SIU FUN FLAT G, 3/F TSUEN WAN CENTRE TSUEN WAN, NT, HONG KONG | 10/28/2009 | 08-13555 (JMP) | 50625 | $50,000.00 | CHONG SIU FUN FLAT 3G, BLK 13 TSUEN WAN CENTRE TSUEN WAN, NT, HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64519 | $50,000.00* |
| 19 | CONVERIUM GE C/O DEBORAH GALLETTI, IMMEUBLE SCOR, 1 AVENUE DU GENERAL DE GAULLE PARIS LA DEFENSE CEDEX, 92074 FRANCE | 10/30/2009 | 08-13555 (JMP) | 60633 | $3,252,021.29* | SCOR RUCKVERSICHERUNG (DEUTSCHLAND) A.G. C/O DEBORAH GALLETTI IMMEUBLE SCOR 1 AVENUE DU GENERALE DU GAULLE PARIS LA DEFENSE CEDEX, 92074 FRANCE | 07/07/2010 | 08-13555 (JMP) | 66924 | $3,252,021.29* |
| 20 | D'LUNA CANTON, JOSE FRANCISCO LILIANA ASCENCIO DE LUNA/ VERONICA VANESSA/JACQUELINE/ CYNTHIA P. D'LUNA ASCENCIO RAYON #237 COL. OBRERA ENSENADA B.C., 22830 MEXICO | 07/29/2009 | | 6647 | $50,000.00 | FRANCISCO D'LUNA CANTON, JOSE/ LILIANA ASCENCIO DE LUNA VERONICA VANESSA/JACQUELINE/ CYNTHIA P. D'LUNA ASCENCIO RAYON #237 COL. OBRERA ENSENADA, BC-22830 MEXICO | 11/17/2009 | 08-13555 (JMP) | 65592 | $50,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 21 | DE BEUSSCHER, STEPHANIE RUE DE DREUMONT, 51A VILLERS-LA-VILLE, 1495 BELGIUM | 11/12/2008 | 08-13555 (JMP) | 594 | Undetermined | DE BEUSSCHER, STEPHANIE CHEMIN DE FRASNES 5 REVES, 6210 BELGIUM | 11/03/2009 | 08-13555 (JMP) | 64436 | $29,841.18 |
| 22 | DE GUADALUPE PARAMO MUGUIRO, PATRICIA JOSE MA DE LOS ANGELES OLIVEROS AV TORRESLANDA 204 PB COL EL PARQUE CELAYA GUANAJUATO, 38010 MEXICO | 03/23/2009 | 08-13555 (JMP) | 3454 | $150,000.00 | PARAMO, PATRICIA DE GUADALUPE / OLIVEROS, JOSE MA DE LOS ANGELES OLIVEROS MAQUEO AV TORRESLANDA 204 PB COL EL PARQUE CELAYA GUANAJUATO, 38010 MEXICO | 11/23/2009 | 08-13555 (JMP) | 65675 | $150,000.00 |
| 23 | DUPONT, ALBERT 90 RUE BOIS SAINT JEAN STAVE, 5646 BELGIUM | 09/29/2009 | 08-13555 (JMP) | 35534 | $22,647.56 | DUPONT, ALBERT RUE BOIS - SAINT - JEAN M 0 90 STAVE (METTET), 5646 BELGIUM | 12/09/2009 | 08-13555 (JMP) | 65886 | $22,220.64 |
| 24 | FILIPPO, DANIELE VIA ROMA 42 S GIOVANNI AL NATISONE (UD), 33100 ITALY | 09/24/2009 | 08-13555 (JMP) | 34765 | $28,116.60 | FILIPPO, DANIELE VIA ROMA 42 S. GIOVANNI AL NATISONE , UD 33048 ITALY | 05/16/2011 | 08-13555 (JMP) | 67488 | $28,116.60 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 25 | FILIPPO, DANIELE VIA ROMA 42 S GIOVANNI AL NATISONE, 33100 ITALY | 08/13/2009 | 08-13555 (JMP) | 8220 | $77,050.00 | FILIPPO, DANIELE VIA ROMA 42 S. GIOVANNI AL NATISONE , UD 33048 ITALY | 05/16/2011 | 08-13555 (JMP) | 67489 | $77,050.00 |
| 26 | FOX, STEPHEN 9 BLENHEIM ROAD LONDON, W4 1UB UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 31653 | $150,000.00 | FOX, STEPHEN 19 BINDEN ROAD LONDON, W12 9RJ UNITED KINGDOM | 10/28/2009 | 08-13555 (JMP) | 51238 | $150,000.00 |
| 27 | FUNDO DE PENSOES AON REPRENSENTED BY GROUPAMA SEGUROS DE VIDA, S.A. ATTN: MR. JOAO QUINTANILHA AVENIDA DE BERMA, 24 LISBOA, D 1069-170 PORTUGAL | 05/15/2009 | 08-13555 (JMP) | 4363 | Undetermined | FUNDO DE PENSOES AON REPRESENTED BY GROUPAMA SEGUROS DE VIDA, S.A. ATTN: MR. JOAO QUINTANILHA AVENIDA DE BERNA, 24 LISBOA, 1069-170 PORTUGAL | 11/06/2009 | 08-13555 (JMP) | 65039 | $183,963.00* |
| 28 | GIESBRECHT, HARTMUT FICHTENSTR. 7 HIRSCHBERG, D-69493 GERMANY | 11/17/2009 | 08-13555 (JMP) | 65632 | $29,180.00 | GIESBRECHT, HARTMUT DR. FICHTENSTR. 7 HIRSCHBERG, D-69493 GERMANY | 11/27/2009 | 08-13555 (JMP) | 65742 | $29,180.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 29 | GLG CORE PLUS STERLING BOND FUND (FORMERLY KNOWN AS SG CORE PLUS STERLING BOND FUND) 1 CURZON STREET LONDON, W1J 5HB UNITED KINGDOM | 11/02/2009 | 08-13555 (JMP) | 62730 | $357,540.00 | GLG CORE PLUS STERLING BOND FUND (FORMELY KNOWN AS SG CORE PLUS STERLING BOND FUND) 1 CURZON STREET LONDON, W1J 5HB UNITED KINGDOM | 11/06/2009 | 08-13555 (JMP) | 65123 | $357,540.00 |
| 30 | HAGEDORN, CHRISTIAN 350 W. 43RD ST., APT. 10D NEW YORK, NY 10036 | 10/22/2008 | 08-13555 (JMP) | 340 | $12,000.00 | HAGEDORN, CHRISTIAN 350 W. 43RD ST., APT. 30J NEW YORK, NY 10036 | 09/28/2009 | 08-13555 (JMP) | 35152 | $28,450.00 |
| 31 | HANG, CHAN WING CHUN ST. MA ON SHAN, N.T. HONG KONG, JAPAN | 07/28/2009 | 08-13555 (JMP) | 6571 | $130,000.00 | CHAN WING HANG RM 77 10/F HORIZON SUITE 29 ON CHUN STREET MA ON SHAN, NT, HONG KONG | 10/13/2009 | 08-13555 (JMP) | 39521 | $130,000.00* |
| 32 | HEISS, EDMUND DR ALMBUTTENWEG 15 EDRMISCH-PARTENKIRCHEN, D-82467 GERMANY | 10/01/2009 | 08-13555 (JMP) | 35968 | Undetermined | HEISS, EDMUND ALMHUTTENWEG 15 GARMISCH-PARTENKIRCHEN, D-82467 GERMANY | 10/26/2009 | 08-13555 (JMP) | 46541 | $21,301.50 |
| 33 | HERRE, DORIS WIESENSTR. 6 STRABBERG, D72479 GERMANY | 09/23/2009 | 08-13555 (JMP) | 34359 | $42,642.00 | HERRE, DORIS WIESENSTR. 6 STRABBERG, D72479 GERMANY | 10/09/2009 | 08-13555 (JMP) | 37289 | $42,642.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 34 | HEUN, PETER C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57799 | $1,432.28 | HEUN, PETER BLANKENHAINER STR. 8 ERFURT, D-99099 GERMANY | 12/21/2009 | 08-13555 (JMP) | 65983 | $1,413.67 |
| 35 | HILLERBRAND, ASTRID SCHLUESSELGASSE 8/11 VIENNA, 1040 AUSTRIA | 10/13/2009 | 08-13555 (JMP) | 39734 | $16,855.07 | HILLERBRAND, ASTRID SCHLUESSELGASSE 8/11 VIENNA, 1040 AUSTRIA | 05/27/2011 | 08-13555 (JMP) | 67512 | $35,945.90 |
| 36 | INSTITUTO BANCARIO SAMMARINESE S.P.A. VIA III SETTEMBRE 99 DOGANA, 47891 SAN MARINO | 10/29/2009 | 08-13555 (JMP) | 55148 | $350,000.00 | INSTITUTO BANCARIO SAMMARINESE S.P.A. VIA III SETTEMBRE 99 DOGANA, 47891 SAN MARINO | 06/04/2010 | 08-13555 (JMP) | 66791 | $490,000.00 |
| 37 | INSTITUTO BANCARIO SAMMARINESE S.P.A. VIA III SETTEMBRE 99 DOGANA, 47891 SAN MARINO | 10/29/2009 | 08-13555 (JMP) | 55151 | $1,500,000.00 | INSTITUTO BANCARIO SAMMARINESE S.P.A. VIA III SETTEMBRE 99 DOGANA, 47891 SAN MARINO | 06/04/2010 | 08-13555 (JMP) | 66787 | $2,100,000.00 |
| 38 | INSTITUTO BANCARIO SAMMARINESE S.P.A. VIA III SETTEMBRE 99 DOGANA, 47891 SAN MARINO | 10/29/2009 | 08-13555 (JMP) | 55152 | $500,000.00 | INSTITUTO BANCARIO SAMMARINESE S.P.A. VIA III SETTEMBRE 99 DOGANA, 47891 SAN MARINO | 06/04/2010 | 08-13555 (JMP) | 66790 | $700,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 39 | JANSEN, R.P. ZHIDMAAD 6 OOSTERWOLDE, FR 8431ZA NETHERLANDS | 10/21/2009 | 08-13555 (JMP) | 43430 | $25,500.00 | JANSEN, R.P. ZUIDMAAD 6 OOSTERWOLDE (FR), 8431ZA NETHERLANDS | 12/02/2009 | 08-13555 (JMP) | 65816 | $25,500.00 |
| 40 | JOSEFINA FLORES OCHOA/SERGIO LEAL FLORES ARCIGA 34 COL CENTRO PATZCUARO MICH, 61600 MEXICO | 07/27/2009 | | 6193 | $142,000.00 | FLORES, SERGIO LEAL AND JOSEFINA FLORES OCHOA ARCIGA 34COL CENTRO PATZCUARO MICH, 61600 MEXICO | 11/05/2009 | 08-13555 (JMP) | 64859 | $142,000.00 |
| 41 | JOSEFINA FLORES OCHOA/SERGIO LEAL FLORES ARCIGA 34 COL CENTRO PATZCUARO MICH, 61600 MEXICO | 07/27/2009 | 08-13555 (JMP) | 6194 | $258,000.00 | JOSEFINA FLORES OCHOA/SERGIO LEAL FLORES ARCIGA 34 COL CENTRO PATZCUARO MICHOACAN, 61600 MEXICO | 11/05/2009 | 08-13555 (JMP) | 64860 | $258,000.00 |
| 42 | KLEINWORT BENSON PRIVATE BANK LIMITED ATTN: MATTHEW GLASS 30 GRESHAM STREET LONDON, EC2V 7PG UNITED KINGDOM | 10/05/2009 | 08-13555 (JMP) | 36294 | $205,369.36 | KLEINWORT BENSON BANK ATTN: EMMA VERNON 30 GRESHAM STREET LONDON, EC2V 7PG UNITED KINGDOM | 05/23/2011 | 08-13555 (JMP) | 67504 | $205,369.36 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | **CLAIMS TO BE DISALLOWED AND EXPUNGED** | | | | **SURVIVING CLAIMS** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 43 KLEINWORT BENSON PRIVATE BANK LIMITED ATTN: MATTHEW GLASS 30 GRESHAM STREET LONDON, EC2V 7PG UNITED KINGDOM | 10/05/2009 | 08-13555 (JMP) | 36296 | $1,911,890.75 | KLEINWORT BENSON BANK ATTN: EMMA VERNON 30 GRESHAM STREET LONDON, EC2V 7PG UNITED KINGDOM | 05/23/2011 | 08-13555 (JMP) | 67505 | $2,543,608.21 |
| 44 KLEINWORT BENSON PRIVATE BANK LIMITED ATTN: MATTHEW GLASS 30 GRESHAM STREET LONDON, EC2V 7PG UNITED KINGDOM | 10/05/2009 | 08-13555 (JMP) | 36297 | $405,157.87 | KLEINWORT BENSON BANK ATTN: EMMA VERNON 30 GRESHAM STREET LONDON, EC2V 7PG UNITED KINGDOM | 05/23/2011 | 08-13555 (JMP) | 67503 | $539,028.12 |
| 45 LA DISTRIBUTION MODERNE PICARDE 18 AVENUE DE I'OPERA PARIS, 75001 FRANCE | 09/22/2009 | 08-13555 (JMP) | 27232 | $1,473,033.62 | LA DISTRIBUTION MODERNE PICARDE 18 AVENUE DE L'OPERA PARIS, 75001 FRANCE | 10/16/2009 | 08-13555 (JMP) | 40672 | $1,473,033.62 |
| 46 LA FE COMPANIA DE SEGUROS, S.A. ELDUAYEN, 32-36202 VIGO (PONTEVEDRA) SPAIN | 12/04/2008 | 08-13555 (JMP) | 1221 | $480,049.66 | LA FE COMPANIA DE SEGUROS S.A. C/ELDUAYEN, 32 VIGO (PONTEVEDRA), 36202 SPAIN | 10/28/2009 | 08-13555 (JMP) | 51779 | $480,049.66 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 47 | LANDESBANK BADEN-WURTTEMBERG ATTN: DR. RICHARD SIGEL AM HAUPTBAHNHOF 2 STUTTGART, 70173 GERMANY | 11/02/2009 | 08-13555 (JMP) | 62833 | $433,189,492.77 | LANDESBANK BADEN - WURTTEMBERG ATTN: DR. THOMAS WALTER AM HAUPTBAHNHOF 2 STUTTGART, 70173 GERMANY | 11/12/2010 | 08-13555 (JMP) | 67198 | $443,047,002.50* |
| | TRANSFERRED TO: GOLDENTREE DISTRESSED DEBT FUND, LP TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK, NY 10020 | | | | $11,964,600.00 | TRANSFERRED TO: GOLDENTREE DISTRESSED DEBT FUND, LP TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK, NY 10020 | | | | $5,481,480.00 |
| | TRANSFERRED TO: GOLDENTREE DISTRESSED DEBT MASTER FUND, LP TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK, NY 10020 | | | | $5,630,400.00 | TRANSFERRED TO: GOLDENTREE DISTRESSED DEBT MASTER FUND, LP TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK, NY 10020 | | | | $2,579,520.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 48 LAUTENSCHLAGER, ROLF A. SAUERBRUCHSTRASSE 31 MUENCHEN, 81377 GERMANY | 09/24/2009 | 08-13555 (JMP) | 34834 | $14,500.00 | LAUTENSCHLAGER, ROLF A. SAUERBRUCHSTRASSE 31 MUENCHEN, D 81377 GERMANY | 11/03/2009 | 08-13555 (JMP) | 64469 | $14,900.00 |
| 49 LINN ENERGY, LLC C/O DONALD A. WORKMAN BAKER & HOSTETLER LLP 1050 CONNECTICUT AVE., N.W., SUITE 1100 WASHINGTON, DC 20036 | 09/16/2009 | 08-13885 (JMP) | 13867 | $67,614,109.00 | LINN ENERGY, LLC C/O CHARLENE RIPLEY 600 TRAVIS, SUITE 5100 HOUSTON, TX 77002 | 04/08/2011 | 08-13885 (JMP) | 67455 | $51,000,000.00 |
| 50 LONDON LIFE INSURANCE COMPANY ATTN: SCOTT SMITH, BOND INVESTMENTS 100 OSBOURNE STREET, NORTH WINNIPEG, MB R3C 3AS CANADA | 10/22/2009 | 08-13555 (JMP) | 44055 | $5,007,972.60 | LONDON LIFE INSURANCE COMPANY ATTN: SCOTT SMITH, BOND INVESTMENTS 100 OSBOURNE STREET, N WINNIPEG, R3C 3AS CANADA | 07/29/2010 | 08-13555 (JMP) | 66973 | $4,676,444.81 |
| 51 LONDON LIFE INSURANCE COMPANY ATTN: SCOTT SMITH, BOND INVESTMENTS 100 OSBOURNE STREET, NORTH WINNIPEG, MB R3C 3AS CANADA | 10/22/2009 | 08-13555 (JMP) | 44056 | $25,343,410.96 | LONDON LIFE INSURANCE COMPANY ATTN: SCOTT SMITH, BOND INVESTMENTS 100 OSBOURNE STREET, N WINNIPEG, R3C 3A5 CANADA | 07/29/2010 | 08-13555 (JMP) | 66972 | $23,665,677.15 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 52  MACINNES, GORDON A. TRUSTEE TRUST GE BARTOL 03/01/1971 26 OLD HARTER RD MORRISTOWN, NJ 07960-6364 | 08/10/2009 | | 7877 | $257,256.50 | MACINNES, GORDON AS TTEE KATHERINE LUNT TTEE UAD 3/1/1971 26 OLD HARTER ROAD MORRISTOWN, NJ 07960 | 09/21/2009 | 08-13555 (JMP) | 25429 | $260,600.00 |
| 53  MAEDA FUDOSAN CO., LTD ATTN: TUTOMO KUOMOTO, TREASURY DIVISION 1-2 NISITENMA 6-CHOME KITA-KU, O SAKA, 530-0047 JAPAN | 07/13/2009 | 08-13555 (JMP) | 5278 | $957,640.26 | MAEDA FUDOSAN CO., LTD 1-2 NISTENMA 6-CHOME KITA-KU, OSAKA, 530-0047 JAPAN | 10/22/2009 | 08-13555 (JMP) | 44485 | $957,640.26 |
| 54  MAPFRE AGROPECUARIA COMPANIA INTERNACIONAL DE SEGUROS Y REASEGUROS SA KATTEN MUCHIN ROSENMAN LLP ATTN: MARC TRACT 575 MADISON AVENUE NEW YORK, NY 10022 | 04/23/2009 | 08-13555 (JMP) | 3908 | $3,544,552.72 | MAPFRE EMPRESAS S.A. SE SEGUROS Y REASEGUROS C/O KATTEN MUCHIN ROSENMAN LLP ATTN: MARC TRACT, ESQ 575 MADISON AVENUE NEW YORK, NY 10022 | 10/30/2009 | 08-13555 (JMP) | 59842 | $10,661,714.23 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 55 | MAPFRE EMPRESAS S.A. DE SEGUROS Y REASEGUROS KATTEN MUCHIN ROSENMAN LLP ATTN: MARC TRACT 575 MADISON AVENUE NEW YORK, NY 10022 | 04/23/2009 | 08-13555 (JMP) | 3907 | $7,117,161.51 | MAPFRE EMPRESAS S.A. SE SEGUROS Y REASEGUROS C/O KATTEN MUCHIN ROSENMAN LLP ATTN: MARC TRACT, ESQ 575 MADISON AVENUE NEW YORK, NY 10022 | 10/30/2009 | 08-13555 (JMP) | 59842 | $10,661,714.23 |
| 56 | MAPFRE FAMILIAR COMPANIA DE SEGUROS Y REASEGUROS SA (FORMERLY MAPFRE SEGUROS GENERALES COMPANIA DE SEGUROS Y REASEGUROS SA & MAPFRE AUTOMOVILES SA DE SEGUROS Y REASEGUROS KATTEN MUCHIN ROSENMAN LLP ATTN: MARC TRACT NEW YORK, NY 10022 | 04/23/2009 | 08-13555 (JMP) | 3909 | $24,784,544.52 | KATTEN MUCHIN ROSENMAN LLP ATTN: MARC TRACT, ESQ. 575 MADISON AVENUE NEW YORK, NY 10022 | 10/30/2009 | 08-13555 (JMP) | 59845 | $24,784,544.52 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 57 MAPFRE VISA S.A. DE SEGUROS Y REASEGUROS SOBRE LA VIDA HUMANA KATTEN MUCHIN ROSENMAN LLP ATTN: MARC TRACT 575 MADISON AVENUE NEW YORK, NY 10022 | 04/23/2009 | 08-13555 (JMP) | 3910 | $5,697,833.70 | MAPFRE VIDA S.A. DE SEGUROS Y REASEGUROS SOBRE LA VIDA HUMANA C/O KATTEN MUCHIN ROSENMAN LLP, ATTN: MARC TRACT, ESQ. 575 MADISON AVENUE NEW YORK, NY 10022 | 10/30/2009 | 08-13555 (JMP) | 59844 | $5,697,833.70 |
| 58 MONTES CABEZON, OVIDIO CALLE CERRO DELAIRE NO 4, V 2301 MADRID, MALADAHOWDA, 28220 SPAIN | 05/29/2009 | 08-13555 (JMP) | 4657 | $353,775.00 | MONTES CABEZON, OVIDIO CALLE CERRO DELAIRE NO 4, V 2301 MADRID, MALADAHOWDA, 28220 SPAIN | 10/05/2009 | 08-13555 (JMP) | 36463 | $353,775.00* |
| 59 MORZARIA, RAGINI 7 EDWINA GARDENS REDBRIDGE ESSEX, IG4 5BS UNITED KINGDOM | 09/25/2009 | | 34916 | $132,475.33 | MORZARIA, RAGINI 7 EDWINA GARDENS REDBRIDGE,ESSEX, IG4 5BS UNITED KINGDOM | 10/05/2009 | | 36225 | $132,475.33 |
| 60 MORZARIA, RAGINI 7 EDWINA GARDENS REDBRIDGE ESSEX, 1G4 5BS UNITED KINGDOM | 09/25/2009 | 08-13555 (JMP) | 34917 | $14,038.00 | MORZARIA, RAGINI 7 EDWINA GARDENS REDBRIDGE,ESSEX, IG4 5BS UNITED KINGDOM | 10/05/2009 | 08-13555 (JMP) | 36226 | $14,038.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 61 NEWCASTLE CITY COUNCIL, ""NSW AUSTRALIA"" TREASURY ACCOUNTANT - ALISSA JONES PO BOX 489 NEWCASTLE NSW, 2300 AUSTRALIA | 11/10/2008 | 08-13555 (JMP) | 566 | Undetermined | NEWCASTLE CITY COUNCIL, ""NSW AUSTRALIA"" SENIOR ACCOUNTING OFFICER-MARTIN SWAN PO BOX 489 NEWCASTLE NSW, 2300 AUSTRALIA | 11/03/2009 | 08-13555 (JMP) | 64264 | $445,878.00 |
| 62 NICAISE, LEANDRE RUE DE LA PLACE, 19 7062 NAAST, BELGIUM | 11/02/2009 | | 65664 | $14,654.00 | NICAISE, LEANDRE RUE DE LA PLACE, 19 NAAST, 7062 BELGIUM | 11/13/2009 | 08-13555 (JMP) | 65522 | $14,654.00* |
| 63 OCHOA, JOSEFINA F. & FLORES, JOSEFINA L. TIHUAPU Y AV MICH 253 VISTA BELLA FRACC LOMA DE VISTA BELLA MORELIA MICHOACAN , 58090 MEXICO | 07/30/2009 | 08-13555 (JMP) | 6773 | $320,000.00 | OCHOA, JOSEFINA FLORES & JOSEFINA LEAL FLORES TIHUAPU Y AV MICH 253 VISTA BELLA FRACC LOMA DE VISTA BELLA MORELIA MICHOACAN, 58090 MEXICO | 11/05/2009 | 08-13555 (JMP) | 64861 | $320,000.00 |
| 64 PREVENTIVA, S.A. ATTN: MR. LUIS POBLACIONES BUENO C/ ARMINZA, 2 MADRID, 28023 SPAIN | 10/23/2009 | 08-13555 (JMP) | 44767 | Undetermined | PREVENTIVA, S.A. ATTN: MR. LUIS POBLACIONES BUENO C/ ARMINZA, 2 MADRID, 28023 SPAIN | 01/19/2010 | 08-13555 (JMP) | 66114 | Undetermined |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 65  QATAR INSURANCE COMPANY PO BOX 666 TAMIM STREET WEST BAY DOHA, QATAR | 09/17/2009 | 08-13555 (JMP) | 15113 | $5,431,250.00 | QATAR INSURANCE COMPANY (SAQ) QIC ANNEX BUILDING TAMIN STREET WEST BAY, DOHA, QATAR | 10/30/2009 | 08-13555 (JMP) | 57409 | $5,000,000.00* |
| 66  RAYTHEON COMPANY MASTER TRUST FOR DEFINED CONTRIBUTION ATTN: PAULA J. SASSO 870 WINTER STREET WALTHAM, MA 02451-1449 | 09/22/2009 | 08-13888 (JMP) | 32603 | $1,253,746.72 | RAYTHEON SAVINGS AND INVESTMENT PLAN TURST (F/K/A RAYTHEON COMPANY MASTER TRUST FOR DEFINED CONTRIBUTION) ATTN: PAULA J. SASSO 870 WINTER STREEET WALTHAM, MA 02451-1449 | 05/23/2011 | 08-13888 (JMP) | 67507 | $1,253,746.72 |
| 67  RAYTHEON COMPMANY MASTER TRUST FOR DEFINED CONTRIBUTION 870 WINTER STREET WALTHAM, MA 02451-1449 | 09/22/2009 | 08-13555 (JMP) | 32602 | $1,253,746.72 | RAYTHEON SAVINGS AND INVESTMENT PLAN TRUST (F/K/A RAYTHEON COMPANY MASTER FUND FOR DEFINED CONTRIBUTION) ATTN: PAULA J. SASSO 870 WINTER STREET WALTHAM, MA 02451-1449 | 05/23/2011 | 08-13555 (JMP) | 67506 | $1,253,746.72 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 68 | RESTRUCTURED ASET CERTIFICATES WITH ENCHANCED RETURNS, SERIES 1998 I-P TRUST C/O THE BANK OF NEW YORK MELLON DEFUALT ADMINISTRATION GROUP 101 BARCLAY STEET NEW YORK, NY 10286 | 09/21/2009 | 08-13888 (JMP) | 25999 | Undetermined | RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 1998-I-P TRUST C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK, NY 10286 | 05/23/2011 | 08-13888 (JMP) | 67501 | $81,329.00* |
| 69 | RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 1998-I-P TRUST C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 25937 | Undetermined | RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED RETURNS, SERIES 1998-I-P TRUST C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK, NY 10286 | 05/23/2011 | 08-13555 (JMP) | 67500 | $81,329.00* |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 70 | SACHSISCHE AUFBAUBANK (""SAB"") PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS ATTN:  DAVID W. DYKHOUSE, ESQ. NEW YORK, NY 10036-6710 | 12/01/2008 | 08-13555 (JMP) | 1161 | $7,122,000.00* | SACHSISCHE AUFBAUBANK ATTN: DAVID W. DYKHOUSE C/O PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036-6710 | 10/29/2009 | 08-13555 (JMP) | 56773 | $7,122,000.00* |
| 71 | SCHMITT, HELGE-CHRISTIAN JENNISGASSE 5 DONAUWORTH, 86609 GERMANY | 01/14/2009 | 08-13555 (JMP) | 1715 | $184,599.00 | SCHMITT, HELGE-CHRISTIAN JENNISGASSE 5 DONAUWORTH, 86609 GERMANY | 01/28/2009 | 08-13555 (JMP) | 2110 | Undetermined |
| 72 | SCHULTZ, GISELA C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57800 | $37,608.01 | SCHULTZ, GISELA C/O NEBER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 12/17/2010 | | 67264 | $37,608.01 |
| 73 | SCOR HOLDING (UK) LIMITED TRANSFEROR: CONVERIUM UK ATTN: ALAN GRANT 10 LIME ST. LONDON, EC3M 7AA UNITED KINGDOM | 10/30/2009 | 08-13555 (JMP) | 60634 | $584,524.09* | SCOR HOLDING (UK) LIMITED TRANSFEROR: SCOR INSURANCE (UK) LIMITED ATTN: ALAN GRANT 10 LIME ST. LONDON, EC3M 7AA UNITED KINGDOM | 07/07/2010 | 08-13555 (JMP) | 66923 | $584,524.09 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 74  ST. GALLER KANTONALBANK ST. LEONHARDSTR. 25 ST. GALLEN, CH-9001 SWITZERLAND | 05/28/2009 | 08-13555 (JMP) | 4639 | $130,442.60 | ST. GALLER KANTONALBANK ST. LEONHARDSTR. 25 ST. GALLEN, CH-9001 SWITZERLAND | 10/23/2009 | 08-13555 (JMP) | 45303 | $66,929.00 |
| 75  STICHTING PENSIOENFONDS DSM NEDERLAND HET OVERLOON 1 , TE 6411 NETHERLANDS | 11/14/2008 | 08-13555 (JMP) | 617 | $6,254,537.00 | STICHTING PENSIOEN FONDS DSM NEDERLAND HET OVERLOON 1 HEERLEN, 6411 TE NETHERLANDS | 10/05/2009 | 08-13555 (JMP) | 65418 | $6,254,537.00 |
| 76  STICHTING PENSIOENFONDS SABIC EURO PETROCHEMICALS HET OVERLOON 1 , TE 6411 NETHERLANDS | 11/14/2008 | 08-13555 (JMP) | 618 | $446,752.00 | STICHTING PENSIOEN FONDS SABIC EUROPETROCHE-MICALS HET OVERLOON 1 HEERLEN, 6411 TE NETHERLANDS | 10/05/2009 | 08-13555 (JMP) | 65417 | $446,752.00 |
| 77  STOHNER, UWE HEINRICH-ZILLE-STR. 15A KOLN, 50765 GERMANY | 10/05/2009 | 08-13555 (JMP) | 36411 | $2,836.80 | STOHNER, UWE HEINRICH-ZILLE-STR. 15A KOLN, 50765 GERMANY | 10/20/2009 | 08-13555 (JMP) | 42460 | $2,836.80 |
| 78  SUERTH, HERBERT LINCKENSSTR. 27 MUENSTER, 48167 GERMANY | 02/13/2009 | 08-13555 (JMP) | 2835 | $35,212.00 | SURTH, HERBERT LINCKENS STR. 17 MUNSTER, 48165 GERMANY | 10/28/2009 | 08-13555 (JMP) | 51764 | $40,439.31 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 79 | TELEFONICA, S.A. ATTN: CARLOS JIMENEZ ZATO / BELEN SOTOCA REDONDO DISTRITO C - EDIFICIO CENTRAL - PLANTA 3 RONDA DE LA COMUNICACION, S/N MADRID, 28050 SPAIN | 09/21/2009 | 08-13555 (JMP) | 21679 | $5,402,633.73* | TELEFONICA, S.A. ATTN: CARLOS JIMENEZ ZATO / BELEN SOTOCA REDONDO DISTRITO C, EDIFICIO CENTRAL PLANTA 3 RONDA DE LA COMUNICACIONS MADRID, 28050 SPAIN | 06/01/2011 | 08-13555 (JMP) | 67513 | $5,547,007.62 |
| 80 | TELEFONICA, S.A. ATTN: CARLOS JIMENEZ ZATO/BELEN SOTOCA REDONDO DISTRITO C - EDIFICIO CENTRAL - PLANTA 3 RONDA DE LA COMUNICACION, S/N MADRID, 28050 SPAIN | 09/21/2009 | 08-13901 (JMP) | 21680 | $5,402,633.73* | TELEFONICA, S.A. ATTN: CARLOS JIMENEZ ZATO / BELEN SOTOCA REDONDO DISTRITO C, EDIFICIO CENTRAL PLANTA 3 RONDA DE LA COMUNICACIONS MADRID, 28050 SPAIN | 06/01/2011 | 08-13901 (JMP) | 67514 | $5,547,007.62 |
| 81 | TENTWIN, DANIEL EISENBERG 27 WERNIGERODE, 38855 GERMANY | 10/05/2009 | 08-13555 (JMP) | 36369 | $54,604.27 | TINTWIN, DANIEL EISENBERG 27 WERNIGERODE, 38855 GERMANY | 10/08/2009 | 08-13555 (JMP) | 37048 | $71,010.00 |
| 82 | TEUFEL, SABINE BLUMENSTR. 6 STRASSBERG, 72479 GERMANY | 10/13/2009 | 08-13555 (JMP) | 38357 | $8,528.40 | TEUFEL, SABINE BLUMENSTR. 6 STRASSBERG, 72479 GERMANY | 10/26/2009 | 08-13555 (JMP) | 46657 | $8,528.40 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 83  TOKOYODA, TORU 46 GOLDHILL AVENUE 06-46 HILLS APARTMENT SINGAPORE, 309029 SINGAPORE | 11/02/2009 | 08-13555 (JMP) | 60864 | $96,170.00 | TOKOYODA, TORU 46 GOLDHILL AVENUE, # 06-46 HILLS APARTMENT , 309029 SINGAPORE | 11/03/2009 | 08-13555 (JMP) | 64171 | $96,170.00 |
| 84  TREE LLC C/O HEYMAN & ASSOCIATES PO BOX 387905 LA JOLLA, CA 92038-7905 | 10/27/2009 | 08-13555 (JMP) | 48845 | $272,796.00 | TREE LLC C/O HEYMAN & ASSOCIATES PO BOX 387905 LA JOLLA, CA 92038-7905 | 10/26/2009 | 08-13555 (JMP) | 46470 | $272,796.00 |
| 85  TSANG, KWONG FAI FLAT 6, 11/F, BLK C, HONOR BLDG 78T TOKWAWAN ROAD TOKWA WAN KLN, HONG KONG | 10/26/2009 | 08-13555 (JMP) | 47369 | $80,000.00* | TSANG KWONG FAI FLAT 6 11/F BLK C HONOUR BLDG 78T TO KWA WAN ROAD TOKWAN KLN, HONG KONG | 11/06/2009 | 08-13555 (JMP) | 65061 | $80,000.00* |
| 86  VEDOVOTTO, ROBERTO VIA OSPEDALE CIVILE 20 PADOVA, 95121 ITALY | 09/16/2009 | | 14279 | $7,668,375.00 | VEDOVOTTO, ROBERTO VIA OSPEDALE CIVILE 20 PADOVA, 95121 ITALY | 02/19/2010 | 08-13555 (JMP) | 66309 | $7,668,375.00 |
| 87  VIDRIO CHAVEZ, GERADDO ARMANDO PASEO SAN RAIMUNDO 373 VALLE REAL ZAPOPAN, JL 45100 MEXICO | 02/12/2009 | 08-13555 (JMP) | 2721 | $100,000.00 | VIDRIO CHAVEZ, GERARDO ARMANDO PASEO SAN RAIMUNDO 373 VALLE REAL ZAPOPAN JAL, 45100 MEXICO | 10/29/2009 | 08-13555 (JMP) | 56046 | $100,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 88 | WITTE, DORIS CRANACHSTR. 8 MORFELDEN-WALLDORF, 64546 GERMANY | 09/22/2009 | 08-13555 (JMP) | 31410 | $49,528.50 | WITTE, DORIS CRANACH STR. 8 MORFELDEN-WALLDORF, 64546 GERMANY | 09/28/2009 | 08-13555 (JMP) | 35045 | $49,528.50 |
| 89 | YACHIYO BUILDING SERVICE CO., LTD ATTN: TUTUMO KOUMOTO, TREASURY DIVISION 1-2 NISITENME 6-CHOME KITA-KU, O SAKA, 530-0047 JAPAN | 07/13/2009 | 08-13555 (JMP) | 5277 | $957,640.26 | YACHIYO BUILDING SERVICE CO., LTD 1-2 NISITENMA 6-CHOME KITA-KU, OSAKA, 530-0047 JAPAN | 10/22/2009 | 08-13555 (JMP) | 44486 | $957,640.26 |
| 90 | ZAHNER, EDMUND ADALBERT-STIFTER-RING 22A EBENHAUSEN, 82067 GERMANY | 09/21/2009 | | 24441 | $5,673.00 | ZAHNER, EDMUND ADALBERT-STIFTER-RING 22A EBENHAUSEN, D 82 067 GERMANY | 10/09/2009 | | 37258 | $5,673.00 |
| 91 | ZIELKE, CLAUDIA AND UWE FLURSTRASSE 4 73527 SCHWAEBISCH GMUEND, GERMANY | 08/18/2009 | 08-13555 (JMP) | 8625 | $22,560.00 | ZIELKE, CLAUDIA AND UWE FLURSTRASSE 4 SCHWAEBISCH GMUEND, 73527 GERMANY | 09/28/2009 | 08-13555 (JMP) | 35119 | $22,560.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 152: EXHIBIT A – AMENDED AND SUPERSEDED CLAIMS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 92 | ZIELKE, CLAUDIA AND UWE FLURSTRASSE 4 73527 SCHWAEBISCH GMUEND, GERMANY | 08/18/2009 | 08-13555 (JMP) | 8626 | $28,200.00 | ZIELKE, CLAUDIA AND UWE FLURSTRASSE 4 SCHWAEBISCH GMUEND, 73527 GERMANY | 09/28/2009 | 08-13555 (JMP) | 35118 | $28,200.00 |
| 93 | ZIELKE, MARVIN GROSSDEINBACH FLURSTRASSE 4 73527 SCHWAEBISCH GMUEND, GERMANY | 08/18/2009 | 08-13555 (JMP) | 8624 | $8,460.00 | ZIELKE, MARVIN GROSSDEINBACH FLURSTRASSE 4 SCHWAEBISCH GMUEND, 73527 GERMANY | 09/28/2009 | 08-13555 (JMP) | 36946 | $8,460.00 |
| 94 | ZIELKE, RABEA ANTONIA GROSSDEINBACH FLURSTRASSE 4 73527 SCHWAEBISCH GMUEND, GERMANY | 08/18/2009 | 08-13555 (JMP) | 8623 | $8,460.00 | ZIELKE, RABEA ANTONIA GROSSDEINBACH FLURSTRASSE 4 SCHWAEBISCH GMUEND, 73527 GERMANY | 09/28/2009 | 08-13555 (JMP) | 35117 | $8,460.00 |

TOTAL     $670,325,481.23

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------x
In re                                                    :      **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :      **08-13555 (JMP)**
                                                         :
                              **Debtors.**        :      **(Jointly Administered)**
---------------------------------------------------------------------x

## ORDER GRANTING DEBTORS' ONE HUNDRED FIFTY-SECOND OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

Upon the one hundred fifty-second omnibus objection to claims, dated June 7, 2011 (the "One Hundred Fifty-Second Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking disallowance and expungement of the Amended and Superseded Claims on the basis that such claims have been amended and superseded by the corresponding Surviving Claims, all as more fully described in the One Hundred Fifty-Second Omnibus Objection to Claims; and due and proper notice of the One Hundred Fifty-Second Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) the claimants listed on Exhibit A attached to the One Hundred Fifty-

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' One Hundred Fifty-Second Omnibus Objection to Claims.

Second Omnibus Objection to Claims; and (vii) all other parties entitled to notice in

accordance with the procedures set forth in the second amended order entered on June 17,

2010, governing case management and administrative procedures for these cases [Docket

No. 9635]; and it appearing that no other or further notice need be provided; and the

Court having found and determined that the relief sought in the One Hundred Fifty-

Second Omnibus Objection to Claims is in the best interests of the Debtors, their estates,

creditors, and all parties in interest and that the legal and factual bases set forth in the One

Hundred Fifty-Second Omnibus Objection to Claims establish just cause for the relief

granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the One Hundred Fifty-Second

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the

claims listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed

and Expunged*" (collectively, the "Amended and Superseded Claims") are disallowed and

expunged in their entirety with prejudice; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the

heading "*Surviving Claims*" (collectively, the "Surviving Claims") will remain on the

claims register subject to the Debtors' right to further object as set forth herein; and it is

further

ORDERED that this Order supersedes all previous orders regarding the

disposition of the Amended and Superseded Claims listed on Exhibit 1 annexed hereto;

and it is further

ORDERED that all information included on and all documentation filed in support of any Amended and Superseded Claim, including, but not limited to, derivative and guarantee questionnaires and supporting documentation, shall be treated as having been filed in support of and included in the corresponding Surviving Claim; and it is further

ORDERED that nothing in this Order or the disallowance and expungement of the Amended and Superseded Claims constitutes any admission or finding with respect to any of the Surviving Claims, and the Debtors' rights to object to the Surviving Claims on any basis are preserved; *provided, however,* that notwithstanding anything herein to the contrary, the Debtors may not object to a Surviving Claim that is listed on Exhibit 1 annexed hereto to the extent that it has been allowed by order of the Court or allowed pursuant to a signed settlement or termination agreement authorized by the Court; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the One Hundred Fifty-Second Omnibus Objection to Claims under the heading "*Claims to be Disallowed and Expunged*" that is not listed on Exhibit 1 annexed hereto and (ii) any Surviving Claim; *provided, however*, that if the Court subsequently orders that a Surviving Claim did not appropriately amend and supersede the corresponding Amended and Superseded Claim, then the claims agent shall be authorized and directed to immediately reinstate such Amended and Superseded Claim in these chapter 11 cases

(the "Reinstated Claim") and the rights of all interested parties with respect to the Reinstated Claim shall be expressly reserved; and it is further

ORDERED that notwithstanding any other provision of this Order, a Surviving Claim and all documentation previously filed in support of the Surviving Claim, including, but not limited to, amended derivative and guarantee questionnaires and supporting documentation, shall be deemed timely filed to the extent it appropriately amended and superseded, directly or indirectly, a claim that had been timely filed; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2011
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE