**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
Carren B. Shulman, Esq.
Edward H. Tillinghast, III, Esq.
Malani J. Cademartori, Esq.
Russell L. Reid, Esq.
Blanka K. Wolfe, Esq.
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

*Attorneys for Bank of New York Mellon, Israel Discount Bank of New York, Norton Gold Fields Limited, STW Fixed Income Management, Ltd., Enel S. p.A., Marriott International, Inc., Evangelical Christian Credit Union, and Makola 2005, S.L.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., et al., <br><br> Debtors. | Case No. 08-13555 (JMP) <br><br> Chapter 11 <br><br> (Jointly Administered) |

**AMENDED VERIFIED STATEMENT OF SHEPPARD, MULLIN,**
**RICHTER & HAMPTON LLP PURSUANT TO BANKRUPTCY RULE 2019**

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP ("Sheppard Mullin") submits this amended verified statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure (the "Amended Verified Statement") in connection with the above-captioned chapter 11 cases of Lehman Brothers Holdings, Inc., *et al.* (collectively, the "Debtors"), and states as follows:

1.  Sheppard Mullin currently represents the following parties in interest and creditors identified below that hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their respective relationships with the Debtors in these bankruptcy cases (the "Entities"):

(i) Bank of New York Mellon
One Wall Street, 11th Floor
New York, NY 10005

(ii) Israel Discount Bank of New York
511 Fifth Avenue
New York, New York 10017

(iii) Norton Gold Fields Limited
79 Hope Street
South Brisbane QLD 4101
Australia

(iv) STW Fixed Income Management, Ltd.
6185 Carpinteria Avenue
Carpinteria, CA 93013

(v) Enel S. p.A.
Viale Regina Margherita 137
00198 Rome
Rome, Italy

(vi) Marriott International, Inc.
10400 Fernwood Road
Bethesda, Maryland 20817

(vii) Evangelical Christian Credit Union
955 W. Imperial Hwy
Brea, CA 92822-2400

(viii) Makola 2005, S.L.
C/ Deu i Mata, 150, Entlo. 1$^a$
08029 Barcelona
Spain

2. Each of the Entities separately requested that Sheppard Mullin represent them and their individual interests in connection with the Debtors' chapter 11 cases.

3. Each of these representations are separate representations. They are not under, or in connection with, any of Sheppard Mullin's clients acting together pursuant to a deposit agreement, proxy or committee arrangement. Information about the claims and interests held by Sheppard Mullin's clients are to be filed in their respective proofs of claims, administrative claims or statements of interest.

4. Sheppard Mullin may also represent these or other clients in matters pertaining to the Debtors outside of these bankruptcy cases and otherwise, and in the future it may undertake other engagements. Those representations may or may not result in other representations in these bankruptcy cases. If such representations come to involve representations in these bankruptcy cases, this Amended Verified Statement will be further supplemented.

5. Upon information and belief, Sheppard Mullin does not currently possess any claims against or interests in any Debtor.[1]

6. The undersigned verifies under oath that this Amended Verified Statement is true and accurate to the best of the undersigned's knowledge and belief.

Dated: June 7, 2011
New York, New York

**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**

By: /s/ Edward H. Tillinghast, III
Edward H. Tillinghast, III, Esq.
Carren B. Shulman, Esq.
Malani J. Cademartori, Esq.
Russell L. Reid, Esq.
Blanka K. Wolfe, Esq.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 653-8700

*Attorneys for Bank of New York Mellon, Israel Discount Bank of New York, Norton Gold Fields Limited, STW Fixed Income Management, Ltd., Enel S. p.A., Marriott International, Inc., Evangelical Christian Credit Union, and Makola 2005, S.L.*

---

[1] Members and associates of Sheppard Mullin, in their individual capacities, may hold claims and/or equity interests in Debtors.

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2011, I caused a copy of the foregoing to be sent by first-class mail, postage prepaid, to the parties listed below, and by automatic ECF notice to those parties receiving ECF in the above-captioned case:

By: /s/ Blanka K. Wolfe
Blanka K. Wolfe

| | |
|---|---|
| Jones Day<br>Attn: Arthur J. Margulies<br>Benjamin Rosenblum<br>222 East 41st Street<br>New York, NY 10017 | Weil Gotshal & Manges LLP<br>Attn: Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Jacqueline Marcus, Esq.<br>767 Fifth Avenue,<br>New York, New York 10153 |
| The Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>Attn: Andy Velez-Rivera<br>New York, New York 10004 | Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>1 Chase Manhattan Plaza<br>New York, New York 10005 |