EMEA 28

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
:
In re                                    :   Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :   Case No. 08-13555 (JMP)
:   (Jointly Administered)
                            Debtors.     :
:
--------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| | |
|---|---|
| **Debtor Name and Case Number:** | Lehman Brothers Holdings Inc. 08-13555 (JMP) |
| **Creditor Name and Address:** | Beryl Finance Limited Series 2006-12 c/o The Bank of New York Mellon-London Branch Attn: Sanjay Jobanputra – Vice President, Global Corporate Trust One Canada Square London, E14 5AL England |
| **Court Claim Number:** | 17462 |
| **Date Claim Filed:** | 9/18/09 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Limited, *f/k/a* BNY Corporate Trustee Services Limited (hereinafter, the "Creditor"), having filed the above-referenced proof of claim ("Claim") hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: May 30, 2011

Name: Sanjay Jobanputra
Title: Vice President