SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
J. Gregory Milmoe
Max S. Polonsky
Four Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for BlackRock Advisors, LLC,*
*as agent on behalf of certain BlackRock funds*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re                                       :     Chapter 11
                                            :
    LEHMAN BROTHERS HOLDINGS INC., et al.,  :     Case No. 08-13555 (JMP)
                                            :
                       Debtors.             :     (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

**WITHDRAWAL OF PROOFS OF CLAIM**

BlackRock Advisors, LLC, as agent on behalf of certain BlackRock funds (the "Claimants"), filed certain proofs of claim against the Debtors as a protective measure to protect the claims that the Claimants may have had against one or more of the Debtors if certain collateral was not properly segregated or was otherwise inappropriately transferred or disposed of. Claimants hereby withdraw those claims against the Debtors set forth on Exhibit A (the "Withdrawn Claims") because they have either been superseded by other claims filed against those Debtors or otherwise resolved by agreement of the Debtors. Set forth on Exhibit B for each fund is a list of those claims which correspond to and supersede the Withdrawn Claims.

Dated:  New York, New York            */s/ J. Gregory Milmoe*
        June 8, 2011                  J. Gregory Milmoe
                                      Max S. Polonsky
                                      Skadden, Arps, Slate, Meagher & Flom LLP
                                      Four Times Square
                                      New York, New York  10036
                                      (212) 735-3000 (tel.)
                                      (212) 735-2000 (fax)

                                      *Attorneys for BlackRock Advisors, LLC,*
                                      *as agent on behalf of certain BlackRock funds*

965521 New York Server 1A - MSW