# EXHIBIT A

| CLAIMANT | DEBTOR | CLAIM NUMBER |
|---|---|---|
| BlackRock Advisors, LLC, as agent on behalf of certain BlackRock funds | Lehman Brothers Financial Products Inc. | 20722 |
| BlackRock Advisors, LLC, as agent on behalf of certain BlackRock funds | Lehman Brothers Commercial Corporation | 20723 |
| BlackRock Advisors, LLC, as agent on behalf of certain BlackRock funds | Lehman Commercial Paper Inc. | 20724 |
| BlackRock Advisors, LLC, as agent on behalf of certain BlackRock funds | Lehman Brothers Derivative Products Inc. | 20725 |
| BlackRock Advisors, LLC, as agent on behalf of certain BlackRock funds | Lehman Brothers OTC Derivatives Inc. | 20726 |
| BlackRock Advisors, LLC, as agent on behalf of certain BlackRock funds | Lehman Brothers Special Financing Inc. | 20727 |
| BlackRock Advisors, LLC, as agent on behalf of certain BlackRock funds | Lehman Brothers Commodity Services Inc. | 20728 |
| BlackRock Advisors, LLC, as agent on behalf of certain BlackRock funds | PAMI Statler Arms LLC | 20729 |
| BlackRock Advisors, LLC, as agent on behalf of certain BlackRock funds | LB 745 LLC | 20597 |
| BlackRock Advisors, LLC, as agent on behalf of certain BlackRock funds | LB 2080 Kalakaua Owners LLC | 20712 |
| BlackRock Advisors, LLC, as agent on behalf of certain BlackRock funds | LB Rose Ranch LLC | 20713 |
| BlackRock Advisors, LLC, as agent on behalf of certain BlackRock funds | CES Aviation V LLC | 20714 |

| CLAIMANT | DEBTOR | CLAIM NUMBER |
|---|---|---|
| BlackRock Advisors, LLC, as agent on behalf of certain BlackRock funds | CES Aviation IX LLC | 20715 |
| BlackRock Advisors, LLC, as agent on behalf of certain BlackRock funds | East Dover Limited | 20716 |
| BlackRock Advisors, LLC, as agent on behalf of certain BlackRock funds | Luxembourg Residential Properties Loan Finance S.a.r.l. | 20717 |
| BlackRock Advisors, LLC, as agent on behalf of certain BlackRock funds | BNC Mortgage LLC | 20718 |
| BlackRock Advisors, LLC, as agent on behalf of certain BlackRock funds | Structured Asset Securities Corporation | 20719 |
| BlackRock Advisors, LLC, as agent on behalf of certain BlackRock funds | CES Aviation LLC | 20720 |
| BlackRock Advisors, LLC, as agent on behalf of certain BlackRock funds | Lehman Scottish Finance L.P. | 20721 |
| BlackRock Advisors, LLC, as agent on behalf of certain BlackRock funds | Lehman Brothers Holdings Inc. | 20730 |