# EXHIBIT B

| CLAIMANT | DEBTOR | CLAIM NUMBER |
|---|---|---|
| BlackRock Government Income Portfolio of BlackRock Series Fund, Inc. | Lehman Brothers Holdings Inc. | 20624 |
| BlackRock Government Income Portfolio of BlackRock Series Fund, Inc. | Lehman Brothers Special Financing Inc. | 20625 |
| BlackRock Debt Strategies Fund, Inc. | Lehman Brothers Holdings Inc. | 20644 |
| BlackRock Debt Strategies Fund, Inc. | Lehman Brothers Special Financing Inc. | 20645 |
| BlackRock Global Opportunities Equity Trust | Lehman Brothers OTC Derivatives Inc. | 20608 |
| BlackRock Global Opportunities Equity Trust | Lehman Brothers Holdings Inc. | 20609 |
| BlackRock World Investment Trust | Lehman Brothers OTC Derivatives Inc. | 20646 |
| BlackRock World Investment Trust | Lehman Brothers Holdings Inc. | 20647 |
| BlackRock Enhanced Dividend Achievers Trust | Lehman Brothers OTC Derivatives Inc. | 20606 |
| BlackRock Enhanced Dividend Achievers Trust | Lehman Brothers Holdings Inc. | 20607 |
| BlackRock Real Asset Equity Trust | Lehman Brothers OTC Derivatives Inc. | 20603 |
| BlackRock Real Asset Equity Trust | Lehman Brothers Holdings Inc. | 20602 |

965560-New York Server 1A - MSW