Hearing Date and Time: June 15, 2011 at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time: June 8, 2011 at 4:00 p.m. (Prevailing Eastern Time)

**MCCARTER & ENGLISH LLP**
245 Park Avenue
New York, NY 10167
Telephone: (212) 609-6800
Facsimile: (212) 609-6921
Eduardo J. Glas
William M. Moran
Counsel for SunCal Voluntary Debtors and
SunCal Management

**WINTHROP COUCHOT, P.C.**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111
Sean A. O'Keefe – NY Bar No. 1980853, CA Bar No. 122417
Paul J. Couchot – CA Bar No. 131934
Counsel for the SunCal Voluntary Debtors

**RUS MILIBAND & SMITH, APC**
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile:  (949) 252-1514
Ronald Rus - CA Bar No. 67369
Joel S. Miliband – CA Bar No. 77438
Counsel for SunCal Management LLC

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | **Chapter 11** |
| | **Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC, et al.,** | **Jointly Administered** |
| **Debtors.** | |

## DECLARATION OF SEAN A. O'KEEFE IN SUPPORT OF SUNCAL PARTIES' OPPOSITION TO MOTION OF THE DEBTORS PURSUANT TO SECTION 362(a) OF THE BANKRUPTCY CODE FOR ENFORCEMENT OF THE AUTOMATIC STAY

### DECLARATION OF SEAN A. O'KEEFE

I, Sean A. O'Keefe, hereby declare and state as follows;

1.      I am over the eighteen years and the facts stated herein are within my personal knowledge. If called upon to testify to the same, I could and would testify competently thereto.

2.      I am Of Counsel to the firm of Winthrop Couchot, P.C. Winthrop Couchot, P.C. is general insolvency counsel to the following entities that are operating under the protection of Chapter 11 of the Bankruptcy Code before the United States Bankruptcy Court for the Central District of California (the "California Bankruptcy Court"): Acton Estates LLC ("Acton"), SunCal Bickford Ranch LLC ("Bickford"), SunCal Emerald Meadows LLC ("Emerald Meadows"), Palmdale Hills Property, LLC ("Palmdale Hills"), SJD Partners, Ltd. ("SJD Partners"), SunCal Summit Valley LLC ("Summit Valley"), SCC Communities LLC ("SCC Communities"), Tesoro SF LLC ("Tesoro") (the "SunCal Voluntary Debtors").

3.      Attached hereto as Exhibit "1" is a true and correct copy of a letter that the SunCal Voluntary Debtors wrote to counsel for Lehman Commercial Paper, Inc. ("LCPI") LCPI, Lehman Brothers Holdings, Inc. ("LBHI") and Lehman Ali, Inc. ("Lehman Ali") (collectively the "Lehman Entities"), dated April 8, 2011.

4.      Attached hereto as Exhibit "2" is a true and correct copy the Plan of Reorganization (the "SunCal Plan") that the SunCal Voluntary Debtors have filed in the Chapter 11 where LCPI is the lienholder/claimant (the "SunCal Plan") (exclusive of exhibits). Since this plan affects LCPI, it includes the following express limitation:

> "EXCEPT AS PROVIDED IN THE PURCHASE OFFER TO HOLDERS OF RELIANCE CLAIMS REFERENCED ABOVE, AS EXPLAINED IN THE DEFINITION OF THE TERM "EFFECTIVE DATE," WHICH IS THE DATE ON WHICH THIS PLAN BECOMES EFFECTIVE, NO ACTION PROVIDED FOR IN THIS PLAN SHALL BE TAKEN AGAINST EITHER LEHMAN COMMERCIAL PAPER, INC. ("LCPI") OR LEHMAN BROTHERS HOLDINGS, INC. ("LBHI") THAT WOULD HAVE THE EFFECT OF VIOLATING ANY APPLICABLE AUTOMATIC STAY THAT MAY EXIST IN THEIR CHAPTER 11 CASES. ANY SUCH ACTION WILL ONLY PROCEED AFTER ANY APPLICABLE STAY IS EITHER LIFTED OR DEEMED INAPPLICABLE.

Doc.#145512.001

5.    To my knowledge, the Lehman Entities have never alleged since receiving the April 8, 2011 letter, that the SunCal Plan violates any Lehman Entities' automatic stay.

6.    Attached hereto as Exhibit "3" is a true and correct copy of part of the docket in the administratively consolidated cases of SunCal Debtors. As this docket indicates the Lehman Entities have filed a completing plan of reorganization in the SunCal Voluntary Debtors' cases (the "Lehman VD Plan"), and the SunCal Voluntary Debtors and related entity SCC Acquisitions, LLC have filed a plan in the Trustee Debtors' cases (the "SunCal TD Plans") that competes with the reorganization plan the Lehman Entities have filed in these cases (the "Lehman TD Plan").

7.    Attached hereto as Exhibit "4" is the order entered in the administratively consolidated case of the SunCal Voluntary Debtors and in the related cases of the Trustee Debtors[1] that sets forth the series of deadlines that will govern the plan confirmation contest that is ongoing in the SunCal Cases.

8.    The claims objections that are attached hereto as Exhibits "6" and "7" (the "Claims Objections") are of central importance to the plan confirmation contests referenced above. The Lehman TD Plan and the Lehman VD Plan are premised upon the assumed validity of the claims that the SunCal Voluntary Debtors and SunCal Management (the "SunCal Parties") are seeking to disallow, in whole or in part, through the Claims Objections. If the relief in the Claims Objections is granted, it is the SunCal Voluntary Debtors' position that the Lehman VD Plan and the Lehman TD Plan will no longer be viable.

9.    If the SunCal Debtors are not allowed to proceed with the Claims Objections, this will directly and irreparably impact their position in the ongoing plan confirmation contest by immunizing the Lehman Entities' disputed claims from the disallowance.

---

**1** Delta Coves, LLC, SunCal Heartland, LLC, SunCal Marblehead, LLC, SunCal Northlake, LLC, SunCal Oak Valley, LLC, SunCal Century City, LLC, SunCal PSV, LLC, SunCal Torrance, LLC and SunCal Oak Knoll, LLC.

Doc.#145512.001

10. Prior to filing the Claims Objections, counsel for the SunCal Voluntary Debtors extensively researched the issue of whether or not the automatic stay of a claimant filing a proof of claim stayed the filing of an objection to that claim. Every case authority revealed by this search confirmed that an objection to a claim was not subject to the claimant's automatic stay. Further, the SunCal Voluntary Debtors were unable to find a single case authority that stood for the proposition that a claim objection was in fact subject to the automatic stay. The Lehman Entities acknowledged the validity of the line of authority holding that claim objections fall outside the automatic stay in the brief that they filed in the Ninth Circuit in Case No. 10-60004 (See Exhibit "12") (the "Ninth Circuit Brief").

11. After the Claim Objections were filed, counsel for the LCPI asserted in both written pleadings and oral argument before the California Bankruptcy Court that the Claim Objections violated LCPI's automatic stay. Attached hereto as Exhibit "5," is a true and correct copy of the *Reply* wherein the SunCal Voluntary Debtors responded to these arguments. The *Reply* expressly states that the Claim Objection are only that and seek no relief outside the limits of Federal Rule of Bankruptcy Procedure 3007.

12. Attached hereto as Exhibit "6" is a true and correct copy of the *Notice Of Motion And Motion For Order Disallowing Certain Claims Held By Lehman Ali Inc. And Lehman Commercial Paper Inc.* that was filed in the California Bankruptcy Court on April 8, 2011 (the "Recoupment Claim Objection").

13. Attached hereto as Exhibit "7" is a true and correct copy of the *Notice Of Amended Motion And Amended Motion For Order Disallowing Certain Claims Held By Lehman Ali Inc. And Lehman Commercial Paper Inc.* that was filed in the California Bankruptcy Court on May 10, 2011 (the "Amended Recoupment Claim Objection").

14. Attached hereto "8" is a true and correct copy of the *Declaration Of Bruce V. Cook In Support Of Motion For Order Disallowing Certain Claims Filed By Lehman Ali Inc. And Lehman Commercial Paper Inc.* that was filed in the California Bankruptcy Court in support of the Recoupment Claim Objection.

Doc.#145512.001

15.    Attached hereto as Exhibit "9" is a true and correct copy *Request For Judicial Notice In Support Of Motion For Order Disallowing Certain Claims Held By Lehman Ali Inc. And Lehman Commercial Paper Inc.*(the "RJN") that was filed in the California Bankruptcy Court by the SunCal Voluntary Debtors in support of the Recoupment Claim Objection, with the following omissions. The backup attached to the proofs of claims filed by the Lehman Entities has been omitted and the last exhibit attached thereto has been omitted, which is the complaint filed against certain parties other than LCPI and LBHI (all non-debtors), in California Superior Court.

16.    Attached hereto "10" is a true and correct copy of the *Motion to Disallow Claims The Moving Voluntary Debtors And Suncal Management LLCs Notice Of Motion And Motion For Order Disallowing Claims Of Lehman Ali, Inc. And Lehman Commercial Paper, Inc. Pursuant To 11 U.S.C. Section 502(d)"* that was filed in the California Bankruptcy Court by the SunCal Voluntary Debtors.

17.    Attached hereto as Exhibit "11" is a true and correct print-out of part of the docket in the SunCal Voluntary Debtors' administratively consolidated cases. This document is attached to reflect the fact that Lehman Ali and LCPI are actively filing claim objections to the claims of other claimants in the cases of SunCal Voluntary Debtors' and in the cases of the Trustee Debtors.

18.    Attached hereto as Exhibit "12" is a true and correct copy of certain sections of the Lehman Entities' Ninth Circuit (Ninth Circuit Case No. 10-60004).

19.    Attached hereto as Exhibit "13" is a true and correct copy of an order entered by the California Bankruptcy Court on April 14, 2010.

20.    Attached hereto as Exhibit "14" is a true and correct copy of the tentative ruling appearing relating to the May 13, 2011 hearing.

I declare that the foregoing is true and correct under the penalty of perjury under the laws of the United States of America. Executed this 7th day in Orange County, California.

<div style="text-align:center">

/s/ Sean A. O'Keefe
_____
Sean A. O'Keefe

</div>

| In re:<br>LEHMAN BROTHERS HOLDINGS, INC, et al.,<br><br><div align="right">Debtor(s).</div> | CHAPTER  11<br><br>CASE NUMBER |
| --- | --- |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as:  DECLARATION OF SEAN A. O'KEEFE IN SUPPORT OF SUNCAL PARTIES' OPPOSITION TO MOTION OF THE DEBTORS PURSUANT TO SECTION 362(a) OF THE BANKRUPTCY COURT FOR ENFORCEMENT OF THE AUTOMATIC STAY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u> – Pursuant to controlling General Order(s) the foregoing document will be served by the court via NEF and hyperlink to the document. On June 8, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

II. <u>**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**</u>(indicate method for each person or entity served)**:**
On _____, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

III. <u>**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**</u> (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 8, 2011 | Susan Connor | /s/ Susan Connor |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

| In re:<br>LEHMAN BROTHERS HOLDINGS, INC, et al.,<br><br>Debtor(s). | CHAPTER   11<br><br>CASE NUMBER |
| --- | --- |

### NEF SERVICE LIST

- Anne Marie Aaronson    aaaronson@dilworthlaw.com
- Marc Abrams    maosbny@willkie.com, mabrams@willkie.com
- Ann E. Acker    acker@chapman.com
- David J. Adler    dadler@mccarter.com
- Craig J. Albert    calbert@reitlerlaw.com
- Ana M. Alfonso    maosbny@willkie.com, aalfonso@willkie.com
- Darryl J. Alvarado    dalvarado@rgrdlaw.com, e_file_sd@rgrdlaw.com
- D. Sam Anderson    sanderson@bernsteinshur.com, acummings@bernsteinshur.com;lkubiak@bernsteinshur.com
- Carla O. Andres    candres@gklaw.com
- George Angelich    angelich.george@arentfox.com, angelich.george@arentfox.com;lane.katie@arentfox.com
- Tara B. Annweiler    tannweiler@greerherz.com
- Bruce G. Arnold    barnold@whdlaw.com
- John R. Ashmead    ashmead@sewkis.com
- Douglas Bacon    chefiling@lw.com, beth.arnold@lw.com
- Herbert Baer    rjacobs@ecf.epiqsystems.com
- Ingrid Bagby    ingrid.bagby@cwt.com,<br>betty.comerro@cwt.com;michele.maman@cwt.com;tianna.jackson@cwt.com;david.kronenberg@cwt.com;jill.kaylor@cwt.com;benjamin.riskin@cwt.com
- Katrina Lynne Baker    kbaker@kramerlevin.com, mattorney@kramerlevin.com
- Helen Ball    mtaylor@ba-boult.com
- William G. Ballaine    wballaine@lcbf.com
- Andrew E. Balog    aeb@gtlaw.com
- Elizabeth Banda Calvo    rgleason@pbfcm.com, ebcalvo@pbfcm.com
- Duncan E. Barber    dbarber@bsblawyers.com
- Jean-David Barnea    jean-david.barnea@usdoj.gov
- David L. Barrack    dbarrack@fulbright.com
- Peter John Barrett    peter.barrett@kutakrock.com
- Lawrence Bass    lawrence.bass@hro.com
- Beatrice Hamza Bassey    bassey@hugheshubbard.com
- Paul M. Basta    pbasta@kirkland.com, jacob.goldfinger@kirkland.com;beth.friedman@kirkland.com
- Paul A. Batista    batista007@aol.com
- Ronald Scott Beacher    rbeacher@pryorcashman.com, docketing@pryorcashman.com
- Anne E. Beaumont    abeaumont@fklaw.com, lehmanbros@fklaw.com;vgarvey@fklaw.com
- Martin Beeler    mbeeler@cov.com
- T. Scott Belden    sbelden@kleinlaw.com, imedelli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com
- Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
- Howard S. Beltzer    hbeltzer@mayerbrown.com
- Evan J. Benanti    evan.benanti@bingham.com
- Gregory M. Bentz    gbentz@polsinelli.com
- Walter Benzija    wbenzija@halperinlaw.net, lgu@halperinlaw.net
- Shaya M. Berger    bergers@dicksteinshapiro.com, managingattorneydept@dicksteinshapiro.com
- Jed I. Bergman    jbergman@kasowitz.com, courtnotices@kasowitz.com
- Jed I. Bergman    jbergman@kasowitz.com, courtnotices@kasowitz.com;smoskowitz@kasowitz.com
- Leslie Ann Berkoff    lberkoff@moritthock.com
- Ronit J. Berkovich    ronit.berkovich@weil.com
- Mark N. Berman    mberman@nixonpeabody.com
- Richard J. Bernard    rbernard@foley.com
- Darren Elliot Bernstein    bernsted@lbitrustee.com

| In re:<br>LEHMAN BROTHERS HOLDINGS, INC, et al.,<br><div align="right">Debtor(s).</div> | CHAPTER  11<br><br>CASE NUMBER |
| --- | --- |

- Scott Howard Bernstein     sbernstein@hunton.com
- Daniel B. Besikof     dbesikof@loeb.com
- Riyaz G. Bhimani     rbhimani@eckertseamans.com
- Martin J. Bienenstock     martin.bienenstock@dl.com, tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com
- Laurie R. Binder     binder@sewkis.com
- Robert Jeffery Black     jeffery.black@bingham.com, pat.wright@bingham.com
- Joshua R. Blackman     jBlackman@morganlewis.com
- Benjamin Blaustein     bblaustein@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
- Daniel S. Bleck     dbleck@mintz.com
- Elliot J. Blumenthal     elliot.blumenthal@bipc.com, elliot.blumenthal@bipc.com
- Anthony D. Boccanfuso     Anthony_Boccanfuso@aporter.com
- Carmine Boccuzzi     maofiling@cgsh.com, cboccuzzi@cgsh.com
- James Nicholas Boeving     james.n.boeving@usdoj.gov
- Phillip W. Bohl     phillip.bohl@gpmlaw.com
- Hilary B. Bonial     notice@bkcylaw.com
- Mark V. Bossi     mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com
- Maria A. Bove     mbove@pszjlaw.com, dharris@pszjlaw.com;mbove@pszjlaw.com
- Armen James Boyajian     jamesboyajian@gmail.com
- Jerrold Lyle Bregman     jbregman@curtis.com, ghertzberg@curtis.com
- Adam Brezine     adam.brezine@hro.com, Kerry.Moynihan@hro.com
- Timothy W. Brink     timothy.brink@dlapiper.com
- James L. Bromley     maofiling@cgsh.com
- Luke O. Brooks     lukeb@rgrdlaw.com
- Melvin A. Brosterman     mbrosterman@stroock.com, docketing@stroock.com;insolvency@stroock.com
- Mark A. Broude     mark.broude@lw.com, peter.gilhuly@lw.com
- Andrew P. Brozman     andrew.brozman@cliffordchance.com
- Robert W. Brundige     brundige@hugheshubbard.com
- Martin G. Bunin     marty.bunin@alston.com
- Spencer A. Burkholz     spenceb@rgrdlaw.com, e_file_sd@rgrdlaw.com
- Michael G. Busenkell     mbusenkell@wcsr.com, pgroff@wcsr.com
- Aaron R. Cahn     cahn@clm.com
- Daniel K. Cahn     dcahn@cahnlaw.com
- John M. Callagy     jcallagy@kelleydrye.com
- Carollynn H.G. Callari     ccallari@venable.com
- Donald F. Campbell     dcampbell@ghclaw.com
- Sarah Campbell     jdisanti@whitecase.com;mcosbny@whitecase.com
- Matthew Allen Cantor     info2@normandyhill.com
- John F. Carberry     jcarberry@cl-law.com, dsantos@cl-law.com
- Scott Cargill     scargill@lowenstein.com, msavetsky@lowenstein.com
- Roy H. Carlin     carlin@thshlaw.com
- Lawrence F. Carnevale     bankruptcy@clm.com
- James S. Carr     KDWBankruptcyDepartment@kelleydrye.com
- Daniel J. Carragher     djcarragher@daypitney.com
- Gerard Sylvester Catalanello     gcatalanello@duanemorris.com, gcatalanello@duanemorris.com
- Iskender Catto     icatto@kirkland.com
- Gabriel I. Chacon     gabriel.chacon@dol.lps.state.nj.us
- Shelley C. Chapman     maosbny@willkie.com
- Thomas E. Chase     tchase@rlrpclaw.com
- Omar-John C. Chavez     ochavez@smithstratton.com
- Pamela Rogers Chepiga     pamela.chepiga@newyork.allenovery.com, kurt.vellek@allenovery.com
- Ly S Chhay     ly.chhay@activfinancial.com

| In re:                                      | CHAPTER  11  |
|---------------------------------------------|--------------|
| LEHMAN BROTHERS HOLDINGS, INC, et al.,      |              |
|                               Debtor(s).    | CASE NUMBER  |

- Jonathan Chi-Shoong Cho    jonathan.cho@allenovery.com
- Jennifer A. Christian    jennifer.christian@tklaw.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Robert N. H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jeffrey Chubak    jchubak@dl.com
- Bruce E. Clark    clarkb@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Jared Riley Clark    jared.clark@bingham.com, david.marcus@bingham.com,pat.wright@bingham.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- Hollace T. Cohen    hollace.cohen@troutmansanders.com
- Joshua W. Cohen    jwcohen@daypitney.com
- Ronald L. Cohen    cohenr@sewkis.com
- Joshua D. Cohn    choupt@mayerbrown.com;jmarsala@mayerbrown.com
- Michael H. Cohn    mcohn@cohnroth.com, scaba@cohnroth.com
- Cassandra L. Coleman    ccoleman@garfield-county.com
- Jeffrey R. Coleman    coleman@hugheshubbard.com
- Kenneth P. Coleman    kurt.vellek@allenovery.com;jonathan.cho@allenovery.com
- Magdeline D. Coleman    donna.curcio@bipc.com
- Patrick Collins    pcollins@farrellfritz.com, ffbkmao@farrellfritz.com
- Christopher Combest    ccombest@quarles.com, fbf@quarles.com
- Dena Copulsky    dlcopulsky@hhlaw.com
- Joseph N. Cordaro    joseph.cordaro@usdoj.gov
- Kenneth Corey-Edstrom    kcoreyedstrom@larkinhoffman.com
- Patrick M. Costello    pcostello@vectislawgroup.com
- Steven Cousins    scousins@armstrongteasdale.com, jsant@armstrongteasdale.com
- David N. Crapo    dcrapo@gibbonslaw.com
- David A. Crichlow    david.crichlow@pillsburylaw.com
- Maureen A. Cronin    mao-ecf@debevoise.com
- Nicholas P. Crowell    ncrowell@sidley.com
- Leo T. Crowley    leo.crowley@pillsburylaw.com
- Walter H. Curchack    wcurchack@loeb.com, vrubinstein@loeb.com
- Louis A. Curcio    lcurcio@sonnenschein.com
- Vincent D'Agostino    vdagostino@lowenstein.com, jbecht@lowenstein.com
- Raniero D'Aversa    rdaversa@orrick.com, lmetzger@orrick.com
- Robert K. Dakis    robertdakis@quinnemanuel.com
- Michael R. Dal Lago    , bankruptcy@morrisoncohen.com
- J. Patrick Darby    pdarby@babc.com
- Andrew Rhys Davies    andrew.rhys.davies@allenovery.com, kurt.vellek@allenovery.com
- Jason C. Davis    jdavis@rgrdlaw.com, ptiffith@rgrdlaw.com
- Paul R. DeFilippo    pdefilippo@wmd-law.com, gparascondola@wmd-law.com;jgiampolo@wmd-law.com
- Louis T. DeLucia    ldelucia@schiffhardin.com, lbonilla@schiffhardin.com
- Jennifer C. DeMarco    jennifer.demarco@cliffordchance.com
- Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net
- John Dellaportas    dellajo@duanemorris.com
- Bradford E. Dempsey    bdempsey@faegre.com, cwilds@faegre.com
- Christopher M. Desiderio    cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Mark W. Deveno    mark.deveno@bingham.com, pat.wright@bingham.com
- Francesco Di Pietro    francesco.dipietro@wg-law.com, gayle.eisenberg@wg-law.com
- Maria J. DiConza    diconzam@gtlaw.com, petermann@gtlaw.com;cusumanod@gtlaw.com
- Daryl L. Diesing    ddiesing@whdlaw.com, lramirez@whdlaw.com;pbartoli@whdlaw.com
- Sara Discepolo    Sara_Discepolo@verizon.net
- Caroline R. Djang    cdjang@rutan.com

| In re: | CHAPTER  11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC, et al., | |
| Debtor(s). | CASE NUMBER |

- Christopher R. Donoho    chris.donoho@lovells.com, scao@centerbridge.com
- Joshua Dorchak    joshua.dorchak@bingham.com
- Mark J. Dorval    mdorval@stradley.com
- Amish R. Doshi    adoshi@daypitney.com
- Amish R. Doshi    adoshi@magnozzikye.com
- Mary Joanne Dowd    dowd.mary@arentfox.com,
  rothleder.jeffrey@arentfox.com;campbell.andrea@arentfox.com
- Thomas Alan Draghi    tdraghi@westermanllp.com
- Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Robert W. Dremluk    rdremluk@seyfarth.com, pbaisier@seyfarth.com,dchristian@seyfarth.com,
- Todd E. Duffy    tduffy@andersonkill.com, dnolan@andersonkill.com
- James C. Dugan    maosbny@willkie.com, jdugan@willkie.com
- Buce J. Duke    bruceduke@comcast.net
- David Dunn    ddunn@hhlaw.com;mferrara@hhlaw.com
- Matthew Dyer    BkMail@prommis.com
- David W. Dykhouse    dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com
- Lawrence P. Eagel    eagel@bragarwexler.com
- Andrew B. Eckstein    aeckstein@blankrome.com, senese@blankrome.com
- Michael James Edelman    mjedelman@vedderprice.com, ecfnydocket@vedderprice.com
- Daniel Eggermann    deggermann@kramerlevin.com, mmakinde@kramerlevin.com;edaniels@kramerlevin.com
- Devon Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com
- Susan K. Ehlers    sehlers@armstrongteasdale.com
- Steven B. Eichel    seichel@crowell.com
- Jeremy D. Eiden    jeremy.eiden@state.mn.us
- Charles R. Ekberg    ekbergc@lanepowell.com
- Robert F. Elgidely    relgidely@gjb-law.com, gjbecf@gjb-law.com
- Erin L. Eliasen    eleliasen@stoel.com, basargent@stoel.com
- David S. Elkind    david.elkind@ropesgray.com, paul.lang@ropesgray.com
- Mark C. Ellenberg    mark.ellenberg@cwt.com, allison.dipasqua@cwt.com;betty.comerro@cwt.com
- Kristin Elliott    kelliott@kelleydrye.com
- Bertin C. Emmons    bemmons@sovereignbank.com
- Michael R. Enright    menright@rc.com
- Andrew J. Entwistle    aentwistle@entwistle-law.com, mbernard@entwistle-law.com;vcappucci@entwistle-law.com;jwhitman@entwistle-law.com;jporter@entwistle-law.com
- Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
- Edward J. Estrada    eestrada@reedsmith.com
- Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com;tdwatson@lowenstein.com
- William J. Factor    wfactor@wfactorlaw.com, slorber@wfactorlaw.com
- Michael A. Fagone    mfagone@bernsteinshur.com,
  astewart@bernsteinshur.com;lkubiak@bernsteinshur.com;sspizuoco@bernsteinshur.com
- Jessica Fainman    jessica.fainman@barclayscapital.com
- Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com
- William L. Farris    farrisw@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Gregg M. Ficks    gmf@cpdb.com
- Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com
- Steven E. Fineman    sfineman@lchb.com
- Steven J. Fink    sfink@orrick.com, nymao@orrick.com;tmitchell@orrick.com;jburke@orrick.com
- Harden Alexander Fisch    afisch@stutman.com
- Gabriel Fischbarg    fis123@yahoo.com
- Eric Fisher    fishere@dicksteinshapiro.com, managingattorneydept@dicksteinshapiro.com
- James C. Fitzpatrick    fitzpat@hugheshubbard.com

| In re: | CHAPTER  11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC, et al., | CASE NUMBER |
| Debtor(s). | |

- Steven B. Flancher    flanchers@michigan.gov
- Daniel J. Flanigan    dflanigan@polsinelli.com, tbackus@polsinelli.com
- Jonathan L. Flaxer    jflaxer@golenbock.com, eneuman@golenbock.com;mweinstein@golenbock.com
- Robert M. Fleischer    rfleischer@pryorcashman.com, docketing@pryorcashman.com;dstevens@pryorcashman.com
- Martin N. Flics    martin.flics@linklaters.com, shauin.wang@linklaters.com;casey.bell@linklaters.com
- Shawn Randall Fox    sfox@mcguirewoods.com, tcollins@mcguirewoods.com
- Mark A. Frankel    mfrankel@bfklaw.com;mark_frankel@yahoo.com
- Jane M. Freeberg    jfreeberg@wfw.com
- Mark Freedlander    mfreedlander@mcquirewoods.com, hhickman@mcguirewoods.com
- Rachel Freeman    rfreeman@dealysilberstein.com
- Elise Scherr Frejka    efrejka@kramerlevin.com
- Ellen A. Friedman    jquiambao@friedumspring.com
- Jeff J. Friedman    jeff.friedman@kattenlaw.com
- Kenneth Friedman    kfriedman@manatt.com
- Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com
- Andrew J Frisch    afrisch@andrewfrisch.com
- Joseph Froehlich    jfroehlich@lockelord.com
- Thomas M. Gaa    tgaa@bbslaw.com, catherine@bbslaw.com
- Amanda J. Gallagher    amanda.gallagher@linklaters.com
- Alan E. Gamza    Agamza@mosessinger.com, dkick@mosessinger.com;dbutvick@mosessinger.com;cgresh@mosessinger.com;kkolbig@mosessinger.com
- R. Scott Garley    lduignan@gibbonslaw.com
- Samir Gebrael    sgebrael@klestadt.com
- Barry S. Gedan    gedanman@gedanlaw.com
- Karl Geercken    kgeercken@alston.com, kgeercken@alston.com;plewis@alston.com
- Lawrence V. Gelber    lawrence.gelber@srz.com
- Jan B. Geller    jbgesq@bway.net
- Katherine Geraci    geraci@thalergertler.com
- Anthony I. Giacobbe    agiacobbe@zeklaw.com
- Steven A. Ginther    sdnyecf@dor.mo.gov
- Glenn S. Gitomer    ggitomer@mkbattorneys.com
- Joseph M. Gitto    jgitto@nixonpeabody.com
- Lara O. Glaesman    lara.glaesman@leonard.com, ma.xiong@leonard.com
- Eduardo J. Glas    eglas@mccarter.com
- John P. Gleason    jgleason@gleasonkoatz.com
- Andrew K. Glenn    aglenn@kasowitz.com, courtnotices@kasowitz.com
- Larry Ivan Glick    lglick@shutts.com
- Jay M. Goffman    JGoffman@skadden.com, mmirkovi@skadden.com
- Andrew C. Gold    agold@herrick.com
- Matthew J. Gold    mgold@kkwc.com, mattgoldesq@optonline.net
- Stuart Gold    sgold@mandelbaumsalsburg.com
- Adam J. Goldberg    adam.goldberg@lw.com, alice.burke@lw.com;Kamil.redmond@lw.com
- Thomas D. Goldberg    tdgoldberg@dbh.com
- Richard M. Goldman    anthony.grossi@kirkland.com
- Seth Goldman    seth.goldman@mto.com
- Irena M. Goldstein    igoldstein@dl.com, pabelson@dl.com;lsaal@dl.com
- Brett D. Goodman    brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com
- Todd M. Goren    tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com
- Andrew R. Gottesman    agottesman@secondmarket.com, gsalamone@secondmarket.com

| | |
|---|---|
| In re:<br>LEHMAN BROTHERS HOLDINGS, INC, et al.,<br><div align="right">Debtor(s).</div> | CHAPTER  11<br><br>CASE NUMBER |

- Lawrence M. Gottlieb    lgesquire@lmgottlieb.com
- Christopher F. Graham    cgraham@mckennalong.com, jvargas@mckennalong.com
- Brian D. Graifman    bgraifman@gkblaw.com
- Lindsee Paige Granfield    lgranfield@cgsh.com,
  maofiling@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com;bmorag@cgsh.com;jmoss@cgsh.com;otseytkin@cgsh.com;jrietema@cgsh.com;jmsilva@cgsh.com;llipner@cgsh.com;reckenrod@cgsh.com
- Ira S. Greene    ira.greene@hoganlovells.com, david.spinley@hoganlovells.com
- Carl M. Greenfeld    cgreenfeld@lowenstein.com
- Brian E. Greer    brian.greer@dechert.com
- Emanuel C. Grillo    egrillo@goodwinprocter.com
- Robert K. Gross    rgross@evw.com, slapriore@evw.com
- Stephen H. Gross    sgross@levettrockwood.com, kgilligan@levettrockwood.com
- Howard J. Grossman    howard.j.grossman@chase.com
- Edward P. Grosz    egrosz@reitlerlaw.com
- Steven T. Gubner    ecf@ebg-law.com
- Philip M. Guess    philg@klgates.com, rhonda.hinman@klgates.com
- Paul C. Gunther    pgunther@salans.com, nkhalatova@salans.com
- Daniel J. Guyder    daniel.guyder@allenovery.com,
  kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;jessica.lubarsky@allenovery.com
- Richard F. Hahn    rfhahn@debevoise.com, jchung@debevoise.com;mao-bk-ecf@debevoise.com
- Robert R. Hall    robert.hall@azag.gov
- Terry E. Hall    tehall@bakerd.com
- Thomas J. Hall    thall@chadbourne.com
- Alan D. Halperin    ahalperin@halperinlaw.net,
  lgu@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net
- Heidi L Hamilton    heidi@crumbielaw.com
- William Hao    william.hao@alston.com
- Carrie V. Hardman    chardman@klestadt.com
- Lee Harrington    lharrington@nixonpeabody.com
- Christopher Harris    Christopher.harris@lw.com, rachel.feld@lw.com
- Juandisha Harris    harrisj12@michigan.gov, holcombm@michigan.gov
- Lynn P. Harrison    lharrison@curtis.com,
  jdrew@curtis.com;mlischin@curtis.com;ceilbott@curtis.com;jpizzurro@curtis.com;ndelaney@curtis.com;dching@curtis.com
- Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com
- Howard R. Hawkins    howard.hawkins@cwt.com, allison.dipasqua@cwt.com;anthony.moore@cwt.com
- Patrick L. Hayden    phayden@mcguirewoods.com
- Dion W. Hayes    dhayes@mcguirewoods.com, phayden@mcguirewoods.com;kcain@mcguirewoods.com
- Nava Hazan    nhazan@mwe.com
- Patricia H. Heer    phheer@duanemorris.com, odmclean@duanemorris.com
- Douglas S. Heffer    dheffer@foley.com
- Christopher R. Heinrich    cheinrich@hslegalfirm.com
- Jay Heinrich    jheinrich@mkbllp.com
- James M. Heiser    heiser@chapman.com
- Jay S. Hellman    jsh@spallp.com
- Larry D. Henin    lhenin@eapdlaw.com
- Robin A. Henry    rhenry@bsfllp.com
- Sally M. Henry    Sally.Henry@skadden.com
- Ira L. Herman    ira.herman@tklaw.com, orlando.salcedo@tklaw.com
- Neil E. Herman    Nherman@morganlewis.com

| In re:                                          | CHAPTER  11   |
|-------------------------------------------------|---------------|
| LEHMAN BROTHERS HOLDINGS, INC, et al.,          |               |
|                                    Debtor(s).   | CASE NUMBER   |

- Jennifer B. Herzog    jherzog@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com
- Paul S. Hessler    paul.hessler@linklaters.com, shauin.wang@linklaters.com
- William Heuer    wheuer@duanemorris.com
- Robert M. Hirsh    hirsh.robert@arentfox.com, constantino.nova@arentfox.com
- David J. Hoffman    djhoffman@djhoffmanlaw.com
- Evan C. Hollander    ehollander@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com
- Pamela Smith Holleman    pholleman@sandw.com
- Robert Neil Holtzman    rholtzman@kramerlevin.com
- Jonathan Hook    jonathan.hook@haynesboone.com,
  lenard.parkins@haynesboone.com;paul.fabsik@haynesboone.com
- Christopher J. Houpt    choupt@mayerbrown.com, jmarsala@mayerbrown.com
- Casey B. Howard    choward@lockelord.com
- Hamish Hume    hhume@bsfllp.com,
  NYC_Managing_Clerk@bsfllp.com;tbloomer@bsfllp.com;lsmith@bsfllp.com;nkemp@bsfllp.com
- Stephen C. Hunt    shunt@arnstein.com, sch.ecfnotices@gmail.com;amroot@arnstein.com
- Jay W. Hurst    jay.hurst@oag.state.tx.us
- Frederick D. Hyman    fhyman@mayerbrownrowe.com
- Jeremiah Iadevaia    jiadevaia@vladeck.com
- Adam H. Isenberg    aisenberg@saul.com
- Robbin L. Itkin    ritkin@steptoe.com, kpiper@steptoe.com,khollingsworth@steptoe.com
- Jennifer M. Jackson    jacksonj5@michigan.gov
- Steve Jakubowski    sjakubowski@colemanlawfirm.com
- Michael E. Johnson    michael.johnson@alston.com
- Robert Alan Johnson    rajohnson@akingump.com
- John J. Jolley    jay.jolley@fnf.com, thomas.roubidoux@kutakrock.com
- Roger G. Jones    rjones@bccb.com
- John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com
- Gregory O. Kaden    gkaden@goulstonstorrs.com
- William Wade Kannel    wkannel@mintz.com
- Richard S. Kanowitz    rkanowitz@cooley.com
- Alex J. Kaplan    ajkaplan@sidley.com, emcdonnell@sidley.com
- Gary Kaplan    gary.kaplan@ffhsj.com, peter.siroka@friedfrank.com
- Martin H. Kaplan    mkaplan@gkblaw.com
- Dimitri G. Karcazes    dimitri.karcazes@goldbergkohn.com
- David J. Karp    david.karp@srz.com, jonathan.blattmachr@srz.com
- Marc E Kasowitz    mkasowitz@kasowitz.com, courtnotices@kasowitz.com
- Diane J. Kasselman    dkasselman@kasselman-law.com
- Elyssa Suzanne Kates    ekates@bakerlaw.com
- Jordan Kaye    jkaye@kramerlevin.com
- Robert J. Keach    rkeach@bernsteinshur.com,
  acummings@bernsteinshur.com;sspizuoco@bernsteinshur.com;lkubiak@bernsteinshur.com;astewart@bernsteins
  hur.com
- Robin Elizabeth Keller    robin.keller@lovells.com, omeca.nedd@lovells.com
- Craig I. Kelley    grace@kelleylawoffice.com
- J. Michael Kelly    kellyjm@cooley.com
- Kenneth J. Kelly    kkelly@ebglaw.com, nyma@ebglaw.com
- Christopher K. Kiplok    kiplok@hugheshubbard.com
- Edward J. Kirk    edward.kirk@clydeco.us
- Paul Kizel    pkizel@lowenstein.com
- Barry R. Kleiner    dkleiner@velaw.com
- Douglas Koff    douglaskoff@paulhastings.com

| In re:<br>LEHMAN BROTHERS HOLDINGS, INC, et al.,<br>Debtor(s). | CHAPTER   11<br>CASE NUMBER |
| --- | --- |

- Howard Koh     hkoh@meisterseelig.com
- Samuel S. Kohn     , dcunsolo@winston.com
- Claude F. Kolm     claude.kolm@acgov.org, jamartinez@acgov.org
- Alan Kolod     dkick@mosessinger.com
- Lawrence J. Kotler     ljkotler@duanemorris.com
- Deborah Kovsky-Apap     kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com
- Lisa J.P. Kraidin     lisa.kraidin@allenovery.com, kurt.vellek@allenovery.com
- Bennette D. Kramer     bdk@schlamstone.com
- Richard P. Krasnow     richard.krasnow@weil.com, richard.krasnow@weil.com;shai.waisman@weil.com;victoria.vron@weil.com
- Michael M. Krauss     mkrauss@faegre.com, charayda@faegre.com;cdougherty@faegre.com;mdoty@faegre.com
- Julia S. Kreher     rleek@hodgsonruss.com;jthoman@hodgsonruss.com
- J. Alex Kress     akress@riker.com
- Martin Krolewski     mkrolewski@kelleydrye.com, docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com
- Justin A. Kuehn     kuehn@bragarwexler.com
- Greg T. Kupniewski     greg.kupniewski@flastergreenberg.com
- Paul J. Labov     plabov@eapdlaw.com
- Robinson B. Lacy     Lacyr@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Darryl S. Laddin     bkrfilings@agg.com
- Michael C. Lambert     mclambert@lawpost-nyc.com
- Mark Landman     mlandman@lcbf.com
- David P. Langlois     david.langlois@sablaw.com
- Robert Laplaca     rlaplaca@levettrockwood.com
- Kevin J. Larner     klarner@riker.com
- Francis J. Lawall     lawallf@pepperlaw.com, henrys@pepperlaw.com;matourj@pepperlaw.com
- James N. Lawlor     jlawlor@wmd-law.com, jgiampolo@wmd-law.com
- David M. LeMay     dlemay@chadbourne.com
- Michael C. Ledley     mledley@wmd-law.com
- Mark G. Ledwin     mark.ledwin@wilsonelser.com
- David H. Lee     dlee@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alexander B. Lees     ablees@wlrk.com
- David S. Leinwand     dleinwand@avenuecapital.com
- Robert R. Leinwand     rrl@robinsonbrog.com, rleinwand@yahoo.com
- Robert J. Lemons     andrew.lyon@weil.com
- Stephen D. Lerner     stephen.lerner@ssd.com
- Ira M. Levee     ilevee@lowenstein.com, mseymour@lowenstein.com
- Shari D. Leventhal     shari.leventhal@ny.frb.org
- Erin S. Levin     elevin@lowenstein.com
- Richard B. Levin     rlevin@cravath.com, managing_attorneys_office@cravath.com;jmanning@cravath.com
- Jonathan Levine     bankruptcy@andrewskurth.com
- Jeffrey W. Levitan     jlevitan@proskauer.com, srutsky@proskauer.com
- Joel H. Levitin     JLevitin@cahill.com, MMcLoughlin@cahill.com;SGordon@cahill.com;Plinken@cahill.com
- Richard Levy     rlevy@pryorcashman.com
- Leo V. Leyva     lleyva@coleschotz.com
- Isabelle Liberman     iliberman@akingump.com
- Michael Liberman     mliberman@ebglaw.com, nyma@ebglaw.com
- Valdi Licul     vlicul@vladeck.com
- David Liebenstein     david.liebenstein@haynesboone.com
- Sarah E. Lieber     selieber@jonesday.com

| In re:<br>LEHMAN BROTHERS HOLDINGS, INC, et al.,<br><br>                                                    Debtor(s). | CHAPTER  11<br><br>CASE NUMBER |
|---|---|

- David Liebov    liebovd@sullcrom.com, S&Cmanagingclerk@sullcrom.com
- Demetra Liggins    demetra.liggins@tklaw.com
- Douglas J. Lipke    dlipke@vedderprice.com, ecfdocket@vedderprice.com
- Alan Jay Lipkin    alipkin@willkie.com, maosbny@willkie.com
- Joanne K. Lipson    jlipson@crockerlaw.com, ttracy@crockerlaw.com;nancy@crockerlaw.com
- Judy G.Z. Liu    judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com
- Stephen T. Loden    sloden@diamondmccarthy.com,
  adiamond@diamondmccarthy.com;tmarkovich@diamondmccarthy.com;tpavalis@diamondmccarthy.com
- Joli A. Lofstedt    joli@crlpc.com
- Sarah K. Loomis Cave    cave@hugheshubbard.com
- Eric Lopez Schnabel    mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com
- Sara E. Lorber    slorber@wfactorlaw.com
- Alexander S. Lorenzo    alexander.lorenzo@alston.com
- Daniel A. Lowenthal    dalowenthal@pbwt.com, mcobankruptcy@pbwt.com;bguiney@pbwt.com
- Mark L. Lubelsky    mark@mllassociates.com
- Donald K. Ludman    dludman@brownconnery.com
- Alan Lungen    alungen@kasowitz.com, alungen@kasowitz.com
- Kerri Anne Lyman    klyman@irell.com
- Michael C. Lynch    mlynch@kelleydrye.com, docketing@kelleydrye.com
- Bruce G. MacIntyre    bmacintyre@perkinscoie.com
- John H. Maddock    jmaddock@mcguirewoods.com, jsheerin@mcguirewoods.com
- Wendy Mager    wmager@smithstratton.com
- George E.B. Maguire    gebmaguire@debevoise.com, mao-bk-ecf@debevoise.com
- William R. Maguire    maguire@hugheshubbard.com
- William A Maher    wmaher@wmd-law.com
- John S. Mairo    jsmairo@pbnlaw.com,
  mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pb
  nlaw.com
- Christopher J. Major    , tgorrell@rc.com
- Robert K. Malone    robert.malone@dbr.com
- Ray A. Mandlekar    e_file_sd@csgrr.com
- Beverly Weiss Manne    bmanne@tuckerlaw.com
- Julie A. Manning    bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;egoldstein@goodwin.com
- Jacqueline Marcus    jacqueline.marcus@weil.com,
  jae.kim@weil.com;aliza.reicher@weil.com;jessica.liou@weil.com;stefanie.beyer@weil.com
- Alan E. Marder    lgomez@msek.com
- Jeffrey S. Margolin    margolin@hugheshubbard.com
- Lorenzo Marinuzzi    lmarinuzzi@mofo.com
- Scott S. Markowitz    smarkowitz@tarterkrinsky.com, kmenendez@tarterkrinsky.com
- D. Ross Martin    ross.martin@ropesgray.com, Patricia.Chen@ropesgray.com
- Rosanne Thomas Matzat
  jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com
  ;nrigano@hahnhessen.com;lschlussel@hahnhessen.com;kprimm@hahnhessen.com;jsmith@hahnhessen.com
- Laurence May    lmay@coleschotz.com
- Douglas Kirk Mayer    dkmayer@wlrk.com, calert@wlrk.com
- Sandra E. Mayerson    sandra.mayerson@ssd.com, wilfred.lancaster@ssd.com;rudy.green@ssd.com
- Kurt A. Mayr    kurt.mayr@bgllp.com
- Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com
- James I. McClammy    james.mcclammy@davispolk.com
- Richard J. McCord    RMcCord@CBAH.com,
  afollett@certilmanbalin.com;cfollett@certilmanbalin.com;cglick@certilmanbalin.com

| | |
|---|---|
| In re:<br>LEHMAN BROTHERS HOLDINGS, INC, et al.,<br><br>                                              Debtor(s). | CHAPTER  11<br><br>CASE NUMBER |

- Mark McDermott    Mark.McDermott@skadden.com
- Hugh M. McDonald    hmcdonald@sonnenschein.com, elsmith@sonnenschein.com;lcurcio@sonnenschein.com
- Daniel J. McGarry    dmcgarry@whdlaw.com, dkarns@whdlaw.com
- Frank McGinn    ffm@bostonbusinesslaw.com
- Lorraine S. McGowen    lmcgowen@orrick.com
- Mark E. McKane    mmckane@kirkland.com, sarah.farley@kirkland.com
- Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com
- Austin L. McMullen    amcmullen@babc.com
- John P. McNicholas
  william.coleman@dlapiper.com;rosemary.scariati@dlapiper.com;vincent.roldan@dlapiper.com;jeremy.johnson@dlapiper.com
- Matthew S. Melamed    MMelamed@rgrdlaw.com
- John P. Melko    jmelko@gardere.com
- Michelle A. Mendez    mmendez@hunton.com
- Michael T. Mervis    Mmervis@proskauer.com, Mmervis@proskauer.com;LSONYSB@proskauer.com
- Richard M. Meth    msteen@foxrothschild.com, mlsecf@gmail.com
- Lisa Milas    lmilas@rosicki.com, ecfnotice@rosicki.com
- Brett H. Miller    bmiller@mofo.com
- David Emanuel Miller    dmiller@rakowerlaw.com, mrakower@rakowerlaw.com
- Harvey R. Miller    harvey.miller@weil.com, garrett.fail@weil.com
- Ralph I. Miller    ralph.miller@weil.com
- W. Timothy Miller    miller@taftlaw.com, grote@taftlaw.com;docket@taftlaw.com
- Anne Miller-Hulbert    rocbkcourt@logs.com
- Jeffrey A. Mitchell    dweinberger@gibbonslaw.com;mbrech@gibbonslaw.com
- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com
- Thomas J. Moloney    maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com
- Christopher R. Momjian    crmomjian@attorneygeneral.gov
- John J. Monaghan    bos-bankruptcy@hklaw.com
- Claude D. Montgomery    cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com
- Martin A. Mooney    mmooney@deilylawfirm.com,
  tjohnson@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com
- James C. Moore    jcmoore1939@gmail.com, cjohnson@hselaw.com
- Matthew P. Morris    matthew.morris@lovells.com, hugh.hill@lovells.com;daniel.lanigan@lovells.com
- Joshua D. Morse    jmorse@dl.com, courtalert@dl.com
- Judy Hamilton Morse    judy.morse@crowedunlevy.com,
  ecf@crowedunlevy.com;donna.hinkle@crowedunlevy.com
- Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com;felton.parrish@klgates.com
- Michael L. Moskowitz    mlm@weltmosk.com
- Seth A. Moskowitz    smoskowitz@kasowitz.com, courtnotices@kasowitz.com
- Monique J. Mulcare    mmulcare@mayerbrown.com
- Steven T. Mulligan    smulligan@bsblawyers.com
- Michael F. Murphy    murphym2@michigan.gov
- Jason A. Nagi    jnagi@polsinelli.com, tbackus@polsinelli.com
- David L. Neale    kjm@lnbyb.com, tma@lnbyb.com
- David Neier    dneier@winston.com, dcunsolo@winston.com
- Melissa Z. Neier    mneier@ibolaw.com
- Laura E. Neish    lneish@zuckerman.com
- Roger David Netzer    maosbny@willkie.com, rnetzer@willkie.com
- Steven H. Newman    snewman@katskykorins.com
- Philip John Nichols    pnichols@philipjohnnichols.com
- Robert E. Nies    rnies@wolffsamson.com, ecf@wolffsamson.com

| | |
|---|---|
| In re:<br>LEHMAN BROTHERS HOLDINGS, INC, et al.,<br><br>Debtor(s). | CHAPTER  11<br><br>CASE NUMBER |

- Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
- Rebecca Northey    rnorthey-lbi@mhjur.com
- Richard P. Norton    rnorton@hunton.com
- Robert M. Novick    rnovick@kasowitz.com, courtnotices@kasowitz.com
- Harold S. Novikoff    hsnovikoff@wlrk.com, calert@wlrk.com
- Anne Faith O'Berry    jputnam@bermanesq.com
- Edmond P. O'Brien    eobrien@sbchlaw.com
- Brian Edward O'Connor    maosbny@willkie.com, boconnor@willkie.com
- Sean A. O'Neal    soneal@cgsh.com,
  maofiling@cgsh.com;jcroft@cgsh.com;crodriguez@cgsh.com;msercombe@cgsh.com
- Kalman Ochs    ochska@ffhsj.com
- Patrick D. Oh    patrick.oh@freshfields.com
- Sean A. Okeefe    sokeefe@winthropcouchot.com
- Jeffrey M. Olinsky    chad.valerio@db.com
- Juliana P. Oliveira    joliveira@kramerlevin.com
- Harold Olsen    holsen@stroock.com
- Matthew Olsen    molsen@morganlewis.com
- Karen Ostad    kostad@mofo.com
- Jody Michelle Oster    ECF.Oster@huntington.com
- Alec P. Ostrow    aostrow@beckerglynn.com, lmueller@beckerglynn.com;shennessey@beckerglynn.com
- Neil J. Oxford    oxford@hugheshubbard.com
- Isaac M. Pachulski    ipachulski@stutman.com
- Anthony Paduano    ap@pwlawyers.com, lw@pwlawyers.com
- R. Stephen Painter    spainter@cftc.gov
- Charles Palella    cpalella@kurzman.com
- Deryck A. Palmer    deryck.palmer@cwt.com,
  david.moura@cwt.com;wendy.kane@cwt.com;agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com
- Charles N. Panzer    cpanzer@sillscummis.com
- Merritt A. Pardini
  dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com;nyc.bknotices@kattenlaw.com;joni.jacobsen@kattenl
  aw.com;monica.mosby@kattenlaw.com
- David W. Parham    david.w.parham@bakernet.com, julia.rogic@bakermckenzie.com
- Barbra R. Parlin    barbra.parlin@hklaw.com
- Peter S. Partee    ppartee@hunton.com
- David S. Pegno    dpegno@dpklaw.com
- Alfredo R. Perez    alfredo.perez@weil.com,
  Michele.meises@weil.com;Chris.lopez@weil.com;gayle.mitchel@weil.com;manesh.shah@weil.com;michele.me
  ises@weil.com;donald.etienne@weil.com;nicole.aliseo@weil.com;aliza.reicher@weil.com
- Robert E. Pershes    rpershes@bdblaw.com, sweires@bdblaw.com;cedwards@bdblaw.com
- Anne M. Peterson    anne.m.peterson@us.hsbc.com, lorraine.b.lubecki@us.hsbc.com
- Gregory M. Petrick    gregory.petrick@cwt.com, allison.dipasqua@cwt.com
- Deborah J. Piazza    dpiazza@abramslaw.com, rprimus@abramslaw.com
- Douglas J. Pick    dpick@picklaw.net, ezabicki@picklaw.net
- Thomas Pietrantonio    pietrantoniolaw@optonline.net
- Andrea Pincus    apincus@reedsmith.com
- Leslie A. Plaskon    leslieplaskon@paulhastings.com
- Sydney G. Platzer    splatzer@platzerlaw.com
- Frederick B. Polak    lml@ppgms.com
- John Polich    john.polich@ventura.org
- John N. Poulos    poulos@hugheshubbard.com
- Kiyam J. Poulson    kpoulson@dsnylaw.com

| In re:<br>LEHMAN BROTHERS HOLDINGS, INC, et al.,<br><br><div align="right">Debtor(s).</div> | CHAPTER  11<br><br>CASE NUMBER |
| --- | --- |

- Constantine Pourakis    cp@stevenslee.com
- Jennifer Premisler    Jen.Premisler@cliffordchance.com
- Patricia Williams Prewitt    pwp@pattiprewittlaw.com
- William C. Price    wprice@thorpreed.com
- Madlyn Gleich Primoff    mprimoff@kayescholer.com, maosbny@kayescholer.com
- Jeffrey D. Prol    jprol@lowenstein.com
- Jacob S. Pultman    jacob.pultman@allenovery.com, kurt.vellek@allenovery.com
- Deborah Quinn    dquinn@garfield-county.com, garcoatt@garfield-county.com
- Jonathan I. Rabinowitz    jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Amanda Raboy    araboy@cov.com
- Paul A. Rachmuth    prachmuth@gerstensavage.com
- Randall Rainer    rrainer@wmd-law.com
- Jack A. Raisner    jar@outtengolden.com
- Kiara L. Rankin    kiara.rankin@bingham.com, angela.owens@bingham.com
- John J. Rapisardi    john.rapisardi@cwt.com, betty.comerro@cwt.com
- Craig V. Rasile    , adeboer@hunton.com,mmannering@hunton.com
- Paul L. Ratelle    pratelle@fwhtlaw.com
- Gary O. Ravert    gravert@mwe.com
- Sophia Ree    sree@lcbf.com
- Ira A. Reid    ira.a.reid@bakernet.com
- Russell Lowell Reid    rreid@sheppardmullin.com, bwolfe@sheppardmullin.com
- Steven J. Reisman    sreisman@curtis.com,
  ceilbott@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;vhodeau@curtis.com;mgallagher@curtis.com;dching
  @curtis.com;njames@curtis.com;mgiugliano@curtis.com;hsaydah@curtis.com;jzimmer@curtis.com
- Howard D. Ressler    hressler@diamondmccarthy.com, sloden@diamondmccarthy.com
- Kenneth A. Reynolds    kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com
- Alexander G. Rheaume    arheaume@riemerlaw.com, gmoss@riemerlaw.com
- Jeffrey N. Rich    jeff.rich@klgates.com, nathanael.meyers@klgates.com
- Marc E. Richards    mrichards@blankrome.com
- Paul J. Ricotta    pricotta@mintz.com
- Michael J. Riela    michael.riela@lw.com
- Fred B. Ringel    fbr@robinsonbrog.com
- Christy Rivera    crivera@chadbourne.com
- Dirk S. Roberts    dirk.roberts@ots.treas.gov
- Jennifer L. Rodburg    jennifer.rodburg@friedfrank.com,
  aaron.rothman@friedfrank.com;matthew.roose@friedfrank.com;richard.tisdale@friedfrank.com;aaron.kleinman
  @friedfrank.com
- Theodore O. Rogers    rogerst@sullcrom.com, s&cmanagingclerk@sullcrom.com
- William J.F. Roll    wroll@shearman.com
- William A. Rome    warome@hpplegal.com
- Jorian Rose    jlrose@venable.com
- Avrum J. Rosen    ajrlaw@aol.com,
  AJRLAW@aol.com;kberson@avrumrosenlaw.com;fkantrow@avrumrosenlaw.com;lstalker@avrumrosenlaw.co
  m;dldobbin@avrumrosenlaw.com;gbara@avrumrosenlaw.com;emeade@avrumrosenlaw.com
- Arthur E. Rosenberg    arthur.rosenberg@hklaw.com
- Jeffrey M. Rosenberg    jeff@kleinsolomon.com
- Kermit A. Rosenberg    krosenberg@bltplaw.com
- Benjamin Rosenblum    brosenblum@jonesday.com
- Jeffrey A. Rosenthal    maofiling@cgsh.com
- Michael A. Rosenthal    mrosenthal@gibsondunn.com, jcontreras@gibsondunn.com
- Wendy Rosenthal    wendy.rosenthal@cliffordchance.com

| In re: | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS, INC, et al., | |
| Debtor(s). | CASE NUMBER |

- David A. Rosenzweig    DRosenzweig@Fulbright.com
- David S. Rosner    dfliman@kasowitz.com;courtnotices@kasowitz.com
- Douglas B. Rosner    drosner@goulstonstorrs.com
- Melissa-Jean Rotini    mjr1@westchestergov.com
- Rene S. Roupinian    rroupinian@outtengolden.com
- Alex R. Rovira    arovira@sidley.com, emcdonnell@sidley.com
- Barry J Roy    broy@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Kenneth Rudd    krudd@zeklaw.com
- Samuel H. Rudman    srudman@rgrdlaw.com
- Abby Rudzin    arudzin@omm.com
- Eric Litman Ruiz    eric.ruiz@davispolk.com
- Scott K. Rutsky    srutsky@proskauer.com
- Herbert K. Ryder    hryder@daypitney.com
- Jeffrey S. Sabin    jeffrey.sabin@bingham.com
- Jay G. Safer    jsafer@lockelord.com
- Chester B. Salomon    csalomon@beckerglynn.com, shennessey@beckerglynn.com;lmueller@beckerglynn.com
- Diane W. Sanders    austin.bankruptcy@publicans.com
- Jason Sanjana    jason.sanjana@lw.com
- Lori K. Sapir    lsapir@sillscummis.com
- Jeffrey L. Sapir-13    info@sapirch13tr.com
- Robert M. Sasloff    rms@robinsonbrog.com
- Paul A. Saso    psaso@gibbonslaw.com
- Joseph Cono Savino    savino@larypc.com, silvestro@larypc.com;ruda@larypc.com;fox@larypc.com;parvaneh@larypc.com;gardella@larypc.com
- Jennifer Savion    jsavion@ci.syracuse.ny.us
- Robert Scannell    rscannell@morganlewis.com
- Louis A. Scarcella    lscarcella@farrellfritz.com, ffbkmao@farrellfritz.com
- Eric A Schaffer    eschaffer@reedsmith.com, slucas@reedsmith.com
- Brian Schartz    bschartz@kirkland.com
- Jonathan D. Schiller    jschiller@bsfllp.com
- Michael L. Schleich    mschleich@fslf.com
- William H. Schorling    william.schorling@bipc.com, donna.curcio@bipc.com
- Carey D. Schreiber    cschreiber@winston.com
- Christopher P. Schueller    christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com
- Dan Jeremy Schulman    dschulman@salans.com
- Andrea B. Schwartz    andrea.b.schwartz@usdoj.gov
- Jeffrey L. Schwartz    jcerbone@hahnhessen.com;kcraner@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com;jsmith@hahnhessen.com
- Matthew A. Schwartz    schwartzmatthew@sullcrom.com, s&cmanagingclerk@sullcrom.com
- Richard Schwed    rschwed@shearman.com
- Lisa M. Schweitzer    lschweitzer@cgsh.com, maofiling@cgsh.com;jmoss@cgsh.com;llipner@cgsh.com;reckenrod@cgsh.com
- Brendan M. Scott    bscott@klestadt.com
- John Scott    jlscott@reedsmith.com
- Barry N. Seidel    seidelb@butzel.com
- Howard Seife    arosenblatt@chadbourne.com
- Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com
- David R. Seligman    david.seligman@kirkland.com
- Andrew D. Shaffer    ashaffer@mayerbrown.com
- Joel M. Shafferman    joel@shafeldlaw.com

| | |
|---|---|
| In re:<br>**LEHMAN BROTHERS HOLDINGS, INC, et al.,**<br><br>Debtor(s). | CHAPTER  11<br><br>CASE NUMBER |

- Dan Shaked     dan@shakedandposner.com
- Daniel Shamah     dshamah@omm.com
- Nolan E. Shanahan     nshanahan@coleschotz.com
- David B. Shemano     dshemano@pwkllp.com
- Thomas I. Sheridan     tsheridan@hanlyconroy.com
- Andrew Howard Sherman     asherman@sillscummis.com, asherman@sillscummis.com
- Mark Sherrill     mark.sherrill@sablaw.com
- Stephen J. Shimshak     sshimshak@paulweiss.com, sshimshak@paulweiss.com
- Michael A. Shiner     mshiner@tuckerlaw.com
- J. Christopher Shore     cshore@whitecase.com,
  jdisanti@whitecase.com;mcosbny@whitecase.com;jwinters@whitecase.com;Lindsay.Leonard@ny.whitecase.com
- Carren B. Shulman     cshulman@sheppardmullin.com, jshah@sheppardmullin.com
- Motty Shulman     MSHULMAN@BSFLLP.COM
- Patrick Sibley     psibley@pryorcashman.com, dstevens@pryorcashman.com
- Glenn E. Siegel     Glenn.Siegel@dechert.com
- Paul H. Silverman     PSilverman@mclaughlinstern.com
- Paul N. Silverstein     paulsilverstein@andrewskurth.com, jlevine@akllp.com
- Peter L. Simmons     peter.simmons@friedfrank.com
- Keith A. Simon     keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com
- Leif T. Simonson     lsimonson@faegre.com
- Charles E. Simpson     csimpson@windelsmarx.com,
  detheridge@windelsmarx.com;mhudson@windelsmarx.com;mmartir@windelsmarx.com
- Howard G. Sloane     pfarren@cahill.com
- Thomas R. Slome     lgomez@msek.com
- Edward Smith     easmith@venable.com
- Elizabeth Page Smith     esmith@llgm.com
- John R. Smith     jrsmith@hunton.com
- Abigail Snow     asnow@ssbb.com
- Andrew T. Solomon     asolomon@sandw.com, rlombardo@sandw.com
- John Wesley Spears     john.spears@alston.com
- Arthur J. Spector     aspector@bergersingerman.com,
  byglesia@bergersingerman.com;efile@bergersingerman.com
- Mark A. Speiser     mspeiser@stroock.com, insolvency2@stroock.com
- Douglas E. Spelfogel     dspelfogel@foley.com, bmjones@foley.com
- James H.M. Sprayregen     jsprayregen@kirkland.com, wguerrieri@kirkland.com
- Marvin E. Sprouse     msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com
- J. Gregory St.Clair     Chris.Dickerson@skadden.com;Elise.OConnell@skadden.com
- Katherine Stadler     kstadler@gklaw.com, zraiche@gklaw.com
- Bonnie Steingart     steinbo@ffhsj.com,
  nydocketclrk@ffhsj.com,Matthew.Roose@friedfrank.com,cedrick.mendoza-tolentino@friedfrank.com
- Jack G. Stern     jstern@bsfllp.com, NYC_Managing_Clerk@bsfllp.com
- Malani Sternstein     msternstein@sheppardmullin.com
- J. Robert Stoll     jstoll@mayerbrownrowe.com, jstoll@mayerbrownrowe.com
- Ralph M. Stone     rstone@lawssb.com
- Brent C. Strickland     bstrickland@wtplaw.com
- Harvey A. Strickon     harveystrickon@paulhastings.com
- Walter B. Stuart     walter.stuart@freshfields.com
- William S. Sugden     will.sugden@alston.com, heather.byrd@alston.com
- David A. Sullivan     david.sullivan@cliffordchance.com
- James M. Sullivan     jsullivan@mosessinger.com

| | |
|---|---|
| In re:<br>LEHMAN BROTHERS HOLDINGS, INC, et al.,<br><br>Debtor(s). | CHAPTER   11<br><br>CASE NUMBER |

- Walter E. Swearingen    wswearingen@llf-law.com
- Claude Szyfer    cszyfer@stroock.com, docketing@stroock.com;insolvency@stroock.com
- Matthew S. Tamasco    mtamasco@schnader.com
- Sara M. Tapinekis    sara.tapinekis@cliffordchance.com
- Robert E. Tarcza    bobt@tglaw.net
- Charles Martin Tatelbaum    ctatelbaum@hinshawlaw.com, smerrill@hinshawlaw.com
- James Tecce    jamestecce@quinnemanuel.com
- Samuel Jason Teele    jteele@lowenstein.com, lbonito@lowenstein.com
- Jay Teitelbaum    jteitelbaum@tblawllp.com
- H. Marc Tepper    marc.tepper@bipc.com, donna.curcio@bipc.com
- Ronald M. Terenzi    rterenzi@stcwlaw.com
- April J. Theis    april.theis@azag.gov
- Richard C. Tisdale    richard.tisdale@friedfrank.com
- My Chi To    mcto@debevoise.com, mao-bk-ecf@debevoise.com
- Amit K. Trehan    atrehan@mayerbrown.com, atrehan@mayerbrown.com
- Curtis V. Trinko    ctrinko@trinko.com
- Patrick J. Trostle    ptrostle@jenner.com
- Brian Trust    btrust@mayerbrown.com
- Gerard Uzzi    guzzi@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com
- Jantra Van Roy    jvanroy@zeklaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com
- Michael J. Venditto    mvenditto@reedsmith.com
- Raymond W. Verdi    rwvlaw@yahoo.com
- Jon C. Vigano    jvigano@schiffhardin.com
- Paul Vizcarrondo    pvizcarrondo@wlrk.com, calert@wlrk.com
- Shai Waisman    shai.waisman@weil.com,
  amanda.hendy@weil.com;jae.kim@weil.com;victoria.vron@weil.com;julio.gurdian@weil.com;michele.meises@weil.com
- Shai Waisman1    shai.waisman@weil.com
- Shai Waisman2    shai.waisman@weil.com
- Adrienne Walker    awalker@mintz.com
- Lisa L. Wallace    lwallace@mwc-law.com
- Josephine Wang    jwang@sipc.org
- Mark W. Warren    mwarren@mtb.com
- W. Clark Watson    cwatson@balch.com
- Corey R. Weber    ecf@ebg-law.com
- Jeffrey T. Wegner    jeffrey.wegner@kutakrock.com
- Chaya F. Weinberg-Brodt    chaya.weinberg@withers.us.com
- Daniel S Weinberger    dweinberger@gibbonslaw.com
- Gregg L. Weiner    weinegr@friedfrank.com, docketclerks@friedfrank.com
- Stephen L. Weinstein    sweinstein@eisemanlevine.com
- William P. Weintraub    wweintraub@fklaw.com, vgarvey@fklaw.com;gfox@fklaw.com
- Rochelle R. Weisburg    rochellew@shiboleth.com
- John W. Weiss    john.weiss@alston.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Mark F. Werle    eag@rsclaw.com;dmc@rsclaw.com
- David B. Wheeler    davidwheeler@mvalaw.com
- Timothy Raymond Wheeler    tRWheeler@lowenstein.com, lbonito@lowenstein.com;klafiura@lowenstein.com
- Lee Papachristou Whidden    lwhidden@salans.com, nkhalatova@salans.com
- Dennis J. Wickham    wickham@scmv.com, havard@scmv.com
- Monika S. Wiener    mwiener@dl.com, courtalert@dl.com

| | |
|---|---|
| In re:<br>LEHMAN BROTHERS HOLDINGS, INC, et al.,<br><br>Debtor(s). | CHAPTER   11<br><br>CASE NUMBER |

- Michael E. Wiles     mewiles@debevoise.com, mao-bk-ecf@debevoise.com
- Brady C. Williamson     bwilliamson@gklaw.com, zraiche@gklaw.com
- Deborah D. Williamson     dwilliamson@coxsmith.com, aseifert@coxsmith.com
- Eric J. Wilson     zraiche@gklaw.com
- Eric R. Wilson     KDWBankruptcyDepartment@Kelleydrye.com
- L. Matt Wilson     efile@willaw.com
- Michael G. Wilson     mwilson@hunton.com, shislop@hunton.com;candonian@hunton.com
- Stephen P Wing     spwing@iabar.org
- Eric D. Winston     ericwinston@quinnemanuel.com
- Steven R. Wirth     swirth@wmd-law.com
- Jane Rue Wittstein     jruewittstein@jonesday.com
- Amy R. Wolf     arwolf@wlrk.com, calert@wlrk.com
- Joshua Matthew Wolf     jowolf@law.nyc.gov
- Blanka K. Wolfe     bwolfe@sheppardmullin.com
- Steven Wolowitz     swolowitz@mayerbrown.com, jmarsala@mayerbrown.com
- James Addison Wright     james.wright@ropesgray.com
- Karon Y. Wright     karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
- Thomas John Wright     wrightth@sullcrom.com
- Robert C. Yan     ryan@farrellfritz.com, ffbkmao@farrellfritz.com
- David Farrington Yates     farrington.yates@snrdenton.com
- Jack Yoskowitz     yoskowitz@sewkis.com
- Jerome Zamos     zamoslaw@aol.com
- Erin Zavalkoff     ecfnydocket@vedderprice.com
- Menachem O. Zelmanovitz     mzelmanovitz@morganlewis.com
- George A. Zimmerman     brian.mcdermott@skadden.com
- N. Theodore Zink     tzink@chadbourne.com, tzink@chadbourne.com;crivera@chadbourne.com
- Peter Alan Zisser     peter.zisser@ssd.com, wilfred.lancaster@ssd.com;rudy.green@ssd.com
- Scott A. Zuber     szuber@daypitney.com, jhahn@daypitney.com
- Edward P. Zujkowski     ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com
- Ellen Zweig     ezweig@optonline.net
- Abraham L. Zylberberg     azylberberg@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com