08-13555-mg Doc 17497-3 Filed 06/08/11 Entered 06/08/11 12:43:49 Exhibit 8 Part 2 Pg 1 of 178

# EXHIBIT "5"

## SCHEDULE 17

Lender Authorized Work .

**Marblehead:**

- Completion of public improvements required by the City of San Clemente, including:

  - o  Completion of the Avenida Vista Hermosa bridge,
  - o  completion of all Avenida Pico improvements from Los Molinos to El Camino Real,
  - o  completion of all Via Socorro improvements,
  - o  completion of v-ditches on existing steep bluffs,
  - o  completion of dry utilities in Avenida Vista Hermosa and Costa Azul,
  - o  completion of all Avenida Vista Hermosa improvements from I-5 to the bridge and from the bridge to Avenida Pico,
  - o  construction of the sewer in Avenida Pico from Los Molinos to Avenida Vista Hermosa and related renovation of paving,
  - o  completion of storm drain in Commercial site,
  - o  completion of water pipeline in Commercial site,
  - o  completion of telephone conduit in Commercial site,
  - o  completion of Commercial site grading,
  - o  construction of all El Camino Real improvements from Avenida Pico to the project boundary,
  - o  completion of the Sports Park at I-5/Avenida Vista Hermosa except for the "Courtney's Sandcastle" children's playground,
  - o  overall project erosion control,
  - o  project landscape maintenance,
  - o  long-term maintenance and weed control of the Habitat Mitigation Plan/conservation easement area,
  - o  provision of construction and irrigation water and provision of construction and irrigation power.

**Heartland:**

None

**Emerald Meadows:**

- Bring site into compliance with respect to weed abatement in compliance with code violations notices received from the County for weed abatement.

**Oak Valley:**

None

**West Creek:**

None

**Terra Lago:**

- Street construction, traffic signal to secure reimbursement from CFD funds.

**Beaumont Heights:**

None

**Summit Valley:**

None

**Bickford Ranch:**

- Construction of the off-site waterline and pump station.
- Mitigation Management and Monitoring of the project, including Oak Tree Mitigation, SWPPP/RWQCB compliance, VELB Habitat, Bat Habitat, and Raptor Nesting.

**Johannson Ranch:**

None

**Delta Shores:**

None

**Ritter Ranch:**

- Completion of Elizabeth Lake Road Phase 1 as it relates to water, sewer, storm drain, grading and street improvements in order to satisfy the City of Palmdale claim against the Bonds.
- Shoulder widening on phase 2 of Elizabeth Lake Road to the satisfaction of the City of Palmdale
-

**Acton:**

None.

**Pacific Point:**

- Completion of public improvements required by the City of San Juan Capistrano, including:

  o completion of off-site Valle Road North roadway and intersection improvements and completion of Via LaJolla paving improvements,
  o completion of plan check of Interstate-5 LaNovia off-ramp improvements by State of California Department of Transportation/CalTrans;
  o completion of improvements at the California Highway Patrol (CHP) station and restoration of paving in adjacent Camino Capistrano – both as related to construction of the off-site storm drain.
  o overall project erosion control
  o project landscape maintenance
  o weed abatement in non-landscaped areas
  o provision of construction and irrigation water and provision of construction and irrigation power.

**Northlake:**

None

# EXHIBIT "6"

000407

## SCHEDULE 17

Lender Authorized Work

**Marblehead:**

- Completion of public improvements required by the City of San Clemente, including:

  - Completion of the Avenida Vista Hermosa Bridge,
  - Completion of all Avenida Pico Improvements from Los Molinos to El Camino Real,
  - Completion of all Via Socorro Improvements,
  - Completion of V-Ditches on existing steep bluffs,
  - Completion of Dry Utilities in Avenida Vista Hermosa and Costa Azul
  - Completion of all Avenida Vista Hermosa Improvements from the I-5 to the bridge and from the bridge to Avenida Pico,
  - Construction of the sewer in Avenida Pico from Los Molinos to Avenida Vista Hermosa and related renovation of paving,
  - Completion of the Storm Drain in Commercial Site,
  - Completion of Water Pipeline in Commercial Site,
  - Completion of Telephone Conduit in Commercial Site,
  - Completion of Commercial Site Grading,
  - Construction of all El Camino Real Improvements from Avenida Pico to the Project Boundary,
  - Completion of the Sports Park at I-5/Avenida Vista Hermosa except for the "Courtney's Sandcastle" children's playground,
  - Overall Project Erosion Control,
  - Project Landscape Maintenance,
  - Long-term Maintenance and weed control of the Habitat Mitigation Plan/conservation easement area,
  - Provision of Construction and irrigation water and provision of construction and irrigation power.

**Heartland:**

- Habitat Mitigation Construction and Maintenance.

**Emerald Meadows:**

- Bring site into compliance with respect to weed abatement in compliance with code violations notices received from the County for weed abatement.

**Oak Valley:**

HOA Subsidy
CVWD Contingent Liability

**West Creek:**

None

**Terra Lago:**

- Street Construction, traffic signal to secure reimbursement from CFD funds
- HOA Subsidy

**Beaumont Heights:**

None

**Summit Valley:**

None

**Bickford Ranch:**

- Construction of the off-site waterline and pump station
- Mitigation Management and Monitoring of the project, including Oak Tree Mitigation,
- SWPP/RWQCB Compliance, VELB Habitat, Bad Habitat and Raptor Nesting

**Johansen Ranch:**

None

**Delta Shores:**

None

**Ritter Ranch:**

- Completion of Elizabeth Lake Road Phase I as it relates to water, sewer, storm drain, grading and street improvements in order to satisfy the City of Palmdale against the Bonds
- Shoulder widening on Phase 2 Elizabeth Lake Road to the satisfaction of the City of Palmdale

000409

**Acton:**

None

**Pacific Point:**

- Completion of public improvements required b the City of San Juan Capistrano, including:
    - Completion of off-site Valle Road North roadway and intersection improvements and completion of Via LaJolla paving improvements,
    - Completion of plan check of Interstate-5 La Novia off-ramp improvements by State of California Department of Transportation/Cal Trans,
    - Completion of improvements at the California Highway Patrol (CHP) station and restoration of paving in adjacent Camino Capistrano - both as related to construction of the off-site storm drain,
    - Overall project erosion control
    - Project Landscape Maintenance
    - Weed abatement in non-landscaped areas
    - Provision of Construction and irrigation water and provision of construction and irrigation power.

**Northlake:**

None

**Tesoro Burnam:**

- Limited mapping
- Department of fish and game reports/processing

**Joshua Ridge II:**

None

**Del Rio:**

- Completion of the CFD Bond sale
- Park design and construction
- Sound wall construction
- Bioswale completion

**Palm Springs Village (Avalon):**

- Temporary Fencing
- Dust Control
- SWPP Monitoring
- Golf/Landscape Maintenance
- Water Bills

000411

# EXHIBIT "7"

000412

## Schedule 12C-Bonds, Bond Claims and Parties Liable

As of 5/30/2008

| Project | Vendor | Filed | Claim Amount | Case No. | Carrier | Bond No. | Comments |
|---|---|---|---|---|---|---|---|
| Marblehead | All American Asphalt #105699 | 3/19/2008 | $ 1,391,302.70 | #0110206 (Orange Co) | Arch Ins. | SU5014712-16 SU5014295-96 | In Litigation-VCT defending |
| Marblehead | BnB Engineering, Inc. #105671 | 2/15/2008 | $ 1,806,328.59 | #01105765 (Orange Co) | Arch Ins. | SU5014712-17 SU5014762 SU5014295-97 | In Litigation-Tom Davis Esq, Defending; Request for Lis Pendens filed |
| Marblehead | C. Wells Pipeline Material sub BnB Engineering #105671 | N/A | $ 44,554.35 | | | SU5014724 SU5014762 | 4/2/08-Notice provided but no proof of claim filed |
| Marblehead | Boudreau Pipeline #111705 | 2/13/2008 | $ 1,527,907.90 | #0110316B (Orange Co) | Arch Ins. | SU5014761 | In Litigation Tom Davis Esq, defending |
| Marblehead | The Collaborative West #111744 | N/A | $ 181,980.00 | | | SU5014712,16,25 SU5014766 SU5014492,84 | 5/9/08-Notice provided but no proof of claim filed |
| Marblehead | The Jasper Companies #111744 | 2/13/2008 | $ 146,658.95 | #0110241 (Orange Co) | Arch Ins. | SU5014720 | In Litigation Tom Davis Esq, defending |
| Marblehead | RMF dba: R&M Electrical #115600 | 3/17/2008 | $ 284,749.10 | #0110416B (Orange Co) | Arch Ins. | SU5014712 | In Litigation Tom Davis Esq, defending |
| Marblehead | RMF dba: R&M Electrical #115600 sub Mesa Pacific | 4/21/2010 | $ 419,010.00 | #0110426I (Orange Co) | Arch Ins. | SU5014762 | In Litigation Tom Davis Esq, defending |
| Marblehead | Savala Equipment Co. #119435 | 1/18/2008 | $ 34,440.00 | | Arch Ins. | SU5014295-97 SU5014478 | 4/17/08-Arch denied but anticipate further claim activity |
| Acton Estates | Professional Pipeline & Excavating #106415 | 2/14/2008 | $ 11,312.37 | #BC384274 (Los Angeles) | Arch Ins. & Bond Safeguard | No applicable bond-see Palmdale Hills claim below | In Litigation-VCT defending Linked to Palmdale lawsuit below |
| Palmdale Hills | Professional Pipeline & Excavating #106415 | 2/14/2008 | $ 2,185,081.30 | #BC384274 (Los Angeles) | Arch Ins. & Bond Safeguard (Lexon) | SU5024069 SU5024772 SU5012719 SU5013912 SU5014356, 61, 62, 63, 65 | In Litigation-VCT defending |
| Palmdale Hills (Ritter Ranch) | CITY of Palmdale | 1/18/2008 | DEMAND | #BC380460 (Los Angeles) | Arch Ins. | SU5014359-63 SU5014365 | 5/14/08 City served Arch directly- Arch requesting Representation Letter-VCT defending |
| Palmdale Hills (Ritter Ranch) | CITY of Palmdale #114473 | 1/16/2007 | DEMAND | | Bond Safeguard (Lexon) | 5020869,5020871-73 5028597 | 3/27/08 Lexon/Bruce Cook & Frank Faye meet with the City. |
| Palmdale Hills (Ritter Ranch) | Flow-Line Concrete #105605 | 3/17/2008 | $ 61,743.27 | | Arch Ins. | SU5012719 | 5/2/08 Arch denied claim but anticipate further claim activity |
| Palmdale Hills (Ritter Ranch) | Samord Corporation #114473 | 2/19/2008 | $ 322,370.16 | #MC 018758 (Antelope Valley) | Arch Ins. & Bond Safeguard | SU5012906(Arch) Bond Safeguard # not provided by claimant | In Litigation Ron Hopkins Esq, defending Arch, VCT defending SunCal & Bond Safeguard |
| Palmdale Hills (Ritter Ranch) | Sierra Cascade #107652 | 2/21/2008 | $ 107,334,/9 | #MCC019186 (Los Angeles) | Arch Ins. | SU5012912 SU5012919 SU5014383 | 5/13/08 Arch denied claim but anticipate further claim activity |

## Schedule 12C-Bonds, Bond Claims and Parties Liable

As of 5/30/2008

| Project | Vendor | Filed | Claim Amount | Case No. | Carrier | Bond No. | Comments |
|---|---|---|---|---|---|---|---|
| SJD Partners (Pacific Point) | CITY of San Juan Capistrano | 2/21/2008 | DEMAND | | Arch Ins. | 3SM04845700 | 3/10/08 City meeting |
| SJD Partners (Pacific Point) | CITY of San Juan Capistrano | 2/21/2008 | DEMAND | | Bond Safeguard (Lexon) | SU5021870 | 3/10/08 City meeting |
| SJD Partners (Pacific Point) | All American Asphalt #105599 | 4/14/2008 | $ 245,870.90 | #00106297 (Orange County) | Arch Inc. | SU5005287 | In Litigation-VCT defending |
| SJD Partners (Pacific Point) | All American Asphalt as sub to Boudreau Pipeline | 5/9/2008 | $ 7,868.04 | #00007597 (Orange County) | Arch Inc. | SU5005287 | In Litigation-VCT defending |
| SJD Partners (Pacific Point) | Boudreau Pipeline #111705 | 2/29/2008 | $ 861,932.67 | #00103344 (Orange Co) | Arch Ins. | SU6014748 | In Litigation-VCT defending |
| SJD Partners (Pacific Point) | Bova Contracting Corp. #105676 | 2/19/2008 | $ 312,504.84 | | Arch Ins. | SU6018410 SU5005286 SU5005282 SU6018424 | 6/14/08 Response due to Arch Negotiations are underway to settle this matter |
| SJD Partners (Pacific Point) | Bova Contracting Corp. #105676 | 2/19/2008 | $ 1,642,771.30 | | Bond Safeguard (Lexon) | 5020068 6021663-65 5021871,72,75,76 6023351-52 6021887-89 | Negotiations are underway to settle this matter |
| SJD Partners (Pacific Point) | Chino Grading, Inc | 4/11/2008 | $ 282,044.14 | #00104866 (Orange Co) | Doe Surety | 4236585 5000082315 SU5010032 | In Litigation, VCT defending |
| SJD Partners (Pacific Point) | Rockay Murata Landscape #106460 | N/A | $ 743,971.94 | | Arch Ins. | SU5010406, 08, 14, 16, 20, 22, 27, 28,31 | 3/13/08 Notice provided but no proof of claim filed |
| SJD Partners (Pacific Point) | Sierra Pacific Electrical #106533 | 4/2/2008 | $ 49,341.75 | | Arch (Amico) | 3SM04845700 | 5/2/08 response due to Arch |
| | | | Total: $12,652,374.36 | | | | |

185

000414

**Schedule 12C-Bonds, Bond Claims and Parties Liable**

5/30/2008

| Project | Bond # | Carrier | Obligee | Bond Amount | Issued | Tract | Description |
|---|---|---|---|---|---|---|---|
| Marblehead | SU5013729 | Arch | US ARMY CORPS OF ENGINEERS | $ 295,200.00 | 1/19/2006 | 8817 | Mitigation #/200300978-CJF |
| Marblehead | SU5014712 | Arch | CITY OF SAN CLEMENTE | $ 1,707,100.00 | 5/4/2005 | 8817 | STREET - LOTS 1-77 |
| Marblehead | SU5014713 | Arch | CITY OF SAN CLEMENTE | $ 863,000.00 | 5/4/2005 | 8817 | STREET - LOTS 78-120 |
| Marblehead | SU5014714 | Arch | CITY OF SAN CLEMENTE | $ 751,000.00 | 5/4/2005 | 8817 | STREET - LOTS 121-182 |
| Marblehead | SU5014715 | Arch | CITY OF SAN CLEMENTE | $ 1,354,600.00 | 5/4/2005 | 8817 | STREET - LOTS 183-313 |
| Marblehead | SU5014716 | Arch | CITY OF SAN CLEMENTE | $ 1,858,866.00 | 5/4/2005 | 8817 | COSTA AZUL, ARTEMISIA & PARK ACCESS ROAD |
| Marblehead | SU5014717 | Arch | CITY OF SAN CLEMENTE | $ 180,000.00 | 5/4/2005 | 8817 | ROUGH GRADING, WATERLINE RELOCATION |
| Marblehead | SU5014718 | Arch | CITY OF SAN CLEMENTE | $ 804,000.00 | 5/4/2005 | 8817 | COMMERCIAL SERVICE ENTRY WALL |
| Marblehead | SU5014719 | Arch | CITY OF SAN CLEMENTE | $ 15,350.00 | 5/4/2005 | 8817 | CANYON EDGE WALLS |
| Marblehead | SU5014720 | Arch | CITY OF SAN CLEMENTE | $ 1,005,000.00 | 5/4/2005 | 8817 | RETAINING WALL |
| Marblehead | SU5014721 | Arch | CITY OF SAN CLEMENTE | $ 443,727.00 | 5/4/2005 | 8817 | LANDSCAPE & GRADING LOT V - PRIVATE PARK |
| Marblehead | SU5014722 | Arch | CITY OF SAN CLEMENTE | $ 225,613.00 | 5/4/2005 | 8817 | HABITAT MANAGEMENT PLAN |
| Marblehead | SU5014723 | Arch | CITY OF SAN CLEMENTE | $ 3,571,133.00 | 5/4/2005 | 8817 | RESIDENTIAL STREETS LANDSCAPING |
| Marblehead | SU5014724 | Arch | CITY OF SAN CLEMENTE | $ 1,705,500.00 | 5/4/2005 | 8817 | SSWQ/RWSS 27' WATERLINE AVH & AVE PICO |
| Marblehead | SU5014725 | Arch | CITY OF SAN CLEMENTE | $ 170,000.00 | 5/4/2005 | 8817 | MONUMENTATION |
| Marblehead | SU5014726 | Arch | CITY OF SAN CLEMENTE | $ 4,671,000.00 | 5/4/2005 | 8817 | ROUGH GRADING |
| Marblehead | SU5014727 | Arch | CITY OF SAN CLEMENTE | $ 221,100.00 | 5/4/2005 | 8817 | CALTRANS GRADING |
| Marblehead | SU5014728 | Arch | CITY OF SAN CLEMENTE | $ 508,500.00 | 5/4/2005 | 8817 | GRADING - LOTS 1-77 |
| Marblehead | SU5014729 | Arch | CITY OF SAN CLEMENTE | $ 294,000.00 | 5/4/2005 | 8817 | GRADING - LOTS 78-120 |
| Marblehead | SU5014730 | Arch | CITY OF SAN CLEMENTE | $ 404,800.00 | 5/4/2005 | 8817 | GRADING - LOTS 121-182 |
| Marblehead | SU5014731 | Arch | CITY OF SAN CLEMENTE | $ 866,500.00 | 5/4/2005 | 8817 | GRADING - LOTS 183-313 |
| Marblehead | SU5014791 | Arch | CITY OF SAN CLEMENTE | $ 3,492,280.00 | 5/10/2005 | 8817 | BACKBONE STORM DRAINS |
| Marblehead | SU5014792 | Arch | CITY OF SAN CLEMENTE | $ 1,409,100.00 | 6/2/2005 | 8817 | AVH AND PICO SEWER/WATER/RECL WATER PLANS |
| Marblehead | SU5014794 | Arch | CITY OF SAN CLEMENTE | $ 3,696,398.00 | 5/10/2005 | 8817 | URBAN RUNOFF BIOWALES, WETLANDS |
| Marblehead | SU5014795 | Arch | CITY OF SAN CLEMENTE | $ 9,101,200.00 | 5/10/2005 | 8817 | AVENIDA VISTA HERMOSA BRIDGE |
| Marblehead | SU5014796 | Arch | CITY OF SAN CLEMENTE | $ 3,243,200.00 | 5/10/2005 | 8817 | COMMERCIAL SITE BRIDGE |
| Marblehead | SU5014797 | Arch | CITY OF SAN CLEMENTE | $ 200,000.00 | 6/8/2006 | 8817 | GRADING FOR BLUFF RESTORATION |
| Marblehead | SU5014986 | Arch | CITY OF SAN CLEMENTE | $ 59,946.00 | 5/23/2005 | 8817 | MSE WALL PLANTING & IRRIGATION LANDSCAPE |
| Marblehead | SU5014987 | Arch | CITY OF SAN CLEMENTE | $ 1,135,906.00 | 5/23/2005 | 8817 | GRADING FOR PICO PARK |
| Marblehead | SU5014988 | Arch | CITY OF SAN CLEMENTE | $ 3,261,370.00 | 5/23/2005 | 8817 | GRADING FOR SPORTS PARK |
| Marblehead | SU5014989 | Arch | CITY OF SAN CLEMENTE | $ 658,861.00 | 5/23/2005 | 8817 | GRADING FOR LOT N (g) PARK (Bluff) |
| Marblehead | SU5014990 | Arch | CITY OF SAN CLEMENTE | $ 650,819.00 | 5/23/2005 | 8817 | GRADING FOR LOT R (r) PARK (Costa Azul) |
| Marblehead | SU5014991 | Arch | CITY OF SAN CLEMENTE | $ 185,028.00 | 5/23/2005 | 8817 | AVENIDA PICO MEDIANS & PARKWAY |
| Marblehead | SU5014992 | Arch | CITY OF SAN CLEMENTE | $ 306,200.00 | 5/23/2005 | 8817 | AVH MEDIANS & PARKWAY |
| Marblehead | SU5014993 | Arch | CITY OF SAN CLEMENTE | $ 1,532,785.00 | 5/23/2005 | 8817 | TRAILS, INTERPRETIVE SIGNAGE |
| Marblehead | SU5014994 | Arch | CITY OF SAN CLEMENTE | $ 117,832.00 | 5/23/2005 | 8817 | ENTRY MONUMENT SIGNAGE |
| Marblehead | SU5014995 | Arch | CITY OF SAN CLEMENTE | $ 1,765,526.00 | 5/23/2005 | 8817 | AVH STREET IMPROVEMENTS |
| Marblehead | SU5014996 | Arch | CITY OF SAN CLEMENTE | $ 881,102.00 | 5/23/2005 | 8817 | AVENIDA PICO STREET |

186
000415

Schedule 12C-Bonds, Bond Claims and Parties Liable

5/30/2008

| Project | Bond # | Carrier | Obligee | Bond Amount | Issue Date | Tract | Description |
|---|---|---|---|---|---|---|---|
| Marblehead | SU5014997 | Arch | CITY OF SAN CLEMENTE | $ 1,088,376.00 | 5/23/2005 | 8817 | EL CAMINO REAL IMP |
| Marblehead | SU5015039 | Arch | CITY OF SAN CLEMENTE | 901,450.00 | 5/24/2005 | 8817 | AVENIDA VISTA HERMOSA TRAFFIC SIGNAL |
| Marblehead | SU5015040 | Arch | CITY OF SAN CLEMENTE | 409,000.00 | 5/24/2005 | 8817 | AVENIDA PICO TRAFFIC SIGNAL |
| Marblehead | SU5015079 | Arch | CALTRANS | 225,000.00 | 7/5/2005 | 8817 | ENCROACHMENT #1204-6MC-0649 |
| Marblehead | SU5017323 | Arch | CITY OF SAN CLEMENTE | 23,806.00 | 9/20/2005 | 8817 | CALLE DE LOS MOLINOS STREET |
| Marblehead | SU5017324 | Arch | CITY OF SAN CLEMENTE | 97,919.00 | 9/20/2005 | 8817 | VIA SOCORRO STREET |
| Marblehead | K06916166 | ACE | POINTE MARBLEHEAD HOA | 34,900.00 | 9/21/2007 | 8817 | ASSESSMENT SECURITY - RE643 |
| Marblehead | 6029548 | Lexon | POINTE MARBLEHEAD HOA | 12,338.00 | 12/26/2007 | 8817 | ASSESSMENT SECURITY - RE643 |
| Marblehead | 6029563 | Lexon | POINTE MARBLEHEAD HOA | 12,973.00 | 11/8/2007 | 8817 | ASSESSMENT SECURITY - RE643 |
| Marblehead | 6029564 | Lexon | POINTE MARBLEHEAD HOA | 11,525.00 | 11/8/2007 | 8817 | ASSESSMENT SECURITY - RE643 |
| | | | | $ 56,544,918.00 | | | |

Bond Obligors: SunCal Marblehead LLC and Bruce & Kathy Elieff

| Project | Bond # | Carrier | Obligee | Bond Amount | Issue Date | Tract | Description |
|---|---|---|---|---|---|---|---|
| Heartland | 0318701 | IFIC | CITY OF BEAUMONT | $ 792,000.00 | 3/13/2006 | 27971-1 | MITIGATION #1802-2004-0225-R6 |
| Heartland | 6029618 | Lexon | CITY OF BEAUMONT | 1,101,500.00 | 10/15/2007 | 27971-2 | STREET, STORM DRAIN, SEWER |
| Heartland | 6029519 | Lexon | CITY OF BEAUMONT | 1,064,000.00 | 10/15/2007 | 27971-3 | STREET, STORM DRAIN, SEWER |
| Heartland | 6029620 | Lexon | CITY OF BEAUMONT | 1,281,500.00 | 10/15/2007 | 27971-4 | STREET, STORM DRAIN, SEWER |
| Heartland | 6029621 | Lexon | CITY OF BEAUMONT | 1,091,000.00 | 10/15/2007 | 27971-5 | STREET, STORM DRAIN, SEWER |
| Heartland | 6029622 | Lexon | CITY OF BEAUMONT | 1,810,500.00 | 10/15/2007 | 27971-6 | STREET, STORM DRAIN, SEWER |
| Heartland | 6029623 | Lexon | CITY OF BEAUMONT | 848,500.00 | 10/15/2007 | 27971-7 | STREET, STORM DRAIN, SEWER |
| Heartland | 6029624 | Lexon | CITY OF BEAUMONT | 976,000.00 | 10/15/2007 | 27971-8 | STREET, STORM DRAIN, SEWER |
| Heartland | 6029625 | Lexon | CITY OF BEAUMONT | 1,253,000.00 | 10/15/2007 | 27971-9 | STREET, STORM DRAIN, SEWER |
| Heartland | 6029526 | Lexon | CITY OF BEAUMONT | 1,457,500.00 | 10/15/2007 | 27971-9 | STREET, STORM DRAIN, SEWER |
| Heartland | 6029527 | Lexon | CITY OF BEAUMONT | 1,986,500.00 | 10/15/2007 | 27971-10 | STREET, STORM DRAIN, SEWER |
| Heartland | 6029528 | Lexon | CITY OF BEAUMONT | 622,000.00 | 10/15/2007 | 27971-11 | STREET, STORM DRAIN, SEWER |
| Heartland | 6029529 | Lexon | CITY OF BEAUMONT | 614,000.00 | 10/15/2007 | 27971 | STREET, STORM DRAIN, SEWER |
| Heartland | 6029530 | Lexon | CITY OF BEAUMONT | 27,700.00 | 10/15/2007 | 27971-1 | MONUMENT |
| Heartland | 6029531 | Lexon | CITY OF BEAUMONT | 24,120.00 | 10/15/2007 | 27971-2 | MONUMENT |
| Heartland | 6029532 | Lexon | CITY OF BEAUMONT | 33,120.00 | 10/15/2007 | 27971-3 | MONUMENT |
| Heartland | 6029533 | Lexon | CITY OF BEAUMONT | 27,700.00 | 10/15/2007 | 27971-4 | MONUMENT |
| Heartland | 6029534 | Lexon | CITY OF BEAUMONT | 49,400.00 | 10/15/2007 | 27971-5 | MONUMENT |
| Heartland | 6029535 | Lexon | CITY OF BEAUMONT | 27,300.00 | 10/15/2007 | 27971-6 | MONUMENT |
| Heartland | 6029536 | Lexon | CITY OF BEAUMONT | 26,300.00 | 10/15/2007 | 27971-7 | MONUMENT |
| Heartland | 6029537 | Lexon | CITY OF BEAUMONT | 33,500.00 | 10/15/2007 | 27971-8 | MONUMENT |
| Heartland | 6029538 | Lexon | CITY OF BEAUMONT | 41,300.00 | 10/15/2007 | 27971-9 | MONUMENT |
| Heartland | 6029539 | Lexon | CITY OF BEAUMONT | 56,500.00 | 10/15/2007 | 27971-10 | MONUMENT |
| Heartland | 6029540 | Lexon | CITY OF BEAUMONT | 21,800.00 | 10/15/2007 | 27971-11 | MONUMENT |
| Heartland | 6029541 | Lexon | CITY OF BEAUMONT | 23,700.00 | 10/15/2007 | 27971 | MONUMENT |
| Heartland | 6029542 | Lexon | CITY OF BEAUMONT | 2,891,000.00 | 10/15/2007 | 27971 | INFRASTRUCTURE STORM DRAIN & SEWER |

## Schedule 12C-Bonds, Bond Claims and Parties Liable

5/30/2008

| CAL Project | Bond # | Carrier | Parties Liable | Bond Amount | Issue Date | Tract # | Improvement Description |
|---|---|---|---|---|---|---|---|
| Heartland | 5023543 | Lexon | CITY OF BEAUMONT | $ 4,664,000.00 | 10/15/2007 | 27971 | INFRASTRUCTURE STREET |
| Heartland | 5029552 | Lexon | CITY OF BEAUMONT | 2,800,000.00 | 10/31/2007 | 27971 | PARK SITE & TRAIL |
| Heartland | 5029553 | Lexon | CITY OF BEAUMONT | 3,420,000.00 | 10/31/2007 | 27971 | POTRERO BRIDGE & ACCESS ROAD |
| Bond Obligors: | SunCal Heartland LLC and Bruce & Kathy Elieff | | | $ 23,947,440.00 | | | |
| Emerald Meadows | K06916120 | ACE | COUNTY OF RIVERSIDE | $ 331,000.00 | 9/17/2007 | 32971 | STREET & DRAINAGE |
| Emerald Meadows | K06916132 | ACE | CALTRANS | 475,000.00 | 9/17/2007 | | HIGHWAY ENCROACHMENT (ON RAMP) |
| Emerald Meadows | K06916144 | ACE | CALTRANS | 475,000.00 | 9/17/2007 | | HIGHWAY ENCROACHMENT (OFF RAMP) |
| Bond Obligors: | SCC Acquisitions, Inc and Bruce & Kathy Elieff | | | $ 1,281,000.00 | | | |
| Oak Valley (Champions) | SU5008349 | Arch | CITY OF CALIMESA | $ 1,425,419.00 | 6/2/2004 | | J & G ST ALIGNMENT |
| Oak Valley (Champions) | SU5010585 | Arch | US ARMY CORPS OF ENG | 573,865.00 | 9/13/2005 | | MITIGATION |
| Oak Valley (Champions) | SU5012365 | Arch | CITY OF BEAUMONT | 3,882,000.00 | 12/22/2004 | 31462 | STREET/SEWER |
| Oak Valley (Champions) | SU5012366 | Arch | CITY OF BEAUMONT | 541,000.00 | 12/22/2004 | 31462 | STORM DRAIN LINES B,G,J,K |
| Oak Valley (Champions) | SU5012367 | Arch | CITY OF BEAUMONT | 2,082,000.00 | 12/22/2004 | 31462 | STORM DRAIN LINES D,E,F |
| Oak Valley (Champions) | SU5012368 | Arch | CITY OF BEAUMONT | 131,000.00 | 12/22/2004 | 31462 | STORM DRAIN LINES H,I |
| Oak Valley (Champions) | SU5012369 | Arch | CITY OF BEAUMONT | 245,584.00 | 12/22/2004 | 31462-1 | STREET/SEWER |
| Oak Valley (Champions) | SU5012370 | Arch | CITY OF BEAUMONT | 340,000.00 | 12/22/2004 | 31462-2 | STREET/DRAINAGE/SEWER |
| Oak Valley (Champions) | SU5012371 | Arch | CITY OF BEAUMONT | 343,000.00 | 12/22/2004 | 31462-3 | STREET/DRAINAGE/SEWER |
| Oak Valley (Champions) | SU5012372 | Arch | CITY OF BEAUMONT | 159,032.00 | 12/22/2004 | 31462-4 | STREET/SEWER |
| Oak Valley (Champions) | SU5012373 | Arch | CITY OF BEAUMONT | 540,000.00 | 12/22/2004 | 31462-6 | STREET/DRAINAGE/SEWER |
| Oak Valley (Champions) | SU5014598 | Arch | BEAUMONT-CHERRY VALLEY WATER DIST | 593,508.00 | 4/29/2005 | | CONTINGENT GUARANTEE |
| Oak Valley (Champions) | SU5015421 | Arch | FAIRWAY CANYON COMM ASSN | 616,860.00 | 6/15/2005 | 31462 | SUBSIDY |
| Oak Valley (Champions) | SU5015422 | Arch | FAIRWAY CANYON COMM ASSN | 218,772.00 | 6/15/2005 | 31462 | COMMON FACILITIES-LANDSCAPING |
| Oak Valley (Fairway) | 2059753 | NAS | FAIRWAY CANYON COMM ASSN | 2,424,601.00 | 10/18/2006 | 31462 | SUBSIDY |
| Oak Valley (Fairway) | 5014543 | Lexon | CITY OF BEAUMONT | 311,432.00 | 3/6/2006 | 31462-9 | STREET & SEWER |
| Oak Valley (Fairway) | 5014544 | Lexon | CITY OF BEAUMONT | 187,946.00 | 3/6/2006 | 31462-15 | STREET & SEWER |
| Oak Valley (Fairway) | 5014545 | Lexon | CITY OF BEAUMONT | 260,623.00 | 3/6/2006 | 31462-14 | STREET & SEWER |
| Oak Valley (Fairway) | 5014546 | Lexon | CITY OF BEAUMONT | 49,909.00 | 3/6/2006 | 31462-13 | STREET & SEWER |
| Oak Valley (Fairway) | 5014547 | Lexon | CITY OF BEAUMONT | 59,599.00 | 3/6/2006 | 31462-12 | STREET & SEWER |
| Oak Valley (Fairway) | 5014648 | Lexon | CITY OF BEAUMONT | 165,954.00 | 3/6/2006 | 31462-11 | STREET & SEWER |
| Oak Valley (Fairway) | 5014649 | Lexon | CITY OF BEAUMONT | 147,237.00 | 3/6/2006 | 31462 | STORM DRAIN |
| Oak Valley (Fairway) | 5014650 | Lexon | CITY OF BEAUMONT | 465,080.00 | 3/6/2006 | 31462 | STORM DRAIN |
| Oak Valley (Fairway) | 5014551 | Lexon | CITY OF BEAUMONT | 1,182,063.00 | 3/6/2006 | 31462-14&15 | STORM DRAINS |
| Oak Valley (Fairway) | 5014552 | Lexon | CITY OF BEAUMONT | 2,146,407.00 | 3/6/2006 | 31462 | STREETS |
| Oak Valley (Fairway) | 5014553 | Lexon | CITY OF BEAUMONT | 1,949,415.00 | 3/6/2006 | 31462 | STREETS |
| Oak Valley (Fairway) | 5024786 | Lexon | CITY OF BEAUMONT | 669,060.00 | 3/7/2007 | 31462-9 | TUNNEL PLAN, T3 |

188

000417

Schedule 12C-Bonds, Bond Claims and Parties Liable

5/30/2008

| Project | Bond # | Carrier | Obligee | Bond Amount | Party Liable | Issue Date | Permit # | Bond # | Description |
|---|---|---|---|---|---|---|---|---|---|
| Oak Valley (Fairway) | 5026528 | Lexon | CITY OF BEAUMONT | $ 4,352,797.15 | | 6/21/2007 | 31462 | | OAK VALLEY PARKWAY STREET |
| Oak Valley (Fairway) | 5028549 | Lexon | CALTRANS | $ 127,400.00 | | 10/26/2007 | | | ENCROACHMENT PERMIT #0804-6SN-1054 |
| Bond Obligors: | SLB/L-SunCal Oak Valley LLC and SCC/Oak Valley LLC and Bruce & Kathy Elleff | | | $ 4,480,197.15 | | | | | |
| | | | | $ 26,167,563.15 | | | | | |

Beaumont Heights **_NO_ bonds issued to date on this project.**

Summit Valley **_NO_ bonds issued to date on this project.**

| Project | Bond # | Carrier | Obligee | Bond Amount | | Issue Date | Permit # | Description |
|---|---|---|---|---|---|---|---|---|
| Bickford Ranch | 5020974 | Lexon | PLACER COUNTY WATER | $ 2,500,000.00 | | 8/1/2006 | | CAPERTON CANAL RELOCATION |
| Bickford Ranch | 5024793 | Lexon | PLACER COUNTY | $ 327,548.00 | | 4/3/2007 | 918 | MONUMENTATION |
| Bond Obligors: | SunCal Bickford Ranch LLC and Bruce & Kathy Elleff | | | $ 2,827,548.00 | | | | |

Johansen Ranch **_NO_ bonds issued to date on this project.**

*aka Ritter Ranch*

| Project | Bond # | Carrier | Obligee | Bond Amount | Issue Date | Bond # | Description |
|---|---|---|---|---|---|---|---|
| Palmdale Hills | 5020969 | Lexon | CITY OF PALMDALE | $ 573,400.00 | 6/26/2006 | 51508/PALMDALE | GRADING |
| Palmdale Hills | 5020971 | Lexon | CITY OF PALMDALE | $ 522,700.00 | 7/24/2006 | 51508/PALMDALE | STREETS - 2 LANES ONLY |
| Palmdale Hills | 5020972 | Lexon | CITY OF PALMDALE | $ 4,235,800.00 | 7/24/2006 | 51508/PALMDALE | STREETS - LESS 2 LANES |
| Palmdale Hills | 5020973 | Lexon | CITY OF PALMDALE | $ 2,107,100.00 | 7/24/2006 | 51508/PALMDALE | DRAINAGE |
| Palmdale Hills | 5025395 | Lexon | CITY OF PALMDALE | $ 151,700.00 | 11/10/2006 | 51508-02 | SECONDARY ACCESS ROAD |
| Palmdale Hills | 5024751 | Lexon | CITY OF PALMDALE | $ 13,500.00 | 12/18/2006 | 51508-02 | GRADING- SECONDARY ACCESS RD |
| Palmdale Hills | 5024772 | Lexon | CITY OF PALMDALE | $ 433,000.00 | 3/1/2007 | | SEWER LIFT STATION |
| Palmdale Hills | 5024800 | Lexon | CITY OF PALMDALE | $ 5,800.00 | 4/16/2007 | 51508-01 | GRADING - INFO CENTER |
| Palmdale Hills | 5026507 | Lexon | CITY OF PALMDALE | $ 2,748,000.00 | 5/16/2007 | 51508/PALMDALE | LANDSCAPING |
| Palmdale Hills | 5025526 | Lexon | CITY OF PALMDALE | $ 160,500.00 | 6/12/2007 | 51508-01 | BIO-BASIN |
| Palmdale Hills | 5026530 | Lexon | CITY OF PALMDALE | $ 2,276,000.00 | 6/21/2007 | 51508-03 | STREET, SEWER, DRAINAGE & WATER |
| Palmdale Hills | 5026531 | Lexon | CITY OF PALMDALE | $ 1,784,700.00 | 6/21/2007 | 51508-03 | GRADING |
| Palmdale Hills | 5026546 | Lexon | CITY OF PALMDALE | $ 79,100.00 | 7/18/2007 | 51508-01 | WATERWHEEL ENTRY MONUMENT |
| Palmdale Hills | 5028509 | Lexon | CITY OF PALMDALE | $ 13,000.00 | 9/19/2007 | 51508-01 | GRADING - RECREATION CENTER |
| Palmdale Hills | SU5012719 | Arch | CITY OF PALMDALE | $ 1,186,225.00 | 1/7/2005 | 51508 | GRADING BOND |
| Palmdale Hills | SU5012909 | Arch | CITY OF PALMDALE | $ 675,500.00 | 1/24/2005 | 51508-01 | STREET IMPROVEMENTS |
| Palmdale Hills | SU5012910 | Arch | CITY OF PALMDALE | $ 129,750.00 | 1/24/2005 | 51508-01 | SEWER IMPROVEMENTS |
| Palmdale Hills | SU5012911 | Arch | CITY OF PALMDALE | $ 694,500.00 | 1/24/2005 | 51508-01 | DRAINAGE IMPROVEMENTS |
| Palmdale Hills | SU5012912 | Arch | CITY OF PALMDALE | $ 306,500.00 | 1/24/2005 | 51508-01 | WATER IMPROVEMENTS |
| Palmdale Hills | SU5012913 | Arch | CITY OF PALMDALE | $ 668,400.00 | 1/24/2005 | 51508-01 | LANDCAPING IMPROVEMENTS |
| Palmdale Hills | SU5012915 | Arch | CITY OF PALMDALE | $ 464,700.00 | 1/24/2005 | 51508-02 | STREET IMPROVEMENTS |

Schedule 12C-Bonds, Bond Claims and Parties Liable

5/30/2008

| Property | Bond # | Carrier | Obligee | Bond Amount | Issue Date | Tract | Description |
|---|---|---|---|---|---|---|---|
| Palmdale Hills | SU5012916 | Arch | CITY OF PALMDALE | $ 112,900.00 | 1/24/2005 | 51508-02 | SEWER IMPROVEMENTS |
| Palmdale Hills | SU5012917 | Arch | CITY OF PALMDALE | 553,300.00 | 1/24/2005 | 51508-02 | OFF-SITE SEWER IMPR |
| Palmdale Hills | SU5012918 | Arch | CITY OF PALMDALE | 151,050.00 | 1/24/2005 | 51508-02 | DRAINAGE IMPROVEMENTS |
| Palmdale Hills | SU5012919 | Arch | CITY OF PALMDALE | 144,000.00 | 1/24/2005 | 51508-02 | WATER IMPROVEMENTS |
| Palmdale Hills | SU5012920 | Arch | CITY OF PALMDALE | 317,300.00 | 1/24/2005 | 51508-02 | LANDCAPING IMPROVEMENTS |
| Palmdale Hills | SU5014359 | Arch | CITY OF PALMDALE | 4,229,500.00 | 4/20/2005 | ELIZABETHLAKE | STREET IMPROVEMENTS |
| Palmdale Hills | SU5014360 | Arch | CITY OF PALMDALE | 404,800.00 | 4/20/2005 | ELIZABETHLAKE | ST LIGHT IMPROVEMENTS |
| Palmdale Hills | SU5014361 | Arch | CITY OF PALMDALE | 1,224,800.00 | 4/20/2005 | ELIZABETHLAKE | SEWER IMPROVEMENTS |
| Palmdale Hills | SU5014362 | Arch | CITY OF PALMDALE | 305,050.00 | 4/20/2005 | ELIZABETHLAKE | DRAINAGE IMPROVEMENTS |
| Palmdale Hills | SU5014363 | Arch | CITY OF PALMDALE | 1,265,200.00 | 4/20/2005 | ELIZABETHLAKE | WATER IMPROVEMENTS |
| Palmdale Hills | SU5014365 | Arch | CITY OF PALMDALE | 17,572.00 | 4/20/2005 | ELIZABETHLAKE | GRADING BOND |
| Palmdale Hills | SU5019404 | Arch | CITY OF PALMDALE | 92,000.00 | 2/6/2006 | 51508 | BIO-BASIN |

$ 27,991,947.00

Bond Obligor: Palmdale Hills Property LLC and Bruce & Kathy Elieff

| Acton Estates | 5025398 | Lexon | COUNTY OF LOS ANGELES | $ 1,290,000.00 | 12/5/2006 | 43526 | GRADING PERMIT |

Bond Obligors: Acton Estates LLC and Bruce & Kathy Elieff

$ 1,290,000.00

aka Pacific Point

| SJD Partners | 186045 | NAS | CALTRANS | $ 50,000.00 | 5/12/2006 | | ENCROACHMENT |
| SJD Partners | 3SM084845700 | Arch | CITY OF SAN JUAN CAPISTRANO | 3,911,458.00 | 10/22/2005 | | IMPROVEMENTS |
| SJD Partners | 4235688 | Insco | CITY OF SAN JUAN CAPISTRANO | 3,266,158.00 | 9/15/1997 | | GRADING |
| SJD Partners | 4235689 | Insco | CITY OF SAN JUAN CAPISTRANO | 2,791,288.00 | 9/15/1997 | | REMEDIAL GRADING |
| SJD Partners | 4235705 | Insco | CITY OF SAN JUAN CAPISTRANO | 221,735.00 | 9/15/1997 | | SLOPE DRAINAGE |
| SJD Partners | 5020968 | Lexon | CITY OF SAN JUAN CAPISTRANO | 70,005.00 | 6/21/2006 | | WATER - AVENIDA CALIFORNIA |
| SJD Partners | 5021962 | Lexon | CITY OF SAN JUAN CAPISTRANO | 319,267.00 | 9/11/2006 | 16750 | STREET |
| SJD Partners | 5021863 | Lexon | CITY OF SAN JUAN CAPISTRANO | 343,468.00 | 9/11/2006 | 16609 | STORM DRAIN |
| SJD Partners | 5021864 | Lexon | CITY OF SAN JUAN CAPISTRANO | 378,797.00 | 9/11/2006 | 16609 | SANITARY SEWER |
| SJD Partners | 5021865 | Lexon | CITY OF SAN JUAN CAPISTRANO | 114,291.00 | 9/11/2006 | 16609 | WATER |
| SJD Partners | 5021866 | Lexon | CITY OF SAN JUAN CAPISTRANO | 710,152.00 | 9/11/2006 | 16752 | STREET |
| SJD Partners | 5021867 | Lexon | CITY OF SAN JUAN CAPISTRANO | 478,943.00 | 9/11/2006 | 16752 | STORM DRAIN |
| SJD Partners | 5021868 | Lexon | CITY OF SAN JUAN CAPISTRANO | 364,676.00 | 9/11/2006 | 16752 | SANITARY SEWER |
| SJD Partners | 5021869 | Lexon | CITY OF SAN JUAN CAPISTRANO | 262,073.00 | 9/11/2006 | 16752 | WATER |
| SJD Partners | 5021870 | Lexon | CITY OF SAN JUAN CAPISTRANO | 1,633,486.00 | 9/11/2006 | 16747 | STREET |
| SJD Partners | 5021871 | Lexon | CITY OF SAN JUAN CAPISTRANO | 1,537,973.00 | 9/11/2006 | 16747 | STORM DRAIN |
| SJD Partners | 5021872 | Lexon | CITY OF SAN JUAN CAPISTRANO | 434,156.00 | 9/11/2006 | 16747 | SANITARY SEWER |
| SJD Partners | 5021873 | Lexon | CITY OF SAN JUAN CAPISTRANO | 763,671.00 | 9/11/2006 | 16747 | WATER |

190
000419

Schedule 12C-Bonds, Bond Claims and Parties Liable

5/30/2008

| Project | Bond # | Carrier | Obligee | Bond Amount | Issued | Tract # | Description |
|---|---|---|---|---|---|---|---|
| SJD Partners | 5021874 | Lexon | CITY OF SAN JUAN CAPISTRANO | $ 219,070.00 | 9/11/2006 | 16751 | STREET |
| SJD Partners | 5021875 | Lexon | CITY OF SAN JUAN CAPISTRANO | $ 73,031.00 | 9/11/2006 | 16751 | STORM DRAIN |
| SJD Partners | 5025351 | Lexon | CITY OF SAN JUAN CAPISTRANO | $ 83,952.00 | 9/11/2006 | 16751 | SANITARY SEWER |
| SJD Partners | 5025352 | Frontier | CITY OF SAN JUAN CAPISTRANO | $ 53,215.00 | 9/11/2006 | 16751 | WATER |
| SJD Partners | SD00031627 | Frontier | CITY OF SAN JUAN CAPISTRANO | $ 255,925.00 | 8/14/2000 | 14196 | STORM DRAIN |
| SJD Partners | SD00082815 | Frontier | CITY OF SAN JUAN CAPISTRANO | $ 78,403.00 | 10/6/1999 | 15887 | GRADING |
| SJD Partners | SU5002773 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 33,795.00 | 9/10/2005 | | WTR IMPR VALLE ROAD |
| SJD Partners | SU5005286 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 910,607.00 | 3/5/2004 | | STORM DRAIN & TRAFFIC CONTROL |
| SJD Partners | SU5005287 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 321,533.00 | 3/5/2004 | 14196 | STREET "A" STREET |
| SJD Partners | SU5005288 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 34,686.00 | 3/5/2004 | | SEWER RELOCATION THRU CALTRANS YARD |
| SJD Partners | SU5006209 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 306,799.00 | 3/5/2004 | | SWR & STS & TRAFFIC CONTROL |
| SJD Partners | SU5005290 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 213,412.00 | 3/5/2004 | 14196 | STORM DRAIN (STREET "A") |
| SJD Partners | SU5005291 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 127,871.00 | 3/5/2004 | 14196 | SEWER (STREET "A") |
| SJD Partners | SU5005292 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 142,650.00 | 3/5/2004 | | STORM DRAIN (VALLE ROAD N.) |
| SJD Partners | SU5010032 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 1,196,048.00 | 8/20/2004 | | GRADING-780 ZONE RESERVOIR |
| SJD Partners | SU5010873 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 416,030.00 | 10/5/2004 | 15609 | WATER-CALIT/AGAMINO_LAS RAMBLAS |
| SJD Partners | SU5011552 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 245,300.00 | 11/4/2004 | 14196 | WATER MCCRACKEN HILLS RESERVOIR |
| SJD Partners | SU5013285 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 1,588,672.00 | 2/17/2005 | | 760S RESERVOIR |
| SJD Partners | SU5014748 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 2,783,794.00 | 5/9/2005 | | 760S RESERVOIR |
| SJD Partners | SU5014774 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 303,509.00 | 5/9/2005 | 15887 | PACIFIC SAN JUAN-A ST WATER |
| SJD Partners | SU5018406 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 620,766.00 | 11/21/2005 | 14196 | LANDSCAPE |
| SJD Partners | SU5018407 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 15,500.00 | 11/21/2005 | 15609 | MONUMENT |
| SJD Partners | SU5018408 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 676,950.00 | 11/21/2005 | 15609 | LANDSCAPE |
| SJD Partners | SU5018409 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 10,500.00 | 11/21/2005 | 15887 | MONUMENT |
| SJD Partners | SU5018410 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 529,000.00 | 11/21/2005 | 15887 | STORM DRAIN |
| SJD Partners | SU5018411 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 1,180,000.00 | 11/21/2005 | 15687 | STREET |
| SJD Partners | SU5018412 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 280,000.00 | 11/21/2005 | 15687 | SEWER |
| SJD Partners | SU5018414 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 157,551.00 | 11/21/2005 | 15887 | LANDSCAPE |
| SJD Partners | SU5018415 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 18,500.00 | 11/21/2005 | 16747 | MONUMENT |
| SJD Partners | SU5018418 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 923,526.00 | 11/21/2005 | 16747 | LANDSCAPE |
| SJD Partners | SU5018420 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 471,928.00 | 11/21/2005 | 16748 | LANDSCAPE |
| SJD Partners | SU5018421 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 14,500.00 | 11/21/2005 | 16749 | MONUMENT |
| SJD Partners | SU5018422 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 342,692.00 | 11/21/2005 | 16749 | LANDSCAPE |
| SJD Partners | SU5018424 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 611,125.00 | 11/21/2005 | 16750 | STORM DRAIN |
| SJD Partners | SU5018427 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 839,335.00 | 11/21/2005 | 16750 | LANDSCAPE |
| SJD Partners | SU5018428 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 14,000.00 | 11/21/2005 | 16751 | MONUMENT |
| SJD Partners | SU5018429 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 1,141,578.00 | 11/21/2005 | 16751 | LANDSCAPE |
| SJD Partners | SU5018430 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 38,500.00 | 11/21/2005 | 16752 | MONUMENT |
| SJD Partners | SU5018431 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 1,898,601.00 | 11/21/2005 | 16752 | LANDSCAPE |

191

000420

Schedule 12C-Bonds, Bond Claims and Parties Liable

5/30/2008

| Bond Principal | Bond # | Carrier | Obligee | Bond Amount | Issued | Expires | Tract # | Bond Description |
|---|---|---|---|---|---|---|---|---|
| SJD Partners | SU5018541 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 644,506.00 | 12/1/2005 | | 15687 | WATER (A STREET) |
| SJD Partners | SU5019202 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 1,012,000.00 | 1/24/2006 | | 16750 | SANITARY OFF-SITE SEWER |

Bond Obligors: SJD Partners Ltd and Bruce & Kathy Elieff

$ 37,472,868.00

Northlake    **_NO bonds issued to date on this project._

# EXHIBIT "8"

Schedule '2C-Bonds, Bond Claims and Parties Liable

| Project | Vendor | Filed | Claim Amount | Case No. | Carrier | Bond No. | Comments |
|---|---|---|---|---|---|---|---|
| Marblehead | All American Asphalt | 3/14/2008 | $ 1,344,441.71 | #0016288 (Orange Co) | Arch Ins. | SUS014712-16, SUS0-4695-96 | In Litigation VGT defending |
| Marblehead | BnB Engineering, Inc. | 2/15/2008 | $ 1,698,328.59 | #0015765 (Orange Co) | Arch Ins. | SUS014712-16, SUS0-4782, SUS014695-97, SUS014724, 04/24/08 | In Litigation Tom Davis Esq. defending. Request to Lis Pendens filed 04/24/08 |
| Marblehead | C. Weis Pipeline Materia, Inc. sub to BnB Engineering, Inc. | 4/2/2008 | $ 44,554.35 | #01GG188 (Orange Co) | Arch Ins. | SUS014791 | 4/29-Notice provided but no proof of claim filed |
| Marblehead | Boulevard Pipeline Corp. | 2/13/2008 | $ 1,527,907.50 | #01GG138 (Orange Co) | Arch Ins. | SUS014791 | Tom Davis Esq. Defending. Settled, awaiting final execution documents |
| Marblehead | BBNeil, Inc. sub to Orange Coast Masonry | 8/29/2008 | $ 8,289.00 | #01GG124 (Orange Co) | Arch Ins. | SUS014716 | Settled, awaiting final execution documents |
| Marblehead | Bob McCraine Construction, Inc. | 5/28/2008 | $ 410,090.00 | #01-02247 (Orange Co) | Due Surety | | Settled, awaiting final execution documents |
| Marblehead | Chino Grading, Inc. | 8/27/2008 | $ 2,055,194.05 | #0015765 (Orange Co) | Arch Ins. | SUS014712-16,23 SUS014792,94 | In Litigation - Arch named in cross complaint to BnB litigation, Tom Davis, Esq. defending |
| Marblehead | The Collaborative West, Inc. | N/A | $ 161,990.00 | #0102841 (Orange Co) | Arch Ins. | SUS014792,94 | Arch denied claim 7/8/08 ($161,990) |
| Marblehead | The Jasper Companies, Inc. | 2/13/2008 | $ 149,656.95 | #0102841 (Orange Co) | Arch Ins. | SUS0-14720 | In Litigation Tom Davis Esq. defending |
| Marblehead | Orange County Striping Service, Inc. | 7/11/2008 | $ 7,352.27 | #0063255 (Orange Co) | Arch Ins. | SUS014716 | In Litigation Tom Davis Esq defending |
| Marblehead | Orange Coast Masonry | 5/20/2008 | $ 174,879.50 | #0067542 (Orange Co) | Arch Ins. | SUS014695, SUS014986 SUS014720 | Settled awaiting final execution documents |
| Marblehead | Paterson Brothers Construction Inc. | 6/11/2008 | $ 16,793.50 | #0067542 (Orange Co) | Arch Ins. | SUS014716 | In Litigation Tom Davis Esq. defending |
| Marblehead | Paterson Brothers Construction, Inc. sub to Mesa Pacific Construction, Inc. | 6/11/2008 | $ 905,542.23 | #0016565 (Orange Co) | Arch Ins. | SUS014712 | In Litigation Tom Davis Esq. defending |
| Marblehead | RH Masonry, Inc. sub to Mesa Pacific Construction, Inc. | 6/17/2008 | $ 180,692.00 | #0010727144 | Arch Ins. | SUS014716 | In Litigation Tom Davis Esq. defending |
| Marblehead | RMF Contracting, Inc. dba R&M Electrical Contracting | 4/8/2008 | $ 204,748.10 | #0010-04198 (Orange Co) | Arch Ins. | SUS014720 | In Litigation Tom Davis Esq. defending |
| Marblehead | RMF Contracting, Inc. dba R&M Electrical Contracting sub to Mesa Pacific Construction, Inc. | 3/24/2008 | $ 419,010.00 | #0010A251 (Orange Co) | Arch Ins. | SUS014712 | In Litigation Tom Davis Esq. defending |
| Marblehead | Savala Equipment Co. | 1/16/2008 | $ 34,446.00 | #0103765 (Orange Co) | Arch Ins. | SUS014695-97 SUS014716 | 8/8/08 Notice provided, but no proof of claim filed |
| Marblehead | StressCrete Limited | 8/9/2008 | $ 129,885.00 | #030802 | Arch Ins. | SUS014423 | In Litigation Tom Davis Esq. defending |
| Oak Valley | A1 American Asphalt | 7/7/2008 | $ 60,355.48 | #030802 (Riverside Co) | Arch Ins. | | In Litigation Tom Davis Esq. defending. Arch Response due 8/8/08. Arch has requested a 30 day extension to answer, BS: No proof of claim filed |
| Oak Valley | Hillcrest Contracting, Inc. | Arch: 6/27/08 BS: 7/11/2008 | $ 135,567.43 | #0102981 (Riverside Co) | Arch Ins. | Arch: SUS012265 BS: SUS014591 | Arch is estimated by attorneys at $150,000 including the $135,567 plus attorneys fees and interest. Litigation is pending with SunCal entity, but none of complaints have not been named |

*All Bond Obligors listed on Schedule '2C.

Schedule 12C-Bonds Bond Claims and Parties Liable

| Project | Vendor | Filed | Claim Amount | Case No. | Carrier | Bond No. | Comments |
|---|---|---|---|---|---|---|---|
| Bloxton Ranch | Marcus Pipeline Inc. | 6/2/2008 | $ 330,118.00 | #SC123261 (Placer Co) | Bond Safeguard | SU5024733 | In Litigation. VCT defending |
| Acton Estates | Professional Pipeline Contractors, Inc. | 2/14/2008 | | #BC384274 (Los Angeles Co) | No applicable bond/see Palmdale Hills claim below | | VCT defending. Settled, awaiting final execution documents. Settlement amount reflected under Palmdale Hill's Property claim below. |
| Palmdale Hills (Ritter Ranch) | Professional Pipeline Contractors, Inc. | 2/14/2008 | $ 1,938,312.00 | #BC384274 (Los Angeles) | Arch Ins. & Bond Safeguard | Arch SU5020968 SU5024772 SU5012912 SU5012912-1,91,92,93,95 89; 5020971-23 5026945, 5026530 5026945, 5026328 5026307, 5026325 5026302, 5026633 SU5024772 | In Litigation. VCT defending SunCal & Bond Safeguard, Ron Hopkins defending Arch. Settled, awaiting final execution documents. Settlement Amount shown as claim amount. |
| Palmdale Hills (Ritter Ranch) | CITY of Palmdale | 1/16/2007 | DEMAND | | Bond Safeguard | SU5014393+93, SU5014385 | 3/27/08 Bond Safeguard/Bruce Cook & Faris Faye meet with the City. |
| Palmdale Hills (Ritter Ranch) | Flow-Line Concrete sub to Professional Pipeline Contractors Inc. | 9/17/2008 | DEMAND | | Bond Safeguard | 5020969, 5020971-23 5028807 | Flow-Line claim denied. Professional Pipeline litigation settled, awaiting final execution documents. Settlement amount reflected under Professional Pipeline. Palmdale Hill's Property claim below. |
| Palmdale Hills (Ritter Ranch) | Samsac Corporation | 2/12/2008 | $ 202,716.75 | #MC017885 (Antelope Valley) | Arch Ins. & Bond Safeguard | Aven. SU5012908 ES 5020972 5020975 | Settled awaiting final execution documents. Settlement Amount shown as claim amount. |
| Palmdale Hills (Ritter Ranch) | Sierra Cascade Construction, Inc. | 2/25/2008 | $ 107,334.15 | #MC019182 #MC019185 (Los Angeles Co) | Arch Ins. | SU5012912 SU5012919 SU5014383 | In Litigation. VCT defending |
| Palmdale Hills (Ritter Ranch) | Sierra Cascade Construction, Inc. | 5/22/2008 | $ 403,252.44 | #MC019273 (Los Angeles) | Arch Ins. | SU5012912-10, SU5012911 | In litigation. VCT defending |
| Palmdale Hills (Ritter Ranch) | Siemens Supply & Partners, Inc. | 7/11/2008 | $ 48,478.00 | #BC394426 (Los Angeles Co) | Arch Ins. | Unknown | 7/18/08 Notice provided but no proof of claim filed |
| Palmdale Hills (Ritter Ranch) | The Masonry Group California Central, Inc. | 7/23/2008 | $ 517,000.00 | | Bond Safeguard | 5026302 | Settled awaiting final execution documents. Settlement Amount shown as claim amount. |

*All Bond Obligors listed on Schedule 12C.

Schedule 12C Bonds, Bond Claims and Parties Liable

| Project | Vendor | Filed | Claim Amount | Case No. | Carrier | Bond No. | Comments |
|---|---|---|---|---|---|---|---|
| SUD Partners (Pacific Point) | CITY of San Juan Capistrano (Abandonment) | 2/21/2008 | DEMAND | | Bond Safeguard | SU5021670 | 2/1/008 City meeting |
| SUD Partners (Pacific Point) | CITY of San Juan Capistrano (Abandonment) | 2/21/2008 | DEMAND | | Bond Safeguard | 35N046457 SU5031700 | 2/1/008 City meeting |
| SUD Partners (Pacific Point) | All American Asphalt (Abatement) | 2/21/2008 | $ 245,870.91 | #00106287 (Orange Co) | Arch Ins. & Bond Safeguard | Arch: SU5006287 BS: 5921870, 5021866 5921874 | VCT defending SunCal & Bond Safeguard, Ron Hopkins defending. In Litigation |
| SUD Partners (Pacific Point) | All American Asphalt sub to Boudreau Pipeline | 4/14/2008 | | | Arch Ins. | SU5014748 | VCT defending |
| SUD Partners (Pacific Point) | Boudreau Pipeline | 5/8/2008 | $ 7,868.06 | (Orange Co) | Arch Ins | SU5014748 | In Litigation VCT defending |
| SUD Partners (Pacific Point) | Boudreau Pipeline | 2/29/2008 | $ 361,092.57 | #00103244 (Orange Co) | Arch Ins. | SU5014748 | VCT defending |
| SUD Partners (Pacific Point) | Bova Contracting Corp. | 2/15/2008 | $ 279,900.84 | | Arch Ins. | SU5014746 SU5018410 SU5062392 SU5065266 | Settled - Settlement payments due until 12/20/08. Settlement amount shown as claim amount |
| SUD Partners (Pacific Point) | Bova Contracting Corp. | 2/15/2008 | $ 1,476,256.66 | | Bond Safeguard | SU5018424 SD0000468 SU5062968 4235685 | Settled - Settlement payments due until 12/20/08. Settlement amount shown as claim amount |
| SUD Partners (Pacific Point) | Chino Grading, Inc. | 4/11/2008 | $ 282,044.14 | #00104865 (Orange Co) | Doe Surety | SU5021873, 73-51, NISCO SD0032815 SU5010002 | In Litigation VCT defending |
| SUD Partners (Pacific Point) | Orange Coast Masonry / Rickey Murillo Landscaping | 6/15/2008 | $ 687,391.95 | | Arch Ins./ NISCO | BS: 5021865-84, 5021855-52, 5020866-84, 5021855-52, INSCO: 4235685 4235685 4235685 | Settled, awaiting final execution documents |
| SUD Partners (Pacific Point) | Sierra Pacific Electrical Contracting | 3/16/2008 | $ 743,071.94 | | Arch Ins. | SU5014606, 08, 14, 16, 20, 22, 27, 29, 31 | 3/15/08 Notice provided but no proof of claim filed |
| SUD Partners (Pacific Point) | Summers-Murphy & Partners, Inc. | 4/2/2008 | $ 48,455.00 | | Arch Ins. (Arroo) | 35N046700 | Settled as of 7/3/08. Settlement amount shown as claim amount. |
| SUD Partners (Pacific Point) | Hillcrest Contracting, Inc. | 7/1/2008 | $ 8,350.00 | | Arch Ins. | SU5013305 | 7/18/08 Value provided but no proof of claim filed |
| North Orange Del Rio | All American Asphalt | 1/17/2008 | $ 124,037.20 | #00106338 (Orange Co) | Arch Ins. & Bond Safeguard | SU5012097 BS: 5025400 | In Litigation, Ron Hopkins defending Arch, White & Case defending SunCal, Ron Hopkins defending Arch |
| North Orange Del Rio | All American Asphalt sub to Park West Landscape | 2/14/2008 | $ 15,018.55 | #00067248 (Orange Co) | Arch Ins. & Bond Safeguard | Arch: SU5012097 BS: 5025400 | In Litigation, Ron Hopkins defending Arch, White & Case defending SunCal & Bond Safeguard |
| North Orange Del Rio | Hillcrest Contracting, Inc. | 2/14/2008 | $ 295,166.93 | #00103864 (Orange Co) | Arch Ins. & Bond Safeguard | Arch: SU5013305 BS: 5025400 | Response by Arch due 8/8/08 ; Arch requesting 30 day extension due to pending settlement discussions. Response by Bond Safeguard due 8/15/08; Initial claim letters to Bond Safeguard and Arch indicate $330,000 claim |
| North Orange Del Rio | Integrity Concrete, Inc. sub to Hillcrest Contracting, Inc. | 4/25/2008 | $ 49,875.00 | #00106537 (Orange Co) | Bond Safeguard | 5025400 | In Litigation, White & Case defending |
| North Orange Del Rio | Sierra Pacific Electrical (Contracting) | 8/6/2008 | $ 143,028.71 | Bond Safeguard | | 5025400 | In Litigation White & Case defending |

*All Bond Obligors listed on Schedule 12C.

Schedule 12C–Bonds, Bond Claims and Parties Liable

| Project | Vendor | Filed | Claim Amount | Case No. | Carrier | Bond No. | Comments |
|---|---|---|---|---|---|---|---|
| PSV - Avalon | Brucoli, Inc. | 6/17/2008 | $ 44,488.70 | | Bond Safeguard | 5025375, 5025378, 5025377, 5025379, 5025380, 5025381 | Claim denied 8/6/08 |
| PSV - Avalon | Desert Pipeline, Inc. | 12/13/2007 | $ 354,885.93 | #RIC492203 | Bond Safeguard | 5025375, 5025379 | In Litigation VCT defending |
| PSV - Avalon | Mesa Pacific sub R & D Concrete | 7/8/2008 | $ 52,942.80 | #INC077619 | Bond Safeguard | 5025375-8, 5025383, 5025384 | In Litigation VCT defending |
| PSV - Avalon | Mesa Pacific sub White's Steel | 6/8/2008 | $ 39,682.55 | #INC 075407 (Indio branch) | Bond Safeguard | | In Litigation VCT defending |
| PSV - Avalon | Nisei'ro of California sub GroWest Nurseries | 2/27/2008 | $ 30,643.28 | (Indio branch) | Bond Safeguard | 5025384 | Claim denied 4/10/08 In Litigation, VCT defending |
| PSV - Avalon | Nisei'ro of California | 4/7/2008 | $ 1,597,357.82 | #INC 075603 (Indio branch) | Bond Safeguard | 5025391 | In Litigation, VCT defending Bond claim constitutes $5919,986.96 |
| PSV - Avalon | Orange County Striping Service, Inc. | 7/29/2008 | $ 29,638.75 | #INC 075697 (Indio branch) | Bond Safeguard | 5025391 | 7/29/08 Notice provided, but no proof of claim filed |
| PSV - Avalon | Pacific Masonry Walls | 8/22/2008 | $ 314,051.23 | #INC 075697 (Indio branch) | Bond Safeguard | | In Litigation VCT defending |
| PSV - Avalon | Spilling Corp. | 4/17/2003 | $ 638,214.17 | #INC 075699 (Indio branch) | Bond Safeguard | 5025381 | In Litigation VCT defending |
| PSV - Avalon | So-Cal Sweepers | 4/17/2003 | $ 35,280.00 | | Acct & Bond Safeguard | Acct: SUS003639 BS: 5025376 | VCT defending Bond Safeguard Ron Hopkins defending Arch and SurCal |
| PSV - Avalon | West Coast R&R Inc. | 7/28/2008 | $ 335,664.00 | #INC077099 | Bond Safeguard | 5025376 | In Litigation VCT defending |

$ 22,181,424.22

*All Bond Obligors listed on Schedule '2C.

196

000426

## Schedule 12C-Bonds, Bond Claims and Parties Liable

| Project | Bond # | Carrier | Obligee | Bond Amount | Issued | Tract | Description |
|---|---|---|---|---|---|---|---|
| Marblehead | SU5013729 | Arch | US ARMY CORPS OF ENGINEERS | $ 295,200.00 | 1/19/2006 | 8817 | Mitigation #200300978-CJF |
| Marblehead | SU5014712 | Arch | CITY OF SAN CLEMENTE | $ 1,707,100.00 | 5/4/2005 | 8817 | STREET - LOTS 1-77 |
| Marblehead | SU5014713 | Arch | CITY OF SAN CLEMENTE | $ 863,000.00 | 5/4/2005 | 8817 | STREET - LOTS 78-120 |
| Marblehead | SU5014714 | Arch | CITY OF SAN CLEMENTE | $ 751,000.00 | 5/4/2005 | 8817 | STREET - LOTS 121-182 |
| Marblehead | SU5014715 | Arch | CITY OF SAN CLEMENTE | $ 1,354,600.00 | 5/4/2005 | 8817 | STREET - LOTS 183-313 |
| Marblehead | SU5014716 | Arch | CITY OF SAN CLEMENTE | $ 1,858,866.00 | 5/4/2005 | 8817 | COSTA AZUL, ARTEMESA & PARK ACCESS ROAD |
| Marblehead | SU5014717 | Arch | CITY OF SAN CLEMENTE | $ 180,000.00 | 5/4/2005 | 8817 | ROUGH GRADING, WATERLINE RELOCATION |
| Marblehead | SU5014718 | Arch | CITY OF SAN CLEMENTE | $ 804,000.00 | 5/4/2005 | 8817 | COMMERCIAL SERVICE ENTRY WALL |
| Marblehead | SU5014719 | Arch | CITY OF SAN CLEMENTE | $ 15,350.00 | 5/4/2005 | 8817 | CANYON EDGE WALLS |
| Marblehead | SU5014720 | Arch | CITY OF SAN CLEMENTE | $ 1,005,000.00 | 5/4/2005 | 8817 | RETAINING WALL |
| Marblehead | SU5014721 | Arch | CITY OF SAN CLEMENTE | $ 443,727.00 | 5/4/2005 | 8817 | LANDSCAPE & GRADING LOT V - PRIVATE PARK |
| Marblehead | SU5014722 | Arch | CITY OF SAN CLEMENTE | $ 525,513.00 | 5/4/2005 | 8817 | HABITAT MANAGEMENT PLAN |
| Marblehead | SU5014723 | Arch | CITY OF SAN CLEMENTE | $ 3,571,133.00 | 5/4/2005 | 8817 | RESIDENTIAL STREETS LANDSCAPING |
| Marblehead | SU5014724 | Arch | CITY OF SAN CLEMENTE | $ 1,705,500.00 | 5/4/2005 | 8817 | SCND/RWSS 27" WATERLINE AVH & AVE PICO |
| Marblehead | SU5014725 | Arch | CITY OF SAN CLEMENTE | $ 170,000.00 | 5/4/2005 | 8817 | MONUMENTATION |
| Marblehead | SU5014726 | Arch | CITY OF SAN CLEMENTE | $ 4,671,000.00 | 5/4/2005 | 8817 | ROUGH GRADING |
| Marblehead | SU5014727 | Arch | CITY OF SAN CLEMENTE | $ 221,100.00 | 5/4/2005 | 8817 | CALTRANS GRADING |
| Marblehead | SU5014728 | Arch | CITY OF SAN CLEMENTE | $ 508,500.00 | 5/4/2005 | 8817 | BACKBONE STORM DRAINS |
| Marblehead | SU5014729 | Arch | CITY OF SAN CLEMENTE | $ 294,000.00 | 5/4/2005 | 8817 | GRADING - LOTS 1-77 |
| Marblehead | SU5014730 | Arch | CITY OF SAN CLEMENTE | $ 404,800.00 | 5/4/2005 | 8817 | GRADING - LOTS 78-120 |
| Marblehead | SU5014731 | Arch | CITY OF SAN CLEMENTE | $ 866,500.00 | 5/4/2005 | 8817 | GRADING - LOTS 121-182 |
| Marblehead | SU5014797 | Arch | CITY OF SAN CLEMENTE | $ 3,492,280.00 | 5/4/2005 | 8817 | GRADING - LOTS 183-313 |
| Marblehead | SU5014791 | Arch | CITY OF SAN CLEMENTE | $ 200,000.00 | 6/8/2005 | 8817 | GRADING FOR BLUFF RESTORATION |
| Marblehead | SU5014787 | Arch | CITY OF SAN CLEMENTE | $ 59,946.00 | 5/23/2005 | 8817 | MSE WALL PLANTING & IRRIGATION/LANDSCAPE |
| Marblehead | SU5014792 | Arch | CITY OF SAN CLEMENTE | $ 1,409,100.00 | 6/2/2005 | 8817 | AVH AND PICO SEWER/WATER/EROREC. WATER PLANS |
| Marblehead | SU5014794 | Arch | CITY OF SAN CLEMENTE | $ 3,696,398.00 | 5/10/2005 | 8817 | URBAN RUNOFF BIOWALES, WETLANDS |
| Marblehead | SU5014795 | Arch | CITY OF SAN CLEMENTE | $ 9,101,200.00 | 5/10/2005 | 8817 | AVENIDA VISTA HERMOSA BRIDGE |
| Marblehead | SU5014796 | Arch | CITY OF SAN CLEMENTE | $ 3,243,200.00 | 5/10/2005 | 8817 | COMMERCIAL SITE BRIDGE |
| Marblehead | SU5014988 | Arch | CITY OF SAN CLEMENTE | $ 1,135,905.00 | 5/23/2005 | 8817 | GRADING FOR PICO PARK |
| Marblehead | SU5014987 | Arch | CITY OF SAN CLEMENTE | $ 3,261,370.00 | 5/23/2005 | 8817 | GRADING FOR SPORTS PARK |
| Marblehead | SU5014989 | Arch | CITY OF SAN CLEMENTE | $ 658,861.00 | 5/23/2005 | 8817 | GRADING FOR LOT N (G) PARK (Bluff) |
| Marblehead | SU5014988 | Arch | CITY OF SAN CLEMENTE | $ 695,819.00 | 5/23/2005 | 8817 | GRADING FOR LOT R (H) PARK (Costa Azul) |
| Marblehead | SU5014990 | Arch | CITY OF SAN CLEMENTE | $ 165,028.00 | 5/23/2005 | 8817 | AVENIDA PICO MEDIANS & PARKWAY |
| Marblehead | SU5014991 | Arch | CITY OF SAN CLEMENTE | $ 206,200.00 | 5/23/2005 | 8817 | AVH MEDIANS & PARKWAY |
| Marblehead | SU5014992 | Arch | CITY OF SAN CLEMENTE | $ 1,532,785.00 | 5/23/2005 | 8817 | TRAILS, INTERPRETIVE SIGNAGE |
| Marblehead | SU5014993 | Arch | CITY OF SAN CLEMENTE | $ 117,832.00 | 5/23/2005 | 8817 | ENTRY MONUMENT SIGNAGE |
| Marblehead | SU5014984 | Arch | CITY OF SAN CLEMENTE | $ 1,765,526.00 | 5/23/2005 | 8817 | AVH STREET IMPROVEMENTS |
| Marblehead | SU5014994 | Arch | CITY OF SAN CLEMENTE | $ 881,102.00 | 5/23/2005 | 8817 | AVENIDA PICO STREET |

## Schedule 12C-Bonds, Bond Claims and Parties Liable

| Project | Bond # | Carrier | Obligee | Bond Amount | Issued | Tract | Description |
|---|---|---|---|---|---|---|---|
| Marblehead | SU5014897 | Arch | CITY OF SAN CLEMENTE | $ 1,086,376.00 | 5/23/2005 | 8817 | MITIGATION #1600-2004-0225-R6 |
| Marblehead | SU5015039 | Arch | CITY OF SAN CLEMENTE | $ 901,460.00 | 5/24/2005 | 8817 | STREET, STORM DRAIN, SEWER |
| Marblehead | SU5015040 | Arch | CITY OF SAN CLEMENTE | $ 409,200.00 | 5/24/2005 | 8817 | AVENIDA VISTA HERMOSA TRAFFIC SIGNAL |
| Marblehead | SU5015679 | Arch | CALTRANS | $ 225,000.00 | 7/5/2005 | 8817 | AVENIDA PICO TRAFFIC SIGNAL |
| Marblehead | SU5017323 | Arch | CITY OF SAN CLEMENTE | $ 123,806.00 | 9/20/2005 | 8817 | ENCROACHMENT #1204-6MC-0649 |
| Marblehead | SU5017324 | Arch | CITY OF SAN CLEMENTE | $ 97,919.00 | 9/20/2005 | 8817 | CALLE DE LOS MOLINOS STREET |
| Marblehead | K06916156 | ACE | CITY OF SAN CLEMENTE | $ 34,900.00 | 10/26/2007 | 8817 | VIA SOCORRO STREET |
| Marblehead | 5029648 | Lexon | POINTE MARBLEHEAD HOA | $ 12,338.00 | 9/21/2007 | 8817 | ASSESSMENT SECURITY - RE643 |
| Marblehead | 5029963 | Lexon | POINTE MARBLEHEAD HOA | $ 12,973.00 | 11/6/2007 | 8817 | ASSESSMENT SECURITY - RE643 |
| Marblehead | 5029564 | Lexon | POINTE MARBLEHEAD HOA | $ 11,525.00 | 11/6/2007 | 8817 | ASSESSMENT SECURITY - RE843 |
| **Bond Obligors:** | **SunCal Marblehead LLC and Bruce & Kathy Elieff** | | | **$ 56,544,918.00** | | | |
| Heartland | C318701 | IFIC | CITY OF BEAUMONT | $ 792,000.00 | 3/13/2006 | 27971 | |
| Heartland | 5029518 | Lexon | CITY OF BEAUMONT | $ 1,101,500.00 | 10/15/2007 | 27971-1 | STREET, STORM DRAIN, SEWER |
| Heartland | 5029519 | Lexon | CITY OF BEAUMONT | $ 1,084,000.00 | 10/15/2007 | 27971-2 | STREET, STORM DRAIN, SEWER |
| Heartland | 5029520 | Lexon | CITY OF BEAUMONT | $ 1,281,500.00 | 10/15/2007 | 27971-3 | STREET, STORM DRAIN, SEWER |
| Heartland | 5029521 | Lexon | CITY OF BEAUMONT | $ 1,091,000.00 | 10/15/2007 | 27971-4 | STREET, STORM DRAIN, SEWER |
| Heartland | 5029522 | Lexon | CITY OF BEAUMONT | $ 1,810,500.00 | 10/15/2007 | 27971-5 | STREET, STORM DRAIN, SEWER |
| Heartland | 5029523 | Lexon | CITY OF BEAUMONT | $ 848,500.00 | 10/15/2007 | 27971-5 | STREET, STORM DRAIN, SEWER |
| Heartland | 5029524 | Lexon | CITY OF BEAUMONT | $ 978,000.00 | 10/15/2007 | 27971-7 | STREET, STORM DRAIN, SEWER |
| Heartland | 5029525 | Lexon | CITY OF BEAUMONT | $ 1,253,000.00 | 10/15/2007 | 27971-8 | STREET, STORM DRAIN, SEWER |
| Heartland | 5029526 | Lexon | CITY OF BEAUMONT | $ 1,457,500.00 | 10/15/2007 | 27971-9 | STREET, STORM DRAIN, SEWER |
| Heartland | 5029527 | Lexon | CITY OF BEAUMONT | $ 1,966,500.00 | 10/15/2007 | 27971-11 | STREET, STORM DRAIN, SEWER |
| Heartland | 5029528 | Lexon | CITY OF BEAUMONT | $ 622,000.00 | 10/15/2007 | 27971-11 | STREET, STORM DRAIN, SEWER |
| Heartland | 5029529 | Lexon | CITY OF BEAUMONT | $ 614,000.00 | 10/15/2007 | 27971 | STREET, STORM DRAIN, SEWER |
| Heartland | 5029530 | Lexon | CITY OF BEAUMONT | $ 27,700.00 | 10/15/2007 | 27971 | MONUMENT |
| Heartland | 5029531 | Lexon | CITY OF BEAUMONT | $ 24,120.00 | 10/15/2007 | 27971-2 | MONUMENT |
| Heartland | 5029532 | Lexon | CITY OF BEAUMONT | $ 33,120.00 | 10/15/2007 | 27971-3 | MONUMENT |
| Heartland | 5029533 | Lexon | CITY OF BEAUMONT | $ 27,700.00 | 10/15/2007 | 27971-4 | MONUMENT |
| Heartland | 5029534 | Lexon | CITY OF BEAUMONT | $ 49,400.00 | 10/15/2007 | 27971-5 | MONUMENT |
| Heartland | 5029535 | Lexon | CITY OF BEAUMONT | $ 27,300.00 | 10/15/2007 | 27971-6 | MONUMENT |
| Heartland | 5029536 | Lexon | CITY OF BEAUMONT | $ 26,300.00 | 10/15/2007 | 27971-7 | MONUMENT |
| Heartland | 5029537 | Lexon | CITY OF BEAUMONT | $ 33,500.00 | 10/15/2007 | 27971-8 | MONUMENT |
| Heartland | 5029538 | Lexon | CITY OF BEAUMONT | $ 41,300.00 | 10/15/2007 | 27971-9 | MONUMENT |
| Heartland | 5029539 | Lexon | CITY OF BEAUMONT | $ 56,500.00 | 10/15/2007 | 27971-10 | MONUMENT |
| Heartland | 5029540 | Lexon | CITY OF BEAUMONT | $ 21,800.00 | 10/15/2007 | 27971-11 | MONUMENT |
| Heartland | 5029541 | Lexon | CITY OF BEAUMONT | $ 23,700.00 | 10/15/2007 | 27971 | MONUMENT |
| Heartland | 5029542 | Lexon | CITY OF BEAUMONT | $ 2,891,000.00 | 10/15/2007 | 27971 | INFRASTRUCTURE STORM DRAIN & SEWER |

Page 2 of 7

# Schedule 12C-Bonds, Bond Claims and Parties Liable

| Project | Bond # | Carrier | Obligee | Bond Amount | Issued | Tract | Description |
|---|---|---|---|---|---|---|---|
| **Bond Obligors:** | **SunCal Heartland LLC and Bruce & Kathy Elieff** | | | **$ 28,947,440.00** | | | |
| Heartland | 5029543 | Lexon | CITY OF BEAUMONT | $ 4,564,000.00 | 10/15/2007 | 27971 | INFRASTRUCTURE STREET |
| Heartland | 5029552 | Lexon | CITY OF BEAUMONT | $ 2,800,000.00 | 10/31/2007 | 27971 | PARK SITE & TRAIL |
| Heartland | 5029553 | Lexon | CITY OF BEAUMONT | $ 3,420,000.00 | 10/31/2007 | 27971 | POTRERO BRIDGE & ACCESS ROAD |
| Emerald Meadows | K06916120 | ACE | COUNTY OF RIVERSIDE | $ 331,000.00 | 9/17/2007 | | |
| Emerald Meadows | K06916132 | ACE | CALTRANS | $ 475,000.00 | 9/17/2007 | 32971 | HIGHWAY ENCROACHMENT (ON RAMP) |
| Emerald Meadows | K06916144 | ACE | CALTRANS | $ 475,000.00 | 9/17/2007 | | HIGHWAY ENCROACHMENT (OFF RAMP) |
| **Bond Obligors:** | **SCC Acquisitions, Inc and Bruce & Kathy Elieff** | | | **$ 1,281,000.00** | | | |
| Oak Valley (Champions) | SU05008349 | Arch | CITY OF CALIMESA | $ 1,425,419.00 | 6/3/2004 | | J & G ST ALIGNMENT |
| Oak Valley (Champions) | SU05010685 | Arch | US ARMY CORPS OF ENG | $ 573,865.00 | 9/13/2005 | | MITIGATION |
| Oak Valley (Champions) | SU05012365 | Arch | CITY OF BEAUMONT | $ 3,682,000.00 | 12/22/2004 | 31462 | STREET/SEWER |
| Oak Valley (Champions) | SU05012366 | Arch | CITY OF BEAUMONT | $ 541,000.00 | 12/22/2004 | 31462 | STORM DRAIN LINES B,G,J,K |
| Oak Valley (Champions) | SU05012387 | Arch | CITY OF BEAUMONT | $ 2,082,000.00 | 12/22/2004 | 31462 | STORM DRAIN LINES D,E,F |
| Oak Valley (Champions) | SU05012367 | Arch | CITY OF BEAUMONT | $ 131,000.00 | 12/22/2004 | 31462 | STORM DRAIN LINES H,I |
| Oak Valley (Champions) | SU05012368 | Arch | CITY OF BEAUMONT | $ 246,584.00 | 12/22/2004 | 31462-1 | STREET/SEWER |
| Oak Valley (Champions) | SU05012369 | Arch | CITY OF BEAUMONT | $ 340,000.00 | 12/22/2004 | 31462-2 | STREET/DRAINAGE/SEWER |
| Oak Valley (Champions) | SU05012370 | Arch | CITY OF BEAUMONT | $ 343,000.00 | 12/22/2004 | 31462-3 | STREET/DRAINAGE/SEWER |
| Oak Valley (Champions) | SU05012371 | Arch | CITY OF BEAUMONT | $ 159,032.00 | 12/22/2004 | 31462-4 | STREET/SEWER |
| Oak Valley (Champions) | SU05012372 | Arch | CITY OF BEAUMONT | $ 543,000.00 | 12/22/2004 | 31462-5 | STREET/DRAINAGE/SEWER |
| Oak Valley (Champions) | SU05012373 | Arch | CITY OF BEAUMONT | $ 599,508.00 | 4/29/2005 | 31462-6 | STREET/DRAINAGE/SEWER |
| Oak Valley (Champions) | SU05014598 | Arch | BEAUMONT-CHERRY VALLEY WATER DIST | $ 616,860.00 | 6/15/2006 | 31462 | CONTINGENT GUARANTEE |
| Oak Valley (Fairway) | SU05015421 | Arch | FAIRWAY CANYON COMM ASSN | $ 219,772.00 | 6/15/2006 | 31462 | SUBSIDY |
| Oak Valley (Fairway) | SU05015422 | NAS | FAIRWAY CANYON COMM ASSN | $ 2,424,501.00 | 10/18/2006 | 31462 | COMMON FACILITIES-LANDSCAPING |
| Oak Valley (Fairway) | 2059753 | NAS | FAIRWAY CANYON COMM ASSN | $ 311,432.00 | 3/6/2006 | 31462-9 | SUBSIDY |
| Oak Valley (Fairway) | 5014543 | Lexon | CITY OF BEAUMONT | $ 167,946.00 | 3/6/2006 | 31462-15 | STREET & SEWER |
| Oak Valley (Fairway) | 5014544 | Lexon | CITY OF BEAUMONT | $ 260,623.00 | 3/6/2006 | 31462-14 | STREET & SEWER |
| Oak Valley (Fairway) | 5014545 | Lexon | CITY OF BEAUMONT | $ 49,909.00 | 3/6/2006 | 31462-13 | STREET & SEWER |
| Oak Valley (Fairway) | 5014546 | Lexon | CITY OF BEAUMONT | $ 59,599.00 | 3/6/2006 | 31462-12 | STREET & SEWER |
| Oak Valley (Fairway) | 5014547 | Lexon | CITY OF BEAUMONT | $ 165,954.00 | 3/6/2006 | 31462-11 | STREET & SEWER |
| Oak Valley (Fairway) | 5014548 | Lexon | CITY OF BEAUMONT | $ 147,237.00 | 3/6/2006 | 31462 | STORM DRAIN |
| Oak Valley (Fairway) | 5014549 | Lexon | CITY OF BEAUMONT | $ 456,080.00 | 3/6/2006 | 31462 | STORM DRAIN |
| Oak Valley (Fairway) | 5014550 | Lexon | CITY OF BEAUMONT | $ 1,182,063.00 | 3/6/2006 | 31462 | STORM DRAINS |
| Oak Valley (Fairway) | 5014551 | Lexon | CITY OF BEAUMONT | $ 2,146,407.00 | 3/6/2006 | 31462 | STREETS |
| Oak Valley (Fairway) | 5014552 | Lexon | CITY OF BEAUMONT | $ 1,949,415.00 | 3/6/2006 | 31462 | STREETS |
| Oak Valley (Fairway) | 5014553 | Lexon | CITY OF BEAUMONT | $ 869,060.00 | 3/6/2006 | 31462 | STREETS |
| Oak Valley (Fairway) | 5024786 | Lexon | CITY OF BEAUMONT | $ | 3/7/2006 | 31462-8 | TUNNEL PLAN, T3 |

# Schedule 12C–Bonds, Bond Claims and Parties Liable

| Project | Bond # | Carrier | Obligee | Bond Amount | Issued | Tract | Description |
|---|---|---|---|---|---|---|---|
| Oak Valley (Fairway) | 5026528 | Lexon | CITY OF BEAUMONT | $ 4,352,797.15 | 6/21/2007 | 31462 | OAK VALLEY PARKWAY STREET |
| Oak Valley (Fairway) | 5296549 | Lexon | CALTRANS | $ 127,400.00 | 10/26/2007 | | ENCROACHMENT PERM'T #08-04-6-SN-1054 |

Bond Obligors: SLB/L-SunCal Oak Valley, LLC and SCC/Oak Valley, LLC and Bruce & Kathy Elieff

$ 26,167,563.15

Beaumont Heights    **NO bonds issued to date on this project.

Summit Valley    **NO bonds issued to date on this project.

| Project | Bond # | Carrier | Obligee | Bond Amount | Issued | Tract | Description |
|---|---|---|---|---|---|---|---|
| Bickford Ranch | 5020974 | Lexon | PLACER COUNTY WATER | $ 2,500,000.00 | 8/1/2006 | | CAPERTON CANAL RELOCATION |
| Bickford Ranch | 6024793 | Lexon | PLACER COUNTY | $ 327,648.00 | 4/3/2007 | 918 | MONUMENTATION |

Bond Obligors: SunCal Bickford Ranch LLC and Bruce & Kathy Elieff

$ 2,827,548.00

Johansen Ranch    **NO bonds issued to date on this project.

aka Ritter Ranch

| Project | Bond # | Carrier | Obligee | Bond Amount | Issued | Tract | Description |
|---|---|---|---|---|---|---|---|
| Palmdale Hills | 5020069 | Lexon | CITY OF PALMDALE | $ 573,400.00 | 6/28/2006 | ELIZABETH LAKE | GRADING |
| Palmdale Hills | 5020971 | Lexon | CITY OF PALMDALE | $ 522,700.00 | 7/24/2006 | ELIZABETH LAKE | STREETS - 2 LANES ONLY |
| Palmdale Hills | 5020972 | Lexon | CITY OF PALMDALE | $ 4,235,900.00 | 7/24/2006 | ELIZABETH LAKE | STREETS - LESS 2 LANES |
| Palmdale Hills | 5020973 | Lexon | CITY OF PALMDALE | $ 2,107,100.00 | 7/24/2006 | ELIZABETH LAKE | DRAINAGE |
| Palmdale Hills | 5263355 | Lexon | CITY OF PALMDALE | $ 750,700.00 | 11/10/2006 | 51508-02 | SECONDARY ACCESS ROAD |
| Palmdale Hills | 5024751 | Lexon | CITY OF PALMDALE | $ 19,500.00 | 12/18/2006 | 51508-02 | GRADING - SECONDARY ACCESS RD |
| Palmdale Hills | 5024772 | Lexon | CITY OF PALMDALE | $ 433,000.00 | 3/1/2007 | | SEWER LIFT STATION |
| Palmdale Hills | 5024800 | Lexon | CITY OF PALMDALE | $ 5,900.00 | 4/16/2007 | 51508-01 | GRADING - INFO CENTER |
| Palmdale Hills | 5026507 | Lexon | CITY OF PALMDALE | $ 2,748,000.00 | 5/18/2007 | 51508-01 | LANDSCAPING |
| Palmdale Hills | 5026526 | Lexon | CITY OF PALMDALE | $ 163,500.00 | 6/12/2007 | 51508-01 | BIO-BASIN |
| Palmdale Hills | 5026626 | Lexon | CITY OF PALMDALE | $ 2,276,200.00 | 8/21/2007 | 51508-03 | STREET, SEWER, DRAINAGE & WATER |
| Palmdale Hills | 5026530 | Lexon | CITY OF PALMDALE | $ 1,784,700.00 | 8/21/2007 | 51508-03 | GRADING |
| Palmdale Hills | 5026531 | Lexon | CITY OF PALMDALE | $ 25,300.00 | 7/18/2007 | 51508-01 | WATERWHEEL ENTRY MONUMENT |
| Palmdale Hills | 5026546 | Lexon | CITY OF PALMDALE | $ 13,000.00 | 9/19/2007 | 51508-01 | GRADING - RECREATION CENTER |
| Palmdale Hills | 5029509 | Lexon | CITY OF PALMDALE | $ 1,188,225.00 | 1/7/2005 | 51508 | GRADING BOND |
| Palmdale Hills | SU5012719 | Arch | CITY OF PALMDALE | $ 675,500.00 | 1/24/2005 | 51508-01 | STREET IMPROVEMENTS |
| Palmdale Hills | SU5012909 | Arch | CITY OF PALMDALE | $ 129,760.00 | 1/24/2005 | 51508-01 | SEWER IMPROVEMENTS |
| Palmdale Hills | SU5012910 | Arch | CITY OF PALMDALE | $ 694,500.00 | 1/24/2005 | 51508-01 | DRAINAGE IMPROVEMENTS |
| Palmdale Hills | SU5012911 | Arch | CITY OF PALMDALE | $ 306,500.00 | 1/24/2005 | 51508-01 | WATER IMPROVEMENTS |
| Palmdale Hills | SU5012913 | Arch | CITY OF PALMDALE | $ 663,400.00 | 1/24/2005 | 51508-01 | LANDCAPING IMPROVEMENTS |
| Palmdale Hills | SU5012915 | Arch | CITY OF PALMDALE | $ 454,700.00 | 1/24/2005 | 51508-02 | STREET IMPROVEMENTS |

Page 4 of 7

## Schedule 12C-Bonds, Bond Claims and Parties Liable

| Project | Bond # | Carrier | Obligee | Bond Amount | Issued | Tract | Description |
|---|---|---|---|---|---|---|---|
| Palmdale Hills | SU5012916 | Arch | CITY OF PALMDALE | $ 112,900.00 | 1/24/2005 | 51508-02 | SEWER IMPROVEMENTS |
| Palmdale Hills | SU5012917 | Arch | CITY OF PALMDALE | $ 555,300.00 | 1/24/2005 | 51508-02 | OFF-SITE SEWER IMPR |
| Palmdale Hills | SU5012918 | Arch | CITY OF PALMDALE | $ 151,060.00 | 1/24/2005 | 51508-02 | DRAINAGE IMPROVEMENTS |
| Palmdale Hills | SU5012919 | Arch | CITY OF PALMDALE | $ 144,000.00 | 1/24/2005 | 51508-02 | WATER IMPROVEMENTS |
| Palmdale Hills | SU5012920 | Arch | CITY OF PALMDALE | $ 317,300.00 | 1/24/2005 | 51508-02 | LANDSCAPING IMPROVEMENTS |
| Palmdale Hills | SU5014359 | Arch | CITY OF PALMDALE | $ 4,229,500.00 | 4/20/2005 | ELIZABETH LAKE | STREET IMPROVEMENTS |
| Palmdale Hills | SU5014360 | Arch | CITY OF PALMDALE | $ 404,800.00 | 4/20/2005 | ELIZABETH LAKE | ST LIGHT IMPROVEMENTS |
| Palmdale Hills | SU5014361 | Arch | CITY OF PALMDALE | $ 1,224,800.00 | 4/20/2005 | ELIZABETH LAKE | SEWER IMPROVEMENTS |
| Palmdale Hills | SU5014362 | Arch | CITY OF PALMDALE | $ 305,060.00 | 4/20/2005 | ELIZABETH LAKE | DRAINAGE IMPROVEMENTS |
| Palmdale Hills | SU5014363 | Arch | CITY OF PALMDALE | $ 1,266,200.00 | 4/20/2005 | ELIZABETH LAKE | WATER IMPROVEMENTS |
| Palmdale Hills | SU5014366 | Arch | CITY OF PALMDALE | $ 17,572.00 | 4/20/2005 | ELIZABETH LAKE | GRADING BOND |
| Palmdale Hills | SU5019404 | Arch | CITY OF PALMDALE | $ 92,000.00 | 2/6/2006 | 51508 | BIO-BASIN |
| **Bond Obligors: Palmdale Hills Property LLC and Bruce & Kathy Elieff** | | | | **$ 27,991,947.00** | | | |
| Acton Estates | 5025398 | Lexon | COUNTY OF LOS ANGELES | $ 1,290,000.00 | 12/5/2006 | 43526 | GRADING PERMIT |
| **Bond Obligors: Acton Estates LLC and Bruce & Kathy Elieff** | | | | **$ 1,290,000.00** | | | |
| *aka Pacific Point* | 186046 | NAS | CALTRANS | $ 50,000.00 | 5/12/2006 | | ENCROACHMENT |
| SJD Partners | 3SM04945700 | Arch | | $ 3,941,458.00 | 10/2/2006 | | IMPROVEMENTS |
| SJD Partners | 4235669 | Insco | CITY OF SAN JUAN CAPISTRANO | $ 3,266,158.00 | 9/16/1997 | | GRADING |
| SJD Partners | 4235689 | Insco | CITY OF SAN JUAN CAPISTRANO | $ 2,791,266.00 | 9/16/1997 | | REMEDIAL GRADING |
| SJD Partners | 4235670S | Insco | CITY OF SAN JUAN CAPISTRANO | $ 221,735.00 | 9/16/1997 | | SLOPE DRAINAGE |
| SJD Partners | 5020968 | Lexon | CITY OF SAN JUAN CAPISTRANO | $ 70,005.00 | 6/21/2006 | 16750 | WATER - AVENIDA CALIFORNIA |
| SJD Partners | 5021862 | Lexon | CITY OF SAN JUAN CAPISTRANO | $ 319,287.00 | 9/11/2006 | 15609 | STREET |
| SJD Partners | 5021863 | Lexon | CITY OF SAN JUAN CAPISTRANO | $ 343,468.00 | 9/11/2006 | 15609 | STORM DRAIN |
| SJD Partners | 5021864 | Lexon | CITY OF SAN JUAN CAPISTRANO | $ 378,797.00 | 9/11/2006 | 15609 | SANITARY SEWER |
| SJD Partners | 5021865 | Lexon | CITY OF SAN JUAN CAPISTRANO | $ 114,291.00 | 9/11/2006 | 15609 | WATER |
| SJD Partners | 5021866 | Lexon | CITY OF SAN JUAN CAPISTRANO | $ 710,192.00 | 9/11/2006 | 16752 | STREET |
| SJD Partners | 5021867 | Lexon | CITY OF SAN JUAN CAPISTRANO | $ 476,943.00 | 9/11/2006 | 16752 | STORM DRAIN |
| SJD Partners | 5021868 | Lexon | CITY OF SAN JUAN CAPISTRANO | $ 354,676.00 | 9/11/2006 | 16752 | SANITARY SEWER |
| SJD Partners | 5021869 | Lexon | CITY OF SAN JUAN CAPISTRANO | $ 282,073.00 | 9/11/2006 | 16752 | WATER |
| SJD Partners | 5021870 | Lexon | CITY OF SAN JUAN CAPISTRANO | $ 1,639,485.00 | 9/11/2006 | 16747 | STREET |
| SJD Partners | 5021871 | Lexon | CITY OF SAN JUAN CAPISTRANO | $ 1,537,973.00 | 9/11/2006 | 16747 | STORM DRAIN |
| SJD Partners | 5021872 | Lexon | CITY OF SAN JUAN CAPISTRANO | $ 434,156.00 | 9/11/2006 | 16747 | SANITARY SEWER |
| SJD Partners | 5021873 | Lexon | CITY OF SAN JUAN CAPISTRANO | $ 763,671.00 | 9/11/2006 | 16747 | WATER |

## Schedule 12C-Bonds, Bond Claims and Parties Liable

| Project | Bond # | Carrier | Obligee | Bond Amount | Issued | Tract | Description |
|---|---|---|---|---|---|---|---|
| SJD Partners | 5021874 | Lexon | CITY OF SAN JUAN CAPISTRANO | $ 219,070.00 | 9/11/2006 | 16751 | STREET |
| SJD Partners | 5021875 | Lexon | CITY OF SAN JUAN CAPISTRANO | $ 76,031.00 | 9/11/2006 | 16751 | STORM DRAIN |
| SJD Partners | 5005351 | Lexon | CITY OF SAN JUAN CAPISTRANO | $ 83,962.00 | 9/11/2006 | 16751 | SANITARY SEWER |
| SJD Partners | 5025352 | Lexon | CITY OF SAN JUAN CAPISTRANO | $ 53,215.00 | 9/11/2006 | 16751 | WATER |
| SJD Partners | SD00031627 | Frontier | CITY OF SAN JUAN CAPISTRANO | $ 255,925.00 | 8/14/2006 | 14196 | STORM DRAIN |
| SJD Partners | SD00082815 | Frontier | CITY OF SAN JUAN CAPISTRANO | $ 78,408.00 | 10/6/1999 | 15887 | GRADING |
| SJD Partners | SU002773 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 33,795.00 | 9/10/2006 | 15887 | WTR IMPR VALLE ROAD |
| SJD Partners | SU005286 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 910,607.00 | 3/5/2004 | 14196 | STORM DRAIN & TRAFFIC CONTROL |
| SJD Partners | SU005287 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 321,533.00 | 3/5/2004 | 14196 | STREET "A" STREET |
| SJD Partners | SU005288 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 34,686.00 | 3/5/2004 | 14196 | SEWER RELOCATION THRU CALTRANS YARD |
| SJD Partners | SU005289 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 306,796.00 | 3/5/2004 | 14196 | SWR & STS & TRAFFIC CONTROL |
| SJD Partners | SU005290 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 213,412.00 | 3/5/2004 | 14196 | STORM DRAIN (STREET "A") |
| SJD Partners | SU005291 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 127,871.00 | 3/5/2004 | 14196 | SEWER (STREET "A") |
| SJD Partners | SU005292 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 142,660.00 | 3/5/2004 | 14196 | STORM DRAIN (VALLE ROAD N.) |
| SJD Partners | SU010032 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 1,196,048.00 | 8/20/2004 | 15609 | WATER-CALITA/CAMINO LAS RAMBLAS |
| SJD Partners | SU010973 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 415,030.00 | 10/5/2004 | 14196 | GRADING-760 ZONE RESERVOIR |
| SJD Partners | SU011582 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 245,300.00 | 1/14/2004 | 14196 | 760S RESERVOIR |
| SJD Partners | SU013285 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 1,566,672.00 | 2/17/2005 | 15609 | 760S RESERVOIR |
| SJD Partners | SU014748 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 2,783,794.00 | 5/9/2004 | 15687 | PACIFIC SAN JUAN-A ST WATER |
| SJD Partners | SU014774 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 303,509.00 | 5/9/2005 | 15687 | 760S RESERVOIR |
| SJD Partners | SU014774 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 620,766.00 | 11/21/2005 | 15609 | LANDSCAPE |
| SJD Partners | SU018405 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 15,600.00 | 11/21/2005 | 15609 | MONUMENT |
| SJD Partners | SU018407 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 678,850.00 | 11/21/2005 | 15609 | LANDSCAPE |
| SJD Partners | SU018408 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 10,500.00 | 11/21/2005 | 15609 | MONUMENT |
| SJD Partners | SU018409 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 529,000.00 | 11/21/2005 | 15687 | STORM DRAIN |
| SJD Partners | SU018410 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 1,180,000.00 | 11/21/2005 | 15687 | STREET |
| SJD Partners | SU018411 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 280,000.00 | 11/21/2005 | 15687 | SEWER |
| SJD Partners | SU018412 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 157,551.00 | 11/21/2005 | 15687 | LANDSCAPE |
| SJD Partners | SU018414 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 18,500.00 | 11/21/2005 | 15687 | MONUMENT |
| SJD Partners | SU018415 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 923,526.00 | 11/21/2005 | 15747 | LANDSCAPE |
| SJD Partners | SU018416 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 471,928.00 | 11/21/2005 | 15748 | LANDSCAPE |
| SJD Partners | SU018420 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 14,500.00 | 11/21/2005 | 15748 | MONUMENT |
| SJD Partners | SU018421 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 14,500.00 | 11/21/2005 | 15749 | MONUMENT |
| SJD Partners | SU018422 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 342,692.00 | 11/21/2005 | 15749 | LANDSCAPE |
| SJD Partners | SU018424 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 611,125.00 | 11/21/2005 | 15750 | STORM DRAIN |
| SJD Partners | SU018427 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 839,305.00 | 11/21/2005 | 15750 | LANDSCAPE |
| SJD Partners | SU018428 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 14,000.00 | 11/21/2005 | 15751 | MONUMENT |
| SJD Partners | SU018429 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 141,578.00 | 11/21/2005 | 15751 | LANDSCAPE |
| SJD Partners | SU018430 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 38,500.00 | 11/21/2005 | 15752 | MONUMENT |
| SJD Partners | SU018431 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 1,898,601.00 | 11/21/2005 | 15752 | LANDSCAPE |

## Schedule 12C-Bonds, Bond Claims and Parties Liable

| Project | Bond # | Carrier | Obligee | Bond Amount | Issued | Tract | Description |
|---------|--------|---------|---------|-------------|--------|-------|-------------|
| SJD Partners | SU501854 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 644,506.00 | 12/1/2005 | 15687 | WATER (A STREET) |
| SJD Partners | SU5019282 | Arch | CITY OF SAN JUAN CAPISTRANO | $ 1,012,000.00 | 1/24/2006 | 16750 | SANITARY OFF-SITE SEWER |
| | | | | $ 37,472,869.00 | | | |

Bond Obligors: SJD Partners Ltd and Bruce & Kathy Elieff

**NO bonds issued to date on this project.**

| Project | Bond # | Carrier | Obligee | Bond Amount | Issued | Tract | Description |
|---------|--------|---------|---------|-------------|--------|-------|-------------|
| Northlake | | | | | | | |
| North Orange Del Rio | 5025393 | Lexon | CITY OF ORANGE | $ 2,809,945.00 | 11/13/2006 | 16768 | SPORT PARK |
| North Orange Del Rio | SU5010040 | Arch | CITY OF ORANGE | $ 350,000.00 | 1/25/2005 | 16768 | GRADING BOND |

203
000433

# SCHEDULE 13 TO SETTLEMENT AGREEMENT

Pre-Closing Designated Payment and Performance Bonds

13-1

MII-419619613V485_131.DOC/3683.0995

# EXHIBIT "9"

## Schedule 13-Designated Payment Performance Bonds

As of 5/30/2008

| Project | Vendor | Filed | Claim Amount | Case No. | Carrier | Bond No. | Comments* |
|---|---|---|---|---|---|---|---|
| Marblehead | All American Asphalt #105599 | 3/18/2008 | $ 1,391,302.70 | #00105296 (Orange Co) | Arch Ins. | SU5014712-16 SU5014995-96 | In Litigation-VCT defending |
| Marblehead | BnB Engineering, Inc. #105671 | 2/15/2008 | $ 1,698,326.59 | #00105765 (Orange Co) | Arch Ins. | SU5014712-17 SU5014792 SU5014995-97 | In Litigation-Tom Davis Esq, Defending; Request for Lis Pendens filed |
| Marblehead | C. Wells Pipeline Material sub BnB Engineering #105671 | N/A | $ 44,554.35 | | Arch Ins. | SU5014724 SU5014792 | 4/2/08-Notice provided but no proof of claim filed |
| Marblehead | Boudreau Pipeline #111705 | 2/13/2008 | $ 1,527,907.90 | #00105158 (Orange Co) | Arch Ins. | SU5014791 | In Litigation Tom Davis Esq, defending |
| Marblehead | The Collaborative West #111744 | N/A | $ 161,990.00 | #00102641 (Orange Co) | Arch Ins. | SU5014712,16,26 SU5014766, SU5014992.94 | 5/9/08-Notice provided but no proof of claim filed |
| Marblehead | The Jasper Companies #111744 | 2/13/2008 | $ 146,656.95 | #00104196 (Orange Co) | Arch Ins. | SU5014720 | In Litigation Tom Davis Esq, defending |
| Marblehead | RMF dba: R&M Electrical #115500 | 3/17/2008 | $ 264,749.10 | #00104196 (Orange Co) | Arch Ins. | SU5014712 | In Litigation Tom Davis Esq, defending |
| Marblehead | RMF dba: R&M Electrical #115500 sub Mesa Pacific | 4/21/2008 | $ 419,010.00 | #00104251 (Orange Co) | Arch Ins. | SU5014791 | In Litigation Tom Davis Esq, defending |
| Marblehead | Savala Equipment Co. #119438 | 1/16/2008 | $ 34,440.00 | | Arch Ins. | SU5014995-97 SU5014718 | 4/17/08-Arch denied claim but anticipate further claim activity |
| Acton Estates | Professional Pipeline & Excavating #106415 | 2/14/2008 | $ 11,312.37 | #BC384274 (Los Angeles) | Arch Ins. & Bond Safeguard | No applicable bond/see Palmdale Hills claim below | In Litigation-VCT defending Linked to Palmdale lawsuit below |
| Palmdale Hills (Ritter Ranch) | Professional Pipeline & Excavating #106415 | 2/14/2008 | $ 2,186,081.30 | #BC384274 (Los Angeles) | Arch Ins. & Bond Safeguard | SU5020909 SU5014772 SU5012719 SU5012912 SU5014359, 61, 62, 63, 65 | In Litigation-VCT defending 5/2/08 Arch denied claim but anticipate further claim activity |
| Palmdale Hills (Ritter Ranch) | Flow-Line Concrete #105965 | 3/17/2008 | $ 61,743.27 | | Arch Ins. | SU5012719 | In Litigation |
| Palmdale Hills (Ritter Ranch) | Samod Corporation #114473 | 2/15/2008 | $ 322,370.16 | #MC 018766 (Antelope Valley) | Bond Safeguard | SU5012909(Arch) Bond Safeguard # not provided by claimant | In Litigation Ron Hopkins Esq, defending Arch, VCT defending SunCal & Bond Safeguard |
| Palmdale Hills (Ritter Ranch) | Sierra Cascade #107652 | 2/21/2008 | $ 107,334.19 | #MCO19186 (Los Angeles) | Arch Ins. | SU5012912 SU5012919 SU5014363 | 5/13/08 Arch denied claim but anticipate further claim activity |

*All Bond Obligors listed on Schedule 12C

Page 10 of 11

Schedule 13-Designated Payment Performance Bonds

As of 5/30/2008

| Project | Vendor | Filed | Claim Amount | Case No. | Carrier | Bond No. | Comments* |
|---|---|---|---|---|---|---|---|
| SJD Partners (Pacific Point) | All American Asphalt #105599 | 4/14/2008 | $ 245,870.90 | #00106287 (Orange County) | Arch Inc. | SU505287 | In Litigation-VCT defending |
| SJD Partners (Pacific Point) | All American Asphalt as sub to Boudreau Pipeline | 5/9/2008 | $ 7,859.04 | #00087597 (Orange County) | Arch Inc. | SU505287 | In Litigation-VCT defending |
| SJD Partners (Pacific Point) | Boudreau Pipeline #111705 | 2/29/2008 | $ 961,932.57 | #00103344 (Orange Co) | Arch Ins. | SU5014748 | In Litigation-VCT defending |
| SJD Partners (Pacific Point) | Bova Contracting Corp. #105676 | 2/19/2008 | $ 312,504.84 | | Arch Ins. | SU5018410 SU5005286 SU5005292 SU5018424 | 6/14/08 Response due to Arch Negotiations are underway to settle this matter |
| SJD Partners (Pacific Point) | Bova Contracting Corp. #105676 | 2/19/2008 | $ 1,842,771.30 | | Bond Safeguard (Lexon) | 5020968 5021163-85 5021871,72,73,75 502535 1-52 5021867-59 | Negotiations are underway to settle this matter |
| SJD Partners (Pacific Point) | Chino Grading, Inc | 4/11/2008 | $ 282,044.14 | #00104865 (Orange Co) | Doe Surety | 4235685 4235685 SD00028815 SU5010032 | In Litigation, VCT defending |
| SJD Partners (Pacific Point) | Rockey Murata Landscape #105450 | N/A | $ 743,971.94 | | Arch Ins. | SU5016406,09,14, 16, 20, 22, 27, 29, 31 | 3/13/08-Notice provided but no proof of claim filed |
| SJD Partners (Pacific Point) | Sierra Pacific Electrical #105533 | 4/2/2008 | $ 46,641.76 | | Arch (Amco) | 3SM04843730 | 5/2/08 response due to Arch |

Total: $12,622,374.38

Bond Company Contact Information

Arch Insurance Company
135 N. Los Robles Ave., Ste. 825
Pasadena, CA 91101
Ken Huff, Assistant Vice Presidenet, Surety Claims
Susan Neff, Senior Surety Counsel
(626) 639-5200

Bond Safeguard/Lexon Insurance Companies
256 Jackson Meadows Dr., Ste 201
Hermitage, TN 37076
Vicki Batson, Legal Assistant
(615) 690-0325

Page 11 of 11

*All Bond Obligors listed on Schedule 12C

# EXHIBIT "10"

000438

## Schedule 13-Designated Payment Performance Bonds

| Project | Vendor | Filed | Claim Amount | Case No. | Carrier | Bond No. | Comments |
|---|---|---|---|---|---|---|---|
| Marblehead | All American Asphalt | 3/14/2008 | $ 1,344,441.71 | #00106296 (Orange Co) | Arch Ins. | SU5014712-16, SU5014995-96 | In Litigation VCT defending |
| Marblehead | BnB Engineering, Inc. | 2/15/2008 | $ 1,696,326.59 | #00105765 (Orange Co) | Arch Ins. | SU5014712-16, SU5014792, SU5014995-97, SU5014724 | In Litigation Tom Davis Esq, defending; Request for Lis Pendens filed 04/24/08 |
| Marblehead | C. Wells Pipeline Material Inc. sub to BnB Engineering, Inc. | 4/2/2008 | $ 44,554.35 | | Arch Ins. | SU5014792, SU5014995-97, SU5014724 | 4/2/08-Notice provided but no proof of claim filed |
| Marblehead | Boudreau Pipeline Corp. | 2/13/2008 | $ 1,527,907.90 | #00103153 (Orange Co) | Arch Ins. | SU5014791 | Tom Davis Esq, Defending |
| Marblehead | Bithel, Inc. sub to Orange Coast Masonry | 5/29/2008 | $ 8,289.00 | | Arch Ins. | SU5014715 | Settled, awaiting final execution documents |
| Marblehead | Bob McGrann Construction, Inc. | 5/28/2008 | $ 410,090.00 | #00107247 (Orange Co) | Doe Surety | SU5014715 | Settled, awaiting final execution documents. |
| Marblehead | Chino Grading, Inc. | 6/27/2008 | $ 2,065,194.05 | #0015765 (Orange Co) | Arch Ins. | SU5014724,SU5014792, SU5014995-97, SU5014988 | In Litigation - Arch named in cross complaint in BnB litigation, Tom Davis, Esq defending |
| Marblehead | The Collaborative West, Inc. | N/A | $ 161,990.00 | | Arch Ins. | SU5014712,16,25 SU5014795, SU5014992,94 | Arch denied claim 7/8/08 ($161,990) |
| Marblehead | The Jasper Companies, Inc. | 2/13/2008 | $ 148,650.95 | #00102841 (Orange Co) | Arch Ins. | SU5014720 | In Litigation Tom Davis Esq, defending |
| Marblehead | Orange County Striping Service, Inc. | 7/11/2008 | $ 7,352.27 | #00083255 (Orange Co) | Arch Ins. | SU5014995 SU5014996 | In Litigation Tom Davis, Esq defending |
| Marblehead | Orange Coast Masonry | 5/30/2008 | $ 174,879.50 | | Arch Ins. | SU5014715 SU5014720 | Settled, awaiting final execution documents |
| Marblehead | Peterson Brothers Construction Inc. | 6/11/2008 | $ 16,733.90 | #00067542 (Orange Co) | Arch Ins. | SU5014712 | In Litigation Tom Davis Esq, defending |
| Marblehead | Peterson Brothers Construction, Inc. sub to Mesa Pacific Construction, Inc. | 6/11/2008 | $ 905,542.29 | #00160650 (Orange Co) | Arch Ins. | SU5014716 | In Litigation Tom Davis Esq, defending |
| Marblehead | RH Masonry, Inc. sub to Mesa Pacific Construction, Inc. | 6/17/2008 | $ 189,592.00 | #00107444 (Orange Co) | Arch Ins. | SU5014716 | In Litigation Tom Davis Esq, defending |

Page 1 of 5

## Schedule 13-Designated Payment Performance Bonds

| | | | Date | Amount | | Bond Co. | Bond No. | Status |
|---|---|---|---|---|---|---|---|---|
| Marblehead | RMF Contracting, Inc. dba: R&M Electrical Contracting | | 4/8/2008 | $ | 264,749.10 | #00104196 (Orange Co) | Arch Ins. | SU5014712 | In Litigation Tom Davis Esq. defending |
| Marblehead | RMF Contracting, Inc. dba: R&M Electrical Contracting sub to Mesa Pacific Construction, Inc. | | 3/24/2008 | $ | 419,010.00 | #00104251 (Orange Co) | Arch Ins. | SU5014712 | In Litigation Tom Davis Esq. defending |
| Marblehead | Savala Equipment Co. | | 1/16/2008 | $ | 34,440.00 | #0105766 (Orange Co) | Arch Ins. | SU5014995-97 SU5014718 | In Litigation Tom Davis Esq. defending |
| Marblehead | StressCrete Limited | | 8/6/2008 | $ | 129,860.00 | | Arch Ins. | | 8/6/08 Notice provided, but no proof of claim filed |
| Oak Valley | All American Asphalt | | 7/1/2008 | $ | 60,355.48 | #500602 (Riverside Cc) | Arch Ins. | SU5015423 | In Litigation Tom Davis Esq. defending |
| Oak Valley | Hillcrest Contracting, Inc. | | Arch: 6/27/08 BS: 7/11/2008 | $ | 136,567.43 | #00102681 (Orange Co) | Arch Ins. & Bond Safeguard | Arch: SU5012365 BS: 5014552 | Arch: Response by Arch due 8/6/08. Arch has requested a 30 day extension to 9/5/08. BS: No proof of claim filed BS claim is estimated by attorneys at $150,000 including the $136,567 plus attorneys fees and interest Litigation is pending with SunCal entity but bond companies have not been named |
| Bickford Ranch | Marques Pipeline, Inc. | | 6/2/2008 | $ | 330,118.00 | #SCV23285 (Placer Co) | Bond Safeguard | SU5024793 | In Litigation VCT defending |
| Action Estates | Professional Pipeline Contractors, Inc. | | 2/14/2008 | | | #BC384274 (Los Angeles Co) | Arch Ins. & Bond Safeguard | No applicable bond/see Palmdale Hills claim below. | VCT defending. Settled, awaiting final execution documents. Settlement amount reflected under Palmdale Hills Property claim below. |

Page 2 of 5

## Schedule 13-Designated Payment Performance Bonds

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Palmdale Hills (Ritter Ranch) | Professional Pipeline Contractors, Inc. | 2/14/2008 | $ 1,936,312.00 | #BC384274 (Los Angeles Co) | Arch Ins. & Bond Safeguard | Arch: SU5020969 SU5024772 SU5012719 SU50'2912 SU5014359, 61, 62, 63, 65 BS: SU2971-73 5025395, 5026530 5026646, 5026525 5026507, 5026525 5026502, 5026503 SU5024772 | In Litigation VCT defending SunCa & Bond Safeguard, Ron Hopkins defending Arch. Settled, awaiting final execution documents. Settlement Amount shown as claim amount. |
| Palmdale Hills (Ritter Ranch) | Flow-Line Concrete sub to Professional Pipeline Contractors, Inc. | 3/17/2008 | | | | | Flow-Line claim denied. Professional Pipeline litigation settled, awaiting final execution documents. Settlement amount reflected under Professional Pipeline Palmdale Hills Property claim below. |
| Palmdale Hills (Ritter Ranch) | Samrod Corporation | 2/12/2008 | $ 202,716.75 | #MC018786 (Antelope Valley) | Arch Ins. & Bond Safeguard | Arch: SU5012909 BS: 5020972, 5020973 | Settled awaiting final execution documents. Settlement Amount shown as claim amount. |
| Palmdale Hills (Ritter Ranch) | Sierra Cascade Construction, Inc. | 2/25/2008 | $ 107,334.19 | #MC019382 #MC019186 (Los Angeles Co) | Arch Ins. | SU5012912 SU5012919 SU5014863 | In Litigation VCT defending |
| Palmdale Hills (Ritter Ranch) | Sierra Cascade Construction, Inc. | 5/22/2008 | $ 403,262.44 | #MC019273 (Los Angeles Co) | Arch Ins. | SU5012910, SU5012911 | In Litigation VCT defending |
| Palmdale Hills (Ritter Ranch) | Summers/Murphy & Partners, Inc. | 7/11/2008 | $ 48,475.00 | #BC394420 (Los Angeles Co) | Arch Ins. | Unknown | 7/18/08 Notice provided but no proof of claim filed |
| Palmdale Hills (Ritter Ranch) | The Masonry Group California Central, Inc. | 7/23/2008 | $ 517,000.00 | #00106297 (Orange Co) | Bond Safeguard | 5029602 | Settled awaiting final execution documents. Settlement Amount shown as claim amount. |
| SJD Partners (Pacific Point) | All American Asphalt | 4/14/2008 | $ 245,870.91 | #00106297 (Orange Co) | Arch Ins. & Bond Safeguard | Arch: SU5005287 BS: 5021870, 5021665 5021874 | In Litigation VCT defending SunCal & Bond Safeguard, Ron Hopkins defending Arch |
| SJD Partners (Pacific Point) | All American Asphalt sub to Boudreau Pipeline | 5/9/2008 | $ 7,858.08 | #00067597 (Orange Co) | Arch Ins. | SU5014748 | In Litigation VCT defending |

Page 3 of 5

Schedule 13-Designated Payment Performance Bonds

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SJD Partners (Pacific Point) | Boudreau Pipeline | 2/29/2008 | $ 951,932.57 | #00103344 (Orange Co) | Arch Ins. | SU5014748 | In Litigation VCT defending |
| SJD Partners (Pacific Point) | Bova Contracting Corp. | 2/19/2008 | $ 279,900.34 | | Arch Ins. | SU5018410 SU5005286 SU5005292 SU5018424 | Settled - Settlement payments due until 12/2008. Settlement amount shown as claim amount. |
| SJD Partners (Pacific Point) | Bova Contracting Corp. | 2/19/2008 | $ 1,476,266.96 | #00104866 (Orange Co) | Bond Safeguard | 5020956, 5021863-65, 5021871,72,73,75 5023351-52, 5021867-69 | Settled - Settlement payments due until 12/2008. Settlement amount shown as claim amount. |
| SJD Partners (Pacific Point) | Chino Grading, Inc. | 4/11/2008 | $ 282,044.14 | | Doe Surety | 4235695 | In Litigation VCT defending |
| SJD Partners (Pacific Point) | Orange Coast Masonry | 6/19/2008 | $ 687,391.95 | | Arch Ins./ INSCO/ | SDO008285 502137075, 5020968-69, | Settled, awaiting final execution documents |
| SJD Partners (Pacific Point) | Rockey Murata Landscaping, Inc. | 3/15/2008 | $ 743,971.94 | | Arch Ins. | 16, 20, 22, 27, 29, 31 | 3/15/08-Notice provided but no proof of claim filed |
| SJD Partners (Pacific Point) | Sierra Pacific Electrical Contracting | 4/2/2008 | $ 48,453.00 | | Arch Ins. (Amico) | 3SM04845700 | Settled as of 7/3/08. Settlement amount shown as claim amount. |
| SJD Partners (Pacific Point) | Summers/Murphy & Partners, Inc. | 7/11/2008 | $ 8,350.00 | | Arch Ins. | | 7/8/08 Notice provided but no proof of claim filed |
| North Orange Del Rio | All American Asphalt | 1/17/2008 | $ 124,037.20 | #00108238 (Orange Co) | Arch Ins. & Bond Safeguard | Arch: SU5012997 BS: 5025400 | In Litigation, White and Case defending Bond Safeguard & |
| North Orange Del Rio | All American Asphalt sub to Park West Landscape | 2/14/2008 | $ 16,049.55 | #00067246 (Orange Co) | Arch Ins. & Bond Safeguard | Arch: SU5012997 BS: 5025400 | In Litigation, Ron Hopkins defending Arch, White & Case |
| North Orange Del Rio | Hillcrest Contracting, Inc. | 6/4/2003 | $ 295,166.93 | | Arch Ins. & Bond Safeguard | Arch: SU5018805 BS: 5025400 | Response by Arch due 8/8/08 ; Arch requesting 30 day extension |
| North Orange Del Rio | Integrity Concrete, Inc. sub to Hillcrest Contracting, | 4/25/2008 | $ 49,875.00 | #00103844 (Orange Co) | Arch Ins. & Bond Safeguard | SU5018805-06 BS: 5025400 | In Litigation, Ron Hopkins defending Arch, White & Case |
| North Orange Del Rio | Sierra Pacific Electrical Contracting | 8/6/2008 | $ 143,098.71 | #00108537 (Orange Co) | Bond Safeguard | 5025400 | In Litigation White & Case defending |
| PSV - Avalon | Brudvik, Inc. | 5/17/2008 | $ 44,468.00 | | Bond Safeguard | 5025377, 5025378 5025375, 5025380 | Claim denied 8/6/08 |
| PSV - Avalon | Desert Pipeline, Inc. | 12/13/2007 | $ 364,865.93 | #RIC495200 | Bond Safeguard | 5025375 5025379 | In Litigation |
| PSV - Avalon | Mesa Pacific sub R & D Concrete | 7/8/2008 | $ 92,940.80 | #INC077619 | Bond Safeguard | 5025375-8, 5025383, 5025384 | In Litigation VCT defending |
| PSV - Avalon | Mesa Pacific sub White's Steel | 5/6/2008 | $ 39,632.55 | #INC 074507 (Indio branch) | Bond Safeguard | | In Litigation VCT defending |
| PSV - Avalon | Nissho of California sub GroWest Nurseries | 2/27/2008 | $ 30,043.29 | | Bond Safeguard | 5025381 | Claim denied 4/30/08 |

Page 4 of 5

## Schedule 13-Designated Payment Performance Bonds

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PSV - Avalon | Nissho of California | 4/7/2008 | $ 1,597,567.82 | #INC 075909 (Indio branch) | Bond Safeguard | 5025381 | In Litigation, VCT defending Bond claim constitutes $909,986.96 |
| PSV - Avalon | Orange County Striping Service, Inc. | 7/29/2008 | $ 29,638.75 | | Bond Safeguard | 5025381 | 7/29/08 Notice provided, but no proof of claim filed |
| PSV - Avalon | Pacific Masonry Walls | 6/2/2008 | $ 314,061.23 | #INC 075197 (Indio branch) | Bond Safeguard | 5025381 | In Litigation VCT defending |
| PSV - Avalon | Schilling Corp. | 4/17/2008 | $ 638,214.17 | #INC 075669 (Indio branch) | Bond Safeguard | 5035375, 5025376 5025376, 5025379, 5025380, 5025381 | In Litigation VCT defending |
| PSV - Avalon | So-Cal Sweepers | 4/17/2008 | $ 36,280.00 | #INC 076360 (Indio branch) | Arch & Bond Safeguard | Arch: SU5008369 BS: 5025378 | In Litigation VCT defending Bond Safeguard Ron Hopkins defending Arch and SunCal |
| PSV - Avalon | West Coast R&R Inc. | 7/28/2008 | $ 336,684.00 | #INC077098 | Bond Safeguard | 5025376 | In Litigation VCT defending |

**Bond Company Contact Information:**

Arch Insurance Company
135 N. Los Robles Ave., Ste. 825
Pasadena, CA 91101
Ken Huff, Assistant Vice President, Surety Claims
Susan Neff, Senior Surety Counsel
(626) 639-5200

Bond Safeguard Insurance Company
256 Jackson Meadows Dr., Ste 201
Hermitage, TN 37076
Vicki Betson, Legal Assistant
(615) 690-0325

INSCO
17780 Fitch Street, Suite 200
Irvine, CA 92614
Louis White, Senior Counsel, Claims
(949) 236-3411

Page 5 of 5

# EXHIBIT "11"

000444

SCHEDULE 4-A TO SETTLEMENT AGREEMENT

Bonded Pac Point Payable Obligations

MIJ:\197336\13\82_13LDOC\73613.0995                4-A-1

**Schedule 4-A**
Pacific Point Bonded Obligations

| Vendor | Claim Amount |
|---|---|
| All American Asphalt | $ 245,870.90 |
| Boudreau Pipeline Corporatio | $ 961,932.57 |
| Bova Contracting Corporation | $ 1,955,276.14 |
| Rockey Murata Landscaping, I | $ 743,971.94 |
| Sierra Pacific Electrical Co | $ 49,641.75 |
| **Total** | $ 3,956,693.30 |

# EXHIBIT "12"

Schedule 4-A
Pacific Point Bonded Obligations

| Vendor | Claim Amount | Closing AP/Claim | | Total AP/Claim as of Closing Date |
| --- | --- | --- | --- | --- |
| | | Adjustment to Original AP | Settlement | |
| All American Asphalt | 245,871 | – | – | 245,871 |
| Boudreau Pipeline Corporatio | 961,933 | – | – | 961,933 |
| Bove Contracting Corporation | 1,955,276 | – | (1,077,192) | 878,084 |
| Rockey Murala Landscaping, I | 743,972 | – | (743,972) | – |
| Sierra Pacific Electrical Co | 49,642 | – | (49,642) | – |
| Total | 3,956,693 | – | (1,870,806) | 2,085,887 |

08-13555-mg Doc 17497-3 Filed 06/08/11 Entered 06/08/11 12:43:49 Exhibit 8
Part 2 Pg 47 of 178

# EXHIBIT "13"

000449

SCHEDULE 4-B TO SETTLEMENT AGREEMENT

Other Pac Point Payable Obligations

215
000450

Schedule 4-B
Other Pacific Point Obligations

| Vendor | Open AP | Unbilled Retention | Total AP |
|---|---|---|---|
| 5th Gear, LLC. | 85,602 | - | 85,602 |
| All American Asphalt | - | - | - |
| AMEC Earth & Enviromental In | 276,076 | - | 276,076 |
| Ameripride Guard Services Inc. | - | - | - |
| Archive Technologies | 1,050 | - | 1,050 |
| AT&T | 1,040 | - | 1,040 |
| AT&T - 4209 | 296 | - | 296 |
| Barkley Court Reporters, LA | 395 | - | 395 |
| BNB Engineering Inc. | 4,705 | 2,895 | 7,599 |
| Bob McGrann Construction Inc | 115,426 | 50,750 | 166,176 |
| Boudreau Pipeline Corporatio | - | - | - |
| Bova Contracting Corporation | - | - | - |
| BP Media Group dba SoftMirage | - | - | - |
| C & L Drilling | - | - | - |
| CR & R, Inc. - 125 | 110 | - | 110 |
| California Barricade | - | - | - |
| Carl Warren & Co | 2,023 | - | 2,023 |
| Chambers Group, Inc. | 14,263 | - | 14,263 |
| Chino Grading, Inc. | 281,170 | 3,727 | 284,897 |
| Color Image Printing, Inc. | 22,128 | - | 22,128 |
| Concord Group, The | 525 | - | 525 |
| Consolidated Reprographics | 162 | - | 162 |
| Cox Communications | 18,409 | - | 18,409 |
| Creekside Development, Inc. | 568,889 | - | 568,889 |
| Crummack Huseby, Inc. | 600 | - | 600 |
| Culbertson, Adams & Associat | 20,139 | - | 20,139 |
| Cushman & Wakefield of Calif | 21,900 | - | 21,900 |
| Daren Saunders Photography | 1,131 | - | 1,131 |
| Dexter Wilson Engineering, I | 12,598 | - | 12,598 |
| DGW Budget Preparation | 27,340 | - | 27,340 |
| Diamond Environmental Servic | 641 | - | 641 |
| Dr. Maurice M. Lam M.D. | 34,000 | - | 34,000 |
| Fidelity National Title Co. | 90 | - | 90 |
| Firesafe Planning Solutions | 8,750 | - | 8,750 |
| Gary D. Campbell | 57,000 | - | 57,000 |
| Gas Company, The | 8,129 | - | 8,129 |
| GCI Associates, Inc. | 600 | - | 600 |
| Golden State Fence Company | 3,481 | 7,998 | 11,479 |
| GreenField Communications, Inc | 1,495 | 38,267 | 39,762 |
| Harcy & Harper, Inc. | 1,047 | 6,873 | 7,920 |
| Hertzog & Crabill, Inc. | 1,154 | - | 1,154 |
| Hewitt & O'Neil, LLP | 9,610 | - | 9,610 |
| Hillside Retaining Walls | - | - | - |
| HomeBuyersGuide -Irvine | 24,000 | - | 24,000 |
| Hunsaker & Associates - Irvi | 366,721 | - | 366,721 |
| Jackson, DeMarco, Tidus & Pe | 311 | - | 311 |

| Vendor | Open AP | Unbilled Retention | Total AP |
|---|---|---|---|
| Jag Construction | 151,623 | 17,431 | 169,054 |
| K Hovnanian/Landscape Inter Cal Co | - | - | - |
| Katz, Okitsu & Associates | 2,924 | - | 2,924 |
| Knitter & Associates | - | - | - |
| KTGY Group, Inc | 19,975 | - | 19,975 |
| Kuno's Grading | 2,509 | - | 2,509 |
| Laguna Playhouse | 2,550 | - | 2,550 |
| Law, Robert - 1099 | - | - | - |
| LDB & Associates, Inc | 1,500 | - | 1,500 |
| Lehman Ali, Inc. | 152,385 | - | 152,385 |
| M Delvin & Associates, Inc | 9,571 | - | 9,571 |
| Mesa Pacific Construction, I | 33,249 | 55,573 | 88,822 |
| Miller Barondess, LLP | 78,631 | - | 78,631 |
| Mobile Mini, Inc | 1,417 | - | 1,417 |
| Mobile Modular Management Co | 1 | - | 1 |
| MSE Retaining Systems, Inc | 45,754 | - | 45,754 |
| National Construction Rental | 2,233 | - | 2,233 |
| Natural Resource Consultants | - | - | - |
| OCB Reprographics, Inc | 136 | - | 136 |
| Orange Coast Masonry | 687,392 | - | 687,392 |
| Outdoor Dimensions | 7,236 | - | 7,236 |
| Overland Pacific & Cutler, Inc | - | - | - |
| Pacific Soils Engineering, I | 27,824 | - | 27,824 |
| Palmieri,Tyler,Wilhelm & Wal | 5,255 | - | 5,255 |
| Playa Digital Media, Inc | 1,050 | - | 1,050 |
| Power Plus Utility Serv | 100 | - | 100 |
| ProRepro | 1,750 | - | 1,750 |
| R&M Electrical Contracting | - | 24,996 | 24,996 |
| R&M Electrical Contracting | - | - | - |
| R J Noble | - | - | - |
| Rain for Rent - Bakersfield | - | - | - |
| Rockey Murata Landscaping, I | 1,430 | - | 1,430 |
| Roddan Paolucci Roddan Adv & | 33,671 | - | 33,671 |
| Rohm Insurance Agency | 16,712 | - | 16,712 |
| Ron Martin & Associates, Inc | 2,511 | - | 2,511 |
| Ron Martin & Associates, Inc. | - | - | - |
| San Diego Gas & Electric | 71 | - | 71 |
| San Juan Capistrano City of | 344 | - | 344 |
| San Juan Capistrano, City of | 3,153 | - | 3,153 |
| Scoop ReprintSource | 3,482 | - | 3,482 |
| Sierra Pacific Electrical Co | - | - | - |
| So Cal Construction & Demoliti | - | - | - |
| South County Publications, I | 2,800 | - | 2,800 |
| Southwest Inspection & Testing | - | - | - |
| Steiny and Company, Inc. | - | - | - |
| Summers/Murphy & Partners, I | 7,350 | - | 7,350 |
| SWRCB Accounting Office | 237 | - | - |
| Tensar Earth Technologies | 1,296 | - | 1,296 |
| Tensar Earth Technologies | - | - | - |

| Vendor | Open AP | Unbilled Retention | Total AP |
|---|---|---|---|
| True Underground Inc. | - | - | - |
| Ugalde Trucking Co, Inc. | 8,520 | - | 8,520 |
| Utility Consultants of Orang | 16,650 | - | 16,650 |
| Voss, Cook & Thel, LLP. | 151,356 | - | 151,356 |
| Whittier Mailing Service, In | 2,288 | - | 2,288 |
| Wiredhat Interactive | 2,896 | - | 2,896 |
| **Grand Total:** | **3,479,737** | **208,611** | **3,688,011** |

# EXHIBIT "14"

000454

Schedule 4-B
Other Pacific Point Obligations

| Vendor | Open AP | Unbilled Retention | Total AP | Closing AP Adjustment to Original AP | Settlement | Total AP as of Closing Date |
|---|---|---|---|---|---|---|
| 5th Gear, LLC. | 85,602 | - | 85,602 | - | - | 85,602 |
| All American Asphalt | - | - | - | - | - | - |
| AMEC Earth & Enviromental In | 276,076 | - | 276,076 | - | - | 276,076 |
| Ameripride Guard Services Inc. | - | - | - | - | - | - |
| Archive Technologies | 1,050 | - | 1,050 | - | - | 1,050 |
| AT&T | 1,040 | - | 1,040 | - | - | 1,040 |
| AT&T - 4209 | 296 | - | 296 | - | (296) | - |
| Barkley Court Reporters, LA | 395 | - | 395 | - | - | 395 |
| BNB Engineering Inc. | 4,705 | 2,895 | 7,599 | - | - | 7,599 |
| Bob McGrann Construction Inc | 115,428 | 50,750 | 166,176 | - | (166,176) | - |
| Boudreau Pipeline Corporatio | - | - | - | - | - | - |
| Bova Contracting Corporation | - | - | - | - | - | - |
| BP Media Group dba SoftMirage | - | - | - | - | - | - |
| C & L Drilling | - | - | - | - | - | - |
| CR & R, Inc. - 125 | 110 | - | 110 | - | - | 110 |
| California Barricade | - | - | - | - | - | - |
| Carl Warren & Co | 2,023 | - | 2,023 | - | - | 2,023 |
| Chambers Group, Inc. | 14,263 | - | 14,263 | - | (14,263) | - |
| Chino Grading, Inc. | 281,170 | 3,727 | 284,897 | - | - | 284,897 |
| Color Image Printing, Inc. | 22,128 | - | 22,128 | - | - | 22,128 |
| Concord Group, The | 525 | - | 525 | - | (525) | - |
| Consolidated Reprographics | 162 | - | 162 | - | - | 162 |
| Cox Communications | 18,409 | - | 18,409 | - | - | 18,409 |
| Creekside Development, Inc. | 568,889 | - | 568,889 | - | - | 568,889 |
| Crummack Huseby, Inc. | 600 | - | 600 | - | - | 600 |
| Culbertson, Adams & Associat | 20,139 | - | 20,139 | - | - | 20,139 |
| Cushman & Wakefield of Calif | 21,900 | - | 21,900 | - | (21,900) | - |
| Daren Saunders Photography | 1,131 | - | 1,131 | - | - | 1,131 |
| Dexter Wilson Engineering, I | 12,598 | - | 12,598 | - | - | 12,598 |
| DGW Budget Preparation | 27,340 | - | 27,340 | - | - | 27,340 |
| Diamond Environmental Servic | 641 | - | 641 | (318) | (112) | 211 |
| Dr. Maurice M. Lam M.D. | 34,000 | - | 34,000 | - | - | 34,000 |
| Fidelity National Title Co. | 90 | - | 90 | - | - | 90 |
| Firesafe Planning Solutions | 8,750 | - | 8,750 | - | - | 8,750 |
| Gary D. Campbell | 57,000 | - | 57,000 | - | (57,000) | - |
| Gas Company, The | 8,129 | - | 8,129 | - | - | 8,129 |
| GCI Associates, Inc. | 600 | - | 600 | - | - | 600 |
| Golden State Fence Company | 3,481 | 7,998 | 11,479 | - | - | 11,479 |
| GreenField Communications, Inc | 1,495 | 38,267 | 39,762 | - | (0) | 39,762 |
| Hardy & Harper, Inc. | 1,047 | 6,873 | 7,920 | - | (7,920) | - |
| Hartzog & Crabill, Inc. | 1,154 | - | 1,154 | - | - | 1,154 |
| Hewitt & O'Neil, LLP | 9,610 | - | 9,610 | - | - | 9,610 |
| Hillside Retaining Walls | - | - | - | - | - | - |
| HomeBuyersGuide -Irvine | 24,000 | - | 24,000 | - | - | 24,000 |
| Hunsaker & Associates - Irvi | 366,721 | - | 366,721 | - | - | 366,721 |
| Jackson, DeMarco, Tidus & Pe | 311 | - | 311 | - | - | 311 |

| Vendor | Open AP | Unbilled Retention | Total AP | Closing AP | | Total AP as of Closing Date |
|---|---|---|---|---|---|---|
| | | | | Adjustment to Original AP | Settlement | |
| Jag Construction | 151,623 | 17,431 | 169,054 | - | - | 169,054 |
| K Hovnanian/Landscape Inter Cal C | - | - | - | - | - | - |
| Katz, Okitsu & Associates | 2,924 | - | 2,924 | - | - | 2,924 |
| Knitter & Associates | - | - | - | - | - | - |
| KTGY Group, Inc. | 19,975 | - | 19,975 | - | - | 19,975 |
| Kuno's Grading | 2,509 | - | 2,509 | - | - | 2,509 |
| Laguna Playhouse | 2,550 | - | 2,550 | - | - | 2,550 |
| Law, Robert - 1099 | - | - | - | - | - | - |
| LDB & Associates, Inc. | 1,500 | - | 1,500 | - | - | 1,500 |
| Lehman Ali, Inc. | 152,385 | - | 152,385 | - | - | 152,385 |
| M Delvin & Associates, Inc. | 9,571 | - | 9,571 | - | (9,571) | - |
| Mesa Pacific Construction, I | 33,249 | 55,573 | 88,822 | - | - | 88,822 |
| Miller Barondess, LLP | 78,631 | - | 78,631 | - | - | 78,631 |
| Mobile Mini, Inc. | 1,417 | - | 1,417 | - | - | 1,417 |
| Mobile Modular Management Co | 1 | - | 1 | - | - | 1 |
| MSE Retaining Systems, Inc. | 45,754 | - | 45,754 | - | - | 45,754 |
| National Construction Rental | 2,233 | - | 2,233 | - | - | 2,233 |
| Natural Resource Consultants | - | - | - | - | - | - |
| OCB Reprographics, Inc. | 136 | - | 136 | - | - | 136 |
| Orange Coast Masonry | 687,392 | - | 687,392 | - | - | 687,392 |
| Outdoor Dimensions | 7,236 | - | 7,236 | - | - | 7,236 |
| Overland Pacific & Cutler, Inc | - | - | - | - | - | - |
| Pacific Soils Engineering, I | 27,824 | - | 27,824 | - | - | 27,824 |
| Palmieri,Tyler,Wilhelm & Wal | 5,255 | - | 5,255 | - | - | 5,255 |
| Playa Digital Media, Inc. | 1,050 | - | 1,050 | - | - | 1,050 |
| Power Plus Utility Serv | 100 | - | 100 | - | (100) | - |
| ProRepro | 1,750 | - | 1,750 | - | - | 1,750 |
| R&M Electrical Contracting | - | 24,996 | 24,996 | - | - | 24,996 |
| R&M Electrical Contracting | - | - | - | - | - | - |
| R.J. Noble | - | - | - | - | - | - |
| Rain for Rent - Bakersfield | - | - | - | - | - | - |
| Rockey Murata Landscaping, I | 1,430 | - | 1,430 | - | (1,430) | - |
| Roddan Paolucci Roddan Adv.& | 33,671 | - | 33,671 | - | - | 33,671 |
| Rohm Insurance Agency | 16,712 | - | 16,712 | - | (16,712) | - |
| Ron Martin & Associates, Inc | 2,511 | - | 2,511 | - | (2,511) | - |
| Ron Martin & Associates, Inc. | - | - | - | - | - | - |
| San Diego Gas & Electric | 71 | - | 71 | - | (71) | - |
| San Juan Capistrano City of | 344 | - | 344 | - | (344) | - |
| San Juan Capistrano, City of | 3,153 | - | 3,153 | - | (95) | 3,057 |
| Scoop ReprintSource | 3,482 | - | 3,482 | - | - | 3,482 |
| Sierra Pacific Electrical Co | - | - | - | - | - | - |
| So-Cal Construction & Demoliti | - | - | - | - | - | - |
| South County Publications, I | 2,800 | - | 2,800 | - | - | 2,800 |
| Southwest Inspection & Testing | - | - | - | - | - | - |
| Steiny and Company, Inc. | - | - | - | - | - | - |
| Summers/Murphy & Partners, I | 7,350 | - | 7,350 | - | - | 7,350 |
| SWRCB Accounting Office | 237 | - | - | - | - | - |
| Tensar Earth Technologies | 1,296 | - | 1,296 | - | - | 1,296 |
| Tensar Earth Technologies | - | - | - | - | - | - |
| True Underground Inc. | - | - | - | - | - | - |
| Ugalde Trucking Co, Inc. | 6,520 | - | 6,520 | - | - | 6,520 |
| Utility Consultants of Orang | 15,550 | - | 15,550 | - | - | 15,550 |
| Voss, Cook & Thel, LLP. | 151,356 | - | 151,356 | - | - | 151,356 |
| Whittier Mailing Service, In | 2,288 | - | 2,288 | - | - | 2,288 |
| Wiredhat Interactive | 2,896 | - | 2,896 | - | - | 2,896 |
| **Grand Total:** | **3,479,737** | **208,511** | **3,688,011** | **(318)** | **(299,029)** | **3,388,663** |

# EXHIBIT "15"

EXHIBIT I TO SETTLEMENT AGREEMENT

Form of Covenant Not to Sue

COVENANT NOT TO SUE

THIS COVENANT NOT TO SUE ("Covenant") is made as of this ___ day of
_____, 2008, by **[NAME OF LENDER(S)]** ("Lender") and LEHMAN
BROTHERS HOLDINGS INC., a Delaware corporation ("LBHI" and together with Lender, the
"Lender Entities") in favor of **[NAME(S) OF BORROWER(S)]** ("Borrower"), **[NAME(S) OF
GUARANTOR(S)]** ("Guarantor"), **[NAME(S) OF PLEDGOR(S)]** ("Pledgor") (Borrower,
Guarantor and Pledgor are collectively referred to as the "Borrower Beneficiaries").

       1.      For and in consideration of the execution and delivery of that certain
Settlement Agreement, by and among the Lender Parties, the Borrower Parties, and certain other
parties thereto (the "Settlement Agreement"; capitalized terms used but not defined herein shall
have the meanings ascribed to such terms on Exhibit A attached hereto and made a part hereof),
and for other good and valuable consideration paid, the receipt and sufficiency of which are
hereby acknowledged, each of the Lender Entities, for themselves and for each of their past,
present and future agents, partners, members and other direct or indirect related entities (whether
or not such entities are wholly-owned) and each of their respective past, present and future
officers, agents, shareholders and attorneys in their capacities as such for any of the Lender
Parties (as well as their respective predecessors, successors and assigns) (collectively, the
"Lender Parties"), do hereby covenant and agree not to sue and not to commence, assert, bring or
file in any court or other tribunal, in any jurisdiction, any suit, action, litigation, complaint,
counterclaim, cross-claim, cross-complaint, third-party complaint or other pleading (collectively,
a "Suit") against any of the Borrower Beneficiaries with respect to any claims, damages, actions,
causes of action, demands, indebtedness, liabilities or obligations, to the extent, but only to the
extent the same arise from the following: amounts owing pursuant to the Note, the Loan
Agreement or the Loan or obligations or liabilities arising under the Deed of Trust, Pledge
Agreement, Completion Guaranty, Limited Guaranty or the other Loan Documents (collectively,
the "Claims"). Notwithstanding the foregoing or anything to the contrary contained herein,
Claims shall specifically exclude and Lender Parties may fully enforce and pursue all rights and
remedies for (i) any indemnification or other obligations or liabilities which, pursuant to the
terms of the Loan Documents, survive the repayment of the Loan and/or the termination of the
Loan Documents (including, without limitation, any environmental indemnities) (ii) any
obligations or liabilities arising under the Settlement Agreement or any of the other Settlement
Documents, (iii) any Claims arising under the Limited Guaranty as a result of the occurrence of a
Bankruptcy Event (as such term is defined in the Limited Guaranty), and (iv) the commission of
fraud or the making of any material intentional misrepresentation by any of the Borrower
Beneficiaries in connection with the Loan.

       2.      Subject to the terms of the Settlement Agreement and without limiting the
generality of the foregoing, the Lender Parties expressly covenant not to sue with respect to the
Claims, including those which the Lender Parties do not know of or suspect to exist in their
favor, whether through ignorance, oversight, error, negligence or otherwise, and which, if
known, would materially affect their decision to enter into this Covenant and to this end the

221
000458

Lender Parties, to the extent permitted by law, waive all rights under any statutory provision purporting to limit the scope or effect of a general covenant not to sue, whether due to lack of knowledge on the part of a creditor or otherwise. Without limiting the generality of the foregoing sentence, each of the Loan Parties acknowledges that it has been advised by legal counsel and is familiar with the provisions of California Civil Code Section 1542, which states the following:

> "A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR."

Each of the Loan Parties waives and relinquishes any and all rights or benefits it may have under, or which may be conferred upon it by, the provisions of Section 1542 of the California Civil Code regarding the covenant not to sue with respect to the Claims set forth in Section 1, to fullest extent that it may lawfully waive such rights and benefits. In connection with such waiver and relinquishment, each of the Loan Parties acknowledges that it is aware that it may hereafter discover claims or facts in addition to, or different from, those which they now know or believe to exist with respect to the subject matter of this Covenant, but that each of the Loan Parties nonetheless fully and unconditionally enters into this Covenant with respect to the Claims, whether known or unknown, suspected or unsuspected.

3. Notwithstanding anything to the contrary set forth herein, it is not the intention of the parties to release the Deed of Trust or to release any security or collateral for any claims or obligations under the Loan Documents or any person or entity other than the Borrower Beneficiaries from any claims or any obligations under the Loan Documents.

4. Notwithstanding anything to the contrary set forth herein, this Covenant shall be null and void ab initio if: (a) an Interference Event shall occur or, (b) any of the events set forth in Section 33 of the Settlement Agreement shall occur (except to the extent that the terms of Section 33 of the Settlement Agreement provide that this Covenant will not be affected by such event); and there shall be no covenant not to sue with respect to any obligations or liabilities described in clauses (a) or (b) above and all parties to the Settlement Agreement or any of the other Settlement Documents may fully enforce the obligations and liabilities described in clauses (a) or (b) above just as if this Covenant had not been executed.

5. The Lender Parties further expressly warrant and represent that the Lender Parties have not sold, granted, transferred or assigned or caused to be sold, granted, transferred or assigned or purported to sell, grant, transfer or assign to any other person, entity, firm or corporation any Claims or any portion thereof or any part of any recovery thereon which the Lender Parties may have or become entitled to against the Borrower Beneficiaries in connection with, or in any way related to or arising out of the Claims. The Lender Parties hereby agree to indemnify and to hold harmless the Borrower Beneficiaries against any claim, contention, demand, cause of action, obligation, damage and liability of any nature, character or description whatsoever, including the payment of attorneys' fees (including allocated costs incurred by internal counsel) and costs actually incurred, whether or not litigation is commenced, which may

222
000459

be based upon or which may arise out of or in connection with any such assignment or transfer or purported assignment or transfer.

6.      The Lender Parties understand and agree that any Claims they may have against any of the Borrower Beneficiaries are in dispute and that the Lender Parties are entering into this Covenant for the purpose of settling such disputes by compromise in order to avoid litigation and to buy peace. The Lender Parties hereby agree not to bring, or assist in bringing, any Claim against the Borrower Beneficiaries regarding or in any way related to any of the matters as to which they covenant not to sue the Borrower Beneficiaries, except as otherwise provided herein, and the Lender Parties further agree that this Covenant is, will constitute, and may be pleaded as, a bar to any such claim. Neither the execution nor delivery of this Covenant by any party nor the payment of any consideration by any person incident to this Covenant is an admission of any wrongdoing whatsoever on the part of the Lender Parties or any of them. Each of the Lender Parties for itself and for anyone claiming by, through or under it, hereby agrees to defend, protect, indemnify and hold harmless any and all of the Borrower Beneficiaries from and against all loss, cost, liability, damage and expense (including reasonable attorneys' fees and expenses) incurred by the Borrower Beneficiaries or any of them in connection with, arising out of or in any way relating to any breach by the Lender Parties, or any of them, of the covenants and agreements set forth in this Covenant.

7.      Notwithstanding anything contained herein to the contrary and except as may be expressly limited by this Covenant, nothing contained herein shall constitute a covenant not to sue or release by the Lender Parties of the Borrower Beneficiaries for any loss, cost, liability, damage or expense suffered or incurred by the Lender Parties as a result of the enforcement of (a) the rights of any party, including Lender, under the Settlement Agreement or any of the other Settlement Documents, (b) those representations, warranties, agreements or obligations to be fulfilled or performed after the date hereof which are set forth in the Settlement Agreement or any of the other Settlement Documents; (c) any liability or responsibility that any of the Borrower Beneficiaries may have to the Lender Parties or to any third party under the Settlement Agreement or the other Settlement Documents with respect to any law, rule, regulation, statute, decree or order in any way relating to the environmental condition of the Property; (d) any rights Lender may have to institute, maintain and prosecute an action or actions to foreclose the Deed of Trust; (e) any rights Lender may have to institute, maintain and prosecute an action or actions for any fraud or intentional misrepresentation by any party to the Settlement Agreement pursuant to the Settlement Agreement or the other Settlement Documents; or (f) any rights the Lender Parties may have to institute, maintain and prosecute an action or actions for any other claims against any of the Borrower Beneficiaries under the Settlement Agreement or any of the other Settlement Documents.

8.      Notwithstanding any other provision of this Covenant, if any of the events described in Clauses (i), (ii) or (iii) of Section 33 of the Settlement Agreement shall occur, then this Covenant shall be of no force or effect. In any such event, the Lender Parties shall have any and all rights and remedies available under any or all of Section 33 of the Settlement Agreement, the Loan Documents, at law or in equity as if this Covenant had never been executed.

9.      The Lender Parties hereby acknowledge and agree that nothing in this Covenant is intended to alter, affect or modify (a) the rights of any party under the Settlement

223
000460

Agreement or any of the other Settlement Documents or (b) those representations, warranties, agreements or obligations to be fulfilled or performed after the date hereof which are set forth in the Settlement Agreement or in any of the other Settlement Documents.

        10.     The Lender Parties expressly warrant and represent that in executing and entering into this Covenant, the Lender Parties are not relying upon and have not relied upon any representation, promise or statement made by anyone which is not recited, contained or embodied in this Covenant or in the Settlement Agreement or any of the other Settlement Documents. The Lender Parties understand and expressly assume the risk that any fact not recited, contained or embodied herein or in the Settlement Agreement or any of the other Settlement Documents may turn out hereafter to be other than, different from, or contrary to the facts now known to it or believed by it to be true. Nevertheless, the Lender Parties agree that this Covenant shall be effective in all respects notwithstanding any such difference in facts, and shall not be subject to termination, modification or rescission by reason of any such difference in facts.

        11.     <u>Miscellaneous Provisions</u>:

        a.     This Covenant shall inure to the benefit of and be binding upon the Lender Parties and Borrower Beneficiaries.

        b.     This Covenant, the Settlement Agreement, the other Settlement Documents and the Loan Documents constitute and are intended to constitute the entire agreement of the parties concerning the subject matter hereof. No covenants, agreements, representations or warranties of any kind whatsoever have been made by any party except as specifically set forth herein or in the Settlement Agreement, the Loan Documents or the other Settlement Documents. All prior discussions and negotiations with respect to the subject matter hereof are superseded by the Loan Documents, this Covenant, the Settlement Agreement and the other Settlement Documents.

        c.     If any provisions of this Covenant are determined by a court of competent jurisdiction to be invalid or unenforceable, in whole or in part, the remaining provisions, and any partially invalid or unenforceable provisions, to the extent valid and enforceable, shall nevertheless be binding and valid and enforceable.

        d.     The parties shall, from time to time, promptly execute and deliver such further instruments, documents and papers and perform such further acts as may be necessary or proper to carry out and effect the terms of this Covenant.

        e.     When necessary herein, all terms used in the singular shall apply to the plural, and vice versa, and all terms used in the masculine shall apply to the neuter and feminine genders, and vice versa.

        f.     This Covenant shall be construed according to and governed by the laws of the State of New York without regard to the principles of conflicts of law.

224
000461

g.    This Covenant may be executed in any number of counterparts, each of which shall be deemed an original and all of which taken together shall constitute one and the same instrument.

Signatures Appear on Following Page

225
000462

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date first set forth above.

**LENDER(S):**

**[NAME OF LENDER(S)]**

By: _____
Name: _____
Title: _____


**LBHI:**

LEHMAN BROTHERS HOLDINGS, INC., a
Delaware corporation

By: _____
Name: _____
Title: _____


**[ACKNOWLEDGMENTS ON FOLLOWING PAGE]**

226
000463

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date
first set forth above.

**LENDER:**

LV PACIFIC POINT LLC,
a Delaware corporation

By: _____
Name: _____
Title: _____

**LBHI:**

LEHMAN BROTHERS HOLDINGS, INC.,
a Delaware corporation

By: _____
Name: _____
Title: _____

PAC POINT JUNIOR MORTGAGE LOAN COVENANT NOT TO SUE SIGNATURE PAGE

D0000452

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date first set forth above.

**LENDER:**

LV PACIFIC POINT LLC,
a Delaware corporation

By:
Name:
Title:

**LBHI:**

LEHMAN BROTHERS HOLDINGS, INC.,
a Delaware corporation

By:
Name:
Title:

D0000453

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date first set forth above.

**LENDER:**

LV PACIFIC POINT LLC,
a Delaware corporation

By: _____
Name: _____
Title: _____

**LBHI:**

LEHMAN BROTHERS HOLDINGS, INC.,
a Delaware corporation

By: _____
Name: _____
Title: _____

*PAC POINT JUNIOR MORTGAGE LOAN COVENANT NOT TO SUE SIGNATURE PAGE*

D0000454

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date first set forth above.

LENDER:

LV PACIFIC POINT LLC,
a Delaware corporation

By: _____
Name: _____
Title: _____

LBHI:

LEHMAN BROTHERS HOLDINGS, INC.,
a Delaware corporation

By: _____
Name: _____
Title: _____

PAC POINT JUNIOR MORTGAGE LOAN COVENANT NOT TO SUE SIGNATURE PAGE

D0000455

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date
first set forth above.

LENDER:

LEHMAN ALI INC., a Delaware corporation

By: _____

Name: _____

Title: _____

LBHI:

LEHMAN BROTHERS HOLDINGS, INC.,
a Delaware corporation

By: _____

Name: _____

Title: _____

PAC POINT SENIOR MORTGAGE COVENANT NOT TO SUE SIGNATURE PAGE

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date
first set forth above.

LENDER:

LEHMAN ALI INC., a Delaware corporation

By: _____
Name: _____
Title: _____

LBHI:

LEHMAN BROTHERS HOLDINGS, INC.,
a Delaware corporation

By: _____
Name: _____
Title: _____

PAC POINT SENIOR MORTGAGE COVENANT NOT TO SUE SIGNATURE PAGE

D0000457

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date
first set forth above.

LENDER:

LEHMAN ALI INC., a Delaware corporation

By: _____

Name: _____

Title: _____

LBHI:

LEHMAN BROTHERS HOLDINGS, INC.,
a Delaware corporation

By: _____

Name: _____

Title: _____

PAC POINT SENIOR MORTGAGE COVENANT NOT TO SUE SIGNATURE PAGE

D0000458

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date first set forth above.

**LENDER:**

LEHMAN ALI INC., a Delaware corporation

By: _____
Name: _____
Title: _____

**LBHI:**

LEHMAN BROTHERS HOLDINGS, INC.,
a Delaware corporation

By: _____
Name: _____
Title: _____

D0000459

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date first set forth above.

**LENDER:**

LEHMAN COMMERCIAL PAPER INC., a New York corporation,

By: _____

Name: _____

Title: _____

**LBHI:**

LEHMAN BROTHERS HOLDINGS, INC., a Delaware corporation

By: _____

Name: _____

Title: _____

SUNCAL COMMUNITIES LENDER COVENANT NOT TO SUE SIGNATURE PAGE

D0000460

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date
first set forth above.

**LENDER:**

LEHMAN COMMERCIAL PAPER INC., a
New York corporation

By: _____

Name: _____

Title: _____

**LBHI:**

LEHMAN BROTHERS HOLDINGS, INC.,
a Delaware corporation

By: _____

Name: _____

Title: _____

D0000461

IN WITNESS WHEREOF, *the undersigned have delivered this Covenant as of the date*
first set forth above.

LENDER:

LEHMAN COMMERCIAL PAPER INC., a
New York corporation

By: _____
Name: _____
Title: _____

LBHI:

LEHMAN BROTHERS HOLDINGS, INC.,
a Delaware corporation

By: _____
Name: _____
Title: _____

D0000462

237
000474

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date first set forth above.

**LENDER:**

LEHMAN COMMERCIAL PAPER INC., a
New York corporation

By: _____
Name: _____
Title: _____

**LBHI:**

LEHMAN BROTHERS HOLDINGS, INC.,
a Delaware corporation

By: _____
Name: _____
Title: _____

SUNCAL COMMUNITIES LENDER COVENANT NOT TO SUE SIGNATURE PAGE

D0000463

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date first set forth above.

**LENDER:**

LEHMAN COMMERCIAL PAPER INC., a New York corporation

By: _____
Name: _____
Title: _____

**LBHI:**

LEHMAN BROTHERS HOLDINGS, INC., a Delaware corporation

By: _____
Name: _____
Title: _____

SUNCAL COMMUNITIES LENDER COVENANT NOT TO SUE SIGNATURE PAGE

D0000464

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date
first set forth above.

**LENDER:**

LEHMAN COMMERCIAL PAPER INC., a
New York corporation

By: _____

Name: _____

Title: _____

**LBHI:**

LEHMAN BROTHERS HOLDINGS, INC.,
a Delaware corporation

By: _____

Name: _____

Title: _____

RITTER RANCH MORTGAGE LENDER COVENANT NOT TO SUE SIGNATURE PAGE

D0000465

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date first set forth above.

**LENDER:**

LEHMAN COMMERCIAL PAPER INC., a
New York corporation

By: _____
Name: _____
Title: _____

**LBHI:**

LEHMAN BROTHERS HOLDINGS, INC.,
a Delaware corporation

By: _____
Name: _____
Title: _____

RITTER RANCH MORTGAGE LENDER COVENANT NOT TO SUE SIGNATURE PAGE

D0000466

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date
first set forth above.

**LENDER:**

LEHMAN COMMERCIAL PAPER INC., a
New York corporation,

By: _____
Name: _____
Title: _____

**LBHI:**

LEHMAN BROTHERS HOLDINGS, INC.,
a Delaware corporation

By: _____
Name: _____
Title: _____

RITTER RANCH MORTGAGE LENDER COVENANT NOT TO SUE SIGNATURE PAGE

D0000467

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date first set forth above.

LENDER:

LEHMAN COMMERCIAL PAPER INC., a
New York corporation

By: _____
Name: _____
Title: _____

LBHI:

LEHMAN BROTHERS HOLDINGS, INC.,
a Delaware corporation

By: _____
Name: _____
Title: _____

RITTER RANCH MORTGAGE LENDER COVENANT NOT TO SUE SIGNATURE PAGE

D0000468

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date
first set forth above.

**LENDER:**

LEHMAN ALI INC., a Delaware corporation

By: _____

Name: _____

Title: _____

**LBHI:**

LEHMAN BROTHERS HOLDINGS, INC.,
a Delaware corporation

By: _____

Name: _____

Title: _____

PVS LENDER COVENANT NOT TO SUE SIGNATURE PAGE

D0000469

244
000481

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date first set forth above.

LENDER:

LEHMAN ALI INC., a Delaware corporation

By: _____
Name: _____
Title: _____

LBHI:

LEHMAN BROTHERS HOLDINGS, INC.,
a Delaware corporation

By: _____
Name: _____
Title: _____

FVS LENDER COVENANT NOT TO SUE SIGNATURE PAGE

D0000470

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date
first set forth above.

LENDER:

LEHMAN ALI INC., a Delaware corporation

By: _____
Name: _____
Title: _____

LBHI:

LEHMAN BROTHERS HOLDINGS, INC.,
a Delaware corporation

By: _____
Name: _____
Title: _____

D0000471

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date
first set forth above.

**LENDER:**

LEHMAN ALI INC., a Delaware corporation

By: _____

Name: _____

Title: _____

**LBHI:**

LEHMAN BROTHERS HOLDINGS, INC.,
a Delaware corporation

By: _____

Name: _____

Title: _____

PVS LENDER COVENANT NOT TO SUE SIGNATURE PAGE

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date first set forth above.

**LENDER:**

LEHMAN ALI INC., a Delaware corporation

By: _____
Name: _____
Title: _____

**LBHI:**

LEHMAN BROTHERS HOLDINGS, INC., a
Delaware corporation

By: _____
Name: _____
Title: _____

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date first set forth above.

**LENDER:**

LEHMAN ALI INC., a Delaware corporation

By: _____
Name: _____
Title: _____

**LBHI:**

LEHMAN BROTHERS HOLDINGS, INC., a Delaware corporation

By: _____
Name: _____
Title: _____

MARBLEHEAD/HEARTLAND LENDER COVENANT NOT TO SUE SIGNATURE PAGE

D0000474

Case 8:06-bk-17206-ES Doc 1749-2 Filed 04/08/11 Entered 04/08/11 14:38:07 Exhibit 8
Part 3 Page 85 of 90

08-13555-mg Doc 17497 Filed 06/08/11 Entered 06/08/11 12:43:49 Exhibit 8
Part 2 Page 85 of 90
Description Part 3 Page 85 of 90

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date first
set forth above.

**LENDER:**

LEHMAN-ALI INC., a Delaware corporation

By: _____

Name: _____

Title: _____

**LBHI:**

LEHMAN BROTHERS HOLDINGS, INC., a
Delaware corporation

By: _____

Name: _____

Title: _____

MARBLEHEAD/HEAR ISLAND LENDER COVENANT NOT TO SUE SIGNATURE PAGE

D0000475

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date first set forth above.

LENDER:

LEHMAN ALI INC., a Delaware corporation

By: _____
Name: _____
Title: _____

LBHI:

LEHMAN BROTHERS HOLDINGS, INC., a Delaware corporation

By: _____
Name: _____
Title: _____

MARBLEHEAD/HEARTLAND LENDER COVENANT NOT TO SUE SIGNATURE PAGE

D0000476

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date first set forth above.

**LENDER:**

LEHMAN ALI INC., a Delaware corporation

By: _____

Name: _____

Title: _____

**LBHI:**

LEHMAN BROTHERS HOLDINGS, INC.,
a Delaware corporation

By: _____

Name: _____

Title: _____

BICKFORD RANCH SECOND LIEN AND MEZZ LENDER COVENANT NOT TO SUE SIGNATURE PAGE

D0000477

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date first set forth above.

LENDER:

LEHMAN-ALI INC., a Delaware corporation

By: _____
Name: _____
Title: _____

LBHI:

LEHMAN BROTHERS HOLDINGS, INC.,
a Delaware corporation

By: _____
Name: _____
Title: _____

BICKFORD RANCH SECOND LIEN AND MEZZ LENDER COVENANT NOT TO SUE SIGNATURE PAGE

D0000478

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date first set forth above.

**LENDER:**

LEHMAN ALI INC., a Delaware corporation

By: _____
Name: _____
Title: _____

**LBHI:**

LEHMAN BROTHERS HOLDINGS, INC.,
a Delaware corporation

By: _____
Name: _____
Title: _____

D0000479

IN WITNESS WHEREOF, the undersigned have delivered this Covenant as of the date first set forth above.

**LENDER:**

LEHMAN ALI INC., a Delaware corporation

By: _____

Name: _____

Title: _____

**LBHI:**

LEHMAN BROTHERS HOLDINGS, INC.,
a Delaware corporation

By: _____

Name: _____

Title: _____

BICKFORD RANCH SECOND LIEN AND MEZZ LENDER COVENANT NOT TO SUE SIGNATURE PAGE

D0000480

08-13555-mg Doc 17497-3 Filed 06/08/11 Entered 06/08/11 12:43:49 Exhibit 8 Desc Part 4 Pg Page 178

# EXHIBIT "16"

000493

◄ C O X C A S T L E N I C H O L S O N ►

Cox, Castle & Nicholson LLP
2049 Century Park East, 28ᵗʰ Floor
Los Angeles, California 90067-3284
P 310.277.4222 F 310.277.7889

Mathew A. Wyman
310.284.2266
mwyman@coxcastle.com

September 29, 2008

File No. 57867

VIA E-MAIL AND FACSIMILE

W. Michael Bond, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

    Re:    SunCal/Lehman Omnibus Transaction / Closing Notification

Dear Michael:

    Reference is made to that certain Agreement dated as of May 23, 2008, by and among Lehman Brothers Holdings Inc., Lehman ALI, Inc., and other affiliated entities (collectively, "Lehman"), and SCC Acquisitions, Inc., SunCal Management, LLC, Bruce Elieff and other affiliated entities and individuals (collectively, "SunCal"), as amended by that certain letter agreement executed by all such parties on August 27, 2008 (collectively, the "Restructuring Agreement"). All initially capitalized terms set forth in this letter shall have the meaning given to them in the Restructuring Agreement.

    As SunCal has previously advised you, the closing conditions set forth in Section 1 of the Restructuring Agreement for the requisite number of properties have been satisfied in all material respects and Lehman is therefore obligated to close the transaction on September 30, 2008. SunCal's attempts to reach Lehman to work out final matters on the necessary transfers and applicable consents have been unsuccessful. We reiterate that SunCal is prepared to close and it therefore reserves all rights and remedies it may have under the Restructuring Agreement and omnibus transaction with respect to any non-performance by Lehman.

    If you wish to discuss this matter in greater detail, please do not hesitate to contact me.

        Sincerely,

        Mathew A. Wyman

MAW/ptv
57867\1365306v2

Case 8:08-bk-17206-ES Doc 1497-3 Filed 06/08/11 Entered 06/08/11 12:43:49 Exhibit 8
Desc Part Pg Page 3 of 88

Case 8:08-bk-17206-ES   Doc 489-4   Filed 07/21/09   Entered 07/21/09 17:26:32   Desc
Cook Decl. Part 5   Page 19 of 19

W. Michael Bond, Esq.
September 29, 2008
Page 2


cc:    Mr. Frances Gilhool (via e-mail)
       Bruce V. Cook, Esq. (via e-mail)
       Erica A. Bose, Esq. (via e-mail)

# EXHIBIT "17"

Case 8:08-bk-17206-ES   Doc 1497   Filed 06/08/11   Entered 06/08/11 12:43:49   Exhibit 8
Desc Part Pg Page 578 88

Case 8:08-bk-17206-ES   Doc 489-5   Filed 07/21/09   Entered 07/21/09 17:26:32   Desc
Cook Decl. Part 6   Page 2 of 32


# SunCal Companies

CORPORATE OFFICE
2392 MORSE AVENUE
IRVINE, CA 92614

MAIN  949 777 4000
FAX  949 777 4050

WWW.SUNCAL.COM

October 9, 2008

**VIA E-MAIL AND MAIL**

Mr. F. Robert Brusco
Lehman Brothers
745 7th Avenue
7th Floor
New York, NY 10019

　　　　Re: Oak Knoll Project

Dear Rob:

　　　　I am writing to advise you of some practical and significant site security and wildfire prevention issues that will arise as SunCal Management, LLC and other contractors involved in the Oak Knoll project in Oakland, CA suspend work for non-payment of bills. To avoid potential liabilities and damage to the asset, someone must immediately assume responsibility for these matters.

　　　　As you know, Oak Knoll is the location of the former Navy Medical Center Oakland, which has over 100 structures totaling over 900,000 square feet on 160 acres. It is in an area of the Oakland Hills that has high risks of wildfires. SunCal Oak Knoll LLC assumed responsibility for site security and vegetation management after purchasing the site from the Navy.

　　　　As we have previously advised you, there are active groups of copper thieves, homeless people and vandals who have been going onto the site for years; many of whom are drug addicts. Our approach has been to mend holes in the fences, get police onto the site (which has been used for police training), and to first seal as many buildings as possible and then to start demolishing them.

　　　　The fence around the site is cut open 5 to 10 times per week. While the police have arrested a few people, they have not been prosecuted and often return to the site in hours.

Mr. F. Robert Brusco
October 9, 2008

Page 2

We have been preparing buildings for demolition over the last ten
months. Contractors have been removing asbestos, subject to oversight by
regulators and by other contractors who monitor completion and air quality
during the abatement process.

As buildings are abated, they are so torn apart that they can no longer be
sealed, so they can be easily occupied by homeless people seeking shelter for the
night. And the rainy season is coming shortly. We have noticed remains of fires
being lit in some buildings using debris; this problem will certainly increase.

We obtained a permit to tear down 65 buildings last week, but our
demolition contractor and asbestos review consultant have suspended work for
non-payment of outstanding bills, which total over $2 million for the demolition
contractor and $33,000 for the asbestos reviewers. Some asbestos abatement
work is partially completed, with friable asbestos in a position where vandals
and looters could create hazards with it.

Friable asbestos in a partially demolished condition is a significant issue
as there are legal requirements of the oversight agencies regarding containing the
asbestos and what needs to be done to get it into a minimal position to shut the
project down. There can be large fines from the EPA and other air quality
districts if this is not handled correctly and timely.

For wildfire prevention, we have used goats to keep the brush down and
have cut many eucalyptus trees. There are some logs and some large stacks of
wood chips on site right now.

The security agencies are currently owed about $30,000. The tree removal
contractor is owed over $60,000. These contractors are small companies who are
struggling to get financing to meet payroll in the current environment. They
may not be around to fulfill their contracts if they are not paid soon.

Our own presence on the site will diminish. We have a leased
construction trailer there now that will eventually be removed after the
electricity, phone and power are shut off. When power is cut off, the copper
thieves will steal the power lines.

Case 8:08-bk-17206-ES    Doc 1497    Filed 06/08/11    Entered 06/08/11 12:43:49    Exhibit 8
Desc Part 2    Pg    Page 178 of 88

Case 8:08-bk-17206-ES    Doc 489-5    Filed 07/21/09    Entered 07/21/09 17:26:32    Desc
Cook Decl. Part 6    Page 4 of 32

Mr. F. Robert Brusco
October 9, 2008

Page 3

There are two companies operating on the site inside our security – we will talk to them about whether they wish to assume the security costs, but do not anticipate they will do so.

It appears there is much legal wrangling going on in the bankruptcy court as to the availability and use of funds. Meanwhile this and other assets diminish and entitlement windows are lost. Unfortunately, as you know, this is not limited to just the Oak Knoll project. We hope that action can be taken swiftly to address this and other deteriorating situations involving Lehman assets.

Very truly yours,

SunCal Management LLC

Bruce V. Cook
General Counsel

cc: Frank Gilhool

Case 8:08-bk-17206-ES Doc 1497 Filed 06/08/11 Entered 06/08/11 14:38:49 Exhibit 8
Desc Part 2 Pg 8 of 88

Case 8:08-bk-17206-ES Doc 489-5 Filed 07/21/09 Entered 07/21/09 17:26:32 Desc
Cook Decl. Part 6 Page 5 of 32



# SunCal Companies

CORPORATE OFFICE
2392 MORSE AVENUE
IRVINE, CA 92614

MAIN 949 777 4000
FAX 949 777 4050

WWW.SUNCAL.COM

October 10, 2008

**VIA E-MAIL AND MAIL**

Mr. F. Robert Brusco
Lehman Brothers
745 7th Avenue
7th Floor
New York, NY 10019

Re: Delta Coves

Dear Rob:

I'm sorry to bother you again, but I must bring to your attention an issue which is occurring with respect to the Delta Coves project. The project received a site visit yesterday from Symon Weiner with the Air Quality District out of San Francisco due to citizen complaints. We expect that he will be following up with a communication to our project people today. He stated at the site yesterday that the conditions he witnessed on site are unacceptable and will be giving us 24 hours' notice to have a plan in place to resume the dust control measures. If we do not continue to supply the site with dust control measures, fines will be assessed on a daily basis for public nuisance which could add up to a substantial dollar amount. We were able to convince him not to issue a fine yesterday, but he did say that fines would commence to be assessed if the issue is not dealt with immediately.

As I was working on this letter, I was informed about two additional issues at the Delta Cove project:

- Well monitoring – Continued data will need to be taken from Berloger and URS needs to review the data and send out its report as to the findings. This has not been completed and needs to be done on a monthly basis in order to adjust the stop log elevations in the weirs. This system adjusts the groundwater level of the site and keeps the neighboring foundations from sinking or heaving.

- Storm drain pumps – The pumps need to have a maintenance program and weekly monitoring during the winter months. If the pumps fail, the

Case 8:08-bk-17206-ES    Doc 1497    Filed 06/08/11    Entered 06/08/11 14:38:07    Exhibit 8
Desc Part Pg Page 97 of 88

Case 8:08-bk-17206-ES    Doc 489-5    Filed 07/21/09    Entered 07/21/09 17:26:32    Desc
Cook Decl. Part 6    Page 6 of 32

Mr. F. Robert Brusco
October 10, 2008

Page 2

surrounding residential areas will flood.  We currently do not have anyone contracted for maintaining nor do we have the ability to call for assistance in the event of a pump failure.

These two matters are serious issues.  The wall monitoring and storm drain pumps are key components in protecting Bethel Island from serious flooding or catastrophic settlement.  If the ground gets too wet, it floods, if it gets too dry, the peat and the soil shrink and the houses sink into the ground.  The BIMID (Bethel Island Municipal Improvement District) stated that they will be contacting Contra Costa County to assist in getting a resolution to this matter since it is a public safety issue.

I am also enclosing an e-mail and a letter that I just received also relating to Delta Coves.  We also received a call from Irene Campbell, a Stone Road resident who has asthma and is on 24-hour oxygen, who is very upset about the wind and claims her asthma is being severely affected by the dust situation at the project.  As indicated by the attached letter, All Street has not only pulled its dust control services from the project but will be pulling the well pumps and other equipment that is needed to provide the project with its only source of water at this time.  If we do not respond to this letter, we will have no ability to obtain water for the project when needed and it is inevitable that we will be receiving fines from the Air Resources Board.  There currently is a high wind advisory for the area over the next three days and this project has already received media attention for the issues of blowing sand.  I am advised that more complaints will be received.

Request is again made that you find a way to deal with these immediate and urgent needs to avoid significant loss to Delta Coves, as well as the other projects.

Very truly yours,

SunCal Management LLC

Bruce V. Cook
General Counsel

cc: Frank Gilhool

Case 8:08-bk-17206-ES    Doc 1497    Filed 06/08/11    Entered 06/08/11 12:43:49    Exhibit 8
Desc Part 4    Pg 100 of 178

Case 8:08-bk-17206-ES    Doc 489-5    Filed 07/21/09    Entered 07/21/09 17:26:32    Desc
Cook Decl. Part 6    Page 7 of 32

Page 1 of 1

**Bruce Cook**

From:      Kevin Fielding
Sent:      Thursday, October 09, 2008 10:43 AM
To:        Ed Horn
Subject:   Delta Coves DUST COMPLAINT

Ed,

I just received a phone call from a neighboring homeowner (Sean McCord) of the Delta Coves project. He informed me of his concerns regarding fugitive dust that is now occurring on site, the lack of water trucks, and is demanding to know what SunCal intends to do. You may recall it is Mr. McCord that contacted Contra Costa County multiple times and most recently during the heavy winds the site sustained back in April. I have no doubt that he will do it again if we don't act now.

As you are well aware, our contracted vendor for dust control, All Street Sweeping, has pulled off the job due to non payment. There is currently a 15 MPH wind that is creating a serious fugitive dust condition. The local NOAA forecast for Bethel Island shows sustainable wind between 22-25 MPH and gusts of 39MPH for the next 3 days.

Please advise as Mr. McCord is awaiting a call back from me......

**Kevin Fielding**
**SunCal Companies**
**916 218-1218  Office**
**916 218-1268  Fax**
**916-276-1451  Mobile**

10/10/2008



Oct. 9th, 2008

Mr. Ed Horn
Delta Coves Venture, LLC
1430 Blue Oaks Blvd. Ste 200
Roseville, Ca. 95747

RE: Contract #77860S

Dear Ed,

It has been over a week since we sent you a letter regarding the non payment of our August invoice in the amount of $63,003.50. We have since pulled off the Delta Coves Joint Venture project due to your inability to pay under your contract terms. We have submitted another invoice in the amount of $63,656.00 and are still incurring costs for the well pumps that are currently in place as well as the generator and hose rentals. I have left these items in place in hopes we could come to a payment agreement, but I am left with no choice but to pull the well pumps and other items from the site tomorrow unless we receive payment in full for our previous work.

Your immediate response to this issue is greatly appreciated.

Sincerely,

Dan West

Dan West
All Street Sweeping Inc.
President

Case 8:08-bk-17206-ES Doc 1497-3 Filed 06/08/11 Entered 06/08/11 12:43:49 Exhibit 8
Part 3 Pg 102 of 178

Case 8:08-bk-17206-ES Doc 489-5 Filed 07/21/09 Entered 07/21/09 17:26:32 Desc
Cook Decl. Part 6 Page 9 of 32



# SunCal Companies

CORPORATE OFFICE
2392 MORSE AVENUE
IRVINE, CA 92614

MAIN 949 777 4000
FAX 949 777 4050

WWW.SUNCAL.COM

October 16, 2008

**VIA E-MAIL AND MAIL**

Mr. F. Robert Brusco
Lehman Brothers
745 7th Avenue
7th Floor
New York, NY 10019

Re:  Acton, Ritter Ranch and Tesoro Burnham

Dear Rob:

With respect to the above projects, the following matters may have significant financial and liability repercussions if not promptly address:

- Acton:

The Acton site has been graded.  Although vegetation has re-grown to cover the graded areas, it is critical to maintain the site's compliance with Regional Air Quality Management District (AQMD) for dust control regulations and Regional Water Quality Control Board (RWQCB) erosion control regulations. Therefore it is critical that the sub-contractors for those items be kept current and that the request for payment for the minimal amounts be paid. Continued failure to keep AP current in these areas will result in possible daily fines against the property of up to $10,000.

- Ritter Ranch:

Completion of Elizabeth Lake Road is critical to public safety. Ritter Ranch currently has a fully funded escrow account that is intended to fund the completion of Elizabeth Lake Road. Unfortunately, the recent events at Lehman have halted the progression of the required approvals for the funds to be released from escrow in order to pay the contractors for work performed to date. Contractors are walking off the job because they have lost faith in getting paid from the escrow.

Case 8:08-bk-17206-ES   Doc 3555   Filed 06/08/11   Entered 06/08/11 12:43:49   Exhibit 8
Desc Part 2   Pg 103 of 178

Case 8:08-bk-17206-ES   Doc 489-5   Filed 07/21/09   Entered 07/21/09 17:26:32   Desc
Cook Decl. Part 6   Page 10 of 32

Mr. F. Robert Brusco
October 16, 2008

Page 2

      In addition to Elizabeth Lake Road, the project has critical requirements for basic maintenance of previously disturbed areas. Those needs must be continuously funded in order to maintain compliance with the City of Palmdale, AQMD (dust control) and RWQCB (erosion control) requirements. Failure to maintain these elements will result in daily fines up to $10,000. There have been numerous thefts on site of valuable pipe and related items such are fire hydrants, etc. A guard service is needed during evening hours and funding is required to continue those efforts as well.

      In regards to the water facilities, it is critical that we maintain the offsite locations that have been disturbed in connection with the offsite pump stations. The LA County Water District has notified us and expressed their concerns regarding the state of the uncompleted work areas. The sites must be maintained for security and public safety. The project cannot afford to have the water agreement in jeopardy due to non compliance with the district facilities and their requirements to maintain them during this shut down period.

- Tesoro Burnam:

      Approximately $50,000 is needed to finalize Vesting Tentative Tract Map with the Board of Supervisors, with respect to the entitlement of the project.

      We hope that action can be taken swiftly to address these and other deteriorating situations involving these LA/Central California projects.

         Very truly yours,

         SunCal Management LLC

         Bruce V. Cook
         General Counsel

cc: Frank Gilhool

Case 8:08-bk-17206-ES Doc 1497-3 Filed 06/08/11 Entered 06/08/11 12:43:49 Exhibit 8
Desc Part 2 Pg 104 of 178

Case 8:08-bk-17206-ES Doc 489-5 Filed 07/21/09 Entered 07/21/09 17:26:32 Desc
Cook Decl. Part 6 Page 11 of 32



# SunCal Companies

CORPORATE OFFICE
2392 MORSE AVENUE
IRVINE, CA 92614

MAIN 949 777 4000
FAX 949 777 4050

WWW.SUNCAL.COM

October 16, 2008

Mr. F. Robert Brusco
Lehman Brothers
745 7th Avenue
7th Floor
New York, NY 10019

Re: Northlake Project

Dear Rob:

I am writing to advise you of some significant pending matters that hold the potential of severely deteriorating the asset value of the Northlake property.

As you are aware, Northlake is a 1330 acre property located in Castaic, CA (northern Los Angeles County) with a development agreement that expires on April 27, 2013. In the short-term, there are four main areas that must be addressed: homeowner association issues, property taxes and insurance, environmental compliance issues and entitlement issues. The failure to address these matters, discussed in greater detail below, could significantly and adversely impact the value of this project.

- Homeowner Association Issues. The property owned as part of the Northlake project and used as a homeowner association facility requires maintenance, upkeep and repairs. Additionally, water and electric utility bills must be paid monthly. Finally, we have legal bills that require payment because we engaged legal counsel to assist us in avoiding litigation with the homeowners association.

- Property Taxes and Insurance. Insurance premiums must be paid monthly and property taxes, totaling $1,182,562, are due no later than December 10, 2008.

- Environmental Compliance. Regulatory permits obtained from the US Army Corps of Engineers, California Department of Fish and Game, California Regional Water Quality Control Board and the US Fish and Wildlife Service require ongoing observation, monitoring and compliance with the permit conditions. Payments for consulting services are required and vital to meeting the minimum governmental required standards of compliance.

Mr. F. Robert Brusco
October 16, 2008

Page 2

- Entitlement Issues. As stated above, the project has a development agreement that expires in April 2013. The property requires significant additional discretionary land use entitlements from multiple governmental agencies as well as environmental approvals that will take a lengthy period of time to obtain. The entitlements needed include an Environmental Impact Report, a Conditional Use Permit, a Vesting Tentative Tract Map, a Specific Plan Update, approval of a traffic study, a Water Supply Assessment and School Agreements. Not moving forward now on these entitlement issues places the future viability of this project at significant risk.

Please let me know how you would like to proceed with these urgent matters regarding Northlake.

Very truly yours,

SunCal Management LLC

Bruce V. Cook
General Counsel

268
000507

Case 8:08-bk-17206-ES    Doc 1497-3    Filed 06/08/11    Entered 06/08/11 12:43:49    Exhibit 8
Desc Part 2    Pg 106 of 178

Case 8:08-bk-17206-ES    Doc 489-5    Filed 07/21/09    Entered 07/21/09 17:26:32    Desc
Cook Decl. Part 6    Page 13 of 32

 **SunCal Companies**

CORPORATE OFFICE
2392 MORSE AVENUE
IRVINE, CA 92614

MAIN  949 777 4000
FAX  949 777 4050

WWW.SUNCAL.COM

October 16, 2008

VIA E-MAIL AND MAIL

Mr. F. Robert Brusco
Lehman Brothers
745 7th Avenue
7th Floor
New York, NY 10019

Re:    Bickford Ranch

Dear Rob:

I am writing to advise you of a number of issues that require immediate attention at the Bickford Ranch project in Penryn, CA. While all work on site has been suspended, there are actions that need to be taken to satisfy municipal, state, and federal agencies; to satisfy the project's conditions of approval; and to preserve the value of the property.

The most pressing issue is the implementation of our Storm Water Pollution Prevention Plan measures. These measures are required to be installed each year prior to October 15th. Due to the funding issues, this work has not been started. The County of Placer and the Regional Water Quality Control Board will be issuing a Notice of Non-Compliance, since we have now passed the deadline. When the Notice has been issued the project becomes subject to fines which vary from district to district but can be substantial. Once the rainy season begins we will have significant run-off from the site due to the lack of these measures being implemented. This will result in issuance of Clean-up and Abatement orders and increased significant fines which historically have reached the hundreds of thousands of dollars. Failure to comply with these orders can result in criminal penalties in addition to the fines.

Another issue which needs to be addressed is the completion of the off-site waterline. Typically it would not be an issue to suspend this work until the remainder of the project resumes but in this case we are crossing private property through a negotiated gratuitous agreement giving us a temporary construction easement across the private owner's property. This agreement is set to expire on November 14, 2008. We have a good deal of materials stored on this

Case 8:08-bk-17206-ES    Doc 1497    Filed 06/08/11    Entered 06/08/11 14:38:49    Exhibit 8
Desc Part Pg 107 of 88

Case 8:08-bk-17206-ES    Doc 489-5    Filed 07/21/09    Entered 07/21/09 17:26:32    Desc
Cook Decl. Part 6    Page 14 of 32

Mr. F. Robert Brusco
October 16, 2008

Page 2

land-owner's property as well. The work on this line was started and nearly completed but halted prior to completion, due to payment issues. We have negotiated with a replacement contractor to complete the work but have not received approval to resume work. The property owners have demanded that the work on their property be completed and all construction materials removed by the November 14 expiration date or they will terminate the right to enter their property.

As part of this project's Conditions of Approval and permitting requirements, we are required to perform certain mitigation management, monitoring, and reporting. Per our Operations and Maintenance Agreement with the California Department of Toxic Substance Control we are required to provide annual reporting on the containment of a small portion of the property known as DCN-31. A small amount of naturally-occurring arsenic was found at this site from tailings left from an old mine-site. This reporting is required by January 15th of each year. We also have significant monitoring and reporting requirements tied to our 404 permit issued by the Army Corp of Engineers. This monitoring and reporting process must be performed by suitable consultants, and has been historically performed by ECORP Consulting at Bickford Ranch. We will need authorization to approve their proposal to proceed. This reporting is due at the end of each calendar year; failure to provide this reporting can result in fines and the rescinding of our permit.

Relating to mitigation, we have two special status species that require mitigation and management at Bickford Ranch. The first is our Oak Tree mitigation requirements. We have planted close to 20,000 oak trees at Bickford Ranch to mitigate for the trees we cleared in preparation for grading activities. This was done at considerable expense with new trees grown from acorns found on-site, a condition of the project. Without proper maintenance and monitoring of the irrigation for these trees many, if not most, will die, requiring costly removal and replanting that would run into the hundreds-of-thousands of dollars. We also have established a protected area for the mitigation of our impact on Elderberry Shrubs. This area is an approximately 1.0 acre parcel where we have moved impacted Elderberry Shrubs, and planted additional plants, to mitigate our impact on the Valley Elderberry Longhorn Beetle, a protected species. Due to payment issues the maintenance contractor has not performed and many of these shrubs have died and must be replaced in order to avoid being in violation of our permits and conditions of approval, and subject to fines and/or revocation of our permits and approvals.

Case 8:08-bk-17206-ES    Doc 1497-3    Filed 06/08/11    Entered 06/08/11 12:43:49    Exhibit 8
Desc Part 2    Pg 108 of 178

Case 8:08-bk-17206-ES    Doc 489-5    Filed 07/21/09    Entered 07/21/09 17:26:32    Desc
Cook Decl. Part 6    Page 15 of 32

Mr. F. Robert Brusco
October 16, 2008

Page 3

Finally, we currently have no site security in place at Bickford Ranch. This has resulted in dumping of a significant amount of trash on the property and destruction of the gate at one of the entrances. Security is an issue as we have a large amount of open canal belonging to the Placer County Water Agency. Per our agreements with PCWA we are to keep our gates locked while work is not performed on the site to keep the canal secure. As part of our project approvals we will be encasing the canal in the future, but until such time we need to replace the gate to keep the site, and canal, secure.

Summary of Critical Project Expenditures thru January 2009, not including management fees:

| | |
|---|---:|
| VELB Habitat Maintenance | $ 21,100.00 |
| Oak Tree Mitigation Maintenance | $ 2,500.00 |
| DTSC O&M Monitoring | $ 1,500.00 |
| Off-Site Waterline Completion | $ 900,000.00 |
| 2008 Year-End Reporting - ACOE | $ 23,000.00 |
| Erosion Control BMP Installation & maintenance | $ 70,000.00 |
| Gate Repair/Replacement | $ 5,000.00 |
| Total | $1,023,100.00 |

Please advise me as soon as possible regarding these important issues.

Very truly yours,

SunCal Management LLC

Bruce V. Cook
General Counsel

Encls.

Case 8:08-bk-17206-ES  Doc 1497-3  Filed 06/08/11  Entered 06/08/11 12:43:49  Exhibit 8
Desc Part 2  Pg 109 of 178  Page 109 of 178

Case 8:08-bk-17206-ES  Doc 489-5  Filed 07/21/09  Entered 07/21/09 17:26:32  Desc
Cook Decl. Part 6  Page 16 of 32



Case 8:08-bk-17206-ES Doc 3-9 Filed 04/08/11 Entered 04/08/11 14:38:01 Exhibit 8
Desc Part 4 Pg 110 of 178

Case 8:08-bk-17206-ES Doc 489-5 Filed 07/21/09 Entered 07/21/09 17:26:32 Desc
Cook Decl. Part 6 Page 17 of 32

 **SunCal Companies**

CORPORATE OFFICE
2392 MORSE AVENUE
IRVINE, CA 92614

MAIN 949 777 4000
FAX 949 777 4050

WWW.SUNCAL.COM

October 16, 2008

**VIA E-MAIL AND MAIL**

Mr. F. Robert Brusco
Lehman Brothers
745 7th Avenue
7th Floor
New York, NY 10019

Re:    Delta Coves

Dear Rob:

I want to follow up on my October 10, 2008 letter to you regarding the serious issues occurring at the Delta Coves project, which if not dealt with immediately will result in serious issues with County, State, and Federal agencies.

The project currently is in default of statutory Fugitive Dust Control Measures resulting from payment issues with the current water truck contractor. Water trucks are used to moisten the soils and sands to reduce airborne contaminants leaving the site due to the very windy conditions encountered at the project. The contractor notified SunCal of their intent to pull off the job in writing on 10/9/08 and will not return to work until payment for previous services is made. The project has received site visits from the Regional Air Quality Management representatives as a result of 10 complaints from neighboring homeowners of fugitive dust leaving the site and adversely impacting their properties. To date the inspections have resulted in two fines issued to the site; with the likelihood of more fines going forward until the site is brought into compliance with applicable statutes.

As a result of the heavy winds and fugitive dust the project has also received a NOC (Notice of Correction) from Contra Costa County on 10/10/08. This NOC must be corrected by this Friday, 10/17/08, or substantial fines will accrue. The County Inspector informed SunCal field representatives today that his office has already contacted the Contra Costa County District Attorneys office to request legal action for the statutory violations.

Case 8:08-bk-17206-ES   Doc 1497-3   Filed 06/08/11   Entered 06/08/11 14:38:49   Exhibit 8
Part 2   Pg   Page 247 of 88

Case 8:08-bk-17206-ES   Doc 489-5   Filed 07/21/09   Entered 07/21/09 17:26:32   Desc
Cook Decl. Part 6   Page 18 of 32

Mr. F. Robert Brusco
October 16, 2008

Page 2

In addition, the site is in violation of its Storm Water Pollution Prevention Plan regarding erosion control measures required by Contra Costa County. Under the Delta Coves Grading permit it is required to hydroseed the entire site after grading to control site erosion. This has also not been completed. Due to a higher than normal salinity content within the water from the project's wells, which will be used for watering, a special seed mix is required. This special seed mix requires a deposit before the contractor will order it. This request for deposit has been submitted to Lehman Brothers representatives in periodic priority payment lists since March of 2008. The County has also requested a revision to update our current SWPPP. This revision will require additional cost for engineering and implementation. SWPPP non compliance can result in civil and criminal penalties.

The project also contains a sophisticated system of water wells and weirs that are connected to the storm drain pump station system. Due to non payment to the associated consultants, there has not been well and weir monitoring or maintenance performed on the four storm drain pump stations as required by the County and the Bethel Island Municipal Improvement District (BIMID). This integrated system is critical in controlling the surrounding ground water table to prevent flooding as well as catastrophic differential settlement caused by the peat within the soils becoming dry and compressing. As I previously advised you, if the ground gets too wet, it floods, if it gets too dry, the peat soil shrinks and the houses sink into the ground. The BIMID has demanded full monitoring and maintenance be initiated at once and has contacted Contra Costa County to assist in getting resolution to this public safety matter.

An additional matter of concern relates to issues with adjacent home owners. These issues have been documented and discussed in detail with Steve Gorey of Lehman Brothers and involve numerous claims for repairs of damages allegedly caused by Top Grade Construction during the course of the construction of the project.

Very truly yours,

SunCal Management LLC

Bruce V. Cook
General Counsel

Case 8:08-bk-17206-ES   Doc 1497-3   Filed 06/08/11   Entered 06/08/11 12:43:49   Exhibit 8
Desc Part 4 Pg 112 of 178   Page 22 of 88

Case 8:08-bk-17206-ES   Doc 489-5   Filed 07/21/09   Entered 07/21/09 17:26:32   Desc
Cook Decl. Part 6   Page 19 of 32



Case 8:08-bk-17206-ES   Doc 1497-3   Filed 06/08/11   Entered 06/08/11 12:43:49   Exhibit 8
Part 2   Pg   Page 29 of 88

Case 8:08-bk-17206-ES   Doc 489-5   Filed 07/21/09   Entered 07/21/09 17:26:32   Desc
Cook Decl. Part 6   Page 20 of 32

BAY AREA AIR QUALITY MANAGEMENT DISTRICT
939 ELLIS STREET · SAN FRANCISCO, CA 94109
(415) 749-4795

NOTICE OF VIOLATION   No. A 47456

PLEASE PRESS HARD

Continued On Reverse

Case 8:08-bk-17206-ES   Doc 1103   Filed 06/08/11   Entered 06/08/11 14:38:07   Exhibit 8
Desc Part 9   Page 247 of 88

Case 8:08-bk-17206-ES   Doc 489-5   Filed 07/21/09   Entered 07/21/09 17:26:32   Desc
Cook Decl. Part 6   Page 21 of 32

10-15-08



### CONTRA COSTA COUNTY
### STORMWATER POLLUTION PREVENTION PLAN
### NOTICE OF CORRECTION

TO: _Suncal_

Signed by Contract/Owner
Representative (if available): _Phone conversation with Ed Horn_

FROM: _CCC P/W_

Signed by Inspector: _Carl A Best_

DATE: _10-7-08_

PROJECT &/or WDID # (if applicable): _Delta Coves   5507C 326549_

Based upon a site inspection on, _10-7-08_, the following corrective items should be completed by the following established schedule in an effort to maintain compliance with the project's Stormwater Pollution Prevention Plan and/or the General Permit for Construction Activities. If the following corrective measures are not completed by the specified dates or before a significant rain event, you will be issued a Notice to Comply.

| Corrective Measure | Schedule for Completion (Date) |
|---|---|
| Remove accumulated sand at all storm water drainage inlets throughout project, onsite and perimeter. Numerous inlets observed to be blocked by shifting/blowing sand | 10-17-08 |
| No water trucks observed onsite performing dust/sand control watering. Provide schedule for resumption of water truck operation | 10-17-08 |

Revised 2/6/06 - W. Lai

Case 8:08-bk-17206-ES Doc 1497-8 Filed 06/08/11 Entered 06/08/11 14:38:07 Exhibit 8
Desc Part Pg Pg of 88

Case 8:08-bk-17206-ES Doc 489-5 Filed 07/21/09 Entered 07/21/09 17:26:32 Desc
Cook Decl. Part 6 Page 22 of 32

10-15-08

PAGE ONE OF TWO

**CONTRA COSTA COUNTY - Building Inspection Department**
651 Pine Street, 3rd Floor, North Wing • Martinez, CA 94553 (925) 646-2300

PERMIT NO.: GS 348984     OWNER/CONT.: SUN CAL COMPANIES

DATE: 10/14/2008     INSPECTOR: JOSEPH ROMO 925-335-1124

DELTA COVES VENTURE LLC

SUBDIVISION: 6013 BETHEL ISLAND, CALIFORNIA
Permit No. To Accompany All Correspondence

NOTES: ___ NOTICE TO COMPLY
STORMWATER POLLUTION PREVENTION REGULATIONS.
WATER QUALITY ORDER 99-08-DWQ
STATE WATER RESOURCES CONTROL BOARD.

THIS SITE IS IN VIOLATION OF WATER QUALITY ORDER
99-08 DWQ:
#1.) LACK OF DRAINAGE PATTERNS (SWPPP MAP), PER
SECTION A: STORMWATER POLLUTION PREVENTION PLAN
PAGE 12 ITEMS (1) & (2) "DRAINAGE"
#2.) FAILURE TO HAVE PROPER DOCUMENTATION IN THE
SWPPP PACKAGE (SWPPP LACKING CURRENT SITE INSPEC-
TION LOGS, CHANGE OF INFORMATION (COI) DOCUMENT &
THE ANNUAL CERTIFICATION DOCUMENT), PER
SECTION A: STORMWATER POLLUTION PREVENTION PLAN
PAGE 21 ITEM 5 NONCOMPLIANCE REPORTING.
→ 30 DAY NOTIFICATION TO THE APPROPRIATE
REGIONAL WATER QUALITY CONTROL BOARD.
#3.) THIS SITE IS IN VIOLATION OF THE CONDITIONS
OF THE SWPPP, REQUIRING PROTECTION OF ALL BARE
SOILS, PER SECTION A: STORMWATER POLLUTION PREVENTION
PLAN PAGE 23 ITEM 1. DUTY TO COMPLY.
#4.) PER OUR MEETING, IT WAS DISCUSSED THAT
SUNCAL COMPANIES IS FACING FINANCIAL HARDSHIP
THE DISCHARGER WILL GIVE ADVANCE NOTICE TO
THE REGIONAL WATER QUALITY CONTROL BOARD OF NOT
POSSIBLY HAVING THE FUNDS TO INSTALL MEASURES TO
PROTECT ALL BARE SOILS, AND TO PROVIDE MAINTENANCE
OF ALL SECONDARY SEDIMENT BMP MEASURES, PER
SECTION A: STORMWATER POLLUTION PREVENTION PLAN
PAGE 26 _____ — NOTICE — ITEM 11. ANTICIPATED
                                        NON-COMPLIANCE.
This Note To Be On Jobsite At Next Inspection

278
000517

Case 8:08-bk-17206-ES Doc 1003 Filed 04/08/11 Entered 04/08/11 14:38:07 Exhibit 8
Part 2 Pg Page 26 of 88

Case 8:08-bk-17206-ES Doc 489-5 Filed 07/21/09 Entered 07/21/09 17:26:32 Desc
Cook Decl. Part 6 Page 23 of 32

PAGE TWO OF TWO

**CONTRA COSTA COUNTY - Building Inspection Department**
651 Pine Street, 3rd Floor, North Wing • Martinez, CA 94553 (925) 646-2300

PERMIT NO.: GS 348984        OWNER/CONT: SunCal Companies

DATE: 10/14/2008        INSPECTOR: Joseph Romo

Permit No. To Accompany All Correspondence

NOTES: #5.) FAILURE TO COMPLY BY OCTOBER 17TH
2008 (TO HAVE ALL BMPS MATERIALS ON SITE AND
A SCHEDULE OF THE INSTALLATION OF ALL THE
BMPS MEASURES) CAN RESULT IN THE CONTACTING
OF THE SURETY BOND COMPANY TO REQUEST THE
FUNDS TO PROPERLY PROTECT THIS SITE PER PRIOR
APPROVAL BY COUNTY COUNSEL

THIS SITE IS IN VIOLATION OF THE CONTRA
COSTA COUNTY GRADING ORDINANCE NO. 99-46

SECTION 716-6.016 CESSATION OF WORK

SECTION 716-4.1430 SUSPENSION AND REVOCATION
(a)(3)

SECTION 716-4.1710 PERFORMANCE BOND -
NOTICE OF DEFAULT

NOTE: A COPY OF THE ORDINANCE SECTIONS
WAS GIVEN TO THE DEVELOPER AND COPIES
OF THE WATER QUALITY ORDER 99-08 DWQ

NOTE: CONTACT THE REGIONAL WATER QUALITY
CONTROL BOARD IMMEDIATELY PER ITEM #4
OF THIS NOTICE (ANTICIPATED NON-COMPLIANCE).

— NOTICE —
This Note To Be On Jobsite At Next Inspection

Case 8:08-bk-17206-ES Doc 1497-3 Filed 06/08/11 Entered 06/08/11 14:38:49 Exhibit 8
Desc Part 2 Pg Page 278 88

Case 8:08-bk-17206-ES Doc 489-5 Filed 07/21/09 Entered 07/21/09 17:26:32 Desc
Cook Decl. Part 6 Page 24 of 32



# SunCal Companies

CORPORATE OFFICE
2392 MORSE AVENUE
IRVINE, CA 92614

MAIN 949 777 4000
FAX 949 777 4050

WWW.SUNCAL.COM

October 23, 2008

**VIA E-MAIL AND MAIL**

Mr. F. Robert Brusco
Lehman Brothers
745 7th Avenue
7th Floor
New York, NY 10019

      Re:    Delta Coves

Dear Rob:

    As you have been previously advised, we received the attached Notice of Violation from the California Regional Water Quality Control Board for the Delta Coves project for violation of Sections A.6 and C.2 of our NPDES General Permit for the site.

    At this time the Water Board is demanding action in two parts according to the Notice of Violation. The first being a written explanation of how and when BMP's will be installed and second, the installation of erosion and sediment control for the site. Although somewhat ambiguous, per the violation letter these are to be provided no later than November 1, 2008. After speaking with Kim Schwab of the Water Board in an effort to demonstrate compliance and concern, we were able to extend the due date for the installation of the erosion control measures to Monday November 3, 2008. During this phone conversation, Ms. Schwab did confirm and make it clear that if there were not crews working on erosion control measures by November 3, the Water Board would have no choice but to fine the project for non compliance. The fines which we would receive start on November 3, 2008 and would be $10,000. Each following day will also be $10,000 until compliance to our permit has been met.

    It is also important at this time to revisit the two Notices of Violation from the Bay Area Air Quality District the project received. The violations received were given for fugitive dust leaving the site and are a direct result from the above

Case 8:08-bk-17206-ES   Doc 1497-3   Filed 06/08/11   Entered 06/08/11 12:43:49   Exhibit 8
Desc Part 4 Pg Page 28 of 88

Case 8:08-bk-17206-ES   Doc 489-5   Filed 07/21/09   Entered 07/21/09 17:26:32   Desc
Cook Decl. Part 6   Page 25 of 32

Mr. F. Robert Brusco
October 23, 2008

Page 2

mentioned lack of erosion and sediment control. These were issued on October 9
and 10, 2008. Should there be another violation given, the Air Quality district also
has the authority to impose $10,000 fines for each daily offense. The Air Quality
District also reserves the right to impose fines based on negligence, frequency of
violations, and time of response of any cleanup and construction undertaken, to
mitigate the violation.

Very truly yours,

SunCal Management LLC

Bruce V. Cook
General Counsel

cc: Kevin Fielding
    Ed Horn
    Steve Howell

Case 8:08-bk-17206-ES    Doc 535-6  Filed 06/08/11  Entered 06/08/11 14:38:49    Exhibit 8
Desc Part 9  Page 119 of 88

Case 8:08-bk-17206-ES    Doc 489-5    Filed 07/21/09    Entered 07/21/09 17:26:32    Desc
Cook Decl. Part 6    Page 26 of 32

10-21-08
S



## California Regional Water Quality Control Board
### Central Valley Region
Karl E. Longley, ScD, P.E., Chair



Linda S. Adams
*Secretary for
Environmental
Protection*

11020 Sun Center Drive #200, Rancho Cordova, California 95670-6114
Phone (916) 464-3291 • FAX (916) 464-4645
http://www.waterboards.ca.gov/centralvalley

Arnold
Schwarzenegger
*Governor*

17 October 2008

**CERTIFIED MAIL**
*7008 1140 0002 8806 2146*

Steve Howell/Ed Horn
SunCal Companies
1430 Blue Oaks Boulevard, Suite 200
Roseville, CA  95747

*NOTICE OF VIOLATION, CONSTRUCTION STORM WATER GENERAL PERMIT NO.
CAS000002, DELTA COVES VENTURE LLC SUNCAL COMPANY, WDID NO.
5S07C344548, CONTRA COSTA COUNTY*

Central Valley Water Board staff has received numerous County Inspection Reports, Notices of Non-Compliance, Notices of Correction, Notices to Comply and letters of request for action (see attached documents) for the Delta Coves Venture LLC SunCal Company (Delta Coves) construction site located at 6013 Bethel Island, Contra Costa County.  These inspections were conducted by Contra Costa County staff to evaluate compliance with their municipal storm water requirements.  From the photographs, Water Board staff has also determined that you are in violation of the NPDES General Permit for Storm Water Discharges Associated with Construction Activities, NPDES No. CAS000002, Order No. 99-08-DWQ (General Permit).  As the owner of the property, Delta Coves is responsible for complying with all of the conditions of the General Permit.

From the photographs, it is apparent that the Delta Coves site lacks effective erosion and sediment control BMPs.  In addition Contra Costa County staff observed sediment on the sidewalks and streets, in the gutters, on the edges of the rock slopes immediately adjacent to the waterway, in and around the drain inlets, and suspended in the air from high winds (see enclosed photographs).

- The site was found to be in violation of Section A.6 of the General Permit which requires that, *"Erosion control, also referred to as "soil stabilization" is the most effective way to retain soil and sediment on the construction site. The most efficient way to address erosion control is to preserve existing vegetation where feasible, to limit disturbance, and to stabilize and revegetate disturbed areas as soon as possible after grading or construction. Particular attention must be paid to large mass-graded sites where the potential for soil exposure to the erosive effects of rainfall and wind is great. Mass graded construction sites may be exposed for several years while the project is being built out. Thus, there is potential for significant sediment discharge from the site to surface waters. At a minimum, the discharger/operator must implement an effective combination of erosion and sediment control on all disturbed areas during the rainy season."* Contra Costa County's rainy season begins on 1 October.  During the 14 October inspection, the Delta Coves construction site did not have an effective combination of erosion and sediment control BMPs (see attached photographs).

*California Environmental Protection Agency*

♻ *Recycled Paper*

Case 8:08-bk-17206-ES Doc 1497-3 Filed 06/08/11 Entered 06/08/11 14:38:49 Exhibit 8
Part 2 Pg 120 of 178

Case 8:08-bk-17206-ES Doc 489-5 Filed 07/21/09 Entered 07/21/09 17:26:32 Desc
Cook Decl. Part 6 Page 27 of 32

Steve Howell/Ed Horn        - 2 -        17 October 2008
Notice of Violation
Delta Coves Venture LLC Suncal Co
WDID 5S07C344548

- The site was found to be in violation of Special Provision C.2 of the General Permit which requires that, *"All dischargers shall develop and implement a SWPPP in accordance with Section A: Storm Water Pollution Prevention Plan. The discharger shall implement controls to reduce pollutants in storm water discharges from their construction sites to the Best Available Technology Economically Achievable (BAT) and Best Conventional Pollutant Control Technology (BCT) performance standard."* During the 14 October inspection, the Delta Coves construction site did not have controls implemented to the BAT/BCT standard.

In addition, Contra Costa County staff has informed the Regional Water Board that Delta Coves has been discharging soil onto an adjacent 17 acre parcel that is not part of the Construction General Permit. The adjacent parcel does not have any "soil stabilization" BMPs on site. We are concerned that this property may potentially cause a storm water discharge by rainfall or wind erosion. Please address Delta Coves' plans to stabilize the soil on the adjacent property in your response to this Notice of Violation.

## Response

In response to this Notice of Violation, Delta Coves must immediately do the following:

- Install and maintain an effective combination of erosion and sediment control BMPs throughout the project.

In order to demonstrate compliance with the General Permit, we request that Delta Coves submit the following to the Central Valley Water Board by **24 October 2008**:

- A written explanation of how and when (no later than **1 November 2008**) BMPs will be installed and maintained on the project site.

Send the information to:

         Attn: Kim Schwab
         Central Valley RWQCB
         11020 Sun Center Drive # 200
         Rancho Cordova, CA 95670

Violations of the General Permit have exposed Delta Coves to possible further enforcement action. Under Section 13385 of the CWC, the Water Board can impose administrative civil liabilities for violations of CWC Section 13376. The maximum administrative civil liability for each day of violation is ten thousand dollars ($10,000).

Case 8:08-bk-17206-ES   Doc 1497   Filed 06/08/11   Entered 06/08/11 14:38:49   Exhibit 8
Desc Part 4   Pg 122 of 178

Case 8:08-bk-17206-ES   Doc 489-5   Filed 07/21/09   Entered 07/21/09 17:26:32   Desc
Cook Decl. Part 6   Page 28 of 32

Steve Howell/Ed Horn                                    - 3 -                          17 October 2008
Notice of Violation
Delta Coves Venture LLC Suncal Co
WDID 5S07C344548

If you have any questions, contact Kim Schwab at (916) 464-4606.

Sue McConnell

SUE MCCONNELL
Chief, Storm Water Compliance and Enforcement Unit

Enclosures:   Contra Costa County Documents
              Site photographs

cc:   Eugene Bromley, US EPA, San Francisco
      Simon Winer, Senior Air Quality Inspector, BAAQMD
      Contra Costa Board of Supervisors
      Kevin Emigh, Assistant Public Works Director, Contra Costa County
      David Swartz, Watershed Management Planning, Contra Costa County
      Rich Lierly, Flood Control, Contra Costa County
      Gary Faria, Building Inspection, Contra Costa County
      Marguerite Lawry, Bethel Island Municipal Improvement District

**Contra Costa County (CCC) Inspection Photos Provided by:**
David Swartz, CCC Watershed Mgt. Planning Specialist
255 Glacier Drive
Martinez, CA  94553
(925) 313-2281

Photo Dates: 10/14/08 and 10/9-10/08



Case 8:08-bk-17206-ES   Doc 497   Filed 06/08/11   Entered 06/08/11 12:43:49   Exhibit 8
Desc Part 4   Pg 123 of 178

Case 8:08-bk-17206-ES   Doc 489-5   Filed 07/21/09   Entered 07/21/09 17:26:32   Desc
Cook Decl. Part 6   Page 30 of 32


# SunCal Companies

CORPORATE OFFICE
2392 MORSE AVENUE
IRVINE, CA 92614

MAIN  949 777 4000
FAX  949 777 4050

WWW.SUNCAL.COM

October 24, 2008

<u>VIA E-MAIL & FEDERAL EXPRESS</u>

Mr. F. Robert Brusco
LEHMAN BROTHERS
745 7th Ave., 7th Floor
New York, NY 10019

     Re:    *Lehman Projects*

Dear Rob:

As you know, I am general counsel to SunCal Management, LLC. ("SunCal"), which is providing management services for residential real estate projects in which affiliates of Lehman and affiliates of SunCal Companies are involved.

As you are also aware, SunCal has been attempting for weeks to obtain funding from Lehman for the essential and critical health and safety as well as value preservation issues relating to the real estate projects which Lehman is obligated to fund. There has been absolutely no funding for these projects since the filing of the Lehman bankruptcy, despite practically daily assurances that funding was forthcoming.

At this time, the health and safety issues are urgent, as we have advised you many times, including the levee situation at Delta Coves and friable asbestos at Oak Knoll. I am not exaggerating as literally human lives as well as loss of property are being put at risk from situations such as levee failure, airborne friable asbestos, and possible brush fires in densely populated areas during peak periods of the California fire season due to failure to fund needed maintenance. In addition, the condition and value of the assets are irretrievably wasting, fines have been assessed and more are imminent, entitlements are at risk, availability of resources such as water are at risk, governmental entities are taking action such as calling bonds, and we are receiving daily angry phone calls from residents affected by the lack of funding for these projects.

As Lehman has made empty promises and delayed while the pressure builds on these absolutely critical and urgent matters, SunCal has opened discussions to obtain an alternative source willing to fund obligations up to $35 million for these essential and critical matters, provided that Lehman's loans are subordinated pursuant to a debtor-in-possession funding facility approved by the applicable bankruptcy court.

SunCal-Ltr FR Brusco Re Lehman Projects (10-24-08)

Mr. F. Robert Brusco
LEHMAN BROTHERS
October 24, 2008
Page 2

Based on all of these factors, SunCal has no alternative but to move forward and cause bankruptcies to be filed for all of the following entities in order to secure the necessary funding from the referenced third party so that these health and safety and value deterioration issues can be immediately addressed, which action we feel is in the best interests of the projects and of Lehman;

| | |
|---|---|
| SunCal Bickford Ranch, LLC | SunCal Torrance Properties LLC |
| Palmdale Hills Property, LLC | SunCal Beaumont Heights, LLC |
| SunCal Emerald Meadows Ranch, LLC | SunCal Johansen Ranch, LLC |
| Acton Estates, LLC | SunCal Marblehead, LLC |
| SJD Partners, Ltd. (and/or LV Pacific Point LLC) | SunCal Heartland, LLC |
| SunCal Summit Valley, LLC | LB/L-SunCal Northlake, LLC |
| Seven Brothers, LLC | LB/L-SunCal Oak Valley, LLC |
| Kirby Estates, LLC | SunCal PSV, LLC |
| SunCal Century City LLC | Delta Coves Venture, LLC |
| SunCal Oak Knoll LLC | |

As you are also aware, on several of the above projects an affiliate of Lehman is an equity partner that arguably must consent to the Chapter 11 filings. Again, despite repeated requests, Lehman has not responded to our requests for approval of such filings. Unfortunately, the health and safety issues dictate that such action be taken with or without Lehman's consent. Consequently, the purpose of this letter is to provide you three (3) business days notice of such filings.

Very truly yours,

SUNCAL MANAGEMENT LLC

Bruce V. Cook
General Counsel

cc:    Harvey Miller, Esq. (Via E-Mail and Federal Express)
       Michael Bond, Esq. (Via E-Mail and Federal Express)

SunCal-Ltr FRBrusco Re.Lehman Projects (10-24-08)

Case 8:08-bk-17206-ES    Doc 1497    Filed 06/08/11    Entered 06/08/11 14:38:07    Exhibit 8
Desc Part 2    Pg 125 of 178

Case 8:08-bk-17206-ES    Doc 489-5    Filed 07/21/09    Entered 07/21/09 17:26:32    Desc
Cook Decl. Part 6    Page 32 of 32

 **SunCal Companies**

CORPORATE OFFICE
2392 MORSE AVENUE
IRVINE, CA 92614

MAIN  949 777 4000
FAX  949 777 4050

WWW.SUNCAL.COM

October 24, 2008

**VIA E-MAIL AND MAIL**

Mr. F. Robert Brusco
Lehman Brothers
745 7th Avenue
7th Floor
New York, NY 10019

Re:    Marblehead, San Clemente, CA

Dear Rob:

As we have advised you, the City of San Clemente has acted to call the bonds with respect to the Marblehead project. This will have serious repercussions to the project and to SunCal. Work must recommence immediately to forestall City action. In addition, I also wanted to make sure you are aware of other issues impacting this project. There are several cost and/or construction items that need to be addressed, related to keeping the Marblehead project from experiencing significant negative impact in terms of asset value. To avoid potential liabilities and damage to the asset, someone must immediately assume responsibility for these matters.

We have an obligation to complete several visible and heavily-traveled public streets, per our recent agreements with the City of San Clemente, due to public health and safety issues. These streets include Avenida Pico, Via Socorro, Avenida Vista Hermosa and El Camino Real. Work has begun on all except El Camino Real. As noted above, the City has called the bonds to compel completion of this work. All of the foregoing improvements are necessary for public health and safety.

Similarly, we have an obligation to complete several critical improvements within the commercial site – storm drains, a water line and conduits for an AT&T fiber-optic communications line. We have an obligation to complete these facilities and to complete the grading of the site for delivery to the Buyer per the Purchase and Sales Agreement (PSA.) Since the commercial property will generate substantial

Mr. F. Robert Brusco
October 24, 2008

Page 2

sales and property tax revenues to the City, the City Council has demanded completion in a timely manner. The storm drains are regional facilities and must be completed as soon as possible to avoid drainage problems to upstream, adjacent properties. The water line and the conduits are relocations of existing facilities and must be completed before the site grading can be completed.

We have an obligation to complete the City's Sports Park. Originally, we had scheduled resumption of construction for October, 2009, but during recent meetings with the City and based on direction from Lehman, we told the City we would negotiate with the vendors involved and try to accelerate resumption of construction.

We have an obligation to maintain and irrigate the large Habitat Maintenance Plan within the conservation easement. The easement holder, Center for Natural Lands Management (CNLM), will issue a Notice of Violation (NOV) and assess penalties if maintenance is stopped. The maintenance contractor and related consultants (habitat oversight and biologist) have left the site due to lack of payments. The City notified us that they will turn off the water to the irrigation system if water bills are not paid current by October 31. CNLM issued a NOV and assessed a fine earlier this year. While the violations were corrected, the fine has not been paid and is included in Open AP.

Since erosion control measures required by the City and the State Regional Water Control Board have not been implemented, the City has visited the site several times in the past two weeks and notified us that they will assess a penalty of $500 per day per location until the measures are implemented. They did not define "locations" but if just five locations are cited, the penalty will be $2,500 per day. If the State inspectors visit the site, additional penalties are likely. State penalties are likely to exceed City penalties. Enclosed is a citation from the City assessing a $2,800 penalty. The site is very sensitive due to the conservation easement being located in the central area, and due to the proximity of the Pacific Ocean literally across the street. We will be cited for a major violation of laws if either the easement or the ocean is impacted by storm water run-off from our project.

The City Council required us to implement a security patrol during evenings and weekends. The patrol provider is owed money and will most likely leave the project site in the next few weeks if not paid. The patrol is necessary to remove frequent trespassers and homeless persons from the property. Without patrol, we will certainly get complaints from homeowners in the immediately adjacent Colony Cove community and a demand from the City to restore the service.

Mr. F. Robert Brusco
October 24, 2008

Page 3

We have been working to get landscape maintenance restored for the temporary Sales Office facility, which is closed. The substantial landscape investment has not been adequately irrigated nor maintained for many months. The power company recently notified us that we have breached our agreement for temporary power service and we are meeting with them to try and resolve the issue. Whether we leave the power in place or agree to remove the power facilities, there will be costs involved.

There are many recurring monthly charges for fencing, road barricades, portable toilet service, trash bin service and other temporary facilities required by ordinances and laws, as well as the cost of operating the on-site construction trailer (trailer rental, furniture rental, power pole rental, electric service, water service, telephone service, etc.) which must be paid regularly or the vendors will remove their assets. The trailer is shared with the City's inspector and the bridge inspection company staff. Also, documents and permits required by law to be on-site are stored in the trailer.

Significant Open AP is required to be paid to the contractors currently involved in the construction and maintenance obligations which were specifically requested and directed by Lehman and for which assurances of payment were made. Also, since Radco was unable to finish the pre-May 23 Open AP settlements, there are prior Open AP obligations to some of the contractors currently involved. There are also liens on the commercial site related to some of the Radco pre-May 23 Open AP which are required to be cleared, per the Buyer's PSA, prior to delivering the site to the Buyer. Several contractors have informed us that they will not resume nor start work without assurance of payment by a third-party escrow holding contract balances, so these payment issues must also be resolved before work can resume.

In addition to the overdue payments to the City for water service, there is an outstanding payment of $34,000 due for Planning Department services, and there will continue to be recurring charges for other City services related to our construction obligations (ongoing Planning Department services, Engineering plan check, Public Works Inspection, Building Department Inspection and City Business License fees.)

The next bi-annual property tax payment is due December 10, 2008 (approximately $650,000), and scheduled payments for renewal of surety bonds will be coming due throughout the next 12 months.

Case 8:08-bk-17206-ES   Doc 1497-3   Filed 06/08/11   Entered 06/08/11 12:43:49   Exhibit 8
Desc Part 2   Pg 128 of 178

Case 8:08-bk-17206-ES   Doc 489-6   Filed 07/21/09   Entered 07/21/09 17:26:32   Desc
Cook Decl. Part 7   Page 3 of 32

Mr. F. Robert Brusco
October 24, 2008

Page 4


These items are critical to maintain the value of the Marblehead asset, as well as to assure future cooperation with the various authorities involved with the project, and to avoid litigation and penalties. They must all be addressed as a priority. Please contact me if you have any questions about this letter.

Very truly yours,

SunCal Management LLC

Bruce V. Cook
General Counsel


/aa
Enclosure

Case 8:08-bk-17206-ES Doc 1497-3 Filed 06/08/11 Entered 06/08/11 14:36:01 Exhibit 8
Part 2 Pg 129 of 178

Case 8:08-bk-17206-ES Doc 489-6 Filed 07/21/09 Entered 07/21/09 17:26:32 Desc
Cook Decl. Part 7 Page 4 of 32



**RECEIVED**

OCT 1 6 2008

CITY OF SAN CLEMENTE
ENGINEERING DIV.

# City of San Clemente
# Engineering Division

Tom Bonigut, Environmental Programs Manager
Phone: (949) 361-6187 Fax: (949) 492-5289
BonigutT@San-Clemente.org

October 15, 2008

| File Reference: |
| WQ Citation No. 12007 |

David B. Placek
Vice President, Project Management
SunCal Companies, South Coastal Division
2392 Morse Avenue
Irvine, CA 92614

**Subject:** **Administrative Citation for Violations of the City of San Clemente Municipal Code (SCMC): Storm Water Runoff Control (Chapter 13.40) and Excavations & Grading (Chapter 15.36)**

Dear Mr. Placek:

The City of San Clemente has determined that SunCal—Marblehead Coastal violated the above-referenced sections of the SCMC in October 2008 (see attached summary report), due to a failure to implement appropriate measures to control construction site runoff. The City is hereby issuing an Administrative Citation for violations of the SCMC in the amount of $ 2,800.

Should you have any questions or concerns regarding this enforcement action, please feel free to contact me directly at (949) 361-6187.

Sincerely,

Tom Bonigut, P.E., CPESC, CPSWQ
Environmental Programs Manager

Cc: David Lund, Public Works/Economic Development Director
William E. Cameron, City Engineer
Nabil Toma, Principal Civil Engineer
Jeff Ferrier, Senior Public Works Inspector
Chuck Dompier, Public Works Inspector

Marblehead BMP Inspection 13Oct08.doc

Engineering Division 910 Calle Negocio, Suite 100 San Clemente CA 92673



# City of San Clemente

# SUMMARY REPORT

Water Quality Administrative Citation No. 12007
SunCal—Marblehead Coastal
San Clemente, CA

Noncompliance with the City of San Clemente Municipal Code (CSCMC)
Sections 13.40 and 15.36

October 13, 2008

Prepared By
Tom Bonigut, P.E., CPESC, CPSWQ
Environmental Programs Manager
Engineering Division

City of San Clemente
Summary Report, SunCal-Marblehead Coastal Water Quality Citation No. 12007

## 1. INTRODUCTION

This report summarizes the evidence supporting administrative assessment of civil liability in the amount of $ 2,800 against SunCal—Marblehead Coastal for violations of the City of San Clemente Municipal Code (SCMC) Chapters 13.40 and 15.36.

## 2. VIOLATION BACKGROUND

On July 29, 2008, City staff provided SunCal with a written reminder on the City's rainy season erosion and runoff control requirements. The City's reminder encouraged SunCal to submit an updated erosion control plan so that it could be reviewed and approved by September 15, 2008 per the City's grading ordinance. SunCal was also reminded that Best Management Practices (BMPs) were to be implemented by October 1, 2008.

SunCal submitted an erosion and sediment control plan on September 2, 2008. City staff reviewed the plan, and although there were some issues with the plan, City staff gave verbal direction to SunCal's Project Superintendent (Dana) to start implementing the plan. Any issues with the plan as submitted would be addressed in the field. When no activity to implement BMPs was noted, City staff issued a written Correction Notice on September 30, 2008, and hand delivered this notice to Dana. City inspectors observed that even after the notice, no work was being done to implement BMPs, thus the project site was inspected on October 13, 2008 by Tom Bonigut. During that site visit, several areas of concern and specific BMP implementation issues were observed as noted in this report.

## 3. MUNICIPAL CODE SECTIONS VIOLATED

SCMC Chapters 13.40 (Storm Water Runoff Control) and 15.36 (Excavations and Grading) both require implementation of appropriate BMPs[1] and erosion control devices as follows:

*Section 13.40.057 – Best Management Practice (BMP) and Monitoring Program Requirements*
Part A: BMPs. Every person owning property or conducting any activity, operation or facility shall comply with applicable best management practices (BMPs) as identified in the NPDES Permit, DAMP, LIP or as otherwise may be required by the City Engineer in compliance with the NPDES Permit, in order to

---

[1] BMPs ""Best management practices (BMPs)" shall mean schedules of activities, pollution treatment practices or devices, prohibitions of practices, general good housekeeping practices, pollution prevention and educational practices, operation and maintenance procedures and other management practices or devices to prevent or reduce to the maximum extent practicable (MEP) the discharge of pollutants directly or indirectly to stormwater, receiving waters or the stormwater drainage system. BMPs may be structural or non-structural, and include, but are not limited to, site design, source control, treatment control, and natural design methods. BMPs may include any type of pollution prevention and control measure that can help to achieve compliance with this chapter." (40 CFR § 122.2, CSCMC Section 13.40.030)

1

Case 8:08-bk-17206-ES   Doc 1497   Filed 06/08/11   Entered 06/08/11 14:36:49   Exhibit 8   Desc Part Pg 132 of 88

Case 8:08-bk-17206-ES   Doc 489-6   Filed 07/21/09   Entered 07/21/09 17:26:32   Desc
Cook Decl. Part 7   Page 7 of 32

City of San Clemente
Summary Report, SunCal-Marblehead Coastal Water Quality Citation No. 12007

prevent, to the maximum extent practicable, pollutants from entering the stormwater drainage system.

*Section 15.36.320 – Erosion Control And Water Quality Requirements*
Part B: Where necessary, temporary and/or permanent erosion control devices such as desilting basins, check dams, riprap or other devices or methods, as approved by the City Engineer, shall be employed to control erosion and provide safety during the rainy season from October 15th to April 15th.

Part M: All removable protective devices shown shall be in place at the end of each working day when the five (5) day rain probability forecast exceeds forty (40) percent.

Part O: In addition to the requirements specified above, the permittee shall perform all work in accordance with the water quality requirements.

Part P: Any violation of an applicable federal or state-issued stormwater permit, or failure to conform to the City's water quality requirements prepare pursuant to such a permit or pursuant to this article or to City Code Chapter 13.40, or failure to comply with stormwater related provisions of a City-issued grading permit or of a grading plan prepared to secure such a permit, is also a violation of this article.

By not implementing appropriate erosion and sediment control BMPs as noted below, Sun-Cal Marblehead violated Chapters 13.40 and 15.36 of the City's Municipal Code.

## 4. DETERMINATION OF ADMINISTRATIVE PENALTY
Per SCMC Chapter 1.20, administrative fines shall not exceed one hundred dollars ($100.00) for a first violation, two hundred dollars ($200.00) for a second violation of the same municipal ordinance violation within one (1) year, and five hundred dollars ($500.00) for each additional violation of the same municipal ordinance violation within one (1) year. Each location where appropriate BMPs were not implemented constitutes a separate violation. Thus the assessed administrative citation penalty amount is determined as noted below.

- Violation #1: Broken, ineffective and/or missing perimeter control BMPs at the southeast corner of the project by Calle de Los Molinos and Calle de Las Vegas (see Photos 1 through 4). Some existing BMPs are in need of maintenance to function properly. Penalty amount is $100.
- Violation #2: Unmaintained and broken BMPs along perimeter by Calle de Los Molinos (see Photos 5 through 7). Two nearby inlets by the phone company building also need to have BMPs refreshed. Penalty amount is $200.

2

Case 8:08-bk-17206-ES Doc 1497 Filed 06/08/11 Entered 06/08/11 12:43:49 Exhibit 8
Desc Part 4 Pg 133 of 88

Case 8:08-bk-17206-ES Doc 489-6 Filed 07/21/09 Entered 07/21/09 17:26:32 Desc
Cook Decl. Part 7 Page 8 of 32

City of San Clemente
Summary Report, SunCal-Marblehead Coastal Water Quality Citation No. 12007

- Violation #3: Missing or incomplete BMPs to control runoff at the east end of the newly paved portion of Avenida Pico (by the phone company building). Refer to Photos 8 and 9). Penalty amount is $500.
- Violation #4: No BMPs to control runoff in the newly paved areas of Avenida Vista Hermosa. No berms to direct runoff toward catch basin inlets (since there is no final paving lift yet on the street). Refer to Photos 10 through 12. Penalty amount is $500.
- Violation #5: No BMPs to direct runoff away from the internal dirt access road that cuts through the main canyon, and no BMPs on the road to control runoff (see Photos 13 and 14). Penalty amount is $500.
- Violation #6: No BMPs to control runoff on the dirt access roads at the bridge site. Slope protection BMPS need to be repaired. Perimeter control BMPS adjacent to the creek need to be repaired. See Photos 15 through 19. Penalty amount is $500.
- Violation #7: No BMPs to control runoff in the paved and unpaved portions of Avenida Pico. The west end needs perimeter controls and temporary desilting basins. See Photos 20 through 23. Penalty amount is $500.


The total administrative citation penalty amount for the above violations is $2,800. Failure to correct the deficiencies noted and implement appropriate BMPs may result in additional monetary penalties, which could accrue daily until appropriate BMPs are implemented.

3

City of San Clemente
Summary Report, SunCal-Marblehead Coastal Water Quality Citation No. 12007





Photo 2. Evidence of sediment
discharge. BMPs need to be
refreshed.

Photo 1. Perimeter BMP needs to be
refreshed for proper function.





Photo 3. Accumulated sediment
must be cleaned from lined ditches.

Photo 4. Broken gravel bags must
be replaced and re-set.

1

Case 8:08-bk-17206-ES Doc 1497-3 Filed 06/08/11 Entered 06/08/11 12:43:49 Exhibit 8 Desc Part 4 Pg 135 of 178

Case 8:08-bk-17206-ES Doc 489-6 Filed 07/21/09 Entered 07/21/09 17:26:32 Desc Cook Decl. Part 7 Page 10 of 32

City of San Clemente
Summary Report, SunCal-Marblehead Coastal Water Quality Citation No. 12007



Photo 5. Clean out lined ditches and re-set perimeter controls.



Photo 6. Clean out lined ditches and re-set perimeter controls.



Photo 7. Replace broken gravel bags and rebuild berm area for proper function.

2

Case 8:08-bk-17206-ES    Doc 497-3    Filed 06/08/11    Entered 06/08/11 12:43:49    Exhibit 8
Desc Part 4    Pg 136 of 178

Case 8:08-bk-17206-ES    Doc 489-6    Filed 07/21/09    Entered 07/21/09 17:26:32    Desc
Cook Decl. Part 7    Page 11 of 32

City of San Clemente
Summary Report, SunCal-Marblehead Coastal Water Quality Citation No. 12007



Photo 8. Re-establish temporary desilting basin to control runoff from newly paved area and dirt area behind the curb (which collects slope runoff also).



Photo 9. No check dams to control runoff from slopes.



Photo 10. No BMPs to control runoff from slopes, dirt areas behind curb, or on newly paved areas of AVH.



Photo 11. No check dams in street to control runoff. No berms to direct runoff into catch basin inlets (street does not have a final lift of pavement).

3

Case 8:08-bk-17206-ES Doc 1497-3 Filed 06/08/11 Entered 06/08/11 12:43:49 Exhibit 8
Part 2 Pg 137 of 178

Case 8:08-bk-17206-ES Doc 489-6 Filed 07/21/09 Entered 07/21/09 17:26:32 Desc
Cook Decl. Part 7 Page 12 of 32

City of San Clemente
Summary Report, SunCal-Marblehead Coastal Water Quality Citation No. 12007



Photo 12. No BMPs to control runoff on dirt and newly paved AVH.



Photo 13. No BMPs to control runoff on dirt access road through the main canyon (north side).



Photo 14. No BMPs to control runoff on dirt access road through the main canyon (south side).



Photo 15. No BMPs to control runoff on dirt access roads for bridge construction.

4

Case 8:08-bk-17206-ES   Doc 1497-3   Filed 06/08/11   Entered 06/08/11 12:43:49   Exhibit 8
Desc Part 4   Pg 138 of 178

Case 8:08-bk-17206-ES   Doc 489-6   Filed 07/21/09   Entered 07/21/09 17:26:32   Desc
Cook Decl. Part 7   Page 13 of 32

City of San Clemente
Summary Report, SunCal-Marblehead Coastal Water Quality Citation No. 12007



Photo 16. No BMPs to control runoff on dirt access roads for bridge construction.



Photo 17. Typical example of failed slope protection at the bridge site.



Photo 18. Broken perimeter BMPs adjacent to the canyon bottom/creek at the bridge site.



Photo 19. Broken perimeter BMPs adjacent to the canyon bottom/creek at the bridge site.

5

Case 8:08-bk-17206-ES  Doc 1497-3  Filed 06/08/11  Entered 06/08/11 12:43:49  Exhibit 8
Desc Part 4  Pg 139 of 178

Case 8:08-bk-17206-ES    Doc 489-6    Filed 07/21/09    Entered 07/21/09 17:26:32    Desc
Cook Decl. Part 7    Page 14 of 32

City of San Clemente
Summary Report, SunCal Marblehead Coastal Water Quality Citation No. 12007



Photo 20. Insufficient or missing BMPs to control runoff in newly paved portion of Avenida Pico.



Photo 21. Insufficient or missing BMPs to control runoff in newly paved portion of Avenida Pico.



Photo 22. No BMPs to control runoff in the unpaved portion of Pico.



Photo 23. Need to re-establish perimeter controls ad check dams/desilting basin at west end of Pico.

6

Case 8:08-bk-17206-ES   Doc 1497   Filed 06/08/11   Entered 06/08/11 12:43:49   Exhibit 8
Desc Part 4   Pg 140 of 178

Case 8:08-bk-17206-ES   Doc 489-6   Filed 07/21/09   Entered 07/21/09 17:26:32   Desc
Cook Decl. Part 7   Page 15 of 32

City of San Clemente
Summary Report, SunCal-Marblehead Coastal Water Quality Citation No. 12007

## 5. VIOLATION PAYMENT AND APPEAL PROCEDURE

Payment may be submitted by mail by enclosing a check payable to the "City of San Clemente" along with a copy of this notice (please include violation number on the check). Mail payment to: Finance Department, City of San Clemente, 100 Avenida Presidio, San Clemente, CA 92672. Payment may also be made in person by bringing a copy of this notice to the City's Utility Billing Counter at City Hall, 100 Avenida Presidio, San Clemente.

Per SCMC Chapter 1.20, any person desiring to challenge the issuance of an administrative citation must, within ten (10) working days from the date the administrative citation is issued, submit a written request for a hearing with the City Clerk setting forth the basis of the challenge. The City Clerk will then schedule an administrative hearing, which is duly noticed and open to the public. Additional details on the administrative hearing process are provided in SCMC Chapter 1.20 (available via the City's website at www.san-clemente.org).

7

303

000542

Case 8:08-bk-17206-ES    Doc 1903-3    Filed 06/08/11    Entered 06/08/11    12:43:49    Exhibit 8
Des Part 2    Pg 141 of 178

Case 8:08-bk-17206-ES    Doc 489-6    Filed 07/21/09    Entered 07/21/09 17:26:32    Desc
Cook Decl. Part 7    Page 16 of 32



# SunCal Companies

CORPORATE OFFICE
2392 MORSE AVENUE
IRVINE, CA 92614

MAIN 949 777 4000
FAX 949 777 4050

WWW.SUNCAL.COM

October 24, 2008

**VIA E-MAIL AND MAIL**

Mr. F. Robert Brusco
Lehman Brothers
745 7th Avenue
7th Floor
New York, NY 10019

Re:    Heartland

Dear Rob:

This letter will address the significant issues that need to be addressed on this project to avoid potential significant damage to the asset value of the project. The project is located in the City of Beaumont which is within Riverside County, California. The significant issues for this project are as follows:

The two significant issues that need to be addressed on this project are the extension of the California Department of Fish and Game (CDF&G) 1602 permit, and the refurbishment and installation of erosion control facilities for the 2008/2009 rainfall season.

A request was sent in May 2008 to CDF&G requesting an extension of the original 1602 permit which had an expiration date of June 6, 2008. CDF&G's response to our requested extension of the permit was that our request is denied due to our inactivity in proceeding to complete the required establishment of the 20 acres of wetlands mitigation, the granting of a 120 acre open space conservation easement, and wetlands mitigation reporting; all as required within the 1602 CDF&G permit. These items have not proceeded due to the current lack of funding for the project.

After hearing about the Lehman bankruptcy filing, on September 24, 2008, CDF&G and the City of Beaumont issued a Demand for Payment of the wetlands mitigation performance bond. Although the bond has been called, we are working with the City of Beaumont and CDF&G to set a meeting that strategizes how we

Mr. F. Robert Brusco
October 24, 2008

Page 2

can move forward with the wetland mitigation improvements without having to call the bond.

Another significant issue that needs to be addressed on this project is the refurbishment and installation of erosion control facilities and dust control. It should however be noted that the Heartland project may be subject to potentially higher fines from the RWQCB if erosion control facilities are not sufficiently installed by the occurrence of the first significant rainfall event. This is due to the Heartland project location being adjacent to two large storm drainage tributaries (San Timoteo Creek and Coopers Creek).

Please let me know as soon as possible when you want to proceed with these significant project items.

Very truly yours,

SunCal Management LLC

Bruce V. Cook
General Counsel

Case 8:08-bk-17206-ES Doc 1497-3 Filed 06/08/11 Entered 06/08/11 12:43:49 Exhibit 8 Decl Part 2 Pg 143 of 88

Case 8:08-bk-17206-ES Doc 489-6 Filed 07/21/09 Entered 07/21/09 17:26:32 Desc Cook Decl. Part 7 Page 18 of 32



## SunCal Companies

CORPORATE OFFICE
2392 MORSE AVENUE
IRVINE, CA 92614

MAIN 949 777 4000
FAX 949 777 4050

WWW.SUNCAL.COM

October 24, 2008

**VIA E-MAIL AND MAIL**

Mr. F. Robert Brusco
Lehman Brothers
745 7th Avenue
7th Floor
New York, NY 10019

> Re: SunCal PSV, LLC (Avalon)

Dear Rob:

As we have previously discussed, there are ongoing urgent needs relating to the maintenance of the above-referenced project. The failure to address these matters and pay the costs associated with addressing them could significantly and adversely impact the value of the project.

We have previously submitted to you the 12 month spend projections for the project, showing our estimate of costs and expenses necessary for the continued maintenance of the project. We are requesting that you immediately fund the following expenses so that we can continue to maintain the project in good standing with the local agencies.

Palm Springs Village is located at the northwest end of the City of Palm Springs along Indian Canyon Road, and is susceptible to high winds during the spring and fall of each year. As we have previously advised you, the site is under close scrutiny by the City of Palm Springs as well as the State of California due to its proximity to high wind areas and blowing dust and sand. Our dust control consultant has left the site due to non payment, and we have no funding for emergency situations as required by the State and City. We are at risk for substantial fines until funding is in place, and consultants return. We also have a potential civil liability to adjacent homeowners who are impacted by dust. The following is a minimum that we need in order to get the program back in place:

Mr. F. Robert Brusco
October 24, 2008

Page 2

1.  Stormwater Compliance Managers: This consultant retains all past records and is the on-site monitor that has been available for emergency wind events, day-to-day monitoring, and day-to day recordation of wind speed, rainfall for SWPPPs, street sweeping, etc.

2.  Consultant / monitoring costs: This amount is made up of 52 weeks, 10 hours per week @ $40 per hour. This is a minimum program, but will allow the monitor to visit the site a few days per week for a couple of hours per day, and additional time for remaining on site for high wind events, which are starting in the next 5-7 days. This is an absolute minimum for a site of this nature that receives high winds on a regular basis from October through December and from March through May.

3.  Soil stabilization touch up: This is a cost for 20 acres of touch up required for an immediate response to any complaints received, which are currently being received. This will seal the transitory sand and dust that settles on our already stabilized soil after wind events. This sand builds up over time, and needs to be re-stabilized for the plan to work.

4.  Soil re-stabilization: We must re-apply approximately 100 acres @$260 per acre following the windy season to solidify all of the transitory sand that has accumulated.

5.  Fund for emergency water trucks: This is something that we hopefully will not have to use, but a plan must be in place for a minimum 1 hour response time if the AQMD or City requests water trucks during a high wind event.

Due Immediately: $20,400
Fund for Monitoring over the next year: $63,200

There also exists a risk in keeping the Golf Course alive, which is grown in, and landscaped. If we do not provide funds for consultants and contractors, the golf course will die within two to three weeks, due to the harsh desert environment and changing weather. Today we were advised that the maintenance people have walked off the job and therefore any delay in

Case 8:08-bk-17206-ES   Doc 1497   Filed 06/08/11   Entered 06/08/11 12:43:49   Exhibit 8
Desc Part 3   Pg 145 of 178

Case 8:08-bk-17206-ES   Doc 489-6   Filed 07/21/09   Entered 07/21/09 17:26:32   Desc
Cook Decl. Part 7   Page 20 of 32

Mr. F. Robert Brusco
October 24, 2008

Page 3

addressing this will result in the loss of the golf course.  The following are issues
that must be addressed:

1. Pay all utility costs to keep temporary power in place, required for lake
   pumps and irrigation system.
2. Pay temporary power system costs to keep system in place.
3. Pay golf course consulting costs to monitor and operate irrigation
   system.
4. Pay funds to get irrigation computer back into place.

Due Immediately: $39,000
Fund to keep irrigation system running over the next year: $89,000

    In view of the funding problems, funds may need to be in place before
contractors will return to the site.  Please let me know how you desire to proceed
with respect to these urgent matters.

                        Very truly yours,

                        SunCal Management LLC



                        Bruce V. Cook
                        General Counsel

Case 8:08-bk-17206-ES Doc 1497-3 Filed 06/08/11 Entered 06/08/11 12:43:49 Exhibit 8
Part 2 Pg 146 of 178

Case 8:08-bk-17206-ES Doc 489-6 Filed 07/21/09 Entered 07/21/09 17:26:32 Desc
Cook Decl. Part 7 Page 21 of 32



## SunCal Companies

CORPORATE OFFICE
2392 MORSE AVENUE
IRVINE, CA 92614

MAIN 949 777 4000
FAX 949 777 4050

WWW.SUNCAL.COM

October 24, 2008

VIA E-MAIL AND MAIL

Mr. F. Robert Brusco
Lehman Brothers
745 7th Avenue
7th Floor
New York, NY 10019

      Re:   Del Amo

Dear Rob:

    With respect to the Del Amo project, the asset is suffering irreparable harm due to the lack of funds. All entitlement efforts with the City of Torrance have come to a halt. This includes all community outreach in a very active neighborhood group environment. Negative opinions are being formed based on newspaper and blog reporting and we do not have the resources necessary to correct the record and, perhaps more importantly, to act proactively to achieve positive views.

    We hope that action can and will be taken swiftly to address this deteriorating situation.

        Very truly yours,

        SunCal Management LLC

        Bruce V. Cook
        General Counsel

Case 8:08-bk-17206-ES Doc 1497-3 Filed 06/08/11 Entered 06/08/11 12:43:49 Exhibit 8 Desc Part 2 Page 57 of 88

Case 8:08-bk-17206-ES Doc 489-6 Filed 07/21/09 Entered 07/21/09 17:26:32 Desc Cook Decl. Part 7 Page 22 of 32

 **SunCal Companies**

CORPORATE OFFICE
2392 MORSE AVENUE
IRVINE, CA 92614

MAIN 949 777 4000
FAX 949 777 4050

WWW.SUNCAL.COM

October 24, 2008

VIA E-MAIL AND MAIL

Mr. F. Robert Brusco
Lehman Brothers
745 7th Avenue
7th Floor
New York, NY 10019

      Re:   LB/L-Suncal Oak Valley, LLC – Fairway Canyon

Dear Rob:

      This letter will address the significant issues that need to be addressed on this project to avoid potential significant damage to the asset value of the project. The project is located in the City of Beaumont which is within Riverside County, California. The significant issues for this project are as follows:

      The most significant issue that needs to be addressed on this project is the refurbishment and installation of erosion control facilities for the 2008/2009 rainfall season. These erosion control facilities include the installation and maintenance of sediment basins, silt fences, straw wattles, sandbag chevrons, earthwork berming, hydro seeding of slopes, and the installation of an acceptable polymer material on graded slopes and residential pads. These measures will insure the stability of our recently graded project areas and will greatly enhance erosion control protection of the project. The implementation of these facilities is also required by the California Regional Water Quality Control Board (CRWQCB), and if not sufficiently installed by the occurrence of the first significant rainfall event, will potentially result in excess project fines.

      The Oak Valley project is surrounded throughout by an existing PGA golf course. Thus, we need to install the aforementioned erosion control facilities to prevent any sediment from eroding on to the golf course during a rainfall event. The costs to repair potential damage to fairways, tees and greens can be exorbitant and could also include cost damages related to loss of play.

Case 8:08-bk-17206-ES  Doc 1497  Filed 06/08/11  Entered 06/08/11 12:43:49  Exhibit 8
Desc Part 9  Page 58 of 88

Case 8:08-bk-17206-ES  Doc 489-6  Filed 07/21/09  Entered 07/21/09 17:26:32  Desc
Cook Decl. Part 7  Page 23 of 32

Mr. F. Robert Brusco
October 24, 2008

Page 2


The Oak Valley project is also subject to potential property damage from fire and blowing sediment during wind storms. With the Beaumont area often experiencing winds in excess of 50 miles per hour, it is essential for us to provide weed abatement and dust protection and treatment of the graded future residential areas to prevent fire and sediment damage to adjacent homeowners, the golf course and potential fines from the Air Quality Management District (AQMD).

In addition to the previously mentioned issues, access to the project via Cherry Valley Boulevard and Palmer Avenue needs to be addressed. The halting of construction on these roads left a very unsafe situation. The grading adjacent to the road, adequate lighting and road delineation and pavement repairs all need to be done to provide safe, adequate access for the existing homeowners.

Lastly, there is an outstanding payment to the HOA. The payment is for the New Source Water Fee and was covered in an agreement with the HOA. Upon receipt, the fee is forwarded to the local water provider, Beaumont Cherry Valley Water District.

Please let me know as soon as possible when you want to proceed with these significant project items.


Very truly yours,

SunCal Management LLC


Bruce V. Cook
General Counsel

Case 8:08-bk-17206-ES Doc 1497-3 Filed 06/08/11 Entered 06/08/11 12:43:49 Exhibit 8
Desc Part Pg 149 of 178

Case 8:08-bk-17206-ES Doc 489-6 Filed 07/21/09 Entered 07/21/09 17:26:32 Desc
Cook Decl. Part 7 Page 24 of 32



## SunCal Companies

CORPORATE OFFICE
2392 MORSE AVENUE
IRVINE, CA 92614

MAIN 949 777 4000
FAX 949 777 4050

WWW.SUNCAL.COM

October 24, 2008

**VIA E-MAIL AND MAIL**

Mr. F. Robert Brusco
Lehman Brothers
745 7th Avenue
7th Floor
New York, NY 10019

     Re:    10000 Millenium – SunCal Century City

Dear Rob:

     With respect to the project commonly referred to as 10000 Santa Monica Boulevard (SunCal Century City), the following matters may have significant financial repercussions if not promptly addressed:

1. All entitlement work has come to a halt due to the lack of funding for third party consultants, engineers, architects, and lawyers. As you know, the political climate in the City of Los Angeles is dynamic and the City Council will have new members in July 2009. Unless the entitlement process is pursued aggressively and without the loss of time we cannot be sure that our entitlement efforts will be successful.

2. We have built much of our public and political outreach efforts around the acclaimed building design we submitted to the City by 2008 Pritzger Prize winning architect Jean Nouvel. Jean has not been paid for quite some time and is now owed over $1 million for work already completed. Unless Nouvel is paid shortly he will likely quit the project and cause the need to literally start the entitlement and design process over. We may not recover from such a blow.

3. The project site requires constant maintenance of its perimeter landscaping and on-site dust control (to avoid impacts to neighboring property). We cannot address these needs without funds.

Case 8:08-bk-17206-ES   Doc 1497-3   Filed 06/08/11   Entered 06/08/11 12:43:49   Exhibit 8
Desc Part 4   Pg 150 of 178

Case 8:08-bk-17206-ES   Doc 489-6   Filed 07/21/09   Entered 07/21/09 17:26:32   Desc
Cook Decl. Part 7   Page 25 of 32

Mr. F. Robert Brusco
October 24, 2008

Page 2


    We hope that action can and will be taken swiftly and without delay in order to address this deteriorating situation.


Very truly yours,

SunCal Management LLC


Bruce V. Cook
General Counsel

Case 8:08-bk-17206-ES   Doc 1497-3   Filed 06/08/11   Entered 06/08/11 14:38:49   Exhibit 8
Desc Part 3   Pg 151 of 88

Case 8:08-bk-17206-ES   Doc 489-6   Filed 07/21/09   Entered 07/21/09 17:26:32   Desc
Cook Decl. Part 7   Page 26 of 32



**SunCal Companies**

CORPORATE OFFICE
2392 MORSE AVENUE
IRVINE, CA 92614

MAIN 949 777 4000
FAX 949 777 4050

WWW.SUNCAL.COM

October 24, 2008

VIA E-MAIL AND MAIL

Mr. F. Robert Brusco
Lehman Brothers
745 7th Avenue
7th Floor
New York, NY 10019

Re: Pacific Point, San Juan Capistrano, CA

Dear Rob:

I am writing to you to advise you of several cost and/or construction items that need to be addressed, related to keeping the LV Pacific Point LLC (LVPP) project from experiencing significant negative impact in terms of asset value. To avoid potential liabilities and damage to the asset, someone must immediately assume responsibility for these matters.

LVPP has an obligation to complete construction of Valle Road North Road from La Novia Avenue to San Juan Creek Road. This road is a critical component of the offsite work required of the development, and is secured by surety bonds which, we are advised, are being called by the City of San Juan Capistrano. The partially completed improvements are a public safety hazard. The City Manager has informed us that he has received numerous complaints, and these complaints have been discussed at previous City Council meetings. Of most immediate urgency is the installation of two drain transitions, from slope drains to an existing storm drain, which were previously removed when grading work was started during the summer, and the related filling of two 8' deep holes immediately adjacent to the existing road lanes (estimated cost is $10,000.) We are ready to execute contracts for the work, upon receiving final determination from LVPP of an unconditional source of funding, of the correct contract form, the contract assignment form for existing contracts and designation of authorized

Case 8:08-bk-17206-ES    Doc 1497    Filed 06/08/11    Entered 06/08/11 14:38:07    Exhibit 8
Desc Part 9    Page 62 of 88

Case 8:08-bk-17206-ES    Doc 489-6    Filed 07/21/09    Entered 07/21/09 17:26:32    Desc
Cook Decl. Part 7    Page 27 of 32

Mr. F. Robert Brusco
October 24, 2008

Page 2

signers. Several contractors have informed us that they will not resume nor start
work without assurance of payment by a third-party escrow holding contract
balances, so that issue must also be resolved.

A similar obligation needing attention is reconstruction of site
improvements at the California Highway Patrol (CHP) facility on Camino
Capistrano Road, across the freeway from the LVPP site. The re-paving of
Camino Capistrano Road must also be completed. The permit issued by the
CHP will expire in November, and will need to be renewed if work is not
resumed soon. However it is unlikely that the CHP will renew the permit,
because they have indicated that they will notify the City to request that the
surety bonds related to the CHP work be called and that the City should
takeover the work.

The City has sent us notices requesting repair of erosion control and water
quality devices that protect properties adjacent to the project from winter storm
damage. Failure to complete the work in a timely manner will lead to significant
fines being imposed by both the City and the Regional Water Quality Control
Board (a state agency.)

The project has an obligation to construct a Recreation Center for the
residents of the community. The City approval for the Recreation Center expires
in October, 2008, and an extension request was filed last week. The project
advertising and Department of Real Estate (DRE) budgets include this facility as
a major component of the project, and not constructing this facility may lead to
the DRE suspending the builder from selling homes. This could subject the
project owner to claims of damages from the builder and/or homeowners.

Another frequent homeowner complaint has been the lack of functioning
gates at neighborhood entries. The gates are constructed, but due to lack of
payments the vendor refuses to complete the programming and controller
coordination needed to make the gates functional.

On an overall project basis, significant landscaping has been installed, but
is not receiving care due to lack of payment to the maintenance contractor. The
cost of replacing dead plant material on completed slopes would be substantial.
Ongoing landscape maintenance and utility costs (water and power) must be
funded to protect the asset and avoid complaints from residents and City staff.
We continue to receive threats and actual incidents of utility service shut-offs due

Mr. F. Robert Brusco
October 24, 2008

Page 3

to lack of payments. Similarly, ongoing repairs to damaged irrigation equipment and ongoing weed abatement continue to be necessary.

We have received a Notice from the Orange County Fire Authority (OCFA) to implement significant fuel modification repairs to landscaped or modified areas throughout the project, to protect residential structures from potential damage in the event of a fire. We have an estimate from the maintenance contractor for this work, but the contractor will need a payment guarantee, as described above, before starting work. Similarly, the OCFA is demanding that we proceed immediately to complete the access road modification to the existing Lyon Apartments site along Avenida California. We have nearly completed negotiation of the required entry permit with Lyon Apartments and are ready to proceed with construction, pending funding.

We received an offer from the City of San Juan Capistrano to purchase the school site in the project for use as an affordable housing site. We believe the offer is low and that the City is taking advantage of current market conditions. The City has asked us for a counteroffer, and we need the owner's approval to prepare the counteroffer. We recommend the proforma amount of $8,500,000.

The next bi-annual property tax payment is due December 10, 2008, and scheduled payments for renewal of surety bonds will be coming due throughout the next 12 months.

These items are all critical to maintain the value of the LVPP asset, as well as to assure future cooperation with the various authorities involved with the project, and to avoid litigation and penalties. They must all be addressed as a priority. Please contact me if you have any questions about this letter.

Very truly yours,

SunCal Management LLC

Bruce V. Cook
General Counsel

316
000555

Case 8:08-bk-17206-ES   Doc 1497-3   Filed 06/08/11   Entered 06/08/11 12:43:49   Exhibit 8
Desc Part 2   Pg 155 of 178

Case 8:08-bk-17206-ES   Doc 489-6   Filed 07/21/09   Entered 07/21/09 17:26:32   Desc
Cook Decl. Part 7   Page 29 of 32



**SunCal Companies**

CORPORATE OFFICE
2392 MORSE AVENUE
IRVINE, CA 92614

MAIN 949 777 4000
FAX 949 777 4050

WWW.SUNCAL.COM

October 27, 2008

VIA E-MAIL AND MAIL

Mr. F. Robert Brusco
Lehman Brothers
745 7th Avenue
7th Floor
New York, NY 10019

     Re:   SunCal Emerald Meadows, LLC

Dear Rob:

     This letter will address the significant issues that need to be addressed on this project to avoid potential significant damage to the asset value of the project. The project is located in the City of Rubidoux which is within Riverside County, California.

     The urgent issues that need to be addressed on this project are the installation and refurbishment of erosion control facilities, weed abatement, dust control and security. This site is adjacent to the Santa Ana River and numerous existing residences. Given this proximity, this site will be under close scrutiny and susceptible to steep fines should the erosion control facilities not be implemented and maintained.

     Funding for our consultant team is necessary to continue the entitlement and mapping process and preserve entitlements. In order to comply with obligations under the purchase agreement and under the agreement with the redevelopment agency, the mapping process needs to continue. Completion of the "I" Map and its subsequent recordation are necessary to obtaining entitlements and complying with existing contractual obligations to third parties. In addition to fulfilling the contractual obligations, transfer of the church site, which cannot be done until the "I" Map is recorded, will facilitate the ability to clear title on Emerald Meadows Ranch parcels.

Mr. F. Robert Brusco
October 27, 2008

Page 2


    The site fencing needs to be maintained regularly to repair damage and prevent illegal dumping. The County of Riverside has aggressively sent notices of violation to property owners where dumping occurs.

    Please let me know as soon as possible when you want to precede with these significant project items.

<div style="margin-left:3em;">

Very truly yours,

SunCal Management LLC


Bruce V. Cook
General Counsel

</div>

Case 8:08-bk-17206-ES   Doc 1497-8   Filed 06/08/11   Entered 06/08/11 12:43:49   Exhibit 8
Desc Part 2   Pg 156 of 88

Case 8:08-bk-17206-ES   Doc 489-6   Filed 07/21/09   Entered 07/21/09 17:26:32   Desc
Cook Decl. Part 7   Page 31 of 32



## SunCal Companies

CORPORATE OFFICE
2392 MORSE AVENUE
IRVINE, CA 92614

MAIN 949 777 4000
FAX 949 777 4050

WWW.SUNCAL.COM

October 27, 2008

**VIA E-MAIL AND MAIL**

Mr. F. Robert Brusco
Lehman Brothers
745 7th Avenue
7th Floor
New York, NY 10019

Re:   SunCal Beaumont Heights, LLC

Dear Rob:

With respect to the Beaumont Heights project, there is the need for an on-going effort to perform weed abatement as this is a dangerous fire area. This project is located in an area that had a very dangerous fire last year where several fire fighters died. Given that recent memory, weed abatement to prevent wildfires is a top priority with the County of Riverside Fire Department.

Please let me know as soon as possible when you want to precede with this project item.

Very truly yours,

SunCal Management LLC

Bruce V. Cook
General Counsel

Case 8:08-bk-17206-ES Doc 1497-3 Filed 06/08/11 Entered 06/08/11 12:43:49 Exhibit 8
Desc Part 2 Pg 157 of 88 Page 67 of 88

Case 8:08-bk-17206-ES Doc 489-6 Filed 07/21/09 Entered 07/21/09 17:26:32 Desc
Cook Decl. Part 7 Page 32 of 32



**SunCal Companies**

CORPORATE OFFICE
2392 MORSE AVENUE
IRVINE, CA 92614

MAIN 949 777 4000
FAX 949 777 4050

WWW.SUNCAL.COM

November 4, 2008

**VIA E-MAIL AND MAIL**

Mr. F. Robert Brusco
Lehman Brothers
745 7th Avenue
7th Floor
New York, NY 10019

Re:    Lehman Projects

Dear Rob:

Based on Lehman's unwillingness to fund any costs or expenses needed to meet public health and safety issues on its various projects, including projects that are part of the omnibus transaction as well as other projects, I have to ask if it is also Lehman's intent to let insurance coverage on all of the projects lapse. We are also asking if it is Lehman's intent not to pay real property taxes with respect to the projects that will become delinquent if not paid on or before December 10, 2008.

Very truly yours,

Bruce V. Cook
General Counsel

# EXHIBIT "18"

000560

LEHMAN ALI INC.
LEHMAN COMMERCIAL PAPER INC.
NORTHLAKE HOLDINGS LLC
OVC HOLDINGS LLC
745 Seventh Avenue
New York, New York 10019

November 13, 2008

VIA E-MAIL AND FACSIMILE

SCC Acquisitions, Inc.
c/o SunCal Companies
2392 Morse Avenue
Irvine, California 92614
Attention: Bruce V. Cook, Esq.

    Re:    SunCal/Lehman Omnibus Transaction

Gentleman:

    We are in receipt of Mathew Wyman's letter to Michael Bond dated September 29, 2008. Reference is made to the Restructuring Agreement referred to in the letter. All capitalized terms used herein shall have the respective meanings set forth in the Restructuring Agreement.

    We dispute the assertions in Mr. Wyman's letter that the Closing Conditions for the requisite number of properties have been satisfied and that Lehman is therefore obligated to close the settlement transactions as contemplated in the Restructuring Agreement. Pursuant to the Restructuring Agreement, among other conditions, the SunCal Parties are required to obtain all Required Consents for a minimum of eight Conveyance Properties that are within the same group of Related Conveyance Properties. It is our understanding that such Required Consents have not been obtained.

    Therefore, pursuant to Section 1(d) of the Restructuring Agreement, the undersigned hereby terminate the Restructuring Agreement as to all SunCal Parties which are not currently debtors in chapter 11 cases pending in the United States Bankruptcy Court for the Central District of California.

                        Very truly yours,

                        LEHMAN ALI INC.

                        By:

MI1:\207370\03\CCQ01!.DOC\53399.0004

SCC Acquisitions, Inc.
November 13, 2008
Page 2

LEHMAN COMMERCIAL PAPER INC.

By: _____

NORTHLAKE HOLDINGS LLC

By: _____

OVC HOLDINGS LLC

By: _____

cc:    Mr. Bruce Elieff
       Mr. Steve Elieff
       Mathew A. Wyman, Esq.
       Erica A. Bose, Esq.
       F. Robert Brusco, Esq.
       W. Michael Bond, Esq.
       Nellie P. Camerik, Esq.

MIB:002772U03ACG0031.DOC\H509.0004

08-13555-mg Doc 17497-3 Filed 06/08/11 Entered 06/08/11 12:43:49 Exhibit 8 Pg 74 of 88

# EXHIBIT "19"

| Debtor | Creditor | Proof of Claim # | Claim Amount |
|---|---|---|---|
| **Acton Estates, LLC** | | | |
| | SunCal Management, LLC | POC #2 | $ 44,173.26 |
| | SCC Acquisitions, Inc. | POC #3 | $ 3,000.00 |
| | SunCal Management, LLC | POC #4 | $ 59,241.68 |
| | Bond Safeguard Insurance Company and Lexon Insurance Company Insurance Company | POC #7 | $ 1,290,000.00 |
| | SCC Acquisitions, Inc. | POC #8 | $ 1,290,000.00 |
| | Bruce Elieff | POC #9 | $ 1,290,000.00 |
| | Arch Insurance Company | POC #10 | $155,423,657 (contingent) $131,588.73 (liquidated) |
| | Rohm Insurance Agency | POC #11 | $ 14,150.00 |
| | | | |
| **SunCal Bickford Ranch, LLC** | | | |
| | Cook's Portable Toilets & Septic | POC #1 | $ 2,743.21 |
| | Hertz Equipment Rental Corp. | POC #2 | $ 25.51 |
| | Ecorp Consulting, Inc. | POC #3 | $ 23,211.60 |
| | MHM Engineers & Surveyors | POC #5 | $ 8,916.67 |
| | Land Architecture, Inc. | POC #6 | $ 100,245.39 |
| | Fehr & Peers Associates, Inc. Associates, Inc | POC #7 | $ 1,123.22 |
| | Far West Construction, Inc. | POC #8 | $ 72,802.47 |
| | BIA Riverside Sign Program | POC #9 | $ 5,175.00 |
| | Kiewit Pacific Co. | POC #10 | $ 1,868,357.50 |
| | SunCal Management, LLC | POC #11 | $ 321,103.03 |
| | SCC Acquisitions, Inc. | POC #12 | $ 3,000.00 |
| | SunCal Management, LLC | POC #13 | $ 324,769.28 |
| | ARB, Inc. | POC #15 | $ 1,052,272.82 |
| | SunCal Master Venture Member, LLC | POC #18 | $ 20,451.40 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #19 | $ 2,500,000.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co | POC #20 | $ 327,548.00 |
| | Pierce's Security | POC #21 | $ 53,919.09 |
| | Arch Insurance Company | POC #22 | $155,423,657 (contingent) $131,588.73 (liquidated) |
| | Rohm Insurance Agency | POC #23 | $ 4,095.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #24 | $ 2,827,548.00 |
| | SCC Acquisitions, Inc. | POC #25 | $ 2,827,548.00 |
| | Bruce Elieff | POC #26 | $ 2,827,548.00 |
| | Murray Smith & Associates Engineering | POC #27; POC #31 | $ 77,167.11 |
| | Independent Construction Co. | POC #28 | $ 117,209.80 |
| | Marques Pipeline, Inc. | POC #29; POC #30 | $ 330,118.00 |
| | MacKay & Somps Civil Eng | POC #32 | $ 14,851.80 |
| | | | |
| **SunCal Torrance Properties, LLC** | | | |
| | SunCal Management, LLC | POC #1 | $ 148,575.54 |
| | SunCal Management, LLC | POC #2 | $ 160,914.00 |
| | MWW Group Inc | POC #5 | $ 42,019.25 |
| | Arch Insurance Company | POC #6 | $155,423,657 (contingent) $131,588.73 (liquidated) |
| | | | |
| **North Orange Del Rio Land, LLC** | | | |
| | Trench Shoring Company | POC #1 | $ 1,072.50 |
| | Debby Cobb Consulting | POC #2 | $ 415.00 |
| | Carmen A. Morinello | POC #3 | $ 110,000.00 |
| | Elrond & Associates, Inc. | POC #4 | $ 225,000.00 |
| | Matthew Cunningham dba Pacific Strategies | POC #5 | $ 30,000.00 |
| | Econolite Control Products | POC #6 | $ 21,932.51 |
| | SunCal Management, LLC | POC #7 | $ 2,242,240.45 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #8 | $ 3,060,045.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #9 | $ 250,100.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #10 | $ 2,809,945.00 |
| | Bova Contracting Corporation | POC #11 | $ 275,918.33 |
| | SunCal Management, LLC | POC #12 | $ 213,668.78 |
| | SCC Acquisitions, Inc. | POC #15 | $ 3,159,945.00 |
| | Bruce Elieff | POC #16 | $ 3,159,945.00 |
| | Fuscoe Engineering, Inc. | POC #17 | $ 279,974.18 |
| | Hillcrest Contracting, Inc. | POC #18; POC #24 | $ 295,166.93 |
| | Arch Insurance Company | POC #19 | $155,423,657 (contingent) $131,588.73 (liquidated) |
| | Summers Murphy & Partners, Inc. | POC #20 | $ 59,350.00 |
| | All American Asphalt | POC #21 | $ 124,037.20 |
| | Rohm Insurance Agency | POC #22 | $ 32,075.00 |
| | City of Orange | POC #23 | $ 47,818.75 |
| | | | |

| Debtor | Creditor | Proof of Claim # | Claim Amount |
|---|---|---|---|
| **Delta Coves Venture, LLC** | | | |
| | BKF Engineers | POC #1; POC #15 | $ 121,266.64 |
| | Hertz Equipment Rental Corporation | POC #2 | $ 25,444.15 |
| | Top Grade Construction, Inc. | POC #3; POC #17 | $ 250,000.00 |
| | Pacific Gas and Electric Company | POC #4 | $ 4,208.49 |
| | Howard Construction | POC #5 | $ 2,866.00 |
| | Bellingham Marine Industries, Inc. | POC #6 | $ 2,822,167.18 |
| | SunCal Management, LLC | POC #7 | $ 1,084,858.63 |
| | MBH Architects, Inc. | POC #8 | $ 97,091.24 |
| | Environmental Foresight, Inc. | POC #9 | $ 34,903.70 |
| | Weston/Mason Marketing, Tom Weston, President | POC #11 | $ 32,525.76 |
| | Gibson & Skordal, LLC | POC #12 | $ 586.50 |
| | vanderToolen Associates | POC #13; POC #24 | $ 15,028.09 |
| | Development Planning & Financing Group, Inc. | POC #14 | $ 6,428.00 |
| | Contra Costa County | POC #16 | $ 609,221.68 |
| | Rose Associates Landscape Architects, Inc. | POC #18 | $ 84,517.14 |
| | SunCal Management, LLC | POC #19 | $ 443,061.00 |
| | SCC Acquisitions, Inc. | POC#22 | $ 27,555,855.00 |
| | Bruce Elieff | POC #23 | $ 27,555,855.00 |
| | Arch Insurance Company | POC #25 | $155,423,657(contingent) $131,588.73 (liquidated) |
| | Luce Forward Hamilior & Scripps LLP | POC #26; POC #27 | $ 20,069.07 |
| | Rohm Insurance Agency | POC #28 | $ 272,225.00 |
| | Jackson DeMarco Tidus & Peckenpaugh | POC #29 | $ 1,890.00 |
| | Fanelli Development Co | POC #30 | $ 48,380.23 |
| | | | |
| **SunCal Emerald Meadows Ranch, LLC** | | | |
| | Zeiser Kling Consultants | POC #1 | $ 8,984.27 |
| | Hillwig - Goodrow, LLC | POC #2 | $ 3,860.00 |
| | O'Reilly Public Relations | POC #3 | $ 967.90 |
| | SCC Acquisitions, Inc. | POC #4 | $ 15,777.78 |
| | SunCal Management, LLC | POC #5 | $ 174,624.56 |
| | SunCal Master Venture Member, LLC | POC #8 | $ 14,071.10 |
| | Arch Insurance Company | POC #10 | $155,423,657(contingent) $131,588.73 (liquidated) |
| | David Sandoval | POC #11 | $ 500,000.00 |
| | Moses Green | POC #12 | $ 500,000.00 |
| | Hall & Foreman, Inc. | POC #13 | $ 288,631.72 |
| | Life Church of God in Christ | POC #14 | $ 6,055,000.00 |
| | Proactive Engineering Consultants, Inc. | POC #15; POC #16 | $ 991,315.27 |
| | Rubidoux 60, LLC and EMR Residential Properties, LLC | POC #17 | Unknown |
| | | | |
| **SunCal Heartland, LLC** | | | |
| | Stantec Consulting, Inc. | POC #1; POC #22 | $ 971,341.56 |
| | HD Supply Construction Supply, LTD., dba HD Supply While Cap Construction Supply | POC #2 | $ 44,310.80 |
| | SunCal Management, LLC | POC #3 | $ 397,155.41 |
| | SCC Acquisitions, Inc. | POC #4 | $ 24,065.05 |
| | SunCal Management, LLC | POC #6 | $ 227,266.85 |
| | Pinnick, Inc. | POC #8 | $ 563,159.02 |
| | SunCal Master Venture Member, LLC | POC #10; POC #12 | $ 1,512.80 |
| | SCC JV Ventures, LLC | POC #11 | $ 3,093.28 |
| | Utility Specialists SW, Inc. | POC #13; POC #14 | $ 3,787.50 |
| | Skyview Imaging | POC #15 | $ 525.00 |
| | Arch Insurance Company | POC #16 | $155,423,657(contingent) $131,588.73 (liquidated) |
| | Stantec Consulting, Inc. | POC #17 | $ 39,459.53 |
| | Dennis M. McCoy & Sons | POC #18 | $ 941,960.00 |
| | SCC Acquisitions, Inc. | POC #19 | $ 28,947,440.00 |
| | Bruce Elieff | POC #20 | $ 28,947,440.00 |
| | Hall & Foreman, Inc. | POC #21; POC #23 | $ 1,175.60 |
| | Waterforce, Inc. | POC #24 | $ 113,750.00 |
| | Jackson DeMarco Idus & Peckenpaugh | POC #25 | $ 3,445.50 |
| | | | |
| **SunCal Johannson Ranch, LLC** | | | |
| | | | $ 75.45 |
| | SCC Acquisitions, Inc. | POC #1 | $ 9,417.65 |
| | SunCal Management, LLC | POC #2 | $ 25,598.23 |
| | SunCal Management, LLC | POC #3 | $ 34,101.28 |
| | Arch Insurance Company | POC #5 | $155,423,657(contingent) $131,588.73 (liquidated) |
| | | | |
| **SCC Communities, LLC** | | | |
| | Southern Cal. Geotechnical | POC #1 | $ 7,550.49 |
| | SunCal Management, LLC | POC #2 | $ 21,804.39 |
| | SCC Acquisitions, Inc. | POC #3 | $ 1,000.00 |

324
000565

| Debtor | Creditor | Proof of Claim # | Claim Amount |
|---|---|---|---|
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #4 | $ 25,000.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #5 | $ 12,500.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #6 | $ 12,500.00 |
| | SunCal Management, LLC | POC #7 | $ 27,072.52 |
| | SCC Acquisitions, Inc. | POC #8 | |
| | Arch Insurance Company | POC #10 | $155,423,657(contingent) $131,588.73 (liquidated) |
| **SunCal Marblehead, LLC** | | | |
| | Outdoor Dimensions | POC #1 | $ 57,247.88 |
| | Stantec Consulting, Inc. | POC #2; POC #25 | $ 39,459.53 |
| | TriMax Systems. Inc. | POC #3 | $ 75,288.70 |
| | Butsko Utility Design  Inc. | POC #4 | $ 6,250.00 |
| | Creekside Development, LLC | POC #5 | $ 780,000.00 |
| | Glenn Lukos Associates, Inc. | POC #6; POC #24 | $ 1,733.34 |
| | California Barricade Rentals, Inc | POC #7 | $ 5,992.00 |
| | Debby Cobb Consulting, Inc. | POC #8 | $ 2,818.64 |
| | BR South Coast Private Security | POC #9 | $ 38,448.80 |
| | BNB Engineering, Inc. | POC #10; POC #37 | $ 1,608,722.64 |
| | SunCal Management, LLC | POC #11 | $ 1,799,805.75 |
| | SCC Acquisitions, Inc. | POC #12 | $ 4,000.00 |
| | Coastal Living | POC #13 | $ 11,268.00 |
| | Brion Jeannette Architecture | POC #14 | $ 106,481.00 |
| | Security Signal Devices | POC #15 | $ 42,089.00 |
| | Design Alliance | POC #16 | $ 27,943.18 |
| | Steiny and Company, Inc. | POC #17 | $ 259,775.29 |
| | SunCal Management, LLC | POC #18 | $ 591,973.05 |
| | Golden State Fence Co | POC #19 | $ 74,337.00 |
| | SCC JV Ventures, LLC | POC #22 | $ 27,307.61 |
| | SunCal Master Ventura Member, LLC | POC #23 | $ 110,151.48 |
| | Bee Busters, Inc. | POC #26 | $ 300.00 |
| | Villa San Clemente, LLC | POC #27 | $ 13,233,103.00 |
| | RMF Contracting, Inc. dba R&M Electrical Contracting | POC #28 | $ 315,591.63 |
| | The Jasper Companies, Inc. | POC #29 | $ 165,260.29 |
| | MediaMax Network LLC | POC #30 | $ 55,155.48 |
| | S & S Seeds, Inc. | POC #31 | $ 15,453.56 |
| | Horticultural Specialists, Inc. | POC #32 | $ 13,000.00 |
| | Horticultural Specialists, Inc. | POC #33 | $ 54,480.20 |
| | Arch Insurance Company | POC #34 | $155,423,657(contingent) $131,588.73 (liquidated) |
| | Roddan Paolucci Roddan Advertising | POC #35; POC #36 | $ 427,483.63 |
| | Kirk Negrete, Inc., dba United Steel Placers | POC #38 | $ 270,056.42 |
| | RBF Consulting | POC #39 | $ 132,188.70 |
| | SCC Acquisitions, Inc. | POC #40 | $ 56,510,018.00 |
| | Bruce Elieff | POC #41 | $ 56,510,018.00 |
| | R.J. Noble | POC #42; POC #50; POC #58 | $ 175,033.81 |
| | City of San Clemente | POC #43, POC #51; POC #59 | $ 39,971,734.00 |
| | Jag Construction | POC #44; POC #52 | $ 178,647.66 |
| | Lucast Consulting | POC #45; POC #53 | $ 22,808.26 |
| | Orange County Striping Service, Inc. | POC #46; POC #54 | $ 11,752.27 |
| | RH Masonry, Inc. | POC #47; POC #55 | $ 189,592.00 |
| | Savala Equipment Company, Inc. | POC #48; POC #56 | $ 34,440.00 |
| | Rockey Murata Landscaping, Inc. | POC #60 | $ 285,643.04 |
| **LB/L - SunCal Northlake, LLC** | | | |
| | SunCal Management, LLC | POC #1 | $ 856,008.98 |
| | SCC Acquisitions, Inc. | POC #2 | $ 6,617.65 |
| | Southern California Edison Company | POC #3 | $ 34.48 |
| | SunCal Management, LLC | POC #4 | $ 421,783.35 |
| | Northlake Holdings, LLC | POC #6 | $ 123,654,776.38 |
| **SunCal Oak Knoll, LLC** | | | |
| | RGA Environmental, Inc. | POC #1 | $ 75,617.45 |
| | BKF Engineers | POC #2,#9 & #19 | $308,817.34 |
| | Aboricultural Specialties, Inc. dba The Professional Tree Care Co. | POC #3 | $ 93,925.01 |
| | CST Environmental, Inc. | POC #4 | $ 4,316,169.56 |
| | A-1 Enterprises | POC #5 | $ 1,250.00 |
| | Lamphier Gregory | POC #6 | $ 13,543.88 |
| | SunCal Management, LLC | POC #7 | $ 462,392.86 |
| | Pacific Gas & Electric Company | POC #8 | $ 1,148.52 |
| | SunCal Management, LLC | POC #10 | $ 874,609.00 |
| | Fehr & Peers | POC #13 | $ 3,560.00 |
| | Ralph Osterling Consultants, Inc. | POC #14 | $ 11,688.00 |
| | Tasni & Associates | POC #15 | $ 20,000.00 |
| | WRA, Inc. | POC #16 | $ 27,450.19 |

325

000566

| Debtor | Creditor | Proof of Claim # | Claim Amount |
|--------|----------|------------------|--------------|
| | Philip Williams & Associates, Ltd. | POC #17, #18, #27 | $ 42,728.00 |
| | ENGEO, Incorporated | POC #20 | $ 55,825.91 |
| | SWA Group | POC #21 & #22 | $ 32,564.54 |
| | Environmental Science Associates | POC #25 | $ 24,234.39 |
| | Pacific Gas & Electric Company | POC #26 | $ 235.96 |
| | Rohm Insurance Agency | POC #28 | $ 8,560.00 |
| | East Bay Municipal Utility District | POC #29 | $ 21,948.36 |

## LB/L - SunCal - Oak Valley, LLC

| Debtor | Creditor | Proof of Claim # | Claim Amount |
|--------|----------|------------------|--------------|
| | Outdoor Dimensions | POC #1 | $ 170,819.50 |
| | Stantec Consulting, Inc. | POC #2 | $ 174,572.17 |
| | HD Supply Construction Supply, LTD., dba HD Supply White Cap Construction Supply | POC #3 | $ 52,806.70 |
| | Kevin L. Crook Architect, Inc. | POC #4 | $ 65,340.00 |
| | Glenn Lukos Associates, Inc. | POC #5 & #18 | $ 15,469.81 |
| | SunCal Management, LLC | POC #6 | $ 1,163,688.91 |
| | SCC Acquisitions, Inc. | POC #7 | $ 5,300.00 |
| | Weston Mason Marketing | POC #8 | $ 7,721.41 |
| | Pacific Soils Engineering, Inc. | POC #10 & #21 | $ 97,569.13 |
| | SunCal Management, LLC | POC #11 | $ 132,568.22 |
| | Pinnick, Inc. | POC #12 | $ 30,752.71 |
| | Pinnick, Inc. | POC #14 | $ 966,987.04 |
| | SCC Acquisitions, Inc. | POC #15 | $ 4,476.99 |
| | OVC Holdings, LLC | POC #16 | $ 141,630,091.63 |
| | SunCal Master Venture Member, LLC | POC #17 | $ 1,398.23 |
| | Utility Consultants of Orange County | POC #19 | $ 5,550.00 |
| | Cal West Underground, Inc. | POC #20 | $ 4,374.60 |
| | Skyview Imaging | POC #22 | $ 1,025.00 |
| | Hillcrest Contracting, Inc. | POC #23 | $ 138,567.43 |
| | Arch Insurance Company | POC #24 | $155,423,657(contingent) $131,588.73 (liquidated) |
| | MacKenzie Landscape | POC #25 | $ 121,297.00 |
| | All American Asphalt | POC #26 | $ 60,355.48 |
| | Rohm Insurance Agency | POC #27 | $ 182,774.00 |
| | Pacific Soils Engineering Inc. | POC #28 | $ 153,910.10 |
| | SCC Acquisitions, Inc. Inc | POC #29 | $ 26,167,563.15 |
| | Bruce Elieff | POC #30 | $ 26,167,563.15 |
| | Los Angeles Times | POC #31 & #33 | $ 39,295.00 |
| | Los Angeles Times | POC #32 & #34 | $ 4,315.00 |
| | Proactive Engineering Consultants, Inc. | POC #35 & #36 | $ 280,685.20 |
| | Nissho of California, Inc. | POC #37 | $ 42,570.00 |
| | Waterforce Inc. | POC #38 | $ 20,893.30 |
| | Jackson DeMarco Tidus & Peckenpaugh | POC #39 | $ 19,383.02 |
| | Corporation Service Company | POC # 40 | $ 55.49 |

## SJD Development Corp.

| Debtor | Creditor | Proof of Claim # | Claim Amount |
|--------|----------|------------------|--------------|
| | SCC Acquisitions | POC #3 | $ - |
| | MWW Group Inc. | POC #5 | $ 42,019.25 |
| | Arch Insurance Company | POC #6 | $155,423,657(contingent) $131,588.73 (liquidated) |

## SJD Partners, Ltd.

| Debtor | Creditor | Proof of Claim # | Claim Amount |
|--------|----------|------------------|--------------|
| | Hunsaker & Associates - Irvine | POC #1 | $ 373,205.33 |
| | Palmieri, Tyler, Wiender, Wilhelm & Waldron LLP | POC #2; POC #5; POC #45; POC #46 | $ 7,080.17 |
| | KTGY Group, Inc. | POC #3 | $ 8,295.36 |
| | Utility Consultants of Orange | POC #4; POC #9 | $ 15,553.00 |
| | Contracting Engineers, Inc | POC #6 | $ 12,227.50 |
| | C.I. Printing Inc., dba Color Image Printing, Inc. | POC #7 | $ 22,127.70 |
| | Culberson, Adams & Associates | POC #8 | $ 19,751.66 |
| | Gary L. Vogt & Associates | POC #10 | $ 2,250.00 |
| | Scoop Reprint Source | POC #11 | $ 5,215.38 |
| | Daren Saunders Photography | POC #12 | $ 1,131.21 |
| | GCI Associates, Inc. | POC #13 | $ 641.42 |
| | Dexter Wilson Engineering, Inc | POC #14 | $ 10,418.37 |
| | HomeBuyers Guide Real Estate Inc. | POC #15 | $ 69,900.00 |
| | Creekside Development, Inc. | POC #16 | $ 3,663,332.72 |
| | Centex Homes | POC #17 | $ 3,771,678.07 |
| | SunCal Management, LLC | POC #18 | $ 1,386,189.57 |
| | SCC Acquisitions, Inc. | POC #19 | $ 27,166.61 |
| | Boudreau Pipeline Corporation | POC #20 | $ 899,840.47 |
| | SunCal Management, LLC | POC #22 | $ 198,926.00 |
| | SunCal Master Venture Member, LLC | POC #23 | $ 45,164.31 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #25 | $ 319,287.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #27 | $ 343,468.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #28 | $ 378,797.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #29 | $ 114,291.00 |

326

000567

| Debtor | Creditor | Proof of Claim # | Claim Amount |
|---|---|---|---|
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #30 | $ 710,192.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #31 | $ 476,943.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #32 | $ 364,676.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #33 | $ 262,073.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #34 | $ 1,639,486.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #35 | $ 1,537,973.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #36 | $ 434,156.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #37 | $ 763,671.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #38 | $ 219,070.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #39 | $ 70,005.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #40 | $ 83,952.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #41 | $ 78,031.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #42 | $ 7,712,119.00 |
| | SCC Acquisitions, Inc. | POC #43 | $ 37,472,869.00 |
| | Bruce Elieff | POC #44 | $ 37,472,869.00 |
| | Arch Insurance Company | POC #47 | $155,423,657(contingent) $131,588.73 (liquidated) |
| | Summers Murphy & Partners, Inc | POC #48 | $ 8,350.00 |
| | 5th Gear, LLC | POC #49 | $ 97,531.77 |
| | All American Asphalt | POC #50 | $ 245,870.91 |
| | Halladay & Mim Mack, Inc. | POC #51 | $ 44,611.21 |
| | Voss, Cook & Thel, LLP | POC #52 | $ 205,322.98 |
| | Chino Grading, Inc. | POC #53 | $ 282,044.14 |
| | Ron Martin & Associates, Inc. | POC #54 | $ 35,217.09 |
| | Rohm Insurance Agency | POC #55 | $ 109,185.00 |
| **SunCal PSV, LLC** | | | |
| | Desert Publications | POC #1 | $ 10,385.00 |
| | SunCal Management, LLC | POC #2 | $ 520,753.13 |
| | SCC Acquisitions, Inc. | POC #3 | $ 22,977.13 |
| | Brudvik, Inc. | POC #4 | $ 48,984.54 |
| | Larry Jacinto Construction, Inc. | POC #5; POC #24 | $ 212,963.76 |
| | MOM Publications, Inc. dba New Homes Magazine | POC #6 | $ 10,383.93 |
| | SunCal Management, LLC | POC #7 | $ 206,329.30 |
| | SCC Acquisitions, Inc. | POC #8 | $ 18,512.37 |
| | Williams + Paddon Architects + Planners, Inc | POC #9 | $ 64,084.38 |
| | Williams + Paddon Architects + Planners, Inc | POC #10 | $ 9,713.84 |
| | SCC Acquisitions, Inc. | POC #11 | $ 17,393.01 |
| | SunCal Master Venture Member, LLC | POC #13 | $ 72,278.36 |
| | SCC Acquisitions, Inc. | POC #14 | $ 18,405,548.00 |
| | Bruce Elieff | POC #15 | $ 18,405,548.00 |
| | Desert Water Agency | POC #16 | $ 53,443.92 |
| | AP Medallion Gold LLC dba Golf Ventures West, LLC | POC #17 | $4,072.97 |
| | Martin Excavation, Inc. | POC #18 | $ 1,762.50 |
| | West Coast Turf | POC #19 | $ 263,262.04 |
| | High Tech Irrigation, Inc. | POC #20 | $ 50,526.39 |
| | Griffin Structures, Inc. | POC #21; POC #22 | $ 80,001.60 |
| | The Collaborative West, Inc. | POC #23 | $ 79,547.50 |
| | Southern California Edison Company | POC #25 | $ 243.89 |
| | Southern California Edison Company | POC #26 | $ 23,681.62 |
| | HSA Design Group | POC #27 | $ 8,767.92 |
| | Arch Insurance Company | POC #28 | $155,423,657(contingent) $131,588.73 (liquidated) |
| | 5th Gear, LLC | POC #29 | $ 136,356.73 |
| | Rohm Insurance Agency | POC #30 | $ 183,883.00 |
| | Stormwater Compliance Specialists, Inc. | POC #31; POC #37 | $ 21,840.00 |
| | Swanillon Inc., dba The Land Stewards | POC #32; POC #38 | $ 23,024.04 |
| | Pacific Masonry Walls Inc | POC #33; POC #39 | $ 314,061.23 |
| | Simplot Partners (J.R. Simplot Company) | POC #34; POC #40 | $ 3,467.88 |
| | Palm Springs Pump, Inc. | POC #35; POC #41 | $ 18,158.59 |
| | Desert Pipeline Inc | POC #36; POC #42; POC #47 | $ 469,764.09 |
| | MSA Consulting, Inc. | POC #43 | $ 666,897.27 |
| | Nissho of California, Inc. | POC #44 | $ 1,856,428.02 |
| | Jackson, DeMarco, Tidus & Peckenpaugh | POC #45 | $ 52,234.50 |
| | Oliphant Golf, Inc. | POC #46 | $ 456,476.47 |
| | Protection One | POC #48 | $ 2,194.19 |
| **Palmdale Hills Property, LLC** | | | |
| | Asphalt Professionals | POC #1; POC #46 | $ 35,528.13 |
| | Pinnacle Land Surveying, Inc | POC #2 | $ 66,051.00 |
| | Inland Blueprint Inc. dba IB Reprographics | POC #3; POC #21 | $ 2,320.77 |
| | Greg Norman Golf Course Design | POC #4 | $ 211,490.01 |
| | A.G.I. Geotechnical, Inc. | POC #5 | $ 20,045.81 |
| | The Corporation Int Rate Mgmt | POC #6 | $ 112,500.00 |
| | Gec Consultants, Inc. | POC #7 | $ 10,080.00 |
| | Glumac | POC #8 | $ 2,662.40 |
| | KTGY Group, Inc. | POC #9 | $ 49,996.82 |

| Debtor | Creditor | Proof of Claim # | Claim Amount |
|---|---|---|---|
| | Lim & Nascimento Engineering | POC #10; POC #45 | $ 1,830.00 |
| | Patricia I. Volkerts Trust dated August 7, 2000 | POC #11 | $ 871,703.19 |
| | SJD Partners, Ltd. | POC #13 | $ 12,584.00 |
| | Stantec Consulting | POC #14; POC #56 | $ 134,297.23 |
| | HD Supply Construction Supply, LTD., dba HD Supply White Cap Construction Supply | POC #15 | $ 14,893.18 |
| | Charles Skaggs | POC #16 | $ 6,096.25 |
| | Glenn Lukos Associates, Inc. | POC #17; PCC #18;POC #36 | $ 1,216.78 |
| | Glenn Lukos Associates, Inc. | POC #19 | $ 11,326.13 |
| | Scott E. McDaniel | POC #20 | $ 535,000.00 |
| | So. & Associates Engineers | POC #22 | $ 15,485.00 |
| | SunCal Management, LLC | POC #23 | $ 1,379,367.84 |
| | SCC Acqusitions, Inc. | POC #24 | $ 3,000.00 |
| | Warmington Homes California | POC #25 | $ 1,771,232.88 |
| | Palmieri, Tyler, Wiener, Wilhelm & Waldron LLP | POC #26 | $ 91,034.50 |
| | Western Oilfields Supply Co. Inc. dba Rain for Rent | POC #27 | $ 2,160.11 |
| | Linscott, Law & Greenspan Engnrs | POC #28 | $ 608.50 |
| | Arleen Logan | POC #29 | $ 668,250.00 |
| | Amec Earth and Environmental | POC #30 | $ 17,906.39 |
| | Klassen Corporation | POC #31 | $ 306,360.99 |
| | Hewitt & O'Neil LLP | POC #32; POC #92 | $ 12,584.00 |
| | Sierra Cascade Construction | POC #33 | $ 550,677.29 |
| | Greg Norman Golf Course Design | POC #34 | $ 218,259.21 |
| | Dou Family Trust; Hsu Chih Chang Trust | POC #35 | $ 3,173,499.50 |
| | Glenn Lukos Associates, Inc. | POC #37 | $ 7,924.19 |
| | Ugalde Trucking Co., Inc. | POC #38 | $ 6,520.00 |
| | GCI Associates, Inc. | POC #39 | $ 641.42 |
| | Andy Gump | POC #40 | $ 11,183.08 |
| | Wood Rogers, Inc. | POC #41 | $ 34,119.11 |
| | GeoTeck, Inc. | POC #42 | $ 17,749.00 |
| | Cooks Portable Toilets & Septic, LLC | POC #43 | $ 2,743.21 |
| | HMK Engineers | POC #44 | $ 26,688.85 |
| | Zeiser KLing Consultants, Inc | POC #47 | $ 8,584.27 |
| | Asphalt Professionals | POC #48 | $ 75,188.52 |
| | Bova Contracting Group | POC #49; POC #58 | $ 1,155,533.39 |
| | Cal-State Rent A Fence | POC #50; POC #100 | $ 1,673.72 |
| | Staas Construction, Inc. | POC #51 | $ 166,105.82 |
| | Pierce's Security | POC #52 | $ 53,919.09 |
| | Roddan Paolucci Roddan Advertising | POC #53 | $ 78,083.50 |
| | Arch Insurance Company | POC #54 | $155,423,657(contingent) $131,588.73 (liquidated) |
| | Southland Framers, Inc. | POC #55; POC #67; POC #68 | $ 177,801.98 |
| | Jeanette C. Justus Associate | POC #57 | $ 28,428.59 |
| | SunCal Management, LLC | POC #59 | $ 489,020.27 |
| | Bethel Island Municipal Improvement District | POC #61 | $ 2,000,000.00 |
| | Pinnick, Inc. | POC #62 | $ 30,752.71 |
| | Pinnick, Inc. | POC #63 | $ 936,234.33 |
| | Pinnick, Inc. | POC #64 | $ 563,159.02 |
| | Summers/Murphy & Partners, I | POC #66 | $ 54,375.00 |
| | Urban CrossRoads, Inc. | POC #69 | $ 14,320.00 |
| | Outdoor Sales, Inc. | POC #70 | $ 785,282.57 |
| | Rohm Insurance Agency | POC #71 | $ 97,821.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #72 | $ 1,784,700.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #73 | $ 6,353,850.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #74 | $ 150,700.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #75 | $ 3,414,300.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #76 | $ 240,750.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #77 | $ 649,500.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #78 | $ 3,160,650.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #79 | $ 4,122,000.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #80 | $ 784,050.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #81 | $ 37,950.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #82 | $ 19,500.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #83 | $ 5,900.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #84 | $ 13,000.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #85 | $ 3,549,700.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #86 | $ 573,400.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #87; POC #103 | $ 24,859,950.00 |
| | Lennar Centex Del Rio Partners LLC | POC #88 | $ 3,063,489.30 |
| | The City of Palmdale | POC #89 | Unknown |
| | SCC Acqusitions, Inc. | POC #90 | $ 27,991,947.00 |
| | Bruce Elieff | POC #91 | $ 27,991,947.00 |
| | Chameleon Design, Inc. | POC #93; POC #99 | $ 48,240.00 |
| | Jag Construction | POC #96 | $ 163,018.12 |
| | County of San Bernardino | POC#97 | $ 504,245.23 |
| | AMEC Earth & Environmental, Inc. | POC #98 | $ 195,576.53 |
| | Cheryl R. Mims | POC #101 | $ 136,229.12 |
| | Wallace Kuhl & Associates, Inc. | POC #102 | $ 11,379.39 |

328
000569

| Debtor | Creditor | Proof of Claim # | Claim Amount |
|---|---|---|---|
| | Southern California Edison Company | POC #104 | $ 43.68 |
| | Franchise Tax Board | POC #105 | $ 7,517.99 |
| | | | |
| **SunCal Communities I, LLC** | | | |
| | Arch Insurance Company | POC #1 | $155,423,657 (contingent) $131,588.73 (liquidated) |
| | | | |
| **SunCal Communities III, LLC** | | | |
| | Verizon California Inc. | POC #1 | $ 459.40 |
| | Arch Insurance Company | POC #3 | $155,423,657 (contingent) $131,588.73 (liquidated) |
| | | | |
| **SunCal Summit Valley, LLC** | | | |
| | Hunsaker & Associates - Irvine | POC #1 | $ 126,940.25 |
| | Development Planning Solutions | POC #2 | $ 12,420.54 |
| | LSA Associates, Inc. | POC #3 | $ 6,985.67 |
| | Arthur Riggs | POC #4 | $ 801,900.00 |
| | Arleen Logan | POC #5 | $ 668,250.00 |
| | Charles E. Skaggs | POC #6 & #14 | $ 6,096.25 |
| | SunCal Management, LLC | POC #7 | $ 7,436.33 |
| | SCC Acquisitions, Inc. | POC #8 | $ 2,500.00 |
| | Pacific Soils Engineering, Inc. | POC #9 | $ 16,827.00 |
| | SunCal Management, LLC | POC #10 | $ 42,027.08 |
| | SunCal Master Venture Member LLC | POC #13 | $ 5,991.40 |
| | Arch Insurance Company | POC #15 | $155,423,657 (contingent) $131,588.73 (liquidated) |
| | Summers/Murphy & Partners | POC #16 | $ 7,600.00 |
| | Chellmalie Enterprises, a California Partnership | POC #17 | $ 1,388,156.25 |
| | | | |
| **Tesoro SF, LLC** | | | |
| | Glenn Lukes Associates, Inc. | POC #1 | $ 11,326.13 |
| | SCC Acquisitions, Inc. | POC #3 | $ 4,688.85 |
| | SunCal Management, LLC | POC #4 | $ 104,510.08 |
| | SunCal Management, LLC | POC #5 | $ 118,891.12 |
| | Arch Insurance Company | POC #8 | $155,423,657 (contingent) $131,588.73 (liquidated) |
| | Rohm Insurance Company | POC #9 | $ 8,560.00 |

Note: The above list does not include certain contingent claims filed by SCC Acquisitions, Inc. Some claims listed may have been

# EXHIBIT "20"

000571

**Mechanic Lien Claims**

| Claimant | Claim Nos. |
|---|---|
| The Holder of the asserted Mechanic Lien Claim held by Asphalt Professionals against the Ritter Ranch Project owned by Palmdale Hills in the amount of $38,249. | Palmdale Hills 1 and 46 |
| The Holder of the asserted Mechanic Lien Claim held by Sierra Cascade Construction against the Ritter Ranch Project owned by Palmdale Hills in the amount of $550,677. | Palmdale Hills 33 |
| The Holder of the asserted Mechanic Lien Claim held by Staats Construction. Inc. against the Ritter Ranch Project owned by Palmdale Hills in the amount of $166,105. | Palmdale Hills 51 |
| The Holder of the asserted Mechanic Lien Claim held by Southland Farmers, Inc. against the Ritter Ranch Project owned by Palmdale Hills in the amount of $177,801. | Palmdale Hills 55, 67 and 68 |
| The Holder of the asserted Mechanic Lien Claim held by Pinnick, Inc. against the Ritter Ranch Project owned by Palmdale Hills in the amount of $1,530,146. | Palmdale Hills 62, 63 and 64 |
| The Holder of the asserted Mechanic Lien Claim held by Chamelon Design Inc. against the Ritter Ranch Project owned by Palmdale Hills in the amount of $73,600. | Palmdale Hills 93, 99 |
| The Holder of the asserted Mechanic Lien Claim held by Hall & Foreman, Inc. against the Emerald Meadows Project in the amount of $287,727. | SunCal Emerald 13 |
| The Holder of the asserted Mechanic Lien Claim held by Proactive Engineering against the Emerald Meadows Project in the amount of $991,315. | SunCal Emerald 15 and 16 |
| The Holder of the asserted Mechanic Lien Claim held by HD Supply Construction against the Ritter Ranch Project owned by Palmdale Hills in the amount of $14,893. | Palmdale Hills 15 |
| The Holder of the asserted Mechanic Lien Claim held by MHM Engineers against the Bickford Ranch Project in the amount of $8,916. | SunCal Bickford 5 |
| The Holder of the asserted Mechanic Lien Claim held by Land Architecture against the Bickford Ranch Project in the amount of $100,245. | SunCal Bickford 6 |
| The Holder of the asserted Mechanic Lien Claim held by Kiewit Pacific Co. against the Bickford Ranch Project in the amount of $1,868,357. | SunCal Bickford 10 |

61901.1

1

| Claimant | Claim Nos. |
|---|---|
| The Holder of the asserted Mechanic Lien Claim held by ARB, Inc. against the Bickford Ranch Project in the amount of $1,052,272. | SunCal Bickford 15 |
| The Holder of the asserted Mechanic Lien Claim held by Independent Construction against the Bickford Ranch Project in the amount of $117,209. | SunCal Bickford 28 |
| The Holder of the asserted Mechanic Lien Claim held by Marques Pipeline, Inc. against the Bickford Ranch Project in the amount of $330,118. | SunCal Bickford 29 and 30 |
| The Holder of the asserted Mechanic Lien Claim held by Pacific Soils Engineering against the portion of the Summit Valley Project owned by Summit Valley in the amount of $16,827. | SunCal Summit 9 |
| The Holder of the disputed asserted Mechanic Lien Claim held by Hertz Equipment Rental Corporation against the Delta Coves Project in the amount of $25,444. | SunCal Delta Coves 2 |
| The Holder of the asserted Mechanic Lien Claim held by MBH Architects against the Delta Coves Project in the amount of $97,091. | SunCal Delta Coves 8 |
| The Holder of the asserted Mechanic Lien Claim held by HD Supply Construction against the Heartland Project in the amount of $47,675. | SunCal Heartland 2 |
| The Holder of the asserted Mechanic Lien Claim held by Pinnik, Inc. against the Heartland Project in the amount of $563,159. | SunCal Heartland 8 |
| The Holder of the asserted Mechanic Lien Claim held by Dennis M. McCoy & Sons against the Heartland Project in the amount of $941,960. | SunCal Heartland 16 |
| The Holder of the asserted Mechanic Lien Claim held by Trimax Systems, Inc. against the Marblehead Project in the amount of $75,286. | SunCal Marblehead 3 |
| The Holder of the asserted Mechanic Lien Claim held by Butsko Utility Design, Inc. against the Marblehead Project in the amount of $6,250. | SunCal Marblehead 4 |
| The Holder of the asserted Mechanic Lien Claim held by Dennis RMF Contracting, Inc. against the Marblehead Project in the amount of $264,749. | SunCal Marblehead 28 |
| The Holder of the asserted Mechanic Lien Claim held by The Jasper Companies against the Marblehead Project in the amount of $165,260. | SunCal Marblehead 29 |
| The Holder of the asserted Mechanic Lien Claim held by Kirk Negrete, Inc. dba United Steel Placers against the Marblehead Project in the amount of $270,056. | SunCal Marblehead 38 |
| The Holder of the asserted Mechanic Lien Claim held by RBF Consulting against the Marblehead Project in the amount of $125,093. | SunCal Marblehead 39 |

| Claimant | Claim Nos. |
|---|---|
| The Holder of the asserted Mechanic Lien Claim held by RJ Noble Co. against the Marblehead Project in the amount of $175,030. | SunCal Marblehead 42, 50 and 58 |
| The Holder of the asserted Mechanic Lien Claim held by Orange County Stripping Services against the Marblehead Project in the amount of $4,400. | SunCal Marblehead 46 and 54 |
| The Holder of the asserted Mechanic Lien Claim held by Savala Equipment Co. Inc. against the Marblehead Project in the amount of $34,440. | SunCal Marblehead 48 and 56 |
| The Holder of the asserted Mechanic Lien Claim held by Rockey Murata Landscaping against the Marblehead Project in the amount of $285,643. | SunCal Marblehead 60 |
| The Holder of the asserted Mechanic Lien Claim held by HD Supply Construction against the Oak Valley Project in the amount of $52,806. | SunCal Oak Valley 3 |
| The Holder of the asserted Mechanic Lien Claim held by Pinnik Inc. against the Oak Valley Project in the amount of $966,987. | SunCal Oak Valley 12 and 14 |
| The Holder of the asserted Mechanic Lien Claim held by Hillcrest Contracting Inc. against the Oak Valley Project in the amount of $136,567. | SunCal Oak Valley 23 |
| The Holder of the asserted Mechanic Lien Claim held by MacKenzie Landscape against the Oak Valley Project in the amount of $121,297. | SunCal Oak Valley 25 |
| The Holder of the asserted Mechanic Lien Claim held by All American Asphalt against the Oak Valley Project in the amount of $60,355. | SunCal Oak Valley 26 |
| The Holder of the asserted Mechanic Lien Claim held by Los Angeles Times against the Oak Valley Project in the amount of $43,610. | SunCal Oak Valley 31 and 32 |
| The Holder of the asserted Mechanic Lien Claim held by Proactive Engineering against the Oak Valley Project in the amount of $280,685. | SunCal Oak Valley 35 and 36 |
| The Holder of the asserted Mechanic Lien Claim held by Brudvik Inc. against the Palm Springs Village Project in the amount of $43,365. | SunCal PSV 4 |
| The Holder of the asserted Mechanic Lien Claim held by Larry Jacinto Construction Inc. against the Palm Springs Village Project in the amount of $212,663. | SunCal PSV 5 and 24 |
| The Holder of the asserted Mechanic Lien Claim held by William + Paddon Architects + Planners Inc. against the Palm Springs Village Project in the amount of $73,798. | SunCal PSV 9 and 10 |
| The Holder of the asserted Mechanic Lien Claim held by Southern California Edison against the Palm Springs Village Project in the amount of $23,861. | SunCal PSV 26 |

| Claimant | Claim Nos. |
|---|---|
| The Holder of the asserted Mechanic Lien Claim held by Pacific Masonry Walls, Inc. against the Palm Springs Village Project in the amount of $314,061. | SunCal PSV 33 and 39 |
| The Holder of the asserted Mechanic Lien Claim held by J.R. Simplot Company against the Palm Springs Village Project in the amount of $3,467. | SunCal PSV 34 and 40 |
| The Holder of the asserted Mechanic Lien Claim held by Desert Pipeline Inc. against the Palm Springs Village Project in the amount of $469,784. | SunCal PSV 36, 42 and 47 |
| The Holder of the asserted Mechanic Lien Claim held by MSA Consulting against the Palm Springs Village Project in the amount of $666,897. | SunCal PSV 43 |
| The Holder of the asserted Mechanic Lien Claim held by Jackson DeMarco against the Palm Springs Village Project in the amount of $52,234. | SunCal PSV 45 |
| The Holder of the asserted Mechanic Lien Claim held by Oliphant Gold, Inc. against the Oak Knoll Project in the amount of $456,476. | SunCal Oak Knoll 46 |
| The Holder of the asserted Mechanic Lien Claim held by RGA Environmental, Inc. against the Oak Knoll Project in the amount of $75,617. | SunCal Oak Knoll 1 |
| The Holder of the asserted Mechanic Lien Claim held by BKF Engineers against the Oak Knoll Project in the amount of $308,817. | SunCal Oak Knoll 2 and 19 |
| The Holder of the asserted Mechanic Lien Claim held by CST Environmental Inc. against the Oak Knoll Project in the amount of $4,316,169. | SunCal Oak Knoll 4 and 9 |

333
000575

# CCM - NMTC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **NOTICE OF MOTION AND MOTION FOR ORDER DISALLOWING CERTAIN CLAIMS HELD BY LEHMAN ALI INC. AND LEHMAN COMMERCIAL PAPER INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -- Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 8, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On April 8, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 8, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via Attorney Service
Honorable Erithe Smith
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 5041
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 8, 2011 | Viann Corbin | /s/ Viann Corbin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-18-

**NEF SERVICE LIST**

- Selia M Acevedo   sacevedo@millerbarondess.com,
  mpritikin@millerbarondess.com;bproccl@millerbarondess.com
- Joseph M Adams   jadams@sycr.com
- Raymond H Aver   ray@averlaw.com
- James C Bastian   jbastian@shbllp.com
- Thomas Scott Belden   sbelden@kleinlaw.com, ecf@kleinlaw.com
- John A Boyd   fednotice@tclaw.net
- Mark Bradshaw   mbradshaw@shbllp.com
- Gustavo E Bravo   gbravo@smaha.com
- Jeffrey W Broker   jbroker@brokerlaw.biz
- Brendt C Butler   bbutler@mandersonllp.com
- Andrew W Caine   acaine@pszyjw.com
- Carollynn Callari   ccallari@venable.com
- Dan E Chambers   dchambers@jmbm.com
- Shirley Cho   scho@pszjlaw.com
- Vonn Christenson   vrc@paynefears.com
- Brendan P Collins   bpcollins@bhfs.com
- Vincent M Coscino   vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot   pcouchot@winthropcouchot.com,
  pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Jonathan S Dabbieri   dabbieri@sullivan.com,
  hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Ana Damonte   ana.damonte@pillsburylaw.com
- Vanessa S Davila   vsd@amclaw.com
- Melissa Davis   mdavis@shbllp.com
- Daniel Denny   ddenny@gibsondunn.com
- Caroline Djang   crd@jmbm.com
- Donald T Dunning   ddunning@dunningLaw.com
- Joseph A Eisenberg   jac@jmbm.com
- Lei Lei Wang Ekvall   lekvall@wgllp.com
- Richard W Esterkin   resterkin@morganlewis.com
- Marc C Forsythe   kmurphy@goeforlaw.com
- Alan J Friedman   afriedman@irell.com
- Steven M Garber   steve@smgarberlaw.com
- Christian J Gascou   cgascou@gascouhopkins.com
- Barry S Glaser   bglaser@swjlaw.com
- Robert P Goe   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg   egoldberg@stutman.com
- Richard H Golubow   rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez   mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith   bkemail@harrisbeach.com
- Matthew Grimshaw   mgrimshaw@rutan.com
- Kavita Gupta   kgupta@winthropcouchot.com
- Asa S Hami   ahami@morganlewis.com
- Michael J Hauser   michael.hauser@usdoj.gov
- D Edward Hays   ehays@marshackhays.com
- Michael C Heinrichs   mheinrichs@omm.com
- Harry D. Hochman   hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff   jonathan.hoff@cwt.com
- Nancy Hotchkiss   nhotchkiss@trainorfairbrook.com

-19-

- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com
- Sheri Kanesaka    sheri.kanesaka@bryancave.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Irene L Kiet    ikiet@hkclaw.com
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- David B Lally    davidlallylaw@gmail.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Robert C Martinez    rmartinez@mclex.com
- Michael D May    mdmayesq@verizon.net
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Joel S. Miliband    jmiliband@rusmiliband.com
- James M Miller    jmiller@millerbarondess.com
- Louis R Miller    smiller@millerbarondess.com
- Randall P Mroczynski    randym@cookseylaw.com
- Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert Nida    Rnida@castlelawoffice.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Penelope Parmes    pparmes@rutan.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Katherine C Piper    kpiper@steptoe.com
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- James S Riley    tgarza@sierrafunds.com
- Todd C. Ringstad    becky@ringstadlaw.com
- R Grace Rodriguez    ecf@lorgr.com
- Martha E Romero    Romero@mromerolawfirm.com
- Ronald Rus    rrus@rusmiliband.com
- John P Schafer    jschafer@mandersonllp.com
- John E Schreiber    jschreiber@dl.com
- William D Schuster    bills@allieschuster.org
- Christopher P Simon    csimon@crosslaw.com
- Wendy W Smith    wendy@bindermalter.com
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com
- Michael St James    ecf@stjames-law.com
- Michael K Sugar    msugar@irell.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com

000579

- David A Tilem    davidtilem@tilemlaw.com,
  malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Annie Verdries    verdries@lbbslaw.com
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    , kim.johnson@kattenlaw.com
- Christopher T Williams    ctwilliams@venable.com, jcontreras@venable.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Brett K Wiseman    bwiseman@aalaws.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman    joshuasdaddy@att.net

SERVICE VIA FIRST CLASS MAIL

| Bickford 16, SJDPartners23<br>Comm9, Tesoro7 | Heartland9, Marblehead21, PSV12<br>Acton6Emerald 7, SunValley17, PalmdaleHills65<br>SummitValley12, Northlake6, OakValley |
|---|---|
| Lehman Commercial Paper Inc.<br>Lehman ALI, Inc.<br>Attn: Gerald Pietroforte<br>1271 Sixth Ave., 46th Fl.<br>New York, NY 10020 | Lehman ALI, Inc.<br>OVC Holdings, LLC<br>Northlake Holdings LLC<br>Lehman Commercial Paper Inc.<br>Attn: Jeff Fitts<br>1271 Sixth Ave., 46th Fl.<br>New York, NY 10020 |
| All | |
| Weil, Gotshal & Manges LLP<br>Attn: Shai Y. Waisman<br>767 Fifth Ave.<br>New York, NY 10153 | |

000580