KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.  **Hearing Date:  June 15, 2011**
551 Fifth Avenue, 18th Floor  **Hearing Time:  10:00 a.m.**
New York, New York 10176
(212) 968-6000
Matthew J. Gold

Counsel for Elliott Management Corp.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re
Lehman Brothers Holdings Inc., et al.,                     No. 08-13555 (JMP)

                              Debtors.
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Andre Gabriel, state, under penalty of perjury:

1. I am not a party to the action, and am over 18 years of age.

2. On June 8, 2011, I served a true copy of the Opposition of Elliott Management Corp. to Motion of the Ad Hoc Group of Lehman Brothers Creditors Pursuant to Sections 105(a) and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2019 and 7026 to Establish Disclosure Procedures by facsimile addressed to the following address:

   Office of the United States Trustee
   33 Whitehall Street, 21st Floor
   New York, New York  10004
   (212) 668-2255
   Attn:   Tracy Hope Davis, Esq.
           Elisabetta G. Gasparini, Esq.
           Andrea B. Schwartz, Esq.
           Andy Velez-Rivera, Esq.
           Paul Schwartzberg, Esq.
           Brian Masumoto, Esq.
           Linda Riffkin, Esq.

                                           /s/ Andre Gabriel
                                           Andre Gabriel

Dated:  June 8, 2011

MGOLD\187751.2 - 6/8/11

| | |
|---|---|
| KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.<br>551 Fifth Avenue, 18th Floor<br>New York, New York 10176<br>(212) 968-6000<br>Matthew J. Gold | Hearing Date: June 15, 2011<br>Hearing Time:  10:00 a.m. |

Counsel for Elliott Management Corp.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

In re
Lehman Brothers Holdings Inc., et al.,                    No. 08-13555 (JMP)

                       Debtors.
----------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

I, Matthew J. Gold, state, under penalty of perjury:

3. I am not a party to the action, and am over 18 years of age.

4. On June 8, 2011, I served a true copy of the Opposition of Elliott Management Corp. to Motion of the Ad Hoc Group of Lehman Brothers Creditors Pursuant to Sections 105(a) and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2019 and 7026 to Establish Disclosure Procedures by email addressed to the following address:

    Gerard Uzzi, Esq. (guzzi@whitecase.com)
    J. Christopher Shore, Esq. (cshore@whitecase.com)
    Harvey R. Miller, Esq. (harvey.miller@weil.com)
    Richard P. Krasnow, Esq. (richard.krasnow@weil.com)
    Lori R. Fife, Esq. (lori.fife@weil.com)
    Shai Y. Waisman, Esq. (shai.waisman@weil.com)
    Jacqueline Marcus, Esq. (jacqueline.marcus@weil.com)
    Alfredo R. Perez, Esq. (alfredo.perez@weil.com)
    Dennis F. Dunne, Esq. (ddunne@milbank.com)
    Dennis C. O'Donnell, Esq. (dodonnell@milbank.com)
    Evan R. Fleck, Esq. (efleck@milbank.com)

                                                    /s/ Matthew J. Gold
                                                    Matthew J. Gold

Dated:  June 8, 2011

MGOLD\187751.2 - 6/8/11