## CERTIFICATE OF SERVICE

      I, Craig M. Price, an attorney, hereby certify that prior to 4:00 pm EST on the 8th day of June 2011, I caused a true and correct copy of the **Objection of U.S. Bank National Association as Trustee to Debtors' Motion, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Extend Stay of Avoidance Actions and Grant Certain Related Relief,** to be served electronically through the Court's ECF System on parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

Honorable James M. Peck
United States Bankruptcy Court for the
    Southern District of New York
Courtroom 601
One Bowling Green
New York, NY 10004

Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea Schwartz, Esq.
Office of the U.S. Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004

Lindsee P. Granfield, Esq.
Lisa Schweiger, Esq.
Cleary Gotliebb LLP
One Liberty Plaza
New York, NY 10006

Terry S. Arbit
Robert B. Wasserman
Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581

James Kobak
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Mindy J. Spector, Esq.
Peter Gruenberger, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Chicago Mercantile Exchange
20 South Wacker Drive
Chicago, IL 20581

Ronald J. Silverman
Steven Wilamowsky
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689

3016818.01.02-1.doc

- 2 -

| | |
|---|---|
| Jessica L. Fink<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281 | Ira M. Levee<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ  07068 |
| Thomas R. Slome<br>Meyer, Suozzi,  English & Klein, P.C.<br>900 Stewart Avenue, Suite 300<br>PO Box 9194<br>Garden City, NY  11530 | Madlyn Gleich Primoff<br>Scott D. Talmadge<br>Richard Choi<br>Kaye Scholer, LLP<br>425 Park Avenue<br>New York, NY  10022 |
| Paul Aronzo<br>Gregory Bray<br>Milbank, Tweed, Hadley & McCloy<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA  90017 | Assistant United States Attorney, SDNY<br>Attn:  Robert Yalen, Esq.<br>86 Chambers Street<br>3rd Floor<br>New York, NY  10007 |
| Internal Revenue Service<br>Special Procedures Branch<br>Attn:  District Director<br>290 Broadway<br>New York, NY  10007 | |

/s/ Craig M. Price
_____
Craig M. Price