Hearing Date and Time:  June 15, 2011 at 10:00 a.m. (Prevailing Eastern Time)

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York  10022
Telephone:  (212) 848-4000
Facsimile:   (212) 848-7179
Douglas P. Bartner
Brian H. Polovoy

*Attorneys for Nomura International plc,
Nomura Securities Co., Ltd., and
Nomura Global Financial Products, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                              :
In re:                                                        :   Chapter 11
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :   Case No. 08-13555 (JMP)
                                                              :
                                           Debtors.           :   (Jointly Administered)
                                                              :
---------------------------------------------------------------x

**JOINDER OF NOMURA INTERNATIONAL PLC, NOMURA SECURITIES
CO., LTD. AND NOMURA GLOBAL FINANCIAL PRODUCTS, INC. TO THE
OBJECTION OF BARCLAYS BANK PLC, BARCLAYS CAPITAL INC. AND
THEIR AFFILIATES TO THE MOTION OF THE AD HOC GROUP OF
LEHMAN BROTHERS CREDITORS PURSUANT TO SECTION 105(a) AND
1109(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2019
AND 7026 TO ESTABLISH DISCLOSURE PROCEDURES**

TO:    THE HONORABLE JAMES M. PECK
       UNITED STATES BANKRUPTCY JUDGE:

Nomura International plc, Nomura Securities Co., Ltd. and Nomura Global Financial Products, Inc. (collectively "Nomura"), by and through their undersigned counsel, hereby join the Objection of Barclays Bank PLC, Barclays Capital Inc. and their affiliates (the "Objection") to the Motion of the Ad Hoc Group of Lehman Brothers Creditors Pursuant to Section 105(a) and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2019 and 7026 to Establish Disclosure Procedures [Docket No. 17014] (the "Motion").

WHEREFORE, for the reasons set forth in the Objection, Nomura respectfully requests that this Court deny the Motion and grant any further relief as the Court may deem just or proper.

Dated: New York, New York
June 8, 2011

                        SHEARMAN & STERLING LLP

                        By:    /s/ Brian H. Polovoy

                            Douglas P. Bartner
                            Brian H. Polovoy
                            599 Lexington Avenue
                            New York, NY  10022-6069
                            Telephone:  (212) 848-4000
                            Facsimile: (212) 848-7179

*Attorneys for Nomura International plc,*
*Nomura Securities Co., Ltd., and Nomura Global*
*Financial Products, Inc.*