WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Telephone: 212.937.7232
Facsimile: 212.230.8888
Philip D. Anker

Attorneys for Värde Partners, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2011, a true and correct copy of *Värde Partners, L.P.'s Objection to the Motion of the Ad Hoc Group of Lehman Brothers Creditors Pursuant to Sections 105(a) and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2019 and 7026 to Establish Disclosure Procedures* was served via hand delivery upon the parties listed on the attached Service List and was also served electronically upon all interested parties using the Court's CM/ECF system.

Dated: June 8, 2011
        New York, New York

                                                 /s/ Philip D. Anker
                                                Philip D. Anker
                                                WILMER CUTLER PICKERING
                                                 HALE AND DORR LLP
                                                399 Park Avenue
                                                New York, NY  10022
                                                Tel: (212) 230-8800
                                                Fax:  (212) 230-8888
                                                philip.anker@wilmerhale.com

                                                *Attorneys for Värde Partners, L.P.*

**SERVICE LIST**

Honorable James M. Peck
United States Bankruptcy Court
Alexander Hamilton Customs House
One Bowling Green, Courtroom 601
New York, New York 10004

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Attn:   Gerard Uzzi, Esq.
        J. Christopher Shore, Esq.
*(Attorneys for the Ad Hoc Group of Lehman Brothers Creditors)*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Harvey R. Miller, Esq.
        Richard P. Krasnow, Esq.
        Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq.
        Alfredo R. Pérez, Esq.
*(Attorneys for the Debtors)*

Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York, 10004
Attn:   Tracy Hope Davis, Esq.
        Elisabetta G. Gasparini, Esq.
        Andrea B. Schwartz, Esq.
        Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Matsumoto, Esq.
        Linda Riffkin, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.
*(Attorneys to the Official Committee of Unsecured Creditors)*