UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :    (Jointly Administered)
                 Debtors.                                   :
                                                            :
                                                            :    Ref. Docket Nos. 15523, 15527,
------------------------------------------------------------x    16413, 17372, 17379-17386, 17395,
                                                                 17396, 17398, 17400, 17401, 17410,
                                                                 17411

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 7, 2011, I caused to be 6yserved the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
8th day of June, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>    Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  CREDIT SUISSE                          CREDIT SUISSE
         ATTN: ALLEN GAGE                       CRAVATH, SWAINE & MOORE LLP
         1 MADISON AVE                          ATTN: RICHARD LEVIN
         NEW YORK NY 10010                      WORLDWIDE PLAZA
                                                825 EIGHTH AVENUE
                                                NEW YORK NY 10019
```

Please note that your claim # 55829-58 in the above referenced case and in the amount of
    $0.00   has been transferred **(unless previously expunged by court order)**

```
         BANK VONTOBEL AG, ZURICH/SWITZERLAND
         TRANSFEROR: CREDIT SUISSE
         GOTTHARDSTRASSE 43
         POSTFACH
         ZURICH    CH-8022
         SWITZERLAND
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 15523 in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/07/2011        Vito Genna, Clerk of Court

             /s/ Lauren Rodriguez
             _____
             By: Epiq Bankruptcy Solutions, LLC
              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 7, 2011.

**EXHIBIT B**

```
TIME: 10:58:41                                              LEHMAN BROTHERS HOLDING INC.                                                      PAGE:    1
DATE: 06/07/11                                                   CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: METHOD INVESTMENTS & ADVISORY LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVE NEW YORK NY 10022
MASTER FUND, L.P.
BANK JULIUS BAER & CO. LTD.                       TRANSFEROR: CREDIT SUISSE LEGAL PRODUCTS & SERVICES P.O. BOX ZURICH  CH-8010 SWITZERLAND
BANK VONTOBEL AG, ZURICH/SWITZERLAND              TRANSFEROR: CREDIT SUISSE GOTHARDSTRASSE 43 POSTFACH ZURICH  CH-8022 SWITZERLAND
CAJA DE CREDITO DE LOS INGENIEROS, SCC            TRANSFEROR: CERDA BARO, AGUSTIN ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA  08003 SPAIN
CAJA DE CREDITO DE LOS INGENIEROS, SCC            TRANSFEROR: GINE DAVI, JOSE & MARIA CARIDAD ROGER PLANAS ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA  08003 SPAIN
CAJA DE CREDITO DE LOS INGENIEROS, SCC            TRANSFEROR: MONTSERRAT CABRE RABADA, MARIA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA  08003 SPAIN
CALANTHE CAPITAL, L.L.C.                          CADWALADER, WICKERSHAM & TAFT LLP ATTN: DREW G.L. CHAPMAN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
CALANTHE CAPITAL, L.L.C.                          CADWALADER, WICKERSHAM & TAFT LLP ATTN: DREW GL CHAPMAN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
CALANTHE CAPITAL, L.L.C.                          TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC FDR STATION PO BOX 7268 NEW YORK NY 10150
CERDA BARO, AGUSTIN                               TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC FDR STATION PO BOX 7268 NEW YORK NY 10150
CERDA BARO, AGUSTIN                               CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA  08003 SPAIN
                                                  ROSA MUSSONS SALABERT GAVINA 16, INTERIOR CERDANYOLA DEL VALLES (BARCELONA)  08290 SPAIN
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE LOAN FUNDING LLC                    ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVE NEW YORK NY 10017
CREDIT SUISSE LOAN FUNDING LLC                    ATTN: ASHWINEE SAWH ONE MADISON AVE 2ND FL NEW YORK NY 10010
CREDIT SUISSE LOAN FUNDING LLC                    TRANSFEROR: ASHWINEE SAWH ONE MADISON AVENUE, 2ND FLOOR NEW YORK NY 10010
CREDIT SUISSE LOAN FUNDING LLC                    TRANSFEROR: BANCO ESPIRITO SANTO ATTN: ASHWINEE SAWH ONE MADISON AVENUE, 5TH FL NEW YORK NY 10010
GINE DAVI, JOSE & MARIA CARIDAD ROGER             TRANSFEROR: ONTARIO TEACHERS' PENSION PLAN BOARD ATTN: GIL GOLAN 11 MADISON AVENUE, 5TH FL NEW YORK NY 10010
PLANAS                                            CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA  08003 SPAIN
GINE DAVI, JOSE & MARIA CARIDAD ROGER             PASEO BONANOVA, 26, 5-2 BARCELONA  08022 SPAIN
PLANAS
GOLDMAN, SACHS & CO.                              TRANSFEROR: VIENNA INSURANCE GROUP WIENER STADTISCHE VERSICHERUNG AG ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR
                                                  JERSEY CITY NJ 07302
HO KAM WAI                                        FLAT R G/F FUK KEUNG INDUSTRIAL BUILDING 66-68 TONG MEI ROAD MONGKOK KOWLOON  HONG KONG
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: KLEINWORT BENSON BANK ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: KLEINWORT BENSON PRIVATE BANK LIMITED ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                  NEW YORK NY 10005
KLEINWORT BENSON BANK                             ATTN: EMMA VERNON 30 GRESHAM STREET LONDON  EC2V 7PG UNITED KINGDOM
KLEINWORT BENSON PRIVATE BANK LIMITED             ATTN: MATTHEW GLASS 30 GRESHAM STREET LONDON  EC2V 7PG UNITED KINGDOM
METHOD INVESTMENTS & ADVISORY LTD                 TRANSFEROR: AMIAS BERMAN & CO LLP ATTN: MARCO BORSA 16 BERKELEY STREET LONDON  W1J 8DZ UNITED KINGDOM
METHOD INVESTMENTS & ADVISORY LTD                 TRANSFEROR: GEROA PENTSIOAK, EPSV ATTN: MARCO BORSA 16 BERKELEY STREET LONDON  W1J 8DZ UNITED KINGDOM
MONTSERRAT CABRE RABADA, MARIA                    CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLA VIA LAIETANA, 39 BARCELONA  08003 SPAIN
MONTSERRAT CABRE RABADA, MARIA                    ENCARNACION CABRE RABADA C/VILADOMAT, 235-237, 3-1 BARCELONA  08029 SPAIN
ONTARIO TEACHERS' PENSION PLAN BOARD              ATTN: JEFF DAVIS 5650 YONGE STREET SUITE 500 TORONTO ON M2M 4H5 CANADA
ONTARIO TEACHERS' PENSION PLAN BOARD              MICHAEL H. TORKIN, ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
SILVER POINT CAPITAL FUND, L.P.                   DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, L.P.                   TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
                                                  DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL OFFSHORE MASTER
FUND, L.P.
SILVER POINT CAPITAL OFFSHORE MASTER              TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, L.P.                                        GREENWICH CT 06830
STANDARD CHARTERED BANK (HONG KONG)               TRANSFEROR: HO KAM WAI                                 , S 21/F STANDARD CHARTERED TOWER, 388 KWUN TONG ROAD
LIMITED                                           HONG KONG  CHINA


Total Number of Records Printed     37

                                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```