Lindsee P. Granfield
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for Barclays Bank PLC, Barclays Capital
Inc. and its affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

In re:                                                             :    Chapter 11

Lehman Brothers Holdings Inc., et al.                              :    Case No. 08-13555(JMP)

                             Debtors.                              :    CERTIFICATE OF
                                                                        SERVICE

------------------------------------------------------------------ X

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 8th of June 2011, the Objection of Barclays Bank PLC, Barclays Capital Inc. and Their Affiliates to the Motion of the Ad Hoc Group of Lehman Brothers Creditors Pursuant to Section 105(a) and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2019 and 7026 to Establish Disclosure Procedures was served by hand upon:

            Gerard Uzzi, Esq.
            J. Christopher Shore, Esq.
            White & Case LLP
            1155 Avenue of the Americas
            New York, NY 10036

Tracy Hope Davis, Esq.
Elisabetta G. Gasparini, Esq.
Andrea B. Schwartz, Esq.
Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Matsumoto, Esq.
Linda Rifkin, Esq.
Office of the U.S. Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Evan Fleck, Esq.
Dennis O'Donnell, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Alfredo R. Perez, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

2. This service was made by assistant managing clerks of this firm under my general supervision.

Dated: New York, New York
       June 8, 2011

_____
Richard V. Conza