**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

------------------------------------------------------------------------x    **Ref. Docket Nos. 17223-17230**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 31, 2011, I caused to be served the:

    a.  "Notice of Adjournment of Debtors' Eighteenth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) Solely as to Certain Claims," dated May 31, 2011[Docket No. 17223], (the "Eighteenth Notice of Adjournment"),

    b.  "Notice of Adjournment of Debtors' Forty-Sixth Omnibus Objection to Claims (No Debtor Claims) Solely as to Certain Claims," dated May 31, 2011 [Docket No. 17224], (the "Forty-Sixth Notice of Adjournment"),

    c.  "Notice of Adjournment of Debtors' Eighty-Second Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) Solely as to Certain Claims," dated May 31, 2011 [Docket No. 17225], (the "Eighty-Second Notice of Adjournment"),

    d.  "Notice of Adjournment of Debtors' Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated May 31, 2011 [Docket No. 17226], (the "Eighty-Sixth Notice of Adjournment"),

    e.  "Notice of Adjournment of Debtors' Eighty-Seventh Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated May 31, 2011 [Docket No. 17227], (the "Eighty-Seventh Notice of Adjournment"),

    f.  "Notice of Adjournment of Debtors' Eighty-Eighth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated May 31, 2011 [Docket No. 17228], (the "Eighty-Eighth Notice of Adjournment"),

    g.  "Notice of Adjournment of Debtors' Eighty-Ninth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated May 31, 2011 [Docket No. 17229], (the "Eighty-Ninth Notice of Adjournment"), and

    h.   "Notice of Adjournment of Debtors' Ninetieth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims," dated May 31, 2011 [Docket No. 17230], (the "Ninetieth Notice of Adjournment"),

by causing true and correct copies of the:

    i.   Eighteenth Notice of Adjournment, Forty-Sixth Notice of Adjournment, Eighty-Second Notice of Adjournment, Eighty-Sixth Notice of Adjournment, Eighty-Seventh Notice of Adjournment, Eighty-Eighth Notice of Adjournment, Eighty-Ninth Notice of Adjournment and Ninetieth Notice of Adjournment, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.   Eighteenth Notice of Adjournment, Forty-Sixth Notice of Adjournment, Eighty-Second Notice of Adjournment, Eighty-Sixth Notice of Adjournment, Eighty-Seventh Notice of Adjournment, Eighty-Eighth Notice of Adjournment, Eighty-Ninth Notice of Adjournment and Ninetieth Notice of Adjournment, to be delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>,

    iii.   Eighteenth Notice of Adjournment, Forty-Sixth Notice of Adjournment, Eighty-Second Notice of Adjournment, Eighty-Sixth Notice of Adjournment, Eighty-Seventh Notice of Adjournment, Eighty-Eighth Notice of Adjournment, Eighty-Ninth Notice of Adjournment and Ninetieth Notice of Adjournment, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>,

    iv.   Eighteenth Notice of Adjournment, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D</u>,

    v.   Forty-Sixth Notice of Adjournment, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit E</u>,

    vi.   Eighty-Second Notice of Adjournment, to be enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit F</u>,

    vii.   Eighty-Sixth Notice of Adjournment, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit G</u>,

    viii.   Eighty-Seventh Notice of Adjournment, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit H</u>,

    ix.    Eighty-Eighth Notice of Adjournment, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit I</u>,

    x.    Eighty-Ninth Notice of Adjournment, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit J</u>, and

    xi.    Ninetieth Notice of Adjournment, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit K</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                           */s/ Panagiota Manatakis*
                                         Panagiota Manatakis

Sworn to before me this
1st day of June, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

### Email Addresses

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
alum@ftportfolios.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com

cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
DPiazza@HodgsonRuss.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com

drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com

heidi@crumbielaw.com
heim.steve@dorsey.com
heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com

jgarrity@shearman.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
jorbach@hahnhessen.com
Joseph.Cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@allenmatkins.com
jtimko@shutts.com

jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jwhitman@entwistle-law.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kerry.moynihan@hro.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
LJKotler@duanemorris.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com

lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@SC.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
Marvin.Clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanchet@mayerbrown.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
MJR1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
MLandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com

mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com

rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
rlasater@foley.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
sbernstein@hunton.com
scargill@lowenstein.com
schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov

sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
SRee@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
TGoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
Thomas_Noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com

tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tweheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

| Name | Fax |
|------|-----|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

| Claim Name | Address Information |
| --- | --- |
| TERRY, HOWARD | C/O THOMPSON & KNIGHT LLP ATTN JENNIFER A. CHRISTIAN 900 THIRD AVENUE 20TH FLOOR NEW YORK NY 10022 |
| THE TERRY FOUNDATION | C/O THOMPSON & KNIGHT LLP ATTN JENNIFER A. CHRISTIAN 900 THIRD AVENUE 20TH FLOOR NEW YORK NY 10022 |

**Total Creditor count  2**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| A.M. BEST COMPANY, INC. | AMBEST ROAD OLDWICK NJ 08858 |
| ACTIV FINANCIAL SYSTEMS, INC.* | 125 SOUTH WACKER DRIVE, SUITE 2325 CHICAGO IL 60606 |
| ATLANTIC FORMS AND SYSTEMS, INC. | 181 WEST OLD COUNTRY ROAD HICKSVILLE NY 11801 |
| AUDIO INC | 170-172 WEST WESTFIELD AVE ROSELLE PARK NJ 07204 |
| DAV-EL RESERVATIONS SYSTEM, INC. | 200 SECOND STREET CHELSEA MA 02150-1802 |
| QUINN, PATRICIO | OLAZABAL 1382 - CAPITAL FEDERAL 1428 ARGENTINA |
| ZPR INTERNATIONAL INC. | 1642 NORTH VOLUSIA AVENUE ATTN: MAX ZAVANELLI ORANGE CITY FL 32763 |

Total Creditor count  7

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| RESTELLI, STEPHEN C. | 26 POND ST. BARRE VT 05641 |

**Total Creditor count  1**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| ARDENIA HOLDINGS SA | 60 MARKET SQUARE PO BOX 364 BZ BELIZE CITY BELIZE |
| ARDENIA HOLDINGS SA | DANIEL REIS MARTINS 19 RUE D'HARDOUIN FOUG 54570 FRANCE |
| CALAMANDA MANUEL PLENS | PLACA DEL MERCAT, 17 BELLCAIRE D'URGELL 25337 SPAIN |
| CAMPAGNER, ANTONELLA | C/DISEMINADOS 18 ALQUERIA BLANCA BALEARES 07691 SPAIN |
| CARRENO, CRISTINA LURRUENA | FRANCISCO GERVAS 17 1ST MADRID 28020 SPAIN |
| CEBRIAN, FERNANDO ENGUIDANOS & CLEMENTE, | MARIA BELEN VELEZ CL. ALCALDE MARTINEZ DE LA OSSA, 2 ALBACETE 02001 SPAIN |
| CESARIO, FABRIZIO | FLAT 1 12 REDCLIFFE SQUARE LONDON SW10 9JZ UNITED KINGDOM |
| CESARIS, FABRIZIO | FLAT 1 12 REDCLIFFE SQUARE LONDON SW10 9JZ UNITED KINGDOM |
| COHN, DAVID NATHAN AND AMELIA MORENO ROSILLO | TRES PECES 14 ESTUDIO MADRID E-28012 SPAIN |
| COMERCIAL JORDI S.A. | GREMI SELLETERS I BASTERS, 14 PALMA DE MALLORCA 07009 SPAIN |
| COSTERS-VAN LEEMPUTTEN, ALFONS | VRIJE JACHTLAAN 1 TREMELO 3120 BELGIUM |
| DE LA ROSA DIAZ, JOSE ANTONIO | CALLE JULIAN SANZ IBANEZ 44 4 C ZARAGOZA 50017 SPAIN |
| ELI, AHARON | 15 SIRKIN ST. HAIFA 33115 ISRAEL |
| ELYASHIV, SHMUEL | MOSHAV BEF ELAZARI 86 76803 ISRAEL |
| FRANCISCO FERNANDEZ ROIG | C1 VIRGEN DEL ROSARIO 7 1 TORRENT 46900 SPAIN |
| FRANCO, JOSE LUIS CAJAL & CASABELLA, CLARA LATORRE | AVDA. PABLO GARGALLO 105 4 B ZARAGOZA 50003 SPAIN |
| GALVEZ, NEUS PENA | SAINT IGNASI, 502 TERRASSA 08221 SPAIN |

Total Creditor count  17

**EXHIBIT H**

| Claim Name | Address Information |
| --- | --- |
| GOLDMAN, RON AND OR ORNA | 25/31 BEN-YOSEF ST TEL-AVIV 69125 ISRAEL |
| GROHS, CLAUDIA | C/O HANS-WERNER SCHENK LIEBNIZSTRASSE 11 ESSEN-KETTWIG 45219 DE |
| HALEBY, HENRY MANZANO | CURICO 18 OFICINA 501 SANTIAGO CHILE |
| KUX, JOHANNES | FEUERBACHSTR. 7 NEUMUENSTER 24539 GERMANY |
| MARCOS, PILAR LUEJE | C/ZURBARAN, 9 ESC. DCHA. 6C MADRID 28010 SPAIN |
| MARTINEZ JIMENEZ, MARIA TERESA | C. MANUEL AGUILAR MUNOZ, NO. 17 MADRID 68042 SPAIN |
| MEURER, HORST & ELISABETH, DR.'S | LEUTFRESSERWEG 29 97082 WURZBURG GERMANY |
| PANVEST LTD | 21 THIRD AVE SINGAPORE 266594 SINGAPORE |

**Total Creditor count  8**

**EXHIBIT I**

| Claim Name | Address Information |
| --- | --- |
| PRIJS, BEN | ZONNEBLOEMLAAN 7 AERDENHOUT 2111 ZD NETHERLANDS |
| PRIJS-LIPS, J.M. | ZONNEBLOEMLAAN 7 AERDENHOUT 2111 ZD NETHERLANDS |
| RAM, JACOB | 4 ITZHAK MANGER STREET HERZELIYA 46681 ISRAEL |
| RUIZ-TARIADOR LARRAZABAL, JOSE-MANUEL | C/ FUENTE DEL BERRO NO. 10-6-B. MADRID 28009 SPAIN |
| SIVAN, ALEX | P.O. BOX 3368 GEBORONE BOTSWANA |
| SMADJA, HAIM | P.O. BOX 3368 GABORONE BOTSWANA |
| SOUSA, JOSE MARTINHO SILVA | BANCO POPULAR PORTUGAL, S.A. ATTN: MIGUEL SILVA R.RAMALHO ORTIGAO, 51-2 LISBOA 1099-090 PORTUGAL |
| SOUSA, JOSE MARTINHO SILVA | RUA ZE DO TELHADO, 79 MARCO CANAVESES 4630-309 PORTUGAL |
| STOCKER, HANNELORE | LE PARADOR I 7 CHEMIN CROVETTO FRERES 98000 MONACO |
| STOTT, JEAN TODD | PORT DE LA BONAIGUA 9 VALLIRANA BARCELONA 08759 SPAIN |
| SUBIRA, JUAN ANTONIO MARCOS | C/BOLIVIA, 17-8 0 D MADRID 28016 SPAIN |
| VANDERBROEK, ROGER | C/O JEROEN RASKIN & NICOLE SEGERS MONARD - D'HULST GOUVERNEUR ROPPESINGEL 131 HASSELT 3500 BE |
| WEIGELT, MARCO | POTSDAMER STR. 9 ZIERENBERG 32489 GERMANY |

**Total Creditor count  13**

**EXHIBIT J**

| Claim Name | Address Information |
|---|---|
| BORREMANS, LUCIEN – DRIES, ELISA | WYCKMANSVELD 6 B-2850 BOOM BELGIUM |
| BPI OBRIGACOES DE ALTO RENDIMENTO DE | ALTO RISCO DE OBRIGACOES DE TAXA FIXA (BPI OARAR) C/O ERIC SCHNABEL; DORSEY & WHITNEY LLP 300 DELAWARE AVENUE, SUITE 1010 WILMINGTON DE 19801 |
| BPI REFORMA INVESTIMENTO PPR | C/O ERIC SCHNABEL DORSEY & WHITNEY LLP 300 DELAWARE AVENUE, SUITE 1010 WILMINGTON DE 19801 |
| BUYS, GRETA | BELLESTRAAT 75 A SINT-NIKLAAS B-9100 BELGIUM |
| CARDOEN, MARIJKE | IZEGEMSESTRAAT 6 ROESELAVE 8800 BELGIUM |
| CAREPROVAN PRIVATE STICHTING | CIAMBERLANIDREEF 34 BEVEREN-WAAS B9120 BELGIUM |
| COK, JOOP | MIKSEBAAN 232 BUS 4 BRASSCHAAT B-2930 BELGIUM |
| DE BLIECK, BENOIT | ZEEDIJK-HET ZOUTE 773/51 KNOKKE-HEIST 8300 BELGIUM |
| DE CLEEN, WALTER AND ANDIMIGNON, VERONIQUE | GENTSEWEG 172 BEVEREN B-9120 BELGIUM |
| DE URIES-SCHEIBERLICH, W.E. | EDISONSTRAAT 10 BADHOEUEDORP 1171 AL NETHERLANDS |
| DE VILLE, DOMINIQUE | RUE SAINT MARTIN, 28 NIL-ST-VINCENT 1457 BELGIUM |
| DU MORTIER-HOUYET, CHRISTIAN (MR. & MRS.) | AVENUE WINTERBERG, 17 RIXENSART 1130 BELGIUM |
| DUMOLIN, DIDIER | J. VAM EYCKSTRAAT 4 MARKE 8510 BELGIUM |
| DUMOLIN, PIERRE | MGR. DE HAERMELAAN 70 KORTRYK 8500 BELGIUM |
| FLOS, GILBERTA | STATIONSTRAAT 28 D GEEL B-2440 BELGIUM |
| FONDATION JEAN PRAET A.S.B.L. | BOULEVARD LAMBERMONT 63 BRUSSELS 1030 BELGIUM |
| GROOT, A.M.A. | C/O P.J.G. SCHNEITS RSM WEHRENS, MENNEN & DEVRIES BEKKERWEG 10, POSTBUS 6005 HEERLEN 6401 NL |
| HANDELMIJ VAN PERNIS B.V. | P/A HEIDEROOSWEG 1 BEEKBERGEN 7361 GG NETHERLANDS |
| HIJMANS, R.A. | CANADASTRAAT 11 HOLTEN 7451 ZJ NETHERLANDS |
| HULET, ANDRE | RUE DES HAIES 14 GERPINNES 6280 BELGIUM |
| HULET, PIERRE | LAURENCE HULET CHEMIN DAMES AVELINES 26 SART DAMES AVELINES 1495 BELGIUM |
| HULET, PIERRE | RUE L HEC Q 64 EPINOIS 7134 BELGIUM |
| JASO, BM | STREEPSTRAAT 58 KAPELLEN B-2950 BELGIUM |
| KROON, M. AND DRONK, S. | P/A HARINGVLIET 387 ROTTERDAM 3011 ZP NETHERLANDS |
| KUPPENS-VAN DEN BROECK | PROVINCIEBAAN 11 RETIE B-2470 BELGIUM |
| LEENKNECHT, NORBERT – THERESE LECLUYSE | GROTE MARKT 35 BUS 53 KORTRIJK 8500 BELGIUM |
| LIESTEKRI, BM | SEVENHANSLEI 47 KAPELLEN B-2950 BELGIUM |
| VUKAILOVIC, ALEX | HOEHENBLICK 52A FRANKFURT 60431 GERMANY |
| WEEMAES, CHRISTEL | TIJMSTRAAT 17 MELSELE B9120 BELGIUM |
| WEEMAES, MONIQUE | OUDE ZANDSTRAAT 72 BEVEREN-WAAS B-9120 BELGIUM |
| WEEMAES, MUSSCHE | GROTE MARKT 32 D32 BEVEREN-WAAS B-9120 BELGIUM |
| WEISMIES | ROGGESTRAAT 24 KERBERGEN B-3140 BELGIUM |

**Total Creditor count  32**

**EXHIBIT K**

| Claim Name | Address Information |
|---|---|
| MICHEL, KARIL | HOUCHENEE 28 TAVIER 4163 BELGIUM |
| MISSUWE, BALS | SERINGENLAAN 10 SCHILDE B-2970 BELGIUM |
| MULLENS | DIESTERSTEENWEG 23 HALEN 3545 BELGIUM |
| NOYEN-RUELENS, VAN | RIDDER DESSAINLAAN 59 MECHELEN B-2800 BELGIUM |
| NYSSENS, ALAIN | AVENUE DE L'OREE 24/BTE 2 BRUSSELS 1000 BELGIUM |
| OOSTNEDERLANDSE VERENIGING AANNEMERS | RESERVEFONDS (O.V.A.R.) C/O JOOST LE CLERQ BRADA KUTTNER KONINGINNEWEG 6 AMSTERDAM 1075 NL |
| PEARSON, COLIN W. | VEELMANLANDEN 38 ENSCHEDE 7542 MB NETHERLANDS |
| PRIEMS-BRESSER | ALBERTPLEIN 16 BUS 72 KNOKKE-HEIST B-8300 BELGIUM |
| PROMIN VZW | WINTERLING 7 MERKSEM B-2170 BELGIUM |
| REPER, FRANS | CHAUSSEE DE WATERLOO 778 BTE 10 BRUSSELS 1180 BELGIUM |
| RYCKAERT, CECILIA | MELKERIJ 19/1 EEKLO B-9900 BELGIUM |
| SCHOOFS, JEANINE | TIEP TIAP 2 BRAKEL B-9660 BELGIUM |
| SCHRAM-DEFONSECA | JOZEF MULSLAAN 6 KAPELLEN 2950 BELGIUM |
| SMET, FRANCOIS DE | AVENUE LOUIS PASTEUR 7523 DEPT B33 RCH VITACURA SANTIAGO CHILE |
| SPEYER, JUAN ENRIQUE | 11 DE SEPTIEMBRE NO 1888 - PISO 11 CIUDAD AUTONOMA DE BUENOS AIRES 1428 ARGENTINA |
| SPINETTE-ROSE, MR. & MRS. ROBERT | RUE BOIS MILORD 2 COURT S. ETIENNE 1490 BELGIUM |
| STAES | REIGERSDREEF 2 SCHILDE B-2970 BELGIUM |
| STAS-ORBAN, DOMINIQUE | NIEUUSTRAAT 51 DESSELGEM 8792 BELGIUM |
| SUREKA, DEEPAK &/OR SHANKARLAL | 13E, CONWAY MANSION 29 CONDUIT ROAD MID-LEVELS HONG KONG |
| TERMONT, ALINE | AV JEAN SIBELIUS 16 B 26 ANDERLECHT 1070 BELGIUM |
| VAN GORP, MARC | GROTE BAAN 97 BUS 7 RAVELS B-2380 BELGIUM |
| VAN VOORST VADER-VAN ESCH, P.W. | STADSWAL NOORD 31 HUISSEN 6851 VG NETHERLANDS |
| VANDEWALLE, KARIN | HOOGLATEMWEG 14 SINT MARTENS B-9830 BELGIUM |

**Total Creditor count  23**