WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| Debtors. | : | **(Jointly Administered)** |

------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF FLORIDA     )
                                    )   SS.:
COUNTY OF MIAMI-DADE    )

Lori Seavey, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 1395 Brickell Avenue, Suite 1200, Miami, Florida 33131.

2. On the 25th day of May 2011, I caused true and correct copies of the following pleadings to be served upon the parties listed on Exhibit A attached hereto, via Courier Hand Delivery.

- Motion of Lehman Brothers Holdings Inc., Pursuant to Sections 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 6004, 6006 and 9014, for Authorization to Assume and Assign Settlement Agreement and to

US_ACTIVE:\43720912\02\58399.0008

Enter into Sharing Agreement with Urbanism-Coral Way, LLC [Docket No. 17127]

- Declaration of Craig Burns in Support of Motion of Lehman Brothers Holdings Inc., Pursuant to Sections 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 6004, 6006 and 9014, for Authorization to Assume and Assign Settlement Agreement and to Enter into Sharing Agreement with Urbanism-Coral Way, LLC [Docket No. 17128]

_____
Lori Seavey

Sworn to before me this
27th day of May 2011

_____
Notary Public

LAURA J. LERMAN
MY COMMISSION # DD 998837
EXPIRES: August 22, 2014
Bonded Thru Notary Public Underwriters

<u>Exhibit A</u>

Urbanism Group
1400 NE Miami Gardens Drive, #210-A
Miami, Florida 33179
Attention: Brian L. Strelitz

Coffey Burlington
2699 South Bayshore Drive, Penthouse
Miami, Florida 33133
Attention: David Freedman, Esquire

Zully Ruiz Enterprises, Inc.
Attention: Zully Ruiz
814 Ponce De Leon Blvd., Suite 400
Coral Gables, Florida 33134