SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York  10022
Telephone:  (212) 756-2000
Facsimile:  (212) 593-5955
Lawrence V. Gelber
Adam L. Hirsch

Attorneys for the King Street Parties

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | **08-13555 (JMP)** |
| Debtors. | **(Jointly Administered)** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                                  )   ss.:
COUNTY OF NEW YORK   )

   Donna Angiulo, being duly sworn, deposes and states:

   I am not a party to this action, am over 18 years of age and am employed by Schulte Roth & Zabel LLP.

   On June 8, 2011, deponent served a true copy of ***the Response Of The King Street Parties To The Motion Of The Ad Hoc Group Of Lehman Brothers Creditors Pursuant To Sections 105(a) And 1109(b) Of The Bankruptcy Code And Bankruptcy Rules 2019 And 7026 To Establish Disclosure Procedures*** (the "Document") by Regular, first class United States mail, postage fully pre-paid and by email, as directed on the annexed "Service List."  Parties receiving an email of the Document also received the Notice of Electronic Filing for the Document.

                                                                                      */s/ Donna Angiulo*
                                                                                     Donna Angiulo

Sworn to before me this
8th day of June, 2011.

  */s/ Kevin Bell*
Notary Public
KEVIN BELL
Notary Public, State of New York
No. 01BE619334
Qualified in New York County
Commission Expires, Sept. 15, 2012

DOC ID-16693342.1

1

## SERVICE LIST

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004
*By first class mail*

Tracy Hope Davis, Esq.
Elisabetta G. Gasparini, Esq.
Andrea B. Schwartz, Esq.
Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004
andrea.b.schwartz@usdoj.gov
tracy.davis2@usdoj.gov
elisabetta.g.gasparini@usdoj.gov
andy.velez-rivera@usdoj.gov
paul.schwartzberg@usdoj.gov
linda.riffkin@usdoj.gov
brian.masumoto@usdoj.gov
*By first class mail and email*

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com
*By first class mail and email*

Gerard Uzzi, Esq.
J. Christopher Shore, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
guzzi@whitecase.com
cshore@whitecase.com
*By first class mail and email*

Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Jacqueline Marcus, Esq.
Alfredo R. Perez, Esq.
Weil, Gothshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
harvey.miller@weil.com
richard.krasnow@weil.com
lori.fife@weil.com
jacqueline.marcus@weil.com
alfredo.perez@weil.com
*By first class mail and email*