B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc., et al.,               Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nexen Marketing | Nexen Marketing Singapore Pte Ltd |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
1700, 801-7 Ave SW, Calgary, Alberta T2P 3P7, Canada (Fax: +1 (403) 303-2237)

Court Claim # (if known): 17153
Amount of Claim: $1,601,164.20
Date Claim Filed: 09/18/2009

Phone: +1 (403) 699-4091
Last Four Digits of Acct #: _____

Phone: +(65) 6311-9250
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]         Date: As of May 1, 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:        Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:    Nexen Marketing

       Nexen Marketing Singapore Pte Ltd, located at 9 Battery Road, #11-00 Straits Trading Building, Singapore 238855 (formerly located at 250 North Bridge Road, #15-03 Raffles City Tower, Singapore 179101) ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Nexen Marketing, its successors and assigns, with offices at 1700, 801-7 Ave SW, Calgary, Alberta T2P 3P7, Canada ("Buyer"), all right, title and interest in and to the net claim of Seller against LEHMAN BROTHERS COMMODITY SERVICES, INC.. and its affiliates (including Seller's claim against LEHMAN BROTHERS HOLDING INC. arising under a guaranty) in the amount of $1,601,164.20 (collectively the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered).

       Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

       IN WITNESS WHEREOF, dated as of the 1st day of May, 2011.

**Nexen Marketing Singapore Pte Ltd**

By: _____
Name: Curt Satre
Title: Director

Donald J. Byers
Don Byers
Director

**Nexen Marketing**

By: _____
Name: Susan L. Schulli
Title: Vice President & General Counsel

Cathleen A. L. Ward
Vice President, Finance