**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2478
Michael S. Etkin, Esq. (ME0570)
Paul Kizel, Esq. (PK4176)

-and-

1251 Avenue of the Americas, 18th Floor
New York, New York 10020
Tel: (212) 262-6700
Fax: (212) 262-7402

*Attorneys for LibertyView Capital Management LLC and Certain Affiliated Funds*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC.**, *et al*.<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555(JMP)<br><br>(Jointly Administered) |
|---|---|

**OBJECTION OF LIBERTYVIEW CAPITAL MANAGEMENT LLC AND
CERTAIN AFFILIATED FUNDS TO THE MOTION OF THE AD HOC GROUP
OF LEHMAN BROTHERS CREDITORS PURSUANT TO SECTIONS 105(A)
AND 1109(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2019
AND 7026 TO ESTABLISH DISCLOSURE PROCEDURES**

**TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:**

1. LibertyView Capital Management LLC and Certain Affiliated Funds (collectively, "LibertyView"), by and through its undersigned counsel, submits this objection (the "Objection") to the *Motion of the Ad Hoc Group of Lehman Brothers Creditors Pursuant to Sections 105(a) and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2019 and 7026 to Establish Disclosure Procedures (Doc. No. 17014)*

*( the "Motion")*.  In support of this Objection, LibertyView respectfully states as follows:

2. LibertyView is a creditor in these chapter 11 cases and a participant in the plan discovery process.  Many other parties have filed objections to the Motion (collectively, the "Disclosure Objections").

3. As set forth in the Disclosure Objections, the relief requested by the Motion is inconsistent with, and contrary to, the provisions of Bankruptcy Rule 2019.  For this reason, and for the reasons set forth in the Disclosure Objections, LibertyView objects to the Motion.

WHEREFORE, LibertyView requests that this Court deny the Motion, and provide such further relief as is just.

Dated:  June 8, 2011

**LOWENSTEIN SANDLER PC**

By: */s/ Paul Kizel*
  Michael S. Etkin, Esq.
  Paul Kizel, Esq.
  65 Livingston Avenue
  Roseland, New Jersey  07068
  Telephone:  (973) 597-2500
  Facsimile (973) 597-2400

  and-

  1251 Avenue of the Americas
  18th Floor
  New York, New York  10020
  Tel: (212)  262-6700
  Fax:  (212) 262-7402

  *Attorneys for LibertyView Capital Management LLC and Certain Affiliated Funds*