**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey  07068
Tel: (973) 597-2500
Fax: (973) 597-2478
Michael S. Etkin, Esq. (ME0570)
Paul Kizel, Esq. (PK4176)

-and-

1251 Avenue of the Americas, 18th Floor
New York, New York  10020
Tel: (212)  262-6700
Fax:  (212) 262-7402

*Bankruptcy Counsel for Lehman Brothers Equity/
Debt Securities Litigation Lead Plaintiffs*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> **LEHMAN BROTHERS HOLDINGS INC.**, *et al*. <br><br><br>Debtors. | Chapter 11 <br><br> Case No. 08-13555(JMP) <br><br> (Jointly Administered) |

**OBJECTION OF LEHMAN BROTHERS EQUITY/DEBT SECURITIES
LITIGATION LEAD PLAINTIFFS TO THE MOTION OF THE AD HOC
GROUP OF LEHMAN BROTHERS CREDITORS PURSUANT TO SECTIONS
105(A) AND 1109(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY
RULES 2019 AND 7026 TO ESTABLISH DISCLOSURE PROCEDURES**

**TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:**

       1.    Lehman Brothers Equity/Debt Securities Litigation Lead Plaintiffs ("Lead Plaintiffs"), by and through their undersigned counsel, submits this objection (the "Objection") to the *Motion of the Ad Hoc Group of Lehman Brothers Creditors Pursuant to Sections 105(a) and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2019 and*

*7026 to Establish Disclosure Procedures (Doc. No. 17014) (the "<u>Motion</u>").* In support of this Objection, Lead Plaintiffs respectfully state as follows:

2. Lead Plaintiffs are a creditor in these chapter 11 cases and a participant in the plan discovery process. Many other parties have filed objections to the Motion (collectively, the "<u>Disclosure Objections</u>").

3. As set forth in the Disclosure Objections, the relief requested by the Motion is inconsistent with, and contrary to, the provisions of Bankruptcy Rule 2019. For this reason, and for the reasons set forth in the Disclosure Objections, Lead Plaintiffs object to the Motion.

WHEREFORE, Lead Plaintiffs request that this Court deny the Motion, and provide such further relief as is just.

Dated: June 8, 2011

**LOWENSTEIN SANDLER PC**

By: */s/ Paul Kizel*
    Michael S. Etkin, Esq.
    Paul Kizel, Esq.
    65 Livingston Avenue
    Roseland, New Jersey  07068
    Telephone:  (973) 597-2500
    Facsimile (973) 597-2400

    and-

    1251 Avenue of the Americas
    18th Floor
    New York, New York  10020
    Tel: (212)  262-6700
    Fax:  (212) 262-7402

*Bankruptcy Counsel for Lehman Brothers Equity/
Debt Securities Litigation Lead Plaintiffs*