WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------x

**QUARTERLY REPORT PURSUANT TO ORDER PURSUANT TO
SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY
RULE 9019 AUTHORIZING THE ESTABLISHMENT OF PROCEDURES
FOR THE DEBTORS TO COMPROMISE AND SETTLE CLAIMS IN RESPECT
OF THE ORIGINATION OR PURCHASE OF RESIDENTIAL MORTGAGE LOANS**

Pursuant to the Order pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Authorizing the Establishment of Procedures for the Debtors to Compromise and Settle Claims in Respect of the Origination or Purchase of Residential Mortgage Loans, entered on August 5, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to compromise and settle Repurchase and Indemnification Claims held by the Debtors related to the origination or purchase of Residential Mortgage Loans in accordance with the procedures set forth in the Order.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

As required by the Order, the Debtors hereby file the quarterly report, which is attached hereto as Exhibit A, of all transactions entered into under the authority of the Order for the period from February 1, 2011 to and including April 30, 2011.

Dated: June 8, 2011
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

Exhibit A

| Agreements Entered Into by the Debtors to Settle or Compromise Repurchase or Indemnification Claims ||
|---|---|
| **Parties** | **Date** |
| CMG Mortgage Inc. | March 23, 2011 |
| Guaranty Bank | March 18, 2011 |
| Fairway Independent Mortgage Corp | March 15, 2011 |
| Mortgage Partners, Inc. | February 16, 2011 |