

**Investeringsselskabet**
af 11.12.1990 ApS

Kongevejen 495 C
DK-2840 Holte

Tel.: +45 4546 5000
Fax: +45 4546 5001

Holte, 26th May 2011

## 2, Respond to the Objection for claim 47331

| | | |
|---|---|---|
| i) | Bankruptcy Court | United States Bankruptcy Court, Southern district of New York |
| | Name of Debitor | Lehman Brothers Holdings Inc., et al., |
| | Case number | 08-13555 (JPM) |
| | Claim number | 47331 |
| | Objection to which the response is directed | Notice of hearing on debtors' one hundred twelfth omnibus objection to claim (invalid blocking number LPS claims) |
| ii) | Name of claimant | Investeringsselskabet af 11.12.1990 ApS<br>CVR. Nr. 14794530 |
| | Description of the basis for the amount of the claim | Amount of claim $ 133,994.52<br>ISIN code ANN 521331267<br>Number of shares 12 |
| iii) | Reason why the claim should not be disallowed for the reasons set forth in the Objection (factual & legal bases) | We have valid information showing our possession of the shares both before and after Day of Bankruptcy 15.09.2008, Bar date 02.11.2009 and today May 2011. |
| iv) | Documentation of the claim | We have statements from our deposit bank JP Morgan and our Danish bank FIH that Investeringsselskabet af 11.12.1990 ApS are legitimated owners of the shares, before bankruptcy, bar date and today, cf. attachments. |
| v) | Address for reply & responses if different from what is presented in proof of claim | Not changed |
| vi) | Name, address, telephone number of the person to resolve the claim | Kristian Klinge, +45 25 25 00 12<br>Mette Thygesen, +34 630 481 053/ +45 29 66 60 01<br>Kongevejen 495C<br>2840 Holte<br>Denmark |

Best regards
**Investeringsselskabet af 11.12.1990 ApS**

Niels K. Thygesen



RECEIVED
MAY 31 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

**FIH ERHVERVSBANK**
CORPORATE AND INVESTMENT BANKING

Investeringsselskabet af 11.12.1990 ApS
Kongevejen 495C
2840 Holte

24 May 2011
Ref. CPE

**Lehman Brothers confirmation of holdings**

To Whom it may concern

We hereby confirm that Investeringsselskabet af 11.12.1990 ApS held the following positions through FIH Erhvervsbank A/S as Custodian on September 15th 2008.

ANN521336783. – No. Of Shares 5.
ANN521331267. – No. Of Shares 12.

Please find enclosed copies Documentation from FIH Erhvervsbank's Custodian Nordea Bank Danmark A/S.
Documentation consist of statement of accounts from both August and September 2008.

Yours sincerely

Christina Pedersen
Head of Markets Support

Michael Hansen
Head of Capital Markets Operations

## Nordea

8170

FIH ERHVERVSBANK A/S
LANGELINIE ALLE 43
2100 KØBENHAVN Ø

Depotmeddelelse
Depotudskrift

Dato 01.10.2008
Side 15 af 15 sider

Åbent depot
Depot nr. 0000 217 847

Reg.nr. 7324

Depotejer:  FIH ERHVERVSBANK A/S

| | Kursværdi i DKK | Kursværdi i handelsvaluta |
|---|---|---|
| ISIN-kode ANN521331267
LEHMAN BROTHERS.  0,00% 16.12.10
Nominelt         12,00 USD
Kurs *   D   11.886,71 pr. 26.06.2008
Valutakurs    521,65 | 7.440,84 DKK | 1.426,40 USD |

Nordea Bank Danmark A/S
Storkundeafdelingen
Strandgade 3, Postboks 850 0900 København C
Telefon: 33 33 68 37 Fax: 33 33 65 28
www.nordea.dk
CVR-nr. 13522197, København

4001179328

## Nordea

2000, YDP ORDER NUMBER CUSTODY OPR.                    +45 33333... 7010 P... 13.8/17

7363

NORDEA A/S
CUSTODY OPERATIONS NH
BUSINESS SUPPORT 7363
POSTBOKS 850
0900 KØBENHAVN C

Depotmeddelelse
Depotudskrift

Dato 01.09.2008
Side 13 af 13 sider

Åbent depot
Depot nr. 0000 217 847

Reg.nr. 7324

ISIN*kode ANN521391267
LEHMAN BROTHERS, 0.00% 16.12.10
Nominelt            12,00 USD
Kurs * D    11.886,71 pr. 26.06.2008
Valutakurs         506,14

7.219,60 DKK                     1.426,48 USD

Nordea Bank Danmark A/S
NPC Custody Support
Postboks... Allé... Taastrup
Tel/Fax: ... 
www.nordea.dk
CVR-nr. 13522197, København

4304982176

# J.P.Morgan

**Positions By Security**

As of: 19-Oct-2009

Page 1

Custody

| Location/Nominee | Security ID | ISIN | Awaiting Receipt | In Transit | Settled Units |
| --- | --- | --- | --- | --- | --- |
| Reg./Sub Acct | Security Name | OCC_ID | Awaiting Delivery | At Registrar | Current Face - Settled |
| Country | | | Blocked for Proxy | On Loan | |
| | Coupon Rate | Maturity Date | Pool Number | Collateral Units | Pledged | Total Units |
| | | | | Borrowed Units | Available | Current Face-Total |

**Account 55549 JPMSL DENMARK RE FIH A/S CLIENTS**

| 590 | 804272W | | ANN521331267 | 0.0000000 | 0.0000000 | 12.0000000 |
| --- | --- | --- | --- | --- | --- | --- |
| 132 | LEHMAN BROTHERS SECURITIES NV WRT | | | 0.0000000 | 0.0000000 | |
| AN | 16/DEC/2010 | 16-Dec-2010 | | 0.0000000 | 0.0000000 | 12.0000000 |
| | | | | 0.0000000 | 12.0000000 | |

19-Apr-2011 15:45:41

# J.P.Morgan

**Positions By Security**
As of: 05-May-2011

Page 1

Custody

**Positions By Security**

| Location/Nominee | Security ID | ISIN | Awaiting Receipt | In Transit | Settled Units |
| --- | --- | --- | --- | --- | --- |
| Reg/Sub Acct | Security Name | OCC ID | Awaiting Delivery | At Registrar | Current Face - Settled |
| Country | | | Blocked for Proxy | On Loan | |
| | Coupon Rate | Maturity Date | Pool Number | Collateral Units | Pledged | Total Units |
| | | | | Borrowed Units | Available | Current Face-Total |

Account 55549 JPMEL DENMARK RE FIH A/S CLIENTS

| 580 | 804272W | | ANN521331267 | 0.0000000 | 0.0000000 | 12.0000000 |
| 133 | LEHMAN BROTHERS SECURITIES NV WRT | | | 0.0000000 | 0.0000000 | |
| AN | 16/DEC/2010 | 16-Dec-2010 | | 0.0000000 | 0.0000000 | |
| | | | | 0.0000000 | 0.0000000 | 12.0000000 |
| | | | | 0.0000000 | 12.0000000 | |

05-May-2011 15:10:44