WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF APPLICATION
OF THE DEBTORS PURSUANT TO SECTIONS 327(e) AND
328(a) OF THE BANKRUPTCY CODE AND RULE 2014(a) OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR
AUTHORIZATION TO EMPLOY AND RETAIN MILBANK, TWEED,
HADLEY & M<sup>c</sup>CLOY LLP, AS SPECIAL COUNSEL TO THE DEBTORS
IN CONNECTION WITH CERTAIN TAX RELATED MATTERS**

**PLEASE TAKE NOTICE** that the hearing on the Application of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors"), pursuant to sections 327(e) and 328(a) of title 11 of the United States Code, Rule 2014(a) of the Federal Rules of Bankruptcy Procedure and Rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New York, to employ and retain Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP as special counsel to the Debtors (the "Application"), which was scheduled for June 15, 2011, at 10:00 a.m., **has been adjourned to July 20, 2011 at 10:00 a.m.**, or as soon thereafter as counsel may be heard. The hearing on the Application will be held before the Honorable James M. Peck, United States

Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Application may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: June 9, 2011
      New York, New York

                                      /s/ Richard P. Krasnow
                                      Richard P. Krasnow
                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007

                                      Attorneys for Debtors
                                      and Debtors in Possession