CHAMBERS OF THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN
NEW YORK, NEW YORK 10004
COURTROOM 601.

RECEIVED MAY 31 2011 U.S. BANKRUPTCY COURT, SDNY JMP

HEUSDEN-ZOLDER, MAY 24th 2011.

DEAR SIRS,

RE: i UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK.
DEBTORS: LEHMAN BROTHERS HOLDINGS INC., et al.,
CHAPTER 11 CASE N° 08-13555 (JMP)
143rd OMNIBUS OBJECTION TO CLAIMS (LATE FILED CLAIMS)
(CLAIM DISALLOWED AND EXPUNGED).

ii CLAIMANT: BERNIER FRANÇOIS
KUILBERG, 36
HEUSDEN-ZOLDER 3550 BELGIUM.

DESCRIPTION: UNSECURED: $106,132.50 (BUNDLED NOTE)
CITY BANK

iii REASONS FOR OPPOSING THE OBJECTION:
- POWER OF ATTORNEY WAS SIGNED BY MYSELF ON OCTOBER 30, 2009
- BLOCKING CERTIFICATE IS DATED PRIOR TO NOVEMBER 2nd, 2009.

iv BOTH DOCUMENTS HAVE BEEN SENT TO
EPIC BANKRUPTCY SOLUTIONS, LLC
ATTN: MRS DEBBY REYES (COPY OF LETTER ENCLOSED)

HOPING THAT AMERICAN JUSTICE WON'T LET ME DOWN,

BEST REGARDS

BERNIER FRANÇOIS
KUILBERG, 36

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
Mrs. Debby Reyes
757 Third Avenue, 3rd Floor
New York, NY 10017

Brussels, 27 January 2010

Dear Ms Reyes,

**Concerns** : **Amended Claim Form filing – Lehman Brothers claim filing**

We are advisors to a large group of European investors in Lehman Brothers bonds that form part of the Lehman Brothers Securities Programs. We filed claim forms with Epiq for our clients who authorized and requested us to file their proof of claim.

However, certain investors have received blocking numbers and certificates from their banks before November 2nd, 2009, and are requesting us now to file the claim forms for them. We ignore whether their banks have filed the claim forms on their behalf.

We are therefore filing with this letter an _amended claim form_ for each investor concerned, making use of the claim forms available on your web site. We attach for each client the required documents :

- Power of attorney allowing Deminor to file the claim form;
- Copy of blocking certificate, with a date prior to November 2nd, 2009.

We would appreciate if you could confirm us receipt of this letter and that the claims for these clients will be admitted to the Lehman insolvency proceedings.

For any questions regarding this matter, please contact Mr. Wim Borremans at +32-2-674.71.10.

Best regards,

Erik Bomans
partner

Deminor International SCRL / CVBA
Avenue Van Nieuwenhuyse Laan 6 b. 8 - 1160 Bruxelles-Brussel
Tel. : +32 (2) 674 71 10 - Fax : +32 (2) 674 71 20
RPM Bruxelles - RPR Brussel - TVA - BTW BE 0452511928
www.deminor.com
Amsterdam • Brussels • Paris • Milan • Geneva