Chambers of the Honorable James M. Peck
United Nations Bankruptcy Judge
Courtroom 601
One Bowling Green, New York

NEW YORK 10004
UNITED STATES OF AMERICA

Brussels, 20 May 2011

Reference:

Claim number: **51951**

Debtor: **08-13555**

Creditor Name & Address: **CORNET ALAIN – STATIONSSTRAAT 61 – MENEN, 8930 - BELGIUM**

Classification & Amount of claim: **UNSECURED: $ 35,377.50**

Dear Sir,

With this letter, I want to oppose the disallowance and expungement of my claim, referenced above.

The reason of this opposition is the following: We have a position in a bond issued by Lehman Brothers UK Capital Funding (ISIN XS0215349357). This company is a wholly owned subsidiary of Lehman Brothers Holdings Inc, the debtor. Furthermore, the guarantor of the bond is Lehman Brothers Holdings plc, which itself is also fully owned by Lehman Brothers Holdings Inc.

Hence, albeit that we invested through a subsidiary of Lehman Brothers Holdings Inc, the engagements of the subsidiary are also to be respected by the parent company.

Yours sincerely,


**CORNET ALAIN – STATIONSSTRAAT 61 – MENEN, 8930 - BELGIUM**



RECEIVED
MAY 27 2011
U.S. BANKRUPTCY COURT, SDNY

Chambers of the Honorable James M. Peck
United Nations Bankruptcy Judge
Courtroom 601
One Bowling Green, New York

NEW YORK 10004
UNITED STATES OF AMERICA

Brussels 20 May 2011

| Reference: |
| --- |
| Claim number: **51943** |
| Debtor: **08-13555** |
| Creditor Name & Address: **VAN LIERDE LUCIENNE – LINDESTRAAT 10 – LIERDE, 9570 - BELGIUM** |
| Classification & Amount of claim: **UNSECURED: $ 35,377.50** |

Dear Sir,

With this letter, I want to oppose the disallowance and expungement of my claim, referenced above.

The reason of this opposition is the following: We have a position in a bond issued by Lehman Brothers UK Capital Funding (ISIN XS0215349357). This company is a wholly owned subsidiary of Lehman Brothers Holdings Inc, the debtor. Furthermore, the guarantor of the bond is Lehman Brothers Holdings plc, which itself is also fully owned by Lehman Brothers Holdings Inc.

Hence, albeit that we invested through a subsidiary of Lehman Brothers Holdings Inc, the engagements of the subsidiary are also to be respected by the parent company.

Yours sincerely,

**VAN LIERDE LUCIENNE – LINDESTRAAT 10 – LIERDE, 9570 - BELGIUM**

