UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,                           :    08-13555 (JMP)
                                                                 :
                                       Debtors.                  :    (Jointly Administered)
-----------------------------------------------------------------x

**NOTICE OF HEARING TO CONSIDER APPROVAL OF DEBTORS' DISCLOSURE
STATEMENT AND ANY ALTERNATIVE DISCLOSURE STATEMENT**

TO PARTIES IN INTEREST IN THE FOLLOWING CHAPTER 11 CASES:

**Name of Debtors and Case Numbers**

| | |
|---|---|
| Lehman Brothers Holdings Inc. | 08-13555 (JMP) |
| Lehman Commercial Paper Inc. | 08-13900 (JMP) |
| Lehman Brothers Commodities Services Inc. | 08-13885 (JMP) |
| Lehman Brothers Special Financing Inc. | 08-13888 (JMP) |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 (JMP) |
| Lehman Brothers Commercial Corporation | 08-13901 (JMP) |
| Lehman Brothers Derivatives Products Inc. | 08-13899 (JMP) |
| Lehman Brothers Financial Products Inc. | 08-13902 (JMP) |
| LB 745 LLC | 08-13600 (JMP) |
| PAMI Statler Arms LLC | 08-13664 (JMP) |
| CES Aviation LLC | 08-13905 (JMP) |
| CES Aviation V LLC | 08-13906 (JMP) |
| CES Aviation IX LLC | 08-13907 (JMP) |
| East Dover Limited | 08-13908 (JMP) |
| Lehman Scottish Finance L.P. | 08-13904 (JMP) |
| Luxembourg Residential Properties Loan Finance | 09-10108 (JMP) |
| BNC Mortgage LLC | 09-10137 (JMP) |
| LB Rose Ranch LLC | 09-10560 (JMP) |
| Structured Asset Securities Corporation | 09-10558 (JMP) |
| LB 2080 Kalakaua Owners LLC | 09-12516 (JMP) |
| Merit, LLC | 09-17331 (JMP) |
| LB Preferred Somerset LLC | 09-17505 (JMP) |
| LB Somerset LLC | 09-17503 (JMP) |



RECEIVED MAY 27 2011 U.S. BANKRUPTCY COURT, SDNY JMP

TRADE CONFIRMATION

**Charles Schwab & Co., Inc.**  SIPC

HEADQUARTERS:
THE SCHWAB BUILDING
101 MONTGOMERY STREET
SAN FRANCISCO, CA 94104

**TRADE CONFIRMATION**
CUSTOMER COPY
Please retain for your records.
Upon the terms and conditions printed on the back hereof and none other. Please see reverse side for a listing of capacity codes.

| Confirm That You | Quantity | Item Description | Symbol | At The Unit Price Of | Executed On This Date | For Settlement On This Date |
|---|---|---|---|---|---|---|
| BUGHT | 30,000 | LEHMAN BROS 7.875%09 SENIOR NOTE DUE 11/01/09 | | 101.00 | 8/09/00 | 8/14/00 |

| Your | Account Number | Security Number / CUSIP | Capacity | |
|---|---|---|---|---|
| Cash | 2679-0958 | 524908-CF-5 | D | FLYY |

L TRR <6  00010602 000000017956 0001 20000809
DAMON BEE TTEE
DAMON BEE REVOCABLE TRUST
U/A DTD 04/29/99
118 SE 10TH ST
DEERFIELD BEACH FL  33441



Principal Amount                 $30,300.00
Interest                             675.94

Total Amount                     $30,975.94

PLEASE TAKE NOTICE THAT on January 25, 2011, Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors") filed the First Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Debtors' Plan") and the Debtors' Disclosure Statement for the First Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code (as it may be amended, the "Debtors' Disclosure Statement") with respect to the Debtors' Plan, pursuant to section 1125 of title 11 of the United States Code (the "Bankruptcy Code").

PLEASE TAKE FURTHER NOTICE THAT on December 15, 2010, the Ad Hoc Group of Lehman Brothers Creditors (the "Group") filed the Joint Substantively Consolidating Chapter 11 Plan for Lehman Brothers Holdings Inc. and Certain of Its Affiliates Other Than Merit, LLC, LB Somerset LLC and LB Preferred Somerset LLC (as it may be amended, the "Group's Plan") and the Group's Disclosure Statement for the Joint Substantively Consolidating Chapter 11 Plan for Lehman Brothers Holdings Inc. and Certain of Its Affiliates Other Than Merit, LLC, LB Somerset LLC and LB Preferred Somerset LLC (the "Group's Disclosure Statement") with respect to the Group's Plan, pursuant to section 1125 of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE THAT other plan proponents may file, as applicable, an alternative plan and disclosure statement with respect to some or all of the Debtors (as may be amended, each an "Alternative Plan" and "Alternative Disclosure Statement," respectively).

PLEASE TAKE FURTHER NOTICE THAT:

1. A hearing will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10014, on **June 28, 2011 at 10:00 a.m. (Eastern Time)** (the "Disclosure Statement Hearing") to consider the entry of an order, among other things, determining that the Debtors' Disclosure Statement, the Group's Disclosure Statement and/or any Alternative Disclosure Statements contain "adequate information" within the meaning ascribed to such term in section 1125 of the Bankruptcy Code and approving the Debtors' Disclosure Statement, the Group's Disclosure Statement and/or any Alternative Disclosure Statements.

2. Any party in interest wishing to obtain a copy of the Debtors' Disclosure Statement and the Debtors' Plan, the Group's Disclosure Statement and the Group's Plan or any Alternative Disclosure Statement and Alternative Plan may request such copy, in writing, from **Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017**. Interested parties may also examine such disclosure statements and plans free of charge at www.lehman-docket.com. In addition, such disclosure statements and plans are on file with the Bankruptcy Court and may be examined by accessing the Bankruptcy Court's website: www.nysb.uscourts.gov. Note that a PACER password and login are needed to access documents on the Bankruptcy Court's website. A PACER password can be obtained at: www.pacer.psc.uscourts.gov.

3. Objections and responses, if any, to approval of the Debtors' Disclosure Statement, the Group's Disclosure Statement or any Alternative Disclosure Statement must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, and the *Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures*, dated June 17, 2010 [Docket No. 9635], (c) set forth the name(s) of the objecting party/(ies), (d) set forth the nature and amount of the claim(s) or equity interest(s) held or asserted by each objecting party/(ies) against the Debtor(s), (e) state with particularity the legal and factual bases relied upon for the objection or response, and (f) be filed, together with proof of service, with the Bankruptcy Court and served **so that they are actually received by the following parties no later than May 27, 2011 at 4:00 p.m. (Eastern Time)**: (i) the **chambers of the Honorable James M. Peck, United States Bankruptcy Judge**, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) **Weil Gotshal & Manges LLP**, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq., and Alfredo R. Pérez, Esq., attorneys for the Debtors; (iii) the **Office of the United States Trustee** for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.; (iv) **Milbank, Tweed, Hadley & McCloy LLP**, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the official committee of unsecured creditors; (v) **White & Case LLP**, 1155 Avenue of the Americas, New York, New York 10036, Attn: Gerard Uzzi, Esq. and Christopher Shore, Esq., attorneys for the Group; and (vi) the respective attorney(s) for each of the plan proponents of any Alternative Plan.

**IF AN OBJECTION OR RESPONSE TO APPROVAL OF THE DEBTORS' DISCLOSURE STATEMENT, THE GROUP'S DISCLOSURE STATEMENT OR ANY ALTERNATIVE DISCLOSURE STATEMENT IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE DEBTORS' DISCLOSURE STATEMENT, THE GROUP'S DISCLOSURE STATEMENT OR ANY ALTERNATIVE DISCLOSURE STATEMENT, AS APPLICABLE, AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

4. Any party in interest that is entitled to vote on the related plan(s) will receive a copy of the disclosure statement, the plan and various documents related thereto, unless otherwise ordered by the Bankruptcy Court.

5. The Disclosure Statement Hearing may be adjourned from time to time. If the Disclosure Statement Hearing is adjourned, the Debtors, the Group or the applicable plan proponent shall file a notice with the Bankruptcy Court and serve such notice on all parties on the Master Service List.

DATED: April 25, 2011
New York, New York