May 28, 2011

Honorable James M. Beck, United States Bankruptcy Judge

One Bowling Green,

New York, New York, 10004 Courtroom 601

Dear Sir:

My wife and I are holders of Senior Lehman Bros. Bonds.

We purchased these in 2007 for $50,000 and today they are worth maybe $10,000.

We really need the money and hope the courts can resolve the case very shortly.

I am afraid my remaining assets will be used to pay all the lawyers.

Hope you can expedite the solution.

Thank you,

Janet and John Lampe

1003 S. Walnut Drive

Smithfield, NC 27577

Jlampe001@nc.rr.com



RECEIVED
MAY 3 1 2011
U.S. BANKRUPTCY COURT, SDNY
JMP