SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Attorneys for Bank of America, N.A.
and Merrill Lynch International

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
In re:                                                             : Chapter 11
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,                             : Case No. 08 – 13555 (JMP)
                                                                   :
            Debtors.                                               : (Jointly Administered)
                                                                   :
------------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) s.s.:
NEW YORK COUNTY          )

Richard Facundo, being duly sworn, deposes and states:

1) I am employed by Shearman & Sterling LLP at 599 Lexington Avenue, in New York, New York. I am over the age of eighteen and I am not a party to this proceeding.

2) On the 8th day of June, 2011, I caused to be served via hand delivery, to the parties on the service list annexed hereto as "Exhibit A," true and correct copies of the *Objection of Bank of America, N.A. and Merrill Lynch International to the Motion of the Ad Hoc Group of Lehman Brothers Creditors Pursuant to Sections 105(a) and 1109(b) of the Bankruptcy Code and Banrkuptcy Rules 2019 and 7026 to Establish Disclosure Procedures.*

_____
Richard Facundo

Sworn to before me the 9th day of June, 2011

_____
TODD A. MATTHIAS
Notary Public, State of New York
No. 5006112
Qualified in Westchester County
Commission Expires Dec. 28, 20__

NYDOCS03/929196.1

## Exhibit A

The Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Attn:    Gerard Uzzi, Esq.
        J. Christopher Shore, Esq.
*Attorneys for the Group*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:    Harvey R. Miller, Esq.
        Richard P. Krasnow, Esq.
        Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq.
        Alfredo R. Pérez, Esq.
*Attorneys for the Debtors*

The Office of the United States Trustee for Region 2
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:    Tracy Hope Davis, Esq.
        Elisabetta G. Gasparini, Esq.
        Andrea B. Schwartz, Esq.
        Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Matsumoto, Esq.
        Linda Riffkin, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:    Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.
*Attorneys to the Official Committee of Unsecured
Creditors Appointed in These Cases*

NYDOCS03/929196.1