SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Douglas P. Bartner
Brian H. Polovoy

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
: 
: 
In re: : Chapter 11
: 
**LEHMAN BROTHERS HOLDINGS INC., et al.,** : Case No. 08 – 13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                             )    ss.:
COUNTY OF NEW YORK  )

    Alexa J. Loo, being duly sworn, deposes and says, under the penalty of perjury:

    1. I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

    2. On October 13, 2010, I caused to be served via hand delivery, to the parties on the service list annexed hereto as "Exhibit A," true and correct copies of the *Joinder of Nomura International plc, Nomura Securities Co., Ltd. and Nomura Global Financial Products, Inc. to the Objection of Barclays Bank PLC, Barclays Capital Inc. and Their Affiliates to the Motion of*

08-13555-mg    Doc 17555    Filed 06/09/11    Entered 06/09/11 16:36:56    Main Document
        Pg 2 of 3

*the Ad Hoc Group of Lehman Brothers Creditors Pursuant to Section 105(a) and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2019 and 7026 to Establish Disclosure Procedures.*

Alexa J. Loo

SWORN TO AND SUBSCRIBED before me on this 9th day of June, 2011.

TODD A. MATTHIAS
Notary Public, State of New York
No. 5006112
Qualified in Westchester County
Commission Expires Dec. 28, 20 14

**Exhibit A**

The Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Attn:   Gerard Uzzi, Esq.
        J. Christopher Shore, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Harvey R. Miller, Esq.
        Richard P. Krasnow, Esq.
        Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq.
        Alfredo R. Pérez, Esq.

The Office of the United States Trustee for Region 2
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:   Tracy Hope Davis, Esq.
        Elisabetta G. Gasparini, Esq.
        Andrea B. Schwartz, Esq.
        Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Matsumoto, Esq.
        Linda Riffkin, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.