SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955
Adam C. Harris

Attorneys for Davidson Kempner
Capital Management LLC and certain
managed funds and accounts

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x
| In re | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK   )

I, Kevin Bell duly sworn, depose and say:

    I am not a party to this action, am over 18 years of age and employed by Schulte Roth & Zabel LLP.

    On Wednesday June 8, 2011, I served a true and correct copy of the Objection of Davidson Kempner Capital Management LLC To Motion of The Ad Hoc Group of Lehman Brothers Creditors Pursuant To Sections 105(a) And 1109(b) of The Bankruptcy Code And Bankruptcy Rules 2019 And 7026 To Establish Disclosure Procedures upon the parties listed on the attached Service List by United States Postal Service First Class Mail and e-mail.

                                                        /s/: Kevin Bell
                                                        Kevin Bell

Sworn to before me this
9th day of June, 2011

/s/: Patricia A. Botti
Patricia A. Botti
Notary Public, State of New York
No. 01BO4984082
Qualified in New York County
Commission Expires July 15, 2011

DOC ID-16697073.1

## Service List

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com

Gerard Uzzi, Esq.
J. Christopher Shore, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
guzzi@whitecase.com
cshore@whitecase.com

Tracy Hope Davis, Esq.
Elisabetta G. Gasparini, Esq.
Andrea B. Schwartz, Esq.
Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004
andrea.b.schwartz@usdoj.gov
tracy.davis2@usdoj.gov
elisabetta.g.gasparini@usdoj.gov
andy.velez-rivera@usdoj.gov
paul.schwartzberg@usdoj.gov
linda.riffkin@usdoj.gov
brian.masumoto@usdoj.gov

Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Jacqueline Marcus, Esq.
Alfredo R. Perez, Esq.
Weil, Gothshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
harvey.miller@weil.com
richard.krasnow@weil.com
lori.fife@weil.com
jacqueline.marcus@weil.com
alfredo.perez@weil.com