**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
900 Third Avenue, 16th floor
New York, NY 10022-4728
(212) 752-8000
(212) 752-8393 Facsimile
Laurence May, Esq. (LM-9714)
Nolan E. Shanahan, Esq. (NS-4598)

Attorneys for Creditor, Federal Home Loan
Bank of Pittsburgh

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Lehman Brothers Holdings, Inc., et al.,<br><br>                              Debtors. | Case No. 08-13555 (JMP)<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF WITHDRAWAL OF NOTICE INTENT TO PARTICIPATE IN
DISCOVERY RELATED TO PLAN CONFIRMATION**

NOTICE IS HEREBY GIVEN that the Federal Home Loan Bank of Pittsburgh, represented by Cole, Schotz, Meisel, Forman & Leonard, P.A. and Robins Kaplan Miller & Ciresi LLP hereby withdraws, without prejudice, its Notice of Intent to Participate in Discovery Related to Plan Confirmation, filed on April 28, 2011 [Docket No. 16333], in accordance with the Order Establishing Procedures in Connection with Discovery Related to Plan Confirmation and Other Issues, entered by the Court on April 14, 2011 [Docket No. 16003] ("the Order"). The Federal Home Loan Bank of Pittsburgh has not and agrees not to access any Confidential information (as defined in the Order). A copy of the original Notice of Intent is attached hereto as Exhibit A.

46320/0001-7673606v1

DATED:    New York, New York
June 9, 2011

            COLE, SCHOTZ, MEISEL,
            FORMAN & LEONARD, P.A.
            A Professional Corporation

By:  */s/ Laurence May*
      Laurence May, Esq. (LM-9714)
      Nolan E. Shanahan, Esq. (NS-4598)
      900 Third Avenue, 16th floor
      New York, NY 10022-4728
      (212) 752-8000

      and

      Robins, Kaplan, Miller & Ciresi, L.L.P.
      800 LaSalle Avenue, Suite 2800
      Minneapolis, MN 55402
      (612) 349-8500

Attorneys for Creditor, Federal Home Loan
Bank of Pittsburgh