Anthony Paduano (AP 8400)
Willard Knox (WK 5567)
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
Telephone: (212) 785-9100
Facsimile: (212) 785-9099

ATTORNEYS FOR JASON T. TAYLOR and PHILIP WALSH

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                                    :
**In re:**                                                          : **Chapter 11**
                                                                    :
**LEHMAN BROTHERS HOLDINGS, INC., et. al.**   : **Case No. 08-13555 (JMP)**
                                                                    : **(Jointly Administered)**
                                        **Debtors.**                :
                                                                    :
-------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF
## HEARING ON MOTIONS OF JASON T. TAYLOR AND PHILIP
## WALSH FOR A DETERMINATION THAT THE AUTOMATIC STAY DOES
## NOT APPLY OR, ALTERNATIVELY, FOR RELIEF FROM AUTOMATIC STAY

**PLEASE TAKE NOTICE** that the hearing on the relief requested in the

motions of movants Jason T. Taylor [Docket No. 14377] and Philip Walsh [Docket

No. 14571] (collectively, "Movants") for determinations that the automatic stay

does not apply or, alternatively, for relief from automatic stay (the "Motions"),

which were scheduled for June 15, 2011, at 10:00 a.m. (prevailing Eastern Time),

has been adjourned by agreement of Debtors and Movants to **July 20, 2011 at**

**10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be

heard. The hearing on the Motions will be held before the Honorable James M.

Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One

Bowling Green, New York, New York, Room 601, and such hearing on the Motions

may be further adjourned from time to time without further notice other than an

announcement at the hearing.

       **PLEASE TAKE FURTHER NOTICE** that the deadline to file objections or

other responsive pleadings to the Motions has been extended to **July 13, 2011 at**

**4:00 p.m. (prevailing Eastern Time).**

Dated:    New York, New York
         June 10, 2011

               PADUANO & WEINTRAUB LLP

               BY: _____
                  Anthony Paduano
                  Willard Knox
               1251 Avenue of the Americas
               Ninth Floor
               New York, New York 10020
               Telephone: (212) 785-9100
               Facsimile: (212) 785-9099

               Attorneys for Jason T. Taylor and
               Philip Walsh