**DAY PITNEY LLP**
Joshua W. Cohen (JC-2978)
James J. Tancredi (JT-3269)
One Audubon Street
New Haven, CT 06511-6433
Telephone:    (203) 752-5000
Facsimile:    (203) 752-5001

| | |
|---|---|
| Hearing Date: | **July 20, 2011** |
| Hearing Time: | **10:00 A.M.** |

– and –

7 Times Square
New York, NY  10036-7311
Telephone:    (212) 297-5800
Facsimile:    (212) 916 2940

*Counsel to Fidelity National Title Insurance Company*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING
ON FIDELITY NATIONAL TITLE INSURANCE COMPANY'S
MOTION TO COMPEL COMPLIANCE WITH REQUIREMENTS
OF TITLE INSURANCE POLICIES INSURING DEEDS OF TRUST HELD
BY THE BANKRUPTCY ESTATE OF DEBTOR LEHMAN COMMERCIAL PAPER INC.
PURSUANT TO SECTIONS 105, 362, 365 AND 1107 OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that the hearing on the relief requested in Fidelity National

Title Insurance Company's Motion to Compel Compliance with Requirements of Title Insurance

Policies Insuring Deeds of Trust Held by the Bankruptcy Estate of Debtor Lehman Commercial

Paper Inc. Pursuant to Sections 105, 362, 365 and 1107 of the Bankruptcy Code [Docket No.

11513] (the "Motion to Compel"), which was scheduled for June 15, 2011 at 10:00 a.m.

(prevailing Eastern Time), **has been adjourned to July 20, 2011 at 10:00 a.m. (prevailing**

**Eastern Time)**, or as soon thereafter as counsel may be heard.  The hearing on the relief requested

in the Motion to Compel will be held before the Honorable James M. Peck, United States

Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New

York, Room 601, and such hearing on the Motion to Compel may be further adjourned from time

to time without further notice other than an announcement at the hearing.

       Dated at New Haven, Connecticut, this 10th day of June, 2011.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY


By:     /s/ Joshua W. Cohen
          Joshua W. Cohen (JC-2978)
          James J. Tancredi (JT-3269)
          DAY PITNEY LLP
          One Audubon Street
          New Haven, CT 06511-6433
          Tel:   (203) 752-5008
          Fax:   (203) 752-5001
          E-mail: jwcohen@daypitney.com