**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | § | Case No. 08-13555 (JMP) |
| Debtor | § | (Jointly Administered) |
| | § | |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                             ) SS:
COUNTY OF NEW YORK )

        Patricia A. Wright, being duly sworn deposes and says:

        1.      That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

        2.      That on the 10th day of June, 2011, I caused to be served by hand delivery a true copy of the ***Objection of Certain Non-Consolidation Plan Proponents to Motion of the Ad Hoc Group of Lehman Brothers Creditors Pursuant to Sections 105(a) and 1109(b) of the Bankruptcy Code and Bankruptcy rules 2019 and 7026 to Establish Disclosure Procedures*** upon those parties listed on the attached Service List.

                                       /s/Patricia A. Wright
                                          Patricia A. Wright

Sworn to before me this
10th day of June, 2011

 /s/Steven Sarnotsky
Notary Public, State of New York
No. 01SA6008581
Qualified in New York County
Commission Expires August 1, 2014

A/74316086.1

## SERVICE LIST

White & Case LLP
Attn: Gerard Uzzi, Esq.
1155 Avenue of the Americas
New York, NY 10036

White & Case LLP
Attn: J. Christopher Shore, Esq.
1155 Avenue of the Americas
New York, NY 10036

Weil, Gotshal & Manges LLP
Attn: Harvey R. Miller, Esq.
767 Fifth Avenue
New York, NY 10153

Weil, Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq.
767 Fifth Avenue
New York, NY 10153

Weil, Gotshal & Manges LLP
Attn: Lori R. Fife, Esq.
767 Fifth Avenue
New York, NY 10153

Weil, Gotshal & Manges LLP
Attn: Shai Y. Waisman, Esq.
767 Fifth Avenue
New York, NY 10153

Weil, Gotshal & Manges LLP
Attn: Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, NY 10153

Weil, Gotshal & Manges LLP
Attn: Alfredo R. Perez, Esq.
767 Fifth Avenue
New York, NY 10153

Office of the U.S. Trustee
Attn:  Tracy Hope Davis, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Office of the U.S. Trustee
Attn:  Elisabetta G. Gasparini, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Office of the U.S. Trustee
Attn:  Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Office of the U.S. Trustee
Attn:  Andy Velez-Rivera, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Office of the U.S. Trustee
Attn:  Paul Schwartzberg, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Office of the U.S. Trustee
Attn:  Brian Matsumoto, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Office of the U.S. Trustee
Attn:  Linda Riffkin, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn:  Dennis F. Dunne, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

Milbank, Tweed, Hadley & McCloy LLP
Attn:  Dennis O'Donnell, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

Milbank, Tweed, Hadley & McCloy LLP
Attn:  Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

A/74316086.1