Presentment Date and Time: June 24, 2011 at 12:00 p.m. (Prevailing Eastern Time)
Objection Date and Time: June 24, 2011 at 11:00 a.m. (Prevailing Eastern Time)
Hearing Date and Time (If an Objection is Filed): July 20, 2011 at 10:00 a.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

```
-------------------------------------------------------------------x
                                                    :
In re                                               :      Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :      08-13555 (JMP)
                                                    :
                             Debtors.               :      (Jointly Administered)
                                                    :
-------------------------------------------------------------------x
```

## NOTICE OF PRESENTMENT OF
## SEVENTH SUPPLEMENTAL APPLICATION OF
## THE DEBTORS PURSUANT TO SECTION 327(e) OF THE
## BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL
## RULES OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION
## TO EMPLOY AND RETAIN JONES DAY AS SPECIAL COUNSEL
## TO THE DEBTORS, *NUNC PRO TUNC* TO THE ENGAGEMENT DATES

**PLEASE TAKE NOTICE** that the undersigned will present the annexed Seventh

Supplemental Application (the "Seventh Supplemental Application") of the Debtors Pursuant to

Section 327(e) of title 11 of the United States Code and Rule 2014 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules") for authorization to expand the scope of Jones

Day's retention as special counsel to the Debtors, *nunc pro tunc* to the Engagement Dates, all as

more fully described in the Seventh Supplemental Application, to the Honorable James M. Peck,

United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton

Customs House, Courtroom 601, One Bowling Green, New York, New York 10004 (the

"Bankruptcy Court") for approval and signature on **June 24, 2011 at 12:00 p.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application shall be in writing, shall conform to the Bankruptcy Rules and the Local Rules, shall set forth the name of the objecting party, the basis for the objection and the specific grounds thereof, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with two hard copies delivered directly to Chambers), and shall be served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York, 10004, Courtroom 601; (ii) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York, 10153, Attn: Richard P. Krasnow, Esq., attorneys for the Debtors; (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York, 10004, Attn: Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq., and Andrea B. Schwartz, Esq.; (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York, 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the Official Committee of Unsecured Creditors appointed in these cases; and (v) Jones Day, 222 East 41st Street, New York, NY 10017-6702, Attn: Benjamin Rosenblum, Esq. **so as to be so filed and received by no later than June 24, 2011 at 11:00 a.m. (prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only if a written objection is timely filed and served, a hearing will be held on **July 20, 2011 at 10:00 a.m. (Prevailing Eastern Time)** at the United States Bankruptcy Court for the Southern District of New York, Honorable James M.

Peck, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004-1408.  If

an objection is filed the moving and objecting parties are required to attend the hearing, and failure

to appear may result in relief being granted or denied upon default.

Dated:  June 10, 2011
        New York, New York

                            /s/ Richard P. Krasnow_____
                            Richard P. Krasnow
                            WEIL GOTSHAL & MANGES LLP
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone: (212) 310-8000
                            Facsimile: (212) 310-8007

                            Attorneys for Debtors
                            and Debtors in Possession

Presentment Date and Time: June 24, 2011 at 12:00 p.m. (Prevailing Eastern Time)
Objection Deadline: June 24, 2011 at 11:00 a.m. (Prevailing Eastern Time)
Hearing Date and Time (If an Objection is Filed): July 20, 2011 at 10:00 a.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                                 :
In re                                            :        Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,           :        08-13555 (JMP)
                                                 :
                             Debtors.            :        (Jointly Administered)
                                                 :
-----------------------------------------------------------------x
```

**SEVENTH SUPPLEMENTAL APPLICATION OF THE DEBTORS**
**PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE**
**AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**
**FOR AUTHORIZATION TO EMPLOY AND RETAIN JONES DAY AS SPECIAL**
**COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE ENGAGEMENT DATES**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-

referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and,

collectively with their non-debtor affiliates, "Lehman"), file this Seventh Supplemental

Application of the Debtors Pursuant to Section 327(e) of the Bankruptcy Code and Rule 2014 of

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for authorization to expand

the scope of Jones Day's retention as special counsel to the Debtors, *nunc pro tunc* to the

Engagement Dates (as defined below) as set forth herein (the "Seventh Supplemental

Application"), and respectfully represent:

## Background

1.        Commencing on September 15, 2008 and periodically thereafter (as

applicable, the "Commencement Date"), LBHI and certain of its subsidiaries commenced with

this Court voluntary cases under chapter 11 of title 11 of the United States Code (the

"Bankruptcy Code").  The Debtors' chapter 11 cases have been consolidated for procedural

purposes only and are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy

Rules.  The Debtors are authorized to operate their businesses and manage their properties as

debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.        On September 17, 2008, the United States Trustee for the Southern

District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured

creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

3.        On September 19, 2008, a proceeding was commenced under the

Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc.

("LBI").  A trustee appointed under SIPA is administering LBI's estate.

4.        On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as

examiner in the above-captioned chapter 11 cases (the "Examiner") and by order dated January

20, 2009 [Docket No. 2583] the Court approved the U.S. Trustee's appointment of the Examiner.

The Examiner issued a report of his investigation pursuant to section 1106 of the Bankruptcy

Code on March 11, 2010 [Docket No. 7531].

5.        On January 25, 2011, the Debtors filed a first amended joint chapter 11

plan and disclosure statement [Docket Nos. 14150 and 14151].

**Jurisdiction**

6.      This Court has subject matter jurisdiction to consider and determine this

matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Lehman's Business**

7.      Prior to the events leading up to these chapter 11 cases, Lehman was the

fourth largest investment bank in the United States.  For more than 150 years, Lehman had been

a leader in the global financial markets by serving the financial needs of corporations,

governmental units, institutional clients and individuals worldwide.

8.      Additional information regarding the Debtors' businesses, capital

structures, and the circumstances leading to the commencement of these chapter 11 cases is

contained in the Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy

Rules for the Southern District of New York in Support of First-Day Motions and Applications,

filed on September 15, 2008 [Docket No. 2].

**Relief Requested**

9.      The Debtors request authorization, pursuant to section 327(e) of the

Bankruptcy Code, Rule 2014(a) of the Bankruptcy Rules, and Rule 2014-1 of the Local

Bankruptcy Rules for the Southern District of New York (the "Local Rules"), to modify the

scope of Jones Day's retention as special counsel, previously approved by the Retention Orders,

as defined below, to include legal services with respect to the following additional

matters, *nunc pro tunc* to the engagement dates identified herein (the "Engagement Dates"):  (a)

May 2, 2011 for the representation of Peterborough 850 LLC with respect to the disposition of

aircraft bearing manufacturers' serial number 8489 and all matters related thereto, (b) May 2,

2011 for the representation of the Debtors with respect to aircraft related matters concerning the

737 Portfolio Trust and, in particular, the distributions of assets and dissolution of the 737

Portfolio Trust of which debtor Lehman Commercial Paper Inc. is the owner participant, and (c)

such other dates subsequent to the filing of the Seventh Supplemental Application as agreed to

by the Debtors and Jones Day for such other matters relating to the disposition of aircraft or the

dissolution of entities related to aircraft matters, whether owned by the Debtor or non-Debtor

affiliates, as requested by the Debtors and agreed to by Jones Day.[1]

### **Retention of Jones Day**

10.    The following orders have previously been entered authorizing the

Debtors to retain and employ Jones Day pursuant to section 327(e) of the Bankruptcy Code for

the matters identified below:

- Order dated February 25, 2009 [Docket No. 2925] (the "Initial Jones Day Retention Order") approving the Application and authorizing the Debtors to employ and retain Jones Day as special counsel to the Debtors with respect to certain matters described in the Application generally relating to (a) assisting LBHI in relation to any issues arising in the Asia Pacific region; (b) assisting and advising LBHI with respect to the insolvency proceedings of Lehman Brothers Australia Holdings Pty Limited; (c) assisting LBHI and other United States-based Lehman entities in Japan in asserting claims in certain Japanese Civil Rehabilitation proceedings; (d) advising LBHI in connection with claims which may be asserted against it relating to Lehman Brothers Japan Holdings KK; (e) advising Lehman with respect to distressed debt transactions in Taiwan, China, the Philippines and Thailand, and its acquisition and financing of real estate assets in Taiwan; (f) representing certain Lehman entities through various third parties in the sale of their Sunrise Project and the changes to their corporate registrations required by the departure of the members of the Boards of their operating companies to Nomura; (g) continuing the representation of LBHI in litigation pending in the United States Bankruptcy Court of the Northern District of California, entitled Aron Oliner and Lehman Brothers Holdings Inc. v. John Kontrabecki, and related bankruptcy cases; and (h) advising the Debtors in connection with their businesses and operations in India (the "Initial Representative Matters").

---

[1]    Although the Additional Matters involve a non-Debtor affiliate or trust, the fees associated with these representations will be paid by the Debtors, which will ultimately be the beneficiaries of such representations.

- Order dated May 21, 2009 [Docket No. 3630] (the "First Supplemental Retention Order") authorizing and approving the expansion of Jones Day's retention as special counsel with respect to certain matters described in the First Supplemental Application generally relating to (a) the examination of the negotiation and conclusion of the Asset Purchase Agreement dated September 16, 2008 and certain related or potentially related transactions and events involving the Debtors and Barclays Capital Inc. in and after September of 2008, and (b) the examination of issues relating to derivatives trades between (i) Debtor Lehman Brothers Special Financing Inc. and certain of the other Debtors and (ii) the counterparty to such trades, AIG CDS, Inc. and/or its affiliates (collectively, the "First Additional Representative Matters").

- Order dated July 23, 2009 [Docket No. 4476] (the "Second Supplemental Retention Order") authorizing and approving the expansion of Jones Day's retention as special counsel with respect to certain matters described in the Second Supplemental Application generally relating to certain structured products and derivatives trades between the Debtors and other entities, which the Debtors' primary restructuring counsel is unable to assist them with due to conflict or other reasons (the "Second Additional Representative Matters").

- Order dated November 5, 2009 [Docket No. 5728] (the "Third Supplemental Retention Order") authorizing and approving the expansion of Jones Day's retention as special counsel with respect to certain matters described in the Third Supplemental Application generally relating to derivatives and structured products matters involving certain specified counterparties, other derivatives and structured products related matters (including certain matters governed by English law), and certain matters relating to the joint representation of the Ad Hoc Committee of Non-Agent Secured Lenders and certain non-agent secured lenders, which include certain of the Debtors, in connection with the Adelphia bankruptcy proceedings (the "Third Additional Representative Matters").

- Order dated February 10, 2010 [Docket No. 7166] (the "Fourth Supplemental Retention Order") authorizing and approving the expansion of Jones Day's retention as special counsel with respect to certain matters described in the Fourth Supplemental Application relating to (a) the representation of the Debtors in connection with the workout and/or restructuring of certain loans/investments in the Loan Portfolio/Investment Portfolio involving Greenbriar Minerals LLC  and (b) such other matters relating to the Loan Portfolio/Investment Portfolio, as requested by the Debtors and agreed to by Jones Day ("Fourth Additional Representative Matters").

- Order dated June 15, 2010 [Docket No. 9569] (the "<u>Fifth Supplemental Retention Order</u>") authorizing and approving the expansion of Jones Day's retention as special counsel with respect to certain matters described in the Fifth Supplemental Application relating to (a) the representation of the Debtors in connection with a joint representation of LBHI and the certain funds named as defendants in litigation commenced by Barclays Capital Inc., and (b) such other matters relating to Barclays, as requested by the Debtors and agreed to by Jones Day (the "<u>Fifth Additional Representative Matters</u>").

- Order dated November 30, 2010 [Docket No. 13100] (the "<u>Sixth Supplemental Retention Order</u>" and together with the Initial Jones Day Retention Order, the First Supplemental Retention Order, the Second Supplemental Retention Order, the Third Supplemental Retention Order, the Fourth Supplemental Retention Order, and the Fifth Supplemental Retention Order, the "<u>Retention Orders</u>") authorizing and approving the expansion of Jones Day's retention as special counsel with respect to certain matters described in the Sixth Supplemental Application relating to (a) the representation of Clarks Summit II, LLC, a wholly-owned non-Debtor subsidiary of Debtor Lehman Commercial Paper Inc., in connection with the sale of aircraft bearing manufacturer's serial numbers 7086 and 7024 owned by Clarks Summit II, LLC, (b) matters relating to causes of action under chapter 5 of the Bankruptcy Code falling outside the scope of Jones Day's previously Court-approved retention, as requested by the Debtors and agreed to by Jones Day, which the Debtors' primary restructuring counsel is unable to assist them with due to conflict or other reasons, (c) matters relating to the investigation and, if appropriate, pursuit of derivatives or structured product related causes of action derivatively on behalf of LBI, as requested by the Debtors and agreed to by Jones Day, and (d) matters in connection with the representation of LBHI with respect to issues relating to the administration of LB UK RE Holdings Limited (together with the Initial Representative Matters, the First Additional Representative Matters, the Second Additional Representative Matters, the Third Additional Representative Matters, the Fourth Additional Representative Matters, and the Fifth Additional Representative Matters, the "<u>Representative Matters</u>").

## **Basis for Relief Requested**

11.     Subject to further order of this Court, it is proposed that Jones Day's retention as special counsel, previously approved by the Retention Orders, be modified to include legal services with respect to the Additional Matters, *nunc pro tunc* to the Engagement Dates.

12.     The expansion of Jones Day's retention under the terms described herein is appropriate under Bankruptcy Code sections 327(e) and 1107.  Section 327(e) provides for the appointment of special counsel where the proposed counsel does not possess any interest that is materially adverse to the debtor with regard to the matter(s) that will be handled by counsel.  Section 327(e) provides:

> The trustee, with the court's approval, may employ, for a specified special purpose, other than to represent the trustee in conducting the case, an attorney that has represented the debtor, if in the best interest of the estate, and if such attorney does not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed.

13.     Accordingly, section 327(e) of the Bankruptcy Code authorizes the retention of counsel who previously represented a debtor prepetition provided that: (a) the appointment is in the best interest of the debtor's estate; (b) counsel does not hold an interest adverse to the estate with respect to the matter for which counsel is to be employed; and (c) the specified special purpose for which counsel is being retained does not rise to the level of conducting the bankruptcy case for the debtor in possession.  *See In re AroChem Corp.*, 176 F.3d 610, 622 (2d Cir. 1999) (noting that "where the interest of the special counsel and the interest of the estate are identical *with respect to the matter for which special counsel is retained*, there is no conflict and the representation can stand") (emphasis in original); *In re DeVlieg, Inc.*, 174 B.R. 497 (N.D. Ill. 1994).  As explained more fully below, the Debtors

submit that each of these factors is satisfied with respect to Jones Day and that, therefore, its

expanded retention should be approved under section 327(e) of the Bankruptcy Code.

**The Employment and Retention of Jones Day With Respect
to the Additional Matters is in the Best Interests of the Estates** :

14.    Jones Day is a large international law firm and has substantial experience

in all aspects of workouts and restructurings.  In addition, Jones Day has broad experience in

handling matters involving aircraft acquisition and finance, and the group of Jones Day attorneys

handling the Additional Matters are familiar with the facts and circumstances of these matters

and possess the requisite expertise.  Further, having been previously retained to provide advice to

the Debtors in connection with the disposition of aircrafts and other related matters, Jones Day is

well situated to provide advice to the Debtors in connection with the Additional Matters.

Accordingly, the Debtors believe that Jones Day is well qualified to provide services relating to

the Additional Matters, and that its retention would be in the best interest of the Debtors' estates,

their creditors and other parties in interest.

**Jones Day Holds No Interest Adverse to the Debtors or the
Debtors' Estates With Respect to the Representative Matters** :

15.    The Debtors' knowledge, information and belief regarding the matters set

forth in this Seventh Supplemental Application are based on and made in reliance upon the

Declaration of Carl E. Black in Support of the Seventh Supplemental Application (the "Seventh

Supplemental Declaration"), a copy of which is attached hereto as Exhibit 1.

16.    Jones Day has informed the Debtors that it does not represent or hold any

interest adverse to the Debtors or the Debtors' estates with respect to the Additional Matters.  *See*

*In re AroChem*, 176 F. 3d 610, 622 (2d. Cir. 1999) (emphasizing that, under section 327(e) of the

Bankruptcy Code, potential conflicts must be evaluated only with respect to the scope of the

proposed retention).   The Debtors have also been informed that Jones Day will continue to update its conflicts disclosures contained in the Declarations in accordance with the Bankruptcy Rules, the Local Bankruptcy Rules, any orders of this Court, and Jones Day's past practices and established conflicts procedures relating to chapter 11 proceedings.   Accordingly, the Debtors submit that expanding the scope of Jones Day's retention with respect to the Additional Matters is in the best interests of the Debtors, their estates, and their creditors and should be approved by the Court.

### *Nunc Pro Tunc* **Approval is Warranted**:

17.    The Debtors request that Jones Day's retention be made effective *nunc pro tunc* to the Engagement Dates to allow Jones Day to be compensated for work performed on behalf of the Debtors on or after Engagement Dates, but prior to the submission of this Application.  The Debtors submit that retroactive approval to May 2, 2011, approximately 39 days prior to the submission of this Seventh Supplemental Application, is warranted as Jones Day provided necessary services to the Debtors and such services are of value to the estate and all parties in interest.  *See In re Hasset, Ltd.*, 283 B.R. 376, 379 (Bankr. E.D.N.Y. 2002) (approving nunc pro tunc retention application and recognizing that "nunc pro tunc applications are disfavored in this Circuit but have been permitted when the attorney performs services of 'value' to the estate" (internal citations omitted)); *see also In re Motors Liquidation Company*¸ 2010 Bankr. Lexis 2367 at *28 (Bankr. S.D.N.Y. 2010) (stating that in exercising its discretion regarding the existence of "extraordinary circumstances," a bankruptcy court considers factors such as . . . whether the applicant was under time pressure to begin service without approval); *In re Jarvis*, 53 F.3d 416 (1st Cir. 1995) (finding that a bankruptcy court may grant post facto application if employment meets statutory requirements and delay results from extraordinary

circumstances); *Matter of Arkansas Co. Inc.*, 798 F.2d. 645 (3d Cir. 1986) (opining that

bankruptcy courts have discretion in extraordinary circumstances to retroactively approve a

professional's employment).  The Debtors believe that expanding the scope of Jones Day's

retention, *nunc pro tunc*, to the Engagement Dates is appropriate under the circumstances.  Jones

Day began providing services to the Debtors in connection with the Additional Matters

beginning on the Engagement Dates identified above.   In each case, the Debtors believe it was

in the best interests of the estates, for Jones Day to commence providing services to the Debtors

for the Additional Matters immediately, with the understanding that the Debtors would seek *nunc*

*pro tunc* authorization to expand the scope of Jones Day's retention.

18.    A delay in the provision of legal services relating to the Additional

Matters may under the circumstances have resulted in immediate and potentially significant

prejudice to the rights of the Debtors and their estates.  Suspension of services would have

delayed efforts to effectuate the disposition of the aircraft for the benefit of the estates.

19.    The global nature, complexity of these chapter 11 cases and often times

need for professionals to immediately provide services as a result of the exigencies of

circumstances, warrants retroactive approval.  This Court has granted *nunc pro tunc* approval of

the retention of approximately thirty-two other professionals in these cases.[2]  Based on the

---

[2]  *See, e.g., Order Granting Application to Employ and Retain Sonnenschein Nath & Rosenthal LLP, as Special Counsel To The Debtors, Nunc Pro Tunc to January 1, 2010* [Docket No. 10949]; *Order Granting Motion of the Debtors Pursuant to Section 327(e) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Amend the Order Approving Retention of Bingham McCutchen LLP as Special Counsel to the Debtors, Nunc Pro Tunc to the Engagement Date* [Docket No. 7491]; *Order Authorizing the Employment and Retention of Sutherland Asbill & Brennan LLP as Special Tax Counsel, Nunc Pro Tunc to April 1, 2010* [Docket No. 8846]; *Order Authorizing Retention and Employment Of Richard Sheldon, Queens Counsel For Limited Purposes Nunc Pro Tunc to June 23, 2009* [Docket No. 4763]; *Order Authorizing the Employment and Retention of Simpson, Thacher & Bartlett LLP as Special Counsel to the Debtors, Nunc Pro Tunc to the Commencement Date* [Docket No. 1658].

foregoing, retroactive approval of Jones Day with respect to the Additional Matters is warranted under these circumstances.

## **Professional Compensation**

20. The Debtors understand that with respect to services provided in connection with the Additional Matters, Jones Day intends to apply separately to the Court for allowances of compensation and reimbursement of expenses in accordance with section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the guidelines promulgated by the U.S. Trustee, as those procedures may be modified or supplemented by order of this Court, including this Court's Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 15997] and this Court's Order Appointing Fee Committee and Approving Fee Protocol [Docket No. 3651] and Order Amending Fee Protocol [Docket No. 15998].

21. For services rendered by Jones Day in these cases, the Debtors, subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, all guidelines promulgated by the U.S. Trustee, and orders of the Court, propose to pay Jones Day its customary hourly rates that are in effect from time to time. The rates that are currently in effect for the professionals involved with the Additional Matters range from $650 to $975 for partners, $550 to $725 for counsel, $325 to $700 for associates, and $175 to $285 for paralegals.[3]

---

[3] Such hourly rates may change from time to time in accordance with Jones Day's established billing practices and procedures.

**Notice**

22.    No trustee has been appointed in these chapter 11 cases.  The Debtors

have served notice of this Seventh Supplemental Application in accordance with the procedures

set forth in the second amended order entered on June 17, 2010 governing case management and

administrative procedures for these cases [Docket No. 9635] on (i) the U.S. Trustee; (ii) the

attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the

Internal Revenue Service; (v) the United States Attorney for the Southern District of New York;

(vi) all parties who have requested notice in these chapter 11 cases; and (vii) Jones Day.  The

Debtors submit that no other or further notice need be provided.

23.    No previous request for the relief sought herein has been made by the

Debtors to this or any other court.

WHEREFORE the Debtors respectfully request that the Court grant the relief

requested herein and such other and further relief as it deems just and proper.


Dated:    New York, New York
          June 10, 2011

                                        /s/ Richard P. Krasnow
                                        Richard P. Krasnow
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

**<u>EXHIBIT 1</u>**
**(Seventh Supplemental Declaration)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
:
In re                                                                   :          **Chapter 11 Case No.**
                                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :          **08-13555 (JMP)**
                                                                        :
                                            **Debtors.**         :          **(Jointly Administered)**
                                                                        :
                                                                        :
------------------------------------------------------------------x

### DECLARATION OF CARL E. BLACK IN SUPPORT OF THE SEVENTH SUPPLEMENTAL APPLICATION OF THE DEBTORS PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION TO EMPLOY AND RETAIN JONES DAY AS SPECIAL COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE ENGAGEMENT DATES

Pursuant to sections 327 and 329 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and

2016(b) and 28 U.S.C. § 1746, Carl E. Black declares:

1.        I am a member of the firm of Jones Day, North Point, 901 Lakeside

Avenue, Cleveland, Ohio  44114-1190, and am admitted to practice law in Ohio.

2.        I submit this Declaration in support of the Seventh Supplemental

Application of the Debtors Pursuant to Section 327(e) of the Bankruptcy Code and Rule 2014 of

the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Jones Day as

Special Counsel to the Debtors, *Nunc Pro Tunc* to the Engagement Dates (the "Seventh

Supplemental Application")[1] filed by Lehman Brothers Holdings Inc. ("LBHI") and its affiliated

debtors and debtors in possession in the above-referenced chapter 11 cases (together, the

"Debtors") to modify the scope of Jones Day's retention as special counsel to the Debtors to

---

[1]        Capitalized terms not defined herein shall have the meaning ascribed to them in the Seventh Supplemental Application.

include additional matters, *nunc pro tunc* to the Engagement Dates (as defined below) as

described in greater detail below and in the Seventh Supplemental Application.  Except as

otherwise set forth below, all facts set forth below in this Declaration are based upon information

from, and discussions I or other Jones Day personnel reporting to me have had with, certain of

my colleagues.  Based on the foregoing, if I were called upon to testify, I could and would testify

competently to the facts set forth herein. I am authorized to submit this Declaration on behalf of

Jones Day.

### **Retention of Jones Day**

3.    The following orders have previously been entered authorizing the

Debtors to retain and employ Jones Day pursuant to section 327(e) of the Bankruptcy Code for

the matters identified below:

- Order dated February 25, 2009 [Docket No. 2925] (the "Initial Jones Day Retention Order") approving the Application and authorizing the Debtors to employ and retain Jones Day as special counsel to the Debtors with respect to certain matters described in the Application generally relating to (a) assisting LBHI in relation to any issues arising in the Asia Pacific region; (b) assisting and advising LBHI with respect to the insolvency proceedings of Lehman Brothers Australia Holdings Pty Limited; (c) assisting LBHI and other United States-based Lehman entities in Japan in asserting claims in certain Japanese Civil Rehabilitation proceedings; (d) advising LBHI in connection with claims which may be asserted against it relating to Lehman Brothers Japan Holdings KK; (e) advising Lehman with respect to distressed debt transactions in Taiwan, China, the Philippines and Thailand, and its acquisition and financing of real estate assets in Taiwan; (f) representing certain Lehman entities through various third parties in the sale of their Sunrise Project and the changes to their corporate registrations required by the departure of the members of the Boards of their operating companies to Nomura; (g) continuing the representation of LBHI in litigation pending in the United States Bankruptcy Court of the Northern District of California, entitled Aron Oliner and Lehman Brothers Holdings Inc. v. John Kontrabecki, and related bankruptcy cases; and (h) advising the Debtors in connection with their businesses and operations in India (the "Initial Representative Matters").

- Order dated May 21, 2009 [Docket No. 3630] (the "First Supplemental Retention Order") authorizing and approving the expansion of Jones Day's retention as special counsel with respect to certain matters described in the First Supplemental Application generally relating to (a) the examination of the negotiation and conclusion of the Asset Purchase Agreement dated September 16, 2008 and certain related or potentially related transactions and events involving the Debtors and Barclays Capital Inc. in and after September of 2008, and (b) the examination of issues relating to derivatives trades between (i) Debtor Lehman Brothers Special Financing Inc. and certain of the other Debtors and (ii) the counterparty to such trades, AIG CDS, Inc. and/or its affiliates (collectively, the "First Additional Representative Matters").

- Order dated July 23, 2009 [Docket No. 4476] (the "Second Supplemental Retention Order") authorizing and approving the expansion of Jones Day's retention as special counsel with respect to certain matters described in the Second Supplemental Application generally relating to certain structured products and derivatives trades between the Debtors and other entities, which the Debtors' primary restructuring counsel is unable to assist them with due to conflict or other reasons (the "Second Additional Representative Matters").

- Order dated November 5, 2009 [Docket No. 5728] (the "Third Supplemental Retention Order") authorizing and approving the expansion of Jones Day's retention as special counsel with respect to certain matters described in the Third Supplemental Application generally relating to derivatives and structured products matters involving certain specified counterparties, other derivatives and structured products related matters (including certain matters governed by English law), and certain matters relating to the joint representation of the Ad Hoc Committee of Non-Agent Secured Lenders and certain non-agent secured lenders, which include certain of the Debtors, in connection with the Adelphia bankruptcy proceedings (the "Third Additional Representative Matters").

- Order dated February 10, 2010 [Docket No. 7166] (the "Fourth Supplemental Retention Order") authorizing and approving the expansion of Jones Day's retention as special counsel with respect to certain matters described in the Fourth Supplemental Application relating to (a) the representation of the Debtors in connection with the workout and/or restructuring of certain loans/investments in the Loan Portfolio/Investment Portfolio involving Greenbriar Minerals LLC  and (b) such other matters relating to the Loan Portfolio/Investment Portfolio, as requested by the Debtors and agreed to by Jones Day ("Fourth Additional Representative Matters").

3

- Order dated June 15, 2010 [Docket No. 9569] (the "Fifth Supplemental Retention Order") authorizing and approving the expansion of Jones Day's retention as special counsel with respect to certain matters described in the Fifth Supplemental Application relating to (a) the representation of the Debtors in connection with a joint representation of LBHI and the certain funds named as defendants in litigation commenced by Barclays Capital Inc., and (b) such other matters relating to Barclays, as requested by the Debtors and agreed to by Jones Day (the "Fifth Additional Representative Matters").

- Order dated November 30, 2010 [Docket No. 13100] (the "Sixth Supplemental Retention Order" and together with the Initial Jones Day Retention Order, the First Supplemental Retention Order, the Second Supplemental Retention Order, the Third Supplemental Retention Order, the Fourth Supplemental Retention Order, and the Fifth Supplemental Retention Order, the "Retention Orders") authorizing and approving the expansion of Jones Day's retention as special counsel with respect to certain matters described in the Sixth Supplemental Application relating to (a) the representation of Clarks Summit II, LLC, a wholly-owned non-Debtor subsidiary of Debtor Lehman Commercial Paper Inc., in connection with the sale of aircraft bearing manufacturer's serial numbers 7086 and 7024 owned by Clarks Summit II, LLC, (b) matters relating to causes of action under chapter 5 of the Bankruptcy Code falling outside the scope of Jones Day's previously Court-approved retention, as requested by the Debtors and agreed to by Jones Day, which the Debtors' primary restructuring counsel is unable to assist them with due to conflict or other reasons, (c) matters relating to the investigation and, if appropriate, pursuit of derivatives or structured product related causes of action derivatively on behalf of LBI, as requested by the Debtors and agreed to by Jones Day, and (d) matters in connection with the representation of LBHI with respect to issues relating to the administration of LB UK RE Holdings Limited (together with the Initial Representative Matters, the First Additional Representative Matters, the Second Additional Representative Matters, the Third Additional Representative Matters, the Fourth Additional Representative Matters, and the Fifth Additional Representative Matters, the "Representative Matters").

4.      The Debtors have requested that Jones Day expand the scope of the

Representative Matters to include legal services with respect to the following additional matters

(collectively, the "Additional Matters"), *nunc pro tunc* to the engagement dates identified herein

(the "Engagement Dates"):  (a) May 2, 2011 for the representation of Peterborough 850 LLC

with respect to the disposition of aircraft bearing manufacturers' serial number 8489 and all

matters related thereto, (b) May 2, 2011 for the representation of the Debtors with respect to

aircraft related matters concerning the 737 Portfolio Trust and, in particular, the distributions of

assets and dissolution of the 737 Portfolio Trust of which debtor Lehman Commercial Paper Inc.

is the owner participant, and (c)  such other dates subsequent to the filing of the Seventh

Supplemental Application agreed to by the Debtors and Jones Day for such other matters relating

to the disposition of aircraft or the dissolution of entities related to aircraft matters, whether

owned by the Debtor or non-Debtor affiliates, as requested by the Debtors and agreed to by

Jones Day.[2]

       5.       Jones Day has extensive knowledge and experience in representing the

Debtors and other Lehman non-debtor affiliates in various matters.  With more than 2,500

lawyers in 34 offices around the world, Jones Day is one of the largest law firms in the world.

Jones Day has substantial experience in virtually all aspects of the law that may arise in its

representation of the Debtors in these chapter 11 cases, including, among others, insolvency,

corporate, finance, litigation, real estate and securities issues.  Using that experience, Jones Day

acts as principal outside counsel to, or provides significant legal representation for, more than

half of the Fortune 500 companies.

       6.       Jones Day is one of the largest law firms in the world, with a national and

international practice, and has substantial experience in all aspects of workouts and

restructurings.  In addition, Jones Day has represented various Lehman entities in the United

States, the Asia Pacific Rim and Australia with respect to various litigation, securities,

insolvency, commercial, real estate other matters, including certain of the Representative

---

[2]      Although the Additional Matters involve a non-Debtor affiliate or trust, the fees associated with these
representations will be paid by the Debtors, which will ultimately be the beneficiaries of such
representations.

Matters, for several years.  In particular, Jones Day has broad experience in handling matters involving aircraft acquisition and finance, and the group of Jones Day attorneys handling the Additional Matters are familiar with the facts and circumstances of these matters and possess the requisite expertise.  Further, having been previously retained to provide advice to the Debtors in connection with aircraft and other matters, Jones Day is well situated to provide advice to the Debtors in connection with the Additional Matters.  Accordingly, Jones Day is well qualified to provide services relating to the Additional Matters, and its retention would be in the best interest of the Debtors' estates, their creditors and other parties in interest.

7.     Jones Day began providing services to the Debtors in connection with the Additional Matters beginning on the Engagement Dates identified above.   In each case, it was appropriate under the circumstances, and in the best interests of the estates, for Jones Day to commence providing services to the Debtors for the Additional Matters immediately, with the understanding that the Debtors would seek *nunc pro tunc* authorization to expand the scope of Jones Day's retention.

8.     A delay in the provision of legal services relating to the Additional Matters may under the circumstances have resulted in immediate and potentially significant prejudice to the rights of the Debtors and their estates.  Suspension of services would have delayed efforts to effectuate the disposition of the aircraft for the benefit of the estates.

9.     Jones Day believes that it was appropriate for it to provide legal services to the Debtors immediately upon their request, with the understanding that the Debtors would seek authorization to expand the scope of retention to include the Additional Matters, *nunc pro tunc* to the Engagement Dates.

6

**Interim Fee Requests**

10.    The following chart summarizes the total compensation and expenses

previously requested and awarded to Jones Day with respect to the Representative Matters:

| Dated | Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[3] | Approved Expenses |
|-------|-------|----------------|----------------|--------------------|------------------|-------------------|
| 4/09/09 | 04/09/09 | 09/18/08 – 01/31/09 | $1,258,056.00 | $10,425.76 | $1,258,056.00 | $10,425.76 |
| 8/14/09 | 8/14/09 | 02/01/09 – 05/31/09 | $4,119,794.00 | $130,667.42 | $4,095,167.00 | $127,483.94 |
| 2/15/09 | 12/15/09 | 06/01/09 – 09/30/09 | $8,787,718.20 | $413,222.52 | $8,613,937.88 | $305,416.91 |
| 5/10/10 | 05/10/10 | 10/01/09 – 01/31/10 | $9,143,140.60 | $266,470.81 | $8,534,767.56 | $199,731.20 |
| 8/16/10 | 08/16/10 | 02/01/10 – 05/31/10 | $12,923,783.60 | $361,090.19 | $12,748,365.64 | $348,623.74 |
| 12/14/10 | 12/14/10 | 06/01/10 – 09/30/10 | $11,570,294.70 | $369,641.54 | Not yet determined | Not yet determined |
| 6/1/11 | 6/1/11 | 10/1/10 – 01/31/11 | $6,729,469.37 | $255,545.32 | Not yet determined | Not yet determined |

**Prior Disclosures**

11.    In seeking approval of each of the Retention Orders, Jones Day submitted

an application (collectively, the "Applications") and a declaration in support thereof

(collectively, the "Declarations").   The initial declaration dated February 4, 2009 (the "Initial

Declaration") in support of the Application to Employ Jones Day as Special Counsel to the

Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the

Federal Rules of Bankruptcy Procedure set forth Jones Day's initial conflict and other

disclosures as described in greater detail below.  In various Declarations that followed, as well

as in a certain supplemental disclosure [Docket No. 8566], Jones Day continued to update and

revise its conflict and other disclosures.

---

[3]    The "Approved Fees" do not include certain of those fees ("Disputed Fees") in respect of which the Fee Committee  has raised certain objections, which objections are disputed by Jones Day.  Jones Day and the Fee Committee have agreed to defer presenting the Disputed Fees to this Court for ruling until the hearing on Jones Day's final fee application in these cases.

12.     In addition, as noted in its prior disclosures, Jones Day represents certain former employees of the Debtors and/or affiliate Lehman Brothers Inc. in connection with investigations, arbitrations and/or other proceedings relating to auction rate securities allegedly sold by, maintained in an account by, or in some other way connected to one or more Lehman entities.  Because Jones Day is being paid by certain insurers of the Debtors for its legal fees and expenses incurred in connection with the representations of such former employees, it no longer seeks payment from the Debtors under that certain Order Granting Debtors' Motion, Pursuant to Sections 105(a) and 363(b)(1) of the Bankruptcy Code and Bankruptcy Rule 6004 for Authorization to Advance Certain Legal Costs to Former Employees, dated December 3, 2008 [Docket No. 2052].

### Conflict Disclosures

13.     As set forth in the Applications, the Declarations and other supporting documentation filed in connection with the Applications, to check and clear potential conflicts of interest in these cases, as well as to determine all "connections" to the Debtors, their creditors, other parties in interest, their respective attorneys and accountants, the U.S. Trustee or any person employed by the U.S. Trustee, Jones Day conducted an investigation to determine whether it has had any relationships at any time during the past two years with entities contained on the list provided to Jones Day by Weil, Gotshal & Manges LLP, the Debtors' general bankruptcy counsel, on December 4, 2008 (as updated by Weil, Gotshal & Manges LLP from time to time), a copy of which was attached as Schedule 1 to the Initial Declaration, setting forth certain of the creditors and other parties in interest (collectively, the "Interested Parties") of the Debtors.  To the extent that Jones Day's investigation of its relationships (if any) with the Interested Parties indicated that Jones Day had represented in the past two years, or at that time

currently represented, any of those Interested Parties or their affiliates or represented parties that

had relationships with those Interested Parties or their affiliates, the identities of such Interested

Parties and affiliates and their relationship to Jones Day were set forth in Schedule 2 to the Initial

Declaration and updated in the supplemental disclosures.

14.    As part of its ongoing disclosures responsibilities under Rule 2014 of the

Federal Rules of Bankruptcy Procedure, and recognizing that the prior disclosures (the "Prior

Disclosures") made in connection with the Applications, the Declarations and other supporting

documentation filed in connection with the Applications may require updating, Jones Day

periodically re-examines its relationships with interested parties in these chapter 11 cases.

15.    In connection therewith, Jones Day researched its client database for the

past two years (the "Supplemental Conflicts Search") to determine whether:

- since the completion of the prior conflict searches relating to the Prior Disclosures (the "Prior Conflict Searches"), Jones Day has (i) undertaken to provide additional client services or (ii) has ceased providing client services to any of the entities identified and previously disclosed as clients of Jones Day in the Prior Disclosures;
- any information relating to Jones Day's relationship with the entities identified in the Prior Disclosures or their affiliates was inadvertently omitted from the Prior Disclosures;
- since the completion of the Prior Conflict Searches, Jones Day has undertaken to provide client services to any of the entities identified in the Prior Disclosures or their affiliates that were not clients of Jones Day when the Prior Conflict Searches were conducted; and
- any entities not identified in the Prior Disclosures, but that may have taken a role in matters relating to these chapter 11 cases since the completion of the Prior Conflict Searches, are current or former clients of Jones Day (collectively, the "Additional Parties").

16.    The Additional Parties are identified on Exhibit A attached hereto and

incorporated herein by reference.  To the extent that the Supplemental Conflicts Search indicated

that Jones Day has been or currently is employed by (a) any of the entities identified in the Prior

Conflict Searches or (b) any of the Additional Parties in matters unrelated to these chapter 11

cases, the identities of those entities are set forth on Exhibit B attached hereto and incorporated herein by reference.  Exhibit B also identifies affiliates of present or former clients even if those affiliates themselves have never been clients.  Further disclosures based on subsequent information will be made in future supplemental disclosures, as appropriate.

17.    Jones Day has previously updated its disclosures and will continue to update its conflicts disclosures contained in the Declarations, including with respect to any subsequently identified parties directly involved with the Additional Matters, in accordance with the Bankruptcy Rules, the Local Bankruptcy Rules, any orders of this Court, and Jones Day's past practices and established conflicts procedures relating to chapter 11 proceedings.

18.    Further, Jones Day has identified a list of parties directly involved with the Additional Matters (the "Additional Matters Parties") and performed an investigation of its relationships (if any) with these Additional Matters Parties.  Jones Day's investigation of its relationships with the Additional Matters Parties indicated that Jones Day does not represent or hold any interest adverse to the Debtors or the Debtors' estates with respect to the Additional Matters.

19.    Jones Day recognizes that it will be required to submit applications for interim and/or final allowances of compensation pursuant to sections 330 and 331 of the Bankruptcy Code and the rules and orders of this Court.  Jones Day has reviewed the fee application guidelines promulgated by the U.S. Trustee and will comply with them.

20.    The rates that are currently in effect for the professionals involved with the Additional Matters range from $650 to $975 for partners, $550 to $725 for counsel, $325 to $700 for associates, and $175 to $285 for paralegals.

21.     To the best of my knowledge, information and belief, and other than in connection with these chapter 11 cases, Jones Day has no connection with the Debtors, their creditors, the U.S. Trustee or any other party with an actual or potential interest in these chapter 11 cases, or their respective attorneys or accountants, except as set forth herein or in the Prior Disclosures.

22.     To the best of my knowledge, Jones Day does not represent or hold any interest adverse to the Debtors or the Debtors' estates with respect to the Additional Matters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 10, 2011

/s/ Carl E. Black
Carl E. Black
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114

11

<u>**EXHIBIT A**</u>

<u>**THIRD SUPPLEMENTAL DISCLOSURE**</u>

**LEHMAN BROTHERS HOLDINGS, INC., ET AL.
NEW PARTIES IN INTEREST AS OF NOVEMBER 2010**

<u>**Potential Parties in Interest**</u>

3iGroup Plc
469 Bergman Properties LLC
A.A.M. Heinemann (Drs.)
A.J. Friedrich
ABC Assicura Societa per Azioni
Abelman & Associates Limited
ABN Amro Bank
ACTIV Financial Systems, Inc.
Adam Chadwick
ADM Galleus Fund Limited
Adolfo Fernandez Tremps
Adolfo Ramiro Fernandez
Aggregating Trust 1 LLC
Aggregating Trust 2 LLC
Aggregating Trust 3 LLC
Aggregating Trust 4 LLC
Aggregating Trust 5 LLC
Aggregating Trust 6 LLC
Aggregating Trust 7 LLC
Aggregating Trust 8 LLC
Aggregating Trust 9 LLC
Aggregating Trust 10 LLC
Aglio Master Fund Limited
Ahorro Corporacion Financiera S.V.
Aida Maria Arnaiz Lopez
AJF Holding B.V.
Aktia Bank Plc
Alan Semple
Alansbanken Sverige AB
Allen A. Moff
Allesandro Bosco
Alli Joseph
Allianze Global Investors France S.A.
Allstate Life Insurance Company
Alpiq f/k/a AARE-TESSIN
Altma Fund Sicav Plc, in respect of Rowan Sub-Fund
Amit K. Sarkar
Anchorage Capital Master Offshore, Ltd.
Anchorage Short Credit Offshore Master Fund II, L.P.
Andrea Lerner
Andrea Lobbe-Hermans
Andrew Hopkins
Ann E. Stradmeijer
Antonio Redon Castaner
Antonio Vilchez Moleon
Araba Pensiones EPSV – Tuboplast Hispania S.A.

Arent Fox LLP
Arlington Partners, L.P.
Arrowgrass Distressed Opportunities Fund Limited
Arrowgrass Master Fund, Ltd.
Arthur King
Arun K. Kakarla
Atlantic Forms and Systems, Inc.
Avatar Finance Pty. Ltd.
Avignon Capital, Ltd.
Aviva Insurance Company
AXA Wholesale Core Australian Fixed Interest Fund
Axel Seipmann
B Y Partners, L.P.
BAC Home Loan Servicing, L.P., f/k/a Countrywide
    Home Loans Servicing, L.P.
Banca del Piemonte S.p.A.
Banca di San Marino S.p.A.
Banca Euromobiliare (Suisse)
Banca Fideuram S.p.A.
Banca Intesa San Paolo
Banca Popolare dell'Alto Adige Soc. Coop. pa.
Banca Popolare di Spoleto S.p.A.
Banco Canaria de Venezuela C.A. Banco Universal
Banco de Bogota
Banco de la Pequena Y Mediana Empresa, S.A.
Banco di Credito Cooperative Signa
Banco di Desio e della Brianza S.p.A.
Banco di Napoli S.p.A.
Banco Espanol de Credito S.A.
Banco Urquijo SBP S.A.
Bank Hapoalim B.M.
Bank Julius Baer & Co., Ltd.
Bank of America Mexico S.A.
Bank of Mexico S.A.
Bank Sarasin & Co., Ltd.
Bankers Life and Casualty Company
Barbara A. Ziccarelli
Barbara Hatton Decker
Baupost Group Securities LLC
Bayview Financial, L.P.
Bayview Opportunity Master Fund, L.P.
BDF Limited
Becker, Glynn, Melamed & Muffly LLP
Beheermaatschappij Riksen B.V.
Bellair Development Group S.A.
Bernd Werneyer
Bernhard Koenner
Beryl Finance Limited

Beryl Finance Limited, Series 2005-10
Beryl Finance Limited, Series 2005-12
Beryl Finance Limited, Series 2005-15
BHF-Bank Aktiengesellschaft
Billie Chadwick
BIM Torino
Binder Trust Limited
BKS Claims LLC
Black River Commodity Energy Fund LLC
Black River Commodity Fund, Ltd.
Black River Convertible Bonds and Derivatives Fund
Black River Fixed Income Relative Value Fund, Ltd.
Black River Global Equity Fund, Ltd.
Black River Municipal Fund, Ltd.
Blue Bridge Holdings Limited
BlueBay (Masters) Fund II Limited
BlueBay Asset Management Plc
BNP Paribas Sucursal en Espana P.P.
BOC Energy Services, Inc. n/k/a Linde Energy
    Services, Inc.
Boilermakers-Blacksmith National Pension Trust
Bottazi Guiseppe
BP Gas Marketing Limited
Brahman C.P.F. Partners, L.P.
Brahman Investments I
Bremer Landesbank Kreditanstalt Oldenburg-
    Gorzentrale-Domshof 26
Brian Chomas Kelleher
Brian Ellis
Brickman Group Holdings, Inc.
Bridgepont International, Inc.
British Airways Plc
Brookdale Senior Living
Bruce J. Zabarauskas
Bruce Witherell
Bryan Borum
BTR Global Opportunity Trading Limited
Cairanti Graziera
Caisse D'Epargne et de Prevoyance de Midi-
    Pyrenees
Caja De Credito De Los Ingenieros, SCC
California Department of Water Resources
California Winery Worker's Pension Trust Fund
Canpartners Investments IV LLC
Cantab Capital Partners LLP
Capital One, N.A.
CapStar Copley LLC
Capula Global Relative Value Master Fund Limited
Carimonte Holdings S.p.A.
Carly Galiger
Carolyn J. Bessler
Carval Investors UK Limited
Caspian Alpha Long Credit Fund, L.P.
Caspian Capital Partners, L.P.
Caspian Corporate Loan Fund LLC
Caspian Select Credit Master Fund, Ltd.

Cassa di Risparmio Della Repubblica Di San Marino
Cassa di Risparmio di Parma e Piacenza
Cassa di Risparmio di Ravenna S.p.A.
Cat Brokerage AG
Cathay United Bank
CC Arbitrage, Ltd.
Cedar Hill Capital Partners Master Fund, L.P.
Cedar Hill Capital Partners Offshore, Ltd.
Cedar Hill Capital Partners Onshore, L.P.
Chadbourne & Parke LLP
Chan Ming Fung
Chan Sing Cheung
Chau Kam Man
Chauny S.A.
Cheung Kam Mee Camy
Cheyne Fund, L.P.
Cheyne Leverage Fund, L.P.
Chiang Wai Man Vivian
Chiba Bank, Ltd.
Chinfon Commercial Bank
Chris C. Bobell
Christian Fichtl
Christiane Sickmueller
Christina Schowalter
Chui Fung Ming Sandra
CineMedia LC
Citibank Belgium S.A.
Citibank Europe Plc
City of Chicago, IL
City of Cleveland, OH
City View Plaza, S.E.
Clayton Commercial Corporation
Clifford Chance US LLP
CNP Assurances
Colombo DeAgazio
Compagnia Italiana Rischi Aziendali Societa per
    Azioni
Confederacion Espanola de Cajas de Ahorros
Conseco Life Insurance Company
Contrarian Funds LLC
Corporate Credit (Europe) S.A.
CortalConsors S.A., German Branch
Coscan Construction LLC
County of Ventura
Credican, C.A.
Credit Mutuel Arkea
Credit Suisse Credit Strategies Liquidating Trust
Credit Suisse Credit Strategies Master Fund, Ltd.
Credit Suisse International
Credito Emiliano S.p.A.
Credito Privato Commerciale S.A.
Crescent I, L.P.
CRS Fund, Ltd.
CSS LLC
CT Corporation
Cura Fixed Income Master Arbitrage

-A-2-

Curtis Ware
CWABS Asset Backed Certificates Trust 2006-BC2
CWABS Asset Backed Certificates Trust 2006-SD4
CWALT, Inc. Alternative Loan Trust 2007-OH2
CyberAgent FX, Inc.
Cyrus Capital Partners, L.P.
Cyrus Europe Master Fund, Ltd.
Cyrus Opportunities Master Fund II, Ltd.
Daiwa Securities Capital Markets Co., Ltd.
Dale Suder
Dan Ianello
Daniel Clute
Daniel J. Ebbert
Daniel R. Hager
Danny Kirk
Darby Financial Products
Dav-el Reservations
David J. Brooks
David Lerner
David Younger
Davidson Kempner Distressed Opportunities Fund,
    L.P.
Davidson Kempner Distressed Opportunities
    International, Ltd.
Davidson Kempner Institutional Partners, L.P.
Davidson Kempner International, Ltd.
Davidson Kempner Partners
Davin J. Noto
Davy Darren
De Lochtenberg Beheer B.V.
Deep Sagar
Deer Park Road Corporation
Deerfield Capital LLC
Deerfield Relative Value, Ltd.
Del Mar Master Fund, Ltd.
De'Longhi Capital Services S.R.L.
Delta Airlines, Inc.
Delta Coves Venture LLC
Delta Lloyd Bank N.V.
Deutsche Bank S.A./N.V.
Developers Research, Inc.
DHS Drilling Company
Dhyan Appachu
Di Gioia Fabrizio
Dietmar Reinartz
Dinero Active I Fondo de Inversion
Ding Xiafen
Diversified Asian Strategies Fund
Diversified European Credit S.A.
Diversified Financials Europe S.A.
DMR Structured Arbitrage Master Fund, Ltd.
Donald L. Boyd
Donald Tang
Donatella Pautasso
Donna Galiger
Dresdner Bank (Switzerland), Ltd.

Duomo Unione Assicurazioni Societa per Azioni
Duquesne Light
DZ Privatbank (Schweiz) AG
Eckart W. Schmidt
Edmond Reymen
Edmondo Bosco
Edvard-Ragnar Fackner
Edwin D. Thomas
Elektrizitats-Gesellschaft Laufenburg AG
Element Capital Master Fund Limited
Eleuterio Gonzalez Alvarez
Elizabeth Colon Lopez
Ellington Emerging Markets Fund, Ltd.
Ellington Overseas Partners, Ltd.
Elliott International, L.P.
Ellsworth Partners LLC
Emad Morrar
EMBS, Inc.
Emilio Izquierdo Jimenez
Emirates National Oil Company
Empire State Carpenter Pension Plan
Ente Nazionale di Previdenza ed Assistenza
EPSV Araba Eta Gasteizko Aurreski Kutxa III
EPSV Araba Eta Gasteizko Aurreski Kutxa IV
Ercan Eren
Eric C. Giles
Eric Giles
Esca Co., Ltd.
Esteban Gonzalez Gasch
Esteban Hijos Raubert
Euromix SICAV S.A.
European Credit Fund SICAV
Eurovita Assicurazioni S.p.A.
Eva Schabmueller
Evelyn I. Wheeler
Fairfax Financial Holdings Limited
Far Eastern International Bank
Farallon Capital Institutional Partners II, L.P.
Farallon Capital Institutional Partners III, L.P.
Farallon Capital Institutional Partners, L.P.
Farallon Capital Offshore Investors II, Inc.
Farallon Capital Offshore Investors III, Inc.
Farallon Capital Partners, L.P.
Fatima Butt
FCP Groupama Dynamisme
FCP Groupama Equilibre
Federal Deposit Insurance Corporation, as Receiver
    of Westernbank Puerto Rico
Fenway Capital LLC
Fenway Funding LLC
Fernando Alaix Idoate
Fernando Veiga
FH Emerging Markets Debt Fund, L.P.
Findomestic Banca S.p.A.
First International Bank of Israel, Ltd.
Flavia Schuster

-A-3 -

Florida State Board of Administration
Fonalava Fondo de Inversion
Fondazione Cassa di Risparmio di Padova e Rovigo
Fonds Commun De Placement Tait Bout Obligations
    ET
Forest Holdings, Inc.
Fran DeLaura
Francisco Coca Vano
Frank Smejkal
Freshfields Bruckhaus Deringer US LLP
Friendship Village of West County, Inc.
Fritz Fickenscher
Futanami Securities Co., Ltd.
Future Industry Association (FIA)
G.J. Cleijpool
Gabriele Stahl
Garadex, Inc.
Geode Capital Master Fund, Ltd.
Georgios P. Ereiliadis
Gerard Galiger
Gerd Meyer
Gertrud Styra
Giants Stadium LLC
Gibson Dunn & Crutcher LLP
Gilbert Amster
Girobank N.V.
Gisela Schultz
Glen A. Blaze
Glencore Energy UK, Ltd.
Glenn A. Bostic
Global Thematic Opportunities Fund, L.P.
GN3 SIP, Ltd.
Golden Tree European Select Opportunities Master
    Fund, L.P.
Golden Tree High Yield Master Fund, Ltd.
Golden Tree High Yield Value Fund Offshore
    (Strategic), Ltd.
GoldTree Master Fund II, Ltd.
GoldTree Master Fund, Ltd.
Gomez Holdings, Inc.
Gong Cheng Hsiung
Grayson Ventures Limited
Great Bay Condominium Owners Association
Grover Younger
Grup Actinver
Grupo Financiero Bank of America
Gruss Arbitrage Master Fund, Ltd.
Gruss Global Investors Master Fund (Enhanced), Ltd.
Gulf Stream – Sextant CLO 2006-1, Ltd.
Hain Capital Holdings, Ltd.
Hanna Shram
Hans Ruldof Wehrli
Hans-Deiter Olsberg
Hans-Juergen Tersteggen
Hanspeter Wittig
Harold Shamah

Hayman Advisors
Hayman Capital Master Fund, L.P.
HBK Master Fund, L.P.
He Ping
Health First, Inc.
Heidi Alice Steeger
Heinz Fiebiger
Helena Gonzalez Gasch
Herbert Sickmueller
Hermes, Inc.
HFR Ed Select Fund IV Master Trust DTD 7/16/01
Hickok Place LLC
High Lodge
Highland CDO Opportunity Master Fund, L.P.
Highland Credit Opportunities CDO, L.P.
Highland Credit Strategies Fund
Highland Credit Strategies Master Fund, L.P.
Highland Crusader Offshore Partners, L.P.
Highland Floating Rate Advantage Fund
Highland Floating Rate Fund
Hirakata Shinkin Bank
Ho Kam Yuen
Hontai Life Insurance Co., Ltd.
Howard Terry
HSBC Bank (Cayman) Limited, acting as trustee of
    Sub-Trust (A-H)
HSBC Bank USA, N.A.
HSBC Securities Japan Limited
ICICI Bank UK Plc
Ida May S. Barnes
Ie She Hoen
Ignace Van Overbeke
IKB International S.A.
Illiquidx, Ltd.
Ingram Pension Plan/NY Life Co., Trustee for
    Ingram Industries Retirement Plan
Innovatis Investment Fund Limited (SAC)
Institucion de Banca Multiple
Integrys Energy Services, Inc.
International Union of Operating Engineers –
    Employers Construction Industry Retirement Trust
Interwind Corporation
InverCaixa Gestion SGIIC SAU A/C Foncaixa
    Garantia Europa Proteccion IV FI
Inversiones Y Fabricaciones SL
Investcorp Fixed Income Relative Value
Investcorp Interlachen Multi-Strategy Master Fund
    Limited
Investcorp Silverback Arbitrage Master Fund, Ltd.
Investec Bank (Switzerland) AG
Investment Grade European Credit S.A.
Ira Wertentiel
Irmgard Wieczorek
Isaac Shamah
Ivan Aldea Alvarez
J.C. Spilt

-A-4 -

| | |
|---|---|
| J.M. Van der Sande | KC CLO I |
| Jack L. Rivkin | KC CLO II |
| Jacob Chang | Kelly L. McGehee |
| Jacqueline G. Nieman | Kelsey Galiger |
| Jade Tree I LLC | Kempner International, Ltd. |
| Jaime Garcia-Mila Palaudarias | Kerstin Ruetze |
| James Eason | Kevin Mun |
| James M. Pyle | Kevin R. Kristick |
| James Moscola | Khin Tun |
| James P. Quismorio | King Capital, Ltd. |
| Janus Capital Management LLC | King Street Acquisition Company LLC |
| Japan Net Bank, Ltd. | Kleyr Grasso Associes |
| Jason C. Chapin | Knight Capital Europe Limited |
| Javier Sanglas Camps | Knightsbridge Guarding, Ltd. |
| Jean Ruetze | Korea Central Mortgage, Inc. |
| Jeff McMurrey | Korinna Schwerdt |
| Jeff Schaefer | Kreissparkasse Heinsberg |
| Jennifer Squires | Kristi Brim |
| Jesus Soler Linares | Kyle Hamatake |
| Jiansheng Jensen Shen | Kylie Galiger |
| Joel J. Farrer | Lafrance Hughes |
| John Chadwick | Lafrance Martine |
| John Dmuchowski | Lam Sau Ling |
| John Leivaditis | Lam Ying Choi |
| John Rowlands | Lance Edwards |
| John Tsui | Landesbank Hessen-Thuringen |
| Jorvik Multi-Strategy Master Fund, L.P. | Latshaw Drilling Company LLC |
| Jose Bertran Alcalde | Lauren Semple |
| Jose Enrique Villanueva Toran | Lawrence Reddock |
| Jose Gine Davi | LB/L SunCal Northlake LLC |
| Jose L. Jove Vintro | LB/L SunCal Oak Valley LLC |
| Jose Louis Pedraza Llanos | LBVN Holdings LLC |
| Jose Luis Lafuente Bel | Lee Ho Yi Linda |
| Jose M. Matellanes Martin Mateos | Lehman Re, Ltd. |
| Jose Ruiz | Leung King Sang |
| Joseph P. Brunetti | LGT Bank (Switzerland), Ltd. |
| Juan Antonia Terrasa Pou | LHB Internationale Handelsbank AG |
| Juan Jose Perez Ruiz de Torres | Liam Holdings, Inc. |
| Juan Juanals Garcia | Libra CDO Limited |
| Juan M. Sanmarti Aulet | Libyan Arab Foreign Investment Company |
| Juana M. Sanchez Lafuente Mariol | Lidia Gallen Raluy |
| Juergen Klein | Limtong Manuel Tan |
| Julian Iragorri | Lin Hsien Hsing |
| Julian Sutton | Lin Lai Chao Yin |
| Julius Baer & Co., Ltd. | Lin Wu Chuch |
| Julius Meinl Investment GmbH | Lin Yu Tang |
| Jutta Spies | Lin Yu Ting |
| Kae Sook Park | Lincore Limited |
| Kagome Co., Ltd. | Linde Energy Services, Inc. |
| Kari Meltzer | Linh Vo |
| Karl Ernsdoerfer | Linn Energy LLC |
| Karl Joseph Thoma | Lispenard Street Credit (Master), Ltd. |
| Karl Wood | LMA SPC for and on behalf of MAP 84 Segregated Portfolio |
| Kathleen Arnold | |
| Kavitha Duddukuri | Lmbarda Vita Socitea per Azioni |
| Kawasaki Heaving Industries, Ltd. | London Select Fund Limited |

-A-5-

Longhorn Credit Funding LLC
Loomis Street LLC
Loreley Financing (Jersey) No. 15 Limited
Loreley Financing (Jersey) No. 24 Limited
Loreley Financing (Jersey) No. 8 Limited
Lori Chan
Lorimor Corporation
Louis Dreyfus Energy Services, L.P.
Louise L. Chappy
Louise Mattingly
Louisiana Department of Revenue
Lowenstein Sandler PC
LSF6 Mercury REO Investments Trust Series 2008-1
Luminus Energy Partners Master Fund, Ltd.
Luzerner Kantonalbank AG
Lydian Global Opportunities Master Fund, Ltd.
Lydian Overseas Partners Master Fund, Ltd.
Lyxor Asset Management S.A.
Lyxor/York Fund Limited
M.H. Davidson & Co.
Ma del Milagro Herrero Moro
Macquarie Bank Limited
Maheswora N. Baidya
Manuel Alvaro Guimaraes Gomes
Manuel Freude
Manuel Oriol de Mingo
MAP84 Segregated
Marathon Credit Opportunity Master Fund Ltd.
Marc Uribe
Margaret L. Smith
Margaret Mitchell-King
Maria Concepcion de Aguirre Torres
Maria Jose Albareda Costa
Maria Montserrat Cabre Rabada
Maria Teresa Sanz Gareta
Mariner LDC
Maritta Knoller
Mark A. Crigler
Mark Neander
Marko Verbic
Marlies Wagner
Marshall Wace Core Fund Limited
Martin J. Redilla
Martin Kuemmel
Marvin Schwerdtferger
Mary C. Hess
Mary E. Uhlman
MassMutual Asia Limited
Mast Credit Opportunities I Master Fund Limited
Master Trust Bank of Japan, Ltd.
Matteo Etedmad
Matthew Eller
Matthew Gulrich, Jr.
Mayer Brown LLP
McKenna Long & Aldridge LLP
Meera Sood Sagar

Menter, Rudin & Trivelpiece, P.C.
Mercedes Gonzalez Gasch
Merchantil Commercbank, N.A.
Merrill Lynch, Pierce, Fenner & Smith Incorporated
Metropolitan Life Insurance Company
Michael Blumenthal
Michael Burrow
Michael Duceatt
Michael R. Zodda
Michael Ruppert
Michael Sroka
Miczyslaw Wolski
MidFirst Bank
Midtown Acquisitions, L.P.
Miguel Vila Despujol
Milbank, Tweed, Hadley & McCloy LLP
Millenium Marketing & Management Pty., Ltd.
Misuzu Industry Co., Ltd.
Mizuho Alternative Investments LLC
Mizuho Bank (Switzerland), Ltd.
Mizuho Capital Markets Corporation
Mizuho Securities Co., Ltd.
Mohinani Hassomal Bulchand
Monika Wenza
Moore Macro Fund, L.P.
Morgan Stanley Capital Services, Inc.
Moshe Shram
MP Bank hf
MTR Corporation Limited
Murata Machinery, Ltd.
N. J. Joseph
N.J.L.M. van den Brink
Nagy es Tocsanyi Ugyvedi Iroda
Nakanishi Gakuen
National Futures Association (NFA)
Natixis Financial Products LLC
Natixis S.A.
Neste Oil Oyj
Nestor De Jesus
Neuberger Berman Management LLC
New Jersey Carpenters Health Fund
Newtonville Partners LLC
Nexen Energy Marketing Europe Limited
Nexen Energy Marketing London Limited
Ng Pui Shan Vinci
Ngoc Huong Huynh
Nicholas S. Mateko
Nick Santino
Nicolas Schuster
NML General Fund
NMLA General Fund (NMLGENCA) [by Alliance Bernstein]
Nol Shala
Nomura Securities Co., Ltd.
Noonday Offshore, Inc.

-A-6-

NorthStar Real Estate Securities Opportunities
    Master Fund, L.P.
Nova Gas Transmissions, Ltd.
NY State Department of Labor
Nykredit Bank A/S
Obaxbank S.p.A.
OBB-Posbus GmbH
Oberoesterreichische Verischerung AG
OCM Opportunities
OCM Opportunities VIII Delaware, L.P.
Oesterreichische Elektrizitaetswirtschafts AG
Ohio Presbyterian Retirement Services
Ontario Teachers' Pension Plan Board
Orange Capital LLC
Oranje-Nassau Energie B.V.
Ore Hill Hub Fund, Ltd.
OTP Bank Plc
OZ Special Master Fund, Ltd. c/o Och-Ziff Capital
    Management Group
Palatine Asset Management
Paloma Industries
Paloma Industries Nogata Plant, Ltd.
Paola Biraschi
Par Investment Partners, L.P.
Paramount Pro Printing Corporation
Patricia Izquierdo Merlo
Paul Berlage
Paul Edwards
Paul J. Bakker
Paul Zakian
Pavel Kinel
Pearl Assurance Limited
Pedo J. Subira Farre
Permal York, Ltd.
Peter Heun
Peter J. Thompson
Peter Knoller
Philip H. Hauger
PI US Holdings
Pieter de Haes LLM (Drs.)
Pilot Insurance Company
PIMCO Bermuda LIBOR Plus Fund
Pira Energy Group
Pivot Global Value Fund
Plainfield Special Situations Master Fund Limited
PMA Koryo Fund
PMA Prospect Fund
PNC Bank, National Association
Pond Credit (Master), L.P.
Poon Kai Hung
Portafolio de Inversiones C2-34, C.A.
Pozavarovalnica Sava, D.D.
ProFund Advisors LLC
Providence Equity Partners IV, L.P.
Providence Equity Partners IV-A, L.P.
Putnam Total Return Fund LLC

Putnam Total Return Fund, Ltd.
Quantum Partners, Ltd.
Queensland Treasury Corporation
Quoc Truong Huynh
R. Morzaria
R.F.P. Robijn B.V.
Raiffeisen Centrobank AG
Raiffeisen Zentralbank Osterreich AG
Rajesh Pentapati
Rak Koestler
Ramon Garcia-Torrent Molina
Raven Credits Opportunities Master Fund, Ltd.
RBS Coutts Bank AG
RBS Securities Japan Limited
Reiseburo Knofel & Nolte GmbH & Co. KG
Renate Werneyer
Reva Kirk
Richard A. Lough
Richard B. Johnson
Richard C. Miller
Richard Sheldon
Richard Witten
Risparmio & Previdenza Societa per Azioni
Rivka Schmuskovits
RMS Belimo AG
Robert Dimeglio
Robert Eberwein
Robert F. Hausmann
Robert L. Biscardi
Robert L. Gross
Robert M. Pettit
Rodger R. Stetler
Rogelio Beltran
Roger Nieman
Ronald J. Mandracchia
Rosemarie Franzo
Rosslyn Investors I LLC
Rovida Holdings Limited
RR Investment Co., Ltd.
Rudolf Wehrli
Rudolf Weiszmann
Ruth Jane Rayner
Ruthann McFarland
Rutland Hospital, Inc.
Sabine Naito
Sabretooth Master Fund, L.P.
Sacher Funding, Ltd.
Sachiko Abe
Samsung Life Insurance Co., Ltd.
Samuel E. Belk, IV
Samuel E. Benjamin
Samuel Magnus Andersen
San Miniato Previdenza Societa per Azioni
Sandeep Bordia
Sandra Hahn-Colbert
Santa Fe Partners LLC

Santander Asset Management, S.A., S.G.I.I.C.
Saphir Finance Plc
Schaffhauser Kantonalbank
Schretlen & Co.
Schroder Alternative Solutions
Scoggin Capital Management II
Scoggin International Fund, Ltd.
Scoggin Worldwide Fund, Ltd.
Scott Kitchens
Scottwood Master, Ltd.
Sea Port Group Securities LLC
SecondMarket, Inc.
Security Pacific Capital Leasing Corporation
SEI Institutional Investment Trust – Enhanced
    Income Fund
Seniors Civil Liberties Association
Shamah 2000 Family Trust
Shane Visto
Shannon Allen
Shinhan Investment Corporation
Siegried Mosch
Siemens/Convertibles Global Markets, trading as
    Innovest European
Siepmann & Cie GmbH & Co. KG
Siit Extended Duration Fund Liquidating Trust
Silvio Schuster
Sirius International Limited
SK Energy Co., Ltd.
SK Securities Co., Ltd.
SMC Credit Opportunities Fund, Ltd.
Smitha Aivar
So Wai Lan
Societa Cattolica di Assicurazione – Societa
    Cooperativa
Soros Fund Management LLC
Sothic Capital European Opportunities Master Fund
South Yorkshire Pension Authority
Sparbanken Vastra Malardalen
Sparkasse Erwitte-Anroechte
Sparkasse Pforzheim Calw
Spring Star Corporation
Sridhar Duddukuri
Srihari Javvaji
Stacy Holder
Stanford Hospital and Clinics
Stanley Czajka
Staple Street Aviation (Master), L.P.
Stephen Gaty
Steven M. Speier
Stonehill Institutional Partners, L.P.
Stonehill Master Fund, Ltd.
Strategic Value Special Situatuions Master Fund, L.P.
Straumar-Burdaras Investment Bank HF
Sudhakar Aremanda
Summit Capital Partners, L.P.
Summit Petroleum Limited

SunCal Heartland LLC
SunCal Marblehead LLC
SunCal Oak Knoll LLC
SunCal PSV LLC
SunCal Torrance LLC
Svenska Litteratursaillskapet
SVMF 48 LLC
Symphony Asset Management LLC
SyntexEnergy LLC
TAARP Group LLP
Tal Lev Ani
TAM YIN MUI
Tan Lye Thiam John
Tan Tjiang Moy
TCW Absolute Return Credit Fund, L.P.
Terry Foundation
Tham Yiu Kwok
The Bank of New York Mellon
The Christian and Missionary Alliance Foundation
The Drake Global Opportunities (Master) Fund, Ltd.
The Drake Low Volatility Master Fund, Ltd.
The Drake Offshore Master Fund, Ltd.
The Governor and the Company of the Bank of
    Ireland
The Higo Bank, Ltd.
The Kuwana Shinkin Bank
The Lehman Hong Kong Liquidators
The Minami-Nippon Bank, Ltd.
The O'Neil Group LLC
The Shoko Chukin Bank, Ltd.
The Toyokawa Shinkin Bank
The Varde Fund IX, L.P.
The Varde Fund IX-A, L.P.
The Varde Fund V-B, L.P.
The Varde Fund VII-B, L.P.
The Varde Fund VIII, L.P.
The Yamagata Bank
Theodore Wm. Tashlik
Thomas M. Cockreil
Thomas Reynolds
Thomson Tat
Tiger Global II, L.P.
Tiger Global, L.P.
Timothy A. Cotten
Tokai Tokyo Securities Co., Ltd.
Tomarchio Carmelo
Top Advance Limited
Total Alpha Investment Fund Management Company
    S.A.
TPG Credit Opportunities Fund, L.P.
TPG Credit Opportunities Investors, L.P.
TPG Credit Strategies Fund, L.P.
TPG Opportunity Fund I, L.P.
TPG Opportunity Fund III, L.P.
Tracey Morman
Troy A. Uhlman

-A-8-

TSO LLC
TUA Assicurazioni Societa per Azioni
Tulug Temel
Tuscon Electric Company
U. Young Park
Udo Wellman
Union Bancaire Privee, UBP S.A.
United Coconut Planters Bank
Uwe Schaper
Uwe Schoenwaelder
Valiant Privatbank AG
Van Trai Huynh
Vanguard Fiduciary Trust Company Asset-Backed
    Securities Trust
Vanguard Fiduciary Trust Company Corporate Bond
    Trust
Vanguard Fiduciary Trust Company Intermediate-
    Term Bond Trust
Vanguard Total Bond Market Index Fund, a series of
    Vanguard Bond Index Funds
Varde Investment Partners (Offhsore) Master, L.P.
Venor Capital Master Fund, Ltd.
Verein Fazu
Vicente Aguilera Caelles
Vincent Jackson
Vital Dinero Fondo de Inversion
Vital Pension Garantizado 2012, P.P.I., E.P.S.V.
Vitol Asia Pte, Ltd.
Vitol S.A.
Vittoria Veterano
Volksbank Paderdorn-Hoxter Detmold eG
VR-LW GmbH
Wall Street Concepts LLC
Walter Mosch
Washington National Insurance Company
Web-Pro Technology Limited
Wharton Asian Arbitrage Fund I
Wharton Asian Special Opportunities Company 1,
    Ltd.
Wilfried Uttendorf
William C. Meyer, Jr.
William L. Hess
William Skolnick
Wim J.M. Alen
Wong Tak Keung
Wong Yee Wan
Woo Set Wah
Wrenton Management Limited
Xianhua Xu
Yam Chak Hong Henry
Yamani Hartono
Yeung So Fan
Yiu Yuen On Paul
York Asian Opportunities Master Fund, L.P.
York Capital Management, L.P.
York Credit Opportunities Fund, L.P.

York Credit Opportunities Master Fund, L.P.
York Credit Opportunities Unit Trust
York European Focus Master Fund, L.P.
York European Opportunities Master Fund, L.P.
York Global Master Fund, L.P.
York Investment Master Fund, L.P.
York Select Master Fund, L.P.
York Select Unit Trust
York Select, L.P.
Yorvik Partners LLP
Yu Chun Kwan
Yuanta Commercial Bank
Yun You
ZAO KB Citibank

**Selected Derivative Counterparties**

Allegiance (DC) 1150 18th Street LLC
State Street Bank

**Principal Investments**

Celtic Pacific (UK) Two Limited
Classic Cruises Holdings S.a.r.l.
Oceana Cruises, Inc.
Prestige Cruise Holdings, Inc.
Radisson Seven Seas France
Spanish Broadcasting Systems, Inc.
Supplystill Limited
Walton Street Capital
Walton Street Real Estate Fund V, L.P.
WTCC Ventana Alpha Mezz V LLC
WTCC Ventana Investors V LLC
WTCC Ventana Mezz V LLC

-A-9 -

# EXHIBIT B

## THIRD SUPPLEMENTAL DISCLOSURE

## LEHMAN BROTHERS HOLDINGS, INC., ET AL.

## SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY OR HAVE FORMERLY EMPLOYED JONES DAY IN MATTERS UNRELATED TO THE DEBTORS OR THEIR CHAPTER 11 CASES

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **NEW PARTIES IN INTEREST**[1] | | |
| ABN Amro Bank, N.V. | Potential Party in Interest | • ABN Amro Bank, N.V. is a former client (closed 2009);<br><br>• Affiliate companies ***ABN Amro Bank N.V. Niederlassung Deutschland***, ***Loparex LLC*** and ***Venture Finance Plc*** are current clients;<br><br>• ***ABN Amro Rothschild***, a joint venture company, is a current client;<br><br>• Co-parent company ***The Royal Bank of Scotland Group Plc*** and affiliate companies ***RBS Invoice Finance Limited***, ***Citizens Financial Group, Inc.*** and ***RBS Invoice Finance Limited*** are current clients;<br><br>• Co-parent company ***Banco Santander, S.A.*** and affiliate company ***Banco Espanol de Credito (BANESTO)*** are current clients;<br><br>• Affiliate company ABN Amro Incorporated is the employer of an individual who is a current Jones Day client; and<br><br>• Affiliate company ABN Amro Bank N.V., Sucursal en Espana is a former client (closed 2009).<br><br>• *See also* entry below for new party RBS Coutts Bank AG and RBS Securities Japan, Ltd.; and entries below for Banco Banif, S.A. and ***The Royal Bank of Scotland Plc*** regarding related disclosure. |

---

[1] The names of current clients of Jones Day appear in bold and italics. The disclosure of stockholder interests or other affiliate relationships among potentially related entities reflects only information known to Jones Day through its conflict reporting system. Jones Day has not performed independent research to identify all stockholder interests or other affiliate relationships with respect to interested parties. Moreover, Jones Day has not disclosed representations of trade associations and similar industry or special interest organizations in which interested parties are members.

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Ahorro Corporacion Financiera S.V., S.A. (ACF)* | Potential Party in Interest | • *Ahorro Corporacion Financiera S.V., S.A. (ACF)* is a current client. |
| Allstate Life Insurance Company | Potential Party in Interest | • Affiliate company Kennett Capital is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*. |
| Arlington Partners, L.P. | Potential Party in Interest | • To the extent it may be related to the named party in interest, a company named Arlington Capital Partners is the owner of current client *Sports Information Group LLC*. |
| Aviva Insurance Company | Potential Party in Interest | • Affiliate companies *Aviva Investors Global Services Limited* (f/k/a Morley Fund Management Limited) and *Norwich Union Life & Pensions Limited (NULAP)* are current clients;<br><br>• Affiliate company Aviva Life and Annuity Company is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009); and<br><br>• Affiliate company Hibernian Life & Pension Limited is a former client (closed 2009).<br><br>• *See also* entry below for new party Pilot Insurance Company regarding related disclosure. |
| BAC Home Loan Servicing, L.P. | Potential Party in Interest | • Parent company *Bank of America Corporation* is a current client.<br><br>• *See* entry below for new party Grupo Financiero Bank of America; and entries below for Banc of America Securities LLC, et al. and Merrill Lynch, et al. regarding related disclosure. |
| Banca Euromobiliare (Suisse) | Potential Party in Interest | • Affiliate companies *Euromobiliare Asset Management S.G.R. S.p.A.* and *Abax Bank S.p.A.* are current clients.<br><br>• *See also* entry below for new party and parent company Credito Emiliano Holding S.p.A. regarding related disclosure. |

- B2 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Banca Fideuram S.p.A. | Potential Party in Interest | • Parent company **Intesa Sanpaolo S.p.A.** is a current client and an interested party in these chapter 11 cases.<br>• *See* entries below for Aviva Vita S.p.A., Banca Intesa Banca, Banca Fineco S.p.A., **BNP Paribas**, **Intesa Sanpaolo S.p.A.**, Intesa Vita S.p.A. and Unicredito Italiano S.p.A. regarding related disclosure. |
| ***Banco Español de Crédito, S.A. (BANESTO)*** | Potential Party in Interest | • ***Banco Español de Crédito, S.A. (BANESTO)*** is a current client. |
| Banco Urquijo SBP, S.A. | Potential Party in Interest | • Parent company **Banco de Sabadell, S.A.** is a current client. |
| ***Bank Hapoalim BM*** | Potential Party in Interest | • ***Bank Hapoalim BM*** is a current client. |
| Bank Julius Baer & Co., Ltd. | Potential Party in Interest | • Bank Julius Baer & Co., Ltd. is a limited partner of former client Limited Partner Group of New City Asia Partners (closed 2010). |
| Bank Sarasin & Co., Ltd. | Potential Party in Interest | • Affiliate company **Bank Sarasin-Rabo (Asia) Limited** and ultimate parent company **Rabobank Nederland** are current clients. |
| Baupost Group Securities LLC | Potential Party in Interest | • Parent company **The Baupost Group LLC** is: (a) a current client; and (b) the former owner of former client Nationsrent Companies, Inc. (closed 2009). |
| BNP Paribas Sucursal en Espana P.P. | Potential Party in Interest | • Parent company **BNP Paribas** is a current client and an interested party in these chapter 11 cases.<br>• *See* entry below for parent company **BNP Paribas** regarding related disclosure. |
| BOC Energy Services, Inc., n/k/a Linde Energy Services, Inc. | Potential Party in Interest | • Affiliate company **Linde Gas Therapeutics GmbH & Co. KG** is a current client; and<br>• Affiliate company The BOC Group, Inc. is a former client (closed 2009). |

- B3 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| BP Gas Marketing Limited | Potential Party in Interest | • Affiliated company and current client **TNK-BP** is an affiliated entity of current client **OGIP Ventures, Inc.**;<br><br>• Affiliate company BP France is a stockholder of new client **Société de Manutention de Carburants Aviatio** (opened 2011); and<br><br>• Affiliated company BP-Husky Refining LLC is an affiliated entity of current client **Husky Energy, Inc.** (opened 2010).<br><br>• *See also* entry below for BP Canada, et al. regarding other related disclosure. |
| Canpartners Investments IV LLC | Potential Party in Interest | • Canpartners Investments IV LLC is a member of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**. |
| Capital One, N.A. | Potential Party in Interest | • Affiliate company **Capital One Bank, N.A.** is a current client. |
| Caspian Capital Partners, L.P. | Potential Party in Interest | • Affiliate company Caspian Capital Advisors is a member of former client Murray Energy Ad Hoc Committee (closed 2009). |
| Cascade Risparmio di Parma e Piacenza S.p.A. | Potential Party in Interest | • Affiliate company **Credit Agricole CIB** is a current client;<br><br>• Affiliate company Credit Agricole S.A. is: (a) a former client (closed 2009); and (b) a member of former client Forbion Capital Partners (closed 2009); and<br><br>• Affiliate company Credit Lyonnais Private Equity is a member of former client Former Shareholders of Soamai (closed 2009).<br><br>• *See also* entry below for Calyon, et al. regarding other related disclosure. |
| Citibank Belgium, S.A.; and Citibank Europe Plc | Potential Parties in Interest | • Parent company **Citigroup, Inc.** is a current client;<br><br>• Affiliate companies **Citigroup Global Markets Asia Limited**, **Citigroup Global Markets Limited**, **Honma Golf Co., Ltd.**, **Nikko Cordial Corporation** and **TST George V S.a.r.L.** are current clients;<br><br>• Affiliate company Citibank, N.A. is a participant in a joint venture with current client **Astro Studios**;<br><br>• Affiliate company Citicorp Venture Capital is a shareholder of current client **Hilite International, Inc.**; |

- B4 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • Affiliate company Citigroup Global Markets, Inc. is a member of current client **Ad Hoc Committee of Noteholders of Chemtura Corporation** ; <br><br> • Affiliated entity Citigroup Global Special Situations Group is a joint venture participant in WRRH Investment, L.P., the parent company of current client **Red Roof Inns, Inc.**; <br><br> • Affiliate company National Benefit Life Insurance is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009); and <br><br> • Affiliate company Honma Golf Co., Ltd. is a former client (closed 2009). |
| *City of Chicago* | Potential Party in Interest | • The *City of Chicago* is a current client. |
| Contrarian Funds LLC | Potential Party in Interest | • Contrarian Funds LLC is a member of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**. |
| Credit Suisse Credit Strategies Liquidating Trust; and <br> Credit Suisse Credit Strategies Master Fund, Ltd. | Potential Parties in Interest | • Parent company **Credit Suisse** is a current client and an interested party in these chapter 11 cases; and <br><br> • Ultimate parent company Credit Suisse International is a member of former client Ad Hoc Committee of Alcontrol PIK Lenders (closed 2010); <br><br> • *See also* entry below for parent company **Credit Suisse** et al. regarding other related disclosure. |
| Credito Emiliano Holding, S.p.A. | Potential Party in Interest | • Affiliate companies **Euromobiliare Asset Management S.G.R. S.p.A.** and **Abax Bank S.p.A.** are current clients. <br><br> • *See also* entry above for new party Banca Euromobiliare (Suisse) regarding related disclosure. |
| Cyber Agent FX, Inc. | Potential Party in Interest | • Affiliate company **EC Navi Company** is a current client; and <br><br> • Affiliate company CA Mobile Ltd. is a former client (closed 2010). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Daiwa Securities Capital Markets Co., Ltd. | Potential Party in Interest | • Affiliated company *Daiwa Corporate Investment Co., Ltd.* is a current client; and<br><br>• Affiliate company Daiwa Securities SMBC Principal Investments Co., Ltd. is a stockholder of former client Mitsui Life Insurance Company Limited (closed 2010). |
| Davidson Kempner Distressed Opportunities Fund, L.P.;<br>Davidson Kempner Distressed Opportunities International, Ltd.;<br>Davidson Kempner Institutional Partners, L.P.;<br>Davidson Kempner International, Ltd.;<br>Davidson Kempner Partners, n/k/a Davison Kempner Capital Management LLC | Potential Parties in Interest | • Affiliated companies *Davidson Kempner European Partners LLP* and *Davidson Kempner Capital Management LLC* are current clients. |
| Delta Airlines, Inc. | Potential Party in Interest | • Delta Airlines, Inc. is: (a) a former client (closed 2010); and (b) a stockholder of current client *Airline Reporting Corporation*. |
| Deutsche Bank S.A./N.V. | Potential Party in Interest | • Parent company Deutsche Bank AG is: (a) a former client (closed 2009); (b) the parent of Pyramid Ventures, an interest owner of former client Geobiotics LLC (closed 2009); (c) a member of current client *Ad Hoc Committee of Geo Specialty Chemicals, Inc.*; (d) a participant in a joint venture with former client Orix Corporation (closed 2009); (e) a stockholder of current clients *Borders Group, Inc.* and *Mesa Air Group, Inc.*; (f) a stockholder of former client WHX Corporation (closed 2009); (g) the former parent of Deutsche Bank Venture Capital, a stockholder of current client *Timebase Pty Limited*; and (h) the employer of an individual who is a current Jones Day client (opened 2009);<br><br>• *Deutsche Bank, New York Branch* is a current client;<br><br>• Affiliate company Deutsche Bank Securities is a member of current client *Ad Hoc Committee of Noteholders of Chemtura Corporation*; |

- B6 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • Affiliate company Deutsche Bank AG, London Branch is: (a) a former client; (b) an interest owner of current client *Deutsche Software Limited*; and (c) along with affiliate companies DB Structured Products, Inc. and Deutsche Bank AG, Cayman Islands, a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and<br><br>• Affiliate companies Deutsche Bank Capital Markets (closed 2007); Deutsche Equities India Pvt. Ltd. (closed 2008); Deutsche Bank Trust Company Americas, Deutsche Bank International (Asia) Limited, Deutsche Bank AG, Taipei Branch, Deutsche Bank AG, Hong Kong Branch and DB Trustees (Hong Kong) Limited (all closed 2009); and Ald Autoleasing D GmbH (closed 2010) are former clients.<br><br>• *See also* entry below for new parties KC CLO I and KC CLO II regarding related disclosure. |
| Diversified Asian Strategies Fund | Potential Party in Interest | • Affiliate company PMA Investment Advisors is a member of former client Bondholders' Committee of Mandra Forestry Finance Limited (closed 2011); and<br><br>• Affiliate company The PMA Group, Inc. is a member of former client Ampex Corporation Creditors' Committee (closed 2009). |
| Dresdner Bank (Switzerland), Ltd. | Potential Party in Interest | • In November 2008, parent company Allianz SE sold Dresdner Bank AG to CommerzBank AG, retaining an interest in the combined Commerzbank/Dresdner entity;<br><br>• Affiliate company *Dresdner Kleinwort Limited* is a current client;<br><br>• Affiliated company Fireman's Fund Insurance Company is a shareholder of current client *Magnequench International, Inc.*;<br><br>• Affiliate company AGF Private Equity is: (a) a member of former client Former Shareholders of Soamai (closed 2009); and (b) a stockholder of current client *Integragen*; and<br><br>• Dresdner Bank AG is a former client (closed 2009). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • *See also* entries below for BRE Bank S.A.; CommerzBank AG, et al. and Dresdner Kleinwort Group Holdings LLC regarding related disclosure. |
| Duquesne Light Company | Potential Party in Interest | • Duquesne Light Company is a member of current client **Pace Investment Group**. |
| DZ Privatbank (Schweiz) AG | Potential Party in Interest | • Parent company DZ Bank AG is a member of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**; and<br><br>• Affiliate company **Union Asset Management Holding AG** is a current client. |
| Fairfax Financial Holdings, Ltd. | Potential Party in Interest | • Fairfax Financial Holdings, Ltd. is a stockholder of current client **Bowater Incorporated**. |
| Far Eastern International Bank | Potential Party in Interest | • Parent company **Far Eastern New Century Corporation** is a current client. |
| Farallon Capital Institutional Partners, L.P.; Farallon Capital Offshore Investors II, Inc.; Farallon Capital Offshore Investors III, Inc.; and Farallon Capital Partners, L.P. | Potential Parties in Interest | • Parent company **Farallon Capital Management LLC** is: (a) a current client; and (b) a member of former clients Energy Partners Ad Hoc Committee and Energy Partners Ltd. Official Committee of Noteholders (both closed 2010); and<br><br>• Affiliate company **Leblon Equities** is a current client.<br><br>• *See also* entry below for new party Noonday Offshore, Inc. regarding related disclosure. |
| Federal Deposit Insurance Corporation (FDIC), as Receiver of Westernbank Puerto Rico | Potential Party in Interest | • The Federal Deposit Insurance Corporation (FDIC) holds equity interests in current client **Corus Construction Venture LLC**. |
| Gibson Dunn & Crutcher LLP | Potential Party in Interest | • Gibson Dunn & Crutcher LLP is a former client (closed 2009). |
| Golden Tree High Yield Master Fund, Ltd.; and Golden Tree High Yield Value Fund Offshore (Strategic), Ltd. | Potential Parties in Interest | • Golden Tree High Yield Master Fund, Ltd. is a member of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**. |

- B8 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| The Governor & Company of The Bank of Ireland | Potential Party in Interest | • Affiliate company **Bank of Ireland** is a current client and a co-client in a matter with current client **Allied Irish Banks Plc**; <br><br> • Affiliate company **Bank of Ireland Private Banking Limited** is a current client; <br><br> • Affiliate company Bank of Ireland Private Finance is part owner of current client **Speke Unit Trust**; and <br><br> • Affiliate company Bank of Ireland Asset Management, Ltd. is a former client (closed 2009). |
| Grupo Financiero Bank of America | Potential Party in Interest | • Parent company **Bank of America Corporation** is a current client. <br><br> • *See also* entries below for new parties Merrill Lynch Pierce Fenner & Smith, Inc. and Security Pacific Capital Leasing Corporation; and entries below for Banc of America Securities LLC, et al. and Merrill Lynch, et al. regarding additional related disclosure. |
| Gruss Arbitrage Master Fund, Ltd.; and Gruss Global Investors Master Fund (Enhanced), Ltd. | Potential Parties in Interest | • Gruss Global Investors Master Fund (Enhanced), Ltd. is a member of current client **Ad Hoc Committee of Noteholders of Chemtura Corporation**. |
| Gulf Stream-Sextant CLO 2006-1, Ltd. | Potential Party in Interest | • Affiliated company **Gulf Stream Atlantic CDO 2007-1, Ltd.** is a current client. |
| Hayman Advisors; and **Hayman Capital Master Fund, L.P.** | Potential Parties in Interest | • **Hayman Capital Master Fund, L.P.** is a current client. |
| HBK Master Fund, L.P. | Potential Party in Interest | • Affiliated company **HBK Services LLC** is a current client; and <br><br> • Affiliated companies HBK Europe Management LLP and HBK Investments, L.P. are former clients (both closed 2009). |
| Highland CDO Opportunity Master Fund, L.P.; Highland Credit Opportunities CDO, L.P.; Highland Credit Strategies Fund; Highland Credit Strategies Master Fund, L.P.; Highland Floating Rate Advantage Fund; and Highland Floating Rate Fund LLC | Potential Parties in Interest | • Highland Credit Opportunities CDO, Ltd., Highland Credit Strategies Fund, Highland Floating Rate Advantage Fund and Highland Floating Rate Fund LLC are members of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P. Committee Chair**. |
| **The Higo Bank Ltd.** | Potential Party in Interest | • **The Higo Bank, Ltd.** is a current client. |

- B9 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| HSBC Bank (Cayman) Limited, acting as Trustee of Sub-Trust (A-H); *HSBC Bank USA, N.A.*; and HSBC Securities Japan Limited | Potential Parties in Interest | • ***HSBC Bank USA, N.A.*** is a current client.<br>• *See also* entry below for HSBC Bank et al. regarding additional related disclosure. |
| ICICI Bank UK Plc | Potential Party in Interest | • Affiliate company ***ICICI Securities Limited*** is a current client; and<br>• Affiliate company ICICI Ventures is a participant in a joint venture with former client Swiss Biosciences AG (closed 2009). |
| Institucion de Banca Multiple | Potential Party in Interest | • To the extent it may be related to the named party in interest, a company named ***Ixe Banco, S.A. Institución de Banca Múltiple*** and its parent company, ***Ixe Grupo Financiero, S.A.B. de C.V.*** are current clients. |
| Investec Bank (Switzerland) AG | Potential Party in Interest | • Affiliate company ***Investec Bank Plc*** is a current client; and<br>• Affiliate companies Investec Growth & Acquisition Finance and Investec Bank (UK) Limited are former clients (both closed 2010). |
| Janus Capital Management | Potential Party in Interest | • Parent company Janus Capital Group is the employer of an individual who is a former Jones Day client (closed 2009). |
| Japan Net Bank, Ltd. | Potential Party in Interest | • Affiliate company ***Sumitomo Mitsui Banking Corporation*** is: (a) a current client; (b) a member of current client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair***; (c) a stockholder of current client ***Shinko Shoji KK***; and (d) the parent of Mitsui & Co. Ltd., a shareholder of Asahi Tec, the former parent company of current client ***Oldco M Corporation*** (f/k/a Metaldyne Corporation);<br>• Affiliate company and current client ***The Sumitomo Trust & Banking Co., Ltd.*** and affiliate company Daiwa Securities SMBC Principal Investments are majority stockholders of former client Mitsui Life Insurance Company Limited (closed 2010); and<br>• ***Daiwa Corporate Investment Co., Ltd.*** (f/k/a Daiwa SMBC Capital Co., Ltd., formed by the merger of NIF Ventures and former affiliate company SMBC Capital) is a current client. |

NYI-4376130v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Julius Baer & Co., Ltd. | Potential Party in Interest | • Affiliate company Bank Julius Baer & Co., Ltd. is a limited partner in former client Limited Partner Group of New City Asia Partners (closed 2010). |
| *Kawasaki Heavy Industries, Ltd.* | Potential Party in Interest | • *Kawasaki Heavy Industries, Ltd.* is a current client. |
| KC CLO I; and KC CLO II | Potential Parties in Interest | • Parent company Deutsche Bank AG is a former client (closed 2009).<br><br>• *See also* entry above for new party Deutsche Bank S.A./N.V. regarding additional related disclosure. |
| King Street Acquisition Co. LLC | Potential Party in Interest | • Parent company King Street Capital Management LLC is: (a) a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and (b) a member of former client Ad Hoc Committee for the Subordinated Creditors of Hellas Telecommunications (closed 2010); and<br><br>• Affiliated company *King Street (Europe) LLP* is a current client.<br><br>• *See also* entry below for King Street Capital, L.P.; and King Street Capital Master Fund, Ltd. regarding related disclosure. |
| Knight Capital Europe Limited | Potential Party in Interest | • Affiliate company Deephaven Capital Management LLC is a former client (closed 2009). |
| Knightsbridge Guarding, Ltd. | Potential Party in Interest | • Affiliate company *Rentokil Initial Asia Pacific Limited* is a current client. |
| Landesbank Hessen-Thuringen Girozentrale | Potential Party in Interest | • Affiliate company *Hannover Leasing Automotive GmbH* is a current client; and<br><br>• Affiliate companies GGM Gesellschaft Für Gebäude-Management MBH (closed 2009) and Hannover Mobilien Leasing GmbH & Co. KG (closed 2010) are former clients. |
| Longhorn Credit Funding LLC | Potential Party in Interest | • Affiliated companies Longhorn CDO (Cayman), Ltd. and Longhorn II CDO (Cayman), Ltd. are members of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*. |

- B11 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Louis Dreyfus Energy Services, L.P. | Potential Party in Interest | • Affiliate company **Louis Dreyfus Corporation** is: (a) a current client; and (b) the former employer of an individual who is a former Jones Day client (closed 2009); and<br><br>• Affiliate company Louis Dreyfus Highbridge Energy LLC is a former client (closed 2010). |
| ***Lyxor Asset Management, S.A.***; and Lyxor/York Fund Limited | Potential Parties in Interest | • **Lyxor Asset Management, S.A.** and parent company **Société Générale** are current clients;<br><br>• Affiliate company Société Générale de Financement du Quebec has an interest in former client Interquisa Canada (closed 2010) in a joint venture with CEPSA; and<br><br>• Affiliate company TCW Asset Management Company was among the largest shareholders of General Motors Corporation (n/k/a current client **General Motors Company**) and an interested party in the **General Motors Company**, et al. (formerly General Motors Corporation, *et al.*) chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors. |
| Macquarie Bank Limited | Potential Party in Interest | • Macquarie Bank Limited is: (a) a former client (closed 2010); and (b) a joint venture participant in a new matter (opened 2010) with current client **Macquarie Capital (USA), Inc.**<br><br>• *See also* entry below for Macquarie A-10 regarding additional related disclosure. |
| MassMutual Asia Limited | Potential Party in Interest | • Affiliate company **Babson Capital Europe Limited** is a current client; and<br><br>• Affiliate company MassMutual High Yield Partners II LLC is a stockholder of former client Doskocil Manufacturing Company, Inc. (closed 2010). |
| ***The Master Trust Bank of Japan, Ltd.*** | Potential Party in Interest | • **The Master Trust Bank of Japan, Ltd.** is a current client.<br><br>• *See also* entry below for new party Morgan Stanley Capital Services; and entries below for **The Bank of Tokyo Mitsubishi UFJ, Ltd.**, et al. and **Morgan Stanley & Co, Inc.**, et al. regarding additional related disclosure. |
| Mayer Brown LLP | Potential Party in Interest | • Mayer Brown LLP is a partner of current client **Mayer Brown International LLP**. |

- B12 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Merrill Lynch Pierce Fenner & Smith, Inc. | Potential Party in Interest | • Parent company **Bank of America Corporation** is a current client.<br>• *See also* entry above for new party Grupo Financiero Bank of America; entry below for new party Security Pacific Capital Leasing Corporation; and entries below for Banc of America Securities LLC, et al. and Merrill Lynch and related affiliate companies regarding additional related disclosure. |
| ***MidFirst Bank*** | Potential Party in Interest | • **MidFirst Bank** is a current client. |
| Mizuho Alternative Investments LLC; Mizuho Bank (Switzerland), Ltd.; Mizuho Capital Markets Corporation; and ***Mizuho Securities Co., Ltd.*** | Potential Parties in Interest | • Affiliate company **Mizuho Securities Co., Ltd.** is a co-client with current client **Apposite Capital LLP** in a current matter; and<br>• Affiliate companies **Mizuho Corporate Bank, Ltd.**, **Structured Credit America, Ltd.** and **IBJ Leasing Co., Ltd.** are current clients. |
| Morgan Stanley Capital Services | Potential Party in Interest | • *See* entry above for new party **The Master Trust Bank of Japan, Ltd.**; and entries below for **The Bank of Tokyo Mitsubishi UFJ, Ltd.**, et al. and **Morgan Stanley & Co, Inc.**, et al. regarding related disclosure. |
| Murata Machinery, Ltd. | Potential Party in Interest | • Murata Machinery, Ltd. is the parent company of former clients Murata Electronique, S.A. (closed 2009) and Murata Electronique SAS (closed 2010);<br>• Affiliate company **Murata Power Solutions** is a current client; and<br>• Affiliate company Murata Company Limited is an investor in current client **Surtec MMC Japan, K.K.** |
| Natixis, S.A. | Potential Party in Interest | • *See* entry below for Loomis Sayles & Company, L.P.; Natixis Asset Management Advisors, et al. regarding related disclosure. |
| Neuberger Berman Investment Management, Ltd., f/k/a Neuberger Berman LLC | Potential Party in Interest | • Affiliated company **Neuberger Investment Management Japan Limited** is a current client. |
| Nexen Energy Marketing Europe Limited; and Nexen Energy Marketing London Limited | Potential Parties in Interest | • Parent company Nexen, Inc. is the ultimate parent company of current client **Canexus Limited**. |

- B13 -

NYI-4376130v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Nomura Securities Co., Ltd. | Potential Party in Interest | • Affiliate companies **Nomura International (Hong Kong) Limited**, **Nomura Real Estate Investment Management Co., Ltd.** and **Nomura Bank, Switzerland Ltd.** are current clients;<br><br>• Affiliated entity Nomura Bond & Loan Fund is a member of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**;<br><br>• Affiliate company Nomura Financial Partners, Inc. is a stockholder of former client Mitsui Life Insurance Company Limited (closed 2010);<br><br>• Nomura Holdings, Inc. is the former employer of an individual who is now a former Jones Day client (closed 2011) and the purchaser of some of the assets of the debtors in these chapter 11 cases; and<br><br>• Affiliate company Nomura International Plc is a former client (closed 2010).<br><br>• *See also* entry below for **Genentech, Inc.** regarding related disclosure. |
| Noonday Offshore, Inc. | Potential Party in Interest | • Parent company **Farallon Capital Management LLC** is: (a) a current client; (b) a limited partner of current client **Leblon Equities**; and (c) a member of former clients Energy Partners Ad Hoc Committee and Energy Partners Ltd. Official Committee of Noteholders (both closed 2010).<br><br>• *See also* entry above for new parties Farallon Capital Institutional Partners, L.P., et al. regarding related disclosure. |
| Nova Gas Transmissions, Ltd. | Potential Party in Interest | • Affiliate company **ANR Pipeline Company** is a current client. |
| OCM Opportunities; and OCM Opportunities VIII Delaware, L.P. | Potential Parties in Interest | • Parent company Oaktree Capital Management, L.P. is a member of former client Ad Hoc Committee of Noteholders of Station Casinos (closed 2010).<br><br>• *See also* entries below for Oaktree Capital Management, L.P., et al.; OCM Opportunities Fund VII Delaware, L.P. and OCM Opportunities Fund VIIb Delaware, L.P.; SPCP Group LLC, as agent, et al.; and UBS AG, et al. regarding additional related disclosure. |

- B14 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Ontario Teachers' Pension Plan Board | Potential Party in Interest | • Ontario Teachers' Pension Plan Board is the ultimate parent company of current client *Aquilex Corporation*. |
| Paramount Pro Printing Corporation | Potential Party in Interest | • Affiliate company Paramount Pro Printing Company Limited is an affiliated entity of current client *Eat & Travel Weekly Co., Ltd.* |
| Pearl Assurance Limited | Potential Party in Interest | • Affiliate company *Pearl Assurance Plc* is a co-client in a current matter with current client *Allied Irish Banks Plc*;<br>• Parent company *Phoenix Group Holdings* is a current client; and<br>• Ultimate parent company Sun Capital Partners, Inc. is a former client (closed 2010).<br>• *See also* entries below for Ignis Asset Management, Ltd. and Phoenix Life Limited regarding related disclosure. |
| Pilot Insurance Company | Potential Party in Interest | • Affiliate companies *Aviva Investors Global Services Limited* (f/k/a Morley Fund Management Limited) and *Norwich Union Life & Pensions Limited (NULAP)* are current clients;<br>• Affiliate company Aviva Life and Annuity Company is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009); and<br>• Affiliate company Hibernian Life & Pension Limited is a former client (closed 2009).<br>• *See also* entry above for new party Aviva Insurance Company regarding related disclosure. |
| PMA Prospect Fund | Potential Party in Interest | • Affiliate company PMA Investment Advisors is a member of former client Bondholders' Committee of Mandra Forestry Finance Limited (closed 2011). |

- B15 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Prestige Cruise Holdings, Inc. | Principal Investment | • Affiliated company Apollo Capital Management is a member of current client *Ad Hoc Committee of Noteholders of Chemtura Corporation*; and<br><br>• Parent company Apollo Management, L.P. is: (a) affiliated with current client *Momentive Specialty Chemicals, Inc.* (f/k/a Hexion Specialty Chemicals, Inc., an affiliate company of Hexion LLC, and an interested party in these chapter 11 cases); and (b) the parent of former client Momentive Performance Materials, Inc. (closed 2010).<br><br>• *See also* entry below for Apollo Management Holdings, L.P. regarding related disclosure. |
| Providence Equity Partners IV, L.P.; and Providence Equity Partners IV-A, L.P. | Potential Parties in Interest | • Affiliated company Providence Equity Partners, Inc. is a co-owner of current client *Education Management Corporation*.<br><br>• *See also* entry below for Goldman Sachs (Asia) Finance, et al. regarding related disclosure. |
| *Quantum Partners, Ltd.* | Potential Party in Interest | • *Quantum Partners, Ltd.* is: (a) a current client; and (b) a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*. |
| Radisson Seven Seas France | Principal Investment | • Affiliate company *Carlson Companies, Inc.* is a current client. |
| Raiffeisen Centrobank AG; and Raiffeisen Zentralbank Osterreich AG | Potential Parties in Interest | • Affiliate company *RB International Finance (USA) LLC* is a current client. |
| Raven Credit Opportunities Master Fund, Ltd. | Potential Party in Interest | • Raven Credit Opportunities Master Fund, Ltd. is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*. |
| RBS Coutts Bank AG; and RBS Securities Japan, Ltd. | Potential Parties in Interest | • Parent company *The Royal Bank of Scotland Group Plc* is a current client and an interested party in these chapter 11 cases.<br><br>• *See also* entry above for new party ABN Amro Bank N.V. and entries below for Banco Banif, S.A. and *The Royal Bank of Scotland Plc* regarding related disclosure. |
| Scoggin Capital Management II; Scoggin International Fund, Ltd.; and Scoggin Worldwide Fund, Ltd. | Potential Parties in Interest | • Affiliate company Scoggin Capital is a member of current client *Ad Hoc Committee of Noteholders of Chemtura Corporation*. |
| *SecondMarket, Inc.* | Potential Party in Interest | • *SecondMarket, Inc.* is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Security Pacific Capital Leasing Corporation | Potential Party in Interest | • Parent company **Bank of America Corporation** is a current client.<br>• *See also* entries above for new parties Grupo Financiero Bank of America and Merrill Lynch Pierce Fenner & Smith; and entries below for Banc of America Securities LLC, et al. and Merrill Lynch, et al. regarding additional related disclosure. |
| SEI Institutional Investment Trust-Enhanced Income Fund | Potential Party in Interest | • Affiliated entities SEI Institutional Investors Trust (SIIT) and SEI Institutional Managed Trust (SIMT) are members of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**. |
| Soros Fund Management LLC | Potential Party in Interest | • Soros Fund Management LLC, which is beneficially owned by current client **Tapazeca S.p.r.L.**, is: (a) a beneficial co-owner of current client **Worldtel Mexico Telecom, N.V.**; (b) the beneficial owner of current clients **Kumateco BVBA** and **Chiquapo BVBA**; and (c) the owner of current client **Menezuca BVBA**. |
| *Stanford Hospital and Clinics* | Potential Party in Interest | • *Stanford Hospital and Clinics* is: (a) a current client; and (b) affiliated with current client **Lucile Packard Children's Hospital**. |
| Stonehill Institutional Partners, L.P.; and Stonehill Master Fund, Ltd. | Potential Parties in Interest | • Affiliated company Stonehill Capital Management LLC is a former member of former client Murray Energy Ad Hoc Committee (closed 2009). |
| Summit Petroleum Limited | Potential Party in Interest | • Parent company **Sumitomo Corporation** is: (a) a current client; and (b) a shareholder of current client **Sews-Cabind S.p.A.**;<br>• Affiliate company **Sumitomo Chemical Co., Ltd.** is: (a) a current client; and (b) a stockholder of current client **Nihon Medi-Physics Co., Ltd.**; and<br>• Affiliate company Sumitomo Electric Industries, Ltd. is a stockholder of former client Eudyna Devices, Inc. (closed 2010).<br>• *See also* entry below for GE Capital Information Technology, et al. regarding related disclosure. |
| Symphony Asset Management LLC | Potential Party in Interest | • Parent company **Madison Dearborn Partners LLC** is: (a) a current client; and (b) a co-owner of current client **Sorenson Communications, Inc.** |

- B17 -

NYI-4376130v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Tiger Global, L.P.; and<br>Tiger Global II, L.P. | Potential Parties in Interest | • Affiliated company Tiger Global Management LLC is a stockholder of current client *Transdigm Group Incorporated*. |
| TPG Credit Opportunities Fund, L.P.;<br>TPG Credit Opportunities Investors, L.P.;<br>TPG Credit Strategies Fund, L.P.;<br>TPG Opportunity Fund I, L.P.; and<br>TPG Opportunity Fund III, L.P. | Potential Parties in Interest | • TPG Opportunity Fund I, L.P. is a member of current client *Ad Hoc committee of Noteholders of Chemtura Corporation*. |
| Vanguard Fiduciary Trust Company Asset-Backed Securities Trust;<br>Vanguard Fiduciary Trust Company Corporate Bond Trust;<br>Vanguard Fiduciary Trust Company Intermediate-Term Bond Trust; and<br>Vanguard Total Bond Market Index Fund, a Series of Vanguard Bond Index Funds | Potential Parties in Interest | • Parent company *The Vanguard Group, Inc.* is a current client and was among the largest shareholders of General Motors Corporation (n/k/a current client *General Motors Company*) and an interested party in the *General Motors Company*, *et al.* (f/k/a General Motors Corporation, *et al.*) chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors. |
| Vitol S.A.; and<br>Vitol Asia Pte. Ltd. | Potential Parties in Interest | • Vitol S.A. and Vitol Asia Pte., Ltd. are former clients (both close 2009). |
| Walton Street Capital; and<br>Walton Street Real Estate Fund V, L.P. | Principal Investments | • Walton Street Capital is a participant in a joint venture with current client *Westbrook Real Estate Fund VII, L.P.* |

**UPDATES TO PRIOR DISCLOSURE**

| | | |
|---|---|---|
| 20 CCC Business Trust<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company General Growth Properties, Inc. is (a) a former client (closed 2009); (b) a general partners of current client *Highland Mall Limited Partnership*; and (c) a joint venture participant with current client *Morgan Stanley RE Fund II*. | Lessor | • Affiliate company *The Howard Hughes Corporation* is a new client (opened 2010). |
| Aberdeen Asset Management, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies *Aberdeen Property Investors UK Limited* and *Goodman UK Limited* are current clients; | Potential Party in Interest | • Ad Hoc Committee for the Subordinated Creditors of Hellas Telecommunications, of which affiliate company Aberdeen Asset Managers Limited is a member, is now a former client (closed 2010). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Parent company Aberdeen Asset Management Plc is a stockholder of former client Transrent Trailer Rental Limited (closed 2009); and<br><br>• Affiliate company Aberdeen Asset Managers Limited is a member of current client *Ad Hoc Committee for the Subordinated Creditors of Hellas Telecommunications*. | | |
| Alabama Power Company<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company *The Southern Company* is: (a) a current client; and (b) a member of current client *AP1000 Operators Group LLP*. | Potential Party in Interest | • AP1000 Operators Group LLP, a company in which Alabama Power Company is a member, is now a former client (closed 2010). |
| Aladdin Relative Value Credit Master Fund Limited<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company Aladdin Capital Management UK LLP is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and<br><br>• Affiliate company *Aladdin Capital LLC* is a current client. | Potential Party in Interest | • Parent company Aladdin Capital Management UK LLP is not a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*, as previously disclosed, but was a member of now former client Ad Hoc Committee for the Subordinated Creditors of Hellas Telecommunications (closed 2010); and<br><br>• Aladdin Capital LLC is now a former client (closed 2011). |
| AlixPartners<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company *Hellman & Friedman LLC* is a current client. | Principal Investment | • Parent company Hellman & Friedman LLC is now a former client (closed 2010).<br><br>• *See also* entry below for Hellman & Friedman LLC regarding related disclosure. |
| *AmerisourceBergen Corporation*<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company Amerisource Corporation is a member of current client *Allegheny Health Education Research Foundation (AHERF) Creditors' Committee*. | Potential Party in Interest | • *AmerisourceBergen Corporation* and *AmerisourceBergen Company* are new clients (both opened 2010). |
| *Amgen, Inc.*<br><br>*PRIOR DISCLOSURE:*<br><br>• *Amgen, Inc.* is: (a) a current client; and (b) the employer of an individual who is a current Jones Day client (opened 2009). | Potential Party in Interest | • *Amgen, Inc.* is the former employer of three individuals who are new Jones Day clients (all opened 2010). |

- B19 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| AON Consulting<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company **AON Conseil & Courtage S.A.** is a current client. | Potential Party in Interest | • Parent company **AON Corporation** is a new client (opened 2010). |
| Apollo Management Holdings, L.P.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company **Momentive Performance Materials, Inc.** is a current client; and<br><br>• Affiliate company Apollo Management, L.P. is a member of current client **Ad Hoc Committee of Noteholders of Chemtura Corporation**. | Potential Party in Interest | • Affiliate company Momentive Performance Materials, Inc. is now a former client (closed 2010); and<br><br>• In its prior disclosure Jones Day inadvertently omitted to disclose that Apollo Management is affiliated with current client **Momentive Specialty Chemicals, Inc.** (f/k/a Hexion Specialty Chemicals, Inc., an affiliate company of Hexion LLC, an interested party in these chapter 11 cases).<br><br>• *See also* entry above for new party Prestige Cruise Holdings, Inc. regarding related disclosure. |
| Applebee's<br><br>*PRIOR DISCLOSURE:*<br><br>• Related entity **Board of Directors of Dineequity, Inc.** is a current client and a co-client with an individual who is a related party and a current Jones Day client (opened 2010). | Principal Investment | • Affiliate company **International House of Pancakes, Inc. (IHOP)** is a new client (opened 2010). |
| ARINC Incorporated<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **The Carlyle Group** and affiliate companies **4 Gas B.V., Multiplan, Inc.** and **ARINC Asia Pacific Division** are current clients;<br><br>• Affiliate company Carlyle Venture Partners III, L.P. is a stockholder of current client **RMI Acquisition Company, Inc.**;<br><br>• Affiliate companies Carlyle High Yield Partners, L.P. Carlyle High Yield Partners II, Ltd., Carlyle High Yield Partners III, Ltd., Carlyle High Yield Partners IV Ltd., and Carlyle Loan Investment Ltd. are members of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**; | Potential Party in Interest | • Affiliate company ARINC Asia Pacific Division is now a former client (closed 2010).<br><br>• *See also* entry below for Veyance (name given) regarding related disclosure. |

- B20 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate company Cerep USA S.a.r.L. (a/k/a Carlyle Europe Real Estate Partners) is a stockholder and a joint venture partner of current client *UK Students JV S.a.r.L.*; and<br><br>• Affiliate companies Carlyle Europe Venture Partners L.P. (closed 2008); and Allison Transmission (closed 2009) are former clients. | | |
| ***AT&T, Inc.***<br><br>AT&T Services, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• ***AT&T, Inc.*** is: (a) a current client; (b) the parent company of AT&T Services, Inc.; (c) affiliated with an individual who is a former Jones Day client (closed 2008); and (d) the employer of an individual who is a former Jones Day client (closed 2009);<br><br>• Affiliate companies ***AT&T California***, ***AT&T Mobility LLC*** (f/k/a Cingular Wireless LLC), ***Comcast Corporation*** (f/k/a AT&T Comcast Corporation) and ***Sterling Commerce, Inc.*** are current clients;<br><br>• Affiliated entity AT&T Pension Trust is a partner in current client ***Morgan Stanley RE Fund II***;<br><br>• Affiliated entity AT&T Master Pension Trust is a limited partner in former client MS Real Estate Fund, Inc. (closed 2009); and<br><br>• Affiliate company Ameritech Publishing, Inc. is a former client (closed 2009). | Utility Provider<br><br>Potential Party in Interest | • ***AT&T, Inc.*** is a member of new client ***Broadband Internet Technical Advisory Group*** (opened 2010);<br><br>• Affiliate company AT&T California is now a former client (closed 2010); and<br><br>• Affiliate company ***AT&T Mobility LLC*** (f/k/a Cingular Wireless LLC) is a participant in a new joint venture (opened 2010) with current client ***T-Mobile USA***. |
| Aviva Vita S.p.A.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company UBI Banca has an ownership interest in current client ***S.A.C.B.O. S.p.A.***; and<br><br>• Affiliate company ***Banco Di Bresica San Paolo CAB Societa Per Azioni*** is a co-client in a current matter with current client ***Unicredit Banca S.p.A.*** | Potential Party in Interest | • Affiliate company Banco DiBrescia San Paolo CAB Societa Per Azioni and Unicredit Banca S.p.A. are now former co-clients in a former matter (all closed 2010).<br><br>• *See also* entry above for new party Banca Fideuram S.p.A.; and entries below for Banca Fineco S.p.A., ***BNP Paribas S.p.A.***, ***Intesa Sanpaolo S.p.A.***, Intesa Vita S.p.A., Unicredito Italiano S.p.A. and Banca Intesa Banca regarding related disclosure. |

- B21 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| BAE Systems Holdings, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **BAE Systems Plc (British Aerospace)** is: (a) a current client; and (b) the former employer of an individual who is a current Jones Day client (opened 2009); and<br><br>• Affiliate companies **Safariland LLC** (d/b/a **Armor Holdings Products LLC**) and **Bianchi International** are current clients. | Potential Party in Interest | • Affiliate company **BAE Systems, Inc.** is a new client (opened 2010). |
| Banca Fineco S.p.A.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company Unicredito Italiano is a former client (closed 2009);<br><br>• Affiliate company **Unicredit Bank AG** is: (a) a current client; and (b) a member of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**; and<br><br>• Affiliate companies **Unicredit Banca S.p.A.** and **DAB Bank AG** are current clients. | Other Interested Party | • Affiliate companies Unicredit Bank AG and Unicredit Banca S.p.A. are now former clients (both closed 2010).<br><br>• *See also* entry above for new party Banca Fideuram S.p.A.; entry above for Aviva Vita S.p.A. and entries below for **BNP Paribas**; **Intesa Sanpaolo S.p.A.**, Intesa Vita S.p.A., Unicredito Italiano S.p.A. and Banca Intesa Banca regarding related disclosure. |
| Banco Banif, S.A.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Banco Santander, S.A.** and affiliate company **Banco Espanol de Credito (Banesto)** are current clients;<br><br>• Affiliate company Abbey National Treasury is a member of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**;<br><br>• Affiliate company Vista Desarrollo, S.A. is a stockholder of current client **Adherbal Global, S.L.**;<br><br>• Affiliate company Banco Santander de Negocios, S.A. is: (a) 50% stockholder of current client **Vista Capital de Expansion, S.A., S.G.E.C.R.**; and (b) a principal shareholder of former client Vista Compania de Inversion, S.A. (closed 2009);<br><br>• Affiliate company Sistema 4B S.A. is a joint venture participant with current client **ACI Worldwide, Inc.**; and | Potential Party in Interest | • Adherbal Global, S.L., a company of which affiliate company Vista Desarrollo, S.A. is a stockholder, is now a former client (closed 2010).<br><br>• *See also* entries above for new parties ABN Amro Bank N.V. and RBS Coutts Bank AG and RBS Securities Japan, Ltd.; and entry below for **The Royal Bank of Scotland Plc** regarding related disclosure. |

- B22 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate company Interbanca S.p.A. is a former client (closed 2009). | | |
| **Banco Bilbao Vizcaya Argentaria, S.A.**<br><br>*PRIOR DISCLOSURE:*<br><br>• **Banco Bilbao Vizcaya Argentaria, S.A.** is: (a) a current client; (b) a major shareholder of current client **Citic International Financial Holdings Limited**; and (c) the parent company of current client **Compass Bank**. | Potential Party in Interest | • Citic International Financial Holdings Limited, a company of which **Banco Bilbao Vizcaya Argentaria, S.A.** is a shareholder, is now a former client (closed 2010); and<br><br>• Subsequent to Jones Day's prior disclosure, three individuals, who are all former Directors of affiliated company Compass Bancshares, Inc., became current (each opened 2010) and are now former Jones Day clients (each closed 2010).<br><br>• *See also* entries below for Citic International Financial Holdings Limited and **Compass Bank** regarding related disclosure. |
| Banco Inversis, S.A.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies **Caja Madrid** and **Realia Business** are current clients. | Potential Party in Interest | • Affiliate company Realia Business is now a former client (closed 2011). |
| **Banco Popular Espanol, S.A.**<br><br>*PRIOR DISCLOSURE:*<br><br>• **Banco Popular Espanol, S.A.** and affiliate company **Banco de Galicia, S.A.** are current clients. | Potential Party in Interest | • Affiliate company Banco de Galicia, S.A. is now a former client (closed 2010). |

- B23 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Banc of America Securities LLC; Bank of America, N.A.<br><br>Bank of America Plaza Suite 3500<br><br>Bank of America Trust and Banking Corporation (Cayman) Limited<br><br>Bank of America Trustees Limited<br><br>*PRIOR DISCLOSURE:*<br><br>• Bank of America Securities LLC is: (a) a stockholder of current client ***International Automotive Components Group LLC***; and (b) along with affiliate company and current client ***Merrill Lynch International***, a member of current client ***Ad Hoc Committee for the Subordinated Creditors of Hellas Telecommunications***;<br><br>• Parent company ***Bank of America Corporation*** is: (a) a current client; (b) the employer of an individual who is a current Jones Day client (opened 2009); (c) a stockholder of former client Giant Industries, Inc. (closed 2009); and (d) a member of former client Murray Energy Ad Hoc Committee (closed 2009);<br><br>• Affiliate companies ***DSP Merrill Lynch Limited***, ***Merrill Lynch Asia Pacific, Ltd.*** and ***Merrill Lynch Europe Plc*** are current clients;<br><br>• Affiliate company ***Merrill Lynch & Co.*** is: (a) a current client; (b) a co-client with current client ***CS First Boston, Inc.***; and (c) the employer of four individuals who are former Jones Day clients (all closed 2008);<br><br>• Affiliate company Merrill, Lynch, Fenner & Smith is the employer of two individuals who are current Jones Day clients;<br><br>• Affiliate company Merrill Lynch Credit Products LLC is a member of former client Bi-Lo Ad Hoc Committee (closed 2010); and | Potential Parties in Interest<br><br>Largest Unsecured Creditors Other Than Bondholders<br><br>Litigation Claimant<br><br>Rate Trustee | • Ad Hoc Committee for the Subordinated Creditors of Hellas Telecommunications, of which Bank of America Securities LLC and affiliate company and current client ***Merrill Lynch International*** are members, is now a former client (closed 2010).<br><br>• *See also* entries above for new parties Grupo Financiero Bank of America, Merrill Lynch Pierce Fenner & Smith, Inc. and Security Pacific Capital Leasing Corporation; and entry below for Merrill Lynch and related affiliate companies regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Several Merrill Lynch Funds and Portfolios are members of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*. | | |
| *The Bank of Tokyo Mitsubishi UFJ, Ltd.*; Mitsubishi UFJ, Ltd.; and Mitsubishi UFJ SEC Company<br><br>*PRIOR DISCLOSURE:*<br><br>• *The Bank of Tokyo Mitsubishi UFJ, Ltd*, is: (a) a current client; and (b) a majority stockholder of current client *Union Bank of California*;<br><br>• Affiliate company *Mitsubishi UFJ Lease & Finance Company Limited* is a current client;<br><br>• Affiliate company Mitsubishi UFJ Securities is a stockholder of current client *Pled Technology Group (Hong Kong) Ltd.*;<br><br>• Affiliate company BTM Capital Corporation is a former limited partner in former client Volvo Aero Services, L.P. (closed 2008); and<br><br>• Affiliate companies Bank of Tokyo-Mitsubishi Limited, Sucursal En Espana (closed 2007) and Bank of Tokyo Mitsubishi Trust Company (closed 2009) are former clients. | Potential Parties in Interest | • Affiliate company *BOT Lease Co., Ltd.* is a new client (opened 2010); and<br><br>• Pled Technology Group (Hong Kong) Ltd., of which affiliate company Mitsubishi UFJ Securities is a stockholder, is now a former client (closed 2010).<br><br>• *See also* entries above for new parties *The Master Trust Bank of Japan, Ltd.* and Morgan Stanley Capital Services; and entry below for *Morgan Stanley & Co., Inc.*, et al. regarding related disclosure. |
| Barclays Plc; *Barclays Capital, Inc.*; and<br><br>Barclays Global Fund Advisors<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company Barclays Bank Plc is a former client (closed 2009);<br><br>• *Barclays Capital, Inc.* is a current client;<br><br>• Affiliate company Barclays Global Investors, N.A. is: (a) a stockholder of current client *FLYi, Inc.*; (b) an equity holder of current client *Georgia Gulf Corporation*; (c) along with affiliate company Barclays Global Fund Advisors, a joint venture participant with current client *Axcelis Technologies, Inc.*; and (d) along with affiliate company Barclays Global Investors Limited, among the largest shareholders of | Potential Parties in Interest<br><br><br>Bondholder | • Subsequent to its acquisition by Blackrock, Inc. in 2009, Barclays Global Investors, N.A. is now a former affiliate company;<br><br>• Blackrock, Inc. is not the parent company of Barclays Plc, *Barclays Capital, Inc.* and Barclays Global Fund Advisors, as previously disclosed; and<br><br>• Affiliate company Barclays Bank S.A.E. is now a former client (closed 2010).<br><br>• *See also* entry below for Blackrock, Inc. and Blackrock Financial Management, Inc. regarding related disclosure. |

- B25 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| General Motors Corporation (n/k/a current client **General Motors Company**) and interested parties in the **General Motors Company,** *et al.* (f/k/a the General Motors Corporation, *et al.*) chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors; | | |
| • Parent company Blackrock, Inc. is a member of current clients, **Ad Hoc Committee of Lenders to Euramax**, **Ad Hoc Committee of Geo Specialty Chemicals, Inc.** and **Bondholders Committee of Mandra Forestry Finance Limited**; | | |
| • Affiliate company R3/Blackrock, Inc. is a member of current client **Ad Hoc Committee of Noteholders of Chemtura Corporation**; | | |
| • Affiliate company **Barclays Bank S.A.E.** has been represented in two matters, one of which has closed and one of which has not proceeded since July 2008; | | |
| • Affiliate company Barclays Private Equity France SA is the parent of current client **Compagnie de Fives-Lille**; | | |
| • Affiliate company Barclays Unquoted Investments is a stockholder of current client **Enigma Holidays Limited**; | | |
| • Affiliate company Barclays Capital Real Estate is a joint venture participant with current client **Westbrook Real Estate Fund VI**; and | | |
| • Affiliate company Barclays Global Investors UK Holdings Limited is a major equity stockholder of current client **Borders Group, Inc.** | | |

- B26 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Blackrock Advisors<br><br>Blackrock, Inc.<br>Blackrock Financial Management, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies **Blackrock Investment Management LLC** and **Blackrock Realty Advisors, Inc.** are current clients;<br><br>• Parent company Blackrock, Inc. is a member of current clients **Ad Hoc Committee of Lenders to Euramax, Ad Hoc Committee of Geo Specialty Chemicals, Inc.** and **Bondholders Committee of Mandra Forestry Finance Limited**;<br><br>• Several Blackrock income trusts and funds are members of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**;<br><br>• Affiliate company R3/Blackrock, Inc. is a member of current client **Ad Hoc Committee of Noteholders of Chemtura Corporation**;<br><br>• Affiliated entity Blackrock Fund is a participant in a joint venture with current client **Westbrook Real Estate Fund VIII, L.P.**;<br><br>• Affiliate company Blackrock Kelso Capital Corporation is an equity security holder of the debtors and an interested party in the Penton Business Media, Inc., *et al.* chapter 11 cases in which Jones Day has been retained as debtors' counsel; and<br><br>• Affiliate company Blackrock Alternative Advisors is a former client (closed 2009). | Bondholder<br><br>Potential Parties in Interest | • Ad Hoc Committee of Lenders to Euramax and Bondholders Committee of Mandra Forestry Finance Limited, both of which entities parent company Blackrock, Inc. is a member, are now former clients (closed 2010 and 2011, respectively);<br><br>• Current clients **Merrill Lynch & Co.** and **The PNC Financial Services Group, Inc.** and former client Barclays Plc (closed 2009) are equity holders of parent company Blackrock, Inc.; and<br><br>• Affiliate company Barclays Global Investments, N.A is: (a) an equity holder of current client **Georgia Gulf Corporation**; (b) a shareholder of now former client FLYi, Inc. (closed 2010); (c) a joint venture participant with current client **Axcelis Technologies, Inc.**; and (d) among the largest shareholders of General Motors Corporation (n/k/a current client **General Motors Company**) and an interested party in the **General Motors Company**, *et al.* (f/k/a General Motors Corporation, *et al.*) chapter 11 cases in which Jones Day was retained as special litigation counsel for the debtors.<br><br>• *See also* entry above for Barclays Plc; et al. regarding related disclosure. |
| ***BNP Paribas***<br><br>*PRIOR DISCLOSURE:*<br><br>• **BNP Paribas** is: (a) a current client; and (b) a stockholder of former client HQ Global Holdings, Inc. (closed 2007);<br><br>• Affiliate company **BNP Paribas Personal Finance Belgium S.A.** (f/k/a Cetelem Belgium S.A.) is a current client; | Largest Unsecured Creditors Other Than Bondholders | • Affiliate company Servizio Italia Società Fiduciaria e di Servizi is a stockholder of new client **Technolgraphica S.R.L.** (opened 2010);<br><br>• Affiliate companies Banca Nazionale Del Lavoro S.p.A. and Unicredit Banca S.p.A. are now former co-clients in a former matter (all closed 2010). |

NYI-4376130v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate company *Banca Nazionale Del Lavoro S.p.A.* is a co-client in a new matter (opened 2009) with current client *Unicredit Banca S.p.A.*;<br>• Affiliate company BNP Paribas Securities Corporation is the employer of two individuals who are former Jones Day clients (closed 2007 and 2008, respectively); and<br>• Affiliate company BNP Paribas Assurance (d/b/a Cardif S.A.) is a participant in a joint venture with current client *General Electric Co., Inc.* | | • *See also* entry above for new parties Banca Fideuram S.p.A. and BNP Paribas Sucursal en Espana P.P.; entries above for Aviva Vita S.p.A. and Banca Fineco S.p.A.; and entries below for *Intesa Sanpaolo S.p.A.*; Intesa Vita S.p.A., Unicredito Italiano S.p.A. and Banca Intesa Banca regarding related disclosure. |
| BP Canada;<br>BP Capital Energy Equity Fund, L.P.;<br>BP Capital Energy Equity Fund Master II, L.P.;<br>BP Capital Energy Equity International Holdings I;<br>BP Capital Energy Fund, L.P.;<br>BP Energy;<br>BP North America; and<br>IGI Resources (a BP Plc subsidiary)<br><br>*PRIOR DISCLOSURE:*<br>• Parent company BP Plc and affiliate company BP Exploration Alaska are former clients (both closed 2008); and<br>• Affiliated company *TNK-BP* is a current client. | Potential Parties in Interest | • Affiliated company and current client *TNK-BP* is an affiliated entity of new client *OGIP Ventures, Inc.* (opened 2010);<br>• Affiliate company BP France is a stockholder of new client *Société de Manutention de Carburants Aviation* (opened 2011); and<br>• Affiliated company BP-Husky Refining LLC is an affiliated entity of new client *Husky Energy, Inc.* (opened 2010).<br>• *See also* entry above for new party BP Gas Marketing Limited regarding related disclosure. |
| BRE Bank S.A.<br><br>*PRIOR DISCLOSURE:*<br>• Affiliate company *Eurohypo AG* is a current client; and<br>• Parent company CommerzBank AG is: (a) a former client (closed 2007; and (b) a member of current client *Ad Hoc Committee of Alcontrol PIK Lenders*. | Potential Party in Interest | • Ad Hoc Committee of Alcontrol PIK Lenders, an entity of which parent company CommerzBank AG is a member, is now a former client (closed 2010).<br>• *See also* entry above for Dresdner Bank (Switzerland), Ltd.; and entries below for CommerzBank AG, et al. and Dresdner Kleinwort Group Holdings LLC regarding related disclosure. |

- B28 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ***The British Land Company Plc***<br><br>*PRIOR DISCLOSURE:*<br><br>• ***The British Land Company Plc*** is: (a) a current client; (b) the employer of an individual who is a current Jones Day client; (c) the parent company of current client ***Pillar Property Plc***; (d) the ultimate parent of current client ***Gibraltar General Partner Limited***; (e) affiliated with current client ***The Whiteley Co-Ownership***; and (f) has an ownership interest in each of current clients ***The City of London Office Unit Trust***, ***Hercules Income Fund*** and ***Hercules Unit Trust***. | Trade Debt Holder | • Affiliate company Pillar Property Plc is now a former client (closed 2010). |
| ***Burns White LLC*** (f/k/a Burns, White & Hickton LLC (BWH)<br><br>*PRIOR DISCLOSURE:*<br><br>• ***Burns, White & Hickton LLC (BWH)*** is a current client. | Debtors' Professional | • Debtors' Professional Burns, White & Hickton LLC (BWH) is now known as current client ***Burns White LLC***. |
| Business Objects Americas; and Frictionless Commerce, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies ***Business Objects S.A.***, ***SAP Labs India Pvt. Ltd.***, ***SAP Ventures*** and ***Business Objects Corporation***; and ultimate parent company ***SAP AG*** are current clients. | Potential Parties in Interest | • Affiliate companies Business Objects Corporation and SAP Ventures are now former clients (both closed 2010). |
| ***Caisse de Depot et Placement Du Quebec***<br><br>*PRIOR DISCLOSURE:*<br><br>• Caisse de Depot et Placement Du Quebec is a joint venture participant with WRRH Investment, L.P., the parent company of current client ***Red Roof Inns, Inc.***; and<br><br>• Affiliate company ***Sitq, Inc.*** is a current client. | Potential Party in Interest | • ***Caisse de Depot et Placement Du Quebec*** is: (a) a new client (opened 2010); and (b) an investor in new client ***Master Asset Vehicle I and Master Asset Vehicle II***.<br><br>• *See also* entry above for new parties Citibank International Plc; and ***Citigroup Global Markets Limited*** regarding related disclosure. |

- B29 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| California Public Employees' Retirement System (CALPERS)<br><br>*PRIOR DISCLOSURE:*<br><br>• California Public Employees' Retirement System (CALPERS) is: (a) a member of CalEast Industrial Investors LLC, a subsidiary of current client *LaSalle Investment Management, Inc.*; and (b) along with the Regents of the University of California, a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and<br><br>• Governing authority, State of California, is the governing authority for current clients *United States District Court, California Districts, Judicial Council of the State of California Administrative Office of the Courts* and *West Basin Municipal Water District.* | Potential Party in Interest | • *CalEast Industrial Investors LLC*, of which California Public Employees' Retirement System (CALPERS) is a member, is a new client (opened 2011); and<br><br>• West Basin Municipal Water District, an entity for which the State of California is the governing authority, is now a former client (closed 2010). |
| Calyon;<br>Calyon Securities; and<br>Credit Agricole, S.A.<br><br>Caisse Nationale CDP; and<br>Credit Agricole LLE de France<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies *LCL – Le Credit Lyonnais*, *Calyon S.A. Sucursal En Espana*, *Credit Agricole Private Equity (CAPE)* and *CLSA Limited* are current clients;<br><br>• Affiliate company Credit Agricole, S.A. is: (a) a member of former client Forbion Capital Partners (closed 2009); and (b) a limited partner of current client *Limited Partner Group of New City Asia Partners*;<br><br>• Affiliate company Credit Lyonnais Private Equity is a member of former client Former Shareholders of Soamai (closed 2009); and<br><br>• Affiliate companies Calyon Corporate and Investment Bank (closed 2008); and Banco Bisel S.A. and CNCA (both closed 2009) are former clients. | Potential Parties in Interest<br><br><br>Initial Noteholders | • Affiliate companies *Credit Agricole du Nord de La France* and *Credit Agricole CIB* are new clients (both opened 2010); and<br><br>• Limited Partner Group of New City Asia Partners, an entity of which affiliate company Credit Agricole, S.A. is a limited partner, is now a former client (closed 2010).<br><br>• *See also* entry below for Newedge USA LLC regarding related disclosure. |

- B30 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **CBS Corporation**<br><br>*PRIOR DISCLOSURE:*<br><br>• **CBS Corporation** is: (a) a current client; (b) the employer of an individual who is a current Jones Day client; and (c) a joint venture participant with **Time Warner, Inc.**; and<br><br>• Parent company **Viacom, Inc.** is a current client. | Potential Party in Interest | • The individual previously disclosed as a Jones Day client and employee of **CBS Corporation** is now a former Jones Day client (closed 2010).<br><br>• *See also* entry below for Historic TW, Inc.; **Time Warner, Inc.** regarding related disclosure. |
| Charles Schwab & Co., Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies **Charles Schwab Investment Management, Inc.** and **United States Trust Company, National Association** are current clients; and<br><br>• Parent company Charles Schwab Corporation is a stockholder of former client Geobiotics LLC (closed 2009). | Potential Party in Interest | • Affiliate company United States Trust Company, National Association is now a former client (closed 2010). |
| **Cisco Systems, Inc.**; and Cisco Systems Capital Corporation<br><br>*PRIOR DISCLOSURE:*<br><br>• **Cisco Systems, Inc.** is: (a) a current client; (b) the parent company of Cisco Systems Capital Corporation and former client Cisco Service Provider Video Technology Group (closed 2009); and (c) an investor in current client **Softbank Asia Infrastructure Fund**. | Potential Parties in Interest | • **Cisco Systems, Inc.** is a member of new client **Broadband Internet Technical Advisory Group** (opened 2010). |
| CIT Group, Inc.; and CIT Group Master<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies **CIT Developments Limited**, **CIT Group/Business Credit** and **Capital & Income Trust S.a.r.L.** are current clients;<br><br>• Affiliate company CIT Credit Group USA, Inc. is an equity holder of current client **Black Diamond Mining Company LLC**; and<br><br>• Affiliate company CIT Europe Limited is a former client (closed 2010). | Potential Parties in Interest | • Black Diamond Mining Company LLC, a company of which affiliate company CIT Credit Group USA, Inc. is an equity holder, is now a former client (closed 2010). |

- B31 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Citadel Equity Fund, Ltd.<br><br>*PRIOR DISCLOSURE:*<br><br>• Citadel Equity Fund, Ltd. is a member of former client Bi-Lo Ad Hoc Committee (closed 2010). | Potential Party in Interest | • In its prior disclosure Jones Day inadvertently omitted to disclosure that: (a) parent company **Citadel LLC** (f/k/a Citadel Investment Group LLC) is a current client; and (b) affiliate company **Omnium LLC** (f/k/a Citadel Solutions LLC) is a current client. |
| Citic International Financial Holdings Limited<br><br>*PRIOR DISCLOSURE:*<br><br>• ***Citic International Financial Holdings Limited*** and affiliate companies ***Citic Resources Holdings Ltd.*** and ***Citic Private Equity Funds Management Co., Ltd.*** are current clients;<br><br>• Affiliate company Citic Capital China Limited is a stockholder of current client ***Aotecar International Holdings Limited*** and<br><br>• Parent company The Citic Group is a former client (closed 2009). | Potential Party in Interest | • Citic International Financial Holdings Limited is now a former client (closed 2010).<br><br>• *See also* entry above for **Banco Bilbao Vizcaya Argentaria, S.A.**; and entry below for **Compass Bank** regarding related disclosure. |
| Coditel S.a.r.L.<br><br>*PRIOR DISCLOSURE:*<br><br>• **Coditel S.a.r.L.** is a current client. | Potential Party in Interest | • Coditel S.a.r.L. is now a former client (closed 2010). |
| ***Collins Stewart Ltd.***<br><br>*PRIOR DISCLOSURE:*<br><br>• **Collins Stewart Ltd.** and affiliate company **Collins Stewart LLC** are current clients. | Potential Party in Interest | • Affiliate company **Collins Stewart Inga Private Limited** is a new client (opened 2010). |
| CommerzBank AG;<br>CommerzBank AG (New York and Grand Cayman Branches); and<br>Commerzbank Capital Markets Corporation<br><br>*PRIOR DISCLOSURE:*<br><br>• CommerzBank AG is: (a) a former client (closed 2007); and (b) a member of current client **Ad Hoc Committee of Alcontrol PIK Lenders**; and<br><br>• Affiliate company **Eurohypo AG** is a current client. | Potential Parties in Interest | • Ad Hoc Committee of Alcontrol PIK Lenders, an entity of which CommerzBank AG is a member, is now a former client (closed 2010).<br><br>• *See also* entry above for new party Dresdner Bank (Switzerland), Ltd.; entry above for BRE Bank S.A.; and entry below for Dresdner Kleinwort Group Holdings LLC regarding related disclosure. |

- B32 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **Compass Bank**<br><br>*PRIOR DISCLOSURE:*<br><br>• **Compass Bank** and its parent company **Banco Bilbao Vizcaya Argentaria, S.A.** are current clients. | Potential Party in Interest | • Subsequent to Jones Day's prior disclosure, three individuals, who are all former Directors of affiliated company Compass Bancshares, Inc., became current (each opened 2010) and are now former Jones Day clients (each closed 2010).<br><br>• *See also* entries above for **Banco Bilbao Vizcaya Argentaria, S.A.** Citic International Financial Holdings Limited regarding related disclosure. |
| ConocoPhillips<br><br>*PRIOR DISCLOSURE:*<br><br>• ConocoPhillips is: (a) the parent of current client **Phillips Petroleum Company**; (b) a partner in former client Chevron Phillips Chemical Company, L.P. (closed 2010); and (c) a stockholder of current client **PT Transportasi Gas Indonesia**. | Potential Party in Interest | • Affiliate company Phillips Petroleum Company is now a former client (closed 2010). |
| Continental Casualty Co., Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Continental Casualty Co., Inc. is a member of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**; and<br><br>• Parent company Loews Corporation is the ultimate parent of current clients **Texas Gas Transmission LLC** and **Gulf South Pipeline Company, L.P.** | Bondholder | • Affiliate company Texas Gas Transmission LLC is now a former client (closed 2010). |
| Corus Bank, N.A.<br><br>*PRIOR DISCLOSURE:*<br><br>• **Corus Bank, N.A.** is: (a) a current client; and (b) an affiliated entity of current client **Corus Construction Venture LLC**. | Potential Party in Interest | • Corus Bank, N.A. is now a former client (closed 2010). |
| Coughlin, Stoia, Geller, Rudman & Robbins LLP<br><br>*PRIOR DISCLOSURE:*<br><br>• **Coughlin, Stoia, Geller, Rudman & Robbins LLP** is a current client. | Potential Party in Interest | • Coughlin, Stoia, Geller, Rudman & Robbins LLP is now known as current client **Robbins Geller Rudman & Dowd LLP**. |

- B33 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Credit Suisse*; Credit Suisse Loan Funding LLC; and Credit Suisse Securities (USA) LLC<br><br>*PRIOR DISCLOSURE:*<br><br>• *Credit Suisse* and affiliate companies *CS First Boston* (a/k/a *Credit Suisse First* Boston), *Credit Suisse Asset Management Funds AG* and *Credit Suisse (Hong Kong) Limited* are current clients;<br><br>• Parent company Credit Suisse Group AG is: (a) a partner of current client *Meadowlands Xanadu*; and (b) a stockholder of former client Performance Transportation Services, Inc. (closed 2010);<br><br>• Affiliate company Credit Suisse Securities (USA) LLC was among the largest former shareholders of General Motors Corporation (n/k/a current client *General Motors Company*) and an interested party in the *General Motors Company*, *et al.* (f/k/a General Motors Corporation, *et al.*) chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors;<br><br>• Affiliate company Credit Suisse Global Private Real Estate is a limited partner in former client Limited Partner Group of New City Asia Partners (closed 2010);<br><br>• Affiliate company Credit Suisse International is a member of current client *Ad Hoc Committee of Alcontrol PIK Lenders*;<br><br>• Affiliate company Credit Suisse Group AG (Singapore Branch) is a member of current client *Bondholders Committee of Mandra Forestry Finance Limited*;<br><br>• Affiliate company Credit Suisse Securities is a stockholder of current client *International Automotive Components Group LLC*; and<br><br>• Affiliate companies Credit Suisse Securities (Europe) Limited and Select Portfolio Servicing, Inc. are former clients (both closed 2009). | Potential Parties in Interest | • Affiliate company Credit Suisse (Hong Kong) Limited is now a former client (closed 2010);<br><br>• The Ad Hoc Committee of Alcontrol PIK Lenders, an entity of which affiliate company Credit Suisse International was a member, is now a former client (closed 2010); and<br><br>• Bondholders' Committee of Mandra Forestry Finance Limited, an entity of which affiliate company Credit Suisse Group AG (Singapore Branch) is a member, is now a former client (closed 2011).<br><br>• *See also* entry above for new parties Credit Suisse Credit Strategies Liquidating Trust and Credit Suisse Credit Strategies Master Fund, Ltd. regarding related disclosure. |

- B34 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| CT Tower Investments, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company Brookfield Asset Management, Inc. is the parent of current client **Brookfield Homes Corporation**. | Lessor | • Affiliate company Brookfield Homes Corporation is now a former client (closed 2010). |
| D. E. Shaw Composite Portfolios LLC; and D. E. Shaw Oculus Portfolios LLC<br><br>**D.E. Shaw & Co., L.P.**;<br>D.E. Shaw Composite Portfolios LLC;<br>D.E. Shaw Dihedral Portfolios LLC;<br>D.E. Shaw Laminar Portfolios LLC;<br>D.E. Shaw Oculus Fund LLC;<br>D.E. Shaw Oculus Portfolios LLC; and<br>D.E. Shaw Valence Portfolios LLC<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **D. E. Shaw & Co., L.P.** is: (a) a current client; and (b) a member of former client Ad Hoc Committee of Lenders to Building Material Corporation (closed 2010);<br><br>• Affiliate company D. E. Shaw Real Estate Portfolios 1, LLC has an ownership interest in current client **SCD Holdings Corporation**; and<br><br>• Affiliate company D.E. Shaw Laminar Portfolios LLC is a member of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**. | Potential Parties in Interest<br><br>Additional Matters Parties | • SCD Holdings Corporation, a company in which affiliate company D. E. Shaw Real Estate Portfolios LLC has an ownership interest, is now a former client (closed 2010). |
| Del Monte Corporation<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Del Monte Foods Company** is a current client. | Potential Party in Interest | • Parent company Del Monte Foods Company is now a former client (closed 2010). |
| Delta Airlines A-5<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Delta Airlines, Inc.** is: (a) a current client; and (b) a stockholder of current client **Airline Reporting Corporation**. | Potential Party in Interest | • Parent company Delta Airlines, Inc, is now a former client (closed 2010).<br><br>• *See also* entry below for Lufthansa AG regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **DEPFA Bank Plc**; and **Deutsche Pfandbriefbank AG** <br><br> *PRIOR DISCLOSURE:* <br><br> • **DEPFA Bank Plc** and **Deutsche Pfandbriefbank AG** are sister companies and current clients; <br><br> • Affiliate company Schenker is the employer of two individuals who are current Jones Day clients (opened 2008 and 2009, respectively); <br><br> • Affiliate company **GSF – Forschungszentrum Fuer Umwelt Und Gesundhe** is a current client; and <br><br> • Affiliate company DEPFA Bank Europe Plc is a former client (closed 2008). | Potential Parties in Interest | • Affiliate company GSF – Forschungszentrum Fuer Umwelt Und Gesundhe is now a former client (closed 2010). <br><br> • *See also* entry below for KFW Bankengruppe and KfW (a/k/a Kreditanstalt fuer Wiederaufbau) regarding related disclosure. |
| Dominion Resources, Inc.; and Virginia Electric and Power <br><br> *PRIOR DISCLOSURE:* <br><br> • Dominion Resources is the parent company of Virginia Electric and Power; and <br><br> • Affiliate companies **Dominion Nuclear Connecticut, Inc.**, **Dominion East Ohio** and **Dominion Energy Marketing, Inc.** are current clients. | Potential Parties in Interest | • Affiliate companies Dominion Nuclear Connecticut, Inc. and Dominion Energy Marketing, Inc. are now former clients (both closed 2010). |
| Dorsey & Whitney LLP <br><br> *PRIOR DISCLOSURE:* <br><br> • **Dorsey & Whitney LLP** is a current client. | Debtors' Professional | • Dorsey & Whitney LLP is now a former client (closed 2010). |
| Dow Jones & Company, Inc. <br><br> *PRIOR DISCLOSURE:* <br><br> • Parent company **News Corporation** is: (a) a current client; and (b) a stockholder of current client **Phoenix Satellite Television Holdings Ltd.**; and <br><br> • Affiliate companies **Dow Jones (Japan) K.K.**, **NYP Holdings, Inc.** (d/b/a The New York Post), **Twentieth Century Fox Home Entertainment LLC**, **Star Group Limited** and **Satellite Television Asian Region Limited** are current clients. | Potential Party in Interest | • Parent company News Corporation is now a former client (closed 2010). <br><br> • *See also* entry below for Factiva, Inc. regarding related disclosure. |

NYI-4376130v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Drawbridge Global Macro Commodities, Ltd.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company Fortress Investment Group LLC is: (a) a former client (closed 2009); (b) a member of current client **Ad Hoc Committee of Lyondell Bridge Noteholders**; and (c) the ultimate parent company of Florida East Coast Railway, a company affiliated with an individual who is a current Jones Day client (opened 2009); and<br><br>• Affiliate company **Drawbridge Special Opportunities Advisors LLC** is a current client. | Potential Party in Interest | • Ad Hoc Committee of Lyondell Bridge Noteholders, an entity of which parent company Fortress Investment Group LLC is a member, is now a former client (closed 2010); and<br><br>• Affiliate company Drawbridge Special Opportunities Advisors LLC is now a former client (closed 2010).<br><br>• *See also* entries below for Fortress Investment Group LLC; Lyondell; Lyondellbasell Industries; and Newpage Corporation regarding related disclosure. |
| Dresdner Kleinwort Group Holdings LLC<br><br>*PRIOR DISCLOSURE:*<br><br>• In November 2008, parent company Allianz SE sold Dresdner Bank AG to CommerzBank AG, retaining a 20% controlling interest in the combined CommerzBank/Dresdner entity;<br><br>• Parent company CommerzBank AG is a member of current client **Ad Hoc Committee of Alcontrol PIK Lenders**;<br><br>• Affiliate companies **Dresdner Kleinwort Limited** and **Eurohypo AG** are current clients;<br><br>• Affiliated company Fireman's Fund Insurance Company is a shareholder of current client **Magnequench International, Inc.**; and<br><br>• Affiliated company AGF Private Equity is: (a) a former client (closed 2007); (b) a member of former client Former Shareholders of Soamai (closed 2009); and (c) a stockholder of current client **Integragen**. | Potential Party in Interest | • Ad Hoc Committee of Alcontrol PIK Lenders, an entity of which parent company CommerzBank AG is a member, is now a former client (closed 2010).<br><br>• *See also* entry above for Dresdner Bank (Switzerland), Ltd.; and entries above for BRE Bank, S.A. and CommerzBank AG, et al. regarding related disclosure. |

- B37 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Duke Energy Ohio, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company Duke Energy Corporation is a member of current client **AP1000 Operators Group LLP**;<br><br>• Affiliate company **Texas Eastern Transmission, L.P.** is a current client;<br><br>• Affiliate company Duke Energy NGL Services, L.P. is a participant in a joint venture with current client **OGE Energy Corporation**; and<br><br>• Affiliate company Duke Energy Trading and Marketing LLC is an affiliated entity of new client **Exxon Mobil Corporation** | Potential Party in Interest | • AP1000 Operators Group LLP, an entity of which parent company Duke Energy Corporation is a member, is now a former client (closed 2010); and<br><br>• Affiliate company Texas Eastern Transmission, L.P. is now a former client (closed 2010).<br><br>• *See also* entry below for Public Service Company of North Carolina regarding related disclosure. |
| E.ON AG<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies **E.ON US**, **E.ON Engineering GmbH**, **Ruhrgas AG** and **EFR Europäische Funk-Rundsteuerung GmbH** are current clients; and<br><br>• Affiliate company RGE Holding GmbH is a stockholder of current client **Gas-Union GmbH**. | Potential Party in Interest | • Affiliate company **E.ON Climate & Renewables GmbH** is a new client (opened 2010). |
| *Electricité de France (EDF)*<br><br>*PRIOR DISCLOSURE:*<br><br>• *Electricité de France (EDF)* is: (a) a current client; and (b) the parent of former client RTE – Reseau de Transport D'Electricité (closed 2009). | Potential Party in Interest | • *Electricité de France (EDF)* is: (a) the parent of EDF International S.A., a stockholder of new client **Azito Energie S.A.** (opened 2010); and (b) a participant in a new joint venture (opened 2010) with current client **Veolia Environment**. |
| European Bank for Reconstruction & Development<br><br>*PRIOR DISCLOSURE:*<br><br>• European Bank for Reconstruction and Development is: (a) a former client (closed 2008); and (b) a joint venture participant with General Motors Corporation (predecessor in interest to current client **General Motors LLC**) and an interested party in GM's chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors. | Potential Party in Interest | • General Motors Corporation, with whom European Bank for Reconstruction and Development was a former joint venture participant, is now known as current client **General Motors Company**. |

NYI-4376130v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| European Credit (Luxembourg) S.A.; and European Credit Management Limited<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies **Wells Fargo Bank, National Association**, **Wells Fargo Foothill, Inc.**, **Wachovia Bank, N.A.**, **Wachovia Bank, National Association**, **Wachovia Bank As Executor**, **Wachovia Bank As Trustee**, **Wachovia Corporate Services, Inc.** and **Wachovia Capital Markets** are current clients; and<br><br>• Affiliate company Wachovia Securities is a limited partner of Chipwill LLC, the parent company of current client **KW Investment K.K.** | Potential Parties in Interest | • Affiliate company **Norwest Venture Partners** (opened 2010);<br><br>• Affiliate company **National Payment Processing** is the ultimate client in a new matter (opened 2010) with current client **Merchant Services, Inc.**; and<br><br>• Affiliate company Wachovia Capital Markets is a former client (closed 2010).<br><br>• *See also* entries below for **Wachovia Bank, N.A.** and Wachovia Securities LLC; and Wells Fargo & Co. and **Wells Fargo Bank, N.A.** regarding related disclosure. |
| Everest Capital Asia Fund, L.P.; and Everest Capital Emerging Markets Fund, L.P.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company Everest Capital Limited is a former client (closed 2009). | Potential Parties in Interest | • Affiliate company **Everest Capital Limited** is a new client (re-opened 2010). |
| Export Development Canada<br><br>*PRIOR DISCLOSURE:*<br><br>• Governing authority, the Government of Canada, is a stockholder of current client **Chrysler Group LLC**. | Potential Party in Interest | • Export Development Canada is an investor in new client **Old Carco Liquidation Trust** (opened 2010). |
| Factiva, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **News Corporation** is: (a) a current client; (b) the ultimate parent of current client **NYP Holdings, Inc., d/b/a The New York Post**; and (c) a stockholder of current client **Phoenix Satellite Television Holdings Ltd.**; and<br><br>• Affiliate companies **Satellite Television Asian Region Limited**, **Star Group Limited** and **Twentieth Century Fox Home Entertainment LLC** are current clients. | Potential Party in Interest | • Parent company News Corporation is now a former client (closed 2010).<br><br>• *See also* entry above for Dow Jones & Company, Inc. regarding related disclosure. |

NYI-4376130v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
| --- | --- | --- |
| **Federal Express Corporation**<br><br>*PRIOR DISCLOSURE:*<br><br>• **Federal Express Corporation** is: (a) a current client; and (b) a member of current client **UFEX**; and<br><br>• Affiliate companies FedEx Express (closed 2008) and Fedex Ground Package System, Inc. (closed 2009) are former clients. | Potential Party in Interest | • UFEX, an entity of which current client **Federal Express Corporation** is a member, is now a former client (closed 2010). |
| Fidelity Balanced Fund; Fidelity Capital Markets Services A-6; and Fidelity Investments<br><br>Fidelity Management & Research<br><br>*PRIOR DISCLOSURE:*<br><br>• Fidelity Management & Research Company is: (a) a member of current client **Ad Hoc Committee of Noteholders of Station Casinos**; (b) along with affiliate company Fidelity Management Trust, a stockholder of current client **Harman International Industries, Incorporated**; and (c) among the largest shareholders of General Motors Corporation (n/k/a as **General Motors Company**) and an interested party in the **General Motors Company**, *et al.* (f/k/a General Motors Corporation, *et al.*) chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors;<br><br>• Parent company FMR Corporation is a stockholder of current client **BJ Services Company USA**;<br><br>• Affiliated company First Fidelity Assets LLC is also known as current client **Merchengines**;<br><br>• Affiliate company Fidelity Asia Principals Fund, L.P. is a stockholder of current client **Isoftstone Holdings Limited**;<br><br>• Affiliate company Fidelity Investments is: (a) is a member of current client **Ad Hoc Committee of Noteholders of Chemtura Corporation**; and (b) a stockholder of former client Wiltel Communications Group, Inc. (closed 2008); | Potential Parties in Interest<br><br><br><br><br>Secured Lender | • Ad Hoc Committee of Noteholders of Station Casinos, an entity of which Fidelity Management & Research Company is a member, is now a former client (closed 2010).<br><br>• *See also* entry below for T. Rowe Price Associates regarding related disclosure. |

NYI-4376130v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Several Fidelity high yield, advisor series, investment portfolio and trust funds are members of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*;<br><br>• Several Fidelity funds related to the Viking Group are members of current client *Former Shareholders of Viking Group, Inc.*; and<br><br>• Affiliate companies *Fidelity Investments Money Management, Inc.* and *Fidelity Equity Partners* are current clients. | | |
| Fortis Group<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company Fortis Bank is a former client (closed 2009); and<br><br>• Affiliate company Fortis Capital Corporation is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair.* | Potential Party in Interest | • Affiliate company *Fortis Partners* is a new client (opened 2010). |
| Fortress Investment Group LLC<br><br>*PRIOR DISCLOSURE:*<br><br>• Fortress Investment Group LLC is: (a) a former client (closed 2009); and (b) a member of current client *Ad Hoc Committee of Lyondell Bridge Noteholders*;<br><br>• Affiliate company *Drawbridge Special Opportunities Advisors LLC* is a current client; and<br><br>• Affiliate company Florida East Coast Railway is affiliated with an individual who is a current Jones Day client (opened 2009). | Potential Party in Interest | • Ad Hoc Committee of Lyondell Bridge Noteholders, an entity of which Fortress Investment Group LLC is a member, is now a former client (closed 2010); and<br><br>• Affiliate company Drawbridge Special Opportunities Advisors LLC is now a former client (closed 2010).<br><br>• *See also* entry above for Drawbridge Global Macro Commodities Ltd.; and entries below for Lyondell; Lyondellbasell Industries; and Newpage Corporation regarding related disclosure. |

NYI-4376130v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Franklin Advisers, Inc.; and *Franklin Templeton Investments*<br><br>Templeton Global<br><br>*PRIOR DISCLOSURE:*<br><br>• Franklin Advisers, Inc. is: (a) a former client (closed 2010); (b) a member and chair of current client *Ad Hoc Committee of Bentley School Bondholders*; and (c) along with several other Franklin Templeton mutual funds, a stockholder of current client *International Automotive Components Group LLC*;<br><br>• *Franklin Templeton Investments* and affiliate company *Franklin Templeton Investment Services Mexico S.A. de C.V.* are current clients;<br><br>• Affiliate company and current client *Franklin Templeton Investments* is a member of current client *Ad Hoc Committee of Noteholders of Station Casinos*;<br><br>• Affiliate company Franklin Mutual Advisers LLC is a joint venture participant with current clients *International Automotive Components Group North America* and *International Automotive Components Group Brazil*;<br><br>• Affiliate company Franklin Resources/Templeton is a stockholder of current client *Proliance International, Inc.*;<br><br>• Affiliate company Franklin Templeton Real Estate Advisors is a limited partner in current client *Limited Partner Group of New City Asia Partners* ; and<br><br>• Affiliate company Franklin Templeton is a former client (closed 2008). | Bondholders<br><br><br>Potential Party in Interest | • Parent company Franklin Resources, Inc. is an equity holder of new client *MES International, Inc.* (opened 2010);<br><br>• Affiliate company *Franklin Templeton Investment Management Limited* is a new client (opened 2010);<br><br>• Affiliate company Franklin Templeton Investments is: (a) now a former client (closed 2010); and (b) a member of now former client Ad Hoc Committee of Noteholders of Station Casinos (closed 2010);<br><br>• Limited Partner Group of New City Asia Partners, an entity in which affiliate company Franklin Templeton Real Estate Advisors is a limited partner, is now a former client (closed 2010); and<br><br>• Jones Day's prior disclosure inadvertently omitted to disclose that Franklin Advisers, Inc. is the owner of International Automotive Components Brazil, which is now a former client (closed 2011). |
| Fresenius Medical Holdings, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company *Fresenius Medical Care AG* and affiliate companies *Fresenius Medical Care Asia Pacific Limited*, *Fresenius Medical Care Japan K.K.*, *Fresenius Kabi Deutschland GmbH* and *Fresenius Kawasumi Co., Ltd.* are current clients; and | Potential Party in Interest | • Affiliate company Fresenius Medical Care Asia Pacific Limited is now a former client (closed 2010). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate companies Renal Solutions, Inc. and Fresenius Hemocare Adsorber Technology GmbH are former clients (both closed 2008). | | |
| GE Capital Information Technology;<br>GE Capital Information Technology Solutions, Inc., d/b/a Ikon Financial Solutions;<br>GE Corporate Financial Services, Inc.;<br>GE Financial Services, Inc; and<br>Genworth Financial, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **General Electric Co., Inc.** is: (a) a current client; (b) the parent of GE Capital Information Technology, GE Capital Information Technology Solutions, Inc., d/b/a Ikon Financial Solutions; GE Corporation Financial Services, Inc., GE Financial Services, Inc. and Genworth Financial, Inc.; (c) the employer of an individual who is a current Jones Day client (opened 2008); and (d) a participant in a joint venture with former client NVC Industrial Development Co. Ltd. (closed 2008);<br><br>• Affiliate company GE Capital Equity Investments, Inc. is an equity security holder and an interested party in the Penton Business Media, Inc. chapter 11 cases in which Jones Day has been retained as debtors' counsel;<br><br>• Affiliate company General Electric Capital Corporation is a member of current client **Ad Hoc Committee of Lenders to Euramax**;<br><br>• Affiliate company **GE Capital Corporation Prop Ltd.** is a co-client with current client **Allied Irish Banks Plc**;<br><br>• Affiliate company Genworth Life and Annuity Insurance Company is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009); and<br><br>• Affiliate company Genworth Mortgage Insurance Corporation is a former client (closed 2009). | Potential Parties in Interest | • Parent company and current client **General Electric Co., Inc.** is a participant in a joint venture with new client **Comcast Corporation**;<br><br>• Affiliate company GE Healthcare is a stockholder of new client **Nihon Medi-Physics Co., Ltd.** (open 2010); and<br><br>• Affiliate company GE Commercial Finance Energy Financial Services is a limited partner in new client **NCL Appalachian Partners, L.P.** (opened 2010).<br><br>• *See also* entry above for new party Summit Petroleum Limited regarding related disclosure. |

- B43 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **Genentech, Inc.**<br><br>*PRIOR DISCLOSURE:*<br><br>• **Genentech, Inc.** and co-client **Abbott Laboratories** are current clients;<br><br>• Affiliate companies **Roche Palo Alto LLC** and **Hoffmann-La Roche, Inc.** are current clients; and<br><br>• Affiliate company Roche, Inc. is a joint venture participant with current client **Nomura International Plc**. | Potential Party in Interest | • The joint representation between current client **Genentech, Inc.** and current client **Abbott Laboratories** was concluded in 2010; and<br><br>• Nomura International Plc, a participant in a joint venture with affiliate company Roche, Inc., is now a former client (closed 2010).<br><br>• *See also* entry above for new party Nomura Securities Co., Ltd. regarding related disclosure. |
| General Mills, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• **General Mills, Inc.** is a current client. | Potential Party in Interest | • General Mills, Inc. is now a former client (closed 2010). |
| General Nutrition Centers, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• **General Nutrition Centers, Inc.** is a current client. | Potential Party in Interest | • General Nutrition Centers, Inc. is now a former client (closed 2010). |
| Goldman Sachs (Asia) Finance;<br>Goldman Sachs (Japan) Ltd.;<br>Goldman Sachs Asset Management International;<br>Goldman Sachs Asset Management, L.P.;<br>Goldman Sachs Bank USA;<br>Goldman Sachs Credit Partners, L.P.<br>**Goldman Sachs International**;<br>Goldman Sachs International Bank, Seoul Branch;<br>Goldman Sachs Japan Co., Ltd.;<br>Goldman Sachs Lending Partners LLC<br><br>*PRIOR DISCLOSURE:*<br><br>• Goldman Sachs Credit Partners, L.P. is: (a) a former client (closed 2007); and (b) a member of current client **Service Net Solutions Ad Hoc Committee**;<br><br>• Parent company Goldman Sachs Group, Inc. is: (a) a member of current client **Bondholders Committee of Mandra Forestry Finance Limited**; and (b) a 5% or greater shareholder of current client **Mesa Air Group, Inc.**; | Potential Parties in Interest | • Bondholders Committee of Mandra Forestry Finance Limited, an entity of which parent company Goldman Sachs Group, Inc. is a member, is now a former client (closed 2011);<br><br>• Service Net Solutions Ad Hoc Committee, of which affiliate company Goldman Sachs credit Partners, L.P. is a member, is now a former client (closed 2010); and<br><br>• Chun Wo (China) Limited, a joint venture participant with affiliate company Fujita Corporation, is now a former client (closed 2010).<br><br>• *See also* entry above for new parties Providence Equity Partners IV, L.P. and Providence Equity Partners IV-A, L.P. regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate company Goldman Sachs Capital Partners L.P. is: (a) a former client (closed 2007); (b) a co-owner of current client **Education Management Corporation**; (c) a participant in a joint venture with Cypress Group LLC that owns current client **Cooper Standard Automotive Group**; and (d) has an ownership interest in current client **Molycorp Minerals LLC**;<br><br>• Affiliate companies **Goldman Sachs International** and **Goldman Sachs Gao Hua Securities Company, Ltd.** are current clients;<br><br>• Affiliate company GS Capital Partners VI Fund, L.P. is affiliated with former client Alltel Corporation (closed 2009);<br><br>• Affiliate company **Goldman Sachs & Co.** is: (a) a current client; (b) a stockholder of current clients **International Automotive Components Group, Inc.**, **Healthmarkets, Inc.** and **Osyka Corporation**; (c) an investor in former client Sun Edison LLC (closed 2009); and (d) a co-client with former client Illinois Finance Authority (closed 2010);<br><br>• Affiliate company **Goldman Sachs (Singapore) Pte** is a current client and co-client with current client **Kotak Mahindra Capital Company**;<br><br>• Affiliate company Fujita Corporation is a participant in a joint venture with current client **Chun Wo (China) Limited**; and<br><br>• Affiliate company J. Aron & Company is a former client (closed 2008). | | |
| **Greywolf Capital Management, L.P.**<br><br>*PRIOR DISCLOSURE:*<br><br>• **Greywolf Capital Management, L.P.** is: (a) a current client; (b) a member of current client **Service Net Solutions Ad Hoc Committee**; and (c) a member of former client Murray Energy Ad Hoc Committee (closed 2009). | Potential Party in Interest | • Service Net Solutions Ad Hoc Committee, an entity of which current client **Greywolf Capital Management, L.P.** is a member, is now a former client (closed 2010); and<br><br>• In its prior disclosure, Jones Day inadvertently omitted to disclose that affiliate company Greywolf Loan Participation LLC is a member of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**. |

- B45 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **HCA, Inc.**<br><br>*PRIOR DISCLOSURE:*<br><br>• **HCA, Inc.** and affiliate company **HCA (Beijing) Pharmaceuticals Consulting Co., Ltd.** are current clients; and<br><br>• Affiliated entity Columbia/HCA Retirement Trust (Separate Account II) is a stockholder of current client **Doskocil Manufacturing Company, Inc.** | Potential Party in Interest | • Doskocil Manufacturing Company, Inc., a company of which affiliated entity Columbia/HCA Master Retirement Trust (Separate Account II) is a stockholder, is now a former client (closed 2010). |
| HD Supply<br><br>*PRIOR DISCLOSURE:*<br><br>• **HD Supply** is a current client. | Potential Party in Interest | • HD Supply is now a former client (closed 2010). |
| Hellman & Friedman LLC<br><br>*PRIOR DISCLOSURE:*<br><br>• **Hellman & Friedman LLC** is a current client; and<br><br>• Affiliate company Hellman & Friedman Capital is a stockholder of former client Western Wireless Corporation (closed 2007). | Potential Party in Interest | • Hellman & Friedman LLC is now a former client (closed 2010).<br><br>• *See also* entry above for Alix Partners regarding related disclosure. |
| Hexion LLC<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company **Hexion Specialty Chemicals, Inc.** is a current client. | Potential Party in Interest | • Affiliate company Hexion Specialty Chemicals, Inc. is now known as current client **Momentive Specialty Chemicals, Inc.** |
| Highland Capital Management, L.P.<br><br>*PRIOR DISCLOSURE:*<br><br>• **Highland Capital Management, L.P.** is: (a) a current client; and (b) a member of current clients **Ad Hoc Committee of Lenders to Building Material Corporation** and **Ad Hoc Committee of Lenders to Euramax**; and<br><br>• Affiliated entities Highland Credit and Restoration Funding and First Trust/Highland Capital Floating Rate Fund are members of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair.** | Potential Party in Interest | • Highland Capital Management, L.P. is now a former client (closed 2010); and<br><br>• Ad Hoc Committee of Lenders to Building Material Corporation, of which Highland Capital Management, L.P. is a member, is now a former client (closed 2010). |

NYI-4376130v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Historic TW, Inc.<br><br>**Time Warner, Inc.**<br><br>*PRIOR DISCLOSURE:*<br><br>• **Time Warner, Inc.** is: (a) a current client; (b) the parent company of Historic TW, Inc.; (c) the ultimate parent company of current client **DC Comics**; and (d) a participant in a joint venture with current client **CBS Corporation**;<br><br>• Affiliate companies **Home Box Office, Inc.**, **Time Warner Cable, Inc.** and **Time, Inc.** are current clients;<br><br>• Affiliate company Cable News Network, L.P. is the employer of an individual who is a former Jones Day client (closed 2009); and<br><br>• Affiliate companies Time Inc. Home Entertainment (closed 2009) and Warner Brothers Entertainment, Inc. (closed 2008) are former clients. | Significant Landlord<br><br>Utility Provider | • **Time Warner, Inc.**, formerly known as AOL Time Warner, is the former employer of an individual who is a new Jones Day client (opened 2010);<br><br>• Current client **Time Warner Cable, Inc.** is no longer an affiliated company of **Time Warner, Inc.**; and<br><br>• Jones Day's prior disclosure inadvertently omitted to disclose that affiliate company DC Comics is a former client (closed 2009).<br><br>• *See also* entry above for **CBS Corporation** regarding related disclosure. |
| Houlihan, Lokey, Howard & Zukin Capital, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Houlihan, Lokey, Howard & Zukin** is: (a) a current client; and (b) an investor in current client **Infrastructure Holdings**; and<br><br>• Ultimate parent company Orix Corporation is a former client (closed 2009). | Debtors' Professional | • Parent company and current client **Houlihan, Lokey, Howard & Zukin** is the employer of an individual who is a new Jones Day client (opened 2010); and<br><br>• Affiliate company **Red Capital Group LLC** is a new client (opened 2010). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| HSBC Bank<br><br>HSBC Finance Corporation; and<br>HSBC Realty Credit Corporation (USA)<br><br>*PRIOR DISCLOSURE:*<br>• Parent company HSBC Holdings Plc is a stockholder of former client Global Payments Asia-Pacific Limited (closed 2008);<br>• Affiliate companies ***HSBC Security Trustee, HSBC Securities and Capital Markets (India) Pvt., HSBC Bank USA, National Association*** and ***The Hong Kong and Shanghai Banking Corporation Limited*** are current clients; and<br>• Affiliate companies HSBC Finance Corporation and Hermitage Capital Management Limited (both closed 2008) and HSBC Guyerzeller Bank AG (closed 2010) are former clients. | Largest Unsecured Creditors Other Than Bondholders<br><br>Potential Parties in Interest | • Affiliate company HSBC Security Trustee is now a former client (closed 2010).<br>• *See also* entry above for new parties HSBC Bank (Cayman) Limited, acting as Trustee of Sub-Trust (A-H), ***HSBC Bank USA, N.A.*** and HSBC Securities Japan Limited regarding related disclosure. |
| Hughes Hubbard & Reed LLP<br><br>*PRIOR DISCLOSURE:*<br>• ***Hughes Hubbard & Reed LLP*** is a current client. | Potential Party in Interest | • Hughes Hubbard & Reed LLP is now a former client (closed 2010). |
| Ignis Asset Management, Ltd.<br><br>*PRIOR DISCLOSURE:*<br>• Parent company ***Pearl Group Limited*** and ultimate parent company ***Sun Capital Partners, Inc.*** are current clients. | Potential Party in Interest | • Parent company Pearl Group Limited is now known as current client ***Phoenix Group Holdings***; and<br>• Affiliate company Sun Capital Partners is now a former client (closed 2010).<br>• *See also* entry above for new party Pearl Assurance Limited; and entry below for Phoenix Life Limited regarding related disclosure. |

- B48 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ING Investment LLC<br><br>ING Bank FSB<br>ING Financial Markets LLC; and<br>ING Group (a/k/a ING Groep N.V.); and<br>ING Real Estate<br><br>ING Life Insurance & Annuity Company; and<br>ING USA Annuity & Life Insurance Company<br><br>• Affiliate companies ***ING Barings***, ***ING Baring (US) Securities***, ***ING Real Estate Development International BV*** and ***ING Servicios Corporativos, S.A. de C.V.*** are current clients;<br><br>• Several ING-related prime income trusts and funds are members of current client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair***;<br><br>• Subsequent to Jones Day's prior disclosure, affiliate company ING Life Insurance and Annuity Company became a member of new and now former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009);<br><br>• Affiliate company ING FSI North America is the employer of an individual who is a current Jones Day client; and<br><br>• Affiliate companies ING Real Estate Southern Europe S.L.U., ING Real Estate Entertainment Fund, ING Real Estate Finance S.E. EFC SA Milan Branch and ING Belgium SA (all closed 2009); and ING Bank, N.V. (closed 2010) are former clients. | Bondholder<br><br>Potential Parties in Interest<br><br><br><br>Select Derivative Counterparties | • Affiliate company ***ING Capital*** LLC is a new client (opened 2010);<br><br>• Subsequent to Jones Day's prior disclosure, affiliate company ING Real Estate Finance S.E. EFC S.A. Milan Branch became a new client (re-opened 2010) and is now a former client (closed 2010); and<br><br>• Affiliate companies ING Barings, ING Baring (US) Securities, ING Real Estate Development International BV and ING Servicios Corporativos, S.A. de C.V. are now former clients (all closed 2010). |
| Intel Corporation<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company Intel Capital Corporation is a minority investor in former client Channel M, Inc. (closed 2009). | Selected Derivative Counterparty | • Intel Corporation is a member of new client ***Broadband Internet Technical Advisory Group*** (opened 2010). |

- B49 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Intesa Sanpaolo S.p.A.*<br><br>*PRIOR DISCLOSURE:*<br><br>• *Intesa Sanpaolo S.p.A.* is a current client; and<br><br>• Affiliate company *Banca Intesa Mediocredito S.p.A.* is a co-client in a current matter for current client *Unicredit Banca S.p.A.* | Potential Party in Interest | • Affiliate company Banca Intesa Mediocredito S.p.A. and Unicredito Banca S.p.A. are now former co-clients in a former matter (all closed 2010).<br><br>• *See also* entry above for new party Banca Fideuram S.p.A.; entries above for Aviva Vita S.p.A.; Banca Fineco S.p.A.; and *BNP Paribas*; and entries below for Intesa Vita S.p.A. , Unicredito Italiano S.p.A. and Banca Intesa Banca regarding related disclosure. |
| Intesa Vita S.p.A.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company *Intesa SanPaolo S.p.A.* is a current client; and<br><br>• Affiliate company *Banca Intesa Mediocredito S.p.A.*, is a co-client in a matter with current client *Unicredit Banca S.p.A.* | Other Interested Party | • Affiliate company Banca Intesa Mediocredito S.p.A. and Unicredito Banca S.p.A. are now former co-clients in a former matter (all closed 2010).<br><br>• *See also* entry above for new party Banca Fideuram S.p.A.; entries above for Aviva Vita S.p.A.; Banca Fineco S.p.A.; *BNP Paribas*; and *Intesa Sanpaolo S.p.A.*; and entries below for Unicredito Italiano S.p.A. and Banca Intesa Banca regarding related disclosure. |
| INVESCO CLO; and INVESCO Real Estate<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliated company INVESCO Ltd. is the parent of WL Ross & Co. LLC, the joint venture partner and owner of current client *International Automotive Components Group Brazil*; and<br><br>• Affiliated companies INVESCO Funds Group, Inc., INVESCO Distributors, Inc., INVESCO Retirement, Inc. and INVESCO Services, Inc. are affiliated entities of current client *A I M Advisors, Inc.* | Potential Parties in Interest | • Affiliate company *INVESCO Advisers, Inc.* is a new client (opened 2010). |
| Investec Capital Accumulator Trust Limited; and<br>Investec Funds Series IV – Capital Accumulator Fund<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliated companies Investec Growth & Acquisition Finance and Investec Bank (UK) Limited are former clients (both closed 2010). | Potential Parties in Interest | • Affiliated company *Investec Bank Plc* is a new client (opened 2010). |

NYI-4376130v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Jackson National Life Insurance Company<br><br>*PRIOR DISCLOSURE:*<br><br>• Jackson National Life Insurance Company is a member of current client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair***;<br><br>• Affiliate company ***Prudential Property Investment Management (Singapore) Limited*** and ***M & G Investment Management Limited*** are current clients;<br><br>• Affiliate company The Prudential Assurance Company Limited is: (a) a former client (closed 2008); and (b) a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009);<br><br>• Affiliate company Prudential Asset Management (Singapore) Limited is a former client (closed 2009); and<br><br>• Jones Day's prior disclosure inadvertently suggested a relationship between parent company Prudential Plc, a UK corporation, and U.S. company Prudential Financial, Inc.  Prudential Plc and its affiliate companies are not affiliated in any way with Prudential Financial, Inc. and its affiliate companies. | Bondholder | • Affiliate company Prudential Property Investment Management (Singapore) Limited is now a former client (closed 2010).<br><br>• *See also* entry below for ***M & G Investment Management Limited*** regarding related disclosure. |
| ***JPMorgan Chase Bank, N.A.***<br><br>*PRIOR DISCLOSURE:*<br><br>• ***JPMorgan Chase Bank, N.A.*** (f/k/a Bank One) is: (a) a current client; and (b) a participant in a joint venture with current client ***Anchor Capital Investment LLC***;<br><br>• Parent company ***JPMorgan Chase, National Association*** is: (a) a current client; (b) a minority shareholder of former client Geobiotics LLC (closed 2009); and (c) the new parent company of Washington Mutual, Inc. and its affiliate companies, including former client Washington Mutual, F.A. (closed 2008);<br><br>• Affiliate companies ***One Equity Partners (HK) Limited*** and ***JPMorgan Securities Limited*** are current clients; | Secured Creditor | • Anchor Capital Investment LLC, a joint venture participant with ***JPMorgan Chase Bank, N.A.***, is now a former client (closed 2010);<br><br>• Affiliate company JPMorgan Securities, Inc. is the employer of an individual who is a new Jones Day client (opened 2010);<br><br>• Ad Hoc Committee of Autodis Mezzanine Bondholders, of which affiliate company JPMorgan Europe is a member, is now a former client (closed 2010);<br><br>• Subsequent to Jones Day's prior disclosure, affiliate company Vacuumschmelze GmbH & Co. KG became a new client (opened 2010) and now former client (closed 2010); and<br><br>• Jones Day's prior disclosure inadvertently reported that affiliate company ***JPMorgan Securities Limited*** became a former client in 2010.  ***JPMorgan Securities Limited*** is and remains a current client. |

- B51 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate company ***Bear Stearns & Co., Inc.*** is: (a) a current client; and (b) a stockholder of current clients ***International Automotive Components Group LLC*** and ***Hilite International, Inc.***; <br><br> • Affiliate company JPMorgan Europe is a member of current client ***Ad Hoc Committee of Autodis Mezzanine Bondholders***; <br><br> • Affiliated companies Bear Stearns Investment Products, Inc. and Bear Stearns Credit Products, Inc. are members of new client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair***; <br><br> • Affiliate company JPMorgan Capital is a stockholder of former client NexPak Corporation (closed 2008); and <br><br> • Affiliate companies JPMorgan Partners Asia (closed 2007); JPMorgan Australia Securities Ltd. and Chase Bank of Texas, N.A. (both closed 2008); and JPMorgan Cazenove, JPMorgan Plc and One Equity Partners II, L.P. (all closed 2009) are former clients. | | |
| KFW Bankengruppe; KfW (a/k/a Kreditanstalt fuer Wiederaufbau) <br><br> *PRIOR DISCLOSURE:* <br><br> • KFW Bankengruppe is the parent company of KfW (a/k/a Kreditanstalt fuer Wiederaufbau) <br><br> • KfW (a/k/a Kreditanstalt fuer Wiederaufbau) is the employer of an individual who is a current Jones Day client (opened 2008); and <br><br> • Governing authority Bundesrepublik Deutschland (Federal Republic of Germany) is: (a) the governing authority of current client ***GSF – Forschungszentrum Fuer Umwelt und Gesundhe***; and (b) the governing authority for Schenker, the employer of two individuals who are current Jones Day clients (opened 2008 and 2009, respectively). | Potential Parties in Interest | • The individual previously disclosed as a Jones Day client and employee of KfW (a/k/a Kreditanstalt fuer Wiederaufbau) is now a former Jones Day client (closed 2011); and <br><br> • GSF – Forschungszentrum Fuer Umwelt und Gesundhe, an entity governed by Bundesrepublik Deutschland (Federal Republic of Germany), is now a former client (closed 2010). <br><br> • *See also* entry above for ***DEPFA Bank Plc*** and ***Deutsche Pfandbriefbank AG*** regarding related disclosure. |

- B52 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| King Street Capital, L.P.; and King Street Capital Master Fund, Ltd.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company King Street Capital Management LLC is a member of current clients **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair** and **Ad Hoc Committee for the Subordinated Creditors of Hellas Telecommunications**; and<br><br>• Affiliate company **King Street (Europe) LLP** is a current client. | Potential Party in Interest | • Ad Hoc Committee for the Subordinated Creditors of Hellas Telecommunications, of which parent company King Street Capital Management is a member, is now a former client (closed 2010).<br><br>• *See also* entry above for new party King Street Acquisition Co. LLC regarding related disclosure. |
| LexisNexis Group<br><br>*PRIOR DISCLOSURE:*<br><br>• **LexisNexis Group** is a current client. | Trade Debt Holder | • LexisNexis Group is now a former client (closed 2010). |
| *Level 3 Communications, Inc.*<br><br>Level 3 Financing, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• **Level 3 Communications, Inc.** is: (a) a current client; and (b) the parent company of Level 3 Financing, Inc. | Significant Lease<br><br>Potential Party in Interest | • **Level 3 Communications, Inc.** is a member of new client **Broadband Internet Technical Advisory Group** (opened 2010). |
| Liberty Mutual Group, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company Liberty Mutual Investment Advisors LLC is a limited partner of current client **Limited Partner Group of New City Asia Partners**. | Potential Party in Interest | • Limited Partner Group of New City Asia Partners, an entity in which affiliate company Liberty Mutual Investment Advisors LLC is a limited partner, is now a former client (closed 2010). |
| *Lloyds (TSB) Bank Plc*<br><br>*PRIOR DISCLOSURE:*<br><br>• **Lloyds (TSB ) Bank Plc** is a current client;<br><br>• Affiliate company Lloyds TSB Commercial Finance is a former client (closed 2007); and<br><br>• Parent company Lloyds Banking Group Plc is the employer of an individual who is a current Jones Day client (opened 2008). | Largest Unsecured Creditors Other Than Bondholders | • In its prior disclosure Jones Day inadvertently omitted to disclose that the individual previously disclosed as a current client and employee of parent company Lloyds Banking Group Plc became a former client in 2009. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Loomis Sayles & Company, L.P.<br>Natixis Asset Management Advisors<br><br>AEW Capital Management, L.P.<br>CDC Ixis Financial Guaranty Services, Inc.<br>Natixis Bleichroeder, Inc.<br>Natixis Capital Markets<br>Natixis Entities (name given)<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Natixis** , f/k/a former client Natexis Banques Populaires (closed 2008), the successor in interest following the merger of French cooperative banking groups Banque Populaire and former client Groupe Caisse D'Epargne (closed 2008), is a current client;<br><br>• Affiliate companies **Natixis S.A. Sucursal en Espana**, **Caisse Francaise de Developpement Industriel**, **Accent**, **Coface** and **Ventech** are current clients;<br><br>• Affiliate company Natixis, New York Branch is a member of new client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**;<br><br>• Affiliate company CDC Ixis Private Equity is affiliated with current client **Sofinnova Partners**; and<br><br>• Affiliate companies Caisse Nationale Des Caisse D'Epargne, Ixis Corporate & Investment Bank and Ixis AEW Europe (all closed 2007); Natexis Commodity Markets Limited (closed 2008) and Natixis Capital Markets (closed 2010) are former clients. | Bondholders<br><br>Potential Parties in Interest | • Affiliate companies Accent and Natixis S.A. Sucursal en Espana are now former clients (both closed 2010).<br><br>• *See also* entry above for new party Natixis S.A. regarding related disclosure. |
| Lufthansa AG<br><br>*PRIOR DISCLOSURE:*<br><br>• Lufthansa AG is a stockholder of current client **Airline Reporting Corporation**;<br><br>• Parent company **Deutsche Lufthansa AG** is: (a) a current client; and (b) a joint venture participant with current client **All Nippon Airways Co., Ltd.**; and<br><br>• Affiliate company **Delvag Luftfahrtversicherungs AG** is a current client. | Potential Party in Interest | • Affiliate company **Lufthansa Technik AG** is a new client (opened 2010).<br><br>• *See also* entry above Delta Airlines A-5 regarding related disclosure. |

- B54 -

NYI-4376130v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Lukoil Finance Limited<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Lukoil OAO** and affiliate company ***Arkhangelskoe Geologodobychnoe Predrijatie*** are current clients. | Potential Party in Interest | • Affiliate company Arkhangelskoe Geologodobychnoe Predrijatie is now a former client (closed 2010). |
| Lyondell; and<br>Lyondellbasell Industries<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Access Industries, Inc.** is a current client; and<br><br>• Related entity Ad Hoc Committee of Lyondell Bridge Noteholders was a new client (opened 2010). Subsequent to Jones Day's prior disclosure, Jones Day was conflicted out of the representation for the Ad Hoc Committee of Lyondell Bridge Noteholders and the matter was closed (2010). | Potential Parties in Interest | • Affiliate company ***OGIP Ventures, Ltd.*** is a new client (opened 2010).<br><br>• *See also* entries above for Drawbridge Global Macro Commodities, Ltd.; and Fortress Investment Group LLC; and entry below for Newpage Corporation regarding related disclosure. |
| ***M&G Investment Management Limited***; and<br><br>***M&G Investment Management Limited***<br>(as Investment Advisor to Stichting Shell Pensioenfonds, M&G Secured Debt Fund Limited, M&G Dynamic European Loan Fund Limited and The Prudential Assurance Company Limited)<br><br>*PRIOR DISCLOSURE:*<br><br>• ***M&G Investment Management Limited*** is a current client;<br><br>• Affiliate company ***Prudential Property Investment Management (Singapore) Private Limited*** is a current client;<br><br>• Affiliate company Jackson National Life Insurance is a member of current client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair***;<br><br>• Affiliate company The Prudential Assurance Company Limited is: (a) a former client (closed 2008); and (b) along with affiliate companies Prudential Annuities Limited and Prudential Retirement Income Limited, a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009); and | Potential Parties in Interest | • Affiliate company Prudential Property Investment Management (Singapore) Private Limited is now a former client (closed 2010).<br><br>• *See also* entry above for Jackson National Life Insurance Company regarding related disclosure. |

NYI-4376130v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate company Prudential Asset Management (Singapore) Limited is a former client (closed 2009). | | |
| MacKenzie Financial Corporation<br><br>*PRIOR DISCLOSURE:*<br><br>• MacKenzie Financial Corporation is a stockholder of current client ***Vaadiam Mining, Inc.***;<br><br>• Parent company ***Power Corporation of Canada*** is a current client;<br><br>• Affiliate company ***Canada Life Assurance*** is a co-client in a matter with current client ***Allied Irish Banks Plc***; and<br><br>• Affiliate company Power Pacific Corporation Limited is a former client (closed 2009) | Significant Landlord | • MacKenzie Financial Corporation is one of the primary equity holders of new client ***MES International, Inc.*** (opened 2010); and<br><br>• Parent company Power Corporation of Canada is now a former client (closed 2010).<br><br>• *See also* entry below for Putnam Fiduciary Trust Company, et al. regarding related disclosure. |
| Macquarie A-10 (name given)<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliated entity Macquarie/First Trust Global Infrastructure is a member of current client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair***;<br><br>• Affiliated entities ***Macquarie Mexico Infrastructure Management, S.A.***, ***Macquarie Securities Limited***, ***Macquarie Capital (USA), Inc.***, ***Goodman Industrial Trust*** (f/k/a Macquarie Goodman Industrial Trust), ***The Gas Company***, ***Atlantic Aviation***, ***MG Logistics (Jersey) Limited***, ***Goodman UK Limited*** and ***Goodman Citadel (Jersey) Limited*** are current clients;<br><br>• Affiliated entity ***Goodman International Limited*** (f/k/a Macquarie Goodman Management Limited) is: (a) a current client; and (b) a stockholder of current client ***Arlington Business Parks GP Limited***;<br><br>• Affiliated entity Macquarie DDR Trust (MDT) is an affiliated entity of current client ***Developers Diversified Realty Corporation***; | Potential Party in Interest | • Parent company Macquarie Group Limited is a joint venture participant with new client ***HPI Fleet & Mobility (France) SAS*** (opened 2010) and holds an equity interest in the client's parent company;<br><br>• Affiliate company ***J-Rep Co., Ltd.*** is a new client (opened 2010);<br><br>• Affiliate companies The Gas Company and Goodman Citadel (Jersey) Limited are now former clients (both closed 2010); and<br><br>• Affiliate company and former client Macquarie Bank Ltd. (closed 2010) is a joint venture participant in a new matter (opened 2010) with current client ***Macquarie Capital (USA), Inc.***<br><br>• *See also* entry above for new party Macquarie Bank Limited regarding related disclosure. |

- B56 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliated entities Macquarie Real Estate Capital K.K., Goodman Invest Management (UK) Limited and MG Office (Jersey) Limited (all closed 2009) and Macquarie Bank Ltd. (closed 2010) are former clients; and<br><br>• Affiliated entity Property Partners (Whitgift) Limited is a partner of former client Whitgift Shopping Centre Partnership (closed 2008). | | |
| Massachusetts Mutual Life Insurance Company<br><br>*PRIOR DISCLOSURE:*<br><br>• Massachusetts Mutual Life Insurance Company is: (a) a former client (closed 2008); (b) a stockholder of current client ***Doskocil Manufacturing Company, Inc.***; and (c) a member of former client Ad Hoc Committee of Certain Wornick Company Bondholders (closed 2008); and<br><br>• Affiliate company ***Babson Capital Europe Limited*** is a current client. | Potential Party in Interest | • Doskocil Manufacturing Company, Inc., a company of which Massachusetts Mutual Life Insurance Company is a stockholder, is now a former client (closed 2010). |
| ***McKee Nelson LLP***<br><br>*PRIOR DISCLOSURE:*<br><br>• ***McKee Nelson LLP*** and parent company ***Bingham & McCutchen LLP*** are current clients. | Largest Unsecured Creditors Other Than Bondholders<br><br>and<br><br>Debtors' Professional | • Parent company Bingham & McCutchen LLP is now a former client (closed 2010). |
| Merrill Lynch<br><br><br><br>Merrill Lynch Credit Products LLC; ***Merrill Lynch International***; and Merrill Lynch Japan Securities Co., Ltd.<br><br>*PRIOR DISCLOSURE:*<br><br>• Merrill Lynch Credit Products LLC is a member of former client Bi-Lo Ad Hoc Committee (closed 2010); | Underwriting Investment Banker for the Debtors' Securities Issued or Outstanding on the Commencement Date and/or three years prior to the Commencement Date<br><br>Potential Parties in Interest | • Ad Hoc Committee for the Subordinated Creditors of Hellas Telecommunications, of which affiliate company and current client ***Merrill Lynch International*** is a member, is now a former client (closed 2010).<br><br>• *See also* entries above for new parties Grupo Financiero Bank of America, Merrill Lynch Pierce Fenner & Smith, Inc. and Security Pacific Capital Leasing Corporation; and entry above for Banc of America Securities LLC, et al. regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate company **Merrill Lynch International** is: (a) a current client; and (b) a member of current client **Ad Hoc Committee for the Subordinated Creditors of Hellas Telecommunications**; and<br><br>• Parent company **Bank of America Corporation** is: (a) a current client; (b) the employer of an individual who is a current Jones Day client (opened 2009); and (c) a stockholder of former client Giant Industries, Inc. (closed 2009). | | |
| MGM Mirage (n/k/a MGM Resorts International)<br><br>*PRIOR DISCLOSURE:*<br><br>• MGM Resorts International is an affiliated entity of current client **MGM Grand Hotel, Inc.**; and<br><br>• Parent company **Tracinda Corporation** is a current client. | Major Business Affiliation of Outside Director | • **Paulson & Co.**, the second-largest stockholder of MGM Resorts International, is: (a) a current client; and (b) a stockholder of former client FLYi, Inc. (closed 2010). |
| MidAmerican Energy Company; and PacifiCorp<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company Berkshire Hathaway Corporation is a stockholder of current client **USG Corporation**;<br><br>• Affiliate companies **Netjets, Inc.**, **The Scott Fetzer Company**, **Forest River, Inc.** and **Kölnische Rückversicherungs** are current clients;<br><br>• Affiliate company General Reinsurance Corporation is the employer of an individual who is a former Jones Day client (closed 2010); and<br><br>• Affiliate company Johns Manville International, Inc. is a former client (closed 2008). | Potential Party in Interest | • Affiliate company **MidAmerican Energy Holdings Company** is a new client (opened 2010);<br><br>• Affiliate company **Johns Manville Corporation** is a new client (re-opened 2011); and<br><br>• Affiliate companies Kölnische Rückversicherungs (closed 2010) and Netjets, Inc. (closed 2011) are now former clients. |

- B58 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Morgan Stanley & Co. Incorporated*; *Morgan Stanley & Co. International, Ltd.* and; Morgan Stanley Senior Funding, Inc. <br><br> *PRIOR DISCLOSURE:* <br><br> • In October 2008 Mitsubishi UFJ Financial Group, Inc. acquired a 21% ownership in Morgan Stanley and its affiliate companies; <br><br> • Parent company Morgan Stanley is: (a) the employer of an individual who is a current Jones Day client (opened 2009); and (b) a member of current client *Pace Investment Group*; <br><br> Affiliate company *Morgan Stanley & Co.* is: (a) a current client; (b) a co-client with current client *CS First Boston, Inc.*; (c) a member of former client Education Finance Partners, Inc. (closed 2010); (d) along with affiliated entities Morgan Stanley Prime Income Trust and Morgan Stanley Emerging Markets, Inc., a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and (e) among the largest shareholders of General Motors Corporation (n/k/a current client *General Motors Company*) and an interested party in the *General Motors Corporation*, *et al.* (f/k/a General Motors Corporation, *et al.*) chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors; <br><br> • *Morgan Stanley & Co. International Ltd.* and affiliate companies *Morgan Stanley International*, *Morgan Stanley Realty, Inc.*, *Morgan Stanley RE Fund II*, *Morgan Stanley Real Estate Fund III*, *Morgan Stanley Real Estate Fund IV*, *Morgan Stanley Real Estate Fund V*, *Morgan Stanley Real Estate Fund VI*, *Morgan Stanley Real Estate Fund VII*, *JM Morgan Stanley Private Ltd.*, *Morgan Stanley Dean Witter Asia (Taiwan) Limited* and *Morgan Stanley Real Estate Special Situations Fund* are current clients; <br><br> • Affiliate company *Morgan Stanley Real Estate Fund, Inc.* is: (a) a current client; and (b) a participant in a joint venture with current client *Simon Property Group, Inc.*; | Potential Parties in Interest | • Affiliate company Morgan Stanley Real Estate Special Situations Fund is now a former client (closed 2010). <br><br> • *See also* entries above for new parties *The Master Trust Bank of Japan, Ltd.* and Morgan Stanley Capital Services; and entry above for *The Bank of Tokyo Mitsubishi UFJ, Ltd.*, et al. regarding related disclosure. |

- B59 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate company **Morgan Stanley International, Inc.** is: (a) a current client; and (b) a participant in a joint venture with former client China International Capital Corporation Ltd. (closed 2007);<br><br>• Affiliate company Morgan Stanley Capital Partners is a participant in a joint venture with current client **Occidental Petroleum Corporation**;<br><br>• New affiliated companies **Bank of Tokyo Mitsubishi Trust Company** and **Mitsubishi UFJ Lease & Finance Company Limited** are current clients;<br><br>• Affiliated entity Morgan Stanley Fixed Income Fund is a member of current client **Ad Hoc Committee of Noteholders of Chemtura Corporation**;<br><br>• Affiliate company Morgan Stanley Dean Witter is a member of current client **Pace Investment Group**;<br><br>• New affiliated company BTM Capital Corporation is a former limited partner of former client Volvo Aero Services, L.P. (closed 2008);<br><br>• New affiliated company Bank of Tokyo-Mitsubishi Limited, Sucursal En Espana is a former client (closed 2007); and<br><br>• Affiliate companies Morgan Stanley European Real Estate Special Situations Fund II (closed 2007) and MS Real Estate Fund, Inc. (closed 2009) are former clients. | | |
| National Bank of Canada<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company NBF International Holdings is a stockholder of current client **Education Finance Partners, Inc.** | Potential Party in Interest | • Affiliate company National Bank Financial is an investor in new client **Master Asset Vehicle I and Master Asset Vehicle II** (opened 2010); and<br><br>• Education Finance Partners, Inc., a company of which affiliate company NBF International Holdings is a stockholder, is now a former client (closed 2010). |

- B60 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Nationwide Fund Advisors<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Nationwide Mutual Insurance Company** is: (a) a current client; and (b) an affiliated entity of former client Allnations, Inc. (closed 2009);<br><br>• Affiliate company Nationwide Mutual Capital LLC is a partner of current client **Skybus Airlines LLC**;<br><br>• Affiliate company Nationwide Life is a member of former client Ad Hoc Committee of Thomson S.A. Noteholders (closed 2009); and<br><br>• Affiliate company Nationwide is a partner of former client 3Stone Advisors LLC (closed 2009). | Related Party | • Skybus Airlines LLC, a company in which affiliate company Nationwide Mutual Capital LLC is a partner, is now a former client (closed 2010). |
| Newedge USA LLC<br><br>*PRIOR DISCLOSURE:*<br><br>• Newedge is a joint venture with equal ownership by current client **Société Générale** and former client Calyon Credit Agricole CIB (closed 2008), the investment banking arm of the Crédit Agricole Group; and<br><br>• Parent company **Société Génerale** is: (a) a current client; (b) the parent of current client **Lyxor Asset Management**; (c) has an ownership interest in former client Interquisa Canada (closed 2010); and (d) the parent of TCW Asset Management Company, which was among the largest shareholders of General Motors Corporation (predecessor in interest to current client **General Motors LLC**) and an interested party in GM's chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors;<br><br>• Ultimate parent company Caisse Regionale de Credit Agricole Mutuel Loire Haute-Loire is the parent of Predica, a participant in a joint venture with current client **Generali Immobilier Gestion**; and | Potential Party in Interest | • **Credit Agricole CIB**, the investment banking arm of the Crédit Agricole Group and a co-owner of Newedge, is a new client (opened 2010).<br><br>• *See also* entry above for Calyon, et al.; regarding related disclosure. |

NYI-4376130v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate company TCW Asset Management Company was among the largest former shareholders of General Motors Corporation (n/k/a current client *General Motors Company*) and an interested party in the *General Motors Company*, *et al.* (f/k/a General Motors Corporation, *et al.*) chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors. | | |
| Newpage Corporation<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company Cerberus Capital Management, L.P. is: (a) a stockholder of current client *Bluelinx Holdings, Inc.*; (b) a stockholder of The Traxis Group, B.V., the parent company of current clients *Nabi-Optima Holdings, Inc.* and *School Bus Holdings, Inc.* (c) the ultimate parent of current client *Albertson's LLC*; (d) a member of current client *Ad Hoc Committee of Lyondell Bridge Noteholders*; (e) the former parent company of Chrysler LLC (n/k/a as current client *Old Carco LLC*); and (f) has an ownership interest in former client GMAC Financial Services (closed 2010). | Potential Party in Interest | • Affiliate company Albertson's LLC is now a former client (closed 2010); and<br><br>• Ad Hoc Committee of Lyondell Bridge Noteholders, of which parent company Cerberus Capital Management, L.P. is a member, is now a former client (closed 2010).<br><br>• *See also* entries above for Drawbridge Global Macro Commodities Ltd.; Fortress Investment Group LLC; and Lyondell; Lyondellbasell Industries regarding related disclosure. |
| Nokia Corporation<br><br>*PRIOR DISCLOSURE:*<br><br>• *Nokia Corporation* is: (a) a current client; (b) a joint venture partner and co-investor in current client *Nokia Siemens Networks*; and (c) a joint venture participant and co-client in a new matter with current client *SAP AG*; and<br><br>• Affiliate companies *Nokia India Private Limited* and *Nokia, Inc.* are current clients. | Potential Party in Interest | • Nokia Corporation is now a former client (closed 2010).<br><br>• *See also* entry below for *Siemens AG* regarding related disclosure. |
| Northgate Minerals Corporation<br><br>*PRIOR DISCLOSURE:*<br><br>• *Northgate Minerals Corporation* is a current client. | Potential Party in Interest | • Northgate Minerals Corporation is now a former client (closed 2010). |

- B62 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Novartis Finance Corporation<br><br>*PRIOR DISCLOSURE:*<br><br>• Related entity **China Novartis Institutes For Biomedical Research** and affiliate companies **Novartis Pharmaceuticals (HK) Ltd.** and **Idenix Pharmaceuticals, Inc.** are current clients;<br><br>• Affiliate company Novartis is a joint venture participant with current client **Nomura International Plc**; and<br><br>• Affiliate company Novartis Pharma SAS is a former client (closed 2008). | Potential Party in Interest | • Affiliate company *Novartis Pharma SAS* is a new client (re-opened 2010). |
| Oaktree Capital Management, L.P.;<br>Oaktree High Yield Plus Fund, L.P.;<br>Oaktree Huntington Investment Fund, L.P.;<br>Oaktree Opportunities Fund VIII Delaware, L.P.<br><br>*PRIOR DISCLOSURE:*<br><br>• Oaktree Capital Management, L.P. is a member of current client **Ad Hoc Committee of Noteholders of Station Casinos**;<br><br>• Affiliate company **OCM Luxembourg EPOF II S.a.r.L.** is a current client; and<br><br>• Affiliate companies Oaktree Capital (Hong Kong) Limited (closed 2008) and Pangaea Capital Management (Singapore) Pte, Ltd. (closed 2009) are former clients. | Potential Parties in Interest | • Affiliate company OCM Investments Limited Company is a stockholder of new client **Mena Capital Holding Co. KSC** (opened 2010);<br><br>• Ad Hoc Committee of Noteholders of Station Casinos, of which Oaktree Capital Management, L.P. is a member, is now a former client (closed 2010); and<br><br>• Affiliate company OCM Luxembourg EPOF II S.a.r.L. is now a former client (closed 2010).<br><br>• *See* entry above for new parties OCM Opportunities and OCM Opportunities VIII Delaware, L.P.; entries below for OCM Opportunities Funds VII and VIIb Delaware, L.P. ; SPCP Group LLC, as agent for Silver Point Capital Fund, L.P. Silver Point Capital Offshore Fund, Ltd.; and UBS AG, et al. regarding related disclosure. |
| OCM Opportunities Fund VII Delaware, L.P.; and<br>OCM Opportunities Fund VIIb Delaware, L.P.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company Oaktree Capital Management, L.P. is a member of current client **Ad Hoc Committee of Noteholders of Station Casinos**;<br><br>• Affiliated entity **OCM Luxembourg EPOF II S.a.r.L.** is a current client;<br><br>• Affiliate company OCM Holdings LLC is affiliated with an individual who is a current Jones Day client; | Potential Parties in Interest | • Affiliate company OCM Investments Limited Company is a stockholder of new client **Mena Capital Holding Co. KSC** (opened 2010);<br><br>• Ad Hoc Committee of Noteholders of Station Casinos, of which parent company Oaktree Capital Management, L.P. is a member, is now a former client (closed 2010);<br><br>• Affiliated entity OCM Luxembourg EPOF II S.a.r.L. is now a former client (closed 2010); and<br><br>• Doskocil Manufacturing Company, Inc., a company of which affiliated entity OCM Opportunities Fund II, L.P. is a stockholder, is now a former client (closed 2010). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliated entity OCM Opportunities Fund II, L.P. is a stockholder of current client **Doskocil Manufacturing Company, Inc.**; and<br>• Affiliated entities OCM Principal Opportunities Fund IIIA, Ltd., OCM Principal Opportunities Fund IIIGP, Ltd. and OCM Principal Opportunities Fund III, Ltd. are stockholders of former client Interep National Radio Sales, Inc. (closed 2009). | | • *See* entry above for new parties OCM Opportunities and OCM Opportunities VIII Delaware, L.P.; entry above for parent company Oaktree Capital Management, L.P., et al.; and entries below for SPCP Group LLC, as agent for Silver Point Capital Fund, L.P. Silver Point Capital Offshore Fund, Ltd.; and UBS AG, et al. regarding related disclosure. |
| Omnicare, Inc.<br><br>*PRIOR DISCLOSURE:*<br>• **Omnicare, Inc.** is: (a) a current client; and (b) the employer of individual who is a current Jones Day client (opened 2009). | Potential Party in Interest | • Omnicare, Inc. is now a former client (closed 2010). |
| Oncor (name given)<br><br>*PRIOR DISCLOSURE:*<br>• To the extent it is related to the named party in interest, a company named Oncor Electric Delivery Company LLC is a subsidiary of new client **Energy Future Holdings Corporation** (opened 2010). | Potential Party in Interest | • To the extent it is related to the named party in interest, **Oncor Electric Delivery Company LLC** is a new client (opened 2010); and<br>• Parent company Energy Future Holdings Corporation is now a former client (closed 2010). |
| ***Pacific Gas & Electric Company***<br><br>*PRIOR DISCLOSURE:*<br>• Pacific Gas & Electric Company is: (a) a former client (closed 2009); and (b) the employer of an individual who is a current Jones Day client (opened 2010); and<br>• Parent company PG&E Corporation is the former employer of an individual who is a former Jones Day client (closed 2009). | Potential Party in Interest | • ***Pacific Gas & Electric Company*** is a new client (re-opened 2010). |
| Partnership Life Assurance Co., Ltd.<br><br>*PRIOR DISCLOSURE:*<br>• Parent company Cinven Group Limited is the ultimate parent company of current clients **Foseco Metallurgical, Inc.**, **Chem-Trend, Incorporated** and **Partnerships In Care Limited.** | Potential Party in Interest | • Affiliate company Partnerships In Care Limited is now a former client (closed 2010). |

- B64 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Philips Electronics, N.V.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies **Philips Electronics North America Corporation** and **Philips International B.V.** are current clients; and<br><br>• Parent company Koninklijke Philips Electronics N.V., d/b/a Royal Philips Electronics is a stockholder of former client NXP Semiconductors USA, Inc. (closed 2009). | Potential Party in Interest | • Parent company Koninklijke Philips Electronics N.V., d/b/a Royal Philips Electronics, is a joint venture participant with new client **PLDS Germany GmbH** (opened 2010); and<br><br>• Affiliate company **Philips Lighting B.V.** is a new client (opened 2010). |
| Phoenix Life Limited<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Pearl Group Limited** and ultimate parent company **Sun Capital Partners, Inc.** are current clients; and<br><br>• Affiliate company **Pearl Assurance Plc** is a co-client in a matter with current client **Allied Irish Banks Plc**. | Potential Party in Interest | • Parent company Pearl Group Limited is now known as current client **Phoenix Group Holdings**; and<br><br>• Ultimate parent company Sun Capital Partners, Inc. is now a former client (closed 2010).<br><br>• *See also* entry above for new party Pearl Assurance Limited; and entry above for Ignis Asset Management, Ltd. regarding related disclosure. |
| **PNC Bank, National Association**<br><br>*PRIOR DISCLOSURE:*<br><br>• **PNC Bank, National Association**, the successor in interest to former client National City Bank, N.A. (closed 2009), is: (a) a current client, co-client and co-trustee with two individuals who are current Jones Day co-clients and co-trustees (all opened 2008); (b) the employer of an individual who is a current Jones Day client; (c) a member of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**; and (d) a member of current client **Allegheny Health Education Research Foundation (AHERF) Creditors' Committee**; and<br><br>• Parent company **PNC Financial Services Group**, the successor in interest to former client National City Corporation (closed 2009), and related entity **Administrative Committee of PNC Financial Services Group** are current clients. | Litigation Claimant | • Related entity Administrative Committee of PNC Financial Services Group is now a former client (closed 2010). |

NYI-4376130v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Polaris Software Lab Limited<br><br>*PRIOR DISCLOSURE:*<br><br>• **Polaris Software Lab Limited** is a current client. | Potential Party in Interest | • Polaris Software Lab Limited was incorrectly disclosed in Jones Day's prior disclosure as a current client. |
| Popular Gestion S.G.I.I.C., S.A.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Banco Popular Espanol, S.A.** and affiliate company **Banco de Galicia, S.A.** are current clients. | Potential Party in Interest | • Affiliate company Banco de Galicia, S.A. is now a former client (closed 2010). |
| PSEG Power LLC; and<br>**Public Service Enterprise Group, Inc.**<br><br>*PRIOR DISCLOSURE:*<br><br>• Public Service Enterprise Group, Inc. is the parent company of PSEG Power LLC;<br><br>• Affiliate company PSEG Resources LLC is a former client (closed 2009); and<br><br>• Affiliate company PSEG Italia B.V. is the parent of Bioenergie, a shareholder of current client **Biomasse Italia S.p.A.** | Potential Party in Interest | • Parent company **Public Service Enterprise Group, Inc.** is a new client (opened 2010); and<br><br>• Biomasse Italia S.p.A., of which affiliated company Bioenergie is a shareholder, is now a former client (closed 2010). |
| Public Service Company of North Carolina<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company **South Carolina Electric & Gas Company** is a current client; and<br><br>• Parent company SCANA Corporation is a member of current client **AP1000 Operators Group, L.P.** | Potential Party in Interest | • AP1000 Operators Group, L.P., of which parent company SCANA Corporation is a member, is now a former client (closed 2010).<br><br>• *See also* entry above for Duke Energy Ohio, Inc. regarding related disclosure. |

- B66 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Putnam Fiduciary Trust Company<br>Putnam Fiduciary Trust Company, LLC<br>Putnam Investment Management, Inc.<br>Putnam Investment Management, LLC<br>Putnam Investments Limited<br>The Putnam Advisory Company, Inc.<br>The Putnam Advisory Company, LLC<br><br>*PRIOR DISCLOSURE:*<br><br>• Ultimate parent company **Power Corporation of Canada** is: (a) a current client; (b) the parent of MacKenzie Financial Corporation, a stockholder of current client **Vaaldiam Mining, Inc.** (f/k/a Tiomin Resources, Inc.) and (c) the parent of former client Power Pacific Corporation Limited (closed 2009). | Additional Matters Parties | • Ultimate parent company Power Corporation of Canada is now a former client (closed 2010).<br><br>• *See also* entry above for MacKenzie Financial Corporation regarding related disclosure. |
| QVC, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Ultimate parent company **Liberty Media Group** is a current client. | Potential Party in Interest | • QVC, Inc. is a participant in a new joint venture (opened 2010) with current client **Mitsui & Co., Ltd.** |
| *QVT Financial, L.P.*<br><br>*PRIOR DISCLOSURE:*<br><br>• **QVT Financial, L.P.** and affiliate company **QVT Advisors Private Limited** are current clients. | Potential Party in Interest | • QVT Financial, L.P. and affiliate company QVT Advisors Private Limited are now former clients (both closed 2010). |
| *Raymond James & Associates, Inc.*<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Raymond James Financial, Inc.** and affiliate company **Raymond James Capital, Inc.** are current clients. | Potential Party in Interest | • **Raymond James & Associates, Inc.** is a new client (opened 2010). |

- B67 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| RBC Dain Rauscher, Inc.<br><br>Royal Bank of Canada/Schretlen & Co., N.V.<br><br>*PRIOR DISCLOSURE:*<br><br>• RBC Dain Rauscher, Inc. and affiliate company Royal Bank of Canada Investment Management (USA) Limited are former clients (both closed 2009);<br><br>• Parent company Royal Bank of Canada is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*; and<br><br>• Affiliate company *Royal Bank of Canada Europe Limited* is a current client. | Potential Party in Interest<br><br>Other Interested Party | • Affiliate company RBC Trustees Company (CI) Limited is the indirect owner of new client *Gold Lion Holdings Limited* (opened 2010). |
| Riversource Life Insurance Company of New York<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company *Threadneedle Property Investments Limited* is a current client;<br><br>• Affiliate company Riversource Investments LLC was among the largest shareholders of General Motors Corporation (predecessor in interest to current client *General Motors LLC*) and an interested party in GM's chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors; and<br><br>• Riversource Life Insurance Company and affiliate company Ameriprise Certificate Company are members of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*. | Selected Derivative Counterparty | • Affiliate company Threadneedle Property Investments Limited is now a former client (closed 2010). |

- B68 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **The Royal Bank of Scotland Plc**<br><br>*PRIOR DISCLOSURE:*<br><br>• **The Royal Bank of Scotland Plc** is: (a) a current client; and (b) a participant in a joint venture with former client Miller Developments Limited (closed 2009);<br><br>• Parent company **The Royal Bank of Scotland Group Plc** and affiliate companies **RBS Invoice Finance Limited**, **Eurosales Finance**, **Citizens Financial Group, Inc.** and **RBS Invoice Finance Limited** are current clients;<br><br>• Affiliate company Royal Bank Development Capital Limited is a stockholder of current client **Vista Capital De Expansion, S.A. S.G.E.C.R.**; and<br><br>• Affiliate companies The Royal Bank of Scotland Commercial Services Limited (London Region) and The Royal Bank of Scotland Sucursal En Espana (both closed 2007) are former clients. | Member of Creditors' Committee | • Affiliate company Eurosales Finance is now a former client (closed 2010).<br><br>• *See also* entries above for new parties ABN Amro Bank, N.V. and RBS Coutts Bank AG and RBS Securities Japan, Ltd.; and entry above for Banco Banif, S.A. regarding related disclosure. |
| RWE AG<br><br>*PRIOR DISCLOSURE:*<br><br>• RWE AG is: (a) the parent of current client **American Water Works, Inc.**; and (b) the ultimate parent of current client **Illinois-American Water** and former client American Water Enterprises Group (closed 2010); and<br><br>• Affiliate company RWE Power Renewables Limited is a 50% stockholder of current client **Greater Gabbard Offshore Winds Limited**. | Potential Party in Interest | • Affiliate company Essent N.V. is a stockholder of new client **N. V. Electriciteits-Produktiemaatschappij Zuid-N** (opened 2010). |
| Shell Energy North America (US), L.P.; and Shell Trading (US) Company<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company Shell (China) Limited is a former client (closed 2007); and<br><br>• Affiliate company Shell WindEnergy is a participant in a joint venture with former client Entergy Enterprises, Inc. (closed 2007). | Potential Parties in Interest | • Parent company **Royal Dutch Shell Plc** is a new client (opened 2010). |

- B69 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **Siemens AG**<br><br>*PRIOR DISCLOSURE:*<br><br>• **Siemens AG** is: (a) a current client; (b) a joint venture partner in current client **Nokia Siemens Networks**; (c) a minority stockholder and joint venture participant with current client **Voith** AG in current client **Voith Hydro GmbH & Co. KG**; and (d) the parent of Robotic Vision Systems, Inc., a participant in a joint venture with General Motors Corporation (predecessor in interest to current client **General Motors LLC**);<br><br>• Affiliate company Siemens Technology-To-Business Center LLC is a partner of current client **F-Origin, Ltd.**;<br><br>• Affiliated company Siemens Ltd. is a joint venture partner in current client **Silcar Pty Ltd.**; and<br><br>• Affiliate company Voith Siemens Hydro Kraftwerkstechnik GmbH & Co. KG is a former client (closed 2009). | Potential Party in Interest | • F-Origin, Ltd., a company in which affiliate company Siemens Technology-To-Business Center LLC is a partner, is now a former client (closed 2010);<br><br>• Silcar Pty Ltd., a joint venture participant with affiliate company Siemens Ltd., is now a former client (closed 2010); and<br><br>• Affiliate company Siemens Energy Services Limited is a partner in a new joint venture (opened 2010) with current client **Macquarie Capital (USA), Inc.**<br><br>• *See also* entry above for Nokia Corporation regarding related disclosure. |
| Snell & Wilmer LLP<br><br>*PRIOR DISCLOSURE:*<br><br>• **Snell & Wilmer LLP** is a current client. | Debtors' Professional | • Snell & Wilmer LLP is now a former client (closed 2010). |
| **Solo Cup Company**<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company **Solo Cup México, S.A. de C.V.** is a current client. | Potential Party in Interest | • **Solo Cup Company** is a new client (opened 2010). |
| **Sonnenschein Nath & Rosenthal LLP**<br><br>*PRIOR DISCLOSURE:*<br><br>• Sonnenschein Nath & Rosenthal LLP is the employer of an individual who is a former Jones Day client (closed 2007). | Debtors' Professional | • **Sonnenschein Nath & Rosenthal LLP** is a new client (opened 2010) and co-client in a new matter with current client **First American Title LA**. |

- B70 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Sony Corporation<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company **Sony Electronics, Inc.** is a current client; and<br><br>• Affiliate companies Sony Music Entertainment (Germany) GmbH (closed 2007); and Sony Corporation of America and Sony BMG Music Entertainment (both closed 2009) are former clients. | Major Business Affiliation of Outside Director | • Affiliate company **Sony Corporation of America** is a new client (re-opened 2010). |
| Sourcecorp, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• **Sourcecorp, Inc.** is a current client. | Potential Party in Interest | • Sourcecorp, Inc. is now a former client (closed 2010). |
| SPCP Group LLC, as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.<br><br>*PRIOR DISCLOSURE:*<br><br>• SPCP Group LLC is a member of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**;<br><br>• Affiliated company Silver Point Capital Management LLC is a former client (closed 2008); and<br><br>• Affiliated companies Silver Point Capital, L.P. and Silver Point Capital Advisors LLC are stockholders of former client Interep National Radio Sales, Inc. (closed 2009). | Potential Parties in Interest | • Affiliate company Silver Point Finance LLC is the ultimate owner of new client **Hostess Brands, Inc.** (opened 2010).<br><br>• *See also* entry above for new parties OCM Opportunities and OCM Opportunities VIII Delaware, L.P.; entries above for Oaktree Capital Management, L.P., et al. and OCM Opportunities Funds VII and VIIb Delaware, L.P.; and entry below for UBS AG et al. regarding related disclosure. |
| **Standard Bank Plc**<br><br>*PRIOR DISCLOSURE:*<br><br>• **Standard Bank Plc** is: (a) a current client; and (b) a member of current client **Ad Hoc Committee for the Subordinated Creditors of Hellas Telecommunications;** and<br><br>• Affiliate company **Standard Bank Asia Limited** is a current client. | Potential Party in Interest | • Ad Hoc Committee for the Subordinated Creditors of Hellas Telecommunications, of which **Standard Bank Plc** is a member, is now a former client (closed 2010). |

- B71 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ***State Street Bank and Trust Company***<br><br>State Street Corporation<br><br>*PRIOR DISCLOSURE:*<br><br>• ***State Street Bank and Trust Company*** is: (a) a current client; (b) a stockholder of current client ***Piper Jaffray Companies, Inc.***; and (c) along with affiliate company State Street Global Alliance, a stockholder of current client ***Rexiter Capital Management Limited***; and<br><br>• Affiliate company ***State Street Global Advisors*** is a current client and was among the largest shareholders of General Motors Corporation (predecessor in interest to current client ***General Motors LLC*** ) and an interested party in GM's chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors. | Potential Party in Interest<br><br>Secured Creditor | • General Motors Corporation, among whose largest former shareholders was affiliate company and current client ***State Street Global Advisors***, is now known as current client ***Motors Liquidation Company***.  In addition, new GM, now known as ***General Motors Company***, is a current client. |
| SunCal Debtors<br><br>*PRIOR DISCLOSURE:*<br><br>• SunCal or SunCal Companies is also known as current client ***SCD Holdings Corporation***. | Potential Party in Interest | • SCD Holdings Corporation (a/k/a SunCal or SunCal Companies) is now a former client (closed 2010). |
| T. Rowe Price Associates, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• ***T. Rowe Price Associates, Inc.*** is: (a) a current client; (b) a stockholder of current client ***BJ Services Company USA***; and (c) among the largest shareholders of General Motors Corporation (n/k/a current client ***General Motors Company***) and an interested party in the ***General Motors Company***, *et al.* (f/k/a General Motors Corporation, *et al.*) chapter 11 cases in which Jones Day was retained as special litigation counsel to the debtors; and<br><br>• Affiliated entities T. Rowe Price High Yield Fund and T.Rowe Price Institutional High Yield Fund are members of current client ***Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair***. | Bondholder | • T. Rowe Price Associates, Inc. is: (a) now a former client (closed 2010); and (b) an equity holder of new client ***MES International, Inc.*** (opened 2010).<br><br>• *See also* entry above for Fidelity Investments and Fidelity Management & Research regarding related disclosure. |

- B72 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Telecom Italia Capital S.A.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company ***Telecom Italia*** is a current client. | Potential Party in Interest | • Affiliate company Telecom Italia is now a former client (closed 2010). |
| Tiffany & Company<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company ***Tiffany & Co. K.K.*** is a current client. | Potential Party in Interest | • Affiliate company Tiffany & Co. K.K. is now a former client (closed 2010). |
| ***Trimont Real Estate Advisors, Inc.***<br><br>*PRIOR DISCLOSURE:*<br><br>• ***Trimont Real Estate Advisors, Inc.*** is a current client; and<br><br>• Affiliate company ***Trimont Holdings, Inc.*** is a current client and co-client with current client ***Liberty Street Real Estate Group Limited***. | Trade Debt Holder | • Affiliate company Trimont Holdings, Inc. and Liberty Street Real Estate Group Limited are now former clients (both closed 2010). |
| ***Tribune Company***<br><br>*PRIOR DISCLOSURE:*<br><br>• ***Tribune Company*** is: (a) a current client; (b) affiliated with an individual who is a current Jones Day client (opened 2009); and (c) a partner in current clients ***Careerbuilder LLC*** and ***Classified Ventures LLC***; and<br><br>• Affiliate company Los Angeles Times Communications LLC is the employer of an individual who is a former Jones Day client (closed 2009). | Potential Party in Interest | • Related entity ***Special Committee of the Board of Directors of Tribune Company*** is a new client (opened 2010). |
| TXU/Texas Utilities<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company ***Energy Future Holdings Corporation*** is a current client. | Potential Party in Interest | • Affiliate company Energy Future Holdings Corporation is now a former client (closed 2010). |

- B73 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| UBS AG;<br>UBS Financial Services, Inc.;<br>UBS Financial Services of Puerto Rico; and<br>UBS International, Inc.<br><br>UBS Investment KAG<br><br>**UBS Investment Bank**<br><br>*PRIOR DISCLOSURE:*<br><br>• **UBS Investment Bank** and affiliate company **UBS Warburg** are current clients;<br><br>• UBS Financial Services, Inc. is: (a) the employer of an individual who is a former Jones Day client (closed 2008); and (b) the former employer of an individual who is a former Jones Day client (closed 2009);<br><br>• Parent company UBS AG is a major equity stockholder of current client **Borders Group, Inc.**;<br><br>• Affiliate company UBS Painewebber is a member of current client **Former Shareholders of Viking Group, Inc.**;<br><br>• Affiliate companies UBS Securities LLC and UBS Willow Fund LLC are stockholders of current client **International Automotive Components Group LLC**;<br><br>• Affiliate company UBS Global Asset Management is a stockholder of former client Interep National Radio Sales, Inc. (closed 2009);<br><br>• Affiliate company UBS AG, London Branch is a participant in a joint venture with former client Serviced Office Group Plc (closed 2009); and<br><br>• Affiliate company UBS Warburg Australia Equities Ltd. is a former client (closed 2007). | Potential Parties in Interest<br><br><br><br>Bondholder<br><br>Underwriting Investment Banker for Debtors' Securities Issued or Outstanding on the Commencement Date and/or three years prior to the Commencement Date | • Parent company UBS AG is the former employer of two individuals who are new Jones Day clients (both opened 2010).<br><br>• *See also* entry above for new parties OCM Opportunities and OCM Opportunities VIII Delaware, L.P.; and entries above for Oaktree Capital Management, L.P., et al.; OCM Opportunities Fund VII and VIIb Delaware, L.P.; and SPCP Group LLC, as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd. regarding related disclosure. |

NYI-4376130v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Unicredito Italiano S.p.A.<br><br>*PRIOR DISCLOSURE:*<br><br>• Unicredito Italiano S.p.A. is a former client (closed 2009);<br><br>• Affiliate company **Unicredit Bank AG** is: (a) a current client; and (b) a member of current client **Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair**; and<br><br>• Affiliate companies **Unicredit Banca S.p.A.**, and **DAB Bank AG** are current clients. | Potential Party in Interest | • Affiliate companies Unicredit Bank AG and Unicredit Banca S.p.A. are now former clients (both closed 2010).<br><br>• *See also* entry above for new party Banca Fideuram S.p.A.; entries above for Avia Vita S.p.A.; Banco Fineco S.p.A., **BNP Paribas**; **Intesa Sanpaolo S.p.A** and Intesa Vita S.p.A.; and entry below for Banca Intesa Banca regarding related disclosure. |
| *United Parcel Services, Inc./UPS*<br><br>*PRIOR DISCLOSURE:*<br><br>• **United Parcel Services, Inc.** is: (a) a current client; and (b) a member of current client **UFEX**. | Potential Party in Interest | • UFEX, an entity of which **United Parcel Services, Inc./UPS** is a member, is now a former client (closed 2010). |
| *Verizon Communications, Inc.*<br><br>*PRIOR DISCLOSURE:*<br><br>• **Verizon Communications, Inc.** and affiliate companies **Verizon Deutschland GmbH**, **Verizon Japan Ltd.** and **Verizon Business** are current clients; and<br><br>• Affiliate company **Verizon Wireless, Inc.** is: (a) a current client; and (b) a joint venture participant with current client **T-Mobile USA**. | Potential Party in Interest | • **Verizon Communications, Inc.** is a member of new client **Broadband Internet Technical Advisory Group** (opened 2010). |
| Veyance (name given)<br><br>*Veyance Technologies, Inc.*<br><br>*PRIOR DISCLOSURE:*<br><br>• Veyance Technologies, Inc. is a subsidiary of current client **The Carlyle Group**. | Principal Investment<br><br>Selected Derivative Counterparty | • Affiliate company **Veyance Technologies, Inc.** is a new client (opened 2010).<br><br>• *See also* entry above for ARINC Incorporated regarding related disclosure. |
| *Vornado Realty, L.P.*<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company Vornado Realty Trust is the parent of former client Merchandise Mart Properties, Inc. (closed 2010). | Potential Party in Interest | • **Vornado Realty, L.P.** and affiliate companies **401 Hotel TRS, Inc.** and **888 Seventh Avenue LLC** are new clients (all opened 1010). |

- B75 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Wachovia Bank, N.A.*; and Wachovia Securities LLC<br><br>*PRIOR DISCLOSURE:*<br><br>• *Wachovia Bank, N.A.* is: (a) a current client; and (b) the employer of an individual who is a former Jones Day client (closed 2007);<br><br>• Wachovia Securities LLC is a limited partner that has a majority interest ownership in Chipwill LLC, the parent company of current client *KW Investment K.K.*;<br><br>• New parent company Wells Fargo & Company is: (a) the parent of current clients *Wells Fargo Bank, National Association* and *Wells Fargo Foothill, Inc.*; and (b) a stockholder of former client Wiltel Communications Group, Inc. (closed 2008); and<br><br>• Affiliate companies *Wachovia Corporate Services* and *Wachovia Capital Markets* are current clients. | Potential Parties in Interest | • Affiliate company *Norwest Venture Partners* is a new client (opened 2010);<br><br>• Affiliate company *National Payment Processing* is the ultimate client in a new matter (opened 2010) with current client *Merchant Services, Inc.*; and<br><br>• Affiliate company Wachovia Capital Markets is a former client (closed 2010).<br><br>• *See also* entry above for European Credit (Luxembourg) S.A. and European Credit Management Limited; and entry below for Wells Fargo & Co., Inc.; and *Wells Fargo Bank, N.A.* regarding related disclosure. |
| Wells Fargo & Co.; and *Wells Fargo Bank, N.A.*<br><br>*PRIOR DISCLOSURE:*<br><br>• Wells Fargo & Company is: (a) the parent of current clients *Wells Fargo Bank, National Association* and *Wells Fargo Foothill, Inc.*; and (b) a stockholder of former client Wiltel Communications Group, Inc. (closed 2008);<br><br>• New affiliate company *Wachovia Bank, National Association* is: (a) a current client; and (b) the employer of an individual who is a former Jones Day client (closed 2007);<br><br>• New affiliate company Wachovia Securities, Inc., is a limited partner that has a majority interest ownership in Chipwill LLC, the parent company of current client *KW Investment K.K.*; and<br><br>• New affiliate companies *Wachovia Corporate Services* and *Wachovia Capital Markets* are current clients. | Potential Parties in Interest | • Affiliate company *Norwest Venture Partners* (opened 2010);<br><br>• Affiliate company *National Payment Processing* is the ultimate client in a new matter (opened 2010) with current client *Merchant Services, Inc.*; and<br><br>• Affiliate company Wachovia Capital Markets is a former client (closed 2010).<br><br>• *See also* entries above for European Credit (Luxembourg) S.A. and European Credit Management Limited; and *Wachovia Bank, N.A.*; and Wachovia Securities LLC regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Western Asset Management Company<br><br>Western Asset UK GBP Credit Plus Bond Fund<br><br>*PRIOR DISCLOSURE:*<br>• Western Asset Management Company is a member of current client ***Ad Hoc Committee of Noteholders of Station Casinos***. | Bondholder<br><br>Potential Party in Interest | • Ad Hoc Committee of Noteholders of Station Casinos, of which Western Asset Management Company is a member, is now a former client (closed 2010). |
| The Williams Companies<br><br>*PRIOR DISCLOSURE:*<br>• ***The Williams Companies*** is a current client. | Potential Party in Interest | • The Williams Companies is now a former client (closed 2010). |
| The Yankee Candle Company<br><br>*PRIOR DISCLOSURE:*<br>• Parent company Madison Dearborn Partners LLC is the co-owner of current client ***Sorenson Communications, Inc.*** | Potential Party in Interest | • Parent company ***Madison Dearborn Partners LLC*** is a new client (opened 2010). |
| **PARTIES IN INTEREST (OR AFFILIATED ENTITIES) WHO WERE INADVERTENTLY OMITTED FROM PRIOR DISCLOSURES** | | |
| Banca Intesa Banca | Initial Noteholder | • Banca Intesa Banca is an affiliated entity of current client ***Intesa SanPaolo, S.p.A.***<br><br>• *See also* entry above for new party Banca Fideuram S.p.A.; and entries above for Aviva Vita S.p.A., Banca Fineco S.p.A., ***BNP Paribas***, ***Intesa Sanpaolo S.p.A.***, Intesa Vita S.p.A. and Unicredito Italiano S.p.A. regarding related disclosure. |
| Capgemini Financial Services USA, Inc. | Potential Party in Interest | • Affiliate company ***Capgemini France*** is a current client; and<br><br>• Affiliate company Capgemini North America, Inc. is a former client (closed 2010). |
| EFG Bank AG | Potential Party in Interest | • Affiliate company ***Marble Bar Asset Management LLP*** is a current client; and<br><br>• Affiliate company ***EFG Trust Company Limited*** is a new client (opened 2010). |

- B77 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Granite Finance Limited (2005-3); Granite Finance Limited (2005-7); and Granite Finance Limited (2005-10) | Issuers and Derivative Counterparties | • Granite Finance Limited is a member of current client *Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair*. |
| Knight Head Master Fund, L.P. | Potential Party in Interest | • Knight Head Master Fund, L.P. is a member of current client *Ad Hoc Committee of Noteholders of Chemtura Corporation*. |
| NuStar Logistics, L.P. | Potential Party in Interest | • Parent company *NuStar Energy, L.P.* is a current client. |
| Tetra Tech, Inc. | Potential Party in Interest | • Affiliate company *Tetra Tech EM, Inc.* is a current client. |
| **PREVIOUSLY SEARCHED PARTIES IN INTEREST (OR AFFILIATED ENTITIES) WHO ARE NEW CLIENTS OR RELATED TO NEW CLIENTS OR FORMER CLIENTS CLOSED IN THE PAST TWO YEARS** | | |
| Amadeus (Holdings) UK Limited | Potential Party in Interest | • To the extent it may be related to the named party in interest, a company named *Amadeus IT Holding, S.A.* is a new client (opened 2010). |
| Andromeda Global Credit Fund, Ltd. | Potential Party in Interest | • To the extent it may be related to the named party in interest, a company named *Andromeda Capital Management LLC* is a new client (opened 2010). |
| *Buckeye Partners, L.P.* | Potential Party in Interest | • *Buckeye Partners, L.P.* is a new client (opened 2010). |
| Capital IQ, Inc. | Related Party | • Parent company McGraw Hill Companies, Inc. is related to new client *McGraw Hill Supplemental Retirement Plan* (opened 2010). <br> • *See also* entry below for McGraw Hill Companies, Inc. regarding related disclosure. |
| Clayton Fixed Income Services, Inc. | Related Party | • Affiliate company *Clayton Holdings, Inc.* is a new client (opened 2010). |
| EMC Corporation | Potential Party in Interest | • Affiliate company VMware, Inc. is a new client (opened 2010). |
| Exco Operating Company, L.P.; Exco Partners Operating Partnership, L.P.; and Exco Resources, Inc. | Potential Parties in Interest | • Exco Resources, Inc. is affiliated with new client *Special Committee of the Board of Exco Resources, Inc.* (opened 2010). |

- B78 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Florida Power & Light Company; FPL Group Capital, Inc. NextEra Energy Power Marketing, L.P. | Potential Parties in Interest | • Parent company FPL Group, Inc. is the parent of new client *NextEra Energy Resources LLC* (opened 2010). |
| *Global Cash Access, Inc.* | Potential Party in Interest | • *Global Cash Access, Inc.* is a new client (opened 2010). |
| *Intralinks, Inc.* | Potential Party in Interest | • *Intralinks, Inc.* is a new client (opened 2010). |
| *Jazz Pharmaceuticals, Inc.* | Principal Investment | • *Jazz Pharmaceuticals, Inc.* is a new client (opened 2010). |
| JFB Overseas Holdings Limited | Principal Investment | • Parent company Oak Hill Capital Partners, L.P. is: (a) the owner of new client *Southern Air, Inc.* (opened 2010); and (b) an affiliated entity of new client *Oak Hill Capital Management LLC* (opened 2010). |
| *Katten Muchin Rosenman LLP* | Potential Party in Interest | • *Katten Muchin Rosenman LLP* is a new client (opened 2010). |
| *Anthony Victor Lomas* | Potential Party in Interest | • To the extent he is the named party in interest, an individual named *Anthony Victor Lomas* is a new Jones Day client (opened 2010). |
| McGraw Hill Companies, Inc. | Potential Party in Interest | • Related entity *McGraw Hill Supplemental Retirement Plan* is a new client (opened 2010). <br> • *See also* entries above for Capital IQ, Inc. and Standard & Poor's regarding related disclosure. |
| Nextera Energy Power Marketing LLP | Potential Party in Interest | • Affiliate company *Nextera Energy Resources LLC* is a new client (opened 2010). |
| *Pacific Coast Capital Partners LLC* (a/k/a *PCCP LLC*) | Potential Party in Interest | • *Pacific Coast Capital Partners LLC* (a/k/a *PCCP LLC*) is a new client (opened 2010). |
| Parker Drilling Company | Potential Party in Interest | • Related entity *Special Committee of the Board of Directors of Parker Drilling Company* is a new client (opened 2010). |
| Perstorp AB | Potential Party in Interest | • To the extent it may be related to the named party in interest, a company named Perstorp Industrial Surfaces Limited is listed as a non-debtor affiliate in the chapter 11 cases of new client *Specialty Products Holding Corporation* (opened 2010), in which Jones Day was retained as debtors' counsel. |

- B79 -

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Public Bank Berhad | Potential Party in Interest | • Affiliate company **Public Bank (Hong Kong) Limited** is a new client (opened 2010). |
| Reliance Globalcom Services, Inc. | Potential Party in Interest | • Parent company **Reliance Communication Ltd.** is a new client (opened 2010). |
| **The Ryland Group, Inc.** | Major Business Affiliation of Outside Director of the Debtors | • **The Ryland Group, Inc.** is a new client (opened 2010). |
| **Starwood Hotels & Resorts** | Potential Party in Interest | • **Starwood Hotels & Resorts** is a new client (opened 2010). |
| Transdigm, Inc. | Potential Party in Interest | • Parent company **Transdigm Group Incorporated** is a new client (opened 2010). |
| Tyco Electronics/Tyco International Group S.A. | Potential Party in Interest | • Parent company **Tyco International, Ltd.** is a new client (opened 2010). |
| **United States Naval Academy Foundation** | Major Business Affiliation of Outside Director of the Debtors | • **United States Naval Academy Foundation** is a new client (opened 2010). |
| Veritas (name given) | Initial Noteholder | • To the extent it is or is related to the named party in interest, a company named Veritas Capital Management is a stockholder of new client **Dyncorp International LLC** (opened 2010). |

- B80 -

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
                                                       :
In re                                                  :        Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (JMP)
                                                       :
                                Debtors.               :        (Jointly Administered)
                                                       :
--------------------------------------------------------------------x

## ORDER GRANTING SEVENTH SUPPLEMENTAL APPLICATION OF THE DEBTORS, PURSUANT TO SECTION 327(e) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, TO EXPAND THE SCOPE OF JONES DAY'S RETENTION AS SPECIAL COUNSEL, *NUNC PRO TUNC* TO THE ENGAGEMENT DATES

Upon the seventh supplemental application, dated June 10, 2011 (the "Seventh

Supplemental Application"), of Lehman Brothers Holdings Inc., as debtor in possession

("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases (together

with LBHI,  the "Debtors"), pursuant to section 327(e) of title 11 of the United States

Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules") for entry of an order authorizing and approving the

expansion of Jones Day's retention as special counsel, *nunc pro tunc* to the Engagement

Dates with respect to the Additional Matters,[1] all as more fully described in the Seventh

Supplemental Application; and the Court having jurisdiction to consider the Seventh

Supplemental Application and the relief requested therein in accordance with 28 U.S.C.

§§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the

Southern District of New York Any and All Proceedings Under Title 11, dated July 10,

---

[1]    Capitalized terms that are used but not defined in this Order have the meanings ascribed to them in the Seventh Supplemental Application.

1984 (Ward, Acting C.J.); and consideration of the Seventh Supplemental Application

and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b);

and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the Seventh Supplemental Application having been provided in

accordance with the procedures set forth in the Second Amended Order Pursuant to

Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007

Implementing Certain Notice and Case Management Procedures [Docket No. 9635] to

(i) the United States Trustee for the Southern District of New York; (ii) the attorneys for

the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange

Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the

Southern District of New York; and (vi) Jones Day, and it appearing that no other or

further notice need be provided; and the Court having found and determined that the

relief sought in the Seventh Supplemental Application is in the best interests of the

Debtors, their estates and creditors, and all parties in interest and that the legal and factual

bases set forth in the Seventh Supplemental Application establish just cause for the relief

granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Seventh Supplemental Application is approved as set

forth herein; and it is further

ORDERED that pursuant to section 327(e) of the Bankruptcy Code, the

Debtors are hereby authorized to expand the scope of the employment and retention of

Jones Day as special counsel to the Debtors with respect to the Additional Matters, *nunc

pro tunc* to the Engagement Dates identified in the Seventh Supplemental Application, on

the terms set forth in the Seventh Supplemental Application and this Order; and it is

further

2

ORDERED that Jones Day shall apply for compensation and reimbursement of expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, the Local Rules and orders of the Court, guidelines established by the U.S. Trustee, and such other procedures that have been or may be fixed by order of this Court, including but not limited to the Court's Fourth Amended Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 15997] and the Court's Order Appointing a Fee Committee and Approving a Fee Protocol [Docket No. 3651] and the Court's Order Amending the Fee Protocol [Docket No. 15998]; and it is further

ORDERED that to the extent this Order is inconsistent with the Application, this Order shall govern; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.


Dated: June ___, 2011
      New York, New York


                                _____
                                HONORABLE JAMES M. PECK
                                UNITED STATES BANKRUPTCY JUDGE