**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                              :

In re                         :       **Chapter 11 Case No.**
                              :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :      **08-13555 (JMP)**
                              :       **(Jointly Administered)**

         **Debtors.**          :

                              :       **Ref. Docket Nos. 17468, 17469,**
------------------------------------------------------------------------x    **17472, 17475-17480**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                          ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 7, 2011, I caused to be served:

    a. the "Notice of Hearing on Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims)," dated June 7, 2011, to which was attached the "Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims)," dated June 7, 2011 [Docket No. 17468], (the "155th Omnibus Objection"),

    b. the "Notice of Hearing on Debtors' One Hundred Fifty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims)," dated June 7, 2011, to which was attached the "Debtors' One Hundred Fifty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims)," dated June 7, 2011 [Docket No. 17469], (the "156th Omnibus Objection"),

    c. the "Notice of Hearing on Debtors' One Hundred Fiftieth Omnibus Objection to Claims (Duplicative Claims)," dated June 7, 2011, to which was attached the "Debtors' One Hundred Fiftieth Omnibus Objection to Claims (Duplicative Claims)," dated June 7, 2011 [Docket No. 17472], (the "150th Omnibus Objection"),

    d. the "Notice of Hearing on Debtors' One Hundred Fifty-Third Omnibus Objection to Claims (Settled Derivatives Claims)," dated June 7, 2011, to which was attached the "Debtors' One Hundred Fifty-Third Omnibus Objection to Claims (Settled Derivatives Claims)," dated June 7, 2011 [Docket No. 17475], (the "153rd Omnibus Objection"),

e.  the "Notice of Hearing on Debtors' One Hundred Forty-Eighth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated June 7, 2011, to which was attached the "Debtors' One Hundred Forty-Eighth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims)," dated June 7, 2011 [Docket No. 17476], (the "148th Omnibus Objection"),

f.  the "Notice of Hearing on Debtors' One Hundred Forty-Ninth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests)," dated June 7, 2011, to which was attached the "Debtors' One Hundred Forty-Ninth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests)," dated June 7, 2011 [Docket No. 17477], (the "149th Omnibus Objection"),

g.  the "Notice of Hearing on Debtors' One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims)," dated June 7, 2011, to which was attached the "Debtors' One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims)," dated June 7, 2011 [Docket No. 17478], (the "151st Omnibus Objection"),

h.  the "Notice of Hearing on Debtors' One Hundred Fifty-Second Omnibus Objection to Claims (Amended and Superseded Claims)," dated June 7, 2011, to which was attached the "Debtors' One Hundred Fifty-Second Omnibus Objection to Claims (Amended and Superseded Claims)," dated June 7, 2011 [Docket No. 17479], (the "152nd Omnibus Objection"),

i.  the "Notice of Hearing on Debtors' One Hundred Fifty-Fourth Omnibus Objection to Claims (Settled Derivatives Claims)," dated June 7, 2011, to which was attached the "Debtors' One Hundred Fifty-Fourth Omnibus Objection to Claims (Settled Derivatives Claims)," dated June 7, 2011 [Docket No. 17480], (the "154th Omnibus Objection"),

j.  a customized version of the "Notice of Hearing on Debtors' One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims)," dated June 7, 2011, related to Docket No. 17478, a sample of which is annexed hereto as Exhibit A, (the "151st Omnibus Custom Notice"), and

k.  a customized version of the "Notice of Hearing on Debtors' One Hundred Fifty-Second Omnibus Objection to Claims (Amended and Superseded Claims)," dated June 7, 2011, related to Docket No. 17479, a sample of which is annexed hereto as Exhibit B, (the "106th Omnibus Custom Notice"),

by causing:

i.  true and correct copies of the 155th Omnibus Objection, 156th Omnibus Objection, 150th Omnibus Objection, 153rd Omnibus Objection, 148th Omnibus Objection, 149th Omnibus Objection, 151st Omnibus Objection, 152nd Omnibus Objection and 154th Omnibus Objection, to be delivered by electronic mail to those parties listed on the annexed Exhibit C,

ii.  true and correct copies of the 155th Omnibus Objection, 156th Omnibus Objection, 150th Omnibus Objection, 153rd Omnibus Objection, 148th Omnibus Objection, 149th Omnibus

Objection, 151st Omnibus Objection, 152nd Omnibus Objection and 154th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the annexed <u>Exhibit D</u>,

iii.   true and correct copies of the 155th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to those parties listed on the annexed <u>Exhibit E</u>,

iv.   true and correct copies of the 156th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>,

v.   true and correct copies of 150th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u>,

vi.   true and correct copies of the 153rd Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit H</u>,

vii.   true and correct copies of the 148th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit I</u>,

viii.   true and correct copies of the 149th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit J</u>,

ix.   true and correct copies of the 154th Omnibus Objection, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit K</u>,

x.   the 151st Omnibus Custom Notice, customized to include the name and address of the creditor and identification of the claim that is the subject of the objection, to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed <u>Exhibit L</u>, and

xi.   the 152nd Omnibus Custom Notice, customized to include the name and address of the creditor and identification of the claim that is the subject of the objection, to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed <u>Exhibit M</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
8th day of June, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\148th-156th Omnibus Objections to Claims & Custom Notices_DI 17468, 17469, 17472, 17475-17480_AFF_6-7-11.doc

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :        08-13555 (JMP)
                                                    :
                              Debtors.              :        (Jointly Administered)
                                                    :
------------------------------------------------------------------x

LBH OMNI151 06-07-2011 (MERGE2,TXNUM2) 4000055217 BAR(23) MAIL ID *** 000046012608 *** BSIUSE: 1

THON STANHOPE HOTEL SA
AVENUE LOUISE 91- 93
BRUSSELS, 1050 BELGIUM

**THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT**
**AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,**
**PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED FIFTY-FIRST**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>THON STANHOPE HOTEL SA<br>AVENUE LOUISE 91- 93<br>BRUSSELS, 1050 BELGIUM | **Claim Number:**    8586 |
| | **Date Filed:**    8/17/2009 |
| | **Debtor:**    08-13555 |
| | **Classification and Amount:**    UNSECURED: $ 259.71 |

PLEASE TAKE NOTICE that, on June 7, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their One Hundred Fifty-First Omnibus Objection to Claims (No Liability Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that it asserts claims, either wholly or in part, against entities that are not debtors in these jointly administered chapter 11 cases.  **Any claim that the Bankruptcy Court disallows and expunges will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court <u>and</u> serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on July 7, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why

---
[1]  A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.  A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on July 21, 2011 to consider the Objection.  The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601.  If you file a written response to the Objection, you should plan to appear at the hearing.  The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim.  If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date.  If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com.  If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

**If you have any questions about this notice or the Objection, please contact Debtors' counsel, Erin Eckols, Esq., at 214-746-7700.**  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:  June 7, 2011
        New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Robert J. Lemons
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
|  | : |  |
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |
-----------------------------------------------------------------x

LBH OMNI152 06-07-2011 (ADDRESS2,ADRKEYID3) 10113 BAR(23) MAIL ID *** 000046012914 *** BSIUSE: 116

RAYTHEON COMPMANY MASTER TRUST FOR DEFINED CONTRIBUTION
PACIFIC INVESTMENT MANAGEMENT COMPANY LLC
ATTN: KEVIN BROADWATER
840 NEWPORT CENTER DRIVE, SUITE 100
NEWPORT BEACH, CA 92660

### THIS IS A NOTICE REGARDING YOUR CLAIM(S).  YOU MUST READ IT
### AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.

### IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
### PLEASE CONTACT DEBTORS' COUNSEL, ERIN ECKOLS, ESQ., AT 214-746-7700.

### NOTICE OF HEARING ON DEBTORS' ONE HUNDRED FIFTY-SECOND
### OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

| Creditor Name and Address:<br>RAYTHEON COMPMANY MASTER TRUST FOR<br>DEFINED CONTRIBUTION<br>870 WINTER STREET<br>WALTHAM, MA 02451-1449 |  | Claim Number | Date Filed | Case Number | Classification and Amount |
|---|---|---|---|---|---|
|  | **Claim to be Disallowed and Expunged** | 32602 | 9/22/2009 | 08-13555 | UNSECURED: $ 1,253,746.72 |
|  | **Surviving Claim(s)** | 67506 | 5/23/2011 | 08-13555 | UNSECURED: $ 1,253,746.72 |

PLEASE TAKE NOTICE that, on June 7, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their One Hundred Fifty-Second Omnibus Objection to Claims (Amended and Superseded Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claim was amended and superseded by the claim(s) listed above under SURVIVING CLAIM(S).  **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on July 7, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other

---

[1]  A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

        The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.  A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

        A hearing will be held on July 21, 2011 to consider the Objection.  The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601.  If you file a written response to the Objection, you should plan to appear at the hearing.  The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim.  If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date.  If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

        If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date.  You will receive a separate notice of any such objections.

        You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

        If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com.  If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

        If you have any questions about this notice or the Objection, please contact Debtors' counsel, Erin Eckols, Esq., at 214-746-7700.  CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:  June 7, 2011
        New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Robert J. Lemons
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**EXHIBIT C**

# LEHMAN BROTHERS HOLDINGS INC.

### EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
alum@ftportfolios.com
amarder@msek.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com
charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
dirk.roberts@ots.treas.gov
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com

drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heidi@crumbielaw.com
heim.steve@dorsey.com

# LEHMAN BROTHERS HOLDINGS INC.

## EMAIL SERVICE LIST

heiser@chapman.com
hirsch.robert@arentfox.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
icatto@kirkland.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jaclyn.genchi@kayescholer.com
jacobsonn@sec.gov
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdrucker@coleschotz.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jessica.fink@cwt.com
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgarrity@shearman.com
jgenovese@gjb-law.com

jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
john@crumbielaw.com
joli@crlpc.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jtimko@shutts.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com

# LEHMAN BROTHERS HOLDINGS INC.
### EMAIL SERVICE LIST

jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kerry.moynihan@hro.com
kobak@hugheshubbard.com
korr@orrick.com
kostad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lthompson@whitecase.com
lubell@hugheshubbard.com

lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanchet@mayerbrown.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com

rgmason@wlrk.com
rgraham@whitecase.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com

# LEHMAN BROTHERS HOLDINGS INC.
## EMAIL SERVICE LIST

sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bslawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tweeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**EXHIBIT D**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT E

| Claim Name | Address Information |
|---|---|
| ATRIUM III | ATTN: ALLEN GAGE 1 MADISON AVE, 9TH FLOOR NEW YORK NY 10010 |
| ATRIUM III | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| BLUE ANGEL CLAIMS LLC | TRANSFEROR: BKW FMB ENERGIE AG ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| ENECO ENERGY TRADE BV | C/O HUNTON & WILLIAMS LLP ATTN: JR SMITH, ESQ. RIVERFRONT PLAZA, EAST TOWER 951 E. BYRD STREET RICHMOND VA 23219-4074 |
| HORIZON II INTERNATIONAL LIMITED | HSBC HOUSE ATTN: SCOTT AITKEN 68 WEST BAY ROAD PO BOX 1109 GT GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD | HSBC HOUSE ATTN: SCOTT AITKEN 68 WEST BAY ROAD PO BOX 1109 GT GRAND CAYMAN KY1-1101 CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LTD | HSBC BANK USA, NATIONAL ASSOCIATION CORPORATE TRUST & LOAN AGENCY ATTN: SANDRA E. HORWITZ 452 5TH AVENUE NEW YORK NY 10018-2706 |
| HORIZON II INTERNATIONAL LTD | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| PHOENIX II MIXED L S.A.R.L. | JER REAL ESTATE ADVISORS (UK) LTD ATTN:   COLIN BLACKMORE CLARGES HOUSE, CLARGES STREET LONDON WIJ 8AD UNITED KINGDOM |
| PHOENIX II MIXED L S.A.R.L. | SHEARMAN & STERLING NED S SCHODEK, MICHAEL H TORKIN 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PHOENIX III MIXED U S A.R.L. | JER REAL ESTATE ADVISORS (UK) LTD ATTN:   COLIN BLACKMORE CLARGES HOUSE, CLARGES STREET LONDON W1J 8AD MA 02116 UNITED KINGDOM |
| PHOENIX III MIXED U S A.R.L. | SHEARMAN & STERLING NED S SCHODEK, MICHAEL H TORKIN 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| QUINTESSENCE FUND LP | ROBIN E. KELLER, ESQ. LOVELLS LLP 590 MADISON AVE, 7TH FLOOR NEW YORK NY 10022 |
| QUINTESSENCE FUND LP | LOVELLS LLP ATTN: ROBIN E. KELLER, ESQ. 590 MADISON AVENUE, 7TH FLOOR NEW YORK NY 10022 |
| QUINTESSENCE FUND LP | LOVELLS LLP ATTN: ROBIN E. KELLER, ESQ. 590 MADISON AVENUE, 7TH FLOOR NEW YORK NY 10026 |
| QUINTESSENCE FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| QVT FUND LP | ROBIN E. KELLER, ESQ. LOVELLS LLP 590 MADISON AVE, 7TH FLOOR NEW YORK NY 10022 |
| QVT FUND LP | LOVELLS LLP ATTN: ROBIN E. KELLER, ESQ. 590 MADISON AVE, 7TH FLOOR NEW YORK NY 10022 |
| QVT FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10035 |
| QVT FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| WELLS FARGO BANK, NA | FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NA | FAEGRE & BENSON LLP ATTN:  MICHAEL M. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NA | AS TRUSTEE FOR THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2007-2 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O MICHAEL DOTY FAEGRE & BENSON LLP 2200 WELLS FARGO CENTER 90 SOUTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | MICHAEL F. DOTY FAEGRE & BENSON LLP 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | C/O MICHAEL F. DOTY FAEGRE & BENSON LLP 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

**Claim Name**          **Address Information**

**Total Creditor count  26**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| AMORTIZING RESIDENTIAL COLLATERAL TRUST | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. – MBS 99 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| AMORTIZING RESIDENTIAL COLLATERAL TRUST | MORTGAGE PASS–THROUGH CERTIFICAETS SERIRES 2002-BC1 MARTIN FEIG – VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE 101 BARCLAY STREET, 8 WEST NEW YORK NY 10286 |
| AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE | MICHAEL J VENDITTO, ESQ REED SMITH LLP 559 LEXINGTON AVENUE (CONTROL NO. MBS 101) NEW YORK NY 10022 |
| AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVE MBS 103 NEW YORK NY 10022 |
| AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVE CONTROL NO. MBS 102 NEW YORK NY 10022 |
| AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE | CERTIFICATES SERIES 2002-BC3 MARTIN FEIG – VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK NY 10286 |
| AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE | CERTIFICATES SERIES 2002-BC7 MARTIN FEIG – VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK NY 10286 |
| AMORTIZING RESIDENTIAL COLLATERAL TRUST, MORTGAGE | CERTIFICATES SERIES 2002-BC4 MARTIN FEIG – VICE PRESIDENT THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CREDITOR 101 BARCLAY STREET; 8 WEST NEW YORK NY 10286 |
| BERYL FINANCE LIMITED SERIES 2007-9 | C/O BNY CORPORATE TRUSTEE SERVICES ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-9 | C/O BNY CORPORATE TRUSTEE SERVICES ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-9 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2003-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: IMPAC CMB TRUST SERIES 2003-8 – IM0308 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DHM SALT LAKE CITY HOTEL LP | LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P. ATTN: JUDY TURCHIN / JI YEONG CHU 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| DHM SALT LAKE CITY HOTEL LP | LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P. ATTN: JUDY TURCHIN / JI YEONG CHU 1271 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK NY 10020 |
| DHM SALT LAKE CITY HOTEL LP | C/O LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P. ATTN : JUDY TURCHIN JI YEONG CHU 1271 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10020 |
| DHM SALT LAKE CITY HOTEL LP | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| EASTERN CONNECTICUT HEALTH NETWORK INC ON BEHALF O | MANCHESTER MEMORIAL HOSPITAL, THE ROCKVILLE GENERAL HOSPITAL, INC. ECHN ELDERCARE SERVICES, INC. AND ECHN COMMUNITY HEALTHCARE FOUNDATION INC ATTN: LLOYD PELLETIER 71 HAYNES STREET MANCHESTER CT 06040-4131 |
| ETHIAS SA | BIRD & BIRD LLP AVENUE D'AUDERGHEM 22-28 BRUSSELS 1040 BELGIUM |
| ETHIAS SA | ATTN: THE CFO; DEPARTEMENT FINANCES 1006 RUE DES CROISIER 24 LIEGE 4000 BELGIUM |
| ETHIAS SA | ATTN OF THE CFO RUE DE CROISIERS 24 DEPARTEMENT FINANCES 1006 LIEGE 4000 BELGIUM |
| ETHIAS SA | ATTN: THE CFO DEPARTEMENT FINANCES 1006 RUE DES CROISIERS 24 LIEGE 4000 BELGIUM |
| HD AMERICAN TRUST | 33 WEST 81ST STREET NEW YORK NY 10024 |
| RUBY FINANCE PLC – SERIES 2004-2 | C/O BANK OF NEW YORK MELLON – LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATION TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC – SERIES 2004-2 | C/O BANK OF NEW YORK MELLON – LONDON BRANCH, THE ATTN: SANJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE PLC – SERIES 2004-2 | KINGDOM |
| RUBY FINANCE PLC – SERIES 2004-2 | RUBY FINANCE PLC – SERIES 2004-2 REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SOUTHALL INVESTMENTS S.A. | TRANEXCO 105482 P.O. BOX 02-5512 MIAMI FL 33102 |
| STICHTING PENSIOENFONDS ABP | C/O APG ASSET MANAGEMENT US INC ATTN: MARK SINGER 666 THIRD AVE, SECOND FLOOR NEW YORK NY 10017 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTENTION: FRANKLIN H. TOP, III ATTENTION: JAMES E. SPIOTTO ATTENTION: ANN E. ACKER 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST., 18TH FL. CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | JAMES E. SPIOTTO ANN E. ACKER FANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST., 18TH FL. CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | JAMES E. SPIOTTO & ANN E. ACKER & FRANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST, 18TH FLOOR CHICAGO IL 60603 |
| WELLS FARGO BANK, NA | FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NA | AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-18 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE FOR THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004-20 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004-16 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |

**Total Creditor count  38**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| CLARK, MONICA DIAZ | 941 ORANGE AVE - 403 CORONADO CA 92118 |
| FREIGE, OUSSAMA & ADELINE | ATALLAH FREIJ BUILDING, JAFETH STREET HAMRA 3RD FLOOR BEIRUT LEBANON |
| OLIVE TREE HOLDINGS, LLC | 45 BROADWAY, 25TH FLOOR NEW YORK NY 10006 |
| PIMCO JAPAN LOW DURATION ALPHA FUND | REGATTA OFFICE PARK WINDWARD 1, FIRST FLOOR P.O. BOX 31371 GRAND CAYMAN KY1-1206 CAYMAN ISLANDS |
| PIMCO JAPAN LOW DURATION ALPHA FUND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| RACE, ERIC | C/O STEVEN EICHEL CROWELL & MORING LLP 590 MADISON AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| RACE, ERIC | 6404A PICKENS ST HOUSTON TX 77007 |
| RAIFFEISEN BANK RT | ATTN: ZSUZSANNA VARGE BIRONE RAIFFEISEN BANK ZRT 6 AKADEMIA U BUDAPEST 1054 HUNGARY |
| RAIFFEISEN BANK RT | ATTN: MRS ZSUZSANNA VARGE BIRONE RAIFFEISEN BANK ZRT 6 AKADEMIA U BUDAPEST 1054 HUNGARY |
| SINGAPORE AIRLINES LIMITED | C/O J. MONAGHAN, ESQ. HOLLAND & KNIGHT LLP 10 ST. JAMES AVENUE BOSTON MA 02116 |
| SORRENTINO, RENE | KLOSTERDAMM 73 DELMENHORST 27749 GERMANY |
| TALBOT FAMILY LIMITED PARTNERSHIP | 15 CATHEDRAL AVENUE GARDEN CITY NY 11530 |
| TONG WING YIU | ROOM 1204, SHING WING HOUSE, YUE SHING COURT SHATIN NEW TERRITORIES HONG KONG |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | C/O MICHAEL F. DOTY FAEGRE & BENSON LLP 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-11 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |

Total Creditor count  15

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| AVILA MASTER FUND LP | C/O ALCENTRA, INC. ATTN: PAUL HATFIELD 200 PARK AVENUE, 7TH FLOOR NEW YORK NY 10166 |
| AVILA MASTER FUND LP | MICHAEL PETTINGILL MCDERMOTT WILL & EMERY LLP 340 MADISON AVENUE NEW YORK NY 10173 |
| AVILA MASTER FUND LP | MICHAEL PETTINGILL MCDERMOTT WILL & EMERY LLP 340 MADISON AVENUE NEW YORK NY 10173-1922 |
| BARCLAYS BANK PLC | TRANSFEROR: HORIZON II INTERNATIONAL LIMITED 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BLUE ANGEL CLAIMS LLC | TRANSFEROR: AES EASTERN ENERGY L.P. ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| CASSA DI RISPARMIO DI ASTI | BANCA C.R. ASTI SPA PIAZZA LIBERTA 23 ASTI 14100 ITALY |
| CASSA DI RISPARMIO DI ASTI | ATTN:BACK OFFICE FINANZA BANCA C.R. ASTI SPA PIAZZA LIBERTA 23 ASTI 14100 ITALY |
| CFIP MASTER FUND LIMITED | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: STEVEN J NOVATNEY C/O CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE SUITE 3495 CHICAGO IL 60606 |
| CFIP MASTER FUND LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LEGAL DEPARTMENT 71 S. WACKER DRIVE, STE 3495 CHICAGO IL 60606 |
| CFIP MASTER FUND, LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. CHICAGO FUNDAMENTAL INVESTMENT PARTNERS, LLC 71 SOUTH WACKER DRIVE, STE 3495 CHICAGO IL 60606 |
| COAST DIVERSIFIED FUND, LTD. | CADWALADER, WICKERSHAM & TAFT LLP 1201 F. ST. N.W SUITE 1100 ATTENTION: MARK C. ELLENBERG, ESQ. WASHINGTON DC 20004 |
| COAST DIVERSIFIED FUND, LTD. | CADWALADER, WICKERSHAM & TAFT LLP 1201 F. ST. N.W SUITE 1100 ATTENTION: MARK C. ELLENBERG, ESQ. WASHINGTON DC 20004 |
| COAST DIVERSIFIED FUND, LTD. | C/O COAST ASSET MANAGEMENT LLC 2450 COLORADO AVE. SUITE 100 EAST TOWER SANTA MONICA CA 90404 |
| COAST DIVERSIFIED FUND, LTD. | C/O COAST ASSET MANAGEMENT LLC 2450 COLORADO AVE. SUITE 100 EAST TOWER ATTENTION: JONATHAN JACBOS, GENERAL COUNSEL SANTA MONICA CA 90404 |
| CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD | TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I C/O HARBINGER CAPITAL PARTNERS LLC 450 PARK AVENUE, 30TH FL NEW YORK NY 10022 |
| CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD. | TRANSFEROR: HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. C/O HARBINGER CAPITAL PARTNERS LLC 450 PARK AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, LTD. | C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GENWORTH LIFE INSURANCE COMPANY ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. ATTN: JEFFERY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: Q-BLK ALPHA TRANSPORT TRUST - US BOND (PENSION) FUND C/O DEUTSCHE BANK SECURITIES, INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: Q-BLK ALPHA TRANSPORT TRUST - US BOND (PENSION) FUND C/O DEUTSCHE BANK SECURITIES, INC. ATTN: MATT WEINSTEIN 60 WALL STREET, NEW YORK NY 10005 |
| DIVERSIFIED INFLATION STRATEGIES LP | C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON MA 02019 |
| DIVERSIFIED INFLATION STRATEGIES LP | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| DOVER MASTER FUND II, L.P. | TRANSFEROR: AGFIRST FARM CREDIT BANK C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| ETON PARK FUND, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| ETON PARK MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FL NEW YORK NY 10022 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: TPG-AXON PARTNERS (OFFSHORE), LTD. C/O GOLDMAN, SACHS & CO. ATTN: A. CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: TPG- AXON PARTNERS, LP C/O GOLDMAN, SACHS & CO. ATTN: A. CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SERENGETI RAPAX MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING PARTNER ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GPC 79, LLC | C/O SEWARD & KISSEL LLP ATTN: JUSTIN SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| GPC 79, LLC | JEFFREY DILLABOUGH GPC 79, LLC C/O WEISS MULTI-STRATEGY ADVISERS LLC 320 PARK AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED), LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND, LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK NY 10065 |
| HBK MASTER FUND L.P. | HUNTON & WILLIAMS LLP ATTN: J.R. SMITH ESQ. 951 EAST BYRD ST RICHMOND VA 23219 |
| HBK MASTER FUND L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HCM/Z SPECIAL OPPORTUNITIES  LLC | C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. PO BOX 6463 NEW YORK NY 10150 |
| JADE TREE I, L.L.C. | ESBIN & ALTER, LLP ATTN: SCOTT L. ESBIN 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10004 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SILVER LAKE CREDIT FUND, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| LOOMIS STREET, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: ADAM REISS C/O ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| MARINER ATLANTIC US BONDS, LTD. | ATTN: JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| MARINER ATLANTIC US BONDS, LTD. | JOHN KELTY MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE HARRISON NY 10528 |

| Claim Name | Address Information |
|---|---|
| MARINER PARTNERS US BONDS LP | C/O MARINER INVESTMENT GROUP, LLC ATTN: JOHN KELTY 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| MARINER PARTNERS US BONDS LP | MARINER INVESTMENT GROUP LLC ATTN: JOHN KELTY 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MARINER PARTNERS US BONDS LP | C/O MARINER INVESTMENT GROUP, INC. 500 MAMARONECK AVENUE SUITE 101 NEW YORK NY 10528 |
| MERCURIA ENERGY TRADING PTE LTD | C/O MERCURIA ENERGY TRADING SA ATTN: FRANCOIS SORNAY 50, RUE DU RHONE GENEVA 1204 SWITZERLAND |
| MERCURIA ENERGY TRADING PTE LTD | C/O MERCURIA ENERGY TRADING SA ATTN: FRANCOIS SORNAY 50, RU DU RHONE GENEVA 1204 SWITZERLAND |
| MERCURIA ENERGY TRADING PTE LTD | HAROLD OLSEN STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| MERCURIA ENERGY TRADING SA | ATTN: FRANCOIS SORNAY 50, RUE DU RHONE GENEVA 1204 SWITZERLAND |
| MERCURIA ENERGY TRADING SA | HAROLD OLSEN STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| OAKTREE VALUE OPPORTUNITIES FUND LP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVE OF THE AMERICAS NEW YORK NY 10019 |
| OAKTREE VALUE OPPORTUNITIES FUND LP | ATTN: RICHARD TING 333 SOUTH GRAND AVE 28TH FLOOR LOS ANGELES CA 90071 |
| OGI ASSOCIATES, LLC | C/O SEWARD & KISSEL LLP ATTN: JUSTIN SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| OGI ASSOCIATES, LLC | JEFFREY DILLABOUGH OGI ASSOCIATES LLC C/O WEISS MULTI-STRATEGY ADVISERS LLC 320 PARK AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| PB CAPITAL CORPORATION | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS 75008 FRANCE |
| PB CAPITAL CORPORATION | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| PB CAPITAL CORPORATION | ATTN: GENERAL COUNSEL 230 PARK AVENUE NEW YORK NY 10169 |
| RAYTHEON COMPANY COMPANY COMBINED DEFINED CONTRIBU | C/O THE BANK OF NEW YORK MELLON ATTN: CHRISTINE CARR SMITH 50 FREMONT STREET, SUITE 1600 SAN FRANCISCO CA 94105 |
| RAYTHEON MASTER PENSION TRUST | C/O THE BANK OF NEW YORK MELLON ATTN: CHRISTINE CARR SMITH 50 FREMONT STREET, SUITE 1600 SAN FRANCISCO CA 94105 |
| REAL ASSETS PORTFOLIO LP | C/O WELLINGTON MANAGEMENT COMPANY, LLP ATTN: DONALD CAIAZZA 75 STATE STREET BOSTON MA 02019 |
| REAL ASSETS PORTFOLIO LP | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| REDWOOD MASTER FUND, LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: JONATHAN KOLATCH & RUBEN KLIKSBERG 910 SYLVAN AVENUE ENGLEWOOD CLIFFS NJ 07632 |
| SCAGO EDUCATIONAL FACILITIES CORP FOR | SUMTER COUNTY SCHOOL DISTRICT 17 C/O MCNAIR LAW FIRM, P.A ATTN: ELIZABETH (LISA) J. PHILIP & MICHAEL J. SEEZEN 100 CALHOUN STREET, SUITE 400 CHARLESTON SC 29401 |
| SCAGO EDUCATIONAL FACILITIES CORP FOR | WILLIAMSBURG SCHOOL DISTRICT C/O MCNAIR LAW FIRM, P.A ATTN: ELIZABETH (LISA) J. PHILIP & MICHAEL J. SEEZEN 100 CALHOUN STREET, SUITE 400 CHARLESTON SC 29401 |
| SCAGO EDUCATIONAL FACILITIES CORPORATION FOR SUMTE | DISTRICT 17 C/O MCNAIR LAW FIRM, P.A. ATTN: ELIZABETH (LISA) J. PHILP AND MICHAEL J. SEEZEN 100 CALHOUN STREET, SUITE 400 CHARLESTON SC 29401 |
| SEB AG | ATTN: KARL-HEINZ BRIESE BEN GURION RING 174 FRANKFURT AM MAIN 60437 GERMANY |
| SERENGETI OVERSEAS MM L.P. | TRANSFEROR: JP MORGAN CHASE BANK N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OVERSEAS MM L.P. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SERENGETI PARTNERS LP | TRANSFEROR: JP MORGAN CHASE BANK N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI PARTNERS LP | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SOLUS CORE OPPORTUNITIES MASTER FUND | ATTN: JOSEPH LONETTO, ESQ 430 PARK AVENUE, 12TH FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| LTD | ATTN: JOSEPH LONETTO, ESQ 430 PARK AVENUE, 12TH FLOOR NEW YORK NY 10022 |
| SPCP GROUP, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP; ATTN: ADAM J DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, L.L.C. | DAY PTINEY LLP ATTN: RONALD S BEACHER, ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, L.L.C. | DAY PITNEY LLP ATTN: RONALD S BEACHER, ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH CT 06830 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHERS 7 TIMES SQUARE NEW YORK NY 10036 |
| STATE STREET BANK AND TRUST COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVE NEW YORK NY 10022-4689 |
| STATE STREET BANK AND TRUST COMPANY | ATTN: KEVIN L. COURTNEY ESQ 1776 HERITAGE DRIVE A5N NORTH QUINCY MA 02171 |
| ULTRA MASTER LTD. | ATTN: JOSEPH LONETTO, ESQ. 430 PARK AVENUE, 12TH FLOOR NEW YORK NY 10022 |
| ULTRA MASTER LTD. | ATTN: JOSEPH LONETTO 430 PARK AVENUE, 12TH FLOOR NEW YORK NY 10022 |
| WEISS MULTI-STRATEGY PARTNERS LLC | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| WEISS MULTI-STRATEGY PARTNERS LLC | JEFFREY DILLABOUGH WEISS MULTI-STRATEGY PARTNERS LLC C/O WEISS MULTI-STRATEGY ADVISERS LLC 320 PARK AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| WGZ BANK AG, WESTDEUTSCHE GENOSSENSCHAFTS-ZENTRALB | BEREICH RECHT/ LEGAL DEPARTMENT ATTN: CHRISTIANE SCHMITZ LUDWIG- ERHARD- ALLEE 20 DUSSELDORF D-40227 GERMANY |
| WGZ BANK AG, WESTDEUTSCHE GENOSSENSCHAFTS-ZENTRALB | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |

**Total Creditor count  96**

# EXHIBIT I

| Claim Name | Address Information |
|---|---|
| ACOSTA, FRANK L. | 2120 PARK CREEK LN UKIAH CA 95482-9364 |
| AHLI UNITED BANK B.S.C. | P.O. BOX 2424 (BLDG. 2495) ROAD 2832 / AL SEEF DISTRICT 428 MANAMA KINGDOM OF BAHRAIN |
| CEBFT RUSSELL FIXED INCOME II FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| CROCKETT, CLYDE & DARLEE J. TTEE | CROCKETT CHRTBLE RMDR UNITRUST U/A 6/27/94 FBO CAL WESTERN LAW SCHOOL 7981 PROSPECT PL LA JOLLA CA 92037 |
| DANIELSON, PAUL T | REVOCABLE LIVING TRUST 1903 N VILLAGE AVE TAMPA FL 33612-3946 |
| DUNN, BOBBY J. | 604 PALO ALTO LN CEDAR PARK TX 78613 |
| GASTON, GARY | 1919 MARSH COVE BILOXI MS 39532 |
| HSU HWEY YUN | NO.3-3, ALLEY 20, LANE 125, SEC 2 FUSING S. ROAD DA-AN DISTRICT TAIPEI 106 TAIWAN, PROVINCE OF CHINA |
| JAMES E. HUTTO IRA | JESSE MOORE, HUNTON & WILLIAMS LLP 1445 ROSS AVE STE 3700 DALLAS TX 75202-2799 |
| KETCHAM, THOMAS G. (IRA) | JOHN F. KETCHAM TRUST 13608 AVISTA DR. TAMPA FL 33624 |
| KULISH, DWAYNE | 156 IVY ST KEARNY NJ 07032 |
| LEBER, LORRAINE | 2745 E. DEL MAR BLVD. PASADENA CA 91107 |
| REVELOTIS, DENNIS CHARLES | 66 FULLER POND RD MIDDLETON MA 01949 |
| RIC RUSSELL STRATEGIC BOND FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| SCHMIDT, JOSEPH W & BEATRICE | 810 W. 12TH STREET RENO NV 89503 |
| SE INDIAN SHRINE CLUB | 503 S. HIGH STREET RISING SUN IN 47040-1124 |
| TASHLIK, THEODORE WM | IRA CUSTODIAN 9 OVERLOOK CIR MANHASSET NY 11030-3933 |
| TELLING, DR. FRED W | 2068 COUNTRY CLUB DRIVE PORT ORANGE FL 32128 |

**Total Creditor count  18**

**EXHIBIT J**

| Claim Name | Address Information |
| --- | --- |
| COCKING, JOHN | 11923 GALENTINE POINT CYPRESS TX 77429 |
| CUTLER, GARY A. | 40 COLLEGE STREET, SUITE 302 BURLINGTON VT 05401 |
| HECHINGER, JOHN W | MINTZ LEVIN ATTN: JACQUELYN A. CANNATA ONE FINANCIAL CENTER BOSTON MA 02111 |
| HECHINGER, JOHN W | 970 WEST BROADWAY PMB 300 P.O. BOX 30,000 JACKSON WY 83002 |
| MISON,ROBERT J. | 7920 TRINITY CIRCLE UNIT 4SW TINLEY PARK IL 60487 |
| MORRIS-BROGAN, LINDA | 12434 CARRIAGE HILL DR. HOUSTON TX 77077-2908 |
| NOTO, LUCIO A. | 215 OTTER ROCK DRIVE GREENWICH CT 06830 |
| ROYLE, ROBERT C. | 1486 BUTT OAK ROAD TOMS RIVER NJ 08755-0813 |
| SBLI USA MUTUAL LIFE INSURANCE CO., INC. | ATTN: ROBERT DAMANTE, EVP AND CFO 460 WEST 34TH STREET, STE. 800 NEW YORK NY 10001-2320 |
| UBELHART, KAREN A | 800 WEST END AVE APT 7A NEW YORK NY 10025-5467 |

**Total Creditor count  10**

**EXHIBIT K**

| Claim Name | Address Information |
|---|---|
| ATTIC ANGEL ASSOCIATION | 640 JUNCTION ROAD MADISON WI 53717 |
| BERYL FINANCE  LIMITED 2005-15 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE  LIMITED 2005-15 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED 2005-10 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED 2005-10 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED 2005-12 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED 2005-12 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| CAPITAL AUTOMOTIVE L.P. | C/O BLANK ROME LLP ATTN: ANDREW B. ECKSTEIN 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| CAPITAL AUTOMOTIVE L.P. | CAPTIAL AUTOMOTIVE L.P. C/O BLANK ROME LLP ATTN: ANDREW B. ECKSTEIN 405 LEXINGTON AVE NEW YORK NY 10174 |
| CAPITAL AUTOMOTIVE L.P. | CAPITAL AUTOMOTIVE L.P. C/O BLANK ROME LLP ATTN: ANDREW B. ECKSTEIN 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| CAPITAL AUTOMOTIVE L.P. | ATTN: DAVID S. KAY, SENIOR VICE PRESIDENT AND CFO 8270 GREENSBORO DRIVE, SUITE 950 MCLEAN VA 22102 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | AS TRUSTEE OF SCHILLER PARK CLO C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: CDO BUSINESS UNIT - SCHILLER PARK CLO 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: CDO BUSINESS UNIT - SCHILLER PARK CLO 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92710 |
| ESPRIT INTERNATIONAL LIMITED | HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGETOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| ESPRIT INTERNATIONAL LIMITED | JENNIFER C. DEMARCO & DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | ASSET CERTIFICATES WITH ENHANCED RETURNS SERIES 2000-24-A-HSBC CTLA-STRUCTURED FINANCE ATTN: CHI S. LE 10 EAST 40TH STREET, 14TH FLOOR NWE YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | TINA N. MOSS, ESQ. PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| MADISON AVENUE STRUCTURED FINANCE CDO I | C/O METLIFE P.O BOX 1902 10 PARK AVENUE MORRISTOWN NJ 07962 |
| MADISON AVENUE STRUCTURED FINANCE CDO I | TODD LURIE, ESQ. C/O METLIFE INVESTMENTS - LEGAL DEPT. P.O BOX 1902 10 PARK AVENUE MORRISTOWN NJ 07962 |
| SAPHIR FINANCE PLC - SERIES 2006-4 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-4 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 214 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-4 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-6 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-6 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 216 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO, ANN E. ACKER, AND FRANKLIN H. TOP III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |

| Claim Name | Address Information |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION | JAMES E. SPIOTTO, ANN E. ACKER AND FRANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 11 WEST MONROE ST., 18TH FL. CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | JAMES E. SPIOTTO, ANN E. ACKER AND FRANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST., 18TH FL. CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP, III 111 WEST MONROE ST., 18TH FL CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP, III 111 WEST MONROE ST., 18TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III CHAPMAN AND CUTLER LLP 111 WEST MONROE ST., 18TH FL. CHICAGO IL 60603 |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN SANAJAY JOBANPURTRA, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-11 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 247 NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-8 | ATTN: SANAJAY JOBANPUTRA– VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON– LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-8 | ATTN: SANAJAY JOBANPUTRA C/O THE BANK OF NEW YORK MELLON– LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-8 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |

**Total Creditor count  39**

**EXHIBIT L**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ADKINS MATCHETT & TOY | LINDEN HOUSE, 55 SOUTH BAR BANBURY, OXON OX16 9AB UNITED KINGDOM |
| ALWAYS IN SEASON INC | P.O BOX 271502 HOUSTON TX 77277-1502 |
| AMANN ESTABROOK CONSERVATION ASSOCIATES | 435 HUDSON ST RM 200 NEW YORK NY 100143962 |
| ATS SPA | VIA FERRUCCI MILANO 2-20145 ITALY |
| BELOW VON ANTON & CO. | GROSSE THEATERSTRASSE 42 HAMBURG 20354 GERMANY |
| BOWMAN GILFILLAN INC | PO BOX 785812 SANDTON 2146 SOUTH AFRICA |
| BUSINESS VALUATION ADVISORS LLC | DOUGLAS K. RUDLEY 5601 GRANITE PARKWAY, SUITE 740 PLANO TX 75024-6654 |
| C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK) | TRANSFEROR: KNIGHTSBRIDGE GUARDING LTD C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE COBHAM, SURREY KT11 2PD UNITED KINGDOM |
| CADET, PIERRE | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| CADET, PIERRE | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| CHAPMAN AND CUTLER LLP | 595 MARKET STREET, 26TH FLOOR SAN FRANCISCO CA 94105 |
| CHECO, MANUEL | NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| CIGANEK, THOMAS | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET - 3RD FLOOR NEW YORK NY 10007 |
| CLAYTON SERVICES, INC. | C/O JOSEPH L. CLASEN AND CHRISTOPHER MAJOR ROBINSON & COLE LLP 1055 WASHINGTON BLVD. STAMFORD CT 06901 |
| COMNY SYSTEM CO., LTD | 1-28-17 NAGATA NAKANO-KU TOKYO 13 JAPAN |
| COSTELLO MAIONE SCHUCH | DBA CMS INNOVATIVE CONSULTANTS 8 FLETCHER PLACE MELVILLE NY 11747 |
| D'AMBROSI, CARLO | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET - 3RD FLOOR NEW YORK NY 10007 |
| DELOITTE & TOUCHE FINANCIAL ADVISORY SERVICES LIMI | 30/F, BUNDER CENTER 222 YAN AN ROAD EAST SHANGHAI 200002 CHINA |
| DON PROHASKA & ASSOCIATES | 3465 REGENT AVENUE EUSENE OR 97401 |
| EMC (BENELUX) BV, SARL | C/O RECEIVEABLE MANAGEMENT SERVICES ("RMS") PO BOX 5126 TIMONIUM MD 21094 |
| EMIRATES TRADING ESTABLISHMENT | AL MAKHAWI BUILDING PO BOX 1059 DUBAI 1059 UNITED ARAB EMIRATES |
| EURO TRADING CAPITAL MARKET | 13 RUE VIVIENNE PARIS 75002 FRANCE |
| EUROSERVE HIZMET VE ISLETMECILIK A.S. | STFA IS MERKEZI ANKARA ASFALTI YESILVADI SOKAK NO: 1 KAT: 5 BOSTANCI ISTANBUL 34744 TURKEY |
| FAYER, RUSSELL A. | 111 CHURCH STREET WHITE PLAINS NY 10601 |
| FIRSTCO LLC | M/035 AL DURRAH TOWER NEXT CROWNE PLAZA SHEIK ZAYED ROAD DUBAI 214373 UNITED ARAB EMIRATES |
| FORSYTH STREET ADVISORS LLC | 588 BROADWAY SUITE 1208 NEW YORK NY 10012 |
| GARRAD HASSAN CANADA, INC. | MARC LEBLANC 151 SLATER ST., SUITE 806 OTTAWA, ONTARIO K1P 5H3 CANADA |
| GKG LAW, P.C. (FORMERLY GALLAND, | KHARASCH, GREENBERG, FELLMAN & SWIRSKY) 1054 31ST STREET, N.W., STE. 200 WASHINGTON DC 20007-4492 |
| GRAY, GLENN N. | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET - 3RD FLOOR NEW YORK NY 10007 |
| GREENFIELD'S OTP LLC | 15 PALATINE ROAD CALIFON NJ 07830 |
| HAWKINS DELAFIELD & WOOD, LLP | ATTN: KENNETH B. ROBERTS ONE CHASE MANHATTAN PLAZA, 42ND FL. NEW YORK NY 10005 |
| HUNTON & WILLIAMS LLP | C/O LINDSAY K. BIGGS, ESQ. 951 EAST BYRD STREET RICHMOND VA 23219 |
| INMARKETS INC. | 8105 STONEHILL DRIVE PLANO TX 75025 |
| INTERLINE BRANDS, INC. DBA SEXAUER | 801 WEST BAY STREET JACKSONVILLE FL 32204 |
| IRODA, NAGY ES TROCSANYI UGYVEDI | UGOCSA UTCA 4/B BUDAPEST 1126 HUNGARY |
| JAMES, NOEL | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET - 3RD FLOOR NEW YORK NY 10007 |
| JONES LANG LASALLE PROPERTY CONSULTANTS PTE LTD. | C/O JOSEPH D. FRANK FRANK/GECKER LLP 325 N. LASALLE STREET, SUITE 625 CHICAGO IL 60654 |

| Claim Name | Address Information |
|---|---|
| K.C. DAT LTD | 17TH FLOOR 3 LOCKHART ROAD WANCHAI HONG KONG |
| KYRIAKIDES GEORGOPOULOS & DANIOLOS ISSAI | 28, DIMITRIOU SOUTSOU STREET ATHENS 11521 GREECE |
| LANDAU MEDIA MONITORING AG & CO. KG | FRIEDRICHSTRABE 30 BERLIN 10969 GERMANY |
| LOYENS & LEOFF | 26 THROGMORTON STREET LONDON EC2N 2AN UNITED KINGDOM |
| LYRECO (CANADA) INC | 7303 WARDEN AVE, SUITE 200 MARKHAM, ONT. L3R 5Y6 CANADA |
| MAGSTAT CONSULTING SRL | VIA MONTE GRAPPA 3-40121 BOLOGNA (BO) ITALY |
| MARKET NEWS INTERNATIONAL INC. | 40 FULTON ST 5TH FL NEW YORK NY 10038 |
| MTS CETO SA | AL. ARMII LUDOWEJ 26 WARSAW 00-609 POLAND |
| NITTAN CAPITAL SINGAPORE PTE LTD | MICHELLE CHUA 9 RAFFLES PLACE, # 16 - 21 REPUBLIC PLAZA II 048619 SINGAPORE |
| NITTAN FX LIMITED | 3-14, 3-CHOME NIHONBASHI HONGOKUCHO CHUO-KU TOKYO 103-0021, JAPAN JAPAN |
| ON THE WALL GALLERY, (DUBLIN) LTD. | (OR KERLIN GALLERY) JOHN KENNEDY, DIRECTOR ANNE'S LANE, SOUTH ANNE STREET DUBLIN 2 IRELAND |
| PARKER CLARK EXECUTIVE RECRUITMENT INC | 420 LEXINGTON AVE RM 2547 NEW YORK NY 101702599 |
| PESANTES, SERGIO | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| PIERRE, HEURTELOU | NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FL NEW YORK NY 10007 |
| PLATZ, JAMES | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| PRYOR, JEFFREY M. | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| RABASSA, AUGUSTIN | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| RICCIUTO, GERARD | ATTN:  NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| RIGHT MANAGEMENT, INC. | ATTN: PRINCE ALTEE THOMAS, ESQ. FOX ROTHSCHILD LLP 2000 MARKET STREET, 20TH FLOOR PHILADELPHIA PA 19103-3222 |
| RIVERA, HECTOR J. | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET - 3RD FLOOR NEW YORK NY 10007 |
| SAS SOFTWARE LTD | WITTINGTON HOUSE HENLEY ROAD MEDMENHAM MARLOW BUCKS SL7 2EB UNITED KINGDOM |
| SIGMA ENERGY SOLUTIONS INC. | DAVID A. HAZELTON 2000 DAY HILL ROAD WINDSOR CT 06095 |
| SMYTH, EDWARD P. | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| SUAREZ & NARVASA | 3/F CSJ BUILDING 105 AGUIRRE STREET LEGASPI VILLAGE MAKATI CITY 4149 PHILIPPINES |
| SULLIVAN, CHRISTIAN | PAID DETIAL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET-3RD FLOOR NEW YORK NY 10007 |
| TAVERAS, ROBIN | NYPD PAID DETAILUNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| TEAM RELOCATIONS | DRURY WAY BRENT PARK LONDON NW10 0JN UNITED KINGDOM |
| TEJERA, JUAN | PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET-3RD FLOOR NEW YORK NY 10007 |
| THON STANHOPE HOTEL SA | AVENUE LOUISE 91- 93 BRUSSELS 1050 BELGIUM |
| TOWERS PERRIN | ATTN: GAIL HIESTARD 263 TRESSER BOULEVARD ONE STAMFORD PLAZA, 6TH FLOOR STAMFORD CT 06901 |
| VALENTINE, CHRISTOPHER | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET- 3RD FLOOR NEW YORK NY 10007 |
| VAZQUEZ JR., JUAN | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| VAZQUEZ, ELVIS | NYPD PAID DETAIL UNIT ATTN: NADINE POPE 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |

| Claim Name | Address Information |
|---|---|
| VUCKOVIC, JOSIP | ATTN: NADINE POPE PAID DETAIL UNIT 51 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 |
| WEDBUSH MORGAN SECURITIES INC. | ATTN:  CHARLES LACHAUSSEE, CORPORATE COUNSEL 1000 WILSHIRE BOULEVARD LOS ANGELES CA 90017 |
| XEROX CORP | XEROX CAPITAL SERVICES LLC ATTN: VANESSA ADAMS 1301 RIDGEVIEW DRIVE-450 LEWISVILLE TX 75057 |
| YAHOO! HOTJOBS | C/O BIALSON, BERGN & SCHWAB ATTN: LAWRENCE SCHWAB / THOMAS GAA 2600 EL CAMINO REAL, STE 300 PALO ALTO CA 94306 |

Total Creditor count  74

**EXHIBIT M**

| Claim Name | Address Information |
|---|---|
| AIU INSURANCE COMPANY JAPAN BRANCH | ATTN: CHIEF INVESTMENT OFFICER AIG BUILDING 1-1-3 MARUNOUCHI CHIYODA-KU TOKYO 100-8234 JAPAN |
| AIU INSURANCE COMPANY JAPAN BRANCH | ATTN: CHIEF INVESTMENT OFFICER AIG BUILDING 1-1-3 MARUNOUCHI CHIYODA-KU TOKYO 100-8234 JAPAN |
| AIU INSURANCE COMPANY JAPAN BRANCH | ATTN: CHIEF INVESTMENT OFFICER AIG BUILDING 1-1-3 MARUNOUCHI CHIYODA-KU TOKYO 100-8234 JAPAN |
| AKTIA BANK PLC | FOR THE BENEFIT OF CLIENTS MANNERHEIMINTIE 14 HELSINKI FIN-00100 FINLAND |
| AKTIA BANK PLC | FOR THE BENEFIT OF CLIENTS MANNERHEIMINETIE 14 HELSINKI FIN-00101 FINLAND |
| ANDRES HIBERNON GARCIA GORRITA DIAZ, JESUS GARCIA | CAYETANO GARCIA-GORRITA DIAZ, SUSANA GARCIA DIAZ, MILAGRO GARCIA- DIAZ, FRANCISCO CRISTOBAL GARCIA DIAZ, PALOMA GARCIA DIAZ, CARMEN GARCIA DIAZ, MARIA DESAMPARADOS GARCIA DIAZ ATTN: CARMEN GARCIA DIAZ AV PRIMADO REIG, 179 11-A, 46020 VALENCIA SPAIN |
| ARNDT, HEINRICH AND MARIANNE | RINGSTR. 30 MORFELDEN-WALLDORF D-64546 GERMANY |
| BANCA EUROMOBILIARE (SUISSE) | VIA BALESTRA 17 LUGANO 6900 SWITZERLAND |
| BANCA EUROMOBILIARE (SUISSE) | VIA BALESTRA 17 LUGANO 6900 SWITZERLAND |
| BANCA EUROMOBILIARE (SUISSE) | VIA BALESTRA 17 LUGANO 6900 SWITZERLAND |
| BANCA EUROMOBILIARE (SUISSE) | VIA BALESTRA 17 LUGANO 6900 SWITZERLAND |
| BANCA EUROMOBILIARE (SUISSE) | VIA BALESTRA 17 LUGANO 6900 SWITZERLAND |
| BANCO ITAU EUROPA LUXEMBOURG S.A | 29, AVENUE DE LA PORTE NEUVE LUXEMBOURG L-2227 LUXEMBOURG |
| BANCO ITAU EUROPA LUXEMBOURG S.A | 29, AVENUE DE LA PORTE NEUVE LUXEMBOURG L-2227 LUXEMBOURG |
| CAPITAL BANK GRAWE GRUPPE | BRANDHOFGASSE 22 GRAZ A-8010 AUSTRIA |
| CARES | CAIXA GERAL DE DEPOSITOS, SA - CAIXAGEST SA EDIFICIO CAIXA GERAL DE DEPOSITOS, AV JOAO XXI, N63-2 PISO LISBOA 1000-300 PORTUGAL |
| CASSA DI RISPARMIO DI ASTI S.P.A. | C/O REED SMITH LLP ATTN: DAVID M. GRIMES, ESQ. & JOHN L. SCOTT, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| CHONG SIU FUN | FLAT G, 3/F TSUEN WAN CENTRE TSUEN WAN, NT HONG KONG |
| CONVERIUM GE | C/O DEBORAH GALLETTI, IMMEUBLE SCOR, 1 AVENUE DU GENERAL DE GAULLE PARIS LA DEFENSE CEDEX 92074 FRANCE |
| CONVERIUM GE | ANDREW THAU SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036 |
| D'LUNA CANTON, JOSE FRANCISCO | LILIANA ASCENCIO DE LUNA/ VERONICA VANESSA/JACQUELINE/ CYNTHIA P. D'LUNA ASCENCIO RAYON #237 COL. OBRERA ENSENADA B.C. 22830 MEXICO |
| DE BEUSSCHER, STEPHANIE | RUE DE DREUMONT, 51A VILLERS-LA-VILLE 1495 BELGIUM |
| DE GUADALUPE PARAMO MUGUIRO, PATRICIA | JOSE MA DE LOS ANGELES OLIVEROS AV TORRESLANDA 204 PB COL EL PARQUE CELAYA GUANAJUATO 38010 MEXICO |
| DUPONT, ALBERT | 90 RUE BOIS SAINT JEAN STAVE 5646 BELGIUM |
| FILIPPO, DANIELE | STUDIO LEGALE MINEO - MUGGIA VIA DEL POZZO 46/B-33100 UDINE ITALY |
| FILIPPO, DANIELE | VIA ROMA 42 S GIOVANNI AL NATISONE 33100 ITALY |
| FILIPPO, DANIELE | VIA ROMA 42 S GIOVANNI AL NATISONE (UD) 33100 ITALY |
| FILIPPO, DANIELE | STUDIO LEGALE MINEO - MUGGIA VIA DEL POZZO 46/B UDINE (UD) 33100 ITALY |
| FOX, STEPHEN | 9 BLENHEIM ROAD LONDON W4 1UB UNITED KINGDOM |
| FUNDO DE PENSOES AON REPRENSENTED BY GROUPAMA SEGU | ATTN: MR. JOAO QUINTANILHA AVENIDA DE BERMA, 24 LISBOA D 1069-170 PORTUGAL |
| GIESBRECHT, HARTMUT | FICHTENSTR. 7 HIRSCHBERG D-69493 GERMANY |
| GLG CORE PLUS STERLING BOND FUND | (FORMERLY KNOWN AS SG CORE PLUS STERLING BOND FUND) 1 CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG CORE PLUS STERLING BOND FUND | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GOLDENTREE DISTRESSED DEBT FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK NY 10020 |
| GOLDENTREE DISTRESSED DEBT MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK NY 10020 |

| Claim Name | Address Information |
|---|---|
| HAGEDORN, CHRISTIAN | 350 W. 43RD ST., APT. 10D NEW YORK NY 10036 |
| HANG, CHAN WING | CHUN ST. MA ON SHAN, N.T. HONG KONG JAPAN |
| HEISS, EDMUND DR | ALMBUTTENWEG 15 EDRMISCH-PARTENKIRCHEN D-82467 GERMANY |
| HERRE, DORIS | WIESENSTR. 6 STRABBERG D72479 GERMANY |
| HEUN, PETER | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| HILLERBRAND, ASTRID | SCHLUESSELGASSE 8/11 VIENNA 1040 AUSTRIA |
| INSTITUTO BANCARIO SAMMARINESE S.P.A. | VIA III SETTEMBRE 99 DOGANA 47891 SAN MARINO |
| INSTITUTO BANCARIO SAMMARINESE S.P.A. | VIA III SETTEMBRE 99 DOGANA 47891 SAN MARINO |
| INSTITUTO BANCARIO SAMMARINESE S.P.A. | VIA III SETTEMBRE 99 DOGANA 47891 SAN MARINO |
| JANSEN, R.P. | ZHIDMAAD 6 OOSTERWOLDE FR 8431ZA NETHERLANDS |
| JOSEFINA FLORES OCHOA/SERGIO LEAL FLORES | ARCIGA 34 COL CENTRO PATZCUARO MICH 61600 MEXICO |
| JOSEFINA FLORES OCHOA/SERGIO LEAL FLORES | ARCIGA 34 COL CENTRO PATZCUARO MICH 61600 MEXICO |
| KLEINWORT BENSON PRIVATE BANK LIMITED | ATTN: MATTHEW GLASS 30 GRESHAM STREET LONDON EC2V 7PG UNITED KINGDOM |
| KLEINWORT BENSON PRIVATE BANK LIMITED | ATTN: MATTHEW GLASS 30 GRESHAM STREET LONDON EC2V 7PG UNITED KINGDOM |
| KLEINWORT BENSON PRIVATE BANK LIMITED | ATTN: MATTHEW GLASS 30 GRESHAM STREET LONDON EC2V 7PG UNITED KINGDOM |
| LA DISTRIBUTION MODERNE PICARDE | 18 AVENUE DE I'OPERA PARIS 75001 FRANCE |
| LA FE COMPANIA DE SEGUROS, S.A. | ELDUAYEN, 32-36202 VIGO (PONTEVEDRA) SPAIN |
| LANDESBANK BADEN-WURTTEMBERG | ATTN: DR. RICHARD SIGEL AM HAUPTBAHNHOF 2 STUTTGART 70173 GERMANY |
| LANDESBANK BADEN-WURTTEMBERG | DOUGLAS P. BARTNER, ESQ. SOLOMON J. NOH, ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LAUTENSCHLAGER, ROLF A. | SAUERBRUCHSTRASSE 31 MUENCHEN 81377 GERMANY |
| LINN ENERGY, LLC | C/O DONALD A. WORKMAN BAKER & HOSTETLER LLP 1050 CONNECTICUT AVE., N.W., SUITE 1100 WASHINGTON DC 20036 |
| LONDON LIFE INSURANCE COMPANY | ATTN: SCOTT SMITH, BOND INVESTMENTS 100 OSBOURNE STREET, NORTH WINNIPEG MB R3C 3AS CANADA |
| LONDON LIFE INSURANCE COMPANY | ATTN: SCOTT SMITH, BOND INVESTMENTS 100 OSBOURNE STREET, NORTH WINNIPEG MB R3C 3AS CANADA |
| MACINNES, GORDON A. TRUSTEE | TRUST GE BARTOL 03/01/1971 26 OLD HARTER RD MORRISTOWN NJ 07960-6364 |
| MAEDA FUDOSAN CO., LTD | ATTN: TUTOMO KUOMOTO, TREASURY DIVISION 1-2 NISITENMA 6-CHOME KITA-KU, O SAKA 530-0047 JAPAN |
| MAPFRE AGROPECUARIA COMPANIA INTERNACIONAL DE SEGU | MAPFRE EDIFICIO 1 ATTN: MR. CLAUDIO RAMOS HEAD OF INTERNATIONAL LEGAL DEPARTMENT CARRETERA DE POZUELO 52 MADRID 28220 SPAIN |
| MAPFRE AGROPECUARIA COMPANIA INTERNACIONAL DE SEGU | KATTEN MUCHIN ROSENMAN LLP ATTN: MARC TRACT 575 MADISON AVENUE NEW YORK NY 10022 |
| MAPFRE EMPRESAS S.A. DE SEGUROS Y REASEGUROS | MAPFRE EDIFICIO 1 ATTN: MR. CLAUDIO RAMOS HEAD OF INTERNATIONAL LEGAL DEPARTMENT CARRETERA DE POZUELO 52 MADRID 28220 SPAIN |
| MAPFRE EMPRESAS S.A. DE SEGUROS Y REASEGUROS | KATTEN MUCHIN ROSENMAN LLP ATTN: MARC TRACT 575 MADISON AVENUE NEW YORK NY 10022 |
| MAPFRE FAMILIAR COMPANIA DE SEGUROS Y REASEGUROS S | MAPFRE EDIFICIO 1 ATTN: MR. CLAUDIO RAMOS HEAD OF INTERNATIONAL LEGAL DEPARTMENT CARRETERA DE POZUELO 52 MADRID 28220 SPAIN |
| MAPFRE FAMILIAR COMPANIA DE SEGUROS Y REASEGUROS S | SEGUROS GENERALES COMPANIA DE SEGUROS Y REASEGUROS SA & MAPFRE AUTOMOVILES SA DE SEGUROS Y REASEGUROS KATTEN MUCHIN ROSENMAN LLP ATTN: MARC TRACT 575 MADISON AVENUE NEW YORK NY 10022 |
| MAPFRE VISA S.A. DE SEGUROS Y REASEGUROS SOBRE LA | MAPFRE EDIFICIO 1 ATTN: MR. CLAUDIO RAMOS HEAD OF INTERNATIONAL LEGAL DEPARTMENT CARRETERA DE PONZUELO 52 MADRID 28220 SPAIN |
| MAPFRE VISA S.A. DE SEGUROS Y REASEGUROS SOBRE LA | KATTEN MUCHIN ROSENMAN LLP ATTN: MARC TRACT 575 MADISON AVENUE NEW YORK NY 10022 |
| MONTES CABEZON, OVIDIO | CALLE CERRO DELAIRE NO 4, V 2301 MADRID, MALADAHOWDA 28220 SPAIN |
| MORZARIA, RAGINI | 7 EDWINA GARDENS REDBRIDGE ESSEX 1G4 5BS UNITED KINGDOM |
| MORZARIA, RAGINI | 7 EDWINA GARDENS REDBRIDGE ESSEX IG4 5BS UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| NEWCASTLE CITY COUNCIL, "NSW AUSTRALIA" | TREASURY ACCOUNTANT - ALISSA JONES PO BOX 489 NEWCASTLE NSW 2300 AUSTRALIA |
| NICAISE, LEANDRE | RUE DE LA PLACE, 19 7062 NAAST BELGIUM |
| OCHOA, JOSEFINA F. & FLORES, JOSEFINA L. | TIHUAPU Y AV MICH 253 VISTA BELLA FRACC LOMA DE VISTA BELLA MORELIA MICHOACAN 58090 MEXICO |
| PREVENTIVA, S.A. | ATTN: MR. LUIS POBLACIONES BUENO C/ ARMINZA, 2 MADRID 28023 SPAIN |
| PREVENTIVA, S.A. | DLA PIPER SPAIN S.L. ATTN: MARIA SEGIMON, ESQ. PASEO DE LA CASTELLANA, 35-2 MADRID 28046 SPAIN |
| PREVENTIVA, S.A. | DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| QATAR INSURANCE COMPANY | PO BOX 666 TAMIM STREET WEST BAY DOHA QATAR |
| RAYTHEON COMPANY MASTER TRUST FOR DEFINED CONTRIBU | ATTN: PAULA J. SASSO 870 WINTER STREET WALTHAM MA 02451-1449 |
| RAYTHEON COMPANY MASTER TRUST FOR DEFINED CONTRIBU | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| RAYTHEON COMPMANY MASTER TRUST FOR DEFINED CONTRIB | 870 WINTER STREET WALTHAM MA 02451-1449 |
| RAYTHEON COMPMANY MASTER TRUST FOR DEFINED CONTRIB | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| RESTRUCTURED ASET CERTIFICATES WITH ENCHANCED RETU | ATTN: MICHAEL VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RESTRUCTURED ASET CERTIFICATES WITH ENCHANCED RETU | I-P TRUST C/O THE BANK OF NEW YORK MELLON DEFUALT ADMINISTRATION GROUP 101 BARCLAY STEET NEW YORK NY 10286 |
| RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED | ATTN: MICHEAL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE D&T 51 NEW YORK NY 10022 |
| RESTRUCTURED ASSET CERTIFICATES WITH ENHANCED | RETURNS, SERIES 1998-I-P TRUST C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| SACHSISCHE AUFBAUBANK ("SAB") | PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS ATTN:  DAVID W. DYKHOUSE, ESQ. NEW YORK NY 10036-6710 |
| SCHMITT, HELGE-CHRISTIAN | JENNISGASSE 5 DONAUWORTH 86609 GERMANY |
| SCHULTZ, GISELA | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| SCOR HOLDING (UK) LIMITED | TRANSFEROR: CONVERIUM UK ATTN: ALAN GRANT 10 LIME ST. LONDON EC3M 7AA UNITED KINGDOM |
| ST. GALLER KANTONALBANK | ST. LEONHARDSTR. 25 ST. GALLEN CH-9001 SWITZERLAND |
| STICHTING PENSIOENFONDS DSM NEDERLAND | HET OVERLOON 1 TE 6411 NETHERLANDS |
| STICHTING PENSIOENFONDS SABIC EURO | PETROCHEMICALS HET OVERLOON 1 TE 6411 NETHERLANDS |
| STOHNER, UWE | HEINRICH-ZILLE-STR. 15A KOLN 50765 GERMANY |
| SUERTH, HERBERT | LINCKENSSTR. 27 MUENSTER 48167 GERMANY |
| TELEFONICA, S.A. | ATTN: CARLOS JIMENEZ ZATO / BELEN SOTOCA REDONDO DISTRITO C - EDIFICIO CENTRAL - PLANTA 3 RONDA DE LA COMUNICACION, S/N MADRID 28050 SPAIN |
| TELEFONICA, S.A. | ATTN: CARLOS JIMENEZ ZATO/BELEN SOTOCA REDONDO DISTRITO C - EDIFICIO CENTRAL - PLANTA 3 RONDA DE LA COMUNICACION, S/N MADRID 28050 SPAIN |
| TELEFONICA, S.A. | EILEEN BANNON, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| TELEFONICA, S.A. | IRENA GOLDSTEIN, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| TELEFONICA, S.A. | EILEEN BANNON, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| TELEFONICA, S.A. | IRENA GOLDSTEIN, ESQ. DEWEY & LEBOEUF 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| TENTWIN, DANIEL | EISENBERG 27 WERNIGERODE 38855 GERMANY |
| TEUFEL, SABINE | BLUMENSTR. 6 STRASSBERG 72479 GERMANY |
| TOKOYODA, TORU | 46 GOLDHILL AVENUE 06-46 HILLS APARTMENT SINGAPORE 309029 SINGAPORE |

| Claim Name | Address Information |
| --- | --- |
| TREE LLC | C/O HEYMAN & ASSOCIATES PO BOX 387905 LA JOLLA CA 92038-7905 |
| TSANG, KWONG FAI | FLAT 6, 11/F, BLK C, HONOR BLDG 78T TOKWAWAN ROAD TOKWA WAN KLN HONG KONG |
| VEDOVOTTO, ROBERTO | VIA OSPEDALE CIVILE 20 PADOVA 95121 ITALY |
| VIDRIO CHAVEZ, GERADDO ARMANDO | PASEO SAN RAIMUNDO 373 VALLE REAL ZAPOPAN JL 45100 MEXICO |
| WITTE, DORIS | CRANACHSTR. 8 MORFELDEN-WALLDORF 64546 GERMANY |
| YACHIYO BUILDING SERVICE CO., LTD | ATTN: TUTUMO KOUMOTO, TREASURY DIVISION 1-2 NISITENME 6-CHOME KITA-KU, O SAKA 530-0047 JAPAN |
| YORVIK PARTNERS LLP | TRANSFEROR: CAPITAL BANK GRAWE GRUPPE 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| ZAHNER, EDMUND | ADALBERT-STIFTER-RING 22A EBENHAUSEN 82067 GERMANY |
| ZIELKE, CLAUDIA AND UWE | FLURSTRASSE 4 73527 SCHWAEBISCH GMUEND GERMANY |
| ZIELKE, CLAUDIA AND UWE | FLURSTRASSE 4 73527 SCHWAEBISCH GMUEND GERMANY |
| ZIELKE, MARVIN | GROSSDEINBACH FLURSTRASSE 4 73527 SCHWAEBISCH GMUEND GERMANY |
| ZIELKE, RABEA ANTONIA | GROSSDEINBACH FLURSTRASSE 4 73527 SCHWAEBISCH GMUEND GERMANY |

**Total Creditor count  116**