UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
           Debtors.                                               :
                                                                  :    Ref. Docket Nos. 17115, 17415,
                                                                  :    17416, 17418-17420, 17422-17426
                                                                  :    17428, 17430, 17431, 17433
                                                                  :
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS SPECIAL FINANCING                                 :    08-13888 (JMP)
INC.,                                                             :    (Jointly Administered)
                                                                  :
           Debtors.                                               :    Ref. Docket No. 227
                                                                  :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 8, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
10th day of June, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

- 2 -

T:\Clients\LBH\Affidavits\Transfers\Transfers 17115, 17415, 17416, 17418-17420, 17422-17426, 17428, 17430, 17431, 17433; Adv 08-13888
DI 227_AFF_06-08-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                        |
In re                                   |   Chapter 11 Case No.
                                        |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |   08-13555 (JMP)
                                        |
                                        |   (Jointly Administered)
                                        |
            Debtors.                    |
                                        |
_____ |
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
   To:   DEEPHAVEN INTL CONVERTIBLE TRADING LTD.
         ATTN: MARTHA TSUCHIHASHI
         SPECIALTY FUND MGMT SERVICES LLC
         3600 SOUTH LAKE DRIVE
         ST. FRANCIS WI 53235
```

Please note that your claim # 64914-01 in the above referenced case and in the amount of $562,926.99 has been transferred **(unless previously expunged by court order)**

```
         GOLDMAN SACHS LENDING PARTNERS LLC
         TRANSFEROR: DEEPHAVEN INTL CONVERTIBLE TRADING LTD.
         C/O GOLDMAN, SACHS & CO.
         ATTN: LAUREN DAY
         30 HUDSON STREET, 36TH FLOOR
         JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 17115    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/08/2011                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 8, 2011.

**EXHIBIT B**

```
TIME: 12:57:12                                      LEHMAN BROTHERS HOLDING INC.                                      PAGE:  1
DATE: 06/08/11                                          CREDITOR LISTING
```

| Name | Address |
|---|---|
| AUSTARITY GROUP LLC | TRANSFEROR: BARCLAYS BANK PLC C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| BARCLAYS BANK PLC | TRANSFEROR: APPALOOSA INVESTMENT L.P.1 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: DEXIA BANK BELGIUM SA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: LBVN HOLDINGS, L.L.C. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: SERENGETI OVERSEAS LTD 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: SERENGETI PARTNERS LP 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: SERENGETI RAPAX MM L.P. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BERNER KANTONALBANK AG | LEGAL DEPARTMENT BUNDESPLATZ 8 BERNE   3011 SWITZERLAND |
| BOTTICELLI, LLC | TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: BERNER KANTONALBANK AG ATTN: LAWRENCE YOUNG 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG ATTN: GIL GOLAN ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010 |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH ATTN: GIL GOLAN ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010 |
| CREDIT SUISSE SINGAPORE BRANCH | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE SINGAPORE BRANCH | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| DEEPHAVEN INTL CONVERTIBLE TRADING LTD. | ATTN: MARTHA TSUCHIHASHI SPECIALTY FUND MGMT SERVICES LLC 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| DEXIA BANK BELGIUM SA | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & SARAH N. CAMPBELL, ESQ. 31 W. 52ND STREET NEW YORK NY 10019 |
| DEXIA BANK BELGIUM SA | ATTN: KARINE DRIESEN (IN-HOUSE COUNSEL) BOULEVARD PACHECO 44 BRUSSELS  1000 BELGIUM |
| DEXIA BANK BELGIUM SA | ATTN: KARINE DRIESEN (IN-HOUSE COUNSEL) BOULEVARD PACHECO, 44 BRUSSELS  1000 BELGIUM |
| FARALLON CAPITAL (AM) INVESTORS, LP | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: ANATOLY BUSHLER, KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS III, INC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: ANATOLY BUSHLER, KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS III,INC C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ATTN: ANATOLY BUSHLER, KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| GOLDEN TREE MASTER FUND II, LTD | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDEN TREE MASTER FUND, LTD | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND II, LTD | TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRISTOPHER J. DUNN 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND II, LTD | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND, LTD | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: DEEPHAVEN INTL CONVERTIBLE TRADING LTD. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| KAUPTHING BANK HF | TRANSFEROR: KAUPTHING BANK HF. RESOLUTION COMMITTEE ATTN: ORN GUOMUNDSSON BORGARTUN 26 IS-105 REYKJAVIK   ICELAND |
| KAUPTHING BANK HF. | MARK BERMAN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| KAUPTHING BANK HF. | RESOLUTION COMMITTEE ATTN: PAL RYFORS BORGARTUN 19 REYKJAVIK   IS-105 ICELAND |

Total Number of Records Printed       35

EPIQ BANKRUPTCY SOLUTIONS, LLC