**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Lehman Brothers Holdings Inc., <u>et al</u>. | ) | Case No. 08-13555 (JMP) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

_____        Proof of Claim No.: **67328**
                                                        Amount of Claim Transferred: **$1,000,000.00**


NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)


**TO:    TRANSFEROR:**      Benetton Group S.p.A.
                            Via Villa Minelli 1
                            31050 Ponzano Veneto
                            Treviso, Italy


PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **67328** against
Lehman Brothers Holdings Inc. in the amount of **$1,000,000.00** as evidenced by the attached Evidence of
Transfer of Claim to:

          **TRANSFEREE:**        PMT Credit Opportunities Fund Ltd.
                                 c/o GLG Ore Hill LLC
                                 650 Fifth Avenue, 9th Floor
                                 New York,  NY 10019
                                 Attention: Rachel Carr-Harris
                                 Telephone:  212-389-2620
                                 Facsimile:  917-591-7504
                                 E-mail: rcarrharris@orehill.com


No action is required if you do not object to the transfer of the claim as described above.  **IF YOU
OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE
DATE OF THIS NOTICE, YOU MUST:**

–   FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
–   SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
–   IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
–   IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED
    FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING


                                                    _____
                                                    Clerk of the Court


8233875

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Benetton Group S.p.A** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **PMT Credit Opportunities Fund Ltd.** ("Buyer"), whose address is c/o GLG Ore Hill LLC, 650 Fifth Avenue, 9th Floor, New York, New York 10019, an undivided 24.1196333% percentage interest (Buyer's "Pro Rata Share") in and to all rights, title and interest of Seller **referenced as proof of claim number 67328** in the principal amount of $4,146,000 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Special Funding Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of Buyer's Pro Rata Share of the Claim assigned herein, equivalent to **$1,000.000** (the "Transferred Claim"), to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.    Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim.    Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated the _8th_ day of June, 2011.

SELLER:

**Benetton Group S.p.A.**

Name: FRANCO FURNO

Title: CHIEF EXECUTIVE OFFICER

BUYER:

**PMT Credit Opportunities Fund Ltd.**
By: GLG Ore Hill LLC
Its: Investment Adviser

Name:

Title:

CLAUDE A. BAUM
Vice President