UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :     Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :     08-13555 (JMP)
                                                            :     (Jointly Administered)
                 Debtors.                                   :
                                                            :
------------------------------------------------------------x     Ref. Docket Nos. 17417, 17455-
                                                                  17457, 17459, 17460, 17462, 17463,
                                                                  17466, 17481, 17483, 17485-17488

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 9, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            /s/ Lauren Rodriguez
                                                            Lauren Rodriguez

Sworn to before me this
13th day of June, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 17617    Filed 06/13/11    Entered 06/13/11 14:52:46    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>        Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   FARALLON CAPITAL PARTNERS, L.P.
               TRANSFEROR: JPMORGAN CHASE BANK, N.A.
               C/O FARALLON CAPITAL MANAGEMENT, LLC
               ATTN: KRISTIN BINIEK
               ONE MARITIME PLAZA, SUITE 2100
               SAN FRANCISCO CA 94111

Please note that your claim # 17320-15 in the above referenced case and in the amount of
        $690,886.80        has been transferred **(unless previously expunged by court order)**

               FARALLON CAPITAL (AM) INVESTORS LP
               TRANSFEROR: FARALLON CAPITAL PARTNERS, L.P.
               ATTN: ANATOLY BUSHLER; KRISTIN BINIEK
               C/O FARALLON CAPITAL MANAGEMENT, L.L.C.
               ONE MARITIME PLAZA, SUITE 2100
               SAN FRANCISCO CA 94111

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 17417      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/09/2011                              Vito Genna, Clerk of Court

                                                    /s/ Lauren Rodriguez
                                                    By: Epiq Bankruptcy Solutions, LLC
                                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 9, 2011.

# EXHIBIT B

```
TIME: 19:17:19                                    LEHMAN BROTHERS HOLDING INC.                                                   PAGE:    1
DATE: 06/09/11                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC C/O NEW FINANCE ALDEN SPV ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| BANCO ESPIRITO SANTO, S.A. | SUC. EN ESPANA C/ SERRANO, 88 MADRID 28006 SPAIN |
| BANCO ESPIRITO SANTO, SA. SUC. EN ESPANA | C/ SERRANO, 88. MADRID 28006 SPAIN |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDMAN, SACHS & CO. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: DAVID AUGHEY JESSICA FAINMAN 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| FARALLON CAPITAL (AM) INVESTORS LP | TRANSFEROR: FARALLON CAPITAL PARTNERS, L.P. ATTN: ANATOLY BUSHLER; KRISTIN BINIEK C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| FARALLON CAPITAL PARTNERS, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| HENSCH, HEINRICH & LEONORE | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA KEHRWIEDER 12 27476 CUXHAVEN GERMANY |
| HOLTKOETTER, GUENTER | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA ALLHORNWEG 12 22359 HAMBURG GERMANY |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: KLEINWORT BENSON BANK ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: KLEINWORT BENSON PRIVATE BANK LIMITED ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| KILLING, WALTER | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA KLEHESTR. 1 76571 GAGGENAU GERMANY |
| LATAJ GROUP LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| LENK, OLIVER | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA ADOLF-WESTEN-STR. 48 42855 REMSCHEID GERMANY |
| NEW FINANCE ALDEN SPV | TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE 34TH FLOOR NEW YORK NY 10022 |
| NEW FINANCE ALDEN SPV | TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| YORVIK PARTNERS LLP | TRANSFEROR: BANCO ESPIRITO SANTO, S.A. 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: BANCO ESPIRITO SANTO, SA. SUC. EN ESPANA ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed    21

EPIQ BANKRUPTCY SOLUTIONS, LLC