UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.* :    Case No. 08-13555 (JMP)
                                                            :
                            Debtors.                        :    (Jointly Administered)
-----------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM No. 14760

      Aristeia Special Investments Master, L.P. (hereinafter, the "Creditor"), having filed the above referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim No. 14760 filed against Lehman Brothers Holdings Inc. in the amount of $627,985.64.

      The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or its duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Dated:    New York, New York
          June 13, 2011

                              ARISTEIA SPECIAL INVESTMENTS MASTER, L.P.
                              (in voluntary winding up)
                              By: Aristeia Advisors, L.L.C., its General Partner

                     By: _____
                          Robert H. Lynch, Jr.
                          Managing Member

                     By: _____
                          Andrew B. David
                          Authorized Person