UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                                :
In re:                                                          :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (JMP)
                                                                :
                                  Debtors.                      :    (Jointly Administered)
                                                                :
---------------------------------------------------------------x

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**GENTRIFICATION VENTURES, L.L.C.**              **GOLDMAN SACHS LENDING PARTNERS LLC**
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): 11017
should be sent:                                  Amount of Claim: $46,412,023.52
                                                 Amount of Claim to be transferred: $37,800,000.00
Gentrification Ventures, L.L.C.                  Date Claim Filed: September 9, 2009
P.O. Box 7235
New York, NY 10150                               Name and Address of Transferor:
debt@gentrificationventures.net
                                                 GOLDMAN SACHS LENDING PARTNERS LLC
with a copy to:                                  200 West Street
                                                 New York, NY 10282
Kara Scheinmann Katz                             ATTN: Dennis M. Lafferty
Mandel, Katz & Brosnan LLP
The Law Building                                 **PLEASE SEE ATTACHED DOCUMENTS**
210 Route 303
Valley Cottage, NY 10989
Telephone: (845) 639 7800
Facsimile: (845) 639 7850
kkatz@mkbllp.com

Name and Address where transferee payments
should be sent (if different from above): N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GENTRIFICATION VENTURES, L.L.C.

By: _____                    Date: June 13, 2011
Name: Kara Scheinmann Katz
Title: Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## EXHIBIT A

Proof of Claim

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**PROOF OF CLAIM**

In Re:
Lehman Brothers Holdings Inc., et al.,
Debtors.

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

UNIQUE IDENTIFICATION NUMBER: 1000221578

Name of Debtor Against Which Claim is Held:
LEHMAN BROTHERS SPECIAL FINANCING INC

Case No. of Debtor:
08-13888

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000011017

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

LBH (CREDITOR.DBF,CREDNUM)CREDNUM # 1000221578******
INTESA SANPAOLO SPA
ATTN: MR. MARIO FIORENZO BONA
DOCUMENATION UNIT
VIA CERNAIA 8/10
20121 MILAN
ITALY

Telephone number: 02-87945123    Email Address: MARIO.BONA@INTESASANPAOLO.COM

Name and address where payment should be sent (if different from above):

Telephone number:    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $46,412,023.52 PLUS INTEREST AND LEGAL EXPENSES TO BE DETERMINED
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.

☒ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*
*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee.

2. Basis for Claim: ISDA MASTER AGREEMENT DATED AUGUST 4TH 1995 AND UNDERLYING TRANSACTIONS
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe: _____
Value of Property: $_____    Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____    Basis for perfection: _____
Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
(See instruction #6 on reverse side.)

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$_____

Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain.

FOR COURT USE ONLY

**FILED / RECEIVED**

**SEP 09 2009**

EPIQ BANKRUPTCY SOLUTIONS, LLC

Date:    Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

SEP. 2009

INTESA SANPAOLO S.p.A.
DIREZIONE RECUPERO CREDITI
Viale dell'Arte, 25
00144 - Roma



# EXHIBIT B

Evidence of Transfer from Transferor to Transferee

### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Goldman Sachs Lending Partners LLC

    Goldman Sachs Lending Partners LLC, a limited liability company ("Seller"), with offices at 200 West Street, New York, NY 10282, ATTN: Dennis M. Lafferty, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Gentrification Ventures, L.L.C., all of Seller's right, title and interest in and to its $37,800,000.00 allowed claim (the "Allowed Claim Amount") against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates), originally owned and filed by Intesa Sanpaolo S.p.A., and originally docketed as Proof of Claim No. 11017 in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Allowed Claim Amount as an unconditional sale and Purchaser herein as the valid owner of the Allowed Claim Amount. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Allowed Claim Amount to Purchaser.

IN WITNESS WHEREOF, dated as of the 13TH day of June, 2011.

WITNESS:

_(Signature)_

Name: John Perone
Title: _____
(Print name and title of witness)

Goldman Sachs Lending Partners LLC

By: _(Signature of authorized corporate officer)_

Ivan Anderson
Authorized Signatory

WITNESS:

_____
(Signature)

Name: _____
Title: _____
(Print name and title of witness)

Gentrification Ventures, L.L.C.

By: _____
(Signature of authorized signatory)

Name: Kara Scheinmann Katz
Title: Authorized Signatory
Tel.:

SK 26751 0003 1195825 v3

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Goldman Sachs Lending Partners LLC

Goldman Sachs Lending Partners LLC, a limited liability company ("Seller"), with offices at 200 West Street, New York, NY 10282, ATTN: Dennis M. Lafferty, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Gentrification Ventures, L.L.C., all of Seller's right, title and interest in and to its $37,800,000.00 allowed claim (the "Allowed Claim Amount") against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates), originally owned and filed by Intesa Sanpaolo S.p.A., and originally docketed as Proof of Claim No. 11017 in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Allowed Claim Amount as an unconditional sale and Purchaser herein as the valid owner of the Allowed Claim Amount. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Allowed Claim Amount to Purchaser.

IN WITNESS WHEREOF, dated as of the 13th day of June, 2011.

WITNESS:

_____
(Signature)

Name:_____
Title:_____
(Print name and title of witness)

Goldman Sachs Lending Partners LLC

By:_____
(Signature of authorized corporate officer)

Name: Dennis M. Lafferty
Title: Managing Director
Tel.: +1 212 902 1820

WITNESS:

_Siu Lan Chan_
(Signature)

Name: Siu Lan Chan
Title:_____
(Print name and title of witness)

Gentrification Ventures, L.L.C.

By: _Kara K_
(Signature of authorized signatory)

Name: Kara Scheinmann Katz
Title: Authorized Signatory
Tel.:

SK 26751 0003 1195825 v3