STROOCK & STROOCK & LAVAN LLP
Claude Szyfer
Francis C. Healy
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Mizuho Corporate Bank, Ltd.*
*and Mizuho Capital Markets Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF WITHDRAWAL OF NOTICE OF INTENT**
**TO PARTICIPATE IN DISCOVERY RELATED TO PLAN CONFIRMATION**

**PLEASE TAKE NOTICE** that Mizuho Corporate Bank, Ltd. ("MHCB") and

Mizuho Capital Markets Corporation ("MCMC") are hereby withdrawing without prejudice their

Notice of Intent to Participate in Discovery Related to Plan Confirmation ("Notice of Intent"),

which was served on April 28, 2011 in accordance with the Order Establishing Procedures in

Connection with Discovery Related to Plan Confirmation and Other Issues, entered by the Court

on April 14, 2011 [Docket No. 16003] (the "Order"). A copy of the Notice of Intent is attached

hereto as Exhibit A. MHCB and MCMC have not accessed any Confidential Information (as

defined in the Order), but each reserves its respective right to seek all appropriate discovery that

is permitted pursuant to the Order, the Bankruptcy Code, the Federal Rules of Bankruptcy

Procedure, and any other applicable provisions of law.

Dated:   June 13, 2011

STROOCK & STROOCK & LAVAN LLP

/s/ Claude Szyfer
Claude Szyfer
Francis C. Healy
180 Maiden Lane
New York, New York 10038
Tel: (212) 806-5400
Fax: (212) 806-6006

Counsel to MHCB and MCMC

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re                                                        :      Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :      Case No. 08-13555 (JMP)
                                                             :
                                    Debtors.                 :      (Jointly Administered)
                                                             :
------------------------------------------------------------- x

### NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY RELATED TO PLAN CONFIRMATION

NOTICE IS HEREBY GIVEN that Mizuho Corporate Bank, Ltd. ("MHCB") and Mizuho
Capital Markets Corporation ("MCMC"), represented by Stroock & Stroock & Lavan LLP, have
filed the following claims in the above-captioned chapter 11 cases (the "Chapter 11 Cases"):

| Claim No. | Claimant | Debtor | Claim Amount |
|---|---|---|---|
| 14766 | MHCB | Lehman Brothers Holdings Inc. | $109,617,651.62 |
| 14767 | MHCB | Lehman Brothers Special Financing, Inc. | $109,617,651.62 |
| 12701 | MHCB | Lehman Brothers Holdings Inc. | $107,462,473.93 |
| 66508 | MHCB | Lehman Brothers Holdings Inc. | $20,061,485.38 |
| 11034 | MHCB | Lehman Brothers Holdings Inc. | $336,485,299.23 |
| 17419 | MHCB | Lehman Brothers Holdings Inc. | $42,823.96 |
| 19090 | MCMC | Lehman Brothers Holdings Inc. | $36,701,213.96 |
| 19091 | MCMC | Lehman Brothers Special Financing, Inc. | $36,701,213.96 |

ACCORDINGLY, PLEASE TAKE FURTHER NOTICE that, subject to any objections by the Debtors or the Statutory Committee of Unsecured Creditors appointed in the Chapter 11 Cases and/or any limitations imposed by the Court, MHCB and MCMC and their counsel intend to participate in Plan Discovery, as defined in the Order Establishing Procedures in Connection with Discovery Related to Plan Confirmation and Other Issues, entered by the Court on April 14, 2011 [Docket No. 16003] (the "Order").

Dated:  April 28, 2011

STROOCK & STROOCK & LAVAN LLP

  /s/ Claude Szyfer
Claude Szyfer
Francis C. Healy
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel to MHCB and MCMC*

Contact Information for MHCB and MCMC:

Mizuho Corporate Bank, Ltd.
1-3-3, Marunouchi, Chiyod-ku
Tokyo, Japan 100-8210
Attn: Noboru Iwamatsu

Mizuho Corporate Bank, Ltd.
1251 Avenue of the Americas
New York, NY 10020
Attn: Kevin Holmes, Senior Vice President

Mizuho Capital Markets Corporation
1440 Broadway, 25th Floor
New York, NY 10018
Attn: Douglas Frankel, General Counsel

Mizuho Corporate Bank, Ltd.
6-7, Nihonbashi Kabutocho, Chuo-ku
Tokyo, Japan 103-0026
Attn: Masaya Nakafuji

Mizuho Corporate Bank, Ltd.
Bracken House, One Friday Street
London EC4M 9JA  UK
Attn: Courtenay Cooper-Fogarty
          Makato Wakida

2

Contact Information for Attorneys for MHCB and MCMC:

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
Attn:  Claude Szyfer and Francis C. Healy
cszyfer@stroock.com
fhealy@stroock.com


Designation of Contacts to Receive Any -
Notice(s) Required Under the Order:

Mizuho Corporate Bank, Ltd.
1-3-3, Marunouchi, Chiyod-ku
Tokyo, Japan 100-8210
Attn:  Noboru Iwamatsu

Mizuho Corporate Bank, Ltd.
6-7, Nihonbashi Kabutocho, Chuo-ku
Tokyo, Japan 103-0026
Attn:  Masaya Nakafuji

Mizuho Corporate Bank, Ltd.
1251 Avenue of the Americas
New York, NY 10020
Attn:  Kevin Holmes, Senior Vice President

Mizuho Corporate Bank, Ltd.
Bracken House, One Friday Street
London EC4M 9JA  UK
Attn:  Courtenay Cooper-Fogarty
         Makato Wakida

Mizuho Capital Markets Corporation
1440 Broadway, 25th Floor
New York, NY 10018
Attn:  Douglas Frankel, General Counsel

-and-

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
Attn:  Claude Szyfer and Francis C. Healy
cszyfer@stroock.com
fhealy@stroock.com

3

Groups that Participant elects to join (pursuant to Paragraph 3(b) of the Order: (1) the guarantee creditors of LBHI for which a Debtor or U.S. affiliate is the primary obligor (as designated in subparagraph 3(b)(ii) of the Order); (2) the guarantee creditors of LBHI for which a non-U.S. affiliate in the primary obligor (as designated in subparagraph 3(b)(iii) of the Order); and (3) the creditors of the derivative entity debtors, including Lehman Brothers Special Financing Inc. ("LBSF") and Lehman Brothers Commercial Corp.("LBCC") (as designated in subparagraph 3(b)(v) of the Order).