Richards Kibbe & Orbe LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801
Joon P. Hong

Attorneys for Goldman Sachs Lending Partners LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
:
In re:                                   :    Chapter 11
                                         :
LEHMAN BROTHERS HOLDINGS, INC., *et al.,* :    Case No. 08-13555 (JMP)
                                         :
                              Debtors.   :    (Jointly Administered)
                                         :
---------------------------------------- x

## CERTIFICATE OF SERVICE

     JOON P. HONG, hereby certifies that on June 13, 2011, he caused to be served a foregoing copy of the Limited Response of Goldman Sachs Lending Partners LLC to the Debtors' One Hundred Forty-Sixth Omnibus Objection to Claims (Settled Derivatives Claim) via Federal Express Overnight Mail in a sealed pre-paid envelope, addressed to the following:

| | |
|---|---|
| Robert J. Lemons, Esq. | Tracy Hope Davis, Esq. |
| Mark Bernstein, Esq. | Elisabetta Gasparini, Esq. |
| Weil, Gotshal & Manges LLP | Andrea B. Schwartz, Esq. |
| 767 Fifth Avenue | Office of the United States Trustee for Region 2 |
| New York, New York 10153 | 33 Whitehall Street, 21st Floor |
| | New York, New York 10004 |
| *Attorneys for the Debtors* | |

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

*Attorneys for the Official Committee of
Unsecured Creditors*

      JOON P. HONG, hereby further certifies that on June 13, 2011, he caused to be served a foregoing copy of the Limited Response of Goldman Sachs Lending Partners LLC to the Debtors' One Hundred Forty-Sixth Omnibus Objection to Claims (Settled Derivatives Claim) by hand to the following:

    Honorable James M. Peck  
    United States Bankruptcy Judge  
    One Bowling Green  
    Courtroom 601  
    New York, New York 10004

Dated: New York, NY  
        June 13, 2011

                                                  /s/ Joon P. Hong  
                                                  JOON P. HONG