STROOCK & STROOCK & LAVAN LLP
Claude Szyfer
Francis C. Healy
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for DZ Bank AG*
*Deutsche Zentral-Genossenschaftsbank,*
*Mizuho Corporate Bank, Ltd.,*
*Mizuho Capital Markets Corporation, Nordea Bank AB (publ)*
*and Nordea Bank Finland Plc*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

Mark Wojcik, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

2. On June 8, 2011, affiant caused to be served, true and correct copies of the

*Limited Objection of DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Mizuho*

*Corporate Bank, Ltd., Mizuho Capital Markets Corporation, Nordea Bank AB (publ)*

2

*(f/k/a Nordbanken AB (publ)) and Nordea Bank Finland Plc (f/k/a Merita Bank Ltd)*

*to the Motion of the So Called Ad Hoc Group of Lehman Brothers Creditors to*

*Establish Disclosure Procedures* (Dkt. No. 17507), filed via the Court's ECF system

on such date and via overnight mail and/or facsimile and/or hand delivery upon the

parties listed on the attached Service List.

/s/ Mark Wojcik
Mark Wojcik

Sworn to before me this
13th day of June, 2011

/s/ Jeffrey M. Negron
NOTARY PUBLIC

Jeffrey M. Negron
Notary Public, State of New York
No. 01NE6107707
Qualified in Kings County
Certificate Filed in New York County
Commission Expires November 10, 2012

2

## Service List

*Via Facsimile and Overnight Mail*
Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Alfredo R. Pérez, Esq.
Shai Waisman, Esq.
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Facsimile: (212) 310-8007

*Via Facsimile and Overnight Mail*
Dennis F. Dunne, Esq.
Dennis O' Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Facsimile: (212) 530-5219

*Via Facsimile and Overnight Mail*
Gerald Uzzi, Esq.
J. Christopher Shore, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Facsimile: (212) 354-8113

*Via Hand Delivery*
Tracy Hope Davis, Esq.
Elisabetta G. Gasparini, Esq.
Andrea B. Schwartz, Esq.
Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Matsumoto, Esq.
Linda Riffkin, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004