# EXHIBIT A

# EXHIBIT A

-----Original Message-----
From: Williams, Jonathan D [mailto:Jonathan.Williams@lehman.com]
Sent: Tuesday, April 28, 2009 7:56 AM
To: David Bacon
Subject: Revised Schedule with In-the-Money Amount

David,

The ITM Amount was $5,398,931 using Bloomberg rates at 10AM NYT on expiration date.

<<Skypower Terminated FX Option Schedule3.xls>>

Jonathan D. Williams
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas
New York, NY 10020
Work 646-333-9579
Cell 917-940-1496

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This message is intended only for the personal and confidential use of the designated recipient(s) named above.  If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited.  This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers.  Email transmission cannot be guaranteed to be secure or error-free.  Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such.  All information is subject to change without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

_____    Information from ESET Smart Security, version of virus signature database 4039 (20090428) _____

The message was checked by ESET Smart Security.

http://www.eset.com

1

LBSF / Skypower Corporation Terminated USD /CAD Options (Settlement Amount as of close of business Apr 23, 2009)

| Seller | LBAC | Buyer | Trade Date | Expiry | Call Curr | Call Curr Amount | Put Curr | Put Curr Amount | Strike Price | Settlement Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 04/27/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $351,551.44 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 05/01/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $351,532.22 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 05/08/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $351,474.35 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 05/15/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $351,126.01 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 05/22/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $350,854.89 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 05/29/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $351,311.41 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 06/05/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $351,021.59 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 06/12/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $350,679.79 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 06/19/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $350,503.11 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 06/26/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $350,478.55 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 08/04/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $350,610.84 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 08/11/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $350,433.55 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 08/14/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $350,627.59 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 08/21/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $350,790.00 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 08/28/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $350,988.70 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 09/04/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $351,921.26 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 09/11/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $352,962.21 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 09/18/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $351,154.26 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 09/25/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $351,432.73 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 10/02/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $351,672.64 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 10/09/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $352,176.40 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 10/16/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $352,377.89 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 10/23/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $352,698.57 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 10/30/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $353,187.72 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 11/06/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $353,464.04 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 11/10/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | $353,673.72 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 12/30/09 | USD | 14,250,000.00 | CAD | 14,881,275.00 | 1.044300000 | $2,134,234.55 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 09/11/07 | 02/19/10 | USD | 4,750,000.00 | CAD | 4,960,425.00 | 1.044300000 | $715,487.75 |
| | | | | | | | | | | $11,990,427.78 |

| | LBAC | Option Purchaser | Expiry | Call Curr | Call Curr Amount | Put Curr | Put Curr Amount | Strike Price | Spot at Expiry | In-the-Money Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| LBSF | 27103367 | SKYPOWER CORPORATION | 01/16/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | 1.2373 | $370,463.91 |
| LBSF | 27103367 | SKYPOWER CORPORATION | 01/26/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | 1.2188 | $340,037.33 |
| LBSF | 27103368 | SKYPOWER CORPORATION | 02/02/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | 1.2426 | $379,013.76 |
| LBSF | 27103369 | SKYPOWER CORPORATION | 02/09/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | 1.2201 | $342,205.56 |
| LBSF | 27103370 | SKYPOWER CORPORATION | 02/13/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | 1.239 | $373,214.29 |
| LBSF | 27103371 | SKYPOWER CORPORATION | 02/23/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | 1.2503 | $391,306.09 |
| LBSF | 27103372 | SKYPOWER CORPORATION | 03/02/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | 1.2857 | $445,924.40 |
| LBSF | 27103373 | SKYPOWER CORPORATION | 03/09/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | 1.3023 | $470,513.71 |
| LBSF | 27103374 | SKYPOWER CORPORATION | 03/16/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | 1.2699 | $421,922.99 |
| LBSF | 27103375 | SKYPOWER CORPORATION | 03/23/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | 1.2352 | $367,055.94 |
| LBSF | 27103376 | SKYPOWER CORPORATION | 03/30/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | 1.2542 | $397,474.49 |
| LBSF | 27103377 | SKYPOWER CORPORATION | 04/06/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | 1.2385 | $372,406.14 |
| LBSF | 27103378 | SKYPOWER CORPORATION | 04/13/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | 1.2291 | $357,090.55 |
| LBSF | 27103379 | SKYPOWER CORPORATION | 04/20/09 | USD | 2,375,000.00 | CAD | 2,480,212.50 | 1.044300000 | 1.2372 | $370,301.89 |
| | | | | | | | | | | $5,398,931.04 |