SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
J. Gregory Milmoe
Max S. Polonsky
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for BlackRock Advisors, LLC,*
*as agent on behalf of certain BlackRock funds*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
In re:                               :  Chapter 11
                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*  :  Case No. 08-13555 (JMP)
                                     :
                Debtors.             :  (Jointly Administered)
------------------------------------ x

## CERTIFICATE OF SERVICE

      I, Max S. Polonsky, hereby certify that I filed and served a true and correct copy of the Withdrawal of Proofs of Claim via the Court's CM/ECF system on June 8, 2011. Notice of this filing was sent to those persons receiving electronic notice of filings in this case.

      Additionally, I sent the Withdrawal of Proofs of Claim to the following recipients via regular mail on June 8, 2011:

| | |
|---|---|
| Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>(Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.) | Chambers of the Hon. James M. Peck<br>United States Bankruptcy Court,<br>Court Room 601<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004-1408 |
| Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.) | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan R. Fleck, Esq.) |

Dated: New York, New York       */s/ Max S. Polonsky*
       June 13, 2011       Max S. Polonsky

904805-New York Server 2A - MSW