SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Kenneth S. Ziman
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Och-Ziff Capital Mananagement Group LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                        : Chapter 11
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        : Case No. 08-13555 (JMP)
                                              :
                      Debtors.                : (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## CERTIFICATE OF SERVICE

I, Max S. Polonsky, hereby certify that I filed and served a true and correct copy of the Objection of Och-Ziff Capital Management Group LLC to the Motion of the Ad Hoc Group of Lehman Brothers Creditors Pursuant to Sections 105(a) And 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2019 and 7026 to Establish Disclosure Procedures via the Court's CM/ECF system on June 8, 2011. Notice of this filing was sent to those persons receiving electronic notice of filings in this case.

Additionally, I sent the Objection of Och-Ziff Capital Management Group LLC to the Motion of the Ad Hoc Group of Lehman Brothers Creditors Pursuant to Sections 105(a) And 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2019 and 7026 to Establish Disclosure Procedures to the following recipients via regular mail on June 8, 2011:

| | |
|---|---|
| Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>(Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq. and Andrea B. Schwartz, Esq.) | Chambers of the Hon. James M. Peck<br>United States Bankruptcy Court,<br>Court Room 601<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004-1408 |

| | |
|---|---|
| Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Attn: Harvey R. Miller, Esq., Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., Jacqueline Marcus, Esq. and<br>Alfredo R. Pérez, Esq.) | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan R. Fleck, Esq.) |
| White & Case LLP<br>1155 Avenue of the Americas<br>New York, New York 10036<br>(Attn: Gerald Uzzi, Esq. and<br>J. Christopher Shore, Esq.) | |
| Dated: New York, New York<br>       June 13, 2011 | */s/ Max S. Polonsky*<br>Max S. Polonsky |

2