UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                        :
In re                                                                   :    Chapter 11 Case No.
                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                :    08-13555 (JMP)
                                                                        :    (Jointly Administered)
                          **Debtors.**                                  :
                                                                        :
------------------------------------------------------------------------x    Ref. Docket Nos. 9959, 17194,
                                                                             17214, 17284-17292, 17421, 17458,
                                                                             17464, 17496, 17506, 17528-17530

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 10, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
13th day of June, 2011

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   YORVIK PARTNERS LLP
      TRANSFEROR: EFG BANK AG
      ATTN: LISAT KING
      11 IRONMONGER LANE
      LONDON    EC2V 8EY
      UNITED KINGDOM
```

Please note that your claim # 55837-39 in the above referenced case and in the amount of
$2,917,804.00        has been transferred **(unless previously expunged by court order)**

```
      VARDE INVESTMENT PARTNERS, L.P.
      TRANSFEROR: YORVIK PARTNERS LLP
      ATTN: EDWINA P.J. STEFFER
      8500 NORMANDALE LAKE BOULEVARD
      SUITE 1500
      MINNEAPOLIS MN 55437
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 9959        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/10/2011                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 10, 2011.

**EXHIBIT B**

TIME: 12:57:04  
DATE: 06/10/11  
PAGE: 1

LEHMAN BROTHERS HOLDING INC.  
CREDITOR LISTING

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE 34TH FLOOR NEW YORK NY 10022 |
| APPALOOSA INVESTMENT L.P. 1 | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| APPALOOSA INVESTMENT L.P. 1 | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BARCLAYS BANK PLC | ATTN: MARK MANSKI, MANAGING DIRECTOR 200 PARK AVE. NEW YORK NY 10166 |
| BARCLAYS BANK PLC | LINDSEE P. GRANFIELD, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BARCLAYS BANK PLC | TRANSFEROR: LBVN HOLDINGS, L.L.C. ATTN: DANIEL CROWLEY; DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SABRETOOTH MASTER FUND, L.P. C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| EFG BANK AG | GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166 |
| EFG BANK AG | BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: APPALOOSA INVESTMENT L.P. 1 C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PALOMINO FUND LIMITED C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: THOROUGHBRED FUND L.P C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: THOROUGHBRED MASTER LTD C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| KNIGHTHEAD MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| NEW FINANCE ALDEN SPV | TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE 34TH FLOOR NEW YORK NY 10022 |
| NEXEN ENERGY MARKETING EUROPE LIMITED | TRANSFEROR: NEXEN ENERGY MARKETING LONDON LIMITED CHARTER PLACE VINE STREET UXBRIDGE MIDDLESEX UB8 1JG UNITED KINGDOM |
| NEXEN MARKETING | TRANSFEROR: NEXEN ENERGY MARKETING EUROPE LIMITED 1700, 801-7 AVE SW CALGARY AB T2P 3P7 CANADA |
| NEXEN MARKETING | TRANSFEROR: NEXEN MARKETING SINGAPORE PTE LTD 1700, 801-7 AVE SW CALGARY AB T2P 3P7 CANADA |
| NEXEN MARKETING | TRANSFEROR: NEXEN MARKETING SINGAPORE PTELTD 1700, 801-7 AVE SW CALGARY AB T2P 3P7 CANADA |
| NEXEN MARKETING SINGAPORE PTE LTD | 250 NORTH BRIDGE ROAD #15-03 RAFFLES CITY TOWER 179101 SINGAPORE |
| NEXEN MARKETING SINGAPORE PTE LTD | GENERAL COUNSEL, NEXEN MARKETING 1700, 801-7 AVE. SW CALGARY AB T2P 3P7 CANADA |
| NEXEN MARKETING SINGAPORE PTELTD | 250 NORTH BRIDGE ROAD 15-03 RAFFLES CITY TOWER 179101 SINGAPORE |
| PALOMINO FUND LIMITED | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| PALOMINO FUND LIMITED | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. APPALOOSA INVESTMENT L.P.1 ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| SABRETOOTH MASTER FUND, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O SABRETOOTH CAPITAL LLC 405 LEXINGTON AVENUE 50TH FLOOR NEW YORK NY 10174 |
| SABRETOOTH MASTER FUND, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O SABRETOOTH CAPITAL LLC 405 LEXINGTON AVENUE, 50TH FL NEW YORK NY 10174 |
| SABRETOOTH MASTER FUND, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O SABRETOOTH CAPITAL MANAGEMENT, LLC ATTN: BENJAMIN BAKER 405 LEXINGTON AVENUE, 50TH FLOOR NEW YORK NY 10174 |
| THE VARDE FUND IX, L.P. | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND IX-A, L.P. | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND V-B, L.P. | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VI-A, L.P. | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VII-B, L.P. | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VIII, L.P. | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND X (MASTER), L.P. | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND, LP | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THOROUGHBRED FUND L.P | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| THOROUGHBRED FUND L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O APPALOOSA INVESTMENT L.P. 1 ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| THOROUGHBRED MASTER LTD | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| THOROUGHBRED MASTER LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O APPALOOSA INVESTMENT L.P. 1 ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250 B SHORT HILLS NJ 07078 |
| THOROUGHBRED MASTER LTD | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O APPALOOSA INVESTMENT L.P. 1 ATTN: KEN MAIMAN 51 JFK PARKWAY, SUITE 250B SHORT HILLS NJ 07078 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 12:57:04                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:  2
DATE: 06/10/11                                                    CREDITOR LISTING

Name                              Address
VARDE INVESTMENT PARTNERS, L.P.   TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VONWIN CAPITAL MANAGEMENT, LP     TRANSFEROR: BANK HAPOALIM B.M. ATTN: ROGER VON SPIEGEL 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016
YORVIK PARTNERS LLP               TRANSFEROR: EFG BANK AG ATTN: LISAT KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM


Total Number of Records Printed    51
```

EPIQ BANKRUPTCY SOLUTIONS, LLC