WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113

Attorneys for the Ad Hoc Group
of Lehman Brothers Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>,** | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |

-------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )    s.s.:
NEW YORK COUNTY      )

Rashida Adams, being duly sworn, deposes and states:

1) I am a legal assistant employed by White & Case LLP at 1155 Avenue of the Americas, in New York, New York.  I am over the age of twenty-one years and I am not a party to this proceeding.

2) On the 13th day of June, 2011, I caused a copy of the *Notice of Adjournment of Hearing on Motion of the Ad Hoc Group of Lehman Brothers Creditors Pursuant to Sections 105(a) and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2019 and 7026 to Establish Disclosure Procedures* [Docket No. 17609] to be served via UPS overnight mail on the parties shown on the attached service list.

                                          */s/* Rashida J. Adams
                                          Rashida J. Adams

Sworn to before me the 13th day of June, 2011
*/s/ Patricia A. Ashman*
_____
Notary Public State of New York, No. 01AS6155444
Qualified in Bronx County
Certificate Filed in New York County
My commission expires December 11, 2014

NEWYORK 8178084 (2K)

# SERVICE LIST

United States Bankruptcy Court
Southern District of New York
Attn: The Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, NY 10004

Office of the US Trustee
Attn: Andrew D Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Rifkin
Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, NY 10153
*Attorneys for the Debtors*

Milbank, Tweed, Hadley & Mccloy LLP
Attn: Dennis Dunne
Wilbur Foster, Jr
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005
*Attorneys for the Creditors' Committee*