Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,        Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited.
Name of Transferee

*Yik Kok Keung*
*Yik Lui Tin chun Julie*

Name of Transferor

Name and Address where notices to transferee
should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): _38886_
Amount of Claim: _USD 64232_
Date Claim Filed: _13 OCT 2008_

Phone: _91566980_
Last Four Digits of Acct. #: _3537_

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____        Date: **– 4 MAY 2011**
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of _____

In re _____,    Case No. _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

_____            _____
Name of Alleged Transferor       Name of Transferee

Address of Alleged Transferor:   Address of Transferee:

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____            _____
                           **CLERK OF THE COURT**



Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

_YIP HUNG CHEONG_
Name of Transferor

Name and Address where notices to transferee
should be sent:

21/F,Standard Chartered Tower,
388 Kwun Tong Road,Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): _38622_
Amount of Claim: _USD 64 232_
Date Claim Filed: _13 OCT 2008_

Name and Address where transferee payments
should be sent (if different from above):

Phone: _27157363_
Last Four Digits of Acct. #: _8584_

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date:_____
    Transferee/Transferee's Agent

**- 4 MAY 2011**

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Form 210B (10/06)**

# United States Bankruptcy Court

_____ District Of _____

In re _____,    Case No. _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the
alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim
Other than for Security in the clerk's office of this court on _____ (date).

_____                    _____
Name of Alleged Transferor                    Name of Transferee

Address of Alleged Transferor:                    Address of Transferee:

~~~~~~~~~~~~~~~DEADLINE TO OBJECT TO TRANSFER~~~~~~~~~~~~~~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court
within twenty (20) days of the mailing of this notice. If no objection is timely received by the court,
the transferee will be substituted as the original claimant without further order of the court.

Date:_____                    _____
                                                  **CLERK OF THE COURT**



Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,          Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice

Yip kit yu

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

Name and Address where notices to transferee
should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong
Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

Name of Transferor

Court Claim # (if known): 37319
Amount of Claim: USD 64232~
Date Claim Filed: 13 Oct 2008

Phone: 80172416
Last Four Digits of Acct. #: 6570

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____                    Date: _____ - 4 MAY 2011
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of _____

In re _____,    Case No. _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

_____
Name of Alleged Transferor

Address of Alleged Transferor:

_____
Name of Transferee

Address of Transferee:

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,      Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

*Yip Kwok Wa*
*Yuen May Ting Silvia*
Name of Transferor

Name and Address where notices to transferee
should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): 39330
Amount of Claim: USD 64,332
Date Claim Filed: 13 Oct 2009

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct. #: 0088

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____      Date: — 4 MAY 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of _____

In re _____,          Case No. _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

_____          _____
Name of Alleged Transferor          Name of Transferee

Address of Alleged Transferor:          Address of Transferee:

---

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

                    _____
                    **CLERK OF THE COURT**

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

_Yiu Pak Kwai Elaine_
Name of Transferor

Name and Address where notices to transferee should be sent:

21/F, Standard Chartered Tower, 388 Kwun Tong Road, Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Name and Address where transferee payments should be sent (if different from above):

Court Claim # (if known): 38383
Amount of Claim: USD 64832
Date Claim Filed: 13 Oct, 2009

Phone:
Last Four Digits of Acct. #: 8016

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date:    – 4 MAY 2011
       Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of _____

In re _____,    Case No. _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

_____                        _____
Name of Alleged Transferor                        Name of Transferee

Address of Alleged Transferor:                     Address of Transferee:

| DEADLINE TO OBJECT TO TRANSFER |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

                                         **CLERK OF THE COURT**

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice

*Yiu Pak Kwai Elaine*

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

Name of Transferor

Name and Address where notices to transferee
should be sent:

Court Claim # (if known): 38288
Amount of Claim: USD64,232-
Date Claim Filed: 13 Oct 2009

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong
Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Phone: _____
Last Four Digits of Acct. #: 2016

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____    Date: _____    −4 MAY 2011
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of _____

In re _____,          Case No. _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the
alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim
Other than for Security in the clerk's office of this court on _____ (date).

_____                    _____
Name of Alleged Transferor                 Name of Transferee

Address of Alleged Transferor:             Address of Transferee:


▓▓▓▓▓▓▓▓▓▓▓▓▓ DEADLINE TO OBJECT TO TRANSFER ▓▓▓▓▓▓▓▓▓▓▓▓▓

The alleged transferor of the claim is hereby notified that objections must be filed with the court
within twenty (20) days of the mailing of this notice. If no objection is timely received by the court,
the transferee will be substituted as the original claimant without further order of the court.


Date:_____

                                    _____
                                    **CLERK OF THE COURT**

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,          Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

*Yu Lam*

Name of Transferor

Name and Address where notices to transferee
should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): 48472
Amount of Claim: USD 65,000
Date Claim Filed: 27 Oct 2009

Name and Address where transferee payments
should be sent (if different from above):

Phone: 2540 6938
852-94641923
Last Four Digits of Acct. #: 3188

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____
    Transferee/Transferee's Agent

Date: **- 4 MAY 2011**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of _____

In re _____, Case No. _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

_____                    _____
Name of Alleged Transferor                          Name of Transferee

Address of Alleged Transferor:                      Address of Transferee:

―――――――――――――――― DEADLINE TO OBJECT TO TRANSFER ――――――――――――――――

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                            _____
                                            **CLERK OF THE COURT**

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,      Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

*Yeung oi Chi*

Standard Chartered Bank (Hong Kong) Limited.
Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee
should be sent:                                             Court Claim # (if known): 37877
                                                            Amount of Claim: USD 300000 /
21/F, Standard Chartered Tower,                             Date Claim Filed: 13 OCT 2009
388 Kwun Tong Road, Hong Kong
Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881                            Phone: 852 - 94014174
                                                            Last Four Digits of Acct. #: 3903
Name and Address where transferee payments
should be sent (if different from above):


Phone: _____
Last Four Digits of Acct #: _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____              Date: **— 4 MAY 2011**
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of _____

In re _____,    Case No. _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. \_\_\_\_\_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on \_\_\_\_\_ (date).

_____                              _____
Name of Alleged Transferor                                        Name of Transferee

Address of Alleged Transferor:                                    Address of Transferee:

DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited.
Name of Transferee

*Yeung Oi Chi*

Name of Transferor

Name and Address where notices to transferee
should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong
Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): 37878
Amount of Claim: USD 200000 /
Date Claim Filed: 13 OCT 200 9

Phone: 852 - 9401 4124
Last Four Digits of Acct. #: 3903

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: — 4 MAY 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of _____

In re _____,    Case No. _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

_____          _____
Name of Alleged Transferor          Name of Transferee

Address of Alleged Transferor:          Address of Transferee:

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____          _____
                        **CLERK OF THE COURT**

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice

*YEUNG YEE WAH*

Standard Chartered Bank (Hong Kong) Limited    *NG KA WOO*
Name of Transferee                Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): *45327*
should be sent:                         Amount of Claim: *USD 65,000.*
21/F,Standard Chartered Tower,    Date Claim Filed: *23 OCT 2009*
388 Kwun Tong Road,Hong Kong

Phone: WM.Invest@sc.com               Phone: *852 - 26141177*
Last Four Digits of Acct #: 8881        Last Four Digits of Acct. #: *7347*

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:_____    Date: *- 4 MAY 2011*
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of _____

In re _____,    Case No. _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the
alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim
Other than for Security in the clerk's office of this court on _____ (date).

_____

Name of Alleged Transferor

Address of Alleged Transferor:

_____

Name of Transferee

Address of Transferee:

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court
within twenty (20) days of the mailing of this notice. If no objection is timely received by the court,
the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____

**CLERK OF THE COURT**