767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Weil, Gotshal & Manges LLP**

**Peter Gruenberger**
212-310-8555
peter.gruenberger@weil.com

June 14, 2011

BY HAND

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY  10004

**Re: ADR Procedures Order dated 9/17/09 ("Order")**
      **Nineteenth Status Report**

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the nineteenth) to the Court pursuant to Order ¶13.  Debtors will file this report on the docket in advance of the June 15, 2011 omnibus hearing.

In the just-ended 30-day period, Debtors have served ten additional ADR Notices, bringing the total number of such notices served to 139 on 165 counterparties.  Also during the immediately past reporting period, Debtors achieved settlements with counterparties in six additional ADR matters, five as a result of mediation.  Upon closing of these settlements, Debtors will have received an aggregate total of $759,835,997.66 new dollars for the Debtors' estates.  Settlements have now been obtained in 84 ADR matters involving 95 counterparties.

The Honorable James M. Peck  
June 14, 2011  
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 44 ADR matters that have reached the mediation stage and have been concluded, 40 have been settled in mediation. Only four mediations have terminated without settlement. Ten additional mediations have been scheduled to commence on the following dates: June 15, 21, 23 and 29; July 13, 14 and 28; August 10 and 31 and September 8, 2011.

Respectfully submitted,

*/s/ Peter Gruenberger*

Peter Gruenberger  
WEIL, GOTSHAL & MANGES LLP  
Attorneys for Debtors  
and Debtors in Possession

PG:mp

cc:    Jacob Esher, Esq.  
       James Freund, Esq.  
       David Geronemus, Esq.  
       Ralph Mabey, Esq.  
       David Cohen, Esq.  
       (all cc's via E-mail)