HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Edward L. Schnitzer, Esq.
Alison M. Papalexis, Esq.

- and -

BUECHLER LAW OFFICE, LLC
1828 Clarkson Street, Suite 200
Denver, Colorado 80218
Telephone: 720-381-0045
Facsimile: 720-381-0382
Kenneth J. Buechler, Esq.

*Co-Counsel for Roger Trout*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x
                                                                :
In re:                                                          :    Chapter 11 Case No.
LEHMAN BROTHERS                                                 :    08-13555 (JMP)
HOLDINGS, INC., *et al.*,                                       :
                                        Debtors.                :    (Jointly Administered)
——————————————————————— x

## CERTIFICATE OF SERVICE

I, JASON SMITH, hereby certify that on the 14th day of June 2011, I caused true and correct copies of the *Roger Trout's Response In Opposition To Objection To Claim* to be served (a) by e-mail notification upon all the parties that receive electronic notice in this case pursuant to the Court's ECF system; and (b) upon the parties on the attached Service List in the manner described therein.

976800/002-2489063.1

# **SERVICE LIST**

**Via Hand Delivery:**

| | |
|---|---|
| United States Bankruptcy Judge<br>Honorable Stuart M. Bernstein<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004-1408 | Robert J. Lemons, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153 |
| Office of the United States Trustee<br>Tracy Hope Davis, Esq.<br>Elisabetta Gasparini, Esq.<br>Andrea B. Schwartz, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 | Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005 |

| | |
|---|---|
| New York, New York<br>June 14, 2011 | /s/ Jason Smith<br>Jason Smith |