DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
                                                        :
**In re**                                               :  **Chapter 11**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et*                 :  Case No.  08-13555 (JMP)
*al.*                                                   :
       **Debtors.**  :  **(Jointly Administered)**
                                                        :
------------------------------------------------------- x

AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss:
COUNTY OF NEW YORK           )

      Laura Saal, being duly sworn, deposes and says:

  1.    I am not a party to this action, am over 18 years of age and am employed by Dewey & LeBoeuf, L.L.P., 1301 Avenue of the Americas, New York, New York 10019.

  2.    On the 10th of June, 2011, I caused true copies of the following to be served upon the parties listed in the service list attached hereto as Exhibit A, at the addresses set forth therein via Federal Express delivery:

- Joinder of Angelo, Gordon & Co., L.P., Contrarian Capital Management, LLC, Goldentree Asset Management, LP, Hayman Capital Management, LP, Knighthead Capital Management, LLC, Mason Capital Management LLC, Mount Kellett Capital Management, and Serengeti Asset Management LP to Objection of Certain Non-Consolidation Plan Proponents to Motion of the Ad Hoc Group of Lehman Brothers Creditors Pursuant to Sections 105(a) and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2019 and 7026 to Establish Disclosure Procedures [Docket No. 17563]

/s/ Laura Saal
Laura Saal

Sworn to before me the
14th day of June, 2011

/s/ Maria Havelka
Notary Public

MARIA HAVELKA
NOTARY PUBLIC, State of New York
No. 01-HA4637976
Qualified in New York County
Commission Expires August 31, 2014

**Exhibit A**
**Via Federal Express**

Honorable Jame M. Peck
United States Bankruptcy Court
One Bowling Green
Courtroom 601
New York, NY  10004

Weil Gotshal & Manges LLP
700 Louisana St.
Suite 1600
Houston, TX 77002
Attn: Alfredo Perez

Office of the United States Trustee
Southern District of New York
33 Whitehall Street
21st Floor
New York, New York  10004
Attn: Tracy Hope Davis
Elisabetta Gasparini
Andrea B. Schwartz

Millbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York  10005
Attn: Dennis Dunne
Dennis O'Donnell
Evan Fleck

White and Case LLP
1155 Avenue of the Americas
New York, NY  10036
Attn: Gerard Uzzi
Christopher Shore

NY3 3090673.1