
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | : | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x
| | : | |
|---|---|---|
| **In re** | : | |
| | : | **Case No.** |
| **LEHMAN BROTHERS INC.,** | : | |
| | : | **08-01420 (JMP) (SIPA)** |
| Debtor. | : | |
| | : | |

---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR THE**
**THIRTY-NINTH OMNIBUS HEARING ON JUNE 15, 2011 AT 10:00 A.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

I. **UNCONTESTED MATTERS:**

1. Motion of Lehman Commercial Paper Inc. for Approval of Settlement and Compromise with Latshaw Drilling Company, LLC and Latshaw Drilling and Exploration Company, Inc. **[Docket No. 16806]**

    Response Deadline: May 31, 2011 at 4:00 p.m.

    Responses Received:

    A. Statement of Official Committee of Unsecured Creditors with Respect to Motion **[Docket No. 17593]**

    Related Document:

    B. Declaration of Howard Liao in Support of Motion **[Docket No. 16809]**

    Status: This matter is going forward.

2. Motion of Lehman Brothers Holdings Inc. for Authority to (i) Sell Two Portfolios of Ginnie Mae Reverse Mortgage Loans to Metlife and (ii) Assign all Rights and Delegate all Obligations Thereunder **[Docket No. 17059]**

    Response Deadline: June 8, 2011 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A. Declaration of Ronald Dooley in Support of Motion **[Docket No. 17596]**

    Status: This matter is going forward.

**II.    CONTESTED MATTERS:**

3.  Debtors' Motion to Extend Stay of Avoidance Actions and Grant Certain Related Relief **[Docket No. 17195]**

    Response Deadline:    June 8, 2011 at 4:00 p.m.

    Responses Received:

    A.  Objection of U.S. Bank National Association **[Docket No. 17501]**

    B.  Limited Objection of the Liquidators of Lehman Brothers Australia Limited **[Docket No. 17511]**

    Related Document:

    C.  Omnibus Reply in Support of Debtors' Motion **[Docket No. 17602]**

    D.  Letter filed on behalf of Debtors **[Docket No. 17236]**

    Status: This matter is going forward.

4.  Lehman Brothers Holdings Inc.'s Motion for Approval of Settlement Agreement Relating to Real Property Located at 1107 Broadway **[Docket No. 17129]**

    Response Deadline:    June 8, 2011 at 4:00 p.m.

    Responses Received:

    A.  Limited Objection of the Ad Hoc Group of Lehman Brothers Creditors **[Docket No. 17518]**

    B.  Statement of Official Committee of Unsecured Creditors in Connection with Lehman Brothers Holdings Inc.'s Motion **[Docket No. 17600]**

    Related Documents:

    C.  Debtors' Reply **[Docket No. 17592]**

    Status: This matter is going forward.

    5.    Motion to Compel the Production of Documents From Goldman Sachs & Co. and Goldman Sachs Group, Inc. **[Docket No. 17231]**

        Response Deadline:    June 13, 2011 at 4:00 p.m.

        Responses Received:

            A.    Objection of the Goldman Sachs Group, Inc. and Goldman, Sachs & Co. **[Docket No. 17640]**

        Related Documents:

            B.    Affidavit of Gary W. Dunn in Support of Motion **[Docket No. 17232]**

        Status: This matter is going forward.

**SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:**

**III.    UNCONTESTED MATTERS:**

    6.    Motion of James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc., Pursuant to Section 363 of the Bankruptcy Code and Bankruptcy Rule 9019, for an Order (i) Approving a Settlement with Australia and New Zealand Banking Group Limited ("ANZ") and (ii) Dismissing ANZ from Adversary Proceeding in Connection with its Assignment of Claims to Trustee **[LBI Docket No. 4300, Adv. Pro. No. 08-1759 Docket No. 36]**

        Response Deadline:    June 8, 2011 at 4:00 p.m., extended to June 13, 2011 at 12:00 p.m. for certain parties

        Responses Received:

            A.    Limited Objection and Reservation of Rights of the Bank of Tokyo-Mitsubishi UFJ, LTD. **[LBI Docket No. 4321, Adv. Pro. No. 08-1759 Docket No. 37]**

            B.    Joinder of Lloyds TSB Bank to Limited Objection and Reservation of Rights **[Adv. Pro. 08-1759 Docket No. 38]**

        Related Documents:

            C.    Notice of Revised Proposed Order **[LBI Docket No. 4327, Adv. Pro. 08-17859 Docket No. 39]**

        Status: This matter is going forward.

**MATTERS TO BE HEARD AT 2:00 P.M.**

IV. **ADVERSARY PROCEEDINGS:**

7. Lehman Brothers Special Financing Inc. v. Ballyrock ABS CDO 2007-1 Limited **[Adversary Case No. 09-01032]**

    **Case Conference**

    Related Documents:

    A. Memorandum Decision Granting in Part and Denying in Part Motion to Dismiss by Defendant Ballyrock ABC CDO 2007-1 Limited **[Docket No. 66]**

    Status: This matter is going forward.

8. Kathleen Arnold and Timothy A. Cotten v. Lehman Brothers Holdings Inc. **[Adversary Case No. 11-01540]**

    **Expedited Motion for Court's Determination**

    Related Documents:

    A. Expedited Motion for Court's Determination of Disputes Arising from the Courts November 23, 2009, Restructuring Procedures Order **[Docket No. 15]**

    B. Debtor's Response to Plaintiffs' Expedited Motion for Determination **[Docket No. 17]**

    Status: This matter is going forward.

9. Turnberry et al v. Lehman Brothers Holdings Inc., et al. **[Adversary Case No. 09-01062]**

    **Plaintiff's Motion to Dismiss Counterclaims**
    **Pre-Trial Conference**

    Related Documents:

    A. Adversary Complaint **[Docket No. 1]**

    B. Answer of Jacquelyn Soffer, et al. to Counterclaim **[Docket No. 21]**

    C. Answer and Counterclaim of Lehman Brothers Holdings Inc., et al. to Complaint **[Docket No. 30]**

        D.      Plaintiffs' Motion to Dismiss Defendants' Amended Counterclaims **[Docket No. 32]**

        E.      Lehman's Opposition to Plaintiffs' Motion to Dismiss Defendants' Amended Counterclaims **[Docket No. 37]**

        F.      Plaintiffs' Reply in Support of Motion to Dismiss Defendants' Amended Counterclaims **[Docket No. 46]**

Status: This matter is going forward.

10.    Lehman Brothers Holdings Inc. v. J. Soffer, Fontainebleau Resorts, LLC **[Adversary Case No. 10-02821]**

**Defendant's Motion to Dismiss Count IV of the Complaint**
**Pre-Trial Conference**

Related Documents:

        A.      Adversary Complaint **[Docket No. 1]**

        B.      Motion of Fontainebleau Resorts, LLC, et al. to Dismiss Count IV of the Complaint **[Docket No. 15]**

        C.      Lehman's Opposition to Defendants' Motion to Dismiss Count IV of the Complaint **[Docket No. 17]**

        D.      Defendants' Reply in Further Support of their Motion to Dismiss Count IV of the Complaint **[Docket No. 22]**

Status: This matter is going forward.

11.    Lehman Brothers Holdings Inc. v. J. Soffer, Fontainebleau Resorts, LLC **[Adversary Case No. 10-02823]**

**Defendant's Motion to Dismiss Count IV of the Complaint**
**Pre-Trial Conference**

Related Documents:

        A.      Adversary Complaint **[Docket No. 1]**

        B.      Motion of Fontainebleau Resorts, LLC, et al. to Dismiss Count IV of the Complaint **[Docket No. 15]**

        C.      Lehman's Opposition to Defendants' Motion to Dismiss Count IV of the Complaint **[Docket No. 17]**

D.   Defendants' Reply in Further Support of their Motion to Dismiss Count IV of the Complaint **[Docket No. 22]**

Status: This matter is going forward.

**V.     ADJOURNED MATTERS:**

**A.     Lehman Brothers Holdings Inc.:**

12.   Motion of Factiva, Inc., et al. to Compel Immediate Payment of Post-Petition Administrative Expense Claims **[Docket No. 7102]**

Response Deadline:   July 13, 2011 at 4:00 p.m.

Responses Received:   None.

Related Documents:   None.

Status: This matter has been adjourned to July 20, 2011 at 10:00 a.m.

13.   Motion of Evangelical Christian Credit Union Pursuant to Section 362(d) of the Bankruptcy Code for Relief from the Automatic Stay **[Docket No. 16259]**

Response Deadline:   July 6, 2011

Responses Received:   None.

Related Document:

A.   Declaration of Michael Boblit in Support of Motion **[Docket No. 16260]**

Status: This matter has been adjourned to July 20, 2011 at 10:00 a.m.

14.   Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[Docket No. 11513]**

Response Deadline:   February 9, 2011 at 4:00 p.m.

Responses Received

A.   Debtors' Objection **[Docket No. 14398]**

B.   Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[Docket No. 14462]**

Related Documents:

    C.    Affidavit of Michael E. Busch, Esq. in Support of Motion **[Docket No. 11514]**

    D.    Declaration of Christopher Milenkevich in Support of Debtors' Objection **[Docket No. 14454]**

Status: This matter has been adjourned to July 20, 2011 at 10:00 a.m.

15. Application of Debtors for Authorization to Employ and Retain Milbank, Tweed Hadley & McCloy LLP, as Special Counsel to the Debtors in Connection with Certain Tax Related Matters **[Docket No. 14811]**

Response Deadline:    March 18, 2011 at 11:00 a.m.

Responses Received

    A.    Objection of the United States Trustee **[Docket No. 15192]**

Related Documents:   None.

Status: This matter has been adjourned to July 20, 2011 at 10:00 a.m.

16. Motion of Colorado Plaintiffs Authorizing 2004 Examination of Debtors **[Docket No. 15200]**

Response Deadline:    March 31, 2011

Responses Received

    A.    Debtors' Preliminary Response **[Docket No. 15522]**

    B.    Debtors' Objection **[Docket No. 15681]**

Related Document:

    C.    Notice of Proposed Order **[Docket No. 15201]**

Status: This matter has been adjourned to July 20, 2011 at 10:00 a.m.

17. Motion of Colorado Plaintiffs for Relief from the Automatic Stay **[Docket No. 15202]**

Response Deadline:    April 6, 2011

Responses Received:

    A.    Debtors' Objection **[Docket No. 15681]**

Related Documents:   None.

Status: This matter has been adjourned to July 20, 2011 at 10:00 a.m.

18. Motion of Official Committee of Unsecured Creditors for Reconsideration of Court's September 17, 2008 Interim Order (i) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code and (ii) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of Bankruptcy Code **[Docket No. 434]**

Response Deadline:   July 14, 2011 at 4:00 p.m.

Responses Received: None.

Related Documents:   None.

Status: This matter has been adjourned to July 20, 2011 at 10:00 a.m.

19. Motion of Jason T. Taylor for Relief from the Automatic Stay **[Docket No. 14377]**

Response Deadline:   June 10, 2011 at 4:00 p.m.

Responses Received: None.

Related Documents:   None.

Status: This matter has been adjourned to July 20, 2011 at 10:00 a.m.

20. Motion of Phillip Walsh for Relief from the Automatic Stay **[Docket No. 14571]**

Response Deadline:   June 10, 2011 at 4:00 p.m.

Responses Received: None.

Related Documents:   None.

Status: This matter has been adjourned to July 20, 2011 at 10:00 a.m.

21. Motion of Giants Stadium LLC for Leave to Conduct Discovery of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004 **[Docket No. 16016]**

Response Deadline:   May 11, 2011 at 4:00 p.m.

Responses Received:

    A.    Debtors' Objection **[Docket No. 16680]**

    B.    Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[Docket No. 16683]**

Related Documents:   None.

Status: This matter has been adjourned to July 20, 2011 at 10:00 a.m.

22. Motion of the Debtors Pursuant to Section 362(a) of the Bankruptcy Code for Enforcement of the Automatic Stay with Respect to the SunCal Movants **[Docket No. 17061]**

Response Deadline:   June 8, 2011 at 4:00 p.m.

Responses Received:

    A.    SunCal Parties' Opposition **[Docket No. 17495]**

Related Document:

    B.    Debtors' Reply **[Docket No. 17599]**

    C.    Declaration of Sean A. O'Keefe in Support of SunCal Parties' Opposition **[Docket No. 17497]**

    D.    Statement of Official Committee of Unsecured Creditors in Support of Motion **[Docket No. 17607]**

Status: This matter has been adjourned to July 20, 2011 at 10:00 a.m.

23. Motion of the Ad Hoc Group of Lehman Brothers Creditors to Establish Disclosure Procedures **[Docket No. 17014]**

Response Deadline:   June 8, 2011 at 4:00 p.m.

Responses Received:

    A.    Debtors' Joinder to the Motion **[Docket No. 17461]**

    B.    Objection of Barclays Bank PLC, et al. **[Docket No. 17493]**

    C.    Deutsche Bundesbank's Limited Objection **[Docket No. 17498]**

08-13555-mg    Doc 17671    Filed 06/14/11    Entered 06/14/11 12:43:52    Main Document
              Pg 11 of 14

D. Objection of Certain Holders of Notes Issued by Lehman Brothers Treasury Company B.V. **[Docket No. 17499]**

E. Opposition of Elliott Management Corp. **[Docket No. 17500]**

F. Response of The King Street Parties **[Docket No. 17503]**

G. Objection of The Baupost Group, L.L.C. **[Docket No. 17505]**

H. Limited Objection of DZ Bank AG Deutsche Zentral-Genossenschaftsbank **[Docket No. 17507]**

I. Objection of Davidson Kempner Capital Management LLC **[Docket No. 17508]**

J. Objection of Bank of America, N.A., et al. **[Docket No. 17509]**

K. Joinder of Nomura International PLC, et al. to the Objection of Barclays Bank PLC, et al. **[Docket No. 17510]**

L. CarVal Investors UK Limited's Limited Objection **[Docket No. 17512]**

M. Varde Partners, L.P.'s Objection **[Docket No. 17513]**

N. Objection of Libertyview Capital Management LLC and Certain Affiliated Funds **[Docket No. 17531]**

O. Objection of Lehman Brothers Mortgage Backed Securities Litigation Lead Plaintiff **[Docket No. 17532]**

P. Objection of Lehman Brothers Equity/Debt Securities Litigation Lead Plaintiffs **[Docket No. 17533]**

Q. Limited Objection of Official Committee of Unsecured Creditors **[Docket No. 17535]**

R. Objection of Och-Ziff Capital Management Group LLC **[Docket No. 17536]**

S. Joinder of Royal Bank of Canada in the Objection of the Official Committee of Unsecured Creditors **[Docket No. 17547]**

T. Objection of Certain Non-Consolidation Plan Proponents **[Docket No. 17561]**

       U.      Joinder of Angelo, Gordon & Co., L.P., et al. to Objection of Certain Non-Consolidation Plan Proponents **[Docket No. 17563]**

Related Document: None.

Status: This matter has been adjourned to July 20, 2011 at 10:00 a.m.

24. Debtors' Motion to Amend the Order Establishing Procedures to (i) Restructure, (ii) Make New or Additional Debt or Equity Investments in, and/or (iii) Enter Into Settlements and Compromises in Connection with Existing Real Estate Investments **[Docket No. 17282]**

    Response Deadline: June 8, 2011 at 4:00 p.m.

    Responses Received:

       A.      Limited Objection of the Ad Hoc Group of Lehman Brothers Creditors **[Docket No. 17515]**

       B.      Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion **[Docket No. 17615]**

    Related Documents:

       C.      Debtors' Reply to Limited Objection of the Ad Hoc Group of Lehman Brothers Creditors **[Docket No. 17594]**

Status: This matter has been adjourned to July 20, 2011 at 10:00 a.m.

25. Motion of Monti Family Holding Company, Ltd for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings, Inc. and Other Entities **[Docket No. 16803]**

    Response Deadline: June 8, 2011 at 4:00 p.m.

    Responses Received:

       A.      Debtors' Objection **[Docket No. 17502]**

Related Document: None.

Status: This matter has been adjourned to July 20, 2011 at 10:00 a.m.

B. **Adversary Proceedings:**

26. Pulsar Re Ltd. v. Lehman Brothers Holdings Inc, et al. **[Adv. Case No. 11-01283]**

    **Pre-Trial Conference**

    Related Documents:

    A. Complaint against Lehman Brothers Holdings Inc., et al. **[Docket No. 1]**

    B. Motion of Lehman Brothers Holdings Inc., et al. to Dismiss Complaint with Prejudice **[Docket No. 9]**

    Status: This matter has been adjourned to July 20, 2011 at 2:00 p.m.

27. PT Bank Negara Indonesia (Persero) Tbk v. Lehman Brothers Special Financing, Inc., et al. **[Adv. Case No. 09-01480]**

    **Pre-Trial Conference**

    Related Documents:

    A. Amended Complaint against Citibank, N.A., Lehman Brothers Inc. and Lehman Brothers Special Financing Inc. **[Docket No. 14]**

    B. Answer to Amended Complaint of Defendant Lehman Brothers Special Financing Inc. **[Docket No. 23]**

    C. Answer to Amended Complaint of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. **[Docket No. 24]**

       D.       Answer to Amended Complaint of Citibank, N.A. **[Docket No. 25]**

<u>Status</u>: This matter has been adjourned to July 20, 2011 at 2:00 p.m.

Dated: June 14, 2011
       New York, New York

            /s/ Harvey R. Miller
            Harvey R. Miller

            WEIL, GOTSHAL & MANGES LLP
            767 Fifth Avenue
            New York, New York 10153
            Telephone: (212) 310-8000
            Facsimile: (212) 310-8007

            Attorneys for Debtors
            and Debtors in Possession

Dated: June 14, 2011
       New York, New York

            /s/ Jeffrey S. Margolin
            James B. Kobak, Jr.
            Jeffrey S. Margolin

            HUGHES HUBBARD & REED LLP
            One Battery Park Plaza
            New York, New York 10004
            Telephone: (212) 837-6000
            Facsimile: (212) 422-4726

            Attorneys for James W. Giddens, Trustee for
            the SIPA Liquidation of Lehman Brothers Inc.