Carmine D. Boccuzzi Jr.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for The Goldman Sachs Group, Inc. and*
*Goldman, Sachs & Co.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : | Case No. 08-13555(JMP) |
|  | : | (Jointly Administered) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | : |  |
| Debtors. | : | CERTIFICATE OF |
|  | : | SERVICE |

------------------------------------------------------------------------ X

        I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1. On the 13th of June 2011, the Objection of The Goldman Sachs Group, Inc. and Goldman, Sachs & Co. to Debtors' Motion to Compel the Production of Documents, and Cross-Motion for a Protective Order with Annex A – Proposed Order Denying Debtors' Motion to Compel the Production of Documents and Granting the Cross-Motion of The Goldman Sachs Group, Inc. and Goldman, Sachs & Co. for a Protective Order; the Declaration of Dawne Riley; and the Declaration of Nancy I Ruskin were served by Federal Express and email, as indicated, upon:

### BY FEDERAL EXPRESS

Gary W. Dunn, Esq.
Michael J. Bowe, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y Waisman, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

**BY EMAIL**

gdunn@kasowitz.com,
bowe@kasowitz.com,
richard.krasnow@weil.com,
lori.fife@weil.com,
jacqueline.marcus@weil.com,
Andrea.B.Schwartz@usdoj.gov,
ddunne@milbank.com,
dodonnell@milbank.com,
efleck@milbank.com,
Elisabetta.G.Gasparini@usdoj.gov,
andrea.b.schwartz@usdoj.gov

2. On the 14th of June 2011, the Objection of The Goldman Sachs Group, Inc.

and Goldman, Sachs & Co. to Debtors' Motion to Compel the Production of Documents, and

Cross-Motion for a Protective Order with Annex A – Proposed Order Denying Debtors' Motion

to Compel the Production of Documents and Granting the Cross-Motion of The Goldman Sachs

2

Group, Inc. and Goldman, Sachs & Co. for a Protective Order; the Declaration of Dawne Riley;

and the Declaration of Nancy I Ruskin were served by hand upon:

> Tracy Hope Davis, Esq.
> Elisabetta G. Gasparini, Esq.
> Andrea B. Schwartz, Esq.
> The Office of the U.S. Trustee for Region 2
> 33 Whitehall Street, 21st Floor
> New York, NY  10004

Dated:  New York, New York
        June 14, 2011

                                        _____
                                               Richard V. Conza

3