WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                      :    08-13555 (JMP)
                                                                  :
Debtors.                                                          :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

## SUPPLEMENTAL ORDER REINSTATING CLAIM

WHEREAS Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims)*, dated March 14, 2011 [Docket No. 15014] (the "One Hundred Twelfth Omnibus Objection to Claims"), against claim number 34687 (the "Claim"), which was filed by Franz Guenther Lamprecht (the "Claimant");

WHEREAS the One Hundred Twelfth Omnibus Objection to Claims sought, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedures, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), to disallow and expunge the Claim on the grounds

that the Claim failed to include a valid Euroclear[1] electronic instruction reference number or a Clearstream blocking reference number (a "Blocking Number") as required by the Bar Date Order, all as more fully described in the One Hundred Twelfth Omnibus Objection to Claims;

WHEREAS the Debtors did not receive a response to the One Hundred Twelfth Omnibus Objection to Claims on behalf of the Claim prior to the deadline to respond to such objection, which was April 13, 2011 at 4:00 p.m. (Prevailing Eastern Time);

WHEREAS the Court held a hearing on April 28, 2011 (the "Omnibus Hearing") to consider the relief requested in the One Hundred Twelfth Omnibus Objection to Claims;

WHEREAS the Court entered an order on April 28, 2011[Docket No. 16342] granting the relief requested in the One Hundred Twelfth Omnibus Objection to Claims (the "Order"), which, among other things, expunged and disallowed the Claim;

WHEREAS unbeknownst to the Debtors at the time of the Omnibus Hearing, the Claimant had timely filed a response to the One Hundred Twelfth Omnibus Objection to Claims (the "Response"). The Debtors did not receive the Response until after entry of the Order. The Response included a valid Blocking Number, and, as a result, the Debtors would have withdrawn the One Hundred Twelfth Omnibus Objection to Claims as to the Claim.

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the One Hundred Twelfth Omnibus Objection to Claims.

**IT IS HEREBY**:

ORDERED that the Claim is reinstated; and it is further

ORDERED that the court-approved claims and noticing agent, Epiq, shall be authorized and directed to immediately reinstate the Claim on the Debtors' official claims register; and it is further

ORDERED that the rights of the Debtors and any other party in interest to object to the Claim on any ground other than those set forth in the One Hundred Twelfth Omnibus Objection to Claims are expressly preserved and unaffected by this Supplemental Order; and it is further

ORDERED that other than with respect to the Claim, this Supplemental Order shall have no affect on the claims subject to the Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Supplemental Order.

Dated: New York, New York
      June 14, 2011

                                            *s/ James M. Peck*
                                         Honorable James M. Peck
                                         United States Bankruptcy Judge