WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Alfredo R. Pérez

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                                              :   Chapter 11 Case No.
                                                                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (JMP)
                                                                                      :
                                               Debtors.               :   (Jointly Administered)
                                                                                      :
                                                                                      :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION OF**
**THE DEBTORS PURSUANT TO SECTION 362(a) OF THE**
**BANKRUPTCY CODE FOR ENFORCEMENT OF THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Motion of the Debtors Pursuant to Section 362(a) of the Bankruptcy Code for Enforcement of the Automatic Stay [Docket No. 17061] (the "Motion"), which was scheduled for June 15, 2011 at 10:00 a.m., **has been adjourned to July 20, 2011 at 10:00 a.m.**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New

US_ACTIVE:\43736231\01\58399.0008

York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated:  June 14, 2011
       New York, New York

/s/ Alfredo R. Pérez
Alfredo R. Pérez

WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Debtors
and Debtors in Possession