UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                Debtors.                                          :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 17537-17540,
                                                                       17548, 17550, 17551, 17557

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 13, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
14th day of June, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BARCLAYS BANK PLC
         TRANSFEROR: SILVER POINT CAPITAL FUND, L.P.
         ATTN: DANIEL CROWLEY
         745 SEVENTH AVENUE
         NEW YORK NY 10019

Please note that your claim # 58781-02 in the above referenced case and in the amount of
        $270,800.00        has been transferred **(unless previously expunged by court order)**

         AG SUPER FUND INTERNATIONAL PARTNERS, L.P.
         TRANSFEROR: BARCLAYS BANK PLC
         C/O ANGELO GORDON & CO., LP
         245 PARK AVENUE, 26TH FLOOR
         NEW YORK NY 10167

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 17537    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/10/2011                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 10, 2011.

# EXHIBIT B

```
TIME: 18:06:58                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 06/13/11                                               CREDITOR LISTING
```

| Name | Address |
|---|---|
| AG SUPER FUND INTERNATIONAL PARTNERS, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ANGELO GORDON & CO., LP 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| ARI FILIPINI | 2F HUI HUANG COMMERCIAL BUILDING DONG CHENG ZHONG ROAD GUANGDONG 523000 CHINA |
| BANCO ESPIRITO SANTO, S.A. | SUC. EN ESPANA C/ SERRANO, 88 MADRID 28006 SPAIN |
| BARCLAYS BANK PLC | TRANSFEROR: SILVER POINT CAPITAL FUND, L.P. ATTN: DANIEL CROWLEY 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD. 745 SEVENTH AVENUE ATTN: DANIEL CROWLEY & DANIEL MIRANDA NEW YORK NY 10019 |
| BOTICELLI, L.L.C. | TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167 |
| DWS INSTITUTIONAL FUNDS ON BEHALF OF THE DWS COMMODITY SECURITIES FUND | C/O J. CHRISTOPHER JACKSON 280 PARK AVENUE NEW YORK NY 10017 |
| METHOD INVESTMENTS & ADVISORY LTD | TRANSFEROR: UBS AG ATTN: MARCO BORSA 16 BERKELEY STREET LONDON W1J 8DZ UNITED KINGDOM |
| MORGAN STANLEY & CO. INCORPORATED | TRANSFEROR: DWS INSTITUTIONAL FUNDS ON BEHALF OF 1585 BROADWAY NEW YORK NY 10036 |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: ARI FILIPINI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| UBS AG | BAHNHOFSTR. 45 ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |
| YORVIK PARTNERS LLP | TRANSFEROR: BANCO ESPIRITO SANTO, S.A. ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed    14

EPIQ BANKRUPTCY SOLUTIONS, LLC