DEWEY PEGNO & KRAMARSKY LLP
777 Third Avenue, 37th Floor
New York, New York 10017
Tel: (212) 943-9000
Fax: (212) 943-4325
Thomas E. L. Dewey, Esq.
David S. Pegno, Esq.
*Attorneys for Tranquility Master Fund Ltd.*
*(n/k/a Spectrum Master Fund Ltd.)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

TO:   ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that Tranquility Master Fund, Ltd. (n/k/a Spectrum Master Fund Ltd) ("Tranquility") hereby appears by its counsel Dewey Pegno & Kramarsky LLP, in the above captioned chapter 11 case, pursuant to 11 U.S.C.§ 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f), 3017(a) and 9007 including, without limitation, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, proposed disclosure statements and plans of reorganization and any other documents brought before the Court in this case.

All such notices should be addressed as fellows:

DEWEY PEGNO & KRAMARSKY LLP
777 Third Avenue, 37th Floor
New York, New York 10017
Tel:  (212) 943-9000
Fax:  (212) 943-4325
Attn: Thomas E. L. Dewey, Esq.
          David S. Pegno, Esq.
Email: tdewey@dpklaw.com
            dpegno@dpklaw.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telegraph, telex or telecopier or otherwise, filed with regard to the above-captioned case and proceeding therein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to waiver and shall not constitute a waiver of (i) Tranquility's right to have final orders in non-core matters entered only after de novo review by a District Court; (ii) Tranquility's right to a jury trial in any proceedings so triable herein, or in any case, controversy, or proceeding related hereto; (iii) Tranquility's right to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Tranquility is or may be entitled to under arguments, documents or instruments, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
June 15, 2011

                                      DEWEY PEGNO & KRAMARSKY LLP

                                      By:  /s/ David S. Pegno
                                      Thomas E. L. Dewey, Esq.
                                      David S. Pegno, Esq.
                                      777 Third Avenue, 37th Floor
                                      New York, New York 10017
                                      (212) 943-9000
                                      (212) 943-4325

                                   *Attorneys for Tranquility Master Fund Ltd.*
                                     *(n/k/a Spectrum Master Fund Ltd.)*