Fed:6-CU-4457 And all US Bankruptcies all retroactive all names POC#70464 and Borders group and Blockbuster and Lehman Brothers. If needed, all Trial De Novo also

YAHOO! MAIL Classic

The plantiffs to travel now — too poor (like almost zero income)

Fw: !!!!US SUPREME COURT AND US BANKRUPTCY COURT LEGAL AND EQUITABLE ISSUES-PLEASE LEGALLY ACT WITHOUT DELAY FROM BOTTOM TO TOP-THANKS!!!!

Thursday, April 21, 2011 3:09 PM

From: "b smith" <federalsubpoena@yahoo.com>

To: efoia@usgs.gov, webmaster@ca1.uscourts.gov, webmaster@ca2.uscourts.gov, webmaster@ca3.uscourts.gov, webmaster@ca4.uscourts.gov, webmaster@ca5.uscourts.gov, webmaster@ca6.uscourts.gov, webmaster@ca7.uscourts.gov, webmaster@ca8.uscourts.gov, webmaster@ca9.uscourts.gov, webmaster@ca10.uscourts.gov, webmaster@ca11.uscourts.gov, "Supreme Court" <webmaster@supremecourt.gov>, pacer@psc.uscourts.gov, oscar-support@ao.uscourts.gov, efoia@usda.gov

23 Files (18 MB)

04 20 20... All US Ba... Guide for... Memoran... Rules of ... Prose Pro... Survey.mht US Bankr... US Distri... US Distri...
US Distri... US Distri... US Supre... US_SUPR... Lehigh C... Electronic... FEDERAL ... Garnishm... Garnishm... Pacer an...
Wheel In... Scanned ... Scanned ...

All past and their contents are included, if correct involved any & all ways.

Even by addresses and PO Boxes.
Ex: Dodge & Cox c/o Boston Financial Data Services (also on Prudential) and more.
Sharebuilder in Seattle Washington (PO Box)
Deutsche Bank has/had PO Box in S. Hackensack, NJ
All ways

In the file there was a Performance Food Group (all names) like it related (all ways) possibly Performance Personnel (all names)

--- On Thu, 4/21/11, b smith <federalsubpoena@yahoo.com> wrote:

From: b smith <federalsubpoena@yahoo.com>
Subject: Fw: !!!!US SUPREME COURT AND US BANKRUPTCY COURT LEGAL AND EQUITABLE ISSUES-PLEASE LEGALLY ACT WITHOUT DELAY FROM BOTTOM TO TOP-THAN
To: "President Barack Obama" <info@messages.whitehouse.gov>, "Whitehouse" <comments@whitehouse.gov>, "Whitehouse" <vice_president@whitehouse.gov>, "wipo.int" <abens@in <piie_dir@economie.fgov.be>, "wipo.int" <sapi@reacciun.ve>, pacer@psc.uscourts.gov, oscar-support@ao.uscourts.gov, erandol@patreasury.org, support@leg.wa.gov, supreme@court
Date: Thursday, April 21, 2011, 3:05 PM

Aka Gm all → Volvo, Renault (mack) Logistics aka Derby Industries (all entities & individuals all surrounding and all within, if correct.)
Names US Bankruptcies

--- On Thu, 4/21/11, b smith <federalsubpoena@yahoo.com> wrote:

From: b smith <federalsubpoena@yahoo.com>
Subject: !!!!US SUPREME COURT AND US BANKRUPTCY COURT LEGAL AND EQUITABLE ISSUES-PLEASE LEGALLY ACT WITHOUT DELAY FROM BOTTOM TO TOP-THANKS
To: JPML-Helpdesk@jpml.uscourts.gov, pio@ca1.uscourts.gov, pio@ca2.uscourts.gov, pio@ca3.uscourts.gov, pio@ca4.uscourts.gov, pio@ca5.uscourts.gov, pio@ca6.uscourts.gov, pi
Date: Thursday, April 21, 2011, 2:55 PM

APR 25 2011
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Also revised and added to from the last legal efilings-all legally and equitably completed:OPINIONS AND OBSERVATIONS. THE PLANTIFFS ARE DEFINITELY NOT RESPONSIBLE F forms/documents in any and allways. Now placed on top of this form/legal document also.Also,now revised and all retroactive if not completed (all ways) before all Motions and all Petitio contents and all sending and all possible esending of all flashdrive contents in any and all ways. For legal and equitable examples also: pdfs-all names and all annual reports contents al 07-02-2011 thru 04-06-2011 Fed:5cv4457 and all others and poc#70464 and Borders group (all names) bankruptcy and Blockbuster (all names) and all other bankruptcies in the past thr Shortened official federal legal document (all ways). all legal ease (all ways) is automatically transferred to all Official federal subpoenas and summons forms-all legally and equitably cor All recent united states mailings of all legal and equitable documents sent all ways and especially all official forms/legal documents all legally completed with all legal ease (all ways) also and all legal ease herewithin and all throughout also automatically transferred to all official federal legal and equitable documents.All websites contents especially and also as follows are legally and equitably included also:

All legal and equitable questions all legally typed all herewithin and all surrounding all legally and all equitably applies to all possible entities and all possible individuals all [illegible] by one months time to the united states supreme court.All legally and equitably continued from all past legal efilings also: for legal and equitable examples of 06-27-2011-12-27-2010 als

All legal and equitable ease in any and all ways and everywhere of the plantiffs legally and equitable stands corrected and added to with all websites insertions of all legal edocu accounts in Yahoo (in any and all ways) and all other ways if applicable.

All previously aka in the past and in the present and in the future legal and equitable writings and typings (all forms of all communications is again legally and equitably attached ways,if involved in any and all ways also.

All legal ease in any and all ways all legally and equitably typed and legally and equitably questioned all herewithin and all surrounding applies to all entities and all possible individuals es factual replies in all legal and equitable writings to the us courts as legally and equitably typed all herewithin and all surronding as legally and equitably requested all herewithin and all su states and all possible duals interests and all possible duals jobs personnel all within and all surronding ,if correct.All legal and equitable ease in any and all ways is automatically transfe states and all other officials forms all legally and equitably filled in and all legally and equitably completed according to all and any laws and American & International laws & principles.All and equitably included in any and all times.All previously filed and all legal and equitable notes and all the plantiffs courts (all ) dockets in tact and all of the same just typed are legally an All groups and all conglomerates and all manipulations and all possible manipulators are also in legal and equitably included even all the possible "FRAUD" fabricated in all financial entit All legal and equitable ease in all the plantiffs courts (all) dockets and all other ways all legally and equitably stands all corrected and all added to in any and all ways. if possible in any and all ways:http://en.wikipedia.org/wiki/Mind_reading and if correct in any and every combinations thoughout even possible alarms and video technologies and all oth Motions and Petitions to determine all possible manipulations if any also in legal and equitable writings even possible USPTO and USDOC inventions to even possible product marketing and merchandizing in any and all ways,if correct.

All possible taskforces of supernatural and all otherwise by facts leaving nobody out also in legal and equitable writings in any and all ways,if correct.

http://search.yahoo.com/search;_ylt=AggPLw.lIX3EPQdYrwQJH5qbvZx4?p=hd+video+magazine&toggle=1&cop=mss&ei=UTF-8&fr=yfp-t-382

http://search.yahoo.com/search;_ylt=A0oG7n5Z4pxNTCYAD3tXNyoA;_ylc=X1MDUCMyMTQyMzU3MDg5BF9yAzIEYW8DMQRmcgN5ZnAtdC0zODIEZnIyA3NidG4EaG9zdHB2aWQD

and if correct and if involved in any and all ways:werner entities even publishing and all possible trucking and all possible entities and all possible individuals all surronding and all within of individuals aka also inventors even retail entities from toy story to all other ways and if correct all possible manipulations from possible merchandizing and barnes and noble to the bor again video and audio and photographies technologies all surronding and all within to the plantiffs and also the plantiffs inventions disputes in all legal and equitable writings to the united states supreme court and a legal and equitable copy to the us bankrucptcy court southern district of new york leaving nobody out (and also http://en.wikipedia.org/wiki/High-definition_video and http://en.wikipedia.org/wiki/Blu-ray_Disc and again:

http://en.wikipedia.org/wiki/20th_Century_Fox and all entities all surronding and all within even individuals also -all the same as above legal and equitable questions also as legally all informations and all blockbuster bankruptcies:http://en.wikipedia.org/wiki/Blockbuster_Inc. also in legal and equitable writings.

http://en.wikipedia.org/wiki/Mitsubishi and all gm-all names bankruptcies and all possible lehigh valley automotive groups-all names and all entities and all possible individuals all surron and all the following:mellon,pbs,carnegie,ford,blockbuster and all the long lists of foundations all herewithin and all surronding also in legal and equitable writings leaving nobody out with all possible jobs tasks lists also if correct.

http://en.wikipedia.org/wiki/NEC-Mitsubishi_Electronics_Display_of_America_Inc. and the plantiffs shareholdings in the past and in the present also in legal and equitable writings,as l http://www.necdisplaysolutions.com/ and http://www.necdisplaysolutions.com/SiteMap/ and http://www.necdisplaysolutions.com/NewsAndMediaCenter/Events/ and even all possib http://www.necdisplaysolutions.com/AboutNEC/ and http://www.google.com/finance?q=TYO%3A6701 and http://www.google.com/finance?cid=716624 and all similar to and the sar also last names of roman and o'neil and all others are legally and equitably included if correct and if involved and all possible roman films and all possible roman bakeries and foods en

BS [signature] & all others (A Class Action An Homeless)

Names and Borders Group and Blockbuster and Lehman Brothers and

# Form Confirmation

all US Bankruptcies all retroactive, all if correct

Thank you for submitting the following information:

Q1: Appellant Note: Moore Wallace Now 4/21/2011
Q2: did Prudential Prospectus (publications) inserts, packaging etc. Ancurrent info.
Q3: please see below-thanks Also: All correct internet hyperlinks (all their contents)
Q4:
Q5: Monetary damages (1) http://main.dfking.com/corporate/experience/proxy/ All entities, all if involved.
Q6:
Q7:
Q9A:
Q9B:
Q9C: other
Q9D: (2) http://www.clking.com/AboutUs/ExecutiveManagement and if related in all and any ways
Q9E:
Q9F:
Q9G:
Q9H:
Q10: (3) Richard King (all names) Mellon Foundation (Atlas of Pennsylvania Book inclusions (past) Emmaus Public Library.
Q11:
Q13:

Q8

Q9I

Q10A Yet another GM - all names River... name and Brandywine also and more.

Q11A (4) And if related in all ways: Clarence C. King of Aetna Health Blue Bell Pa (Aetna Insurance & MPT Aetna Fed Co in Allentown. All Wells Fargo & Wachovia (All Entities all within and surroundings, if correct)

Q12

All pages - all included all ways all contents.

Also revised and added to from the last legal efilings-all legally and equitably completed:OPINIONS AND OBSERVATIONS. THE PLANTIFFS ARE DEFINITELY NOT RESPONSIBLE FOR ANY AND ALL MISINFORMATIONS!All legal and all equitable corrections and all legal additions in all legal and equitable united states courts dockets and all legal filings (all ways and in all locations): all legal ease in any and all ways all are legally and automatically transferred to all official federal forms/documents in any and allways. Now placed on top of this form/legal document also.Also,now revised and all retroactive if not completed (all ways) before all Motions and all Petitions to use all Flashdrive legal and equitable contents in any and all ways on all legal and equitable behalfs of the plantiffs only and all their contents as well as black books of all legal and equitable notes based on all research if correct also are legally and equitably entered with all their legal and equitable contents and all sending and all possible esending of all flashdrive contents in any and all ways. For legal and equitable examples also: pdfs-all names and all annual reports contents and all sec-all names contents and all other possible ways even all flashdrives with all legal and equitable contents mailed via and by us postal service mail also. 07-03-2011 thru 04-21-2011 Fed:5cv4457 and all others and poc#70464 and Borders group (all names) bankruptcy and Blockbuster (all names) and all other bankruptcies in the past that the plantiffs were past over by if correct are legally and equitably included and all other us courts dockets and all lehigh county pa and all entities all surronding and all within. Shortened official federal legal document (all ways). all legal ease (all ways) is automatically transferred to all Official federal subpoenas and summons forms-all legally and equitably completed. All opinions and observations. The plantiffs are not responsible for any/all misinformations. All recent united states mailings of all legal and

[signature] & all others (A Class Actions All Homeless)

Filed: 5-08-13555 ... and Blockbuster and Lehman Brothers and all US Bankruptcies all retroactive.
Now 4/21/2011

*Serving the Institutional Investor Since 1972*

View List: Fixed Income Offerings | Coverage Universe | Market Makers | Contact Us




About Us | Institutional Equities | Equity Research | Fixed Income | Investment Banking | Investor Services | Client Forms

home / about us / executive management

Text Size: T T T

Candace King Weir
Peter E. Bulger
Robert A. Benton
Jim Barrett
Chris Edwards
Vincent Kenney
Jeff Maier
Mitch Meisler
Louis A. Parks
Scott White

# Scott White

**Senior Managing Director, Head of Investment Banking**

Scott White joined CL King in 2009. He delivers the full range of investment banking services to corporations and boards. Scott has closed over 130 investment banking transactions representing more than $63B of securities. He is a 17-year veteran of Bank of America, Citigroup and Credit Suisse First Boston. Most recently, he was Managing Director for five years at Bank of America, responsible for the Consumer & Retail sector and formerly Head of West Coast Mid-Cap Investment Banking. In the late 90s, Scott was EVP of Corporate Development at Budget Group, a public Fortune 500 company, where he oversaw the acquisitions of companies with $2.5B in revenues. Scott has completed transactions in a number of industry sectors, including industrials, consumer, retail, services and energy.

Scott earned a JD and a BA With Highest Honors from the University of Texas at Austin, where he was elected into Phi Beta Kappa.

Fixed Income Offerings

Agencies
Convertibles
Cert. of Deposits
Corporate
Mortgages
Municipals
Taxable Municipals

©Copyright 2010 CL King, All Rights Reserved.

Home | Contact Us | Required Disclosures

All possible relations and all entities all surrounding and all within, it to which (all ways)

Even all possible stock analyst firms also, it correct.
Even all Olrginy Mother entities (Renault, Ford, GM, Google & more WPP & JW Thompson) more.

[signature] (A class Actions All Classes)

Computershare

Computershare Investor Services
250 Royall Street
Canton Massachusetts 02021
www.computershare.com

BEVERLEY E SMITH JR &
MARY B WAGNER SMITH JT TEN
151 W MOUTAIN RD APT 5
ALLENTOWN PA 18103

**Company Name:** HARLEY-DAVIDSON INC.
**Issue ID:** HDI
**Account Number:** [redacted]2907
**Registration:** Beverley E Smith Jr & Mary B Wagner Smith Jt Ten

April 05, 2011

Dear Shareholder:

Thank you for your inquiry concerning the above-referenced account. We appreciate the opportunity to assist you with obtaining new or replacement securities issued by the above-referenced Company ("Replacement Securities").

We acknowledge receiving a communication advising us of the loss of Company certificate(s) ("Lost Securities") listed in the enclosed Lost Securities Bond for Computershare Accounts ("Bond"). A stop transfer restriction has been posted against the Lost Securities and, as required by law, a Securities Information Center report has been electronically filed with the financial community. We may notify you if the Lost Securities are presented for transfer.

In addition, an open penalty surety bond is required in connection with your request for Replacement Securities. At your option, you may obtain such a bond from a qualified surety on your own meeting our requirements. For your convenience, enclosed is an Affidavit, which constitutes an application for coverage under the Lost Securities Bond issued and underwritten by Safeco Insurance Company of America ("Safeco").

In the event the Lost Securities are recovered, please provide us with written notification signed by all registered holders. Otherwise, the registered owner(s) may experience a delay if the Owner(s) elect to transfer the Lost Securities in the future.

**NOTE: AFFIDAVIT MUST BE SIGNED AS NAME(S) APPEAR ON THE ACCOUNT OR COURT APPOINTMENT. DO NOT ALTER OR CHANGE INFORMATION ON THE AFFIDAVIT AS THIS IS A LEGAL DOCUMENT.**

BE Smith $ All Others c/o
Fed:5-CV-4457 $ All Other's c/o
U S Supreme Court
One First street
Washington, DC
20543

USA FIRST-CLASS FOREVER

LEHIGH VALLEY PA 180
22 APR 2011 PM 4 T

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York
10004

RECEIVED
APR 25 2011
USMB
SDNY

10004$1400