Should you have any questions, you can obtain additional information on our products and services by visiting the FAQ section of our website at www.computershare.com. You can also call us toll free at 1-800-730-4001 or write to us at Shareholder Services, P.O. Box 43010, Providence, R.I. 02940-3010. Our telephone representatives are available Monday through Friday between the hours of 9 a.m. and 5 p.m. Eastern Time. For certain routine information, you may call us 24 hours a day, 7 days a week, and access our teleservicing system.

Sincerely,

Lost & Replacement Department


Enclosure(s): Instructions for Completing the Affidavit
Affidavit

REF: i.b./UIB0001124660