As written, printed legally (all ways) all legal fax cover pages. Please have all of these legal pages (all ways) present at Lehigh County Pa Master Sheets and the Plaintiffs hearing on 6/9/2011 8:30 at Lehigh County Pa Courthouse Page 1 of 11

AO 88 (Rev. 07/10) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT

JPML, US Supreme Court, All other US Courts, all Pa Courts all others

for the 3rd Federal Circuits and All Others

Some pages not marked with page numbers - all included

All US States, Lehigh County Pa (all ways)
All other Court dockets: CR-3499-2009 M) 50-22972-
B R Smith & All Others (Homeless) (A class Actions All) CR-2269-2007 M Numbers correct. Fed: 5-CV-4457 And 2001
_____ )
Plaintiff )
v. ) Civil Action No. All others And Lehigh County
Please see Federal Pacer Account 500789 ) Pa (All entities all surrounding and all within and
_____ ) all possible individuals, if involved.
Defendant )

### SUBPOENA TO APPEAR AND TESTIFY
### AT A HEARING OR TRIAL IN A CIVIL ACTION / Criminal (all ways)

Commonwealth of Pa, Lehigh County Pa & All Others, 455 W Hamilton St,
To: Allentown, Pa, 18101 And All Others Faxed to (legally): 610-820-3093

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. All enclosed and faxed with legal and equitable documents are all ways attached and bound all ways.

| Place: Please send and act upon also. | Courtroom No.: Please send and act |
| --- | --- |
| | Date and Time: upon JUN 13 2011 |

RECEIVED JUN 13 2011 U.S. BANKRUPTCY COURT, SDNY

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable) (1) All legally and equitably included: All payments, sent back and returned to scam up to 6/9/2011. (2) All transcripts of all Lehigh County Pa (other - all Courts) especially if correct all Judge Banach (all spellings) where she stated these issues are out of her jurisdiction (all correct legal words) (3) All recent US Supreme Court & Lehigh County Pa Courts (all entities & possible individuals) USPS certified mailings and all legal and equitable contents. (4) All liens judgements (all ways) filed in all locations.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached. More on Page 2

All correct US Courts stamps true before all automatically stamped. All possible errors and all possible otherwise (seen on Page 2) All correct US Actions

Date: 6/8/2011

CLERK OF COURT

_Michaela _____ Signature of Clerk or Deputy Clerk_    _B R ___ all others (all Homeless) Attorney's signature_ Pro Se

The name, address, e-mail, and telephone number of the Pro Se attorney representing (name of party) B R & all others
C/o the US Supreme Courts, who issues or requests this subpoena, are:

All legal dockets all ways all locations stand correct.

All recent US mail contents also included all ways. If these and other legal and equitable documents cannot be present or are not present in any/all upcoming hearings/courtcases all mistrials, all mis hearings, all continuances (all ways) already requested and legally demanded.

AO 88 (Rev.07/10) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)    Page 2 of 11

Civil Action No. Fed; 5-cv-4457 And All others.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Commonwealth of Pa, Lehigh County, Pa, 455 W Hamilton st, Allentown Pa 18103

was received by me on *(date)* _____.

☑ I served the subpoena by delivering a copy to the named person as follows: ↓ via US mail, via legal fax to _____

on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: 6/8/2011

Please legally in writing answer by 7/15/2011 to the US Supreme Court

Barb K Smith all others (A class Actions An Homeless)
Server's signature

B K Smith & m others (A class Actions An Homeless)
Printed name and title

c/o The US Supreme Court, One First st, Washington, DC 20543
Server's address

Additional information regarding attempted service, etc:

(5) All no Divorce Settlements And no payments it correct to the Federal IRS – All Names and on and in behalfs of the plaintiffs only BK Smith 2010 tax return of income approx. $1,920 for year and Lehigh County Pa (all ways) taking BK Smith out of work on 6/9/2011 (all issues here) (6) All evidences showing BK Smith was present in all Lehigh County Pa Courthouse when requested before (all occurred) (7) All blockings of jobs/incomes/process was and later and again asking/demanding monies from plaintiffs. (8) Judge Steinberg meeting with BK Smith – he even said Federal Jurisdictions (9) All requests to push all hearings to trial if pursued but already requested with motions & petitions to determine payments to Commonwealth of Pa (all ways) to Federal Courts (all possible ignorings) (10) All continued on page 1 of 10 http://www.ca3.uscourts.gov/ ... website insertions pages enclosed or attached (all similar to website insertions all ways up to 6/9/2011

AO 88 (Rev. 06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 3)                      Page 3 of 11

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things, in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

*[Handwritten annotations across top:]* Fed. 5-cv-4457 and Divorce 2008-FC-1453 and PSC #70464 and G-17-311 names and Borders Group and Lehman Brothers and Blockbuster and all US Bankruptcies Attributative back to 2008-2001 — All pg and all contents including all ways

## YAHOO! MAIL Classic

*[Handwritten:]* correct

**Fw: !!!!!PLEASE ANSWER THE UNITED STATES SUPREME COURT AND THE US WHITEHOUSE NOW-THANKS!!!!All DEATH THREATS VIA EMAIL AND COVERUPS ALL SURRONDING INVENTIONS DISPUTES ALL POSSIBLE to be determined**

From: "bob smith" <bob43smith@yahoo.com>
Thursday, May 5, 2011 4:29 PM
To: JPML-Helpdesk@jpml.uscourts.gov, pio@ca1.uscourts.gov, pio@ca2.uscourts.gov, pio@ca3.uscourts.gov, pio@ca4.uscourts.gov, pio@ca5.uscourts.gov, pio@ca6.uscourts.gov, pio@ca7.uscourts.gov, pio@ca8.uscourts.gov, pio@ca9.uscourts.gov, pio@ca10.uscourts.gov, pio@ca11.uscourts.gov, "Supreme Court" <webmaster@supremecourt.gov>, pacer@psc.uscourts.gov, oscar-support@ao.uscourts.gov, rulescomments@ca1.uscourts.gov, rulescomments@ca2.uscourts.gov, rulescomments@ca3.uscourts.gov, rulescomments@ca4.uscourts.gov, rulescomments@ca5.uscourts.gov, rulescomments@ca6.uscourts.gov, rulescomments@ca7.uscourts.gov, rulescomments@ca8.uscourts.gov, rulescomments@ca9.uscourts.gov, rulescomments@ca10.uscourts.gov, rulescomments@ca11.uscourts.gov, PIONNoReply@supremecourt.gov

24 Files (19 MB)

*[Handwritten:]* No Divorce Settlements More

Prose Pro... | 05_05_20... | 05_05_2... | 07-15-20... | FEDERAL... | Garnishm... | Garnishm... | Guide for... | Lehigh C... | Memoran...
Pacer an... | Rules of... | Scanned... | Scanned... | UNITED... | US COUR... | US Distri... | US Distri... | US Distri... | US Distri...
US Feder... | US Supre... | US_SUPR... | Wheel In...

*[Handwritten:]* Recent Receipts Pmt to Ps-SCNY directly 5/2/2011 mo# 14368405133 4/12/2011 (western union) mo# 14283361395 until Federal Courts Petition and Motion (All others payments)

--- On Thu, 5/5/11, bob smith <bob43smith@yahoo.com> wrote:

From: bob smith <bob43smith@yahoo.com>
Subject: Fw: !!!!!PLEASE ANSWER THE UNITED STATES SUPREME COURT AND THE US WHITEHOUSE NOW-THANKS!!!!All DEATH THREATS VIA EMAIL AND COVERUPS ALL
To: governor@state.oregon.us, attorneygeneral@state.oregon.us, generalcounsel@state.oregon.us, webmaster@ca1.uscourts.gov, webmaster@ca2.uscourts.gov, webmaster@ca3.uscc webmaster@ca7.uscourts.gov, webmaster@ca8.uscourts.gov, webmaster@ca9.uscourts.gov, webmaster@ca10.uscourts.gov, webmaster@ca11.uscourts.gov, "Supreme Court" <webma
Date: Thursday, May 5, 2011, 4:24 PM

--- On Thu, 5/5/11, bob smith <bob43smith@yahoo.com> wrote:

From: bob smith <bob43smith@yahoo.com>
Subject: Fw: !!!!!PLEASE ANSWER THE UNITED STATES SUPREME COURT AND THE US WHITEHOUSE NOW-THANKS!!!!All DEATH THREATS VIA EMAIL AND COVERUPS AL
To: treasury@state.or.us, legalcounsel@oregon.state.us, criminalcases@ca1.uscourts.gov, criminalcases@ca2.uscourts.gov, criminalcases@ca3.uscourts.gov, criminalcases@ca8.uscourts.gov, criminalcases@ca9.uscourts.gov, criminalcases@ca10.uscourts.gov, criminalcases@ca11.uscourts.gov, "Supreme Court" <webmaster@supremecou <acrofoot@washingtontimes.com>, "WASHINGTON TIMES" <advertiz@wt.infi.net>, "WASHINGTON TIMES" <ArthurOchsSulzbergerJr@washingtontimes.com>, "WASHINGTON TIMES" <bryant@twtmail.com>, "WASHINGTON TIMES" <chaffe@twtmail.com>, "WASHINGTON TIMES" <circulation@washingtontimes.com>, "WASHINGTON TIMES" <circulation@ <founder@washingtontimes.com>, "WASHINGTON TIMES" <general@washtimes.com>, "WASHINGTON TIMES" <eldrid@twtmail.com>, "WASHINGTON TIMES" <fahey@twtmail.com>, "WASHINGTON TIMES" <egetzinger@washingtontimes.com>, "WASHINGTON TIMES" <hanner@twtmail.com>, "WASHINGTON TIMES" <jalmond@washin "WASHINGTON TIMES" <legal@washingtontimes.com>, "WASHINGTON TIMES" <mccasl@twtmail.com>, "WASHINGTON TIMES" <mike.mcgrath@washtimes.com>, "WASHINGTO <newsdesk@washingtontimes.com>, "WASHINGTON TIMES" <pduverneau@washingtontimes.com>, "WASHINGTON TIMES" <pearso@twtmail.com>, "WASHINGTON TIMES" <pho TIMES" <pierce@twtmail.com>, "WASHINGTON TIMES" <privacy@washingtontimes.com>, "WASHINGTON TIMES" <pusey@twtmail.com>, "WASHINGTON TIMES" <retailad@wt.infi "WASHINGTON TIMES" <steven.sweet@washtimes.com>, "WASHINGTON TIMES" <tagres@mcimail.com>, "WASHINGTON TIMES" <twtcirc@wt.infi.net>, "WASHINGTON TIMES" <webeditor@washtimes.com>, "WASHINGTON TIMES" <webmaster@magserv.com>, "WASHINGTON TIMES" <webmaster@washingtontimes.com>, "WASHINGTON TIMES" <wtadv "WASHINGTON TIMES" <whwcs@magserv.com>, "WASHINGTON TIMES" <yourletters@washingtontimes.com>, Web_CA09Admin@ca9.uscourts.gov, Web.Master@pa.ngb.army.mil Webmaster_ca5_@_ca5.uscourts.gov, Webmaster@ca2.uscourts.gov, webmaster@cit.uscourts.gov, webmaster@laed.uscourts.gov, webmaster@nytimes.com, Webmaster@occ.treas "Whitehouse" <comments@whitehouse.gov>, "Whitehouse" <vice_president@whitehouse.gov>, "wipo.int" <abens@inpi.fr>, "wipo.int" <cenda@cubarte.cult.cu>, "wipo.int" <cipo.contac "wipo.int" <mail@patentstyret.no>, "wipo.int" <oplorg@otenet.gr>, "wipo.int" <panautor@orbi.net>, "wipo.int" <pile_dir@economie.fgov.be>, "wipo.int" <sapi@reacciun.ve>, "wipo.int" <s
Date: Thursday, May 5, 2011, 4:19 PM

--- On Thu, 5/5/11, bob smith <bob43smith@yahoo.com> wrote:

From: bob smith <bob43smith@yahoo.com>
Subject: Fw: !!!!!PLEASE ANSWER THE UNITED STATES SUPREME COURT AND THE US WHITEHOUSE NOW-THANKS!!!!All DEATH THREATS VIA EMAIL AND COVERUPS A
To: civilcases@ca1.uscourts.gov, civilcases@ca2.uscourts.gov, civilcases@ca3.uscourts.gov, civilcases@ca4.uscourts.gov, civilcases@ca5.uscourts.gov, civilcases@ca6.uscourts.g civilcases@ca10.uscourts.gov, civilcases@ca11.uscourts.gov, "Supreme Court" <webmaster@supremecourt.gov>, pacer@psc.uscourts.gov, oscar-support@ao.uscourts.gov, "PA SE <rtomlinson@pasen.gov>, "PA SENATE" <vhughes@legis.state.pa.us>, "Pa Senator Pat Brownes Office" <pbrowne@pasen.gov>, "Pa State General Counsel" <gc-webmaster@state <webmaster@health.state.pa.us>, "Pa State Rep Steve Samuelson" <ssamuels@pahouse.net>, "Pa State Unemployment Office" <ra-li-oit-webteam@state.pa.us>, "Pa State Webma <pacer.psc@uscourts.gov>, "FEC Pacs" <info@fec.gov> paeb_ecf_training@paeb.uscourts.gov, "paed.uscourts.gov" <PAEO_clerksoffice@paed.uscourts.gov>, "paed.uscourts.gov" pic@iasb.uscourts.gov, poughkeepsie.chambers@nysb.uscourts.gov, pronet@sba.gov, proposed_orders@sdb.uscourts.gov, proposedorders_aug@gas.uscourts.gov, statepolice@st <bsaefilinghelp@notes.fcs.treas.gov>, "USPTO eFOIA" <efoia@uspto.gov>, "FCA" <foiaofficer@fca.gov>, "FCC" <fccinfo@fcc.gov>, "FCC" <jonathan.adelstein@fcc.gov>, "FCC" <kf <michael.powell@fcc.gov>, "FDIC" <foia@fdic.gov>, "FEC" <elections@fec.gov>, "FEC" <foia@fec.gov>, "FEC" <havainfo@eac.gov>, "FEC" <legal@fec.gov>, "FEC" <webmanage <federalsubpoena@yahoo.com>, "Fellow Veterans" <bergerr@ncr.disa.mil>, "Fellow Veterans" <efoia@dtra.mil>, "Fellow Veterans" <foia@bolling.af.mil>, "Fellow Veterans" <foia@d <foia@nro.mil>, "Fellow Veterans" <foia@mdabelvoir.army.mil>, "Fellow Veterans" <foia@whs.mil>, "Fellow Veterans" <leslie.blake@mail.dss.mil>, "Fellow Veterans" <linda.krabber <webmaster@fjc.gov>, FellowsProgram@supremecourt.gov, "FOIA Pantagon" <haffoia.workflow@pentagon.af.mil> foia@dodig.mil, Frank_Laney@ca4.uscourts.gov, Frank_Scardilli
Date: Thursday, May 5, 2011, 4:13 PM

--- On Thu, 5/5/11, bob smith <bob43smith@yahoo.com> wrote

*[Handwritten at bottom:]* B[illegible] full out A class action this [illegible] — Fund Involved it

http://us.mc1200.mail.yahoo.com/mc/showM...

US Constitutional Rights Violations to more here.

Please identify Mary Abate by DNA + Birth certificate.

Also a motorcycle

Hello!    (photo name possible) 12/9/2010

Please legally and equitably enter
on Fed 15-CV-4457 And All others       All Lehigh County Dockets of the plaintiffs also, 2004-FC-1055 + others

Federal Paver after seeing your courts
servers for all websites legal and equitable
insertions of all legal edocuments.

h: Enclosed
short
amped updated,   Please see all (possible) entrapments in between
Lehigh County Pa court + USDC (Hand delivered
so IRS +   legal documents and told not to file in LC anymore
A Senate   for immediate stamp then other persons mortgage
comments to   foreclosure document put in my stack to take over
is           to USDC in Allentown Pa. (Possible Deficient
wrong,       Trespass again tried). That document left at
25 wasn't    USDC to deliver back to Lehigh County Pa
rcvd by      courthouse.
gh County
a
The          Please stop Lehigh County Pa from further damages to
             the plaintiffs from no divorce settlement(s) to
             possible (tba) manipulated criminal history (against
             ex-mr mom), cover up of real issues (attempted
             murders, munitions issues and more.
                     Thanks!    A Class Action
             [signature]        All Thanks!

RECEIVED
DEC 14 2010
OFFICE OF THE CL[ERK]
SUPREME COURT

Transmittal Paver for Federal Paver

| | |
|---|---|
| Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 9052<br>Andover, MA  01810-9052 | For assistance, call:<br>1-800-829-0922<br>Your Caller ID: 765228<br>Notice Number: CP49<br>Date: March 7, 2011 |

*[Handwritten:] Fed: 5-cv-4457 And Commonwealth of Pa (Lehigh County Pa) CR-3999-2009 and all other courts deducts.*

081208.842923.0365.007 1 AT 0.357 630

Taxpayer Identification Number:
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
Tax Form: 1040EZ
Tax Year: December 31, 2010

BEVERLEY E SMITH
151 WEST MOUNTAIN ROAD
ALLENTOWN PA  18103-5866

*[Handwritten:] No Divorce settlements & Payments to IRS by Lehigh County Pa (Allentown, all individuals), if correct. 2000 - 2001*

## Overpaid Tax Applied to Other Taxes You Owe

We applied $291.00 of the overpaid tax on your 2010 tax return to the unpaid balance of other federal taxes which our records show you owe.

You may still be due a refund if we applied only part of your overpayment to other taxes. You also may be due a refund if you recently made a payment against the other taxes that we had not credited when we applied your overpayment. In either case, you will receive a check for any refund due to you as long as the amount is greater than one dollar. You must request a refund of less than one dollar. If you have any questions, please call us at the number listed above.

The figures below show our calculation:

### How We Applied Your Overpayment

| | |
|---|---:|
| Amount of Overpaid Tax on Your Return | $291.00 |
| Amount of Interest You Earned on Overpayment | $.00 |
| Total Amount Due You | $291.00 |
| Total Amount Applied | $291.00 |
| Amount to be refunded Unless You Owe Other Obligations | $.00 |

(Your refund may include interest. Please be aware that interest you receive on tax refunds is taxable income to you in the year you receive it. Please retain this notice for your records.)

### Where We Applied Your Overpayment

| Form(s) | Tax Period(s) | Amount(s) Applied | Balance Remaining |
|---|---|---|---|
| 1040A | December 31, 2001 | $291.00 | $16,119.66 |

The following information may pertain to you if you are currently married or were previously married. Did we use your refund to pay for income taxes that you and a former (or current) spouse owe? If you file a claim, you may be eligible to receive relief from having to pay your former (or current) spouse's income tax debt. A successful claim for relief could change the tax you have to pay. You may not owe anything at all. You could receive your refund or other payments back.

Page 1

**ADULT PROBATION DEPARTMENT**
COUNTY OF LEHIGH
455 W. Hamilton Street
ALLENTOWN, PA 18101-1614

PRESORTED
FIRST CLASS MAIL
US POSTAGE
PAID
HARRISBURG, PA
PERMIT NO. 246

8/22/2010

Please return to sender.
Legal corrections (address-legal)

Not a legal address: Fed:5-CV-4457 And all others c/o
U.S Court of Appeals For The Federal Circuit
717 Madison Place, NW
Washington, DC
20439

Beverley Eugene Smith
151 Mountain Road
Apartment # 5
Allentown, PA 18103

---

DROP SHIPMENT
AUTHORIZATION 25-145
MAILED AT READING PA

05-19-10

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
00422431 36
MAILED FROM ZIP CODE
$ 00.33

PA State Collection and Disbursement Unit
P.O. Box 69111
Harrisburg, PA 17106-9111

Return Service Requested

Please return to sender
for legal address corrections.
Fed:5-CV-4457 And All others c/o
US Court of Appeals for The Federal Circuit
717 Madison Place, NW
Washington, DC
20439

8/22/2010

4-57
Opt1_221.1

BEVERLEY E SMITH
151 W MOUNTAIN RD APT 5
ALLENTOWN PA 18103-5866

FEXTSS1 18103

Fed: 5-cv-4457 and all others (all US courts and all courts Dockets of the plantiffs (all ways) (11)

## Form Confirmation

Thank you for submitting the following information:

Q1: Appellant
Q2:
Q3: !!!!more snl and lehman brothers and all others!!!!!
Q4:
Q5: Monetary damages
Q6:
Q7:
Q9A:
Q9B:
Q9C:
Q9D:
Q9E:
Q9F:
Q9G:
Q9H:
Q10:
Q11:
Q13:
Q8

Copied from official form US Courts; All phone calls made all details all individuals to Lehigh County Pa offices also included: Court Scheduling, Court Transcription, Adult Probation, Court Administration, Collections office, Lloyd, Dolores, Tammy, Tiffany, MaryAnn, Daniello, All others all ways] (12) All official laws of the US Government and the state of Pa - all names on/in all behalfs of the plantiffs (13) All true victims here - all death threats via email, all whild incidents, all ways (all possible manipulations) (14) All Lehigh County Pa Law entities, all individuals all ways denials of food stamps & medicine needed and yet collections attempts - all if correct) (15) All collections laws (protection of the consumer) on all behalfs of the plantiffs only. (16) All US Senate, US Congress, all Pa State Senate, all Pa State Rep - all names, all Federal Prosecutors (all names) and all other legal and equitable protections attempts by the plantiffs also included all ways. (17) All legal and equitable efilings (all ways) are legally and equitably attached benifiting nobody but even possible duals and more interests at one Job. (18) All possible abuses of powers/jobs if correct.

!!!!more snl and lehman brothers and all others!!!!!

Q9I

!!!!more snl and lehman brothers and all others!!!!!

Q10A

!!!!more snl and lehman brothers and all others!!!!!

Q11A

!!!!more snl and lehman brothers and all others!!!!!

Q12

!!!!more snl and lehman brothers and all others!!!!! After all usages please upload to federal pacer account id:so0789 if possible.Thanks! Also revised and added to from the last legal efilings-all legally and equitably completed:OPINIONS AND OBSERVATIONS. THE PLANTIFFS ARE DEFINITELY NOT RESPONSIBLE FOR ANY AND ALL MISINFORMATIONS!All legal and all equitable corrections and all legal additions in all legal and equitable united states courts dockets and all legal filings (all ways and in all locations): all legal case in any and all ways all are legally and automatically transferred to all official federal forms/documents in any and allways. Now placed on top of this form/legal document also.Also,now revised and all retroactive if not completed (all ways) before all Motions and all Petitions to use all Flashdrive legal and equitable contents in any and all ways on all legal and equitable behalfs of the plantiffs only and all their contents as well as black books of all legal and equitable notes based on all research if correct also are legally and equitably entered with all their legal and equitable contents and all sending and all possible esending of all flashdrive contents in any and all ways. For legal and equitable examples also: pdfs-all names and all annual reports contents and all sec-all names contents and all other possible ways even all flashdrives with all legal and equitable contents mailed via and by us postal service mail also. 07-15-2011 thru 04-28-2011 Fed:5cv4457 and all others and poc#70464 and Borders group (all names) bankruptcy and Blockbuster (all names) and all other bankruptcies in the past that the plantiffs were past over by if correct are legally and equitably included and all other us courts dockets and all lehigh county pa and all entities all surrounding and all within. Shortened official federal legal document (all ways). all legal case (all ways) is automatically transferred to all Official federal subpoenas and summons forms-all legally and equitably completed. All opinions and observations. The plantiffs are not responsible for any/all misinformations. All recent united states mailings of all legal and equitable documents sent all ways and especially all official forms/legal documents all legally completed with all legal case (all ways) also all official federal legal documents attached all herewithin and all throughout and all legal case herewithin and all throughout also automatically transferred to all official federal legal and equitable documents.All websites contents especially and also as follows are legally and equitably included also: All legal and equitable questions all legally typed all herewithin and all surrounding all legally and all equitably applies to all possible entities and all possible indivdiuals all eserved,served,contacted,legally efiled to (all and any ways) to be legally answered if known in all legal writings by one months time to the united states supreme court.All legally and equitably continued from all past legal efilings also: for legal and equitable examples of 06-27-2011-12-27-2010 also. All legal and equitable ease in any and all ways and everywhere of the plantiffs legally and equitable stands corrected and added to with all websites insertions of all legal edocuments (in any and all ways-all legally and equitably completed) and all of the same legal edocuments and all US Courts and all others dockets of the plantiffs are all legally and equitably transferred to all official forms and also all legal and equitable attachments as esent in all and from all legal efilings accounts in Yahoo (in any and all ways) and all other ways if applicable. All previously aka in the past and in the present and in the future legal and equitable writings and typings (all forms of all communications is again legally and equitably attached and all legally and equitably bound in any and all ways,if involved in any and all ways also. All legal ease in any and all ways all legally and equitably typed and legally and equitably questioned all herewithin and all surrounding applies to all entities and all possible individuals esent to in any and all ways,all known factual replies in all legal and equitable writings to the us courts as legally and equitably typed all herewithin and all surrounding as legally and equitably requested all herewithin and all surrounding also.Nobody is above the law even U S states and all possible duals interests and all possible duals jobs personnel all within and all surrounding ,if correct.All legal and equitable ease in any and all ways is automatically transferred to all official federals and official u s states and all other officials forms all legally and equitably filled in and all legally and equitably completed according to all and any laws and American & International laws & principles.All international and all national laws also are legally and equitably included in any and all times.All previously filed and all legal and equitable notes and all the plantiffs courts (all ) dockets in tact and all of the same just typed are legally and equitably included,if involved in any and all ways. All groups and all conglomerates and all manipulations and all possible manipulators are also in legal and equitably included even all the possible "FRAUD" fabricated in all financial entities names if correct in any and all ways. All legal and equitable ease in all the plantiffs courts (all) dockets and all other ways all legally and equitably stands all corrected and all added to in any and all ways. 05/07/2011 All legal efilings all esent today is legally and equitably attached as usual and all past Yahoo legal and equitably efilings and all recent legal and equitable documents all sent via us mail to all three us bankruptcy courts in new york-2nd federal circuit and all others: also:Fw: !!!!!PLEASE ANSWER THE UNITED STATES SUPREME COURT AND THE US WHITEHOUSE NOW-THANKS!!!!All DEATH THREATS VIA EMAIL AND COVERUPS ALL SURROUNDING INVENTIONS DISPUTES ALL POSSIBLE to be determinedThursday, May 5, 2011 4:28 PMFrom: "bob smith" <bob43smith@yahoo.com>View contact detailsTo: JPML-Helpdesk@jpml.uscourts.gov, pio@ca1.uscourts.gov, pio@ca2.uscourts.gov, pio@ca3.uscourts.gov, pio@ca4.uscourts.gov, pio@ca5.uscourts.gov, pio@ca6.uscourts.gov, pio@ca7.uscourts.gov, pio@ca8.uscourts.gov, pio@ca9.uscourts.gov, pio@ca10.uscourts.gov, pio@ca11.uscourts.gov, "Supreme Court" <webmaster@supremecourt.gov>, pacer@psc.uscourts.gov, oscar-support@ao.uscourts.gov, rulescomments@ca1.uscourts.gov, rulescomments@ca2.uscourts.gov, rulescomments@ca3.uscourts.gov, rulescomments@ca4.uscourts.gov, rulescomments@ca5.uscourts.gov, rulescomments@ca6.uscourts.gov, rulescomments@ca7.uscourts.gov, rulescomments@ca8.uscourts.gov, rulescomments@ca9.uscourts.gov, rulescomments@ca10.uscourts.gov, rulescomments@ca11.uscourts.gov, PIONNoReply@supremecourt.gov... moreMessage contains attachments24 Files (19 MB) | Download AllProse Process Receipt and Return.pdf05 05 2011 Official United

http://www.ca2.uscourts.gov/_vti_bin/shtml.dll/camp_survey.htm        6/6/2011

By (1) - s all rule / Action, Action all timeless/

Fed: 5-CV-4457 And All other Courts are US Courts Dockers
of the plantiffs (all ways, all countris)        6/07/2011

```
              BETHLEHEM WEST SIDE
              BETHLEHEM, Pennsylvania
                   180182030
                4134870614 -0097
06/07/2011     (610)866-5982        04:49:12 PM
              ──────────────────
                 Sales Receipt
 Product         Sale   Unit        Final
 Description     Qty    Price       Price

 2009 Forever     1     $8.80       $8.80
 Stamp PSA
 Dbl-Sd Bklt
 ALLENTOWN PA 18101                  $0.44
 Zone-1 First-Class
 Letter
   0.60 oz.
   Expected Delivery: Wed 06/08/11
 Return Rcpt (Green Card)            $2.30
 Certified                           $2.85
 Label #:       70110470000150388577
 Customer Postage                   -$0.44
  Subtotal:                          $5.15
                                  ========
 Issue PVI:                          $5.15

 Total:                             $13.95

 Paid by:
 Cash                               $20.00
 Change Due:                         -$6.05

 Order stamps at USPS.com/shop or call
 1-800-Stamp24.  Go to USPS.com/clicknship
 to print shipping labels with postage.
 For other information call 1-800-ASK-USPS.
 *****************************************
 *****************************************
 Get your mail when and where you want it
 with a secure Post Office Box. Sign up for
 a box online at usps.com/poboxes.
 *****************************************
 *****************************************

 Bill#: 1000303581457
 Clerk: 05

    All sales final on stamps and postage
    Refunds for guaranteed services only
         Thank you for your business
 *****************************************
 *****************************************
           HELP US SERVE YOU BETTER

    Go to: https://postalexperience.com/Pos

         TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

           YOUR OPINION COUNTS
 *****************************************
 *****************************************

               Customer Copy
```

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.44 | 0614 |
| Certified Fee | $2.85 | 05 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.59 | 06/07/2011 |

7011 0470 0001 5038 8577

Sent To: Commonwealth of PA Lehigh County Human Resources Office, LCPa Govt Center
Street, Apt No.; or PO Box No. 17 S 7th Street  Attn: Judy
City, State, ZIP+4 Allentown Pa 18101

PS Form 3800, August 2006        See Reverse for Instructions

1st class stamps
BZ for delivery (no stamps)

Fed: 5-cv-4457 And All
others and CR-3999-2009
and MD-80 22972-2001 and
CR-2269-2007 and all
others all ways. Please forward
to all Lehigh County Pa Court individuals,
departments, divisions, all judges
all ways.

Now
6/4/2011

```
            EMMAUS MPO
         EMMAUS, Pennsylvania
              180499998
           4134870149 -0099
06/04/2011    (610)965-2647    12:01:00 PM

             Sales Receipt
Product         Sale   Unit      Final
Description     Qty    Price     Price

WASHINGTON DC 20543              $2.48
Zone-3 First-Class
Large Env
8.50 oz.
Expected Delivery: Mon 06/06/11
Return Rcpt (Green Card)         $2.30
Certified                        $2.85
Label #:
          70101670000150328999
                               ========
Issue PVI:                       $7.63

Total:                           $7.63

Paid by:
Cash                            $20.00
Change Due:                    -$12.37

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
*****************************************
*****************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*****************************************
*****************************************

Bill#: 1000102063830
Clerk: 07

   All sales final on stamps and postage
    Refunds for guaranteed services only
        Thank you for your business
*****************************************
*****************************************
         HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

       TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

          YOUR OPINION COUNTS
*****************************************
*****************************************

              Customer Copy
```

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
WASHINGTON DC 20543     OFFICIAL USE

Postage          $2.48    0149
Certified Fee    $2.85    07
Return Receipt Fee  $2.30   Postmark Here
(Endorsement Required)
Restricted Delivery Fee  $0.00
(Endorsement Required)
Total Postage & Fees  $  $7.63   06/04/2011

Sent To: United States Supreme Court
Street, Apt. No.;
or PO Box No. One First St.
City, State, ZIP+4 Washington DC 20543

Already Faxed
to
Lehigh County
Pa.
1-
610-782-
3775
(all Faxes legal)

All 50 legal and
equitable documents (all
ways) and all full legal
and equitable versions (all
ways) are legally and equitably
bound (all ways) all Judgements,
liens, encumbrances (all spellings)
against the Lehigh County Pa, Commonwealth of
Pa, City of Allentown Pa, all individuals and all
entities it involved in all ways, it correct.
Both A— still a part of A class Actions
All Homeless)

$250 Trillion dollars American
Judgement (all ways) to all official
All Lehigh County Pa and
all others all versions
individuals entities also.

All
legal and
equitable
case (all ways)
to all official
forms

TRANSMISSION VERIFICATION REPORT

```
                                          TIME  : 06/08/2011 18:14
                                          NAME  :
                                          FAX   :
                                          TEL   :
                                          SER.# : 000L0N634200
```

```
DATE,TIME              06/08 18:09
FAX NO./NAME           16108203093
DURATION               00:04:41
PAGE(S)                11
RESULT                 OK
MODE                   STANDARD
                       ECM
```