SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, DC 20543-0001

December 17, 2010

**RECEIVED**

JAN - 3 2011

United States Court of Appeals
For The Federal Circuit

B.E. Smith
717 Madison Place, NW
Washington, DC 20439

RE: B.E. Smith

Dear Mr. Smith:

In reply to your letter or submission, received December 14, 2010, I regret to inform you that the Court is unable to assist you in the matter you present.

Under Article III of the Constitution, the jurisdiction of this Court extends only to the consideration of cases or controversies properly brought before it from lower courts in accordance with federal law and filed pursuant to the Rules of this Court.

Your papers are herewith returned.

The Rules of this Court are enclosed.

Enclosed is money order 14-229579034 for one dollar.

Sincerely,
William K. Suter, Clerk
By:
S. Elliott
(202) 479-3025

Enclosures

1/18/2011

**BNY MELLON**
SHAREOWNER SERVICES

P.O. Box 1630
Manchester, CT 06045

0032043 01 AT 0.357  **AUTO   T7 0 8342 18103-586605 C01 BTMAI -   -

BEVERLEY E SMITH CUST
CHANTEL J SMITH UND PA UNIF
GIFTS TO MIN ACT
PMB 133
151 W MOUNTAIN RD APT 5
ALLENTOWN PA 18103-5866

File 5-w-4457

And

An others

And POC
# 704664

An settlements
back to 2006-
2001 up
to the
present

An Accounts

[signature] all the

Laws,

Accounts

An

(monies.)

The address of each of the above participants is:

> The Depository Trust Company
> Issuer Services
> c/o ADP Proxy Services
> 51 Mercedes Way
> Edgewood, NY 11717

Item 13    Certain Relationships and Related Transactions

None

Page 4

Item 14    Principal Accountant Fees and Services

Not Applicable

Part IV

Item 15    Exhibits, Financial Statement Schedules and Reports On Form 10-K

(a)    The following documents are filed as part of this Report:

   i)   Summary of annual distributions on the Certificates to Certificateholders for the year ended December 31, 2004

   ii)  Annual Accountant's Report dated December 1, 2004 and related Report of Management dated December 1, 2004 relating to sufficiency of accounting controls.

(c)    31.1 Rule 13a-14(a) / 15d-14(a) Certification

No proxy soliciting material has been distributed by the Trust.

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

>                          Chevy Chase Auto Receivables Trust 2000-2
>                          By: *Chevy Chase Bank, F.S.B.*
>                          Originator of the Trust and Servicer

Date:    03/30/2005        By:   /S/    *Joel A. Friedman*
                                 ------------------------------
                                 Joel A. Friedman
                                 Senior Vice President
                                 and Controller

Page 5

*[Handwritten annotations in right margin: "70464 And Fred 5-Av- 4457 And All Others All legal And Equitably pages and all entities all within and all Surrounding all legally and Equitably Included"]*

AO 88 (Rev. 06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action *Appeals - 2nd Peti 1 of 5*

*JPML, US Court of Appeals, US Supreme Court*

## UNITED STATES DISTRICT COURT
for the 3rd Federal Circuit
*An US States*

*An legal peso are legally and equitably included*

*A class action*

**BK Smith & An others (An Homeless)**
_____
Plaintiff
v.
**Too Many To List (Please see Fidvey[?] Power Account)**
_____
Defendant

Civil Action No. *Fed: 5-W-7457 And An others And POC #70464*

### SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

*10+ years*

To: *US Bankruptcy Court, Southern District of New York, One Bowling Green, New York, 10004-1048. All courts and an US courts legal and equitably dockets since 2000-2001 to Present are legally equitably included*

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

(1) *Please add Horace Mann Teachers Insurance (An Names) to the plaintiff list of GM - all names, Lehman Brothers & more.*

| Place: | Courtroom No.: |
| --- | --- |
| | Date and Time: JAN 24 2011 |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable*):

(2) *If needed, please see the 12/9/2010 with Received Dec 14 2010 letter of the Clerk of the US Supreme Court (all names) if needed not enclosed. Sent to 3rd Federal Circuit US United Appeals*

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

(3) *Also http://www.ca2.uscourts.gov/-vti-bin/shtml.dll/camp-survey.htm any websites instructions up to 1/20/2011 also are legally and equitably included also.*

Date: 1/18/2011

CLERK OF COURT            OR

_[signature]_                _[signature]_
Signature of Clerk or Deputy Clerk    Attorney's signature

*A class action (An Homeless)*

The name, address, e-mail, and telephone number of the attorney representing (*name of party*) *Due Diligence attempted. Pro se BK Sahn others L/o the US Supreme Court*, who issues or requests this subpoena, are:

*Motions & Petitions to Enforce*

(4) *Please insure all 3 types of legal documents at the USDC and at Court of Appeals is in fact and legally and equitably included in all settlements in your US Court Also*

AO 88 (Rev.06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)    Page 2 of 5

Civil Action No. Fid:5-CV-4457 And An other

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* US Bankruptcy Court, one Bowling Green, New York, NY 10004-1045

was received by me on *(date)* _____.

☑ I served the subpoena by delivering a copy to the named person as follows: ↓ sent via US Mail, legal abilities, all websites motions

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 1/18/2011

*Server's signature* BC [signature] (A class of An homeless) Arthur An Homeless)

*Printed name and title* BK Smith & An others (A class Arthur An Homeless) c/o

*Server's address* The US Supreme Court, One First St, Allentown, Pa 78005

Additional information regarding attempted service, etc:

(1) BC Smith (AN) is homeless & doesn't qualify for even filing fees, too low. USDC in Allentown Pa has given the plaintiffs nothing but problems with hand delivered to the US court intermittent documents to USDC (US Court of Appeals) in Philadelphia, Pa. (Please see the Higher court stamps and have Judge Joyner from Philadelphia Pa tried to stop.



E Smith & All Others Homeless c/o
U.S. Crt. 4457 And An Others
500 Pearl Street, U.S. Court of Appeals
New York, NY
10007

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York
10004-1048

JAN 24 2011