UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :
                    Debtors.                                :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

### DECLARATION AND DISCLOSURE STATEMENT OF PATRICK METZGER, ON BEHALF OF JONES LANG LASALLE GmbH

PATRICK METZGER declares and says:

PATRICK METZGER, being duly sworn, upon his oath, deposes and says:

1. I am the National Director of Jones Lang Lasalle GmbH, located at Wilhelm-Leuschner-Str. 78, 60329 Frankfurt, Germany (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide real estate due diligence services to the Debtors, and the Firm has consented to provide such services.

3. I submit this Declaration in accordance with the procedures set forth in the amended order entered March 25, 2010, authorizing the Debtors to employ professionals utilized in the ordinary course of business [Docket No. 7822] in connection with the Firm's engagement with the Debtors, pursuant to sections 105(a), 327(a), 328, 330 and 504 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties

in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

5. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

7. The Debtors owe $0 to the Firm for prepetition services. Jones Lang LaSalle Property Consultants, PTE Ltd. and Jones Lang LaSalle Sp. Z o.o, both separate legal entities, have asserted claims in these chapter 11 cases for monies owed with respect to prepetition services. Jones Lang LaSalle Property Consultants, PTE Ltd. has asserted a claim for $118,522.00 as set forth in claim number 10678 and Jones Lang LaSalle Sp. Z o.o has asserted a claim for $9,709.96 as set forth in claim number 5514.

8.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.[1]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Frankfurt am Main, Germany
June 14, 2011

Patrick Metzger

WILHELM-LEUSCHNER-STRAßE 78
60329 FRANKFURT AM MAIN
TELEFON +49 (0) 69 2003 0
TELEFAX +49 (0) 69 2003 1080

---

[1] If necessary.

# EXHIBIT B

**(Retention Questionnaire)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :  Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :  08-13555 (JMP)
                                                            :
                                  Debtors.                  :  (Jointly Administered)
                                                            :
------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT FOR FILING BY THE DEBTORS, TO:

   Weil, Gotshal & Manges LLP
   767 Fifth Avenue
   New York, New York 10153
   Attn: Candace Arthur

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Jones Lang LaSalle GmbH

   Wilhelm-Leuschner-Strasse 78

   60329 Frankfurt am Main

   Germany

2. Date of retention:  June 1, 2011

3. Type of services provided (accounting, legal, etc.):

   Real estate due diligence services

4. Brief description of services to be provided:

   Analysis of 53 commercial properties in Germany and Poland for internal decision-making purposes.

5. Arrangements for compensation (hourly, contingent, etc.)

   Lump sum fee of € 109,500 for the services to be provided

   (a) Average hourly rate (if applicable):

   N/A

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   N/A

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:   $0. However, the separate legal entities of Jones Lang LaSalle Property Consultants PTE Ltd. and Jones Lang LaSalle Sp. Z.o.o. have filed claims for $118,522.00 and $9,709.96 respectively.

   Date claim arose:   N/A

   Source of Claim:   N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: _____

   Amount of Claim: $_____

   Date claim arose: _____

   Source of claim: _____

   _____

   _____

   _____

8. Stock of the Debtors currently held by the firm:

   Kind of shares: N/A

   No. of shares: N/A

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm involved in this assignment:

   Name: N/A

   Status: N/A

   _____

   Kind of shares: N/A

   No. of shares: N/A

3

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

N/A

11. Name of individual completing this form:

Patrick Metzger, National Director, Jones Lang LaSalle GmbH Germany

WILHELM-LEUSCHNER-STRAßE 78
60329 FRANKFURT AM MAIN
TELEFON +49 (0) 69 2003 0
TELEFAX +49 (0) 69 2003 1080