UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re                                                   :   Chapter 11
                                                        :
LEHMAN BROTHERS HOLDINGS, INC.                          :   Case No. 08-13555 (JMP)
                                                        :
                    Debtor.                             :   (Jointly Administered)
                                                        :
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true Copies of the OPPOSITION OF INTERWIND CORP. f/k/a SKYPOWER CORP. TO DEBTORS' ONE HUNDRED THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) were served by being placed in postage pre-paid envelopes and delivered via overnight mail upon (i) The Honorable James M. Peck, United Sates Bankruptcy Court, One Bowling Green, Courtroom 601, New York, New York 10004; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Robert J. Lemons and Lee Goldberg; and (iii) Milbank Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York New York 10005, Attn: Dennis F. Dunne on June 13, 2011, and The Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Tracy Hope Davis on June 14, 2011.

Dated: June 15, 2011
       New York, New York

                          Respectfully Submitted,

                          DICKSTEIN SHAPIRO LLP

                        By: /s/ Shaya M. Berger
                          Shaya M. Berger
                          1633 Broadway
                          New York, New York  10019
                          212-277-6746 (t)
                          212-277-6501(f)
                          bergers@dicksteinshapiro.com

                          Counsel for Interwind Corp.
                          f/k/a SkyPower Corp.