Form 210A (10/06)

# United States Bankruptcy Court

Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

| Standard Chartered Bank (Hong Kong) Limited | Park Jung Ki |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

21/F, Standard Chartered Tower, 388 Kwun Tong Road, Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): 39715
Amount of Claim: USD 70,000
Date Claim Filed: 13 Oct 2009

Phone: 714-336-6210
Last Four Digits of Acct. #: 4661

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____    Date: -4 MAY 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Form 210B (10/06)**

# United States Bankruptcy Court

_____ District Of _____

In re _____,   Case No. _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. \_\_\_\_\_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor

Address of Alleged Transferor:

Name of Transferee

Address of Transferee:

---~~DEADLINE TO OBJECT TO TRANSFER~~---

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

Form 210A (10/08)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Standard Chartered Bank (Hong Kong) Limited.
Name of Transferee

Name and Address where notices to transferee should be sent:
21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong
Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

Poon Chung Kam
Name of Transferor

Court Claim # (if known): 38092
Amount of Claim: USD 154156-
Date Claim Filed: 13 OCT 2008

Phone: 93853908
Last Four Digits of Acct #: 4688

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: -4 MAY 2011
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of _____

In re _____,    Case No. _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. \_\_\_\_\_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

---

Name of Alleged Transferor

Address of Alleged Transferor:

Name of Transferee

Address of Transferee:

**DEADLINE TO OBJECT TO TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited.
Name of Transferee

Qian Yuanying
Name of Transferor

Name and Address where notices to transferee should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): 39234
Amount of Claim: USD 450000
Date Claim Filed: 13 OCT 2009

Phone: 13706157878
Last Four Digits of Acct. #: 7168

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: -4 MAY 2011
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of _____

In re _____,    Case No. _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

---
Name of Alleged Transferor

Address of Alleged Transferor:

---
Name of Transferee

Address of Transferee:

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

Qian Yuanying

Standard Chartered Bank (Hong Kong) Limited.
Name of Transferee

Name of Transferor

Name and Address where notices to transferee should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong
Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): 39235
Amount of Claim: USD 600000
Date Claim Filed: 13 OCT 2008

Phone: 13706157878
Last Four Digits of Acct. #: 7168

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: -4 MAY 2011
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of _____

In re _____,   Case No. _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. \_\_\_\_\_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

---

Name of Alleged Transferor

Address of Alleged Transferor:

---

Name of Transferee

Address of Transferee:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ DEADLINE TO OBJECT TO TRANSFER ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
CLERK OF THE COURT

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited.
Name of Transferee

Name and Address where notices to transferee should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong
Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

*Sakuma Kozue*
Name of Transferor

Court Claim # (if known): 48470
Amount of Claim: USD64,232
Date Claim Filed: 27 Oct 2008

Phone: 852-26093312
Last Four Digits of Acct. #: 6009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: -4 MAY 2011
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of _____

In re _____,    Case No. _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. \_\_\_\_\_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor                             Name of Transferee

Address of Alleged Transferor:                         Address of Transferee:

**DEADLINE TO OBJECT TO TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,   Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

Name and Address where notices to transferee should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong
Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

Sam Lai Shan
Name of Transferor

Court Claim # (if known): 39173
Amount of Claim: USD 64232 -
Date Claim Filed: 13 OCT 2008

Phone: 93760695
Last Four Digits of Acct. #: 9983

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: - 4 MAY 2011
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of _____

In re _____,    Case No. _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

---------------------------------    ---------------------------------
Name of Alleged Transferor           Name of Transferee

Address of Alleged Transferor:       Address of Transferee:

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

---------------------------------
**CLERK OF THE COURT**

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

| Standard Chartered Bank (Hong Kong) Limited | Ng Poon Yun Fong |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): 38808
Amount of Claim: USD100,000
Date Claim Filed: 13 Oct 2009

Phone: 90446 2030
Last Four Digits of Acct. #: 1930

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____    Date: - 4 MAY 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of _____

In re _____,   Case No. _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

_____     _____
Name of Alleged Transferor           Name of Transferee

Address of Alleged Transferor:       Address of Transferee:


~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:_____                      _____
                                    **CLERK OF THE COURT**

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Standard Chartered Bank (Hong Kong) Limited.
Name of Transferee

Name of Transferor: Ng Yin Ha

Name and Address where notices to transferee should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong
Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): 47843
Amount of Claim: USD 64232
Date Claim Filed: 27 OCT 2009

Phone: (852) 10591803
Last Four Digits of Acct. #: 8988

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: -4 MAY 2011
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of _____

In re _____,    Case No. _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

_____    _____
Name of Alleged Transferor      Name of Transferee

Address of Alleged Transferor:   Address of Transferee:


■■■■■■■■■■■■■■■■■■■■ DEADLINE TO OBJECT TO TRANSFER ■■■■■■■■■■■■■■■■■■■■

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:_____                          _____
                                         **CLERK OF THE COURT**

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

| | |
|---|---|
| Standard Chartered Bank (Hong Kong) Limited<br>Name of Transferee | Orr Wai Bun Cecilia<br>Name of Transferor |

Name and Address where notices to transferee should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): 38836
Amount of Claim: USD 100,000
Date Claim Filed: 13 Oct 2009
288445(5

Phone: 98328028
Last Four Digits of Acct. #: 7825

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: -4 MAY 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of _____

In re _____,    Case No. _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

_____    _____
Name of Alleged Transferor               Name of Transferee

Address of Alleged Transferor:           Address of Transferee:

---

~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                         _____
                                                         **CLERK OF THE COURT**

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,   Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

Name of Transferor: Pang Kit Bing

Name and Address where notices to transferee should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): 38658
Amount of Claim: USD 8423.2 -
Date Claim Filed: 13 OCT 2009

Phone: 24203431
Last Four Digits of Acct. #: 7142

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: - 4 MAY 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of _____

In re _____, Case No. _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. \_\_\_\_\_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

---

Name of Alleged Transferor

Address of Alleged Transferor:

---

Name of Transferee

Address of Transferee:

**DEADLINE TO OBJECT TO TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**