**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
Ira M. Levee, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022
212.262.6700 (Telephone)
212.262.7402 (Facsimile)

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Counsel to First Choice Power, L.P.,*

## IN THE UNITED STATES BANKRUPTCY
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*., | Case No. 08-13555 (JMP) Jointly Administered |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Ira M. Levee, of full age, certify that on June 15, 2011, I caused to be served a copy of Response of First Choice Power, L.P. to Debtors' One Hundred Thirty-Eighth Objection to Claims (No Liability Derivatives Claims)*,* via electronic mail or facsimile as indicated, and first class mail on the parties listed on Exhibit A.

Dated: June 15, 2010

                                            /s/ Ira M. Levee
                                            **LOWENSTEIN SANDLER PC**
                                            Michael S. Etkin (ME 0570)
                                            Ira M. Levee (IL9958)
                                            1251 Avenue of the Americas, 18th Floor
                                            New York, New York 10020
                                            (212) 262-6700  (Telephone)
                                            (212) 262-7402  (Facsimile)

-2-

and

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Counsel to First Choice Power, L.P.*

-2-

# EXHIBIT A TO CERTIFICATE OF SERVICE

**Attorneys for the Debtors**

Robert J. Lemons, Esq., Esq.
Lee J. Goldberg, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
robert.lemons@weil.com
lee.goldberg@weil.com

(via e-mail and first class mail)

**Attorneys for the Official Committee of Unsecured Creditors**

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com

(via e-mail and first class mail)

**Office of the United States Trustee for Region 2**

Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004
212-668-2255 (Facsimile)

(via facsimile and first class mail)