Sedgwick M. Jeanite, Esq.
WHITE AND WILLIAMS LLP
One Penn Plaza, Suite 4110
New York, NY 10119
Telephone: (212) 631-4413
Telecopier: (212) 868-4846
*Attorneys for Robert Franz*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____x
In re:                                  :    CHAPTER 11
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :    Case No. 08-13555 (JMP)
                                        :
                    Debtors.            :    (Jointly Administered)
_____x

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS BY WHITE AND WILLIAMS LLP

**PLEASE TAKE NOTICE** that Robert Franz ("Franz"), hereby appears by his counsel White and Williams LLP in the above-captioned adversary proceeding, and counsel hereby enters its appearance pursuant to the Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court and/or any party provides in accordance with Bankruptcy Rule 2002 be served upon counsel set forth below:

> White and Williams LLP
> One Penn Plaza, Suite 4110
> New York, New York 10119
> Attn.: Sedgwick M. Jeanite, Esq.
>     Telephone: (212) 631-4413
>     Facsimile: (212) 868-4846
>     Email: jeanites@whiteandwilliams.com

7800810v.1

This request includes without limitation all papers, reports, orders, notices, applications, motions, petitions, pleadings, disclosure statements, plans of reorganization, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, transmitted or conveyed by mail, courier service, telephone, facsimile, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall be deemed or construed to be a waiver of the rights of Franz (i) to have final orders in non-core matters entered only after *de novo* review by a District Court, (ii) to trial by jury in any proceeding so triable in these cases, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which Franz is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

**PLEASE TAKE FURTHER NOTICE** that request is also made that counsel be added to the Official Service List, or any other creditor matrix for notice of all contested matters, adversary proceedings and other proceedings in the Chapter 11 case.

Dated: June 15, 2011　　　　　　　　　　　　　WHITE AND WILLIAMS LLP
New York, New York

　　　　　　　　　　　　　　　　　　　　　　　By:　  /s/ Sedgwick M. Jeanite
　　　　　　　　　　　　　　　　　　　　　　　　　　Sedgwick M. Jeanite, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　One Penn Plaza, Suite 4110
　　　　　　　　　　　　　　　　　　　　　　　　　　New York, N.Y. 10119
　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone  (212) 631-4413
　　　　　　　　　　　　　　　　　　　　　　　　　　Email:  jeanites@whiteandwilliams.com

　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Robert Franz*

7800810v.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June 2011, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers and this Certificate of Service were filed electronically with the Court. Notice of this filing will be sent today to all parties via the Court's electronic filing system.

Dated: June 15, 2011

By: /s/ Sedgwick M. Jeanite
Sedgwick M. Jeanite, Esq.
White and Williams LLP
One Penn Plaza, Suite 4110
New York, NY 10119

*Attorneys for Robert Franz*

7800810v.1