**Hearing Date and Time:  June 30, 2011 10:00 a.m. (Eastern Time)**
**Response Deadline:  June 15, 2011 4:00 p.m. (Eastern Time)**

Sedgwick M. Jeanite, Esq.
WHITE AND WILLIAMS LLP
One Penn Plaza, Suite 4110
New York, NY 10119
Telephone:  (212) 631-4413
Telecopier:  (212) 868-4846
*Counsel for Robert Franz*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| In re: | : | CHAPTER 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | x | |

## RESPONSE OF ROBERT FRANZ TO DEBTORS' ONE HUNDRED FORTIETH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS)

Robert Franz ("Franz"), by and through his counsel, White and Williams LLP, hereby

submits this response to the Debtors' One Hundred Fortieth Omnibus Objection to Claims

(Duplicative of Indenture Trustee Claims), and states as follows:

1.      On or about May 16, 2011, Lehman Brothers Holdings Inc. and its affiliated

debtors (the "Debtors") filed their One Hundred Fortieth Omnibus Objection to Claims

(Duplicative of Indenture Trustee Claims) (the "Debtors' Objection") seeking the disallowance

and expungement of the claims listed on Exhibit A annexed thereto.  More specifically, the

Debtors seek to have the proof of claim filed by Franz, Claim No. 3802 (the "Franz Claim"),

disallowed and expunged as duplicative.  A copy of the Franz Claim is attached hereto as

Exhibit A.

2.   Franz disagrees that the Franz Claim is in whole duplicative of the Indenture

Trustee Claims and respectfully requests that the Debtors' Objection be denied as it relates to the

Franz Claim.

3.   According to the Debtors' Objection, the Debtors have examined the proofs of

claim identified on Exhibit A attached thereto and have determined that the proofs of claim listed

under the heading "Claims to be Disallowed and Expunged" (the "Duplicative of Indenture

Trustee Claims") are substantively duplicative, in whole or in part, of the corresponding global

claims identified under the heading "Surviving Claims" (the "Indenture Trustee Claims").

4.   However, the Debtors have not identified each of the claims which is duplicative

of the Indenture Trustees Claims and have failed to specifically disallow and expunge only those

respective claims.

5.   In the Franz Claim, which was timely filed on April 16, 2009, Franz identified

each and every bond owned by him used to calculate his claim for $1,665,263.82.  Attached to

the Franz Claim was a "Summary of Robert Franz's Holdings" which detailed each bond, the

CUSIP numbers, the quantity, face value, coupon, days, interest and net value.

6.   Nearly all of the bonds identified on the Summary of Franz's Holdings are also

included in the proof of claim (Claim No. 10082) filed by Wilmington Trust Company, as

Indenture Trustee, on behalf of itself and the holders of certain notes (the "Wilmington Proof of

Claim").  However, upon review of the bonds listed in the Franz Claim and the bonds listed in

the Wilmington Proof of Claim filed on September 2, 2009, there is at least one bond which is

not duplicative and the Court should enter an order allowing the Franz Claim in the amount

asserted therein by Franz against the Debtors.  Specifically, the bond identified as LEH 5.857

2

11/29/49 - CUSIP Number 524908xa3 in the Franz Claim, is not identified or included in the list of bonds in the Wilmington Proof of Claim.

7.    Consequently, the Debtors' Objection should be denied as it relates to Franz and the Franz Claim.

8.    Franz hereby reserves any and all of his rights with respect to the Franz Claim, including, without limitation, the right to supplement this Response in connection with any further objection of the Debtors or otherwise.

WHEREFORE, Franz respectfully requests that the Court (i) deny and overrule the Debtors' Objection with respect to the Franz Claim, (ii) enter an order allowing the Franz Claim and (iii) grant Franz such other and further relief as the Court deems just and proper.

Dated:  June 15, 2011

                                        Respectfully submitted,

                                        White and Williams LLP

                                        By:/s/ Sedgwick M. Jeanite
                                            Sedgwick M. Jeanite, Esquire
                                            White and Williams LLP
                                            One Penn Plaza, Suite 4110
                                            New York, NY 10119

                                            *Attorneys for Robert Franz*

7798129v.1

**EXHIBIT A**

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Lehman Brothers | Case Number:<br>08-13555 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Robert Franz | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|

| Name and address where notices should be sent:<br><br>81 Dixon Ave<br>Boonton, NJ 07005<br><br>Telephone number:<br>(212) 764-4050 | **Court Claim Number:** _____<br>*(If known)*<br><br>Filed on: _____ |
|---|---|

| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
|---|---|

**1. Amount of Claim as of Date Case Filed:** $ _____ 1,665,263.82

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** __Bonds Owned__
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
      (See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property:$ _____   Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $ _____   Basis for perfection: _____

Amount of Secured Claim: $ _____   Amount Unsecured: $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted co____ ____issory notes, purchase orders, invoices, itemized statemen____ ____d security agreements. You may also attach a summary. A____ ____ perfection of a security interest. You may also a____ ____side.)

DO NOT SEND ORIGINAL DOC____ ____ROYED AFTER SCANNING.

If the documents are not available, please explain:

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000003802

| Date: 4/14/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*[signature: Robert Franz]* | FOR COURT USE ONLY<br><br>**FILED / RECEIVED**<br>APR 16 2009<br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

## Summary of Robert Franz's Holdings

| Bond | Cusip | Quantity | Face | Coupon | Days | Interest | Net |
|------|-------|----------|------|--------|------|----------|-----|
| LEH 7.2 08/15/09 | 524908bq2 | 10 | $10,000.00 | 7.2 | 33 | $66.00 | $10,066.00 |
| LEH 5.857 11/29/49 | 524908xa3 | 140 | $140,000.00 | 5.857 | 108 | $2,459.94 | $142,459.94 |
| LEH StrNt 10/20/20 | 52517pc25 | 10 | $10,000.00 | | | $0.00 | $10,000.00 |
| LEH StrNt 11/10/15 | 52517pc66 | 70 | $70,000.00 | | 8 | $0.00 | $70,000.00 |
| LEH 0 12/23/10 | 52517pd65 | 26 | $26,000.00 | | 87 | $0.00 | $26,000.00 |
| LEH StrNt 05/17/21 | 52517ph46 | 120 | $120,000.00 | | 31 | $0.00 | $120,000.00 |
| LEH 6 1/202/13/37 | 52517ps69 | 50 | $50,000.00 | 6 | 35 | $291.67 | $50,291.67 |
| LEH 6 1/206/21/37 | 52517pw23 | 26 | $26,000.00 | 6 | 87 | $377.00 | $26,377.00 |
| LEH StrNt 01/28/20 | 52517pym7 | 35 | $35,000.00 | | | $0.00 | $35,000.00 |
| LEH StrNt 02/09/17 | 52517pyq8 | 15 | $15,000.00 | | 9 | $0.00 | $15,000.00 |
| LEH StrNt 03/23/20 | 52517pyw5 | 100 | $100,000.00 | | 85 | $0.00 | $100,000.00 |
| LEH StrNt 05/24/22 | 52517p2h3 | 30 | $30,000.00 | | | $0.00 | $30,000.00 |
| LEH 5.7 01/28/18 | 52519fae1 | 16 | $16,000.00 | 5.7 | 3 | $7.60 | $16,007.60 |
| LEH 5.55 02/11/18 | 52519fal5 | 5 | $5,000.00 | 5.55 | 3 | $2.31 | $5,002.31 |
| LEH 5 1/202/19/18 | 52519fam3 | 10 | $10,000.00 | 5 | 3 | $4.17 | $10,004.17 |
| LEH 5 1/203/14/23 | 52519fau5 | 10 | $10,000.00 | 5 | 4 | $5.56 | $10,005.56 |
| LEH 5.4 03/20/20 | 52519fav3 | 25 | $25,000.00 | 5.4 | 3 | $11.25 | $25,011.25 |
| LEH 5 1/405/20/23 | 52519fbe0 | 10 | $10,000.00 | 5 | 28 | $38.89 | $10,038.89 |
| LEH StrNt 05/30/23 | 52519fbg5 | 72 | $72,000.00 | | 18 | $0.00 | $72,000.00 |
| LEH 5 1/210/07/23 | 52519fbv2 | 5 | $5,000.00 | 5 | 11 | $7.64 | $5,007.64 |
| LEH 6 10/23/28 | 52519fby6 | 5 | $5,000.00 | 6 | 25 | $20.83 | $5,020.83 |
| LEH 6 11/18/28 | 52519fcb5 | 33 | $33,000.00 | 6 | 0 | $0.00 | $33,000.00 |
| LEH 5.6 02/17/29 | 52519fcj8 | 10 | $10,000.00 | 5.6 | 1 | $1.56 | $10,001.56 |
| LEH 5.6 02/24/29 | 52519fck5 | 16 | $16,000.00 | 5.6 | 24 | $59.73 | $16,059.73 |
| LEH 5.4 03/30/29 | 52519fcn9 | 10 | $10,000.00 | 5.4 | 18 | $27.00 | $10,027.00 |
| LEH 5.45 04/06/29 | 52519fcp4 | 25 | $25,000.00 | 5.45 | 12 | $45.42 | $25,045.42 |
| LEH 6 04/30/34 | 52519fcr0 | 104 | $104,000.00 | 6 | 138 | $2,392.00 | $106,392.00 |
| LEH .5.9 05/04/29 | 52519fct6 | 11 | $11,000.00 | 5.9 | 14 | $25.24 | $11,025.24 |
| LEH 6 05/11/29 | 52519fcu3 | 2 | $2,000.00 | 6 | 127 | $42.33 | $2,042.33 |
| LEH 6.2 05/25/29 | 52519fcv1 | 47 | $47,000.00 | 5.2 | 23 | $156.14 | $47,156.14 |
| LEH 6.05 06/29/29 | 52519fcw9 | 25 | $25,000.00 | 6.05 | 19 | $79.83 | $25,079.83 |
| LEH 6 07/30/34 | 52519fcx7 | 40 | $40,000.00 | 6 | 18 | $120.00 | $40,120.00 |
| LEH 6 07/20/29 | 52519fcy5 | 37 | $37,000.00 | 6 | 28 | $172.67 | $37,172.67 |
| LEH 5.7 09/07/29 | 52519fdd0 | 10 | $10,000.00 | 5.7 | 11 | $17.42 | $10,017.42 |
| LEH 5.7 12/14/29 | 52519fdj7 | 60 | $60,000.00 | 5.7 | 4 | $38.00 | $60,038.00 |
| LEH 5.55 12/31/34 | 52519fdk4 | 6 | $6,000.00 | 5.55 | 18 | $16.65 | $6,016.65 |
| LEH 5.55 01/25/30 | 52519fdm0 | 11 | $11,000.00 | 5.55 | 23 | $39.00 | $11,039.00 |
| LEH 5.8 10/25/30 | 52519fed9 | 5 | $5,000.00 | 5.8 | 23 | $18.53 | $5,018.53 |
| LEH 6.15 04/11/31 | 52519fel1 | 6 | $6,000.00 | 6.15 | 7 | $7.18 | $6,007.18 |
| LEH 6 1/209/20/27 | 52519fet4 | 10 | $10,000.00 | 6 | 178 | $296.67 | $10,296.67 |
| LEH 6 1/201/17/33 | 52519ffb2 | 20 | $20,000.00 | 6 | 61 | $203.33 | $20,203.33 |
| LEH 6 1/402/05/21 | 52519ffe6 | 174 | $174,000.00 | 6 | 43 | $1,247.00 | $175,247.00 |
| LEH 6 1/203/06/23 | 52519ffh9 | 35 | $35,000.00 | 6 | 12 | $70.00 | $35,070.00 |
| LEH 7 1/404/29/38 | 52519ffm8 | 75 | $75,000.00 | 7 | 139 | $2,027.08 | $77,027.08 |
| LEH 7.35 05/06/38 | 52519ffn6 | 25 | $25,000.00 | 7.35 | 132 | $673.75 | $25,673.75 |
| LEH 7 02/08/38 | 5252m0cb1 | 25 | $25,000.00 | 7 | 40 | $194.44 | $25,194.44 |
| LEH StrNt 02/14/23 | 5252m0cm7 | 42 | $42,000.00 | | | $0.00 | $42,000.00 |
| | | | $1,654,000.00 | | | $11,263.82 | $1,665,263.82 |

# Portfolio Holdings (continued)

The total percent allocation of Global Securities is 1.00%.

| Quantity / Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | | | |
| **Corporate Bonds** (continued) | | | | | | | | |
| **GENERAL MTRS CORP DEB** | | | | | | | | |
| 8.100% 06/15/24 B/E DTD 06/10/96 | | | | | | | | |
| CALLABLE 06/15/09 @ 102.704 | | | | | | | | |
| Moody Rating C S & P Rating C | | | | | | | | |
| *Security Identifier* 370442AN7 | | | | | | | | |
| 50,000.00 of these shares are in your margin account | | | | | | | | |
| 50,000.000   12/23/08 | 16.3600 | 8,146.13 | 12.0000 | 6,000.00 | -2,145.13 | 821.25 | 4,050.00 | 67.50% |
| Original Cost Basis: $8,180.00 | | | | | | | | |
| **HARDAHS OPER INC 2ND PRIORITY SR SECD** | | | | | | | | |
| NT 144A 10.000% 12/15/18 B/E | | | | | | | | |
| DTD 12/24/08 CALLABLE 12/15/13 | | | | | | | | |
| S & P Rating CCC- | | | | | | | | |
| *Security Identifier* 413627BC3 | | | | | | | | |
| 4,194.000   01/06/09 | 38.5070 | 1,620.52 | 28.0000 | 1,174.32 | -446.20 | 74.56 | 419.40 | 35.71% |
| Original Cost Basis: $1,615.00 | | | | | | | | |
| **LEAR CORP ZERO CPN CONV SR NT** | | | | | | | | |
| 0.000% 02/20/22 B/E DTD 02/20/02 | | | | | | | | |
| CALLABLE 02/20/10 @ 56.931 | | | | | | | | |
| Moody Rating CAA2 S & P Rating CCC | | | | | | | | |
| *Security Identifier* 521865AG0 | | | | | | | | |
| 10,000.00 of these shares are in your margin account | | | | | | | | |
| 10,000.000   05/20/08 | 47.6060 | 4,760.60 | 54.0000 | 5,400.00 | 639.40 | 0.00 | | |
| Original Cost Basis: $4,555.00 | | | | | | | | |
| **LEHMAN BROTHERS HLDGS SR NTS** | | | | | | | | |
| 7.200% 08/15/09 B/E DTD 08/19/97 | | | | | | | | |
| SECURITY IN DEFAULT 1ST CPN DTE 02/15/98 | | | | | | | | |
| CPN PMT SEMI ANNUAL ON FEB 15 AND AUG 15 | | | | | | | | |
| Moody Rating B3 S & P Rating D | | | | | | | | |
| *Security Identifier* 524908BO2 | | | | | | | | |
| 10,000.00 of these shares are in your margin account | | | | | | | | |
| 10,000.000   09/16/08 | 29.5500 | 5,261.85 | 13.0000 | 1,300.00 | -3,961.85 | 0.00 | | |
| Original Cost Basis: $2,955.00 | | | | | | | | |
| **LEHMAN BROTHERS HLDGS INC MANDATORY** | | | | | | | | |
| CAP ADVANTAGED PFD SECS-MCAPS | | | | | | | | |
| 0.000% 05/17/27 B/E DTD 05/17/07 | | | | | | | | |
| CALLABLE SECURITY IN DEFAULT | | | | | | | | |
| 1ST CPN DTE 11/30/07 CPN PMT SEMI ANNUAL | | | | | | | | |
| ON MAY 31 AND NOV 31 | | | | | | | | |
| Moody Rating CA S & P Rating D | | | | | | | | |
| *Security Identifier* 524908XA3 | | | | | | | | |

BALAM RATED FOR COMMUNICATION

Account Number:
ROBERT C FRANZ

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

BO9446BCBF20933

# TRADITION ASIEL SECURITIES, INC.

75 PARK PLACE, 4TH FLOOR
NEW YORK, NEW YORK 10007
212-791-4500

MEMBERS OF:
NEW YORK STOCK EXCHANGE, INC.
FINRA AND OTHER PRINCIPAL EXCHANGES

## Brokerage
## Account Statement

Statement Period: 02/01/2009 - 02/28/2009

## Portfolio Holdings (continued)
The total percent allocation of Global Securities is 1.00%.

**Fixed Income** (continued)
**Corporate Bonds** (continued)

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **LEHMAN BROTHERS HLDGS INC MANDATORY** (continued) | | | | | | | | | |
| 140,000.000 of these shares are in your margin account | | | | | | | | | |
| 140,000.000 | 09/17/08 | 0.2700 | 378.00 | 0.0100 | 14.00 | -364.00 | 0.00 | | |
| Original Cost Basis: $378.00 | | | | | | | | | |
| **LEHMAN BROTHERS HLDGS INC** | | | | | | | | | |
| MEDIUM TERM NTS 0.000% 10/20/09 B/E | | | | | | | | | |
| DTD 10/20/05 CALLABLE 04/20/09 | | | | | | | | | |
| @ 100.000 SECURITY IN DEFAULT | | | | | | | | | |
| 1ST CPN DTE 01/20/06 CPN PMT QUARTERLY | | | | | | | | | |
| ON 1A,1,O 20 | | | | | | | | | |
| Moody Rating B3 S & P Rating D | | | | | | | | | |
| *Security Identifier 52517PC25* | | | | | | | | | |
| 10,000.000 of these shares are in your margin account | | | | | | | | | |
| 10,000.000 | 12/15/08 | 4.2800 | 428.00 | 7.0000 | 700.00 | 272.00 | 0.00 | | |
| Original Cost Basis: $428.00 | | | | | | | | | |
| **LEHMAN BROTHERS HLDGS INC** | | | | | | | | | |
| MEDIUM TERM NTS 6.757% 11/10/15 B/E | | | | | | | | | |
| DTD 11/10/05 SECURITY IN DEFAULT | | | | | | | | | |
| 1ST CPN DTE 12/10/05 CPN PMT MONTHLY | | | | | | | | | |
| ON 10 | | | | | | | | | |
| Moody Rating B3 S & P Rating D | | | | | | | | | |
| *Security Identifier 52517PC56* | | | | | | | | | |
| 50,000.000 of these shares are in your margin account | | | | | | | | | |
| 50,000.000 | 12/08/08 | 5.5760 | 2,789.72 | 12.2500 | 6,125.00 | 3,335.28 | 0.00 | | |
| Original Cost Basis: $2,788.00 | | | | | | | | | |
| 20,000.000 | 01/26/09 | 7.1350 | 1,430.38 | 12.2500 | 2,450.00 | 1,019.62 | 0.00 | | |
| Original Cost Basis: $1,427.00 | | | | | | | | | |
| 70,000.000 **Total** | | | $4,220.10 | | $8,575.00 | $4,354.90 | $0.00 | $0.00 | |

Account Number:
ROBERT C FRANZ

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

DALBAR RATED
FOR COMMUNICATION

BO6646SCSP30023

## Portfolio Holdings (continued)

The total percent allocation of Global Securities is 1.00%.

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | | | | |
| **Corporate Bonds** *(continued)* | | | | | | | | | |
| LEHMAN BROTHERS HLDGS INC MEDIUM TERM NTS 0.000% 12/23/10 B/E DTD 12/21/05 SECURITY IN DEFAULT 1ST CPN DTE 03/23/06 CPN PMT QUARTERLY ON M,J,S,D 23 Moody Rating A2 S & P Rating A *Security Identifier 52517PD55* 26,000.000 of these shares are in your margin account | | | | | | | | | |
| 26,000.000 | 09/15/08 | 36.8570 | 9,582.78 | 12.2500 | 3,185.00 | -6,397.78 | 0.00 | | |
| Original Cost Basis: $7,468.00 | | | | | | | | | |
| LEHMAN BROTHERS HLDGS INC MEDIUM TERM NTS TRANCHE # TR 00635 0.000% 05/17/21 B/E DTD 05/17/06 CALLABLE 05/17/09 @ 100.000 SECURITY IN DEFAULT 1ST CPN DTE 08/17/06 CPN PMT QUARTERLY ON F,M,A,N 17 Moody Rating A1 S & P Rating A+ *Security Identifier 52517PH46* | | | | | | | | | |
| 120,000.000 | 10/21/08 | 8.1760 | 9,811.00 | 14.0000 | 16,800.00 | 6,989.00 | 0.00 | | |
| Original Cost Basis: $9,811.00 | | | | | | | | | |
| LEHMAN BROTHERS HLDGS INC MEDIUM TERM NTS 6.500% 02/13/37 B/E DTD 02/13/07 CALLABLE 08/13/09 @ 100.000 SECURITY IN DEFAULT 1ST CPN DTE 08/13/07 CPN PMT SEMI ANNUAL ON FEB 13 AND AUG 13 Moody Rating B3 S & P Rating D *Security Identifier 52517P599* 50,000.000 of these shares are in your margin account | | | | | | | | | |
| 50,000.000 | 10/27/08 | 8.7350 | 4,406.22 | 8.2020 | 4,101.00 | -305.22 | 0.00 | | |
| Original Cost Basis: $4,367.50 | | | | | | | | | |
| LEHMAN BROTHERS HLDGS INC MEDIUM TERM NTS 6.500% 06/21/37 B/E DTD 06/21/07 CALLABLE 06/21/12 @ 100.000 SECURITY IN DEFAULT 1ST CPN DTE 12/21/07 CPN PMT SEMI ANNUAL ON JUN 21 AND DEC 21 Moody Rating B3 S & P Rating D *Security Identifier 52517PW23* | | | | | | | | | |
| 26,000.000 | 01/26/09 | 7.7100 | 1,994.18 | 12.2500 | 3,185.00 | 1,190.82 | 0.00 | | |
| Original Cost Basis: $2,004.50 | | | | | | | | | |

BRAILLE BASED FOR COMMUNICATION

Account Number:
ROBERT C FRANZ

PNR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

BD564460C5873G023

# TRADITION ASIEL SECURITIES, INC.

75 PARK PLACE, 4TH FLOOR
NEW YORK, NEW YORK 10007
212-791-4500

MEMBERS OF:
NEW YORK STOCK EXCHANGE, INC.
FINRA AND OTHER PRINCIPAL EXCHANGES

## Brokerage
## Account Statement

Statement Period: 02/01/2009 - 02/28/2009

## Portfolio Holdings (continued)

The total percent allocation of Global Securities is 1.00%.

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | | | | |
| *Corporate Bonds (continued)* | | | | | | | | | |
| LEHMAN BROTHERS HLDGS INC | | | | | | | | | |
| MEDIUM TERM NOTES 0.00% 01/28/20 B/E | | | | | | | | | |
| DTD 01/28/05 CALLABLE 04/28/09 | | | | | | | | | |
| @ 100.000 SECURITY IN DEFAULT | | | | | | | | | |
| 1ST CPN DTE 04/28/05 CPN PMT QUARTERLY | | | | | | | | | |
| ON J.A.J.O 28 | | | | | | | | | |
| Moody Rating B3 S & P Rating D | | | | | | | | | |
| *Security Identifier: 52517PYMT* | | | | | | | | | |
| 35,000.000 of these shares are in your margin account | | | | | | | | | |
| 25,000.000    12/03/08 | 5.5120 | 1,378.00 | 12.2500 | 3,062.50 | 1,684.50 | 0.00 | | | |
| Original Cost Basis: $1,378.00 | | | | | | | | | |
| 10,000.000    12/15/08 | 4.2800 | 428.00 | 12.2500 | 1,225.00 | 797.00 | 0.00 | | | |
| Original Cost Basis: $428.00 | | | | | | | | | |
| 35,000.000    **Total** | | **$1,806.00** | | **$4,287.50** | **$2,481.50** | **$0.00** | | **$0.00** | |
| LEHMAN BROTHERS HLDGS INC | | | | | | | | | |
| MEDIUM TERM MTS TRANCHE # TR 00543 | | | | | | | | | |
| 0.000% 02/09/17 B/E DTD 02/09/05 | | | | | | | | | |
| SECURITY IN DEFAULT 1ST CPN DTE 03/09/05 | | | | | | | | | |
| CPN PMT MONTHLY ON 09 | | | | | | | | | |
| Moody Rating B3 S & P Rating D | | | | | | | | | |
| *Security Identifier: 52517PVQ8* | | | | | | | | | |
| 15,000.000 of these shares are in your margin account | | | | | | | | | |
| 15,000.000    11/18/08 | 7.8020 | 1,170.32 | 12.2500 | 1,837.50 | 667.18 | 0.00 | | | |
| Original Cost Basis: $1,165.50 | | | | | | | | | |
| LEHMAN BROTHERS HLDGS INC | | | | | | | | | |
| MEDIUM TERM NTS VAR TRANCHE # TR 00549 | | | | | | | | | |
| 0.000% 03/23/20 B/E DTD 03/23/05 | | | | | | | | | |
| CALLABLE 03/23/09 @ 100.000 | | | | | | | | | |
| SECURITY IN DEFAULT 1ST CPN DTE 06/23/05 | | | | | | | | | |
| CPN PMT QUARTERLY ON M.J.S.D 23 | | | | | | | | | |
| Moody Rating B3 S & P Rating D | | | | | | | | | |
| *Security Identifier: 52517PVW5* | | | | | | | | | |

Account Number: XXX
ROBERT C FRANZ

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Page 23 of 48

DALBAR RATED
FOR COMMUNICATION

B006486GCRF30022

## Portfolio Holdings *(continued)*

The total percent allocation of Global Securities is 1.00%.

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|

**Fixed Income** *(continued)*

**Corporate Bonds** *(continued)*

**LEHMAN BROTHERS HLDGS INC** *(continued)*
100,000.000   10/21/08   8.8450   8,844.84   12.2500   12,250.00   3,405.16   0.00
Original Cost Basis: $8,186.00

**LEHMAN BROTHERS HLDGS INC**
MEDIUM TERM NTS 0.000% 05/24/22 B/E
DTD 05/24/07 CALLABLE 05/24/09
@ 100.000 SECURITY IN DEFAULT
1ST CPN DTE 08/24/07 CPN PMT QUARTERLY
ON F,M,A,N 24
Moody Rating B3 S & P Rating D
*Security Identifier:* 52517P2H3

30,000.00 of these shares are in your margin account
30,000.000   12/15/08   5.1270   1,538.00   13.0000   3,900.00   2,362.00   0.00
Original Cost Basis: $1,538.00

**LEHMAN BROS HLDGS INC LEHMAN NOTES**
5.700% 01/29/18 B/E DTD 01/28/03
CALLABLE 03/15/09 @ 100.000
SECURITY IN DEFAULT 1ST CPN DTE 02/15/03
CPN PMT MONTHLY ON 15
Moody Rating A2 S & P Rating A
*Security Identifier:* 52519FAE1

16,000.000   10/21/08   7.7060   1,238.70   13.0000   2,080.00   841.30   0.00
Original Cost Basis: $1,233.00

**LEHMAN BROS HLDGS INC LEHMAN NTS**
5.550% 02/11/18 B/E DTD 02/11/03
CALLABLE 03/15/09 @ 100.000
SECURITY IN DEFAULT 1ST CPN DTE 03/15/03
CPN PMT MONTHLY ON 15
Moody Rating B3
*Security Identifier:* 52519FAL5

5,000.000   10/21/08   8.1600   410.16   13.0000   660.00   239.84   0.00
Original Cost Basis: $408.00

**LEHMAN BROS HLDGS INC LEHMAN NTS**
TRANCHE # TR 00012 5.590% 02/19/18 B/E
DTD 02/19/03 CALLABLE 03/15/09
@ 100.000 SECURITY IN DEFAULT
1ST CPN DTE 03/15/03 CPN PMT MONTHLY
ON 15
Moody Rating B3
*Security Identifier:* 52519FAM3

Account Number:
ROBERT C FRANZ

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Page 24 of 48

B0044660C6P20023

# TRADITION ASIEL SECURITIES, INC.

75 PARK PLACE, 4TH FLOOR
NEW YORK, NEW YORK 10007
212-791-4500

MEMBERS OF:
NEW YORK STOCK EXCHANGE, INC.
FINRA AND OTHER PRINCIPAL EXCHANGES

## Brokerage
## Account Statement

Statement Period: 02/01/2009 - 02/28/2009

## Portfolio Holdings *(continued)*

The total percent allocation of Global Securities is 1.00%.

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | | | | |
| **Corporate Bonds** *(continued)* | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NTS *(continued)* | | | | | | | | | |
| 10,000.000 | 10/21/08 | 7.8300 | 787.06 | 13.0000 | 1,300.00 | 512.94 | | | |
| Original Cost Basis: $783.00 | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | | |
| TRANCHE# TR 00019 5.500% 03/14/23 B/E | | | | | | | | | |
| DTD 03/14/03 CALLABLE 03/14/09 | | | | | | | | | |
| @ 100.000 SECURITY IN DEFAULT | | | | | | | | | |
| 1ST CPN DTE 04/14/03 CPN PMT MONTHLY | | | | | | | | | |
| ON 14 | | | | | | | | | |
| Moody Rating B3 S & P Rating D | | | | | | | | | |
| *Security Identifier: 52519FAU5* | | | | | | | | | |
| 10,000.00 of these shares are in your margin account | | | | | | | | | |
| 10,000.000 | 09/18/08 | 10.2800 | 1,028.91 | 13.0000 | 1,300.00 | 271.09 | 0.00 | | |
| Original Cost Basis: $1,028.00 | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | | |
| 5.400% 03/20/20 B/E DTD 03/25/03 | | | | | | | | | |
| CALLABLE 03/15/09 @ 100.000 | | | | | | | | | |
| SECURITY IN DEFAULT 1ST CPN DTE 04/15/03 | | | | | | | | | |
| CPN PMT MONTHLY ON 15 | | | | | | | | | |
| Moody Rating A2 S & P Rating A | | | | | | | | | |
| *Security Identifier: 52519FAX9* | | | | | | | | | |
| 25,000.000 | 10/09/08 | 9.7200 | 2,439.25 | 13.0000 | 3,250.00 | 810.75 | 0.00 | | |
| Original Cost Basis: $2,430.00 | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NOTES | | | | | | | | | |
| 5.250% 05/20/23 B/E DTD 05/20/03 | | | | | | | | | |
| CALLABLE 03/20/09 @ 100.000 | | | | | | | | | |
| SECURITY IN DEFAULT 1ST CPN DTE 06/20/03 | | | | | | | | | |
| CPN PMT MONTHLY ON 20 | | | | | | | | | |
| Moody Rating B3 | | | | | | | | | |
| *Security Identifier: 52519FBE0* | | | | | | | | | |
| 10,000.00 of these shares are in your margin account | | | | | | | | | |
| 10,000.000 | 11/18/08 | 7.7800 | 778.03 | 13.0000 | 1,300.00 | 521.97 | 0.00 | | |
| Original Cost Basis: $778.00 | | | | | | | | | |

Account Number: 4...
ROBERT C FRANZ

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

QUALBAR RATED
FOR COMMUNICATION

Page 25 of 48

8006446CSP30023

## Portfolio Holdings (continued)

The total percent allocation of Global Securities is 1.00%.

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | | | | |
| **Corporate Bonds** *(continued)* | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | | |
| 5.000% 05/30/23 B/E | | | | | | | | | |
| 5.000% 05/30/23 B/E DTD 05/30/03 | | | | | | | | | |
| CALLABLE 02/28/09 @ 100.000 | | | | | | | | | |
| SECURITY IN DEFAULT 1ST CPN DTE 06/30/03 | | | | | | | | | |
| CPN PMT MONTHLY ON 30 | | | | | | | | | |
| Moody Rating B3 S & P Rating D | | | | | | | | | |
| *Security Identifier* 52519FBG5 | | | | | | | | | |
| 65,000.00 of these shares are in your margin account | | | | | | | | | |
| 7,000.000  10/09/08 | 10.2860 | 721.42 | 13.0000 | 910.00 | 188.58 | 0.00 | | | |
| Original Cost Basis: $720.00 | | | | | | | | | |
| 65,000.000  12/03/08 | 6.0050 | 3,904.43 | 13.0000 | 8,450.00 | 4,545.57 | 0.00 | | | |
| Original Cost Basis: $3,903.00 | | | | | | | | | |
| 72,000.000  **Total** | | **$4,625.85** | | **$9,360.00** | **$4,734.15** | **$0.00** | | **$0.00** | |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | | |
| MEDIUM TERM NTS TRANCHE # TR 00044 | | | | | | | | | |
| 5.500% 10/07/23 B/E DTD 10/07/03 | | | | | | | | | |
| CALLABLE 03/07/09 @ 100.000 | | | | | | | | | |
| SECURITY IN DEFAULT 1ST CPN DTE 11/07/03 | | | | | | | | | |
| CPN PMT MONTHLY ON 07 | | | | | | | | | |
| Moody Rating A2 S & P Rating A | | | | | | | | | |
| *Security Identifier* 52519FBV2 | | | | | | | | | |
| 5,000.000  10/21/08 | 8.1600 | 407.74 | 13.0000 | 650.00 | 242.26 | 0.00 | | | |
| Original Cost Basis: $408.00 | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NOTES | | | | | | | | | |
| TRANCHE # TR 00047 6.000% 10/23/28 B/E | | | | | | | | | |
| DTD 10/23/03 CALLABLE 03/23/09 | | | | | | | | | |
| @ 100.000 SECURITY IN DEFAULT | | | | | | | | | |
| 1ST CPN DTE 11/23/03 CPN PMT MONTHLY | | | | | | | | | |
| ON 23 | | | | | | | | | |
| Moody Rating B3 S & P Rating D | | | | | | | | | |
| *Security Identifier* 52519FBR6 | | | | | | | | | |
| 5,000.00 of these shares are in your margin account | | | | | | | | | |
| 5,000.000  11/18/08 | 7.8100 | 390.04 | 13.0000 | 650.00 | 259.96 | 0.00 | | | |
| Original Cost Basis: $390.50 | | | | | | | | | |



Account Number:
ROBERT C FRANZ

PWR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Page 26 of 48

BG064406C5F3K033

# TRADITION ASIEL SECURITIES, INC.

75 PARK PLACE, 4TH FLOOR
NEW YORK, NEW YORK 10007
212-791-4500

MEMBERS OF:
NEW YORK STOCK EXCHANGE, INC.
FINRA AND OTHER PRINCIPAL EXCHANGES

## Brokerage
### Account Statement

Statement Period: 02/01/2009 - 02/28/2009

## Portfolio Holdings (continued)

The total percent allocation of Global Securities is 1.00%.

| Quantity / Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | | | |
| **Corporate Bonds** *(continued)* | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NOTES | | | | | | | | |
| 6.000% 11/18/28 B/E DTD 11/18/03 | | | | | | | | |
| CALLABLE 03/18/09 @ 100.000 | | | | | | | | |
| SECURITY IN DEFAULT 1ST CPN DTE 12/18/03 | | | | | | | | |
| CPN PMT MONTHLY ON 18 | | | | | | | | |
| Moody Rating B3 | | | | | | | | |
| *Security Identifier:* 52519FCB5 | | | | | | | | |
| 33,000.00 of these shares are in your margin account | | | | | | | | |
| 5,000.000       11/18/08 | 7.8100 | 390.01 | 13.0000 | 650.00 | 259.99 | 0.00 | | |
| Original Cost Basis: $390.50 | | | | | | | | |
| 28,000.000       12/03/08 | 5.5110 | 1,542.62 | 13.0000 | 3,640.00 | 2,097.38 | 0.00 | | |
| Original Cost Basis: $1,543.00 | | | | | | | | |
| 33,000.000       **Total** | | **$1,932.63** | | **$4,290.00** | **$2,357.37** | **$0.00** | **$0.00** | |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | |
| TRANCE# SR 00057 5.800% 02/17/29 B/E | | | | | | | | |
| DTD 02/17/04 CALLABLE 03/17/09 | | | | | | | | |
| @ 100.000 SECURITY IN DEFAULT | | | | | | | | |
| 1ST CPN DTE 03/17/04 CPN PMT MONTHLY | | | | | | | | |
| ON 17 | | | | | | | | |
| Moody Rating A2 S & P Rating A | | | | | | | | |
| *Security Identifier:* 52519FCJ8 | | | | | | | | |
| 10,000.000       10/21/08 | 7.8300 | 782.96 | 13.0000 | 1,300.00 | 517.04 | 0.00 | | |
| Original Cost Basis: $783.00 | | | | | | | | |
| LEHMAN BROTHERS HLDGS INC LEHMAN | | | | | | | | |
| MEDIUM TERM NOTES TRANCHE# TR 00058 | | | | | | | | |
| 5.600% 02/24/29 B/E DTD 02/24/04 | | | | | | | | |
| CALLABLE 03/24/09 @ 100.000 | | | | | | | | |
| SECURITY IN DEFAULT 1ST CPN DTE 03/24/04 | | | | | | | | |
| CPN PMT MONTHLY ON 24 | | | | | | | | |
| Moody Rating B3 S & P Rating D | | | | | | | | |
| *Security Identifier:* 52519FCK5 | | | | | | | | |
| 16,000.000       01/26/09 | 7.1380 | 1,142.19 | 13.0000 | 2,080.00 | 937.81 | 0.00 | | |
| Original Cost Basis: $1,142.00 | | | | | | | | |

Account Number:
ROBERT C FRANZ

DALBAR RATED
FOR COMMUNICATION

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

B0564460C3P30023

## Portfolio Holdings (continued)

The total percent allocation of Global Securities is 1.00%.

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | | | | |
| **Corporate Bonds** *(continued)* | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | | |
| TRANCHE# TR 00061 5.400% 03/30/29 B/E | | | | | | | | | |
| DTD 03/30/04 CALLABLE 03/30/09 | | | | | | | | | |
| @ 100.000 SECURITY IN DEFAULT | | | | | | | | | |
| 1ST CPN DTE 04/30/04 CPN PMT MONTHLY | | | | | | | | | |
| ON 30 | | | | | | | | | |
| *Moody Rating A2 S & P Rating A* | | | | | | | | | |
| *Security Identifier 52519FCN9* | | | | | | | | | |
| 10,000.000 | 10/09/08 | 10.3000 | 1,030.27 | 13.0000 | 1,300.00 | 269.73 | 0.00 | | |
| Original Cost Basis: $1,030.00 | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN MEDIUM | | | | | | | | | |
| TERM NTS TRANCHE # TR 00062 | | | | | | | | | |
| 5.450% 04/06/29 B/E DTD 04/06/04 | | | | | | | | | |
| CALLABLE 04/06/09 @ 100.000 | | | | | | | | | |
| SECURITY IN DEFAULT 1ST CPN DTE 05/06/05 | | | | | | | | | |
| CPN PMT MONTHLY ON 06 | | | | | | | | | |
| *Moody Rating A2 S & P Rating A* | | | | | | | | | |
| *Security Identifier 52519FCP4* | | | | | | | | | |
| 25,000.000 of these shares are in your margin account | | | | | | | | | |
| 25,000.000 | 12/03/08 | 5.5120 | 1,378.02 | 13.0000 | 3,250.00 | 1,871.98 | 0.00 | | |
| Original Cost Basis: $1,378.00 | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | | |
| TRANCHE# TR 00064 6.000% 04/30/34 B/E | | | | | | | | | |
| DTD 04/30/04 CALLABLE 04/30/09 | | | | | | | | | |
| @ 100.000 SECURITY IN DEFAULT | | | | | | | | | |
| 1ST CPN DTE 10/30/04 CPN PMT SEMI ANNUAL | | | | | | | | | |
| ON APR 30 AND OCT 30 | | | | | | | | | |
| *Moody Rating B3 S & P Rating D* | | | | | | | | | |
| *Security Identifier 52519FCR0* | | | | | | | | | |
| 104,000.00 of these shares are in your margin account | | | | | | | | | |
| 7,000.000 | 09/18/08 | 10.7860 | 753.24 | 13.0000 | 910.00 | 156.76 | 0.00 | | |
| Original Cost Basis: $755.00 | | | | | | | | | |
| 58,000.000 | 11/18/08 | 7.7550 | 4,462.73 | 13.0000 | 7,540.00 | 3,077.27 | 0.00 | | |
| Original Cost Basis: $4,498.00 | | | | | | | | | |
| 39,000.000 | 12/03/08 | 5.5080 | 2,131.60 | 13.0000 | 5,070.00 | 2,938.40 | 0.00 | | |
| Original Cost Basis: $2,148.00 | | | | | | | | | |
| 104,000.000 | **Total** | | $7,347.57 | | $13,520.00 | $6,172.43 | $0.00 | $0.00 | |

Account Number:
ROBERT C FRANZ

PNR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

DALBAR RATED
FOR COMMUNICATION

B056446OCBF30023

# TRADITION ASIEL SECURITIES, INC.
75 PARK PLACE, 4TH FLOOR
NEW YORK, NEW YORK 10007
212-791-4500

## *Brokerage*
## *Account Statement*

MEMBERS OF:
NEW YORK STOCK EXCHANGE, INC.
FINRA AND OTHER PRINCIPAL EXCHANGES

Statement Period: 02/01/2009 - 02/28/2009

## Portfolio Holdings  *(continued)*
The total percent allocation of Global Securities is 1.00%.

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | | | | |
| **Corporate Bonds** *(continued)* | | | | | | | | | |
| LEHMAN BROS HLDGS INC MEDIUM TERM NTS | | | | | | | | | |
| TRANCHE # TR .00066 5.900% 05/04/29 B/E | | | | | | | | | |
| DTD 05/04/04 CALLABLE 05/04/09 | | | | | | | | | |
| @ 100.000 SECURITY IN DEFAULT | | | | | | | | | |
| 1ST CPN DTE 06/04/04 CPN PMT MONTHLY | | | | | | | | | |
| ON 04 | | | | | | | | | |
| Moody Rating A2 S & P Rating A | | | | | | | | | |
| *Security Identifier* 52519FCT6 | | | | | | | | | |
| 11,000.000          01/26/09 | 7.1430 | 785.40 | 13.0000 | 1,430.00 | 644.60 | 0.00 | | | |
| Original Cost Basis: $785.75 | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | | |
| TRANCHE# TR .00067 6.000% 05/11/29 B/E | | | | | | | | | |
| DTD 05/11/04 CALLABLE 05/11/09 | | | | | | | | | |
| @ 100.000 SECURITY IN DEFAULT | | | | | | | | | |
| 1ST CPN DTE 11/11/04 CPN PMT SEMI ANNUAL | | | | | | | | | |
| ON MAY 11 AND NOV 11 | | | | | | | | | |
| Moody Rating B3 | | | | | | | | | |
| *Security Identifier* 52519FCU3 | | | | | | | | | |
| 2,000.000          10/21/08 | 9.1500 | 181.56 | 13.0000 | 260.00 | 78.44 | 0.00 | | | |
| Original Cost Basis: $183.00 | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | | |
| TRANCHE# TR .00068 6.200% 05/25/29 B/E | | | | | | | | | |
| DTD 05/25/04 CALLABLE 05/25/09 | | | | | | | | | |
| @ 100.000 SECURITY IN DEFAULT | | | | | | | | | |
| 1ST CPN DTE 06/25/04 CPN PMT MONTHLY | | | | | | | | | |
| ON 25 | | | | | | | | | |
| Moody Rating B3 S & P Rating D | | | | | | | | | |
| *Security Identifier* 52519FCV1 | | | | | | | | | |
| 47,000.00 of these shares are in your margin account | | | | | | | | | |
| 47,000.000          12/03/08 | 5.5060 | 2,588.93 | 13.0000 | 6,110.00 | 3,521.07 | 0.00 | | | |
| Original Cost Basis: $2,588.00 | | | | | | | | | |

Account Number:
ROBERT C FRANZ

PNR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

PLEASE RETAIN
FOR COMMUNICATION

8006486GC8F30023

# Portfolio Holdings *(continued)*

The total percent allocation of Global Securities is 1.00%.

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | | | | |
| **Corporate Bonds** *(continued)* | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | | |
| 6.050% 06/29/29 B/E DTD 06/29/04 | | | | | | | | | |
| CALLABLE 06/29/09 @ 100.000 | | | | | | | | | |
| SECURITY IN DEFAULT 1ST CPN DTE 07/29/04 | | | | | | | | | |
| CPN PMT MONTHLY ON 29 | | | | | | | | | |
| *Security Identifier 52519FCW9* | | | | | | | | | |
| Moody Rating A2 S & P Rating A | | | | | | | | | |
| 25,000.000 of these shares are in your margin account | | | | | | | | | |
| 25,000.000 | 12/03/08 | 5.5120 | 1,378.96 | 13.0000 | 3,250.00 | 1,871.04 | 0.00 | | |
| Original Cost Basis: $1,378.00 | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | | |
| TRANCHE# TR 00070 6.000% 07/30/34 B/E | | | | | | | | | |
| DTD 07/30/04 CALLABLE 07/30/09 | | | | | | | | | |
| @ 100.000 SECURITY IN DEFAULT | | | | | | | | | |
| 1ST CPN DTE 08/30/04 CPN PMT MONTHLY | | | | | | | | | |
| ON 30 | | | | | | | | | |
| Moody Rating B3 | | | | | | | | | |
| *Security Identifier 52519FCX7* | | | | | | | | | |
| 40,000.000 of these shares are in your margin account | | | | | | | | | |
| 40,000.000 | 12/03/08 | 5.5080 | 2,204.23 | 13.0000 | 5,200.00 | 2,995.77 | 0.00 | | |
| Original Cost Basis: $2,203.00 | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | | |
| TRANCE# SR 00071 6.000% 07/20/29 B/E | | | | | | | | | |
| DTD 07/20/04 CALLABLE 07/20/09 | | | | | | | | | |
| @ 100.000 SECURITY IN DEFAULT | | | | | | | | | |
| 1ST CPN DTE 08/20/04 CPN PMT MONTHLY | | | | | | | | | |
| ON 20 | | | | | | | | | |
| Moody Rating B3 | | | | | | | | | |
| *Security Identifier 52519FCY5* | | | | | | | | | |
| 20,000.000 | 01/26/09 | 7.1400 | 1,427.50 | 13.0000 | 2,600.00 | 1,172.50 | 0.00 | | |
| Original Cost Basis: $1,428.00 | | | | | | | | | |
| 17,000.000 | 01/27/09 | 8.0120 | 1,361.71 | 13.0000 | 2,210.00 | 848.29 | 0.00 | | |
| Original Cost Basis: $1,362.00 | | | | | | | | | |
| 37,000.000 | **Total** | | $2,789.21 | | $4,810.00 | $2,020.79 | $0.00 | $0.00 | |

 **SAME RATE FOR COMMUNICATION**

Account Number: 4...
ROBERT C FRANZ

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

N00644ROCSP20023

# TRADITION ASIEL SECURITIES, INC.

75 PARK PLACE, 4TH FLOOR
New York, New York 10007
212-791-4500

MEMBERS OF:
NEW YORK STOCK EXCHANGE, INC.
FINRA AND OTHER PRINCIPAL EXCHANGES

## *Brokerage*
### *Account Statement*

Statement Period: 02/01/2009 - 02/28/2009

## Portfolio Holdings *(continued)*

The total percent allocation of Global Securities is 1.00%.

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | | | | |
| **Corporate Bonds** *(continued)* | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | | |
| TRANCE# SR 00076 5.700% 09/07/29 B/E | | | | | | | | | |
| DTD 09/07/04 CALLABLE 09/07/09 | | | | | | | | | |
| @ 100.000 SECURITY IN DEFAULT | | | | | | | | | |
| 1ST CPN DTE 10/07/04 CPN PMT MONTHLY | | | | | | | | | |
| ON 07 | | | | | | | | | |
| Moody Rating A2 S & P Rating A | | | | | | | | | |
| *Security Identifier* 52519FDD0 | 01/26/09 | 7.1450 | 714.68 | 13.0000 | 1,300.00 | 585.32 | 0.00 | | |
| 10,000.000 | | | | | | | | | |
| Original Cost Basis: $714.50 | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | | |
| TRANCE# TR 00081 5.700% 12/14/29 B/E | | | | | | | | | |
| DTD 12/14/04 CALLABLE 12/14/09 | | | | | | | | | |
| @ 100.000 SECURITY IN DEFAULT | | | | | | | | | |
| 1ST CPN DTE 01/14/05 CPN PMT MONTHLY | | | | | | | | | |
| ON 14 | | | | | | | | | |
| Moody Rating B3 S & P Rating D | | | | | | | | | |
| *Security Identifier* 52519FDJ7 | | | | | | | | | |
| 50,000.000 of these shares are in your margin account | | | | | | | | | |
| 10,000.000 | 10/09/08 | 10.0300 | 1,002.65 | 13.0000 | 1,300.00 | 297.35 | 0.00 | | |
| Original Cost Basis: $1,003.00 | | | | | | | | | |
| 50,000.000 | 12/03/08 | 5.5060 | 2,752.12 | 13.0000 | 6,500.00 | 3,747.88 | 0.00 | | |
| Original Cost Basis: $2,753.00 | | | | | | | | | |
| 60,000.000 **Total** | | | **$3,754.77** | | **$7,800.00** | **$4,045.23** | **$0.00** | **$0.00** | **$0.00** |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | | |
| TRANCE # TR 00082 5.550% 12/31/34 B/E | | | | | | | | | |
| DTD 12/31/04 CALLABLE 12/31/09 | | | | | | | | | |
| @ 100.000 SECURITY IN DEFAULT | | | | | | | | | |
| 1ST CPN DTE 01/31/05 CPN PMT MONTHLY | | | | | | | | | |
| ON 31 | | | | | | | | | |
| Moody Rating B3 S & P Rating D | | | | | | | | | |
| *Security Identifier* 52519FDK4 | | | | | | | | | |

RECOGNIZED FOR COMMUNICATION

Account Number: ~
ROBERT C FRANZ

PNR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

B00644660CSP31002S

# Portfolio Holdings (continued)

The total percent allocation of Global Securities is 1.00%.

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | | | | |
| *Corporate Bonds (continued)* | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NTS *(continued)* | | | | | | | | | |
| 6,000.000 | 10/09/08 | 10.5500 | 633.42 | 13.0000 | 780.00 | 146.58 | 0.00 | | |
| Original Cost Basis: $633.00 | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | | |
| TRANCHE # TR 00084 5.550% 01/25/30 B/E | | | | | | | | | |
| DTD 01/25/05 CALLABLE 01/25/10 | | | | | | | | | |
| @ 100.000 SECURITY IN DEFAULT | | | | | | | | | |
| 1ST CPN DTE 02/25/05 CPN PMT MONTHLY | | | | | | | | | |
| ON 25 | | | | | | | | | |
| Moody Rating B3 S & P Rating D | | | | | | | | | |
| *Security Identifier* 52519FDM0 | | | | | | | | | |
| 11,000.000 | 10/09/08 | 10.2500 | 1,128.15 | 13.0000 | 1,430.00 | 301.85 | 0.00 | | |
| Original Cost Basis: $1,127.50 | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | | |
| 5.900% 10/25/30 B/E DTD 10/25/05 | | | | | | | | | |
| CALLABLE 10/25/10 @ 100.000 | | | | | | | | | |
| SECURITY IN DEFAULT 1ST CPN DTE 11/25/05 | | | | | | | | | |
| CPN PMT MONTHLY ON 25 | | | | | | | | | |
| Moody Rating B3 S & P Rating D | | | | | | | | | |
| *Security Identifier* 52519FED9 | | | | | | | | | |
| 5,000.000 of these shares are in your margin account | | | | | | | | | |
| 5,000.000 | 11/18/08 | 7.8100 | 390.11 | 13.0000 | 650.00 | 259.89 | 0.00 | | |
| Original Cost Basis: $390.50 | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | | |
| 6.150% 04/11/31 B/E DTD 04/11/06 | | | | | | | | | |
| CALLABLE 04/11/11 @ 100.000 | | | | | | | | | |
| SECURITY IN DEFAULT 1ST CPN DTE 05/11/06 | | | | | | | | | |
| CPN PMT MONTHLY ON 11 | | | | | | | | | |
| Moody Rating B3 S & P Rating D | | | | | | | | | |
| *Security Identifier* 52519FEL1 | | | | | | | | | |
| 6,000.000 of these shares are in your margin account | | | | | | | | | |
| 6,000.000 | 11/18/08 | 7.8000 | 468.31 | 13.0000 | 780.00 | 311.69 | 0.00 | | |
| Original Cost Basis: $468.00 | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | | |
| 6.500% 09/20/27 B/E DTD 09/18/07 | | | | | | | | | |
| CALLABLE 09/20/11 @ 100.000 | | | | | | | | | |
| SECURITY IN DEFAULT 1ST CPN DTE 03/20/08 | | | | | | | | | |
| CPN PMT SEMI ANNUAL ON MAR 20 AND SEP 20 | | | | | | | | | |
| Moody Rating B3 | | | | | | | | | |
| *Security Identifier* 52519FET4 | | | | | | | | | |
| 10,000.000 of these shares are in your margin account | | | | | | | | | |

Account Number:
ROBERT C FRANZ

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Page 32 of 48

BMO644605CRP20033

# TRADITION ASIEL SECURITIES, INC.
75 PARK PLACE, 4TH FLOOR
NEW YORK, NEW YORK 10007
212-791-4500

MEMBERS OF:
NEW YORK STOCK EXCHANGE, INC.
FINRA AND OTHER PRINCIPAL EXCHANGES

## Brokerage
## Account Statement

Statement Period: 02/01/2009 - 02/28/2009

## Portfolio Holdings (continued)
The total percent allocation of Global Securities is 1.00%.

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | | | | |
| **Corporate Bonds** (continued) | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NTS (continued) | | | | | | | | | |
| 10,000.000 | 11/18/08 | 7.7800 | 784.88 | 13.0000 | 1,300.00 | 515.12 | | | |
| Original Cost Basis: $778.00 | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | | |
| 6.500% 01/17/33 B/E DTD 01/15/08 | | | | | | | | | |
| CALLABLE 01/17/13 @ 100.000 | | | | | | | | | |
| SECURITY IN DEFAULT 1ST CPN DTE 07/17/08 | | | | | | | | | |
| CPN PMT SEMI ANNUAL ON JAN 17 AND JUL 17 | | | | | | | | | |
| Moody Rating B3 S & P Rating D | | | | | | | | | |
| Security Identifier 52519FFR2 | | | | | | | | | |
| 20,000.000 | 10/15/08 | 6.6900 | 1,347.30 | 13.0000 | 2,600.00 | 1,252.70 | 0.00 | | |
| Original Cost Basis: $1,338.00 | | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | | |
| 6.250% 02/05/21 B/E DTD 02/05/08 | | | | | | | | | |
| CALLABLE 02/05/10 @ 100.000 | | | | | | | | | |
| SECURITY IN DEFAULT 1ST CPN DTE 08/05/08 | | | | | | | | | |
| CPN PMT SEMI ANNUAL ON FEB 05 AND AUG 05 | | | | | | | | | |
| Moody Rating B3 S & P Rating D | | | | | | | | | |
| Security Identifier 52519FFE6 | | | | | | | | | |
| 124,000.000 of these shares are in your margin account | | | | | | | | | |
| 24,000.000 | 10/02/08 | 10.1580 | 2,454.98 | 13.0000 | 3,120.00 | 665.02 | 0.00 | | |
| Original Cost Basis: $2,438.00 | | | | | | | | | |
| 100,000.000 | 11/18/08 | 8.0530 | 8,123.39 | 13.0000 | 13,000.00 | 4,876.61 | 0.00 | | |
| Original Cost Basis: $8,053.00 | | | | | | | | | |
| 50,000.000 | 01/26/09 | 7.4310 | 3,693.29 | 13.0000 | 6,500.00 | 2,806.71 | 0.00 | | |
| Original Cost Basis: $3,715.50 | | | | | | | | | |
| **174,000.000   Total** | | | **$14,271.66** | | **$22,620.00** | **$8,348.34** | **$0.00** | **$0.00** | **$0.00** |

Account Number:
ROBERT C FRANZ                    PMR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

B006486CGSP10923

# Portfolio Holdings *(continued)*

The total percent allocation of Global Securities is 1.00%.

| Quantity / Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | | | |
| **Corporate Bonds** *(continued)* | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | |
| 6.500% 03/06/23 B/E DTD 03/04/08 | | | | | | | | |
| CALLABLE 03/06/13 @ 100.000 | | | | | | | | |
| SECURITY IN DEFAULT 1ST CPN DTE 09/06/08 | | | | | | | | |
| CPN PMT SEMI ANNUAL ON MAR 06 AND SEP 06 | | | | | | | | |
| Moody Rating B3 S & P Rating D | | | | | | | | |
| *Security Identifier: 52519FFH9* | | | | | | | | |
| 10,000.00 of these shares are in your margin account | | | | | | | | |
| 10,000.000       11/18/08 | 7.7800 | 789.43 | 13.0000 | 1,300.00 | 510.57 | 0.00 | | |
| Original Cost Basis: $778.00 | | | | | | | | |
| 25,000.000       01/26/09 | 7.1330 | 1,804.69 | 13.0000 | 3,250.00 | 1,445.31 | 0.00 | | |
| Original Cost Basis: $1,783.25 | | | | | | | | |
| **35,000.000       Total** | | **$2,594.12** | | **$4,550.00** | **$1,955.88** | **$0.00** | **$0.00** | |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | |
| MTN 7.250% 04/29/08 B/E | | | | | | | | |
| DTD 04/29/08 CALLABLE 04/29/11 | | | | | | | | |
| @ 100.000 SECURITY IN DEFAULT | | | | | | | | |
| 1ST CPN DTE 10/29/08 CPN PMT SEMI ANNUAL | | | | | | | | |
| ON APR 29 AND OCT 29 | | | | | | | | |
| Moody Rating B3 S & P Rating D | | | | | | | | |
| *Security Identifier: 52519FFM8* | | | | | | | | |
| 75,000.00 of these shares are in your margin account | | | | | | | | |
| 75,000.000       10/27/08 | 8.6980 | 6,420.92 | 13.0000 | 9,750.00 | 3,329.08 | 0.00 | | |
| Original Cost Basis: $6,523.75 | | | | | | | | |
| LEHMAN BROS HLDGS INC LEHMAN NTS | | | | | | | | |
| 7.350% 05/06/38 B/E DTD 05/06/08 | | | | | | | | |
| CALLABLE 05/06/11 @ 100.000 | | | | | | | | |
| SECURITY IN DEFAULT 1ST CPN DTE 11/06/08 | | | | | | | | |
| CPN PMT SEMI ANNUAL ON MAY 06 AND NOV 06 | | | | | | | | |
| Moody Rating B3 S & P Rating D | | | | | | | | |
| *Security Identifier: 52519FFN6* | | | | | | | | |
| 25,000.00 of these shares are in your margin account | | | | | | | | |
| 25,000.000       09/15/08 | 25.2200 | 6,303.39 | 13.0000 | 3,250.00 | -3,053.39 | 0.00 | | |
| Original Cost Basis: $6,305.00 | | | | | | | | |

BARRIER RATED FOR COMMUNICATION

Account Number:
ROBERT C FRANZ

PAR-02-HOLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

B0564466CSP3J023

# TRADITION ASIEL SECURITIES, INC.

75 PARK PLACE, 4TH FLOOR
NEW YORK, NEW YORK 10007
212-791-4500

MEMBERS OF:
NEW YORK STOCK EXCHANGE, INC.
FINRA AND OTHER PRINCIPAL EXCHANGES

## Brokerage
## Account Statement

Statement Period: 02/01/2009 - 02/28/2009

## Portfolio Holdings (continued)

The total percent allocation of Global Securities is 1.00%.

| Quantity | Acquisition Date | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | | | | |
| **Corporate Bonds** *(continued)* | | | | | | | | | |
| $LEHMAN BROS HLDGS INC MTN | | | | | | | | | |
| 7.000% 02/08/08 B/E DTD 02/08/08 | | | | | | | | | |
| CALLABLE 02/08/11 @ 100.0000 | | | | | | | | | |
| SECURITY IN DEFAULT 1ST CPN DTE 08/08/08 | | | | | | | | | |
| CPN PMT SEMI ANNUAL ON FEB 08 AND AUG 08 | | | | | | | | | |
| Moody Rating B3 S & P Rating D | | | | | | | | | |
| *Security Identifier* 5252M0C81 | | | | | | | | | |
| 25,000.000 | 01/26/09 | 7.1330 | 1,783.27 | N/A | 0.00 | N/A | 0.00 | | |
| Original Cost Basis: $1,783.25 | | | | | | | | | |
| $LEHMAN BROS HLDGS INC MEDIUM TERM NTS | | | | | | | | | |
| VAR RATE 0.000% 02/14/23 B/E | | | | | | | | | |
| DTD 02/14/08 CALLABLE 05/14/09 | | | | | | | | | |
| @ 100.0000 SECURITY IN DEFAULT | | | | | | | | | |
| 1ST CPN DTE 05/14/08 CPN PMT QUARTERLY | | | | | | | | | |
| ON F,M,A,N 14 | | | | | | | | | |
| Moody Rating CAA3 | | | | | | | | | |
| *Security Identifier* 5252M0CM7 | | | | | | | | | |
| 42,000.000 | 10/09/08 | 9.8810 | 4,150.00 | N/A | 0.00 | N/A | 0.00 | | |
| Original Cost Basis: $4,150.00 | | | | | | | | | |
| $NUTRITIONAL SOURCING CORP SR SECD NT | | | | | | | | | |
| 10.125% 08/01/09 B/E DTD 06/05/03 | | | | | | | | | |
| CALLABLE 1ST CPN DTE 02/01/04 | | | | | | | | | |
| 5,229.00 of these shares are in your margin account | | | | | | | | | |
| *Security Identifier* 67058BAA8 | | | | | | | | | |
| 153.000 | 03/15/06 | 64.1240 | 143.21 | N/A | 0.00 | N/A | 0.00 | | |
| Original Cost Basis: $98.11 | | | | | | | | | |
| 5,076.000 | 04/05/06 | 50.7490 | 4,575.82 | N/A | 0.00 | N/A | 0.00 | | |
| Original Cost Basis: $2,576.00 | | | | | | | | | |
| **5,229.000** | **Total** | | **$4,719.03** | | **$0.00** | **N/A** | **$0.00** | **$0.00** | |

Account Number:
ROBERT C FRANZ

DEALER RATED FOR COMMUNICATION

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

B0064680C5P31023



**Legal Size**

*The World On Time*

Express
FedEx

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2011, a true and correct copy of the foregoing Response of Robert Franz to Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) and this Certificate of Service were filed electronically with the Court. Notice of this filing will be sent today to all parties via the Court's electronic filing system.

Dated:   June 15, 2011

WHITE AND WILLIAMS LLP

By:/s/ Sedgwick M. Jeanite
    Sedgwick M. Jeanite, Esq.
    White and Williams LLP
    One Penn Plaza, Suite 4110
    New York, NY 10119