# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350

June 15, 2011

BY FED EX

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

> Re:   In re Lehman Brothers Holdings Inc., *et al.*, Case No. 08-13555 (JMP);
> In re Lehman Brothers Inc., *et al.*, Case No. 08-01420 (JMP);
> Lehman Brothers Holdings Inc., *et al.* v. Barclays Capital, Inc., Adv. No. 09-01732

Dear Judge Peck:

This letter is submitted to confirm that counsel for Barclays and LBHI have agreed upon the following, slightly revised briefing schedule for the remaining briefs relating to Count II of LBHI's Adversary Complaint:

- On June 22, 2011, Barclays shall file its brief in opposition to the LBHI motion for summary judgment, and in support of the Barlcays' motion for summary judgment;

- On July 20, 2011, LBHI shall file its brief in opposition to the Barclays motion for summary judgment and in reply to the Barclays' opposition;

- On August 5, 2011, Barclays shall file its reply brief in support of its motion for summary judgment (LBHI reserves its right to argue that no such reply should be permitted).

The parties also confirm that, in accordance with conversations with the Court's law clerk, both sides will plan to appear to present oral argument before the Court at 10 a.m. on September 7, 2011.

Respectfully submitted,

Jonathan D. Schiller

cc:   Robert W. Gaffey
James C. Tecce
William R. Maguire

WWW.BSFLLP.COM