FITVOYE Claude  
rue de l'Abattoir 41/2  
7130 BINCHE  
BELGIUM

30 mai 2011

Envoi recommandé avec accusé de réception (douze (12) pages)

THE CHAMBERS OF THE HONORABLE  
COURTROOM (601)  
ONE BOWLING GREEN  

NEW YORK 10004  
U.S.A.

A la bonne attention de :

Salutations distinguées.

[signature]

Annexe : photocopie de ma carte d'identité.

RECEIVED JUN 3 2011 U.S. BANKRUPTCY COURT SDNY

FITVOYE Claude
rue de l'Abattoir, 41/2
7130 BINCHE
BELGIQUE

RECOMMANDÉE

Le 29 mai 2011

United States Bankruptcy Court
Southern District of New York

Monsieur le JUGE,

Concerne : IN re Lehman Brothers Holdings INC. et al., Debtors.
Chapter 11 Case no. 08-13555 (JMP)
(Jointly Administered).
Claim Number : 66249
Date Filed : 2/4/2010
Debtor : 08-13555
→ Classification and Amount :
    UNSECURED : $ 116,038.20

Faisant suite au courrier reçu le 20/05/2011, je formule les remarques suivantes (annexe I) :

1) Relation succincte du "problème" <<BLOCAGE>> auprès de Euro-clear (annexe II).

Un envoi recommandé daté de Citibank du 15/10/2009 a été reçu le 22/10/2009.

Ce document a été rentré chez Deminor, notre conseil à Bruxelles) le 31/10/2009

2) Explication du "retard"-qui n'en est pas un- du dit document plus haut (annexe III).

J'étais en vacances du 23/10/2009 au 30/10/2009 (preuve en annexe).

J'ai donc eu connaissance du document de blocage le samedi 31/10/2009 (!) Le 1er novembre était un dimanche (!) et le lundi 02/11/2010 férié (!) [TOUSSAINT](!) Date "butoir" 02/11/2010 !

J'ai donc rentré le dit document par simple courrier le dimanche 31/10/2009 chez Deminor à Bruxelles (nos avocats). ....../...

FITVOYE Claude

.../...

Chapter 11 Case n° 08-13555 (JMP)

66249    2/4/2010

En date du 26/02/2010 Citibank m'a fait une offre de transaction "amiable" de 43% du capital de 82.000€ (au lieu de 65% !!! promis). Pris de panique (j'ai 74 ans et ai placé une grosse partie de mes économies de toute une vie de travail), j'ai accepté cette transaction et ai PERDU 46.740€ !

Bien qu'ayant obtenu une indemnisation partielle de 35.260€, j'estime cette somme insuffisante.

En conséquence, je vous serais reconnaissant, Monsieur LE JUGE, de bien vouloir examiner avec toute l'attention qu'elle mérite cette situation qualifiée de tout à fait exceptionnelle aux dires de Citibank Belgium.

En vous remerciant, je vous prie de croire, Monsieur le JUGE, à l'assurance de mon profond respect.

FITVOYE C.

*Regu par duifle course*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

In re                                                    :   Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,             :   08-13555 (JMP)

                    Debtors.                             :   (Jointly Administered)

------------------------------------------------------------x

LBH OMNI 143 05-16-2011 (MERGE2,TXNUM2) 40001 13666 BAR(23) MAIL ID *** 000045391466 *** BSIUSE: 15

FITVOYE, CLAUDE
RUE DE L'ABATTOIR 41/2        *20/05/211*
BINCHE, 7130 BELGIUM


**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED FORTY-THIRD
OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED ||
|---|---|
| **Creditor Name and Address:**<br>FITVOYE, CLAUDE<br>RUE DE L'ABATTOIR 41/2<br>BINCHE, 7130 BELGIUM | **Claim Number:** 66249 |
| | **Date Filed:** 2/4/2010 |
| | **Debtor:** 08-13555 |
| | **Classification and Amount:** UNSECURED: $ 116,038.20 |

PLEASE TAKE NOTICE that, on May 16, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the applicable bar date. The Bar Date Order established, among other things, September 22, 2009 at 5:00 p.m. (prevailing Eastern Time) as the deadline to file proofs of claim against the Debtors, except for claims arising from Lehman Programs Securities (as such term was defined in the Bar Date Order). The Bar Date Order established November 2, 2009 as the deadline to file proofs of claim arising from securities included on the Lehman Programs Securities List. **Any claim that the Bankruptcy Court disallows and expunges will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on June 15, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on June 30, 2011 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim. If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

**If you have any questions about this notice or the Objection, please contact Debtors' counsel, Casey Burton, Esq., at 214-746-7700.** CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED: May 16, 2011
New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Robert J. Lemons
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**Epiq Bankruptcy Solutions, LLC**
757 Third Avenue, 3rd Floor
New York, NY 10017

ADDRESS SERVICE REQUESTED

Legal Documents Enclosed –
Please direct to the attention of the Addressee,
Legal Department or President.

US POSTAGE $00.98
MAY 16 2011
MAILED FROM ZIP CODE 10017

# citibank

*recommandé reçu le 22/10/09*

MONSIEUR CLAUDE FITVOYE
RUE DE L'ABATTOIR 41/2
7130 BINCHE

Bruxelles, le 15 octobre 2009

Cher Monsieur FITVOYE,

Nous référons à nos récents échanges de courrier concernant les procédures de faillite de Lehman Brothers Holdings Inc. (LBHI) et Lehman Brothers Treasury Co. B.V. (LBT). Vous nous avez fait savoir que vous ne souhaitiez pas que Citibank Belgium SA vous aide pour l'introduction d'une déclaration de créance et que vous-même ou un tiers alliez en prendre la responsabilité.

Nous avons demandé **en votre nom** un **numéro de blocage** auprès d'Euroclear pour le(s) « Notes » suivant(s) que vous détenez en dépôt chez Citibank Belgium SA.:

- Nom du " Note " : **2YEAR DOUBLE OPPORTUNITY V BANKS
  Code ISIN : XS0358366325
  Montant nominal : 82000
  Devise : EUR
  Numéro de blocage Euroclear : 6040316

**Vous devez ajouter ce(s) numéro(s) de blocage à votre 'Securities Programs Proof of Claim'.** Sur votre 'Securities Programs Proof of Claim' vous devez indiquer que le(s) « Note(s) » sont en dépôt sur le **compte Euroclear 21915** (au nom de Citibank Belgium SA/NV). Suite aux instructions que nous avons reçues de votre part, veuillez noter que l'obtention de ce(s) numéro(s) de blocage est le seul service que Citibank Belgium SA fournit dans le cadre de l'introduction de votre déclaration de créance.

Vous trouverez plus de détails au sujet des procédures de déclaration sur www.lehman-docket.com. Nous vous rappelons que la date butoir pour l'introduction des déclarations de créance dans le cadre des procédures de faillite américaines est fixée au 2 novembre 2009.

Cordialement,

José de Penaranda
CEO de Citibank Belgium

*Retour expéditeur 31/10/09*

## DELTA SOLEIL BINCHE

RUE BUISSERET, 26  
7130  BINCHE

| | |
|---|---|
| Téléphone : | 064/33.87.09 |
| Fax : | 064/36.62.19 |
| Email : | deltasoleil.binche@skynet.be |
| T.V.A : | BE431.915.957 |
| C.BQ. : | 198-0662062-50 |
| Licence : | A1622 |

N° Dossier :  BI906353  
Départ :  23-10-2009  
Agent :  btne1  
Statut :  OK  
Téléphone :  064/34.26.58

**Bon de commande**  
N° Dossier :  **BI906353**

MONSIEUR   FITVOYE CLAUDE (PERE)  
RUE DE L'ABBATOIRE 41 , BTE 2  
7130   BINCHE

| N° Dossier : | BI906353 | Agent : | btne1 | Statut : | OK | Date d'édition : | 08-08-2009 |
|---|---|---|---|---|---|---|---|
| Départ : | 23-10-2009 | Retour : | 30-10-2009 | Jours : | 8 | Nuits : | 7 |
| Tél P. : | 064/34.26.58 | Tél B. : | 064/34.26.58 | GSM : | 0472296514 | | |

Fax: idem

**Voyageurs**

Mr   FITVOYE CLAUDE  
Mrs   BRISON YVETTE

### 1 Brochure PO :014548691

Organisateur :   Jetair  Gistelsesteenweg, 1   8400   Oostende  
Du :   23-10-2009                                       Au :   30-10-2009           Jours : 8  
Destination :                                               Lieu :   Doc. BTN           Nuits : 7  
Transport :   Corsair fly                              - Doc.btn SOFITEL TABA -  
Embarquement :   Aéroport bruxelles            Débarquement:   Aéroport bruxelles  
Brochure :   JETAIR VACANCES EN A

Commentaire:

```
    15278 SOFITEL TABA (C) 5* ALL IN P. COMPLETE (PAG.159)
  21 DOUBLE DOUCHE FRIGO VUE SUR MER AIRCO BALCON
    MR.  CLAUDE FITVOYE          A: 984,00= 7
    MRS. YVETTE BRISON           A
    VUE SUR MER                                                1.968,00
    FUEL PROTECTION PROGRAM      :  6,10X 7                       85,40
                                 : 13,00X 2                       26,00-
    REPAS STANDARD EST INCLUS SUR LE VOL
    ATTENTION ! L OFFRE FORMULEE DANS LA BROCHURE ET LE TABLEAU DE PRIX
    EXPIRE 49 JOURS AVANT DEPART!
    HOTEL EST AUSSI PUBLIE DANS LA BROCHURE VIP-SELECTION
                                             TOTAL....  2.027,40
                                 (INCL. AIRPORTTAX    44,30 P.P.
```

LA FACTURE D ACOMPTE S ÉLÈVE À UN MONTANT DE :    608,22 EURO

DOCUMENTS REQUIS     :  
- BELGES: SEJOUR<15JR:CARTE ID+1PHOTO ID PR VISA GRATUIT. SEJOUR 15JR-1M:  
- VISA A PAYER. SEJOUR>1 M+COMBI JORDANIE: PASS.INTERNATIONAL+VISA A PAYER  
- NON BELGES: INFO AUPRÈS DE VOTRE AMBASSADE OU CONSULAT

REMARQUES :  
- SEJOURS DE PLUS D UN MOIS: LE GRAND VISA DOIT ETRE ACHETE AU-  
- PRES DE L AGENT LOCAL: 18 EURO (AU LIEU DE 15 US A L AEROPORT

**Synthèse des prix**

1) BROCHURE  
   FRAIS DE DOSSIER                         2027.40    1                 2027.40  
   REDUCTION DELTASOLEIL                      15.00    1                   15.00  
                                            -2027.00   1      5.0%       -101.35

Une assurance annulation limitée est comprise dans le dossier  
Carte d'[identité] belge, encore valable au moins 3 mois après le retour: obligatoire.



**DELTA SOLEIL BINCHE**
RUE BUISSERET, 26
7130 BINCHE

| | |
|---|---|
| Téléphone : | 064/33.87.09 |
| Fax : | 064/36.62.19 |
| Email : | deltasoleil.binche@skynet.be |
| T.V.A : | BE431.915.957 |
| C.BQ. : | 198-0662062-50 |
| Licence : | A1622 |

**N° Dossier :** BI906353
**Départ :** 23-10-2009
**Agent :** btne1
**Statut :** OK
**Téléphone :** 064/34.26.58

MONSIEUR FITVOYE CLAUDE (PERE)
RUE DE L'ABBATOIRE 41, BTE 2
7130 BINCHE

## Bon de commande
**N° Dossier :** BI906353

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N° Dossier : | BI906353 | Agent : | btne1 | Statut : | OK | Date d'édition : | 08-08-2009 |
| Départ : | 23-10-2009 | Retour : | 30-10-2009 | Jours : | 8 | Nuits : | 7 |
| Tél P. : | 064/33.87.09 | Tél B. : | 064/34.26.58 | GSM : | 0472296514 | | |

Fax: idem

| | |
|---|---|
| Total : | 1941.05€ |
| Payé : | 0.0€ |
| Solde : | 1941.05€ |

**Solde à payer avant le** 23-09-2009
**Dont un acompte à payer immédiatement de** 600.0€

Le soussigné souscripteur déclare avoir pris connaissance de toutes les conditions reprises sur ce bon de commande, de même que des conditions générales et spécifiques de l'agence DELTA SOLEIL, et celles imprimées dans les brochures et programmes qu'il a reçus. Il déclare y adhérer pour lui même ainsi que pour tous les voyageurs qui l'accompagnent. Nos obligations professionnelles sont couvertes par un cautionnement légal de 99200 Eur (A.R coordonnés du 30.06.66 et du 01.02.75) qui ne peut être mis en oeuvre qu'après mise en demeure par lettre recommandée avec copie au Commissariat Général au Tourisme, Rue de la Pépinière 7, 5000 Namur, endéans les 12 mois suivant l'exécution des prestations qui ont donné naissance à la dette. La Compagnie d'Assurances européenne se porte garante cfr l'art 36 de la loi sur l'organisation de voyages, des services de l'intermédiaire et/ou organisateur de voyages, N° de Police INS100065.

**BINCHE**   08-08-2009   **Signature client**   **Agent**



Agence officielle des



    

Equipe nationale belge de



Voyages Delta
Rue Buisseret 2
7130 BINCHE

ID TERMINAL:
PER: 1365          010
                   TRANS

NTACT/MC
...-5706477-56 0001

17/10/2009 10:04

TOTAL

Merci de votre vi:
et
Bon voyage

*03/03/2010*

**Citibank Belgium N.V.**

Maatschappelijke zetel
Generaal Jacqueslaan
1050 Brussel

Tel. 02-626.5
Fax 02-626.5

**Citibank Belgium S.A.**

Siège social:
263 g Bld. Général Jacques  *263G*
1050 Bruxelles

Tél. 02-626.5
Fax 02-626.56

# citibank

*X*

26 février 2010

M. Claude Fitvoye

Rue de l'Abattoir 41/2

7130 Binche

*lesu garadu 03/03/10*

Cher Client,

**Concerne:** Offre de Transaction adaptée concernant les produits structurés de type obligataire émis par Lehman Brothers Treasury Co. B.V. et garantis par Lehman Brothers Holdings Inc. auxquels vous avez souscrit par l'intermédiaire de Citibank Belgium SA (les **Obligations Client**).

Le 7 janvier 2010, Citibank Belgium a annoncé une offre de transaction à certains de ses clients ayant souscrit des Obligations Lehman, sous certaines conditions et sans reconnaissance préjudiciable.

Vous avez exprimé le souhait d'accepter cette offre, mais n'avez pas pu apporter la preuve suffisante que vos déclarations de créances dans le cadre de la procédure d'insolvabilité de LBH relatives aux Obligations Client ont été correctement déclarées.

Citibank Belgium vous propose une nouvelle offre de transaction adaptée. En vertu de cette nouvelle offre adaptée, Citibank Belgium s'engage à payer un montant en espèces ou sur un compte bloqué à terme fixe à 3 ans avec capitalisation automatique des intérêts, en échange de quoi le client qui accepte doit renoncer à toute prétention contre Citibank Belgium, ses sociétés liées et leurs employés, agents, représentants, conseillers, administrateurs et dirigeant passés ou présents. Le montant est moins élevé que celui de l'offre de transaction annoncée le 7 janvier 2010, mais le Client reste propriétaire de toutes ses Obligations Lehman.

Si vous acceptez l'offre adaptée, Citibank Belgium effectuera, selon votre choix:

- un paiement en espèces sur votre compte auprès de Citibank Belgium de 43% du montant nominal global de toutes les Obligations Client que vous détenez; ou

- un paiement de 43% du montant nominal global des Obligations Client que vous détenez sur votre compte auprès de Citibank Belgium et ensuite un transfert immédiat de ce montant sur un compte bloqué à terme fixe à trois ans avec capitalisation automatique des intérêts chez Citibank Belgium, qui offrira un taux d'intérêt annuel brut de % (avant déduction du précompte mobilier) (le **Compte à terme fixe à trois ans**).

**L'OFFRE DE TRANSACTION ADAPTEE VIENT A EXPIRATION A 17 HEURE LE 12 MARS 2010 (la Date d'Expiration).**

L'Offre de Transaction adaptée peut être acceptée pendant 10 jours ouvrables à partir de la date du présent courrier (la **Période d'Acceptation**). Citibank Belgium effectuera les paiements prévus dans la Convention de Transaction décrite ci-après endéans les jours ouvrables suivant la de la Période d'Acceptation. Afin d'accepter l'Offre de Transaction, vous devez signer et remettre à Citibank Belgium la convention de transaction jointe à la présente en Annexe 1 (la **Convention de Transaction**) au plus tard à la Date d'Expiration.

X 1

5016

Pour l'option concernant le Montant de la Transaction telle que décrite à l'article 4 ci-après, le Client choisit comme suit (*cocher une case*):

| Cocher une case | |
|---|---|
| ⬜ | Le paiement sur le compte 953-1061222-11 chez Citibank Belgium (le **Compte**) d'un montant de 43% du montant nominal global de toutes les Obligations Client [soit EUR 35.260] |
| ⬜ | Le paiement sur le compte 953-1061222-11 chez Citibank Belgium (le **Compte**) de 43% du montant nominal global de toutes les Obligations Client [soit EUR 35.260] et ensuite un transfert immédiat de ce Compte sur une compte bloqué à terme fixe à trois ans avec capitalisation automatique des intérêts chez Citibank Belgium (auquel le règlement général des opérations de Citibank Belgium est applicable) qui offrira un taux d'intérêt annuel brut de 5.3% |

| BELGIQUE | BELGIË | BELGIEN | BELGIUM |
|---|---|---|---|
| CARTE D'IDENTITE | IDENTITEITSKAART | PERSONALAUSWEIS | IDENTITY CARD |

Nom / Name: Fitvoye
Prénoms / Given names: Claude Georges L
Lieu et date de naissance / Place and date of birth: Anderlues 23 FEV 1937
Sexe / Sex: M
Nationalité / Nationality: BELGE
N° carte / Card No: 590-6898725-14
Valide du - au / Valid from - until: 27.11.2007 - 27.11.2012
Signature du titulaire / Holder's signature

N° d'identification du Registre national / Identification number of the National Register
37.02.23-079.22
Lieu de délivrance / Place of issue
Binche
Autorité / Authority

```
IDBEL590689872<5140<<<<<<<<<<<
3702235M1211274BEL370223079223
FITVOYE<<CLAUDE<GEORGES<L<<<<<
```