UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                    :
In re                                               :     Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :     08-13555 (JMP)
                                                    :     (Jointly Administered)
         Debtors.                                   :
                                                    :
------------------------------------------------------------------x     Ref. Docket Nos. 16438, 17567,
                                                          17580, 17581, 17583-17588

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 14, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ *Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
15th day of June, 2011
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  GOLDMAN, SACHS & CO.                              GOLDMAN, SACHS & CO.
     TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP    RICHARDS KIBBE & ORBE L.L.P.
     30 HUDSON STREET, 36TH FLOOR                      ATTN: MANAGING CLERK
     JERSEY CITY NJ 07302                              ONE WORLD FINANCIAL CENTER
                                                       NEW YORK NY 10281
```

Please note that your claim # 50315-31 in the above referenced case and in the amount of
$526,496.04         has been transferred **(unless previously expunged by court order)**

```
     SILVER POINT CAPITAL FUND, L.P.                   SILVER POINT CAPITAL FUND, L.P.
     TRANSFEROR: GOLDMAN, SACHS & CO.                  XIN YU
     C/O SILVER POINT CAPITAL, L.P.                    DAVIS POLK & WARDWELL LLP
     ATTN: DAVID F STEINMETZ                           450 LEXINGTON AVENUE
     TWO GREENWICH PLAZA, FIRST FLOOR                  NEW YORK NY 10017-3904
     GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 16438       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/14/2011                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 14, 2011.

**EXHIBIT B**

```
TIME: 15:18:18                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 06/14/11                                          CREDITOR LISTING

Name                                                    Address
AU WAI CHUN                                             FLAT B 7/F BLOCK 1 HSIN KUANG CENTRE 120 LUNG CHEUNG ROAD WONG TAI SIN, KLN  HONG KONG
AU YEUNG SZE HONG                                       ROOM 11 2/F TAI WAI BUILDING 99 IVY STREET TAI KOK TSUI, KLN  HONG KONG
CHAN CHE, LUEN & TO LAI, WAN                            FLT G 15/F BLK 5 JUBILEE GARDEN NO.2-18 LOK KING ST SHA TIN, NT  HONG KONG
CHAN CHONG NGOK                                         FLAT D 9/F NO. 18 BROADWAY MEI FOO SUN CHUEN LAI CHI KOK, KLN  HONG KONG
CHAN LAI TIN                                            FLAT D. 19/F., BLOCK 1 BAYVIEW GARDEN 633 CASTLE PEAK ROAD TSUEN WAN NT  HONG KONG
CHAN MEI CHING                                          FLAT A 11/F 23 NASSAU STREET MEI FOO SUN CHUEN STAGE 6 LAI CHI KOK  HONG KONG
CHAN OI MEE                                             ROOM 2 26/F BLOCK C GALAXIA NO.3 LUNG POON STREET DIAMON HILL, KLN  HONG KONG
CHAN PO SUN / LEE KAM YEE                               FLAT A 29/F BLOCK 13 OCEAN SHORES 88 O KING ROAD TSEUNG KWAN O NT  HONG KONG
CHAN SAU HING                                           FLAT C 14/F BLOCK 1 CONNAUGHT GARDEN 155 CONNAUGHT ROAD WEST SAI YING PUN HK HONG KONG
CHAN SIU FONG                                           ROOM 8 18/F BLOCK C NEW KWAI FONG GARDEN KWAI FONG NT  HONG KONG
CHAN SUK LING                                           ROOM 3 13/F BLOCK C HILTON PLAZA SHATIN, NT  HONG KONG
CHAN SZE CHUEN / SO MEI YEE                             FLAT G 8/F TAI WAH BUILDING TAI PO FONG TSUEN WAN NT  HONG KONG
CHAN TAI LAP                                            ROOM 2803 CHING NGA COURT TSING YI, NT  HONG KONG
CHAN TECK SIONG                                         FLAT D 23/F BLOCK 12 COSTA DEL SOL LAGUNA VERDE TAI WAN ROAD HUNG HOM, KLN  HONG KONG
CHAN TO MING ANTONY                                     ROOM 12 29/F KA WO HOUSE PO NGA COURT TAI PO, NT  HONG KONG
CHAN WAI MING                                           ROOM 5 6/F SIU WAI INDUSTRIAL CENTRE 29-33 WING HONG STREET CHEUNG SHA WAN, KLN  HONG KONG
DEUTSCHE BANK AG, LONDON BRANCH (UK)                    ROOM 3103 BLOCK E KORNHILL QUARRY BAY HK  HONG KONG
                                                        TRANSFEROR: OESTERREICHE VOLKSBAKEN-AKTIENGESELLSCHAFT (VOLKSBANK) ATTN: JONATHAN BIGGS WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
GOLDMAN SACHS LENDING PARTNERS LLC                      RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                      RICHARDS KIBBE & ORBE LLP ATTN: MANAGING PARTNER ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: SERENGETI RAPAX MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                                    RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN, SACHS & CO.                                    TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND LP 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
OESTERREICHE VOLKSBAKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK   DLA PIPER WEISS-TESSBACH ATTN: THOMAS RUHM, ESQ. CHRISTIAN TEMMEL, ESQ. SCHOTTENRING 14 VIENNA A-1010 AUSTRIA
OESTERREICHE VOLKSBAKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK   DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ ATTN: VINCENT ROLDAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
OESTERREICHE VOLKSBAKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK   GEWERBE-UND HANDELSBANK KARNTEN AG KOLINGASSE 19 VIENNA A-1090 AUSTRIA
SILVER POINT CAPITAL FUND, L.P.                         XIN YU DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, L.P.                         TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SPCP GROUP, L.L.C.                                      RONALD S BEACHER, ESQ PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, L.L.C.                                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830
SPCP GROUP, LLC                                         RONALD S BEACHER, ESQ PRYOR CASHMAN LLP 7 TIMES SQUARE GREENWICH CT 06830
SPCP GROUP, LLC                                         RONALD S BEACHER, ESQ PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA GREENWICH CT 06830
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: AU WAI CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: AU YEUNG SZE HONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: CHAN CHE, LUEN & TO LAI, WAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: CHAN CHONG NGOK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: CHAN LAI TIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: CHAN MEI CHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: CHAN OI MEE 21/F LEE KAM YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: CHAN PO SUN / LEE KAM YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: CHAN SAU HING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: CHAN SHIU WAH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: CHAN SIU FONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: CHAN SUK LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: CHAN SZE CHUEN / SO MEI YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: CHAN TAI LAP 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
```

```
TIME: 15:18:18                              LEHMAN BROTHERS HOLDING INC.                                    PAGE:   2
DATE: 06/14/11                                   CREDITOR LISTING

Name                              Address
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHAN TECK SIONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHAN TO MING ANTONY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHAN WAI MING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG


Total Number of Records Printed     52

                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```