STROOCK & STROOCK & LAVAN LLP
Claude Szyfer
Francis C. Healy
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Mizuho Corporate Bank, Ltd.*
*and Mizuho Capital Markets Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | ) Case No. 08-13555 (JMP) |
| Debtors. | ) Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

Mark Wojcik, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

2. On June 13, 2011, affiant caused to be served, true and correct copies of the *Notice of Withdrawal of Notice of Intent to Participate in Discovery Related to Plan Confirmation* (Dkt. No. 17624), filed via the Court's ECF system on such date and via overnight mail upon the parties listed on the attached Service List.

                                                  /s/ Mark Wojcik  
                                                  Mark Wojcik

Sworn to before me this  
16th day of June, 2011

/s/ Jeffrey M. Negron  
NOTARY PUBLIC

Jeffrey M. Negron  
Notary Public, State of New York  
No. 01NE6107707  
Qualified in Kings County  
Certificate Filed in New York County  
Commission Expires November 10, 2012

## Service List

| | |
|---|---|
| *Via Overnight Mail* | *Via Overnight Mail* |
| Richard P. Krasnow, Esq. | Dennis F. Dunne, Esq. |
| Lori R. Fife, Esq. | Dennis O' Donnell, Esq. |
| Shai Waisman, Esq. | Evan Fleck, Esq. |
| Jacqueline Marcus, Esq. | Milbank, Tweed, Hadley & McCloy LLP |
| Weil, Gotshal & Manges LLP | 1 Chase Manhattan Plaza |
| 767 Fifth Avenue | New York, NY 10005 |
| New York, NY 10153 | |