UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                    :
In re:                              :    Case No. 08-13555 (JMP)
                                    :
LEHMAN BROTHERS HOLDINGS,           :    (Jointly Administered)
INC., *et al.*                      :
                                    :
                                    :
             Debtors.               :
                                    :
---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

Joseph Monzione, being duly sworn, deposes, and says:

      1.      I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

      2.      On June 15, 2011, I caused to be served copies of the following documents on the persons set forth on the attached service list:

      (i)      **Response of Glitnir Banki hf. to Debtors' One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivative Claims) and Request to Amend Claims** (together with accompanying exhibits); and

      (ii)      **Response of Glitnir Banki hf. to Debtors' One Hundred Fortieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims).**

2

    3.    I caused such service to be made by enclosing true copies of the aforementioned documents in properly addressed wrappers and caused them to be sent by hand delivery.

/s/ Joseph Monzione
Joseph Monzione

Sworn to before me this
16th day of June, 2011

/s/ Maurice Tattnall
Notary Public
State of New York
No. 01TA6018000
Qualified in Kings County
Certificate Filed in New York County
Commission Expires December 21, 2014

## SERVICE LIST

Robert Lemons
Lee Goldberg
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Tracy Hope Davis
Elisabetta Gasparini
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne
Dennis O'Donnell
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005