UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | : |
| --- | --- |
| | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., | : |
| *et al.*, | : Case No. 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

### DECLARATION OF SERVICE

I, Robert T. Honeywell, hereby declare under penalty of perjury:

1.  I am counsel at the firm of K&L Gates LLP, having offices at 599 Lexington Avenue, New York, New York 10022. I am over eighteen (18) years of age and am not a party to this action.

2.  On June 15, 2011, I caused copies of the **Response of AllianceBernstein L.P. to Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 16856]** to be served on the parties in the attached service list by hand-delivery.

Executed this 16th day of June, 2011.

By: _____
Robert T. Honeywell

## SERVICE LIST

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Robert J. Lemons, Esq.
      Mark Bernstein, Esq.

Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.
      Elisabth Gasparini, Esq.
      Andrea Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
      Dennis O'Donnell, Esq.
      Evan Fleck, Esq.