**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                             :

In re:                          :
                             :

Lehman Brothers Holdings, Inc.     :     Chapter 11
                             :

        Debtor.           :     Case No. 08-13555  (JMP)
                             :
                             :
------------------------------------------------------x

<u>AFFIDAVIT OF SERVICE</u>

State of New York     )
                   )     ss.:
County of New York  )

          Douglas Keeton, being duly sworn, deposes and says:

          1.     I am over 18 years of age and am not a party to the above-captioned proceedings.

I am employed by Morrison & Foerster LLP, having offices located at 1290 Avenue of the Americas,

New York, NY  10104.

          2.     On June 15, 2011, I caused to be served a true and correct copy of the following

document upon the parties listed on Exhibit A attached hereto by overnight mail:

- Response of CGKL Ventures, LLC to Debtors One Hundred Thirty-Sixth Omnibus Objection to Claims (Misclassified Claims)

                              /s/ Douglas Keeton
                              Douglas Keeton

Sworn to before me on this
<u>16th</u> day of June 2011

/s/ Stephen P. Koshgerian
Notary Public
STEPHEN P. KOSHGERIAN
Notary Public, State of New York
No. 02KO6219563
Qualified in New York County
Commission Expires April 26, 2014

**Exhibit A**

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY  10004
Attn:    Chambers of Hon. James M. Peck

Weil Gotshal & Manges LLP
1767 Fifth Avenue
New York, NY  10153
Attn:  Robert J. Lemons, Esq.

Weil Gotshal & Manges LLP
1767 Fifth Avenue
New York, NY  10153
Attn:  Mark Bernstein, Esq.

Office of the United States Trustee
Attn:  Tracy Hope Davis, Esq.
33 Whitehall Street, 21st Floor
New York, NY  10004

Office of the United States Trustee
Attn:  Elizabeth Gasparini, Esq.
33 Whitehall Street, 21st Floor
New York, NY  10004

Office of the United States Trustee
Attn:  Andrea Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, NY  10004

Milbank, Tweed, Hadley & McCloy LLP
Attn:  Dennis F. Dunne, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Milbank, Tweed, Hadley & McCloy LLP
Attn:  Dennis O'Donnell, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Milbank, Tweed, Hadley & McCloy LLP
Attn:  Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005