B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Special Financing Inc.    Case No. 08-13888 (JMP)
                                                (Jointly Administered)
                Debtor.

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Bank of America, N.A.** | **Pohjola Bank PLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Bank of America, N.A.**
**Bank of America Tower, 3rd Floor**
**One Bryant Park**
**New York, NY 10036**

Phone: **646-855-7450**

Court Claim #: **21407**
Amount of Claim as Filed: **$21,213,636.38**
Date Claim Filed: **9/21/09**

Name and Address where transferee payments should be sent (if different from above):

Phone: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ [signature]    Date: 6/16/2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Pohjola Bank PLC aka OKO Osuuspankkien Keskuspankki Oyj

Pohjola Bank PLC aka OKO Osuuspankkien Keskuspankki Oyj, a bank organized under the laws of Finland, with offices located at Teollisuuskatu 1 B, 00510 Helsinki, Finland ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Bank of America, N.A., its successors and assigns, with offices located at Bank of America Tower, 3rd Floor, One Bryant Park, New York, NY 10036 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. in the amount of US$21,213,636.38, docketed as Claim No. 21407 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the _11_ day of December, 2009.

POHJOLA BANK PLC AKA OKO
OSUUSPANKKIEN KESKUSPANKKI OYJ

WITNESS: _(signature)_
(Signature)
Name: Ani Syrjäläinen
Title: Vice President
(Print name and title of witness)

By: _(signature)_
(Signature of authorized corporate officer)
Name: Jorma Alanne          Jari Jaulimo
Title: Executive Vice President    Senior Vice President
Tel.:                       +358 10 252 4380

BANK OF AMERICA, N.A.

WITNESS: _(signature)_
(Signature)
Name: Judith F. Shear
Title: Associate, Notary Public
(Print name and title of witness) State of New York

By: _(signature)_
(Signature of authorized corporate officer)
Name: David Halesworth
Title: Principal
Tel.: 646-855-7450

12763013.5