OFFICE OF THRIFT SUPERVISION
Dirk S. Roberts
Deputy Chief Counsel, Litigation
1700 G Street, NW
Washington, D.C. 20552
(202) 906-7631

**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., et. al, | Jointly Administered |
| Debtors. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST

Dirk S. Roberts hereby withdraws his appearance on behalf of Interested Party the Office of Thrift Supervision and requests that the Clerk of the Court remove his name from the electronic service list.

Dated: June 17, 2011
       Washington, D.C.

/s/ Dirk S. Roberts
_____
Dirk S. Roberts
Deputy Chief Counsel, Litigation
DR8331
OFFICE OF CHIEF COUNSEL
OFFICE OF THRIFT SUPERVISION
1700 G Street, N.W.
Washington, D.C. 20552
(202) 906-7631
dirk.roberts@ots.treas.gov