B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>,

Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Deutsche Bank AG, London Branch</u>
Name of Transferee

<u>Serengeti Opportunities MM L.P.</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, New York 10005
Attn: Rich Vichaidith
Email: richard.vichaidith@db.com

Court Claim # (if known): <u>66573 (70% of such claim), which amends Claim #s 23494 and 23496</u>

Amount of Claim as Filed: $<u>1,913,270.38</u>

Amount of Claim Transferred: $<u>1,339,289.27</u>

Date Claim Filed: <u>4/26/10, 9/21/09 and 9/21/09, respectively</u>

Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Deutsche Bank AG, London Branch

By: _____  Ross Miller  Director   Date: 6/17/11
    Transferee/Transferee's Agent

By: _____  Duncan Robertson  Director   Date: 6/17/11
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

Serengeti Opportunities MM L.P.
By:    Serengeti Asset Management LP,
       as the Investment Adviser

By: _____
    Transferor/Transferor's Agent
    **Marc Baum**
    **Director**

13

668472v.1 2731/00056

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,      Case No. 08-13555 (JMP)
                                            (Jointly Administered)
                    Debtors.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Deutsche Bank AG, London Branch | Serengeti Opportunities MM L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, New York 10005
Attn: Rich Vichaidith
Email: richard.vichaidith@db.com

Court Claim # (if known): 66574 (70% of such claim), which amends Claim # 23491

Amount of Claim as Filed: $1,527,932.09

Amount of Claim Transferred: $1,069,552.46

Date Claim Filed: 4/26/10 and 9/21/09, respectively

Debtor: Lehman Brothers Special Financing Inc.

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

13

668496v.1 2731/00056

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Deutsche Bank AG, London Branch

By: _____  Ross Miller, Director   Date: 6/17/11
Transferee/Transferee's Agent

By: _____  Duncan Robertson, Director   Date: 6/17/11
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

Serengeti Opportunities MM L.P.
By:   Serengeti Asset Management LP,
      as the Investment Adviser

By: _____
Transferor/Transferor's Agent
**Marc Baum**
**Director**

14

668496v.1 2731/00056

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.,</u>                    Case No. <u>08-13555 (JMP)</u>
                                                                       (Jointly Administered)
                Debtors.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Deutsche Bank AG, London Branch</u> | <u>Serengeti Opportunities MM L.P.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, New York 10005
Attn: Rich Vichaidith
Email: richard.vichaidith@db.com

Court Claim # (if known): <u>66575 (70% of such claim), which amends Claim #23495</u>

Amount of Claim as Filed: <u>$1,913,270.38</u>

Amount of Claim Transferred: <u>$1,339,289.27</u>

Date Claim Filed: <u>4/26/10 and 9/21/09, respectively</u>

Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone:_____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

14

668472v.1 2731/00056

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Deutsche Bank AG, London Branch

By: _____    Date: 6/17/11
Transferee/Transferee's Agent

By: _____    Date: 6/17/11
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Acknowledged and Agreed:

Serengeti Opportunities MM L.P.
By:   Serengeti Asset Management LP,
      as the Investment Adviser

By: _____
Transferor/Transferor's Agent

**Marc Baum**
**Director**

15

668472v.1 2731/00056

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.,</u>　　　　　Case No. <u>08-13555 (JMP)</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)
　　　　　　　　　Debtors.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Deutsche Bank AG, London Branch</u> | <u>Serengeti Opportunities MM L.P.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, New York 10005
Attn: Rich Vichaidith
Email: richard.vichaidith@db.com

Court Claim # (if known): <u>66576 (70% of such claim), which amends Claim #s 23492 & 23493</u>

Amount of Claim as Filed: $<u>1,527,932.09</u>

Amount of Claim Transferred: $<u>1,069,552.46</u>

Date Claim Filed: <u>4/26/10, 9/21/09 and 9/21/09, respectively</u>

Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:_____

Phone:_____
Last Four Digits of Acct. #:_____

Name and Address where transferee payments should be sent (if different from above):

Phone:_____
Last Four Digits of Acct #:_____

11

668496v.1 2731/00056

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Deutsche Bank AG, London Branch

By: _____ [signature] Ross Miller / Director    Date: 6/17/11
Transferee/Transferee's Agent

By: _____ [signature] Duncan Robertson / Director    Date: 6/17/11
Transferee/Transferee's Agent

*Penalty for making a false statement*- Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

Serengeti Opportunities MM L.P.
By: Serengeti Asset Management LP,
    as the Investment Adviser

By: _____ [signature]
Transferor/Transferor's Agent

**Marc Baum**
**Director**

12

668496v.1 2731/00056

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.,</u>　　　　　Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)
　　　　　　　　Debtors.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Deutsche Bank AG, London Branch</u> | <u>Serengeti Opportunities Partners LP</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, New York 10005
Attn: Rich Vichaidith
Email: richard.vichaidith@db.com

Court Claim # (if known): <u>66573 (30% of such claim), which amends Claim #s 23494 and 23496</u>

Amount of Claim as Filed: $<u>1,913,270.38</u>

Amount of Claim Transferred: $<u>573,981.11</u>

Date Claim Filed: <u>4/26/10, 9/21/09 and 9/21/09, respectively</u>

Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____
Last Four Digits of Acct #:_____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

12

661933v.8 2731/00056

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Deutsche Bank AG, London Branch

By: _____  Date: 6/17/11
   Transferee/Transferee's Agent
   Ross Miller
   Director

By: _____  Date: 6/17/11
   Transferee/Transferee's Agent
   Duncan Robertson
   Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

Serengeti Opportunities Partners LP
By:   Serengeti Asset Management LP,
      as the Investment Adviser

By: _____
   Transferor/Transferor's Agent

**Marc Baum
Director**

13

661933v.8 2731/00056

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Deutsche Bank AG, London Branch | Serengeti Opportunities Partners LP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, New York 10005
Attn: Rich Vichaidith
Email: richard.vichaidith@db.com

Court Claim # (if known): 66574 (30% of such claim), which amends Claim # 23491

Amount of Claim as Filed: $1,527,932.09

Amount of Claim Transferred: $458,379.63

Date Claim Filed: 4/26/10 and 9/21/09, respectively

Debtor: Lehman Brothers Special Financing Inc.

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

13

668489v.2 2731/00056

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Deutsche Bank AG, London Branch

By: _____ Ross Miller / Director
Transferee/Transferee's Agent

Date: 6/17/11

By: _____ Duncan Robertson / Director
Transferee/Transferee's Agent

Date: 6/17/11

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

Serengeti Opportunities Partners LP
By:   Serengeti Asset Management LP,
      as the Investment Adviser

By: _____
Transferor/Transferor's Agent

**Marc Baum
Director**

14

668489v.2 2731/00056

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re <u>Lehman Brothers Holdings Inc., et al.</u>,<br><br>Debtors. | Case No. <u>08-13555 (JMP)</u><br>(Jointly Administered) |

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Deutsche Bank AG, London Branch</u>             <u>Serengeti Opportunities Partners LP</u>
Name of Transferee                                                         Name of Transferor

Name and Address where notices to transferee should be sent:

c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, New York 10005
Attn: Rich Vichaidith
Email: richard.vichaidith@db.com

Court Claim # (if known): <u>66575 (30% of such claim), which amends Claim #23495</u>

Amount of Claim as Filed: $<u>1,913,270.38</u>

Amount of Claim Transferred: $<u>573,981.11</u>

Date Claim Filed: <u>4/26/10 and 9/21/09, respectively</u>

Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

14

661933v.8 2731/00056

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Deutsche Bank AG, London Branch

By: _____  **Ross Miller / Director**     Date: 6/17/11
Transferee/Transferee's Agent

By: _____  **Duncan Robertson / Director**     Date: 6/17/11
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

Serengeti Opportunities Partners LP
By:    Serengeti Asset Management LP,
       as the Investment Adviser

By: _____
    Transferor/Transferor's Agent

**Marc Baum
Director**

15

661933v.8 2731/00056

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.,</u>

                     Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Deutsche Bank AG, London Branch</u>
Name of Transferee

<u>Serengeti Opportunities Partners LP</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, New York 10005
Attn: Rich Vichaidith
Email: richard.vichaidith@db.com

Court Claim # (if known): <u>66576 (30% of such claim), which amends Claim #s 23492 & 23493</u>

Amount of Claim as Filed: $<u>1,527,932.09</u>

Amount of Claim Transferred: $<u>458,379.63</u>

Date Claim Filed: <u>4/26/10, 9/21/09 and 9/21/09, respectively</u>

Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

11

668489v.2 2731/00056

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Deutsche Bank AG, London Branch

By: _____ [signature] Ross Miller, Director    Date: 6/17/11
Transferee/Transferee's Agent

By: _____ [signature] Duncan Robertson, Director    Date: 6/17/11
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

Serengeti Opportunities Partners LP
By:   Serengeti Asset Management LP,
      as the Investment Adviser

By: _____
Transferor/Transferor's Agent
**Marc Baum**
**Director**

12

668489v.2 2731/00056