

| Wolters Kluwer | CT Corporation | 302 777 0220 tel |
| --- | --- | --- |
| Corporate Legal Services | 1209 Orange Street<br>Wilmington, DE 19801 | 800 677 3394 toll free<br>www.ctcorporation.com |



June 07, 2011

Jacqueline Marcus
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY  10153

Re:  Lehman Brothers Holdings Inc., et al., Debtors // To: TIAA Structured Finance CDO I, LLC

Case No.  08-13555 (JMP)

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for TIAA Structured Finance CDO I, LLC

TIAA Structured Finance CDO I, LLC is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

Chris Moseder
Process Specialist

Log# 518622699

FedEx Tracking# 794837281950

cc:  United States Bankruptcy Court - Southern District
     One Bowling Green,
     New York, NY 10004-1408