WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :    08-13555 (JMP)
                                                :
                        Debtors.                :    (Jointly Administered)
                                                :
-------------------------------------------------------------------x
```

**CERTIFICATION OF PAYMENT IN CONNECTION
WITH SETTLEMENT WITH THE NEW YORK STATE DEPARTMENT
OF TAXATION AND FINANCE AND NOTICE OF DISALLOWANCE OF CLAIMS**

    PLEASE TAKE NOTICE that, pursuant to the *Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Civil Procedure Authorizing Lehman Brothers Holdings Inc. to Settle and Satisfy Corporate Franchise Tax Claims of the New York State Department of Taxation and Finance* [Docket No. 16941] (the "Order"), Lehman Brothers Holdings Inc. ("LBHI") hereby certifies that it made the payment to the New York State Department of Taxation and Finance (the "NYSDTF") required by the Order on June 2, 2011.

    PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, any and all proofs of claim filed by the NYSDTF, including, without limitation, the proofs of claim that have been assigned claim numbers 417, 1237, 4867, 7750, 11037, 65278, 66268, 66553, 66598, 66975,

67112, 67225, and 67313, shall be stricken from the official claims register in LBHI's chapter 11 case and disallowed and expunged in their entirety.

Dated: June 16, 2011
      New York, New York

/s/ Richard P. Krasnow
Richard P. Krasnow
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

cc: Epiq Bankruptcy Solutions, LLC