**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| Lehman Brothers Holdings Inc., <u>et al</u>. | ) Case No. 08-13555 (JMP) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |
| _____ | Proof of Claim No.: **67085** |
|  | Amount of Claim Transferred: **$535,000.00** |

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)

**TO:    TRANSFEROR:    ORE HILL HUB FUND LTD.**
c/o GLG Ore Hill LLC
650 Fifth Ave., 9th Floor
New York, NY 10019
Attention: Rachel Carr-Harris
Telephone:  212-389-2620
Facsimile:   212-389-2332
E-mail:     rcarrharris@orehill.com

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **67085** against Lehman Brothers Holdings Inc. in the amount of **$535,000.00** as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:    WILSHIRE INSTITUTIONAL MASTER FUND II SPC-
WILSHIRE ORE HILL INTERNATIONAL SEGREGATED
PORTFOLIO**
c/o GLG Ore Hill LLC
650 Fifth Ave., 9th Floor
New York, NY 10019
Attention: Rachel Carr-Harris
Telephone:  212-389-2620
Facsimile:   212-389-2332
E-mail:     rcarrharris@orehill.com

No action is required if you do not object to the transfer of the claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

8233875

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **ORE HILL HUB FUND LTD.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **WILSHIRE INSTITUTIONAL MASTER FUND II SPC – WILSHIRE ORE HILL INTERNATIONAL SEGREGATED PORTFOLIO** ("Purchaser") an undivided interest, solely to the extent of $535,000, in all of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), which is jointly administered under Lehman Brothers Holdings Inc. in Case No. 08-13555 (JMP) (the "Proceedings"), and the relevant portion of any and all proofs of claim, in each case as evidenced by Proof of Claim No. 67085 (amending Proof of Claim No. 14370) (the "Claim"), filed with the Bankruptcy Court in respect of the Claim.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law with respect to such transfer. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser:

c/o GLG Ore Hill LLC<br>
650 Fifth Ave, 9th Floor<br>
New York, NY 10019<br>
Attn: Rachel Carr-Harris<br>
T: 212-389-2620<br>
F: 212-389-2332<br>
E: rcarrharris@orehill.com and pmte-fax@orehill.com

13

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 16 day of June, 2011.

**ORE HILL HUB FUND LTD.**

By: GLG Ore Hill LLC
Its Investment Advisor

By: _____
Name: Claude A. Baum
Title: Vice-President


**WILSHIRE INSTITUTIONAL MASTER FUND II
SPC – WILSHIRE ORE HILL INTERNATIONAL
SEGREGATED PORTFOLIO**

By: GLG Ore Hill LLC
Its Investment Advisor

By: _____
Name: Claude A. Baum
Title: Vice-President

14