**BROWN RUDNICK LLP**
STEVEN L. LEVINE
PETER J.M. DECLERCQ
ONE FINANCIAL CENTER
BOSTON, MA 02111
TELEPHONE: (617) 856-8200
FAX: (617) 856-8201

-and-

**DEWEY & LEBOEUF LLP**
BRUCE BENNETT
MONIKA S. WIENER
333 SOUTH GRAND AVENUE, SUITE 2600
LOS ANGELES, CA 90071
TELEPHONE: (213) 621-6000
FAX: (213) 621-6100

*Counsel to the Lehman Brothers
Treasury B.V. Noteholders Identified Herein*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **Lehman Brothers Holdings, Inc.,** *et al.*, | Case No. 08-13555 (JMP) |
| **Debtors** | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF MASSACHUSETTS    )
                                                    ) ss.:
COUNTY OF SUFFOLK          )

Allison M. Savage being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Boston, Massachusetts.

On June 8, 2011, I caused to be served a true copy of the *Objection of Certain Holders of Notes Issued by Lehman Brothers Treasury Company B.V. and Guaranteed by Lehman Brothers Holdings, Inc. to the Motion of the Ad Hoc Group of Lehman Brothers Creditors pursuant to Sections 105(A) and 1109(B) of the Bankruptcy Code and Bankruptcy Rules 2019 and 7026 to Establish Disclosure Procedures [Docket No. 17499]* upon the parties set forth below and in the manner specified:

**Hand Delivery on June 8, 2011:**
The Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
Alexander Hamilton Customs House
One Bowling Green
New York, New York 10004

**Facsimile on June 8, 2011:**
Office of the United States Trustee
 for Region 2
33 Whitehall Street
21st Floor
New York, NY 10004
Attention:    Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq.
        and Andrea B. Schwartz, Esq.
Fax: (212) 668-2255

Internal Revenue Service
Special Procedures Branch
Attn: District Director
290 Broadway
New York, NY 10007
Fax: (212) 436-1931

**Electronic Mail on June 8, 2011:**
Parties listed on Exhibit A attached

in this proceeding, upon the parties listed on the attached service lists, in the manner as indicated thereon.

_____
Allison M. Savage

Sworn to before me this
17th day of June, 2011

_____
Notary Public

JANET S. WAMSLEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 7, 2012

2