**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
In re                                    :   Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (JMP)
                                         :
                     Debtors.            :   (Jointly Administered)
                                         :
                                         :   Ref. Docket No. 17671
------------------------------------------------------------ x
In re                                    :   Case No.
                                         :
LEHMAN BROTHERS INC.,                    :   08-01420 (JMP) SIPA
                                         :
                     Debtor.             :   Ref. Docket No. 4330
------------------------------------------------------------ x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator, by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 14, 2011, I caused to be served the "Notice of Agenda of Matters Scheduled for the Thirty-Ninth Omnibus Hearing on June 15, 2011 at 10:00 A.M.," dated June 14, 2011 [Docket No. 17671 in Case No. 08-13555, Docket No. 4330 in Case No. 08-01420;], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. delivered via facsimile to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
15th day of June, 2011
/s/ *Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

*LBH Email Service List*

| | |
|---|---|
| aaaronson@dilworthlaw.com | anthony_boccanfuso@aporter.com |
| aalfonso@willkie.com | aoberry@bermanesq.com |
| abraunstein@riemerlaw.com | aostrow@beckerglynn.com |
| acaton@kramerlevin.com | apo@stevenslee.com |
| acker@chapman.com | aquale@sidley.com |
| adam.brezine@hro.com | araboy@cov.com |
| adarwin@nixonpeabody.com | arahl@reedsmith.com |
| adiamond@diamondmccarthy.com | arheaume@riemerlaw.com |
| aeckstein@blankrome.com | arlbank@pbfcm.com |
| aentwistle@entwistle-law.com | arosenblatt@chadbourne.com |
| afriedman@irell.com | arthur.rosenberg@hklaw.com |
| agbanknewyork@ag.tn.gov | arwolf@wlrk.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashaffer@mayerbrown.com |
| ahammer@freebornpeters.com | ashmead@sewkis.com |
| aisenberg@saul.com | asnow@ssbb.com |
| akantesaria@oppenheimerfunds.com | atrehan@mayerbrown.com |
| alesia.pinney@infospace.com | aunger@sidley.com |
| alum@ftportfolios.com | austin.bankruptcy@publicans.com |
| amarder@msek.com | avenes@whitecase.com |
| amcmullen@boultcummings.com | azylberberg@whitecase.com |
| amenard@tishmanspeyer.com | bankr@zuckerman.com |
| andrew.brozman@cliffordchance.com | bankruptcy@goodwin.com |
| andrew.lourie@kobrekim.com | bankruptcy@morrisoncohen.com |
| angelich.george@arentfox.com | bankruptcy@ntexas-attorneys.com |
| ann.reynaud@shell.com | bankruptcymatters@us.nomura.com |

*LBH Email Service List*

| | |
|---|---|
| barbra.parlin@hklaw.com | cgoldstein@stcwlaw.com |
| bbisignani@postschell.com | chammerman@paulweiss.com |
| bcarlson@co.sanmateo.ca.us | chardman@klestadt.com |
| bdk@schlamstone.com | charles@filardi-law.com |
| bgraifman@gkblaw.com | charles_malloy@aporter.com |
| bguiney@pbwt.com | charu.chandrasekhar@wilmerhale.com |
| bill.freeman@pillsburylaw.com | chipford@parkerpoe.com |
| bkmail@prommis.com | chris.donoho@lovells.com |
| bmanne@tuckerlaw.com | christopher.schueller@bipc.com |
| bmiller@mofo.com | clarkb@sullcrom.com |
| boneill@kramerlevin.com | clynch@reedsmith.com |
| brian.corey@greentreecreditsolutions.com | cmontgomery@salans.com |
| bromano@willkie.com | cohenr@sewkis.com |
| brosenblum@jonesday.com | cp@stevenslee.com |
| broy@rltlawfirm.com | cpappas@dilworthlaw.com |
| btrust@mayerbrown.com | craig.goldblatt@wilmerhale.com |
| bturk@tishmanspeyer.com | crmomjian@attorneygeneral.gov |
| bwolfe@sheppardmullin.com | cs@stevenslee.com |
| bzabarauskas@crowell.com | csalomon@beckerglynn.com |
| cahn@clm.com | cschreiber@winston.com |
| calbert@reitlerlaw.com | cshore@whitecase.com |
| canelas@pursuitpartners.com | cshulman@sheppardmullin.com |
| carol.weinerlevy@bingham.com | ctatelbaum@adorno.com |
| cbelisle@wfw.com | cwalsh@mayerbrown.com |
| cbelmonte@ssbb.com | cward@polsinelli.com |
| cbrotstein@bm.net | cweber@ebg-law.com |

*LBH Email Service List*

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

daniel.guyder@allenovery.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.crichlow@pillsburylaw.com

david.heller@lw.com

david.seligman@kirkland.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbalog@intersil.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dckaufman@hhlaw.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

deryck.palmer@cwt.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

diconzam@gtlaw.com

dirk.roberts@ots.treas.gov

djoseph@stradley.com

dkleiner@velaw.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dowd.mary@arentfox.com

draelson@fisherbrothers.com

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshemano@pwkllp.com

dspelfogel@foley.com

*LBH Email Service List*
---

dtatge@ebglaw.com

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

echang@steinlubin.com

ecohen@russell.com

efleck@milbank.com

efriedman@friedumspring.com

egeekie@schiffhardin.com

eglas@mccarter.com

ehollander@whitecase.com

ekbergc@lanepowell.com

elevin@lowenstein.com

eli.mattioli@klgates.com

ellen.halstead@cwt.com

emerberg@mayerbrown.com

eobrien@sbchlaw.com

eschaffer@reedsmith.com

eschwartz@contrariancapital.com

esmith@dl.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

feldsteinh@sullcrom.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

fishere@butzel.com

francois.janson@hklaw.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

george.davis@cwt.com

geraci@thalergertler.com

ggitomer@mkbattorneys.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

gravert@mwe.com

gspilsbury@jsslaw.com

guzzi@whitecase.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heidi@crumbielaw.com

heim.steve@dorsey.com

heiser@chapman.com

hirsch.robert@arentfox.com

hollace.cohen@troutmansanders.com

*LBH Email Service List*

| | |
|---|---|
| holsen@stroock.com | jbromley@cgsh.com |
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | jdrucker@coleschotz.com |
| icatto@kirkland.com | jdyas@halperinlaw.net |
| igoldstein@dl.com | jean-david.barnea@usdoj.gov |
| ilevee@lowenstein.com | jeannette.boot@wilmerhale.com |
| info2@normandyhill.com | jeff.wittig@coair.com |
| ira.herman@tklaw.com | jeffrey.sabin@bingham.com |
| isgreene@hhlaw.com | jeldredge@velaw.com |
| israel.dahan@cwt.com | jen.premisler@cliffordchance.com |
| iva.uroic@dechert.com | jennifer.demarco@cliffordchance.com |
| jaclyn.genchi@kayescholer.com | jennifer.gore@shell.com |
| jacobsonn@sec.gov | jeremy.eiden@state.mn.us |
| james.mcclammy@dpw.com | jessica.fink@cwt.com |
| james.sprayregen@kirkland.com | jfalgowski@reedsmith.com |
| jamestecce@quinnemanuel.com | jflaxer@golenbock.com |
| jamie.nelson@dubaiic.com | jfox@joefoxlaw.com |
| jar@outtengolden.com | jfreeberg@wfw.com |
| jason.jurgens@cwt.com | jg5786@att.com |
| jay.hurst@oag.state.tx.us | jgarrity@shearman.com |
| jay@kleinsolomon.com | jgenovese@gjb-law.com |
| jbecker@wilmingtontrust.com | jguy@orrick.com |
| jbeemer@entwistle-law.com | jherzog@gklaw.com |
| jbeiers@co.sanmateo.ca.us | jhiggins@fdlaw.com |
| jbird@polsinelli.com | jhorgan@phxa.com |

*LBH Email Service List*

| | |
|---|---|
| jhuggett@margolisedelstein.com | jorbach@hahnhessen.com |
| jhuh@ffwplaw.com | joseph.cordaro@usdoj.gov |
| jim@atkinslawfirm.com | joshua.dorchak@bingham.com |
| jjoyce@dresslerpeters.com | jowen769@yahoo.com |
| jjtancredi@daypitney.com | jowolf@law.nyc.gov |
| jjureller@klestadt.com | joy.mathias@dubaiic.com |
| jkehoe@btkmc.com | jpintarelli@mofo.com |
| jlamar@maynardcooper.com | jpintarelli@mofo.com |
| jlawlor@wmd-law.com | jporter@entwistle-law.com |
| jlee@foley.com | jprol@lowenstein.com |
| jlevitin@cahill.com | jrabinowitz@rltlawfirm.com |
| jlipson@crockerkuno.com | jrsmith@hunton.com |
| jliu@dl.com | jschwartz@hahnhessen.com |
| jlovi@steptoe.com | jsheerin@mcguirewoods.com |
| jlscott@reedsmith.com | jshickich@riddellwilliams.com |
| jmaddock@mcguirewoods.com | jsmairo@pbnlaw.com |
| jmazermarino@msek.com | jstoll@mayerbrown.com |
| jmcginley@wilmingtontrust.com | jtimko@shutts.com |
| jmelko@gardere.com | jtougas@mayerbrown.com |
| jmerva@fult.com | judy.morse@crowedunlevy.com |
| jmmurphy@stradley.com | jwallack@goulstonstorrs.com |
| jmr@msf-law.com | jwang@sipc.org |
| john.monaghan@hklaw.com | jwcohen@daypitney.com |
| john.rapisardi@cwt.com | jweiss@gibsondunn.com |
| john@crumbielaw.com | jwest@velaw.com |
| joli@crlpc.com | jwh@njlawfirm.com |

*LBH Email Service List*

| | |
|---|---|
| k4.nomura@aozorabank.co.jp | lawallf@pepperlaw.com |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| kdwbankruptcydepartment@kelleydrye.com | lee.stremba@troutmansanders.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| ken.coleman@allenovery.com | linda.boyle@twtelecom.com |
| ken.higman@hp.com | lisa.ewart@wilmerhale.com |
| kerry.moynihan@hro.com | lisa.kraidin@allenovery.com |
| kgwynne@reedsmith.com | ljkotler@duanemorris.com |
| kiplok@hugheshubbard.com | lmarinuzzi@mofo.com |
| kkelly@ebglaw.com | lmay@coleschotz.com |
| klyman@irell.com | lmcgowen@orrick.com |
| kmayer@mccarter.com | lml@ppgms.com |
| kobak@hugheshubbard.com | lnashelsky@mofo.com |
| korr@orrick.com | loizides@loizides.com |
| kostad@mofo.com | lromansic@steptoe.com |
| kovskyd@pepperlaw.com | lscarcella@farrellfritz.com |
| kpiper@steptoe.com | lschweitzer@cgsh.com |
| kressk@pepperlaw.com | lthompson@whitecase.com |
| kreynolds@mklawnyc.com | lubell@hugheshubbard.com |
| krosen@lowenstein.com | lwhidden@salans.com |
| kuehn@bragarwexler.com | mabrams@willkie.com |
| kurt.mayr@bgllp.com | maofiling@cgsh.com |
| lacyr@sullcrom.com | marc.chait@sc.com |
| landon@streusandlandon.com | margolin@hugheshubbard.com |
| lathompson@co.sanmateo.ca.us | mark.deveno@bingham.com |

*LBH Email Service List*

| | |
|---|---|
| mark.ellenberg@cwt.com | millee12@nationwide.com |
| mark.houle@pillsburylaw.com | miller@taftlaw.com |
| mark.sherrill@sutherland.com | mimi.m.wong@irscounsel.treas.gov |
| martin.davis@ots.treas.gov | mitchell.ayer@tklaw.com |
| marvin.clements@ag.tn.gov | mjacobs@pryorcashman.com |
| matt@willaw.com | mjedelman@vedderprice.com |
| matthew.klepper@dlapiper.com | mjr1@westchestergov.com |
| maustin@orrick.com | mkjaer@winston.com |
| mbenner@tishmanspeyer.com | mlahaie@akingump.com |
| mberman@nixonpeabody.com | mlandman@lcbf.com |
| mbienenstock@dl.com | mlynch2@travelers.com |
| mbossi@thompsoncoburn.com | mmendez@hunton.com |
| mcademartori@sheppardmullin.com | mmooney@deilylawfirm.com |
| mcordone@stradley.com | mmorreale@us.mufg.jp |
| mcto@debevoise.com | mneier@ibolaw.com |
| mdorval@stradley.com | monica.lawless@brookfieldproperties.com |
| meltzere@pepperlaw.com | mpage@kelleydrye.com |
| metkin@lowenstein.com | mprimoff@kayescholer.com |
| mfeldman@willkie.com | mpucillo@bermanesq.com |
| mgordon@briggs.com | mrosenthal@gibsondunn.com |
| mgreger@allenmatkins.com | mruetzel@whitecase.com |
| mh1@mccallaraymer.com | mschimel@sju.edu |
| mhanchet@mayerbrown.com | mshiner@tuckerlaw.com |
| mhopkins@cov.com | msiegel@brownrudnick.com |
| michael.frege@cms-hs.com | mspeiser@stroock.com |
| michael.kim@kobrekim.com | mstamer@akingump.com |

*LBH Email Service List*

| | |
|---|---|
| mvenditto@reedsmith.com | pmaxcy@sonnenschein.com |
| mwarren@mtb.com | ppascuzzi@ffwplaw.com |
| ncoco@mwe.com | ppatterson@stradley.com |
| neal.mann@oag.state.ny.us | psp@njlawfirm.com |
| ned.schodek@shearman.com | ptrostle@jenner.com |
| newyork@sec.gov | pwright@dl.com |
| nfurman@scottwoodcapital.com | r.stahl@stahlzelloe.com |
| nherman@morganlewis.com | raj.madan@bingham.com |
| nissay_10259-0154@mhmjapan.com | rajohnson@akingump.com |
| nlepore@schnader.com | ramona.neal@hp.com |
| notice@bkcylaw.com | ranjit.mather@bnymellon.com |
| oipress@travelers.com | rbeacher@pryorcashman.com |
| omeca.nedd@lovells.com | rbyman@jenner.com |
| paronzon@milbank.com | rdaversa@orrick.com |
| patrick.oh@freshfields.com | relgidely@gjb-law.com |
| paul.turner@sutherland.com | rfleischer@pryorcashman.com |
| pbattista@gjb-law.com | rfrankel@orrick.com |
| pbosswick@ssbb.com | rfriedman@silvermanacampora.com |
| pdublin@akingump.com | rgmason@wlrk.com |
| peisenberg@lockelord.com | rgraham@whitecase.com |
| peter.gilhuly@lw.com | rgraham@whitecase.com |
| peter.macdonald@wilmerhale.com | rhett.campbell@tklaw.com |
| peter.simmons@friedfrank.com | richard.lear@hklaw.com |
| peter@bankrupt.com | richard.levy@lw.com |
| pfeldman@oshr.com | richard.tisdale@friedfrank.com |
| phayden@mcguirewoods.com | ritkin@steptoe.com |

*LBH Email Service List*

| | |
|---|---|
| rjones@boultcummings.com | sabramowitz@velaw.com |
| rleek@hodgsonruss.com | sagolden@hhlaw.com |
| rlevin@cravath.com | sally.henry@skadden.com |
| rmatzat@hahnhessen.com | sandyscafaria@eaton.com |
| rnetzer@willkie.com | sara.tapinekis@cliffordchance.com |
| rnorton@hunton.com | scargill@lowenstein.com |
| robert.bailey@bnymellon.com | schannej@pepperlaw.com |
| robert.dombroff@bingham.com | schepis@pursuitpartners.com |
| robert.henoch@kobrekim.com | schnabel.eric@dorsey.com |
| robert.malone@dbr.com | schristianson@buchalter.com |
| robert.yalen@usdoj.gov | schwartzmatthew@sullcrom.com |
| robertdakis@quinnemanuel.com | scottshelley@quinnemanuel.com |
| robin.keller@lovells.com | scousins@armstrongteasdale.com |
| roger@rnagioff.com | sdnyecf@dor.mo.gov |
| ronald.silverman@bingham.com | sehlers@armstrongteasdale.com |
| rqureshi@reedsmith.com | sfelderstein@ffwplaw.com |
| rreid@sheppardmullin.com | sfineman@lchb.com |
| rroupinian@outtengolden.com | sfox@mcguirewoods.com |
| rrussell@andrewskurth.com | sgordon@cahill.com |
| rterenzi@stcwlaw.com | sgubner@ebg-law.com |
| rtrust@cravath.com | shannon.nagle@friedfrank.com |
| russj4478@aol.com | sharbeck@sipc.org |
| rwasserman@cftc.gov | shari.leventhal@ny.frb.org |
| rwyron@orrick.com | shgross5@yahoo.com |
| s.minehan@aozorabank.co.jp | sidorsky@butzel.com |
| sabin.willett@bingham.com | slerner@ssd.com |

*LBH Email Service List*

| | |
|---|---|
| slevine@brownrudnick.com | tduffy@andersonkill.com |
| sloden@diamondmccarthy.com | teresa.oxford@invescoaim.com |
| smayerson@ssd.com | tgoren@mofo.com |
| smillman@stroock.com | thaler@thalergertler.com |
| smulligan@bsblawyers.com | thomas.califano@dlapiper.com |
| snewman@katskykorins.com | thomas.ogden@dpw.com |
| sory@fdlaw.com | thomas_noguerola@calpers.ca.gov |
| spiotto@chapman.com | timothy.brink@dlapiper.com |
| splatzer@platzerlaw.com | timothy.palmer@bipc.com |
| squigley@lowenstein.com | tjfreedman@pbnlaw.com |
| sree@lcbf.com | tkarcher@dl.com |
| sselbst@herrick.com | tkiriakos@mayerbrown.com |
| sshimshak@paulweiss.com | tlauria@whitecase.com |
| steele@lowenstein.com | tmacwright@whitecase.com |
| stephen.cowan@dlapiper.com | tmayer@kramerlevin.com |
| steve.ginther@dor.mo.gov | tnixon@gklaw.com |
| steven.troyer@commerzbank.com | toby.r.rosenberg@irscounsel.treas.gov |
| steven.wilamowsky@bingham.com | tony.davis@bakerbotts.com |
| streusand@streusandlandon.com | tslome@msek.com |
| susan.schultz@newedgegroup.com | ttracy@crockerkuno.com |
| susheelkirpalani@quinnemanuel.com | twheeler@lowenstein.com |
| swolowitz@mayerbrown.com | ukreppel@whitecase.com |
| szuch@wiggin.com | vdagostino@lowenstein.com |
| tannweiler@greerherz.com | villa@streusandlandon.com |
| tarbit@cftc.gov | vmilione@nixonpeabody.com |
| tbrock@ssbb.com | vrubinstein@loeb.com |

*LBH Email Service List*

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmckenna@foley.com

woconnor@crowell.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

yuwatoko@mofo.com

**EXHIBIT B**

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

| NAME | FAX |
|---|---|
| KATTEN MUCHIN ATTN:  J. FRIEDMAN, M. PARDINI | 212-940-8776 |
| PAUL, WEISS ATTN: A.W. KORNBERG; J.D. SAFERSTEIN | 212-757-3990 |
| WINTHROP COUCHOT ATTN: S. A. O'KEEFE; P. J. COUCHOT | 949-720-4111 |
| WEIL  ATTN:  JACQUELINE MARCUS | 212-310-8007 |
| CLEARY GOTTLIEB ATTN:  CARMINE D. BOCCUZZI JR. | 212-225-3999 |
| WEIL ATTN: L. R. FIFE, R.W. SLACK, R. J. LEMONS | 212-310-8007 |
| MCCARTER & ENGLISH; ATTN: E.J. GLAS, W.M. MORAN | 212-609-6921 |
| WEIL ATTN:  HARVEY MILLER | 212-310-8007 |
| CLEARY GOTTLIEB  ATTN: L. P. GRANFIELD, L. M. SCHWEITZER | 212-225-3999 |
| FRESHFIELDS BRUCHHAUS ATTN: W. B. STUART, P.D. OH | 212-277-4001 |
| KLEINBERG, KAPLAN ATTN: MATTHEW J. GOLD | 212-986-8866 |
| SCHULTE ROTHE ATTN: L.V. GELBER, A.L. HIRSCH | 212-593-5955 |
| STUTMAN, TREISTER & GLATT | 310-251-5288 |
| STROOCK & STROOCK ATTN: CLAUDE SZYFER | 212-806-6006 |
| SCHULTE ROTHE  ATTN: ADAM C. HARRIS | 212-593-5955 |
| SHEARMAN & STERLING D. P. BARNTER, B.H. POLOVOY | 212-848-7179 |
| WILMER CUTLER ATTN: PHILIP D. ANKER | 212-230-8888 |
| LOWENSTEIN SANDLER ATTN: M. S. ETKIN, ESQ., P. KIZEL, ESQ. | 973-597-2478 |
| SKADDEN ARPS ATTN: KENNETH S. ZIMAN | 212-735-2000 |
| DEWEY LEBOEUF ATTN: B. BENNETT; M.S. WIENER | 213-621-6100 |
| KASOWITZ BENSON ATTN: D. ZINMAN, H. G. LEVISON | 212-506-1800 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

OTTERBOURG STEINDLER, HOUSTON & ROSEN P.C.
ATTN: PETER FELDMAN, JOHN BOUGIAMAS
230 ROSEN PARK AVNEUE
NEW YORK NY 1169

CHAPMAN AND CUTLER LLP
ATTN: CRAIG M. PRICE
COUNSEL TO:  U.S. Bank National Association, as Trustee
330 MADISON AVENUE
34TH FLOOR
NEW YORK, NY  10017-5010

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN, ESQ., PAUL KIZEL, ESQ.
COUNSEL TO: LEHMAN BROTHERS MORTGAGE BACKED SECURITIES LITIGATION LEAD PLAINTIFF
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
ATTN: ISAAC M. PACHULSKI, JEFFREY H. DAVIDSON
COUNSEL TO: THE BAUPOST GROUP, LLC
1901 AVENUE OF THE STARS, 12TH FLOOR
LOS ANGELES, CA 90067

WEIL GOTSHAL & MANGES LLP
ATTN: JACQUELINE MARCUS
767 FIFTH AVENUE
NEW YORK, NY 10153

WEIL GOTSHAL & MANGES LLP
ATTN:  HARVEY MILLER
767 FIFTH AVENUE
NEW YORK, NY 10153