UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
:
In re                                                                              :  Chapter 11 Case No.
                                                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :  08-13555 (JMP)
                                                                                       :  (Jointly Administered)
           Debtors.                                                           :
                                                                                       :
-------------------------------------------------------------------x  Ref. Docket No. 17689

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                                   ) ss.:
COUNTY OF NEW YORK    )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 14, 2011, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Debtors' Motions Scheduled for Hearing on June 15, 2011," dated June 14, 2011 [Docket No. 17689], by causing true and correct copies to be delivered via facsimile to those parties listed on the annexed Exhibit A.

/s/ *Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
15th day of June, 2011
/s/ *Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

**EXHIBIT A**

08-13555-mg    Doc 17835    Filed 06/17/11    Entered 06/17/11 15:54:44    Main Document
Pg 2 of 3

| Name | Fax |
| --- | --- |
| OFFICE OF US TTEE TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |
| MILBANK: DENNIS DUNNE, EVAN FLECK, DENNIS ODONNELL | (212) 530-5219 |