**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
---------------------------------------------------------------------------x    **Ref. Docket No. 17599**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

ELENI KOSSIVAS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 13, 2011, I caused to be served the "Reply to SunCal Parties' Opposition Motion of the Debtors Pursuant to Section 362(a) of the Bankruptcy Code for Enforcement of the Automatic Stay," dated June 13, 2011 [Docket No. 17599], by causing true and correct copies to be:

   i.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

   ii.  delivered via facsimile to those parties listed on the annexed <u>Exhibit B</u>, and

   iii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                         */s/ Eleni Kossivas*
Sworn to before me this                     Eleni Kossivas
14th day of June, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

***Email Addresses***
eglas@mccarter.com
jmiliband@rusmiliband.com
pcouchot@winthropcouchot.com
rrus@rusmiliband.com
wmoran@mccarter.com

**EXHIBIT B**

| Name | Fax |
| --- | --- |
| MCCARTER ENGLISH Eduardo J Glas William M Moran | (212) 609-6921 |
| WINTHROP COUCHOT Sean A OKeefe Paul J Couchot | (949) 720-4111 |
| RUS MILIBAND Ronald Rus Joel S. Miliband | (949) 252-1514 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

MCCARTER & ENGLISH LLP
245 PARK AVENUE
NEW YORK, NY 10167
EDUARDO J. GLAS
WILLIAM M. MORAN

WINTHROP COUCHOT, P.C.
660 NEWPORT CENTER DRIVE, FOURTH FLOOR
NEWPORT BEACH, CA 92660
SEAN A. O'KEEFE
PAUL J. COUCHOT

RUS MILIBAND & SMITH, APC
2211 MICHELSON DRIVE, SEVENTH FLOOR
IRVINE, CALIFORNIA 92612
RONALD RUS
JOEL S. MILIBAND