UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :     Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :     08-13555 (JMP)
                                                                   :     (Jointly Administered)
            Debtors.                                               :
                                                                   :
-------------------------------------------------------------------x     Ref. Docket Nos. 16417, 17217,
                                                                         17595, 17598, 17601, 17603-17606,
                                                                         17608, 17610, 17612-17614, 17616,
                                                                         17619, 17621, 17625, 17628, 17674

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 15, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                         /s/ Lauren Rodriguez
                                                         Lauren Rodriguez

Sworn to before me this
17th day of June, 2011

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   CCP CREDIT ACQUISITION HOLDINGS, LLC              CCP CREDIT ACQUISITION HOLDINGS, LLC
      TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC       ANDREWS KURTH LLP
      ATTN: LISA MURRAY & MARISOL CHAPPELL              ATTN: DAVID HOYT
      375 PARK AVENUE, 13TH FLOOR                       450 LEXINGTON AVENUE
      NEW YORK NY 10152                                 NEW YORK NY 10017
```

Please note that your claim # 66014 in the above referenced case and in the amount of
$113,239.77          has been transferred **(unless previously expunged by court order)**

```
      MORGAN STANLEY SENIOR FUNDING, INC.               MORGAN STANLEY SENIOR FUNDING, INC.
      TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC  ATTN: MANAGING CLERK
      1585 BROADWAY - 2ND FLOOR                         RICHARDS KIBBE & ORBE LLP
      NEW YORK NY 10036                                 ONE WORLD FINANCIAL CENTER
                                                        NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                       UNITED STATES BANKRUPTCY COURT
                       Southern District of New York
                       One Bowling Green
                       New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 16417       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/15/2011                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 15, 2011.

**EXHIBIT B**

TIME: 13:32:28
DATE: 06/15/11
PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| BCT BANK INTERNATIONAL | ARIEL VISHNIA EDIFICIO BCT, CALLE 0 ENTRE AVENIDAS O Y 1 SAN JOSE COSTA RICA |
| BENETTON GROUP S.P.A. | TRANSFEROR: BENETTON INTERNATIONAL SA ATTN: MORANO PASIN VIA VILLA MINELLE 1 3 050 PONZANO VENETO TREVISO ITALY |
| CAPITAL SERVICES HOLDING CORP | C/O K&L GATES LLP ATTN: JEFFREY N. RICH, ESQ 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MIKE EPSTEIN/DAN BORIS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC ATTN: LISA MURRAY & MARISOL CHAPPELL 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MIKE EPSTEIN/DAN BORIS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CHAN YIN CHING | NO.28A 2ND STREET SECTION M FAIRVIEW PARK YUEN LONG, NT HONG KONG |
| CHAN YUE, CHUN | FLT H 4/F, YUN FAT BLDG 231-247 UN CHAU ST. KOWLOON HONG KONG |
| CHANG KUAN WEE | #60-00 2 BUKIT MERAH CENTRAL 159835 SINGAPORE |
| CHANG YU-LIAN | 2F NO. 152 SIOUFONG ROAD SIJHIH CITY TAIPEI TAIWAN, PROVINCE OF CHINA |
| CHANG YUAN KUEI | 11F 68 MU SHIN RD 2 SEC TAIPEI TAIWAN, PROVINCE OF CHINA |
| CHEN DAOGUANG | FLT D 32/F WAI TAK COURT 18 WAN ON ROAD NORTH POINT HONG KONG, HK HONG KONG |
| CHENG CHAU, WA | FLAT A 37/F BAYSHORE APARTMENTS 244 ABERDEEN MAIN ROAD ABERDEEN HONG KONG |
| CHEUNG KWOK MING | FLT E 11/F EMPIRE COURT 2-4 HYSAN AVENUE CAUSEWAY BAY HK HONG KONG |
| CHEUNG KWOK YIN | FLAT A2 13/F BLOCK A FAIRWAY GARDEN 7 LIBERTY AVENUE HOMANTIN KOWLOON HONG KONG |
| CHEUNG LAM | FLAT A 15/F BLK 1 KWAI CHUNG PLAZA KWAI CHUNG, NT HONG KONG |
| CHEUNG MING HONG | FLAT 2D 2/F BLOCK E HKU JUNIOR STAFF QUARTERS 13 POKFIELD ROAD POKFULAM, HK HONG KONG |
| CHEUNG PO TIM | FLAT L 10/F BLOCK 1 THE APEX 33 WO YI HOP ROAD KWAI CHUNG NT HONG KONG |
| CHEUNG SAU YING | FLAT G 27/F BLOCK 16 LAGUNA VERDE PHASE 4 HUNG HOM, KLN HONG KONG |
| CHEUNG SIU YING | ROOM 3 33/F KWONG NING HOUSE KWONG MING COURT TSEUNG KWAN O NT HONG KONG |
| CHEUNG TSANG LING | FLAT B 4/F LINCOLN HEIGHT BELAIR GARDENS SHATIN, NT HONG KONG |
| CHEUNG YIU CHUEN | FLAT J 33/F BLOCK 2 BROADVIEW COURT NO. 11 SHUM WAN ROAD ABERDEEN HK HONG KONG |
| CHEUNG YUEN TAK | SECTION F 23 MARINA COVE SAI KUNG, NT HONG KONG |
| CHI TAO, HSING | FLAT H 25/F BLK 3 SUN YUEN LONG CENTRE YUEN LONG, NT HONG KONG |
| CHING CHI LAI | FLAT G 8/F 165 BELCHER STREET KENNEDY TOWN HK HONG KONG |
| CHING WING TAI | HOUSE 142 HONG LOK ROAD WEST HONG LOK YUEN TAI PO, NT HONG KONG |
| CHO DAI SANG | FLAT K 14/F BLOCK 7 BAUHINIA GARDEN TSEUNG KWAN O NT HONG KONG |
| CHOI KEW NGAO / KWOK HANG KIT | FLAT C 2/F CONWAY MANSION 29 CONDUIT ROAD MID-LEVELS HK HONG KONG |
| CHONG CHI, MENG | FLAT B 11/F LEAPONT INDUSTRIAL BUILDING 18-28 WO LIU HANG ROAD SHATIN HONG KONG |
| CHONG YUK CHOI PHILIP | FLAT D 25/F KWUN TIEN MANSION TAIKOO SHING QUARRY BAY, HK HONG KONG |
| CHOW SHUK WAI | HOUSE 98 CASA MARINA 2 1 LO PING ROAD TAIPO, NT HONG KONG |
| CHOW WAI LAN | FLAT A 9/F BLOCK 6 GREENFIELD GARDEN 1 FUNG SHUE WO ROAD TSING YI, NT HONG KONG |
| CHOY PO CHU | FLAT H 24/F TOWER 1 CENTRAL PARK TOWERS TIN SHUI WAI, NT HONG KONG |
| CHU, KWOK MING CASPAR | FLAT C 62/F BLOCK 6 ALBANY COVE CARIBBEAN COAST NO. 1 KIN TUNG ROAD LANTAU ISLAND, NT HONG KONG |
| CHUI LAI KONG | FLAT G 25/F BLOVK 1 TSEUNG KWAN O PLAZA 1 TONG TAK STREET TSEUNG KWAN O, NT HONG KONG |
| CHUNG HAU YAM | NO 18 2ND STREET SECTION L FAIRVIEW PARK YUEN LONG, NT HONG KONG |
| CHUNG MARIA SHUK, CHING | FLAT G 10/F BLK 1 BAYVIEW GARDEN 2 WING TING ROAD NGAN CHI WAN, KLN HONG KONG |
| CHUNG SIU LING / CHUNG SHIU FONG | FLAT A4 2/F 12-14 FA PO STREET YAU YAT CHUEN KLN HONG KONG |
| CHUNG SIU LUNG | PO BOX 96149 TSIM SHA TSUI POST OFFICE TSIM SHA TSUI HONG KONG, KLN HONG KONG |
| CHUNG SIU YUNG | RM 1201 12/F TUNG YUEN HOUSE CHUK YUEN NORTH ESTATE WONG TAI SIN KLN HONG KONG |
| DOH CHO NIM, THOMAS | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| FAN HOI YAN TAMMY | ROOM 2301 23/F 113 ARGYLE STREET MONG KOK KLN HONG KONG |
| FAN, KAU CHEUNG JOHN | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| FARALLON CAPITAL (AM) INVESTORS, LP. | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. ATTN: ANATOLY BUSHLER, KRISTIN BINIEK |
| | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: RICH VICHAIDITH 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111 |
| | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: ANATOLY BUSHLER & KRISTIN BINIEK ONE MARITIME PLAZA, STE 2100 SAN FRANCISCO CA 94111 |
| FONG YUNG MUI | ROOM 11 31/F HANG CHUN HOUSE CHEUNG HANG ESTATE TSING YI NT HONG KONG |
| FUNG KIN FUN | FLT F 15/F BLK 4 EIGHTLAND GARDEN TAI PO NT HK HONG KONG |
| FUNG KING CHEUNG, VENCY | FLAT E 9/F BLOCK 2 8 WATERLOO ROAD YAUMATEI, KLN HONG KONG |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 13:32:28                              LEHMAN BROTHERS HOLDING INC.                                                PAGE:  2
DATE: 06/15/11                                  CREDITOR LISTING

Name                                            Address
FUNG YUK FUN HELEN                              10 PINERY ROAD SOUTH FAIRVIEW PARK YUEN LONG, NT    HONG KONG
GENTRIFICATION VENTURES, LLC                    MANDEL KATZ & BROSNAN LLP ATTN: KARA SCHEINMANN KATZ THE LAW BUILDING 210 ROUTE 303 VALLEY COTTAGE NY 10989
GENTRIFICATION VENTURES, LLC                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC PO BOX 7235 NEW YORK NY 10150
GOLDMAN SACHS LENDING PARTNERS, LLC             TRANSFEROR: INTESA SANPAOLO SPA ATTN: DENNIS M. LAFFERTY 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS, LLC             TRANSFEROR: INTESA SANPAOLO SPA ATTN:DENNIS M. LAFFERTY 200 WEST STREET NEW YORK NY 10282
HAU WAI KUM PAULINA / LI SHIU ON WILLIAM        FLAT B 1/F BLOCK 12 YAR CHEE VILLAS 1A CHI FU ROAD POK FU LAM  HK HONG KONG
HO BING SIM                                     RM 1307 13/F BLK 28 HENG FA CHUEN CHAI WAN HK    HONG KONG
HO HIU MING                                     FLAT 1201 12/F BLOCK D HEALTHY GARDEN 560 KING'S ROAD NORTH POINT HK HONG KONG
HO KIN WAH PETER / SIU CHOR KWAN CARMEN         FLAT E 32/F BLOCK 5 JUBILEE GARDEN 2-18 LOK KING STREET SHATIN, NT    HONG KONG
HO KWAN, WING & HO SUN, WO                      82 STOCKPORT ROAD TIMPERLEY ALTRINCHAM CHESHIRE WA157SN UNITED KINGDOM
HO SIN WAI, NELSON & YAMMAMOTO, FUSAYO          FLAT D 20/F KAM KIN MANSION 123 CAINE ROAD MID-LEVELS    HONG KONG
HO SUK YEE                                      FLAT H 11/F BLK 5 SITE 3 WILLOW MANSIONS WHAMPAO GARDEN HUNGHOM, KLN    HONG KONG
HO WAI SHEUNG                                   ROOM 1 21/F BLOCK F RIVERA GARDEN SHATIN, NT    HONG KONG
HO YUET, KWAI                                   UNIT 128 2/F SAN UK KA TSUEN LOT 35D DD 21 TAI PO    HONG KONG
HON NG PO CHUN                                  37 CHANTRY CRESCENT STANFORD-LE-HOPE ESSEX  SS17 ODN UNITED KINGDOM
HON NIN CHEE RUBY                               FLT B 11/F BLK 8 CAVENDISH HTS 33 PERKINS ROAD JARDINE'S LOOKOUT, HK    HONG KONG
HUANG RAY, JOHN                                 41 GRAY SPENCE CRES WEST PENNANT HILLS NSW 2125 AUSTRALIA
HUANG TAI TI ANNY                               13/F 7 NO. 1 LANE 26 MINCHIUAN 1ST ROAD KAOHSIUNG    TAIWAN, PROVINCE OF CHINA
KUK SIU FONG ANNA                               FLAT D G/F KOWLOON TONG GARDEN 1 CAMBRIDGE ROAD KOWNLOON TONG, KLN    HONG KONG
KUNG WING SZE SERENA                            FLAT C6 11/F 272 LAI KING HILL ROAD LAICHIKOK BAY GARDEN LAI CHI KOK KLN    HONG KONG
KWAN LIM CHING                                  FLAT A 8/F ROYAL TERRACE NO.933 KING'S ROAD QUARRY BAY HK    HONG KONG
KWAN SIU KUEN, BILLY                            RM 1 35/F BLK J BEVERLY HILL 6 BROADWOOD RD HAPPY VALLEY    HONG KONG
KWAN SIU, KWEN & YOUNG CHO KIN, BEATRICE        6/F 3 KING TAK ST HOMANTHIN, KLN    HONG KONG
KWOK FUNG MING                                  FLT D 12/F BLK 10 GRAND PACIFIC HEIGHTS TUEN MUN NT    HONG KONG
KWONG TAI SUK HING                              FLT G 6/F MEI TAK BUILDING 33 KWONG FUK ROAD TAI PO NT    HONG KONG
LAI KWOK KUEN PETER                             FLAT A 30/F KING YU COURT 43-45 TIN HAU TEMPLE ROAD NORTH POINT, HK    HONG KONG
LAM SUK YING                                    ROOM 7 36/F HIN MING COURT TSEUNG KWAN O    HONG KONG
LAM SUM SUM                                     FLAT C 16/F BLOCK 20 PARK ISLAND MA WAN, NT    HONG KONG
MERRILL LYNCH INTERNATIONAL                     TRANSFEROR: UNION INVESTMENT LUXEMBOURG S.A. ATTN: SIMON ORR 2 KING EDWARD STREET LONDON    EC1A 1HQ UNITED KINGDOM
MORGAN STANLEY SENIOR FUNDING, INC.             ATTN: MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.             TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036
ORE HILL HUB FUND LTD.                          TRANSFEROR: BENETTON GROUP S.P.A. C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019
PMT CREDIT OPPORTUNITIES FUND LTD.              TRANSFEROR: BENETTON GROUP S.P.A. C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019
STANDARD CHARTERED BANK (HONG KONG)             TRANSFEROR: CHAN YIN CHING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)             TRANSFEROR: CHAN YIN LING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)             TRANSFEROR: CHAN YUE, CHUN 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)             TRANSFEROR: CHANG KUAN WEE 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)             TRANSFEROR: CHANG YU-LIAN 2/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)             TRANSFEROR: CHANG YUAN KUEI 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)             TRANSFEROR: CHEN DAOGUANG 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)             TRANSFEROR: CHENG CHAU, WA 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)             TRANSFEROR: CHEUNG KWOK MING 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)             TRANSFEROR: CHOY PO CHU 21/F, STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG)             TRANSFEROR: CREDIT SUISSE HONG KONG BRANCH 21/F STANDARD CHARTERED TOWER 388 KWUN TONG ROAD HONG KONG
  LIMITED
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: CHEUNG KWOK YIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG

                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

TIME: 13:32:28
DATE: 06/15/11                                      LEHMAN BROTHERS HOLDING INC.                                      PAGE: 3
                                                         CREDITOR LISTING

```
Name                                              Address
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHEUNG LAM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHEUNG MING HONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHEUNG PO TIM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHEUNG SAU YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHEUNG SIU YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHEUNG TSANG LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHEUNG YIU CHUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHEUNG YUEN TAK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHI TAO, HSING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHING CHI LAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHING WING TAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHO DAI SANG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHOI KEW NGAO / KWOK HANG KIT 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHONG CHI, MENG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHONG YUK CHOI PHILIP 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHOW SHUK WAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHOW WAI LAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHU, KWOK MING CASPAR 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHUI LAI KONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHUNG HAU YAM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHUNG MARIA SHUK, CHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHUNG SIU LING / CHUNG SHIU FONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHUNG SIU LUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: CHUNG SIU YUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: DOH CHO NIM, THOMAS 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: FAN HOI YAN TAMMY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: FAN, KAU CHEUNG JOHN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: FONG YUNG MUI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: FUNG KIN FUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: FUNG KING CHEUNG, VENCY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: FUNG YUK FUN HELEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: HAU WAI KUM PAULINA / LI SHIU ON WILLIAM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: HO BING SIM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: HO HIU MING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: HO KIN WAH PETER / SIU CHOR KWAN CARMEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: HO KWAN, WING & HO SUN, WO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: HO SIN WAI, NELSON & YAMMAMOTO, FUSAYO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: HO SUK YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: HO WAI SHEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: HO YUET, KWAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: HON NG PO CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: HON NIN CHEE RUBY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: HUANG RAY, JOHN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: HUANG TAI TI ANNY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: KUK SIU FONG ANNA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: KUNG WING SZE SERENA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: KWAN LIM CHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: KWAN SIU KUEN, BILLY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: KWAN SIU, KWEN & YOUNG CHO KIN, BEATRICE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: KWOK FUNG MING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: KWONG TAI SUK HING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LAI KWOK KUEN PETER 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LAM SUK YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LAM SUM SUM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
THE ROYAL BANK OF SCOTLAND PLC            TRANSFEROR: CAPITAL SERVICES HOLDING CORP ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901
UNION INVESTMENT LUXEMBOURG S.A.          C/O UNION ASSET MANAGEMENT HOLDING AG ATTN: DR. MIKE RINKER, LEGAL COUNSEL WIESENHUTTENSTRABE 10 FRANKFURT AM MAIN 60329 GERMANY
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 13:32:28
DATE: 06/15/11                                    LEHMAN BROTHERS HOLDING INC.                                         PAGE:   4
                                                       CREDITOR LISTING

Name                                Address
UNION INVESTMENT LUXEMBOURG S.A.    JAMES H. MILLAR, KATHRYN A. BENNETT WILMER CUTLER PICKERING HALE AND DORR LLP 399 PARK AVENUE NEW YORK NY 10022
VONWIN CAPITAL MANAGEMENT, L.P.     TRANSFEROR: BCT BANK INTERNATIONAL ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016


Total Number of Records Printed     157
```

EPIQ BANKRUPTCY SOLUTIONS, LLC