WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS'**
**ONE HUNDRED TWELFTH OMNIBUS OBJECTION TO CLAIMS**
**(INVALID BLOCKING NUMBER LPS CLAIMS) AS TO CERTAIN CLAIMANT**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors") are withdrawing without prejudice their One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) [Dkt. No. 15014] solely with respect to the claim listed on Exhibit A annexed hereto. The Debtors reserve their rights to

object to the claim listed on <u>Exhibit A</u> on any grounds in the future.

Dated:  June 20, 2011
       New York, New York

                           /s/ Robert J. Lemons
                           Robert J. Lemons

                           WEIL, GOTSHAL & MANGES LLP
                           767 Fifth Avenue
                           New York, New York 10153
                           Telephone: (212) 310-8000
                           Facsimile: (212) 310-8007

                           Attorneys for Debtors
                           and Debtors in Possession

# Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| CLAIMANT NAME | CLAIM NUMBER |
|---|---|
| ESOPUS Creek Value LP | 16474 |

US_ACTIVE:\43739959\01\58399.0008