WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :   08-13555 (JMP)
                                            :
                   Debtors.                 :   (Jointly Administered)
                                            :
                                            :
------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' FORTIETH OMNIBUS OBJECTION**
**TO CLAIMS (LATE-FILED CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) that was scheduled for June 30, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to July 21, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  June 20, 2011
       New York, New York

                                 /s/ Robert J. Lemons
                                 Robert J. Lemons

                                 WEIL, GOTSHAL & MANGES LLP
                                 767 Fifth Avenue
                                 New York, New York 10153
                                 Telephone: (212) 310-8000
                                 Facsimile: (212) 310-8007

                                 Attorneys for Debtors
                                 and Debtors in Possession

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Adagio Fund | 34458 |
| Amster, Geraldine D. | 66444 |
| Amster, Gilbert & Geraldine | 66445 |
| Atherton Construction Inc. 0552700 Zions First National Bank FBO | 66479 |
| Best Life & Health Insurance 56011039 Zions First National  Bank FBO | 66478 |
| Biraschi, Paola | 34980 |
| Brooks, David J | 34559 |
| Building Management Services 1146295 Zions First National Bank FBO | 66480 |
| California Department of Water Resources | 35944 |
| Cathay United Bank | 35181 |
| Chauny, S.A. | 34873 |
| Church of Scientology Religious Tr 1406252 Zions First National Bank FBO | 66483 |
| Churth of Scientology Int. 1481250 Zions First National Bank FBO | 66481 |
| Colon Lopez, Elizabeth | 34924 |
| De Jesus, Nestor E | 34492 |
| De Nicola, Michela | 65763 |
| Deseret Gen & Trans Co-op 1810550 Zions First National Bank FBO | 66482 |
| DiMeglio, Robert | 65508 |
| Dixie and Anne Leavitt Foundation 5184809 Zions First National Bank FBO | 66485 |
| Dmuchowski, John J | 34401 |
| Filbee, Sarah M | 34468 |
| Focht, Deborah | 34380 |
| Focht, Deborah | 42914 |
| Franzo, Rosemarie | 66393 |
| Fryer, Kelly | 39842 |
| Garadex Inc. | 35516 |
| Garadex Inc. | 35514 |
| Garadex Inc. | 35517 |
| Garadex Inc. | 35518 |
| Garadex Inc. | 35520 |
| Garadex Inc. | 35844 |
| Gelb, Jay | 35981 |
| Hahn-Colbert, Sandra M. | 34728 |
| High Lodge Capital LLC | 63540 |

| **Claimant Name** | **Claim Number** |
|---|---|
| Iragorri, Julian | 64991 |
| Lev Ari, Tal | 65858 |
| Louisiana Citizens Property Insurance Corporation | 36856 |
| Lynch, Brendan E. | 35000 |
| Marsilio, Paul A. | 66257 |
| Mattingly, Louise | 34564 |
| McCarthy, Brian M. | 35446 |
| McCarthy, Lawrence | 66392 |
| Monahan, Maria | 34563 |
| Palchynsky, John N. | 34712 |
| Palchynsky, John N. | 34713 |
| Rayner, Ruth J. | 36598 |
| Rivkin, Jack L. | 66375 |
| Scavone, Joseph and Theresa | 34945 |
| Scavone, Theresa, for Joseph Scavone | 34944 |
| Scellato, James | 41376 |
| Scellato, James | 41377 |
| Scellato, James | 41378 |
| Sevilla Ardisana, Julio | 66616 |
| Sevilla Ardisana, Julio | 66617 |
| Sevilla Ardisana, Julio | 66618 |
| Sevilla Ardisana, Julio | 66619 |
| Shen, Jiansheng Jensen | 35437 |
| Smejkal, Frank | 34671 |
| Smejkal, Frank | 34672 |
| Sutton, Julian R | 35055 |
| Taylor, Christopher C | 34879 |
| Temel, Tulug T. | 40791 |
| Tennant, Colin H | 34355 |
| Ventura County Tax Collector | 65230 |
| Ventura, Giorgio | 35587 |
| Verde Valley Medical Center 6120100 Zions First National Bank FBO | 66488 |
| Vereker, William | 62466 |
| Vintah Basin Medical Center 8748701 Zions First National Bank FBO | 66493 |
| WestLB AG | 36789 |
| Wilkinson, Timothy B. | 34829 |
| Zakian, Paul A. | 36799 |
| Zanco, Mario | 35574 |