UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Leslie Salcedo, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2. On the 20th of June 2011, I caused a true and correct copy of the Response of Wilmington Trust Company, as Trustee, to the Debtors' One Hundred Twenty Fifth Omnibus Objection to Claims (Insufficient Documentation), to be served upon the parties as indicated on the attached service list:

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
20th June, 2010

/s/ Louis P. Costanzo
Louis P. Costanzo
Notary Public, State of New York
No. 01CO5013639
Qualified in New York County
Commission Expires July 15, 2011

LEGAL02/32696285v1

## SERVICE LIST

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| Weil Gotshal & Manges LLP,<br>767 Fifth Avenue<br>New York, New York 10153<br>    Attn: Robert J. Lemons, Esq.<br>        Mark Bernstein, Esq, | Office of the United States Trustee<br>for the Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004<br>Attn: Tracy Hope Davis, Esq.,<br>      Eliabetta G. Gasparini, Esq.<br>     Andrea B. Schwartz, Esq. |
| Milbank, Tweed, Hadley & McCloy LLP,<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Attn: Dennis F. Dunne, Esq.,<br>Evan Fleck, Esq.,<br>Dennis O'Donnell, Esq | Reilly Pozner LLP<br>1900 16th Street<br>Suite 1700<br>Denver, CO 80202<br>Attn: Michael Rollin, Esq. |