UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                                                 :
              Debtors.                                     :    (Jointly Administered)
-------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Commercial Paper Inc., 08-13900 |
|---|---|
| Creditor Name and Address: | Sumitomo Mitsui Banking Corporation<br>Attn Office of the General Counsel<br>277 Park Avenue<br>New York, NY 10172 |
| Claim Number (if known): | Claim no. 26231 |
| Date Claim Filed: | 09/21/2009 |
| Total Amount of Claim Filed: | $350,573,307.29 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title:<br>General Manager |
|---|---|
| Printed Name:<br>Shinichiro Watanabe | Dated:<br>6/16/2011 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
              Debtors.                             :    (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., 08-13555 |
|---|---|
| Creditor Name and Address: | Sumitomo Mitsui Banking Corporation<br>Attn Office of the General Counsel<br>277 Park Avenue<br>New York, NY 101722 |
| Claim Number (if known): | Claim no. 26232 |
| Date Claim Filed: | 09/21/2009 |
| Total Amount of Claim Filed: | $350,573,307.29 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title:<br>General Manager |
|---|---|
| Printed Name:<br>Shinichiro Watanabe | Dated:<br>6/16/2011 |