NIXON PEABODY LLP  
Christopher M. Desiderio  
437 Madison Avenue  
New York, NY 10022  
Telephone: (212) 940-3000  
and  
Amanda D. Darwin  
Richard C. Pedone (admitted *pro hac vice*)  
100 Summer Street  
Boston, MA  02110  
Telephone: (617) 345-1000  

*Counsel to and Deutsche Bank National Trust Company*  
*As Trustee of Structured Asset Investment Loan Trust*  

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., ) | |
| ) | Case No. 08-13555 (JMP) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

### CERTIFICATE OF SERVICE

      I, Christopher M. Desiderio, hereby certify that on June 20, 2011, I caused true and correct copies of the *Response of Deutsche Bank National Trust Company, as Trustee, to the Debtors' Ninety-Seventh Omnibus Objection to Claims* to be served via overnight mail on the following parties: (i) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.), (ii) Reilly Pozner LLP, 1900 16th Street, Suite 1700, Denver, Colorado 80202 (Attn: Michael Rollin, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq. and Andrea B. Schwartz, Esq.); and (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.).

Dated:  New York, New York  
          June 20, 2011

                                  By:  */s/ Christopher M. Desiderio*  
                                       Christopher M. Desiderio

13516142.1