CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
James E. Spiotto (admitted *pro hac vice*)
Ann E. Acker (admitted *pro hac vice*)
Franklin H. Top, III (admitted *pro hac vice*)
James Heiser (JH-3660)

-and-

CHAPMAN AND CUTLER LLP
330 Madison Avenue, 34th Floor
New York, New York 10017-5010
Telephone: (212) 655-6000
Craig M. Price (CP-9039)

Attorneys for U.S. Bank National Association, as Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | CHAPTER 11<br><br>CASE NO. 08-13555 (JMP)<br><br>(Jointly Administered) |

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

Claims have been filed in this case or deemed filed under 11 U.S.C. §1111(a). Pursuant to that certain Purchase Agreement by and among Bank of America, N.A., Bank of America (GSS) Limited, Bank of America National Trust Delaware, U.S. Bank National Association, Elavon Financial Services Limited and U.S. Bank Trust National Association dated as of November 11, 2010, U.S. Bank National Association purchased certain trust assets from Bank of America, N.A. (the "*Transferor*"). As of the date hereof the following trusts and related claims

3002516 01 02.doc

have been transferred to U.S. Bank National Association, and U.S. Bank National Association, as Trustee (the "*Transferee*") should be substituted as Trustee and any other capacity thereunder.

This Transfer Statement relates to the following trusts and related claims:

| Trust | Claim Numbers |
|---|---|
| FFMLT 2005-FFH2 NIM | 19246 |
| Lehman ABS Corp. 2005-1 | 15995 |
| Lehman ABS Green Point 2005-HE-3 | 15994 |
| LABS Series 2004-1XCF | 16016 |
| Lehman ABS 2004-1 | 15996 |
| Lehman XS Trust 2005-4 | 15992 and 16418 |
| Lehman XS Trust 2007-8H | 15989 and 16367 |
| Lehman XS NIM 2005-2 | 19245 |
| Lehman XS NIM 2005-4 | 19244 |
| Lehman Mortgage Trust Series 2006-2 | 15993 and 16416 |
| SASCO Series 2004-11XS NIM | 19242 |
| SASCO Series 2004-21XS NIM | 19241 |
| SASCO Series 2004-9XS NIM | 19240 |
| SARM NIM Series 2005-AXS | 19243 |
| SASCO Series 2004-21XS | 16381 and 16358 |
| SASCO Series 2005-AXS NIM | 19238 |
| SASCO Series 2005-NC1 NIM | 19237 |
| SASCO Series 2004-13 | 16383 and 16357 |

| | |
|---|---|
| SASCO Series 2005-3 | 16380 and 16359 |
| SASCO Series 2005-RM1 | 16378 and 16361 |
| SASCO Series 2006-RF1 | 16350 and 16363 |
| Lehman XS Trust 2007-5H | 24349 and 24582 |
| SASCO 2003-4 | 16388 |
| SASCO 2003-8 | 16387 |
| Wells Fargo Home Equity Loan 2004-1 | 25654 |

NAME AND ADDRESS WHERE NOTICES TO TRANSFEREE SHOULD BE SENT:

Sachiko Nishida
U.S. Bank National Association
Corporate Trust Services
540 West Madison Street, Suite 1840
Chicago, Illinois  60661
(P) 312 992-7819
(F) 312 992-1718


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

ACKNOWLEDGEMENT

Transferor hereby waives any notice or hearing requirements imposed by, inter alia, Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Transfer and Transferee as the valid owner of the Claims listed above. All future payments and distributions, and all notices and other communications, with respect of the Claims listed above are to be made to Transferee.

Bank of America National Association

By: _Matthew M C_____

Printed Name: **Matthew Smith**
                **Assistant Vice President**

Its: _____

Address: _540 W Madison St Suite 1911_
         _Chicago, IL 60661_

Dated: June 9, 2011

>Respectfully submitted,
>
>U.S. BANK NATIONAL ASSOCIATION, not individually but as Trustee
>
>By: *Sachiko Nishida*
>
>Printed Name: Sachiko Nishida
>
>Its: Vice President