B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)  (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Barclays Bank SA** | **Álvaro Espinós Borrás de Quadras** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Abraham Carpintero<br>Cl. Mateo Inurria, 15  5ª Planta<br>28036 Madrid | Court Claim # (if known): 47325<br><br>Amount of Claim: $84.906,00<br>Amount of Claim Transferred: $84.906,00<br>Date Claim Filed: October 26th, 2009 |
| Phone: 91 336 23 50<br>Last Four Digits of Acct #: Not applicable | Phone: +34 93 417 56 62<br>Last Four Digits of Acct. Not aplicable |

Name and Address where transferee payments should be sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    Agustín Jiménez Ales                         Date:  March 31 of 2011.
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)  (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Barclays Bank, S.A. | Antonio Andreu Álvarez |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 45002<br>Amount of Claim: $707.550<br>Amount of Claim Transferred: _____<br>Date Claim Filed: 10/23/2009 |
| Abraham Carpintero<br>Calle Mateo Inurria, 15 5ª Planta<br>28036 Madrid<br>Spain | |
| Phone: +34 91 336 23 50<br>Last Four Digits of Acct #:   n/a | Phone:<br>Last Four Digits of Acct. n/a |
| Name and Address where transferee payments should be sent (if different from above): | |
| Phone:  n/a<br>Last Four Digits of Acct #: n/a | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   D. Andrés Martínez Mosquera        Date:  1 April 2011
      D. Agustín Folqué Muñoz
      Transferee/Transferee's Agent

\\\\NY - 035725/000002 - 2304687 v3

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 &

B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)  (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Barclays Bank, S.A. | Carlos Domingo Hoyo López |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 47332 |
| | Amount of Claim: $332.548,5 |
| | Amount of Claim Transferred: _____ |
| Abraham Carpintero | Date Claim Filed: 10/26/2009 |
| Calle Mateo Inurria, 15 5ª Planta | |
| 28036 Madrid | |
| Spain | |
| Phone: +34 91 336 23 50 | Phone: |
| Last Four Digits of Acct #:   n/a | Last Four Digits of Acct. n/a |

Name and Address where transferee payments should be sent (if different from above):

Phone:  n/a
Last Four Digits of Acct #: n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    D. Agustín Folqué Muñoz          Date:  10 May 2011
       D. Raúl Abando Ayo
       Transferee/Transferee's Agent

\\\\NY - 035725/000002 - 2304687 v3
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 &

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Barclays Bank, S.A. | Carlos Ortega Revuelta |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 45243<br>Amount of Claim: $212.265<br>Amount of Claim Transferred: _____ |
| Abraham Carpintero<br>Calle Mateo Inurria, 15 5ª Planta<br>28036 Madrid<br>Spain | Date Claim Filed: 10/23/2009 |
| Phone: +34 91 336 23 50<br>Last Four Digits of Acct #:   n/a | Phone:<br>Last Four Digits of Acct. n/a |
| Name and Address where transferee payments should be sent (if different from above): | |
| Phone:  n/a<br>Last Four Digits of Acct #: n/a | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   D. Juan Manuel Carrión Muñoz            Date: 17 February 2011
      D. Juan Carlos Martín-Aparicio Ferreira
      Transferee/Transferee's Agent

\\NY - 035725/000002 - 2304687 v3

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 &

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.,</u>    Case No. <u>08-13555 (JMP)  (Jointly Administered)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Barclays Bank, S.A. | Clemente Auger Liñán |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 45409<br>Amount of Claim: $353.775<br>Amount of Claim Transferred: _____ |
| Abraham Carpintero<br>Calle Mateo Inurria, 15 5ª Planta<br>28036 Madrid<br>Spain | Date Claim Filed: 10/23/2009 |
| Phone: +34 91 336 23 50<br>Last Four Digits of Acct #:   n/a | Phone:<br>Last Four Digits of Acct. n/a |
| Name and Address where transferee payments should be sent (if different from above): | |
| Phone:  n/a<br>Last Four Digits of Acct #: n/a | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    Dª. Sonia el Allam Araque             Date: 21 February 2011
       D. Raúl Abando Ayo
       Transferee/Transferee's Agent

\\NY - 035725/000002 - 2304687 v3
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 &

B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)  (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Barclays Bank, S.A. | Colina Bedat, S.L. |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 47617<br>Amount of Claim: $495.285<br>Amount of Claim Transferred: _____<br>Date Claim Filed: 10/27/2009 |
| Abraham Carpintero<br>Calle Mateo Inurria, 15 5ª Planta<br>28036 Madrid<br>Spain | |
| Phone: +34 91 336 23 50<br>Last Four Digits of Acct #:   n/a | Phone:<br>Last Four Digits of Acct. n/a |
| Name and Address where transferee payments should be sent (if different from above): | |
| Phone:  n/a<br>Last Four Digits of Acct #: n/a | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    D. Agustín Folqué Muñoz            Date:  7 April 2011
       D. Andrés Martínez Mosquera
       Transferee/Transferee's Agent

\\NY - 035725/000002/ 2304687 v3

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 &

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP) (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Barclays Bank SA**    **Demetrio Jiménez Sánchez**
                        **Felicísima Gutiérrez Zarzuelo**

Name of Transferee    Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 50005
should be sent:
Abraham Carpintero
Cl. Mateo Inurria, 15  5ª Planta
28036  Madrid    Amount of Claim: $84.906, 00
                 Amount of Claim Transferred: $84.906, 00
                 Date Claim Filed: October 27th, 2009

Phone:  91 336 23 50    Phone: +34 966 69 96 98
Last Four Digits of Acct #: Not applicable    Last Four Digits of Acct. Not aplicable

Name and Address where transferee payments should be
sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José Garcia Malo de Molina
    Agustín Jiménez Ales    Date: February 18 of 2011.
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Barclays Bank, S.A. | Alberto Francisco Porqueras Mestres |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 45410<br>Amount of Claim: $155.661<br>Amount of Claim Transferred: _____<br>Date Claim Filed: 10/23/2009 |
| Abraham Carpintero<br>Calle Mateo Inurria, 15 5ª Planta<br>28036 Madrid<br>Spain | |
| Phone: +34 91 336 23 50<br>Last Four Digits of Acct #:   n/a | Phone:<br>Last Four Digits of Acct. n/a |
| Name and Address where transferee payments should be sent (if different from above): | |
| Phone:  n/a<br>Last Four Digits of Acct #: n/a | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   D. Luis Subirana Arrese        Date:  21 Frebruary 2011
      D. Raúl Abando Ayo
      Transferee/Transferee's Agent

\\NY - 035725/000002 - 2304687 v3

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 &

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Barclays Bank SA**

Name of Transferee

Name and Address where notices to transferee should be sent:
Abraham Carpintero
Cl. Mateo Inurria, 15  5ª Planta
28036  Madrid

**Alicia García Díaz**

Name of Transferor

Court Claim # (if known): 54844

Amount of Claim: $125.943, 90
Amount of Claim Transferred: $125.943, 90
Date Claim Filed: October 28th, 2009

Phone: 91 336 23 50
Last Four Digits of Acct #: Not applicable

Phone: +34 923 22 80 94
Last Four Digits of Acct. Not aplicable

Name and Address where transferee payments should be sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    Agustín Jiménez Ales
    Transferee/Transferee's Agent

Date:  March 22 of 2011.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Barclays Bank, S.A. | Alicia Gómez-Lechon Cuadrado |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 51129<br>Amount of Claim: $141.510<br>Amount of Claim Transferred: _____ |
| Abraham Carpintero<br>Calle Mateo Inurria, 15 5ª Planta<br>28036 Madrid<br>Spain | Date Claim Filed: 10/28/2009 |
| Phone: +34 91 336 23 50<br>Last Four Digits of Acct #:   n/a | Phone:<br>Last Four Digits of Acct. n/a |
| Name and Address where transferee payments should be sent (if different from above): | |
| Phone:  n/a<br>Last Four Digits of Acct #: n/a | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    Fernando Bargues Gasco    Date:  7 March 2011
       Jorge González Ruiz
       Transferee/Transferee's Agent

\\\\NY - 035725/000002 - 2304687 v3
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 &