B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>,   Case No. <u>08-13555 (JMP)  (Jointly Administered)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Barclays Bank SA** | **Francisco Rozalen Ros** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Abraham Carpintero<br>Cl. Mateo Inurria, 15  5ª Planta<br>28036  Madrid | Court Claim # (if known): 47602<br><br>Amount of Claim: $84.906, 00<br>Amount of Claim Transferred: $84.906, 00<br>Date Claim Filed: October 27th, 2009 |
| Phone: 91 336 23 50<br>Last Four Digits of Acct #: Not applicable | Phone: +34 963 51 66 73<br>Last Four Digits of Acct. Not aplicable |

Name and Address where transferee payments should be sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    /Agustín Jiménez Ales                                    Date:  April 19 of 2011.
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)  (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Barclays Bank SA** | **Germán Iglesias Salamanca** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Abraham Carpintero<br>Cl. Mateo Inurria, 15  5ª Planta<br>28036  Madrid | Court Claim # (if known): 45281<br><br>Amount of Claim: $84.906, 00<br>Amount of Claim Transferred: $84.906, 00<br>Date Claim Filed: October 23th, 2009 |
| Phone: 91 336 23 50<br>Last Four Digits of Acct #: Not applicable | Phone: +34 606 44 70 92<br>Last Four Digits of Acct. Not aplicable |

Name and Address where transferee payments should be sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    Agustín Jiménez Ales                                Date: March 17 of 2011.
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Barclays Bank SA**    **Gonzalo Cantarero Sánchez**

Name of Transferee    Name of Transferor

Name and Address where notices to transferee should be sent:
Abraham Carpintero
Cl. Mateo Inurria, 15 5ª Planta
28036 Madrid

Court Claim # (if known): 56183

Amount of Claim: $84.906, 00
Amount of Claim Transferred: $84.906, 00
Date Claim Filed: October 29th, 2009

Phone: 91 336 23 50    Phone: +34 655 96 45 40
Last Four Digits of Acct #: Not applicable    Last Four Digits of Acct. Not aplicable

Name and Address where transferee payments should be sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    Agustín Jiménez Ales    Date: May 30 of 2011.
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.,</u>    Case No. 08-13555 (JMP)  (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Barclays Bank SA**                              **Ildefonso Tarancón Martínez**

Name of Transferee                               Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 50046
should be sent:
Abraham Carpintero
Cl. Mateo Inurria, 15  5ª Planta
28036  Madrid                                    Amount of Claim:  $84.906, 00
                                                 Amount of Claim Transferred: $84.906, 00
                                                 Date Claim Filed: October 27th, 2009


Phone:  91 336 23 50                             Phone: +34 983 34 11 68
Last Four Digits of Acct #: Not applicable       Last Four Digits of Acct. Not aplicable

Name and Address where transferee payments should be
sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    Agustín Jiménez Ales                         Date:  March 21 of 2011.
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555 (JMP) (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Barclays Bank SA**                                    **Jaime Felipe Fernández Aceña**

Name of Transferee                                      Name of Transferor
Name and Address where notices to transferee            Court Claim # (if known): 56587
should be sent:
Abraham Carpintero
Cl. Mateo Inurria, 15 5ª Planta
28036 Madrid                                            Amount of Claim: $99.057,00
                                                        Amount of Claim Transferred: $99.057,00
                                                        Date Claim Filed: October 29th, 2009

Phone: 91 336 23 50                                     Phone: 0034 91 345 55 45
Last Four Digits of Acct #: Not applicable              Last Four Digits of Acct. Not aplicable

Name and Address where transferee payments should be
sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    Agustín Jiménez Ales                                Date: February 16th of 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)  (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Barclays Bank SA**

Name of Transferee

Name and Address where notices to transferee should be sent:
Abraham Carpintero
Cl. Mateo Inurria, 15  5ª Planta
28036  Madrid

**Jaume Ventura Rovira**

Name of Transferor

Court Claim # (if known): 50983

Amount of Claim: $84.906, 00
Amount of Claim Transferred: $84.906, 00
Date Claim Filed: October 28th, 2009

Phone: 91 336 23 50
Last Four Digits of Acct #: Not applicable

Phone: +34 93 387 59 94
Last Four Digits of Acct. Not aplicable

Name and Address where transferee payments should be sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    Agustín Jiménez Ales
Transferee/Transferee's Agent

Date: February 15 of 2011.

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.,</u>    Case No. 08-13555 (JMP)  (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Barclays Bank, S.A. | Dolores Sánchez Fernández |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Abraham Carpintero
Calle Mateo Inurria, 15 5ª Planta
28036 Madrid
Spain

Phone: +34 91 336 23 50
Last Four Digits of Acct #:   n/a

Court Claim # (if known): 45302
Amount of Claim: $141.510
Amount of Claim Transferred: _____
Date Claim Filed: 10/23/2009

Phone:
Last Four Digits of Acct. n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:  n/a
Last Four Digits of Acct #: n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    D. Juan Manuel Carrión Muñoz        Date:  16 February 2011
       D. Juan Carlos Martín-Aparicio Ferreira
       Transferee/Transferee's Agent

       _____

\\\\NY - 035725/000002 - 2304687 v3
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 &

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,  Case No. 08-13555 (JMP)  (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Barclays Bank, S.A.

Name of Transferee

Name and Address where notices to transferee should be sent:

Abraham Carpintero
Calle Mateo Inurria, 15 5ª Planta
28036 Madrid
Spain

Phone: +34 91 336 23 50
Last Four Digits of Acct #:  n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:  n/a
Last Four Digits of Acct #: n/a

Eduardo Lobera Salvo

Name of Transferor

Court Claim # (if known): 47729
Amount of Claim: $198.114
Amount of Claim Transferred: _____
Date Claim Filed: 10/27/2009

Phone:
Last Four Digits of Acct. n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  José Luis Español Batalla    Date: 17 March 2011
     D. Agustín Folqué Muñoz
     Transferee/Transferee's Agent

\\NY - 035725/000002 - 2304687 v3

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 &

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)  (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Barclays Bank SA** | **Faustino Fernández Díez** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 56586 |
| Abraham Carpintero | |
| Cl. Mateo Inurria, 15  5ª Planta | |
| 28036  Madrid | Amount of Claim: $240.567,00 |
| | Amount of Claim Transferred: $240.567,00 |
| | Date Claim Filed: October 29th, 2009 |
| Phone: 91 336 23 50 | Phone: 0034 91 345 55 45 |
| Last Four Digits of Acct #: Not applicable | Last Four Digits of Acct. Not aplicable |

Name and Address where transferee payments should be sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    Agustín Jiménez Ales
    Transferee/Transferee's Agent

Date:  February 16th of 2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)   (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Barclays Bank SA**    **Felisa Clavería Pardo**
    **José Luis Gracia Clavería**

Name of Transferee    Name of Transferor

Name and Address where notices to transferee should be sent:
Abraham Carpintero
Cl. Mateo Inurria, 15  5ª Planta
28036  Madrid

Court Claim # (if known): 47301

Amount of Claim: $84.906,00
Amount of Claim Transferred: $84.906,00
Date Claim Filed: October 27th, 2009

Phone: 91 336 23 50    Phone: +34 630 52 24 65
Last Four Digits of Acct #: Not applicable    Last Four Digits of Acct. Not aplicable

Name and Address where transferee payments should be sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    Agustín Jiménez Ales    Date: March 4 of 2011.
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.