UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| **Lehman Brothers Holdings Inc., et al.,** | 08-13555 |
| Debtors. | |

## MONTHLY OPERATING REPORT

MAY 2011
SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS

DEBTORS' ADDRESS:         LEHMAN BROTHERS HOLDINGS INC.
                          c/o WILLIAM J. FOX
                          1271 AVENUE OF THE AMERICAS
                          35th FLOOR
                          NEW YORK, NY 10020

DEBTORS' ATTORNEYS:       WEIL, GOTSHAL & MANGES LLP
                          c/o HARVEY R. MILLER
                          767 FIFTH AVENUE
                          NEW YORK, NY 10153

REPORT PREPARER:          LEHMAN BROTHERS HOLDINGS INC., A DEBTOR IN POSSESSION (IN THE SOUTHERN
                          DISTRICT OF NEW YORK)

THIS OPERATING STATEMENT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR

   The undersigned, having reviewed the attached report and being familiar with the Debtors' financial affairs, verifies under penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

*Lehman Brothers Holdings Inc.*

Date: June 20, 2011                    By:              */s/ William J. Fox*
                                                    William J. Fox
                                                    *Executive Vice President*

Indicate if this is an amended statement by checking here:      AMENDED STATEMENT ☐

**TABLE OF CONTENTS**

Schedule of Debtors .................................................................................................................................................... 3

Lehman Brothers Holdings Inc. ("LBHI") and Other Debtors and Other Controlled Subsidiaries
    Basis of Presentation — Schedule of Cash Receipts and Disbursements ...................................................... 4
    Schedule of Cash Receipts and Disbursements ............................................................................................. 5

LBHI
    Basis of Presentation — Schedule of Professional Fee and Expense Disbursements ................................. 9
    Schedule of Professional Fee and Expense Disbursements ......................................................................... 10

## SCHEDULE OF DEBTORS

The following entities have filed for bankruptcy in the Southern District of New York:

| | Case No. | Date Filed |
|---|---|---|
| <u>Lead Debtor:</u> | | |
| Lehman Brothers Holdings Inc. ("LBHI") | 08-13555 | 9/15/2008 |
| | | |
| <u>Related Debtors:</u> | | |
| LB 745 LLC | 08-13600 | 9/16/2008 |
| PAMI Statler Arms LLC(1) | 08-13664 | 9/23/2008 |
| Lehman Brothers Commodity Services Inc. ("LBCS") | 08-13885 | 10/3/2008 |
| Lehman Brothers Special Financing Inc. ("LBSF") | 08-13888 | 10/3/2008 |
| Lehman Brothers OTC Derivatives Inc. ("LOTC") | 08-13893 | 10/3/2008 |
| Lehman Brothers Derivative Products Inc. ("LBDP") | 08-13899 | 10/5/2008 |
| Lehman Commercial Paper Inc. ("LCPI") | 08-13900 | 10/5/2008 |
| Lehman Brothers Commercial Corporation ("LBCC") | 08-13901 | 10/5/2008 |
| Lehman Brothers Financial Products Inc. ("LBFP") | 08-13902 | 10/5/2008 |
| Lehman Scottish Finance L.P. | 08-13904 | 10/5/2008 |
| CES Aviation LLC | 08-13905 | 10/5/2008 |
| CES Aviation V LLC | 08-13906 | 10/5/2008 |
| CES Aviation IX LLC | 08-13907 | 10/5/2008 |
| East Dover Limited | 08-13908 | 10/5/2008 |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 | 1/7/2009 |
| BNC Mortgage LLC | 09-10137 | 1/9/2009 |
| LB Rose Ranch LLC | 09-10560 | 2/9/2009 |
| Structured Asset Securities Corporation | 09-10558 | 2/9/2009 |
| LB 2080 Kalakaua Owners LLC | 09-12516 | 4/23/2009 |
| Merit LLC | 09-17331 | 12/14/2009 |
| LB Somerset LLC | 09-17503 | 12/22/2009 |
| LB Preferred Somerset LLC | 09-17505 | 12/22/2009 |

(1) On May 26, 2009, a motion was filed on behalf of Lehman Brothers Holdings Inc. seeking entry of an order pursuant to Section 1112(b) of the Bankruptcy Code to dismiss the Chapter 11 Case of PAMI Statler Arms LLC, with a hearing to be held on June 24, 2009. On June 19, 2009, the motion was adjourned without a date for a continuation hearing.

The Chapter 11 cases of Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior (Case No: 08-13903) Lehman Brothers Finance SA (Case No: 08-13887) have been dismissed.

3

**LEHMAN BROTHERS HOLDINGS INC. ("LBHI") AND OTHER DEBTORS AND OTHER CONTROLLED ENTITIES**

**BASIS OF PRESENTATION**
**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
**MAY 1, 2011 TO MAY 31, 2011**

The information and data included in this Monthly Operating Report ("MOR") are derived from sources available to Lehman Brothers Holdings Inc. ("LBHI") and its Controlled Entities (collectively, the "Company"). The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, including LAMCO LLC ("LAMCO"), and excludes, among other things, those entities that are under separate administrations in the United States or abroad, including Lehman Brothers Inc., which is the subject of proceedings under the Securities Investor Protection Act. LBHI and certain of its Controlled Entities have filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors". The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. The Debtors have prepared this MOR, as required by the Office of the United States Trustee, based on the information available to the Debtors at this time, but note that such information may be incomplete and may be materially deficient in certain respects. This MOR is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. The Debtors reserve all rights to revise this report.

1. This MOR is not prepared in accordance with U.S. generally accepted accounting principles (GAAP). This MOR should be read in conjunction with the financial statements and accompanying notes in the Company's reports that were filed with the United States Securities and Exchange Commission.

2. This MOR is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future.

3. The beginning and ending balances include cash in demand-deposit accounts (DDA), money-market funds (MMF), treasury bills and other investments.

4. Beginning and ending cash balances are based on preliminary closing numbers and are subject to adjustment.

5. Beginning and ending cash and investment balances exclude the following:

   - Cash posted as collateral for hedging activity;
   - Cash related to LBHI's wholly-owned indirect subsidiaries Aurora Bank FSB, Woodlands Commercial Bank, Lehman Brothers Bancorp Inc., LBTC Transfer Inc. (formerly known as Lehman Brothers Trust Company N.A.) and Lehman Brothers Trust Company of Delaware;
   - Cash pledged on or prior to September 15, 2008 by the Company in connection with certain documents executed by the Company and Citigroup Inc. and HSBC Bank PLC, currently recorded at $2 billion and $233 million, respectively; and
   - $500 million which was seized by Bank of America ("BOA") to offset derivatives claims against the Debtors. On November 16, 2010, the Bankruptcy Court ruled that BOA had no right to set-off these funds and must return the $500 million plus an estimated $95 million in interest to the Company.

6. Intercompany transfers between Lehman entities are listed as disbursements for the paying entity and receipts for the receiving entity.

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities**
**Summary Schedule of Cash Receipts and Disbursements (a)**
**May 1, 2011 - May 31, 2011**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

| | | Debtor Entities | | | | | Other Controlled Entities (b) | | | | | Total Debtors and Other Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | LBHI | LBSF | LCPI | Other | Total | LAMCO | LB1 Grp | PAMI | Other | Total | |
| **Beginning Total Cash and Investments (5/1/11)** (c) | | $ 2,068 | $ 8,898 | $ 4,924 | $ 3,354 | $ 19,244 | $ 34 | $ 1,256 | $ 1 | $ 2,417 | $ 3,708 | $ 22,951 |
| Restricted Cash (d) | | (1,582) | (681) | (1,726) | (50) | (4,039) | - | - | - | (74) | (74) | (4,112) |
| **Beginning Free Cash and Investments** | | 485 | 8,217 | 3,199 | 3,305 | 15,205 | 34 | 1,256 | 1 | 2,344 | 3,634 | 18,839 |
| **Sources of Cash** | | | | | | | | | | | | |
| Derivatives | | - | 359 | - | 93 | 452 | - | - | - | - | - | 452 |
| Loans | | 34 | - | 325 | - | 360 | - | 32 | - | - | 32 | 392 |
| Private Equity / Principal Investing | | - | - | 11 | - | 11 | - | 21 | - | 59 | 80 | 91 |
| Real Estate | | 41 | - | 28 | - | 68 | - | - | 14 | 10 | 24 | 92 |
| Other | | 1,624 | 49 | 102 | 2 | 1,776 | - | 1 | - | - | 1 | 1,776 |
| Asia | | - | - | - | - | - | - | - | - | 74 | 74 | 74 |
| Inter-Company Transfers | | 76 | - | 4 | - | 80 | - | - | - | - | - | 80 |
| **Total Sources of Cash** | | 1,775 | 407 | 470 | 95 | 2,747 | - | 54 | 14 | 142 | 210 | 2,957 |
| **Uses of Cash** | | | | | | | | | | | | |
| Non-Operating (Principally Preservation of Assets) | | | | | | | | | | | | |
| Derivatives | | - | (39) | - | - | (39) | - | - | - | - | - | (39) |
| Loans | | - | (1) | (1,198) | - | (1,199) | - | - | - | - | - | (1,199) |
| Private Equity / Principal Investing | | - | - | (104) | - | (104) | - | (2) | - | - | (2) | (106) |
| Real Estate | | (5) | - | (251) | - | (256) | - | - | - | (1) | (1) | (257) |
| Other | | (6) | (65) | (577) | (5) | (653) | - | - | - | - | - | (653) |
| Operating | | (65) | (4) | - | - | (68) | (10) | - | - | (2) | (12) | (80) |
| Asia | | - | - | - | - | - | - | - | - | (11) | (11) | (11) |
| Inter-Company Transfers | | (4) | (1) | - | - | (5) | - | - | (15) | (61) | (76) | (81) |
| **Total Uses of Cash** | | (79) | (111) | (2,129) | (5) | (2,323) | (10) | (2) | (15) | (74) | (101) | (2,424) |
| **Net Cash Flow** | | 1,696 | 297 | (1,659) | 90 | 424 | (10) | 52 | (1) | 68 | 109 | 533 |
| FX Fluctuation (s) | | (1) | - | - | - | (1) | - | - | - | (6) | (6) | (7) |
| **Ending Total Cash and Investments** (c) | | 3,762 | 9,194 | 3,266 | 3,444 | 19,667 | 24 | 1,307 | - | 2,479 | 3,810 | 23,477 |
| Restricted Cash (d) | | (1,661) | (681) | (48) | (52) | (2,442) | - | - | - | (73) | (73) | (2,515) |
| **Ending Free Cash and Investments (5/31/11)** | | $ 2,101 | $ 8,513 | $ 3,218 | $ 3,393 | $ 17,225 | $ 24 | $ 1,307 | $ - | $ 2,406 | $ 3,737 | $ 20,962 |

Totals may not foot due to rounding

5

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities**
**Schedule of Cash Receipts and Disbursements (a)**
**May 1, 2011 - May 31, 2011**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

| | | Debtor Entities | | | | | Other Controlled Entities (b) | | | | | Total Debtors and Other Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | LBHI | LBSF | LCPI | Other | Total | LAMCO | LB1 Grp | PAMI | Other | Total | |
| **Beginning Total Cash and Investments (5/1/11)** | (c) | $ 2,068 | $ 8,898 | $ 4,924 | $ 3,354 | $ 19,244 | $ 34 | $ 1,256 | $ 1 | $ 2,417 | $ 3,708 | $ 22,951 |
| Restricted Cash | (d) | (1,582) | (681) | (1,726) | (50) | **(4,039)** | - | - | - | (74) | **(74)** | **(4,112)** |
| **Beginning Free Cash and Investments** | | 485 | 8,217 | 3,199 | 3,305 | **15,205** | 34 | 1,256 | 1 | 2,344 | **3,634** | **18,839** |
| **Sources of Cash** | | | | | | | | | | | | |
| Derivatives | | | | | | | | | | | | |
|    Collections from Live / Terminated Trades | (e) | - | 359 | - | 93 | **452** | - | - | - | - | **-** | **452** |
| Loans | | | | | | | | | | | | |
|    Agency Receipts | (f) | - | - | 228 | - | **228** | - | - | - | - | **-** | **228** |
|    Principal | | 34 | - | 88 | - | **122** | - | 31 | - | - | **31** | **153** |
|    Interest | | 1 | - | 9 | - | **10** | - | 1 | - | - | **1** | **11** |
| Private Equity / Principal Investing | | | | | | | | | | | | |
|    Principal | (g) | - | - | 11 | - | **11** | - | 19 | - | 58 | **76** | **87** |
|    Interest | | - | - | - | - | **-** | - | 3 | - | 1 | **4** | **4** |
| Real Estate | | | | | | | | | | | | |
|    Principal | | 39 | - | 24 | - | **63** | - | - | 12 | 10 | **22** | **85** |
|    Interest | | 1 | - | 4 | - | **5** | - | - | 2 | - | **2** | **7** |
| Other | | | | | | | | | | | | |
|    Interest | (h) | 2 | 9 | 3 | 2 | **15** | - | 1 | - | - | **1** | **16** |
|    Return of Hedging Collateral | (i) | 5 | 40 | 59 | - | **104** | - | - | - | - | **-** | **104** |
|    Structured Notes | (j) | 1,612 | - | 40 | - | **1,652** | - | - | - | - | **-** | **1,652** |
|    Other | | 5 | - | - | - | **5** | - | - | - | - | **-** | **5** |
| Asia | | - | - | - | - | **-** | - | - | - | 74 | **74** | **74** |
| Inter-Company Transfers | (k) | 76 | - | 4 | - | **80** | - | - | - | - | **-** | **80** |
| **Total Sources of Cash** | | **1,775** | **407** | **470** | **95** | **2,747** | **-** | **54** | **14** | **142** | **210** | **2,957** |

6

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities**
**Schedule of Cash Receipts and Disbursements (a)**
**May 1, 2011 - May 31, 2011**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

|  |  | Debtor Entities | | | | | Other Controlled Entities (b) | | | | | Total Debtors and Other Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | LBHI | LBSF | LCPI | Other | Total | LAMCO | LB1 Grp | PAMI | Other | Total |  |
| **Uses of Cash** | | | | | | | | | | | | |
| Non-Operating (Principally Preservation of Assets) | | | | | | | | | | | | |
|   Derivatives | | | | | | | | | | | | |
|     Other | (l) | - | (39) | - | - | **(39)** | - | - | - | - | **-** | **(39)** |
|   Loans | | | | | | | | | | | | |
|     Agency Disbursements | (f) | - | - | (228) | - | **(228)** | - | - | - | - | **-** | **(228)** |
|     Preservation of Assets | | - | (1) | (12) | - | **(13)** | - | - | - | - | **-** | **(13)** |
|     Other | (m) | - | - | (957) | - | **(957)** | - | - | - | - | **-** | **(957)** |
|   Private Equity / Principal Investing | | | | | | | | | | | | |
|     Capital Calls | | - | - | - | - | **-** | - | (2) | - | - | **(2)** | **(2)** |
|     Other | (m) | - | - | (104) | - | **(104)** | - | - | - | - | **-** | **(104)** |
|   Real Estate | | | | | | | | | | | | |
|     Preservation of Assets | | (5) | - | (25) | - | **(30)** | - | - | - | (1) | **(1)** | **(31)** |
|     Other | (m) | - | - | (226) | - | **(226)** | - | - | - | - | **-** | **(226)** |
|   Other | | | | | | | | | | | | |
|     Pine Note Purchase | (n) | - | - | (544) | - | **(544)** | - | - | - | - | **-** | **(544)** |
|     Hedging Collateral | (o) | (4) | (62) | (33) | (5) | **(104)** | - | - | - | - | **-** | **(104)** |
|     Other | | (2) | (3) | - | - | **(5)** | - | - | - | - | **-** | **(5)** |
| Operating | | | | | | | | | | | | |
|   Compensation and Benefits | (p) | (13) | - | - | - | **(13)** | (5) | - | - | (1) | **(5)** | **(18)** |
|   Professional Fees | (q) | (48) | - | - | - | **(48)** | (1) | - | - | - | **(1)** | **(49)** |
|   Other | (r) | (4) | (4) | - | - | **(7)** | (5) | - | - | (1) | **(6)** | **(13)** |
| Asia | | - | - | - | - | **-** | - | - | - | (11) | **(11)** | **(11)** |
| Inter-Company Transfers | (k) | (4) | (1) | - | - | **(5)** | - | - | (15) | (61) | **(76)** | **(81)** |
| **Total Uses of Cash** | | **(79)** | **(111)** | **(2,129)** | **(5)** | **(2,323)** | **(10)** | **(2)** | **(15)** | **(74)** | **(101)** | **(2,424)** |
| **Net Cash Flow** | | **1,696** | **297** | **(1,659)** | **90** | **424** | **(10)** | **52** | **(1)** | **68** | **109** | **533** |
| FX Fluctuation | (s) | (1) | - | - | - | **(1)** | - | - | - | (6) | **(6)** | **(7)** |
| **Ending Total Cash and Investments** | (c) | **3,762** | **9,194** | **3,266** | **3,444** | **19,667** | **24** | **1,307** | **-** | **2,479** | **3,810** | **23,477** |
| Restricted Cash | (d) | (1,661) | (681) | (48) | (52) | **(2,442)** | - | - | - | (73) | **(73)** | **(2,515)** |
| **Ending Free Cash and Investments (5/31/11)** | | $ **2,101** | $ **8,513** | $ **3,218** | $ **3,393** | $ **17,225** | $ **24** | $ **1,307** | $ **-** | $ **2,406** | $ **3,737** | $ **20,962** |

Totals may not foot due to rounding

7

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities**
**Schedule of Cash Receipts and Disbursements (a)**
**May 1, 2011 - May 31, 2011**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

Notes:

(a) Includes cash receipts and disbursements for all Debtor Entities and Other Controlled Entities, globally. Activity in Derivatives, Loans, Private Equity / Principal Investing, Real Estate and Other reflects bank accounts that are managed and reconciled by Lehman's U.S. and European operations. Activity in Asia and South America reflects bank accounts that are managed and reconciled by Lehman's Asia and South American operations.

(b) Other Controlled Entities include Non-Debtor entities which are under the control of LBHI, except for Aurora Bank, Woodlands Commercial Bank, Lehman Brothers Bancorp Inc., LBTC Transfer Inc. (f/k/a Lehman Brothers Trust Company N.A.) and Lehman Brothers Trust Company of Delaware, which are not reflected in this schedule.

(c) Beginning and Ending Cash and Investments balance excludes cash posted for hedging activity.

(d) Restricted balances are preliminary estimates of cash in co-mingled or segregated accounts associated with pledged assets, court ordered segregated accounts, funds administratively held by banks and other identified funds which may not belong to the Debtors or Other Controlled Entities.

(e) Collections from Live / Terminated Trades for Other Debtors reflects the following: LBCS $70 million, LBFP $13 million, LBCC $5 million and LBDP $5 million.

(f) Reflects the collection and subsequent distribution of principal and interest to syndicated loan participants.

(g) Primarily reflects proceeds related to a direct investment in Alcon Film Fund (Other - ALI).

(h) Reflects interest collected on court-approved investments portfolio.

(i) Reflects the return of cash posted to hedge foreign currency and interest rate risk for Derivatives, Loans and Real Estate.

(j) Reflects receipts from the Spruce and Verano trustees for payments to noteholders.

(k) Primarily reflects transfers from Other Controlled Entities to LBHI to settle post-petition intercompany payables.

(l) Reflects a disbursement to purchase an SPV note.

(m) Primarily reflects disbursements of restricted cash to the Spruce and Verano trustees for funds received by LCPI post-filing on assets that were participated to the Spruce and Verano CDO structures. Funds were subsequently disbursed by the trustees in May to the Spruce and Verano noteholders (LBHI and LCPI). See footnote (j).

(n) Reflects a disbursement for the court-approved agreement with Barclays for LCPI to purchase the Class A-1 Pine Note.

(o) Reflects cash posted to hedge foreign currency and interest rate risk for Derivatives, Loans and Real Estate.

(p) Compensation and Benefits includes Lehman employees as well as fees paid to Alvarez & Marsal as interim management. A portion of the $13 million related to LBHI will be subject to future cost allocation to various Lehman legal entities.

(q) A portion of the $48 million (which includes the reimbursement of the remaining holdbacks from the period of February, 2010 through May, 2010), will be subject to future cost allocation to various Lehman legal entities.

(r) Primarily reflects expenses related to occupancy, the Transition Services Agreement, taxes, insurance and infrastructure costs. A portion of the $4 million related to LBHI will be subject to future cost allocation to various Lehman legal entities.

(s) Reflects fluctuation in value of foreign currency bank accounts.

**LEHMAN BROTHERS HOLDINGS INC. ("LBHI") AND OTHER DEBTORS AND OTHER CONTROLLED ENTITIES**

**BASIS OF PRESENTATION**
**SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS**
**DATED FROM FILING DATE TO MAY 31, 2011**

The information and data included in this Monthly Operating Report ("MOR") are derived from sources available to Lehman Brothers Holdings Inc. ("LBHI") and its Controlled Entities (collectively, the "Company"). The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, including LAMCO LLC ("LAMCO"), and excludes, among other things, those entities that are under separate administrations in the United States or abroad, including Lehman Brothers Inc., which is the subject of proceedings under the Securities Investor Protection Act. LBHI and certain of its Controlled Entities have filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors". The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. The Debtors have prepared this MOR, as required by the Office of the United States Trustee, based on the information available to the Debtors at this time, but note that such information may be incomplete and may be materially deficient in certain respects. This MOR is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. The Debtors reserve all rights to revise this report.

1. This MOR is not prepared in accordance with U.S. generally accepted accounting principles (GAAP). This MOR should be read in conjunction with the financial statements and accompanying notes in the Company's reports that were filed with the United States Securities and Exchange Commission.

2. This MOR is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future.

3. The professional fee disbursements presented in this report reflect the date of actual cash payments to professional service providers. The Debtors have incurred additional professional fee expenses during the reporting period that will be reflected in future MORs as cash payments are made to providers.

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities**
Schedule of Professional Fee and Expense Disbursements (a)
**May 2011**
**Unaudited ($ in thousands)**

|  |  | May-2011 | Filing Date Through May-2011 (b) |
|---|---|---:|---:|
| **Debtors - Claims and Noticing Agent** |  |  |  |
| Epiq Bankruptcy Solutions LLC | Claims Management and Noticing Agent | $ 437 | $ 13,546 |
| **Debtors - Section 363 Professionals** |  |  |  |
| Alvarez & Marsal LLC | Interim Management | 10,447 | 442,196 |
| Kelly Matthew Wright | Art Consultant and Auctioneer | - | 91 |
| Natixis Capital Markets Inc. | Derivatives Consultant | - | 14,590 |
| **Debtors - Section 327 Professionals** |  |  |  |
| Bingham McCutchen LLP | Special Counsel - Tax | 223 | 18,023 |
| Bortstein Legal LLC | Special Counsel - IT and Other Vendor Contracts | 104 | 3,890 |
| Clyde Click, P.C. | Special Counsel - Real Estate | 14 | 117 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Special Counsel - Conflicts | 3,617 | 31,376 |
| Dechert LLP | Special Counsel - Real Estate | - | 1,869 |
| Deloitte LLP | Tax Services | 54 | 244 |
| Discover Ready LLC | eDiscovery Services | - | 13,199 |
| Ernst & Young LLP | Audit and Tax Services | 4 | 1,556 |
| Gibson Dunn & Crutcher LLP | Special Counsel - Real Estate | - | 2,242 |
| Hudson Global Resources | Contract Attorneys | 574 | 10,477 |
| Huron Consulting | Tax Services | - | 2,145 |
| Jones Day | Special Counsel - Asia and Domestic Litigation | 2,516 | 52,607 |
| Kasowitz, Benson, Torres & Friedman | Special Counsel - Litigation | 84 | 928 |
| Kleyr Grasso Associes | Special Counsel - UK | - | 454 |
| Latham & Watkins LLP | Special Counsel - Real Estate | 36 | 481 |
| Lazard Freres & Co. | Investment Banking Advisor | 3,240 | 28,141 |
| McKenna Long & Aldridge LLP | Special Counsel - Commercial Real Estate Lending | - | 4,935 |
| MMOR Consulting | Tax Services | 43 | 399 |
| Momo-o, Matsuo & Namba | Special Counsel - Asia | 57 | 194 |
| O'Neil Group | Tax Services | 161 | 1,595 |
| Pachulski Stang Ziehl & Jones | Special Counsel - Real Estate | - | 2,099 |
| Paul, Hastings, Janofsky & Walker LLP | Special Counsel - Real Estate | 224 | 1,294 |
| PricewaterhouseCoopers LLP | Tax Services | - | 1,564 |
| Reed Smith LLP | Special Counsel - Insurance | 45 | 580 |
| Reilly Pozner LLP | Special Counsel - Mortgage Litigation and Claims | 144 | 6,248 |
| Simpson Thacher & Bartlett LLP | Special Counsel - SEC Reporting, Asset Sales, and Congressional Testimony | 81 | 2,639 |
| SNR Denton LLP | Special Counsel - Real Estate | - | 882 |
| Sutherland LLP | Special Counsel - Tax | 38 | 363 |
| Weil Gotshal & Manges LLP | Lead Counsel | 15,975 | 309,808 |
| Windels Marx Lane & Mittendorf, LLP | Special Counsel - Real Estate | 153 | 2,692 |
| Wollmuth Maher & Deutsch LLP | Special Counsel - Derivatives | - | 851 |
| **Creditors - Section 327 Professionals** |  |  |  |
| FTI Consulting Inc. | Financial Advisor | 1,904 | 63,061 |
| Houlihan Lokey Howard & Zukin Capital Inc. | Investment Banking Advisor | 878 | 12,133 |
| Milbank Tweed Hadley & McCloy LLP | Lead Counsel | 8,896 | 102,131 |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | Special Counsel - Conflicts | 1,567 | 18,684 |
| Richard Sheldon, Q.C. | Special Counsel - UK | 26 | 156 |
| **Examiner - Section 327 Professionals** |  |  |  |
| Duff & Phelps LLC | Financial Advisor | - | 42,502 |
| Jenner & Block LLP | Examiner | 442 | 58,403 |
| **Fee Examiner** |  |  |  |
| Godfrey & Kahn, S.C. | Fee Examiner (Current) | 1,079 | 1,079 |
| Feinberg Rozen LLP | Fee Examiner (Previous) | - | 3,158 |
| Brown Greer Plc | Fee and Expense Analyst | 76 | 653 |
| **Total Non-Ordinary Course Professionals** |  | 53,140 | 1,276,274 |
| **Debtors - Ordinary Course Professionals** |  | 1,117 | 39,512 |
| **US Trustee Quarterly Fees** |  | - | 1,306 |
| **Total Professional Fees and UST Fees (c)** |  | $ 54,257 | $ 1,317,091 |

(a) All professional fees have been paid by LBHI; however, a portion has been charged back to debtor and non-debtor subsidiaries based on the direct costs associated with each entity and an allocation methodology.
(b) The figures reflected in this table represent cash disbursements from LBHI's filing date through the end of May 2011. The figures do not include accruals.
(c) Excludes professional services rendered on behalf of non-debtor entities which are invoiced separately.