B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,      Case No. 08-13555 (JMP)  (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Barclays Bank, S.A. | Jose Antonio Pastor Ridruejo |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Abraham Carpintero
Calle Mateo Inurria, 15 5ª Planta
28036 Madrid
Spain

Court Claim # (if known):
Amount of Claim: $268.869
Amount of Claim Transferred: _____
Date Claim Filed:

Phone: +34 91 336 23 50
Last Four Digits of Acct #:   n/a

Phone:
Last Four Digits of Acct. n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:  n/a
Last Four Digits of Acct #: n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    D. Francisco Javier Patricio Alvaro          Date:  14 February 2011
       D. Raúl Abando Ayo
       Transferee/Transferee's Agent

\\\\NY - 035725/000002 - 2304687 v3
  *Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 &

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP) (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Barclays Bank SA**

Name of Transferee

Name and Address where notices to transferee should be sent:
Abraham Carpintero
Cl. Mateo Inurria, 15  5ª Planta
28036  Madrid

**José Luis Ballestín González**

Name of Transferor

Court Claim # (if known): 47881

Amount of Claim: $141.510,00
Amount of Claim Transferred: $141.510,00
Date Claim Filed: October 27th, 2009

Phone: 91 336 23 50
Last Four Digits of Acct #: Not applicable

Phone: +34 973 64 01 11
Last Four Digits of Acct. Not aplicable

Name and Address where transferee payments should be sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    Agustín Jiménez Ales
Transferee/Transferee's Agent

Date:  April 15 of 2011.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)  (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Barclays Bank SA**

Name of Transferee

Name and Address where notices to transferee should be sent:
Abraham Carpintero
Cl. Mateo Inurria, 15  5ª Planta
28036  Madrid

**José Luis Barquillo Grande**

Name of Transferor

Court Claim # (if known): 56593

Amount of Claim: $84.906, 00
Amount of Claim Transferred: $84.906, 00
Date Claim Filed: October 29th, 2009

Phone: 91 336 23 50
Last Four Digits of Acct #: Not applicable

Phone: +34 925 81 20 43
Last Four Digits of Acct. Not aplicable

Name and Address where transferee payments should be sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    Agustín Jiménez Ales
    Transferee/Transferee's Agent

Date: March 1 of 2011.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)  (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Barclays Bank, S.A. | Lore Schutt Wilckens |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 45282<br>Amount of Claim: $84.906<br>Amount of Claim Transferred: _____ |
| Abraham Carpintero<br>Calle Mateo Inurria, 15 5ª Planta<br>28036 Madrid<br>Spain | Date Claim Filed: 28/10/09 |
| Phone: +34 91 336 23 50<br>Last Four Digits of Acct #:   n/a | Phone:<br>Last Four Digits of Acct. n/a |

Name and Address where transferee payments should be sent (if different from above):

Phone:  n/a
Last Four Digits of Acct #: n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    Dª. Margarita Iglesias Pérez            Date:  14 February 2011
       D. Raúl Abando Ayo
       Transferee/Transferee's Agent

\\\\NY - 035725/000002 - 2304687 v3
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 &

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP) (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Barclays Bank SA** | **Manuel Escudero Grajal** <br> **Amalia Sanz Moral** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: <br> Abraham Carpintero <br> Cl. Mateo Inurria, 15  5ª Planta <br> 28036  Madrid | Court Claim # (if known): 49571 <br><br> Amount of Claim: $84.906, 00 <br> Amount of Claim Transferred: $84.906, 00 <br> Date Claim Filed: October 27th, 2009 |
| Phone: 91 336 23 50 <br> Last Four Digits of Acct #: Not applicable | Phone: +34 91 411 71 03 <br> Last Four Digits of Acct. Not aplicable |

Name and Address where transferee payments should be sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    Agustín Jiménez Ales
    Transferee/Transferee's Agent

Date: March 10 of 2011.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,       Case No. 08-13555 (JMP)  (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Barclays Bank SA**                                                **Mª Manuela López-Santacruz Garrido**

Name of Transferee                                                   Name of Transferor

Name and Address where notices to transferee                         Court Claim # (if known): 56184
should be sent:
Abraham Carpintero
Cl. Mateo Inurria, 15  5ª Planta
28036  Madrid
                                                                     Amount of Claim: $84.906, 00
                                                                     Amount of Claim Transferred: $84.906, 00
                                                                     Date Claim Filed: October 29th, 2009

Phone: 91 336 23 50                                                  Phone: +34 655 96 45 40
Last Four Digits of Acct #: Not applicable                           Last Four Digits of Acct. Not aplicable

Name and Address where transferee payments should be
sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    Agustín Jiménez Ales                                             Date:  May 30 of 2011.
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)  (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Barclays Bank, S.A. | María Ascensión Moncasi Canti |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 45116<br>Amount of Claim: $141.510<br>Amount of Claim Transferred: _____ |
| Abraham Carpintero<br>Calle Mateo Inurria, 15 5ª Planta<br>28036 Madrid<br>Spain | Date Claim Filed: 10/23/2009 |
| Phone: +34 91 336 23 50<br>Last Four Digits of Acct #:   n/a | Phone:<br>Last Four Digits of Acct. n/a |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Phone:  n/a<br>Last Four Digits of Acct #: n/a | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   José Luis Español
      Agustín Folqué Muñoz
      Transferee/Transferee's Agent

Date:  14 March 2011

\\\\NY - 035725/000002 - 2304687 v3

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 &

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP) (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Barclays Bank SA**

Name of Transferee

Name and Address where notices to transferee should be sent:
Abraham Carpintero
Cl. Mateo Inurria, 15  5ª Planta
28036  Madrid

**Jesús María Tremul Lozano**
**Esperanza Crespo Villarroya**

Name of Transferor

Court Claim # (if known): 47699

Amount of Claim: $84.906,00
Amount of Claim Transferred: $84.906,00
Date Claim Filed: October 27th, 2009

Phone: 91 336 23 50
Last Four Digits of Acct #: Not applicable

Phone: +34 619 46 62 81
Last Four Digits of Acct. Not aplicable

Name and Address where transferee payments should be sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    Agustín Jiménez Ales
Transferee/Transferee's Agent

Date: March 15 of 2011.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)  (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Barclays Bank SA** | **Jesús María Tremul Lozano** |
| | **Esperanza Crespo Villarroya** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 47698 |
| Abraham Carpintero | |
| Cl. Mateo Inurria, 15  5ª Planta | |
| 28036 Madrid | Amount of Claim: $84.906,00 |
| | Amount of Claim Transferred: $84.906,00 |
| | Date Claim Filed: October 27th, 2009 |
| Phone: 91 336 23 50 | Phone: +34 619 46 62 81 |
| Last Four Digits of Acct #: Not applicable | Last Four Digits of Acct. Not aplicable |

Name and Address where transferee payments should be
sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    Agustín Jiménez Ales                      Date:  March 15 of 2011.
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)  (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Barclays Bank, S.A. | Jorge Aguilar Sastre |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Abraham Carpintero
Calle Mateo Inurria, 15 5ª Planta
28036 Madrid
Spain

Court Claim # (if known):
Amount of Claim: $424.530
Amount of Claim Transferred: _____
Date Claim Filed:

Phone: +34 91 336 23 50
Last Four Digits of Acct #:   n/a

Phone:
Last Four Digits of Acct. n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:  n/a
Last Four Digits of Acct #: n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   Francisco Javier Patricio Alvaro
      Raúl Abando Ayo
      Transferee/Transferee's Agent

Date:  15 March 2011

\\\\NY - 035725/000002 - 2304687 v3
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 &