WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                            :
In re                                       :    **Chapter 11 Case No.**
                                            :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :    **08-13555 (JMP)**
                                            :
                    Debtors.                :    **(Jointly Administered)**
                                            :
                                            :
------------------------------------------------------------------x

**AMENDED NOTICE OF WITHDRAWAL OF DEBTORS' FORTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (NO DEBTOR CLAIMS) AS TO CERTAIN CLAIMANTS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "Debtors") are withdrawing without prejudice their Forty-Sixth Omnibus Objection to Claims (No Debtor Claims) [Dkt. No. 11584] solely with respect to the claims listed on Exhibit A annexed hereto. The Debtors reserve their rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated: June 20, 2011
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
| --- | --- |
| ACTIV Financial Systems, Inc. | 6085 |
| Atlantic Forms and Systems Inc. | 5634 |
| Audio Incorporated | 18295 |
| A. M. Best Company | 10424 |
| Boilermaker Trust Claims | 9807, 9814, 9815, 9817 and 9868 |
| Dav-El Reservations System, Inc. | 24929 |
| Patricio Quinn | 12565 |
| ZPR International, Inc. | 6530 |