B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP) (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Barclays Bank SA**

Name of Transferee

Name and Address where notices to transferee should be sent:
Abraham Carpintero
Cl. Mateo Inurria, 15  5ª Planta
28036  Madrid

**María Luisa Utrera Sacaluga**

Name of Transferor

Court Claim # (if known): 50674

Amount of Claim: $113.208, 00
Amount of Claim Transferred: $113.208, 00
Date Claim Filed: October 28th, 2009

Phone: 91 336 23 50
Last Four Digits of Acct #: Not applicable

Phone: +34 956 28 02 98
Last Four Digits of Acct. Not aplicable

Name and Address where transferee payments should be sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
     Agustín Jiménez Ales
Transferee/Transferee's Agent

Date: March 4 of 2011.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)  (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Barclays Bank, S.A.

Name of Transferee

Maria Pilar Gracia Cebolla

Name of Transferor

Name and Address where notices to transferee should be sent:

Abraham Carpintero
Calle Mateo Inurria, 15 5ª Planta
28036 Madrid
Spain

Court Claim # (if known):
Amount of Claim: $198.114
Amount of Claim Transferred: _____
Date Claim Filed:

Phone: +34 91 336 23 50
Last Four Digits of Acct #:   n/a

Phone:
Last Four Digits of Acct. n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:  n/a
Last Four Digits of Acct #: n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    José Luis Español Batalla
       María Fernanda Parra Moncasi
       Transferee/Transferee's Agent

Date:  16 March 2011

*[signature]*

\\NY - 035725/000002 - 2304687 v3
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 &

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)  (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Barclays Bank SA**

Name of Transferee
Name and Address where notices to transferee should be sent:
Abraham Carpintero
Cl. Mateo Inurria, 15  5ª Planta
28036  Madrid

**María Suances Gómez**

Name of Transferor
Court Claim # (if known): 45392

Amount of Claim: $84.906,00
Amount of Claim Transferred: $84.906,00
Date Claim Filed: October 23rd, 2009

Phone: 91 336 23 50
Last Four Digits of Acct #: Not applicable

Phone: 0034 91 442 22 35
Last Four Digits of Acct. Not aplicable

Name and Address where transferee payments should be sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    Agustín Jiménez Ales
    Transferee/Transferee's Agent

Date:  February 22 of 2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)  (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Barclays Bank SA** | **Minnie Murray Bradbury** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Abraham Carpintero<br>Cl. Mateo Inurria, 15  5ª Planta<br>28036  Madrid | Court Claim # (if known): 55241<br><br>Amount of Claim: $84.906, 00<br>Amount of Claim Transferred: $84.906, 00<br>Date Claim Filed: October 29th, 2009 |
| Phone: 91 336 23 50<br>Last Four Digits of Acct #: Not applicable | Phone: +34 965 79 54 28<br>Last Four Digits of Acct. Not aplicable |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Phone: Not aplicable<br>Last Four Digits of Acct #:Not aplicable | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    Agustín Jiménez Ales            Date: February 18 of 2011.
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,       Case No. 08-13555 (JMP)  (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Barclays Bank SA** | **Minnie Murray Bradbury** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Abraham Carpintero<br>Cl. Mateo Inurria, 15  5ª Planta<br>28036  Madrid | Court Claim # (if known): 55242<br><br>Amount of Claim: $84.906, 00<br>Amount of Claim Transferred: $84.906, 00<br>Date Claim Filed: October 29th, 2009 |
| Phone: 91 336 23 50<br>Last Four Digits of Acct #: Not applicable | Phone: +34 965 79 54 28<br>Last Four Digits of Acct. Not aplicable |

Name and Address where transferee payments should be sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    /Agustín Jiménez Ales
Transferee/Transferee's Agent                                    Date: February 18 of 2011.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)  (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Barclays Bank, S.A. | Nieves González González |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 47726<br>Amount of Claim: $84.906<br>Amount of Claim Transferred: _____<br>Date Claim Filed: 10/27/2009 |
| Abraham Carpintero<br>Calle Mateo Inurria, 15 5ª Planta<br>28036 Madrid<br>Spain | |
| Phone: +34 91 336 23 50<br>Last Four Digits of Acct #:   n/a | Phone:<br>Last Four Digits of Acct. n/a |
| Name and Address where transferee payments should be sent (if different from above): | |
| Phone:  n/a<br>Last Four Digits of Acct #: n/a | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    Ignacio Autrán Cerqueira                                      Date:  10 March 2011
       José Manuel Briones de Miguel
       Transferee/Transferee's Agent

WNY - 035725/000002 - 2304687 v3

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 &

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Barclays Bank, S.A. | Nieves González González |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Abraham Carpintero
Calle Mateo Inurria, 15 5ª Planta
28036 Madrid
Spain

Court Claim # (if known): 47726
Amount of Claim: $84.906
Amount of Claim Transferred: _____
Date Claim Filed: 10/27/2009

Phone: +34 91 336 23 50
Last Four Digits of Acct #:   n/a

Phone:
Last Four Digits of Acct. n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:  n/a
Last Four Digits of Acct #: n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    Ignacio Autrán Cerqueira
       José Manuel Briones de Miguel
       Transferee/Transferee's Agent

Date:  10 March 2011

\\NY - 035725/000002 - 2304687 v3

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 &

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Barclays Bank SA** | **María de los Ángeles Mosquera Ibarra** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 49554 |
| Abraham Carpintero | |
| Cl. Mateo Inurria, 15  5ª Planta | |
| 28036  Madrid | Amount of Claim: $84.906, 90 |
| | Amount of Claim Transferred: $84.906, 90 |
| | Date Claim Filed: October 27th, 2009 |
| Phone: 91 336 23 50 | Phone: +34 988 22 28 88 |
| Last Four Digits of Acct #: Not applicable | Last Four Digits of Acct. Not aplicable |

Name and Address where transferee payments should be sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    Agustín Jiménez Ales                          Date:  April 7 of 2011.
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

08-13555-mg    Doc 17917    Filed 06/20/11    Entered 06/20/11 17:44:49    Main Document
Pg 9 of 10

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Barclays Bank SA**

Name of Transferee

Name and Address where notices to transferee should be sent:
Abraham Carpintero
Cl. Mateo Inurria, 15  5ª Planta
28036  Madrid

**María del Valle Rodríguez Fernández**

Name of Transferor

Court Claim # (if known): 51122

Amount of Claim:  $84.906, 00
Amount of Claim Transferred: $84.906, 00
Date Claim Filed: October 28th, 2009

Phone: 91 336 23 50
Last Four Digits of Acct #: Not applicable

Phone: +34 91 661 37 15
Last Four Digits of Acct. Not aplicable

Name and Address where transferee payments should be sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    Agustín Jiménez Ales
    Transferee/Transferee's Agent

Date:  February 14 of 2011.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)  (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Barclays Bank, S.A. | Maria Isabel Fernández de Gobeo Ayape |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Abraham Carpintero
Calle Mateo Inurria, 15 5ª Planta
28036 Madrid
Spain

Court Claim # (if known): 47333
Amount of Claim: $198.114
Amount of Claim Transferred: _____
Date Claim Filed: 10/26/2009

Phone: +34 91 336 23 50
Last Four Digits of Acct #:   n/a

Phone:
Last Four Digits of Acct. n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:  n/a
Last Four Digits of Acct #: n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    D. Agustín Folqué Muñoz        Date:  10 May 2011
       D. Raúl Abando Ayo
       Transferee/Transferee's Agent

\\\NY - 035725/000002 - 2304687 v3

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 &