B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)  (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Barclays Bank, S.A. | Piedad Guindeo Aznarez |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 45115<br>Amount of Claim: $353.775<br>Amount of Claim Transferred: _____ |
| Abraham Carpintero<br>Calle Mateo Inurria, 15 5ª Planta<br>28036 Madrid<br>Spain | Date Claim Filed: 10/23/2009 |
| Phone: +34 91 336 23 50<br>Last Four Digits of Acct #:  n/a | Phone:<br>Last Four Digits of Acct. n/a |
| Name and Address where transferee payments should be sent (if different from above): | |
| Phone:  n/a<br>Last Four Digits of Acct #: n/a | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    D. Andrés Martínez Mosquera            Date: 29 March 2011
       D. Agustín Folqué Muñoz
       Transferee/Transferee's Agent

\\\\NY - 035725/000002 - 2304687 v3
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 &

B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Barclays Bank, S.A.                             Piedad Guindeo Aznarez

Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 45117
should be sent:                                 Amount of Claim: $353.775
                                                Amount of Claim Transferred: _____
Abraham Carpintero                              Date Claim Filed: 10/23/2009
Calle Mateo Inurria, 15 5ª Planta
28036 Madrid
Spain

Phone: +34 91 336 23 50                         Phone:
Last Four Digits of Acct #:   n/a               Last Four Digits of Acct. n/a

Name and Address where transferee payments
should be sent (if different from above):

Phone:  n/a
Last Four Digits of Acct #: n/a


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    D. Andrés Martínez Mosquera              Date: 29 march 2011
       D. Agustín Folqué Muñoz
       Transferee/Transferee's Agent

\\\\NY - 035725/000002 - 2304687 v3

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 &

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)  (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Barclays Bank SA** | **Ramón Pallés Ruiz** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Abraham Carpintero<br>Cl. Mateo Inurria, 15  5ª Planta<br>28036  Madrid | Court Claim # (if known): 55063<br><br>Amount of Claim: $84.906, 00<br>Amount of Claim Transferred: $84.906, 00<br>Date Claim Filed: October 29th, 2009 |
| Phone: 91 336 23 50<br>Last Four Digits of Acct #: Not applicable | Phone: +34 93 211 05 58<br>Last Four Digits of Acct. Not aplicable |

Name and Address where transferee payments should be sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    Agustín Jiménez Ales            Date: March 16 of 2011.
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,  Case No. 08-13555 (JMP) (Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Barclays Bank SA** | **Nuria Antón Segador** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 49625 |
| Abraham Carpintero | |
| Cl. Mateo Inurria, 15 5ª Planta | |
| 28036 Madrid | Amount of Claim: $84.906,00 |
| | Amount of Claim Transferred: $84.906,00 |
| | Date Claim Filed: October 27th, 2009. |
| Phone: 91 336 23 50 | Phone: +34 |
| Last Four Digits of Acct #: Not applicable | Last Four Digits of Acct. Not aplicable |

Name and Address where transferee payments should be sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina
    Agustín Jiménez Ales            Date: March 10 of 2011.
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.