**HEARING DATE AND TIME: June 30, 2011 at 10:00 a.m. (Eastern Time)**

WINSTON & STRAWN LLP
David Neier
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
dneier@winston.com

*Attorneys for Federal National Mortgage Association*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re:                                                      : Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   : Case No. 08-13555 (JMP)
                                                            : Jointly Administered
                        Debtors.                            :
---------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF LIMITED
RESPONSE AND RESERVATION OF RIGHTS OF
THE FEDERAL NATIONAL MORTGAGE ASSOCIATION TO
DEBTORS' ONE HUNDRED TWENTY-SEVENTH OMNIBUS
OBJECTION TO CLAIMS (SETTLED DERIVATIVES CLAIMS)**

PLEASE TAKE NOTICE that Federal National Mortgage Association hereby withdraws its Limited Response and Reservation of Rights dated May 17, 2011 [Docket No. 16890] regarding the One Hundred Twenty-Seventh Omnibus Objection to Claims (Settled Derivatives Claims) April 18, 2010 [Docket No. 16111] filed by Lehman Brothers Special Financing, Inc. and its affiliated debtors in the above-captioned cases.

Dated: June 21, 2011
       New York, New York

                        WINSTON & STRAWN LLP

                        By:   /s/ David Neier
                              David Neier
                        200 Park Avenue
                        New York, N.Y. 10166
                        Telephone (212) 294-6700
                        Facsimile (212) 294-4700
                        denier@winston.com

                        *Attorneys for Federal National Mortgage Association*