*Flat 5*
*25 Elvaston Place*
*London SW7 5NL*
*United Kingdom*

The Clerk of the Court,
United States Bankruptcy Court for the Southern District of New York
Courtroom 601,
One Bowling Green,
New York, New York 10004,
United States of America

13 June 2011

By Courier

Dear Sirs,

**Objection of Christiane Schuster to Debtors' One Hundred Thirty-Fifth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity interests) (Objection)**

My letter dated 2 June 2011 and its enclosed Objection referred in error to the One Hundred Thirtieth Omnibus Objection to Claims when it should have referred to the Hundred Thirty-Fifth Omnibus Objection to Claims.

I enclose the correctly entitled Objection of Christiane Schuster to Debtors' One Hundred Thirty-Fifth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity interests).

I have also sent copies of this letter and the Objection to (i) the attorneys for the Debtors; (ii) The Office of the United States Trustee for Region 2; (iii) the Clerk of the Court; and (iv) the attorneys for the official committee of unsecured creditors.

Yours truly,

Christiane Schuster