BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street, P.O. Box 9729
Portland, Maine 04104-5029
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
Michael A. Fagone, Esq.
Jeremy R. Fischer, Esq.
*Counsel for Citibank, N.A. and Wilmington Trust Company*
*in their respective capacities as indenture trustees*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.,*<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 08-13555(JMP)**<br><br>**Jointly Administered** |

## CERTIFICATE OF SERVICE

I, Michael A. Fagone, hereby certify that on June 21, 2011, I caused true and correct copies of the *Response of Citibank, N.A., and Wilmington Trust Company, to Debtors' One Hundred Ninth Omnibus Objection to Claims (Insufficient Documentation)* to be served via overnight mail on the following parties: (i) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Waisman, Esq.), (ii) Reilly Pozner LLP, 1900 16th Street, Suite 1700, Denver, Colorado 80202 (Attn: Michael Rollin, Esq.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta G. Gasparini, Esq. and Andrea B. Schwartz, Esq.); and (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.).

Dated: Portland, Maine
       June 21, 2011

By: */s/ Michael A. Fagone*
    Michael A. Fagone