UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re : Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)

: (Jointly Administered)

Debtors. :

------------------------------------------------------------x   Ref. Docket No. 9029

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 16, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
20th day of June, 2011
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 9029_Aff 06-16-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    CREDIT SUISSE
               ATTN: ALLEN GAGE
               1 MADISON AVE
               NEW YORK NY 10010


Additional:    CREDIT SUISSE
               CRAVATH, SWAINE & MOORE LLP
               ATTN: RICHARD LEVIN
               WORLDWIDE PLAZA
               825 EIGHTH AVENUE
               NEW YORK NY 10019




Transferee:    BANK JULIUS BAER & CO. LTD.
               PATRICK ROOS/MICHAEL GERNY
               BAHNOFSTRASSE 36
               ZURICH CH-8010 SWITZERLAND



**Your transfer    of claim #    55829    is defective for the reason(s) checked below:**

Other                                      CURRENCY FOR ISIN XS0187966949 DOES NOT MATCH




Docket Number PORTION OF 9029        Date 05/13/10


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 16, 2011.

# EXHIBIT B

TIME: 15:12:51
DATE: 06/16/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| BANK JULIUS BAER & CO. LTD. | PATRICK ROOS/MICHAEL GERNY BAHNOFSTRASSE 36 ZURICH   CH-8010 SWITZERLAND |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |

Total Number of Records Printed         3

EPIQ BANKRUPTCY SOLUTIONS, LLC