**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC., *et al.*,** | **08-13555 (JMP)** |
| | **(Jointly Administered)** |
| **Debtors.** | |
| | **Ref. Docket Nos. 17415, 17622, 17626, 17631, 17636, 17637, 17639, 17641-17646, 17648-17650, 17654, 17657, 17661, 17667, 17675, 17679, 17696** |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 16, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
21st day of June, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |
|---|---|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: KAUPTHING BANK HF.
RESOLUTION COMMITTEE
ATTN: PAL RYFORS
BORGARTUN 19
REYKJAVIK IS-105
ICELAND

KAUPTHING BANK HF.
MARK BERMAN, ESQ.
NIXON PEABODY LLP
100 SUMMER STREET
BOSTON MA 02110

Please note that your claim # 58475-02 in the above referenced case and in the amount of $181,018,317.76 has been transferred **(unless previously expunged by court order)**

KAUPTHING BANK HF.
TRANSFEROR: KAUPTHING BANK HF.
RESOLUTION COMMITTEE
ATTN: ORN GUOMUNDSSON
BORGARTUN 26
IS-105 REYKJAVIK
ICELAND

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 17415 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/16/2011

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 16, 2011.

# EXHIBIT B

| Name | Address |
|---|---|
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: CREDIT SUISSE ATTN: PATRICK ROOS/MICHAEL GERNY BAHNOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND |
| BIOPROJET PHARMA | 9 RUE RAMEAU PARIS 75002 FRANCE |
| CHIU HOR, TAM | FLT C 5/F KING TIEN MANSION TAI KOO SHING, HK HONG KONG |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS REAL ESTATE MEZZANINE ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS L.P. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| GOLDMAN SACHS LENDING PARTNERS LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SERENGETI RAPAX MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| IP BIK HA | 2/F NO.138 WONG KA WAI AREA 26 TUEN MUN NT HONG KONG |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: BIOPROJET PHARMA ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| KAUPTHING BANK HF. | MARK BERMAN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| KAUPTHING BANK HF. | RESOLUTION COMMITTEE ATTN: PAL RYFORS BORGARTUN 19 REYKJAVIK IS-105 ICELAND |
| KAUPTHING BANK HF. | TRANSFEROR: KAUPTHING BANK HF. RESOLUTION COMMITTEE ATTN: ORN GUOMUNDSSON BORGARTUN 26 IS-105 REYKJAVIK ICELAND |
| LAM WAI MING / LI LAI SHAN | 3312 33/F, MING WIK HOUSE KIN MING ESTATE TSEUNG KWAN O NT HONG KONG |
| LAM WAI MO | FLAT D 5/F LILY COUURT WORLD-WIDE GARDENS NO. 9 LUNG PAK STREET SHATIN, NT HONG KONG |
| LAU CHI KAN & WAN KAM FONG, WYLA | FLAT D 19/F KWUN TIEN MANSION TAI KOO SHING HONG KONG |
| LAU FAI SHUN | 9/F 90B BROADWAY MEI FOO SUN CHUEN LAI CHI KOK KLN HONG KONG |
| LAU HIN FAI | ROOM 14 10/F BLOCK A HONG WAH COURT 2 LIN TAK ROAD LAM TIN, KLN HONG KONG |
| LAU HOI, FUNG | FLAT F 42/F BLOCK 12 DISCOVERY PARK TSUEN WAN HONG KONG |
| LAU KIT YI CECILIA | FLAT G 2/F KA SHING HOUSE KA WAI ESTATE HUNG HOM KLN HONG KONG |
| LAU WAI WAN | FLAT A1 5/F PARK VIEW COURT NO. 1 LYTTELTON ROAD MID-LEVELS, HK HONG KONG |
| LAW CHI KEUNG, CHARLES | FLAT A 3/F FORTUNE COURT 43 KENNEDY ROAD WAN CHAI, HK HONG KONG |
| LEE CHI ON / KWONG MEI YIN | FLAT 40 10/F BLOCK B NAIRN HOUSE NO.2-4 PRINCESS MARGARET ROAD HO MAN TIN KOWLOON HONG KONG |
| LEE CHIEN | HOUSE C13 FORTUNE GARDEN 72 TING KOK ROAD TAI PO, NT HONG KONG |
| LEE FUN FUN | FLAT E 5/F BLOCK 7 ISLAND HARBOURVIEW HOI FAI ROAD TAI KOK TSUI KLN HONG KONG |
| LEE KA YING ELIZABETH / TEY CHENG TUCK | FLAT A 26/F TOWER 5 WATERFRONT 1 AUSTIN ROAD WEST TSIM SHA TSUI KLN HONG KONG |
| LEE KYOUNG HAN | ROOM 1-2 10/F TOWER 2 SOUTH SEAS CENTRE NO. 75 MODY ROAD TSIM SHA TSUI HONG KONG, KLN HONG KONG |
| LEE SAN KONG / TSOI PIK NGAI | FLT 3406 NGA LAM HSE TSUI LAM EST TSEUNG KWAN O, NT HONG KONG |
| LEE SHU, YUK | ROOM 15A HIGHVIEW 1A COX'S ROAD TSIMSHATSUI, KLN HONG KONG |
| LEE WAN LIN | ROOM 8 4/F SIU YIN HOUSE SIU HONG COURT TUEN MUN, NT HONG KONG |
| LEE WING KAI, JEFFERSON | ROOM 1C BLOCK 11 YEE FUNG COURT SOUTH HORIZONS AP LEI CHAU HONG KONG |
| LEE WING TAK | FLAT A 19/F 22 BROADWAY MEI FOO SUN CHUEN LAI CHI KOK KLN HONG KONG |
| LEE YUK WAH/ KU MUN WAH | FLAT H 47/F BLOCK 6 RAMBLER CREST TSING YI, NT HONG KONG |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE | PARTNERS, L.P. ATTN: YON CHO & JOHN RANDALL 280 PARK AVE 35TH FLOOR WEST NEW YORK NY 10017 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS L.P. | KIRKLAND & ELLIS LLP ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS L.P. | ATTN: YON CHO & JOHN RANDALL 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEUNG KAM CHING | FLAT E 27/F BLOCK 25 PARK ISLAND MA WAN HONG KONG |
| LEUNG KIN MING | FLAT D 21/F BLOCK 2 BAILEY GARDEN NO. 23 BAILEY STREET HUNG HOM, KLN HONG KONG |
| LEUNG KWOK KAY / YIP MOON SZE | FLAT B 15/F BLOCK 19 PARK ISLAND MA WAN NT HONG KONG |
| LEUNG LAI YING SHADOW | FLAT H 9/F BLOCK 9 ROYAL ASCOT NO.1 TSUN KING ROAD SHATIN NT HONG KONG |
| LEUNG LAU, YING | FLAT A 16/F HERRISEN 5 8 MAN WAN ROAD HO MAN TIN, KLN HONG KONG |
| LEUNG TSUN, KONG / LEE YUK, TSING | RM 2205 BLK Q AMOY GARDENS 77 NGAU TUK KOK RD NGAU TUA KOK, KLN HONG KONG |
| LEUNG WAI LAM / HAU SIU PING | FLAT B 16/F BLOCK 16 SOUTH HORIZONS AP LEI CHAU, HK HONG KONG |
| LEUNG WING WAI | FLAT B 2/F EDWARD HEIGHTS 309 PRINCE EDWARD ROAD WEST KOWLOON TONG, KLN HONG KONG |
| LEUNG WOON CHING | RM 406 HEI MING HSE YUK MING CRT TSEUNG KWAN O KOWLOON HONG KONG |
| LEUNG, CHING YI SYLVIA | FLT H 20/F BLK 3 NERINE COVE 23 HUANG FU STREET TUEN MUN NT HONG KONG |
| LEUNG, CHUNG FAT | ROOM H 25/F BLOCK 5 BROADVIEW GARDEN 1 TSING LUK STREET TSING YI NT HONG KONG |
| LI CHAO | ROOM 13 30/F BLOCK E KORNHILL QUARRY BAY HK HONG KONG |

| Name | Address |
|---|---|
| LI CHEUK KEI | FLAT A, 22/F, BLOCK 6, EAST POINT CITY TSEUNG KWAN O HONG KONG |
| LI WAI YING | FLAT 3 19/F WAN SUN HSE WAMG FOOK COURT TAI PO NT HONG KONG |
| LI WAN KEI | FLAT 1908 19/F BLOCK B BELL HOUSE 525 NATHAN ROAD YAU MA TEI KLN HONG KONG |
| LI WAN, CHUNG | G/F TUNG WONG BLDG 16C MAIN ST. EAST SHAUKIWAN HONG KONG |
| LI YUK YI | ROOM 13 9/F NGA KWAI HOUSE KWAI CHUNG ESTATE KWAI CHUNG, NT HONG KONG |
| LIEW, MILLY | FLAT A 13/F TOWER 1 CARMEN'S GARDEN 9 COX'S ROAD TSIM SHA TSUI KLN HONG KONG |
| LIU KIT PING | FLAT A 11/F MERRY TERRACE 4 SEYMOUR ROAD MID-LEVELS HK HONG KONG |
| LO KIN TAK | ROOM 1502 15/F TSUI LUN HOUSE SIU LUN COURT TUEN MUN, NT HONG KONG |
| LO KUEN KONG / KWOK LAI WAI ANGELINA | FLAT C 2/F BLOCK 5 PRISTINE VILLA TO FUNG SHAN ROAD SHATIN NT HONG KONG |
| LOU KA YEE, WENDY | ROOM 3 15/F BLOCK U TELFORD GARDEN KOWLOON BAY, KLN HONG KONG |
| LUAN JINGLIANG | ROOM 703 7/F TOWN PLACE FOOK LEE COMMERCIAL CENTRE 33 LOCKHART ROAD WANCHAI, HK HONG KONG |
| LUI MAN WAI | FLAT B 12/F BLOCK 1 PALM MANSIONS WHAMPOA GARDEN HUNG HOM, KLN HONG KONG |
| LUI SHUK YAN JACKIE | FLT B4 HILLTOP NO.60 CLOUDVIEW RD NORTH POINT, HK HONG KONG |
| LUI YUK CHING | FLAT A 8/F NO.28 BROADWAY MEI FOO SUN CHUEN LAI CHI KOK KOWLOON HONG KONG |
| LUK KAI CHUNG | FLAT D 18/F BLOCK B BEVERLEY HEIGHTS BELAIR GARDEN SHATIN, NT HONG KONG |
| LUN CHI MAN | FLAT C 11/F MAN HOO COURT NO. 448 NATHAN ROAD YAU MA TEI, KLN HONG KONG |
| MA ERIC KING FAI | FLAT A 11/F FRIENDSHIP COURT 22 BLUE POLL ROAD HAPPY VALLEY HK HONG KONG |
| MA LAI NO DILYS | ROOM 2006 20/F FU KEUNG COURT LOK FU, KLN HONG KONG |
| MA MING CHU | 11/F 54 KADOORIE AVENUE HOMANTIN KLN HONG KONG |
| MA SIU WING | 1710 FLAT C BELL HOUSE 543 NATHAN ROAD MONGKOK, KLN HONG KONG |
| MAK MAY, FAT & HO LAI, WA | FLAT G 37/F BLK 3 ON NING GARDEN SHEUNG NING ROAD TSEUNG KWAN O, KLN HONG KONG |
| MAK SAI, CHI | FLAT D 6/F BLOCK 35 CITY ONE SHATIN SHATIN, NT HONG KONG |
| MAN LAI YING | UNIT A 33/F BLOCK 5 VISION CITY 1 YEUNG UK ROAD TSUEN WAN, NT HONG KONG |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: UNION INVESTMENT LUXEMBOURG S.A. ATTN: SIMON ORR 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: SETH DENSON 214 NORTH TRYON STREET 15TH FLOOR CHARLOTTE NC 28255 |
| NG BIK, SAI | FLAT F 21/F BLOCK 9 YEE NGAR COURT SOUTH HORIZONS AP LEI CHAU HONG KONG |
| NG LAI HA | ROOM 2604 CHOI TIN HOUSE HING TIN ESTATE LAM TIN KWUN TONG, KLN HONG KONG |
| NG PO LEE | ROOM 1 7/F CHUNG YUEN BUILDING 3 LOK KWAN STREET TAI KOK TSUI KOWLOON HONG KONG |
| NG WAI FUN, YVONNE | FLAT C 7/F 65 SING WOO ROAD HAPPY VALLEY HK HONG KONG |
| NG WAI PUN STANLEY / LEE HUI YENG CHRISTINA | 1ST FLOOR YAU YAT CHUEN 24 BEGONIA ROAD KOWLOON HONG KONG |
| NG YIK HEI | FLAT A65 MAPLE GARDENS 80 CASTLE PEAK ROAD YUEN LONG HONG KONG |
| NG YU CHENG YING | FLAT C 2/F BLOCK 3 BELVENDERE GARDEN PHASE 1 TSUEN WAN HONG KONG |
| NGAI CHUI MEI DOREEN | 1/F FLAT A FU KING BUILDING 14-16 ON FU ROAD TAI PO NT HONG KONG |
| NGAN POK MAN / SHUM WING YEE | FLAT A4 21/F BLOCK A GARDEN VISTA NO. 11-13 ON KING STREET SHATIN NT HONG KONG |
| NGAU YIN | GUAN CHENG YAN (NORTH) BUILDING 6 5-A MADIAN HAIDIAN DISTRICT BEIJING 100088 CHINA |
| OR PING FAI / CHUNG YUEN YEE | FLAT A 2/F 28 BROADWAY MEI FOO SUN CHUEN MEI FOO, KLN HONG KONG |
| OR PO, CHOI | FLT A1 9/F TSIM SHA TSUI MANSION 83 NATHAN ROAD TSIM SHA TSUI KOWLOON HONG KONG |
| PANG, CHI | G/F 46 SUN CHUEN STREET TSUEN WAN, NT HONG KONG |
| PONG CHEUK KWAN | FLAG G 57/F BLOCK 10 LE POINT TSEUNG KWAN O NT HONG KONG |
| POON CHUI NGOR | FLAT C 5/F BLOCK 26 BAGUIO VILLA 555 VICTORIA ROAD POK FU LAM HONG KONG |
| POON MING TAK | FLAT 6A PINE HILL MANSION 128 AUSTIN ROAD TSIM SHA TSUI, KLN HONG KONG |
| SAIMOND, IP | 26/F BLOCK 28 BAGUIO VILLA POKFULAM HK HONG KONG |
| SETO LAI KING | FLT 2004 20/F BLK A YAU HONG HSE TIN YAU COURT TIN SHUI WAI NT HONG KONG |
| SIMON LEE LE LILY | SUITES 2111-13 21/F PRUDENTOAL TOWER THE GATEWAY HARBOR CITY TSIM SHA TSUI HONG KONG |
| SIU SIU KWAN | FLAT E 14/F TOWER 3 HOI NGAR COURT SOUTH HORIZONS AP LEI CHAU HONG KONG |
| SIU, SHEUNG MAN | FLAT B 2/F BLOCK 11 PROVIDENT CENTRE NORTH POINT HK HONG KONG |
| SO CHUI WAI SHUN, ELIZABETH | 3/F LOONG FUNG TERRACE 89 TAI HAND ROAD TAI HANG, HK HONG KONG |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH CT 06830 |
| SSIG SPF ONE LQ, LLC | TRANSFEROR: SAIMOND, IP C/O GOLDMAN SACHS & CO. 30 HUDSON STREET, 17TH FLOOR JERSEY CITY NJ 07302 |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHIU HOR, TAM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: IP BIK HA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAM WAI MING / LI LAI SHAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAM WAI MO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |

| Name | Address |
|---|---|
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAU CHI KAN & WAN KAM FONG, WYLA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAU FAI SHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAU HIN FAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAU HOI, FUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAU KIT YI CECILIA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAU WAI WAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAW CHI KEUNG, CHARLES 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEE CHI ON / KWONG MEI YIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEE CHIEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEE FUN FUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEE KA YING ELIZABETH / TEY CHENG TUCK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEE KYOUNG HAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEE SAN KONG / TSOI PIK NGAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEE SHU, YUK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEE WAN LIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEE WING KAI, JEFFERSON 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEE WING TAK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEE YUK WAH/ KU MUN WAH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEUNG KAM CHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEUNG KIN MING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEUNG KWOK KAY / YIP MOON SZE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEUNG LAI YING SHADOW 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEUNG LAU, YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEUNG TSUN, KONG / LEE YUK, TSING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEUNG WAI LAM / HAU SIU PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEUNG WING WAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEUNG WOON CHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEUNG, CHING YI SYLVIA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEUNG, CHUNG FAT 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LI CHAO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LI CHEUK KEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LI WAI YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LI WAN KEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LI WAN, CHUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LI YUK YI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LIEW, MILLY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LIU KIT PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LO KIN TAK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LO KUEN KONG / KWOK LAI WAI ANGELINA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LOU KA YEE, WENDY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LUAN JINGLIANG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LUI MAN WAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LUI SHUK YAN JACKIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LUI YUK CHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LUK KAI CHUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LUN CHI MAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: MA ERIC KING FAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: MA LAI NO DILYS 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: MA MING CHU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: MA SIU WING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: MAK MAY, FAT & HO LAI, WA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: MAK SAI, CHI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: MAN LAI YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: NG BIK, SAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: NG LAI HA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: NG PO LEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |

| Name | Address |
|---|---|
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: NG WAI FUN, YVONNE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: NG WAI PUN STANLEY / LEE HUI YENG CHRISTINA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: NG YIK HEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: NG YU CHENG YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: NGAI CHUI MEI DOREEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: NGAN POK MAN / SHUM WING YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: NGAU YIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: OR PING FAI / CHUNG YUEN YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: OR PO, CHOI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: PANG, CHI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: PONG CHEUK KWAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: POON CHUI NGOR 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: POON MING TAK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: SETO LAI KING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: SIMON LEE LE LILY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: SIU SIU KWAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: SIU, SHEUNG MAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: SO CHUI WAI SHUN, ELIZABETH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: SUM KA WAI ROSA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: SUN JIANYI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: SUN KAI CHEONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: SUNG HOK CHUN JACKY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: SZE MEI FANG, SUSAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: SZE YUK YI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TAI CHI SING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TAM GLORIA PUN YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TAM MEI MEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TAM SUN FOOK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TAN SONG PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TANG SOK HAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TING MAN NIN ARTHUR / CHAN SIU LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TO KIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TO SIU YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TSANG HEUNG CHUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TSANG PO, KIU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TSE SEM HANG PETER 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TSE WAI PIU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TSI WAI LING, JUDY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WAN CHI HANG FRANCO / MAN WAI LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WANG, KUAN YA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WANG, SZU HAN & YANG, SHANG-JU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG CHOW TO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG HING LUN ANDREW ANDY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG KAI MING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG KIT LING JESSICA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG KWAI CHI, GRACE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG KWONG CHUNG JAMES 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG MAK SUK YEE, ANNE & SHU PUN, LOUIS 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG PO CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG PUI, YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG SIU HONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG TAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG WAI FONG CHRISTINE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG WAI, HUNG & HONG YIM PING, PELEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG WING, SZE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG, KIN NGOR 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |

| Name | Address |
|---|---|
| SUM KA WAI ROSA | A/F 107 KAU PUI LUNG ROAD TO KWA WAN HONG KONG |
| SUN JIANYI | HOUSE 79 BOULEVARD DULAC THE BEVERKY HILLS 23 SAM MUN TSAI ROAD TAI PO HONG KONG |
| SUN KAI CHEONG | FLAT B 10/F TOWER 1 CARMEN'S GARDEN 9 COX'S ROAD TSIM SHA TSUI HONG KONG |
| SUN KAI CHEONG | FLAT B 10/F TOWER 1 CARMEN'S GARDEN 9 COX'S ROAD TSIM SHA TSUI KLN HONG KONG |
| SUNG HOK CHUN JACKY | HOUSE 5 SEAVIEW VILLAS 18 YIN TSE LANE TAI PO KAU TAI PO, NT HONG KONG |
| SZE MEI FANG, SUSAN | FLAT G 9/F BANYAN MANSION TAIKOO SHING QUARRY BAY HONG KONG |
| SZE YUK YI | ROOM 3 15/F TING FUNG HOUSE NING FUNG COURT 99 LEI MUK ROAD KWAI CHUNG, NT HONG KONG |
| TAI CHI SING | FLAT D 34/F SKYLINE PLAZA 88 TAI HO ROAD TSUEN WAN, NT HONG KONG |
| TAM GLORIA PUN YEE | 4/F 2 AH KUNG NGAM RD SHAUKEIWAN HONG KONG |
| TAM MEI MEI | FLAT C 40/F TOWERS 5 OCEAN SHORES 88 O KING ROAD TSEUNG KWAN O, NT HONG KONG |
| TAM SUN FOOK | FLAT C 23/F TOWER 6 TIERRA VERDE 33 TSING KING ROAD TSING YI HONG KONG |
| TAN SONG PING | APARTMENT F 10/F PEARL GARDENS 7 CONDUIT ROAD MID-LEVELS HONG KONG |
| TANG SOK HAN | FALT F 31 SUNG FUNG COURT HARBOUR HEIGHTS 3 FOOK YAM ROAD NORTH POINT HONG KONG |
| TING MAN NIN ARTHUR / CHAN SIU LING | FLAT H 8/F BLOCK 12 A LAGUNA VERDE HUNG HOM KLN HONG KONG |
| TO KIN | FLT A 15/F TOWER 5 YAT SING MANSION 49 TAI HONG STREET SAI WAN HO HK HONG KONG |
| TO SIU YING | FLAT B 12/F WEALTHY COURT 441-449 CHATHAM ROAD NORTH HUNG HOM KLN, HONH KONG HONG KONG |
| TSANG HEUNG CHUNG | ROOM 5 12/F NGA LAM HOUSE TSUI LAM ESTATE TSEUNG KWAN O, NT HONG KONG |
| TSANG PO, KIU | RM 2705 27/F HONG KEUNG COURT NO.23 HENG LAM STREET LOK FU, KLN HONG KONG |
| TSE SEM HANG PETER | FLT E 40/F BLK 1 VILLA ESPLANADA 8 NGA YING CHAU STREET TSING YI, NT HONG KONG |
| TSE WAI PIU | FLAT D G/F HO LEE BUILDING 29-31 SANDS STREET KENNEDY TOWN HK HONG KONG |
| TSI WAI LING, JUDY | NO 28 2ND STREET SECTION H FAIRVIEW PARK YLGYLG51 YUEN LONG HONG KONG |
| WAN CHI HANG FRANCO / MAN WAI LING | FLAT E 55/F BLK 6 VISION CITY 1 YEUNG UK ROAD TSUEN WAN NT HONG KONG |
| WANG, KUAN YA | 6/F-2 NO.6 125 ALLEY SECTION 3 MING-CHUNG EAST ROAD TAIPEI TAIWAN, PROVINCE OF CHINA |
| WANG, SZU HAN & YANG, SHANG-JU | NO.19 LANE 660 HUA CHENG RD HSIN CHUANG CITY TAIPEI HSIEN 242 TAIWAN, PROVINCE OF CHINA |
| WONG CHOW TO | 1725 MAN WO HOUSE WO CHE ESTATE SHATIN NT HONG KONG |
| WONG HING LUN ANDREW ANDY | HOUSE A7 MONTE CARLO VILLAS 25 CASTLE PEAK ROAD CASTLE PEAK BAY TUEN MUN NT HONG KONG |
| WONG KAI MING | FLAT A 12/F BLOCK 6 GRAND PALISADES NO.8 SHAN YIN ROAD TAI PO, NT HONG KONG |
| WONG KAI MING | FLAT B 15/F NAM HOI MANSION TAIKOO SHING QUARRY BAY HK HONG KONG |
| WONG KIT LING JESSICA | ROOM 1020 LIM KIT HOUSE LI CHENG UK ESTATE SHAM SHUI PO, KLN HONG KONG |
| WONG KWAI CHI, GRACE | ROOM 2 28/F TONG WONG HOUSE TONG MING COURT TSEUNG KWAN O HONG KONG |
| WONG KWONG CHUNG JAMES | ROOM 14 7/F BLOCK A VERISTRONG INDUSTRIAL CENTRE 34-36 AU PUI WAN STREET FO TAN, NT HONG KONG |
| WONG MAK SUK YEE, ANNE & SHU PUN, LOUIS | FLT A 7/F FOUR SEA MANSION NO.260 LOCKHART ROAD WAN CHAI HONG KONG |
| WONG PO CHUN | 6/F NO.48 SOUTH WALL ROAD KOWLOON CITY KOWLOON HONG KONG |
| WONG PUI, YING | FLT D 7/F BLK 2 CHARMING GARDEN 16 HOI TING ROAD MONGKOK, KLN HONG KONG |
| WONG SIU HONG | FLAT D 23/F HOI TIEN MANSION 15 TAIKOO WAN ROAD TAIKOO SHING QUARRY BAY HK HONG KONG |
| WONG TAI | 19 CAIRNHILL CIRCLE # 01-03 SINGAPORE |
| WONG WAI FONG CHRISTINE | FLT G 16/F BLK 10 LAGUNA VERDE PHAE 2A HUNG HOM KOWLOON HONG KONG |
| WONG WAI, HUNG & HONG YIM PING, PELEN | HOUSE 20 MIAMI CRESCENT 328 FAN KAM ROAD SHEUNG SHUI HONG KONG |
| WONG WING, SZE | ROOM 18 21/F KA WO HOUSE PO NGA COURT TAI PO HONG KONG |
| WONG, KIN NGOR | FLAT A2 13/F BLOCK A JADE COURT 48-49 KENNEDY TOWN PRAYA KENNEDY TOWN HK HONG KONG |

Total Number of Records Printed 258