**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                    :    Chapter 11 Case No.
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,             :    08-13555 (JMP)
                                                         :    (Jointly Administered)
          Debtors.                                       :
                                                         :
---------------------------------------------------------------x    Ref. Docket Nos. 17605 & 17631

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 17, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
21st day of June, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 17939    Filed 06/21/11    Entered 06/21/11 16:26:36    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:   CHEUNG WAI CHING
              FLAT C 5/F BLOCK 5
              JUNIPER MANSIONS
              WHAMPOA GARDEN SITE 1
              HUNG HOM
              KLN HONG KONG

Additional:

Transferee:   STANDARD CHARTERED BANK (HONG KONG) LTD.
              21/F STANDARD CHARTERED TOWER
              388, KWUN TONG ROAD
              HONG KONG HONG KONG

**Your transfer** of claim # 38698 is defective for the reason(s) checked below:

Amount On Transfer Agreement Does Not Match

Docket Number 17605          Date 06/13/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 17, 2011.

# EXHIBIT B

TIME: 11:54:28
DATE: 06/17/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| CHEUNG WAI CHING | FLAT C 5/F BLOCK 5 JUNIPER MANSIONS WHAMPOA GARDEN SITE 1 HUNG HOM KLN    HONG KONG |
| CHUNG SIU YUNG | RM 1201 12/F TUNG YUEN HOUSE CHUK YUEN NORTH ESTATE WONG TAI SIN KLN    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |

Total Number of Records Printed     3

EPIQ BANKRUPTCY SOLUTIONS, LLC