UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :    (Jointly Administered)
                    Debtors.                                :
                                                            :
------------------------------------------------------------x    Ref. Docket Nos. 16639, 16642,
                                                                 17298, 17307, 17606, 17622, 17651,
                                                                 17653, 17659, 17691, 17692, 17695,
                                                                 17699, 17700, 17701-17703, 17705,
                                                                 17711-17715, 17717, 17718, 17720,
                                                                 17728, 17739, 17744, 17746

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 17, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
21st day of June, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>             Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   MERRILL LYNCH INTERNATIONAL
      TRANSFEROR: SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH
      ATTN: JAMES RUSSELL
      2 KING EDWARD STREET
      LONDON    EC1A 1HQ
      UNITED KINGDOM
```

Please note that your claim # 62901-04 in the above referenced case and in the amount of
      $2,962,000.00          has been transferred **(unless previously expunged by court order)**

```
      ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP
      TRANSFEROR: MERRILL LYNCH INTERNATIONAL
      CHRIS SCHOFIELD
      ALDEN GLOBAL CAPITAL
      885 THIRD AVENUE
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 16639     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/17/2011                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 17, 2011.

**EXHIBIT B**

```
TIME: 12:57:58                                              LEHMAN BROTHERS HOLDING INC.                                                        PAGE:  1
DATE: 06/17/11                                                    CREDITOR LISTING

Name                                                Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES               TRANSFEROR: MERRILL LYNCH INTERNATIONAL CHRIS SCHOFIELD ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, LP
BANK LEUMI LE-ISRAEL B.M.                           ATTN: PROF DANIEL TSIDDON, HEAD OF CAPITAL MARKETS DIVISION 35 YEHUDA HALEVI STREET TEL AVIV   65136 ISRAEL
BANK LEUMI LE-ISRAEL B.M.                           BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019
CHAN CHUNG, MAN & LEUNG SUI, YEE                    FLAT C 5/F PETER'S HOUSE 55/57 MING FUNG ST FUNG WONG VILLAGE WONG TAI SIN, KLN, HONG KONG
CHAN HOW CHU                                        ROOM 2314 YZZ KUI HOUSE TSING YI ESTATE TSING YI, NT   HONG KONG
CHAN HUNG KIN CLIVE                                 FLAT B 27/F TOWE 8 PARK AVENUE 18 HOI TING ROAD KLN   HONG KONG
CHAN KIM HUNG CORDILLEA                             FLAT C 8/F BLOCK 23 HSIA KUNG MANSION TAIKOO SHING QUARRY BAY, HK   HONG KONG
CHAN KWOK MING                                      C/O FEOSO OIL LIMITED 11/F FEOSO BUILDING 877 LAI CHI KOK ROAD LAI CHI KOK, KLN   HONG KONG
CHAN LAI FAN                                        ROOM 1 14/F BLOCK E KAM DAT HOUSE KAM YING COURT MA ON SHAN, NT   HONG KONG
CHAN PAK LIN                                        FLAT E 39/F, BLOCK 5 OSCAR BY THE SEA PUNG LOI ROAD 8 TSEUNG KWAN O, KLN   HONG KONG
CHAN SAU MUI CATHERINA                              HOUSE 4 SILVERSTRAND GARDEN 11 SILVERSTRAND BEACH ROAD CLEAWATER BAY SAI KUNG NT   HONG KONG
CHAN YUK CHUN                                       FLAT B 25/F BLOCK 4 PROSPEROUS GARDEN TUNG KUN STREET YAUMATEI, KLN   HONG KONG
CHANG WAN RAY-WEN                                   6F-1 NO.233 HSIN-YI ROAD SEC 4 TAIPEI   TAIWAN, PROVINCE OF CHINA
CHENG CHING FUN / CHAN CHONG                        FLAT A 3/F TOWER 3 GREENFIELD GARDEN TSING YI NT   HONG KONG
CHENG SAU, WAI                                      FLT G 5/F BLK 1 MOUNT HAVEN 3 LIU TO ROAD TSING YI   HONG KONG
CHENG YUET SUEN                                     FLAT L 14/F JUMBO COURT 3 WELFARE ROAD ABERDEEN, HK   HONG KONG
CHEUNG CHEUNG HOI PETER                             ROOM 1501 15/F MALAYSIA BUILDING 47-50 GLOUCESTER ROAD WAN CHAI, HK   HONG KONG
CHEUNG CHI, SHING                                   FLAT A 27/F BLOCK 13 CHI FU FA YUEN POK FU LAM   HONG KONG
CHEUNG WAH YAU                                      G/F 12 TAI PO TAU TSUEN TAI PO NT   HONG KONG
CHEUNG, SUI WING DARIUS / MAK WAI FUN               FLT A 10/F BLK 17 VILLA RHAPSODY SYMPHONY BAY SAI KUNG KLN   HONG KONG
CHEWTON CAPITAL LTD.                                TRANSFEROR: BANK LEUMI LE-ISRAEL B.M. C/O WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET GEORGE TOWN,
                                                    GRAND CAYMAN   KY1-9002 CAYMAN ISLANDS
CHIU LAM SHING                                      FLAT H 5/F BLOCK 1 VILLA CONCETO SYMPHONY BAY 530 SAI SHA ROAD SAI KUNG NT   HONG KONG
CHONG HING KWAN                                     ROOM 2 25/F CHOI PAK HOUSE CHOI MING COURT TSEUNG KWAN O   HONG KONG
CHONG SIW YIN                                       HOUSE K LAKEVIE GARDEN 21 YAU ON STREET SHATIN, NT   HONG KONG
CHU MAY PING                                        FLT B1 TING KAU VILLA CASTLE PEAK ROAD LOT 437 DD 399 TSUEN WAN, NT   HONG KONG
CHUA MARCELA                                        FLAT C 11/F BLOCK 2 THE WATERSIDE MA ON SHAN   HONG KONG
CHUNG LAI KWAN, MARY                                FLAT B 27/F GOLDWIN HEIGHTS 2 SEYMOUR ROAD MID-LEVELS HK   HONG KONG
CREDIT SUISSE                                       TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA WILLIAM CAVALLARI HEAD OF BANKING OPERATIONS PROCESSING VIA SANTA MARGHERITA, 3
                                                    20121 MILANO    ITALY
CVI GVF (LUX) MASTER S.A.R.L.                       TRANSFEROR: NOMURA INTERNATIONAL PLC. 11-13 BOULEVARD DE LA FOIRE LUXEMBOURG   L-1528 LUXEMBOURG
DAI HONGZHONG                                       HOUSE NO. 14, LOT 42 TAMAN RINDU, LORONG RINDU 3, 88300 KOTA KINABALU SABAH   MALAYSIA
DEUTSCHE BANK AG, LONDON BRANCH (UK)                TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                    LONDON   EC2N 2DB UNITED KINGDOM
EFG BANK AG, HONG KO                                GREENBERG TRAURIG LLP ATTN MARIA DECONZA 200 PARK AVE NEW YORK NY 10166
EFG BANK AG, HONG KO                                BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH   8022 SWITZERLAND
FAN JINCHUN / QUI XINHUA                            FLAT B 16/F BLOCK 5 SORRENTO 1 AUSTIN ROAD WEST TSIM SHA TSUI   HONG KONG
FARDEL WU MUN CHI LINDA                             FLAT C 1/F BLOCK C3 2 TOWN CENTRE CRESCENT HONG LOK YUEN TAI PO, NT   HONG KONG
FUNG PUI SHAN HELEN                                 ROOM 6 8/F BLOCK C SHING CHEUNG HOUSE YUE SHING COURT SHATIN NT   HONG KONG
HELEN CHEE EN MING                                  ROOM 3101 31/F TAK YAT HOUSE YAT TUNG (2) ESTATE TUNG CHUNG LANTAU ISLAND NT   HONG KONG
HUI SZE KI                                          FLT H 26/F BLK 9 VILLA ESPLANADA TSING YI, NT   HONG KONG
JIN, JINHUA                                         RM 9C1 BLDG 6 888 SHAN XI NAN ROAD SHANGHAI 200031 CHINA
KO SUET NGA SHELLY                                  FLAT B 19/F WAYLEE INDUSTRIAL CENTRE 30-38 TSUEN CIRCUIT TSUEN WAN   HONG KONG
KONG XIANG YAN                                      FLT C 9/F BLK 9 LAGUNA GRANDE LAGUNA VERDE NO. 8 LAGUNA VERDE AVENUE HUNG HOM KLN   HONG KONG
KU KIT                                              FLAT F 11/F BLOCK 3 ROYAL PENINSULA 8 HUNG LAI ROAD HUNG HOM KOWLOON   HONG KONG
KWAI, MAN YING                                      FLAT B 32/F BLOCK 4 VISTA PARADISO 2 HANG MING STREET MA ON SHAN NT   HONG KONG
KWOK SHUK FUN, SILINA                               FLAT D2 BEACH POINTE 16 STANLEY BEACH ROAD STANLEY   HONG KONG
KWONG HAY YIN, FREDA                                FLAT B 14/F 37 BRAEMER HILL ROAD NORTH POINT, HK   HONG KONG
LAI LAI SUN, ELISA                                  DUPLEX B 7/F BLOCK 3 ONE BEACON HILL KOWLOON TONG KLN   HONG KONG
LAI MEI YEE                                         FLAT A 10/F WAH FUNG GARDEN 274 LAI KING HILL ROAD KWAI CHUNG, NT   HONG KONG
LAM KAN YUNG / CHEUNG MO TAK                        FLAT A 30/F BLK 2 WAH YEE COURT 8 WAH KING HILL RD KWAI CHUNG NT   HONG KONG
LAM MI LING, MELLIE                                 FLAT C & ROOF 28/F OAK MANSION HARBOUR VIEW GARDENS 20 TAIKOO WAN RD TAIKOO SHING QUARRY BAY   HONG KONG
LAU CHUN HO SILVESTER                               14/F BLOCK B2, THE FORTUNE GARDENS 11 SEYMOUR ROAD MID-LEVEL   HONG KONG
LAU KAM SHING                                       ROOM 722 SHEK KUK HOUSE SHEK WAI KOK ESTATE TSUEN WAN NT   HONG KONG
LAU SHIU CHUNG EDWARD                               ROOM 6C LUNG CHEUNG COURT 27 BROADCAST DRIVE KOWLOON TONG KLN   HONG KONG


                                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| LAU YAU YU | FLAT A 18/F BLOCK 10 VILLA ESPLANADA NO. 8 NGA YING CHAU STREET TSING YI, NT  HONG KONG |
| LAW ON BONG ANTONY | 3/F MAIDSTONE RD TOKWAWAN, HK  HONG KONG |
| LEE KA WAH / TO RAYMOND FUN KEUNG | FLAT D 36/F TOWER 1 ISLAND HARBOURVIEW TAI KOK TSUI HK  HONG KONG |
| LEE KIT MUI | FLAT B 15/F CHARK FUNG BLDG 440 NATHAN ROAD YAUMATEI KLN  HONG KONG |
| LEE LEUNG HO/LAI YUK KING | NO 17, 3RD ST SECTION D FAIRVIEW PARK YUEN LONG HK HONG KONG |
| LEE PO FAN, BO BO | ROOM 7 1/F BLK A PENINSULA HEIGHTS 63 BROADCAST DRIVE KOWLOON TONG, KLN  HONG KONG |
| LEE WAI YING | FLAT H 24/F BLOCK 5 BELVEDERE GARDEN PHASE 2 NO.620 CASTLE PEAK ROAD TSUEN WAN NT  HONG KONG |
| LEE YEE HA RITA | FLAT D 1/F FAIRVILLA 9 DIANTHUS ROAD YAU YAT CHUEN KLN  HONG KONG |
| LEE YING WO | FLAT F 45/F BLOCK 10 DISCOVERY PARK TSUEN WAN NT  HONG KONG |
| LEUNG HUNG FAI NEIL | FLAT B 15/F CANARYSIDE 8 SHUNG SHUN STREET YAU TONG KLN  HONG KONG |
| LEUNG KAM, HO | FLT F 10/F BLK 7 ISLAND HARBOURVIEW 11 HOI FAI ROAD TAI KOK TSUI, KLN  HONG KONG |
| LI KWAN YING | FLAT B 13/F BLOCK 15 FU KA YUEN CHI FU FA YUEN POKFULAM  HONG KONG |
| LIU CHEUNG HIN | FLAT B 4/F FESSENDEN CT 3 FESSENDEN RD KOWLOON TONG  HONG KONG |
| LIU CHUN HWA / YU KWOK PING | ROOM 2205 22/F BLOCK 2 WU LU MO QI ROAD (M) 99 LANE SHANGHAI  CHINA |
| LO, SIU YUNG | FLAT C 16/F BLOCK 12 LAGUNA CITY KWUN TONG KLN  HONG KONG |
| LOK KA LO LULU | FLT 1 51/F BLK 1 COASTAL SKYLINE 12 WATERFRONT ROAD TUNG CHUNG LANTAU ISLAND, NT  HONG KONG |
| LU, HUI | RM 501 BLOCK 2 NO.1-1 HAN ZHONG MEN DA JIE JIAN YE DISTRICT NANJING  CHINA |
| LUK YUK YIN MONICA | FLAT 15A BLOCK 2 LA CITE NOBLE TSEUNG KWAN O, NT  HONG KONG |
| LUN WING, LEUNG | FLAT B 2/F BLOCK 2 GARDEN TERRACE NO. 8A OLD PEAK ROAD THE PEAK  HONG KONG |
| LUN WING, LEUNG | FLAT B 2/F BLOCK 2 GARDEN TERRACE NO. 8A OLD PEAK ROAD THE PEAK HK  HONG KONG |
| MAK TAK SHUN / MAK TAK KIT | FLAT D 15/F BLOCK 2 WAH FUNG IND CTR 33-39 KWAI FUNG CRESCENT KWAI CHUNG, NT  HONG KONG |
| MAN PO FONG | FLAT G 7/F BLOCK 9 WOODLAND CREST SHEUNG SHUI, NT  HONG KONG |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: SETH DENSON 214 NORTH TRYON STREET 15TH FLOOR CHARLOTTE NC 28255 |
| NEW FINANCE ALDEN SPV | TRANSFEROR: MERRILL LYNCH INTERNATIONAL CHRIS SCHOFIELD ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022 |
| NG HOI SHUN DANIEL | FLAT A 58/F BLOCK 6 GRAND PROMENADE NO.38 TAI HONG STREET SAI WAN HO, HK  HONG KONG |
| NG, CHEE KHOON | 51 MIMOSA VALE 807952 SINGAPORE |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK | DLA PIPER WEISS-TESSBACH ATTN: THOMAS RUHM, ESQ & CHRISTIAN TEMMEL, ESQ. SCHOTTENRING 14 VIENNA  A-1010 AUSTRIA |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK | DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ & VINCENT ROLDAN, ESQ. 1251 AVE OF THE AMERICAS NEW YORK NY 10020 |
| OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT | RIED IM INNKREIS KOLLINGASSE 19 VIENNA  A-1090 AUSTRIA |
| OSTERREICHISCHE VOLKSBANKEN-AKTIENGESELLSCHAFT | TRANSFEROR: OESTERREICHE VOLKSBANKEN-AKTIENGESELLSCHAFT ON BEHALF OF VOLKSBANK RIED IM INNKREIS ATTN: VERENA RUPP KOLINGASSE 14-16 VIENNA  AUSTRIA |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: EFG BANK AG, HONG KO ATTN: JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON  EV2M 3UR UNITED KINGDOM |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. ATTN: JONATHAN R SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. ATTN: JONATHAN R. SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| SHING TAM YING | RM 2505 SKY LARK HOUSE SHA KOK ESTATE SHATIN  HONG KONG |
| SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH | ATTN: HEAD OF OPERATIONS 1 RAFFLES QUAY #35-01 NORTH TOWER 048583 SINGAPORE |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | CHAN CHUNG, MAN & LEUNG SUI, YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | CHAN HOW CHU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | CHAN HUNG KIN CLIVE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | CHAN KIM HUNG CORDILLEA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | CHAN KWOK MING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | CHAN LAI FAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | CHAN PAK LIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | CHAN SAU MUI CATHERINA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | CHAN YUK CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | CHANG WAN RAY-WEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | CHENG CHING FUN / CHAN CHONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | CHENG SAU, WAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |

```
TIME: 12:57:58                                              LEHMAN BROTHERS HOLDING INC.                                                                PAGE: 3
DATE: 06/17/11                                                   CREDITOR LISTING
```

| Name | Address |
|---|---|
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHENG YUET SUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHEUNG HOI PETER 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHEUNG CHI, SHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHEUNG WAH YAU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHEUNG, SUI WING DARIUS / MAK WAI FUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHIU LAM SHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHONG HING KWAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHONG SIW YIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHU MAY PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHUA MARCELA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHUNG LAI KWAN, MARY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: DAI HONGZHONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: FAN JINCHUN / QUI XINHUA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: FARDEL WU MUN CHI LINDA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: FUNG PUI SHAN HELEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: HELEN CHEE EN MING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: HUI SZE KI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: JIN, JINHUA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: KO SUET NGA SHELLY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: KONG XIANG YAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: KU KIT 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: KWAI, MAN YING / CHEUNG MO TAK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: KWOK SHUK FUN, SILINA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: KWONG HAY YIN, FREDA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAI LAI SUN, ELISA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAI MEI YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAM KAN YUNG / CHEUNG MO TAK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAM MI LING, MELLIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAU CHUN HO SILVESTER 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAU KAM SHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAU SHIU CHUNG EDWARD 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAU YAU YU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAW ON BONG ANTONY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEE KA WAH / TO RAYMOND FUN KEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEE KIT MUI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEE LEUNG HO/LAI YUK KING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEE PO FAN, BO BO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEE WAI YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEE YEE HA RITA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEE YING WO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEUNG HUNG FAI NEIL 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEUNG KAM, HO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LI KWAN YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LIU CHEUNG HIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LIU CHUN HWA / YU KWOK PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LO, SIU YUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LOK KA LO LULU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LU, HUI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LUK YUK YIN MONICA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LUN WING, LEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: MAK TAK SHUN / MAK TAK KIT 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: MAN PO FONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: NG HOI SHUN DANIEL 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: NG, CHEE KHOON 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: SHING TAM YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG YUE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |

```
TIME: 12:57:58                                                                                                    PAGE:    4
DATE: 06/17/11
                                         LEHMAN BROTHERS HOLDING INC.
                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG YUK YU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WU ON KI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WU SIU YONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: XI BIN / SHI LEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YAU HOI, LOK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YEUNG HING LAM PRESTON 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YEUNG MEI NGAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YEUNG OI, CHI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YEUNG YEE WAH & NG KA WOO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YIK KOK KEUNG/YIK LUI TIN CHUN JULIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YIP HUNG CHEONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YIP KIT YU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YIP KWOK WA / YUEN MAY TING SILVIA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YIU PAK KWAI ELAINE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YU LAM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YU SUK FAN, FAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YUEN CHAN MAN YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YUEN KAI CHIU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YUEN, WING YIU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YUEN, WING YIU/WU, MUN PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YUM MIU LING / JIANG JIADE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: ZHANG GENFA / JIANG JIADE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: ZHANG JUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| THE VARDE FUND IX, L.P. | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND IX-A, L.P. | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND VI-A, L.P. | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND X (MASTER), L.P. | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| THE VARDE FUND, L.P. | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| UNIONE DI BANCHE ITALIANE SCPA | ATTENTION: LUCA BONZANINI AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8 BERGAMO    24121 ITALY |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| WONG YUE | FLAT A 16/F MAI NING BUILDING NO. 3 MEI FONG STREET KWAI CHUNG NT    HONG KONG |
| WONG YUK YU | FLT J 7/F KA WING HOUSE KA WAI ESTATE HUNG HOM KLN    HONG KONG |
| WU ON KI | FLAT A 19/F 98 BROADWAY MEI FOO SUN CHUEN MEI FOO    HONG KONG |
| WU SIU YONG | ROOM 714 SHING YAM HOUSE ON YAM ESTATE KWAI CHUNG, NT    HONG KONG |
| XI BIN / SHI LEI | 3-02 100 JIN BANG ROAD SHANGHAI    200335 CHINA |
| YAU HOI, LOK | ROOM 2 14/F BLOCK B TOWN SQUARE NO. 67 MARKET STREET TSUEN WAN    HONG KONG |
| YEUNG HING LAM PRESTON | ROOM 5 22/F TAK LEE BUILDING 993 KING'S ROAD QUARRY BAY HK    HONG KONG |
| YEUNG MEI NGAN | FLAT M 14/F BLOCK 2 EDF HOI YEE GARDEN RUA DR SUN YAT SEN NO. 269 TAIPA    CHINA |
| YEUNG OI, CHI | FLAT A 6/F EREDINE 38 MOUNT KELLETT ROAD THE PEAK    HONG KONG |
| YEUNG YEE WAH & NG KA WOO | FLAT H 15/F BLOCK 2 SERENITY PLACE NO.88 PO HONG ROAD TSEUNG KWAN O NT HONG KONG |
| YIK KOK KEUNG/YIK LUI TIN CHUN JULIE | FLT B 9/F 69 POKFULAM ROAD POK FU LAMHK HK    HONG KONG |
| YIP HUNG CHEONG | FLAT 8 BLK G MAN HUNG HOUSE 7/F CHUN MAN COURT HOMANTIN KLN    HONG KONG |
| YIP KIT YU | FLT F 21/F BLK 14 CHARMING GARDEN MONG KOK, KLN    HONG KONG |
| YIP KWOK WA / YUEN MAY TING SILVIA | FLAT A 12/F BLOCK 6 THE CAIRNHILL 108 ROUTE TWISK TSUEN WAN, NT    HONG KONG |
| YIU PAK KWAI ELAINE | 5/F VENUS COURT NO.5 KING TAK ST HOMANTIN KLN    HONG KONG |
| YU LAM | FLT H 31/F KENNEDY TOWN CENTRE 36-38 KENNEDY TOWN PRAYA KENNEDY TOWN    HONG KONG |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 12:57:58                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE: 5
DATE: 06/17/11                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| YU SUK FAN, FAN | FLAT F 21/F CHAI KUNG MANSION NO. 2 TAI YUE AVENUE TAIKOO SHING QUARRY BAY   HONG KONG |
| YUEN CHAN MAN YEE | FLAT E 20/F SKY GARDEN 223 PRINCE EDWARD ROAD MONGKOK, KOWLOON   HONG KONG |
| YUEN KAI CHIU | 2/F, 29D, NAM WA PO VILLAGE, TAI PO, N.T.   HONG KONG |
| YUEN, WING YIU | FLAT B8 11/F KWAN YICK BUILDING STAGE 3 271 DES VOEUX ROAD WEST SAI YING PUN HK   HONG KONG |
| YUEN, WING YIU/WU, MUN PING | FLAT B8 11/F KWAN YICK BUILDING STAGE 3 271 DES VOEUX ROAD WEST SAI YING PUN HK   HONG KONG |
| YUM MIU LING | FLT H 6/F BLK 42 CITY ONE SHATIN SHA TIN NT   HONG KONG |
| ZHANG GENFA / JIANG JIADE | RM 302 6 HAO LOU 158 CHANG CHUN LU HONG KOU QU SHANGHAI   200081 CHINA |
| ZHANG JUN | RM 1401 NO 16 BLK 515 HUI RONG NEW CITY XU JIA HUI ROAD LU WAN DISTRICT SHANGHAI   200023 CHINA |

Total Number of Records Printed    212

EPIQ BANKRUPTCY SOLUTIONS, LLC