FOX ROTHSCHILD LLP
Kathleen Aiello
100 Park Avenue, 15th Floor
New York, New York 10017
(212) 878-7900

*Local Counsel to Right Management Consultants, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                             :
                                                  :
LEHMAN BROTHERS HOLDINGS, INC.,    :     Case No. 08-13555 (JMP)
                                                  :
                                                  :
             Debtor.                    :
------------------------------------------------------------x

**APPLICATION FOR ADMISSION TO PRACTICE,**
***PRO HAC VICE*, OF SAMUEL ISRAEL**

      I, Samuel Israel, hereby request permission to appear *pro hac vice* on behalf of Right Management Consultants, Inc., in the above referenced case. My office addresses and office telephone number are as follows:

| | |
|---|---|
| Office Address: | FOX ROTHSCHILD LLP |
|  | 2000 Market Street, 20th Floor |
|  | Philadelphia, PA 19103-3222 |
| Office Telephone No.: | (215) 299-2886 |
| Office Facsimile No.: | (215) 299-2150 |
| E-mail address: | sisrael@foxrothschild.com |

      The state courts to which I am admitted to practice and the dates of admission are as follows:

| **Court** | **Admitted** |
|---|---|
| Commonwealth of Pennsylvania (Bar No. Not Applicable) | November 9, 1989 |
| State of New Jersey (Bar No. 019541989) | December 21, 1989 |

I am also admitted to practice before the following Federal Courts:

| | |
|---|---|
| U.S. Court of Appeals, District of Columbia | 08/09/04 |
| U.S. District Court for the Eastern District of PA (No. 55776) | 01/03/89 |
| District of New Jersey | 12/21/89 |
| Third Circuit Court of Appeals | 07/21/92 |

I am in good standing and eligible to practice in all courts to which admitted.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice in this case *pro hac vice*, and have instructed my local counsel to do so upon filing this application.

I make the foregoing statements under penalty of perjury.

Dated:   Philadelphia, Pennsylvania         FOX ROTHSCHILD LLP
                                            *Attorneys for Right Management Consultants, Inc.*

June 21, 2011

/s/ Samuel Israel
Samuel Israel
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
(215) 299-2886