**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                              :
                                                   :
LEHMAN BROTHERS HOLDINGS, INC.,   :         Case No. 08-13555 (JMP)
                                                   :
                                                   :
                             Debtor.     :
-------------------------------------------------------------x

### ORDER ADMITTING SAMUEL ISRAEL, TO PRACTICE, *PRO HAC VICE*

The court having read the Application of Samuel Israel for admission to practice *pro hac vice* in the above-captioned case to represent Right Management Consultants, Inc., it is

ORDERED that the Application be, and it hereby is, granted in its entirety; and it is further

ORDERED that Samuel Israel is admitted to practice, *pro hac vice*, in the above-captioned bankruptcy case, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee if not already paid.


Dated:   New York, New York
               _____, 2011

                                                            _____
                                                            HONORABLE JAMES M. PECK
                                                            UNITED STATES BANKRUPTCY JUDGE