# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc., et al.    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Rust Belt Holdings, L.L.C. | Deutsche Bank AG, London Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Rust Belt Holdings, L.L.C.
PO Box 8155
New York, NY 10150
claims@rustbeltholdings.net

with a copy to:

Alice Eaton
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone (212) 373-3125
Fax (212) 492-0125
aeaton@paulweiss.com

Last Four Digits of Acct. #: _____

Court Claim # (if known): 21893

Amount of Claim Transferred: $30,000,000.00

Date Claim Filed: September 21, 2009

Phone:
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Rust Belt Holdings, L.L.C.

By: /s/ Alice Eaton    Date: June 22, 2011
Name: Alice Eaton
Title: Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
# Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>        Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 21893 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on         .

| Deutsche Bank AG, London Branch<br><br>Name of Alleged Transferor<br><br>Address of Alleged Transferor:<br><br>Deutsche Bank AG, London Branch<br>c/o Deutsch Bank Securities Inc.<br>60 Wall Street<br>New York, NY 10005<br>Attn: Richard Vichaidith<br>Email: richard.vichaidith@db.com | Rust Belt Holdings, L.L.C.<br><br>Name of Transferee<br><br>Address of Transferee:<br><br>Rust Belt Holdings, L.L.C.<br>PO Box 8155<br>New York, NY 10150<br>claims@rustbeltholdings.net<br><br>with a copy to:<br><br>Alice Eaton<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Phone (212) 373-3125<br>Fax (212) 492-0125<br>aeaton@paulweiss.com |
|---|---|

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____              _____
                                                  CLERK OF THE COURT

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 21893

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**RUST BELT HOLDINGS, L.L.C.**
PO Box 8155
New York, NY 10150
claims@rustbeltholdings.net

its successors and assigns ("Buyer"), all right, title and interest in and to $30,000,000.00 of the Claim of Seller, represented by Proof of Claim Number 21893, against Lehman Brothers Holdings Inc., in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor (the "Assigned Claim").

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated June __22__, 2011.

| DEUTSCHE BANK AG, LONDON BRANCH | RUST BELT HOLDINGS, L.L.C. |
|---|---|
| By: _____ <br> Name: Ross Miller <br> Title: Director <br><br> By: _____ <br> Name: <br> Title: | By: _____ <br> Name: Alice Eaton <br> Title: Authorized Signatory |

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 21893

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**RUST BELT HOLDINGS, L.L.C.**
PO Box 8155
New York, NY 10150
claims@rustbeltholdings.net

its successors and assigns ("Buyer"), all right, title and interest in and to $30,000,000.00 of the Claim of Seller, represented by Proof of Claim Number 21893, against Lehman Brothers Holdings Inc., in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor (the "Assigned Claim").

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated June 22, 2011.

| **DEUTSCHE BANK AG, LONDON BRANCH** | **RUST BELT HOLDINGS, L.L.C.** |
|---|---|
| By: _____<br>Name:<br>Title: | By: _/s/ Alice Eaton_____<br>Name: Alice Eaton<br>Title: Authorized Signatory |
| By: _____<br>Name:<br>Title: | |