

Bundesanstalt für
Finanzdienstleistungsaufsicht

BaFin | Postfach 12 53 | 53002 Bonn



Clerk of the United States Bankruptcy Court,
S.D.N.Y.
One Bowling Green
10004 NEW YORK
USA

10.06.2011
GZ: Z 2-AF 5200-20000794-2009/0001 (Bitte stets angeben)
2011/0322430
Bankruptcy Lehman Brothers Holdings Inc., Chapter 11 Case No: 08-13555 (JMP)

Unser Schreiben vom 07.05.2009 / Our letter of May, 7th, 2009

Sehr geehrte Damen und Herren, / Dear Sir or Madam,

in meinem Schreiben vom 07.05.2009 hatte ich zwei Forderungen zur Tabelle im Insolvenzverfahren über das Vermögen der Lehman Brothers Holdings Inc. angemeldet.

*i had announced two claims in the insolvency proceedings in my letter of May, 7th, 2009.*

Dabei ist jedoch ein Fehler aufgetreten.

*By this a mistake has occurred.*

Die erste Forderung ist um 40,- Euro zu hoch berechnet worden, die zweite Forderung besteht nicht mehr, da sie mit einem Guthaben verrechnet wurde, so dass lediglich folgende Forderung besteht:

*For the first claim there has been charged 40,- Euros too much, the second claim don´t exist any longer, because the claim was cleared with a credit, so that only the following claim exists:*

| Nr. / number | Forderung / claim | Betrag in € / sum of money in € |
|---|---|---|
| | | |

Abteilung
Zentrale Aufgaben

Hausanschrift:
Bundesanstalt für
Finanzdienstleistungsaufsicht
Graurheindorfer Str. 108
53117 Bonn | Germany

Kontakt:
Herr Schimanzick
Referat Z 2
Fon  +49 (0)2 28 41 08-1640
Fax  +49 (0)2 28 41 08-1550
poststelle@bafin.de
www.bafin.de

Zentrale:
Fon  +49 (0)2 28 41 08-0
Fax  +49 (0)2 28 41 08-1550

Dienstsitze:
53117 Bonn
Graurheindorfer Str. 108
Georg-von-Boeselager-Str. 25

60439 Frankfurt
Lurgiallee 12

**Bundesanstalt für
Finanzdienstleistungsaufsicht**



BaFin

Seite 2 | 2

| 1 | Gebührenbescheid n. d. WpPG-Gebühren-verordnung inkl. Mahnung und Säumnis-zuschlag<br>GZ: PRO2-Wp7107-20000794-08/01<br>Kassenzeichen: BaFin 1157 4020 9552<br><br>*Dues administrative decision to WpPG-Gebührenverordnung incl. Reminder fees our code: PRO2-Wp7107-20000794-08/01 - payment reference code: BaFin 1157 4020 9552* | 2.311,49 |

Ich bitte Sie die Korrekturen in das Insolvenzverzeichnis aufzunehmen.

*I would appreciate your correction in the official insolvency register.*

Für Ihre Bemühungen danke ich Ihnen vielmals.

*Thanks for your efforts.*

Im Auftrag

*(signature)*

Würth