GORDON SILVER
ERIC R. OLSEN, ESQ.
NEVADA BAR NO. 3127
JOHN H. GUTKE, ESQ.
NEVADA BAR NO. 10062
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone: (702) 796-5555
Facsimile: (702) 369-2666
Email: eolsen@gordonsilver.com



UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re:                                                         :   Case No. 08-13555 (JMP)
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :   (Jointly Administered)
                                                               :
        Debtors.                                               :
                                                               :
---------------------------------------------------------------x

NOTICE OF WITHDRAWAL OF CLAIM NO. 20096

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, A/P Hotel, LLC, by and through its undersigned counsel, hereby withdraws, with prejudice, claim number 20096 filed on September 21, 2009.

Dated: June 16, 2011

Respectfully submitted,

Eric R. Olsen, Esq.
John H. Gutke, Esq.
**GORDON SILVER**
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone: (702) 796-5555
Facsimile: (702) 369-2666

*Counsel for A/P Hotel, LLC*