MOSES & SINGER LLP
James M. Sullivan
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
(212) 554-7800

*Attorneys for China Development Industrial Bank*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------------ X
                                                 :
 In re:                                          :   Chapter 11 Case No.
                                                 :
 LEHMAN BROTHERS HOLDINGS INC., et al.,          :   08-13555 (JMP)
                                                 :
                       Debtors.                  :   (Jointly Administered)
                                                 :
------------------------------------------------------------------------ X
```

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF NEW YORK          )

      Don K. Kick, being duly sworn according to law, deposes and says that he is employed by Moses & Singer LLP, and that on the 22nd day of June, 2011, he caused a copy of the:

      **Request for Notices for China Development Industrial Bank**

to be served Via First Class Mail on the parties listed below at the addresses designated by them for such service:

| **Robert J. Lemons, Esq.** | **Epiq Bankruptcy Solutions, LLC** |
|---|---|
| Weil Gotshal & Manges LLP | Re: Lehman Brothers Bankruptcy |
| 767 Fifth Avenue | 757 Fifth Avenue |
| New York, NY 10153 | New York, NY 10117 |

and served via the Electronic Case Filing System upon the registered participants as identified on the Notice of Electronic Filing.

                                                  /s/ Don K. Kick
                                                     Don K. Kick

Sworn to before me on June 22, 2011

     /s/ Marie S. Leybag
Notary Public

      Marie S. Leybag
 Notary Public, State of New York
      No. 01LE5060744
  Qualified in Queens County
Commission Expires: May 20, 2014

878493v1  013364.0101