MOSES & SINGER LLP
James M. Sullivan
The Chrysler Building
405 Lexington Avenue
New York, New York  10174
(212) 554-7800

*Attorneys for Dotson Investments Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                                                   :
In re:                                                             :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al*.,                           :   08-13555 (JMP)
                                                                   :
                              Debtors.                             :   (Jointly Administered)
                                                                   :
------------------------------------------------------------------ X

<u>REQUEST FOR NOTICES</u>

        PLEASE TAKE NOTICE that Dotson Investments Limited, a party-in-interest in the above-referenced proceeding ("Standard"), hereby requests, in accordance with title 11 of the United States Code and Rules 2002 and 9004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon:

        Moses & Singer LLP
        Attn:  James M. Sullivan, Esq.
        The Chrysler Building
        405 Lexington Avenue
        New York, New York  10174
        Tel: (212) 554-7800
        Fax: (212) 554-7700
        Email: jsullivan@mosessinger.com

878112v1  013258.0101

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, application, complaint, demand, hearing, motion, pleading or request, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise.

PLEASE TAKE FURTHER NOTICE that Standard intends that neither this Request for Notices nor any later appearance, pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after *de novo* review by a United States District Judge, (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) the right to request the United States District Court to withdraw the reference or to abstain, in any matter subject to mandatory or discretionary withdrawal or abstention, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments of expressly reserves.

Dated: New York, New York
         June 22, 2011

         MOSES & SINGER LLP

         By: /s/ James M. Sullivan
                 James M. Sullivan, Esq.
         The Chrysler Building
         405 Lexington Avenue
         New York, NY 10174
         (212) 554-7800

         Attorneys for Dotson Investments Limited

878112v1  013258.0101