MOSES & SINGER LLP
James M. Sullivan
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
(212) 554-7800

*Attorneys for Dotson Investments Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al*., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

---

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    Don K. Kick, being duly sworn according to law, deposes and says that he is employed by Moses & Singer LLP, and that on the 22nd day of June, 2011, he caused a copy of the:

**Request for Notices for Dotson Investments Limited**

to be served Via First Class Mail on the parties listed below at the addresses designated by them for such service:

| **Robert J. Lemons, Esq.**<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **Epiq Bankruptcy Solutions, LLC**<br>Re: Lehman Brothers Bankruptcy<br>757 Fifth Avenue<br>New York, NY 10117 |
|---|---|

and served via the Electronic Case Filing System upon the registered participants as identified on the Notice of Electronic Filing.

                                  /s/ Don K. Kick
                                    Don K. Kick

Sworn to before me on June 22, 2011

    /s/ Marie S. Leybag
Notary Public

    Marie S. Leybag
Notary Public, State of New York
No. 01LE5060744
Qualified in Queens County
Commission Expires: May 20, 2014

878522v1 013258.0101