UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF NOTICE OF INTENT
## TO PARTICIPATE IN DISCOVERY RELATED TO PLAN CONFIRMATION

NOTICE IS HEREBY GIVEN that **JPMorgan Chase Bank, N.A., J.P. Morgan Bank Dublin PLC, JPMorgan Chase Funding Inc., J.P. Morgan Clearing Corp., J.P. Morgan International Bank Limited, J.P. Morgan Markets Limited, J.P. Morgan Securities Inc., JPMorgan Securities Japan Co., Ltd., J.P. Morgan Securities Ltd., J.P. Morgan (Suisse) SA** and **J.P. Morgan Ventures Energy Corporation** (collectively, the "JPMorgan Parties"), are withdrawing without prejudice their Notice of Intent to Participate in Discovery Related to Plan Confirmation, which was served and filed on April 26, 2011 [Docket No. 16255] in accordance with the Order Establishing Procedures in Connection with Discovery Related to Plan Confirmation and Other Issues, entered by the Court on April 14, 2011 [Docket No. 16003] (the "Order"). The JPMorgan Parties have not accessed any Confidential Information (as defined in the Order), but each of them reserves its right to seek all appropriate discovery as permitted pursuant to the applicable Rules or any other provisions of law.

Dated: <u>June 22, 2011</u>

WACHTELL, LIPTON, ROSEN & KATZ

By:  <u>/s/ Harold S. Novikoff</u>
     Harold S. Novikoff
     Amy R. Wolf

51 West 52nd Street
New York, New York  10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for the JPMorgan Parties*