Aviva Keesing-Moskovits
van Nijenrodeweg 879
1081 BG Amsterdam
The Netherlands
Email: a.keesing@keesing.nu

Amsterdam, 25 May 2011

To: Distribution List (see attached)

RE: Claim Number 52897 (Lehman Brothers Bond ISIP: XS0215349357)

To Whom it May Concern:

Please accept my objection to the disallowance of my claim against Lehman Brothers. This objection is late because I was hospitalized and incapacitated during the period I received information about this case. Therefore, it was impossible to respond by the deadline. I've attached a statement from my doctor to this effect (see Exhibit 1). After speaking with Erin Eckols of law firm Weil Gotshal & Manges, she suggested that due to these extenuating circumstances, I should still send my objection for consideration even though the deadline has passed. Therefore, I kindly request that you accept and process my objection.

In order to insure completeness, I will create this letter outlined by the instructions provided by the court to me:

   I. Name of the Bankruptcy Court: United States Bankruptcy Court Southern District of New York, Debtors: Lehman Brothers Holding, Inc., et al, Case No. 08-13555 (JMP), Title of Objection: Eighty-Ninth Omnibus Objection to Claims (No Liability Claims).
  II. Claimant name: Aviva Keesing-Moskovits holding Bond ISIP: XS0215349357 for the amount of $83,667.90 (€59,000.00). Claim Number 52897.
 III. This claim should not be disallowed because according to the offering circular of the bond, Lehman Brothers Holdings, Inc. in the United States (a.k.a. LBHI) is ultimately responsible for the payment of the bond. This is clearly stipulated on page 10 of the Offering Circular under the section "Rights upon Liquidation." (See Exhibit 2)
  IV. Additional Documentation: Exhibit 3, proof of purchase of the bond on 19 May 2005, face value €59,000.00.
   V. Address: Same as the address indicated on the proof of claim.
  VI. Ultimate Authority: Aviva Keesing-Moskovits, van Nijenrodeweg 879, 1081 BG Amsterdam, The Netherlands. Telephone number as dialed from the US: 011 31 20 404 0184.

Yours Sincerely,

Aviva Keesing-Moskovits
Enclosures: Distribution List, Exhibit 1, Exhibit 2, Exhibit 3

Distribution List:

✓ I.   United States Bankruptcy Court
       Southern District of New York
       The chambers of the Honorable James M. Peck
       Courtroom 601
       1 Bowling Green
       New York, NY 10004
       USA
       → Sent by Registered Mail

II.    Weil Gotshal & Manges, LLP
       ATTN: Shai Waisman, Esq. & Mark Bernstein, Esq.
       767 5th Avenue
       New York, NY 10153
       USA
       → Sent by Courier

III.   Office of the United States Trustee for the
       Southern District of New York
       ATTN: Elisabeth Gasparini, Esq. & Andrea Schwartz, Esq.
       33 Whitehall Street, 21st Floor
       New York, NY 10004
       USA
       → Sent by Registered Mail

IV.    Millbank, Tweed, Hadley & McCloy LLP
       ATTN: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., &
         Evan Fleck, Esq.
       1 Chase Manhattan Plaza
       New York, NY 10005
       USA
       → Sent by Registered Mail