Baruch, D.Z.<br>
Marie van Regteren Altenahof 2<br>
1183 BT  Amstelveen

Amstelveen, May 29, 2011

To Whom it May Concern,

I hereby declare that Mrs. Aviva Keesing-Moskovits, born on July 7, 1949, was admitted to the hospital on December 17, 2010 for a nucleus pulposus prolaps operation. Thereafter she was transferred to a full care nursing facility for rehabilitation until February 23, 2011. From the time of her discharge until the end of March 2011, Mrs. Keesing-Moskovits continued her rehabilitation program.

Sincerely yours,

D.Z. Baruch, M.D.