

**ABN·AMRO** Private Banking

Effecten

Private Banking A'dam Apollolaan
postbus 90
1000 AB AMSTERDAM
TEL. 0800-0240733

DE HEER S.T. KEESING EN/OF
MEVROUW A. KEESING-MOSKOVITS
VAN NIJENRODEWEG 879
1081 BG  AMSTERDAM

**Nota koop**
Opdracht gegeven dd. 19-05-2005

| Soort effectencontract | Depotnummer | Opdrachtnummer | Volgnummer | Datum afschrift | Blad |
|---|---|---|---|---|---|
| INZAKE UW EFFECTENDEPOT | 46.79.62.839 | 23.20050519.00850019 | 00000002 | 19-05-2005 | 1/1 |

Wij hebben voor u gekocht op 19-05-2005
6 5/8% LEHMAN BROTH UK CAP FD 05/PERP     Fondscode: 015278     Beurs: EURONEXT AMSTERDAM

| Uitgevoerd nominaal | Prijs | Afrekenbedrag(EUR) |
|---|---|---|
| EUR 59.000 | 100,15% | 59.088,50 D |
| Meegekochte rentedagen | 53 | 575,45 D |
| Effectieve waarde | | 59.663,95 D |
| Provisie | | 413,98 D |

Totaal geboekt van 46.79.62.839          Valutadatum 23-05-2005          60.077,93 D

ABN AMRO Bank N.V.
K.v.K Amsterdam
Nr.33002587

Exhibit 3