HOGAN LOVELLS US LLP
Robin E. Keller, Esq.
Scott R. Reynolds, Esq.
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Attorneys for Piney Branch Park Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                           :
                                                                 :  Chapter 11
                                                                 :
   LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :  Case No. 08-13555 (JMP)
                                                                 :
                        Debtors.                                 :  (Jointly Administered)
                                                                 :
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Hugh Hill, certify under penalty of perjury that I am over eighteen (18) years of age, am not a party to the above-captioned action, am an attorney licensed by the State Bar of New York, and that on June 22, 2011, I caused a true and correct copy of the foregoing:

1. RESPONSE OF PINEY BRANCH PARK INC. TO DEBTORS' ONE HUNDRED THIRTY-SECOND OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

to be served via First Class Mail upon the following service list:

(i) The Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, (ii) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Elisabeth Gasparini, Esq., and Andrea B. Schwartz, Esq.), (iii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Shai Y. Waisman, Esq., and Mark Bernstein, Esq.), and (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., and Dennis O'Donnell, Esq.).

Dated: June 22, 2011
New York, New York

                                               By: /s/ Hugh Hill
                                                  Hugh Hill