Exhibit 5



# Lehman Brothers Holdings, Inc.
## Report to Unsecured Creditors Committee
### October 8, 2008

BCI Exhibit No.

**131 a**

LEADERSHIP · PROBLEM SOLVING · VALUE CREATION

ALVAREZ & MARSAL

© Copyright 2008. Alvarez & Marsal Holdings, LLC. All Rights Reserved.

AM004503

# III. Significant Transactions

### A. Sale of Lehman Brothers, Inc. / Broker Dealer to Barclays (Fogarty)

- ➢ Assets Purchased

  - • $43.1 Billion Repo Assets – Book value per Lehman 'stale' marks; negotiated a $5.0 billion reduction;

  - • $1.9 Billion Unencumbered Box;

  - • $1.5 Billion Building and Data Centers;

  - • $0.8 Billion 15-c-3-3 Securities – any excess will accrue to Lehman Brothers, Inc.

- ➢ Liabilities Assumed

  - • $38.0 Billion Extinguished Liability to Fed;

  - • Assumed Cure Liability;

  - • Assumed Severance Liability.

- ➢ Cash Consideration of $1.79 Billion



AM004531

# Exhibit 6

## Acquisition Balance sheet summary

| | Cash $'m | Equity $'m | Total $'m | Source |
|---|---|---|---|---|
| OBS Compensation accrual | 1,700 | 300 | 2,000 | APA |
| **Payments** | | | | |
| Pre 22/9 payroll items | (12) | - | (12) | Payroll records |
| Replacement RSUs | (11) | - | (11) | New RSUs granted as replacements for Ex-Lehman employees granted to them in 2008 prior to the acquisition – Barcap value 50% of Lehman face value representing a 50:50 split to the employee of write off and replacement |
| Bonus including social tax | (1,271) | (258) | (1,529) | TCR 23 Feb 2009 |
| IBD Grad programmes | (11) | - | (11) | Off cycle IBD grad programme payments paid in June 2009 |
| Severance | (238) | - | (238) | RIF & VIG list from HR |
| | (1,543) | (258) | (1,801) | |
| **Payable in future** | | | | |
| Severance | (27) | - | (27) | RIF and VIG list from HR and includes 25% for benefits for RIF |
| Payroll tax on Equity compensation | (3) | - | (3) | 1.75% of Equity compensation |
| Acquisition Buyout vesting over 2 years | (53) | - | (53) | Bonus relating to performance for 1 Jan to 22 Sept 08 but with future time serve criteria and with a portion linked to future production with 2 payments of $20m in equal tranches Feb 10 and Feb 11, and $13m to be delivered effectively in Feb 10 |
| Payroll taxes on Acq buyout | (10) | - | (3) | |
| | (93) | - | (92) | |
| **Other items** | | | | |
| ISP awards | - | (50) | (50) | Additional shares awarded @ 25p share to compensate for loss in value of 2008 EPP awarded |
| Payroll taxes on ISP awards | (2) | - | (2) | |
| | (2) | (56) | (58) | |
| **Total spend** | (1,638) | (315) | (1,951) | |
| **Balance left- Cash basis** | 62 | (13) | 49 | |

Highly Confidential

EXHIBIT

BCI-EX-00115843

BCI Exhibit No.
142

Exhibit 7

# LEHMAN BROTHERS HOLDINGS INC.

BRYAN MARSAL
CHIEF EXECUTIVE OFFICER

February 19, 2009

Rich Ricci
Jonathan Hughes
Barclays Capital Inc.
200 Park Avenue
New York, NY 10166

Dear Rich and Jonathan:

I am writing with respect two matters relating to the sale of Lehman Brothers's U.S. and Canadian investment banking and capital markets business to Barclays Capital as to which we need additional information as soon as possible. I'll outline them briefly below.

## I. Bonus Accrual

The contract provides, in essence, that Barclays Capital would be responsible for the payment of the accrued bonus amount as of August 31, 2008 for the U.S./Canadian investment banking/capital markets business, and the agreement referenced a balance sheet provided to Barclays Capital indicating that this amount was $2.0 billion. We have now had a chance to conduct a preliminary review of the accrual for bonuses as of August 31, 2008, and it appears that the consolidated global accrual on the books of LBHI as of that date was only $1.3 billion. Although we are continuing our review, it appears that only approximately 55% of the global accrual relates to employees transferred to Barclays Capital. Accordingly, it appears that the liability assumed by Barclays Capital may be closer to $0.7 billion than the $2.0 billion provided for in the transaction.

Given the scale of the discrepancy between what was referenced in the agreement and the actual accrual on the consolidated books of Holdings for the personnel assumed, reconciliation of this discrepancy is critical prior to the payment by Barclays Capital of any bonuses in excess of $0.7 billion. While Barclays Capital should be essentially indifferent from a financial point of view as to whether it pays this amount as bonus or a reduction in the purchase price for the business, this discrepancy is significant for the LBHI estate.

## II. Cure Amounts

The September 16th balance sheet initialed by the parties indicated that $2.25 billion was accrued for potential cure costs in relation to contracts to be assumed and assigned post closing. While uncertainties about this number plainly existed prior to closing, to date we understand that approximately only $0.2 billion has been spent on such cures and that the latest estimate of the amount to be ultimately paid is dramatically less than was expected.

BCI Exhibit No.

**161**

Again, given the size of the discrepancy between the September 16th number and the actual projected cure liability, it's important to us that we reconcile and understand the differential.

The above two items are clearly material to the debtor estates and we welcome your assistance in ensuring that our understanding of the books and records of the various referenced estates, and of the sales contract, is correct. You may also have supporting documentation or analyses that explain these discrepancies. If that is not possible, however, we reserve our rights to seek judicial relief based on the material differences between the projected and actual liabilities for these categories of expenses.

We are available to meet at your earliest convenience and would hope that you are available to discuss both of these issues within the next several days.

Best regards,

Bryan Marsal

cc:    Viktor I. Lewkow (Cleary Gottlieb Steen & Hamilton LLP)
       David Leinwand (Cleary Gottlieb Steen & Hamilton LLP)
       Duane McLaughlin (Cleary Gottlieb Steen & Hamilton LLP)
       Mitchell S. Eitel (Sullivan & Cromwell LLP)
       Jay Clayton (Sullivan & Cromwell LLP)

Exhibit 8

*Ex. 509*

From:    Kelly, Martin
Sent:    Thu, 18 Sep 2008 23:02:53 GMT
To:      richard.krasnow@weil.com
Subject: FW: LBI BS_917_V with adjustment.xls

BCI Exhibit No.
**207**

LBHI 013444

## Placeholder
## Document produced in native format

**LBHI 013445**

Lehman Brother Inc.
Balance Sheet as of September 17, 2008
($ in millions)

## ASSETS:

| | 09/01/08 | 09/17/08 | Notes | Transaction Adjustments | Balance Sheet Transferred | Balance Sheet Remaining | Purchase Agreement |
|---|---|---|---|---|---|---|---|
| CASH & CASH EQUIVALENTS | 268 | 412 | | | 412 | | 700 |
| CASH & SECURITIES SEGR AND ON DEPOSIT | 8,550 | 4,740 | Per L. Nuorwara: $1.9B customer cash held up for 1h2; $1.90 Future customer cash set aside in MMK; Moved funds. $1b of Cust Cash Deposit with Exchange per GL. | | | 4,740 | |
| FINANCIAL INSTR. & OTHER INVENTORY POSITIONS OWNED | | | | | | | |
| GOVERNMENTS & AGENCIES | 30,225 | 37,214 | | | 37,214 | | 40,000 |
| FTD COM. PAPER & OTHER MMKT INSTRUMENTS | 1,115 | 958 | | | 958 | | 1,100 |
| MORTGAGES & ASSET-BACKED SEC | 6,499 | 5,071 | | | 2,986 | 2,986 | 2,700 |
| TOTAL CORPORATE DEBT & OTHER | 5,422 | 4,839 | | | 4,839 | | 4,900 |
| TOTAL CORPORATE EQUITIES | 6,256 | 6,758 | | | 6,758 | | 8,800 |
| DERIVATIVES AND OTHER CONTR. AGREEMENTS | 2,758 | 3,566 | | | 3,566 | | 4,500 |
| TOTAL SECURITIES & OTHER FIN INSTR. OWNED | 55,318 | 59,307 | Per H.Zaff/Inventory File | | 56,321 | 2,986 | 62,000 |
| COLLATERALIZED SHORT-TERM AGREEMENTS | | | Per A. Akedent Financing File | | | | |
| RECEIVABLES | 155,876 | 30,337 | Per F.Tsuryani Rec from Clearing Organizations of $2.4B; Per KLO/GFOS File FTD Y31-2B; Per J. Penstane Customer Rec $14.2B | | 30,337 | 0 | 10,000 |
| | 14,383 | 23,920 | | | | 29,920 | |
| OTHER ASSETS | 363 | 317 | Per GL. PPE $16mn; Goodwill $523mn | | 76 | 241 | |
| INVESTMENT IN CONS. SUBS | 1,924 | 1,592 | | | | 1,592 | |
| DUE FROM SUBSIDIARIES | | | | | | | |
| FTD with LBIE | 2,500 | 8,248 | | | | 8,248 | |
| FTD with LBHI | | 874 | | | | 874 | |
| REVERSE REPO with LBIE | 2,051 | 13,822 | | | | 13,822 | |
| REVERSE REPO with LBSF | 1,603 | 6,504 | | | | 6,504 | |
| REVERSE REPO with LCPI | 7,985 | 6,341 | | | | 6,341 | |
| REVERSE REPO with LBHI | 352 | 424 | | | | 424 | |
| REVERSE REPO with LB1 Group | | 122 | | | | 122 | |
| REVERSE REPO with LBF | 129 | 85 | | | | 85 | |
| STOCK BORROW with LBIU | 44,869 | 12,902 | | | | 12,902 | |
| STOCK BORROW with LBSF | 4,235 | 4,479 | | | | 4,479 | |
| STOCK BORROW with LB1 Group | 179 | 122 | | | | 122 | |
| RECEIVABLE with LBHI | | 2,081 | | 1,383 | | 3,464 | |
| RECEIVABLE with LBIE | 140 | | | | | | |
| Other Receivables <$50mm | 1,601 | 172 | | | | 172 | |
| | 63,634 | 56,176 | | | 87,146 | 57,559 | |
| TOTAL ASSETS | 302,316 | 182,802 | | | 87,146 | 97,030 | 72,700 |

Lehman Brother Inc.
Balance Sheet as of September 17, 2008
($ in millions)

| LIABILITIES: | 09/13/08 | 09/17/08 | Notes | Transaction Adjustments | Balance Sheet Transferred | Balance Sheet Remaining | Purchase Agreement |
|---|---|---|---|---|---|---|---|
| S.T. BORROWINGS & CURRENT PORTION OF L.T. BORROWINGS | 308 | 531 | | | - | 531 | |
| FIN'L INSTR. & OTHER INV POSNS SOLD BUT NOT PURCHASED | | | | | | | |
| GOVERNMENTS & AGENCIES | 35,955 | 20,024 | Per Treasury | | 20,024 | - | 21,000 |
| TOTAL COMM PAPER & OTHER MMKT INSTRUMENTS | 19 | 24 | | | 24 | - | |
| MORTGAGES & ASSET-BACKED SEC | 2,170 | 1,740 | | | 1,740 | - | 2,100 |
| TOTAL CORPORATE DEBT & OTHER | 6,264 | 5,610 | | | 5,610 | - | 6,300 |
| TOTAL CORPORATE EQUITIES | 2,084 | 1,660 | | | 1,660 | - | 4,500 |
| DERIV & OTHER CONTR AGREEMENTS | 46,492 | 29,067 | | | 29,067 | - | 35,900 |
| TOTAL SEC & OTHER FIN.INSTR. SOLD NOT PURCH. | 107,934 | 74,602 | Per H Zeff Inventory File | | 55,776 | 18,826 | 34,500 |
| COLLATERALIZED SHORT-TERM FINANCING | | | | | | | |
| PAYABLES | | | Per A. Abstsm Financing File | | | | |
| COMPENSATION PAYABLE | 360 | 520 | | 1,000 | 1,520 | - | |
| TRADE LIABILITIES | 423 | 400 | | 383 | 783 | - | |
| OTHER | 22,095 | 16,026 | Per 10.1 GL Pay to Clearing Organizations $3.3B; Per H Zeff GFS File FTD $4.3B; Per L. Potenzone Customer Pay $11B, Per GL Txns $9.4b | | | 16,026 | 4,300 |
| DUE TO SUBSIDIARIES | | | | | | | |
| FTR with LBIE | 200 | 10,720 | | | | 10,720 | |
| REPO with LBHI | 20,732 | | | | | | |
| REPO with LBIE | 13,669 | 16,194 | | | | 16,194 | |
| REPO with LBSF | 1,608 | 5,032 | | | | 5,032 | |
| REPO with Brooklows | 1,351 | 350 | | | | 350 | |
| REPO with LBF | 1,391 | 1,351 | | | | 1,351 | |
| REPO with Lehman RE | 273 | 273 | | | | 273 | |
| REPO with LBB | 2,185 | - | | | | - | |
| REPO with LBCD | 2,910 | - | | | | - | |
| REPO with LCCC | 199 | - | | | | - | |
| STOCK LOAN with LBHI | 39,216 | 9,209 | | | | 9,209 | |
| STOCK LOAN with LBSF | 2,051 | 2,979 | | | | 2,979 | |
| STOCK LOAN with LB LUX | 20,664 | - | | | | - | |
| PAYABLE with LBIE | 554 | 4,571 | | | | 4,571 | |
| PAYABLE with LBCC | 686 | 606 | | | | 606 | |
| PAYABLE with LBSF | 100 | 737 | | | | 737 | |
| PAYABLE with LBJ | 283 | 444 | | | | 444 | |
| PAYABLE with LBCI | - | 122 | | | | 122 | |
| PAYABLE with LBHI | 707 | - | | | | - | |
| Other Receivables <$50mm | 4,895 | 731 | | | | 731 | |
| | 113,466 | 53,319 | | | - | 53,319 | |
| TOTAL LIABILITIES | 398,121 | 181,516 | | | 87,146 | 95,753 | 72,200 |
| LONG-TERM DEBT: | | | | | | | |
| SENIOR NOTES | 7,043 | 7,051 | Per Treasury $6.9B LT interco repay | | | 7,051 | |
| SUBORDINATED NOTES | 2,040 | | | | | | |
| TOTAL LONG-TERM DEBT | | 7,051 | | | | 7,051 | |
| STOCKHOLDERS EQUITY: | | | | | | | |
| ADDITIONAL PAID IN CAPITAL | 3,866 | 3,866 | | | | 3,866 | |
| RETAINED EARNINGS | 306 | (1,045) | | | | (1,045) | |
| OTHER STOCKHOLDERS EQUITY, NET | 23 | 23 | | | | 23 | |
| TOTAL STOCKHOLDERS EQUITY | 4,195 | 2,844 | | | | 2,844 | |
| TOTAL LIABILITIES & STOCKHOLDERS' EQUITY | 202,216 | 184,360 | | | 87,146 | 98,597 | 72,200 |
| Out of Balance | | (1,558) | | | - | (1,558) | |

## Placeholder

## Document produced in native format

**HIGHLY CONFIDENTIAL**

**BCI-EX-(S)-00187752**

# Exhibit 9

From: "FLORES, DANIEL" <DANIEL.FLORES@LEHMAN.COM>
Sent: 9/19/2008 12:51:43 AM
To: BARRY RIDINGS/IB/LAZARD@LAZARD NYC;DAVID DESCOTEAUX/IB/LAZARD@LAZARD
NYC;ARTHUR BRUHMULLER/IB/LAZARD@LAZARD NYC
Subject: FW: LBI BS_917_V with adjustment.xls

Attached is a cut of the balance sheet that stays and is transferred to
Barclays.
Please note that this is preliminary and will change so please do not
share with anyone yet.  I will send you the final version as soon as I
get it.

DF

> _____
> From:    Wong, Kristie
> Sent:    Thursday, September 18, 2008 6:20 PM
> To: Flores, Daniel
> Cc: Kelly, Martin
> Subject: FW: LBI BS_917_V with adjustment.xls
>
>
>
> _____
> From:    Hauzenberg, Rose
> Sent:    Thursday, September 18, 2008 6:20 PM
> To: Wong, Kristie
> Subject: LBI BS_917_V with adjustment.xls
>
>  <<LBI BS_917_V with adjustment.xls>>
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - -
- - - -

This message is intended only for the personal and confidential use of
the
designated recipient(s) named above.  If you are not the intended
recipient of
this message you are hereby notified that any review, dissemination,
distribution or copying of this message is strictly prohibited.  This
communication is for information purposes only and should not be regarded
as an
offer to sell or as a solicitation of an offer to buy any financial
product, an
official confirmation of any transaction, or as an official statement of
Lehman
Brothers.  Email transmission cannot be guaranteed to be secure or error-
free.
Therefore, we do not represent that this information is complete or
accurate
and it should not be relied upon as such.  All information is subject to
change
without notice.

BCI Exhibit No.

**209**

CONFIDENTIAL

LAZ-C-00050090

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained
within this
communication (including any attachments) is not intended or written to
be used
and cannot be used for the purpose of (i) avoiding U.S. tax related
penalties
or (ii) promoting, marketing or recommending to another party any
transaction
or matter addressed herein.
 - LBI BS_917_V with adjustment.xls

Attachment: LBI BS_917_V with adjustment.xls

CONFIDENTIAL                                                    LAZ-C-00050091

**Lehman Brother Inc.**
**Balance Sheet as of September 17, 2008**
($ in millions)

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 4 | | | | | | | | |
| 5 | ASSETS: | | | | | | | |
| 6 | | | 0893,008 | | 0917,008 | | Notes | |
| 7 | | CASH & CASH EQUIVALENTS | 266 | | 412 | | Per L: National is 11/50 customer cash locked up for 15/3. 11.88 Future equivalent cash not added to SOC. National Deposit Dept. $1b of Cash Repo Deposits with Exchange per OSC. | |
| 8 | | CASH & SECURITIES SECR. AND ON DEPOSIT | 8,550 | | 4,740 | | | |
| 10 | | FINANCIAL INSTR. & OTHER INVENTORY POSITIONS OWNED | | | | | | |
| 11 | | GOVERNMENTS & AGENCIES | 30,255 | | 37,214 | | | |
| 12 | | TOTAL COMM PAPER & OTHER ASSET INSTRUMENTS | 1,154 | | 958 | | | |
| 13 | | MORTGAGES & ASSET-BACKED SEC | 6,499 | | 5,973 | | | |
| 14 | | TOTAL CORPORATE DEBT & OTHER | 5,423 | | 4,839 | | | |
| 15 | | TOTAL CORPORATE EQUITIES | 9,256 | | 6,758 | | | |
| 16 | | DERIVATIVES AND OTHER CONTR. AGREEMENTS | 2,758 | | 3,566 | | Per List Inventory Per | |
| 17 | | TOTAL SECURITIES & OTHER FIN INSTR. OWNED | 55,318 | | 59,307 | | | |
| 18 | | COLLATERALIZED SHORT-TERM AGREEMENTS | | | | | | |
| 19 | | RECEIVABLES | 155,876 | | 30,337 | | Per A. Abedeen Financieros FAs | |
| 20 | | HUD/LIVABLES | 14,343 | | 29,920 | | Per #'Easygoes Rec from Clients & Organizations of $3.4b. Per #E2H OFS 9 Per FTD $12.5 9b. Per I. Foreclosure Customer Rec'l #=20 | |
| 21 | | OTHER ASSETS | 363 | | 317 | | Per OSC. Per L Interco Goodwill $100mm | |
| 22 | | INVESTMENT IN CONS. SUBS | 1,934 | | 1,902 | | | |
| 23 | | DUE FROM SUBSIDIARIES | | | | | | |
| 24 | | FTD with LBI | 2,500 | | 8,246 | | | |
| 25 | | FTD with LBIE | | | 874 | | | |
| 26 | | REVERSE REPO with LBIE | 2,061 | | 13,825 | | | |
| 27 | | REVERSE REPO with LBSF | 1,603 | | 6,594 | | | |
| 28 | | REVERSE REPO with LCPI | 7,965 | | 6,541 | | | |
| 29 | | REVERSE REPO with LBHI | 352 | | 424 | | | |
| 30 | | REVERSE REPO with LBI Group | | | 122 | | | |
| 31 | | REVERSE REPO with LBF | 129 | | 85 | | | |
| 32 | | STOCK BORROW with LBIE | 41,849 | | 13,902 | | | |
| 33 | | STOCK BORROW with LBSF | 4,235 | | 4,479 | | | |
| 34 | | STOCK BORROW with LLI Group | 179 | | 122 | | | |
| 35 | | RECEIVABLE with LBHI | | | 2,081 | | | |
| 36 | | RECEIVABLE with LBIE | 140 | | | | | |
| 37 | | Other Receivables <$50mm | 1,601 | | 172 | | | |
| 38 | | | 65,634 | | 56,176 | | | |
| 40 | | TOTAL ASSETS | 303,316 | | 182,802 | | | |
| 42 | LIABILITIES: | | | | | | | |
| 45 | | 1ST BORROWINGS & CURRENT PORTION OF L.T. BORROWINGS | 308 | | 531 | | Per Treasury | |
| 47 | | FINL INSTR & OTHER INV POSNS SOLD BUT NOT PURCHASED | | | | | | |

LAZ-C-00050092

| | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|
| | Transaction Adjustments | | Balance Sheet Transferred | | Balance Sheet Remaining | | Purchase Agreement |
| 7 | | | -412 | | 4,740 | | 700 |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | 372,114 | | - | | 40,000 |
| 12 | | | 958 | | - | | 1,100 |
| 13 | | | 2,966 | | - | | 2,300 |
| 14 | | | 4,839 | | 2,966 | | 4,300 |
| 15 | | | 6,755 | | - | | 8,600 |
| 16 | | | 3,566 | | - | | -4,500 |
| 17 | | | 56,331 | | 2,986 | | 62,000 |
| 18 | | | | | | | |
| 19 | | | 0 | | 29,950 | | 10,000 |
| 20 | | | 30,337 | | 0 | | |
| 21 | | | | | 241 | | |
| 22 | | | 76 | | 1,592 | | |
| 23 | | | | | 6,248 | | |
| 24 | | | | | 874 | | |
| 25 | | | | | 13,822 | | |
| 26 | | | | | 132 | | |
| 27 | | | | | 6,504 | | |
| 28 | | | | | 6,341 | | |
| 29 | | | | | -424 | | |
| 30 | | | | | 122 | | |
| 31 | | | | | 85 | | |
| 32 | | | | | 12,902 | | |
| 33 | | | | | 3,479 | | |
| 34 | | | | | 3,464 | | |
| 35 | | 1,383 | | | 132 | | |
| 36 | | | | | | | |
| 37 | | | | | 57,559 | | |
| 38 | | | | | 172 | | |
| 39 | | | | | | | |
| 40 | | | | | 97,059 | | |
| 41 | | | 871.46 | | | | 72,700 |
| 42 | | | | | | | |
| 43 | | | | | | | |
| 44 | | | | | | | |
| 45 | | | | | 531 | | |
| 46 | | | | | | | |
| 47 | | | | | | | |

| # | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| 48 | GOVERNMENTS & AGENCIES | 35,955 | | 20,02a | | Per 9/10 GL Pry to Clering Organization $8.3B / Per H.2.00 OTS Fle FTD $4.2B; Pr L.I. Provision Outstnd Per $410L / Per GL Trex $2.4B |
| 49 | TOTAL COM/PAPER & OTHER MKT INSTRUMENTS | 19 | | 34 | | |
| 50 | MORTGAGES & ASSET-BACKED SEC | 2,170 | | 1,740 | | |
| 51 | TOTAL CORPORATE DEBT & OTHER | 6,264 | | 5,619 | | |
| 52 | TOTAL CORPORATE EQUITIES | 2,034 | | 1,660 | | |
| 53 | DERIV & OTHER CONTR AGREEMENTS | | | | | |
| 54 | TOTAL SEC REC UNDER FIN AGR | 46,492 | | 20,667 | | |
| 55 | TOTAL SEC & OTHER FIN INSTR SOLD NOT PURCH | | | | | |
| 56 | COLLATERALIZED SHORT-TERM FINANCING | 107,954 | | 74,602 | | Per H.2.00 tresury Fle |
| 57 | PAYABLES | | | | | |
| 58 | COMPENSATION PAYABLE | 360 | | 530 | | |
| 59 | TRADE LIABILITIES | 423 | | 400 | | |
| 60 | OTHER | 22,055 | | 16,026 | | |
| 61 | DUE TO SUBSIDIARIES | | | | | |
| 62 | REPO with LBIE | 250 | | 10,720 | | |
| 63 | REPO with LBHI | 20,732 | | | | |
| 64 | REPO with LBIE | 13,469 | | 16,194 | | |
| 65 | REPO with LBSF | 1,608 | | 5,023 | | |
| 66 | REPO with Bankhaus | 1,351 | | 350 | | |
| 67 | REPO with LBF | 1,301 | | 1,351 | | |
| 68 | REPO with Lehman RE | 273 | | 273 | | |
| 69 | REPO with LBB | 2,185 | | | | |
| 70 | REPO with LBCB | 2,193 | | | | |
| 71 | REPO with LOTC | 759 | | | | |
| 72 | STOCK LOAN with LBIB | 39,216 | | 9,359 | | |
| 73 | STOCK LOAN with LBSF | 2,051 | | 2,979 | | |
| 74 | STOCK LOAN with LB LUX | 10,664 | | | | |
| 75 | PAYABLE with LBIE | | | 4,571 | | |
| 76 | PAYABLE with LBCC | 556 | | 666 | | |
| 77 | PAYABLE with LBSF | 100 | | 737 | | |
| 78 | PAYABLE with LBI | 263 | | 444 | | |
| 79 | PAYABLE with LBCB | | | 122 | | |
| 80 | PAYABLE with LBHI | 707 | | | | |
| 81 | Other Receivables <$50mm | 4,893 | | 731 | | |
| 82 | | 113,466 | | 53,319 | | |
| 83 | TOTAL LIABILITIES | 298,721 | | 181,516 | | |
| 84 | LONG-TERM DEBT | | | | | Per A. Abstast Flancing Wp |
| 85 | SENIOR NOTES | 7,043 | | 7,051 | | Per Tresury $4.8b in (intercompny) |
| 86 | SUBORDINATED NOTES | | | | | |
| 87 | TOTAL LONG-TERM DEBT | 7,043 | | 7,051 | | |
| 88 | | | | | | |
| 89 | | | | | | |
| 90 | TOTAL LIABILITIES | | | | | |
| 91 | STOCKHOLDERS EQUITY | | | | | |
| 92 | ADDITIONAL PAID IN CAPITAL | 3,866 | | 3,866 | | |
| 93 | RETAINED EARNINGS | 305 | | (1,045) | | |
| 94 | OTHER STOCKHOLDERS EQUITY, NET | 23 | | 23 | | |
| 95 | TOTAL STOCKHOLDERS EQUITY, NET | 4,195 | | 2,844 | | |
| 96 | | | | | | |
| 97 | TOTAL LIABILITIES & STOCKHOLDERS' EQUITY | 302,916 | | 184,360 | | |

CONFIDENTIAL

LAZ-C-00050094

| | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|
| 48 | | | 20,024 | | | | 21,000 |
| 49 | | | | | | | |
| 50 | | | | 24 | | | |
| 51 | | | 17,740 | | | | 3,100 |
| 52 | | | 5,619 | | | | 6,500 |
| 53 | | | 1,660 | | | | 4,500 |
| 54 | | | 59,007 | | | | 33,500 |
| 55 | | | | | | | |
| 56 | | | 55,776 | | 18,826 | | 34,501 |
| 57 | | | | | | | |
| 58 | | | 1,530 | | | | |
| 59 | | 383 | 783 | | | | |
| 60 | | 1,000 | | | 16,026 | | 4,300 |
| 61 | | | | | | | |
| 62 | | | | | | | |
| 63 | | | | | 10,720 | | |
| 64 | | | | | 16,194 | | |
| 65 | | | | | 5,032 | | |
| 66 | | | | | 350 | | |
| 67 | | | | | 1,351 | | |
| 68 | | | | | 273 | | |
| 69 | | | | | | | |
| 70 | | | | | | | |
| 71 | | | | | | | |
| 72 | | | | | 9,200 | | |
| 73 | | | | | 2,979 | | |
| 74 | | | | | | | |
| 75 | | | | | 4,571 | | |
| 76 | | | | | 696 | | |
| 77 | | | | | 737 | | |
| 78 | | | | | 441 | | |
| 79 | | | | | 132 | | |
| 80 | | | | | | | |
| 81 | | | | | 791 | | |
| 82 | | | | | 53,319 | | |
| 83 | | | | | | | |
| 84 | | | | | | | |
| 85 | | | | | 7,051 | | |
| 86 | | | | | 7,051 | | |
| 87 | | | | | | | |
| 88 | | | | | | | |
| 89 | | | | | 95,753 | | 72,700 |
| 90 | | | 57,146 | | 57,146 | | |
| 91 | | | | | | | |
| 92 | | | | | | | |
| 93 | | | | | 3,866 | | |
| 94 | | | | | (1,045) | | |
| 95 | | | | | 23 | | |
| 96 | | | | | 2,844 | | |
| 97 | | | 871,146 | | 94,597 | | 72,700 |

CONFIDENTIAL

LAZ-C-00050095

| | 98 | 69 | A | Out of Balance | B | C | D | E | F | (1,550) | G | H |

CONFIDENTIAL

LAZ-C-00050097

# Exhibit 10

FW: Consolidating Balance Sheet                         file:///C:/Documents%20and%20Settings/BGiglio/My%20Document...



**From:**    Kelly, Martin
**Sent:**    Fri, 19 Sep 2008 05:12:20 GMT
**To:**      Wong, Kristie
**Subject:** FW: Consolidating Balance Sheet

---

The guy below has a bad email address for you – also pelase copy this
version back into the drive

From: Kelly, Martin
Sent: Friday, September 19, 2008 1:12 AM
To: 'Coles, David J.'; kristy.wong@lehman.com
Cc: Suckow, John K.; Fogarty, James P.
Subject: RE: Consolidating Balance Sheet

David – please see latest draft attached

From: Coles, David J. [mailto:DColes@alvarezandmarsal.com]
Sent: Thursday, September 18, 2008 9:57 PM
To: kristy.wong@lehman.com
Cc: Suckow, John K.; Fogarty, James P.; Kelly, Martin
Subject: Consolidating Balance Sheet

Kristy:

Some colleagues and I met with Martin Kelly on Tuesday and discussed the
consolidated balance sheet and the likely post-Bar Cap sale BS. Martin
suggested we could get some information from you. Do you have a current
consolidating BS file by entity that you could send or grant us access
to. If you have some time to meet tomorrow that would also be very much
appreciated.

Thanks,

David

**BCI Exhibit No.**
**212**

1/14/2010 11:34 PM

FW: Consolidating Balance Sheet                file:///C:/Documents%20and%20Settings/BGiglio/My%20Document...

David J. Coles

Alvarez & Marsal North America, LLC.

600 Lexington Avenue

New York, NY 10021

(917) 402-2456 C

(631) 614-4342 EFax

(212) 759-4433 Office

***************************************************************
****************
This message is intended only for the use of the addressee(s) and may
contain information
that is PRIVILEGED and CONFIDENTIAL. If you are not the intended
recipient(s), you are
hereby notified that any dissemination of this communication is strictly
prohibited.
If you have received this communication in error, please erase all
copies of the
message and its attachments and notify us immediately.

This email has been scanned by the MessageLabs Email Security System.
***************************************************************
****************

**Lehman Brother Inc.**
Balance Sheet as of September 17, 2008
($ in millions)

## ASSETS:

| | 08/31/08 | 09/17/08 | Notes | Transition Adjustments | Balance Sheet Transferred | Balance Sheet Remaining | Purchase Agreement |
|---|---|---|---|---|---|---|---|
| CASH & CASH EQUIVALENTS | 268 | 412 | | | 412 | | 700 |
| CASH & SECURITIES SEGR. AND ON DEPOSIT | 8,550 | 4,740 | Per L. Nienennan's $4.9B customer cash locked up for 1245.15 B; Returns customer cash locked in MVK Mutual funds, $1B of Good Faith Deposits with Fosberger per GCL. | | | 4,740 | 700 |
| **FINANCIAL INSTR. & OTHER INVENTORY POSITIONS OWNED** | | | | | | | |
| GOVERNMENTS & AGENCIES | 30,235 | 37,214 | | | 57,214 | | 40,000 |
| TOTAL COMM PAPER & OTHER MAKT INSTRUMENTS | 1,158 | 958 | | | 958 | | 1,100 |
| MORTGAGES & ASSET-BACKED SEC | 6,499 | 5,972 | | | 2,986 | 2,986 | 2,700 |
| TOTAL CORPORATE DEBT & OTHER | 5,422 | 4,839 | | | 4,839 | | 4,900 |
| TOTAL CORPORATE EQUITIES | 9,256 | 6,758 | | | 6,758 | | 6,800 |
| DERIVATIVES AND OTHER CONTR. AGREEMENTS | 2,758 | 3,566 | | | 3,566 | | 4,900 |
| TOTAL SECURITIES & OTHER FIN INSTR OWNED | 55,318 | 59,307 | Per H Ziff Inventory file | | 56,321 | 2,986 | 62,000 |
| **COLLATERALIZED SHORT-TERM AGREEMENTS** | | | Per A. Abadeen Financing File | | | | |
| RECEIVABLES | 155,876 | 30,337 | Per F.Terroven fee from Clearing Organization of $2.4B; | | 30,337 | 0 | 10,000 |
| | 14,383 | 29,920 | Per X of GFS File FTD $12.3B; Per L. Peterson Customer Rec $13.2B | | | 29,920 | |
| **OTHER ASSETS** | | | | | | | |
| INVESTMENT IN CONS. SUBS | 363 | 317 | | | 76 | 241 | |
| DUE FROM SUBSIDIARIES | 1,024 | 1,592 | | | | 1,592 | |
| FTD with LBIE | 2,500 | 8,248 | | | | 8,248 | |
| FTD with LBHI | | 874 | | | | 674 | |
| REVERSE REPO with LBIE | 2,061 | 13,822 | | | | 13,822 | |
| REVERSE REPO with LBSF | 1,603 | 6,504 | | | | 6,504 | |
| REVERSE REPO with LCPI | 7,935 | 6,241 | | | | 6,241 | |
| REVERSE REPO with LBHI | 353 | 424 | | | | 424 | |
| REVERSE REPO with LB1 Group | | 122 | | | | 122 | |
| REVERSE REPO with LBF | 129 | 85 | | | | 85 | |
| STOCK BORROW with LBIE | 44,849 | 12,902 | | | | 12,902 | |
| STOCK BORROW with LBSF | 4,235 | 4,439 | | | | 4,439 | |
| STOCK BORROW with LB1 Group | 179 | 122 | | | | 122 | |
| RECEIVABLE with LBIE | . | 2,051 | Per GCL  FFES Harem, Goodwill $132mm | 3,645 | | 5,726 | |
| RECEIVABLE with LBHI | 140 | | | | | | |
| Other Receivables <$50mm | 1,601 | 172 | | | | 172 | |
| | 65,654 | 56,176 | | | | 99,831 | |
| **TOTAL ASSETS** | 103,316 | 182,802 | | | 87,146 | 99,301 | 72,700 |

Lehman Brother Inc.
Balance Sheet as of September 17, 2008
($ in millions)

| LIABILITIES: | 08/31/08 | 09/17/08 | Notes | Transaction Adjustments | Balance Sheet Transferred | Balance Sheet Remaining | Purchase Agreement |
|---|---|---|---|---|---|---|---|
| S.T. BORROWINGS & CURRENT PORTION OF L.T. BORROWINGS | 108 | 551 | | | | 551 | |
| FNL INSTR & OTHER INV MGMNS SOLD BUT NOT PURCHASED | | | | | | | |
| GOVERNMENTS & AGENCIES | 35,955 | 20,024 | Per Trading | | 20,024 | | 21,000 |
| TOTAL COMM PAPER & OTHER MART INSTRUMENTS | 10 | | | | 24 | | |
| MORTGAGES & ASSET-BACKED SEC | 2,170 | 1,740 | | | 1,740 | | 2,100 |
| TOTAL CORPORATE DEBT & OTHER | 6,234 | 5,619 | | | 5,619 | | 6,300 |
| TOTAL CORPORATE EQUITIES | 2,084 | 1,660 | | | 1,660 | | 4,500 |
| DERIV & OTHER CONTR. AGREEMENTS | | | | | | | |
| TOTAL SEC. & OTHER FIN INSTR SOLD NOT PURCH. | 46,492 | 29,067 | | | 29,067 | 30,773 | 33,000 |
| COLLATERALIZED SHORT-TERM FINANCING | 107,954 | 74,602 | Per A. Modern Financing File | | 53,829 | 20,773 | 34,500 |
| PAYABLES | | | | | | | |
| Bonus payable | 701 | 605 | | 2,000 | 2,000 | | |
| Cust repurines/recoures payable | | | | 1,645 | 2,250 | | |
| OTHER | 22,455 | 16,341 | Per H.1 GL Pg to Clearing Organizations 99 VR; Per H.2d GL E File FTD $4-39, Per J. Processor Customer Pg $110, Per GL Taxes $0-0g | | 0 | 16,341 | 4,300 |
| | | | | | 0 | | |
| DUE TO SUBSIDIARIES | | | | | | | |
| FIR with LBIE | 290 | | | | | 10,720 | |
| REPO with LBII | 20,213 | 10,720 | | | | 16,194 | |
| REPO with LBIE | 13,469 | 16,194 | | | | 5,032 | |
| REPO with LBSF | 1,608 | 5,032 | | | | 350 | |
| REPO with Bankhaus | 1,351 | 350 | | | | 1,151 | |
| REPO with LBF | 1,391 | 1,151 | | | | 273 | |
| REPO with Common RE | 273 | 273 | | | | | |
| REPO with LBB | 2,185 | | | | | | |
| REPO with LBCU | 2,918 | | | | | | |
| REPO with LOTC | 759 | | | | | 9,209 | |
| STOCK LOAN with LBIE | 30,216 | 9,209 | | | | 2,079 | |
| STOCK LOAN with LBSF | 2,051 | 2,079 | | | | | |
| STOCK LOAN with LB LUX | 20,664 | | | | | | |
| PAYABLE with LBIE | | | | | | 4,571 | |
| PAYABLE with LRCC | 551 | 4,571 | | | | 606 | |
| PAYABLE with LBSF | 100 | 606 | | | | 737 | |
| PAYABLE with LBI | 283 | 737 | | | | 444 | |
| PAYABLE with LBCU | | 444 | | | | 122 | |
| PAYABLE with LBIII | 707 | 122 | | | | | |
| Other Receivables <$50mm | 4,895 | 731 | | | | 731 | |
| | 113,446 | 53,319 | | | | 53,319 | |
| LONG-TERM DEBT: | | | | | | | |
| SENIOR NOTES | 7,041 | 7,051 | | | | 7,051 | |
| SUBORDINATED NOTES | | | Per Treasury $6.5B sub note category | | | | |
| TOTAL LONG-TERM DEBT: | 7,041 | 7,051 | | | | 7,051 | |
| TOTAL LIABILITIES | 298,121 | 181,516 | | | 87,146 | 98,015 | 72,700 |
| STOCKHOLDERS EQUITY | | | | | | | |
| ADDITIONAL PAID IN CAPITAL | 3,866 | 3,866 | | | | 3,866 | |
| RETAINED EARNINGS | 306 | (1,045) | | | | (1,045) | |
| OTHER STOCKHOLDERS EQUITY, NET | 23 | 23 | | | | 23 | |
| TOTAL STOCKHOLDERS EQUITY | 4,195 | 2,844 | | | | 3,844 | |
| TOTAL LIABILITIES & STOCKHOLDERS' EQUITY | 302,316 | 184,360 | | | 87,146 | 100,859 | 72,700 |
| Out of Balance | | (1,558) | | | | (1,558) | |

# Exhibit 11

Page 1

- 1 -

1

2    UNITED STATES BANKRUPTCY COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    Case Nos. 08-13555(JMP); 08-01420(JMP)(SIPA)

5    - - - - - - - - - - - - - - - - - - - -x

6    In the Matter of:

7

8    LEHMAN BROTHERS HOLDINGS INC., et al.

9              Debtors.

10   - - - - - - - - - - - - - - - - - - - -x

11   In the Matter of:

12

13   LEHMAN BROTHERS INC.

14              Debtor.

15   - - - - - - - - - - - - - - - - - - - -x

16              United States Bankruptcy Court

17              One Bowling Green

18              New York, New York

19

20              May 3, 2010

21

22

23   B E F O R E:

24   HON. JAMES M. PECK

25   U.S. BANKRUPTCY JUDGE

Page 34

- 34 -

1 substantially and the value of Lehman's assets was going down
2 substantially affect at all the need to have Lehman identify
3 additional specific assets that could help Barclays become
4 assured that it would be getting the assets that it needed to
5 feel comfortable to do the deal?
6 A.  Absolutely, yes.  There was considerable concern on the
7 point of Barclays at that point.  We had, as I say, sent forty-
8 five billion dollars to Lehman Brothers at a time when all of
9 those assets available to be conveyed in the transaction
10 appeared to be dwindling, both in size and in value.  The
11 effort therefore, to identify at that point in time what the
12 value of the purchased assets could be, was crucial.
13 Q.  And as you understood it, on September 19, did Barclays
14 have the right to walk away from the deal, particularly in
15 light of the fact that Lehman was unable to deliver what it had
16 promised in the APA?
17 A.  Absolutely, yes, that was clearly in Barclays' mind at
18 that point in time, and I think it was right, we did have the
19 right to walk away.
20 Q.  And according to your understanding, would Barclays, in
21 fact, have walked away if assets had not been identified that
22 gave it reasonable assurance that it would receive the assets
23 that it felt it needed to be comfortable in closing the deal?
24 A.  Yes, I believe that would've happened.
25 Q.  And I think you've identified two of those assets as being

Page 35

- 35 -

1 what you refer to as the clearance box assets and the 15(c)(3)
2 assets, correct?
3 A.  Correct.
4 Q.  And did Lehman represent to Barclays what the clearance
5 box assets were, in Lehman's view, worth approximately?
6 A.  Yes.  When the topic first was raised, Lehman suggested
7 they were worth in the region of 1.9 billion dollars.
8 Q.  Now, let me turn to the 15(c)(3) assets for a moment.  Did
9 what Lehman represented those assets to be worth change over
10 the course of the day or 36 hours that those assets were being
11 discussed?
12 A.  I'm not sure that the total value of the assets changed or
13 the estimation of that value changed.  There was a change in
14 the amount of those assets that were agreed to be conveyed.
15 Q.  Originally, what was the amount of those 15(c)(3) assets
16 that Lehman was agreeing to convey to Barclays?
17 A.  Initially, the suggestion was, that the words
18 approximately 1.7 billion dollars' worth of value that Lehman
19 could convey from their reserve account or the 15(c)(3)
20 account.
21 Q.  And did that get reduced later on?
22 A.  Yes.  Ultimately it was agreed to be 769 million dollars.
23 Q.  And the 769 million dollars from the 15(c)(3) accounts and
24 the 1.9 billion dollars from the clearance box asset account,
25 total approximately 2.7 billion dollars, correct?

Page 36

- 36 -

1 A.  I think it's slightly less than that, but approximately,
2 yes.
3 Q.  Now, if Lehman Brothers on September 19th or 20th had
4 said, we're not going to convey to you the clearance box assets
5 and the 15(c)(3) assets.  According to your understanding,
6 would Barclays have been prepared to close?
7 A.  My understanding is that we would not have closed if that
8 had been so.  You know, not only was it not said, but it was
9 also inconsistent with the deal that we'd agreed to that point,
10 namely that all of the assets in the business would be conveyed
11 with the business.  As I've said, the idea was to maintain as
12 much of an operational business as we could.
13 Q.  You're aware in this proceeding that the Movants, or at
14 least some of them at least, perhaps all, are taking the
15 position that Barclays is not entitled to the 1.9 billion
16 dollars, and is not entitled to receive the 769 million
17 dollars; is that correct?
18 A.  That seems to be what they're suggesting, yes.
19 Q.  Now, if Lehman had said that at the time that the deal was
20 being considered on September 19th, 2008, would Barclays have
21 been prepared to go ahead with the deal?
22 A.  I don't think so, no.
23 Q.  There was a clarification letter that was drafted,
24 correct?
25 A.  Correct.

Page 37

- 37 -

1 Q.  And that clarification letter began to be drafted almost
2 immediately after the APA was signed on September 16th,
3 correct?
4 A.  That is correct, yes.
5 Q.  And why is that?
6 A.  I think it reflected two things.  One, that there were
7 aspects of the APA that upon signature were known among the
8 parties to be the subject of ongoing discussion; and indeed it
9 became apparent very quickly indeed that there were aspects of
10 the APA which needed to be refined.  The document, in common
11 with most documents drafted at that point in time, was drafted
12 probably more hastily than people would have liked, and so
13 there was both a need to reflect ongoing discussions, but also
14 to tidy up, so to speak, some aspects of the APA, which perhaps
15 we all preferred to express more accurately.
16 Q.  Did the clarification letter preserve what you have
17 described as the basic structure of the deal, which is that all
18 of the assets of Lehman used primarily in the acquired business
19 would be acquired by Barclays unless they were specifically
20 excluded?
21 A.  Certainly the clarification letter didn't change the deal
22 at all in my view, certainly not in that respect.  It did
23 change certain details of the transaction and tried its best to
24 make those more clear than they had been earlier in the week.
25 Q.  And two of those, I don't mean to suggest that this is in

10 (Pages 34 - 37)

Exhibit 12

**Unknown**

Sent: Sunday, May 24, 2009 6:04 PM

| | |
|---|---|
| **From:** | Parker, Paul <pparker@lehman.com> |
| **Sent:** | Friday, September 19, 2008 1:16 AM (GMT) |
| **To:** | Sullivan, Tim [IBD] <tisulliv@lehman.com> |
| **Subject:** | RE: Updates for Skip - Skip PLEASE READ |

Btw, skip said okay to the 1.7 from 1.5 for shapiro, also told him that
wasn't enough. So when you add watson, can you pls update that one. Want
to get george to help me with it tomorrow am.

-----Original Message-----
From: Sullivan, Tim [IBD]
Sent: Thursday, September 18, 2008 9:12 PM
To: Parker, Paul
Subject: RE: Updates for Skip - Skip PLEASE READ

i don't know but it makes me weep inside...

-----Original Message-----
From: Parker, Paul
Sent: Thursday, September 18, 2008 9:12 PM
To: Sullivan, Tim [IBD]
Subject: RE: Updates for Skip - Skip PLEASE READ

What works for the skipper will make it work...and didn't notice...why
did JW not include it??

-----Original Message-----
From: Sullivan, Tim [IBD]
Sent: Thursday, September 18, 2008 8:55 PM
To: Parker, Paul
Subject: RE: Updates for Skip - Skip PLEASE READ

love being looped back into email chains...

what time would you like me to set for?

-----Original Message-----
From: Parker, Paul
Sent: Thursday, September 18, 2008 8:54 PM
To: Sullivan, Tim [IBD]
Subject: FW: Updates for Skip - Skip PLEASE READ

We need a call - can you pls help org (may help you stay as the
mini-me...)

-----Original Message-----
From: Parker, Paul
Sent: Thursday, September 18, 2008 8:53 PM
To: Parker, Paul; Weiss, Jeffrey L; Wieseneck, Larry; Stephenson, Ros;
Gatto, Joseph D
Cc: McGee III, Hugh E
Subject: RE: Updates for Skip - Skip PLEASE READ

We should regroup tomorrow morning.

EXHIBIT

_108_

_8/10/09_ _FF_

PERIOD 000-631-6908

7/15/2009

BCI Exhibit No.
**579**

10269417

-----Original Message-----
From: Parker, Paul
Sent: Thursday, September 18, 2008 8:16 PM
To: Weiss, Jeffrey L; Wieseneck, Larry; Stephenson, Ros; Gatto, Joseph D
Cc: McGee III, Hugh E
Subject: RE: Updates for Skip - Skip PLEASE READ

Agree equally - moreso for how we hold the franchise together come March
1. Am hearing right and left folks will use 08-only as a free option
given it is mostly cash and they will use the time to look for another
deal. We will be forced at that point to do an 09 and 10 or lose them.
If we show love and do 09 now, in some cases even at some floored
discount, we calm down the most senior guys and take away the incentive
to shop. They view the retention as a discount to 09 if there is no 09
made clear today.

-----Original Message-----
From: Weiss, Jeffrey L.
Sent: Thursday, September 18, 2008 8:02 PM
To: Wieseneck, Larry; Stephenson, Ros; Gatto, Joseph D; Parker, Paul
Cc: McGee III, Hugh E
Subject: Re: Updates for Skip - Skip PLEASE READ

I agree with Larry. Personally, how he expresses 09 is how I feel. Its
not hard for anyone of quality to get some love. My understanding is the
Barc routinely gives 2 years as does everyone and that they've given leh
employees 3 year commitments in the past.

I certainly would like to know the org structure.


---------------------------------

----- Original Message -----
From: Wieseneck, Larry
To: Sullivan, Tim [IBD]; Stephenson, Ros; Gatto, Joseph D; Weiss,
Jeffrey L; Parker, Paul
Cc: McGee III, Hugh E
Sent: Thu Sep 18 18:47:38 2008
Subject: RE: Updates for Skip - Skip PLEASE READ

Most current thoughts

1) We now have problems with our better SVPs in GF

Group Heads with bids away are calling to GF and offering them chance to
go with them to other firms fro guarantees for '08 and '09

Now guys we were not planning to guarantee need to be settled down
across the floor and I presume across upstairs also.

2) I understand we are now showing flat guarantees upstairs to some
group heads. Where is that money going to come from? Can't get it from
the lesser paid types since it is too far away from down 25% for the
pools to work. So far I have avoided going above down 25% but as the
rumor mill flys around guys who are in the boat will get out.

3) All think the retention is light and everyone asking for '09
guarantees

Basically, the fear is spreading that BARC bought us for nothing and now
don't even want to put up the right $ to pay people. This is the wrong
way for them to start if they want to make money on this asset.


7/15/2009

10269417

Finally, I am getting a lot of concern that we have not faced off yet with BARC on roles. People want to know for certain what the org chart looks like. at least relative to you and Bart. The announcement of Rich Ritchie as CEO of the Lehman Transition entity has created lots of concern.

Clarity, more $ and '09 guarantees will allow us to land the plane

From:    Sullivan, Tim [IBD]
Sent:    Thursday, September 18, 2008 2:20 PM
To:      Stephenson, Ros; Gatto, Joseph D. Wieseneck, Larry; Weiss.
Jeffrey L.; Parker, Paul
Cc:      McGee III, Hugh E
Subject:     Updates for Skip

Just got off the phone w/Skip -- he wants to know if there are any major developments he needs to be aware of in terms of how conversations have been going. Is there anyone he needs to reach out to?

Tim Sullivan
Investment Banking Division
Lehman Brothers
Office: 212.526.5731
Mobile: 917.270.1577
Fax: 646.834.0338
tisulliv@lehman.com

7/15/2009

10269417

# Exhibit 13

BCI Exhibit No.

**862**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                  :

In re:                       :     Chapter 11
                  :

LEHMAN BROTHERS HOLDINGS INC., *et al.*, :     Case No. 08-13555 (JMP)
                  :

            Debtors.     :     (Jointly Administered)
                  :

------------------------------------------------------------x

## DECLARATION OF RAJESH ANKALKOTI IN SUPPORT OF DEBTOR'S MOTION FOR AN ORDER, PURSUANT TO FED. R. BANKR. P. 2004, AUTHORIZING DISCOVERY FROM BARCLAYS CAPITAL, INC.

I, RAJESH ANKALKOTI, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.    I am a Senior Director in the Dispute Analysis and Forensic Services group of the firm of Alvarez & Marsal. I am a Chartered Accountant and hold an M.B.A. from Columbia Business School. I have worked in the field of forensic accounting and analysis for about 13 years. I submit this declaration in support of the Rule 2004 motion filed by Lehman Brothers Holdings Inc. ("LBHI") seeking discovery from Barclays Capital, Inc. ("Barclays") in the above-captioned proceeding. I make this declaration based on my personal knowledge, except where noted otherwise.

2.    Alvarez & Marsal was retained by the Estate of LBHI and related entities to provide restructuring and other services. Our duties include providing forensic analysis and advice with respect to various aspects of the Debtors' businesses and issues relating to potential claims to recover assets for the Estate.

3.    Among the issues that Alvarez & Marsal is examining are (i) the compensation payments made by Barclays to former Lehman employees who went to work for Barclays (the "Transferred Employees"); (ii) Barclays' assumption of LBHI's compensation-related liabilities upon the September 22, 2008 closing of the sale transaction whereby substantially all of Lehman's North American broker-dealer assets (and certain real estate and other assets) were sold to Barclays (the "Sale Transaction"); and (iii) negotiations between the parties on these issues. In that regard, we have assembled and reviewed (and continue to search for) the limited set of documents within LBHI's control relating to these questions, and we have attempted to interview the few remaining Lehman employees still working for the Estate with any knowledge about these and related issues. The amount of information available to LBHI in this regard, however, is necessarily limited.

4.    Thus, as a preliminary matter, I disagree with Barclays' contention in its objection to LBHI's Rule 2004 motion that LBHI "has access to more than enough information 'to reconstruct' what happened" (Opp. Br. ¶ 19) with respect to the above-mentioned compensation issues. LBHI does not have enough information, either in its own files or in the Iron Mountain facility (that I am aware of), to fully reconstruct what happened in connection with negotiating, documenting or implementing compensation issues relating to the Sale Transaction. On information and belief, this is because (i) virtually all the Lehman executives involved in the negotiations with Barclays and/or in deriving the $2.0 billion figure for potential compensation liabilities in the schedule referred to in the September 18, 2008 Asset Purchase Agreement ("APA") transferred to and/or now work for Barclays and therefore are not available for interview by LBHI; (ii)

documents concerning what Barclays ultimately paid the Transferred Employees have always been within Barclays' exclusive control; (iii) most of the documents concerning offers made to certain select employees and negotiations concerning their expected future employment with Barclays appear to have been retained by them and/or Barclays and do not reside on LBHI's computers or in its files.

5.      I also disagree with Barclays' contention in opposing LBHI's Rule 2004 motion that "aggregate compensation data" is sufficient to address LBHI's questions about compensation of all Transferred Employees. (Opp. Br. ¶ 33) While aggregate information about compensation may be helpful, it will not answer all of LBHI's queries in this regard. In particular, aggregate information will not allow us to analyze whether select individuals received a disproportionate share of the total compensation paid by Barclays or to reconstruct how the aggregate pool of compensation funds expended by Barclays for former Lehman employees was distributed. Aggregate information also will not allow us to analyze so-called "Special Cash" bonuses apparently paid to certain former Lehman employees, as noted below. In the end, to allow us to properly do our job, LBHI requires the information sought in its motion.

6.      In connection with our investigation of these compensation-related issues, we have reviewed, among other things, the September 12-22, 2008 e-mail files of select Transferred Employees, former Lehman executives, to which the Estate has access. In that review we located certain purported employment agreements between some Transferred Employees and Barclays. Some of these are in draft form, others appear to be in final form although not fully executed.

7.      These documents indicate that certain executives were to receive multi-million dollar compensation packages from Barclays, both for 2008 (during which they worked until September 22 for Lehman and, presumably, would work the remainder of the year for Barclays) and 2009 (during which they would work only for Barclays). These documents also indicate that several of these executives were to receive what Barclays termed "Special Cash" payments (also in the multi-million dollar range), about which we have little information. We have no confirmation that this will be their actual compensation for these periods.

8.      In addition, we have looked into the question of how much, in the aggregate, Lehman's bonus pool was for 2008. As noted in LBHI's February 19, 2009 letter to Barclays (*see* Motion Ex. B), we estimated that the bonus pool for the Transferred Employees was approximately $700 million through August 2008. It is my understanding that this amount may need to be increased to include an equity portion of such bonuses. While we have insufficient information to determine with any degree of precision the total bonus pool for the Transferred Employees, it is estimated to be in the region of $700 million (or $1.2 billion if the equity portion is included) for the period from December 2007 to August 2008. These amounts are significantly less the $2.0 billion figure for such potential liabilities listed in the financial schedule referred to in the APA (which figure, I am informed, was also used in proceedings before the Court to value the Sale Transaction).

9.      Once again, we have incomplete data on this issue. These $700 million and $1.2 billion estimates were both obtained from a report derived from a compensation model used by LBHI to estimate the bonus amounts owing to the employees who

transferred to Barclays. LBHI continues to examine why there appears to be such a large

disparity between these amounts and the $2.0 billion figure referred to in the financial

schedule referenced in APA.

Dated: June 22, 2009
      New York, New York.

                                   _____
                                     RAJESH ANKALKOTI

# Exhibit 14

**From:**   Evans, Michael: HR (LDN)

**Sent:**   Tue, 23 Sep 2008 13:15:33 GMT

**To:**   Diamond, Bob: Barclays Capital; del Missier, Jerry: Barclays Capital (NYK); Jenkins, Roger: Structuring (LDN); Ricci, Rich: Barclays Capital

**Subject:** Summary of Current Spend - 08h30, 23 Sept 2008

Here is the update of our present bonus and related spend. The report now includes:

- A summary of changes since the previous version
- A high-level summary table of the status of the UK/Europe and Asia initiatives - information is limited at this stage but will be more robust as we receive detail around costs and commitments

Regards,

Michael

<<...>>



MOVANTS' TRIAL EXHIBIT
91

EXHIBIT
2848
8/27/09

**Lehman Brothers**
**Summary Report**

### Summary of current spend position (all amounts in USDm)

| No. of people[1] | $m | Day 1 - 2008 Cost | | | One-time Deferred Cash Award | | | | 2nd Yr GB |
|---|---|---|---|---|---|---|---|---|---|
| | | Actual | Original Model[2] | Over-Spend[2] | 2008 | 2009 | 2010 | Total | 2009 |
| 9 | 'Elite 8'[2] | 141 | 117 | 24 | 13 | 40 | 18 | 71 | 0 |
| 393 | Other GB proposals | 721 | 607 | 114 | 44 | 132 | 59 | 234 | 111 |
| 402 | Total | 862 | 724 | 138 | 57 | 172 | 76 | 305 | 111 |

| | | |
|---|---|---|
| 10,111 | Non-guaranteed population | |
| (3,300) | Planned redundancies[1] | |
| 6,758 | Residual pool available for non-GB people[1] | 538 |
| 7,209 | Total Pool Funding Available | 1,400 |

[1] Estimated, still moving and is net of an expected 3,300 redundancies expected to cost about $100m (not funded out of the 2008 bonus pool)

[2] "Elite 8" are actually 9 individuals: Donini, Humphrey, Lowitt, McDade, McGee, Nagpal, Gelband, Lee, Felder

[3] Estimated pool requirement for 75% of 2007 total compensation for original 175-200 population, plus residual population now guaranteed at 65% of 2007 bonus

Material changes since last update:

- Committed spend has increased by $3m, all in IBD, to $862m in total
- 2nd year GBs for 2009 increased by $35m in IBD, offset by a $12m reduction in the deferred cash award in IBD
- Assuming the one-time deferred cash award is amortised from date of award (assumed to be 1st October 2008) through to vesting date (50% in October 2009, and 50% in October 2010) then roughly $60m will need to be expensed in 2008

**Other developments not reflected in the scorecard**

- Private Investment Managers (PIM) – Deferred cash awards of up to $11.7m have been approved. This additional cost will not hit 2008. Further details are included in Attachment 2.
- IBD and Sales – Considering expanding GB population to include senior investment bankers and sales professionals in NY based on anecdotal evidence of "bid-aways" to other houses.
- Equities – Donini would like a further $25m to honour pre-deal Lehman guarantees

**Current funding pressures**

Three funding pressures currently exist that are putting pressure on the original bonus pool estimate of $1.4bn (assumed to exclude funding for deferred cash awards):

- The "take-on" population has increased by roughly 600+ people; originally expected to "take-on" 9,900 people (pre-redundancies), now expected to be 10,500+ (pre-redundancies)
- The original intention was to guarantee approximately 175 to 200 people; currently we are proposing to guarantee nearly 400 people, more than twice as many as anticipated
- Certain individuals have received "top-ups" on the original proposal to guarantee 75% of 2007 Total Compensation; impact is $138m as shown above

HIGHLY CONFIDENTIAL
BCI-EX-(S)-00027191

**Lehman Brothers**
**Summary Report**

### Sensitivity analysis – Impact on the residual population of current level of GB proposals

This considers the impact on the residual population that is not guaranteed (assumes 3,300 redundancies). Detailed analysis is shown in Attachment 3, but in summary:

- The target was to deliver 65% of 2007 Total Bonus
- The residual pool above yields roughly 50-55% of 2007 Total Bonus
- The "gap" to 65% delivery is now estimated at approximately $270m depending on guaranteed bonuses in the residual population and any other gross-ups and commitments that may exist.

Lastly, there is a population of people who received a zero bonus in 2007. If it assumed that these individuals will receive something in 2008[1], we would require an additional $75m to $100m in bonus pool assuming that this was not offset by other individuals (who received a bonus in 2007) receiving zero bonus in 2008.

### Proportionate guaranteed bonuses to date relative to 2007 proportions

Attachment 4 shows further detailed analysis of actual guaranteed bonuses to date relative to 2007 proportionate bonus spend.

The main observations are noted here:

- 90% of the targeted guaranteed bonuses is directed towards Front Office roles
- The distribution of targeted guaranteed bonuses is skewed towards IBD and Equities with both businesses guaranteeing more than 50% of their 2007 total bonus pool value
- IBD represents 40% of the aggregate targeted guaranteed bonuses to date compared with 25% of the 2007 actual bonus pool

### UK/Europe and Asia Update

Attachment 5 shows the current status of progress in UK/Europe and Asia. It is assumed that a £100m budget exists for these initiatives. Commitments so far are yet to be advised, but will be reported when available.

---

[1] Based on a simple average bonus of the area in which these individuals work

[Autodate], [Autodate]

**HIGHLY CONFIDENTIAL**                                                    **BCI-EX-(S)-00027192**

**Lehman Brothers**
**Summary Report**

## Attachment 1 – Master Scorecard

| Division | Data | Total |
|---|---|---|
| Corporate | Headcount | 33 |
| | Total 2008 Cash | $31,534,875 |
| | Total 2008 EPP | $7,997,625 |
| | **Business Proposed Bonus Award** | **$39,532,500** |
| | Barcap Bonus Pool (per Formula) | $39,963,750 |
| | 2009 Bonus Award | |
| | Special Cash Award | $18,448,500 |
| | Pool Difference (based on current proposal) | -$431,250 |
| EQ | Headcount | 77 |
| | Total 2008 Cash | $129,082,500 |
| | Total 2008 EPP | $36,867,500 |
| | **Business Proposed Bonus Award** | **$165,950,000** |
| | Barcap Bonus Pool (per Formula) | $132,807,500 |
| | 2009 Bonus Award | |
| | Special Cash Award | $57,093,750 |
| | Pool Difference (based on current proposal) | $33,142,500 |
| FID | Headcount | 53 |
| | Total 2008 Cash | $88,166,431 |
| | Total 2008 EPP | $25,267,500 |
| | **Business Proposed Bonus Award** | **$113,433,931** |
| | Barcap Bonus Pool (per Formula) | $95,424,907 |
| | 2009 Bonus Award | $3,475,000 |
| | Special Cash Award | $43,466,395 |
| | Pool Difference (based on current proposal) | $18,009,024 |
| IBD | Headcount | 182 |
| | Total 2008 Cash | $279,770,723 |
| | Total 2008 EPP | $78,561,975 |
| | **Business Proposed Bonus Award** | **$358,332,699** |
| | Barcap Bonus Pool (per Formula) | $300,324,567 |
| | 2009 Bonus Award | $107,257,000 |
| | Special Cash Award | $93,588,000 |
| | Pool Difference (based on current proposal) | $58,008,132 |
| IMD | Headcount | 23 |
| | Total 2008 Cash | $13,298,312 |
| | Total 2008 EPP | $2,761,521 |
| | **Business Proposed Bonus Award** | **$16,059,833** |
| | Barcap Bonus Pool (per Formula) | $11,489,247 |
| | 2009 Bonus Award | |
| | Special Cash Award | $7,256,265 |
| | Pool Difference (based on current proposal) | $4,570,586 |
| PS | Headcount | 14 |
| | Total 2008 Cash | $19,866,563 |
| | Total 2008 EPP | $5,502,188 |
| | **Business Proposed Bonus Award** | **$25,368,750** |
| | Barcap Bonus Pool (per Formula) | $23,102,500 |
| | 2009 Bonus Award | |
| | Special Cash Award | $11,838,750 |
| | Pool Difference (based on current proposal) | $2,266,250 |
| SRM | Headcount | 1 |
| | Total 2008 Cash | $2,478,750 |
| | Total 2008 EPP | $746,250 |
| | **Business Proposed Bonus Award** | **$3,225,000** |
| | Barcap Bonus Pool (per Formula) | $3,225,000 |
| | 2009 Bonus Award | |
| | Special Cash Award | $1,505,000 |
| | Pool Difference (based on current proposal) | $0 |
| Sr. Mgmt | Headcount | 9 |
| | Total 2008 Cash | $105,990,000 |
| | Total 2008 EPP | $34,610,000 |
| | **Business Proposed Bonus Award** | **$140,600,000** |
| | Barcap Bonus Pool (per Formula) | $117,400,000 |
| | 2009 Bonus Award | |
| | Special Cash Award | $71,375,000 |
| | Pool Difference (based on current proposal) | $23,200,000 |
| Total Headcount | | 402 |
| Total Total 2008 Cash | | $670,188,154 |
| Total Total 2008 EPP | | $192,314,559 |
| **Total Business Proposed Bonus Award** | | **$862,502,713** |
| Total Barcap Bonus Pool (per Formula) | | $723,737,471 |
| Total 2009 Bonus Award | | $110,732,000 |
| Total Special Cash Award | | $304,573,590 |
| Total Pool Difference (based on current proposal) | | $138,765,242 |

Notes:
Snr Mgt      2008 Bonus = 85% of 2007 TC (Plus Deferred cash = 50% 07 TC as a special cash award)
Tier 1        2008 Bonus = 75% of 2007 TC (Plus Deferred cash = 35% 07 TC as special cash award)
Disc 2008  pool = 85% of 2007 pool is not included in the above

[Autodate], [Autodate]

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00027193

**Lehman Brothers**
**Summary Report**

**Attachment 2 – Deferred cash awards for PIMs**

The following steps were approved with regards to various individuals in the PIM business to compete with market practice and give us the best chance to land these individuals and tie them in longer term. This cost will not hit 2008, but rather in 2010.

These individuals are currently operating on a commission basis for their compensation. Of this commission, up to 50% (depending on level) is deferred into RSUs related to Lehman stock. Currently, these RSU awards have no value.

We propose making deferred cash awards to these individuals that cliff-vest in 2 years. The deferred cash award would be equal to 50% of the original value of the RSU awards made to them in 2008. Thus, these individuals would suffer a 50% loss on the value of their 2008 awards, and any awards received prior to that have no value.

The RSUs awarded to this population in 2008 were $23.3m. Consequently, the maximum deferred cash award (payable in 2010) would be 50% of this i.e., $11.7m.

[Autodate], [Autodate]

**HIGHLY CONFIDENTIAL**                                                         **BCI-EX-(S)-00027194**

**Lehman Brothers**
**Summary Report**

## Attachment 3 – Analysis of Targeted Spend against $1.4bn Funding

| | | | | A | B | C | D=A-B-C | E | F=E-D |
|---|---|---|---|---|---|---|---|---|---|
| Business Area | Business Unit | HC | 07 Bonus | Proportionate Funding[1] | Targeted GB[2] | Other 2008 GBs[3] | Residual Funding[4] | 65% of Residual 07 Bonus (post severances)[5] | Gap to 65%[6] |
| Front | EQ | 1,078 | 435.9 | 245.9 | 185.2 | 14.9 | | | |
| | FID | 1,069 | 598.8 | 337.8 | 172.1 | 86.9 | | | |
| | IBD | 1,245 | 620.7 | 350.1 | 359.8 | 15.3 | | | |
| | IMD | 1,017 | 66.6 | 37.6 | 14.0 | 1.3 | 22.3 | 23.1 | 0.8 |
| | PI | 56 | 125.3 | 70.7 | 0.0 | 3.8 | 66.9 | 52.9 | -13.9 |
| | PS | 346 | 94.8 | 53.5 | 25.4 | 4.2 | 23.9 | 26.4 | 2.5 |
| **Front Total** | | 4,811 | 1,942.0 | 1,095.5 | 756.5 | 126.5 | 212.5 | 477.9 | 265.4 |
| Corporate | CORP | 2,553 | 349.2 | 197.0 | 64.3 | 18.6 | 114.1 | 124.8 | 10.7 |
| | IT | 2,491 | 148.6 | 83.8 | 16.2 | 5.1 | 62.6 | 56.9 | -5.7 |
| | OCS | 1,094 | 25.3 | 14.3 | 5.1 | 1.1 | 8.1 | 8.8 | 0.7 |
| | PI | 1 | 16.8 | 9.5 | 0.0 | 0.0 | 9.5 | 7.4 | -2.1 |
| **Corporate Total** | | 6,139 | 539.9 | 304.5 | 85.5 | 24.8 | 194.2 | 197.8 | 3.7 |
| **Grand Total** | | 10,950 | 2,481.9 | 1,400.0 | 842.0 | 151.3 | 406.7 | 675.7 | 269.0 |

Notes:

[1] Illustrative allocation of $1.4bn pool, split across business areas in same proportion as 07 actual spend

[2] Value of guarantees proposed to be awarded to employees on the target list

[3] Guarantees to employees who are not on the target list

[4] Remaining funding, by business, assuming proportionate allocation less 'Targeted' and 'Other' GBs.

[5] 65% of the comparative 07 actual bonus pool, relating to the non-targeted, non GB'd population (less estimated 3,300 proportional headcount reduction)

[6] Cost to match proposed bonus pool of 65% of 07 actual

#### Observations

- After deducting targeted spend to date and other guaranteed bonuses, there remains a residual pool of $400m from the proposed $1.4bn funding
- Severances of 3,300 are assumed in the above analysis, with the headcount and associated bonus savings assumed to be directly proportional to the current distribution
- Achieving a pool wide 08 bonus benchmark of 65% of 07 values would currently require an additional $270m
- Assuming funding is allocated in line with 07 spend, Equities, IBD and FID have spent proportionately more than the other business areas with significant gaps to the benchmark
- Within the population, there are approx 1,400 recent joiners (last 2 years) who did not receive a bonus in 2007. After assuming a proportion of severance, benchmarking these to an approximate 65% of 07 averages would cost an estimated additional $75m to 100m

[Autodate], [Autodate]

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00027195

**Lehman Brothers**
**Summary Report**

## Attachment 4 – Proportionate spend to date

| Business Area | Business Unit | 07 Bonus | Proportion of Total | Targeted GB | Proportion of Targeted GBs | Targeted GB as % of 07 P |
|---|---|---|---|---|---|---|
| Front | EQ | 435.9 | 18% | 185.2 | 22% | 42% |
| | FID | 598.8 | 24% | 172.1 | 20% | 29% |
| | IBD | 620.7 | 25% | 359.8 | ▓▓▓▓▓ | ▓▓▓ |
| | IMD | 66.6 | 3% | 14.0 | 2% | 21% |
| | PI | 125.3 | 5% | 0.0 | 0% | 0% |
| | PS | 94.8 | 4% | 25.4 | 3% | 27% |
| **Front Total** | | **1,942.0** | **78%** | **756.5** | **90%** | **39%** |
| Corporate | CORP | 349.2 | 14% | 64.3 | 8% | 18% |
| | IT | 148.6 | 6% | 16.2 | 2% | 11% |
| | OCS | 25.3 | 1% | 5.1 | 1% | 20% |
| | PI | 16.8 | 1% | 0.0 | 0% | 0% |
| **Corporate Total** | | **539.9** | **22%** | **85.5** | **10%** | **16%** |
| **Grand Total** | | **2,481.9** | **100%** | **842.0** | **100%** | **34%** |

Observations

- 90% of the targeted GB spend has been directed towards Front Office roles
- The distribution of targeted GBs is skewed towards IBD and Equities with IBD guaranteeing more than 50% of their 07 pool value
- IBD represents 43% of the targeted GBs relative to 25% of the 07 spend.

**HIGHLY CONFIDENTIAL**                                    BCI-EX-(S)-00027196

**Lehman Brothers**
**Summary Report**

## Attachment 5 – UK/Europe and Asia Update

| Business | Description | Est. cost £m[2] |
|---|---|---|
| Global Markets, Sales and Research (UK/EU) | • Prime Services / Equity Finance - Team of 25 candidates. Leads - Iain Abrahams and Al Hodge. Interviews took place last week and will be looking to close quickly. Sheffield Howarth search firm, terms agreed.  Update - Gunner Burkhart key to this move so we are trying to engage and also to leverage JdM – there is a sense that this is moving away from us.<br>• Prime Services / non Equity Finance - up to 170 candidates. Lead - Al Hodge.  Update - progressing with targeted interviews.<br>• Equities Sales - Leads - Nick Howard and Omar Selim. Omar to make contact with Axel Kilan to assess interest / scope.  Update – Axel Kilan does not appear to be interested.  Considering contacting Emad Morar (Co-Head Equity Sales Europe) and Andrea Negri (Southern Europe).  Also received list of 16 Cash Equities sales guys (US product) via Lehman HR indicating that we need to offer. To be discussed with Ajay Nagpal.<br>• Equities Trading - Will be agreeing target names today/tomorrow.  Update – received a list of 16 prop / algo traders across UK / Asia from Lehman HR.  Dixit Joshi to discuss with Gerry Donini. Will then agree other target names.<br>• Research - Leads are Waqas Samad and Sudeep Sarma. Team of 25. Will proceed today/tomorrow.  Update – in progress.<br>• Sales (non Equities) - Leads are Nick Howard and Omar Selim. Identifying key 10-15 hires for review by JdM and GSdB.  Update – list is currently being reviewed by GSdB – will then be escalated to JdM for review.<br>• Now progressing with a number of non-GB Lehman hires that were in progress prior to the bankruptcy. | TBA |
| IBD (UK/EU) | **Project Destiny**<br><br>• Bob F / team - command centre established in the Hilton; this is where they will meet candidates. Bob and his colleagues have called all of the people that we targeted to call today - Tier 1 circa 15 MDs<br>• General sentiment is that the Country guys (Italy, Germany, Benelux) responded far more positively to our approach and also talked about other people in their teams that they would like to line up to meet with us; Bob planning to go to Milan and Paris to meet them on Thursday. The sector people based in London seemed more cautious; were receptive to calls and keen to talk but seem to have options and were less immediately committed.<br>• Bob and his team will be meeting these Tier 1 people over the next 2 days and mapping out the people within their teams that would form Tier 2.<br>• JW's direct reports also have a number of people that they know, who have reached out to us - and they are meeting them today / tomorrow. (in parallel) | TBA |
| India | Exploring possibility of acquiring the off-shoring capabilities in India, circa 3,000 employees | £20-30m |
| **Total Spend To Date** | | TBA |
| **Budget** | | £100m |

---

[2] Includes estimated salaries, GBs, sign-on/SBO, and recruitment costs expected to be incurred in 2008

[Autodate], [Autodate]

HIGHLY CONFIDENTIAL

BCI-EX-(S)-00027197