| OID | S1 | FunctName | Contact | Next Steps | Recurring / Ad Hoc | SubfunctName | ServName | ServiceState | ServDesc | Product | CriticalSystems | VendorDependency | LBHI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1100 | 23 | Retained Tech-Front Office | skip | | | Technology Access: Market Data (retained) | Market Data | Extend | Provide access to:<br>• Barclays' internally derived (pre-pricing) market data on an end-of-day daily basis including traders marks and external market prices as appropriate<br>• Regular daily market color in the form of market commentary or research<br><br>**LBHI and the LBHI entities shall not remarket, repurpose or redistribute any third party market data made available to them. | Equity Derivatives | Equity Derivatives Soft Data | | Yes |
| 1100 | 23 | Retained Tech-Front Office | skip | | | Technology Access: Market Data (retained) | Market Data | Extend | Provide access to:<br>• Barclays' internally derived (pre-pricing) market data on an end-of-day daily basis including traders marks and external market prices as appropriate<br>• Regular daily market color in the form of market commentary or research<br><br>**LBHI and the LBHI entities shall not remarket, repurpose or redistribute any third party market data made available to them. | Credit Derivatives | | | Yes |
| 1100 | 23 | Retained Tech-Front Office | skip | | | Technology Access: Market Data (retained) | Market Data | Extend | Provide access to:<br>• Barclays' internally derived (pre-pricing) market data on an end-of-day daily basis including traders marks and external market prices as appropriate<br>• Regular daily market color in the form of market commentary or research<br><br>**LBHI and the LBHI entities shall not remarket, repurpose or redistribute any third party market data made available to them. | Corporate Loans | Credit Derivatives System (CDS) | | Yes |
| 1100 | 23 | Retained Tech-Front Office | skip | | | Technology Access: Market Data (retained) | Market Data | Extend | Provide access to:<br>• Barclays' internally derived (pre-pricing) market data on an end-of-day daily basis including traders marks and external market prices as appropriate<br>• Regular daily market color in the form of market commentary or research<br><br>**LBHI and the LBHI entities shall not remarket, repurpose or redistribute any third party market data made available to them. | All Products | Midas | | Yes |
| 1100 | 23 | Retained Tech-Front Office | skip | | | Technology Access: Market Data (retained) | Market Data | Extend | Provide access to:<br>• Barclays' internally derived (pre-pricing) market data on an end-of-day daily basis including traders marks and external market prices as appropriate<br>• Regular daily market color in the form of market commentary or research<br><br>**LBHI and the LBHI entities shall not remarket, repurpose or redistribute any third party market data made available to them. | Commodities | | | Yes |
| 1100 | 23 | Retained Tech-Front Office | skip | | | Technology Access: Market Data (retained) | Market Data | Extend | Provide access to:<br>• Barclays' internally derived (pre-pricing) market data on an end-of-day daily basis including traders marks and external market prices as appropriate<br>• Regular daily market color in the form of market commentary or research<br><br>**LBHI and the LBHI entities shall not remarket, repurpose or redistribute any third party market data made available to them. | Sec Prod - CMOS/ABS/CMBS | | | Yes |
| 1100 | 23 | Retained Tech-Front Office | skip | | | Technology Access: Market Data (retained) | Market Data | Extend | Provide access to:<br>• Barclays' internally derived (pre-pricing) market data on an end-of-day daily basis including traders marks and external market prices as appropriate<br>• Regular daily market color in the form of market commentary or research<br><br>**LBHI and the LBHI entities shall not remarket, repurpose or redistribute any third party market data made available to them. | Sec Prod - Derivatives | ESM Pricing , ESM Product | | Yes |
| 1100 | 23 | Retained Tech-Front Office | skip | | | Technology Access: Market Data (retained) | Market Data | Extend | Provide access to:<br>• Barclays' internally derived (pre-pricing) market data on an end-of-day daily basis including traders marks and external market prices as appropriate<br>• Regular daily market color in the form of market commentary or research<br><br>**LBHI and the LBHI entities shall not remarket, repurpose or redistribute any third party market data made available to them. | Sec Prod - TBA/Pass-Throughs | | | Yes |
| 1100 | 23 | Retained Tech-Front Office | skip | | | Technology Access: Market Data (retained) | Market Data | Extend | Provide access to:<br>• Barclays' internally derived (pre-pricing) market data on an end-of-day daily basis including traders marks and external market prices as appropriate<br>• Regular daily market color in the form of market commentary or research<br><br>**LBHI and the LBHI entities shall not remarket, repurpose or redistribute any third party market data made available to them. | FX - Flow & Exotics | | | Yes |
| 1100 | 23 | Retained Tech-Front Office | skip | | | Technology Access: Market Data (retained) | Market Data | Extend | Provide access to:<br>• Barclays' internally derived (pre-pricing) market data on an end-of-day daily basis including traders marks and external market prices as appropriate<br>• Regular daily market color in the form of market commentary or research<br><br>**LBHI and the LBHI entities shall not remarket, repurpose or redistribute any third party market data made available to them. | Whole Loans | ESM Pricing , ESM Product | | Yes |
| 1104 | 23 | Retained Tech-Front Office | skip | | | Ad-Hoc Support (retained) | Provide ad-hoc systems and pricing support | Extend | Provide ad-hoc pricing and pricing systems support as needed | Whole Loans | | | Yes |
| 1104 | 23 | Retained Tech-Front Office | skip | | | Ad-Hoc Support (retained) | Provide ad-hoc systems and pricing support | Extend | Provide ad-hoc pricing and pricing systems support as needed | Munis | | | Yes |
| 1104 | 23 | Retained Tech-Front Office | skip | | | Ad-Hoc Support (retained) | Provide ad-hoc systems and pricing support | Extend | Provide ad-hoc pricing and pricing systems support as needed | Interest Rate Products | | | Yes |
| 1104 | 23 | Retained Tech-Front Office | skip | | | Ad-Hoc Support (retained) | Provide ad-hoc systems and pricing support | Extend | Provide ad-hoc pricing and pricing systems support as needed | Equity Derivatives | | | Yes |

| OID | S1 | FunctName | Contact | Next Steps | Recurring / Ad Hoc | SubfunctName | ServName | ServiceState | ServDesc | Product | CriticalSystems | VendorDependency | LBHI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1104 | 23 | Retained Tech-Front Office | skip | | | Ad-Hoc Support (retained) | Provide ad-hoc systems and pricing support | Extend | Provide ad-hoc pricing and pricing systems support as needed | FX - Flow & Exotics | | | Yes |
| 1104 | 23 | Retained Tech-Front Office | skip | | | Ad-Hoc Support (retained) | Provide ad-hoc systems and pricing support | Extend | Provide ad-hoc pricing and pricing systems support as needed | Commodities | | | Yes |
| 1104 | 23 | Retained Tech-Front Office | skip | | | Ad-Hoc Support (retained) | Provide ad-hoc systems and pricing support | Extend | Provide ad-hoc pricing and pricing systems support as needed | Corporate Loans | | | Yes |
| 1104 | 23 | Retained Tech-Front Office | skip | | | Ad-Hoc Support (retained) | Provide ad-hoc systems and pricing support | Extend | Provide ad-hoc pricing and pricing systems support as needed | Credit Derivatives | | | Yes |
| 1104 | 23 | Retained Tech-Front Office | skip | | | Ad-Hoc Support (retained) | Provide ad-hoc systems and pricing support | Extend | Provide ad-hoc pricing and pricing systems support as needed | Sec Prod - TBA/Pass-Throughs | | | Yes |
| 1104 | 23 | Retained Tech-Front Office | skip | | | Ad-Hoc Support (retained) | Provide ad-hoc systems and pricing support | Extend | Provide ad-hoc pricing and pricing systems support as needed | All Products | | | Yes |
| 1104 | 23 | Retained Tech-Front Office | skip | | | Ad-Hoc Support (retained) | Provide ad-hoc systems and pricing support | Extend | Provide ad-hoc pricing and pricing systems support as needed | Sec Prod - CMOS/ABS/CMBS | | | Yes |
| 1104 | 23 | Retained Tech-Front Office | skip | | | Ad-Hoc Support (retained) | Provide ad-hoc systems and pricing support | Extend | Provide ad-hoc pricing and pricing systems support as needed | Sec Prod - Derivatives | | | Yes |
| 2069 | 27 | IT Applications | skip | | | Application Developer Support | Application Developer Support | Extend | Provide application developer support for the applications identified on the List of Applications Requested by the TSA Counterparty, a copy of which is attached hereto and which may be updated from time to time by agreement of the parties.  Application developer support includes production support and maintenance as well as transition support. | (Not applicable) | | | Yes |
| 2070 | 27 | IT Applications | skip | | | Application Hosting | Application Hosting | Extend | Host the applications identified on the List of Applications Requested by the TSA Counterparty, a copy of which is attached hereto and which may be updated from time to time by agreement of the parties.  Application hosting entails the production operation of the requested applications and their associated data feeds and, as such, includes the following types of support as applicable to the specific application:<br><br> - Data center support<br> - Application lifecycle management<br> - Business intelligence services (data integration, ETL, and reporting)<br> - Job scheduling<br> - Distributed platform support (Linux, Solaris, and Windows Server)<br> - Storage services (SAN and tapes/backup)<br> - Server operations<br> - Systems management<br> - Market data services support<br> - Database support<br> - Middleware support<br> - Network support | (Not applicable) | | | Yes |