UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (JMP)
                                                                  :   (Jointly Administered)
             Debtors.                                             :
                                                                  :
------------------------------------------------------------------x   Ref. Docket Nos. 17722, 17726,
                                                                      17731, 17733, 17740, 17742, 17755,
                                                                      17758, 17764, 17765, 17767, 17769,
                                                                      17772-17780, 17786, 17788, 17790,
                                                                      17797-17799

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 20, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Lauren Rodriguez*
                                                      Lauren Rodriguez

Sworn to before me this
22nd day of June, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   POON CHUNG KAM
      RM 1910
      YUEN LAM HOUSE
      HONG LAM CT
      SHATIN
```

Please note that your claim # 38092 in the above referenced case and in the amount of $154,156.00 has been transferred **(unless previously expunged by court order)**

```
      STANDARD CHARTERED BANK (HONG KONG) LTD.
      TRANSFEROR: POON CHUNG KAM
      21/F STANDARD CHARTERED TOWER
      388, KWUN TONG ROAD
      HONG KONG
      HONG KONG
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 17722 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/20/2011                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 20, 2011.

# EXHIBIT B

```
TIME: 10:58:39                              LEHMAN BROTHERS HOLDING INC.                                      PAGE:   1
DATE: 06/20/11                                    CREDITOR LISTING

Name                                              Address
ALBER, EKKEHARD                                   TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA WIELANDSTR 12 71032 BOEBLINGEN  GERMANY
AU ATHENA CHUNG SIE                               ROOM 7 24/F BLOCK G GOLDEN LION GARDEN PHASE 2 SHATIN NT    HONG KONG
CHAN CHENG LAI, SHEUNG R. & CHAN HIU,             FLAT B 18/F BLOCK 18 PARK ISLAND 8 PAK LAI ROAD MA WAN    HONG KONG
  FEN
CHAN CHI HUNG                                     FLAT B 2/F SHIU FAI TERRACE GARDEN 3-4 SHIU FAIL TERRACE HAPPY VALLEY, HK    HONG KONG
CHAN CHI HUNG                                     FLAT H 49/F BLOCK 6 THE BELCHER'S 89 POKFULAM ROAD POKFULAM, HK    HONG KONG
CHAN CHUN WU                                      FLAT 8 19/F KA YIN HOUSE KA TIN CT SHATIN, NT    HONG KONG
CHAN CHUNG LING                                   FLAT E 10TH FLOOR BLOCK 1 HONG SHING GARDEN JUNKBAY KOWLOON HONG KONG
CHAN KA, YE                                       RM 619 YAM HING HOUSE SHEK YAM EAST ESTATE KWAI CHUNG, NT    HONG KONG
CHAN KAI CHEUNG DANIEL                            ROOM 3 50/F BLOCK A GALAXIA DIAMOND HILL, KLN    HONG KONG
CHAN KAM KWAN                                     FLAT E 6/F BLOCK 1 POKFULAM GARDEN POKFULAM    HONG KONG
CHAN MUI HING / SIU SAU FAN                       RM 912 HANG CHUI HSE FU HANG EST TAI PO, NT    HONG KONG
CHAN PUI CHU                                      RM 2410 HAU CHI HSE LEI CHENG UK EST SHAM SHUI PO, KLN    HONG KONG
CHAN SHING, MUI                                   RM 2021 MEI TO HOUSE MEI LAM ESTATE SHATIN, NT    HONG KONG
CHAN SHUK HA / CHEN KIN CHUNG REX                 FLT E 46/F BLK 6 EAST POINT CITY TSEUNG KWAN O KLN HK    HONG KONG
CHAN SING CHUEN / WONG WAI HAR                    FLAT A 35/F BLOCK 3 CENTRAL PARK 18 HOI TING ROAD MONGKOK, KLN    HONG KONG
CHAN WAI MING, HERBERT                            HOUSE 9 LE PALAIS NO. 8 PAK PAT SHAN ROAD TAI TAM    HONG KONG
CHAN YAU CHUNG                                    FLAT E 30/F BLOCK 3 BAYVIEW GARDEN 633 CASTLE PEAK ROAD TSUEN WAN NT    HONG KONG
CHAN YIK LAM                                      FLT B 18/F TOWER 3 THE LEIGHTON HILL NO.2B BROADWOOD ROAD HAPPY VALLEY, HK    HONG KONG
CHAN YU SANG DICKSON                              FLAT F 28/F MAPLE MANSION TAIKOO SHING, QUARRY BAY    HONG KONG
CHEN HUI CE                                       3/F 109 NAM CHEONG ST SHAM SHUI PO, KLN    HONG KONG
CHEN MIU YIN                                      FLAT H 11/F BLOCK 6 WHAMPOA GARDEN WILLOW MANSIONS 120 BAKER STREET HUNG HOM KLN    HONG KONG
CHENG CHI, SHUN / CHENG WAI, AMY                  FLAT B 16/F BLOCK 1 LONDON COURT REALTY GARDENS 41 CONDUIT ROAD MID LEVELS    HONG KONG
CHENG KAM WAH                                     FLT H 23/F BLK 8 TSUEN KING GARDEN TSUEN WAN NT    HONG KONG
CHEUNG WING, CHEE                                 ROOM 702 FA YUEN COMMERCIAL BUILDING 75-77 FA YUEN STREET MONGKOK, KLN    HONG KONG
CHEUNG CHICK YU, EDDY                             FLAT C 25/F BLOCK 6 ISLAND HARBOURVIEW HOI FAI ROAD TAI KOK TSUI KLN    HONG KONG
CHEUNG CHUN KEUNG ANTHONY                         FLAT D 2/F TOWER 12A COSTA DEL SOL LAGUNA VERDE HUNG HOM KLN    HONG KONG
CHEUNG KA YU                                      FLAT G2 14/F JUBILEE COURT JUBILEE GARDEN FO TAN, NT    HONG KONG
CHEUNG LAI, CHUN                                  B1 BLK B GARDEN VISTA 17/F SHATIN NEW TERRITORIES    HONG KONG
CHEUNG MAN KWONG SIMON / LAU CHOW MING            32 HOUSE WEST RD HONG LOK YUEN TAI PO NT    HONG KONG
CHEUNG MUK, KWAI                                  RM 1104 YAT WING HOUSE YAT NGA COURT TAI PO, NT    HONG KONG
CHEUNG, SHUI LAN                                  FLT B 15/F MING YUEN MANSION PHASE 3 NO. 16-18 PEACOCK ROAD NORTH POINT HK    HONG KONG
CHOI HON, NAM                                     RM 2 4/F BLOCK N TAI PO GARDEN TAI PO, NT    HONG KONG
CHOI SIONG KA                                     7/F BLK B EVELYN TOWERS 38 CLOUDVIEW ROAD NORTH POINT, HK    HONG KONG
CHOI YIP FONG                                     FLAT E 49/F BLOCK 3 BANYAN GARDEN 863 LAI CHI KOK ROAD CHEUNG SHA WAN, KLN    HONG KONG
CHONG MAY, CHU                                    FLT 8 29/F PARKWAY COURT NO. 4 PARK ROAD MID LEVELS    HONG KONG
CHOR CHAK FAI                                     FLAT B 49/F BLOCK 2 CENTRAL PARK 19 HOI TING ROAD TAI KOK TSUI, KLN    HONG KONG
CHOW CHI, FAI                                     ROOM 2804 SHING KAN HOUSE TIN SHING COURT TIN SHUI WAI    HONG KONG
CHOW KOON, TING / LAU WAI LING, JULIE             FLAT E 7/F BLOCK 6 ROYAL ASCOT SHATIN    HONG KONG
CHOW TSUI YUK                                     FLAT C 2/F BLOCK 45 SAVANNA GARDEN TAI PO, NT    HONG KONG
CHOW YUET YUNG ANNA                               FLAT C 31/F BLK 42 CITY ONE SHATIN SHATIN, NT    HONG KONG
CHUN, CHENG TAO                                   FLAT F 27/F TOWER 5 HARBOUR GREEN NO. 8 SHAM MONG ROAD TAI KOK TSUI KLN    HONG KONG
CHUNG NG KAM SEUNG GRACE                          FLAT F 26/F TOWER 3 VISION CITY NO. 1 YEUNG UK ROAD TSUEN WAN NT    HONG KONG
CITIBANK PRIVATKUNDEN AG & CO. KGAA               PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA               ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY
ECKE, CHRISTOPH & STEFFI                          TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA RITTERHAUSSTR 3B 01279 DRESDEN    GERMANY
FUNG OI YUNG EDA                                  FLAT A 9/F BLOCK 2 NO.1 PO SHAN ROAD MID-LEVELS HK    HONG KONG
FUNG WU YAU WAH                                   2/F HOUSE NO 253 TAI PO TAU DRIVE SERENITY VILLA TAI PO NT    HONG KONG
FUNG, SHIU KEUNG JACOB / LEUNG, WING SZE          FLAT G 25/F TOWER 5 MANHATTAN HILL 1 PO LUN STREET LAI CHI KOK KLN    HONG KONG
  ANNIE
HE YUAN XI                                        FLAT C-D 9/F YEE HING COURT 13 TAK HING STREET YAU MA TEI, KLN    HONG KONG
HEUNG LAI FONG / LO CHUN YEE                      ROOM 828 8/F TSZ KWAI HOUSE KWAI CHUNG ESTATE PHASE 4 TAI WO HAU ROAD TSUEN WAN NT    HONG KONG
HO CHI YIN EDDIE                                  8/F BLOCK F MING FUNG MANSION 136 WAN CHAI ROAD WAN CHAI HK    HONG KONG
HO CHUI HANG, LINA                                ROOM 2503 TECHNOLOGY PLAZA NO. 651 KING'S ROAD NORTH POINT    HONG KONG
HO SAI HEA                                        ROOM 7 19/F BLOCK B TAI HANG TERRACE NO 5 CHUN FAI ROAD TAI HANG    HONG KONG
HO SAU WAH, SYLVIA                                ROOM 5 7/F MEI KWONG COURT 11 NAM NING STREET ABERDEEN HK    HONG KONG
```

```
TIME: 10:58:39                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 06/20/11                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| HO YIN MEI | RM 2103 BLK B SUI WO COURT SHA TIN NT   HONG KONG |
| HO YIN OIU BILL | ROOM 13 12/F YAT SHING HOUSE MAY SHING COURT SHATN   HONG KONG |
| HO YIN PIU BILL | ROOM 13 12/F YAT SHING HOUSE MAY SHING COURT SHATIN NT   HONG KONG |
| HUI WONG TAK WAI | FLAT B 10/F CYPRESS COURT WORLD WIDE GARDEN SHATIN, NT   HONG KONG |
| KAM SAU MUI PENNY | FLAT A 21/F BLOCK 2 ISLAND RESORT 28 SIU SAI WAN ROAD SIU SAI WAN, HK   HONG KONG |
| KAM, CHIU MUK | FLAT 2818 TUNG SING HOUSE LEI TUNG ESTATE APLEICHAU HK   HONG KONG |
| KAN WAI HUNG | FLAT 1 11/F BLOCK B PO YIP BUILDING 62-70 TEXACO ROAD TSUEN WAN NT   HONG KONG |
| KONG KEE/KWONG TUNG YEE | FLAT F 6/F BLOCK 1 FELICITY GARDEN 111 SHAUKEIWAN ROAD SHAUKEIWAN HK   HONG KONG |
| KONG OI LING | ROOM 1 29/F TO MEI HOUSE YAU MEI COURT YAU TONG, KOWLOON   HONG KONG |
| KWOK CHI, TIM / WONG CHING, MAY | FLAT D 10/F BLOCK A LA FONTAINE TAI PO, NT   HONG KONG |
| KWONG MING WAH | RM 1910 KWAI MING HSE KWAI FONG ESTATE KWAI CHUNG NT HK   HONG KONG |
| LAI FUNG | RM A 33/F TOWER 8 HOI NGA MANSION RIVIERA GARDEN TSUEN WAN, NT   HONG KONG |
| LAI KOK VUI | FLAT A 10/F BLOCK 14 RICHLAND GARDENS KOWLOON BAY, KLN   HONG KONG |
| LAM SHAN SHAN | ROOM 1318 13/F FOOK HOI HOUSE SHATIN NT   HONG KONG |
| LAM WAI FONG | G/F 23-27 TAI LEE STREET YUEN LONG NT   HONG KONG |
| LAU CHI, LEUNG | FLT B 6/F NO.21 MAN FUK ROAD HO MAN TIN, KLN   HONG KONG |
| LAU KIT CHING | FLAT 6 19/F BLOCK B GREENERY PLAZA TAI PO, NT   HONG KONG |
| LAU SAU FONG | 147 PAT HEUNG SHEUNG TSUEN YUEN LONG NT   HONG KONG |
| LAW SUK CHU | FLAT E2 2/F PO WAH BUILDING 25 TAI MING LANE TAI PO NT   HONG KONG |
| LEE KAM WING DORANT | FLAT C 19/F BLOCK 3 THE CAIRNHILL NO.108 ROUTE TWISK TSUEN WAN, NT   HONG KONG |
| LEE KATHERINE YUEN LIN | FLAT B 3/F MAY KING COURT 11A MAGNOLIA ROAD YAU YAT CHUEN, KLN   HONG KONG |
| LEE SO LING | FLAT C 24/F BLK 5 GREENFIELD GARDEN TSING YI NT   HONG KONG |
| LEI FU NUN / TAN BEE KHIEN | FLAT D 51/F BLOCK 1 COASTAL SKYLINE TUNG CHUNG LANTAU ISLAND, NT   HONG KONG |
| LEUNG MAO CHING | ROOM C306 MEI WAI HOUSE MEI LAM ESTATE SHATIN NT   HONG KONG |
| LIPP, ULRICH | BLOCK A PINE VILLA LOT 223 DD 229 CLEARWATER BAY ROAD SAI KUNG KLN   HONG KONG |
| NG YIN HA | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA LUCERT 6 56593 HORHAUSEN   GERMANY |
| NG, POON YUN FONG | FLAT B4 18/F BLOCK B DRAGON TERRACE NORTH POINT HONG KONG |
| OAKTREE HUNTINGTON INVESTMENT FUND, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR   LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR   LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL), L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR   LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR   LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB (PARALLEL), L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR   LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE., 28TH FLOOR   LOS ANGELES CA 90071 |
| ORR WAI BUN CECILIA | FLAT C3 15/F RHINE COURT 80-82 BONHAM ROAD MID LEVELS HONG KONG   HONG KONG |
| PANG KIT BING | FLAT 2 30/F BLOCK A NING FUNG COURT KWAI CHUNG NT   HONG KONG |
| PARK, YUNG KI | APT 1022-312 JUNG-AUG DONG KWACHUO CITY KYUNGGI-DO   KOREA, REPUBLIC OF |
| POON CHUNG KAM | RM 1910 YUEN LAM HOUSE HONG LAM CT SHATIN |
| PUMM, HEIDELINDE & PETER | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA PECKHAUSER STR 55 40822 METMANN   GERMANY |
| QIAN YUANYING | RM 301 13 # NO 3329 HONG MEI ROAD MING HANG DISTRICT SHANGHAI CN   CHINA |
| ROMEIS, VIOLA | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA ALFRED-NOBEL-STR 10A 68519 VIEMHELM   GERMANY |
| SAKUMA KOZUE | SUITE 1712 17F SHATIN GALLERIA 18-24 SHAN MEI STREET SHATIN   HONG KONG |
| SAM LAI SHAN | FLAT H 20/F BLOCK 6 SORRENTO NO. 1 AUSTIN ROAD WEST TSIM SHA TSUI KLN   HONG KONG |
| SAO MEI YEE / WONG LOK KEUNG | NO.55 SAN FUNG AVENUE SHEUNG SHUI NT   HONG KONG |
| SIN CHUI WAN GLYN | FLT 3 29/F TAK NGA COURT TAI PO NT   HONG KONG |
| SIU CHUK CHING | FLAT D 25/F BLOCK 2 PARK ISLAND MA WAN MA WAN, NT   HONG KONG |
| SO LAI CHUN, IRENE | FLT A 18/F PRIMROSE MANSION NO.2 TAIKOO WAN ROAD TAI KOO SHING, HK   HONG KONG |
| SO, NAI LOI | FLAT 9 28/F WAH PIK HOUSE CHING WAH CT TSING TI NT   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: AU ATHENA CHUNG SIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHAN CHENG LAI, SHEUNG R. & CHAN HIU, FEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHAN CHI HUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 10:58:39                                    LEHMAN BROTHERS HOLDING INC.                                         PAGE:    3
DATE: 06/20/11                                          CREDITOR LISTING

Name                                       Address
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHAN CHUN WU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHAN CHUNG LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHAN KA, YE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHAN KAI CHEUNG DANIEL 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHAN KAM KWAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHAN MUI HING / SIU SAU FAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHAN PUI CHU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHAN SHING, MUI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHAN SHUK HA / CHEN KIN CHUNG REX 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHAN SING CHUEN / WONG WAI HAR 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHAN WAI MING, HERBERT 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHAN YAU CHUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHAN YIK LAM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHAN YU SANG DICKSON 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHEN HUI CE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHEN MIU YIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHENG CHI, SHUN / CHENG WAI, AMY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHENG KAM WAH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHENG WING, CHEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHEUNG CHICK YU, EDDY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHEUNG CHUN KEUNG ANTHONY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHEUNG KA YU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHEUNG LAI, CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHEUNG MAN KWONG SIMON / LAU CHOW MING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHEUNG MUK, KWAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHEUNG, SHUI LAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHOI HON, NAM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHOI SIONG KA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHOI YIP FONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHONG CHAK FAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHOW CHI, FAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHOW KOON, TING / LAU WAI LING, JULIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHOW TSUI YUK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHOW YUET YUNG ANNA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHUN, CHENG TAO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHUNG NG KAM SEUNG GRACE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: FUNG OI YUNG EDA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: FUNG WU YAU WAH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: FUNG, SHIU KEUNG JACOB / LEUNG, WING SZE ANNIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: HE YUAN XI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: HEUNG LAI FONG / LO CHUN YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: HO CHI YIN EDDIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: HO CHUI HANG, LINA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: HO SAI HEA, SYLVIA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: HO SAU WAH, SYLVIA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: HO YIN MEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: HO YIN OIU BILL 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: HO YIN PIU BILL 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: HUI WONG TAK WAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: KAM, SAU MUI PENNY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: KAM, CHIU MUK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: KAN WAI HUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: KONG KEE/KWONG TUNG YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: KONG OI LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: KWOK CHI, TIM / WONG CHING, MAY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
```

```
TIME: 10:58:39                                             LEHMAN BROTHERS HOLDING INC.                                                      PAGE:   4
DATE: 06/20/11                                                   CREDITOR LISTING

Name                               Address
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: KWONG MING WAH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: LAI FUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: LAI KOK VUI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: LAM SHAN SHAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: LAM WAI FONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: LAU CHI, LEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: LAU KIT CHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: LAU SAU FONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: LAW SUK CHU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: LEE KAM WING DORANT 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: LEE KATHERINE YUEN LIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: LEE SO LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: LEI FU NUN / TAN BEE KHIEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: LEUNG MAO CHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: NG, POON YUN FONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: NG YIN HA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: ORR WAI BUN CECILIA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: PANG KIT BING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: PARK, YUNG KI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: POON CHUNG KAM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: QIAN YUANYING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: SAKUMA KOZUE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: SAM LAI SHAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: SAO MEI YEE / WONG LOK KEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: SIN CHUI WAN GLYN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: SIU CHUK CHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: SO LAI CHUN, IRENE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: SO, NAI LOI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: SUI CHOK LEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: TAI CHEN TERESA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: TAM JING, HAR 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: TAN, CHAN YUK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: TANG SUET YI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: TANG, TAI CHEN TERESA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: TONG, SIU LAN ELLEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: TONG TAI YUEN GORDON 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: TSANG LAI FONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: TSANG PUI, WAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: TSOI FUN, KUK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: TUNG WAI MING MONITA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: WO WING SHUM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: WONG CHIU, SZE & WONG CHIU, WAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: WONG CHUNG KWAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: WONG HOI LAM / FUNG MEI CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: WONG HUNG LAI CONNIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: WONG HUNG LJUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: WONG LAI YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: WONG MEI LING WENDY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: WONG PO KWONG / LEE SHUK YING PHOEBE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: WONG SUK CHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: WONG TAK, CHOI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: WONG TING CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: XIN JIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: YANG CHUAN MING DORIS 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: YEUNG SHAK NUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: YU LAI HAR ANNA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: YU MAN HING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
```

```
TIME: 10:58:39                                            LEHMAN BROTHERS HOLDING INC.                                           PAGE:    5
DATE: 06/20/11                                                  CREDITOR LISTING

Name                                          Address
SUI CHOK LEE                                  FLAT C 39/F BLOCK 1 CLOVELLY COURT NO. 12 MAY ROAD MID-LEVELS HK    HONG KONG
TAM JING, HAR                                 FLAT B 25/F BLK 14 WONDERLAND VILLAS WAH KING HILL RD KWAI CHUNG, NT    HONG KONG
TAN, CHAN YUK                                 FLAT G 37/F TOWER 8 THE BELCHER'S NO. 89 POKFULAM ROAD POK FU LAM HK    HONG KONG
TANG SUET YI                                  FLAT B 2/F BLOCK 4 REDLAND GARDEN NO.4111 RAI PO ROAD TAI PO KAU TAI PO    HONG KONG
TANG, TAI CHEN TERESA                         FLAT F 15/F NAM TIEN MANSION TAIKOO SHING QUARRY BAY, HK    HONG KONG
TONG SIU LAN ELLEN                            FLAT D2 4/F GREENERY GARDEN 2A MOUNT DAVIS ROAD POKFULAM HK    HONG KONG
TONG TAI YUEN GORDON                          FLAT A 9/F 84 ROBINSON ROAD MID LEVELS    HONG KONG
TSANG LAI FONG                                FLAT A 36/F BLOCK 3 VISION CITY 1 YEUNG UK ROAD TSUEN WAN, NT    HONG KONG
TSANG PUI, WAN                                FLAT A 25/F BLK 1 KWAI CHUNG PLAZA KWAI CHUNG NT    HONG KONG
TSOI FUN, KUK                                 ROOM 1616 16/F YEE YIP HOUSE TSING YI ESTATE 10 FUNG SHUE WO ROAD KWAI CHUNG NT    HONG KONG
TUNG WAI MING MONITA                          FLAT B 5/F BLOCK 6 VILLA OCEANIA 8 ON CHUNG STREET MA ON SHAN NT    HONG KONG
WEROBEL, FRIEDERIKE & JUERGEN WEROBEL-LA      TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA HINDENBURGSTR 2 96450 COBURG    GERMANY
  ROCHELLE
WO WING SHUM                                  FLAT L 3/F BLOCK 2 FUNING GARDEN 25 PO NING ROAD TSEUNG KWAN O NT    HONG KONG
WONG CHIU, SZE & WONG CHIU, WAI               FLAT D 6/F BLOCK 5 PROVIDENT CENTRE NORTHPOINT    HONG KONG
WONG CHUNG KWAI                               FLAT D 13/F CHEONG YIU BUILDING 169 CASTLE PEAK ROAD TSUEN WAN NT    HONG KONG
WONG HOI LAM / FUNG MEI CHUN                  FLAT A 5/F BLOCK 19 WONDERLAND VILLAS 9 WAH KING HILL ROAD KWAI CHUNG NT    HONG KONG
WONG HONG LAI CONNIE                          FLAT C 16/F YING PIU MANSION 1 BREEZY PATH MID-LEVELS HONG KONG, HK    HONG KONG
WONG HUNG LUN                                 FLAT H, 25/F 8 ROYAL GREEN 8, CHING HIU ROAD SHEUNG SHUI NT    HONG KONG
WONG MEI LING WENDY                           FLAT E 36/F BLOCK 1 THE CLIVEDEN 98 ROUTE TWISK TSUEN WAN NT    HONG KONG
WONG PO KWONG / LEE SHUK YING PHOEBE          FLAT G 17/F BLOCK 3 METRO TOWN PHASE 1 8 KING LENG ROAD TSEUNG KWAN O, NT    HONG KONG
WONG SUK CHING                                FLAT A 7/F YU LAM COURT LUCKY PLAZA SHATIN NT    HONG KONG
WONG TAK, CHOI                                B201 NO.10 DUKE STREET KOWLOON    HONG KONG
WONG TING CHUN                                ROOM 1008 10/F GOOD LUCK IND CENTRE NO. 808 LAI CHI KOK ROAD CHEUNG SHA WAN, KLN    HONG KONG
XIN JIE                                       7-5-102 FU GUI GARDEN DONG HUE SHI DA FIE WEN DISTRICT BEIJING 100062 CHINA
YANG CHUAN MING DORIS                         ROOM 7 12/F TSUI YUEN MANSION NO. 39 WATERLOO ROAD YAU MA TEI, HK    HONG KONG
YEUNG SHAK NUNG                               FLAT 9B BLOCK E SAI KUNG VILLA SAI KUNG, KLN    HONG KONG
YORVIK PARTNERS LLP                           TRANSFEROR: BANCO ESPIRITO SANTO, S.A. ATTN: LISA KING 11 IRONMONGER LANE LONDON    EC2V 8EY UNITED KINGDOM
YU LAI HAR ANNA                               PALM SPRINGS NO. 76 CYPRES DRIVE YUEN LONG    HONG KONG
YU MAN HING                                   FLAT B 10/F BLOCK 3 KWAI CHUNG PLAZA 7-11 KWAI FOO ROAD KWAI CHUNG NT    HONG KONG

Total Number of Records Printed        246

                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```