Rhode ST. Genèse,
Juni 5th 2011

From :

Tinant Danielle
Avenue des Tilleuls, 16
1640 Rhode Saint-Genèse
Belgium

Mobile 00-32-478 888 201
Phone nbr. 00-32-2- 358 20 55

To :

The Honorable James M. Peck
One Bowling Green, New York
New York 10004
Courtroom 601

Weil Gotshal & Manges LLP
Attn : Robert J. Lemons and Mark Berstain
767 Fifth Avenue, New York
New York 10153

The Office of the United States Trustee
for Region 2
Attn : Tracy Hope Davis, Elisabetta Gasparini
       And Andrea B. Schwartz
33 Whitehall Street, 21st Floor, New York
New York 10004

Milbank, Tweed, Hadley & Mc Cloy LLP
Attn : Dennis F. Dunne, Dennis O'Donnell,
       And Evan Fleck
1 Chase Manhattan Plaza, New York
New York 10005



ANNEXES : 5 annexes. / 8 pages

Subject : Opposition to the disallowance and expungement of my claim, number 64460 and Blocking Number CA67719 (answer to ANNEX 1).

Dear,

I oppose the disallowance and expungement of my claim 64460 mentioned in the notice in ANNEX 1.

Please find hereunder the required information related to my opposition and requested by the notice in Annex 1.

1) - <u>Bankruptcy Court</u> :
    United States Bankruptcy Court for the Southern District of New York.

   - <u>Debtors</u> :
     Lehman Brothers Holdings Inc. and certain of its affiliates (collectively the "Debtors").

   - <u>Case number</u> : Chapter 11 Case No. 08-13555 (JMP).

- <u>Title of the Objection to which this response is directed</u> : Debtors'One Hundred Forty-Third Omnibus Objection to Claims (Late Filed Claims) with the United States Bankruptcy Court for the Southern District of New York.

2) - <u>Name of the Claimant</u> :
Tinant Danielle
Avenue des Tilleuls, 16
1640 Rhode-Saint-Genèse
Belgium

- <u>Description of the basis for the amount of the claim</u> :
14 securities identified by the ISIN number XS0218304458-00 with a purchase value of 1000 EURO each, which makes a total value of 14000 EURO. See Proof of Claim (ANNEX 5).

3) - <u>Reason why my claim should not be disallowed and expunged</u>:
The Bar Date Order established November 2, 2009 as the deadline to file proofs of claim arising from securities included on the Lehman Programs Securities List.
My bank, ING Belgique SA – securities Department, confirmed the due date of November 2, 2009 as you can see under § 5 of ANNEX 3.
This is based on my Lehman securities ISIN number XS0218304458-00 which appears on ANNEX 4.

As I sent my Proof of Claim via certified sending of the Belgian Post on October 28, 2009 am, this shows evidence that the Proof of Claim was filed on time, i.e. before November 2, 2009.
The official form of the Belgian Post, showing sending date and hour, can be found on ANNEX 6.
I cannot be responsible for any delay which may have occurred on the processing of incoming mail at the US Recipient side.

4) - <u>All documentation of other evidence of the claim</u>:
See annex 1, 3, 4, 5, 6.
N.B.: There is no annex 2, for consistency with previous mail.

5) - <u>Address where the Debtors must return any reply to my response:</u>
Same as in the Proof of Claim (ANNEX 5), i.e.:

Me Danielle Tinant
Avenue des Tilleuls 16
1640 Rhode Saint-Genèse
Belgium

6) - <u>Name , address, telephone numbers of the person resolving the claim:</u>
Me Danielle Tinant
Avenue des Tilleuls 16
1640 Rhode Saint-Genèse
Belgium
Phone: 00-32-2-358-20-55
Mobile: 00-32-478-888-201

<u>Message to the President of the Court:</u>

Mister the President,

Could you please be so kind to take the following into consideration:

1) The amount represented by my 14 Lehman securities, ISIN number XS0218304458-00, counts for 14000 €, or appreciatively 20500 USD, which is very significant for a private person like me.

2) The costs (travel from Europe, lodging, leaving expenses, etc…) to appear at the hearing on the objection, are expected to be very high for a private person like me.
This becomes even more critical if the Debtors do continue the hearing with respect to my claim, because in this case the hearing will be held at a later date, as stated in your notice, which would imply last minute cancellation costs for me.

Regards,

D. Tinant