**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Telephone: 212-326-0148
Facsimile: 212-515-6959
RONALD S. BEACHER, ESQ. (RB-8837)

*Attorneys for SPCP Group, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X
:
In re                                                            :  **Chapter 11**
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :  **Case No. 08-13555 (JMP)**
:  **(Jointly Administered)**
Debtors.                                    :
:
---------------------------------------------------------------- X
:
:  **Chapter 11**
In re                                                            :
:
LEHMAN BROTHERS SPECIAL FINANCING                                :  **Case No. 08-13888 (JMP)**
INC.,                                                            :  **(Jointly Administered)**
:
Debtor.                                     :
---------------------------------------------------------------- X

**NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN**
**FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the partial transfer, other than for security, of the claim referenced in this evidence and notice (the "Transferred Claim"). A copy of the Partial Transfer of Claim Other Than for Security is attached hereto as Exhibit A and is incorporated herein by reference.

**Name of Transferee:**

SPCP Group, LLC

**Name of Transferor:**

Goldman Sachs Lending Partners LLC

**Name and Address where notices to Transferee should be sent:**

SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830

Primary Contact: Brian A. Jarmain
Telephone: 203-542-4032
Facsimile: 203-542-4132
Email: bjarmain@silverpointcapital.com

With a copy to:
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher, Esq.
Telephone: 212-326-0148
Facsimile: 212-515-6959
Email: rbeacher@pryorcashman.com

**Name and address where Transferee payments should be sent:**

SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830
Attn: Brian A. Jarmain
Telephone: 203-542-4032

Case No. 08-13888
Court Claim No. 33659
Amount of Claim as Filed: $8,573,356.64
Amount of Claim Transferred: $3,092,147.63
Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special Financing Inc.

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(e)(2), to receive from the Clerk of the Court notice of filing of the Partial Transfer of Claim Other Than for Security and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the Transferred Claim as an unconditional transfer; and (ii) Transferee is the sole owner and holder of the Transferred Claim.

Dated: New York, New York
 6/22 , 2011

**PRYOR CASHMAN LLP**

By: /s/ *Ronald S. Beacher*
Ronald S. Beacher (RB-8837)
7 Times Square
New York, New York 10036
Telephone: 212-326-0148
Facsimile : 212-515-6959

*Attorneys for SPCP Group, LLC*

# EXHIBIT A

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| In re Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held<br>In re Lehman Brothers Special Financing Inc. | Case No. of Debtor<br>08-13888 (JMP) |

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SPCP Group, LLC
    Name of Transferee

Name and Address where notices to transferee
should be sent:
SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830

Primary Contact: Brian A. Jarmain
Telephone: 203-542-4032
Facsimile: 203-542-4132
Email: bjarmain@silverpointcapital.com

With a copy to:

Goldman Sachs Lending Partners LLC
    Name of Transferor

Court Claim # (if known): 33659
Amount of Claim as Filed: $8,573,356.64
Amount of Claim Transferred: $3,092,147.63
Date Claim Filed: 9/22/09
Debtor: Lehman Brothers Special Financing Inc.

660757v.2 153/05974

PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher, Esq.
Telephone: 212-326-0148
Facsimile: 212-515-6969
Email: rbeacher@pryorcashman.com

Phone: 203-542-4032                                       Phone: _____
Last Four Digits of Acct #: _____               Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                        Date: _____
   Name of Transferee/Transferee's Agent

By: _____                        Date: 5/9/11
   Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

660757v.2 153/05974