**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Telephone: 212-326-0148
Facsimile: 212-515-6959
RONALD S. BEACHER, ESQ. (RB-8837)

*Attorneys for SPCP Group, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- X
                                                              :
In re                                                         :    **Chapter 11**
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :    **Case No. 08-13555 (JMP)**
                                                              :    **(Jointly Administered)**
                          Debtors.                            :
                                                              :
------------------------------------------------------------- X
                                                              :
                                                              :    **Chapter 11**
In re                                                         :
                                                              :
LEHMAN BROTHERS SPECIAL FINANCING                             :    **Case No. 08-13888 (JMP)**
INC.,                                                         :    **(Jointly Administered)**
                                                              :
                          Debtor.                             :
------------------------------------------------------------- X

**NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN**
**FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the partial transfer, other than for security, of the claim referenced in this evidence and notice (the "Transferred Claim"). A copy of the Partial Transfer of Claim Other Than for Security is attached hereto as Exhibit A and is incorporated herein by reference.

| | |
|---|---|
| **Name of Transferee:** | **Name of Transferor:** |
| SPCP Group, LLC | Goldman Sachs Lending Partners LLC |

**Name and Address where notices to Transferee should be sent:**

SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830

Primary Contact: Brian A. Jarmain
Telephone: 203-542-4032
Facsimile: 203-542-4132
Email: bjarmain@silverpointcapital.com

With a copy to:
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher, Esq.
Telephone: 212-326-0148
Facsimile: 212-515-6959
Email: rbeacher@pryorcashman.com

**Name and address where Transferee payments should be sent:**

SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830
Attn: Brian A. Jarmain
Telephone: 203-542-4032

Case No. 08-13888
Court Claim No. 33591
Amount of Claim as Filed: $2,676,981.21
Amount of Claim Transferred: $965,505.28
Date Claim Filed: September 22, 2009
Debtor: Lehman Brothers Special
          Financing Inc.

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(e)(2), to receive from the Clerk of the Court notice of filing of the Partial Transfer of Claim Other Than for Security and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the Transferred Claim as an unconditional transfer; and (ii) Transferee is the sole owner and holder of the Transferred Claim.

Dated: New York, New York
June 22, 2011

**PRYOR CASHMAN LLP**

By: /s/ *Ronald S. Beacher*
Ronald S. Beacher (RB-8837)
7 Times Square
New York, New York 10036
Telephone: 212-326-0148
Facsimile: 212-515-6959

*Attorneys for SPCP Group, LLC*

# EXHIBIT A

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held<br>In re Lehman Brothers Special Financing Inc. | Case No. of Debtor<br>08-13888 (JMP) |

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SPCP Group, LLC  
  Name of Transferee

Goldman Sachs Lending Partners LLC  
  Name of Transferor

Name and Address where notices to transferee should be sent:  
SPCP Group, LLC  
2 Greenwich Plaza, 1st Floor  
Greenwich, CT 06830

Court Claim # (if known): 33591  
Amount of Claim as Filed: $2,676,981.21  
Amount of Claim Transferred: $965,505.28  
Date Claim Filed: 9/22/09  
Debtor: Lehman Brothers Special Financing Inc.

Primary Contact: Brian A. Jarmain  
Telephone: 203-542-4032  
Facsimile: 203-542-4132  
Email: bjarmain@silverpointcapital.com

With a copy to:

660757v.2 153/05974

PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher, Esq.
Telephone: 212-326-0148
Facsimile: 212-515-6969
Email: rbeacher@pryorcashman.com

Phone: 203-542-4032 _____          Phone: _____
Last Four Digits of Acct #: _____   Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By: _____          Date: _____
    Name of Transferee/Transferee's Agent


By: _____          Date: 5/9/11
    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

660757v.2 153/05974