**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Telephone: 212-326-0148
Facsimile: 212-515-6959
RONALD S. BEACHER, ESQ. (RB-8837)

*Attorneys for SPCP Group, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
                                                             :
In re                                                        :        **Chapter 11**
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :        **Case No. 08-13555 (JMP)**
                                                             :        **(Jointly Administered)**
                                            Debtors.         :
                                                             :
------------------------------------------------------------ X

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN
## FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the
partial transfer, other than for security, of the claim referenced in this evidence and notice (the
"Transferred Claim").  A copy of the Partial Transfer of Claim Other Than for Security is
attached hereto as Exhibit A and is incorporated herein by reference.

**Name of Transferee**:

SPCP Group, LLC

**Name and Address where notices to
Transferee should be sent:**

SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT  06830

Primary Contact:  Brian A. Jarmain
Telephone:  203-542-4032
Facsimile:  203-542-4132
Email:  bjarmain@silverpointcapital.com

With a copy to:
PRYOR CASHMAN LLP
7 Times Square
New York, NY  10036
Attn:   Ronald S. Beacher, Esq.
Telephone:  212-326-0148
Facsimile:  212-515-6959
Email:  rbeacher@pryorcashman.com

**Name and address where Transferee
payments should be sent:**

SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT  06830
Attn:  Brian A. Jarmain
Telephone:  203-542-4032

**Name of Transferor:**

Goldman Sachs Lending Partners LLC

Case No.  08-13555
Court Claim No. 33590
Amount of Claim as Filed:  $1,238,415.28
Amount of Claim Transferred:  $446,658.53
Date Claim Filed:  September 22, 2009
Debtor:  Lehman Brothers Holdings Inc.

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(e)(2), to receive from the Clerk of the Court notice of filing of the Partial Transfer of Claim Other Than for Security and its right to object to such transfer within the twenty (20) day period.  The Transferor has stipulated that:  (i) an order may be entered recognizing the transfer of the Transferred Claim as an unconditional transfer; and (ii) Transferee is the sole owner and holder of the Transferred Claim.

Dated: New York, New York
       6/22, 2011

**PRYOR CASHMAN LLP**

By:    */s/ Ronald S. Beacher*
       Ronald S. Beacher (RB-8837)
       7 Times Square
       New York, New York 10036
       Telephone:  212-326-0148
       Facsimile :  212-515-6959

       *Attorneys for SPCP Group, LLC*

# EXHIBIT A

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>SPCP Group, LLC</u>                              <u>Goldman Sachs Lending Partners LLC</u>
         Name of Transferee                                         Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known):<u>33590</u>
should be sent:                                        Amount of Claim as Filed: <u>$1,238,415.28</u>
SPCP Group, LLC                                        Amount of Claim Transferred: <u>$446,658.53</u>
2 Greenwich Plaza, 1st Floor                           Date Claim Filed:<u>9/22/09</u>
Greenwich, CT 06830                                    Debtor: <u>Lehman Brothers Holdings Inc.</u>

Primary Contact: Brian A. Jarmain
Telephone: 203-542-4032
Facsimile: 203-542-4132
Email: bjarmain@silverpointcapital.com

With a copy to:
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher, Esq.
Telephone: 212-326-0148
Facsimile: 212-515-6969
Email: rbeacher@pryorcashman.com

Phone:<u>203-542-4032</u>                              Phone:_____

660757v.2 153/05974

Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.


By: _____        Date: _____
    Name of Transferee/Transferee's Agent


By: _____        Date: __5/9/11__
    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

660757v.2 153/05974