**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Telephone: 212-326-0148
Facsimile: 212-515-6959
RONALD S. BEACHER, ESQ. (RB-8837)

*Attorneys for SPCP Group, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                                                                 :
In re                                                            :   **Chapter 11**
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   **Case No. 08-13555 (JMP)**
                                                                 :   **(Jointly Administered)**
                        Debtors.                                 :
                                                                 :
---------------------------------------------------------------- X

**NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN
FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the partial transfer, other than for security, of the claim referenced in this evidence and notice (the "Transferred Claim"). A copy of the Partial Transfer of Claim Other Than for Security is attached hereto as Exhibit A and is incorporated herein by reference.

| | |
|---|---|
| **Name of Transferee:** | **Name of Transferor:** |
| SPCP Group, LLC | Goldman Sachs Lending Partners LLC |

**Name and Address where notices to Transferee should be sent:**

SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT  06830

Primary Contact:  Brian A. Jarmain
Telephone: 203-542-4032
Facsimile:  203-542-4132
Email:  bjarmain@silverpointcapital.com

With a copy to:
PRYOR CASHMAN LLP
7 Times Square
New York, NY  10036
Attn:  Ronald S. Beacher, Esq.
Telephone: 212-326-0148
Facsimile:  212-515-6959
Email:  rbeacher@pryorcashman.com

**Name and address where Transferee payments should be sent:**

SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT  06830
Attn:  Brian A. Jarmain
Telephone: 203-542-4032

Case No.  08-13555
Court Claim No. 33658
Amount of Claim as Filed:  $8,573,356.64
Amount of Claim Transferred:  $3,092,147.63
Date Claim Filed:  September 22, 2009
Debtor:  Lehman Brothers Holdings Inc.

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(e)(2), to receive from the Clerk of the Court notice of filing of the Evidence of Transfer of Claim and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the Transferred Claim as an unconditional transfer; and (ii) Transferee is the sole owner and holder of the Transferred Claim.

Dated: New York, New York
      6/22, 2011

**PRYOR CASHMAN LLP**

By:   */s/ Ronald S. Beacher*
     Ronald S. Beacher (RB-8837)
     7 Times Square
     New York, New York 10036
     Telephone: 212-326-0148
     Facsimile : 212-515-6959

*Attorneys for SPCP Group, LLC*

# EXHIBIT A

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>SPCP Group, LLC</u>                             <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known):<u>33658</u>
should be sent:                                 Amount of Claim as Filed: <u>$8,573,356.64</u>
SPCP Group, LLC                                 Amount of Claim Transferred: <u>$3,092,147.63</u>
2 Greenwich Plaza, 1st Floor                    Date Claim Filed:<u>9/22/09</u>
Greenwich, CT 06830                             Debtor: <u>Lehman Brothers Holdings Inc.</u>

Primary Contact: Brian A. Jarmain
Telephone: 203-542-4032
Facsimile: 203-542-4132
Email: bjarmain@silverpointcapital.com

With a copy to:
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher, Esq.
Telephone: 212-326-0148
Facsimile: 212-515-6969
Email: rbeacher@pryorcashman.com

Phone:<u>203-542-4032</u>                            Phone:_____

660757v.2 153/05974

Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
     Name of Transferee/Transferee's Agent

By: _____          Date: 5/9/11
     Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

660757v.2 153/05974