Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,  Case No. 08-13555 (JMP)
(**Jointly Administered**)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | ING Luxembourg |

Name and Address where notices to transferee should be sent:

| | |
|---|---|
| Deutsche Bank AG, London Branch<br>Winchester House, 1 Great Winchester Street<br>London EC2N 2DB<br>Tel: +44 20 7547 2400<br>Fax: +44 113 336 2010<br>Attention: Philipp Roever<br>E-mail:  philipp.roever@db.com | Court Claim # (if known):  44149<br>Amount of Claim: $6,780,480.00<br>Date Claim Filed: October 22, 2009<br><br>Tel: N/A |
| Last Four Digits of Acct. #:  N/A | Last Four Digits of Acct. #:  N/A |

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 0062
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date:   June 23, 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

*FULL Transfer of LBHI Claim # 44149*
*PROGRAM SECURITY*

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

| | |
|---|---|
| TO: | United States Bankruptcy Court for the |
| | Southern District of New York (the "Bankruptcy Court") |
| | Attn: Clerk |
| AND TO: | Lehman Brothers Holdings, Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., *et al.,* |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) |
| CLAIM NO. | 44149 (full transfer) |

1.       For value received, the adequacy and sufficiency of which are hereby acknowledged, **ING Luxembourg**, of 52, route d'Esch, L-2965 Luxembourg ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Deutsche Bank AG, London Branch, of Winchester House, 1 Great Winchester Street, London EC2N 2DB, U.K. (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) Seller's right, title and interest in and to such portion of Proof of Claim Number 44149 filed by or on behalf of Seller (a copy of which is attached at Schedule 2 hereto) (the "Proof of Claim") as is specified in Schedule 1 hereto (the "Purchased Portion") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Portion, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Portion or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Portion, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Portion, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Portion, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Portion, but only to the extent related to the Purchased Portion, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Portion and specified in Schedule 1 attached hereto.

2.       Seller hereby represents and warrants to Purchaser, that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Portion specified in Schedule 1 attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3.       Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the

DB Ref: 5537 (II)

Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 15th day of May 2011.
JUNE

**ING LUXEMBOURG**

By:
Name:   Jean KLEPPER
Title:   Manager Operations

52, route d'Esch
L-2965 Luxembourg

B

Bernard PONCIN
Manager Securities Transfers
& Corporate Actions

**ING**

DB Ref: 5537 (II)

**DEUTSCHE BANK AG, LONDON BRANCH**

By:
Name:
Title:

Winchester House
1, Great Winchester Street
London EC2N 2DB
U.K.
Attn: Philipp Roever

Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this ___ day of June 2011.

**ING LUXEMBOURG,** *as Custodian for*
*Aspecta Assurances International SA*

By:_____
Name:
Title:

52, route d'Esch
L-2965 Luxembourg

**DEUTSCHE BANK AG, LONDON BRANCH**

By:_____
Name:   Ross Miller
Title:    Director

Winchester House
1, Great Winchester Street
London EC2N 2DB
U.K.
Attn: Philipp Roever

DB Ref: 5537 (II)

Schedule 1

## Transferred Claims

### Purchased Portion

100% of the claim that is referenced in the Proof of Claim and relating to the Purchased Security described below.

### Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN | Issuer | Guarantor | Principal/Notional Amount | Blocking No. | Maturity |
|---|---|---|---|---|---|---|
| 10yr Target 6 Note (100% Capital Protected Notes linked to a Basket of Shares issued under the equity-linked Euro Medium Term Note program | XS0346081481 | Lehman Brothers Bankhaus AG | Lehman Brothers Holdings Inc. | USD 6,780,480.00 (EUR 4,800,000.00) | CA 16304 | 7 March 2018 |

DB Ref: 5537 (II)

Schedule 2

Copy of Proof of Claim 44149

| *United States Bankruptcy Court/Southern District of New York* | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000044149

**Note:** This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**ING Luxembourg**
**52, route d'Esch**
**L-2965 Luxembourg**

Telephone number: +352406540696    Email Address: ca@ing.lu

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:    Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $  6780 480**    (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): XS0346081481**    (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**CA16304**    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders ~~Euroclear Bank~~, Clearstream Bank ~~or Other Depository Participant~~ Account Number:**

**11363**    (Required)

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 20/10/2009 | |

**FOR COURT USE ONLY**
**FILED / RECEIVED**

OCT 2 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Christine DELTENRE
Team Leader Corporate Actions


**ING**

Secrétariat Général

**Votre contact : Sun Mee LANNERS**
T (352) 40.65.40-9209
F (352) 40.65.40-9568
E secgen@ing.lu

N. réf. SG/1801
V. réf.

Luxembourg, 20 October 2009

Subject : **Specimen of authorized signature**

Dear Sirs,

Please find hereafter copy of the specimen of signature of Mrs Christine DELTENRE
LAMBOTTE and Mr Charles MARICHAL.

| | |
|---|---|
| DELTENRE LAMBOTTE Christine<br>Securities / Corporate Actions<br><br>B | |
| MARICHAL Charles<br>Securities / Management<br><br>A | |

Best regards.

Myriam GUSTIN

Sun Mee LANNERS

ING Luxembourg, Société Anonyme          R.C.S. Luxembourg B.6041          T +352 44 99 11 F +352 44 99 12 31



## POWERS GIVEN TO THE SIGNATORIES OF EACH CATEGORY
(a signature of a higher category replaces a signature of a lower category)

| | |
|---|---|
| All deeds binding the Bank | A + A |
| All deeds and documents relating to bank operations, except those indicated below | A + B |

| | Up to 50.000 EUR or equivalent | Up to 125.000 EUR or equivalent | Up to 1.250.000 EUR or equivalent | 1.250.000 EUR and over or equivalent |
|---|---|---|---|---|
| In credit matters of all types, contracts, confirmations, amendments, terminations | B + C | B + B | A + B | A + A |
| Guarantees or counter-guarantees | B + C | B + B | A + B | A + B |

| | Up to 250.000 EUR or equivalent | Up to 625.000 EUR or equivalent | 625.000 EUR and over or equivalent |
|---|---|---|---|
| Bank cheques | B + C | B + B | A + B |
| Drawing of trade bills | B + C | B + B | A + B |
| Endorsements of trade bills | B + C | B + B | A + B |
| Acceptances & "avals" of trade bills | B + C | B + B | A + B |
| Payment orders except those issued by authenticated SWIFT or tested telex | B + C | B + B | A + B |

| | Up to 1.250.000 EUR or equivalent | 1.250.000 EUR and over or equivalent |
|---|---|---|
| Confirmation of purchase & sale of securities | B + C | A + B |
| Confirmation of treasury & arbitrage operations in euros and currencies | B + B | B + B |
| Derivative products confirmations | B + B | B + B |

| | |
|---|---|
| Exchange of SWIFT test keys & authenticators | A + B |
| Free of payment delivery orders in favour of a third party for stocks & securities | A + B |
| Transfer and bank cheque operations on own behalf | B + B |
| Account reconciliations & approvals of the Bank's correspondents | B + B |
| Availability orders on own behalf for stocks & securities | B + C |
| Cheque endorsements | B + C |
| Savings certificates signed or prestamped by a director | B + C |
| Account reconciliations, balance certificates & approvals of clients of the Bank | B + C |
| Certified certificates other than those relating to the Bank's corporate deeds | B + C |
| Daily correspondence (without commitment) | B + C |
| Receipt of any deed served by process-server | B |
| Acknowledgements of receipt | D |
| Receipts for deposits of cash, securities, coupons or stock | D |
| Account statements | No signature required |
| Detailed account statements and securities statements | No signature required |
| Debit & credit advices, detailed statements & other documents confirmed by an account statement | No signature required |
| Notice to clients of availability of stock and documents | No signature required |
| Information letters | No signature required |

ING Luxembourg, Société Anonyme

List of authorized signatures
January 2009 edition





EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

**epiq**
SYSTEMS



MAILID *** 0004910013 ***

**** LBH CLMLTR (MERGE2,TXNUM2) 4000095777 ****

ING LUXEMBOURG
52, ROUTE D'ESCH
L-2965 LUXEMBOURG

December 02, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | ING LUXEMBOURG |
| Date Received: | 10/22/2009 |
| Claim Number: | 44149 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name,etc.**

**The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.**

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

Claim Question? Call: 646 282 2400

Guest

EPIQ SYSTEMS    dentorMetrix

Lehman Brothers Holdings Inc. (Chapter 11)
Change Client

Client Home    Claims    Docket    Key Documents

Home»Search Claims

Bookmark this Page

## Search Claims

Criteria

| Claim Number | Creditor Name | | Scope |
| --- | --- | --- | --- |
| 44149 | Name Starts With | | Claims and schedules |

| Schedule Number | Amount | | |
| --- | --- | --- | --- |
| | Total Claim Value | Equals | |

| | Claim Date Range | | |
| --- | --- | --- | --- |
| | | to | |

Debtor

Order By:  Creditor Name          Results Per Page:  50

Results
Expand All
[1] Page 1 of 1 - 01 total items

| | Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
| --- | --- | --- | --- | --- | --- | --- |
| ⊕ | 44149 | | ING LUXEMBOURG | 10/22/2009 | $6,780,480.00 | Image |

[1] Page 1 of 1 - 01 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(**Jointly Administered**)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | ING Luxembourg |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Philipp Roever
E-mail:  philipp.roever@db.com

Court Claim # (if known):  44151
Amount of Claim: $4,025,910.00
Date Claim Filed: October 22, 2009

Tel: N/A

Last Four Digits of Acct. #:  N/A

Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 0062
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date:    June 23, 2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

FULL Transfer of LBHI Claim # 44151
PROGRAM SECURITY

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO:            United States Bankruptcy Court for the
               Southern District of New York (the "<u>Bankruptcy Court</u>")

               Attn: Clerk

AND TO:        Lehman Brothers Holdings, Inc. (the "<u>Debtor</u>")

CASE NAME:     In re Lehman Brothers Holdings Inc., *et al.,*

CASE NO.       Chapter 11, Case No. 08-13555 (JMP)

CLAIM NO.      44151 (full transfer)

1.      For value received, the adequacy and sufficiency of which are hereby acknowledged, **ING Luxembourg**, of 52, route d'Esch, L-2965 Luxembourg ("<u>Seller</u>") hereby unconditionally and irrevocably sells, transfers and assigns to Deutsche Bank AG, London Branch, of Winchester House, 1 Great Winchester Street, London EC2N 2DB, U.K. (the "<u>Purchaser</u>"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) Seller's right, title and interest in and to such portion of Proof of Claim Number 44151 filed by or on behalf of Seller (a copy of which is attached at Schedule 2 hereto) (the "<u>Proof of Claim</u>") as is specified in Schedule 1 hereto (the "<u>Purchased Portion</u>") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and debtor in proceedings for reorganization (the "<u>Proceedings</u>") in the United States Bankruptcy Court for the Southern District of New York (the "<u>Court</u>"), administered under Case No. 08-13555 (JMP) (the "<u>Debtor</u>"), (b) all rights and benefits of Seller relating to the Purchased Portion, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Portion or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Portion, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Portion, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Portion, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Portion, but only to the extent related to the Purchased Portion, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "<u>Transferred Claims</u>"), and (d) the security or securities (any such security, a "<u>Purchased Security</u>") relating to the Purchased Portion and specified in <u>Schedule 1</u> attached hereto.

2.      Seller hereby represents and warrants to Purchaser, that:  (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Portion specified in <u>Schedule 1</u> attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3.      Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the

**DB Ref: 5537 (II)**

Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this _16th_ day of May 2011.
                    JUNE

**ING LUXEMBOURG**                                      **DEUTSCHE BANK AG, LONDON BRANCH**

By: _____                              By: _____
Name: **Jean KLEPPER**                                  Name:
Title **Manager Operations**                            Title:

52, route d'Esch                                        Winchester House
L-2965 Luxembourg                                       1, Great Winchester Street
                                                        London EC2N 2DB
                                                        U.K.
            Bernard PONCIN                              Attn: Philipp Roever
         Manager Securities Transfers
            & Corporate Actions

**ING** 🦁

**DB Ref: 5537 (II)**

Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this ___ day of May 2011.

**ING LUXEMBOURG, *as Custodian for***
***Aspecta Assurances International SA***

By: _____
Name:
Title:

52, route d'Esch
L-2965 Luxembourg

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name: Ross Miller
Title: Director

Winchester House
1, Great Winchester Street
London EC2N 2DB
U.K.
Attn: Philipp Roever

DB Ref: 5537 (II)

Schedule 1

Transferred Claims

Purchased Portion

100% of the claim that is referenced in the Proof of Claim and relating to the Purchased Security described below.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN | Issuer | Guarantor | Principal/Notional Amount | Blocking No. | Maturity |
|---|---|---|---|---|---|---|
| 10year Capital Protected SPA Note linked to the Lehman Brothers Alpha Select 4 Fund under the equity-linked Euro Medium Term Note program | XS0350719380 | Lehman Brothers Bankhaus AG | Lehman Brothers Holdings Inc. | USD 4,025,910.00 (EUR 2,850,000.00) | CA 16306 | 6 April 2018 |

DB Ref: 5537 (II)

Schedule 2

Copy of Proof of Claim 44151

| *United States Bankruptcy Court/Southern District of New York* | | **LEHMAN SECURITIES PROGRAMS** |
| --- | --- | --- |
| Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | **PROOF OF CLAIM** |

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
| --- | --- |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000044151

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

**THIS SPACE IS FOR COURT USE ONLY**

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| --- | --- |
| **ING Luxembourg** 52, route d'Esch L-2965 Luxembourg Telephone number: +352406540696  Email Address:  ca@ing.lu | Court Claim Number: _____ *(If known)* Filed on: _____ |
| Name and address where payment should be sent (if different from above) Telephone number:            Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ **4 025 810** (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): **XS0350718380** (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and/or other depository blocking reference number:

**CA16306** (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders ~~Euroclear Bank~~, Clearstream Bank ~~or Other Depository Participant~~ Account Number:

**11363** (Required)

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY **FILED / RECEIVED** OCT 2 2 2009 EPIQ BANKRUPTCY SOLUTIONS, LLC |
| --- | --- |

| Date. 20/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | |
| --- | --- | --- |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Christine DELTENRE
Team Leader Corporate Actions



Secrétariat Général

**Votre contact : Sun Mee LANNERS**
**T (352) 40.65.40-9209**
**F (352) 40.65.40-9568**
**E secgen@ing.lu**

N. réf. SG-1801
V. réf.

Luxembourg, 20 October 2009

Subject : **Specimen of authorized signature**

Dear Sirs,

Please find hereafter copy of the specimen of signature of Mrs Christine DELTENRE
LAMBOTTE and Mr Charles MARICHAL.

| | |
|---|---|
| DELTENRE LAMBOTTE Christine<br>Securities / Corporate Actions<br><br>B | |
| MARICHAL  Charles<br>Securities / Management<br><br>A | |

Best regards.

Myriam GUSTIN

Sun Mee LANNERS

ING Luxembourg, Société Anonyme          R.C.S. Luxembourg B.6041          T +352 44 99 11 F +352 44 99 12 31
52, route d'Esch L-2965 Luxembourg        TVA LU 11082717, Code Swift CELLLULL        www.ing.lu



## POWERS GIVEN TO THE SIGNATORIES OF EACH CATEGORY
(a signature of a higher category replaces a signature of a lower category)

| | |
|---|---|
| All deeds binding the Bank | A + A |
| All deeds and documents relating to bank operations, except those indicated below | A + B |

| | Up to 50.000 EUR or equivalent | Up to 125.000 EUR or equivalent | Up to 1.250.000 EUR or equivalent | 1.250.000 EUR and over or equivalent |
|---|---|---|---|---|
| In credit matters of all types, contracts, confirmations, amendments, terminations | B + C | B + B | A + B | A + A |
| Guarantees or counter-guarantees | B + C | B + B | A + B | A + B |

| | Up to 250.000 EUR or equivalent | Up to 625.000 EUR or equivalent | 625.000 EUR and over or equivalent |
|---|---|---|---|
| Bank cheques | B + C | B + B | A + B |
| Drawing of trade bills | B + C | B + B | A + B |
| Endorsements of trade bills | B + C | B + B | A + B |
| Acceptances & "avals" of trade bills | B + C | B + B | A + B |
| Payment orders except those issued by authenticated SWIFT or tested telex | B + C | B + B | A + B |

| | Up to 1.250.000 EUR or equivalent | 1.250.000 EUR and over or equivalent |
|---|---|---|
| Confirmation of purchase & sale of securities | B + C | A + B |
| Confirmation of treasury & arbitrage operations in euros and currencies | B + B | B + B |
| Derivative products confirmations | B + B | B + B |

| | |
|---|---|
| Exchange of SWIFT test keys & authenticators | A + B |
| Free of payment delivery orders in favour of a third party for stocks & securities | A + B |
| Transfer and bank cheque operations on own behalf | B + B |
| Account reconciliations & approvals of the Bank's correspondents | B + B |
| Availability orders on own behalf for stocks & securities | B + C |
| Cheque endorsements | B + C |
| Savings certificates signed or prestamped by a director | B + C |
| Account reconciliations, balance certificates & approvals of clients of the Bank | B + C |
| Certified certificates other than those relating to the Bank's corporate deeds | B + C |
| Daily correspondence (without commitment) | B + C |
| Receipt of any deed served by process-server | B |
| Acknowledgements of receipt | D |
| Receipts for deposits of cash, securities, coupons or stock | D |
| Account statements | |
| Detailed account statements and securities statements | No |
| Debit & credit advices, detailed statements & other documents confirmed by an account statement | signature |
| Notice to clients of availability of stock and documents | required |
| Information letters | |



Recyclable — Recycled material has been used in the manufacture of this product

**TNT**

1. Sender's Account Number    U 0 0 0 0 8 4 5 1
2. Invoice to Receiver    SENDER LIABLE FOR UNIT/AIR CHARGES
   Sender's account number
3. Customer Reference

Name:    ING LUXEMBOURG SA
         CORPORATE ACTION
Address: 1 RUE JEAN PIRET

City: LUXEMBOURG    Postal / Zip Code: 2965
Province/Region:    Country: LUXEMBOURG
Contact Name:    Tel. No.:

Name: EPIC ...
Address: ...

City: NEW YORK    Postal / Zip Code:
Province/Region: NEW-YORK    Country: U.A

Name:
Address:

City:    Postal / Zip Code:
Province/Region:    Country:
Contact Name:    Tel. No.:

Does this consignment contain any dangerous goods?    Yes ☐  No ☒
CARRIAGE OF THIS CONSIGNMENT IS SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE
Your Signature
Date 21/10/09

GD 317 194 238 WWW
Please quote this Number if you have an enquiry.

|  | | Documents | Non-Documents | Priority ☐ |
| Special Express | ☐ | ☐ | |
| 9:00 Express | ☐ | ☐ | |
| 10:00 Express | ☐ | ☐ | |
| 12:00 Express | ☐ | ☐ | Insurance ☐ |
| Express | ☐ | ☐ | |
| 12:00 Economy Express | ☐ | ☐ | |
| Economy Express | ☐ | ☐ | |

| General Description | Number of Items | Weight | | Dimensions | | |
| | | Kilos | Grams | Length | Width | Height |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sec. No.    Total    Volume:
OPS verify:    Volume Weight:

INVOICE COPY

X - RAY    INT/AIR    **TNT**

Con No. 31719 4238
1 of 1    Express
Weight 0.19kg    Origin LUX    21 Oct 2009
Account Reference 000008451    Routing LGG - 9

Sender Address
EPIC AIRCRAFT GPS SOLUTIONS
LEHMAN BROTHERS HOLDINGS
745 7 FIRES AV 3RD FLOOR
GRAND CENTRAL 10017
US

10017

NYC 22

RECEIVE
OCT 2 2 2009
JFK
By

consignment note number:
number of items ...... of ......
place routing label here    2



EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P  646 282 2500   F  646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM



MAILID *** 0004910015 ***

**** LBH CLMLTR (MERGE2,TXNUM2) 4000095783 ****

ING LUXEMBOURG
52, ROUTE D'ESCH
L-2965 LUXEMBOURG

December 02, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq
Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN
BROTHERS HOLDINGS INC. case.  It is also publically available at the following website address:
http://chapter11.epiqsystems.com/LBH.  To ensure that your claim has been recorded correctly, please
review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | ING LUXEMBOURG |
| Date Received: | 10/22/2009 |
| Claim Number: | 44151 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim
is being allowed.  The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed
above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page,
type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY
IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU.  PII can include information
used to distinguish or trace an individual's identity, such as their social security number, biometric
records, drivers license number, account number, credit or debit card number (including any
passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or
identifying information which is linked or linkable to a specific individual, such as date and place
of birth, mother's maiden name,etc.**

**The Proof of Claim Form allows for redacted documents.  If you identify any PII in your filed
claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at
http://www.epiq11.com/contact.aspx so we may assist you in redacting this information.  Please be
sure to specify the client/debtor about which you are inquiring.**

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

Search Claims

COPIE

Page 1 of 1



Claim Question? Call: 646 282 2400

Guest

epiq SYSTEMS

Lehman Brothers Holdings Inc. (Chapter 11)
Change Client

Client Home    Claims    Docket    Key Documents

Home»Search Claims

Bookmark this Page

## Search Claims

Criteria

| Claim Number | Creditor Name | | Scope |
| 44151 | Name Starts With | | Claims and schedules |

| Schedule Number | Amount | |
| | Total Claim Value | Equals |

| | Claim Date Range | |
| | to | |

Debtor

Order By: Creditor Name          Results Per Page: 50

Results
Expand All

[1] Page 1 of 1 - 01 total items

| | Claim # | Schedule # | Creditor Name | Date | Total Claim Value | |
| @ | 44151 | | ING LUXEMBOURG | 10/22/2009 | $4,025,910.00 | Image |

[1] Page 1 of 1 - 01 total items

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | CONTACT | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our TERMS OF USE and END USER LICENSE AGREEMENT. Please review our PRIVACY STATEMENT for additional information regarding the data maintained on this website.