TOGUT, SEGAL & SEGAL LLP
 *Counsel to Tronox, Incorporated, et al.*
One Penn Plaza
Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Stephanie A. Skelly

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :
                                                               :   Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,:  Case No. 08-13555 [JMP]
                                                               :
                                                               :
                                                               :   (Jointly Administered)
                    Debtors.            :
---------------------------------------------------------------x

# NOTICE OF APPEARANCE AND REQUEST FOR
# SERVICE OF NOTICES AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Tronox Incorporated, *et al.*, a party in interest, in the Debtors' jointly administered chapter 11 cases and, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in these cases be given and served upon:

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York  10119
Telephone:   (212) 594-5000
Facsimile:    (212) 967-4258
Attention:    Neil Berger, Esq.
                      Stephanie A. Skelly, Esq.
Email: neilberger@teamtogut.com
             sskelly@teamtogut.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions set forth above, but also includes, without limitation, orders and notices of, <u>any</u> application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, e-mail or otherwise.

DATED:  New York, New York
              June 23, 2011

       Respectfully submitted,

       TRONOX INCORPORATED., *et al.*,
       By Their Counsel
       TOGUT, SEGAL & SEGAL LLP
       By:

       /s/ Neil Berger
       NEIL BERGER
       A Member of the Firm
       One Penn Plaza, Suite 3335
       New York, New York 10119
       (212) 594-5000