PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
Tel: 212-421-4100
Fax: 212-326-0806
Tina N. Moss (TM-7907)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |
|---|---|
| In re | **Chapter 11** |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | **Case No. 08-13555 (JMP)** |
| Debtors. | **(Jointly Administered)** |

---

**VERIFIED STATEMENT OF PRYOR CASHMAN LLP PURSUANT TO**
**FED. R. BANKR. P. 2019(a)**

Pryor Cashman LLP ("Counsel") hereby submits this verified statement ("Verified Statement") pursuant to Fed. R. Bankr. P. 2019(a), and avers as follows:

1. Counsel has appeared in these cases on behalf of the entities listed on Exhibit A hereto (the "Entities") with respect to certain claims held against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors.

2. Each of the Entities separately requested that Counsel represent them in connection with the aforementioned claims and/or interests.

3. The undersigned hereby verifies under oath that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief. Counsel reserves the right to revise and supplement this statement.

4. Upon information and belief, Counsel does not currently possess and has not possessed in the past any claims against or interests in any Debtor.

Dated: June 23, 2011
New York, New York

Respectfully Submitted,

By: */s/ Tina N. Moss*
Tina N. Moss
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Tel: 212-421-4100
Fax: 212-326-0806

# EXHIBIT A

1. HSBC Bank USA, National Association
   Corporate Trust & Loan Agency
   452 Fifth Avenue
   New York, New York  10018

2. SPCP Group, LLC
   2 Greenwich Plaza, 1st Floor
   Greenwich, CT  06830

3. APS Bank LTD
   APS House
   20 St. Anne Square
   Floriana  FRN 9020, Malta, Europe

4. Bank of Valletta p.l.c.
   Financial Markets and Investments Division
   BOV Centre
   Cannon Road
   Santa Venera SVR 9030, Malta, Europe