WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
:
**In re**                                                                   :            **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :            **08-13555 (JMP)**
:
**Debtors.**                        :            **(Jointly Administered)**
:
:
----------------------------------------------------------------------x

NOTICE OF ADJOURNMENT
OF DEBTORS' ONE HUNDRED THIRTY-SEVENTH OMNIBUS OBJECTION
TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

PLEASE TAKE NOTICE that the hearing on Debtors' One Hundred Thirty-

Seventh Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was

scheduled for June 30, 2011 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned,**

**solely with respect to the claims listed on Exhibit A annexed hereto, to July 21, 2011, at**

**10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be

heard.  The Hearing on the Objection as to all other claims set forth therein shall proceed as

scheduled on June 30, 2011, at 10:00 a.m. (Prevailing Eastern Time).  The Hearing will be held

before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton

Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may

be further adjourned from time to time without further notice other than an announcement at the

Hearing.


Dated:  June 23, 2011
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors
and Debtors in Possession*

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Bank Leumie Le-Israel B.M. | 28332 |
| Bank Leumie Le-Israel B.M. | 28330 |
| CVI GVF (Lux) Master SARL | 67462 |
| CVI GVF (Lux) Master SARL | 28820 |
| GFA I LLC | 67375 |
| GFA I LLC | 28821 |
| OCM Opportunities Fund VII Delaware LP | 18836 |
| OCM Opportunities Fund VII Delaware LP | 18837 |
| Stonehill Institutional Partners LP | 19920 |
| Stonehill Institutional Partners LP | 19890 |
| Stonehill Offshore Partners Limited | 19905 |
| Stonehill Offshore Partners Limited | 19908 |
| Varde Investment Partners, LP: Transferor: BlueMountain Equity Alternative Master Fund LP | 24946 |
| Varde Investment Partners, LP: Transferor: BlueMountain Equity Alternative Master Fund LP | 24947 |
| Varde Investment Partners, LP: Transferor: BlueMountain Timberline Ltd | 24944 |
| Varde Investment Partners, LP: Transferor: BlueMountain Timberline Ltd | 24945 |