UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (JMP)
                                                                  :   (Jointly Administered)
                    Debtors.                                      :
                                                                  :   Ref. Docket Nos. 17417, 17800,
                                                                  :   17801, 17803, 17806-17813, 17815,
                                                                  :   17818-17822, 17830, 17839, 17846,
                                                                  :   17850, 17854, 17855
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS COMMODITY                                         :   08-13885 (JMP)
SERVICES INC., *et al.*,                                          :   (Jointly Administered)
                    Debtors.                                      :
                                                                  :   Ref. Docket Nos. 41 & 42
                                                                  :
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS SPECIAL FINANCING                                 :   08-13888 (JMP)
INC.,                                                             :   (Jointly Administered)
                    Debtors.                                      :
                                                                  :   Ref. Docket Nos. 236-238
                                                                  :
------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 21, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
23rd day of June, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  FARALLON CAPITAL OFFSHORE INVESTORS II, L.P.
         TRANSFEROR: JPMORGAN CHASE BANK, N.A.
         C/O FARALLON CAPITAL MANAGEMENT, LLC
         ATTN: KRISTIN BINIEK
         ONE MARITIME PLAZA, SUITE 2100
         SAN FRANCISCO CA 94111

Please note that your claim # 17320-17 in the above referenced case and in the amount of
    $690,886.80         has been transferred **(unless previously expunged by court order)**

         FARALLON CAPITAL (AM) INVESTORS LP
         TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, L.P.
         ATTN: ANATOLY BUSHLER; KRISTIN BINIEK
         C/O FARALLON CAPITAL MANAGEMENT, L.L.C.
         ONE MARITIME PLAZA, SUITE 2100
         SAN FRANCISCO CA 94111

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 17417       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/21/2011                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 21, 2011.

# EXHIBIT B

```
TIME: 17:16:38                                    LEHMAN BROTHERS HOLDING INC.                                                PAGE:    1
DATE: 06/21/11                                         CREDITOR LISTING

Name                                      Address
ALSTON INVESTMENTS LLC                    TRANSFEROR: ELLIOTT ASSOCIATES LP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG & RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR
                                          NEW YORK NY 10019
ALSTON INVESTMENTS LLC                    TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG & RAJAT BOSE
                                          712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ASHTON INVESTMENTS LLC                    TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG & RAJAT BOSE
                                          712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ASHTON INVESTMENTS LLC                    TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG & RAJAT BOSE
                                          712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
BANCO DI CREDITO P. AZZOAGLIO             ATTN: MR ROSSI ALLESANDRO - LEGAL DEPARTMENT 17 VIA A. DORIA CEVA (CN) 12073 ITALY
BANK HAPOALIM B.M.                        ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                        PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK OF AMERICA, N.A.                     TRANSFEROR: POHJOLA BANK PLC BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
CASSA DI RISPARMIO DI BRA SPA             TRANSFEROR: BANCO DI CREDITO P. AZZOAGLIO ATTN: GABUTTI LUIGI VIA PRINCIPI DI PIEMONTI, 12 12042 BRA  ITALY
CHING, YUNG MI                            FLAT C 11/F LLADRO CENTRE NO. 72-80 HOI YUEN ROAD KWUN TONG KLN  HONG KONG
CITIBANK PRIVATKUNDEN AG & CO. KGAA       PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA       ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY
DEUTSCHE BANK AG, LONDON BRANCH           TRANSFEROR: SERENGETI OVERSEAS MM L.P. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH           TRANSFEROR: SERENGETI PARTNERS LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH           TRANSFEROR: SERENGETI PARTNERS LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DUDEK, RUDOLF & BRIGITTE                  TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA INSTERBURGER STR 11 31141 HILDESHEIM  GERMANY
ELLIOTT ASSOCIATES LP                     ATTN: MR. GUY RINAT, RAJAT BOSE ELLIOTT MANAGEMENT CORPORATION 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                  C/O ELLIOTT MANAGEMENT CORPORATION ATTN: RAJAT BOSE/ GUY RINAT 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                  C/O ELLIOTT MANAGEMENT CORPORATION ATTN: RAJAT BOSE/ GUY RINAT 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.               ATTN: ELLIOT GREENBERG, RAJAT BOSE C/O ELLIOTT MGMT CORPORATION 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.               C/O ELLIOTT MANAGEMENT CORPORATION ATTN: RAJAT BOSE/GUY RINAT 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
FARALLON CAPITAL (AM) INVESTORS LP        TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. ATTN: ANATOLY BUSHLER, KRISTIN BINIEK
                                          C/O FARALLON CAPITAL MANAGEMENT, L.L.C. ONE MARITIME PLAZA, SUITE 2100 SAN FRANCISCO CA 94111
FARALLON CAPITAL OFFSHORE INVESTORS II,   TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O FARALLON CAPITAL MANAGEMENT, LLC ATTN: KRISTIN BINIEK ONE MARITIME PLAZA, SUITE 2100
L.P.                                      SAN FRANCISCO CA 94111
HO KAM WAI                                FLAT R G/F FUK KEUNG INDUSTRIAL BUILDING 66-68 TONG MEI ROAD MONGKOK KOWLOON  HONG KONG
KNOERZER, UTA                             TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA EUGENSTRASSE 2911 72072 TUEBINGEN  GERMANY
KRIUSK, KATRIN                            TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA DORFSTR. 19 03130 JAEMLITZ-KLEIN DUEBEN  GERMANY
LAM CHI LEUNG PATRICK                     FIT 1 11/F BLK B VILLA ROCHA 10 BROADWOOD ROAD HAPPY VALLEY, HK  HONG KONG
LAU LAP PING                              FLAT F 22/F BLOCK 5 NO.89 POK FU LAM ROAD POK FU LAM, HK  HONG KONG
LAW LAI NING                              FLAT G 4/F BLOCK 1 POK FU LAM GARDEN NO 180 POK FU LAM ROAD POK FU LAM HK  HONG KONG
LEE WAI KAM, ELEANOR                      FLAT G 3/F SIK ON HOUSE 54 HILL ROAD SHEK TONG TSUI  HONG KONG
LEE WAN FAT                               ROOM 3318 FU TONG HOUSE YAU TONG ESTATE YAU TONG, KLN  HONG KONG
LEI PUI FAN                               G/F 317 QUEEN'S ROAD CENTRAL CENTRAL  HONG KONG
LEUNG CHO, SANG                           129 LOT 1604 DD 165 MA KWU LAM VILLAGE SAI KUNG  HONG KONG
LEUNG PO, KUM                             FLAT A 65/F BLOCK 1 BELLAGIO 33 CASTLE PEAK ROAD SHAM TSENG, NT  HONG KONG
LEUNG SAU LING                            ROOM 5 26/F SIU KIN HOUSE SIU HONG COURT TUEN MUN, NT  HONG KONG
LI JINGJING                               FLAT 13C BLOCK B TAINING GARDEN 48 AIGUO ROAD SHENZHEN  CHINA
LIANG LIHONG                              FLAT A 7/F TOWER 1 MOUNT BEACON 20 CORNWALL STREET KOWLOON TONG HONG KONG, KLN  HONG KONG
LIN EN                                    FLAT A 7/F BLOCK 4 WHAMPOA GARDEN SITE 1 HUNG HOM, KLN  HONG KONG
LIU YEE WO, SALLY                         6/F VINCOME CENTER NO. 39 DES VOEUX ROAD CENTRAL CENTRAL  HONG KONG
LO KAM HUNG                               FLT B 4/F VICTORIA PARK MANSION NO. 15 KINGSTON ST. CAUSEWAY BAY HK  HONG KONG
LO KAM HUNG / TSUI YA YENG IRENE          FLAT G 3/F TOWER 4 TSING YUNG TERRACE NO.8 TSING YUNG STREET TUEN MUN NT  HONG KONG
LU DAH AN DIANE                           FLAT D 14/F KIU WANG MANSION 3 HOK YU LANE HOMANTIN  HONG KONG
LU TAK HOI AUGUSTUS/CHING PUI LAN EVA     ROOM 2B BLOCK 1 THE CALDECOTT 1 CALDECOTT ROAD SHAM SHUI PO KLN  HONG KONG
MA, KIN/U, WENG MAN                       FLAT B 49/F BLOCK 2 SEAVIEW CRESCENT 8 TUNG CHUNG WATERFRONT ROAD LANTAU ISLAND NT  HONG KONG
MAN SAU KING                              ROOM 1514 YIU HIM HOUSE YIU ON ESTATE MAN ON SHAN, NT  HONG KONG
MUELLER, REINER                           TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA MORITZBURGER STR. 90 C 01640 COSWIG  GERMANY
NG WAI HING                               FlAT 25D BIJOU COURT 171 PRINCE EDWARD RD KOWLOON  HONG KONG
NG WAI YAN                                RM 502 KWAI CHI HSE KWAI FONG EST KWAI FONG NT  HONG KONG
NOEKLER, STEFAN                           TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA SCHUETZENSTR 144-146 44147 DORTMUND  GERMANY

                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 17:16:38                                                    LEHMAN BROTHERS HOLDING INC.                                                   PAGE:    2
DATE: 06/21/11                                                         CREDITOR LISTING

Name                                           Address
ORE HILL HUB FUND LTD.                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: CAROLYN HERMAN 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019
POHJOLA BANK PLC                               WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036
POHJOLA BANK PLC                               LEGAL SERVICES, ATTN: JARI JAULIMO / ARI SYRJALAINEN P.O.BOX 308 FI-00013 POHJOLA    FINLAND
SERENGETI OVERSEAS MM L.P.                     RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
SERENGETI OVERSEAS MM L.P.                     TRANSFEROR: JP MORGAN CHASE BANK N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR
                                               NEW YORK NY 10012
SERENGETI OVERSEAS MM L.P.                     TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR
                                               NEW YORK NY 10012
SERENGETI PARTNERS LP                          RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
SERENGETI PARTNERS LP                          TRANSFEROR: JP MORGAN CHASE BANK N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR
                                               NEW YORK NY 10012
SERENGETI PARTNERS LP                          TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR
                                               NEW YORK NY 10012
SETO CHAU YUK GISELLA                          FLAT A 16/F BLOCK 3 WHAMPOA GARDEN SITE 11 HUNG HOM, KLN
SIU NAI YIN / LO MEI LAN                       FLAT A 1/F TOWER 16 ONE BEACON HILL 1 BEACON HILL ROAD KOWLOON TONG, KLN  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: CHING, YUNG MI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: HO KAM WAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: LAM CHI LEUNG PATRICK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: LAU LAP PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: LEE WAI KAM, ELEANOR 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: LEE WAI NING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: LEE WAN FAT 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: LEI PUI FAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: LEUNG CHO, SANG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: LEUNG PO, KUM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: LEUNG SAU LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: LI JINGJING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: LIANG LIHONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: LIN EN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: LIU YEE WO, SALLY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: LO KAM HUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: LO KAM HUNG / TSUI YA YENG IRENE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: LU DAH AN DIANE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: LU TAK HOI AUGUSTUS/CHING PUI LAN EVA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: MA, KIN/U, WENG MAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: MAN SAU KING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: NG WAI HING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: NG WAI YAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: SETO CHAU YUK GISELLA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: SIU NAI YIN / LO MEI LAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: SUN SHUI, TAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: TANG YUEN KING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: TO WAI KUEN JANEY / YIM TSAN FAI ERIC 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: TONG CHUI SZE, GEORGINA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: TONG WEI KUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: TSANG HING LUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: TSANG KAY YAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: TSANG PIK WAN / HO PAK KAY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: TSANG YUK LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: WONG KAM KUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: WONG KAR BUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: WONG MAN KIT 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: WONG WING HING / YU MIU CHU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: WONG, KAM MAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: YAM MEI MEI / CHAN KA WAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.       TRANSFEROR: YAM SAU, WAH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG

                                                                                                                            EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 17:16:38                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    3
DATE: 06/21/11                                        CREDITOR LISTING

Name                                              Address
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: YAU PAK TSAN, RICHARD 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: YAU YUK KUEN, MIRIAM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: YEUNG SING TUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: YU FOOK NGONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: YU FUNG LIN / WONG KAM SUM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: YU, PAK HON/WONG, YUN KING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: YUNG KAM WAH/TANG YUK WAH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: ZHANG SHIQUING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: ZHEN PHOEBE HSIAOLEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
SUN SHUI, TAI                                     FLT D 11/F THE BONHAM MANSION 63 BONHAM ROAD MID-LEVELS, HK    HONG KONG
TANG YUEN KING                                    FLAT F 32/F BLOCK 5 ROYAL ASCOT SHATIN, NT    HONG KONG
TO WAI KUEN JANEY / YIM TSAN FAI ERIC             FLAT B 20/F BLK 5 KORNHILL GARDEN QUARRY BAY HK    HONG KONG
TONG CHUI SZE, GEORGINA                           FLAT B 8/F BLOCK 3 JUNIPER MANSIONS WHAMPOA GARDEN SITE 1 HUNGHOM KLN    HONG KONG
TONG WEI KUEN                                     FLT 4 11/F KIU FUNG MANSION NO. 18 AUSTIN AVENUE TSIM SHA TSUI KLN    HONG KONG
TSANG HING LUEN                                   FLT C 25/F BLK 2 KWAI FONG TERRACE KWAI FONG NT +    HONG KONG
TSANG KAY YAN                                     FLAT A 13/F BLOCK 1 SORRENTO 1 AUSTIN ROAD TSIM SHA TSUI KLN    HONG KONG
TSANG PIK WAN / HO PAK KAY                        6/F BLK. D HARRISON COURT PHASE 4 9 MAN WAN ROAD KOWLOON CITY, KLN    HONG KONG
TSANG YUK LING                                    FLAT B 30/F BLOCK 5 SADDLE RIDGE GARDEN MA ON SHAN, NT    HONG KONG
VON TEMPSKY, LUISE                                TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA AM LAHBERG 13 30938 BURGWEDEL    GERMANY
VONWIN CAPITAL MANAGEMENT, LP                     TRANSFEROR: BANK HAPOALIM B.M. ATTN: ROGER VON SPIEGEL 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016
WENDISCH, CLAUDIA & RUEDIGER                      TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA AM MUEHLENKAMP 12 24787 FOCKBEK    GERMANY
WILSHIRE INSTITUTIONAL MASTER FUND II             INTERNATIONAL SEGREGATED PORTFOLIO TRANSFEROR: ORE HILL HUB FUND LTD. C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS
 SPC-WILSHIRE ORE HILL                            650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019
WONG KAM KUEN                                     FLAT A1 30/F BEVERLY HILL 6 BROADWOOD ROAD HAPPY VALLEY, HK    HONG KONG
WONG KAR BUN                                      ROOM 810 WAH HING HOUSE WAH FU ESTATE ABERDEEN HK    HONG KONG
WONG MAN KIT                                      FLAT G 51/F TOWER 2 THE VICTORIA TOWERS NO.188 CANTON ROAD TSIM SHA TSUI, KLN    HONG KONG
WONG WING HING / YU MIU CHU                       FLAT D 5/F BLOCK 1 BAYVIEW GARDEN 633 CASTLE PEAK ROAD TSUEN WAN, NT    HONG KONG
WONG, KAM MAN                                     FLT 2 9/F BLK B NICHOLSON TOWER NO. 8 WONG NAI CHUNG GAP ROAD HAPPY VALLEY HK    HONG KONG
YAM MEI MEI / CHAN KA WAI                         FLAT E 6/F BLOCK 15 BEACON HEIGHTS 15 LUNG PING ROAD KOWLOON TONG, KLN    HONG KONG
YAM SAU, WAH                                      NO. 55 5TH STREET HONG LOK YUEN TAI PO    HONG KONG
YAU PAK TSAN, RICHARD                             2/F HAVARD HOUSE 105-111 THOMSON ROAD WAN CHAI, HK    HONG KONG
YAU YUK KUEN, MIRIAM                              1/F NO. 3 CHUN SAM YUEN MA SIM PAI RD TSUEN WAN    HONG KONG
YEUNG SING TUNG                                   FLT B 13/F YICK SHIU INDUSTRIAL BUILDING NO. 1 SAN ON STREET TUEN MUN NT    HONG KONG
YU FOOK NGONG                                     FLT D4 HILL ROAD COURT 79-85 HILL ROAD SAI YING PUN    HONG KONG
YU FUNG LIN / WONG KAM SUM                        FLAT A 17/F PAK LOK BUILDING 322 NATHAN ROAD YAU MA TEI KLK    HONG KONG
YU, PAK HON/WONG, YUN KING                        FLT B 21/F BLK 19 CHI FU FA YUEN POKFULAM HK    HONG KONG
YUNG KAM WAH/TANG YUK WAH                         FLAT C 51/F BLOCK 8 THE BELCHER'S 89 POKFULAM ROAD HK    HONG KONG
ZHANG SHIQUING                                    C/O SINOTRUST SBD 8/F C N W BLDG 14 JIUXIANQIAO RD CHAOYANG DIST BEIJING    100016 CHINA
ZHEN PHOEBE HSIAOLEI                              FLAT B 17/F BLOCK 1 SHERWOOD COURT 18 KWAI SING LANE HAPPY VALLEY HONG KONG    HONG KONG


Total Number of Records Printed                   140
```