# **APPENDIX V**

LAW OFFICES
# JAY R. VIDERS, PLLC

| | 368 VETERANS' MEMORIAL HIGHWAY • SUITE 7 | |
|---|---|---|
| JAY VIDERS* | COMMACK, NEW YORK 11725 | OF COUNSEL |
| ELAINE VIDERS | | KENNETH B. WIESEN |
| *ADMITTED NY, CT AND FL | (631) 410-0500 | SCOTT BRAZILLER |
| | Fax (631) 971-0070 | |
| NASSAU OFFICE | | BROOKLYN OFFICE |
| 1 OLD COUNTRY ROAD | | 50 COURT STREET |
| CARLE PLACE, NY 11501 | jviders@viderslaw.com | BROOKLYN, NY 11201 |
| (516) 742-1103 | | (718) 895-3061 |

May 31, 2011

AHF - Bay Fund, LLC
1310 North White Chapel Blvd.
Southlake, Texas 76092
ATTN: Michael N. Nguyen

re:     **Purchase of Brampton Court Apartment Homes**

Dear Mr. Nguyen:

I represent Summit Property Group which is the contract vendee under a certain Purchase and Sale Agreement ("Agreement") with your company to purchase the above-referenced 352 unit residential property. By letter dated May 9th, I notified you of my client's position that your company was in breach of the Agreement for the reasons set forth in that letter.

Demand is hereby made upon you to proceed to Closing of title on the property on Wednesday, June 8, 2011 at 10 a.m., for the price set forth in the Contract *minus* the costs to restore the property to its condition as of the date of the Contract and to eliminate the conditions which currently put the building in violation of municipal codes and regulations. These costs are set forth on the annexed schedule.

Your failure to close on the date and time set forth will result in my client's commencement of litigation against you to either: (1) terminate the contract and obtain damages for costs incident to my client's due diligence efforts; or (2) obtain specific performance of the contract at the contract price, less the cost to remove violations, less the damages caused by your renting any apartments at below-market rates.

My client has been more than patient in allowing you time to work things out on your end. That patience is now at an end. Please confirm the Closing on June 8th.

Sincerely,

Jay R. Viders

cc.     Steven L. Daniels, Esq.
        Summit Property Group

Brampton Court
Violation Repair List

| Item | Units | Cost | Total Cost | Description |
|---|---|---|---|---|
| Smoke Detectors | 350 | 30 | $ 10,500.00 | Life safety |
| Mold Cleaning treatment | 150 | 800 | $ 120,000.00 | Due to negligence |
| Missing Plumbing Risers | 10 | 1000 | $ 10,000.00 | violations |
| No Working Elevators | | | $ 200,000.00 | Violations |
| Trash Chutes | 8 | 1000 | $ 8,000.00 | Violations |
| Hvac | 86 | 3000 | $ 258,000.00 | theft, council requires new system with new lines |
| Unpaid Fines | | | $ 250,000.00 | Approx amount |
| Door Closers | 400 | 50 | $ 20,000.00 | Life safety |
| Door Closers Installation | 400 | 125 | $ 50,000.00 | Life safety |
| Fire Rated Doors | 200 | 100 | $ 20,000.00 | Life safety |
| Door installation | 200 | 178 | $ 35,600.00 | life safety |
| Alarm Upgrade | 1 | 40000 | $ 40,000.00 | Life safety |
| Blaster Upgrade | 2 | 45000 | $ 90,000.00 | Life safety |
| Permits | 4 | 10000 | $ 40,000.00 | missing permits |
| | | | | |
| | | Total | $ 1,152,100.00 | |
| Painting of Exterior | 1 | 261 | $ 261,000.00 | Violations ? |