TOGUT, SEGAL & SEGAL LLP
 *Counsel to Tronox, Incorporated, et al.*
One Penn Plaza
Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Stephanie A. Skelly

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                               :
                                                    :            Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,:          Case No. 08-13555 [JMP]
                                                    :
                                                    :
                                                    :            (Jointly Administered)
                                   Debtors.         :
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

   KATIE LAVERDE, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at Weehawken, New Jersey.

On June 23, 2011, deponent served a copy of Notice of Appearance and Request For Service of Notices and Other Documents, upon the service list annexed hereto, by depositing a true copy of same enclosed in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                 /s/ Katie LaVerde
                 KATIE LAVERDE

Sworn to before me this
24th day of June, 2011


/s/ Cynthia Juliano
Notary Public

**Lehman Brothers Holdings Inc., *et al*
Chapter 11 Case No. 08-13555 [JMP]**

Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004


Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:  *Richard P. Krasnow, Esq.*
       *Lori R. Fife, Esq., Shai Y. Waisman, Esq.*
       *& Jacqueline Marcus, Esq.*


Office of the United States Trustee SDNY
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:  *Andy Velez-Revera, Esq., Paul Schwartzberg, Esq.,*
       *Brian Masumoto, Esq., Linda Rufkin, Esq., &*
       *Tracy Hope Davis, Esq.*


Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:  *Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.,*
       *& Evan Fleck, Esq.*


Cleary Gottliebb LLP
One Liberty Plaza
New York, NY 10006
Attn: *Lindsee P. Granfield, Esq. &*
      *Lisa Schweiger, Esq.*


Sullivan Cromwell LLP
125 Broad Street
New York, NY 10004
Attn: *Robinson B. Lacy, Esq., &*
      *Heydee R. Feldstein, Esq.*