**SILVERMANACAMPORA LLP**
Counsel to Caisse des Dépôts et Consignations,
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Jay S. Hellman
Brett S. Silverman

Notice of Hearing: July 20, 2011
Time:    9:45 a.m.

Objections Due: July 13, 2011
Time:    4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re                                                                          Chapter 11

LEHMAN BROTHERS HOLDING INC., *et al.*              Case No. 08-13555 (JMP)

                              Debtors.                                 (Jointly Administered)
-------------------------------------------------------------------X

### NOTICE OF CAISSE DES DÉPÔTS ET CONSIGNATIONS' MOTION FOR ENTRY OF AN ORDER TO PERMIT A LATE-FILED CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)

**PLEASE TAKE NOTICE**, that a hearing has been scheduled for **July 20, 2011 at 10:00 a.m.** (the "**Hearing**") or as soon thereafter as counsel may be heard, on the motion of Caisse des Dépôts et Consignations for the entry of an order to permit a late-filed claim pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) (the "**Motion**"), to be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Room 601 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the Motion has been filed electronically with the Clerk of the Bankruptcy Court and may be examined and inspected by interested parties on the Court's website (http://www.nysb.uscourts.gov).   Please note that a PACER password is needed to access documents on the Court's website.  Copies of the Motion may also be obtained by contacting Brett S. Silverman at SilvermanAcampora LLP at 516-479-6300.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the relief sought in the Motion must be in writing, must conform to the Bankruptcy Rules and the Local

BPOWERS/935258/060177

Rules, must set forth the name of the objecting party, the basis for the objection and the specific grounds therefore, and must be filed with the Bankruptcy Court, electronically in accordance with General Order M-399 (General Order M-399 and the User's Manual for the Electronic Case Filing System may be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system, and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-399, and any responses or objection must be: made in writing; electronically filed with the Court; mailed to Chambers of the Honorable James M. Peck, United States Bankruptcy Judge for the Southern District of New York, Alexander Hamilton U.S. Custom House, One Bowling Green, New York, New York 10004-1408; mailed to SilvermanAcampora LLP, 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attn: Brett S. Silverman, Esq.; and mailed to the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York  10004, so as to be actually received no later than **July 13, 2011 at 4:00 p.m.**

    **PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without further notice other than the announcement of such adjournment in open Court.

BPOWERS/935258/060177

**PLEASE TAKE FURTHER NOTICE**, that the relief requested in the Motion may be granted without a hearing if no objection is timely filed and served in accordance with the Court's Amended Order Implementing Certain Notice and Case Management Procedures in the Debtors' case [Docket No. 2837].

Dated: Jericho, New York
       June 23, 2011

                                            S<small>ILVERMAN</small>A<small>CAMPORA</small> **LLP**
                                            *Attorneys for Caisse des Dépôts et Consignations*

                                            By: s/ Jay S. Hellman
                                                 Ronald J. Friedman
                                                 Jay S. Hellman
                                                 Brett S. Silverman
                                           100 Jericho Quadrangle, Suite 300
                                           Jericho, New York 11753
                                           (516) 479-6300