# Exhibit E

