# Exhibit 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                                    Chapter 11

LEHMAN BROTHERS HOLDING INC., *et al.*,           Case No. 08-13555 (JMP)

                                                                        (Jointly Administered)

                                    Debtors.
------------------------------------------------------------X

### ORDER GRANTING CAISSE DES DÉPÔTS ET CONSIGNATIONS' MOTION TO PERMIT A LATE-FILED CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)

Upon Caisse des Dépôts et Consignations' ("CDC") Motion to Permit a Late-Filed Claim and Questionnaires Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) (the "Motion")[1] requesting permission to file a late-filed claim and deem such claim timely-filed; and the Court having jurisdiction pursuant to sections 157 and 1334 of title 28, United States Code to consider the Motion and the relief requested therein; and the Debtors' cases having been automatically referred to this Court by the Standing Order of Reference from the United States District Court for the Southern District of New York dated July 10, 1984; and venue being proper in this Court pursuant to Sections 1408 and 1409 of title 28 of the United States Code; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice is required; and the Court having heard argument on the record at the hearing before the Court, on July 20, 2011 (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein, and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED** that the Motion is granted in its entirety; and it is further

**ORDERED** that to the extent any objections to the Motion have not been withdrawn or otherwise resolved, they are hereby overruled; and it is further

**ORDERED** that CDC shall file a proof of claim within 10 days of this Order, which proof of claim shall be deemed to have been timely filed; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

**ORDERED** that the Debtors shall retain all of their rights to object to CDC's proof of claim on any basis other than timeliness, and that CDC shall retain all of its rights to respond to any such objection.

Dated: July __, 2011
      New York, New York

 

                                                        HONORABLE JAMES M. PECK
                                                      UNITED STATES BANKRUPTCY JUDGE

060177/871833.1/BSS