WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS'**
**NINETY-SEVENTH OMNIBUS OBJECTION TO CLAIMS**
**(INSUFFICIENT DOCUMENTATION) SOLELY AS TO CERTAIN CLAIMS**

   **PLEASE TAKE NOTICE** that the hearing on Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) [Docket No. 14492] will be held on **June 30, 2011 at 10:00 a.m.** **(Prevailing Eastern Time)** (the "Hearing), solely as to the claims listed on Exhibit A attached hereto. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

Dated: June 24, 2011
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

| Claimant Name | Claim Number |
|---|---|
| Bank of America, National Association | 16016 |
| Bank of America, National Association, successor by merger to LaSalle Bank, N.A. | 15981, 15983, 15984, 15985, 15986, 15987, 15988, 15989, 15992, 15993, 15994, 15995, 15996, 15997, 15998, 16349, 16351, 16352, 16353, 16354, 16355, 16356, 16357, 16358, 16359, 16360, 16361, 16362, 16363, 16364, 16365, 16366, 16367, 16368, 16369, 16370, 16371, 16372, 16374, 16375, 16376, 16378, 16380, 16381, 16382, 16383, 16384, 16385, 16386, 16387, 16388, 16389, 16390, 16391, 16393, 16394, 16395, 16396, 16397, 16398, 16399, 16415, 16416, 16417, 16418, 16419, 16420, 16421, 16422, 16423, 16424, 16425, 16426, 16427, 16428, 19237, 19238, 19239, 19240, 19241, 19242, 19243, 19244, 19245, 19246, 19289, 24349, 24582, 25648, 25654 |