**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
:
In re                                               :    Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :    08-13555 (JMP)
                                                    :
            Debtors.                                :    (Jointly Administered)
                                                    :
------------------------------------------------------------------x    Ref. Docket No. 17983

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 22, 2011, I caused to be served the "Notice of Presentment of Stipulation and Agreed Order with Respect to Second Services Extension Amendment to Transition Services Agreement," dated June 22, 2011 [Docket No. 17983], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.  delivered via facsimile to the party listed on the annexed <u>Exhibit B</u>, and

    iii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Pete Caris*
Sworn to before me this                                 Pete Caris
23rd day of June, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 18055    Filed 06/24/11    Entered 06/24/11 17:20:31    Main Document
Pg 2 of 12

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankruptcymatters@us.nomura.com |
| aalfonso@willkie.com | barbra.parlin@hklaw.com |
| abraunstein@riemerlaw.com | bbisignani@postschell.com |
| acaton@kramerlevin.com | bcarlson@co.sanmateo.ca.us |
| acker@chapman.com | bdk@schlamstone.com |
| adam.brezine@hro.com | bgraifman@gkblaw.com |
| adarwin@nixonpeabody.com | bguiney@pbwt.com |
| adiamond@diamondmccarthy.com | bill.freeman@pillsburylaw.com |
| aeckstein@blankrome.com | bkmail@prommis.com |
| aentwistle@entwistle-law.com | bmanne@tuckerlaw.com |
| afriedman@irell.com | bmiller@mofo.com |
| agbanknewyork@ag.tn.gov | boneill@kramerlevin.com |
| aglenn@kasowitz.com | brian.corey@greentreecreditsolutions.com |
| agold@herrick.com | bromano@willkie.com |
| ahammer@freebornpeters.com | brosenblum@jonesday.com |
| aisenberg@saul.com | broy@rltlawfirm.com |
| akantesaria@oppenheimerfunds.com | btrust@mayerbrown.com |
| alesia.pinney@infospace.com | bturk@tishmanspeyer.com |
| alum@ftportfolios.com | bwolfe@sheppardmullin.com |
| amarder@msek.com | bzabarauskas@crowell.com |
| amcmullen@boultcummings.com | cahn@clm.com |
| amenard@tishmanspeyer.com | calbert@reitlerlaw.com |
| andrew.brozman@cliffordchance.com | canelas@pursuitpartners.com |
| andrew.lourie@kobrekim.com | carol.weinerlevy@bingham.com |
| angelich.george@arentfox.com | cbelisle@wfw.com |
| ann.reynaud@shell.com | cbelmonte@ssbb.com |
| anthony_boccanfuso@aporter.com | cbrotstein@bm.net |
| aoberry@bermanesq.com | cgoldstein@stcwlaw.com |
| aostrow@beckerglynn.com | chammerman@paulweiss.com |
| apo@stevenslee.com | chardman@klestadt.com |
| aquale@sidley.com | charles@filardi-law.com |
| araboy@cov.com | charles_malloy@aporter.com |
| arahl@reedsmith.com | charu.chandrasekhar@wilmerhale.com |
| arheaume@riemerlaw.com | chipford@parkerpoe.com |
| arlbank@pbfcm.com | chris.donoho@lovells.com |
| arosenblatt@chadbourne.com | christopher.schueller@bipc.com |
| arthur.rosenberg@hklaw.com | clarkb@sullcrom.com |
| arwolf@wlrk.com | clynch@reedsmith.com |
| aseuffert@lawpost-nyc.com | cmontgomery@salans.com |
| ashaffer@mayerbrown.com | cohenr@sewkis.com |
| ashmead@sewkis.com | cp@stevenslee.com |
| asnow@ssbb.com | cpappas@dilworthlaw.com |
| atrehan@mayerbrown.com | craig.goldblatt@wilmerhale.com |
| aunger@sidley.com | crmomjian@attorneygeneral.gov |
| austin.bankruptcy@publicans.com | cs@stevenslee.com |
| avenes@whitecase.com | csalomon@beckerglynn.com |
| azylberberg@whitecase.com | cschreiber@winston.com |
| bankr@zuckerman.com | cshore@whitecase.com |
| bankruptcy@goodwin.com | cshulman@sheppardmullin.com |
| bankruptcy@morrisoncohen.com | ctatelbaum@adorno.com |
| bankruptcy@ntexas-attorneys.com | cwalsh@mayerbrown.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dckaufman@hhlaw.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com

drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@friedumspring.com
egeekie@schiffhardin.com
eglas@mccarter.com
ehollander@whitecase.com
ekbergc@lanepowell.com
elevin@lowenstein.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
francois.janson@hklaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
george.davis@cwt.com
geraci@thalergertler.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@mwe.com
gspilsbury@jsslaw.com
guzzi@whitecase.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heidi@crumbielaw.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| heim.steve@dorsey.com | jgarrity@shearman.com |
| heiser@chapman.com | jgenovese@gjb-law.com |
| hirsch.robert@arentfox.com | jguy@orrick.com |
| hollace.cohen@troutmansanders.com | jherzog@gklaw.com |
| holsen@stroock.com | jhiggins@fdlaw.com |
| howard.hawkins@cwt.com | jhorgan@phxa.com |
| hseife@chadbourne.com | jhuggett@margolisedelstein.com |
| hsnovikoff@wlrk.com | jhuh@ffwplaw.com |
| icatto@kirkland.com | jim@atkinslawfirm.com |
| igoldstein@dl.com | jjoyce@dresslerpeters.com |
| ilevee@lowenstein.com | jjtancredi@daypitney.com |
| info2@normandyhill.com | jjureller@klestadt.com |
| ira.herman@tklaw.com | jkehoe@btkmc.com |
| isgreene@hhlaw.com | jlamar@maynardcooper.com |
| israel.dahan@cwt.com | jlawlor@wmd-law.com |
| iva.uroic@dechert.com | jlee@foley.com |
| jaclyn.genchi@kayescholer.com | jlevitin@cahill.com |
| jacobsonn@sec.gov | jlipson@crockerkuno.com |
| james.mcclammy@dpw.com | jliu@dl.com |
| james.sprayregen@kirkland.com | jlovi@steptoe.com |
| jamestecce@quinnemanuel.com | jlscott@reedsmith.com |
| jamie.nelson@dubaiic.com | jmaddock@mcguirewoods.com |
| jar@outtengolden.com | jmazermarino@msek.com |
| jason.jurgens@cwt.com | jmcginley@wilmingtontrust.com |
| jay.hurst@oag.state.tx.us | jmelko@gardere.com |
| jay@kleinsolomon.com | jmerva@fult.com |
| jbecker@wilmingtontrust.com | jmmurphy@stradley.com |
| jbeemer@entwistle-law.com | jmr@msf-law.com |
| jbeiers@co.sanmateo.ca.us | john.monaghan@hklaw.com |
| jbird@polsinelli.com | john.rapisardi@cwt.com |
| jbromley@cgsh.com | john@crumbielaw.com |
| jcarberry@cl-law.com | joli@crlpc.com |
| jchristian@tobinlaw.com | jorbach@hahnhessen.com |
| jdrucker@coleschotz.com | joseph.cordaro@usdoj.gov |
| jdyas@halperinlaw.net | joshua.dorchak@bingham.com |
| jean-david.barnea@usdoj.gov | jowen769@yahoo.com |
| jeanites@whiteandwilliams.com | jowolf@law.nyc.gov |
| jeannette.boot@wilmerhale.com | joy.mathias@dubaiic.com |
| jeff.wittig@coair.com | jpintarelli@mofo.com |
| jeffrey.sabin@bingham.com | jpintarelli@mofo.com |
| jeldredge@velaw.com | jporter@entwistle-law.com |
| jen.premisler@cliffordchance.com | jprol@lowenstein.com |
| jennifer.demarco@cliffordchance.com | jrabinowitz@rltlawfirm.com |
| jennifer.gore@shell.com | jrsmith@hunton.com |
| jeremy.eiden@state.mn.us | jschwartz@hahnhessen.com |
| jessica.fink@cwt.com | jsheerin@mcguirewoods.com |
| jfalgowski@reedsmith.com | jshickich@riddellwilliams.com |
| jflaxer@golenbock.com | jsmairo@pbnlaw.com |
| jfox@joefoxlaw.com | jstoll@mayerbrown.com |
| jfreeberg@wfw.com | jtimko@shutts.com |
| jg5786@att.com | jtougas@mayerbrown.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
klyman@irell.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kostad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lathompson@co.sanmateo.ca.us
lawallf@pepperlaw.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com

lthompson@whitecase.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhanchet@mayerbrown.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kim@kobrekim.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nfurman@scottwoodcapital.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com

rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
rtrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sagolden@hhlaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squigley@lowenstein.com
sree@lcbf.com
sselbst@herrick.com
sshimshak@paulweiss.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.wilamowsky@bingham.com
streusand@streusandlandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
teresa.oxford@invescoaim.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas.ogden@dpw.com
thomas_noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com

tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
twheeler@lowenstein.com
ukreppel@whitecase.com
vdagostino@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
yuwatoko@mofo.com

**Additional Email Address**

lbarefoot@cgsh.com

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**
FAX LIST

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007