**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                :
In re                                           :        Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (JMP)**
                                                :
            **Debtors.**                        :        **(Jointly Administered)**
                                                :
------------------------------------------------------------------------x        **Ref. Docket Nos. 17874, 17877,**
                                                         **17896, 17916**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

ELENI MANNERS, being duly sworn, deposes and says:

1.  I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 20, 2011, I caused to be served the:

    a.  "Notice of Withdrawal of Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) as to Certain Claimants," dated June 20, 2011 [Docket No. 17874], (the "92nd Omni NOW"),

    b.  "Notice of Withdrawal of Debtors' One Hundred Twelfth Omnibus Objection to Claims (Invalid Blocking Number LPS Claims) as to Certain Claimant," dated June 20, 2011 [Docket No. 17877], (the "112th Omni NOW"),

    c.  "Notice of Withdrawal of Debtors' Eighty-Second Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims) as to Certain Claimants," dated June 20, 2011 [Docket No. 17896], (the "82nd Omni NOW"), and

    d.  "Amended Notice of Withdrawal of Debtors' Forty-Sixth Omnibus Objection to Claims (No Debtor Claims) as to Certain Claimants," dated June 20, 2011 [Docket No. 17916], (the "Amended 46th Omni NOW"),

    by causing true and correct copies of the:

        i.  92nd Omni NOW, 112th Omni NOW, 82nd Omni NOW, and Amended 46th Omni NOW, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.   92nd Omni NOW, 112th Omni NOW, 82nd Omni NOW, and Amended 46th Omni NOW, to be delivered via facsimile to the party listed on the annexed Exhibit B,

iii.   92nd Omni NOW, 112th Omni NOW, 82nd Omni NOW, and Amended 46th Omni NOW, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

iv.   82nd Omni NOW, and Amended 46th Omni NOW, to be enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D,

v.   92nd Omni NOW, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E,

vi.   112th Omni NOW, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit F,

vii.   82nd Omni NOW, to be enclosed securely in a separate postage-prepaid envelope and delivered via first class mail to the party listed on the annexed Exhibit G, and

viii.   Amended 46th Omni NOW, to be enclosed securely in separate postage-prepaid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit H.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Eleni Manners*
Eleni Manners

Sworn to before me this
22nd day of June, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Ntcs of Withdrawal - Omnis 46, 82, 92 & 112_DI 17874, 17877, 17896, 17916_AFF_6-20-11.doc

**EXHIBIT A**

### *LBH MSL Email Service List*

| | |
|---|---|
| aaaronson@dilworthlaw.com | anthony_boccanfuso@aporter.com |
| aalfonso@willkie.com | aoberry@bermanesq.com |
| abraunstein@riemerlaw.com | aostrow@beckerglynn.com |
| acaton@kramerlevin.com | apo@stevenslee.com |
| acker@chapman.com | aquale@sidley.com |
| adam.brezine@hro.com | araboy@cov.com |
| adarwin@nixonpeabody.com | arahl@reedsmith.com |
| Adiamond@DiamondMcCarthy.com | arheaume@riemerlaw.com |
| aeckstein@blankrome.com | arlbank@pbfcm.com |
| aentwistle@entwistle-law.com | arosenblatt@chadbourne.com |
| afriedman@irell.com | arthur.rosenberg@hklaw.com |
| agbanknewyork@ag.tn.gov | arwolf@wlrk.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashaffer@mayerbrown.com |
| ahammer@freebornpeters.com | ashmead@sewkis.com |
| aisenberg@saul.com | asnow@ssbb.com |
| akantesaria@oppenheimerfunds.com | atrehan@mayerbrown.com |
| alesia.pinney@infospace.com | aunger@sidley.com |
| alum@ftportfolios.com | austin.bankruptcy@publicans.com |
| amarder@msek.com | avenes@whitecase.com |
| AMcMullen@BoultCummings.com | azylberberg@whitecase.com |
| amenard@tishmanspeyer.com | bankr@zuckerman.com |
| Andrew.Brozman@cliffordchance.com | bankruptcy@goodwin.com |
| andrew.lourie@kobrekim.com | bankruptcy@morrisoncohen.com |
| angelich.george@arentfox.com | bankruptcy@ntexas-attorneys.com |
| ann.reynaud@shell.com | bankruptcymatters@us.nomura.com |

### LBH MSL Email Service List

| | |
|---|---|
| barbra.parlin@hklaw.com | cgoldstein@stcwlaw.com |
| bbisignani@postschell.com | chammerman@paulweiss.com |
| bcarlson@co.sanmateo.ca.us | chardman@klestadt.com |
| bdk@schlamstone.com | charles@filardi-law.com |
| bgraifman@gkblaw.com | charles_malloy@aporter.com |
| bguiney@pbwt.com | charu.chandrasekhar@wilmerhale.com |
| bill.freeman@pillsburylaw.com | chipford@parkerpoe.com |
| bkmail@prommis.com | chris.donoho@lovells.com |
| bmanne@tuckerlaw.com | christopher.schueller@bipc.com |
| BMiller@mofo.com | clarkb@sullcrom.com |
| boneill@kramerlevin.com | clynch@reedsmith.com |
| Brian.Corey@greentreecreditsolutions.com | cmontgomery@salans.com |
| bromano@willkie.com | cohenr@sewkis.com |
| brosenblum@jonesday.com | cp@stevenslee.com |
| broy@rltlawfirm.com | cpappas@dilworthlaw.com |
| btrust@mayerbrown.com | craig.goldblatt@wilmerhale.com |
| bturk@tishmanspeyer.com | crmomjian@attorneygeneral.gov |
| bwolfe@sheppardmullin.com | cs@stevenslee.com |
| bzabarauskas@crowell.com | csalomon@beckerglynn.com |
| cahn@clm.com | cschreiber@winston.com |
| calbert@reitlerlaw.com | cshore@whitecase.com |
| canelas@pursuitpartners.com | cshulman@sheppardmullin.com |
| carol.weinerlevy@bingham.com | ctatelbaum@adorno.com |
| cbelisle@wfw.com | cwalsh@mayerbrown.com |
| cbelmonte@ssbb.com | cward@polsinelli.com |
| cbrotstein@bm.net | cweber@ebg-law.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| cweiss@ingramllp.com | dflanigan@polsinelli.com |
| dallas.bankruptcy@publicans.com | dgrimes@reedsmith.com |
| daniel.guyder@allenovery.com | dhayes@mcguirewoods.com |
| dave.davis@isgria.com | dheffer@foley.com |
| david.bennett@tklaw.com | diconzam@gtlaw.com |
| david.crichlow@pillsburylaw.com | djoseph@stradley.com |
| david.heller@lw.com | dkleiner@velaw.com |
| david.seligman@kirkland.com | dkozusko@willkie.com |
| davids@blbglaw.com | dlemay@chadbourne.com |
| davidwheeler@mvalaw.com | dlipke@vedderprice.com |
| dbalog@intersil.com | dludman@brownconnery.com |
| dbarber@bsblawyers.com | dmcguire@winston.com |
| dbaumstein@whitecase.com | dmurray@jenner.com |
| dbesikof@loeb.com | dneier@winston.com |
| dcimo@gjb-law.com | dodonnell@milbank.com |
| dckaufman@hhlaw.com | dove.michelle@dorsey.com |
| dcoffino@cov.com | dowd.mary@arentfox.com |
| dcrapo@gibbonslaw.com | dpegno@dpklaw.com |
| ddavis@paulweiss.com | draelson@fisherbrothers.com |
| ddrebsky@nixonpeabody.com | dravin@wolffsamson.com |
| ddunne@milbank.com | drose@pryorcashman.com |
| deggermann@kramerlevin.com | drosenzweig@fulbright.com |
| deggert@freebornpeters.com | drosner@goulstonstorrs.com |
| demetra.liggins@tklaw.com | drosner@kasowitz.com |
| deryck.palmer@cwt.com | dshemano@pwkllp.com |
| dfelder@orrick.com | dspelfogel@foley.com |

*__LBH MSL Email Service List__*

| | |
|---|---|
| dtatge@ebglaw.com | ffm@bostonbusinesslaw.com |
| dwdykhouse@pbwt.com | fhyman@mayerbrown.com |
| dwildes@stroock.com | fishere@butzel.com |
| dworkman@bakerlaw.com | francois.janson@hklaw.com |
| easmith@venable.com | fsosnick@shearman.com |
| echang@steinlubin.com | fyates@sonnenschein.com |
| ecohen@russell.com | gabriel.delvirginia@verizon.net |
| efleck@milbank.com | gbray@milbank.com |
| efriedman@friedumspring.com | george.davis@cwt.com |
| egeekie@schiffhardin.com | geraci@thalergertler.com |
| eglas@mccarter.com | ggitomer@mkbattorneys.com |
| ehollander@whitecase.com | giddens@hugheshubbard.com |
| ekbergc@lanepowell.com | gkaden@goulstonstorrs.com |
| elevin@lowenstein.com | glenn.siegel@dechert.com |
| eli.mattioli@klgates.com | gmoss@riemerlaw.com |
| ellen.halstead@cwt.com | gravert@mwe.com |
| emerberg@mayerbrown.com | gspilsbury@jsslaw.com |
| eobrien@sbchlaw.com | guzzi@whitecase.com |
| eschaffer@reedsmith.com | harrisjm@michigan.gov |
| eschwartz@contrariancapital.com | harveystrickon@paulhastings.com |
| esmith@dl.com | hbeltzer@mayerbrown.com |
| etillinghast@sheppardmullin.com | heidi@crumbielaw.com |
| ezujkowski@emmetmarvin.com | heim.steve@dorsey.com |
| ezweig@optonline.net | heiser@chapman.com |
| fbp@ppgms.com | hirsch.robert@arentfox.com |
| feldsteinh@sullcrom.com | hollace.cohen@troutmansanders.com |

### LBH MSL Email Service List

| | |
|---|---|
| holsen@stroock.com | jbromley@cgsh.com |
| howard.hawkins@cwt.com | jcarberry@cl-law.com |
| hseife@chadbourne.com | jchristian@tobinlaw.com |
| hsnovikoff@wlrk.com | Jdrucker@coleschotz.com |
| icatto@kirkland.com | jdyas@halperinlaw.net |
| igoldstein@dl.com | jean-david.barnea@usdoj.gov |
| ilevee@lowenstein.com | jeanites@whiteandwilliams.com |
| info2@normandyhill.com | jeannette.boot@wilmerhale.com |
| ira.herman@tklaw.com | jeff.wittig@coair.com |
| isgreene@hhlaw.com | jeffrey.sabin@bingham.com |
| israel.dahan@cwt.com | jeldredge@velaw.com |
| iva.uroic@dechert.com | jen.premisler@cliffordchance.com |
| jaclyn.genchi@kayescholer.com | jennifer.demarco@cliffordchance.com |
| jacobsonn@sec.gov | jennifer.gore@shell.com |
| james.mcclammy@dpw.com | jeremy.eiden@state.mn.us |
| james.sprayregen@kirkland.com | jessica.fink@cwt.com |
| jamestecce@quinnemanuel.com | jfalgowski@reedsmith.com |
| jamie.nelson@dubaiic.com | jflaxer@golenbock.com |
| jar@outtengolden.com | jfox@joefoxlaw.com |
| jason.jurgens@cwt.com | jfreeberg@wfw.com |
| jay.hurst@oag.state.tx.us | jg5786@att.com |
| jay@kleinsolomon.com | jgarrity@shearman.com |
| Jbecker@wilmingtontrust.com | jgenovese@gjb-law.com |
| jbeemer@entwistle-law.com | jguy@orrick.com |
| jbeiers@co.sanmateo.ca.us | jherzog@gklaw.com |
| jbird@polsinelli.com | jhiggins@fdlaw.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| jhorgan@phxa.com | joli@crlpc.com |
| jhuggett@margolisedelstein.com | jorbach@hahnhessen.com |
| jhuh@ffwplaw.com | Joseph.Cordaro@usdoj.gov |
| jim@atkinslawfirm.com | joshua.dorchak@bingham.com |
| jjoyce@dresslerpeters.com | jowen769@yahoo.com |
| jjtancredi@daypitney.com | jowolf@law.nyc.gov |
| jjureller@klestadt.com | joy.mathias@dubaiic.com |
| jkehoe@btkmc.com | JPintarelli@mofo.com |
| jlamar@maynardcooper.com | jpintarelli@mofo.com |
| jlawlor@wmd-law.com | jporter@entwistle-law.com |
| jlee@foley.com | jprol@lowenstein.com |
| jlevitin@cahill.com | jrabinowitz@rltlawfirm.com |
| jlipson@crockerkuno.com | jrsmith@hunton.com |
| jliu@dl.com | jschwartz@hahnhessen.com |
| jlovi@steptoe.com | jsheerin@mcguirewoods.com |
| jlscott@reedsmith.com | jshickich@riddellwilliams.com |
| jmaddock@mcguirewoods.com | jsmairo@pbnlaw.com |
| jmazermarino@msek.com | jstoll@mayerbrown.com |
| jmcginley@wilmingtontrust.com | jtimko@shutts.com |
| jmelko@gardere.com | jtougas@mayerbrown.com |
| jmerva@fult.com | judy.morse@crowedunlevy.com |
| jmmurphy@stradley.com | jwallack@goulstonstorrs.com |
| jmr@msf-law.com | jwang@sipc.org |
| john.monaghan@hklaw.com | jwcohen@daypitney.com |
| john.rapisardi@cwt.com | jweiss@gibsondunn.com |
| john@crumbielaw.com | jwest@velaw.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| jwh@njlawfirm.com | lathompson@co.sanmateo.ca.us |
| k4.nomura@aozorabank.co.jp | lawallf@pepperlaw.com |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| KDWBankruptcyDepartment@kelleydrye.com | Lee.Stremba@troutmansanders.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| Ken.Coleman@allenovery.com | linda.boyle@twtelecom.com |
| ken.higman@hp.com | lisa.ewart@wilmerhale.com |
| kerry.moynihan@hro.com | lisa.kraidin@allenovery.com |
| kgwynne@reedsmith.com | LJKotler@duanemorris.com |
| kiplok@hugheshubbard.com | lmarinuzzi@mofo.com |
| kkelly@ebglaw.com | Lmay@coleschotz.com |
| klyman@irell.com | lmcgowen@orrick.com |
| kmayer@mccarter.com | lml@ppgms.com |
| kobak@hugheshubbard.com | lnashelsky@mofo.com |
| korr@orrick.com | loizides@loizides.com |
| KOstad@mofo.com | lromansic@steptoe.com |
| kovskyd@pepperlaw.com | lscarcella@farrellfritz.com |
| kpiper@steptoe.com | lschweitzer@cgsh.com |
| kressk@pepperlaw.com | lthompson@whitecase.com |
| KReynolds@mklawnyc.com | lubell@hugheshubbard.com |
| krosen@lowenstein.com | lwhidden@salans.com |
| kuehn@bragarwexler.com | mabrams@willkie.com |
| kurt.mayr@bgllp.com | MAOFILING@CGSH.COM |
| lacyr@sullcrom.com | Marc.Chait@SC.com |
| Landon@StreusandLandon.com | margolin@hugheshubbard.com |

## *LBH MSL Email Service List*

| | |
|---|---|
| mark.deveno@bingham.com | michael.kim@kobrekim.com |
| mark.ellenberg@cwt.com | millee12@nationwide.com |
| mark.houle@pillsburylaw.com | miller@taftlaw.com |
| mark.sherrill@sutherland.com | mimi.m.wong@irscounsel.treas.gov |
| martin.davis@ots.treas.gov | mitchell.ayer@tklaw.com |
| Marvin.Clements@ag.tn.gov | mjacobs@pryorcashman.com |
| matt@willaw.com | mjedelman@vedderprice.com |
| matthew.klepper@dlapiper.com | MJR1@westchestergov.com |
| maustin@orrick.com | mkjaer@winston.com |
| mbenner@tishmanspeyer.com | mlahaie@akingump.com |
| mberman@nixonpeabody.com | MLandman@lcbf.com |
| mbienenstock@dl.com | mlynch2@travelers.com |
| mbossi@thompsoncoburn.com | mmendez@hunton.com |
| mcademartori@sheppardmullin.com | mmooney@deilylawfirm.com |
| mcordone@stradley.com | mmorreale@us.mufg.jp |
| mcto@debevoise.com | mneier@ibolaw.com |
| mdorval@stradley.com | monica.lawless@brookfieldproperties.com |
| meltzere@pepperlaw.com | mpage@kelleydrye.com |
| metkin@lowenstein.com | mprimoff@kayescholer.com |
| mfeldman@willkie.com | mpucillo@bermanesq.com |
| mgordon@briggs.com | mrosenthal@gibsondunn.com |
| mgreger@allenmatkins.com | mruetzel@whitecase.com |
| mh1@mccallaraymer.com | mschimel@sju.edu |
| mhanchet@mayerbrown.com | mshiner@tuckerlaw.com |
| mhopkins@cov.com | msiegel@brownrudnick.com |
| michael.frege@cms-hs.com | mspeiser@stroock.com |

## *LBH MSL Email Service List*

| | |
|---|---|
| mstamer@akingump.com | phayden@mcguirewoods.com |
| mvenditto@reedsmith.com | pmaxcy@sonnenschein.com |
| mwarren@mtb.com | ppascuzzi@ffwplaw.com |
| ncoco@mwe.com | ppatterson@stradley.com |
| neal.mann@oag.state.ny.us | psp@njlawfirm.com |
| ned.schodek@shearman.com | ptrostle@jenner.com |
| newyork@sec.gov | pwright@dl.com |
| nfurman@scottwoodcapital.com | r.stahl@stahlzelloe.com |
| Nherman@morganlewis.com | raj.madan@bingham.com |
| nissay_10259-0154@mhmjapan.com | rajohnson@akingump.com |
| nlepore@schnader.com | ramona.neal@hp.com |
| notice@bkcylaw.com | ranjit.mather@bnymellon.com |
| oipress@travelers.com | rbeacher@pryorcashman.com |
| omeca.nedd@lovells.com | rbyman@jenner.com |
| paronzon@milbank.com | rdaversa@orrick.com |
| patrick.oh@freshfields.com | relgidely@gjb-law.com |
| paul.turner@sutherland.com | rfleischer@pryorcashman.com |
| pbattista@gjb-law.com | rfrankel@orrick.com |
| pbosswick@ssbb.com | rfriedman@silvermanacampora.com |
| pdublin@akingump.com | rgmason@wlrk.com |
| peisenberg@lockelord.com | rgraham@whitecase.com |
| peter.gilhuly@lw.com | rgraham@whitecase.com |
| peter.macdonald@wilmerhale.com | rhett.campbell@tklaw.com |
| peter.simmons@friedfrank.com | richard.lear@hklaw.com |
| peter@bankrupt.com | richard.levy@lw.com |
| pfeldman@oshr.com | richard.tisdale@friedfrank.com |

### *LBH MSL Email Service List*

| | |
|---|---|
| ritkin@steptoe.com | sabin.willett@bingham.com |
| RJones@BoultCummings.com | sabramowitz@velaw.com |
| rleek@HodgsonRuss.com | sagolden@hhlaw.com |
| RLevin@cravath.com | Sally.Henry@skadden.com |
| rmatzat@hahnhessen.com | sandyscafaria@eaton.com |
| rnetzer@willkie.com | Sara.Tapinekis@cliffordchance.com |
| rnorton@hunton.com | scargill@lowenstein.com |
| robert.bailey@bnymellon.com | schannej@pepperlaw.com |
| robert.dombroff@bingham.com | Schepis@pursuitpartners.com |
| robert.henoch@kobrekim.com | schnabel.eric@dorsey.com |
| robert.malone@dbr.com | schristianson@buchalter.com |
| Robert.yalen@usdoj.gov | schwartzmatthew@sullcrom.com |
| robertdakis@quinnemanuel.com | scottshelley@quinnemanuel.com |
| Robin.Keller@Lovells.com | scousins@armstrongteasdale.com |
| roger@rnagioff.com | sdnyecf@dor.mo.gov |
| ronald.silverman@bingham.com | sehlers@armstrongteasdale.com |
| rqureshi@reedsmith.com | sfelderstein@ffwplaw.com |
| rreid@sheppardmullin.com | sfineman@lchb.com |
| rroupinian@outtengolden.com | sfox@mcguirewoods.com |
| rrussell@andrewskurth.com | sgordon@cahill.com |
| rterenzi@stcwlaw.com | sgubner@ebg-law.com |
| RTrust@cravath.com | shannon.nagle@friedfrank.com |
| russj4478@aol.com | sharbeck@sipc.org |
| rwasserman@cftc.gov | shari.leventhal@ny.frb.org |
| rwyron@orrick.com | shgross5@yahoo.com |
| s.minehan@aozorabank.co.jp | sidorsky@butzel.com |

*__LBH MSL Email Service List__*

| | |
|---|---|
| slerner@ssd.com | tbrock@ssbb.com |
| slevine@brownrudnick.com | tdewey@dpklaw.com |
| SLoden@DiamondMcCarthy.com | tduffy@andersonkill.com |
| smayerson@ssd.com | teresa.oxford@invescoaim.com |
| smillman@stroock.com | TGoren@mofo.com |
| smulligan@bsblawyers.com | thaler@thalergertler.com |
| snewman@katskykorins.com | thomas.califano@dlapiper.com |
| sory@fdlaw.com | thomas.ogden@dpw.com |
| spiotto@chapman.com | Thomas_Noguerola@calpers.ca.gov |
| splatzer@platzerlaw.com | timothy.brink@dlapiper.com |
| squigley@lowenstein.com | timothy.palmer@bipc.com |
| SRee@lcbf.com | tjfreedman@pbnlaw.com |
| sselbst@herrick.com | tkarcher@dl.com |
| sshimshak@paulweiss.com | tkiriakos@mayerbrown.com |
| steele@lowenstein.com | tlauria@whitecase.com |
| stephen.cowan@dlapiper.com | tmacwright@whitecase.com |
| steve.ginther@dor.mo.gov | tmayer@kramerlevin.com |
| steven.troyer@commerzbank.com | tnixon@gklaw.com |
| steven.wilamowsky@bingham.com | toby.r.rosenberg@irscounsel.treas.gov |
| Streusand@StreusandLandon.com | tony.davis@bakerbotts.com |
| susan.schultz@newedgegroup.com | tslome@msek.com |
| susheelkirpalani@quinnemanuel.com | ttracy@crockerkuno.com |
| swolowitz@mayerbrown.com | twheeler@lowenstein.com |
| szuch@wiggin.com | ukreppel@whitecase.com |
| tannweiler@greerherz.com | vdagostino@lowenstein.com |
| tarbit@cftc.gov | Villa@StreusandLandon.com |

*LBH MSL Email Service List*

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

WBallaine@lcbf.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmckenna@foley.com

woconnor@crowell.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yamashiro@sumitomotrust.co.jp

YUwatoko@mofo.com

**EXHIBIT B**

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004




INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT D**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017

**EXHIBIT E**

**LBH NOW-92 6/20/11**

### CLAIM NO. 12422
ADE, VOLKER
C/O NABER PC
300 CENTRAL AVENUE SUITE 320
GREAT FALLS, MT  ZIP 59401

**LBH NOW-92 6/20/11**

### CLAIM NO. 13614
DREIMANN, KLAUS
C/O NABER PC
300 CENTRAL AVENUE SUITE 320
GREAT FALLS, MT  ZIP 59401

**EXHIBIT F**

**LBH NOW-112 6/20/11**

**<u>CLAIM NO. 16474</u>**
ESOPUS CREEK VALUE LP
ATTN: JOE CRISCIONE
ANDREW SOLE
150 JFK PARKWAY, SUITE 100
SHORT HILLS,  NJ  ZIP 07078


**LBH NOW-112 6/20/11**

**<u>CLAIM NO. 16474</u>**
HALPERIN BATTAGLIA RAICHT, LLP
ATTN: WALTER BENZIJA, ESQ.
ATTN: DEBRA J. COHEN
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022

**EXHIBIT G**

**LBH WTH 82ND OMNI  6-20-11**

**RESTELLI, STEPHEN C.**
**26 POND ST.**
**BARRE, VT 05641**

**EXHIBIT H**

LBH WTH 46TH OMNI  6-20-11

**ACTIV FINANCIAL SYSTEMS, INC.**
**125 SOUTH WACKER DRIVE, SUITE 2325**
**CHICAGO, IL 60606**

LBH WTH 46TH OMNI  6-20-11

**ATLANTIC FORMS AND SYSTEMS, INC.**
**181 WEST OLD COUNTRY ROAD**
**HICKSVILLE, NY 11801**

LBH WTH 46TH OMNI  6-20-11

**AUDIO INC.**
**170-172 WEST WESTFIELD AVE**
**ROSELLE PARK, NJ 07204**

LBH WTH 46TH OMNI  6-20-11

**A.M. BEST COMPANY, INC.**
**AMBEST ROAD**
**OLDWICK, NJ 08858**

LBH WTH 46TH OMNI  6-20-11

**BOILERMAKER-BLACKSMITH NATL PENSION TR**
**754 MINNESOTA AVENUE**
**KANSAS CITY, KS 66101**

LBH WTH 46TH OMNI  6-20-11

**BOILERMAKER TRUST**
**C/O ALLAN FREEDMAN, ESQ.**
**1415 QUEEN ANN ROAD, SUITE 203**
**TEANECK, NJ 07666**

LBH WTH 46TH OMNI  6-20-11

**BOILERMAKER-BLACKSMITH NATL PENSION TR**
**756 MINNESOTA AVENUE**
**KANSAS CITY, KS 66101**

LBH WTH 46TH OMNI  6-20-11

**DAV-EL RESERVATIONS SYSTEM, INC.**
**200 SECOND STREET**
**CHELSEA, MA 02150-1802**

LBH WTH 46TH OMNI  6-20-11

**QUINN, PATRICIO**
**OLAZABAL 1382 – CAPITAL FEDERAL**
**1428**
**ARGENTINA**

LBH WTH 46TH OMNI  6-20-11

**ZPR INTERNATIONAL INC.**
**ATTN: MAX ZAVANELLI**
**1642 NORTH VOLUSIA AVENUE**
**ORANGE CITY, FL 32763**