WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------------------x

### NOTICE OF HEARING ON DEBTORS'
### ONE HUNDRED NINTH OMNIBUS OBJECTION TO CLAIMS
### (INSUFFICIENT DOCUMENTATION) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Ninth Omnibus Objection to Claims (Insufficient Documentation) [Docket No. 15008] will be held on **June 30, 2011 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing), solely as to the claims listed on Exhibit A attached hereto. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

US_ACTIVE:\43747540\01\58399.0008

Dated: June 27, 2011
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

| Claimant Name | Claim Number |
|---|---|
| | |
| Amortizing Residential Collateral Trust, Mortgage Pass-Through Certificates Series 2002-BC7 | 14430, 14431 |
| Amortizing Residential Collateral Trust, Mortgage Pass-Through Certificates Series 2002-BC4 | 14432, 14557 |
| Amortizing Residential Collateral Trust, Mortgage Pass-Through Certificates Series 2002-BC3 | 14541, 14564 |
| Amortizing Residential Collateral Trust, Mortgage Pass-Through Certificates Series 2002-BC1 | 14542, 14563 |
| Amortizing Residential Collateral Trust, Mortgage Pass-Through Certificates Series 2001-BC6 | 14545, 14562 |
| Amortizing Residential Collateral Trust, Mortgage Pass-Through Certificates Series 2001-BC5 | 14546, 14547 |
| Amortizing Residential Collateral Trust, Mortgage Pass-Through Certificates Series 2002-BC2 | 14560, 14561 |
| Citibank, N.A., in its Capacity as Trustee | 22604, 22605, 22606, 22639, 22717, 22718, 22719, 22720, 22721, 22761, 22774, 22775, 22776 |
| HSBC Bank USA, NA, as Trustee for Structured Asset Securities Corp Mortgage Loan Trust Mortgage Pass-Through Certificates Series 2008-RF1 | 28533, 30524 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2007-7 | 28534, 30526 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2004-4 | 28535, 30522 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Series 2004-7 | 28536, 30519 |

| | |
|---|:---:|
| HSBC Bank USA, NA as Trustee for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-7 | 28537 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Series 2007-9 | 28538 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Series 2005-21 | 28539 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2005-18 | 28759, 30059 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2004-1 | 28760, 30061 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2005-1 | 28761, 30060 |
| HSBC Bank USA, NA, as Trustee for Structured Asset Securities Corp Mortgage Pass-Through Certificates Series 2003-22A | 28762, 30064 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2005-7 | 28763, 30062 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2004-14 | 28764, 30063 |
| HSBC Bank USA, NA, as Trustee for Structured Asset Securities Corp Mortgage Pass-Through Cert Series 2004-SC1 | 28765, 30520 |
| HSBC Bank USA, NA, as Trustee for Structured Asset Securities Corp Mortgage Loan Trust Mortgage Pass Through Certificates Series 2007-RF2 | 28766, 30521 |
| HSBC Bank USA, NA as Trustee for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-5 | 28767, 30523 |
| HSBC Bank USA, NA as Trustee for Lehman Mortgage Trust Mortgage Pass Through Certificates Series 2006-6 | 28768, 30525 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2005-4 | 28769, 30528 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2004-12 | 28770, 30527 |

| | |
|---|---|
| HSBC Bank USA, NA as Trustee for Lehman Mortgage Trust Mortgage Paa Through Certificates Series 2006-7 | 28771 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2007-5 | 28772, 30529 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2007-9 | 28773 |
| HSBC Bank USA, NA, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2005-21 | 28774 |
| SARM Net Interest Notes Series 2005-5 | 14551 |
| Structured Asset Securities Corporation The Bank of New York Mellon, as Trustee Mortgage Pass-Through Certificates, Series 2003-AM1 | 14539 |
| The Bank of New York Mellon, Trustee for Creditor Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-27A | 14423, 14424 |
| The Bank of New York Mellon, Trustee for Creditor Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-4H | 14425, 14428 |
| The Bank of New York Mellon, as Trustee Mortgage Pass-Through Certificates, Series 2002-25A | 14426 |
| The Bank of New York Mellon, as Trustee Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-25A | 14427 |
| The Bank of New York Mellon, as Trustee Mortgage Loan Trust 2002-9 | 14429 |
| The Bank of New York Mellon, as Trustee Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-3AC | 14505 |
| The Bank of New York Mellon, as Trustee Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-14A | 14506, 14507 |
| The Bank of New York Mellon, as Trustee Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-16A | 14508, 14509 |

| | |
|---|---|
| The Bank of New York Mellon, as Trustee Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-2 | 14510, 14512 |
| The Bank of New York Mellon, Trustee for Creditor Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-19 | 14511, 14514 |
| The Bank of New York Mellon, Trustee for Creditor Structured Adjustable Rate Mortgage Loan Trust MortgagePpass-Through Certificates, Series 2005-5 | 14513, 14522 |
| The Bank of New York Mellon, as Trustee Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2000-5 | 14515, 14516 |
| The Bank of New York Mellon, as Trustee Mortgage Pass-Through Certificates, Series 2001-15A | 14517 |
| The Bank of New York Mellon, as Trustee Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-15A | 14518 |
| The Bank of New York Mellon, as Trustee Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-8 | 14519 |
| The Bank of New York Mellon, as Trustee Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-17 | 14520 |
| The Bank of New York Mellon, as Trustee Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2003-40A | 14521, 14523 |
| The Bank of New York Mellon, Trustee for Creditor Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2001-8A | 14524, 14526 |
| The Bank of New York Mellon, as Trustee Mortgage Pass-Through Certificates, Series 2002-11A | 14525 |
| The Bank of New York Mellon, as Trustee Mortgage Pass-Through Certificates, Series 2004-17 | 14527 |

| | |
|---|---|
| The Bank of New York Mellon, Trustee for Creditor Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-11A | 14528 |
| The Bank of New York Mellon, as Trustee Mortgage Pass-Through Certificates, Series 2003-BC1 | 14529 |
| The Bank of New York Mellon, as Trustee Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2003-24A | 14530 |
| The Bank of New York Mellon, as Trustee Mortgage Pass-Through Certificates, Series 2003-24A | 14531 |
| The Bank of New York Mellon, as Trustee Mortgage Pass-Through Certificates, Series 2003-27 | 14532 |
| The Bank of New York Mellon, Trustee for Creditor Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2003-2A | 14533, 14534 |
| The Bank of New York Mellon, as Trustee Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2003-31A | 14535, 14536 |
| The Bank of New York Mellon, as Trustee Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2003-9A | 14537 |
| The Bank of New York Mellon, as Trustee Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2003-AM1 | 14538 |
| The Bank of New York Mellon, as Trustee Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2005-10 | 14548, 14549 |
| The Bank of New York Mellon, as Trustee SASCO Net Interest Margin Notes Series 2005-10, Class A, Class B, & Class S | 14552 |
| The Bank of New York Mellon, as Trustee Mortgage Pass-Through Certificates, Series 2004-8 | 14559 |
| The Bank of New York Mellon, as Trustee Mortgage Pass-Through Certificates, Series 2008-8A | 14565 |

08-13555-mg    Doc 18067    Filed 06/27/11    Entered 06/27/11 12:03:18    Main Document
Pg 8 of 11

| | |
|---|---|
| The Bank of New York Mellon, as Trustee Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-15 | 14566, 14567 |
| The Bank of New York Mellon, Trustee for Creditor Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-11 | 14568, 14569 |
| The Bank of New York Mellon, as Trustee Mortgage Pass-Through Certificates, Series 2004-3AC | 14570 |
| The Bank of New York Mellon, as Trustee Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2003-18A | 14571 |
| The Bank of New York Mellon, as Trustee Mortgage Pass-Through Certificates, Series 2002-18A | 14572 |
| The Bank of New York Mellon, as Trustee Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-21A | 14573 |
| The Bank of New York Mellon, as Trustee Mortgage Pass-Through Certificates, Series 2002-21A | 14574 |
| The Bank of New York Mellon, as Trustee Series 2003-BC3 | 14576 |
| The Bank of New York Mellon, as Trustee Structured Asset Securities Corporation Series 2003-BC3 | 14577 |
| The Bank of New York Mellon, as Trustee Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-16 | 14580 |
| The Bank of New York Mellon, as Trustee Mortgage Pass-Through Certificates, Series 2005-16 | 14581 |
| The Bank of New York Mellon, as Trustee Mortgage Pass-Through Certificates, Series 1998-11 | 14582 |
| The Bank of New York Mellon, as Trustee Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2003-BC2 | 14583, 14585 |

| | |
|---|---|
| The Bank of New York Mellon, as Trustee Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 1998-11 | 14584 |
| The Bank of New York Mellon, as Trustee Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 1998-8 | 14586 |
| The Bank of New York Mellon, Trustee for Creditor Mortgage Pass-Through Certificates, Series 2005-16 | 14588 |
| The Bank of New York Mellon, Trustee for Creditor Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2005-16 | 14589 |
| The Bank of New York Mellon, as Trustee for Mortgage Pass-Through Certificates, Series 2001-9 | 14590 |
| The Bank of New York Mellon, as Trustee for Mortgage Pass-Through Certificates, Series 1998-8 | 14591 |
| The Bank of New York Mellon, Trustee for Creditor Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 1999-SP1 | 14592, 14593 |
| The Bank of New York Mellon, Trustee for Creditor Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2001-9 | 14594 |
| The Bank of New York Mellon, as Trustee Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-3 | 14595, 14596 |
| The Bank of New York Mellon, as Trustee Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-8A | 14597 |
| The Bank of New York Mellon, as Administrator Mortgage Pass-Through Certificates, Series 2002-3 | 14598 |
| The Bank of New York Mellon, as Administrator Series 2003-BC2 | 14599 |
| The Bank of New York Mellon, as Trustee Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-1A | 14600 |

| | |
|---|---|
| The Bank of New York Mellon, as Trustee Mortgage Pass-Through Certificates, Series 2004-6 | 14601 |
| The Bank of New York Mellon, as Trustee Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-6 | 14602 |
| The Bank of New York Mellon, as Trustee for Creditor Mortgage Pass-Through Certificates, Series 2002-37A | 14603 |
| The Bank of New York Mellon, as Trustee Series 2003-BC1 | 14604 |
| The Bank of New York Mellon, as Trustee Mortgage Pass-Through Certificates, Series 2002-1A | 14605 |
| The Bank of New York Mellon, Trustee for Creditor Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2003-37A | 14608 |
| The Bank of New York Mellon, as Trustee Mortgage Pass-Through Certificates, Series 2002-3 | 14609 |
| The Bank of New York Mellon, as Trustee Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2002-23XS | 14610 |
| The Bank of New York Mellon, as Trustee Trust Mortgage Pass-Through Certificates, Series 2004-2 | 25877 |
| The Bank of New York Mellon, as Administrator SASCO Net Interest Margin Trust 2003-BC3 | 25878 |
| The Bank of New York Mellon, as Trustee Mortgage Pass-Through Certificates, Series 2004-13 | 25908 |
| The Bank of New York Mellon, as Trustee Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-2 | 25909 |
| The Bank of New York Mellon, as Trustee Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-13 | 25910 |
| The Bank of New York Mellon, as Administrator Series 2003-AM1 Class B | 25911 |

| | |
|---|---|
| The Bank of New York Mellon, as Administrator Series 2003-AM1 Class A | 25912 |
| U.S. Bank National Association | 19860, 19861, 19862 |
| Wilmington Trust Company, as Trustee | 22766, 22773 |