UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

-----------------------------------------------------------------x  Ref. Docket Nos. 16629 & 16631

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 23, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
27th day of June, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfers 16629 & 16631_Aff 06-23-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :     Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :     08-13555 (JMP)
                                                                 :
          Debtors.                                               :     (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x


## NOTICE OF DEFECTIVE TRANSFER


Transferor:    MORGAN STANLEY & CO. INTERNATIONAL PLC
               1585 BROADWAY, 2ND FLOOR
               NEW YORK, NY 10039


Transferee:    ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
               ALDEN GLOBAL CAPITAL
               ATTN: CHRIS SCHOFIELD
               885 THIRD AVENUE
               NEW YORK, NY 10022


**Your transfer of claim #66286 is defective for the reason(s) checked below:**

TRANSFEROR IS NOT THE CURRENT OWNER OF CLAIM.


Refer to docket number 16629 in your objection.
If you file an objection, a hearing will be scheduled.
If your objection is not timely filed, the transferee will be substituted on our records as the claimant.


*/s/ Lauren Rodriguez*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 23, 2011.

**EXHIBIT B**

ALDEN GLOBAL DISTRESSED OPPORTUNITIES
MASTER FUND, L.P.
ALDEN GLOBAL CAPITAL
ATTN: CHRIS SCHOFIELD
885 THIRD AVENUE
NEW YORK, NY 10022

MORGAN STANLEY & CO. INTERNATIONAL PLC
1585 BROADWAY, 2ND FLOOR
NEW YORK, NY 10039

NEWFINANCE ALDEN SPV
ALDEN GLOBAL CAPITAL
ATTN: CHRIS SCHOFIELD
885 THIRD AVENUE
NEW YORK, NY 10022