UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re                                              :        **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*       :        **08-13555 (JMP)**
                                                   :        **(Jointly Administered)**
                   **Debtors.**                    :
                                                   :
-----------------------------------------------------------------x        **Ref. Docket Nos. 17919-17921,**
                                                            **17928, 17929, 17931, 17932, 17934,**
                                                            **17935, 17937, 17938**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 23, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
27th day of June, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| Debtors. | (Jointly Administered) |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ES BANK (PANAMA), S.A., EDUARDO JAVIER QUINTERO PARRA        ES BANK (PANAMA), S.A., EDUARDO JAVIER QUINT
     CL 53 MARBELLA-ED WORLD TRADE CT-PISO 19                      ANDREW THAU & N. LYNN HIESTAND
     OFICINA 1902                                                  SKADDEN ARPS SLATE MEAGHER & FLOM LLP
     PANAMA                                                        4 TIMES SQUARE
                                                                   NEW YORK NY 10036
```

Please note that your claim # 60638-03 in the above referenced case and in the amount of $12,199,577.10      has been transferred (**unless previously expunged by court order**)

```
     MERRILL LYNCH INTERNATIONAL
     TRANSFEROR: ES BANK (PANAMA), S.A., EDUARDO JAVIER QUINTERO PARRA
     ATTN: SIMON ORR
     2 KING EDWARD STREET
     LONDON    EC1A 1HQ
     ENGLAND
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 17919      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/23/2011                    Vito Genna, Clerk of Court

```
                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).
```

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 23, 2011.

**EXHIBIT B**

TIME: 14:57:37                                                                    PAGE:    1
DATE: 06/23/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| ANMARY, LTD | TRIDENT CHAMBERS 146 ROADTOWN TORTOLA   VIRGIN ISLANDS (BRITISH) |
| BANCO ESPIRITO SANTO S.A. | ANDREW THAU N. LYNN HIESTAND SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036 |
| BANCO ESPIRITO SANTO S.A. | PEDRO CRUCHINHO AV LIBERDADE 195 LISBOA, 1250-142 PORTUGAL |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HIELSKEN KASERNENSTRASSE 10 DUSSELDORF  40213 GERMANY |
| ES BANK (PANAMA), S.A., EDUARDO JAVIER QUINTERO PARRA | CL 53 MARBELLA-ED WORLD TRADE CT-PISO 19 OFICINA 1902 PANAMA |
| ES BANK (PANAMA), S.A., EDUARDO JAVIER | ANDREW THAU & N. LYNN HIESTAND SKADDEN ARPS SLATE MEAGHER & FLOM LLP 4 TIMES SQUARE NEW YORK NY 10036 |
| GRAUL-NEUMANN, LUITGARD | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA HELMSTEDTERSTR 12 A 10717 BERLIN  GERMANY |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: FUNDO PENSOES BCP CONT. DEFINIDA ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: FUNDO PENSOES GRUPO BCP ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| KNIGHTHEAD MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: LAURA TORRADO C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC 623 5TH AVE., 29TH FLOOR NEW YORK NY 10022 |
| KNIGHTHEAD MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO 623 5TH AVE., 29TH FLOOR NEW YORK NY 10022 |
| LACHMANN, MANFRED | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA BEHMSTR 32 13357 BERLIN  GERMANY |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: BANCO ESPIRITO SANTO S.A. ATTN: SIMON ORR 2 KING EDWARD STREET LONDON   EC1A 1HQ ENGLAND |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: ES BANK (PANAMA), S.A., EDUARDO JAVIER QUINTERO PARRA ATTN: SIMON ORR 2 KING EDWARD STREET LONDON   EC1A 1HQ ENGLAND |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: ANMARY, LTD 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA ENGLAND |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: PARMASSA 18 LIMITED 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA ENGLAND |
| MUESSEL, WERNER & WALTRAUD | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA BODENWEG 98 30851 LANGENHAGEN  GERMANY |
| PARMASSA 18 LIMITED | TRIDENT CHAMBERS 146 ROADTOWN TORTOLA   VIRGIN ISLANDS (BRITISH) |
| POHLE, ASTA | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA SEESTR 69 23683 SCHARBEUTZ  GERMANY |
| SIEGER, JOACHIM | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA BORNWIESENWEG 79 60322 FRANKFURT  GERMANY |
| TAPPE, INGEBORG | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA MITTAGSKAMP 1 49078 OSNABRUECK  GERMANY |

Total Number of Records Printed        23

EPIQ BANKRUPTCY SOLUTIONS, LLC