Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(**Jointly Administered**)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Eidesis Synthetic Market Opportunities, Ltd. |

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch
 c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attention: Matt Weinstein
Phone: 212-250-5760
Fax:    212-797-8770

Court Claim # (if known): 20352

Amount of Claim: $1,700,000.00

Date Claim Filed: September 21, 2009

Last Four Digits of Acct #:  N/A

Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments
should be sent (if different from above):

Same as above.

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____

Transferee/Transferee's Agent

Date: _6 - 27 - 11_____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
       Attn:  Clerk

AND TO:    Lehman Brothers Special Financing Inc. (the "Debtor")
           Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

RE:  Proof of Claim Number 20352

**EIDESIS SYNTHETIC MARKET OPPORTUNITIES, LTD.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005
Attn: Matt Weinstein
Email: matthew.weinstein@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 20352 to the extent of $1,700,000.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

*[Signatures appear on the following page.]*

8297964                                              16

IN WITNESS WHEREOF, the undersigned have executed and delivered this Evidence of Transfer of Claim as of the date first stated above.

EIDESIS SYNTHETIC MARKET OPPORTUNITIES, LTD.

By: _____

    Name:  **Michael H. Sollott**
    Title:   DIRECTOR

By: _____

    Name:  **Jim (Xin) Wang**
    Title:   DIRECTOR

DEUTSCHE BANK AG, LONDON BRANCH

By: _____

    Name:
    Title:

By: _____

    Name:
    Title:

IN WITNESS WHEREOF, the undersigned have executed and delivered this Evidence of Transfer of Claim as of the date first stated above.

**EIDESIS SYNTHETIC MARKET OPPORTUNITIES, LTD.**

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
    Name:    Ross Miller
    Title:    Director

By: _____
    Name:
    Title:    Duncan Robertson
             Director

8297964

17

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555 (JMP)
                    (**Jointly Administered**)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|

Deutsche Bank AG, London Branch                Eidesis Capital Master Fund, Ltd.

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch                Court Claim # (if known): 20353
  c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor                       Amount of Claim: $1,600,000.00
New York, NY 10005
Attention: Matt Weinstein                      Date Claim Filed: September 21, 2009
Phone: 212-250-5760
Fax:    212-797-8770

Last Four Digits of Acct #:  N/A                Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments
should be sent (if different from above):

Same as above.

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____                  Date: _6 - 27 - 11_
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 20353

**EIDESIS CAPITAL MASTER FUND, LTD.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005
Attn: Matt Weinstein
Email: matthew.weinstein@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 20353, to the extent of $1,600,000.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

*[Signatures appear on the following page.]*

8297963                                          18

IN WITNESS WHEREOF, the undersigned have executed and delivered this Evidence of Transfer of Claim as of the date first stated above.

**EIDESIS CAPITAL MASTER FUND, LTD.**

By: _____

  Name: **Michael H. Sollott**

  Title: DIRECTOR

By: _____

  Name: **Jim (Xin) Wang**

  Title: DIRECTOR

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____

  Name:

  Title:

By: _____

  Name:

  Title:

8297963

19

IN WITNESS WHEREOF, the undersigned have executed and delivered this
Evidence of Transfer of Claim as of the date first stated above.

**EIDESIS CAPITAL MASTER FUND, LTD.**

By: _____
    Name:
    Title:


By: _____
    Name:
    Title:


**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
    Name:
    Title:    Ross Miller
                  Director

By: _____
    Name:
    Title:    Duncan Robertson
                  Director

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(**Jointly Administered**)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Deutsche Bank AG, London Branch

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
 c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attention: Matt Weinstein
Phone: 212-250-5760
Fax:    212-797-8770

Last Four Digits of Acct #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Same as above.

Name of Transferor

Eidesis Synthetic Opportunities Fund II, Ltd.

Court Claim # (if known): 20354

Amount of Claim: $4,200,000.00

Date Claim Filed: September 21, 2009

Last Four Digits of Acct. #:  N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____

Transferee/Transferee's Agent

Date:  6 - 27 - 11

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
        Attn:  Clerk

AND TO:   Lehman Brothers Special Financing Inc. (the "Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

RE:  Proof of Claim Number 20354

**EIDESIS SYNTHETIC OPPORTUNITIES FUND II, LTD.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005
Attn: Matt Weinstein
Email: matthew.weinstein@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 20354 to the extent of $4,200,000.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

*[Signatures appear on the following page.]*

8297177                                    16

IN WITNESS WHEREOF, the undersigned have executed and delivered this Evidence of Transfer of Claim as of the date first stated above.

EIDESIS SYNTHETIC OPPORTUNITIES FUND II, LTD.

By: _____
    Name: Michael H. Sollott
    Title: DIRECTOR

By: _____
    Name: Jim (Xin) Wang
    Title: DIRECTOR

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

IN WITNESS WHEREOF, the undersigned have executed and delivered this Evidence of Transfer of Claim as of the date first stated above.

**EIDESIS SYNTHETIC OPPORTUNITIES FUND II, LTD.**

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
    Name:
    Title:

Ross Miller
Director

By: _____
    Name:
    Title:

Duncan Robertson
Director

8297177

17

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(**Jointly Administered**)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Deutsche Bank AG, London Branch

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch
 c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attention: Matt Weinstein
Phone: 212-250-5760
Fax:    212-797-8770

Name of Transferor

Eidesis Capital Master Fund, Ltd.

Court Claim # (if known): 20355

Amount of Claim: $1,600,000.00

Date Claim Filed: September 21, 2009

Last Four Digits of Acct #:  N/A

Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments
should be sent (if different from above):

Same as above.

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____

Transferee/Transferee's Agent

Date:  6-27-11

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
       Attn: Clerk

AND TO:    Lehman Brothers Special Financing Inc. (the "Debtor")
           Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

RE: Proof of Claim Number 20355

**EIDESIS CAPITAL MASTER FUND, LTD.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005
Attn: Matt Weinstein
Email: matthew.weinstein@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 20355 to the extent of $1,600,000.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

*[Signatures appear on the following page.]*

8297963                                    16

IN WITNESS WHEREOF, the undersigned have executed and delivered this Evidence of Transfer of Claim as of the date first stated above.

**EIDESIS CAPITAL MASTER FUND, LTD.**

By: _____
   Name: **Michael H. Sollott**
   Title: DIRECTOR

By: _____
   Name: **Jim (Xin) Wang**
   Title: DIRECTOR

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
   Name:
   Title:

By: _____
   Name:
   Title:

8297963

17

IN WITNESS WHEREOF, the undersigned have executed and delivered this Evidence of Transfer of Claim as of the date first stated above.

**EIDESIS CAPITAL MASTER FUND, LTD.**

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
    Name:
    Title:

Ross Miller
Director

By: _____
    Name:
    Title:

Duncan Robertson
Director

8297963

17

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Eidesis Synthetic Opportunities Fund II, Ltd. |

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch
  c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attention: Matt Weinstein
Phone: 212-250-5760
Fax:    212-797-8770

Court Claim # (if known): 20356

Amount of Claim: $4,200,000.00

Date Claim Filed: September 21, 2009

Last Four Digits of Acct #:  N/A

Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments
should be sent (if different from above):

Same as above.

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____          Date: ___6 - 27 - 11___
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>")
       Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. (the "<u>Debtor</u>")
           Case No. 08-13555 (JMP) (Jointly Administered) (the "<u>Case</u>")

Proof of Claim Number 20356

**EIDESIS SYNTHETIC OPPORTUNITIES FUND II, LTD.** and its successors and assigns ("<u>Seller</u>"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005
Attn: Matt Weinstein
Email: matthew.weinstein@db.com

and its successors and assigns ("<u>Buyer</u>"), all right, title and interest in and to Proof of Claim Number 20356, to the extent of $4,200,000.00 (the "<u>Claim</u>") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

*[Signatures appear on the following page.]*

8297177                                              18

IN WITNESS WHEREOF, the undersigned have executed and delivered this Evidence of Transfer of Claim as of the date first stated above.

**EIDESIS SYNTHETIC OPPORTUNITIES FUND II, LTD.**

By: _____

    Name: **Michael H. Sollott**

    Title: DIRECTOR

By: _____

    Name: **Jim (Xin) Wang**

    Title: DIRECTOR

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____

    Name:

    Title:

By: _____

    Name:

    Title:

8297177

19

IN WITNESS WHEREOF, the undersigned have executed and delivered this Evidence of Transfer of Claim as of the date first stated above.

**EIDESIS SYNTHETIC OPPORTUNITIES FUND II, LTD.**

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
    Name:
    Title:

Ross Milne
Director

By: _____
    Name:
    Title:

Duncan Robertson
Director

19

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(**Jointly Administered**)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Deutsche Bank AG, London Branch

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
 c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attention: Matt Weinstein
Phone: 212-250-5760
Fax:   212-797-8770

Name of Transferor

Eidesis Synthetic Opportunities Fund, Ltd.

Court Claim # (if known): 20357

Amount of Claim: $4,800,000.00

Date Claim Filed: September 21, 2009

Last Four Digits of Acct #:  N/A

Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Same as above.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____

Transferee/Transferee's Agent

Date:  6 - 27 -11

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>")
       Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. (the "<u>Debtor</u>")
           Case No. 08-13555 (JMP) (Jointly Administered) (the "<u>Case</u>")

Proof of Claim Number 20357

**EIDESIS SYNTHETIC OPPORTUNITIES FUND, LTD.**  and its successors and assigns ("<u>Seller</u>"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005
Attn: Matt Weinstein
Email: matthew.weinstein@db.com

and its successors and assigns ("<u>Buyer</u>"), all right, title and interest in and to Proof of Claim Number 20357, to the extent of $4,800,000.00 (the "<u>Claim</u>") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

*[Signatures appear on the following page.]*

IN WITNESS WHEREOF, the undersigned have executed and delivered this Evidence of Transfer of Claim as of the date first stated above.

EIDESIS SYNTHETIC OPPORTUNITIES FUND, LTD.

By: _____
    Name:  **Michael H. Sollott**
    Title:  DIRECTOR

By: _____
    Name:  **Jim (Xin) Wang**
    Title:  DIRECTOR

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

8297961

19

IN WITNESS WHEREOF, the undersigned have executed and delivered this Evidence of Transfer of Claim as of the date first stated above.

**EIDESIS SYNTHETIC OPPORTUNITIES FUND, LTD.**

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
    Name:    Ross Miller
    Title:    Director

By: _____
    Name:
    Title:    Duncan Robertson
                Director

8297961

19

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,　　　　　Case No. 08-13555 (JMP)
　　　　　　　　　　　　　　　　　　　　　　　　　　　(**Jointly Administered**)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee　　　　　　　　　　　Name of Transferor

Deutsche Bank AG, London Branch　　　　Eidesis Synthetic Market Opportunities, Ltd.

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch　　　　　Court Claim # (if known): 20358
 c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor　　　　　　　　　Amount of Claim: $1,700,000.00
New York, NY 10005
Attention: Matt Weinstein　　　　　　　　Date Claim Filed: September 21, 2009
Phone: 212-250-5760
Fax:　212-797-8770

Last Four Digits of Acct #:　N/A　　　　　Last Four Digits of Acct. #:　N/A

Name and Address where transferee payments
should be sent (if different from above):

Same as above.

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By:　_____　　　Date:　___6 - 27 - 11___
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
       Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. (the "Debtor")
           Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 20358

**EIDESIS SYNTHETIC MARKET OPPORTUNITIES, LTD.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005
Attn: Matt Weinstein
Email: matthew.weinstein@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 20358, to the extent of $1,700,000.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

*[Signatures appear on the following page.]*

8297964

18

IN WITNESS WHEREOF, the undersigned have executed and delivered this Evidence of Transfer of Claim as of the date first stated above.

EIDESIS SYNTHETIC MARKET OPPORTUNITIES, LTD.

By: _____
    Name: **Michael H. Sollott**
    Title: DIRECTOR

By: _____
    Name: **Jim (Xin) Wang**
    Title: DIRECTOR

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

IN WITNESS WHEREOF, the undersigned have executed and delivered this Evidence of Transfer of Claim as of the date first stated above.

**EIDESIS SYNTHETIC MARKET OPPORTUNITIES, LTD.**

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
    Name:
    Title:

Ross Miller
Director

By: _____
    Name:
    Title:

Duncan Robertson
Director

19

Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,                Case No. 08-13555 (JMP)
                                                            (**Jointly Administered**)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Eidesis Synthetic Opportunities Fund, Ltd. |

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch           Court Claim # (if known): 20359
 c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor                 Amount of Claim: $4,800,000.00
New York, NY 10005
Attention: Matt Weinstein                 Date Claim Filed:  September 21, 2009
Phone: 212-250-5760
Fax:    212-797-8770


Last Four Digits of Acct #:  N/A          Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments
should be sent (if different from above):

Same as above.

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By:                                       Date:   6-27-11
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
       Attn: Clerk

AND TO:    Lehman Brothers Special Financing Inc. (the "Debtor")
           Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

RE: Proof of Claim Number 20359

**EIDESIS SYNTHETIC OPPORTUNITIES FUND, LTD.** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005
Attn: Matt Weinstein
Email: matthew.weinstein@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 20359 to the extent of $4,800,000.00 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

*[Signatures appear on the following page.]*

8297961                                    16

IN WITNESS WHEREOF, the undersigned have executed and delivered this Evidence of Transfer of Claim as of the date first stated above.

EIDESIS SYNTHETIC OPPORTUNITIES FUND, LTD.

By: _____
    Name: **Michael H. Sollott**
    Title: DIRECTOR

By: _____
    Name: **Jim (Xin) Wang**
    Title: DIRECTOR

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

8297961

17

IN WITNESS WHEREOF, the undersigned have executed and delivered this Evidence of Transfer of Claim as of the date first stated above.

**EIDESIS SYNTHETIC OPPORTUNITIES FUND, LTD.**

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

**DEUTSCHE BANK AG, LONDON BRANCH**

By _____
    Name:
    Title:    Ross Miller
                   Director

By: _____
    Name:
    Title:    Duncan Robertson
                   Director

8297961

17