WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' ONE HUNDRED TWENTY-SECOND**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**
**SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Twenty-Second Omnibus Objection to Claims (No Liability Claims) (the "Objection"), that was scheduled for June 30, 2011, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to July 21, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\43748115\01\58399.0008

Dated: June 27, 2011
      New York, New York

                              /s/ Robert J. Lemons
                              Robert J. Lemons

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone:  (212) 310-8000
                              Facsimile:   (212) 310-8007

                              Attorneys for Debtors
                              and Debtors in Possession

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number(s) |
|---|---:|
| ACEVEDO, GILBERT | 19023 |
| AGIS, FRANCISCO | 19022 |
| ARIANO, NEIL A. | 19021 |
| ARICA, HUGO G | 19100 |
| ARRIETA, ANGEL L. | 19020 |
| BALLESTE, JUAN R. | 19019 |
| BAUMANN, CHRISTOPHER | 19018 |
| CARRASCO EDWARD | 19017 |
| CARRASCO, EDWARD | 33404 |
| CASTILLO ROBIN A | 19016 |
| CASTILLO, ROBIN A. | 33405 |
| CHECO, MANUEL | 19015 |
| CIGANEK, THOMAS | 19014 |
| COLUCCI, EDWARD | 19013 |
| D'AMBROSI, CARLO | 19012 |
| DILL, JARRETT | 33389 |
| DILL, JARRETT | 19011 |
| DOMARECKI, DANIEL | 19046 |
| DOMINICCI, SHAUN | 19047 |
| FOELLA, MICHAEL A | 19045 |
| FRANCIS, ANNETTE | 19044 |
| FUNG, KENNETH | 19098 |
| GAYO, DIANA E | 19043 |
| GERMOSEN, WILSON | 19042 |
| GIUDICE, ANTONELLO | 19041 |
| GODINO, GLENN | 33397 |
| GODINO, GLENN | 19040 |
| GRAY, GLENN N | 19039 |
| HABERSAAT, DONALD | 19038 |
| HANLEY, TIMOTHY P | 19037 |
| HINDS, WENDELL A | 19036 |
| INFANT0E, JUAN C | 19035 |
| INFANTE, JUAN C. | 33383 |
| INTEMANN, EDWARDS | 19034 |
| JAMES, NOEL | 19033 |
| JUSTE, CARY | 19031 |

| **Claimant Name** | **Claim Number(s)** |
|---|---|
| KHAN, MOHAMMED G | 19030 |
| KRIVINSKY, JOHN | 19029 |
| LEONARDI, DAVID | 33377 |
| LEONARDI, DAVID | 19028 |
| LIRANZO, JOSE A | 19027 |
| LIRANZO, JOSE A. | 33378 |
| LUGO, ORESTES | 10931 |
| MAHMOOD, MUHAMMAD B. | 19026 |
| MARGRAF, PETER | 19025 |
| MARIN, HECTOR | 19024 |
| MARINES, LUIS | 19075 |
| MARTE, LUIS | 19074 |
| MCGURRAN, JOHN | 19073 |
| MCLOUGHLIN LIAM | 19072 |
| MCLOUGHLIN, LIAM | 33364 |
| MERA RAUL H | 19071 |
| MIRANDA PHILIP | 19070 |
| MONTEGOMERY, CHRISTOPHER J. | 19068 |
| MOSCATELLI, LEONARD A. | 33367 |
| NEWSOM, CHRISTOPHER | 33369 |
| OWENS, KEVIN W | 33344 |
| PATTON, JOSEPH | 33345 |
| PERALTA, PABLO N. | 33626 |
| PEREZ, DANTE | 33346 |
| PESANTES, SERGIO | 33347 |
| PHILLIPS TANISHAE | 19062 |
| PHILLIPS, TANISHAE | 33348 |
| PICHARDO EMILIO J | 19061 |
| PICHARDO, EMILIO J | 33349 |
| PIERRE, HEURTELOU | 19060 |
| PLATZ, JAMES | 33351 |
| PRYOR, JEFFREY M | 33352 |
| RABASSA, AUGUSTIN | 33353 |
| RICCIUTO, GERARD | 33354 |
| RIVERA, HECTOR J. | 19055 |
| ROBIN NICOLE P | 19054 |
| ROBIN, NICOLE P. | 33356 |
| RUMPH, ANTHONY | 33358 |
| RUMPH, ANTHONY | 19052 |
| SANDSETH, ERIC S. | 19051 |

| **Claimant Name** | **Claim Number(s)** |
|---|---:|
| SANDSETH, ERIC S. | 33359 |
| SANTANA, LISA | 33361 |
| SANTANA, LISA | 19049 |
| SANTIAGO, TERRY | 33362 |
| SANTIAGO,TERRY | 19048 |
| SILVERIO, DANIEL | 33363 |
| SILVERIO, DANIEL | 19113 |
| SMYTH, EDWARD P. | 19112 |
| SOGLUIZZO, MICHAEL | 19111 |
| SULLIVAN, CHRISTIAN | 19110 |
| TAVERAS, ROBIN | 19109 |
| TEJERA, JUAN | 19108 |
| VALENTINE, CHRISTOPHER | 19107 |
| VAZQUEZ JR., JUAN | 19105 |
| VAZQUEZ, ELVIS | 19106 |
| VUCKOVIC, JOSIP | 19104 |
| WONG, PHILIP | 19096 |
| YAKUBOV, NATHAN | 33337 |
| YANNI MICHAEL | 19103 |
| YEE, HUBERT | 33338 |