**HEARING DATE AND TIME: DECEMBER 21, 2011 AT 10:00 A.M. (EASTERN TIME)**
**OBJECTION DEADLINE: DECEMBER 1, 2011 AT 4:00 P.M. (EASTERN TIME)**

Bryan R. Kaplan
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, New York 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Counsel to Palmyra Capital Fund, L.P.,*
*Palmyra Capital Institutional Fund, L.P.*
*and Palmyra Capital Offshore Fund, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF CLAIMANTS PALMYRA CAPITAL FUND, L.P., PALMYRA CAPITAL INSTITUTIONAL FUND, L.P. AND PALMYRA CAPITAL OFFSHORE FUND, L.P. TO PERMIT LATE FILING OF THEIR GUARANTEE CLAIMS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)(1)**

**PLEASE TAKE NOTICE** that the hearing (the "Hearing") to consider the Motion of Claimants Palmyra Capital Fund, L.P., Palmyra Capital Institutional Fund, L.P. and Palmyra Capital Offshore Fund, L.P. to Permit Late Filing of their Guarantee Claims Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) [Docket No.10370] (the "Motion"), previously scheduled to be heard on June 30, 2011 at 10:00 a.m. (Eastern Time), **has been adjourned to December 21, 2011 at 10:00 a.m. (Eastern Time),** or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Room 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file any objections or responses to the Motion has been extended to December 1, 2011 at 4:00 p.m. (Eastern Time).

Dated:  June 27, 2011
         New York, New York

/s/ Bryan R. Kaplan
Bryan R. Kaplan
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, New York 10022
Telephone: (212) 318-6000
Facsimile:  (212) 319-4090

*Counsel to Palmyra Capital Fund, L.P.,*
*Palmyra Capital Institutional Fund, L.P.*
*and Palmyra Capital Offshore Fund, L.P.*