Alex R. Rovira
Noam Besdin
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599

*Counsel For Diamondback Master Fund, Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
: 
In re: : Chapter 11
 : 
Lehman Brothers Holdings Inc., *et al.*, : Case No. 08-13555 (JMP)
 : 
                         Debtors, : (Jointly Administered)
 : 
 : 
---------------------------------------------------------------X


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                      )   s.s.:
COUNTY OF NEW YORK      )

        1.  EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

        2.  On June 15, 2011 I caused to be served true and correct copy of the

**RESPONSE OF DIAMONDBACK MASTER FUND, LTD. TO THE DEBTORS' ONE HUNDRED ONE HUNDRED THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS** by email and first class mail, postage prepaid upon: (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY  10153, Attn: Robert Lemons, Esq.(robert.lemons@weil.com) and Mark

NY1 7715835v.1

Bernstein, Esq. (mark.bernstein@weil.com); (ii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Dennis F. Dunne, Esq. (ddunne@milbank.com), Dennis O'Donnell, Esq. (dodonnell@milbank.com), and Evan Fleck, Esq. (efleck@milbank.com); and by Federal Express for overnight delivery upon: (iii) Office of the U.S. Trustee, 33 Whitehall Street, 21st Fl., New York, NY 10004, Attn: Tracy Hope Davis, Esq., Andrea Schwartz, Esq. and Elisabetta Gasparini, Esq.

                                                 /s/ Eileen A. McDonnell
                                                 EILEEN A. MCDONNELL

Sworn to before me this
27th day of June 2011

 /s/ Melanie Nelson
Notary Public, State of New York
No.01NE6214750
Qualified in New York County
Commission Expires 12/21/13