# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

                  Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Bank of America, N.A.**
(Name of Transferee)

**Vicis Capital LLC, as investment manager of Caledonian Bank & Trust Ltd., as trustee of Vicis Capital Master Series Trust, acting in respect of Vicis Capital Master Fund**
(Name of Transferor)

Name and Address where notices to transferee should be sent:

Bank of America, N.A.
Bank of America Tower, 3rd Floor
One Bryant Park
New York, NY 10036

Phone: **646-855-7450**

Court Claim #: **34940**
Amount of Claim as Filed: **$4,822,508.49**
Date Claim Filed: **9/25/09**

Name and Address where transferee payments should be sent (if different from above):

Phone: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____    Date: 6/27/11
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Caledonian Bank & Trust Ltd., as trustee of Vicis Capital Master Series Trust, acting in respect of Vicis Capital Master Fund

Caledonian Bank & Trust Ltd., as trustee of Vicis Capital Master Series Trust, acting in respect of Vicis Capital Master Fund, with offices located at c/o Vicis Capital LLC, 445 Park Avenue, 16th Floor, New York, New York 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Bank of America, N.A., its successors and assigns, with offices located at Bank of America Tower, 3rd Floor, One Bryant Park, New York, NY 10036 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $4,822,508.49, docketed as Claim No. 34940 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 9th day of November, 2009.

WITNESS:

(Signature)
Name: Andrew Comito
Title: Compliance Officer
Vicis Capital LLC

**Caledonian Bank & Trust Ltd., as trustee of Vicis Capital Master Series Trust, acting in respect of Vicis Capital Master Fund**
By: Vicis Capital LLC, as investment manager and duly authorized delegate

By: _____
(Signature of authorized corporate officer)
Name: Keith W. Hughes
Title: Chief Financial Officer
Vicis Capital, LLC

WITNESS:

_____
(Signature)
Name:
Title:

**BANK OF AMERICA, N.A.**

By:_____
(Signature of authorized corporate officer)
Name:
Title:

- 11 -

12730235.2

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Caledonian Bank & Trust Ltd., as trustee of Vicis Capital Master Series Trust, acting in respect of Vicis Capital Master Fund

    Caledonian Bank & Trust Ltd., as trustee of Vicis Capital Master Series Trust, acting in respect of Vicis Capital Master Fund, with offices located at c/o Vicis Capital LLC, 445 Park Avenue, 16th Floor, New York, New York 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Bank of America, N.A., its successors and assigns, with offices located at Bank of America Tower, 3rd Floor, One Bryant Park, New York, NY 10036 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $4,822,508.49, docketed as Claim No. 34940 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, dated as of the 9th day of November, 2009.

|  |  |
|---|---|
| WITNESS: | **Caledonian Bank & Trust Ltd., as trustee of Vicis Capital Master Series Trust, acting in respect of Vicis Capital Master Fund**<br>By: Vicis Capital LLC, as investment manager and duly authorized delegate |
| _____<br>(Signature)<br>Name:<br>Title: | By: _____<br>(Signature of authorized corporate officer)<br>Name:<br>Title: |
| WITNESS:<br>_[signature]_____<br>(Signature)<br>Name: Ronald Torok<br>Title: | **BANK OF AMERICA, N.A.**<br>By: _[signature]_____<br>(Signature of authorized corporate officer)<br>Name: Brian Callahan<br>Title: Managing Director |

- 11 -

12730235.2