UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ X
                               :
In re                          : Chapter 11 Case No. 08-13555 (JMP)
                               :
                               : (Jointly Administered)
LEHMAN BROTHERS HOLDINGS, INC., *et al.*, :
                               :
         Debtors.              :
                               :
                               :
                               :
------------------------------ X

**STIPULATION AND ORDER BETWEEN THE DEBTORS AND GOLDMAN SACHS RESOLVING THE DEBTORS' MOTION TO COMPEL AND GOLDMAN SACHS'S CROSS-MOTION FOR A PROTECTIVE ORDER**

This stipulation and order is executed this 21st day of June, 2011, between Lehman Brothers Holdings, Inc. ("Lehman") and its affiliated debtors (collectively, the "Debtors") and Goldman, Sachs & Co. and The Goldman Sachs Group, Inc. (collectively, "Goldman Sachs"). The Debtors and Goldman Sachs shall each be referred to individually as a "Party" and collectively as the "Parties."

WHEREAS, the Debtors moved to compel the production of documents from Goldman Sachs on May 31, 2011 (the "Motion") [D.E. #17231];

WHEREAS, on June 13, 2011 Goldman Sachs filed an objection to the Motion and cross moved for a protective order (the "Cross-Motion") [D.E. # 17640];

WHEREAS, the Debtors and Goldman Sachs have reached an agreement resolving the Motion and Cross-Motion; and

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that:

1. Goldman Sachs shall complete its production responsive to the March 1, 2011 supplemental request, as narrowed by the subsequent agreement of the Parties, on a rolling basis. Accordingly, Goldman Sachs shall: (1) make a first production of responsive, non-privileged documents to the Debtors on June 21, 2011; (2) make a second production of responsive, non-privileged documents to the Debtors on July 14, 2011; and (3) make a final production of non-privileged documents responsive to the Supplemental Requests to the Debtors on or before July 22, 2011; and

2. This Stipulation may be executed in counterparts and such counterparts may be exchanged by facsimile or email.

| **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP** | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
|---|---|
| By: /s/ Michael J. Bowe<br>Michael J. Bowe<br>1633 Broadway<br>New York, New York 10019<br>(212) 506-1700 | By: /s/ Carmine D. Boccuzzi, Jr.<br>Carmine D. Boccuzzi, Jr.<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 |
| *Attorneys for Lehman Brothers Holdings, Inc. et al.* | *Attorneys for The Goldman Sachs Group, Inc. and Goldman, Sachs & Co.* |

SO ORDERED:

Dated: New York, New York
June 28, 2011

                                            *s/ James M. Peck*
                                          Honorable James M. Peck
                                          United States Bankruptcy Judge