WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                          : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      : 08-13555 (JMP)
:
Debtors.                             : (Jointly Administered)
:
:
---------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEBTORS' OBJECTION TO CERTAIN CLAIMS (VALUED DERIVATIVE CLAIMS) AS TO THE OWL CREEK ENTITIES AND LLOYDS TSB BANK PLC

**PLEASE TAKE NOTICE** that the hearing on Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was scheduled for December 22, 2010, at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned as to certain Valued Derivative Claims to June 30, 2011 at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to July 21, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: June 28, 2011
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors*
*and Debtors in Possession*

2

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Lloyds TSB Bank PLC | 17729 |
| Lloyds TSB Bank PLC | 17730 |
| Owl Creek I, L.P. | 30836 |
| Owl Creek I, L.P. | 30837 |
| Owl Creek II, L.P. | 30834 |
| Owl Creek II, L.P. | 30835 |
| Owl Creek Overseas Fund, Ltd. | 30832 |
| Owl Creek Overseas Fund, Ltd. | 30833 |