# EASDAQ

Genna Vito
(for Lehman Brothers Holdings Plc)
Clerck of the US Bankruptcy Court SDNY
One Bowling Green,
New Tork, New York 10004
USA

RECEIVED
JUN 1 3 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Per Aangetekend Schrijven

6 Juni 2011,

Geachte aandeelhouder en/of warranthouder,

**Betreft:** Easdaq N.V. – Gewone Algemene Aandeelhoudersvergadering en Buitengewone Algemene Vergadering van 23 juni 2011

De jaarlijkse algemene vergadering van de aandeelhouders van Easdaq N.V. zal plaatsvinden op **23 juni 2011** om **10 uur** in de kantoren van onze notaris, **Lloyd Georgelaan 11, B-1000 Brussel**. Er zal op dezelfde dag **om 11u** ook een Buitengewone Algemene Vergadering gehouden worden.

Gelieve in dat verband als bijlage de oproeping tot de Algemene Vergadering en de Buitengewone Algemene Vergadering aan te treffen, alsmede de bijlagen in het Nederlands en het Engels en een document dat de context en belangrijkste aspecten uiteenzet van de zaken die op Buitengewone Algemene Vergadering zullen worden behandeld.

Indien u als aandeelhouder niet aan de vergaderingen kan deelnemen, dan kan u een volmacht geven per brief, fax of op enige andere schriftelijke wijze. De volmachthouder hoeft geen aandeelhouder te zijn. Een vorm van volmachtformulier dat daartoe door u ondertekend moet worden – indien u ervoor kiest om op de vergadering vertegenwoordigd te zijn – is aangehecht bij deze oproeping. Gelieve een ingevulde en ondertekende volmacht aan ons te bezorgen tegen 21 juni 2011, ter attentie van Anthony Ball.

Aarzel niet om contact op te nemen met Anthony Ball (tel: +44(0)20 3102 4080, fax: +44(0)20 3102 4482; email: investor-relations@equiduct-systems.com), indien u bijkomende informatie behoeft.

Met de meeste hoogachting,

Artur Fischer
Gedelegeerd Bestuurder

EASDAQ n.v.

Le Jonge St Jacob
Tel 69.11 • 9 3609 | Aulan • Belgien
Tel +32 (0)16 28 41 10 • Fax +32 (0)16 28 41 11

**FREE TRANSLATION – FOR INFORMATION PURPOSES ONLY**

<u>By registered mail</u>

6 June 2011,

Dear Shareholder and/or Warrantholder,

<u>Re</u>:    <u>Easdaq N.V. – Annual General Meeting of Shareholders and Extraordinary</u>
<u>Shareholder Meeting of June 23, 2011</u>

The Annual General Meeting of the Shareholders of Easdaq N.V. (the "Company") will take place on **June 23, 2011 at 10 a.m.** at the offices of our notary, **1000 Brussel, Lloyd Georgelaan 11.** An Extraordinary Shareholder Meeting will take place the same day at the same location at **11.00 a.m.**

In this respect, please find enclosed the notices for these meetings and their annexes in Dutch and in English, as well as a document outlining the context and the key aspects of the business to be transacted at the Extraordinary Shareholder Meeting.

If, as a shareholder, you cannot attend the meetings, you may give a power of attorney by letter, facsimile or any other written instrument.  The proxyholder does not have to be a shareholder.  A proxy form to be executed by you if you chose to be represented at the meeting is attached to the notice.  Please ensure that a duly signed proxy is returned by <u>June 21, 2011</u> to attention of Anthony Ball.

Please do not hesitate to contact Anthony Ball (tel: +44(0)20 3102 4080, fax: +44(0)20 3102 4482; email: <u>investor-relations@equiduct-systems.com</u>), should you require any further information.

Sincerely yours,

Artur Fischer
Chairman Board of Directors

6 June 2011,

Dear Shareholder and/or Warrantholder,

<u>Re</u>:    <u>Easdaq NV – Business to be transacted at the Extraordinary General Meeting of 23 June 2011</u>

*The purpose of this letter is to provide you with a summary overview of the business which is intended to be transacted at the Extraordinary General Meeting to be held on or about 23 June 2011 (the "EGM"). This overview is in no way exhaustive and merely aims to inform shareholders, in broad terms of the context of the EGM. For the detailed agenda and supporting documents, please consult the notice for the EGM and its attachments.*

As you are aware, at the Extraordinary General Meeting of 24 June 2010 the Company issued a warrant to Knight Capital Group, Inc. ("**Knight**", respectively the "**Knight Warrant**"). On [3/6] June 2011, Knight exercised its Knight Warrant, which has an exercise price of €4,192,485.39. In accordance with its terms, the exercise of the Knight Warrant gives rise to a number of new ordinary shares which, immediately after their issue, together represent 9 per cent of the share capital, on a fully diluted basis. Upon the realization of the issue of shares further to the exercise of the Knight Warrant, which shall be automatically enacted before the EGM, the Company shall on that basis issue 6,024,214 new ordinary shares to Knight.

At the occasion of the EGM of 24 June 2010, the Company also issued a warrant to Börse Berlin AG (the "**BSX Warrant**"). The exercise of the Knight Warrant has triggered the exercise period of the BSX Warrant, which may be exercised for a three year period, in part or in full. The exercise of the Knight Warrant has also fixed the number of shares to which the (full) exercise of the BSX Warrant would give rise, *i.e.* 669,357 new ordinary shares.

At the EGM, it will be proposed to the shareholders to resolve on certain amendments to the Articles of Association of the Company. These amendments relate to certain governance rights of Knight and relate to Knight's willingness to exercise its warrant. The exercise of the Knight Warrant provides Easdaq NV with the necessary funds to continue its activities, and is thus clearly in the interest of the Company. Therefore, Easdaq's largest shareholders have already agreed to vote in favour of these changes to the current Articles of Association.

Finally, it will be proposed to the EGM to amend and renew, for a new period of five years, the grant of the "authorised capital" to the Board of Directors. This would offer the Board a certain degree of flexibility and/or speed of implementation, which may be instrumental, amongst other things, to achieve an optimum funding or other pursuit of the Company's

interest. For further information on the authorized capital, please consult the Special Board report in accordance with Article 604 of the Belgian Company Code, which is attached to the notice.

Sincerely yours,

Artur Fischer
Chairman Board of Directors



**EASDAQ NV • Lei 19 • Box 11 • B-3000 Leuven • Belgium**
**Tel +32 16 28 41 10 • Fax +32 16 28 41 11 • RPR Leuven, VAT BE 0455.**


### EASDAQ

Naamloze vennootschap
Maatschappelijke zetel: Lei 19 Bus 11,
B-3000 Leuven, België
RPR Leuven 0455.240.893

(de "**Vennootschap**")

---

**UITNODIGING VOOR DE GEWONE ALGEMENE VERGADERING VAN AANDEELHOUDERS VAN EASDAQ NV DIE ZAAL PLAATSVINDEN OP OF ROND 23 JUNI 2011**

---

*Per aangetekend schrijven.*
*De Bijlagen maken integraal deel uit van deze uitnodiging.*


Hierbij worden de aandeelhouders, warranthouders, bestuurders en commissaris van EASDAQ NV (de "**Vennootschap**") uitgenodigd voor een gewone algemene vergadering (de "**AV**") van de Vennootschap die zal plaatsvinden in de kantoren van Berquin Notarissen, **Lloyd Georgelaan 11, B-1000 Brussel, om 10:00 CET op 23 juni 2011**, om te beraadslagen en te beslissen over de punten en voorstellen die hierna zijn uiteengezet.


### AGENDA


1.  Kennisname van het gecombineerd verslag, bestaande uit het jaarverslag van de Raad van Bestuur van de Vennootschap voor het boekjaar eindigend op 31 december 2010 en het bijzonder verslag van de Raad van Bestuur overeenkomstig artikel 633 van het Wetboek van Vennootschappen ("**W. Venn.**") in verband met de voortzetting van de activiteiten, of de ontbinding, van de Vennootschap indien het netto-actief gedaald is tot beneden 25% van het maatschappelijk kapitaal (Bijlage 1); kennisname van de maatregelen die door de Raad van Bestuur worden voorgesteld om de financiële situatie van de Vennootschap te herstellen. Er wordt in dit verband verwezen naar de agenda van de buitengewone algemene vergadering die zal plaatsvinden op of rond 23 juni 2011 onmiddellijk na de AV en de voorziene kapitaalverhoging ten gevolge van de uitoefening van de Knight Warrant.

2.  Beslissing ingevolge artikel 633 W.Venn.; voorstel tot goedkeuring tot voortzetting van de activiteiten van de Vennootschap..

# EASDAQ

**EASDAQ NV • Lei 19 • Box 11 • B-3000 Leuven • Belgium**
**Tel +32 16 28 41 10 • Fax +32 16 28 41 11 • RPR Leuven, VAT BE 0455.**

3. Kennisname van het verslag van de commissaris over de jaarrekening voor het boekjaar eindigend op 31 december 2010 (Bijlage 2).

4. Goedkeuring van de jaarrekening van de Vennootschap (Bijlage 3) voor het boekjaar eindigend op 31 december 2010 en de bestemming van het resultaat.

5. Verlening van kwijting aan alle bestuurders in functie in 2010 voor de uitoefening van hun mandaat gedurende het boekjaar eindigend op 31 december 2010.

6. Verlening van kwijting aan de commissaris voor de uitoefening van zijn mandaat gedurende het boekjaar eindigend op 31 december 2010.

7. Bepaling van de bezoldiging van bestuurders.

8. Machtiging aan mevrouw Diane Bils, vertegenwoordiger van Accounting & Tax Partners BVBA, met mogelijkheid tot indeplaatsstelling, om de nodige formaliteiten te vervullen bij de Kruispuntbank voor Ondernemingen, het ondernemingsloket en de administratie van de belasting over de toegevoegde waarde, indien noodzakelijk.

9. Varia.

In overeenstemming met artikel 29 van de statuten, moeten alle eigenaars van aandelen op naam de Raad kennis geven van hun intentie om deel te nemen aan de AV, om toegelaten te worden tot de AV, door middel van e-mail naar investor-relations@equiduct.eu, en dit ten laatste op 21 juni 2011.

In overeenstemming met artikel 30 van de statuten, heeft de Raad van Bestuur de vorm van de volmacht vastgelegd. Gelieve als Bijlage 4 een kopie te vinden van het volmachtformulier dat kan ingevuld en overgemaakt worden aan de maatschappelijke zetel van de Vennootschap, en dit ten laatste op 21 juni 2011.

De Raad van Bestuur stelt voor dat de aandeelhouders bovenstaande voorstellen goedkeuren; in dat verband wordt verwezen naar wat is uiteengezet in de aangehechte verslagen van de Raad van Bestuur en de commissaris.

6 juni 2011,

Voor de Raad van Bestuur,

Door:                    Artur Fischer

-2-



**EASDAQ NV • Lei 19 • Box 11 • B-3000 Leuven • Belgium
Tel +32 16 28 41 10 • Fax +32 16 28 41 11 • RPR Leuven, VAT BE 0455.**

Functie:                    Voorzitter en bijzondere volmachthouder

Bijlage 1:          Gecombineerd verslag van de Raad van Bestuur, bestaande uit het Jaarverslag van de
                    Raad van Bestuur voor het boekjaar eindigend op 31 december 2010 en het Bijzonder
                    Verslag van de Raad van Bestuur ingevolge artikel 633 van het Wetboek van
                    Vennootschappen in verband met de voortzetting van de activiteiten van de
                    Vennootschap, of haar ontbinding, ingeval het netto-actief van de Vennootschap gedaald
                    is beneden 25% van het maatschappelijk kapitaal;

Bijlage 2:          Verslag van de commissaris over het boekjaar eindigend op 31 december 2010;

Bijlage 3:          Jaarrekening voor het boekjaar eindigend op 31 december 2010;

Bijlage 4:          Volmachtformulier.

*Unofficial English translation of a Dutch original*

# EASDAQ

EASDAQ NV • Lei 19 • Box 11 • B-3000 Leuven • Belgium
Tel +32 16 28 41 10 • Fax +32 16 28 41 11 • RPR Leuven, VAT BE 0455.240.893

**EASDAQ**

Limited liability company
Registered office: Lei 19 Box 11, 3000 Leuven
Company number: 0455.240.893

(the "**Company**")

---

NOTICE FOR THE ANNUAL GENERAL MEETING OF THE SHAREHOLDERS OF EASDAQ NV TO BE HELD ON OR
ABOUT 23 JUNE 2011

---

*By registered mail.*
*The Exhibits are an integral part of this notice.*

Notice is hereby given to the shareholders, warrant holders, directors and statutory auditor of EASDAQ NV
(the "**Company**") for the annual general meeting of the Company's shareholders (the "**AGM**") to be held at
the offices of Berquin Notarissen, **1000 Brussels, Lloyd Georgelaan 11, at 10.00 a.m. CET** on **23 June
2011**, to discuss and decide on the items and proposals set out in the following agenda.

## AGENDA

1. Acknowledgement of the combined report, consisting of the Annual Report of the Board of Directors of
   the Company for the financial year ending 31 December 2010 and the Special Report of the Board of
   Directors pursuant to Article 633 of the Belgian Company Code ("**BCC**") regarding the continuation
   of the activities of the Company, or its dissolution, in case the net assets of the Company have
   fallen below 25% of the capital (<u>Exhibit 1</u>); acknowledgement of the measures proposed by the
   Board of Directors to restore the Company's financial situation. Reference is made in this respect to
   the agenda for the Extraordinary General Meeting to be held on or about 23 June 2010 immediately
   after the AGM and the envisaged capital increase further to the exercise of the Knight Warrant.

2. Decision pursuant to Article 633 BCC; proposal to approve the continuation of the activities of the
   Company.

3. Acknowledgement of the report by the Statutory Auditor with regard to the annual accounts for the financial year ending 31 December 2010 (Exhibit 2).

4. Approval of the Company's annual accounts (Exhibit 3) for the financial year ending on 31 December 2010 and allocation of the result.

5. Grant of discharge to all directors in function in 2010 for the fulfillment of their mandate during the financial year ending 31 December 2010.

6. Grant of discharge to the Statutory Auditor for the fulfillment of its mandate during the financial year ending 31 December 2010.

7. Determination of remuneration of Directors.

8. Authorization to Ms. Diane Bils, representative of Accounting & Tax Partners, with power of substitution, to fulfill the necessary formalities in connection with the "Kruispuntbank voor Ondernemingen", the "Ondernemingsloket" and the value added tax, if necessary.

9. Miscellaneous.

In accordance with Article 29 of the Articles of Association, in order to be admitted to the AGM, all owners of registered shares must notify the Board of their intention to attend the AGM by e-mail at investor-relations@equiduct.eu at the latest on 21 June 2011.

In accordance with Article 30 of the Articles of Association, the Board has fixed the proxy format. Please find attached as Exhibit 4 a copy of the proxy format that can be completed and deposited at the Company's registered offices at the latest on 21 June 2011.

The Board recommends that the shareholders approve the above proposals; in this respect, reference is made to what is stated in the attached reports of the Board and of the Statutory Auditor.

6 June 2010

For the Board of Directors,

By:             Artur Fischer
Function:       Chairman and special proxyholder

-2-

Exhibit 1:    Combined report of the Board, comprising the Annual Report of the Board for the financial year ending 31 December 2010 and the Special Report of the Board of Directors pursuant to Article 633 of the Belgian Company Code regarding the continuation of the activities of the Company, or its dissolution, in case the net assets of the Company have fallen below 25% of the capital

Exhibit 2:    Report of the Company's Statutory Auditor for the financial year ending 31 December 2010

Exhibit 3:    Annual accounts for the financial year ending 31 December 2010

Exhibit 4:    Proxy form

# EASDAQ

Naamloze vennootschap

Lei 19 Bus 11, B-3000 Leuven, België
RPR Leuven 0455.240.893

### GECOMBINEERD VERSLAG VAN DE RAAD VAN BESTUUR AAN DE AANDEELHOUDERS VAN DE VENNOOTSCHAP OPGESTELD CONFORM ARTIKEL 95 EN ARTIKEL 633 VAN HET BELGISCHE WETBOEK VAN VENNOOTSCHAPPEN DAT VOORGELEGD ZAL WORDEN AAN DE JAARLIJKSE VERGADERING VAN AANDEELHOUDERS VAN 23 JUNI 2011

**Dit jaarverslag vat de financiële resultaten van Easdaq voor 2010 samen.**

Geachte aandeelhouders,

Ik ben verheugd te rapporteren dat, na de herkapitalisatie van uw vennootschap in Juni 2010 en de aanstelling van een nieuwe CEO, zoals vermeld in het vorige jaarverslag, Easdaq NV ("Easdaq") en haar dochtervennootschap Equiduct Systems Limited ("ESL") een nieuwe pan-Europese verhandelingsdienst hebben opgestart. Daarenboven zijn we ook gestart met onze klanten te factureren en inkomsten te ontvangen. We bieden op dit ogenblik een dienst aan aan investeerders in de Euronext markten, het Verenigd Koninkrijk en Duitsland. We exploiteren twee belangrijke producten, een standaard "lit" orderportefeuille en een innovatieve dienst die voornamelijk gericht is op het aanbieden aan retail-makelaars van de mogelijkheid om de 'best beschikbare' prijs voor hun klanten te behalen in een gefragmenteerde markt. Deze laatste dienst heeft bemoedigende steun aangetrokken. Tijdens het boekjaar werden een aantal belangrijke mijlpalen voor uw vennootschap behaald, met inbegrip van de allereerste 1 miljard euro maand, in oktober. Er dient te worden opgemerkt dat dit klein is in vergelijking met de meeste andere beurzen in Europa, maar in het laatste kwartaal van het jaar waren we steeds groter dat de Irish Stock Exchange, vaak groter dat Wenen en regelmatig groter dan de Burgundy MTF.

Gedurende de betrokken periode heeft de groep haar aandacht verplaatst van ontwikkeling naar productie; met dit doel zijn een aantal personeelswijzigingen doorgevoerd. Rob Brouwer, die CIO was, heeft de groep verlaten en we bedanken hem voor zijn bijdrage. Daarnaast heeft de groep Ian Werner aangenomen als General Counsel en Stuart Rutherford in de dienst verkoop. De groep heeft een grondige review van de door haar aangeboden technologie doorgevoerd en heeft besloten om haar aanbiedingen te rationaliseren, vanuit één enkel data center. Deze oefening zal voltooid zijn in 2011. In samenwerking met BSX heeft de groep haar regulatoire status onderzocht en ik ben verheugd te vermelden dat transacties gerapporteerd op EQTA en EQTB nu gekwalificeerd worden als "gereglementeerde markt transacties". Dit is een belangrijke verandering en heeft onze concurrentiepositie opmerkelijk verhoogd. De sales pipeline voor de groep is gestaag verbeterd gedurende het jaar en is nu in een bemoedigend gezonde positie. De groep heeft



ook een grondige herziening van haar data management en distributie strategie ondernomen, die ons, voor de eerste keer, toeliet om te overwegen dit gebied te commercialiseren.

De belangrijkste risico's waarmee de groep geconfronteerd werd in 2010, en blijft in 2011, zijn gerelateerd aan de felle concurrentie die wij ervaren van de gevestigde beurzen. Ze hebben gebruik gemaakt van een aantal wapens tegen ons, zoals het veranderen van hun prijsstelling en de ontwikkeling van een zeer vergelijkbare dienst, alsook het in vraag stellen van onze regulatoire status. Ik ben blij te kunnen melden dat de groep erin is geslaagd om, zowel op een tijdige als kostenefficiënte wijze, op deze maatregelen te reageren. Ik denk dat we in de toekomst verdere aanvallen op ons model zullen zien, in het bijzonder met betrekking tot ons gebruik van marktgegevens. Het is gepast op te merken dat in de loop van 2010 de Europese handelsplatformindustrie een periode van consolidatie is ondergaan. Eerst werd Turquoise, dat was opgericht door negen zakenbanken, verkocht aan de LSE, en later in het jaar maakte BATS Europe een "all shares" bod op Chi-X Europe. 2010 is het derde jaar na de introductie van MiFID en gedurende het jaar hebben de autoriteiten een review van de richtlijn uitgevoerd. Uw vennootschap heeft de nodige opmerkingen gemaakt bij de verschillende toezichthouders en heeft daarbij de nadruk gelegd op het belang van 'best execution', in het bijzonder vanuit het perspectief van particuliere beleggers. Ik wacht op de resultaten van deze review.

Dit verslag geeft een overzicht van de financiële resultaten van het boekjaar dat op 31 december 2010 werd afgesloten, en bevat verscheidene zaken opgelegd door de Belgische Wetgeving,

Artur Fischer
Voorzitter en bijzondere volmachthouder

## FINANCIËLE EN WETTELIJKE INFORMATIE

**1.    Financiële prestaties (art. 96, 1° Belgisch Wetboek van Vennootschappen)**

**Winst- en Verliesrekeningen**

De business ontwikkelde zich in belangrijke mate gedurende het boekjaar gezien investeringen van bijkomende belanghebbenden werden gebruikt voor de ontwikkeling van het handelsplatform gehouden door de operatieve dochter van de Vennootschap, die live is gegaan op het einde van het jaar. Als resultaat ving de Vennootschap aan met haar handelsplatform-business uit te baten, via haar verhouding met Börse Berlin, en genereerde ze initiële bedrijfsinkomsten ten belope van EUR 27.000. De inkomstengroei ging verder in het volgende boekjaar, in lijn met het geplande business model.

Operationele kosten van EUR 8,0M bleven relatief statisch in vergelijking met het voorgaande boekjaar, zijnde EUR 8,3M. Verscheidene kostenbesparende initiatieven zijn geïmplementeerd in overeenstemming met het business plan en zullen blijven geïntroduceerd worden in het volgende boekjaar.

De Vennootschap genereerde een bedrijfsverlies van EUR 8,0M, dat is geboekt als overgedragen verliezen. Dit verlies was ontstaan vóór inkomsten uit interesten van EUR 72.588 en interestlasten van EUR 112.764.

**Balans**

De business herwaardeerde intragroepslening afgeschreven gedurende het voorgaande boekjaar op EUR 1,4M. De lening werd omgezet in aandelen in haar enige dochter en opgenomen in de balans als een "investering in een dochteronderneming".

Het maatschappelijk kapitaal verhoogde gedurende het boekjaar met EUR 4,6M ten gevolge van een investering van een aandeelhouder.

Niet volgestort kapitaal verminderde gedurende de periode met EUR 5,0M gezien een EUR 5,0M investeringstranche werd opgevraagd.

De Belgische Ruling Commissie bevestigde dit jaar dat de controlewijziging door Citadel in 2009 geen negatieve impact had op de overgedragen verliezen. Samen met het positieve resultaat in een openstaande fiscale claim met betrekking tot het aanwenden van overgedragen verliezen in 2003, heeft de Vennootschap nu onbetwiste verliezen ten belope ongeveer EUR 217M om over te dragen.

De Vennootschap behoudt een bestaande leningsovereenkomst met Börse Berlin voor EUR 3,2M. De lening zal worden terugbetaald aan Börse Berlin in het vierde kwartaal van het boekjaar 2012. De Raad gelooft dat de Vennootschap, gezien de recente bedrijfsprestaties en verdergezette groei van de business, en rekening houdend met het huidige business plan van de Vennootschap, redelijkerwijze in de positie zou zijn om de lening terug te betalen ofwel met gelden die ze organisch heeft gegenereerd, ofwel door het ophalen van bijkomende fondsen.

2. **Ontwikkeling van de Vennootschap (art. 96, 3° Belgisch Wetboek van Vennootschappen)**

Tijdens het boekjaar investeerde een bestaande minderheidsaandeelhouder in het kapitaal van de vennootschap, in ruil voor een 15% aandeelhouderschap in de vennootschap. Daarnaast werd een warrant uitgegeven aan deze aandeelhouder die hem toelaat het recht uit te oefenen om nog een bijkomende 9% of 11% in de Vennootschap te verwerven, onder voorwaarde van het behalen van bepaalde specifieke criteria.

Börse Berlin oefende haar recht uit om 10% aandeelhouderschap te behouden door in te schrijven op nieuwe aandelen door middel van een inbreng in natura. Daarnaast werd een warrant uitgegeven aan Börse Berlin.

3. **Belangrijke gebeurtenissen die na het einde van het boekjaar hebben plaatsgevonden (art. 96, 2° Belgisch Wetboek van Vennootschappen)**

In april van het boekjaar 2011, vroeg de Raad de laatste investeringstranche van EUR 5M op van de meerderheidsaandeelhouder van de Vennootschap. Dit bedrag wordt volstort in de loop van de maand mei van het boekjaar 2011. Op 6 juni 2011 oefende Knight Capital Group, Inc. een warrant uit aan een prijs van EUR 4.192.485,39. Het resulterende aantal van 6.024.214 aandelen wordt verwacht te worden uitgegeven op 23 juni 2011, op welk tijdstip de uitoefenprijs dan ook zal worden vrijgegeven aan de Vennootschap.

4. **Onderzoek en Ontwikkeling (artikel 96, 4° Belgisch Wetboek van Vennootschappen)**

De Vennootschap voerde tijdens het boekjaar 2010 geen onderzoeks- of ontwikkelingsactiviteiten uit.

5. **Het bestaan van bijkantoren (Artikel 96, 5° Belgisch Wetboek van Vennootschappen)**

De Vennootschap baat geen buitenlandse bijkantoren uit.

6. **Bestemming van het resultaat) (artikel 96, 6° Belgisch Wetboek van Vennootschappen)**

Er wordt voorgesteld om het verlies, op het einde van het boekjaar, van EUR 8.035.138,34 per einde van het jaar over te dragen, als overgedragen verlies.

Als gevolg van het overgedragen verlies op de balans ging de Raad van Bestuur over tot een herziening van de waarderingsregels uitgaande van de continuïteit van de bedrijfsactiviteiten, in overeenstemming met artikel 96, 6° van het Belgische Wetboek van Vennootschappen.

De Raad van Bestuur is van oordeel dat de bedrijfsresultaten in lijn blijven met het business plan en, op basis van de huidige omstandigheden, wordt redelijkerwijze verwacht dat deze zullen opbouwen tot een break-even tegen het einde van het boekjaar 2012. De aandeelhouders zijn commerciële en financiële steun blijven geven en de Raad, op basis van de huidige omstandigheden, verwacht dat de activiteiten zullen worden voortgezet uitgaande van de continuïteit van de bedrijfsactiviteiten tot het punt van break-even.

De Raad wijst ook op de laatste investeringstranche van EUR 5M van de meerderheidsaandeelhouder, in mei van het boekjaar 2011, die is opgevraagd, alsook op de warrant die is uitgeoefend door Knight Capital Group, Inc. en aldus een verdere investering van EUR 4.19M inhoudt.

7. **Financiële Instrumenten / Afdekkingscontracten (artikel 96, 8° Belgisch Wetboek van Vennootschappen)**

De vennootschap gebruikte geen financiële instrumenten en nam geen deel in afdekkingscontracten gedurende het boekjaar 2010.

8. **Vrijstelling van de verplichting om geconsolideerde jaarrekeningen op te stellen conform artikel 112 van het Belgisch Wetboek van Vennootschappen**

Easdaq geniet van de vrijstelling overeenkomstig artikel 112 van het Belgisch Wetboek van vennootschappen om geen geconsolideerde jaarrekeningen op te stellen, gezien zij kwalificeert als "kleine groep" zoals gedefinieerd onder artikel 16 van het Belgische wetboek van Vennootschappen.

9. **Verklaring van mogelijke belangenconflicten conform artikel 523, par. 2 van het Wetboek van Vennootschappen**

Tijdens het boekjaar 2010 deden zich geen mogelijke belangenconflicten conform artikel 523, par. 2 van het Wetboek van Vennootschappen voor.

10. **Bespreking in het kader van artikel 633 van het Belgische Wetboek van Vennootschappen**

Dit onderdeel van het jaarverslag geldt als bijzonder verslag voorgeschreven door Artikel 633 van het Belgisch Wetboek van Vennootschappen.

Vermits de verliezen van de Vennootschap niet als kapitaalvermindering werden geabsorbeerd en de verliezen zich accumuleerden, bedraagt het netto-actief van de Vennootschap nog steeds minder dan een kwart van het maatschappelijk kapitaal, daardoor voldoet de Vennootschap nog steeds aan de voorwaarden beschreven in artikel 633 van het Belgische Wetboek van vennootschappen.

De activiteiten blijven voortgezet worden als een verliesgevende organisatie en vertrouwen als dusdanig op financiering door aandeelhouders om te blijven bestaan uitgaande van een continuïteit van de bedrijfsactiviteiten. Echter, de resultaten tegenover de handelingen gesteld door een nieuw businessmodel waren bijzonder positief. Vanuit een kwantitatieve aanpak zijn de kosten onder het budget en zijn de inkomsten in de lijn van het doel. Op basis van dit en van de huidige omstandigheden blijft de Raad vertrouwen houden in de business en het vermogen om de vastgestelde groeiobjectieven te behalen.

Kijkende naar de resultaten vanuit een kwalitatief standpunt, verwacht de Raad blijvende organische groei van de activiteiten in de toekomst. Onderhandelingen met potentiële cliënten zijn gestructureerd, aangegaan en positief. De behandeling van de business in de pers blijft consistent positief, waardoor een kwaliteitsmerk ontstaat, herkenbaar in Europa. Het businessmodel heeft interessante discussies doorheen de industrie doen ontstaan, wat een rechtstreekse afspiegeling is van de groei van de status van de onderneming. De Raad, op basis van de huidige omstandigheden, heeft geen reden om te geloven dat het volgende boekjaar geen verdere groei, in lijn met het businessmodel, zal tonen, zoals aangetoond door de recente historische resultaten en de tractie die deze hebben doen ontstaan.

De Raad heeft de laatste investeringstranche van EUR 5M afgeroepen van de meerderheidsaandeelhouder in mei van het boekjaar 2011. Daarnaast vormde de uitoefening door Knight Capital Inc., op 6 juni 2011, van haar warrant, een nieuwe investering in de Vennootschap van EUR 4.19M.

De Raad gelooft dat onze belangrijke aandeelhouders een blijvende interesse in de business blijven aantonen, met de duidelijke intentie om de activiteiten commercieel te ondersteunen tot break-even. De Raad heeft daarom, op basis van de huidige omstandigheden, geen reden die zou doen vermoeden dat de activiteiten niet zouden voldoen tegenover het business plan, dat vastgesteld is om break-even te halen tegen het einde van het boekjaar 2012.

## 11.   Decharge van de Raad van Bestuur en van de Wettelijke Revisor.

Er wordt voorgesteld aan de aandeelhouders om, bij goedkeuring van de jaarrekeningen van Easdaq, kwijting te verlenen aan de volgende leden van de Raad van Bestuur.



| Bestuurder | Titel | Periode |
|---|---|---|
| Dr.Jos B Peeters | Bestuurder | Het volledige jaar |
| Artur Fischer | Voorzitter (huidig) | Het volledige jaar, Voorzitter |
| Martin Mannion | Bestuurder | Het volledige jaar |
| William Henry Eisenbeis | Bestuurder | Tot 07.06.2010 |
| Matteo Cassina | Bestuurder | Het volledige jaar |
| Serge Demolière | Bestuurder | Het volledige jaar |
| Stuart Leichenko | Bestuurder | Sinds 07.06.2010 |
| Tan Kee-Meng | Bestuurder | Sinds 24.06.2010 |

Bij goedkeuring van de jaarrekeningen van Easdaq worden de aandeelhouders ook verzocht kwijting te verlenen aan de Commissaris-Revisor voor zijn werk tijdens het boekjaar 2010.

6 Juni 2011,

Namens de Raad van Bestuur,

Artur Fischer
*Voorzitter van de Raad van Bestuur en bijzondere volmachthouder*

*Unofficial English translation of a Dutch original – For information purposes only*

# EASDAQ NV

Lei 19 Box 11, B-3000 Leuven, Belgium

RPR Leuven 0455.240.893

**COMBINED REPORT OF THE BOARD OF DIRECTORS TO THE SHAREHOLDERS OF THE COMPANY PREPARED PURSUANT TO ARTICLE 95 AND ARTICLE 633 OF THE BELGIAN COMPANY CODE TO BE PRESENTED AT THE ANNUAL SHAREHOLDERS' MEETING OF JUNE 23rd, 2011**

**This annual report summarises the financial performance of Easdaq NV over 2010.**

Dear Shareholders,

I am pleased to report that following the re-capitalization of your company in June 2010 and the appointment of a new CEO as noted in the previous annual report that Easdaq NV [Easdaq] and its subsidiary Equiduct Services Limited [ESL] have now launched a pan European trading service. In addition we have also started to invoice customers and receive revenues. We currently offer a service to investors in the Euronext markets, the UK and Germany. We operate two main products, a standard lit order book and an innovative service principally targeted at offering retail brokers the opportunity to achieve the 'best available' price for their customers in a fragmented marketplace. This latter service has attracted encouraging support. A number of important milestones for your company were passed during the year under review, including in October the first ever 1 Billion Euro month. It has to be noted that this is small compared with most other exchanges across Europe but in the last quarter of the year we were consistently bigger that the Irish Stock Exchange, frequently bigger that Vienna and often bigger than the Burgundy MTF.

During the period under review, the group shifted its focus away from development and towards production; to this end a number of personnel changes were instituted. Rob Brouwer who was the CIO has left the group and we thank him for his contribution. In addition the group hired Ian Werner as General Counsel and Stuart Rutherford in the sales area. The group has undertaken a thorough review of its technology offering and has decided to rationalise its offerings from a single data centre. This exercise will be completed in 2011. In conjunction with BSX, the group reviewed its regulatory status and I am pleased to report that trades reported on EQTA and EQTB are now classified as 'regulated market trades'. This is an important change and has significantly improved our competitive position. The sales pipeline for the group has steadily improved over the year and is now in an encouragingly healthy position. The group has also undertaken a thorough review of its data management and distribution strategy which has, for the first time, allowed us to consider commercialising this area.

The main risks that the group faced during 2010 and continues to face in 2011 are related to the fierce competition we are experiencing from the established exchanges. They have used a number of weapons against us such as changing their pricing and developing a very similar service as well as questioning our regulatory status. I am pleased to report that the group has managed to respond to these measures in both a timely and cost effective way. I believe that we will see further attacks on our model as we go forwards especially with respect to our use of market data. It is germane to note

*Unofficial English translation of a Dutch original – For information purposes only*

that during 2010 the European trading platform industry undertook a period of consolidation. First Turquoise which was founded by nine investment banks was sold to the LSE, and later in the year BATS Europe made an all share bid for Chi-X Europe. 2010 marks three years after the introduction of MiFID and during the year the authorities have been conducting a review of the directive. Your company has made appropriate representations to various regulators and has emphasised the importance of 'best execution' especially from the perspective of retail investors. I await the results of this review.

This report will present an overview of the financial results of the fiscal year ended 31 December 2010 and the various matters required under Belgian Law.

Artur Fischer
**Chairman**

*Unofficial English translation of a Dutch original – For information purposes only*

## 1.    Financial Performance (art. 96,1 Belgian Companies Code)

**Profit and Loss Account**

The Business developed significantly during the financial period as investment from additional stakeholders was utilised in the development of the trading platform held within the Company's operating subsidiary, which went live towards the end of the year. As a result the Company started to run its trading-platform business via its relationship with Borse Berlin and generated initial operating revenues of EUR 27,000. Revenue growth continued into the next financial period in line with the business model as planned.

Operating costs EUR 8.0M remained relatively static in comparison to the previous financial period being EUR 8.3M. Several cost reducing initiatives have been implemented in line with the business plan and will continue to roll out into the following period.

The Company generated an operating loss of 8.0M, which has been transferred to losses carried forward. This loss was generated before interest income of EUR 72,588 and interest expense of EUR 112,764.

**Balance Sheet**

The Business revalued an intercompany loan written off during the prior financial year to EUR 1.4M. The loan was converted into an equity investment in its only subsidiary and recorded in the balance sheet as an 'investment in subsidiary undertaking'.

Equity share capital increased during the period by EUR 4.6M as a result of additional shareholder investment.

Unpaid share capital decreased in the period by EUR 5.0M as a EUR 5.0M investment tranche was called down.

The Ruling Committee confirmed in the year that the change of control in 2009 by Citadel had no negative impact on the losses carried forward. Together with a positive result in an outstanding tax case concerning the use of losses carried forward in 2003, the Company now has undisputed losses of approximately EUR 127M to carry forward.

The Company maintains an existing loan agreement with Börse Berlin for EUR 3.2M. The loan is due to be repaid to Börse Berlin Qtr4 FY2012. The Board believes that the Company, given the recent operating performance and continued growth of the business, and taking into account the Company's current business plan, reasonably speaking, should be in a position to repay the loan either with cash it has generated organically or through raising additional funds.

## 2.    Corporate Investment (art. 96,3 Belgian Companies Code)

*Unofficial English translation of a Dutch original – For information purposes only*

During the period an existing minority shareholder invested further capital into the business in exchange for a 15% share of the organisation. In addition, a Warrant was issued to this shareholder allowing them to exercise the right to purchase a supplementary 9-11% of the organisation, subject to meeting specific criteria.

Börse Berlin exercised its right to maintain 10% of its shareholding by buying additional shares which were paid for by a contribution in kind. In addition, Börse Berlin were issued a warrant.

## 3.    Post-Balance Sheet Events (art. 96,2 Belgian Companies Code)

In April FY2011, the business called for the final investment tranche EUR5M from its majority shareholder. This is to be paid into the Company during May FY2011. On 6 June 2011, Knight Capital Group, Inc. exercised a warrant for a price of EUR 4,192,485.39. The resulting number of 6,024,214 shares are expected to be issued on 23 June 2011, at which time the exercise price will be released to the Company.

## 4.    Research and Development (art. 96,4 Belgian Companies Code)

The company did not carry out any research or development activities during the year 2010.

## 5.    Existence of Branches (art. 96,5 Belgian Companies Code)

The Company does not operate any foreign branch companies

## 6.    Losses carried forward/going concern (art. 96,6 Belgian Companies Code)

It is proposed that the loss at year end of EUR 8,035,138.34 be carried forward as part of profits (losses) carried forward.

Given that profits (losses) carried forward for the Company show a brought forward loss, the Board of Directors reviewed the application of the valuation rules assuming continuity of the activities of the Company in accordance with article 96, 6° of the Belgian Companies Code.

The Board believe that operating performance continues to track in-line with the business plan and, on the basis of the current circumstances, is reasonably expected to will build to a position of break-even in the latter part of FY2012. The shareholders have continued to provide commercial and financial support and the Board, on the basis of the current circumstances, expects that the business will continue as a going concern until break-even point.

Also, the Board points to the final EUR 5M investment tranche from its majority shareholder in May FY2011, which has been called, as well as to the warrant which is exercised by Knight Capital Group, Inc. and thus provides a further investment of EUR 4.19M.

## 7.    Financial Instruments and Hedging Contracts (art. 96,8 Belgian Companies Code)

*Unofficial English translation of a Dutch original – For information purposes only*

The Company did not utilise any Financial Instruments or partake in any hedging contracts during the period.

## 8. Exemption from preparing consolidated accounts pursuant to article 112 of the Belgian Company Code

The Company has taken advantage of the exemption under article 112 of the Belgian Company Code not to prepare consolidated accounts as it qualifies as a "small group" as defined in article 16 of the Belgian Company Code.

## 9. Declaration of potential conflicts of interest pursuant to article 523, par. 2 of the Belgian Company Code

There were no potential conflicts reported under Article 523 of the Belgian Company Code during the year 2010.

## 10. Article 633 of The Belgian Company Code

This section is intended as a special report regarding Article 633 of the Belgian Company Code.

As the losses of the Company were not incorporated by way of a capital reduction, the net equity position of the Company remains below a quarter of the amount of the paid-in capital of the company due to accumulated losses, and hence the company continues to satisfy the conditions set forth in article 633 of the Belgian Company Code.

The business continues to operate as a loss generating organisation and as such relies on shareholder funding to exist as a going-concern. However, performance against measures dictated by a new business model, has been very positive. From a quantitative approach, costs run below budget and revenues are tracking in-line with target. On this basis, and the current circumstances, the Board remain confident in the business and its ability to deliver the growth objectives set.

Looking at performance from a qualitative viewpoint, the Board expect continued organic growth of the business going forward. Discussions with potential clients are structured, engaging and positive. Press coverage surrounding the business remains consistently complimentary giving rise to a quality intangible brand recognisable across Europe. The business model has generated interesting discussion across the industry which is a direct reflection of the organisation's growth in stature. The Board, on the basis of the current circumstances, have no reason to believe that the next financial period will fail to see further growth in-line with the business model as demonstrated by recent historic performance and the traction that, that has generated.

The Board has called the final EUR 5M investment tranche from its majority shareholder in May FY2011.  In addition, the exercise by Knight Capital Group Inc., on 6 June 2011, of its warrant, constitutes a new investment in the Company of EUR 4.19M.

The Board believes that our key shareholders continue to demonstrate ongoing interest in the business with clear intention to support operations commercially through to break-even point. The Board therefore, on the basis of the current circumstances, have no issue to suggest that the

*Unofficial English translation of a Dutch original – For information purposes only*

business will fail to deliver against the existing business plan, and that is set to achieve break-even in the latter part of FY2012.

## 11. Discharge of The Board of Directors and Statutory Auditor

Upon approval of the annual accounts of the Company, it is proposed to the shareholders to grant discharge to the following members of the Board of Directors:

| Board member | Title | Period |
|---|---|---|
| Dr.Jos B Peeters | Director | Full year |
| Artur Fischer | Chairman (current) | Full year, Chairman |
| Martin Mannion | Director | Full year |
| William Henry Eisenbeis | Director | Until 07.06.2010 |
| Matteo Cassina | Director | Full year |
| Serge Demoliere | Director | Full year |
| Stuart Leichenko | Director | Since 07.06.2010 |
| Tan Kee-Meng | Director | Since 24.06.2010 |

Upon approval of the annual accounts of the Company, it is also proposed to the shareholders to discharge the Statutory Auditor for his work during the accounting year 2010.

6 June 2011

On behalf of the Board of Directors,

Artur Fischer
**Chairman and special proxyholder**

**ERNST & YOUNG**

Ernst & Young
Réviseurs d'Entreprises
Bedrijfsrevisoren
De Kleetlaan 2
B - 1831 Diegem

Tel: +32 (0)2 774 91 11
Fax: +32 (0)2 774 90 90
www.ey.com/be

## Verslag van de commissaris aan de algemene vergadering der aandeelhouders van Easdaq nv over de jaarrekening over het boekjaar afgesloten op 31 december 2010

Overeenkomstig de wettelijke en statutaire bepalingen, brengen wij u verslag uit in het kader van ons mandaat van commissaris. Dit verslag omvat ons oordeel over de jaarrekening evenals de vereiste bijkomende vermeldingen.

### Verklaring zonder voorbehoud over de jaarrekening

Wij hebben de controle uitgevoerd van de jaarrekening over het boekjaar afgesloten op 31 december 2010, opgesteld overeenkomstig het in België van toepassing zijnde boekhoudkundig referentiestelsel, met een balanstotaal van € 6.261.493,39 en waarvan de resultatenrekening afsluit met een verlies van het boekjaar van € 8.035.138,34.

*Verantwoordelijkheid van de raad van bestuur voor het opstellen en de getrouwe weergave van de jaarrekening*

Het opstellen van de jaarrekening valt onder de verantwoordelijkheid van de raad van bestuur. Deze verantwoordelijkheid omvat: het opzetten, implementeren en in stand houden van een interne controle met betrekking tot het opstellen en de getrouwe weergave van de jaarrekening die geen afwijkingen van materieel belang als gevolg van fraude of het maken van fouten bevat; het kiezen en toepassen van geschikte waarderingsregels; en het maken van boekhoudkundige schattingen die onder de gegeven omstandigheden redelijk zijn.

*Verantwoordelijkheid van de commissaris*

Het is onze verantwoordelijkheid een oordeel over deze jaarrekening tot uitdrukking te brengen op basis van onze controle. Wij hebben onze controle uitgevoerd overeenkomstig de wettelijke bepalingen en volgens de in België geldende controlenormen, zoals uitgevaardigd door het Instituut van de Bedrijfsrevisoren. Deze controlenormen vereisen dat onze controle zo wordt georganiseerd en uitgevoerd dat een redelijke mate van zekerheid wordt verkregen dat de jaarrekening geen afwijkingen van materieel belang bevat.

Overeenkomstig deze controlenormen hebben wij controlewerkzaamheden uitgevoerd ter verkrijging van controle-informatie over de in de jaarrekening opgenomen bedragen en toelichtingen. De keuze van deze controlewerkzaamheden hangt af van onze beoordeling alsook van onze inschatting van het risico dat de jaarrekening afwijkingen van materieel belang bevat als gevolg van fraude of het maken van fouten.



Société civile ayant emprunté la forme d'une société coopérative
à responsabilité limitée
Burgerlijke vennootschap die de rechtsvorm van een coöperatieve
vennootschap met beperkte aansprakelijkheid heeft aangenomen

**☰ ERNST & YOUNG**

*Verslag van de commissaris d.d. 6 juni 2011 over de jaarrekening*
*van Easdaq nv over het boekjaar afgesloten op*
*31 december 2010 (vervolg)*

Bij het maken van onze risico-inschatting houden wij rekening met de bestaande interne controle van de vennootschap met betrekking tot het opstellen en de getrouwe weergave van de jaarrekening ten einde in de gegeven omstandigheden de gepaste werkzaamheden te bepalen, maar niet om een oordeel te geven over de effectiviteit van de interne controle van de vennootschap. Wij hebben tevens de gegrondheid van de waarderingsregels, de redelijkheid van de betekenisvolle boekhoudkundige schattingen gemaakt door de vennootschap, alsook de voorstelling van de jaarrekening, als geheel beoordeeld.
Ten slotte hebben wij van de raad van bestuur en van de verantwoordelijken van de vennootschap de voor onze controlewerkzaamheden vereiste ophelderingen en inlichtingen verkregen. Wij zijn van mening dat de door ons verkregen controle-informatie een redelijke basis vormt voor het uitbrengen van ons oordeel.

*Oordeel*

Naar ons oordeel, geeft de jaarrekening afgesloten op 31 december 2010 een getrouw beeld van het vermogen, de financiële toestand en de resultaten van de vennootschap, overeenkomstig het in België van toepassing zijnde boekhoudkundig referentiestelsel.

**Bijkomende vermeldingen**

Het opstellen en de inhoud van het jaarverslag, alsook het naleven door de vennootschap van het Wetboek van vennootschappen en van de statuten, vallen onder de verantwoordelijkheid van de raad van bestuur.

Het is onze verantwoordelijkheid om in ons verslag de volgende bijkomende vermeldingen op te nemen die niet van aard zijn om de draagwijdte van onze verklaring over de jaarrekening te wijzigen:

- Het jaarverslag behandelt de door de wet vereiste inlichtingen en stemt overeen met de jaarrekening. Wij kunnen ons echter niet uitspreken over de beschrijving van de voornaamste risico's en onzekerheden waarmee de vennootschap wordt geconfronteerd, alsook van haar positie, haar voorzienbare evolutie of de aanmerkelijke invloed van bepaalde feiten op haar toekomstige ontwikkeling. Wij kunnen evenwel bevestigen dat de verstrekte gegevens geen onmiskenbare inconsistenties vertonen met de informatie waarover wij beschikken in het kader van ons mandaat.

- Onverminderd formele aspecten van ondergeschikt belang, werd de boekhouding gevoerd overeenkomstig de in België van toepassing zijnde wettelijke en bestuursrechtelijke voorschriften.



2

*Free translation from the Dutch original*

**Statutory auditor's report to the general meeting of shareholders of
Easdaq nv on the financial statements for the year ended
31 December 2010**

In accordance with the legal and statutory requirements, we report to you on the
performance of our mandate of statutory auditor. This report contains our opinion on the
financial statements as well as the required additional comments.

### Unqualified opinion on the financial statements

We have audited the financial statements for the year ended 31 December 2010, prepared
in accordance with the financial reporting framework applicable in Belgium, which show a
balance sheet total of € 6,261,493.39 and a net loss for the year of € 8,035,138.34.

*Responsibility of the board of directors for the preparation and fair presentation of the
financial statements*

The board of directors is responsible for the preparation and fair presentation of the
financial statements. This responsibility includes: designing, implementing and
maintaining internal control relevant to the preparation and fair presentation of financial
statements that are fee from material misstatement, whether due to fraud or error;
selecting and applying appropriate accounting policies; and making accounting estimates
that are reasonable in the circumstances.

*Responsibility of the statutory auditor*

Our responsibility is to express an opinion on these financial statements based on our
audit. We conducted our audit in accordance with the legal requirements and the auditing
standards applicable in Belgium, as issued by the Institute of Registered Auditors (Institut
des Réviseurs d'Entreprises/Instituut van de Bedrijfsrevisoren). Those standards require
that we plan and perform the audit to obtain reasonable assurance whether the financial
statements are free from material misstatement.

In accordance with these standards, we have performed procedures to obtain audit
evidence about the amounts and disclosures in the financial statements.
The procedures selected depend on our judgment, including the assessment of the risk of
material misstatement of the financial statements, whether due to fraud or error.

*Audit report dated 6 June 2011 on the statutory financial statements
of Easdaq nv for the year ended
31 December 2010*

In making those risk assessments, we have considered internal control relevant to the company's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the company's internal control. We have evaluated the appropriateness of accounting policies used, the reasonableness of significant accounting estimates made by the company and the presentation of the financial statements, taken as a whole. Finally, we have obtained from the board of directors and the company's officials the explanations and information necessary for executing our audit procedures. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

*Opinion*

In our opinion, the financial statements for the year ended 31 December 2010 give a true and fair view of the company's financial position and the results of its operations in accordance with the financial reporting framework applicable in Belgium.

## Additional comments

The preparation and the assessment of the information that should be included in the director's report and the company's compliance with the requirements of the Company Code (Wetboek van vennootschappen/Code des sociétés) and its articles of association are the responsibility of the board of directors.

Our responsibility is to include in our report the following additional comments, which do not modify the scope of our opinion on the financial statements:

- The director's report deals with the information required by law and is consistent with the financial statements. We are, however, unable to comment on the description of the principal risk and uncertainties which the company is facing, and on its financial situation, its foreseeable evolution or the significant influence of certain facts on its future development. We can nevertheless confirm that the matters disclosed do not present any obvious inconsistencies with the information that we became aware of during the performance of our mandate.

- Without prejudice to formal aspects of minor importance, the accounting records were maintained in accordance with the legal and regulatory requirements applicable in Belgium.

2

 *ERNST & YOUNG*

*Verslag van de commissaris d.d. 6 juni 2011 over de jaarrekening
van Easdaq nv over het boekjaar afgesloten op
31 december 2010 (vervolg)*

- Wij dienen u geen verrichtingen of beslissingen mede te delen die in overtreding met de statuten of het Wetboek van vennootschappen zijn gedaan of genomen. De verwerking van het resultaat die aan de algemene vergadering wordt voorgesteld, stemt overeen met de wettelijke en statutaire bepalingen.

Brussel, 6 juni 2011

Ernst & Young Bedrijfsrevisoren bcvba
Commissaris
Vertegenwoordigd door

Marc Van Steenvoort
Vennoot

*11MVS0212*

*Audit report dated 6 June 2011 on the statutory financial statements*
*of Easdaq nv for the year ended*
*31 December 2010*

- We do not report any transaction undertaken or decisions taken in violation of the company's articles of association or the Company Code.  The appropriation of the results proposed to the shareholder's meeting complies with the legal and statutory provisions.

Brussels, 6 June 2011

Ernst & Young Bedrijfsrevisoren bcvba
Statutory auditor
represented by

Marc Van Steenvoort
Partner

*11MVS0212*

3

| 40 | | | | 1 | EUR | |
|---|---|---|---|---|---|---|
| NAT. | Datum neerlegging | Nr.  0455.240.893 | Blz. | E. | D. | VOL 1.1 |

### JAARREKENING IN EURO (2 decimalen)

NAAM:  EASDAQ

Rechtsvorm: NV

Adres:  LEI

Postnummer: 3000            Gemeente:  Leuven              Nr.:  19 Bus 11

Land: België

Rechtspersonenregister (RPR) - Rechtbank van Koophandel van  Leuven

Internetadres *:

Ondernemingsnummer | 0455.240.893

DATUM | 7/07/2010 | van de neerlegging van de oprichtingsakte OF van het recentste stuk dat de datum van bekendmaking van de oprichtingsakte en van de akte tot statutenwijziging vermeldt.

JAARREKENING goedgekeurd door de algemene vergadering van | 23/06/2011 |

met betrekking tot het boekjaar dat de periode dekt van | 1/01/2010 | tot | 31/12/2010 |

Vorig boekjaar van | 1/01/2009 | tot | 31/12/2009 |

De bedragen van het vorige boekjaar zijn / ~~zijn niet~~ ** identiek met die welke eerder openbaar werden gemaakt.

VOLLEDIGE LIJST met naam, voornamen, beroep, woonplaats (adres, nummer, postnummer en gemeente) en functie in de onderneming, van de BESTUURDERS, ZAAKVOERDERS EN COMMISSARISSEN

ERNST & YOUNG BEDRIJFSREVISOREN   CVBA   0446.334.711

De Kleetlaan 2 , 1831 Diegem, België

Functie : Commissaris, Lidmaatschapsnummer : B00160

Mandaat : 24/06/2010- 27/06/2013

Vertegenwoordigd door :

　　　VAN STEENVOORT Marc

　　　Steenweg op Blaasveld 96 , 2801 Heffen, België

　　　Revisor

　　　Lidmaatschapsnummer : A01159

PEETERS Josephus Bonifacius

haachtstraat 136 , bus A, 3020 Herent, België

Functie : Bestuurder

Mandaat : 22/06/2006- 25/06/2015

FISCHER Artur Klaus

Jänickstrasse 121 , 14167 Berlin, Duitsland

Functie : Bestuurder

Mandaat : 25/09/2007- 25/06/2015

Zijn gevoegd bij deze jaarrekening:

Totaal aantal neergelegde bladen:         31         Nummers van de secties van het standaardmodel die niet werden neergelegd
omdat ze niet dienstig zijn: 5.1, 5.2.1, 5.2.3, 5.2.4, 5.3.1, 5.3.3, 5.3.4, 5.3.5, 5.3.6, 5.4.2, 5.4.3, 5.5.2, 5.6, 5.8, 5.16, 5.17.2, 8, 9

Handtekening
(naam en hoedanigheid)
FISCHER Arthur Klaus Alfred
Voorzitter Raad van Bestuur

Handtekening
(naam en hoedanigheid)

* Facultatieve vermelding.

| Nr. | 0455.240.893 | VOL 1.1 |
| --- | --- | --- |

LIJST VAN DE BESTUURDERS, ZAAKVOERDERS EN COMMISSARISSEN (vervolg van de vorige bladzijde)

**MANNION Martin**
N.Marshfield Ave. 3920 , 60613 IL Chicago, Verenigde Staten van Amerika
Functie : Bestuurder
Mandaat : 7/08/2009- 25/06/2015

**EISENBEIS William Henry**
5th Ave. Apt. 8B , bus 980, 10075-0 New-York, Verenigde Staten van Amerika
Functie : Bestuurder
Mandaat : 7/08/2009- 7/06/2010

**CASINA Matteo**
Tulse Hill 82 , SW2 2PU London, Verenigd Koninkrijk
Functie : Bestuurder
Mandaat : 7/08/2009- 25/06/2015

**DEMOLIERE Serge Paul Ehrhard**
August-Viktoriastrasse 99 ,  Berlin, Duitsland
Functie : Bestuurder
Mandaat : 7/08/2009- 25/06/2015

**KEE-MENG Tan**
Wolseley Road 25 , N8 8RS London, Verenigd Koninkrijk
Functie : Bestuurder
Mandaat : 24/06/2010

**LEICHENKO Stuart**
3100 N Sheridan Road 5 , bus C, IL 6065 Chicago, Verenigde Staten van Amerika
Functie : Bestuurder
Mandaat : 7/06/2010

| Nr. | 0455.240.893 | VOL 1.2 |
|---|---|---|

## VERKLARING BETREFFENDE EEN AANVULLENDE OPDRACHT VOOR NAZICHT OF CORRECTIE

Het bestuursorgaan verklaart dat geen enkele opdracht voor nazicht werd gegeven aan iemand die daar wettelijk niet toe gemachtigd is met toepassing van de artikelen 34 en 37 van de wet van 22 april 1999 betreffende de boekhoudkundige en fiscale beroepen.

De jaarrekening werd / werd niet* geverifieerd of gecorrigeerd door een externe accountant of door een bedrijfsrevisor die niet de commissaris is.

In bevestigend geval, moeten hierna worden vermeld: naam, voornamen, beroep en woonplaats van elke externe accountant of bedrijfsrevisor en zijn lidmaatschapsnummer bij zijn Instituut, evenals de aard van zijn opdracht:

- A.   Het voeren van de boekhouding van de onderneming **,
- B.   Het opstellen van de jaarrekening **,
- C.   Het verifiëren van de jaarrekening en/of
- D.   Het corrigeren van de jaarrekening.

Indien taken bedoeld onder A. of onder B. uitgevoerd zijn door erkende boekhouders of door erkende boekhouders-fiscalisten, kunnen hierna worden vermeld: naam, voornamen, beroep en woonplaats van alle erkende boekhouder of erkende boekhouder-fiscalist en zijn lidmaatschapsnummer bij het Beroepsinstituut van erkende Boekhouders en Fiscalisten, evenals de aard van zijn opdracht.

| Naam, voornamen, beroep en woonplaats | Lidmaatschaps-nummer | Aard van de opdracht (A, B, C en/of D) |
|---|---|---|
| **ACCOUNTING & TAX PARTNERS BVBA**    0475.026.024<br>Industrieweg 4 , bus 5, 3001 Heverlee, België<br>Functie : Externe accountant | 221955-N-01 | A B |

---

*     Schrappen wat niet van toepassing is.
**    Facultatieve vermelding

| Nr. | 0455.240.893 | | VOL 2.1 |
|---|---|---|---|

## BALANS NA WINSTVERDELING

| | Toel. | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|---|
| **ACTIVA** | | | | |
| VASTE ACTIVA ........................................ | | 20/28 | 1.415.691,17 | 256.561,97 |
| Oprichtingskosten ........................... | 5.1 | 20 | | |
| Immateriële vaste activa ........................ | 5.2 | 21 | 51.249,17 | 256.561,97 |
| Materiële vaste activa ........................... | 5.3 | 22/27 | | |
| Terreinen en gebouwen ........................ | | 22 | | |
| Installaties, machines en uitrusting ............... | | 23 | | |
| Meubilair en rollend materieel ................... | | 24 | | |
| Leasing en soortgelijke rechten ................. | | 25 | | |
| Overige materiële vaste activa .................. | | 26 | | |
| Activa in aanbouw en vooruitbetalingen ......... | | 27 | | |
| | 5.4/ | | | |
| Financiële vaste activa ........................... | 5.5.1 | 28 | 1.364.442,00 | |
| Verbonden ondernemingen ..................... | 5.14 | 280/1 | 1.364.442,00 | |
| Deelnemingen ........................... | | 280 | 1.364.442,00 | |
| Vorderingen ............................. | | 281 | | |
| Ondernemingen waarmee een deelnemingsverhouding bestaat ........................... | 5.14 | 282/3 | | |
| Deelnemingen ........................... | | 282 | | |
| Vorderingen ............................. | | 283 | | |
| Andere financiële vaste activa ................. | | 284/8 | | |
| Aandelen ................................ | | 284 | | |
| Vorderingen en borgtochten in contanten ......... | | 285/8 | | |
| VLOTTENDE ACTIVA ........................... | | 29/58 | 4.845.802,22 | 5.821.329,14 |
| Vorderingen op meer dan één jaar ............. | | 29 | | |
| Handelsvorderingen ......................... | | 290 | | |
| Overige vorderingen ........................ | | 291 | | |
| Voorraden en bestellingen in uitvoering ......... | | 3 | | |
| Voorraden ............................... | | 30/36 | | |
| Grond- en hulpstoffen ...................... | | 30/31 | | |
| Goederen in bewerking ...................... | | 32 | | |
| Gereed product ........................... | | 33 | | |
| Handelsgoederen .......................... | | 34 | | |
| Onroerende goederen bestemd voor verkoop ....... | | 35 | | |
| Vooruitbetalingen .......................... | | 36 | | |
| Bestellingen in uitvoering ..................... | | 37 | | |
| Vorderingen op ten hoogste één jaar ........... | | 40/41 | 926.321,52 | 2.724.427,36 |
| Handelsvorderingen ......................... | | 40 | 75.017,34 | 18.417,05 |
| Overige vorderingen ........................ | | 41 | 851.304,18 | 2.706.010,31 |
| Geldbeleggingen ............................... | 5.5.1/ 5.6 | 50/53 | | |
| Eigen aandelen ............................ | | 50 | | |
| Overige beleggingen ........................ | | 51/53 | | |
| Liquide middelen ............................... | | 54/58 | 3.869.999,38 | 3.055.703,44 |
| Overlopende rekeningen ........................ | 5.6 | 490/1 | 49.481,32 | 41.198,34 |
| **TOTAAL DER ACTIVA** ........................ | | 20/58 | 6.261.493,39 | 6.077.891,11 |



| Nr. | 0455.240.893 | | | VOL 2.2 |
|---|---|---|---|---|

| PASSIVA | Toel. | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|---|
| **EIGEN VERMOGEN** ........................ | | 10/15 | 1.085.298,10 | -498.394,58 |
| **Kapitaal** ........................ | 5.7 | 10 | 128.145.679,92 | 118.526.848,90 |
| Geplaatst kapitaal ........................ | | 100 | 133.145.679,92 | 128.526.848,90 |
| Niet-opgevraagd kapitaal ........................ | | 101 | 5.000.000,00 | 10.000.000,00 |
| **Uitgiftepremies** ........................ | | 11 | | |
| **Herwaarderingsmeerwaarden** ........................ | | 12 | | |
| **Reserves** | | 13 | | |
| Wettelijke reserve ........................ | | 130 | | |
| Onbeschikbare reserves ........................ | | 131 | | |
| Voor eigen aandelen ........................ | | 1310 | | |
| Andere ........................ | | 1311 | | |
| Belastingvrije reserves ........................ | | 132 | | |
| Beschikbare reserves ........................ | | 133 | | |
| **Overgedragen winst (verlies)** ........................(+)/(-) | | 14 | -127.060.381,82 | -119.025.243,48 |
| **Kapitaalsubsidies** ........................ | | 15 | | |
| **Voorschot aan de vennoten op de verdeling van het netto-actief** | | 19 | | |
| **VOORZIENINGEN EN UITGESTELDE BELASTINGEN** ........ | | 16 | | |
| **Voorzieningen voor risico's en kosten** ........................ | | 160/5 | | |
| Pensioenen en soortgelijke verplichtingen ........................ | | 160 | | |
| Belastingen ........................ | | 161 | | |
| Grote herstellings- en onderhoudswerken ........................ | | 162 | | |
| Overige risico's en kosten ........................ | 5.8 | 163/5 | | |
| **Uitgestelde belastingen** ........................ | | 168 | | |
| **SCHULDEN** ........................ | | 17/49 | 5.176.195,29 | 6.576.285,69 |
| **Schulden op meer dan één jaar** ........................ | 5.9 | 17 | 3.244.126,94 | 3.244.126,94 |
| Financiële schulden ........................ | | 170/4 | 3.244.126,94 | 3.244.126,94 |
| Achtergestelde leningen ........................ | | 170 | | |
| Niet-achtergestelde obligatieleningen ........................ | | 171 | | |
| Leasingschulden en soortgelijke schulden ................ | | 172 | | |
| Kredietinstellingen ........................ | | 173 | | |
| Overige leningen ........................ | | 174 | 3.244.126,94 | 3.244.126,94 |
| Handelsschulden ........................ | | 175 | | |
| Leveranciers ........................ | | 1750 | | |
| Te betalen wissels ........................ | | 1751 | | |
| Ontvangen vooruitbetalingen op bestellingen ................ | | 176 | | |
| Overige schulden ........................ | | 178/9 | | |
| **Schulden op ten hoogste één jaar** ........................ | | 42/48 | 1.767.722,27 | 3.273.570,12 |
| Schulden op meer dan één jaar die binnen het jaar vervallen | 5.9 | 42 | | |
| Financiële schulden ........................ | | 43 | | |
| Kredietinstellingen ........................ | | 430/8 | | |
| Overige leningen ........................ | | 439 | | |
| Handelsschulden ........................ | | 44 | 1.662.957,63 | 315.405,53 |
| Leveranciers ........................ | | 440/4 | 1.662.957,63 | 315.405,53 |
| Te betalen wissels ........................ | | 441 | | |
| Ontvangen vooruitbetalingen op bestellingen ........................ | | 46 | | |
| Schulden met betrekking tot belastingen, bezoldigingen en sociale lasten | 5.9 | 45 | 31.110,27 | 2.458.164,59 |
| Belastingen ........................ | | 450/3 | 355,29 | 2.427.190,68 |
| Bezoldigingen en sociale lasten ........................ | | 454/9 | 30.754,98 | 30.973,91 |
| Overige schulden ........................ | | 47/48 | 73.654,37 | 500.000,00 |
| **Overlopende rekeningen** ........................ | 5.9 | 492/3 | 164.346,08 | 58.588,63 |
| **TOTAAL DER PASSIVA** ........................ | | 10/49 | 6.261.493,39 | 6.077.891,11 |



| Nr. | 0455.240.893 | | VOL 3 |
|-----|--------------|--|-------|

## RESULTATENREKENING

| | Toel. | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|---|
| Bedrijfsopbrengsten ............................................... | | 70/74 | 50.604,03 | 308.675,94 |
| Omzet ........................................................... | 5.10 | 70 | 27.029,77 | |
| Voorraad goederen in bewerking en gereed product en bestellingen in uitvoering: toename (afname) ............(+)/(-) | | 71 | | |
| Geproduceerde vaste activa ................................. | | 72 | | |
| Andere bedrijfsopbrengsten ................................. | 5.10 | 74 | 23.574,26 | 308.675,94 |
| Bedrijfskosten ...................................................... | | 60/64 | 8.046.706,64 | 8.579.378,00 |
| Handelsgoederen, grond- en hulpstoffen ................ | | 60 | | |
| Aankopen ..................................................... | | 600/8 | | |
| Voorraad: afname (toename) ...........................(+)/(-) | | 609 | | |
| Diensten en diverse goederen .............................. | | 61 | 8.944.128,14 | 8.304.532,99 |
| Bezoldigingen, sociale lasten en pensioenen ...........(+)/(-) | 5.10 | 62 | 258.832,73 | 301.771,79 |
| Afschrijvingen en waardeverminderingen op oprichtingskosten, op immateriële en materiële vaste activa ................................................................ | | 630 | 205.312,80 | 206.042,92 |
| Waardeverminderingen op voorraden, bestellingen in uitvoering en handelsvorderingen: toevoegingen (terugnemingen) ..........................................(+)/(-) | | 631/4 | -1.364.433,00 | -1.987,50 |
| Voorzieningen voor risico's en kosten: toevoegingen (bestedingen en terugnemingen) ......................(+)/(-) | 5.10 | 635/7 | | -308.898,94 |
| Andere bedrijfskosten ...................................... | 5.10 | 640/8 | 2.865,97 | 77.916,74 |
| Als herstructureringskosten geactiveerde bedrijfs- kosten ....................................................... (-) | | 649 | | |
| Bedrijfswinst (Bedrijfsverlies) ......................................(+)/(-) | | 9901 | -7.996.102,61 | -8.270.702,06 |
| Financiële opbrengsten ........................................ | | 75 | 72.588,14 | 41.536,80 |
| Opbrengsten uit financiële vaste activa .................... | | 750 | | |
| Opbrengsten uit vlottende activa ......................... | | 751 | 2.680,15 | |
| Andere financiële opbrengsten ............................. | 5.11 | 752/9 | 69.907,99 | 41.536,80 |
| Financiële kosten ................................................ | 5.11 | 65 | 112.764,29 | 153.443,64 |
| Kosten van schulden ...................................... | | 650 | 109.627,93 | 117.078,85 |
| Waardeverminderingen op vlottende activa andere dan voorraden, bestellingen in uitvoering en handels- vorderingen: toevoegingen (terugneming) .................(+)/(-) | | 651 | | |
| Andere financiële kosten ................................. | | 652/9 | 3.136,36 | 36.364,79 |
| Winst (Verlies) uit de gewone bedrijfsuitoefening voor belasting .................................................... (+)/(-) | | 9902 | -8.036.278,76 | -8.382.608,90 |



| Nr. | 0455.240.893 | | | VOL 3 |

| | Toel. | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|---|
| Uitzonderlijke opbrengsten ....................................................... | | 76 | 1.140,42 | 487.587,71 |
| Terugneming van afschrijvingen en van waardeverminderingen op immateriële en materiële vaste activa ......... | | 760 | | 461.873,77 |
| Terugneming van waardeverminderingen op financiële vaste activa ......... | | 761 | 9,00 | |
| Terugneming van voorzieningen voor uitzonderlijke risico's en kosten ......... | | 762 | | |
| Meerwaarde bij de realisatie van vaste activa ................... | | 763 | | |
| Andere uitzonderlijke opbrengsten ........................................ | | 764/9 | 1.131,42 | 25.713,94 |
| Uitzonderlijke kosten ......... | | 66 | | 500.000,00 |
| Uitzonderlijke afschrijvingen en waardeverminderingen op oprichtingskosten, op immateriële en materiële vaste activa ......... | | 660 | | 500.000,00 |
| Waardeverminderingen op financiële vaste activa ........... | | 661 | | |
| Voorzieningen voor uitzonderlijke risico's en kosten Toevoegingen (bestedingen) ......................................(+)/(-) | | 662 | | |
| Minderwaarden bij de realisatie van vaste activa .............. | | 663 | | |
| Andere uitzonderlijke kosten ........................................... | 5.11 | 664/8 | | |
| Als herstructureringskosten geactiveerde uitzonderlijke kosten .............................................................. (-) | | 669 | | |
| Winst (Verlies) van het boekjaar voor belasting..........(+)/(-) | | 9903 | -8.035.138,34 | -8.395.021,19 |
| Onttrekkingen aan de uitgestelde belastingen ............ | | 780 | | |
| Overboeking naar de uitgestelde belastingen ................... | | 680 | | |
| Belastingen op het resultaat .......................................(+)/(-) | 5.12 | 67/77 | | |
| Belastingen ................................................................. | | 670/3 | | |
| Regularisering van belastingen en terugneming van voorzieningen voor belastingen ...................................... | | 77 | | |
| Winst (Verlies) van het boekjaar ....................................(+)/(-) | | 9904 | -8.035.138,34 | -8.395.021,19 |
| Onttrekking aan de belastingvrije reserves ........................ | | 789 | | |
| Overboeking naar de belastingvrije reserves ...................... | | 689 | | |
| Te bestemmen winst (verlies) van het boekjaar ..........(+)/(-) | | 9905 | -8.035.138,34 | -8.395.021,19 |

| Nr. | 0455.240.893 | | VOL 4 |

## RESULTAATVERWERKING

| | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|
| **Te bestemmen winst (verlies)**.............................................(+)/(-) | 9906 | -127.060.381,82 | -119.025.243,48 |
| Te bestemmen winst (verlies) van het boekjaar ..............................(+)/(-) | (9905) | -8.035.138,34 | -8.395.021,19 |
| Overgedragen winst (verlies) van het vorige boekjaar ....................(+)/(-) | 14P | -119.025.243,48 | -110.630.222,29 |
| **Onttrekking aan het eigen vermogen** ........................................... | 791/2 | | |
| aan het kapitaal en aan de uitgiftepremies ........................... | 791 | | |
| aan de reserves ........................................................... | 792 | | |
| **Toevoeging aan het eigen vermogen** ........................................... | 691/2 | | |
| aan het kapitaal en aan de uitgiftepremies ........................... | 691 | | |
| aan de wettelijke reserves ............................................... | 6920 | | |
| aan de overige reserves .................................................. | 6921 | | |
| **Over te dragen winst (verlies)**  ........................................(+)/(-) | (14) | -127.060.381,82 | -119.025.243,48 |
| **Tussenkomst van de vennoten in het verlies**  ........................... | 794 | | |
| **Uit te keren winst** ...................................................... | 694/6 | | |
| Vergoeding van het kapitaal ............................................. | 694 | | |
| Bestuurders of zaakvoerders ........................................... | 695 | | |
| Andere rechthebbenden ................................................. | 696 | | |

| Nr. | 0455.240.893 | | VOL 5.2.2 |
|---|---|---|---|

| | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|
| **CONCESSIES, OCTROOIEN, LICENTIES, KNOWHOW, MERKEN EN SOORTGELIJKE RECHTEN** | | | |
| Aanschaffingswaarde per einde van het boekjaar ...................... | 8052P | xxxxxxxxxxxxxxx | 34.995.645,85 |
| Mutaties tijdens het boekjaar | | | |
|    Aanschaffingen, met inbegrip van de geproduceerde vaste activa ............ | 8022 | | |
|    Overdrachten en buitengebruikstellingen ................................. | 8032 | | |
|    Overboeking van een post naar een andere ......................................(+)/(-) | 8042 | | |
| Aanschaffingswaarde per einde van het boekjaar ...................... | 8052 | 34.995.645,85 | |
| Afschrijvingen en waardeverminderingen per einde van het boekjaar ...... | 8122P | xxxxxxxxxxxxxxx | 34.739.083,88 |
| Mutaties tijdens het boekjaar | | | |
|    Geboekt ................................................................. | 8072 | 205.312,80 · | |
|    Teruggenomen ......................................................... | 8082 | | |
|    Verworven van derden ................................................. | 8092 | | |
|    Afgeboekt na overdrachten en buitengebruikstellingen ............ | 8102 | | |
|    Overgeboekt van een post naar een andere ..........................(+)/(-) | 8112 | | |
| Afschrijvingen en waardeverminderingen per einde van het boekjaar ...... | 8122 | 34.944.396,68 | |
| NETTOBOEKWAARDE PER EINDE VAN HET BOEKJAAR ........................ | 211 | 51.249,17 | |



Nr. | 0455.240.893

VOL 5.3.2

## INSTALLATIES, MACHINES EN UITRUSTING

| | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|
| Aanschaffingswaarde per einde van het boekjaar ..................................... | 8192P | xxxxxxxxxxxxxxx | 6.044,73 |
| Mutaties tijdens het boekjaar | | | |
| Aanschaffingen, met inbegrip van de geproduceerde vaste activa ........... | 8162 | | |
| Overdrachten en buitengebruikstellingen ........................................... | 8172 | | |
| Overboeking van een post naar een andere ..................................(+)/(-) | 8182 | | |
| Aanschaffingswaarde per einde van het boekjaar........................................ | 8192 | 6.044,73 | |
| Meerwaarde per einde van het boekjaar ...................................................... | 8252P | xxxxxxxxxxxxxxx | |
| Mutaties tijdens het boekjaar | | | |
| Geboekt .......................................................... | 8212 | | |
| Verworven van derden .......................................... | 8222 | | |
| Afgeboekt ......................................................... | 8232 | | |
| Overgeboekt van een post naar een andere ...................................(+)/(-) | 8242 | | |
| Meerwaarde per einde van het boekjaar........................................................ | 8252 | | |
| Afschrijvingen en waardeverminderingen per einde van het boekjaar ...... | 8322P | xxxxxxxxxxxxxxx | 6.044,73 |
| Mutaties tijdens het boekjaar | | | |
| Geboekt .......................................................... | 8272 | | |
| Teruggenomen ...................................................... | 8282 | | |
| Verworven van derden .............................................. | 8292 | | |
| Afgeboekt na overdrachten en buitengebruikstellingen .......................... | 8302 | | |
| Overgeboekt van een post naar een andere ...................................(+)/(-) | 8312 | | |
| Afschrijvingen en waardeverminderingen per einde van het boekjaar ...... | 8322 | 6.044,73 | |
| NETTOBOEKWAARDE PER EINDE VAN HET BOEKJAAR ......................... | (23) | | |



| Nr. | 0455.240.893 | | VOL 5.4.1 |
|---|---|---|---|

## STAAT VAN DE FINANCIËLE VASTE ACTIVA

| | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|
| **VERBONDEN ONDERNEMINGEN - DEELNEMINGEN EN AANDELEN** | | | |
| Aanschaffingswaarde per einde van het boekjaar ............ | 8391P | xxxxxxxxxxxxxx | 9,00 |
| Mutaties tijdens het boekjaar | | | |
| Aanschaffingen............ | 8361 | 1.364.433,00 | |
| Overdrachten en buitengebruikstellingen ............ | 8371 | | |
| Overboeking van een post naar een andere ............(+)/(-) | 8381 | | |
| Aanschaffingswaarde per einde van het boekjaar ............ | 8391 | 1.364.442,00 | |
| Meerwaarde per einde van het boekjaar ............ | 8451P | xxxxxxxxxxxxxx | |
| Mutaties tijdens het boekjaar | | | |
| Geboekt ............ | 8411 | | |
| Verworven van derden ............ | 8421 | | |
| Afgeboekt ............ | 8431 | | |
| Overgeboekt van een post naar een andere ............(+)/(-) | 8441 | | |
| Meerwaarde per einde van het boekjaar............ | 8451 | | |
| Waardeverminderingen per einde van het boekjaar............ | 8521P | xxxxxxxxxxxxxx | 9,00 |
| Mutaties tijdens het boekjaar | | | |
| Geboekt ............ | 8471 | | |
| Teruggenomen ............ | 8481 | 9,00 | |
| Verworven van derden ............ | 8491 | | |
| Afgeboekt na overdrachten en buitengebruikstellingen ............ | 8501 | | |
| Overgeboekt van een post naar een andere ............(+)/(-) | 8511 | | |
| Waardeverminderingen per einde van het boekjaar............ | 8521 | | |
| Niet-opgevraagde bedragen per einde van het boekjaar............ | 8551P | xxxxxxxxxxxxxx | |
| Mutaties tijdens het boekjaar ............(+)/(-) | 8541 | | |
| Niet-opgevraagde bedragen per einde van het boekjaar............ | 8551 | | |
| **NETTOBOEKWAARDE PER EINDE VAN HET BOEKJAAR** ............ | (280) | 1.364.442,00 | |
| **VERBONDEN ONDERNEMINGEN - VORDERINGEN** | | | |
| **NETTOBOEKWAARDE PER EINDE VAN HET BOEKJAAR** ............ | 281P | xxxxxxxxxxxxxx | |
| Mutaties tijdens het boekjaar | | | |
| Toevoegingen ............ | 8581 | | |
| Terugbetalingen............ | 8591 | | |
| Geboekte waardeverminderingen ............ | 8601 | | |
| Teruggenomen waardeverminderingen ............ | 8611 | | |
| Wisselkoersverschillen ............(+)/(-) | 8621 | | |
| Overige mutaties ............(+)/(-) | 8631 | | |
| **NETTOBOEKWAARDE PER EINDE VAN HET BOEKJAAR** ............ | (281) | | |
| **GECUMULEERDE WAARDEVERMINDERINGEN OP VORDERINGEN PER EINDE BOEKJAAR** ............ | 8651 | | |



| Nr. | 0455.240.893 | | VOL 5.5.1 |
|-----|--------------|---|-----------|

## INLICHTINGEN OMTRENT DE DEELNEMINGEN

### DEELNEMINGEN EN MAATSCHAPPELIJKE RECHTEN IN ANDERE ONDERNEMINGEN

Hieronder worden de ondernemingen vermeld waarin de onderneming een deelneming bezit (opgenomen in de posten 280 en 282 van de activa), alsmede de andere ondernemingen waarin de onderneming maatschappelijke rechten bezit (opgenomen in de posten 284 en 51/53 van de activa) ten belope van ten minste 10 % van het geplaatste kapitaal.

| NAAM, volledig adres van de ZETEL en zo het een onderneming naar Belgisch recht betreft, het ONDERNEMINGSNUMMER | Aangehouden maatschappelijke rechten | | | Gegevens geput uit de laatst beschikbare jaarrekening | | | |
|---|---|---|---|---|---|---|---|
| | rechtstreeks | | doch-ters | Jaarrekening per | Munt-code | Eigen vermogen | Nettoresultaat |
| | Aantal | % | % | | | (+) of (-) *(in eenheden)* | |
| EQUIDUCT SYSTEMS LTD BO<br>St Mary Axe 70<br>EC3A8BE London<br>Verenigd Koninkrijk<br><br>GEWONE AANDELEN | 1 | 100,00 | 0,00 | 31/12/2010 | GBP | 1.120.014 | 27.411.398 |

| Nr. | 0455.240.893 | VOL 5.7 |

## STAAT VAN HET KAPITAAL EN DE AANDEELHOUDERSSTRUCTUUR

### STAAT VAN HET KAPITAAL

#### Maatschappelijk kapitaal

| | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|
| Geplaatst kapitaal per einde van het boekjaar.............................. | 100P | XXXXXXXXXXXXX | 128.526.848,90 |
| Geplaatst kapitaal per einde van het boekjaar.............................. | (100) | 133.145.679,92 | |

| | Codes | Bedragen | Aantal aandelen |
|---|---|---|---|
| Wijzigingen tijdens het boekjaar | | | |
| KAPITAALVERHOGING DD. 24/06/2010 | | 4.192.485,39 | 8.735.111 |
| INBRENG IN NATURA VAN SCHULDVORDERING | | 426.345,63 | 888.298 |
| Samenstelling van het kapitaal | | | |
| Soorten aandelen | | | |
| AANDELEN OP NAAM ZONDER NOMINALE WAARDE | | 133.145.679,92 | 58.700.896 |
| Aandelen op naam.......................... | 8702 | XXXXXXXXXXXXX | 58.700.896 |
| Aandelen aan toonder en/of gedematerialiseerde aandelen................ | 8703 | XXXXXXXXXXXXX | |

| | Codes | Niet-opgevraagd bedrag | Opgevraagd, niet-gestort bedrag |
|---|---|---|---|
| Niet-gestort kapitaal | | | |
| Niet-opgevraagd kapitaal ...................... | (101) | 5.000.000,00 | XXXXXXXXXXXXX |
| Opgevraagd, niet-gestort kapitaal ............... | 8712 | XXXXXXXXXXXXX | |
| Aandeelhouders die nog moeten volstorten | | | |
| Citadel Tactical Investments LLC | | 5.000.000,00 | |

| | Codes | Boekjaar |
|---|---|---|
| Eigen aandelen | | |
| Gehouden door de vennootschap zelf | | |
| Kapitaalbedrag ..................... | 8721 | |
| Aantal aandelen ..................... | 8722 | |
| Gehouden door haar dochters | | |
| Kapitaalbedrag ..................... | 8731 | |
| Aantal aandelen ..................... | 8732 | |
| Verplichtingen tot uitgifte van aandelen | | |
| Als gevolg van de uitoefening van CONVERSIERECHTEN | | |
| Bedrag van de lopende converteerbare leningen ..................... | 8740 | |
| Bedrag van het te plaatsen kapitaal ..................... | 8741 | |
| Maximum aantal uit te geven aandelen ..................... | 8742 | |
| Als gevolg van de uitoefening van INSCHRIJVINGSRECHTEN | | |
| Aantal inschrijvingsrechten in omloop ..................... | 8745 | 1.541.248 |
| Bedrag van het te plaatsen kapitaal ..................... | 8746 | 4.729.800,83 |
| Maximum aantal uit te geven aandelen ..................... | 8747 | 7.991.894 |
| Toegestaan, niet-geplaatst kapitaal ..................... | 8751 | |

| Nr. | 0455.240.893 |
|---|---|

VOL 5.7

## STAAT VAN HET KAPITAAL EN DE AANDEELHOUDERSSTRUCTUUR

| | Codes | Boekjaar |
|---|---|---|
| **Aandelen buiten kapitaal** | | |
| Verdeling | | |
| Aantal aandelen ....................................................... | 8761 | |
| Daaraan verbonden stemrecht ...................................... | 8762 | |
| Uitsplitsing van de aandeelhouders | | |
| Aantal aandelen gehouden door de vennootschap zelf ............... | 8771 | |
| Aantal aandelen gehouden door haar dochters ...................... | 8781 | |

**AANDEELHOUDERSSTRUCTUUR VAN DE ONDERNEMING OP DE DATUM VAN DE JAARAFSLUITING, ZOALS DIE BLIJKT UIT DE KENNISGEVINGEN DIE DE ONDERNEMING HEEFT ONTVANGEN**

Citadel Tactical Inv. LLC: 68,14%
Börse Berlin AG: 9,90%
Knight Capital Group: 15,38%
Remaining shareholders: 6,58%



| Nr. | 0455.240.893 | | VOL 5.9 |
|---|---|---|---|

## STAAT VAN DE SCHULDEN EN OVERLOPENDE REKENINGEN (PASSIVA)

| | Codes | Boekjaar |
|---|---|---|
| **UITSPLITSING VAN DE SCHULDEN MET EEN OORSPRONKELIJKE LOOPTIJD VAN MEER DAN EEN JAAR, NAARGELANG HUN RESTERENDE LOOPTIJD** | | |
| Schulden op meer dan één jaar die binnen het jaar vervallen | | |
| Financiële schulden .................................................................... | 8801 | |
| Achtergestelde leningen ....................................................... | 8811 | |
| Niet-achtergestelde obligatieleningen ................................. | 8821 | |
| Leasingschulden en soortgelijke schulden .......................... | 8831 | |
| Kredietinstellingen ............................................................... | 8841 | |
| Overige leningen .................................................................. | 8851 | |
| Handelsschulden ...................................................................... | 8861 | |
| Leveranciers ........................................................................ | 8871 | |
| Te betalen wissels ............................................................... | 8881 | |
| Ontvangen vooruitbetalingen op bestellingen ......................... | 8891 | |
| Overige schulden ...................................................................... | 8901 | |
| **Totaal der schulden op meer dan één jaar die binnen het jaar vervallen** ................................... | **(42)** | |
| Schulden met een resterende looptijd van meer dan één jaar doch hoogstens 5 jaar | | |
| Financiële schulden .................................................................... | 8802 | 3.244.126,94 |
| Achtergestelde leningen ....................................................... | 8812 | |
| Niet-achtergestelde obligatieleningen ................................. | 8822 | |
| Leasingschulden en soortgelijke schulden .......................... | 8832 | |
| Kredietinstellingen ............................................................... | 8842 | |
| Overige leningen .................................................................. | 8852 | 3.244.126,94 |
| Handelsschulden ...................................................................... | 8862 | |
| Leveranciers ........................................................................ | 8872 | |
| Te betalen wissels ............................................................... | 8882 | |
| Ontvangen vooruitbetalingen op bestellingen ......................... | 8892 | |
| Overige schulden ...................................................................... | 8902 | |
| **Totaal der schulden met een resterende looptijd van meer dan één jaar doch hoogstens 5 jaar** ................................... | **8912** | 3.244.126,94 |
| Schulden met een resterende looptijd van meer dan 5 jaar | | |
| Financiële schulden .................................................................... | 8803 | |
| Achtergestelde leningen ....................................................... | 8813 | |
| Niet-achtergestelde obligatieleningen ................................. | 8823 | |
| Leasingschulden en soortgelijke schulden .......................... | 8833 | |
| Kredietinstellingen ............................................................... | 8843 | |
| Overige leningen .................................................................. | 8853 | |
| Handelsschulden ...................................................................... | 8863 | |
| Leveranciers ........................................................................ | 8873 | |
| Te betalen wissels ............................................................... | 8883 | |
| Ontvangen vooruitbetalingen op bestellingen ......................... | 8893 | |
| Overige schulden ...................................................................... | 8903 | |
| **Totaal der schulden met een resterende looptijd van meer dan 5 jaar** ................................... | **8913** | |



| Nr. | 0455.240.893 | | VOL 5.9 |
|---|---|---|---|

**GEWAARBORGDE SCHULDEN** *(begrepen in de posten 17 en 42/48 van de passiva)*

| | Codes | Boekjaar |
|---|---|---|
| **Door Belgische overheidsinstellingen gewaarborgde schulden** | | |
| Financiële schulden ................................................................................ | 8921 | |
| Achtergestelde leningen ................................................................ | 8931 | |
| Niet-achtergestelde obligatieleningen ........................................ | 8941 | |
| Leasingschulden en soortgelijke schulden ................................ | 8951 | |
| Kredietinstellingen ........................................................................ | 8961 | |
| Overige leningen ............................................................................ | 8971 | |
| Handelsschulden .................................................................................. | 8981 | |
| Leveranciers .................................................................................... | 8991 | |
| Te betalen wissels ......................................................................... | 9001 | |
| Ontvangen vooruitbetalingen op bestellingen ................................... | 9011 | |
| Schulden met betrekking tot bezoldigingen en sociale lasten ............ | 9021 | |
| Overige schulden .................................................................................. | 9051 | |
| **Totaal door Belgische overheidsinstellingen gewaarborgde schulden** ... | 9061 | |
| **Schulden gewaarborgd door zakelijke zekerheden gesteld of onherroepelijk beloofd op activa van de onderneming** | | |
| Financiële schulden ................................................................................ | 8922 | |
| Achtergestelde leningen ................................................................ | 8932 | |
| Niet-achtergestelde obligatieleningen ........................................ | 8942 | |
| Leasingschulden en soortgelijke schulden ................................ | 8952 | |
| Kredietinstellingen ........................................................................ | 8962 | |
| Overige leningen ............................................................................ | 8972 | |
| Handelsschulden .................................................................................. | 8982 | |
| Leveranciers .................................................................................... | 8992 | |
| Te betalen wissels ......................................................................... | 9002 | |
| Ontvangen vooruitbetalingen op bestellingen ................................... | 9012 | |
| Schulden met betrekking tot belastingen, bezoldigingen en sociale lasten ... | 9022 | |
| Belastingen ..................................................................................... | 9032 | |
| Bezoldigingen en sociale lasten.................................................... | 9042 | |
| Overige schulden .................................................................................. | 9052 | |
| **Totaal der schulden gewaarborgd door zakelijke zekerheden gesteld of onherroepelijk beloofd op activa van de onderneming** ......... | 9062 | |
| **SCHULDEN MET BETREKKING TOT BELASTINGEN, BEZOLDIGINGEN EN SOCIALE LASTEN** | | |
| **Belastingen** *(post 450/3 van de passiva)* | | |
| Vervallen belastingschulden ................................................................ | 9072 | |
| Niet-vervallen belastingschulden ........................................................ | 9073 | 355,29 |
| Geraamde belastingschulden ............................................................... | 450 | |
| **Bezoldigingen en sociale lasten** *(post 454/9 van de passiva)* | | |
| Vervallen schulden ten aanzien van de Rijksdienst voor Sociale Zekerheid .......... | 9076 | |
| Andere schulden met betrekking tot bezoldigingen en sociale lasten ................. | 9077 | 30.754,98 |



| Nr. | 0455.240.893 | VOL 5.9 |
| --- | --- | --- |

## OVERLOPENDE REKENINGEN

**Uitsplitsing van de post 492/3 van de passiva indien daaronder een belangrijk bedrag voorkomt.**

| | Boekjaar |
| --- | --- |
| Auditkosten | 6.680,00 |
| Ereloon accountant | 3.550,00 |
| Intrest lening BSX | 152.895,80 |
| Neerlegging jaarrekening | 309,65 |
| Roerende voorheffing | 910,62 |

| Nr. | 0455.240.893 |
|-----|--------------|

VOL 5.10

## BEDRIJFSRESULTATEN

| | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|
| **BEDRIJFSOPBRENGSTEN** | | | |
| Netto-omzet | | | |
| Uitsplitsing per bedrijfscategorie | | | |
| Uitsplitsing per geografische markt | | | |
| Andere bedrijfsopbrengsten | | | |
| Exploitatiesubsidies en vanwege de overheid ontvangen compenserende bedragen ............................... | 740 | | |
| **BEDRIJFSKOSTEN** | | | |
| Werknemers ingeschreven in het personeelsregister | | | |
| Totaal aantal op de afsluitingsdatum ..................................... | 9086 | 1 | 1 |
| Gemiddeld personeelsbestand berekend in voltijdse equivalenten ................... | 9087 | 1,0 | 1,3 |
| Aantal daadwerkelijk gepresteerde uren ............................ | 9088 | 1.839 | 2.493 |
| Personeelskosten | | | |
| Bezoldigingen en rechtstreekse sociale voordelen ................... | 620 | 194.345,66 | 233.793,05 |
| Werkgeversbijdragen voor sociale verzekeringen ................... | 621 | 48.384,14 | 56.842,81 |
| Werkgeverspremies voor bovenwettelijke verzekeringen ........... | 622 | 14.487,63 | 14.677,96 |
| Andere personeelskosten ............................ | 623 | 1.615,30 | -3.542,03 |
| Ouderdoms- en overlevingspensioenen ............................ | 624 | | |
| Voorzieningen voor pensioenen en soortgelijke verplichtingen | | | |
| Toevoegingen (bestedingen en terugnemingen) ................... (+)/(-) | 635 | | |
| Waardeverminderingen | | | |
| Op voorraden en bestellingen in uitvoering | | | |
| Geboekt ............................ | 9110 | | |
| Teruggenomen ............................ | 9111 | | |
| Op handelsvorderingen | | | |
| Geboekt ............................ | 9112 | | |
| Teruggenomen ............................ | 9113 | 1.364.433,00 | 1.987,50 |
| Voorzieningen voor risico's en kosten | | | |
| Toevoegingen ............................ | 9115 | | |
| Bestedingen en terugnemingen ............................ | 9116 | | 308.898,94 |
| Andere bedrijfskosten | | | |
| Bedrijfsbelastingen en -taksen ............................ | 640 | 852,50 | |
| Andere ............................ | 641/8 | 2.013,47 | 77.916,74 |
| Uitzendkrachten en ter beschikking van de ondernemng gestelde personen | | | |
| Totaal aantal op de afsluitingsdatum ............................ | 9096 | | |
| Gemiddeld aantal berekend in voltijdse equivalenten ............ | 9097 | | |
| Aantal daadwerkelijk gepresteerde uren ............................ | 9098 | | |
| Kosten voor de onderneming ............................ | 617 | | |

| Nr. | 0455.240.893 | | VOL 5.11 |
|---|---|---|---|

## FINANCIËLE EN UITZONDERLIJKE RESULTATEN

| | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|
| **FINANCIËLE RESULTATEN** | | | |
| **Andere financiële opbrengsten** | | | |
| Door de overheid toegekende subsidies, aangerekend op de resultatenrekening | | | |
| Kapitaalsubsidies ........................................................... | 9125 | | |
| Interestsubsidies ........................................................... | 9126 | | |
| Uitsplitsing van de overige financiële opbrengsten | | | |
| Interesten bankrekening ................................................ | | 20.539,72 | 33.253,52 |
| Interesten termijnrekening ............................................. | | | 8.283,28 |
| Voordelige koersverschillen .......................................... | | 38.633,01 | |
| Overige intresten .......................................................... | | 10.735,26 | |
| **Afschrijvingen van kosten bij uitgifte van leningen en van disagio** .................. | 6501 | | |
| **Geactiveerde interesten** ...................................................... | 6503 | | |
| **Waardeverminderingen op vlottende activa** | | | |
| Geboekt .......................................................................... | 6510 | | |
| Teruggenomen ................................................................ | 6511 | | |
| **Andere financiële kosten** | | | |
| Bedrag van het disconto ten laste van de onderneming bij de verhandeling van vorderingen .......................................... | 653 | | |
| **Voorzieningen met financieel karakter** | | | |
| Toevoegingen ................................................................. | 6560 | | |
| Bestedingen en terugnemingen ..................................... | 6561 | | |
| Uitsplitsing van de overige financiële kosten | | | |
| NADELIGE KOERSVERSCHILLEN | | | 32.694,80 |
| BANKKOSTEN | | 3.136,36 | 3.669,48 |
| Betalingsverschillen | | | 0,51 |

| | Boekjaar |
|---|---|
| **UITZONDERLIJKE RESULTATEN** | |
| **Uitsplitsing van de andere uitzonderlijke opbrengsten** | |
| Vergoeding verzekering | 91,73 |
| Dading fiscale administratie | 1.039,69 |
| **Uitsplitsing van de andere uitzonderlijke kosten** | |

| Nr. | 0455.240.893 |
|-----|--------------|

| VOL 5.12 |
|----------|

## BELASTINGEN EN TAKSEN

### BELASTINGEN OP HET RESULTAAT

| | Codes | Boekjaar |
|---|---|---|
| Belastingen op het resultaat van het boekjaar .................................................................. | 9134 | |
| Verschuldigde of betaalde belastingen en voorheffingen | 9135 | 3.563,28 |
| Geactiveerde overschotten van betaalde belastingen en voorheffingen ........................... | 9136 | 3.563,28 |
| Geraamde belastingsupplementen .................................................................................... | 9137 | |
| Belastingen op het resultaat van vorige boekjaren ........................................................ | 9138 | |
| Verschuldigde of betaalde belastingsupplementen ........................................................... | 9139 | |
| Geraamde belastingsupplementen of belastingen waarvoor een voorziening werd gevormd ............... | 9140 | |

Belangrijkste oorzaken van de verschillen tussen de winst voor belastingen, zoals die blijkt uit de jaarrekening, en de geraamde belastbare winst

Invloed van de uitzonderlijke resultaten op de belastingen op het resultaat van het boekjaar

| | Codes | Boekjaar |
|---|---|---|
| Bronnen van belastinglatenties | | |
| Actieve latenties ............................................................................................................... | 9141 | 151.741.931,30 |
| Gecumuleerde fiscale verliezen die aftrekbaar zijn van latere belastbare winsten ............... | 9142 | 151.741.931,30 |
| Andere actieve latenties | | |
| Passieve latenties ............................................................................................................. | 9144 | |
| Uitsplitsing van de passieve latenties | | |

| | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|
| **BELASTINGEN OP DE TOEGEVOEGDE WAARDE EN BELASTINGEN TEN LASTE VAN DERDEN** | | | |
| In rekening gebrachte belasting op de toegevoegde waarde | | | |
| Aan de onderneming (aftrekbaar) ........................................................ | 9145 | 40.223,36 | 47.733,02 |
| Door de onderneming ....................................................................... | 9146 | | 938,51 |
| Ingehouden bedragen ten laste van derden als | | | |
| Bedrijfsvoorheffing ............................................................................ | 9147 | 73.803,96 | 84.369,46 |
| Roerende voorheffing ......................................................................... | 9148 | | |

| Nr. | 0455.240.893 | | VOL 5.13 |
|---|---|---|---|

## NIET IN DE BALANS OPGENOMEN RECHTEN EN VERPLICHTINGEN

| | Codes | Boekjaar |
|---|---|---|
| **DOOR DE ONDERNEMING GESTELDE OF ONHERROEPELIJK BELOOFDE PERSOONLIJKE ZEKERHEDEN ALS WAARBORG VOOR SCHULDEN OF VERPLICHTINGEN VAN DERDEN..** | 9149 | |
| Waarvan | | |
| Door de onderneming geëndosseerde handelseffecten in omloop .......................................... | 9150 | |
| Door de onderneming getrokken of door aval getekende handelseffecten ............................... | 9151 | |
| Maximumbedrag ten belope waarvan andere verplichtingen van derden door de onderneming zijn gewaarborgd ............................................................................................... | 9153 | |
| | | |
| **ZAKELIJKE ZEKERHEDEN** | | |
| Zakelijke zekerheden die door de onderneming op haar eigen activa werden gesteld of onherroepelijk beloofd als waarborg voor schulden en verplichtingen van de onderneming | | |
| Hypotheken | | |
| Boekwaarde van de bezwaarde activa ........................................................ | 9161 | |
| Bedrag van de inschrijving ................................................................... | 9171 | |
| Pand op het handelsfonds - Bedrag van de inschrijving ........................................ | 9181 | |
| Pand op andere activa - Boekwaarde van de in pand gegeven activa ............................. | 9191 | |
| Zekerheden op de nog door de onderneming te verwerven activa - Bedrag van de betrokken activa ....................................................................................... | 9201 | |
| Zakelijke zekerheden die door de onderneming op haar eigen activa werden gesteld of onherroepelijk beloofd als waarborg voor schulden en verplichtingen van derden | | |
| Hypotheken | | |
| Boekwaarde van de bezwaarde activa ........................................................ | 9162 | |
| Bedrag van de inschrijving ................................................................... | 9172 | |
| Pand op het handelsfonds - Bedrag van de inschrijving ........................................ | 9182 | |
| Pand op andere activa - Boekwaarde van de in pand gegeven activa ............................. | 9192 | |
| Zekerheden op de nog door de onderneming te verwerven activa - Bedrag van de betrokken activa ....................................................................................... | 9202 | |
| | | |
| **GOEDEREN EN WAARDEN GEHOUDEN DOOR DERDEN IN HUN NAAM MAAR TEN BATE EN OP RISICO VAN DE ONDERNEMING, VOOR ZOVER DEZE GOEDEREN EN WAARDEN NIET IN DE BALANS ZIJN OPGENOMEN** | | |
| **BELANGRIJKE VERPLICHTINGEN TOT AANKOOP VAN VASTE ACTIVA** | | |
| **BELANGRIJKE VERPLICHTINGEN TOT VERKOOP VAN VASTE ACTIVA** | | |
| **TERMIJNVERRICHTINGEN** | | |
| Gekochte (te ontvangen) goederen ............................................................... | 9213 | |
| Verkochte (te leveren) goederen ............................................................... | 9214 | |
| Gekochte (te ontvangen) deviezen ............................................................... | 9215 | |
| Verkochte (te leveren) deviezen ............................................................... | 9216 | |

**VERPLICHTINGEN VOORTVOEIEND UIT DE TECHNISCHE WAARBORGEN VERBONDEN AAN REEDS GEPRESTEERDE VERKOPEN OF DIENSTEN**

**BELANGRIJKE HANGENDE GESCHILLEN EN ANDERE BELANGRIJKE VERPLICHTINGEN**

A cash amount of EUR 637.000 has been pledged in favour of Börse Berlin AG to guarantee that Easdaq is able to indemnify Boerse Berlin for the amount of unrecovered project investment cost that LCH.Clearnet Ltd contractually can charge to Börse Berlin. Boerse Berlin entered into that contract on request of Easdaq . Boerse Berlin will be charged after the initial 3 year period of the contract in case the revenue that is generated at LCH.Clearnet Ltd through the transactions Equiduct sends to them for clearing, does not compensate the project investment cost of LCH.Clearnet Ltd. Currently the opinion of management is that there is a negligible chance that we shall have to pay anything at all.

| Nr. | 0455.240.893 | |
|-----|--------------|--|

| VOL 5.13 |
|----------|

## NIET IN DE BALANS OPGENOMEN RECHTEN EN VERPLICHTINGEN

**IN VOORKOMEND GEVAL, BEKNOPTE BESCHRIJVING VAN DE REGELING INZAKE HET AANVULLEND RUST- OF OVERLEVINGSPENSIOEN TEN BEHOEVE VAN DE PERSONEELS- OF DIRECTIELEDEN, MET OPGAVE VAN DE GENOMEN MAATREGELEN OM DE DAARUIT VOORTVLOEIENDE KOSTEN TE DEKKEN**

### PENSIOENEN DIE DOOR DE ONDERNEMING ZELF WORDEN GEDRAGEN

Geschat bedrag van de verplichtingen die voortvloeien uit reeds gepresteerd werk

Basis en wijze waarop dit bedrag wordt berekend

| Code | Boekjaar |
|------|----------|
| 9220 | |

### AARD EN ZAKELIJK DOEL VAN BUITENBALANS REGELINGEN

Mits de risico's of voordelen die uit dergelijke regeling voortvloeien van enige betekenis zijn en voor zover de openbaarmaking van dergelijke risico's of voordelen noodzakelijk is voor de beoordeling van de financiële positie van de vennootschap; indien vereist moeten de financiële gevolgen van deze regelingen voor de vennootschap eveneens worden vermeld:



| Nr. | 0455.240.893 | | | VOL 5.14 |

**BETREKKINGEN MET VERBONDEN ONDERNEMINGEN EN MET ONDERNEMINGEN WAARMEE EEN DEELNEMINGSVERHOUDING BESTAAT**

| | Codes | Boekjaar | Vorig boekjaar |
|---|---|---|---|
| **VERBONDEN ONDERNEMINGEN** | | | |
| Financiële vaste activa .................................................... | (280/1) | 1.364.442,00 | |
| Deelnemingen ........................................................ | (280) | 1.364.442,00 | |
| Achtergestelde vorderingen ................................... | 9271 | | |
| Andere vorderingen .............................................. | 9281 | | |
| Vorderingen op verbonden ondernemingen ..................... | 9291 | 58.025,02 | 154.616,00 |
| Op meer dan één jaar ........................................... | 9301 | | |
| Op hoogstens één jaar ......................................... | 9311 | 58.025,02 | 154.616,00 |
| Geldbeleggingen.......................................................... | 9321 | | |
| Aandelen .............................................................. | 9331 | | |
| Vorderingen ........................................................ | 9341 | | |
| Schulden...................................................................... | 9351 | 4.732.103,75 | 3.881.018,67 |
| Op meer dan één jaar ........................................... | 9361 | 3.244.126,94 | 3.244.126,94 |
| Op hoogstens één jaar ......................................... | 9371 | 1.487.976,81 | 636.891,73 |
| Persoonlijke en zakelijke zekerheden | | | |
| Door de onderneming gestelde of onherroepelijk beloofd als waarborg voor schulden of verplichtingen van verbonden ondernemingen ..................... | 9381 | | |
| Door verbonden ondernemingen gestelde of onherroepelijk beloofd als waarborg voor schulden of verplichtingen van de onderneming.................... | 9391 | | |
| Andere betekenisvolle financiële verplichtingen ............... | 9401 | | |
| Financiële resultaten | | | |
| Opbrengsten uit financiële vaste activa ..................... | 9421 | | |
| Opbrengsten uit vlottende activa ............................. | 9431 | | |
| Andere financiële opbrengsten ............................... | 9441 | | |
| Kosten van schulden ............................................. | 9461 | | 116.252,10 |
| Andere financiële kosten ....................................... | 9471 | | |
| Realisatie van vaste activa | | | |
| Verwezenlijkte meerwaarden .................................. | 9481 | | |
| Verwezenlijkte minderwaarden ............................... | 9491 | | |
| **ONDERNEMINGEN WAARMEE EEN DEELNEMINGSVERHOUDING BESTAAT** | | | |
| Financiële vaste activa .................................................... | (282/3) | | |
| Deelnemingen ........................................................ | (282) | | |
| Achtergestelde vorderingen ................................... | 9272 | | |
| Andere vorderingen .............................................. | 9282 | | |
| Vorderingen .................................................................. | 9292 | | |
| Op meer dan één jaar ........................................... | 9302 | | |
| Op hoogstens één jaar ......................................... | 9312 | | |
| Schulden...................................................................... | 9352 | | |
| Op meer dan één jaar ........................................... | 9362 | | |
| Op hoogstens één jaar ......................................... | 9372 | | |

| Nr. | 0455.240.893 | | VOL 5.14 |
|---|---|---|---|

**BETREKKINGEN MET VERBONDEN ONDERNEMINGEN EN MET ONDERNEMINGEN WAARMEE EEN DEELNEMINGSVERHOUDING BESTAAT**

TRANSACTIES MET VERBONDEN PARTIJEN BUITEN NORMALE MARKTVOORWAARDEN

Vermelding van dergelijke transacties indien zij van enige betekenis zijn, met opgave van het bedrag van deze transacties, de aard van de betrekking met de verbonden partij, alsmede andere informatie over de transacties die nodig is voor het verkrijgen van inzicht in de financiële positie van de vennootschap:



Boekjaar



| Nr. | 0455.240.893 | | VOL 5.15 |
|---|---|---|---|

## FINANCIËLE BETREKKINGEN MET

| | | Codes | Boekjaar |
|---|---|---|---|
| **BESTUURDERS EN ZAAKVOERDERS, NATUURLIJKE OF RECHTSPERSONEN DIE DE ONDERNEMING RECHTSTREEKS OF ONRECHTSTREEKS CONTROLEREN ZONDER VERBONDEN ONDERNEMINGEN TE ZIJN, OF ANDERE ONDERNEMINGEN DIE DOOR DEZE PERSONEN RECHTSTREEKS OF ONRECHTSTREEKS GECONTROLEERD WORDEN** | | | |
| **Uitstaande vorderingen op deze personen** | | 9500 | |
| Voorwaarden betreffende de uitstaande vorderingen | | | |
| **Waarborgen toegestaan in hun voordeel** | | 9501 | |
| Voornaamste voorwaarden van de toegestane waarborgen | | | |
| **Andere betekenisvolle verplichtingen aangegaan in hun voordeel** | | 9502 | |
| Voornaamste voorwaarden van deze verplichtingen | | | |
| **Rechtstreekse en onrechtstreekse bezoldigingen en ten laste van de resultatenrekening toegekende pensioenen, voor zover deze vermelding niet uitsluitend of hoofdzakelijk betrekking heeft op de toestand van een enkel identificeerbaar persoon** | | | |
| Aan bestuurders en zaakvoerders ................................................................ | | 9503 | |
| Aan oud-bestuurders en oud-zaakvoerders ................................................... | | 9504 | |

| | | Codes | Boekjaar |
|---|---|---|---|
| **DE COMMISSARIS(SEN) EN DE PERSONEN MET WIE HIJ (ZIJ) VERBONDEN IS (ZIJN)** | | | |
| **Bezoldiging van de commissaris(sen)** ......................................................... | | 9505 | 7.500,00 |
| **Bezoldiging voor uitzonderlijke werkzaamheden of bijzondere opdrachten uitgevoerd binnen de vennootschap door de commissaris(sen)** | | | |
| Andere controleopdrachten ........................................................................ | | 95061 | |
| Belastingadviesopdrachten ........................................................................ | | 95062 | |
| Andere opdrachten buiten de revisorale opdrachten ...................................... | | 95063 | 11.250,00 |
| **Bezoldiging voor uitzonderlijke werkzaamheden of bijzondere opdrachten uitgevoerd binnen de vennootschap door personen met wie de commissaris(sen) verbonden is (zijn)** | | | |
| Andere controleopdrachten ........................................................................ | | 95081 | |
| Belastingadviesopdrachten ........................................................................ | | 95082 | |
| Andere opdrachten buiten de revisorale opdrachten ...................................... | | 95083 | |

Vermeldingen in toepassing van het artikel 133, paragraaf 6 van het Wetboek van vennootschappen

| Nr. | 0455.240.893 | | VOL 5.17.1 |
|---|---|---|---|

## VERKLARING BETREFFENDE DE GECONSOLIDEERDE JAARREKENING

**INLICHTINGEN TE VERSTREKKEN DOOR ELKE ONDERNEMING DIE ONDERWORDEN IS AAN DE BEPALINGEN VAN HET WETBOEK VAN VENNOOTSCHAPPEN INZAKE DE GECONSOLIDEERDE JAARREKENING**

~~De onderneming heeft een geconsolideerde jaarrekening en een geconsolideerd jaarverslag opgesteld en openbaar gemaakt*~~

De onderneming heeft geen geconsolideerde jaarrekening en een geconsolideerd jaarverslag opgesteld, omdat zij daarvan vrijgesteld is om de volgende reden(en)*

De onderneming en haar dochterondernemingen overschrijden op geconsolideerde basis niet meer dan één van de in artikel 16 van het Wetboek van vennootschappen vermelde criteria*

~~De onderneming is zelf dochteronderneming van een moederonderneming die een geconsolideerde jaarrekening, waarin haar jaarrekening door consolidatie opgenomen is, opstelt en openbaar maakt*~~

In voorkomend geval, motivering dat aan alle voorwaarden tot vrijstelling, opgenomen in artikel 113, paragrafen 2 en 3 van het Wetboek van vennootschappen, is voldaan:

Naam, volledig adres van de zetel en, zo het een onderneming naar Belgisch recht betreft, het ondernemingsnummer van de moederonderneming die de geconsolideerde jaarrekening opstelt en openbaar maakt, op grond waarvan de vrijstelling is verleend:

**INLICHTINGEN DIE MOETEN WORDEN VERSTREKT DOOR DE ONDERNEMING INDIEN ZIJ DOCHTERONDERNEMING OF GEMEENSCHAPPELIJKE DOCHTERONDERNEMING IS**

Naam, volledig adres van de zetel en, zo het een onderneming naar Belgisch recht betreft, het ondernemingsnummer van de moederonderneming(en) en de aanduiding of deze moederonderneming(en) een geconsolideerde jaarrekening, waarin haar jaarrekening door consolidatie opgenomen is, opstelt (opstellen) en openbaar maakt (maken)**:

Indien de moederonderneming(en) (een) onderneming(en) naar buitenlands recht is (zijn), de plaats waar de hiervoor bedoelde geconsolideerde jaarrekening verkrijgbaar is**

---

\*    Schrappen wat niet van toepassing is.
\*\*   Wordt de jaarrekening van de onderneming op verschillende niveaus geconsolideerd, dan worden deze gegevens verstrekt, enerzijds voor het grootste geheel en anderzijds voor het kleinste geheel van ondernemingen waarvan de onderneming als dochter deel uitmaakt en waarvoor geconsolideerde jaarrekening wordt opgesteld en openbaar gemaakt.



| Nr. | 0455.240.893 | | VOL 6 |
|---|---|---|---|

## SOCIALE BALANS

Nummers van de paritaire comités die voor de onderneming bevoegd zijn:  218

### STAAT VAN DE TEWERKGESTELDE PERSONEN
### WERKNEMERS INGESCHREVEN IN HET PERSONEELSREGISTER

| Tijdens het boekjaar en het vorige boekjaar | Codes | 1. Voltijds (boekjaar) | 2. Deeltijds (boekjaar) | 3. Totaal (T) of totaal in voltijdse equivalenten (VTE) (boekjaar) | 3P. Totaal (T) of totaal in voltijdse equivalenten (VTE) (vorig boekjaar) |
|---|---|---|---|---|---|
| Gemiddeld aantal werknemers .............. | 100 | 1,0 | | 1,0    (VTE) | 1,3    (VTE) |
| Aantal daadwerkelijke gepresteerde uren | 101 | 1.839 | | 1.839    (T) | 2.493    (T) |
| Personeelskosten ................................. | 102 | 258.832,73 | | 258.832,73  (T) | 301.771,79  (T) |
| Bedrag van de voordelen bovenop het loon ........................................................ | 103 | xxxxxxxxxxxxxxx | xxxxxxxxxxxxxxx | (T) | (T) |

| Op de afsluitingsdatum van het boekjaar | Codes | 1. Voltijds | 2. Deeltijds | 3. Totaal in voltijdse equivalenten |
|---|---|---|---|---|
| Aantal werknemers ingeschreven in het personeelsregister ...................................... | 105 | 1 | | 1,0 |
| Volgens de aard van de arbeidsovereenkomst | | | | |
| Overeenkomst voor een onbepaalde tijd ......................... | 110 | 1 | | 1,0 |
| Overeenkomst voor een bepaalde tijd ........................... | 111 | | | |
| Overeenkomst voor een duidelijk omschreven werk ........ | 112 | | | |
| Vervangingsovereenkomst ........................... | 113 | | | |
| Volgens het geslacht en het studieniveau | | | | |
| Mannen ........................................................ | 120 | 1 | | 1,0 |
| lager onderwijs ............................... | 1200 | | | |
| secundair onderwijs ...................... | 1201 | | | |
| hoger niet-universitair onderwijs ........................... | 1202 | | | |
| universitair onderwijs ................................ | 1203 | 1 | | 1,0 |
| Vrouwen ...................................................... | 121 | | | |
| lager onderwijs ............................... | 1210 | | | |
| secundair onderwijs ...................... | 1211 | | | |
| hoger niet-universitair onderwijs ........................... | 1212 | | | |
| universitair onderwijs ................................ | 1213 | | | |
| Volgens de beroepscategorie | | | | |
| Directiepersoneel ................................... | 130 | | | |
| Bedienden ................................................. | 134 | 1 | | 1,0 |
| Arbeiders ................................................... | 132 | | | |
| Andere ...................................................... | 133 | | | |

| Nr. | 0455.240.893 |
|---|---|

VOL 6

## UITZENDKRACHTEN EN TER BESCHIKKING VAN DE ONDERNEMING GESTELDE PERSONEN

| Tijdens het boekjaar | Codes | 1. Uitzendkrachten | 2. Ter beschikking van de onderneming gestelde personen |
|---|---|---|---|
| Gemiddeld aantal tewerkgestelde personen .......................................................... | 150 | | |
| Aantal daadwerkelijk gepresteerde uren ........................................................ | 151 | | |
| Kosten voor de onderneming ........................................................................ | 152 | | |

## TABEL VAN HET PERSONEELSVERLOOP TIJDENS HET BOEKJAAR

### INGETREDEN

| | Codes | 1. Voltijds | 2. Deeltijds | 3. Totaal in voltijdse equivalenten |
|---|---|---|---|---|
| Aantal werknemers die tijdens het boekjaar in het personeelsregister werden ingeschreven ............................ | 205 | | | |
| **Volgens de aard van de arbeidsovereenkomst** | | | | |
| Overeenkomst voor een onbepaalde tijd ............................ | 210 | | | |
| Overeenkomst voor een bepaalde tijd ................................ | 211 | | | |
| Overeenkomst voor een duidelijk omschreven werk .......... | 212 | | | |
| Vervangingsovereenkomst ................................................... | 213 | | | |

### UITGETREDEN

| | Codes | 1. Voltijds | 2. Deeltijds | 3. Totaal in voltijdse equivalenten |
|---|---|---|---|---|
| Aantal werknemers met een in het personeelsregister opgetekende datum waarop hun overeenkomst tijdens het boekjaar een einde nam ............................................... | 305 | | | |
| **Volgens de aard van de arbeidsovereenkomst** | | | | |
| Overeenkomst voor een onbepaalde tijd ............................ | 310 | | | |
| Overeenkomst voor een bepaalde tijd ................................ | 311 | | | |
| Overeenkomst voor een duidelijk omschreven werk .......... | 312 | | | |
| Vervangingsovereenkomst ................................................... | 313 | | | |
| **Volgens de reden van beëindiging van de overeenkomst** | | | | |
| Pensioen ............................................................................... | 340 | | | |
| Brugpensioen ....................................................................... | 341 | | | |
| Afdanking .............................................................................. | 342 | | | |
| Andere reden ........................................................................ | 343 | | | |
| Waarvan:  het aantal werknemers dat als zelfstandige ten minste op halftijdse basis diensten blijft verlenen aan de onderneming ................... | 350 | | | |

| Nr. | 0455.240.893 | | | VOL 6 |

## INLICHTINGEN OVER DE OPLEIDING VOOR DE WERKNEMERS TIJDENS HET BOEKJAAR

| | Codes | Mannen | Codes | Vrouwen |
|---|---|---|---|---|
| **Totaal van de formele voortgezette beroepsopleidingsinitiatieven ten laste van de werkgever** | | | | |
| Aantal betrokken werknemers ................................ | 5801 | | 5811 | |
| Aantal gevolgde opleidingsuren ................................ | 5802 | | 5812 | |
| Nettokosten voor de onderneming ................................ | 5803 | | 5813 | |
| waarvan brutokosten rechtstreeks verbonden met de opleiding .......... | 58031 | | 58131 | |
| waarvan betaalde bijdragen en stortingen aan collectieve fondsen ..... | 58032 | | 58132 | |
| waarvan ontvangen tegemoetkomingen (in mindering).. ................ | 58033 | | 58133 | |
| **Totaal van de minder formele en informele voortgezette beroeps-opleidingsinitiatieven ten laste van de werkgever** | | | | |
| Aantal betrokken werknemers ................................ | 5821 | | 5831 | |
| Aantal gevolgde opleidingsuren ................................ | 5822 | | 5832 | |
| Nettokosten voor de onderneming ................................ | 5823 | | 5833 | |
| **Totaal van de initiële beroepsopleidingsinitiatieven ten laste van de werkgever** | | | | |
| Aantal betrokken werknemers ................................ | 5841 | | 5851 | |
| Aantal gevolgde opleidingsuren ................................ | 5842 | | 5852 | |
| Nettokosten voor de onderneming ................................ | 5843 | | 5853 | |

| Nr. | 0455.240.893 | | VOL 7 |
|---|---|---|---|

# WAARDERINGSREGELS

Samenvatting van de waarderingsregels

## I. Beginsel

De waarderingsregels zijn opgesteld in lijn met de Internationale Boekhoudstandaarden, voor zover deze niet in strijd zijn met de bepalingen van het Belgisch Koninklijk Besluit van 30 januari 2001 tot uitvoering van het Wetboek van vennootschappen.

## II. Bijzondere regels

Oprichtingskosten:
---------------
Worden onmiddellijk ten laste genomen van het resultaat van het boekjaar.

Immateriële vaste activa:
---------------
De immateriële vaste activa die door derden werden ontwikkeld worden geboekt tegen aanschaffingsprijs en afgeschreven over de verwachte levensduur, of gewaardeerd aan de geschatte marktwaarde indien lager. Afschrijvingen worden geboekt volgens de 'pro rata temporis' regeling, vanaf het moment dat de activa in productie worden genomen.
De afschrijvingen gebeuren lineair volgens volgende percentages:
- Licenties   33.33%
- Software   33.33%
De kosten in verband met immateriele vaste activa die door de vennootschap zelf of de met haar verbonden vennootschappen worden ontwikkeld, worden onmiddellijk ten laste genomen van het resultaat van het boekjaar waarin ze werden gemaakt.

Materiële vaste activa:
---------------
Materiële vaste activa worden ten laste genomen tegen kostprijs en afgeschreven over de verwachte levensduur, of gewaardeerd aan de geschatte marktwaarde indien lager.
Afschrijvingen worden geboekt volgens de 'pro rata temporis' regeling, vanaf het moment van aanschaf.
De afschrijvingen gebeuren lineair volgens volgende percentages:
- Kantoorbenodigdheden  25%
- Computers (hardware)  33.33%
- Kantoormeubels   20%
- Verbouwingswerken   33.33%

Financiële Vaste Activa:
---------------
Financiële Vaste Activa worden gewaardeerd tegen aanschaffingswaarde. Waardeverminderingen worden toegekend in geval van permanente dalingen van de waarde ten overstaanvan de boekwaard, gejustifieerd door de financiële positie, winstgevensheid en vooruitzichten van de activiteiten van de dochteronderneming. Deze waardeverminderingen zullen worden tegengedraaid in het geval een permanente stijging in waarde wordt vastgesteld.

Handelsvorderingen:
---------------
Worden gewaardeerd aan nominale waarde. Provisies zullen worden aangelegd op een individuele basis in het geval een betaling, geheel of gedeeltelijk, wordt beschouwd als onzeker of twijfelachtig.

Liquide middelen:
---------------
Worden gewaardeerd aan nominale waarde.

Aandelenopties plan:
---------------
De vennootschap beschikt over een stock option plan onder dewelke aandelenopties worden toegekend aan de leden van de Raad van Bestuur, alsook aan consultants en personeel in sleutelposities van de vennootschap.

Voorzieningen voor risico's en kosten:
---------------
Geïndividualiseerde voorzieningen zullen worden aangelegd teneinde duidelijk omschreven verliezen of kosten te dekken, die op balansdatum waarschijnlijk of zeker zijn, maar waarvan het bedrag niet volstaat. Rekening wordt gehouden met alle voorzienbare risico's, mogelijke verliezen en ontwaardingen, ontstaan tijdens het boekjaar of voorgaande boekjaren, zelfs indien slechts gekend tussen balansdatum en ogenblik waarop het bestuursorgaan de jaarrekening opstelt.

Schulden op meer dan één jaar of op minder dan één jaar:
---------------
Worden gewaardeerd aan nominale waarde.



| Nr. | 0455.240.893 | | VOL 7 |
|---|---|---|---|

## WAARDERINGSREGELS

Wisselkoersverschillen:
_____

Transacties uitgevoerd in vreemde munten (andere dan de EUR) worden omgerekend naar
de EUR tegen een maandelijkse vaste wisselkoers. Gerealiseerde wisselkoersverschillen
worden geboekt als inkomsten of kosten op het moment dat ze zich voordoen.

Revenue Recognition:
_____

Inkomsten worden herkend over de periode dat de diensten werden uitgevoerd.

Hoewel de Raad besliste om de waarde van de immateriële vaste activa (en meer bepaald van het verhandelingsplatform) op 1,00 Euro
te zetten uit voorzichtigheidsoverwegingen, moet dit niet geïnterpreteerd worden als een reflectie van de eigenlijke waarde van de
immateriële activa van de vennootschap en haar verhandelingsplatform.

Overige schulden
_____

De overige schulden op korte termijn die momenteel in de jaarrekening voor het boekjaar met einde 31/12/2010 zijn opgenomen hebben
betrekking op een schuld ten aanzien van Borse Berlin AG en zijn niet terugbetaalbaar in cash, maar kunnen enkel aangewend worden
door Borse Berlin AG voor een conversie in aandelen.

| 40 | | | | 1 | EUR | |
|---|---|---|---|---|---|---|
| Nr. | Date of the deposition | No.  0455.240.893 | PP. | E. | D. | C 1.1 |

## ANNUAL ACCOUNT IN EURO (2 decimals)

NAME:   EASDAQ

Legal form: PLC

Address: LEI                                                                      Nr.:  19 Box 11

Postal Code:  3000                    City: Leuven

Country:  Belgium

Register of Legal Persons (RLP) - Office of the commercial court at:   Leuven

Internet address *:

Company number:    | 0455.240.893 |

DATE    | 7/07/2010 |   of the deposition of the partnership deed OR of the most recent document mentioning the date of publication of the partnership deed and the act changing the articles of association.

| ANNUAL ACCOUNT approved by the General Meeting of | | 23/06/2011 | | |
|---|---|---|---|---|
| concerning the financial year covering the period from | 1/01/2010 | till | 31/12/2010 | |
| Previous period from | 1/01/2009 | till | 31/12/2009 | |

The amounts of the previous financial year  are  / ~are not~ ** identical to those which have been previously published.

COMPLETE LIST WITH name, first name, profession, residence-address (address, number, postal code, municipality) and position with the enterprise, OF DIRECTORS, MANAGERS AND AUDITORS

**ERNST & YOUNG BEDRIJFSREVISOREN    CALL   0446.334.711**

De Kleetlaan 2, 1831 Diegem, Belgium

Title : Auditor, Number of membership : B00160

Mandate : 24/06/2010- 27/06/2013

Represented by:

   VAN STEENVOORT Marc

   Steenweg op Blaasveld 96 , 2801 Heffen, Belgium

   Auditor

   Number of membership : A01159

**PEETERS Josephus Bonifacius**

haachtstraat 136, box A, 3020 Herent, Belgium

Title : Director

Mandate : 22/06/2006- 25/06/2015

**FISCHER Artur Klaus**

Jänickstrasse 121, 14167 Berlin, Germany

Title : Director

Mandate : 25/09/2007- 25/06/2015

Enclosed to these annual accounts:

| Total number of pages deposited: | 29 | Number of the pages of the standard form not deposited for not being |
|---|---|---|
| of service: | 5.1, 5.2.1, 5.2.3, 5.2.4, 5.3.1, 5.3.3, 5.3.4, 5.3.5, 5.3.6, 5.4.2, 5.4.3, 5.5.2, 5.6, 5.8, 5.16, 5.17.2, 7, 8, 9 | |

| Signature (name and position) | Signature (name and position) |
|---|---|
| FISCHER Arthur Klaus Alfred | |

* Optional statement.

| Nr. | 0455.240.893 | | C 1.1 |

**LIST OF DIRECTORS, MANAGERS AND AUDITORS** (continuation of the previous page)

**MANNION Martin**

N.Marshfield Ave. 3920, 60613 IL Chicago, United States of America

Title : Director

Mandate : 7/08/2009- 25/06/2015

**EISENBEIS William Henry**

5th Ave. Apt. 8B, box 980, 10075-0 New-York, United States of America

Title : Director

Mandate : 7/08/2009- 7/06/2010

**CASINA Matteo**

Tulse Hill 82, SW2 2PU London, United Kingdom

Title : Director

Mandate : 7/08/2009- 25/06/2015

**DEMOLIERE Serge Paul Ehrhard**

August-Viktoriastrasse 99 Berlin, Germany

Title : Director

Mandate : 7/08/2009- 25/06/2015

**KEE-MENG Tan**

Wolseley Road 25, N8 8RS London, United Kingdom

Title : Director

Mandate : 24/06/2010

**LEICHENKO Stuart**

3100 N Sheridan Road 5, box C, IL 6065 Chicago, United States of America

Title : Director

Mandate : 7/06/2010

| Nr. | 0455.240.893 | | C 1.2 |
|-----|--------------|---|-------|

## DECLARATION ABOUT SUPPLEMENTARY AUDITING OR ADJUSTMENT MISSION

The managing board declares that the assignment neither regarding auditing nor adjusting has been given to a person who was not authorised by law pursuant to art. 34 and 37 of the Law of 22nd April 1999 concerning the auditing and tax professions.

The annual accounts  ~~have~~/ have not * been audited or adjusted by an external accountant or auditor who is not a statutory auditor.

If YES, mention here after: name, first names, profession, residence-address of each external accountant or auditor, the number of membership with the professional institute ad hoc and the nature of this engagement:

    A. Bookkeeping of the undertaking**,
    B. Preparing the annual accounts**,
    C. Auditing the annual accounts and/or
    D. Adjusting the annual accounts.

If the assignment mentioned either under A or B is performed by authorised accountants or authorised accountants-tax consultants, information will be given on: name, first names, profession and residence-address of each authorised accountant or accountant-tax consultant, his number of membership with the Professional Institute of Accountants and Tax consultants and the nature of this engagement.

| Name, first name, profession, residence-address | Number of membership | Nature of the engagement (A, B, C and/or D) |
|--------------------------------------------------|----------------------|---------------------------------------------|
| ACCOUNTING & TAX PARTNERS BVBA        0475.026.024<br>Industrieweg 4 , box 5, 3001 Heverlee, Belgium<br>Title : External accountant | 221955-N-01 | A B |

---

*    Delete where appropriate.
**   Optional disclosure.

| Nr. | 0455.240.893 | | C 2.1 |

# BALANCE SHEET

| ASSETS | Notes | Codes | Period | Previous period |
|---|---|---|---|---|
| FIXED ASSETS ............................................ | | 20/28 | 1.415.691,17 | 256.561,97 |
| Formation expenses ............................. | 5.1 | 20 | | |
| Intangible fixed assets ...................... | 5.2 | 21 | 51.249,17 | 256.561,97 |
| Tangible fixed assets ......................... | 5.3 | 22/27 | | |
| Land and buildings ............................ | | 22 | | |
| Plant, machinery and equipment ..................... | | 23 | | |
| Furniture and vehicles .......................... | | 24 | | |
| Leasing and other similar rights ............. | | 25 | | |
| Other tangible fixed assets ................ | | 26 | | |
| Assets under construction and advance payments ........... | | 27 | | |
| Financial fixed assets ......................... | 5.4/ 5.5.1 | 28 | 1.364.442,00 | |
| Affiliated enterprises ......................... | 5.14 | 280/1 | 1.364.442,00 | |
| Participating interests ...................... | | 280 | 1.364.442,00 | |
| Amounts receivable ........................ | | 281 | | |
| Other enterprises linked by participating interests ........... | 5.14 | 282/3 | | |
| Participating interests ...................... | | 282 | | |
| Amounts receivable ........................ | | 283 | | |
| Other financial assets ...................... | | 284/8 | | |
| Shares ............................................... | | 284 | | |
| Amounts receivable and cash guarantees ............ | | 285/8 | | |
| CURRENT ASSETS ............................... | | 29/58 | 4.845.802,22 | 5.821.329,14 |
| Amounts receivable after more than one year ............ | | 29 | | |
| Trade debtors ................................... | | 290 | | |
| Other amounts receivable ............... | | 291 | | |
| Stocks and contracts in progress .......... | | 3 | | |
| Stocks ............................................. | | 30/36 | | |
| Raw materials and consumables ............ | | 30/31 | | |
| Work in progress .............................. | | 32 | | |
| Finished goods ............................... | | 33 | | |
| Goods purchased for resale ............. | | 34 | | |
| Immovable property intended for sale ........ | | 35 | | |
| Advance payments ......................... | | 36 | | |
| Contracts in progress ..................... | | 37 | | |
| Amounts receivable within one year ........... | 5.5.1/ 5.6 | 40/41 | 926.321,52 | 2.724.427,36 |
| Trade debtors ................................. | | 40 | 75.017,34 | 18.417,05 |
| Other amounts receivable ............... | | 41 | 851.304,18 | 2.706.010,31 |
| Current investments ...................... | | 50/53 | | |
| Own shares ................................... | | 50 | | |
| Other investments and deposits ........ | | 51/53 | | |
| Cash at bank and in hand ................ | | 54/58 | 3.869.999,38 | 3.055.703,44 |
| Deferred charges and accrued income ........... | 5.6 | 490/1 | 49.481,32 | 41.198,34 |
| TOTAL ASSETS ............................... | | 20/58 | 6.261.493,39 | 6.077.891,11 |

| Nr. | 0455.240.893 | | C 2.1 |
|---|---|---|---|

# BALANCE SHEET

| | Notes | Codes | Period | Previous period |
|---|---|---|---|---|
| **ASSETS** | | | | |
| FIXED ASSETS ................................................ | | 20/28 | 1.415.691,17 | 256.561,97 |
| Formation expenses  ................................... | 5.1 | 20 | | |
| Intangible fixed assets  ............................ | 5.2 | 21 | 51.249,17 | 256.561,97 |
| Tangible fixed assets  ............................... | 5.3 | 22/27 | | |
| Land and buildings ...................................... | | 22 | | |
| Plant, machinery and equipment ...................... | | 23 | | |
| Furniture and vehicles ................................ | | 24 | | |
| Leasing and other similar rights ................... | | 25 | | |
| Other tangible fixed assets  ...................... | | 26 | | |
| Assets under construction and advance payments ......... | | 27 | | |
| | 5.4/ | | | |
| Financial fixed assets  ............................. | 5.5.1 | 28 | 1.364.442,00 | |
| Affiliated enterprises  ................................ | 5.14 | 280/1 | 1.364.442,00 | |
| Participating interests  ......................... | | 280 | 1.364.442,00 | |
| Amounts receivable  .............................. | | 281 | | |
| Other enterprises linked by participating interests ........... | 5.14 | 282/3 | | |
| Participating interests  ......................... | | 282 | | |
| Amounts receivable  .............................. | | 283 | | |
| Other financial assets  ............................ | | 284/8 | | |
| Shares  ................................................ | | 284 | | |
| Amounts receivable and cash guarantees ................ | | 285/8 | | |
| CURRENT ASSETS ......................................... | | 29/58 | 4.845.802,22 | 5.821.329,14 |
| Amounts receivable after more than one year ................... | | 29 | | |
| Trade debtors  ........................................ | | 290 | | |
| Other amounts receivable  ...................... | | 291 | | |
| Stocks and contracts in progress  ............... | | 3 | | |
| Stocks  ................................................ | | 30/36 | | |
| Raw materials and consumables  ............... | | 30/31 | | |
| Work in progress  ............................... | | 32 | | |
| Finished goods  .................................... | | 33 | | |
| Goods purchased for resale  .................... | | 34 | | |
| Immovable property intended for sale ...................... | | 35 | | |
| Advance payments  ............................... | | 36 | | |
| Contracts in progress  ............................. | | 37 | | |
| | 5.5.1/ | | | |
| Amounts receivable within one year ...................... | 5.6 | 40/41 | 926.321,52 | 2.724.427,36 |
| Trade debtors  ........................................ | | 40 | 75.017,34 | 18.417,05 |
| Other amounts receivable  ...................... | | 41 | 851.304,18 | 2.706.010,31 |
| Current investments  ............................... | | 50/53 | | |
| Own shares  ........................................... | | 50 | | |
| Other investments and deposits  ................ | | 51/53 | | |
| Cash at bank and in hand  ......................... | | 54/58 | 3.869.999,38 | 3.055.703,44 |
| Deferred charges and accrued income ................. | 5.6 | 490/1 | 49.481,32 | 41.198,34 |
| **TOTAL ASSETS** ......................................... | | 20/58 | 6.261.493,39 | 6.077.891,11 |

| Nr. | 0455.240.893 |
| --- | --- |

C 1.2

## DECLARATION ABOUT SUPPLEMENTARY AUDITING OR ADJUSTMENT MISSION

The managing board declares that the assignment neither regarding auditing nor adjusting has been given to a person who was not authorised by law pursuant to art. 34 and 37 of the Law of 22nd April 1999 concerning the auditing and tax professions.

The annual accounts  ~~have~~/ have not *  been audited or adjusted by an external accountant or auditor who is not a statutory auditor.

If YES, mention here after: name, first names, profession, residence-address of each external accountant or auditor, the number of membership with the professional Institute ad hoc and the nature of this engagement:

      A. Bookkeeping of the undertaking**,
      B. Preparing the annual accounts**,
      C. Auditing the annual accounts and/or
      D. Adjusting the annual accounts.

If the assignment mentioned either under A or B is performed by authorised accountants or authorised accountants-tax consultants, information will be given on: name, first names, profession and residence-address of each authorised accountant or accountant-tax consultant, his number of membership with the Professional Institute of Accountants and Tax consultants and the nature of this engagement.

| Name, first name, profession, residence-address | Number of membership | Nature of the engagement (A, B, C and/or D) |
| --- | --- | --- |
| ACCOUNTING & TAX PARTNERS BVBA     0475.026.024<br>Industrieweg 4 , box 5, 3001 Heverlee, Belgium<br>Title : External accountant | 221955-N-01 | A B |

---

*   Delete where appropriate

| Nr. | 0455.240.893 | | | C 2.2 |
|-----|------|---|---|------|

| EQUITY AND LIABILITIES | Notes | Codes | Period | Previous period |
|---|---|---|---|---|
| EQUITY ................................................ | | 10/15 | 1.085.298,10 | -498.394,58 |
| Capital ............................................ | 5.7 | 10 | 128.145.679,92 | 118.526.848,90 |
| Issued capital ............................... | | 100 | 133.145.679,92 | 128.526.848,90 |
| Uncalled capital ........................... | | 101 | 5.000.000,00 | 10.000.000,00 |
| Share premium account ...................... | | 11 | | |
| Revaluation surpluses ...................... | | 12 | | |
| Reserves ...................................... | | 13 | | |
| Legal reserve ............................... | | 130 | | |
| Reserves not available .................... | | 131 | | |
| In respect of own shares held ......... | | 1310 | | |
| Other ........................................ | | 1311 | | |
| Untaxed reserves .......................... | | 132 | | |
| Available reserves ........................ | | 133 | | |
| Accumulated profits (losses) ............(+)/(-) | | 14 | -127.060.381,82 | -119.025.243,48 |
| Investment grants ........................... | | 15 | | |
| Advance to associates on the sharing out of the assets | | 19 | | |
| PROVISIONS AND DEFERRED TAXES ...... | | 16 | | |
| Provisions for liabilities and charges ...... | | 160/5 | | |
| Pensions and similar obligations .......... | | 160 | | |
| Taxation ...................................... | | 161 | | |
| Major repairs and maintenance ........... | | 162 | | |
| Other liabilities and charges ............. | 5.8 | 163/5 | | |
| Deferred taxes .............................. | | 168 | | |
| AMOUNTS PAYABLE ........................ | | 17/49 | 5.176.195,29 | 6.576.285,69 |
| Amounts payable after more than one year ...... | 5.9 | 17 | 3.244.126,94 | 3.244.126,94 |
| Financial debts ............................. | | 170/4 | 3.244.126,94 | 3.244.126,94 |
| Subordinated loans ........................ | | 170 | | |
| Unsubordinated debentures .............. | | 171 | | |
| Leasing and other similar obligations .... | | 172 | | |
| Credit institutions ........................ | | 173 | | |
| Other loans ................................. | | 174 | 3.244.126,94 | 3.244.126,94 |
| Trade debts ................................. | | 175 | | |
| Suppliers ................................... | | 1750 | | |
| Bills of exchange payable ............... | | 1751 | | |
| Advances received on contracts in progress ...... | | 176 | | |
| Other amounts payable ................... | | 178/9 | | |
| Amounts payable within one year ........... | | 42/48 | 1.767.722,27 | 3.273.570,12 |
| Current portion of amounts payable after more than one year falling due within one year.... | 5.9 | 42 | | |
| Financial debts ............................. | | 43 | | |
| Credit institutions ........................ | | 430/8 | | |
| Other loans ................................. | | 439 | | |
| Trade debts.................................. | | 44 | 1.662.957,63 | 315.405,53 |
| Suppliers ................................... | | 440/4 | 1.662.957,63 | 315.405,53 |
| Bills of exchange payable................. | | 441 | | |
| Advances received on contracts in progress | | 46 | | |
| Taxes, remuneration and social security ...... | 5.9 | 45 | 31.110,27 | 2.458.164,59 |
| Taxes ........................................ | | 450/3 | 355,29 | 2.427.190,68 |
| Remuneration and social security ....... | | 454/9 | 30.754,98 | 30.973,91 |
| Other amounts payable ................... | | 47/48 | 73.654,37 | 500.000,00 |
| Accrued charges and deferred income ...... | 5.9 | 492/3 | 164.346,08 | 58.588,63 |
| TOTAL LIABILITIES ........................ | | 10/49 | 6.261.493,39 | 6.077.891,11 |

| Nr. | 0455.240.893 | | | C 3 |
|---|---|---|---|---|

# INCOME STATEMENT

| | Notes | Codes | Period | Previous period |
|---|---|---|---|---|
| **Operating income** ......................................... | 5.10 | 70/74 | 50.604,03 | 308.675,94 |
| Turnover ..................................................... | | 70 | 27.029,77 | |
| Increase (decrease) in stocks of finished goods, work and contracts in progress .........(+)/(-) | | 71 | | |
| Own construction capitalised ............................... | | 72 | | |
| Other operating income ................................... | | 74 | 23.574,26 | 308.675,94 |
| **Operating charges** ..................................... | | 60/64 | 8.046.706,64 | 8.579.378,00 |
| Raw materials, consumables ............................... | | 60 | | |
| Purchases ................................................ | | 600/8 | | |
| Decrease (increase) in stocks ...................(+)/(-) | | 609 | | |
| Services and other goods ................................ | | 61 | 8.944.128,14 | 8.304.532,99 |
| Remuneration, social security costs and pensions ....(+)/(-) | 5.10 | 62 | 258.832,73 | 301.771,79 |
| Depreciation of and amounts written off formation expenses, intangible and tangible fixed assets ................. | | 630 | 205.312,80 | 206.042,92 |
| Amounts written down stocks, contracts in progress and trade debtors - Appropriations (write-backs) ...........(+)/(-) | 5.10 | 631/4 | -1.364.433,00 | -1.987,50 |
| Provisions for risks and charges - Appropriations (uses and write-backs) .........................................(+)/(-) | 5.10 | 635/7 | | -308.898,94 |
| Other operating charges .................................... | 5.10 | 640/8 | 2.865,97 | 77.916,74 |
| Operation charges carried to assets as restructuring costs ........................................................ (-) | | 649 | | |
| **Operating profit (loss)** .........................(+)/(-) | | 9901 | -7.996.102,61 | -8.270.702,06 |
| **Financial income** ..................................... | | 75 | 72.588,14 | 41.536,80 |
| Income from financial fixed assets ...................... | | 750 | | |
| Income from current assets ............................... | | 751 | 2.680,15 | |
| Other financial income .................................... | 5.11 | 752/9 | 69.907,99 | 41.536,80 |
| **Financial charges** .................................... | 5.11 | 65 | 112.764,29 | 153.443,64 |
| Debt charges ............................................. | | 650 | 109.627,93 | 117.078,85 |
| Amounts written down on current assets except stocks, contracts in progress and trade debtors .....................................(+)/(-) | | 651 | | |
| Other financial charges ................................... | | 652/9 | 3.136,36 | 36.364,79 |
| **Gain (loss) on ordinary activities before taxes** ........ (+)/(-) | | 9902 | -8.036.278,76 | -8.382.608,90 |

| Nr. | 0455.240.893 | | C 3 |
|---|---|---|---|

| | Codes | Period | Previous period |
|---|---|---|---|
| Extraordinary income ............................................. | 76 | 1.140,42 | 487.587,71 |
| Write-back of depreciation and of amounts written down intangible and tangible fixed assets ...................................... | 760 | | 461.873,77 |
| Write-back of amounts written down financial fixed assets .. | 761 | 9,00 | |
| Write-back of provisions for extraordinary liabilities and charges ............................................................................ | 762 | | |
| Gains on disposal of fixed assets .................................... | 763 | | |
| Other extraordinary income ........................................... | 764/9 | 1.131,42 | 25.713,94 |
| Extraordinary charges ............................................ | 66 | | 500.000,00 |
| Extraordinary depreciation of and extraordinary amounts written off formation expenses, intangible and tangible fixed assets ............................................................................ | 660 | | 500.000,00 |
| Amounts written down financial fixed assets .................... | 661 | | |
| Provisions for extraordinary liabilities and charges - Appropriations (uses) ......................................(+)/(-) | 662 | | |
| Loss on disposal of fixed assets .................................... | 663 | | |
| Other extraordinary charges .......................5.11 | 664/8 | | |
| Extraordinary charges carried to assets as restructuring costs .........................................................................(-) | 669 | | |
| Profit (loss) for the period before taxes ......................(+)/(-) | 9903 | -8.035.138,34 | -8.395.021,19 |
| Transfer from postponed taxes ........................................... | 780 | | |
| Transfer to postponed taxes .............................................. | 680 | | |
| Income taxes ...............................................5.12 | 67/77 | | |
| Income taxes ................................................................ | 670/3 | | |
| Adjustment of income taxes and write-back of tax provisions ........................................................................ | 77 | | |
| Profit (loss) for the period ............................................(+)/(-) | 9904 | -8.035.138,34 | -8.395.021,19 |
| Transfer from untaxed reserves ........................................... | 789 | | |
| Transfer to untaxed reserves ............................................. | 689 | | |
| Profit (loss) for the period available for appropriation (+)/(-) | 9905 | -8.035.138,34 | -8.395.021,19 |



| Nr. | 0455.240.893 |
|-----|-----|

|     |     |
|-----|-----|
|     | C 4 |

## APPROPRIATION ACCOUNT

| | Codes | Period | Previous period |
|---|---|---|---|
| Profit (loss) to be appropriated ..............................................(+)/(-) | 9906 | -127.060.381,82 | -119.025.243,48 |
| Gain (loss) to be appropriated ...............................(+)/(-) | (9905) | -8.035.138,34 | -8.395.021,19 |
| Profit (loss) to be carried forward .........................(+)/(-) | 14P | -119.025.243,48 | -110.630.222,29 |
| Transfers from capital and reserves ....................................... | 791/2 | | |
| from capital and share premium account ...................... | 791 | | |
| from reserves .................................................... | 792 | | |
| Transfers to capital and reserves ........................................ | 691/2 | | |
| to capital and share premium account .......................... | 691 | | |
| to the legal reserve ............................................. | 6920 | | |
| to other reserves ............................................... | 6921 | | |
| Profit (loss) to be carried forward .........................(+)/(-) | (14) | -127.060.381,82 | -119.025.243,48 |
| Owner's contribution in respect of losses .......................... | 794 | | |
| Profit to be distributed ................................................ | 694/6 | | |
| Dividends .......................................................... | 694 | | |
| Director's or manager's entitlements ............................ | 695 | | |
| Other beneficiaries .............................................. | 696 | | |

| Nr. | 0455.240.893 | | C 5.2.2 |
|---|---|---|---|

**CONCESSIONS, PATENTS, LICENCES, KNOWHOW, BRANDS AND SIMILAR RIGHTS**

| | Codes | Period | Previous period |
|---|---|---|---|
| Acquisition value at the end of the period ............................................. | 8052P | xxxxxxxxxxxxxxxx | 34.995.645,85 |
| Movements during the period | | | |
| Acquisitions, including produced fixed assets ...................................... | 8022 | | |
| Sales and disposals ........................................................................... | 8032 | | |
| Transfers from one heading to another ....................................... (+)/(-) | 8042 | | |
| Acquisition value at the end of the period ............................................. | 8052 | 34.995.645,85 | |
| Depreciation and amounts written down at the end of the period ....... | 8122P | xxxxxxxxxxxxxxxx | 34.739.083,88 |
| Movements during the period | | | |
| Recorded .......................................................................................... | 8072 | 205.312,80 | |
| Written back ...................................................................................... | 8082 | | |
| Acquisitions from third parties ........................................................... | 8092 | | |
| Cancelled owing to sales and disposals ............................................. | 8102 | | |
| Transfers from one heading to another ....................................... (+)/(-) | 8112 | | |
| Depreciation and amounts written down at the end of the period ........ | 8122 | 34.944.396,68 | |
| NET BOOK VALUE AT THE END OF THE PERIOD ................................ | 211 | 51.249,17 | |

Nr. 0455.240.893

C 5.3.2

## PLANT, MACHINERY AND EQUIPMENT

| | Codes | Period | Previous period |
|---|---|---|---|
| Acquisition value at the end of the period ............................................. | 8192P | xxxxxxxxxxxxxxx | 6.044,73 |
| Movements during the period | | | |
| Acquisitions, including produced fixed assets ....................................... | 8162 | | |
| Sales and disposals ....................................................................... | 8172 | | |
| Transfers from one heading to another ......................................... (+)/(-) | 8182 | | |
| Acquisition value at the end of the period ............................................. | 8192 | 6.044,73 | |
| Revaluation surpluses at the end of the period ..................................... | 8252P | xxxxxxxxxxxxxxx | |
| Movements during the period | | | |
| Recorded ....................................................................................... | 8212 | | |
| Acquisitions from third parties ......................................................... | 8222 | | |
| Cancelled ....................................................................................... | 8232 | | |
| Transfers from one heading to another ..............................(+)/(-) | 8242 | | |
| Revaluation surpluses at the end of the period ..................................... | 8252 | | |
| Depreciation and amounts written down at the end of the period ....... | 8322P | xxxxxxxxxxxxxxx | 6.044,73 |
| Movements during the period | | | |
| Recorded ....................................................................................... | 8272 | | |
| Written back .................................................................................... | 8282 | | |
| Acquisitions from third parties ......................................................... | 8292 | | |
| Cancelled owing to sales and disposals ............................................. | 8302 | | |
| Transfers from one heading to another ..............................(+)/(-) | 8312 | | |
| Depreciation and amounts written down at the end of the period ....... | 8322 | 6.044,73 | |
| NET BOOK VALUE AT THE END OF THE PERIOD ................................... | (23) | | |

| Nr. | 0455.240.893 | | C 5.4.1 |
|---|---|---|---|

## STATEMENT OF FINANCIAL FIXED ASSETS

| | Codes | Period | Previous period |
|---|---|---|---|
| **AFFILIATED ENTERPRISES - PARTICIPATING INTERESTS AND SHARES** | | | |
| Acquisition value at the end of the period ............................................ | 8391P | xxxxxxxxxxxxxxx | 9,00 |
| Movements during the period | | | |
|    Acquisitions, including produced fixed assets ............................ | 8361 | 1.364.433,00 | |
|    Sales and disposals ....................................................... | 8371 | | |
|    Transfers from one heading to another ...................................... (+)/(-) | 8381 | | |
| Acquisition value at the end of the period ............................................ | 8391 | 1.364.442,00 | |
| Revaluation surpluses at the end of the period ...................................... | 8451P | xxxxxxxxxxxxxxx | |
| Movements during the period | | | |
|    Recorded ............................................................... | 8411 | | |
|    Acquisitions from third parties ............................................. | 8421 | | |
|    Cancelled ............................................................. | 8431 | | |
|    Transfers from one heading to another ......................................(+)/(-) | 8441 | | |
| Revaluation surpluses at the end of the period ...................................... | 8451 | | |
| Amounts written down at the end of the period ...................................... | 8521P | xxxxxxxxxxxxxxx | 9,00 |
| Movements during the period | | | |
|    Recorded ............................................................... | 8471 | | |
|    Written back ........................................................... | 8481 | 9,00 | |
|    Acquisitions from third parties ............................................. | 8491 | | |
|    Cancelled owing to sales and disposals .................................... | 8501 | | |
|    Transfers from one heading to another ......................................(+)/(-) | 8511 | | |
| Amounts written down at the end of the period ...................................... | 8521 | | |
| Uncalled amounts at the end of the period ........................................... | 8551P | xxxxxxxxxxxxxxx | |
| Movements during the period ............................................(+)/(-) | 8541 | | |
| Uncalled amounts at the end of the period ........................................... | 8551 | | |
| NET BOOK VALUE AT THE END OF THE PERIOD .................................. | (280) | 1.364.442,00 | |
| **AFFILIATED ENTERPRISES - AMOUNTS RECEIVABLE** | | | |
| NET BOOK VALUE AT THE END OF THE PERIOD .................................. | 281P | xxxxxxxxxxxxxxx | |
| Movements during the period | | | |
|    Additions .............................................................. | 8581 | | |
|    Repayments ........................................................... | 8591 | | |
|    Amounts written down ................................................... | 8601 | | |
|    Amounts written back ................................................... | 8611 | | |
|    Exchange differences ..................................................(+)/(-) | 8621 | | |
|    Other ................................................................(+)/(-) | 8631 | | |
| NET BOOK VALUE AT THE END OF THE PERIOD .................................. | (281) | | |
| ACCUMULATED AMOUNTS WRITTEN OFF ON AMOUNTS RECEIVABLE AT THE END OF THE PERIOD............................... | 8651 | | |

| Nr. | 0455.240.893 | | C 5.5.1 |
|---|---|---|---|

## INFORMATION RELATING TO THE SHARE IN THE CAPITAL

### SHARE IN THE CAPITAL AND OTHER RIGHTS IN OTHER COMPANIES

List of both enterprises in wich the enterprise holds a participating interest (recorded in the heading 28 of assets)
and other enterprises in which the enterprise holds rights (recorded in the headings 28 and 50/53 of assets)
in the amount of at least 10% of the capital issued.

| NAME, full address of the REGISTERED OFFICE and for the enterprise governed by Belgian law, the COMPANY NUMBER | Shares held by | | | Information from the most recent period for which annual accounts are available | | | |
|---|---|---|---|---|---|---|---|
| | directly | | subsi-diaries | Primary financial statement | Mone-tary unit | Capital and reserves | Net result |
| | Number | % | % | | | (+) or (-) (in monetary units) | |
| EQUIDUCT SYSTEMS LTD FC St Mary Axe 70 EC3A8BE London United Kingdom | | | | 31/12/2010 | GBP | 1.120.014 | 27.411.398 |
| | 1 | 100,00 | 0,00 | | | | |

| Nr. | 0455.240.893 | | C. 5.7 |

# STATEMENT OF CAPITAL AND STRUCTURE OF SHAREHOLDINGS

## STATEMENT OF CAPITAL

### Social capital

| | Codes | Period | Previous period |
|---|---|---|---|
| Issued capital at the end of the period ................................. | 100P | XXXXXXXXXXXXXX | 128.526.848,90 |
| Issued capital at the end of the period ................................. | (100) | 133.145.679,92 | |

| | Codes | Amounts | Number of shares |
|---|---|---|---|
| Changes during the period: | | | |
| CAPITAL INCREASE 24/06/2010 | | 4.192.485,39 | 8.735.111 |
| CONTRIBUTION IN KIND OF A CLAIM | | 426.345,63 | 888.298 |
| Structure of the capital | | | |
| Different categories of shares | | | |
| SHARES WITHOUT NOMINAL VALUE | | 133.145.679,92 | 58.700.896 |
| Registered shares.......................................................... | 8702 | XXXXXXXXXXXXXX | 58.700.896 |
| Bearer shares and/or dematerialized shares......................... | 8703 | XXXXXXXXXXXXXX | |

| | Codes | Uncalled capital | Capital called, but not paid |
|---|---|---|---|
| Capital not paid | | | |
| Uncalled capital ............................................................ | (101) | 5.000.000,00 | XXXXXXXXXXXXXX |
| Capital called, but not paid ............................................. | 8712 | XXXXXXXXXXXXXX | |
| Shareholders having yet to pay up in full | | | |
| Citadel Tactical Investments LLC | | 5.000.000,00 | |

| | Codes | Period |
|---|---|---|
| **OWN SHARES** | | |
| Held by the company itself | | |
| Amount of capital held ................................................. | 8721 | |
| Number of shares held ................................................. | 8722 | |
| Held by the subsidiaries | | |
| Amount of capital held ................................................. | 8731 | |
| Number of shares held ................................................. | 8732 | |
| **Commitments to issue shares** | | |
| Following the exercising of CONVERSION RIGHTS | | |
| Amount of outstanding convertible loans ......................... | 8740 | |
| Amount of capital to be subscribed ................................ | 8741 | |
| Corresponding maximum number of shares to be issued ...... | 8742 | |
| Following the exercising of SUBSCRIPTION RIGHTS | | |
| Number of outstanding subscription rights ...................... | 8745 | 1.541.248 |
| Amount of capital to be subscribed ................................ | 8746 | 4.729.800,83 |
| Corresponding maximum number of shares to be issued ...... | 8747 | 7.991.894 |
| **Authorized capital, not issued** ....................................... | 8751 | |

