UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                               :

In re                             :        Chapter 11 Case No.
                               :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :        08-13555 (JMP)
                               :        (Jointly Administered)

                Debtors.         :
                               :

------------------------------------------------------------------x     Ref. Docket No. 17964

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 24, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
28th day of June, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    TRESSIS, S. V.,S. A.
               CALLE JORGE MANRIQUE, 12
               MADRID 28006 SPAIN


Additional:




Transferee:    YORVIK CAPITAL LTD
               11 IRONMONGER LANE
               LONDON EC2V 8EY UNITED KINGDOM


**Your transfer   of claim #   32789   is defective for the reason(s) checked below:**

Other                              Transferor name does not match our records.




Docket Number 17964              Date 06/22/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 24, 2011.

**EXHIBIT B**

TIME: 17:54:58
DATE: 06/24/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:   1

| Name | Address |
| --- | --- |
| MORGAN STANLEY & CO. LLC | TRANSFEROR: DWS INSTITUTIONAL FUNDS ON BEHALF OF DWS ENHANCED COMMODITY STRATEGY FUND 1585 BROADWAY NEW YORK NY 10036 |
| NEWFINANCE ALDEN SPV | ATTN: C. SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| TRESSIS, S. V. S. A. | CALLE JORGE MANRIQUE, 12 MADRID 28006 SPAIN |
| YORVIK CAPITAL LTD | 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed       4

EPIQ BANKRUPTCY SOLUTIONS, LLC