EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Palmyra Capital Offshore Fund, L.P.

Palmyra Capital Offshore Fund, L.P., a Delaware limited partnership, having offices located at Palmyra Capital Advisors, 11111 Santa Monica Blvd, Suite 1100, Los Angeles, CA 90025 with copies to 1467 Via Cresta, Pacific Palisades, CA 90272, ATTN: Michael Baxter, President of Palmyra, ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $2,604,445.43, docketed as Claim No. 3218 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555) as modified and allowed by the Order set forth at docket #14772 in the above case.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 26TH day of June, 2011.

Palmyra Capital Offshore Fund, L.P.

WITNESS:

(Signature)

Name: CAROLYN BAXTER
Title: _____
(Print name and title of witness)

By: Michael F Baxter
(Signature of authorized corporate officer)

Name: MICHAEL F BAXTER
Title: PRESIDENT
Tel.: (213) 220-8832

WITNESS:

(Signature)

Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized corporate officer)

Name: Peter Schoepe
Title: Authorized Signatory
Tel.: _____

Palmyra Capital Offshore AA POC 3218 $2 6MM TD 3-21-11 (3)Word.DOC

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Palmyra Capital Fund, L.P.

Palmyra Capital Fund, L.P., a Delaware limited partnership, having offices located at Palmyra Capital Advisors, 11111 Santa Monica Blvd, Suite 1100, Los Angeles, CA 90025 with copies to 1467 Via Cresta, Pacific Palisades, CA 90272, ATTN: Michael Baxter, President of Palmyra, ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $1,530,905.64 docketed as Claim No. 3220 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555) as modified and allowed by the Order set forth at docket #14772 in the above case.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 28TH day of June, 2011.

WITNESS:

(Signature)

Name: CAROLYN BAXTER
Title:
(Print name and title of witness)

Palmyra Capital Fund, L.P.

By: Michael F. B.
(Signature of authorized corporate officer)

Name: MICHAEL F BAXTER
Title: PRESIDENT
Tel.: (213) 220-8832

WITNESS:

(Signature)

Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

JPMorgan Chase Bank, N.A.

By:
(Signature of authorized corporate officer)

Name: Peter Schoepe
Title: Authorized Signatory
Tel.:

Palmyra Capital Fund AA POC 3220 $1.5MM TD 3-21-11 (3)Word.DOC

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Palmyra Capital Institutional Fund, L.P.

**Palmyra Capital Institutional Fund, L.P.**, a Delaware limited partnership, having offices located at Palmyra Capital Advisors, 11111 Santa Monica Blvd, Suite 1100, Los Angeles, CA 90025 with copies to 1467 Via Cresta, Pacific Palisades, CA 90272, ATTN: Michael Baxter, President of Palmyra, ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $909,391.55, docketed as Claim No. 3221 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555) as modified and allowed by the Order set forth at docket #14772 in the above case.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 28 day of June, 2011.

**Palmyra Capital Institutional Fund, L.P.**

WITNESS:

(Signature)

Name: CAROLYN BAXTER
Title:
(Print name and title of witness)

By: Michael F. B_____
(Signature of authorized corporate officer)
Name: MICHAEL F BAXTER
Title: PRESIDENT
Tel.: (213) 220-8532

**JPMorgan Chase Bank, N.A.**

WITNESS:

(Signature)

Name: Alexander Wilk
Title: Associate
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)
Name: Peter Schoepe
Title: Authorized Signatory
Tel.:

Palmyra Capital Institutional AA POC 3221 $909M TD 3-21-11 (3)Word.DOC