UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                    :
In re                                               :     Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :     08-13555 (JMP)
                                                    :     (Jointly Administered)
         Debtors.                                   :
                                                    :
                                                    :     Ref. Docket Nos. 17656, 17660,
------------------------------------------------------------------x     17662, 17766, 17781, 17824, 17826,
                                                          17828, 17829, 17834, 17923, 17924,
                                                          17926, 17927, 17947-17949, 17954-
                                                          17956, 17958, 17961, 17963, 17965-
                                                          17968, 17970-17973, 17975

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 24, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
28th day of June, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 17656, 17660, 17662...17970-17973, 17975_AFF_06-24-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP
C/O GOLDMAN, SACHS & CO.
ATTN: LAUREN DAY
30 HUDSON STREET, 36TH FLOOR
JERSEY CITY NJ 07302

GOLDMAN SACHS LENDING PARTNERS LLC
RICHARDS KIBBE & ORBE LLP
ATTN: MANAGING CLERK
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

Please note that your claim # 66655-14 in the above referenced case and in the amount of $1,087,100.00      has been transferred **(unless previously expunged by court order)**

SPCP GROUP, LLC
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
ATTN: BRIAN JARMAIN
TWO GREENWICH PLAZA
GREENWICH CT 06830

SPCP GROUP, LLC
PRYOR CASHMAN LLP
ATTN: RONALD S. BEACHER
7 TIMES SQUARE
NEW YORK NY 10036

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 17656      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/24/2011                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 24, 2011.

# EXHIBIT B

```
TIME: 17:55:42                                      LEHMAN BROTHERS HOLDING INC.                                                        PAGE:    1
DATE: 06/24/11                                            CREDITOR LISTING

Name                                                 Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: ITHRAN OLIVACCE 885 THIRD AVE 34TH FL NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                TRANSFEROR: FCDB LBU 2009 LLC C/O NEW FINANCE ALDEN SPV ATTN: CHRIS SCHOLFIELD 885 THIRD AVE 34TH FL NEW YORK NY 10022
  MASTER FUND, LP
ARCA VITA S.P.A.                                     TRANSFEROR: SAPHIR FINANCE PUBLIC LIMITED COMPANY ATTN: LUCA FIORINA / ANTONIO VACCARINO VIA SAN MARCO 48 VERONA      37138 ITALY
BECHER, KURT RAINER                                  TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA BRESLAUER STR 2 45470 MUELHEIM      GERMANY
BERNER KANTONALBANK                                  TRANSFEROR: SCHWEIZ RETTUUGSFLUGWACHT (REGA) ATTN: JOEL BIRCHLER P.O. BOX CH-3001 BERN BERN       SWITZERLAND
CITIBANK PRIVATKUNDEN AG & CO. KGAA                  PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA                  ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF   40213 GERMANY
DEUTSCHE BANK AG, LONDON BRANCH                      TRANSFEROR: GE FINANCIAL MARKETS ATTN: RICH VICHAIDITH 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                      TRANSFEROR: STATE RENAISSANCE ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DZ BANK AG DEUTSCHE                                  ATTN: DR. STEPHAN ROST PLATZ DER REPUBLIK FRANKFURT AM MAIN   60265 GERMANY
  ZENTRAL-GENOSSENSCHAFTSBANK
DZ BANK AG DEUTSCHE                                  JENNIFER C. DEMARCO & DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019
  ZENTRAL-GENOSSENSCHAFTSBANK
FCDB LBU 2009 LLC                                    C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105
FIBI BANK (SWITZERLAND) LTD                          SEESTRASSE 61 ZURICH   CH-8027 SWITZERLAND
GE FINANCIAL MARKETS                                 ATTN: RAJIV MEHRA, GENERAL MANAGER LE POL HOUSE SHIP STREET GREAT DUBLIN   8 IRELAND
GE FINANCIAL MARKETS                                 ATTN: REJIV MEHRA, GENERAL MANAGER LE POLE HOUSE SHIP STREET GREAT DUBLIN     IRELAND
GE FINANCIAL MARKETS                                 GENERAL ELECTRIC CAPITAL CORPORATION ATTN: SENIOR VP - CORPORATE TREASURY & GLOBAL FUND 201 HIGH ROAO STAMFORD CT 06927
GE FINANCIAL MARKETS                                 GENERAL ELECTRIC CAPTIAL CORPORATION ATTN: SR. VP. CORPORATE TREASURY AND GLOBAL FUNDING OPERATION 201 HIGH RIDGE ROAD
                                                     STAMFORD CT 06927
GOLDENTREE ENTRUST MASTER FUND SPC                   TRANSFEROR: GOLDENTREE MASTER FUND, LTD ON BEHALF OF AND ACCOUNT FOR SEGREGATED PORTFOLIO I ATTN: JOHN DE MARTINO
                                                     300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE MASTER FUND, LTD                          TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDMAN SACHS LENDING PARTNERS LLC                   RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC                   TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR
                                                     JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                   TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR
                                                     JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                   TRANSFEROR: SERENGETI RAPAX MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
KAUPTHING BANK HF.                                   TRANSFEROR: KAUPTHING BANK HF. RESOLUTION COMMITTEE ATTN: ORN GUOMUNDSSON BORGARTUN 26 IS-105 REYKJAVIK    ICELAND
MERRILL LYNCH INTERNATIONAL                          TRANSFEROR: ES BANK (PANAMA), S.A., ATTN: SIMON ORR 2 KING EDWARD STREET LONDON     EC1A 1HQ ENGLAND
MERRILL LYNCH INTERNATIONAL                          TRANSFEROR: BANCO ESPIRITO SANTO S.A. ATTN: SIMON ORR 2 KING EDWARD STREET LONDON    EC1A 1HQ ENGLAND
MORGAN STANLEY & CO. INTERNATIONAL PLC               MANAGING CLERK RICHARD KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC               TRANSFEROR: KAUPTHING BANK HF. 25. CABOT SQUAR, CANARY WHARF LONDON E14 4QA UNITED KINGDOM
NEWFINANCE ALDEN SPV                                 TRANSFEROR: FCDB LBU 2009 LLC ATTN: CHRIS SCHOLFIELD 885 THIRD AVE 34TH FL NEW YORK NY 10022
NEWFINANCE ALDEN SPV                                 TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: ITHRAN OLIVACCE 885 THIRD AVE 34TH FL NEW YORK NY 10022
NEWFINANCE ALDEN SPV                                 TRANSFEROR: BERNER KANTONALBANK ONE ANGEL LANE LONDON EC4R 3AB UNITED KINGDOM
NOMURA INTERNATIONAL PLC                             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVE 34TH FL NEW YORK NY 10022
PRIME CAPITAL MASTER SPC, GOT WAT MAC                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
  SECREGATED PORTFOLIO                               PLYMOUTH MN 55447
REEKEN, TANJA ISABELLE                               TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA OBERSTR. 74 44892 BOCHUM    GERMANY
REIBE, MAGDALENA                                     TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA FRANKENFELDERWEG 18 64579 GERNSHEIM-ALLMENTFELD   GERMANY
RUST BELT HOLDINGS, L.L.C.                           PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ALICE EATON 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
RUST BELT HOLDINGS, L.L.C.                           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH PO BOX 1855 NEW YORK NY 10150
RUST BELT HOLDINGS, L.L.C.                           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH PO BOX 8155 NEW YORK NY 10150
SAPHIR FINANCE PUBLIC LIMITED COMPANY                AIB INTERNATIONAL CENTRE ATTN: THE DIRECTORS INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1   IRELAND
SAPHIR FINANCE PUBLIC LIMITED COMPANY                CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
SCHIPP, GUENTER                                      TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA HOTTELNER WEG 55 31137 HILDESHEIM    GERMANY
SO MOK SHAN                                          FLT 606 6/F BLK J KORNHILL QUARRY BAY HK   HONG KONG
SPCP GROUP, LLC                                      PYOR CASHMAN LLP ATTN: RONALD S. BEACHER 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH CT 06830
STANDARD CHARTERED BANK (HONG KONG) LTD.             TRANSFEROR: SO MOK SHAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.             TRANSFEROR: SUN AI XIAOXIN DIANA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.             TRANSFEROR: SUN WAI CHING PENNY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG

                                                                                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: SZE YEE, TAK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TAN JOSEPH CHENG HOCK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TONG FUNG KIU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TSANG MEE KI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TSE PUI YEE/LAI KWOK HING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WANG SUNG EN JOSEPH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WEI JIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG CHEONG KEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG CHUN CHOI / LAM MI CHEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG HON KEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG KAM SHAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG KEE YIP 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG KWOK LEUNG LEO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG MAN SHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG WING HIM, ERIC 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG YEE MAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WOO HING, HOI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WOO MEI, FUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WU LAI HAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WU SEUNG KWOK / CHOY YUET NGOR 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YAM, WAI HUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YAU CHEUK WAH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YU SAU NING HOMER 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YUEN KWONG YIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YUEN WOON, LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: ZAI YU HO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: ZHANG, FUCHENG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STATE RENAISSANCE | C/O IBEC BUILDING CORP 55 BROAD STREET, NO. 16 NEW YORK NY 10004 |
| SUN AI XIAOXIN DIANA | FLAT B 38/F VALVERDE 11 MAY ROAD MID-LEVELS, HK HONG KONG |
| SUN WAI CHING PENNY | FLAT C 20/F CORONA TOWER NO. 93 CAINE ROAD, MID LEVELS HONG KONG HONG KONG |
| SZE YEE, TAK | ROOM 1609 HONG SHING HOUSE CHEUNG HONG ESTATE TSING YI, NT HONG KONG |
| TAN JOSEPH CHENG HOCK | FLAT C 13/F KUI SHING BUILDING 298 SAI YEUNG CHOI ST. NORTH MONG KOK, KLN HONG KONG |
| TONG FUNG KIU | FLAT 13 3/F SHING TAK MANSION 11-19 PEACE AVE HOMANTIN, KLN HONG KONG |
| TRESSIS, S. V., S. A. | CALLE JORGE MANRIQUE, 12 MADRID 28006 SPAIN |
| TSANG MEE KI | FLAT G 16/F BLOCK 8 MONTE VISTA 9 SHA ON STREET MA ON SHAN NT HONG KONG |
| TSE PUI YEE/LAI KWOK HING | FLAT B 5/F BLOCK 2 PACIFIC PALISADES PHASE 1 1 BRAEMAR HILL ROAD NORTH POINT HK HONG KONG |
| UBS AG | TRANSFEROR: FIBI BANK (SWITZERLAND) LTD BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND |
| VORNDAMME, BRIGITTE | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA TEICHWEG 6 32805 HORN-BAD MEINBERG GERMANY |
| WANG SUNG EN JOSEPH | 5A MIAMI MANSION 13-15 CLEVELAND STREET CAUSEWAY BAY HONG KONG |
| WATERSTONE MARKET NEUTRAL MASTER FUND, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WATERSTONE MF FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WEI JIE | FLAT D 9/F BLOCK 2 PRISTINE VILLA 18 PAK LOK PATH TAI WAI NT HONG KONG |
| WONG CHEONG KEE | FLAT B 38/F BLOCK 7 RESIDENCE OASIS 15 PUI SHING ROAD TSEUNG KWAN O, NT HONG KONG |
| WONG CHUN CHOI / LAM MI CHEUNG | FLAT D 9/F KIU YIP MANSION NO. 18 YUET WAH STREET KWUN TONG, KLN HONG KONG |
| WONG HON KEI | ROOM 1212 12/F UN CHI HOUSE UN CHAU ESTATE SHAM SHUI PO, KLN HONG KONG |
| WONG KAM SHAN | FLAT F 12/F BLOCK 11 TIERRA VERDE TSING YI NT HONG KONG |
| WONG KEE YIP | FLT A 16/F BLK B LA FONTAINE TAI PO, NT HONG KONG |
| WONG KWOK LEUNG LEO | ROOM 208 2/F BLOCK 50 HENG FA CHUEN CHAI WAN HK HONG KONG |
| WONG MAN SHING | FLAT C2 8/F DRAGON COURT 6 DRAGON TERRACE CAUSEWAY BAY, HK HONG KONG |
| WONG WING HIM, ERIC | FLAT F 14/F TOWER 3 JUBILANT PLACE 99 PAU CHUNG STREET TO KWA WAN KLN HONG KONG |
| WONG YEE MAN | FLAT B 8/F 59 TAIKOOSHING ROAD QUARRY BAY HK HONG KONG |
| WOO HING, HOI | FLAT G 32/F BLOCK 14 KENSWOOD COURT KINGSWOOD VILLAS 2 TIN LUNG ROAD TIN SHUI WAI, NT HONG KONG |
| WOO MEI, FUNG | FLT D 9/F WAH SHUN COURT 2 WAH YUEN DRIVE KWAI CHUNG, HK HONG KONG |
| WREDE, MARLENE | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA HAAKENGRABEN 3.5 OSTSEERESIDENZ 23730 NEUSTADT GERMANY |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 17:55:42
DATE: 06/24/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 3

| Name | Address |
|---|---|
| WU LAI HAN | FLAT B 19/F 8 BROADWAY MEI FOO SUN CHUEN LAI CHI KOK, KLN HONG KONG |
| WU SEUNG KWOK / CHOY YUET NGOR | FLAT D 17/F 21 GLEE PATH NEI FOO SUN CHUEN LAI CHUI KOK KLN HONG KONG |
| YAM, WAI HUNG | FLT B 4/F 252 PRINCE EDWARD RD WEST KOWLOON CITY, KLN HONG KONG |
| YAU CHEUK WAH | 12/F HILL LODGE 1 LOK FUNG PATH SHATIN, NT HONG KONG |
| YORVIK PARTNERS LLP | TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: TRESSIS, S. V., S. A. 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| YU SAU NING HOMER | FLAT M 13/F YUE CHEUNG CENTRE 1-3 WONG CHUK YEUNG STREET SHATIN NT HONG KONG |
| YUEN KWONG YIN | FLAT A 42/F BLOCK 6 BELLAGIO NO. 33 CASTLE PEAK ROAD SHAM TSENG, NT HONG KONG |
| YUEN WOON, LING | RM 1 25/F BLOCK M OI CHEUNG HOUSE TSZ OI COURT STAGE 3 TSZ WAN SHAN HONG KONG |
| ZAI YU HO | FLAT C 22/F BIRCHWOOD PLACE 96 MACDONNELL ROAD MID-LEVELS, HK HONG KONG |
| ZHANG, FUCHENG | RM 811 2/F CHINA FUNG HUANG 2008 SHEN NAM DA LU FU TIAN SHENZHEN 518026 CHINA |
| ZUM WINKEL, CARLA | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA IM KRAUTHOF 13 34128 KASSEL GERMANY |

Total Number of Records Printed    113

EPIQ BANKRUPTCY SOLUTIONS, LLC