Exhibit F
Information Provided With Respect to Breach of Representation
And Warranty Claims

1.  Serial Number

2.  Transaction Name

3.  Seller Loan Number

4.  Buyer Loan Number

5.  Servicer Loan Number

6.  Servicer Name

7.  Claim Reason

8.  Claim Type

9.  Claim Amount

10. Loan Purchase Date

11. Unpaid Principal Balance

12. Default Status

13. Property Value

14, Method of Valuation

15. Valuation Date

NewAffExhibit F.doc