UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:   Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,   Case No. 08-13555 (JMP)

Debtors.
-----------------------------------------------------------X

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ELISA LEMMER

UPON the motion of Robert J. Lemons dated June 14, 2011, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Elisa Lemmer is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       June 29, 2011

    *s/ James M. Peck*
UNITED STATES BANKRUPTCY JUDGE