**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

June 22, 2011

Jacqueline Marcus
Weil, Gotshal & Manges LLP
767 Fifth Avenue,
New York, NY 10153

Re: Lehman Brothers Holdings Inc., et al., Debtors // To: Liberty Square CDO II, Corp.

Case No. 08-13555

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the registered agent for an entity by the name of Liberty Square CDO II, Corp.

Accordingly, we are returning the documents received from you.

Very truly yours,

Ken Dunnigan
SOP Process Specialist

Log# 518699688

FedEx Tracking# 794891923380

cc: Southern District of New York - U.S. Bankruptcy Court
Alexander Hamilton Custom House,
One Bowling Green,
New York, NY 10004-1408



WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Mindy J. Spector
Peter Gruenberger
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (JMP)
                                              :
                            Debtors.          :    (Jointly Administered)
                                              :
-----------------------------------------------------------x

### OMNIBUS REPLY IN SUPPORT OF DEBTORS' MOTION TO EXTEND STAY OF AVOIDANCE ACTIONS AND GRANT CERTAIN RELATED RELIEF

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors in possession (together, the "Debtors," and collectively with their non-Debtor affiliates, "Lehman"), file this reply to the objections interposed to the Debtors' motion, dated May 27, 2011, to extend the stay of avoidance actions and grant certain related relief [Docket No. 17195] (the "Motion")[1] and respectfully represent:

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.