JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Lisa G. Laukitis

-and-

555 South Flower Street, 50th Floor
Los Angeles, California 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
Philip E. Cook

*Attorneys for Roland Hansalik, George Barclay Perry, and Joseph Arena*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | ) | Chapter 11 |
|---|---|---|
| Lehman Brothers Holdings Inc., *et al.*,, | ) | Case No. 08-13555 (JMP) |
| Debtors. | ) | Jointly Administered |

## **MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice***

I, Philip E. Cook, request admission, *pro hac vice*, before the Honorable James M. Peck to represent Roland Hansalik, George Barclay Perry and Joseph Arena in the above-referenced case, and specifically in connection with the motion filed concurrently on their behalf..

I certify that I am a member in good standing of the State Bar of California, together with the bars of the U.S. District Courts for the Northern, Central, Eastern, and Southern Districts of California and the United States Courts of Appeals for Ninth Circuit. My business address is Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071. My email address is pcook@jonesday.com. My telephone number is (213) 489-3939 and my fax number is (213) 243-2539.

I have submitted the filing fee of $25 with this motion for admission, *pro hac vice*.

Dated:  June 29, 2011

                */s/ Philip E. Cook*
              Philip E. Cook
              JONES DAY
              555 South Flower Street, 50th Floor
              Los Angeles, California 90071
              Telephone:     (213) 489-3939
              Facsimile:     (213) 243-2539