JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Lisa G. Laukitis

-and-

555 South Flower Street, 50th Floor
Los Angeles, California 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
Philip E. Cook

*Attorneys for Roland Hansalik, George Barclay Perry, and Joseph Arena*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | ) | Chapter 11 |
|---|---|---|
| Lehman Brothers Holdings Inc., *et al.*,, | ) | Case No. 08-13555 (JMP) |
| Debtors. | ) | Jointly Administered |

### **ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Philip E. Cook dated June 29, 2011, for admission *pro hac vice* in this bankruptcy proceeding and good cause appearing, it is hereby **ORDERED:**

Philip E. Cook, Esq., of Jones Day is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fees.

Dated: _____

_____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

LAI-3133184v1