UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                                           :   Chapter 11 Case No.
                                                                :
                                                                :   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :   (Jointly Administered)
                                                                :
            Debtors.                                            :   Ref. Docket Nos. 11292, 17854,
                                                                :   17992, 17995-18005, 18007-18010,
                                                                :   18012, 18014, 18034
                                                                :
----------------------------------------------------------------x
                                                                :
In re                                                           :   Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS SPECIAL FINANCING                               :   08-13888 (JMP)
INC.,                                                           :   (Jointly Administered)
            Debtors.                                            :
                                                                :   Ref. Docket Nos. 239-241
                                                                :
----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 27, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                          */s/ Lauren Rodriguez*
                                                                          Lauren Rodriguez

Sworn to before me this
29th day of June, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                            |
In re                                       |   Chapter 11 Case No.
                                            |
                                            |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,      |
                                            |   (Jointly Administered)
                                            |
            Debtors.                        |
                                            |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   BARCLAYS BANK PLC
          TRANSFEROR: GTAM FUND I, LTD
          745 SEVENTH AVENUE
          NEW YORK NY 10019
```

Please note that your claim # 60715 in the above referenced case and in the amount of
$311,732.16          has been transferred **(unless previously expunged by court order)**

```
          ABSALON II, LTD
          TRANSFEROR: BARCLAYS BANK PLC
          ATTN: MORRIS TUCKER
          1230 AVENUE OF THE AMERICAS, 3RD FL
          NEW YORK NY 10020
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 11292      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/27/2011                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 27, 2011.

# EXHIBIT B

```
TIME: 10:49:17                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 06/27/11                                               CREDITOR LISTING

Name                                           Address
ABSALON II, LTD                                TRANSFEROR: BARCLAYS BANK PLC ATTN: MORRIS TUCKER 1230 AVENUE OF THE AMERICAS, 3RD FL NEW YORK NY 10020
BARCLAYS BANK PLC                              TRANSFEROR: GTAM FUND I, LTD 745 SEVENTH AVENUE NEW YORK NY 10019
BORDIER & CIE                                  16, RUE DE HOLLARDE GENEVA  CH-1204 SWITZERLAND
BUTTERFIELD TRUST (BERMUDA) LIMITED,           AS TRUSTEE ON BEHALF OF HFR EM ADVANTAGE MASTER TRUST C/O HFR ASSET MANAGEMENT, LLC ATTN: JOHN M. KLIMEK
                                               10 SOUTH RIVERSIDE PLAZA, SUITE 700 CHICAGO IL 60606
CITIBANK PRIVATKUNDEN AG & CO. KGAA            PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA            ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF  40213 GERMANY
COMPASS HTV LLC                                SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
COMPASS OFFSHORE HTV PCC LIMITED               C/O MIO PARTNERS, INC. ATTN: CASEY S. LIPSCOMB, VICE PRESIDENT - LEGAL AND SECRETARY 55 EAST 52ND STREET NEW YORK NY 10055
COMPASS OFFSHORE HTV PCC LIMITED               SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
COMPASS OFFSHORE HTV PCC LIMITED (UK)          C/O MIO PARTNERS, INC. ATTN: CASEY S. LIPSCOMB, VICE PRESIDENT - LEGAL AND SECRETARY 55 EAST 52ND STREET NEW YORK NY 10055
CREDIT DISTRESSED BLUE LINE MASTER FUND,       TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I C/O HARBINGER CAPITAL PARTNERS LLC 450 PARK AVENUE, 30TH FL NEW YORK NY 10022
 LTD
CREDIT DISTRESSED BLUE LINE MASTER FUND,       TRANSFEROR: HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. C/O HARBINGER CAPITAL PARTNERS LLC 450 PARK AVENUE, 30TH FLOOR
 LTD.                                          NEW YORK NY 10022
DEUTSCHE BANK AG, LONDON BRANCH                TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                TRANSFEROR: GE FINANCIAL MARKETS ATTN: RICH VICHAIDITH 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)           TRANSFEROR: ING LUXEMBOURG ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM
FIR TREE CAPITAL OPPORTUNITY MASTER            TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: ALLEN BLASKOVIC 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017
 FUND, L.P.
FIR TREE VALUE MASTER FUND, L.P.               TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: ALLEN BLASKOVIC 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017
GOLDMAN SACHS LENDING PARTNERS LLC             RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC             ATTN: MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC             TRANSFEROR: COMPASS HTV LLC C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC             TRANSFEROR: COMPASS OFFSHORE HTV PCC LIMITED C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR
                                               JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC             TRANSFEROR: SERENGETI OVERSEAS MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
ILLIQUIDX LTD                                  TRANSFEROR: BORDIER & CIE ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ING LUXEMBOURG                                 52, ROUTE D'ESCH L-2965 LUXEMBOURG
KNOERZER, UTA                                  TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA EUGENSTRASSE 2911 72072 TUEBINGEN  GERMANY
MORGAN STANLEY & CO. INTERNATIONAL PLC         MANAGING CLERK RICHARD KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC         TRANSFEROR: KAUPTHING BANK HF. 25. CABOT SQUAR, CANARY WHARF LONDON  E14 4QA UNITED KINGDOM
PRIME CAPITAL MASTER SPC, GOT WAT MAC          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT LP ATTN: VINCENT CONLEY 2 CARLSON PKWY STE 260
 SEGREGATED PORTFOLIO                          PLYMOUTH MN 55447
SPCP GROUP, LLC                                PRYOR CASHMAN LLP ATTN: RICHARD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                RONALD S. BEACHER, ESQ. PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC 2 GREENWICH PLAZA, 1ST FLOOR ATTN: BRIAN JARMAIN GREENWICH CT 06830
SPCP GROUP, LLC                                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
VON WIN CAPITAL, L.P.                          TRANSFEROR: BUTTERFIELD TRUST (BERMUDA) LIMITED, 261 FIFTH AVENUE 22ND FL NEW YORK NY 10016
WATERSTONE MF FUND, LTD                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY; 2 CARLSON PKWY, #260
                                               PLYMOUTH MN 55447
WATERSTONE MKT NEUTRAL MASTER FUND, LTD        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH % WATERSTONE CAPITAL MANAGEMENT, LP ATN: CHRIS PARKS, 2 CARLSON PKWY, #260
                                               PLYMOUTH MN 55447

Total Number of Records Printed          37                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```