**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone:  (202) 429-3000
Facsimile: (202 429-3902
George R. Calhoun, V

Attorneys for US Airways, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | Case No. 08-13555 (JMP) |
| **Debtors.** | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, George R. Calhoun, V, request admission, *pro hac vice,* before the Honorable

James M. Peck, to represent US Airways, Inc., which holds a claim in the above-

reference case.

I certify that I am a member of good standing in the bar of the State of Maryland

and the bar of the District of Columbia.  I am admitted to practice before the U.S. District

Courts for the Districts of Columbia, Maryland, and the Eastern District of Michigan, and

United States Court of Appeals for the Third Circuit.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 29 , 2011
          District of Columbia

George R. Calhoun, V
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
E-mail: gcalhoun@steptoe.com
Telephone: (202) 429-6226

Attorneys for US Airways, Inc.