**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202 429-3902
Steven K. Davidson

Attorneys for US Airways, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | Case No. 08-13555 (JMP) |
| **Debtors.** | (Jointly Administered) |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Steven K. Davidson, request admission, *pro hac vice,* before the Honorable James M. Peck, to represent US Airways, Inc., which holds a claim in the above-reference case.

I certify that I am a member of good standing in the bar of the State of Virginia and the bar of the District of Columbia. I am admitted to practice before the U.S. District Courts for the Eastern and Western Districts of Virginia, U.S. District Court for the District of Maryland, U.S. Bankruptcy Court for the Eastern District of Virginia, United States Court of Appeals for the District of Columbia Circuit and the United States Courts of Appeals for the Fourth, Fifth and Eleventh Circuits.

      I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: June 30, 2011
        District of Columbia

                                      Steven K. Davidson
                                      STEPTOE & JOHNSON LLP
                                      1330 Connecticut Avenue, NW
                                      Washington, DC 20036
                                      E-mail: sdavidson@steptoe.com
                                      Telephone: (202) 429-8077

                                      Attorneys for US Airways, Inc.