**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | Case No. 08-13555 (JMP) |
| **Debtors.** | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Steven K. Davidson, to be admitted *pro hac vice*, to represent US Airways, Inc., in the above-reference case and upon the movant's certification that the movant is a member in good standing of the bar in the State of Virginia and the bar of the District of Columbia, it is herby

**ORDERED** that Steven K. Davidson, Esq. is admitted to practice, *pro hac vice*, in the above-referenced case to represent US Airways, Inc., in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

DATED:_____

_____, New York      /s/_____
                                    THE HONORABLE JAMES M. PECK
                                    UNITED STATES BANKRUPTCY JUDGE