# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 35: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

|   | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CENTRAL PUGET SOUND TRANSIT AUTHORITY, THE (SOUND TRANSIT) C/O CROCKER KUNO PLLC, ATTN JOANNE K. LIPSON, 720 OLIVE WAY, SUITE 1000 SEATTLE, WA 98101 | 31951 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,255,592.98 | Lehman Brothers Holdings Inc. | Unsecured | $3,800,000.00 |
| 2 | CENTRAL PUGET SOUND TRANSIT AUTHORITY, THE (SOUND TRANSIT) C/O CROCKER KUNO PLLC, ATTN JOANNE K. LIPSON, 720 OLIVE WAY, SUITE 1000 SEATTLE, WA 98101 | 31952 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $6,255,592.98 | Lehman Brothers Special Financing Inc. | Unsecured | $3,800,000.00 |
|   |   |   |   |   | TOTAL | $12,511,185.96 |   | TOTAL | $7,600,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts