# Exhibit 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 133 – EXHIBIT 2: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | BARDEHLE, CHRISTIAN<br>VOLTASTRASSE 70<br>FRANKFURT, 60486<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14851 | $15,139.66 |
| 2 | FALLTRICK, BARRY J<br>51 COUNTY PLACE<br>ESSEX<br>CHELMSFORD, CM2 0RF<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12733 | $14,504.05 |
| 3 | JUDD, IAN<br>HOLLY HEDGE<br>ST JOHNS HILL ROAD<br>ST JOHNS<br>SURREY<br>WOKING, GU21 7RG<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 07/27/2009 | 6286 | $25,870.00 |
| 4 | LATIFA, DEBBARH<br>FLAT 20<br>41 MILLHARBOUR<br>LONDON, E14 9NA<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25874 | $38,115.00 |
| | | | | | TOTAL | $93,628.71 |