# Exhibit 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 135 – EXHIBIT 2: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | DAY, GEMMA<br>61A KENTISH TOWN ROAD<br>LONDON, NW1 8RX<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/23/2009 | 5952 | $1,961.00 |
| 2 | PRIMIANO, VINCENT A.<br>122 BROADWAY<br>ROCKVILLE CENTRE, NY 11570 | 09-12516 (JMP) | LB 2080 Kalakaua Owners LLC | 09/22/2009 | 31794 | $4,856,359.00* |
| 3 | PRIMIANO, VINCENT A.<br>122 BROADWAY<br>ROCKVILLE CENTRE, NY 110 | 08-13664 (JMP) | PAMI Statler Arms LLC | 09/22/2009 | 31797 | $4,856,359.00* |
| 4 | PRIMIANO, VINCENT A.<br>122 BROADWAY<br>ROCKVILLE CENTRE, NY 110 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/22/2009 | 31798 | $4,856,359.00* |
| 5 | PRIMIANO, VINCENT A.<br>122 BROADWAY<br>ROCKVILLE CENTRE, NY 110 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 31799 | $4,856,359.00* |
| 6 | PRIMIANO, VINCENT A.<br>122 BROADWAY<br>ROCKVILLE CENTRE, NY 110 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/22/2009 | 31800 | $4,856,359.00* |
| 7 | PRIMIANO, VINCENT A.<br>122 BROADWAY<br>ROCKVILLE CENTRE, NY 110 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 09/22/2009 | 31801 | $4,856,359.00* |
| 8 | PRIMIANO, VINCENT A.<br>122 BROADWAY<br>ROCKVILLE CENTRE, NY 11570 | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 09/22/2009 | 31802 | $4,856,359.00* |
| 9 | PRIMIANO, VINCENT A.<br>122 BROADWAY<br>ROCKVILLE CENTRE, NY 110 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/22/2009 | 31803 | $4,856,359.00* |
| 10 | PRIMIANO, VINCENT A.<br>122 BROADWAY<br>ROCKVILLE CENTRE, NY 110 | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 09/22/2009 | 31804 | $4,856,359.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 135 – EXHIBIT 2: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 11 | PRIMIANO, VINCENT A. 122 BROADWAY ROCKVILLE CENTRE, NY 110 | 08-13904 (JMP) | Lehman Scottish Finance L.P. | 09/22/2009 | 31805 | $4,856,359.00* |
| 12 | PRIMIANO, VINCENT A. 122 BROADWAY ROCKVILLE CENTRE, NY 110 | 08-13905 (JMP) | CES Aviation LLC | 09/22/2009 | 31806 | $4,856,359.00* |
| 13 | PRIMIANO, VINCENT A. 122 BROADWAY ROCKVILLE CENTRE, NY 110 | 08-13906 (JMP) | CES Aviation V LLC | 09/22/2009 | 31807 | $4,856,359.00* |
| 14 | PRIMIANO, VINCENT A. 122 BROADWAY ROCKVILLE CENTRE, NY 110 | 08-13907 (JMP) | CES Aviation IX LLC | 09/22/2009 | 31808 | $4,856,359.00* |
| 15 | PRIMIANO, VINCENT A. 122 BROADWAY ROCKVILLE CENTRE, NY 110 | 08-13908 (JMP) | East Dover Limited | 09/22/2009 | 31809 | $4,856,359.00* |
| 16 | PRIMIANO, VINCENT A. 122 BROADWAY ROCKVILLE CENTRE, NY 110 | 09-10108 (JMP) | Luxembourg Residential Properties Loan Finance S.a.r.l. | 09/22/2009 | 31810 | $4,856,359.00* |
| 17 | PRIMIANO, VINCENT A. 122 BROADWAY ROCKVILLE CENTRE, NY 110 | 09-10137 (JMP) | BNC Mortgage LLC | 09/22/2009 | 31811 | $4,856,359.00* |
| 18 | PRIMIANO, VINCENT A. 122 BROADWAY ROCKVILLE CENTRE, NY 110 | 09-10558 (JMP) | Structured Asset Securities Corporation | 09/22/2009 | 31812 | $4,856,359.00* |
| 19 | PRIMIANO, VINCENT A. 122 BROADWAY ROCKVILLE CENTRE, NY 110 | 09-10560 (JMP) | LB Rose Ranch LLC | 09/22/2009 | 31813 | $4,856,359.00* |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 135 – EXHIBIT 2: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 20 | SCHUSTER, CHRISTIANE<br>FLAT 5<br>25 ELVASTON PLACE<br>LONDON, SW7 5NL<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/11/2009 | 11369 | $1,662,921.00 |
| | | | | | TOTAL | $89,079,344.00 |