# EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 140: EXHIBIT 2 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS – ADJOURNED OBJECTIONS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 1 | BANQUE SAFDIE SA 1, RUE DE LA TOUR-DE-L'ILE CASE POSTALE 5415 CH - 1211 GENEVE 11, SWITZERLAND | 09/22/2009 | 08-13555 (JMP) | 33557[1] | $3,131,753.00 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE ATTN: JULIE J. BECKER 50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| | | | | | | BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE THE BANK OF NEW YORK ATTN: JOHN GUILIANO 101 BARCLAY STREET 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 22123 | $416,013,746.69 | |

---

[1] Claim 33557 is being expunged solely with respect to its asserted claim of $2,901,519 for the securities with CUSIP Nos. 52517PXW6, 5252M0CM7, 52517PUP4, 52517PE31, 52517P7H8, 5252M0CH8, 5252M0DG9, 5252M0EA1, 52517M0EU7, 52520E200, 524908XA3, and 5252M0BL0. The portion of Claim 33557 that is asserting a claim of $230,234 for the security with CUSIP No. US5249081002 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 33557 in the future.

\* - Indicates claim contains unliquidated and/or undetermined amounts                                                                                                Page 1 of 4

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 140: EXHIBIT 2 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS – ADJOURNED OBJECTIONS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| | | | | | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 09/22/2009 | 08-13555 (JMP) | 30871 | Undetermined | |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 140: EXHIBIT 2 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS – ADJOURNED OBJECTIONS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 2 | FRANZ, ROBERT<br>6 BAYER LN<br>BOONTON, NJ<br>07005-9443 | 04/16/2009 | 08-13555 (JMP) | 3802 | $1,665,263.82 | WILMINGTON TRUST COMPANY, AS INDENTURE TRUSTEE<br>ATTN: JULIE J. BECKER<br>50 SOUTH SIXTH STREET, SUITE 1290, DROP CODE: 1700/MINNESOTA<br>MINNEAPOLIS, MN 55402-1544 | 09/02/2009 | 08-13555 (JMP) | 10082 | $73,162,259,495.49* | Duplicative of Indenture Trustee Claim |
| | | | | | | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES<br>ATTN: PAMELA WIEDER, VP<br>EP-MN-WS1D, 60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107-2292 | 09/22/2009 | 08-13555 (JMP) | 30871 | Undetermined | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 140: EXHIBIT 2 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS – ADJOURNED OBJECTIONS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 3 GLITNIR BANKI HF C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ALAN W. KORNBERG, ABIGAIL CLARK 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019-6064 | 09/22/2009 | 08-13555 (JMP) | 27419 | $3,000,000.00 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 09/22/2009 | 08-13555 (JMP) | 31038 | $826,352.75* | Duplicative of Indenture Trustee Claim |

TOTAL    $7,797,016.82

\* - Indicates claim contains unliquidated and/or undetermined amounts