# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 137: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ABSOLUTE SOFTWARE CORPORATION C. CHAD MCCARTHY FOR ROB CHESA, CFO SUITE 1600, FOUR BENTALL CENTRE 1055 DUNSMUIR STREET PO BOX 49211 VANCOUVER, BC V7X 1K8 CANADA | 16188 | 09/18/2009 | Lehman Brothers Commercial Corporation | Unsecured | $36,600.00 | Lehman Brothers Commercial Corporation | Unsecured | $30,537.30 |
| 2 | STANDARD BANK PLC C/O FIELD FISHER WATERHOUSE LLP REF: EAM/EJA ATTN: TRISTAN SOCAS 35 VINE STREET LONDON, EC3N 2AA UNITED KINGDOM | 17282 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $876,857.67* | Lehman Brothers Holdings Inc. | Unsecured | $847,832.72 |
| 3 | STANDARD BANK PLC C/O FIELD FISHER WATERHOUSE LLP REF: EAM/EJA ATTN: TRISTAN SOCAS 35 VINE STREET LONDON, EC3N 2AA UNITED KINGDOM | 17280 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $876,857.67* | Lehman Brothers Special Financing Inc. | Unsecured | $850,004.01 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 137: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | ZURICH CAPITAL MARKETS INC ATTN: JON NAGEL ONE LIBERTY PLAZA 165 BROADWAY NEW YORK, NY 10006 | 14928 | 09/17/2009 | Lehman Brothers Holdings Inc. | Secured | $181,996.19* | Lehman Brothers Holdings Inc. | Unsecured | $173,500.00 |
| 5 | ZURICH CAPITAL MARKETS INC ATTN: JON NAGEL ONE LIBERTY PLAZA 165 BROADWAY NEW YORK, NY 10006 | 14927 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Secured | $181,996.19* | Lehman Brothers Special Financing Inc. | Unsecured | $173,500.00 |
| | | | | | TOTAL | $2,154,307.72 | | TOTAL | $2,075,374.03 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 137: EXHIBIT 2 – VALUED DERIVATIVE CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|------|---------|------------|--------|-------|--------|--------|-------|--------|
| 1 | BANK LEUMI LE-ISRAEL B.M. ATTN: PROF DANIEL TSIDDON, HEAD OF CAPITAL MARKETS DIVISION 35 YEHUDA HALEVI STREET TEL AVIV, 65136 ISRAEL | 28332 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,069,363.45* | Lehman Brothers Holdings Inc. | Unsecured | $4,460,968.00 |
| 2 | BANK LEUMI LE-ISRAEL B.M. ATTN: PROF DANIEL TSIDDON, HEAD OF CAPITAL MARKETS DIVISION 35 YEHUDA HALEVI STREET TEL AVIV, 65136 ISRAEL | 28330 | 09/22/2009 | Lehman Brothers Commercial Corporation | Unsecured | $6,069,363.45* | Lehman Brothers Commercial Corporation | Unsecured | $4,481,088.51 |
| 3 | CVI GVF (LUX) MASTER SARL C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY, KT112PD UNITED KINGDOM | 67462 | 04/19/2011 | Lehman Brothers Holdings Inc. | Unsecured | $30,489,845.00 | Lehman Brothers Holdings Inc. | Unsecured | $26,697,610.75 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 137: EXHIBIT 2 – VALUED DERIVATIVE CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CVI GVF (LUX) MASTERS S.A.R.L. C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY, KT112PD UNITED KINGDOM | 28820 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured | $30,489,845.00 | Lehman Brothers Special Financing Inc. | Unsecured | $26,697,610.75 |
| 5 | GFA I LLC C/O ASHURST LLP PATRICIA SEDDON 7 TIMES SQUARE, 42ND FLOOR NEW YORK, NY 10036 | 67375 | 03/11/2011 | Lehman Brothers Holdings Inc. | Unsecured | $30,489,845.00 | Lehman Brothers Holdings Inc. | Unsecured | $26,697,610.75 |
| 6 | GFA I LLC, AS SUCCESSOR IN INTEREST TO CERTAIN CLAIMS OF KEYBANK NA ATTN: PATRICIA SEDDON 7 TIMES SQ FL 42 NEW YORK, NY 100366524 | 28821 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $30,489,845.00* | Lehman Brothers Special Financing Inc. | Unsecured | $26,697,610.75 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 137: EXHIBIT 2 – VALUED DERIVATIVE CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 7 | OCM OPPORTUNITIES FUND VII DELAWARE LP ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES, CA 90071 | 18836 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $30,489,845.00* | Lehman Brothers Holdings Inc. | Unsecured | $26,697,610.75 |
| 8 | OCM OPPORTUNITIES FUND VII DELAWARE LP ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES, CA 90071 | 18837 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $30,489,845.00* | Lehman Brothers Special Financing Inc. | Unsecured | $26,697,610.75 |
| 9 | STONEHILL INSTITUTIONAL PARTNERS LP C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: PAUL D. MALEK 885 THIRD AVE, 30TH FLOOR NEW YORK, NY 10022 | 19920 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $32,908,453.94* | Lehman Brothers Special Financing Inc. | Unsecured | $7,964,119.59 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 137: EXHIBIT 2 – VALUED DERIVATIVE CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 10 | STONEHILL INSTITUTIONAL PARTNERS LP C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: PAUL D. MALEK, ESQ. 885 THIRD AVE., 30TH FLOOR NEW YORK, NY 10022 | 19890 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $53,076,766.30* | Lehman Brothers Holdings Inc. | Unsecured | $7,964,119.59 |
| 11 | STONEHILL OFFSHORE PARTNERS LIMITED C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: PAUL D. MALEK, ESQ. 885 THIRD AVE., 30TH FLOOR NEW YORK, NY 10022 | 19905 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $38,258,197.35* | Lehman Brothers Special Financing Inc. | Unsecured | $9,244,996.52 |
| 12 | STONEHILL OFFSHORE PARTNERS LIMITED C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: PAUL D. MALEK, ESQ. 885 THIRD AVE., 30TH FLOOR NEW YORK, NY 10022 | 19908 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $55,179,615.97* | Lehman Brothers Holdings Inc. | Unsecured | $9,244,996.52 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 137: EXHIBIT 2 – VALUED DERIVATIVE CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 13 | VARDE INVESTMENT PARTNERS, LP TRANSFEROR: BLUEMOUNTAIN EQUITY ALTERNATIVES MASTER FUND LP C/O VARDE PARTNERS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS, MN 55437 | 24946 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,086,788.00 | Lehman Brothers Special Financing Inc. | Unsecured | $881,935.21 |
| 14 | VARDE INVESTMENT PARTNERS, LP TRANSFEROR: BLUEMOUNTAIN TIMBERLINE LTD C/O VARDE PARTNERS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS, MN 55437 | 24945 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $5,718,758.00 | Lehman Brothers Special Financing Inc. | Unsecured | $4,867,246.30 |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 137: EXHIBIT 2 – VALUED DERIVATIVE CLAIMS – ADJOURNED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 15 | VARDE INVESTMENT PARTNERS, LP TRANSFEROR: BLUEMOUNTAIN TIMBERLINE LTD C/O VARDE PARTNERS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS, MN 55437 | 24944 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,718,758.00 | Lehman Brothers Holdings Inc. | Unsecured | $4,867,246.30 |
| 16 | VARDE INVESTMENT PARTNERS, LP TRANSFEROR: BLUEMOUNTAIN EQUITY ALTERNATIVES MASTER FUND LP C/O VARDE PARTNERS INC. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD, SUITE 1500 MINNEAPOLIS, MN 55437 | 24947 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,086,788.00 | Lehman Brothers Holdings Inc. | Unsecured | $881,935.21 |
| | | | | | TOTAL | $388,111,922.46 | | TOTAL | $215,044,316.24 |