# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 142: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO LASALLE BANK NA<br>HUNTON & WILLIAMS, LLP<br>ATTENTION: J.R. SMITH, ESQ.<br>RIVERFRONT PLAZA, EAST TOWER, 951 E. BYRD STREET<br>RICHMOND, VA 23219 | 05/14/2010 | 08-13555 (JMP) | 66615 | Undetermined | BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA<br>HUNTON & WILLIAMS LLP<br>ATTN: J.R. SMITH, ESQ.<br>RIVERFRONT PLAZA, EAST TOWER<br>RICHMOND, VA 23219 | 03/29/2011 | 08-13555 (JMP) | 67418 | Undetermined |
| 2 | BERNER KANTONALBANK AG<br>LEGAL DEPARTMENT<br>BUNDESPLATZ 8<br>BERNE, 3011<br>SWITZERLAND | 10/27/2009 | 08-13555 (JMP) | 50108 | Undetermined | BERNER KANTONALBANK AG<br>LEGAL DEPARTMENT<br>BUNDESPLATZ 8<br>BERN, 3011<br>SWITZERLAND | 05/06/2011 | 08-13555 (JMP) | 67487 | $111,940.00 |
| 3 | BERNER KANTONALBANK AG<br>LEGAL DEPARTMENT<br>BUNDESPLATZ 8<br>BERNE, 3011<br>SWITZERLAND | 10/27/2009 | 08-13555 (JMP) | 50118 | Undetermined | BERNER KANTONALBANK AG<br>LEGAL DEPARTMENT<br>BUNDESPLATZ 8<br>BERN, 3011<br>SWITZERLAND | 05/06/2011 | 08-13555 (JMP) | 67485 | $35,437.50 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 142: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | CGI GVF (LUX) MASTERS S.A.R.L.<br>C/O CARVAL INVESTORS UK LIMITED<br>ATTN: ANNEMARIE JACOBSEN<br>KNOWLE HILL PARK, FAIRMILE LANE<br>COBHAM<br>SURREY, KT11 2PD<br>UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 28819 | $30,489,845.00* | CVI GVF (LUX) MASTER SARL<br>C/O CARVAL INVESTORS UK LIMITED<br>ATTN: ANNEMARIE JACOBSEN<br>KNOWLE HILL PARK, FAIRMILE LANE<br>COBHAM<br>SURREY, KT112PD<br>UNITED KINGDOM | 04/19/2011 | 08-13555 (JMP) | 67462 | $30,489,845.00 |
| 5 | CHAN MAY LING<br>FLAT A2 7/F, HING WAH MANSION<br>2 OAKLANDS PATH<br>MID-LEVEL,<br>HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64425 | $30,000.00* | CHAN MAY LING<br>FLAT 1S 7/F, HING WAH MANSION<br>2 OAKLANDS PATH, MID-LVEL,<br>HONG KONG | 10/26/2009 | 08-13555 (JMP) | 45762 | $30,000.00* |
| 6 | CHEUNG SUK MEI<br>G/F 4 TAI CHE VILLAGE<br>SIU LEK YUEN<br>SHATIN, NT,<br>HONG KONG | 11/03/2009 | 08-13555 (JMP) | 64548 | $150,000.00* | CHEUNG SUK MEI<br>G/F 4 TAI CHE VILLAGE<br>SING LEK YUEN N.T.,<br>HONG KONG | 11/02/2009 | 08-13555 (JMP) | 60842 | $150,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 142: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 7 | DEKA INVESTMENT GMBH, ON BEHALF OF: FUNDMASTER RRVRENT-FONDS/GESAMTKAPITA LANLAGEN ROLAND RS MAINZER LANDSTRASSE 16 FRANKFURT, 60325 GERMANY | 11/02/2009 | 08-13555 (JMP) | 62854 | $427,320.00* | DEKA INVESTMENT GMBH, ON BEHALF OF: FUNDMASTER RRVRENT-FONDS MAINZER LANDSTRASSE 16 FRANKFURT, 60325 GERMANY | 10/30/2009 | 08-13555 (JMP) | 58964 | $427,320.00* |
| 8 | FONDO PENSIONE NAZIONALE PER IL PERSONALE DELLE BANCHE DI CREDITO COOPERATIVO - CASSE RURALI ED ARTIGIANE VIA LUCREZIA ROMANA 41/47 ROMA, 00178 ITALY | 10/29/2009 | 08-13555 (JMP) | 55752 | $5,394,571.28 | FONDO PENSIONE NAZIONALE PER IL PERSONALE DELLE BANCHE DI CREDITO COOPERATIVO - CASSE RURALI ED ARTIGIANE VIA LUCREZIA ROMANA 41/47 ROMA, 00178 ITALY | 04/22/2011 | 08-13555 (JMP) | 67472 | $5,394,571.28 |
| 9 | GEROA PENTSIOAK EPSV PASEO DE LUGARITZ 27 BAJO SAN SEBASTIAN, 20018 SPAIN | 09/14/2009 | 08-13555 (JMP) | 12395 | Undetermined | GEROA PENTSIOAK, EPSV PASEO DE LUGARITZ, 27 BAJO SAN SEBASTIAN, 20018 SPAIN | 04/08/2011 | 08-13555 (JMP) | 67456 | $2,830,200.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 142: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 10 | GEROA PENTSIOAK, EPSV<br>PASEO DE LUGARITZ, 27 BAJO<br>SAN SEBASTIAN, 20018<br>SPAIN | 09/14/2009 | 08-13555 (JMP) | 12396 | Undetermined | GEROA PENTSIOAK, EPSV<br>PASEO DE LUGARITZ, 27 BAJO<br>SAN SEBASTIAN, 20018<br>SPAIN | 04/08/2011 | 08-13555 (JMP) | 67457 | $1,415,100.00 |
| 11 | GOLDMAN, SACHS & CO TRANSFEROR: KLEINWORT BENSON PRIVATE BANK LIMITED<br>ATTN: ANDREW CADITZ<br>30 HUDSON STREET, 36TH FLOOR<br>JERSEY CITY, NJ 07302 | 10/05/2009 | 08-13555 (JMP) | 36292 | $995,790.88 | GOLDMAN, SACHS & CO.<br>ATTN: ANDREW CADITZ<br>30 HUDSON STREET, 36TH FLOOR<br>JERSEY CITY, NJ 07302 | 04/27/2011 | 08-13555 (JMP) | 67480 | $1,215,462.60 |
| 12 | GOLDMAN,SACHS & CO. TRANSFEROR: KLEINWORT BENSON PRIVATE BANK LIMITED<br>ATTN: ANDREW CADITZ<br>30 HUDSON STREET, 36TH FLOOR<br>JERSEY CITY, NJ 07302 | 10/05/2009 | 08-13555 (JMP) | 36291 | $172,155.19 | GOLDMAN, SACHS & CO.<br>ATTN: ANDREW CADITZ<br>30 HUDSON STREET, 36TH FLOOR<br>JERSEY CITY, NJ 07302 | 04/27/2011 | 08-13555 (JMP) | 67479 | $210,423.96 |

### IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 142: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 13 | GOLDMAN, SACHS & CO. TRANSFEROR: KLEINWORT BENSON (CHANNEL ISLANDS) LIMITED ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | 10/14/2009 | 08-13555 (JMP) | 40254 | $975,500.00 | GOLDMAN, SACHS & CO. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY, NJ 07302 | 04/27/2011 | 08-13555 (JMP) | 67478 | $1,416,280.30 |
| 14 | GREENLIGHT CAPITAL OFFSHORE PARTNERS C/O GREENLIGHT CAPITAL, INC. ATTN: HARRY BRANDLER 140 EAST 45TH STREET 24TH FLOOR NEW YORK, NY 10017 | 10/29/2009 | 08-13555 (JMP) | 55794 | $0.00 | GREENLIGHT CAPITAL OFFSHORE PARTNERS C/O GREENLIGHT CAPITAL INC. ATTN: HARRY BRANDLER 140 EAST 45TH STREET, 24TH FLOOR NEW YORK, NY 10017 | 04/27/2011 | 08-13555 (JMP) | 67475 | $11,247,321.59* |
| 15 | GREENLIGHT CAPITAL QUALIFIED, L.P. C/O GREENLIGHT CAPITAL, INC. ATTN: HARRY BRANDLER 140 EAST 45TH STREET 24TH FLOOR NEW YORK, NY 10017 | 10/29/2009 | 08-13555 (JMP) | 55795 | $0.00 | GREENLIGHT CAPITAL QUALIFIED, L.P. C/O GREENLIGHT CAPITAL INC. ATTN: HARRY BRANDLER 140 EAST 45TH STREET, 24TH FLOOR NEW YORK, NY 10017 | 04/27/2011 | 08-13555 (JMP) | 67476 | $8,024,766.27* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 142: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 16 | GREENLIGHT CAPITAL, L.P.<br>C/O GREENLIGHT CAPITAL, INC.<br>ATTN: HARRY BRANDLER<br>140 EAST 45TH STREET<br>24TH FLOOR<br>NEW YORK, NY 10017 | 10/29/2009 | 08-13555 (JMP) | 55796 | $0.00 | GREENLIGHT CAPITAL, L.P.<br>C/O GREENLIGHT CAPITAL INC.<br>ATTN: HARRY BRANDLER<br>140 EAST 45TH STREET, 24TH FLOOR<br>NEW YORK, NY 10017 | 04/27/2011 | 08-13555 (JMP) | 67474 | $1,731,809.35* |
| 17 | GREENLIGHT REINSURANCE, LTD.<br>C/O DME ADVISORS, LP<br>ATTN: HARRY BRANDLER<br>140 EAST 45TH STREET, 24TH FLOOR<br>NEW YORK, NY 10017 | 10/29/2009 | 08-13555 (JMP) | 55793 | $0.00 | GREENLIGHT REINSURANCE, LTD.<br>C/O DME ADVISORS, LP<br>ATTN: HARRY BRANDLER<br>140 EAST 45TH STREET, 24TH FLOOR<br>NEW YORK, NY 10017 | 04/27/2011 | 08-13555 (JMP) | 67477 | $3,449,082.80* |
| 18 | GROSSMANN, JURGEN<br>ELBCHAUSSEE 189<br>HAMBURG, 22605<br>GERMANY | 10/28/2009 | 08-13555 (JMP) | 51295 | $0.00 | GROSSMANN, JURGEN<br>ELBEHAUSSE 189<br>HAMBURG, 22605<br>GERMANY | 05/06/2011 | 08-13555 (JMP) | 67486 | $714,420.00 |
| 19 | KING, JOHN W<br>50 PINEWILD DRIVE<br>PINEHURST, NC 28374 | 09/14/2009 | | 12198 | $281,000.40 | KING, JOHN<br>50 PINEWILD DRIVE<br>PINEHURST, NC 28374 | 11/10/2009 | 08-13555 (JMP) | 65316 | $281,000.40 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 142: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 20 | KLEINWORT BENSON (CHANNEL ISLANDS) LIMITED<br>PO BOX 76<br>WESTS CENTRE<br>ST HELIER<br>JERSEY, JE4 8PQ<br>UNITED KINGDOM | 10/14/2009 | 08-13555 (JMP) | 40253 | $44,827.50 | KLEINWORT BENSON (CHANNEL ISLANDS) LIMITED<br>PO BOX 76<br>WESTS CENTRE<br>ST HELIER<br>JERSEY, JE4 8PQ<br>UNITED KINGDOM | 04/07/2011 | 08-13555 (JMP) | 67452 | $1,832,218.00 |
| 21 | LANDESBANK BADEN WURTTEMBERG<br>ATTN: LEGAL DEPARTMENT 1150/H<br>AM HAUPTBAHNHOF 2<br>STUTTGART, 70173<br>GERMANY | 09/18/2009 | 08-13888 (JMP) | 18888 | $47,857,572.66* | LANDESBANK BADEN-WURTTEMBERG<br>ATTN: DR. ANDREAS KINZELBACH<br>4018/H LEGAL TEAM<br>AM HAUPTBAHNHOF 2<br>STUTTGART, 707173<br>GERMANY | 04/21/2011 | 08-13888 (JMP) | 67466 | $27,503,031.60* |
| 22 | LANDESBANK BADEN-WURTTEMBERG<br>ATTN: LEGAL DEPARTMENT 1150/H<br>AM HAUPTBAHNHOF 2<br>STUTTGART, 70173<br>GERMANY | 09/18/2009 | 08-13555 (JMP) | 18890 | $47,857,572.66* | LANDESBANK BADEN-WURTTEMBERG<br>ATTN: DR. ANDREAS KINZELBACH<br>4018/H LEGAL TEAM<br>AM HAUPTBAHNHOF 2<br>STUTTGART, 70173<br>GERMANY | 04/21/2011 | 08-13555 (JMP) | 67467 | $27,503,031.60* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 142: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 23 | LINN ENERGY, LLC C/O DONALD A. WORKMAN BAKER & HOSTETLER LLP 1050 CONNECTICUT AVE., N.W., SUITE 1100 WASHINGTON, DC 20036 | 09/16/2009 | | 13868 | $67,614,109.00 | LINN ENERGY, LLC C/O CHARLENE RIPLEY 600 TRAVIS, SUITE 5100 HOUSTON, TX 77002 | 04/08/2011 | 08-13555 (JMP) | 67454 | $51,000,000.00 |
| 24 | MAN CHOI, LAI MAN STELLA FLAT A 26/F BLK 12 NAM FUNG SUN CHUEN 15 GREIG CRESCENT QUARRY BAY, HONG KONG | 10/14/2009 | 08-13555 (JMP) | 40055 | $128,316.99 | MAN CHOI, LAI MAN STELLA FLAT A 30/F BLK 5 SERENITY PLACE 88 PO HONG-ROAD, TSEUNG KWAN O ROAD N.T., HONG KONG | 05/02/2011 | 08-13555 (JMP) | 67481 | $128,316.99 |
| 25 | MURCIA, JAIME H. 5770 LA LUNETA AVE. MIAMI, FL 33155 | 10/30/2009 | 08-13555 (JMP) | 57415 | Undetermined | MURCIA, JAMIE H. 5770 LA LUNETA AVE. MIAMI, FL 33155 | 04/07/2011 | 08-13555 (JMP) | 67453 | $1,417,829.53 |
| 26 | NG SIU LING FLAT C, FLOOR 27. BLOCK 14, CITY ONE SHATIN, N.T., HONG KONG | 11/06/2009 | 08-13555 (JMP) | 65059 | $20,000.00* | NG SIU LING FLAT C, FLOOR 27. BLOCK 14, CITY ONE SHATIN, N.T., HONG KONG | 10/30/2009 | 08-13555 (JMP) | 57318 | $20,000.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 142: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 27 | NY STATE DEPT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 01/31/2011 | 08-13555 (JMP) | 67313 | $102,377.79 | NY STATE DEPT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 04/26/2011 | 08-13555 (JMP) | 67473 | $107,598.30* |
| 28 | PRINS, J.H.A.A. S-GRAVENWEG 367 CAPELLE A/D YSSEL, 2905 LC NETHERLANDS | 10/28/2009 | 08-13555 (JMP) | 52695 | Undetermined | PRINS, J.H.A.A. S-GRAVENWEG 367 LC CAPELLE A/D YSSEL, 2905 NETHERLANDS | 04/12/2011 | 08-13555 (JMP) | 67470 | $21,365.00 |
| 29 | SALDANA CARO, EMILIO JAVIER & AREVALO GUTIERREZ, ENNA & AREVALO, ERICK P S JTWRO - C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | 02/13/2009 | 08-13555 (JMP) | 2827 | $102,950.00 | SALDANA CARO, EMILIO JAVIER & ENNA AREVALO GUTIERREZ & ERICK P S AREVALO JTWROS C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK, NY 10165 | 03/31/2011 | 08-13555 (JMP) | 67427 | $102,950.00 |
| 30 | SORLIE, TERJE FRAMVEIEN 3B OSLO, 1177 NORWAY | 10/27/2009 | 08-13555 (JMP) | 47659 | Undetermined | SORLIE, TERJE FRAMVEIEN 3B OSLO, 1177 NORWAY | 04/11/2011 | 08-13555 (JMP) | 67459 | $35,149.03 |

* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 142: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 31 | TRANQUILITY MASTER FUND LTD. C/O RIMROCK CAPITAL MANAGEMENT, LLC [SAYE CAPITAL MANAGEMENT, L.P.] 27372 CALLE ARROYO, SUITE A SAN JUAN CAPISTRANO, CA 92675 | 06/01/2009 | 08-13888 (JMP) | 4695 | $1,039,767.00 | TRANQUILITY MASTER FUND LTD. N/K/A SPECTRUM MASTER FUND LTD. C/O SCOTT A. MEYERS ULMER & BERNE, LLP 500 WEST MADISON STREET, SUITE 3600 CHICAGO, IL 60661 | 04/19/2011 | 08-13888 (JMP) | 67463 | $1,039,767.00 |
| 32 | W.P. SPRENGER HOLDING B.V. H. BOSMANSLAAN 16 ROTTERDAM, 3055 WG NETHERLANDS | 10/28/2009 | 08-13555 (JMP) | 53676 | Undetermined | W.P. SPRENGER HOLDING B.V. HEN. BOSMANSLAAN 16 ROTTERDAM, 3055 WG NETHERLANDS | 04/20/2011 | 08-13555 (JMP) | 67465 | $140,000.00 |
| 33 | WELLINGTON TRUST COMPANY, N.A. MULTIPLE COMMON TRUST FUNDS TRUST - LIBOR PLUS PORTFOLIO C/O WELLINGTON MANAGEMENT COMPANY, LLC ATTN: DONALD CAIAZZA BOSTON, MA 02109 | 09/17/2009 | 08-13888 (JMP) | 15836 | $6,344.85* | WELLINGTON TRUST COMPANY, N.A. MULTIPLE COMMON TRUST FUNDS TRUST -LIBOR PLUS PORTFOLIO C/O WELLINGTON MANAGEMENT COMPANY, LLC ATTN: DONALD CAIAZZA BOSTON, MA 02109 | 02/04/2011 | 08-13888 (JMP) | 67323 | $30,488.07 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 142: EXHIBIT 1 – AMENDED AND SUPERSEDED CLAIMS**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 34 | WELLINGTON TRUST COMPANY, N.A. MULTIPLE COMMON TRUST FUNDS TRUST - LIBOR PLUS PORTFOLIO C/O WELLINGTON MANAGEMENT COMPANY, LLC ATTN: DONALD CAIAZZA BOSTON, MA 02109 | 09/17/2009 | 08-13555 (JMP) | 15837 | $6,337.02* | WELLINGTON TRUST COMPANY, N.A. MULTIPLE COMMON TRUST FUNDS TRUST -LIBOR PLUS PORTFOLIO C/O WELLINGTON MANAGEMENT COMPANY, LLC ATTN: DONALD CAIAZZA BOSTON, MA 02109 | 02/04/2011 | 08-13555 (JMP) | 67324 | $30,488.07 |

TOTAL    $203,696,358.22

\* - Indicates claim contains unliquidated and/or undetermined amounts