# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 146: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AB MOORE, L.P.<br>TRANSFEROR: BARCLAYS BANK PLC<br>C/O MOORE CAPITAL MANAGEMENT, L.P.<br>ATTN: LEGAL DEPARTMENT<br>1252 AVENUE OF THE AMERICAS, 53RD FLOOR<br>NEW YORK, NY 10020 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/09/2009 | 65275 | $10,223,081.00* | Settled Derivatives Claim |
| 2 | ARCHSTONE<br>F/K/A ARCHSTONE-SMITH OPERATING TRUST<br>ATTN: ARIEL AMIR<br>9200 EAST PANORAMA CIRCLE, STE 400<br>ENGLEWOOD, CO 80112 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 20221 | $552,266.45 | Settled Derivatives Claim |
| 3 | ASHTON FOREST PARK, LP<br>C/O AMBLING COMPANIES, INC<br>ATTN: GREG WRIGHT<br>7000 CENTRAL PARKWAY, SUITE 1100<br>ATLANTA, GA 30328 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27283 | $381,955.00 | Settled Derivatives Claim |
| 4 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-3A<br>C.O THE BANK OF NEW YORK MELLON-LONDON BRANCH<br>ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E15 5AL<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/16/2009 | 40714 | Undetermined | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 146: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-3A C.O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E15 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40715 | Undetermined | Settled Derivatives Claim |
| 6 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-3B C.O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E15 5AL UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/16/2009 | 40711 | Undetermined | Settled Derivatives Claim |
| 7 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007-3B C.O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON, E15 5AL UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40712 | Undetermined | Settled Derivatives Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 146: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | FORTRESS INVESTMENT FUND III (COINVESTMENT FUND A) L.P. C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 04/07/2011 | 67444 | $605,095.20* | Settled Derivatives Claim |
| 9 | FORTRESS INVESTMENT FUND III (COINVESTMENT FUND A) L.P. C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/07/2011 | 67445 | $605,095.20* | Settled Derivatives Claim |
| 10 | FORTRESS INVESTMENT FUND III (COINVESTMENT FUND B) L.P. C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 04/07/2011 | 67450 | $1,180,207.87* | Settled Derivatives Claim |
| 11 | FORTRESS INVESTMENT FUND III (COINVESTMENT FUND B) L.P. C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/07/2011 | 67451 | $1,180,207.87* | Settled Derivatives Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 146: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 12 | FORTRESS INVESTMENT FUND III (COINVESTMENT FUND C) L.P. C/O FORTRESS INVESTMENT GROUP LLC, 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 04/07/2011 | 67440 | $310,574.74* | Settled Derivatives Claim |
| 13 | FORTRESS INVESTMENT FUND III (COINVESTMENT FUND C) L.P. C/O FORTRESS INVESTMENT GROUP LLC, 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/07/2011 | 67441 | $310,574.74* | Settled Derivatives Claim |
| 14 | FORTRESS INVESTMENT FUND III (COINVESTMENT FUND D) L.P. C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/07/2011 | 67442 | $1,446,732.83* | Settled Derivatives Claim |
| 15 | FORTRESS INVESTMENT FUND III (COINVESTMENT FUND D) L.P. C/O FORTRESS INVESTMENT GROUP LLC 1345 AVENUE OF THE AMERICAS, 47TH FLOOR NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 04/07/2011 | 67443 | $1,446,732.83* | Settled Derivatives Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 146: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 16 | **FORTRESS INVESTMENT FUND V (FUND A) L.P.**<br>**C/O FORTRESS INVESTMENT GROUP LLC**<br>**1345 AVENUE OF THE AMERICAS, 47TH FLOOR**<br>**NEW YORK, NY 10105** | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 04/07/2011 | 67448 | $598,698.66* | Settled Derivatives Claim |
| 17 | **FORTRESS INVESTMENT FUND V (FUND A) L.P.**<br>**C/O FORTRESS INVESTMENT GROUP LLC**<br>**1345 AVENUE OF THE AMERICAS, 47TH FLOOR**<br>**NEW YORK, NY 10105** | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/07/2011 | 67449 | $598,698.66* | Settled Derivatives Claim |
| 18 | **FORTRESS MORTGAGE OPPORTUNITIES MASTER FUND SERIES 2 L.P.**<br>**C/O FORTRESS MORTGAGE OPPORTUNITIES ADVISORS LLC**<br>**ATTENTION: GENERAL COUNSEL**<br>**1345 AVENUE OF THE AMERICAS, 47TH FLOOR**<br>**NEW YORK, NY 10105** | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 04/07/2011 | 67446 | $1,138,300.01* | Settled Derivatives Claim |
| 19 | **FORTRESS MORTGAGE OPPORTUNITIES MASTER FUND SERIES 2 L.P.**<br>**C/O FORTRESS MORTGAGE OPPORTUNITIES ADVISORS LLC**<br>**ATTENTION: GENERAL COUNSEL**<br>**1345 AVENUE OF THE AMERICAS, 47TH FLOOR**<br>**NEW YORK, NY 10105** | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/07/2011 | 67447 | $1,138,300.01* | Settled Derivatives Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 146: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20 | GOLDMAN SACHS LENDING PARTNERS LLC<br>TRANSFEROR: TPG-AXON PARTNERS, LTD.<br>c/o Goldman, Sachs & Co. Attn: A. Caditz<br>30 Hudson Street, 36th Floor<br>Jersey City, NJ 07302 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17601 | $821,074.22* | Settled Derivatives Claim |
| 21 | JMG CAPITAL PARTNERS LP<br>C/O JMG CAPITAL MANAGEMENT, LLC<br>ATTN: NOELLE NEWTON<br>11601 WILSHIRE BLVD., SUITE 2180<br>LOS ANGELES, CA 90025 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21886 | $8,170,773.00* | Settled Derivatives Claim |
| 22 | LUTHERAN SOCIAL MINISTRIES OF NEW JERSEY<br>RE: DERIVATIVE MASTER ACCOUNT # 060205LSMN<br>6 TERRI LANE, SUITE 300<br>BURLINGTON, NJ 08016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25058 | $95,518.24 | Settled Derivatives Claim |
| 23 | MCCARTHY, DENIS<br>CLIFTON PLEDGE A/C<br>ANNADLE ROAD<br>KILLORGLIN<br>COUNTY KERRY,<br>IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 34230 | $697,401.82 | Settled Derivatives Claim |
| 24 | MEDICAL CENTER OF THE ROCKIES<br>2315 E. HARMONY ROAD<br>SUITE 200<br>ATTN: STEVE ELLSWORTH<br>FORT COLLINS, CO 80528 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 14785 | $3,000,000.00* | Settled Derivatives Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 146: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 25 | POUDRE VALLEY HEALTH CARE, INC.<br>2315 E. HARMONY ROAD<br>SUITE 200<br>ATTN: STEVE ELLSWORTH<br>FORT COLLINS, CO 80528 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 24520 | $3,000,000.00* | Settled Derivatives Claim |
| 26 | QUINTESSENCE FUND LP<br>ATTN: NICK BRUMM<br>C/O QTV FINANCIAL LP<br>1177 AVENUE OF THE AMERICAS, 9TH FLR<br>NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21908 | $0.00 | Settled Derivatives Claim |
| 27 | QUINTESSENCE FUND LP<br>C/O QVT FINANCIAL LP<br>ATTN: NICK BRUMM<br>1177 AVENUE OF THE AMERICAS, 9TH FLOOR<br>NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 22977 | $0.00 | Settled Derivatives Claim |
| 28 | QUINTESSENCE FUND LP<br>C/O QVT FINANCIAL LP<br>ATTN: NICK BRUMM<br>1177 AVENUE OF THE AMERICAS, 9TH FLOOR<br>NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22978 | $0.00 | Settled Derivatives Claim |
| 29 | QVT FUND LP<br>C/O QVT FINANCIAL LP<br>ATTN: NICK BRUMM<br>1177 AVENUE OF THE AMERICAS, 9TH FLOOR<br>NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 21917 | $0.00 | Settled Derivatives Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 146: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 30 | QVT FUND LP<br>C/O QVT FINANCIAL LP<br>ATTN: NICK BRUMM<br>1177 AVENUE OF THE AMERICAS, 9TH FLOOR<br>NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22980 | $0.00 | Settled Derivatives Claim |
| 31 | RELIANT ENERGY POWER SUPPLY, LLC<br>C/O LOWENSTEIN SANDLEER PC<br>ATTN: S. JASON TEELE<br>65 LIVIGSTON AVENUE<br>ROSELAND, NJ 07068 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22017 | Undetermined | Settled Derivatives Claim |
| 32 | STATE STREET BANK AND TRUST COMPANY<br>ATTN: KEVIN L. COURTNEY<br>1776 HERITAGE DRIVE<br>A5N<br>QUINCY, MA 02171 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 19468 | $2,671,261.00* | Settled Derivatives Claim |
| 33 | STATE STREET BANK AND TRUST COMPANY<br>ATTN: KEVIN L COURTNEY ESQ<br>1776 HERITAGE DRIVE<br>A5N<br>NORTH QUINCY, MA 02171 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28748 | $17,291,383.00* | Settled Derivatives Claim |
| 34 | U.S. BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES<br>ATTN: TIMOTHY PILLAR, VP<br>EP-MN-WS1D, 60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 31019 | Undetermined | Settled Derivatives Claim |
| | | | | | **TOTAL** | **$57,463,932.35** | |

\* - Indicates claim contains unliquidated and/or undetermined amounts