# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 144: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 1 | ANTLITZ, ALBERT<br>2441 GRAND OAKS CT<br>ABINGDON, MD 21009 | | 08/03/2009 | 7263[1] | $30,000.00 |
| 2 | BEIDEMAN, DONNA A.<br>6 POPLAR PL.<br>BELLMAWR, NJ 08031-1824 | 08-13555 (JMP) | 08/24/2009 | 9099** | $15,000.00 |
| 3 | CORNER BANCA SA<br>VIA CANOVA 16<br>LUGANO, 6900<br>SWITZERLAND | | 09/04/2009 | 10360[2] | $238,231.68 |
| 4 | CORRITORI, PETER M<br>158 BROOKSIDE LANE<br>MOUNT ARLINGTON, NJ 07856-2305 | | 08/21/2009 | 8913** | Undetermined |

---

[1] Claim 7263 is being reclassified as an equity interest solely with respect to its asserted claim for securities with CUSIP No. 524908720. All other portions of Claim 7263 were previously expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].

[2] Claim 10360 is being reclassified as an equity interest solely with respect to its asserted claim of $7.44 for the securities with CUSIP No. 524908100. The portion of Claim 10360 that is asserting a claim of $2,590.00 for securities with CUSIP No. 524908CM0 was previously expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621]. The portion of Claim 10360 that is asserting a claim totaling $235,634.24 for securities with ISIN Nos. CH0026915527, XS0179304869, XS0183944643, XS0193035358, XS0205185456, XS0213899510, and XS0282978666 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 10360 in the future.

** This claim is being reclassified as an equity interest solely with respect to its asserted claim for securities with CUSIP No. 52520W317. All other portions of this claim were previously expunged pursuant to the Order Granting Debtors' Forty-Eighth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 10, 2010 [Docket No. 12671], the Order Granting Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 18, 2010 [Docket No. 12893], the Order Granting Debtors' Fiftieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 17, 2010 [Docket No. 12835], the Order Granting Debtors' Fifty-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 17, 2010 [Docket No. 12832], or the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 144: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 5 | DADINOS, VALDA<br>23 CYPRESS ROAD<br>SUFFERN, NY 10901-6842 | | 08/21/2009 | 8925** | Undetermined |
| 6 | DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG<br>64074081<br>100 SE 2ND STREET, SUITE 2610<br>MIAMI, FL 33131 | | 09/22/2009 | 32593 | $447.30 |
| 7 | EILEEN JENKINS REV LIV TR<br>ARTHUR B JENKINS TTEE<br>7360 S. ORIOLE BLVD E801<br>DELRAY BEACH, FL 33446-1392 | 08-13555<br>(JMP) | 08/24/2009 | 9116** | $50,000.00 |
| 8 | EYE CARE GROUP PC, THE<br>EMPLOYEES PROFIT SHARING + 401K PLAN<br>DESIGNATED FUND-STANLEY HERSH<br>7 SUNBROCK RD<br>WOODBRIDGE, CT 06525 | 08-13555<br>(JMP) | 08/03/2009 | 7046** | $52,519.00 |
| 9 | FISHER, ROBERT B.<br>304 SUTTON WAY, #43<br>GRASS VALLEY, CA 95945 | | 07/31/2009 | 6810** | $31,000.00 |
| 10 | FOLTZ, ANN T.<br>RETIREMENT ACCOUNT<br>488 ALEXIAN WAY, APT. 501<br>SIGNAL MOUNTAIN, TN 37377 | | 09/22/2009 | 32759** | $53,750.00 |

\*\*  This claim is being reclassified as an equity interest solely with respect to its asserted claim for securities with CUSIP No. 52520W317.  All other portions of this claim were previously expunged pursuant to the Order Granting Debtors' Forty-Eighth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 10, 2010 [Docket No. 12671], the Order Granting Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 18, 2010 [Docket No. 12893], the Order Granting Debtors' Fiftieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 17, 2010 [Docket No. 12835], the Order Granting Debtors' Fifty-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 17, 2010 [Docket No. 12832], or the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 144: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 11 | FRASSO, V. JAMES<br>23007 KENT AVE<br>TORRANCE, CA 90505 | | 08/03/2009 | 7134[3] | $28,551.00 |
| 12 | GAUDIANO, ALFREDO AND LEZICA, SOLEDAD, JTWROS<br>C/O SOLEDAD MATTEOZZI, ATTORNEY IN FACT<br>ALFARO-ABOGADOS<br>150 EAST 58 STREET, 20TH FLOOR<br>NEW YORK, NY 10155 | 08-13555 (JMP) | 09/21/2009 | 25375[4] | $34,839.23 |
| 13 | GOLDMAN, ALFRED<br>1200 KING ST. APT 226<br>RYE BROOK, NY 10573-7003 | 08-13555 (JMP) | 09/22/2009 | 30815** | $240,028.13 |
| 14 | HAQUE, AISHA<br>171 WEST 57TH STREET<br>APARTMENT 3C<br>NEW YORK, NY 10019 | | 09/22/2009 | 32729 | $91,653.90 |

---

[3] Claim 7134 is being reclassified as an equity interest solely with respect to its asserted claim for securities with CUSIP No. 52490886.  All other portions of claim 7134 were previously expunged pursuant to the Order Granting Debtors' Twenty-Seventh Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated September 21, 2010  [Docket No. 11503] and the Order Granting Debtors' Eighty-Second Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated March 3, 2011 [Docket No. 14794].

[4] Claim 25375 is being reclassified as an equity interest solely with respect to its asserted claim for securities with CUSIP No. 524908100.  All other portions of Claim 25375 were previously expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].

** This claim is being reclassified as an equity interest solely with respect to its asserted claim for securities with CUSIP No. 52520W317.  All other portions of this claim were previously expunged pursuant to the Order Granting Debtors' Forty-Eighth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 10, 2010 [Docket No. 12671], the Order Granting Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 18, 2010 [Docket No. 12893], the Order Granting Debtors' Fiftieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 17, 2010 [Docket No. 12835], the Order Granting Debtors' Fifty-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 17, 2010 [Docket No. 12832], or the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].

* - Indicates claim contains unliquidated and/or undetermined amounts

08-13555-mg    Doc 18184-1    Filed 06/30/11    Entered 06/30/11 16:13:02    Exhibit
Pg 5 of 12

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 144: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 15 | HEALTH CARE CONSULTING CORP<br>16375 NE 18TH AVE SUITE #301<br>ATTN:STEPHEN B. FEINBERG<br>NORTH MIAMI BEACH, FL 33162 | | 07/29/2009 | 6598** | $37,500.00 |
| 16 | JOHNSON, DALE W.<br>PATRICIA E. JOHNSON, JT. TENANTS<br>P.O. BOX 46313<br>PLYMOUTH, MN 55446-0313 | 08-13555 (JMP) | 07/27/2009 | 6267[5] | $10,000.00 |
| 17 | JOHNSON, FLORENCE<br>324 OLD FARMINGDALE ROAD<br>WEST BABYLON, NY 11740 | 08-13555 (JMP) | 08/28/2009 | 9699** | $25,120.03 |
| 18 | KAUFMAN, DAVID M TTE<br>DAVID M KAUFMAN REV TRUST<br>6959 FOUNTAINS CIRCLE<br>LAKE WORTH, FL 33467-5722 | 08-13555 (JMP) | 09/14/2009 | 12166** | $70,590.75 |
| 19 | KEEGAN, ROBERT & ROSEMARY<br>124 BEDFORD AVE<br>FAR ROCKAWAY, NY 11697 | 08-13555 (JMP) | 08/14/2009 | 8301** | $35,000.00 |
| 20 | KIRK, R. VERNON<br>900 19TH ST<br>GERING, NE 69341-3988 | 08-13555 (JMP) | 09/14/2009 | 12212[6] | $7,499.50 |

---

[5] Claim 6267 is being reclassified as an equity interest solely with respect to its asserted claim for securities with CUSIP No. 524908720. All other portions of Claim 6267 were previously expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].

** This claim is being reclassified as an equity interest solely with respect to its asserted claim for securities with CUSIP No. 52520W317. All other portions of this claim were previously expunged pursuant to the Order Granting Debtors' Forty-Eighth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 10, 2010 [Docket No. 12671], the Order Granting Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 18, 2010 [Docket No. 12893], the Order Granting Debtors' Fiftieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 17, 2010 [Docket No. 12835], the Order Granting Debtors' Fifty-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 17, 2010 [Docket No. 12832], or the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].

* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 144: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 21 | KUPERSTOCK, BETTY L. & ALBERT D.<br>2211 WOODCREST DRIVE<br>JOHNSTOWN, PA 15905JOHNSTOWN, PA 15905 | 08-13555 (JMP) | 08/10/2009 | 7849** | $81,900.00 |
| 22 | LANDSBERG, MARSHA K.<br>25 BEACON HILL DRIVE<br>METUCHEN, NJ 08840-1603 | 08-13555 (JMP) | 08/24/2009 | 9122[7] | $20,000.00* |
| 23 | LANG, LILA<br>7628 CEDARWOOD CIRCLE<br>BOCA RATON, FL 33434 | 08-13555 (JMP) | 09/03/2009 | 10279** | $40,000.00 |
| 24 | LIBERTY MUTUAL FIRE INSURANCE COMPANY<br>ATTN: ROBERT BLAUVELT<br>175 BERKELEY STREET<br>BOSTON, MA 02116 | 08-13555 (JMP) | 09/18/2009 | 15932[8] | $14,114,322.18 |

[6] Claim 12212 is being reclassified as an equity interest solely with respect to its asserted claim for securities with CUSIP No. 524908720. All other portions of Claim 12212 were previously expunged pursuant to the Order Granting Debtors' Fifty-Fifth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated 12/17/2010 [Docket No. 13551].

[7] Claim 9122 is being reclassified as an equity interest solely with respect to its asserted claim for LBHI stock. The portion of Claim 9122 seeking to recover for securities with CUSIP No. 52519Y209 was previously expunged pursuant to the Order Granting Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 18, 2010 [Docket No. 12893].

** This claim is being reclassified as an equity interest solely with respect to its asserted claim for securities with CUSIP No. 52520W317. All other portions of this claim were previously expunged pursuant to the Order Granting Debtors' Forty-Eighth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 10, 2010 [Docket No. 12671], the Order Granting Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 18, 2010 [Docket No. 12893], the Order Granting Debtors' Fiftieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 17, 2010 [Docket No. 12835], the Order Granting Debtors' Fifty-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 17, 2010 [Docket No. 12832], or the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].

* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 144: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 25 | LIBERTY MUTUAL INSURANCE COMPANY<br>ATTN: ROBERT BLAUVELT<br>175 BERKELEY STREET<br>BOSTON, MA 02116 | 08-13555<br>(JMP) | 09/18/2009 | 15930[9] | $38,933,316.76 |
| 26 | MANDRACCHIA, CHARLES S.<br>21 CUSHMAN TERR<br>MANDRACCHIA INVESTMENT TRUST<br>REVERE, MA 02151 | | 09/21/2009 | 24706** | $57,500.00 |
| 27 | MOCHEL, NORMAN W.<br>5555 MONTGOMERY DRIVE<br>APT L207<br>SANTA ROSA, CA 95409 | | 08/03/2009 | 7292** | $46,700.00 |

---

[8] Claim 15932 is being reclassified as an equity interest solely with respect to its asserted claim of $2,482.34 for the securities with CUSIP No. 524908100. The portion of Claim 15932 that is asserting a claim of $3,000,000.00 for securities with CUSIP No. 52517P5X5 was previously expunged pursuant to the Order Granting Debtors' Ninety-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated March 31, 2011 [Docket No. 15520]. The portion of Claim 15932 that is asserting a claim of $9,611,839.84 for "Lehman Brothers Real Estate Mezzanine Partners, L.P." and of $1,500,000.00 for "Lehman Brothers Real Estate Mezzanine Partners II, L.P." is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 15932 in the future.

[9] Claim 15930 is being reclassified as an equity interest solely with respect to its asserted claim of $15,557.04 for the securities with CUSIP No. 524908100. The portion of Claim 15930 that is asserting a claim totaling $20,000,000.00 for securities with CUSIP Nos. 52517P4C2, 52517P5X5, and 5252M0BZ9 was previously expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621]. The portion of Claim 15930 that is asserting a claim of $14,417,759.72 for "Lehman Brothers Real Estate Mezzanine Partners, L.P." and of $4,500,000.00 for "Lehman Brothers Real Estate Mezzanine Partners II, L.P." is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 15930 in the future.

** This claim is being reclassified as an equity interest solely with respect to its asserted claim for securities with CUSIP No. 52520W317. All other portions of this claim were previously expunged pursuant to the Order Granting Debtors' Forty-Eighth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 10, 2010 [Docket No. 12671], the Order Granting Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 18, 2010 [Docket No. 12893], the Order Granting Debtors' Fiftieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 17, 2010 [Docket No. 12835], the Order Granting Debtors' Fifty-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 17, 2010 [Docket No. 12832], or the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 144: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 28 | MORIBER, LEONARD AND MITCHELL<br>1000 PARKVIEW DR # 129<br>HALLANDALE, FL 33099-2999 | | 08/06/2009 | 7581** | $26,250.00 |
| 29 | NEWSOME, SUSAN<br>EXECUTRIX OF THE ESTATE OF KATHARINA A.M. MORGAN<br>3902 VETERANS BLVD.<br>DEL RIO, TX 78840 | 08-13555 (JMP) | 08/17/2009 | 8560[10] | Undetermined |
| 30 | PEERLESS INSURANCE COMPANY<br>ATTN: ROBERT BLAUVELT, VICE PRESIDENT<br>FIXED INCOME<br>LIBERTY MUTUAL GROUP<br>175 BERKELEY STREET<br>BOSTON, MA 02116 | 08-13555 (JMP) | 09/18/2009 | 15948[11] | $5,250,714.00 |

[10] Claim 8560 is being reclassified as an equity interest solely with respect to its asserted claim for securities with CUSIP No. 524908100. All other portions of Claim 8560 were previously expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].

[11] Claim 15948 is being reclassified as an equity interest solely with respect to its asserted claim of $714.00 for the securities with CUSIP No. 524908100. The portion of Claim 15948 that is asserting a claim of $4,500,000.00 for securities with CUSIP No. 52517P5X5 was previously expunged pursuant to the Order Granting Debtors' Ninety-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated March 31, 2011 [Docket No. 15520]. The portion of Claim 15948 that is asserting a claim of $750,000.00 for "Lehman Brothers Real Estate Mezzanine Partners II, L.P." is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 15948 in the future.

** This claim is being reclassified as an equity interest solely with respect to its asserted claim for securities with CUSIP No. 52520W317. All other portions of this claim were previously expunged pursuant to the Order Granting Debtors' Forty-Eighth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 10, 2010 [Docket No. 12671], the Order Granting Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 18, 2010 [Docket No. 12893], the Order Granting Debtors' Fiftieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 17, 2010 [Docket No. 12835], the Order Granting Debtors' Fifty-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 17, 2010 [Docket No. 12832], or the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 144: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 31 | PIERSON, BILLY<br>120 RIDGEWAY AVENUE<br>LOUISVILLE, KY 40207 | | 08/17/2009 | 8485[12] | $14,141.16 |
| 32 | ROBERT PATRICK HUGHES TRUST<br>UAD 9/6/00<br>9219 DURBAN ROAD<br>SANDY, UT 84093 | 08-13555<br>(JMP) | 08/31/2009 | 9911** | $36,057.00 |
| 33 | ROGERS, STEPHEN A.<br>9 CLIFTON COURT<br>PIKESVILLE, MD 21208 | 08-13555<br>(JMP) | 09/02/2009 | 10109[13] | $16,394.12 |
| 34 | SHUTENKO, GULNARA<br>HNEZDENSKA 767/2C<br>PRAGUE 8, 18100<br>CZECH REPUBLIC | 08-13555<br>(JMP) | 07/06/2009 | 5142 | $15,683.71 |
| 35 | SINRICH, NORMAN<br>CGM IRA ROLLOVER CUSTODIAN<br>200 DEER RUN ROAD<br>WILTON, CT 06897-1210 | 08-13555<br>(JMP) | 12/11/2009 | 65922** | $95,000.00 |

---

[12] Claim 8485 is being reclassified as an equity interest solely with respect to its asserted claim for securities with CUSIP No. 524908639. All other portions of claim 8485 were previously expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].

[13] Claim 10109 is being reclassified as an equity interest solely with respect to its asserted claim for securities with CUSIP No. 524908100. All other portions of Claim 10109 were previously expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].

** This claim is being reclassified as an equity interest solely with respect to its asserted claim for securities with CUSIP No. 52520W317. All other portions of this claim were previously expunged pursuant to the Order Granting Debtors' Forty-Eighth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 10, 2010 [Docket No. 12671], the Order Granting Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 18, 2010 [Docket No. 12893], the Order Granting Debtors' Fiftieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 17, 2010 [Docket No. 12835], the Order Granting Debtors' Fifty-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 17, 2010 [Docket No. 12832], or the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 144: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 36 | SINRICH, NORMAN<br>CGM IRA CUSTODIAN<br>200 DEER RUN ROAD<br>WILTON, CT 06897-1210 | 08-13555 (JMP) | 12/11/2009 | 65925** | $90,000.00 |
| 37 | SMITH, GAMBRELL & RUSSELL, LLP<br>250 PARK AVE FL 19<br>NEW YORK, NY 101771999 | 08-13555 (JMP) | 07/31/2009 | 6856[14] | Undetermined |
| 38 | SMITH, RICHARD S. & JOYCE<br>8517 HAMPTON CHASE CT<br>WAKE FOREST, NC 27587 | 08-13555 (JMP) | 08/10/2009 | 7938** | $4,678.00* |
| 39 | SWANGO, DONALD L<br>2408 JEFFERSON RD<br>FOX HOLLOW<br>BARTLESVILLE, OK 74006. | 08-13902 (JMP) | 09/21/2009 | 25296** | $49,000.00 |

---

[14] **Claim 6856 is being reclassified as an equity interest solely with respect to its asserted claim for securities with CUSIP No. 52523J453. All other portions of claim 6856 were previously expunged pursuant to the Order Granting Debtors' Twenty-First Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated 9/21/2010 [Docket No. 11506].**

**\*\* This claim is being reclassified as an equity interest solely with respect to its asserted claim for securities with CUSIP No. 52520W317. All other portions of this claim were previously expunged pursuant to the Order Granting Debtors' Forty-Eighth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 10, 2010 [Docket No. 12671], the Order Granting Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 18, 2010 [Docket No. 12893], the Order Granting Debtors' Fiftieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 17, 2010 [Docket No. 12835], the Order Granting Debtors' Fifty-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 17, 2010 [Docket No. 12832], or the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].**

**\* - Indicates claim contains unliquidated and/or undetermined amounts**

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 144: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 40 | TRAVELERS INDEMNITY COMPANY AND ITS AFFILIATES, THE<br>1 TOWER SQ., 8MS<br>ATTN: MARY C. DUFFY BOARDMAN<br>HARTFORD, CT 06183 | 08-13555 (JMP) | 09/18/2009 | 19226[15] | $72,754,315.00 |
| 41 | TURNER, TINA<br>349 HARRISON AVENUE<br>WEST BERLIN, NJ 08091-2135 | | 02/16/2011 | 67343 | $5,000.00 |
| 42 | TURNER, TINA<br>349 HARRISON AVENUE<br>WEST BERLIN, NJ 08091-2135 | 08-13555 (JMP) | 02/16/2011 | 67419 | $5,000.00 |

---

[15] Claim 19226 is being reclassified as an equity interest solely with respect to its asserted claim of $2,254,826.25 for the securities with CUSIP No. 524908704 and of $6,091,765.24 for the securities with CUSIP No. 524908720.  The portion of Claim 19226 that is asserting a claim totaling $50,785,488.14 for securities with CUSIP Nos. 524908UB4, 52517PD57, 52517PF63, 52517PG96, 52517PH61, 52517PK59, 52517PR60, 52517PSC6, 52517PVV0, 52517PXT3, 525M0BZ9, 525M0FD4, 524908CF5, 524908CM0 was previously expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].  The portion of Claim 19226 that is asserting a claim totaling $13,622,235.37 for securities with ISIN Nos. CA524908PR55 and XS0210414750 are not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 15948 in the future.

**  This claim is being reclassified as an equity interest solely with respect to its asserted claim for securities with CUSIP No. 52520W317.  All other portions of this claim were previously expunged pursuant to the Order Granting Debtors' Forty-Eighth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 10, 2010 [Docket No. 12671], the Order Granting Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 18, 2010 [Docket No. 12893], the Order Granting Debtors' Fiftieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 17, 2010 [Docket No. 12835], the Order Granting Debtors' Fifty-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 17, 2010 [Docket No. 12832], or the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].

*  -  Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 144: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 43 | WALKER, BRANDI<br>C/O MELVIN PASTERNACK ESQ GDN<br>166 HAMILTON ROAD<br>ROCKVILLE CENTRE, NY 11570 | | 08/03/2009 | 7016[16] | $75,000.00 |
| 44 | ZUBALSKY, HELEN<br>11279 WESTLAND CIRCLE<br>BOYNTON BEACH, FL 33437-1804 | 08-13555 (JMP) | 03/29/2010 | 66427** | $27,500.00 |
| | | | | TOTAL | $132,835,202.45 |

---

[16] **Claim 7016 is being reclassified as an equity interest solely with respect to its asserted claim for securities with CUSIP No. 524908720.  All other portions of Claim 7016 were previously expunged pursuant to the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].**

**\*\*  This claim is being reclassified as an equity interest solely with respect to its asserted claim for securities with CUSIP No. 52520W317.  All other portions of this claim were previously expunged pursuant to the Order Granting Debtors' Forty-Eighth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 10, 2010 [Docket No. 12671], the Order Granting Debtors' Forty-Ninth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 18, 2010 [Docket No. 12893], the Order Granting Debtors' Fiftieth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 17, 2010 [Docket No. 12835], the Order Granting Debtors' Fifty-Fourth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated November 17, 2010 [Docket No. 12832], or the Order Granting Debtors' Sixty-Sixth Omnibus Objection to Claims (Duplicative of Indenture Trustee Claims), dated December 22, 2010 [Docket No. 13621].**

   **\* -  Indicates claim contains unliquidated and/or undetermined amounts**