# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 147: EXHIBIT 1 – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| 1 | AMERICAN INVESTORS LIFE INSURANCE CO., INC. N/K/A AVIVA LIFE ANNUITY CO. C/O AVIVA IVESTORS NORTH AMERICA, INC. 699 WALNUT STREET, SUITE 1700 DES MOINES, IA 50309 | 65963 | Lehman Brothers Holdings Inc. | Unsecured | $41,209,112.25 | Unsecured | $2,209,112.25 | Unsecured | $39,000,000.00 |
| 2 | BBT FUND, L.P. C/O BBT GENPAR LP ATTENTION: WILLIAM O. REIMANN 201 MAIN STREET, SUITE 3200 FORT WORTH, TX 76102 | 67282 | Lehman Brothers Holdings Inc. | Unsecured | $142,030,214.76 | Unsecured | $9,991,271.16 | Unsecured | $132,038,943.60 |
| 3 | CAP FUND, L.P. C/O CAP GENPAR, L.P. ATTN: WILLIAM O. RIEMANN 201 MAIN STREET, SUITE 32OO FORT WORTH, TX 76102 | 67279 | Lehman Brothers Holdings Inc. | Unsecured | $106,777,040.02 | Unsecured | $4,407,155.92 | Unsecured | $102,369,884.10 |
| 4 | SRI FUND, L.P. C/O SRI GENPAR, L.P. ATTN: WILLIAM O. REIMANN 201 MAIN STREET, SUITE 3200 FORT WORTH, TX 76102 | 67281 | Lehman Brothers Holdings Inc. | Unsecured | $65,382,085.31 | Unsecured | $2,146,671.65 | Unsecured | $63,235,413.66 |
| 5 | SVENSKA HANDELSBANKEN AB (PUBL) ATTN: MARK CLEARY, DEPUTY GENERAL MANAGER, NEW YORK BRANCH 875 THIRD AVENUE, 4TH FLOOR NEW YORK, NY 10022-7218 | 4922 | Lehman Brothers Holdings Inc. | Secured | $62,874,502.86 | Unsecured | $4,688,808.51 [1] | Secured | $55,953,934.99 |

---

[1] The LBSF/LBCC Portion of Claim 4922 is being reduced from $6,920,567.87 to $4,688,808.51 per the parties' agreement.

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 147: EXHIBIT 1 – PARTIALLY SETTLED GUARANTEE CLAIMS

| | NAME | CLAIM # | DEBTOR | ASSERTED CLAIM CLASS | ASSERTED CLAIM AMOUNT | ALLOWED PORTION OF CLAIM CLASS | ALLOWED PORTION OF CLAIM AMOUNT | UNRESOLVED PORTION OF CLAIM CLASS | UNRESOLVED PORTION OF CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 6 | ZAIS OPPORTUNITY MASTER FUND, LTD C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 66108 | Lehman Brothers Holdings Inc. | Unsecured | $7,880,651.69* | N/A | N/A | Unsecured | $7,880,651.69* |
| | TRANSFERRED TO: APPALOOSA INVESTMENT L.P. 1 TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.ATTN: KEN MAIMAN51 JFK PARKWAY, SUITE 250BSHORT HILLS, NJ 07078 | | | Unsecured | $3,985,000.00 | Unsecured | $3,985,000.00 | | $0.00 |
| | TRANSFERRED TO: CITIGROUP FINANCIAL PRODUCTS INC. TRANSFEROR: SCOTTWOOD MASTER, LTDATTN: MARC HEIMOWITZ390 GREENWICH STREET, FOURTH FLOORNEW YORK, NY 10013 | | | Unsecured | $10,750,000.00* | Unsecured | $10,750,000.00 | | $0.00 |
| | TRANSFERRED TO: OAKTREE HUNTINGTON INVESTMENT FUND, L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCHC/O OAKTREE CAPITAL MANAGEMENT, L.P.ATTN: JEREMY BOOKER333 SOUTH GRAND AVE., 28TH FLLOS ANGELES, CA 90071 | | | Unsecured | $13,250,000.00* | Unsecured | $13,250,000.00 | | $0.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts        Page 2 of 4

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 147: EXHIBIT 1 – PARTIALLY SETTLED GUARANTEE CLAIMS

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|
| | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| TRANSFERRED TO: OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P. TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCHC/O OAKTREE CAPITAL MANAGEMENT, L.P.ATTN: JEREMY BOOKER333 SOUTH GRAND AVE., 28TH FLLOS ANGELES, CA 90071 | | | Unsecured | $13,250,000.00* | Unsecured | $13,250,000.00 | | $0.00 |
| TRANSFERRED TO: PALOMINO FUND LIMITED TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.APPALOOSA INVESTMENT L.P.1ATTN: KEN MAIMAN51 JFK PARKWAY, SUITE 250BSHORT HILLS, NJ 07078 | | | Unsecured | $5,848,000.00 | Unsecured | $5,848,000.00 | | $0.00 |
| TRANSFERRED TO: THOROUGHBRED FUND L.P TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.C/O APPALOOSA INVESTMENT L.P. 1ATTN: KEN MAIMAN51 JFK PARKWAY, SUITE 250BSHORT HILLS, NJ 07078 | | | Unsecured | $2,913,000.00 | Unsecured | $2,913,000.00 | | $0.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 147: EXHIBIT 1 – PARTIALLY SETTLED GUARANTEE CLAIMS

| NAME | CLAIM # | DEBTOR | ASSERTED CLAIM | | ALLOWED PORTION OF CLAIM | | UNRESOLVED PORTION OF CLAIM | |
|---|---|---|---|---|---|---|---|---|
| | | | CLASS | AMOUNT | CLASS | AMOUNT | CLASS | AMOUNT |
| TRANSFERRED TO: THOROUGHBRED MASTER LTD TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.C/O APPALOOSA INVESTMENT L.P. 1ATTN: KEN MAIMAN51 JFK PARKWAY, SUITE 250BSHORT HILLS, NJ 07078 | | | Unsecured | $3,004,000.00 | Unsecured | $3,004,000.00 | | $0.00 |
| | TOTAL | | | $479,153,606.89 | | $76,443,019.49 | | $402,710,587.40 |

\* - Indicates claim contains unliquidated and/or undetermined amounts