# Exhibit 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 134 – EXHIBIT 2: RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS – ADJOURNED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | MEARS, RUSSELL<br>44 HOWARD ROAD<br>UPMINSTER<br>ESSEX, ESSEX, RM14 2UF<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 09/10/2009 | 11108 | $5,993.13 |
| 2 | VELEBA, MILAN<br>FLAT 14 / CAPSTAN COURT<br>24 WAPPING WALL<br>WAPPING, GT LON, E1W 3SE<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 08/17/2009 | 8447 | $5,803.00 |
| | | | | | TOTAL | $11,796.13 |

\* - Indicates claim contains unliquidated and/or undetermined amounts