UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
:
In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
                                                         :    (Jointly Administered)
                        Debtors.                         :
                                                         :
-----------------------------------------------------------------------x    Ref. Docket Nos. 18037, 18038,
                                                              18051, 18053

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 28, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             */s/ Lauren Rodriguez*
                                             Lauren Rodriguez

Sworn to before me this
30th day of June, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                        |  Chapter 11 Case No.
                                             |
LEHMAN BROTHERS HOLDINGS INC., et al.,       |  08-13555 (JMP)
                                             |
                                             |  (Jointly Administered)
            Debtors.                         |
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   DEUTSCHE BANK AG, LONDON BRANCH
      TRANSFEROR: GE FINANCIAL MARKETS
      ATTN: RICH VICHAIDITH
      60 WALL STREET
      3RD FLOOR
      NEW YORK NY 10005
```

Please note that your claim # 21893-09 in the above referenced case and in the amount of $77,544,277.34 allowed at $75,000,000.00     has been transferred **(unless previously expunged by court order)**

```
      MONARCH MASTER FUNDING LTD
      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
      C/O MONARCH ALTERNATIVE CAPITAL LP
      ATTN: MICHAEL GILLIN
      535 MADISON AVENUE
      26TH FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 18037     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/28/2011                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 28, 2011.

# EXHIBIT B

```
TIME: 14:53:10                                    LEHMAN BROTHERS HOLDING INC.                                            PAGE:    1
DATE: 06/28/11                                          CREDITOR LISTING

Name                                    Address
DEUTSCHE BANK AG, LONDON BRANCH         TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH         TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH         TRANSFEROR: GE FINANCIAL MARKETS ATTN: RICH VICHAIDITH 60 WALL STREET 3RD FLOOR NEW YORK NY 10005
HBK MASTER FUND L.P.                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
MONARCH MASTER FUNDING LTD              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE 26TH FLOOR
                                        NEW YORK NY 10022

Total Number of Records Printed    5
```
EPIQ BANKRUPTCY SOLUTIONS, LLC