# Exhibit 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 138: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BANCA POPOLARE PUGLIESE S.C.PER AZ.<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A. REID<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/17/2009 | 14968 | $258,471.39* | No Liability Claim |
| 2 | BANCA POPOLARE PUGLIESE S.C.PER AZ.<br>C/O BAKER & MCKENZIE LLP<br>ATTN: IRA A. REID<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/17/2009 | 14966 | $258,471.39* | No Liability Claim |
| 3 | BANCO GUIPUZCOANO S.A.<br>ATTN: JOSE ANTONIO GONZALEZ<br>CAMINO DE PORTUETXE 35<br>SAN SEBASTIAN, 20018<br>SPAIN | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/18/2009 | 16034 | $954.85 | No Liability Claim |
| 4 | BANCO GUIPUZCOANO SA<br>ATTN: JOSE ANTONIO GONZALEZ<br>BANCO GUIPUZCOANO SA<br>CAMINO DE PORTUETXE NO 35 IGARA<br>SAN SEBASTIAN, 20018<br>SPAIN | | Lehman No Case Asserted/All Cases Asserted | 09/18/2009 | 16033 | $149,711.67 | No Liability Claim |
| 5 | HARRINGTON PARTNERS, L.P.<br>C/O EBF & ASSOCIATES, L.P.<br>ATTN: GENERAL COUNSEL<br>601 CARLSON PARKWAY, SUITE 200<br>MINNETONKA, MN 55305 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26920 | $0.00 | No Liability Claim |
| 6 | HARRINGTON PARTNERS, L.P.<br>C/O EBF & ASSOCIATES, L.P.<br>ATTN: GENERAL COUNSEL<br>601 CARLSON PARKWAY, SUITE 200<br>MINNETONKA, MN 55305 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26921 | $0.00 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 138: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | LEHMAN BROTHERS EUROPEAN MEZZANINE 2004 SICAV<br>C/O LEHMAN BROTHERS EUROPEAN MEZZANINE<br>10 BROOK STREET<br>LONDON, W1S 1BG<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23432 | $1,005,445.30 | No Liability Claim |
| 8 | LEHMAN BROTHERS EURPOEAN MEZZANINE 2004 SICAV<br>C/O LEHMAN BROTHERS EUROPEAN MEZZANINE<br>10 BROOK ST.<br>LONDON, W1S 1BG<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23419 | $1,005,445.30 | No Liability Claim |
| 9 | LEHMAN BROTHERS EUROPEAN MEZZANINE LEVERAGED PARTNERS 2003-A, L.P.<br>C/O LEHMAN BROTHERS EUROPEAN MEZZANINE<br>10 BROOK STREET<br>LONDON, W1S 1BG<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23430 | $258,021.80 | No Liability Claim |
| 10 | LEHMAN BROTHERS EUROPEAN MEZZANINE LEVERAGED PARTNERS 2003-A, L.P.<br>C/O LEHMAN BROTHERS EUROPEAN MEZZANINE<br>10 BROOK STREET<br>LONDON, W1S 1BG<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23426 | $258,021.80 | No Liability Claim |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 138: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | LEHMAN BROTHERS EUROPEAN MEZZANINE LEVERAGED PARTNERS 2003-B, L.P.<br>C/O LEHMAN BROTHERS EUROPEAN MEZZANINE<br>10 BROOK STREET<br>LONDON, W1S 1BG<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23429 | $658,516.60 | No Liability Claim |
| 12 | LEHMAN BROTHERS EUROPEAN MEZZANINE LEVERAGED PARTNERS 2003-B, L.P.<br>C/O LEHMAN BROTHERS EUROPEAN MEZZANINE<br>10 BROOK STREET<br>LONDON, W1S 1BG<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23425 | $658,516.60 | No Liability Claim |
| 13 | LEHMAN BROTHERS EUROPEAN MEZZANINE PARTNERS 2003-A, L.P.<br>C/O LEHMAN BROTHERS EUROPEAN MEZZANINE<br>10 BROOK STREET<br>LONDON, W1S 1BG<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23428 | $1,625,369.30 | No Liability Claim |
| 14 | LEHMAN BROTHERS EUROPEAN MEZZANINE PARTNERS 2003-A, L.P.<br>C/O LEHMAN BROTHERS EUROPEAN MEZZANINE<br>10 BROOK STREET<br>LONDON, W1S 1BG<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23424 | $1,625,369.30 | No Liability Claim |

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 138: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | LEHMAN BROTHERS EUROPEAN MEZZANINE PARTNERS 2003-C, L.P. C/O LEHMAN BROTHERS EUROPEAN MEZZANINE 10 BROOK STREET LONDON, W1S 1BG UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 23421 | $442,984.20 | No Liability Claim |
| 16 | LEHMAN BROTHERS EUROPEAN MEZZANINE PARTNERS 2003-C, L.P. C/O LEHMAN BROTHERS EUROPEAN MEZZANINE 10 BROOK STREET LONDON, W1S 1BG UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23437 | $442,984.20 | No Liability Claim |
| 17 | MERCED PARTNERS II, L.P. C/O EBF & ASSOCIATES, L.P. ATTN: GENERAL COUNSEL 601 CARLSON PARKWAY, SUITE 200 MINNETONKA, MN 55305 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26916 | $0.00 | No Liability Claim |
| 18 | MERCED PARTNERS II, L.P. C/O EBF & ASSOCIATES, L.P. ATTN: GENERAL COUNSEL 601 CARLSON PARKWAY, SUITE 200 MINNETONKA, MN 55305 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26917 | $0.00 | No Liability Claim |
| 19 | MERCED PARTNERS, L.P. C/O EBF & ASSOCIATES, L.P. ATTN: GENERAL COUNSEL 601 CARLSON PARKWAY, SUITE 200 MINNETONKA, MN 55305 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26919 | $0.00 | No Liability Claim |

# IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 138: EXHIBIT 1 – NO LIABILITY CLAIMS

|    | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|----|------|-------------|-------------|------------|---------|---------------------|----------------------------------|
| 20 | MERCED PARTNERS, L.P.<br>C/O EBF & ASSOCIATES, L.P.<br>ATTN: GENERAL COUNSEL<br>601 CARLSON PARKWAY, SUITE 200<br>MINNETONKA, MN 55305 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26918 | $0.00 | No Liability Claim |
| 21 | MNC PARTNERS, L.P.<br>C/O EBF & ASSOCIATES, L.P.<br>ATTN: GENERAL COUNSEL<br>601 CARLSON PARKWAY, SUITE 200<br>MINNETONKA, MN 55305 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26855 | $0.00 | No Liability Claim |
| 22 | MNC PARTNERS, L.P.<br>C/O EBF & ASSOCIATES, L.P.<br>ATTN: GENERAL COUNSEL<br>601 CARLSON PARKWAY, SUITE 200<br>MINNETONKA, MN 55305 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26854 | $0.00 | No Liability Claim |
|    |      |             |             |            | TOTAL   | $8,648,283.70       |                                  |

\* - Indicates claim contains unliquidated and/or undetermined amounts