# Exhibit 2

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 138: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | FIRST CHOICE POWER, LP<br>C/O LOWENSTEIN SANDLEER PC<br>ATTN: S. JASON TEELE<br>65 LIVIGSTON AVENUE<br>ROSELAND, NJ 07068 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22018 | Undetermined | No Liability Claim |
| 2 | FIRST CHOICE POWER, LP<br>C/O LOWENSTEIN SANDLEER PC<br>ATTN: S. JASON TEELE<br>65 LIVIGSTON AVENUE<br>ROSELAND, NJ 07068 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 09/21/2009 | 22015 | Undetermined | No Liability Claim |
| 3 | GILA RIVER POWER, L.P.<br>C/O ENTEGRA POWER GROUP LLC<br>ATTN: JERRY COFFEY<br>100 S. ASHLEY DRIVE, SUITE 1400<br>TAMPA, FL 33602 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 06/09/2011 | 67522 | $952,837.00* | No Liability Claim |
| 4 | GILA RIVER POWER, L.P.<br>C/O ENTEGRA POWER GROUP LLC<br>ATTN: JERRY COFFEY<br>100 S. ASHLEY DRIVE, SUITE 1400<br>TAMPA, FL 33602 | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 06/09/2011 | 67523 | $952,837.00* | No Liability Claim |
| 5 | GLITNIR BANKI HF<br>C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: ALAN W. KORNBERG, ABIGAIL CLARK<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 27430 | $5,517,980.13 | No Liability Claim |
| 6 | GLITNIR BANKI HF<br>C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>ATTN: ALAN W. KORNBERG, ABIGAIL CLARK<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 27420 | $5,517,980.13 | No Liability Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 138: EXHIBIT 2 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | INTERWIND CORP. F/K/A SKYPOWER CORP.<br>ATTN: SHAYA M. BERGER<br>C/O DICKSTEIN SHAPIRO LLP<br>1633 BROADWAY<br>NEW YORK, NY 10036 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 33430 | $5,398,931.04* | No Liability Claim |
| 8 | UNITED COMPANY<br>ATTN: LOIS A. CLARK / BRIAN D. SULLIVAN<br>1005 GLENWAY AVENUE<br>BRISTOL, VA 24201 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 09/21/2009 | 22942 | $2,219,371.60 | No Liability Claim |
| 9 | UNITED COMPANY<br>ATTN: LOIS A. CLARK / BRIAN D. SULLIVAN<br>1005 GLENWAY AVENUE<br>BRISTOL, VA 24201 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22940 | $2,219,371.60 | No Liability Claim |
| 10 | UNITED COMPANY, THE<br>THE UNITED COMPANY<br>1005 GLENWAY AVENUE<br>BRISTOL, VA 24201 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/21/2009 | 22941 | $2,219,371.60 | No Liability Claim |
| | | | | | TOTAL | $24,998,680.10 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts