# Exhibit 3

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 138: EXHIBIT 3 – NO LIABILITY CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | PORT OF TACOMA<br>C/O K&L GATES LLP<br>ATTN: DAVID C NEU, ESQ.<br>925 FOURTH AVENUE<br>SUITE 2900<br>SEATTLE, WA 98104 | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 10/21/2009 | 42913 | $791,486.90 | No Liability Claim |
| 2 | WESTERNBANK PUERTO RICO<br>C/O STUART G. STEIN, ESQ.<br>HOGAN & HARTSON L.L.P.<br>555 THIRTEENTH STREET, N.W.<br>WASHINGTON, DC 20004 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/14/2009 | 12590 | $2,009,225.00 | No Liability Claim |
| 3 | WESTERNBANK PUERTO RICO<br>C/O STUART G. STEIN, ESQ.<br>HOGAN & HARTSON L.L.P.<br>555 THIRTEENTH STREET, N.W.<br>WASHINGTON, DC 20004 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12589 | $489,575.00 | No Liability Claim |
| | | | | | TOTAL | $3,290,286.90 | |