# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 139: EXHIBIT 1 – INCONSISTENT DEBTOR CLAIMS

| | NAME | CLAIM # | FILED DATE | TOTAL CLAIM DOLLARS | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED DEBTOR / CASE NUMBER |
|---|---|---|---|---|---|---|---|
| 1 | ABN AMRO BANK N.V.<br>ATTN: SOPHIE DUVILLIER, LEGAL DEPT/FINANCIAL MARKETS TEAM INTERNAL<br>CODE: PAC AH2107 / J91-E1-05B<br>FOPPINGADREEF 26<br>AMSTERDAM, 1102 CX<br>NETHERLANDS | 14672 | 09/17/2009 | $19,501,683.21 | 08-13905 (JMP) | Lehman Brothers Holdings, Inc. | Lehman Brothers Holdings, Inc. / 08-13555 (JMP) |
| 2 | ABN AMRO BANK N.V.<br>ATTN: SOPHIE DUVILLIER, LEGAL DEPT/FINANCIAL MARKETS TEAM INTERNAL<br>CODE: PAC AH2107 / J91-E1-05B<br>FOPPINGADREEF 26<br>AMSTERDAM, 1102 CX<br>NETHERLANDS | 14673 | 09/17/2009 | $75,558.36 | 08-13905 (JMP) | Lehman Brothers Holdings, Inc. | Lehman Brothers Holdings, Inc. / 08-13555 (JMP) |
| 3 | BT INSTITUTIONAL HEDGED GLOBAL BOND FUND<br>PRINCIPAL GLOBAL INVESTORS, LLC<br>ATTN: DEBRA EPP<br>801 GRAND AVENUE<br>DES MOINES, IA 50392 | 33244 | 09/22/2009 | $58,194.04 | 08-13888 (JMP) | Lehman Brothers Holdings, Inc. | Lehman Brothers Holdings, Inc. / 08-13555 (JMP) |
| 4 | CAIXA D'ESTALVIS DE TARRAGONA<br>ATTN:DTO. CONTROL FINANCIERO Y CONTABLE<br>CIAXA TARRAGONNA<br>PLAZA IMPERIAL TARRACO 6<br>TARRAGONNA, 43005<br>SPAIN | 10004 | 09/01/2009 | $317,876.41 | | LB International (Europe) / Lehman Brothers Holdings, Inc. | Lehman Brothers Holdings, Inc. / 08-13555 (JMP) |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 139: EXHIBIT 1 – INCONSISTENT DEBTOR CLAIMS

| | NAME | CLAIM # | FILED DATE | TOTAL CLAIM DOLLARS | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED DEBTOR / CASE NUMBER |
|---|---|---|---|---|---|---|---|
| 5 | DILLION EUSTACE<br>33 SIR JOHN ROGERSON'S QUAY<br>DUBLIN 2,<br>IRELAND | 24213 | 09/21/2009 | $388,452.12 | 08-13905 (JMP) | Lehman Brothers Holdings, Inc. | Lehman Brothers Holdings, Inc. / 08-13555 (JMP) |
| 6 | HUA NAN COMMERCIAL BANK, LTD. CHENG TUNG BR.<br>ATTN: HENRY HSIEH<br>NO. 146 SUNG CHIANG ROAD<br>TAIPEI,<br>TAIWAN, PROVINCE OF CHINA | 12584 | 09/14/2009 | $34,123,166.00 | | TL1 Asset Management Co. Ltd; TL3 Asset Management Co. Ltd/ Lehman Brothers Holdings, Inc. | Lehman Brothers Holdings, Inc. / 08-13555 (JMP) |
| 7 | PACIFIC LIFE INSURANCE COMPANY<br>700 NEWPORT CENTER DR<br>NEWPORT BEACH, CA 92660-6397 | 30383 | 09/22/2009 | $3,637,021.00 | 08-13905 (JMP) | Lehman Brothers Holdings, Inc. | Lehman Brothers Holdings, Inc. / 08-13555 (JMP) |
| 8 | PENNACHIO, ANTHONY<br>225 HERDMAN ROAD<br>P.O. BOX 621<br>PHOENICIA, NY 12464 | 7283 | 08/03/2009 | $115,000.00 | 08-13905 (JMP) | Lehman Brothers Holdings, Inc. | Lehman Brothers Holdings, Inc. / 08-13555 (JMP) |
| 9 | PRINCIPAL LIFE INSURANCE COMPANY<br>ATTN: DEBRA EPP (G-34-W23)<br>711 HIGH STREET<br>DES MOINES, IA 50392-0301 | 24636 | 09/21/2009 | $2,181,745.60 | 08-13888 (JMP) | Lehman Brothers Holdings, Inc. | Lehman Brothers Holdings, Inc. / 08-13555 (JMP) |
| 10 | SPARKASSE SOEST<br>ATTN: MR. INGO HAHNE<br>PUPPENSTR. 7-9<br>SOEST, 59494<br>GERMANY | 61609 | 11/02/2009 | $11,942.08 | 08-13905 (JMP) | Lehman Brothers Holdings, Inc. | Lehman Brothers Holdings, Inc. / 08-13555 (JMP) |

### IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 139: EXHIBIT 1 – INCONSISTENT DEBTOR CLAIMS

| | NAME | CLAIM # | FILED DATE | TOTAL CLAIM DOLLARS | ASSERTED CASE NUMBER | ASSERTED DEBTOR | MODIFIED DEBTOR / CASE NUMBER |
|---|---|---|---|---|---|---|---|
| 11 | SPIRE MASTER FUND LTD.<br>C/O TOWER RESEARCH CAPITOL LLC<br>377 BROADWAY, 11TH FLOOR<br>NEW YORK, NY 10013 | 22297 | 09/21/2009 | $203,791.22 | | Lehman Brothers International (Europe) / Lehman Brothers Holdings, Inc. | Lehman Brothers Holdings, Inc./ 08-13555 (JMP) |
| 12 | SPOKANE PUBLIC FACILITIES DISTRICT<br>C/O JANE PEARSON<br>FOSTER PEPPER PLLC<br>1111 THIRD AVENUE, SUITE 3400<br>SEATTLE, WA 98101-3299 | 18624 | 09/18/2009 | Undetermined | 08-13905 (JMP) | Lehman Brothers Holdings, Inc. | Lehman Brothers Holdings, Inc./ 08-13555 (JMP) |
| 13 | STADTVERWALTUNG PADERBORN<br>AM ABDINGHOF 11<br>PADERBORN, 33098<br>GERMANY | 8352 | 08/14/2009 | $27,960.00 | | Lehman Brothers Bankhaus AG / Lehman Brothers Holdings, Inc. | Lehman Brothers Holdings, Inc./ 08-13555 (JMP) |
| 14 | STOCK EXCHANGE OF HONG KONG LIMITED, THE<br>12TH FLOOR, ONE INTERNATIONAL FINANCE CENTRE<br>1 HARBOUR VIEW STREET<br>CENTRAL,<br>HONG KONG | 31746 | 09/22/2009 | Undetermined | 08-13555 (JMP) | Lehman Brothers Security Asia Ltd./ Lehman Brothers Holdings, Inc. | Lehman Brothers Holdings, Inc./ 08-13555 (JMP) |
| 15 | WALDRON, WILLIAM<br>70 CHURCH ROAD<br>HALE, LIVERPOOL, L24 4BA<br>UNITED KINGDOM | 5007 | 06/26/2009 | Undetermined | 810IN 1120/082 | LBB A.G. / Lehman Brothers Holdings, Inc. | Lehman Brothers Holdings, Inc./ 08-13555 (JMP) |
| 16 | WHU, STIFTUNG<br>WHU FOUNDATION<br>BURGPLATE Z<br>VALLENDAR, D56179<br>GERMANY | 4933 | 06/22/2009 | Undetermined | | Lehman Brothers Bankhaus AG / Lehman Brothers Holdings, Inc. | Lehman Brothers Holdings, Inc./ 08-13555 (JMP) |