# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 141: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS**

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | BARTHOLOMEW, DONNA<br>6116 BOOTHBAY COURT<br>ELK GROVE, CA 95758 | 08-13555 (JMP) | 10/20/2008 | 317 | $10,720.00 | No Supporting Documentation Claim |
| 2 | BLUESTEIN, ELAINE<br>116 SWENDSEN DRIVE<br>MONROE, CT 06468 | 08-13555 (JMP) | 12/22/2008 | 1417 | $30,000.00 | No Supporting Documentation Claim |
| 3 | BOELKE, MARC<br>HOPFENGARTEN 1<br>ROETHLEIN, 97520<br>GERMANY | 08-13555 (JMP) | 02/09/2009 | 2660 | $24,185.00 | No Supporting Documentation Claim |
| 4 | LOUISIANA MEDICAID TRUST FUND<br>BENJAMIN A. HUXEN II, ASST<br>ATTORNEY GEN<br>LOUISIANA DEPARTMENT OF<br>JUSTICE, CIVIL DIVISION<br>P.O. BOX 94005<br>BATON ROUGE, LA 70804-9005 | 08-13555 (JMP) | 02/18/2009 | 2889 | $20,606,551.39 | No Supporting Documentation Claim |
| 5 | MALAYAN BANKING BERHAD<br>ATTN: FAUZI ZULKIFLI<br>400 PARK AVENUE, 9TH FLOOR<br>NEW YORK, NY 10022-4406 | 08-13555 (JMP) | 03/12/2009 | 3318 | $10,055,095.78 | No Supporting Documentation Claim |
| 6 | STREEL, MICHELINE<br>RUE DE BEAUMONT 43<br>CLERMONT, 5650<br>BELGIUM | 08-13555 (JMP) | 02/23/2009 | 2958 | $15,940.00 | No Supporting Documentation Claim |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 141: EXHIBIT 1 – NO SUPPORTING DOCUMENTATION CLAIMS**

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 7 | STURDIVANT, JOHN P.<br>9161 GREAT BLUE HERON LANE<br>BLAINE, WA 98230 | | 07/20/2009 | 5725 | $336,900.00 | No Supporting Documentation Claim |
| 8 | TREMONT, SUSAN J.<br>729 BERQUIST DR<br>BALLWIN, MO 63011 | 08-13555 (JMP) | 02/09/2009 | 2673 | $5,000.00 | No Supporting Documentation Claim |
| | | | | TOTAL | $31,084,392.17 | |

# EXHIBIT 2

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 141: EXHIBIT 2 – NO SUPPORTING DOCUMENTATION CLAIMS – WITHDRAWN OBJECTIONS**

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | FREIGHT INVESTOR SERVICES PTE LIMITED<br>6 BATTERY ROAD # 24-03<br>SINGAPORE, 049909<br>SINGAPORE | 08-13885 (JMP) | 09/09/2009 | 10975 | $157,889.75 | No Supporting Documentation Claim |
| 2 | KHANNA, RENU<br>6702 PACIFIC CREST CT<br>KINGWOOD, TX 77346 | 08-13555 (JMP) | 02/03/2009 | 2537 | $5,000.00 | No Supporting Documentation Claim |
| 3 | LASALLE, RICHARD A.<br>192 WHEELER ROAD<br>HOLLIS, NH 03049-5930 | 08-13555 (JMP) | 02/06/2009 | 2618 | $1,000.00 | No Supporting Documentation Claim |
| 4 | MARAS, MITZI T., TTEE<br>DTD 6/21/04 MITZI MARAS REVOCABLE TRUST<br>FBO JENNA RICHESON<br>284 C TANO ROAD<br>SANTA FE, NM 87506 | 08-13555 (JMP) | 02/03/2009 | 2538 | $50,000.00 | No Supporting Documentation Claim |
| 5 | PINPOINT PROFIT RECOVERY SERVICES, INC.<br>2009 SUMMER ST STE 207<br>STAMFORD, CT 06905-5023 | 08-13555 (JMP) | 10/03/2008 | 91 | $179,226.48 | No Supporting Documentation Claim |
| 6 | TRICARICO, MICHAEL<br>1643 6TH STREET<br>SARASOTA, FL 34236 | 08-13555 (JMP) | 02/25/2009 | 3023 | $20,000.00 | No Supporting Documentation Claim |
| | | | | TOTAL | $413,116.23 | |

* - Indicates claim contains unliquidated and/or undetermined amounts