# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 145: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AB MOORE, L.P. TRANSFEROR: BARCLAYS BANK PLC C/O MOORE CAPITAL MANAGEMENT, L.P. ATTN: LEGAL DEPARTMENT 1251 AVENUE OF THE AMERICAS, 53RD FLOOR NEW YORK, NY 10020 | 46966 | 10/26/2009 | Lehman Brothers Commodity Services Inc. | Unsecured | $10,223,081.00* | Lehman Brothers Commodity Services Inc. | Unsecured | $10,223,081.00 |
| 2 | BANK OF MONTREAL ATTN: BARRY STRATTON 111 WEST MONROE STREET CHICAGO, IL 60603 | 24932 | 09/21/2009 | Lehman Brothers Commodity Services Inc. | Secured | $6,311,722.48* | Lehman Brothers Commodity Services Inc. | Unsecured | $5,700,000.00 |
| 3 | BANK OF MONTREAL ATTN: BARRY STRATTON 111 WEST MONROE STREET CHICAGO, IL 60603 | 24934 | 09/21/2009 | Lehman Brothers Commercial Corporation | Unsecured | $1,676,054.32* | Lehman Brothers Commercial Corporation | Unsecured | $1,500,000.00 |
| 4 | BANK OF MONTREAL ATTN: BARRY STRATTON 111 WEST MONROE STREET CHICAGO, IL 60603 | 24936 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,311,722.48* | Lehman Brothers Holdings Inc. | Unsecured | $5,700,000.00 |
| 5 | BANK OF MONTREAL ATTN: BARRY STRATTON 111 WEST MONROE STREET CHICAGO, IL 60603 | 24937 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,676,054.32* | Lehman Brothers Holdings Inc. | Unsecured | $1,500,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 145: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 6 | BANK OF SCOTLAND PLC ATTN: OLIVER BASI 33 OLD BROAD STREET LONDON, EC2N 1HZ UNITED KINGDOM | 17722 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $1,984,433.00* | Lehman Brothers Holdings Inc. | Unsecured | $1,960,885.00 |
| 7 | BANK OF SCOTLAND PLC ATTN: OLIVER BASI 33 OLD BROAD STREET LONDON, EC2N 1HZ UNITED KINGDOM | 17723 | 09/18/2009 | Lehman Brothers Commercial Corporation | Unsecured | $1,984,433.00* | Lehman Brothers Commercial Corporation | Unsecured | $1,960,885.00 |
| 8 | BARCLAYS BANK PLC TRANSFEROR: AB MOORE, L.P. 745 SEVENTH AVENUE NEW YORK, NY 10019 | 46965 | 10/26/2009 | Lehman Brothers Holdings Inc. | Unsecured | $10,223,081.00* | Lehman Brothers Holdings Inc. | Unsecured | $10,223,081.00 |
| 9 | BEINT, LLC TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC PO BOX 8342 NEW YORK, NY 10150 | 21885 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $8,170,773.00* | Lehman Brothers Special Financing Inc. | Unsecured | $7,471,627.00 |
| 10 | BLACKPORT CAPITAL FUND, LTD C/O BLACKSTONE DISTRESSED SECURITIES ADVISORS, LP ATTN: CHRIS SULLIVAN 280 PARK AVENUE, 11TH FLOOR NEW YORK, NY 10017 | 28391 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $6,171.00* | Lehman Brothers Special Financing Inc. | Unsecured | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 145: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 11 | CCP CREDIT ACQUISITION HOLDINGS, LLC TRANSFEROR: SPCP GROUP, L.L.C. ATTN: LISA MURRAY & MARISOL CHAPPELL 375 PARK AVENUE 13TH FLOOR NEW YORK, NY 10152 | 14670 | 09/17/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,070,398.41 | Lehman Brothers Holdings Inc. | Unsecured | $2,044,547.25 |
| | TRANSFERRED TO: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP TRANSFEROR: SPCP GROUP, L.L.C.ATTN: LISA MURRAY & SCOTT HOPSON375 PARK AVENUE13TH FLOORNEW YORK, NY 10152 | | | | Unsecured | $1,561,879.50 | | Unsecured | $1,542,377.75 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 145: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **ASSERTED** | | | **MODIFIED** | |
| 12 | CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP TRANSFEROR: SPCP GROUP, L.L.C. ATTN: LISA MURRAY & SCOTT HOPSON 375 PARK AVENUE, 13TH FLOOR NEW YORK, NY 10152 | 14959 | 09/17/2009 | Lehman Brothers Commodity Services Inc. | Priority Unsecured Subtotal | $57,292.65 $1,485,085.03 $1,542,377.68 | Lehman Brothers Commodity Services Inc. | Unsecured | $1,542,377.75 |
| | CCP CREDIT ACQUISITION HOLDINGS, LLCCENTERBRIDGE SPECIAL CREDIT PARTNERS, LP TRANSFEROR: SPCP GROUP, L.L.C.ATTN: LISA MURRAY & MARISOL CHAPPELL375 PARK AVENUE, 13TH FLOORNEW YORK, NY 10152 | | | | Priority Unsecured Subtotal | $75,946.06 $1,968,601.08 $2,044,547.14 | | Unsecured | $2,044,547.25 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 145: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|------------|-----------------|-------|--------|-----------------|-------|--------|
| 13 | KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU) ATTN: DEPT. RC E/ SPECIAL ASSET GROUP PALMENGARTENSTRA BE 5-9 FRANKFURT, 60325 | 21957 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Priority Unsecured<br><br>Subtotal | $441,805,802.17*<br>$71,866,149.70*<br><br>$513,671,951.87 | Lehman Brothers Special Financing Inc. | Unsecured | $230,000,000.00[1] |
| 14 | KFW (AKA KREDITANSTALT FUR WIEDERAUFBAU) ATTN: DEPT. RC E/ SPECIAL ASSET GROUP PALMENGARTENSTRA BE 5-9 FRANKFURT, 60325 | 21958 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $513,671,951.87* | Lehman Brothers Holdings Inc. | Unsecured | $230,000,000.00[1] |
| 15 | FINECOBANK S.P.A. ATTN: ROBERTO FINESCHI PIAZZA DURANTE 11 MILAN, 20131 ITALY | 15523 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $682,080.00* | Lehman Brothers Special Financing Inc. | Unsecured | $368,351.69 |
| 16 | FORTIS ENERGY MARKETING & TRADING GP ATTN: JEFFREY GOLLOMP 1100 LOUISIAN STREET SUITE 4900 HOUSTON, TX 77002 | 13776 | 09/16/2009 | Lehman Brothers Holdings Inc. | Secured Unsecured<br><br>Subtotal | Undetermined<br>$33,492,567.00*<br><br>$33,492,567.00 | Lehman Brothers Holdings Inc. | Unsecured | $29,800,000.00 |

[1] Subject to the terms of the Termination Agreement dated on or about September 17, 2009 between KfW and the Debtors.

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 145: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **ASSERTED** | | | **MODIFIED** | |
| 17 | FORTIS ENERGY MARKETING & TRADING GP ATTN: JEFFREY GOLLOMP 1100 LOUISIANA STREET SUITE 4900 HOUSTON, TX 77002 | 13777 | 09/16/2009 | Lehman Brothers Commodity Services Inc. | Secured Unsecured Subtotal | Undetermined $33,492,567.00* $33,492,567.00 | Lehman Brothers Commodity Services Inc. | Unsecured | $29,800,000.00 |
| 18 | GESMADRID, SOCIEDAD GESTORA DE INSTITUCIONES DE INVERSION COLECTIVA SA ACTING FOR AND ON BEHALF OF MADRID RENTABILIDAD DUAL IBEX, F.I. ATTN: MR. DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 CP 28046 MADRID, 28020 SPAIN | 26540 | 09/22/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $1,360,998.20* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $1,131,418.90 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 145: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR (ASSERTED) | CLASS (ASSERTED) | AMOUNT (ASSERTED) | DEBTOR (MODIFIED) | CLASS (MODIFIED) | AMOUNT (MODIFIED) |
|---|---|---|---|---|---|---|---|---|---|
| 19 | GESMADRID, SOCIEDAD GESTORA DE INSTITUCIONES DE INVERSION COLECTIVA SA ACTING FOR AND ON BEHALF OF CAJA MADRID EXCELLENCE GARANTIZADO, F.I. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 CP 28046 MADRID, 28020 SPAIN | 26541 | 09/22/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $45,771.04* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $3,927.45 |
| 20 | GESMADRID, SOCIEDAD GESTORA DE INSTITUCIONES DE INVERSION COLECTIVA, S.A., ACTING FOR AND ON BEHALF OF ALTAE BRICC, F.I. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 CP 28046 MADRID, 28020 SPAIN | 26532 | 09/22/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $765,717.96* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $672,530.21 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 145: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 21 | GESMADRID, SOCIEDAD GESTORA DE INSTITUCIONES DE INVERSION COLECTIVA, S.A., ACTING FOR AND ON BEHALF OF ALTAE PRIVATE EQUITY INDEX, F.I. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 CP 28046 MADRID, 28020 SPAIN | 26533 | 09/22/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $38,163.93* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $14,570.98 |
| 22 | GESMADRID, SOCIEDAD GESTORA DE INSTITUCIONES DE INVERSION COLECTIVA, S.A, ACTING FOR AND ON BEHALF OF CAJA MADRID SELECCION FINANCIERA, F.I ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 CP 28046 MADRID, 28020 SPAIN | 26536 | 09/22/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $152,649.29* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $48,306.74 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 145: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 23 | GESMADRID, SOCIEDAD GESTORA DE INSTITUCIONES DE INVERSION COLECTIVA, S.A., ACTING FOR AND ON BEHALF OF CAJA MADRID IBEX POSITIVO, F.I. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 CP 28046 MADRID, 28020 SPAIN | 26537 | 09/22/2009 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $3,021,453.23* | Lehman Brothers OTC Derivatives Inc. | Unsecured | $3,021,453.00 |
| 24 | HINDUSTAN PETROLEUM CORPORATION LIMITED EXECUTIVE DIRECTOR INT'L TRADE & SUPPLY ATTN: A.B. SATHE, ED-ITRS, HINDUSTAN PETROLEUM CORPORATION LIMITED PETROLEUM HOUSE - 2ND FLOOR 17, J.T. ROAD CHURCHGATE, MUMBAI, 400 020 INDIA | 1277 | 12/10/2008 | Lehman Brothers Holdings Inc. | Unsecured | $680,700.00 | Lehman Brothers Holdings Inc. | Unsecured | $565,429.55 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 145: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED | | | MODIFIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DEBTOR | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT |
| 25 | HINDUSTAN PETROLEUM CORPORATION LIMITED EXECUTIVE DIRECTOR INT'L TRADE & SUPPLY ATTN: A.B. SATHE, ED-ITRS, HINDUSTAN PETROLEUM CORPORATION LIMITED PETROLEUM HOUSE - 2ND FLOOR 17, J.T. ROAD CHURCHGATE, MUMBAI, 400 020 INDIA | 581 | 11/10/2008 | Lehman Brothers Commodity Services Inc. | Unsecured | $680,700.00 | Lehman Brothers Commodity Services Inc. | Unsecured | $565,429.55 |
| 26 | HSBC INSTITUTIONAL TRUST SERVICES (SINGAPORE) LTD (AS TRUSTEE FOR PRU INCOME XL FUND) C/O PRUDENTIAL ASSET MANAGEMENT (SINGAPORE) LTD ATTN: HEAD OF COMPLIANCE 30 CECIL STREET #20-01 , 049712 SINGAPORE | 47058 | 10/26/2009 | Lehman Brothers Holdings Inc. | Unsecured | $186,488.90 | Lehman Brothers Holdings Inc. | Unsecured | $0.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 145: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 27 | HSBC INSTITUTIONAL TRUST SERVICES (SINGAPORE) LTD (AS TRUSTEE FOR PRU INCOME X FUND) C/O PRUDENTIAL ASSET MANAGEMENT (SINGAPORE) LTD ATTN: HEAD OF COMPLIANCE 30 CECIL STREET #20-01 , 049712 SINGAPORE | 47060 | 10/26/2009 | Lehman Brothers Holdings Inc. | Unsecured | $606,651.50 | Lehman Brothers Holdings Inc. | Unsecured | $0.00 |
| 28 | MINNESOTA LIFE INSURANCE COMPANY ATTN: PAUL C. DORN ADVANTUS CAPITAL MGMT 400 ROBERT ST. NORTH ST. PAUL, MN 55101-2098 | 14372 | 09/16/2009 | Lehman No Case Asserted/All Cases Asserted | Unsecured | $1,763,662.09 | Lehman Brothers Special Financing Inc. | Unsecured | $1,763,662.09 |
| 29 | MONUMENTAL LIFE INSURANCE COMPANY ATTN: DEBRA DUBALL AEGON USA INVESTMENT MANAGEMENT, LLC 4333 EDEWOOD ROAD NE, MS 5110 CEDAR RAPIDS, IA 52499-5110 | 31972 | 09/22/2009 | Lehman No Case Asserted/All Cases Asserted | Unsecured | $2,953,948.15 | Lehman Brothers Holdings Inc. | Unsecured | $2,953,948.15 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 145: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 30 | MONUMENTAL LIFE INSURANCE COMPANY ATTN: DEBRA DUBALL AEGON USA INVESTMENT MANAGEMENT, LLC 4333 EDGEWOOD ROAD NE, MS 5110 CEDAR RAPIDS, IA 52499-5110 | 31973 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,953,948.15 | Lehman Brothers Special Financing Inc. | Unsecured | $2,953,948.15 |
| 31 | OLYMPUS ALC CO-BORROWER NO.1, L.P. C/O OLYMPUS MANAGEMENT, L.P. ATTN: JEFFREY GLAT 485 MADISON AVENUE, 18TH FLOOR NEW YORK, NY 10022 | 28406 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,400,000.00* | Lehman Brothers Special Financing Inc. | Unsecured | $116,000.00 |
| 32 | POUDRE VALLEY HEALTH CARE INC 2315 E. HARMONY ROAD, SUITE 200 ATTN: STEVE ELLSWORTH FORT COLLINS, CO 80528 | 14786 | 09/17/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | Undetermined $3,000,000.00*  $3,000,000.00 | Lehman Brothers Special Financing Inc. | Unsecured | $2,000,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 145: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 33 | SERENGETI LYCAON MM L.P. TRANSFEROR: SERENGETI OVERSEAS LTD. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY, 632 BROADWAY 12TH FL NEW YORK, NY 10012 | 30540 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured<br><br>Subtotal | Undetermined $674,515.52*<br><br>$674,515.52 | Lehman Brothers Special Financing Inc. | Unsecured | $512,233.81 |
| 34 | SERENGETI LYCAON MM L.P. TRANSFEROR: SERENGETI OVERSEAS LTD. C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK, NY 10012 | 32498 | 09/22/2009 | Lehman Brothers Holdings Inc. | Secured | $674,515.52* | Lehman Brothers Holdings Inc. | Unsecured | $512,233.81 |
| 35 | SOUTHWEST CORPORATE FEDERAL CREDIT UNION ATTN: BRUCE FOX, EXECUTIVE VICE PRESIDENT 6801 PARKWOOD BOULEVARD PLANO, TX 75024-7198 | 11577 | 09/11/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,533,217.00 | Lehman Brothers Special Financing Inc. | Unsecured | $2,300,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 145: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 36 | SOUTHWEST CORPORATE FEDERAL CREDIT UNION ATTN.: BRUCE FOX, EXECUTIVE VICE PRESIDENT 6801 PARKWOOD BOULEVARD PLANO, TX 75024-7198 | 12591 | 09/14/2009 | Lehman Brothers Holdings Inc. | Unsecured | $2,533,217.00 | Lehman Brothers Holdings Inc. | Unsecured | $2,300,000.00 |
| 37 | SPCP GROUP, L.L.C. TRANSFEROR: TENNENBAUM MULTI-STRATEGY MASTER FUND AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS GREENWICH, CT 06830 | 15937 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $6,712,744.89 | Lehman Brothers Special Financing Inc. | Unsecured | $6,090,000.00 |
| 38 | SPCP GROUP, L.L.C. TRANSFEROR: TENNENBAUM MULTI-STRATEGY MASTER FUND AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS GREENWICH, CT 06830 | 15949 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,712,744.89 | Lehman Brothers Holdings Inc. | Unsecured | $6,090,000.00 |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 145: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|------|---------|------------|------------------|-------|--------|------------------|-------|--------|
| 39 | STATE STREET BANK AND TRUST COMPANY ATTN: KEVIN L. COURTNEY 1776 HERITAGE DRIVE A5N QUINCY, MA 02171 | 19461 | 09/18/2009 | Lehman Brothers Commercial Corporation | Unsecured | $2,671,261.00* | Lehman Brothers Commercial Corporation | Unsecured | $280,069.00 |
| 40 | WEMBLEY NATIONAL STADIUM LTD ATTN MANAGING DIRECTOR WEMBLEY STATIUM WEMBLEY LONDON, HA9 OW5 UNITED KINGDOM | 43791 | 10/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,351,137.20* | Lehman Brothers Special Financing Inc. | Unsecured | $620,620.00 |
| 41 | ZAIS ZEPHYR A-5 LTD C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZ NEW YORK, NY 10004-1485 | 33622 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $816,876.05* | Lehman Brothers Special Financing Inc. | Unsecured | $816,876.05 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 145: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 42 | ZAIS ZEPHYR A-5, LTD C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 34715 | 09/24/2009 | Lehman Brothers Holdings Inc. | Unsecured | $816,876.05 | Lehman Brothers Holdings Inc. | Unsecured | $816,876.05 |
| | | | | | TOTAL | $1,196,905,803.63 | | TOTAL | $609,531,294.18 |

# EXHIBIT 2

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 145: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4 LLC C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10017 | 33612 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $5,032,748.00* | Lehman Brothers Special Financing Inc. | Unsecured | $3,838,307.49 |
| 2 | ZEPHYR RECOVERY 2004-1 LP C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33645 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $9,042,182.00* | Lehman Brothers Special Financing Inc. | Unsecured | $7,507,507.32 |
| 3 | ZEPHYR RECOVERY 2004-2 LP C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33643 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $9,257,011.00* | Lehman Brothers Special Financing Inc. | Unsecured | $7,930,548.54 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

### OMNIBUS OBJECTION 145: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | ZEPHYR RECOVERY 2004-3 LP C/O SEWARD & KISSEL LLP ATTN: JUSTIN SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33641 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,468,831.00* | Lehman Brothers Special Financing Inc. | Unsecured | $1,214,558.79 |
| 5 | ZEPHYR RECOVERY II-A LP C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33655 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $16,236,863.00* | Lehman Brothers Special Financing Inc. | Unsecured | $13,511,975.64 |
| 6 | ZEPHYR RECOVERY II-B LP C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 34317 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $1,467,179.00* | Lehman Brothers Special Financing Inc. | Unsecured | $1,298,433.20 |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 145: EXHIBIT 2 – SETTLED DERIVATIVES CLAIMS – WITHDRAWN OBJECTIONS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 7 | ZEPHYR RECOVERY II-C C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK, NY 10004-1485 | 33649 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $6,880,292.00* | Lehman Brothers Special Financing Inc. | Unsecured | $5,724,952.26 |
| | | | | | TOTAL | $49,385,106.00 | | TOTAL | $41,026,283.24 |

\* - Indicates claim contains unliquidated and/or undetermined amounts