# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 127: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CITY VIEW PLAZA, S.E. C/O DONALD A. WORKMAN BAKER & HOSTETLER LLP 1050 CONNECTICUT AVE., N.W., SUITE 1100 WASHINGTON, DC 20036 | 36803 | 10/07/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $514,348.50 | Lehman Brothers Special Financing Inc. | Unsecured | $450,177.74 |
| 2 | FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE) ATTN: GENERAL COUNSEL 3900 WISCONSIN AVENUE, NW WASHINGTON, DC 20016-2899 | 40611 | 10/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $19,058,019,300.00* | Lehman Brothers Special Financing Inc. | Unsecured | $110,000,000.00 |
| | | | | | TOTAL | $19,058,533,648.50 | | TOTAL | $110,450,177.74 |