# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 40: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | AN POST SUPEANNUATION SCHEME C/O GENERAL POST OFFICE O'CONNELL STREET DUBLIN 1, IRELAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/28/2009 | 35173 | $25,248.01 | Late-Filed Claim |
| 2 | CPF BOARD 79 ROBINSON ROAD, CPF BUILDING # 32-00 S (068897) , SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34745 | $23,548.79 | Late-Filed Claim |
| 3 | CPF BOARD 79 ROBINSON ROAD, CPF BUILDING # 32-00 S (068897) , SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34746 | $6,170.62 | Late-Filed Claim |
| 4 | GMAM GROUP PENSION TRUST II FOR THE ACCOUNT OF GM GLOBAL HIGH QUALITY FIXED INCOME POOL ACCT # GFI-119 C/O PROMARK INVESTMENT ADVISORS, INC. NEW YORK, NY 10153 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/05/2009 | 36788 | $82,324.08 | Late-Filed Claim |
| 5 | PORTMAN BUILDING SOCIETY PENSION AND ASSURANCE SCHEME C/O NATIONWIDE PENSION FUND NATIONWIDE BUILDING SOCIETY NATIONWIDE HOUSE SWINDON, SN38 2GN UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/28/2009 | 35141 | $53,033.55 | Late-Filed Claim |
| | | | | | TOTAL | $190,325.05 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts