# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 42: EXHIBIT 1 – LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | FORCE MANNER COMPANY LIMITED<br>44 WYNDHAM STREET<br>27/FLOOR, UNIT C&D<br>WYNDHAM PLACE, CENTRAL,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/06/2009 | 65120 | $100,000.00 | Late-Filed Lehman Programs Securities Claim |
| 2 | IBERAVAL SGR<br>C/ESTACION, 13<br>C.I.F. XXXXX0796<br>VALLADOLID, 47004<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64505 | $1,424,300.00 | Late-Filed Lehman Programs Securities Claim |
| 3 | SYNAM LIMITED<br>WING ON COURT<br>18TH FLOOR, FLAT C<br>24 HOMANTIN HILL ROAD<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64625 | $178,070.00 | Late-Filed Lehman Programs Securities Claim |
| 4 | SYNAM LIMITED<br>WING ON COURT<br>18TH FLOOR, FLAT C<br>24 HOMANTIN HILL ROAD<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64626 | $100,000.00 | Late-Filed Lehman Programs Securities Claim |
| 5 | SYNAM LIMITED<br>WING ON COURT<br>18TH FLOOR, FLAT C<br>24 HOMANTIN HILL ROAD<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/2009 | 64627 | $100,000.00 | Late-Filed Lehman Programs Securities Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 42: EXHIBIT 1 – LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | VILCHEZ MOLEON, ANTONIO<br>CALLE CASTANEDA NUMERO 4, PISO 3 O C<br>GRANADA, 18009<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/10/2009 | 65291 | $69,611.85 | Late-Filed Lehman Programs Securities Claim |
| | | | | | TOTAL | $1,971,981.85 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts