B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>GOLDMAN SACHS LENDING PARTNERS LLC</u><br>Name of Transferee | <u>PACIFIC LIFE & ANNUITY COMPANY</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>Goldman Sachs Lending Partners LLC<br>c/o Goldman, Sachs & Co.<br>30 Hudson Street, 36th Floor<br>Jersey City, NJ 07302<br>Attn: Lauren Day<br>Email: gsd.link@gs.com<br>Tel: (212) 934-3921 | Court Claim # (if known): <u>40642 (which amends Court Claim #39822, which amends Court Claim #30385)</u><br><br>Amount of Claim: $<u>15,028,774</u><br><br>Date Claim Filed: <u>10/16/2009</u><br><br>Debtor: <u>Lehman Brothers Holdings Inc.</u> |
| Phone:_____<br>Last Four Digits of Acct #: _____ | Phone: _____<br>Last Four Digits of Acct. #: _____ |

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

670598.1 153/05999

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**GOLDMAN SACHS LENDING PARTNERS LLC**

By: _____     Date: 6/30/11
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

**PACIFIC LIFE & ANNUITY COMPANY**

By: _____
    Transferor/Transferor's Agent

By: _____
    Transferor/Transferor's Agent

670598.1 153/05999

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**GOLDMAN SACHS LENDING PARTNERS LLC**

By: _____          Date: 6/30/11
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

**PACIFIC LIFE & ANNUITY COMPANY**

By: _____
Name: Peter S. Fiek
Title: Assistant Vice President

By: _____
Name: Lori K. Lasinski
Title: Assistant Secretary

670598.1 153/05999