B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| GOLDMAN SACHS LENDING PARTNERS LLC | PACIFIC LIFE & ANNUITY COMPANY |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 36th Floor
Jersey City, NJ 07302
Attn: Lauren Day
Email: gsd.link@gs.com
Tel: (212) 934-3921

Court Claim # (if known): <u>39821</u>[1]

Amount of Claim: <u>$15,028,774</u>

Date Claim Filed: <u>10/13/2009</u>

Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

---

[1] This notice of transfer also relates to the following related Claims: Court Claim #30384 and Court Claim #40643.

670597.1 153/05999

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**GOLDMAN SACHS LENDING PARTNERS LLC**

By: _____    Date: 6/30/11
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

**PACIFIC LIFE & ANNUITY COMPANY**

By: _____
        Transferor/Transferor's Agent

By: _____
        Transferor/Transferor's Agent

670597.1 153/05999

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief

**GOLDMAN SACHS LENDING PARTNERS LLC**

By: _____    Date:  6/30/11
Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S C §§ 152 & 3571.

Acknowledged and Agreed:

**PACIFIC LIFE & ANNUITY COMPANY**

By: _____
Name: Peter S. Fiek
Title: Assistant Vice President

By: _____
Name: Lori K. Lasinski
Title: Assistant Secretary

670597 1 153/05999