RECEIVED
JUN 17 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

9267 SW 164th Ave
Miami, FL 33196
6/13/2011

Att: Honorable James M Peck.

Sir, I am a 72 year old widow, who has $4,823.85 invested in Lehman Brothers Hldg. The amount might seem very minor to some, but that money was to help pay my Long Term Care insurance, so I will not have to rely on my children, if ever or whatever

when the Bankruptcy hearing is being settled will you PLEASE kindly advise Lehman Brothers Hldg to send me my check for $4,823.85 made out to ROSALIND EBANKS to the above address. It's my hard earned money, which I NEED badly.

Thanking you,
Sincerely,
Rosalind Ebanks