525 Neptune Ave. Apt. 22B
                            Brooklyn, N. Y. 11224-4020

                            June 14, 2011

Honorable James M. Peck
United States Bankruptcy JUDGE in Courtroom 601 of the
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10014

Re: Document Chapter II, Case No. 08-13555 (JMP) Jointly Administered

My dear Honorable James M. Peck:

I have been working days and nights to hopefully find all the documentation that has been required to prove my ownership of certificates that Lehman Bros. locked up in their Vault. Why Lehman Bros. DID NOT send out the last Statements which listed all our holdings besides the securities they kept in their Vault. This was our property and it belonged to us, the "clients" not to Lehman!!! How come they took the easy way out and put the burden on us ??? And then denied us what was ours.

This is so unfair, you are penalizing us "the clients of Lehman" and it is not justified. Then of course, HOW CAN WE REMEMBER EVERYTHING SINCE WE HAVE BEEN CLIENTS FOR MANY, MANY YEARS, AND OUR STOCKS THAT HAVE BEEN IN THEIR VAULT FOR SO MANY YEARS ARE NEVER LISTED ONCE THE CERTIFICATES GO INTO THEIR VAULT. IT IS DISCOURAGING, INAPPROPRIATE AND DISHONEST. IS THIS THE THANKS WE GET!!!

Your Honorable James M. Peck, I am not condemning you, Sir, but it's just NOT fair. I WOULD TRULY APPRECIATE IT IF I COULD FIND OUT EXACTLY WHAT STOCKS I HAD IN THEIR VAULT AND IF THERE WAS ANY MONEY IN LEHMAN'S ACCOUNTS FOR ME AND MY CHILDREN.

Very Sincerely,

Mrs. Rose Seraydar



RECEIVED JUN 20 2011
U.S. BANKRUPTCY COURT, SDNY
JMP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :   08-13555 (JMP)
                                                               :
                                       Debtors.                :   (Jointly Administered)
-------------------------------------------------------------x

## NOTICE OF HEARING TO CONSIDER APPROVAL OF DEBTORS' DISCLOSURE STATEMENT AND ANY ALTERNATIVE DISCLOSURE STATEMENT

TO PARTIES IN INTEREST IN THE FOLLOWING CHAPTER 11 CASES:

### Name of Debtors and Case Numbers

| Debtor | Case Number |
| --- | --- |
| Lehman Brothers Holdings Inc. | 08-13555 (JMP) |
| Lehman Commercial Paper Inc. | 08-13900 (JMP) |
| Lehman Brothers Commodities Services Inc. | 08-13885 (JMP) |
| Lehman Brothers Special Financing Inc. | 08-13888 (JMP) |
| Lehman Brothers OTC Derivatives Inc. | 08-13893 (JMP) |
| Lehman Brothers Commercial Corporation | 08-13901 (JMP) |
| Lehman Brothers Derivatives Products Inc. | 08-13899 (JMP) |
| Lehman Brothers Financial Products Inc. | 08-13902 (JMP) |
| LB 745 LLC | 08-13600 (JMP) |
| PAMI Statler Arms LLC | 08-13664 (JMP) |
| CES Aviation LLC | 08-13905 (JMP) |
| CES Aviation V LLC | 08-13906 (JMP) |
| CES Aviation IX LLC | 08-13907 (JMP) |
| East Dover Limited | 08-13908 (JMP) |
| Lehman Scottish Finance L.P. | 08-13904 (JMP) |
| Luxembourg Residential Properties Loan Finance | 09-10108 (JMP) |
| BNC Mortgage LLC | 09-10137 (JMP) |
| LB Rose Ranch LLC | 09-10560 (JMP) |
| Structured Asset Securities Corporation | 09-10558 (JMP) |
| LB 2080 Kalakaua Owners LLC | 09-12516 (JMP) |
| Merit, LLC | 09-17331 (JMP) |
| LB Preferred Somerset LLC | 09-17505 (JMP) |
| LB Somerset LLC | 09-17503 (JMP) |

PLEASE TAKE NOTICE THAT on January 25, 2011, Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors") filed the First Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Debtors' Plan") and the Debtors' Disclosure Statement for the First Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code (as it may be amended, the "Debtors' Disclosure Statement") with respect to the Debtors' Plan, pursuant to section 1125 of title 11 of the United States Code (the "Bankruptcy Code").

PLEASE TAKE FURTHER NOTICE THAT on December 15, 2010, the Ad Hoc Group of Lehman Brothers Creditors (the "Group") filed the Joint Substantively Consolidating Chapter 11 Plan for Lehman Brothers Holdings Inc. and Certain of Its Affiliates Other Than Merit, LLC, LB Somerset LLC and LB Preferred Somerset LLC (as it may be amended, the "Group's Plan") and the Group's Disclosure Statement for the Joint Substantively Consolidating Chapter 11 Plan for Lehman Brothers Holdings Inc. and Certain of Its Affiliates Other Than Merit, LLC, LB Somerset LLC and LB Preferred Somerset LLC (the "Group's Disclosure Statement") with respect to the Group's Plan, pursuant to section 1125 of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE THAT other plan proponents may file, as applicable, an alternative plan and disclosure statement with respect to some or all of the Debtors (as may be amended, each an "Alternative Plan" and "Alternative Disclosure Statement," respectively).

PLEASE TAKE FURTHER NOTICE THAT:

1. A hearing will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10014, on **June 28, 2011 at 10:00 a.m. (Eastern Time)** (the "Disclosure Statement Hearing") to consider the entry of an order, among other things, determining that the Debtors' Disclosure Statement, the Group's Disclosure Statement and/or any Alternative Disclosure Statements contain "adequate information" within the meaning ascribed to such term in section 1125 of the Bankruptcy Code and approving the Debtors' Disclosure Statement, the Group's Disclosure Statement and/or any Alternative Disclosure Statements.

2. Any party in interest wishing to obtain a copy of the Debtors' Disclosure Statement and the Debtors' Plan, the Group's Disclosure Statement and the Group's Plan or any Alternative Disclosure Statement and Alternative Plan may request such copy, in writing, from **Epiq Bankruptcy Solutions, LLC, Attn: Lehman Ballot Processing Center, 757 Third Avenue, 3rd Floor, New York, New York 10017**. Interested parties may also examine such disclosure statements and plans free of charge at www.lehman-docket.com. In addition, such disclosure statements and plans are on file with the Bankruptcy Court and may be examined by accessing the Bankruptcy Court's website: www.nysb.uscourts.gov. Note that a PACER password and login are needed to access documents on the Bankruptcy Court's website. A PACER password can be obtained at: www.pacer.psc.uscourts.gov.

2

3. Objections and responses, if any, to approval of the Debtors' Disclosure Statement, the Group's Disclosure Statement or any Alternative Disclosure Statement must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, and the *Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures*, dated June 17, 2010 [Docket No. 9635], (c) set forth the name(s) of the objecting party/(ies), (d) set forth the nature and amount of the claim(s) or equity interest(s) held or asserted by each objecting party/(ies) against the Debtor(s), (e) state with particularity the legal and factual bases relied upon for the objection or response, and (f) be filed, together with proof of service, with the Bankruptcy Court and served **so that they are actually received by the following parties no later than May 27, 2011 at 4:00 p.m. (Eastern Time)**: (i) the **chambers of the Honorable James M. Peck, United States Bankruptcy Judge**, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) **Weil Gotshal & Manges LLP**, 767 Fifth Avenue, New York, New York 10153, Attn: Harvey R. Miller, Esq., Lori R. Fife, Esq., and Alfredo R. Pérez, Esq., attorneys for the Debtors; (iii) the **Office of the United States Trustee** for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea Schwartz, Esq.; (iv) **Milbank, Tweed, Hadley & McCloy LLP**, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., attorneys for the official committee of unsecured creditors; (v) **White & Case LLP**, 1155 Avenue of the Americas, New York, New York 10036, Attn: Gerard Uzzi, Esq. and Christopher Shore, Esq., attorneys for the Group; and (vi) the respective attorney(s) for each of the plan proponents of any Alternative Plan.

**IF AN OBJECTION OR RESPONSE TO APPROVAL OF THE DEBTORS' DISCLOSURE STATEMENT, THE GROUP'S DISCLOSURE STATEMENT OR ANY ALTERNATIVE DISCLOSURE STATEMENT IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE DEBTORS' DISCLOSURE STATEMENT, THE GROUP'S DISCLOSURE STATEMENT OR ANY ALTERNATIVE DISCLOSURE STATEMENT, AS APPLICABLE, AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

4. Any party in interest that is entitled to vote on the related plan(s) will receive a copy of the disclosure statement, the plan and various documents related thereto, unless otherwise ordered by the Bankruptcy Court.

5. The Disclosure Statement Hearing may be adjourned from time to time. If the Disclosure Statement Hearing is adjourned, the Debtors, the Group or the applicable plan proponent shall file a notice with the Bankruptcy Court and serve such notice on all parties on the Master Service List.

DATED: April 25, 2011
    New York, New York

## ROSE SERAYDAR ACCOUNTS
ALL THESE STOCKS WERE KEPT BY LEHMAN IN THEIR VAULT.
I WAS ASKED ABOUT OTHER ACCOUNT NUMBERS I HAD, SO I
HAVE LISTED EVERYTHING BELOW. I AM SINCERELY GRATEFUL.

Kept In Lehman's Vault ACCOUNT NO. 831-89210-15-429
STOCKS had name change from: LIPOSOME to SEQUUS
and from SEQUUS TO ALZA.
60 shs. Broadway Holdings
Electric M & R 200 shs.
Biotechnica Int. 450 shs. BIOT
Robotic Vision (ROBV) 400 shs.
Vision Aerospace "3"
1450 shs. American FiberOptics.
Nova Natural Resources 24 shs.

I also had account number 831-90123-19-429
And account number     831-90372-17-429

My account 306-64788-13-429 was changed TO
1-831-83672-11-429

My acct was #306-83672-13-429 CHANGED TO
1-831-89210-15-429

Whole account was changed from 831-83672-19-429 TO
1-831-89210-15-429

I had a joint account with my daughter, Joani Seraydar
1-831-90372-17-429 Stock was Starnet Universe. 25 shs.
For 23 years I also had accounts with my other daughter,
Diane Venetsky.

NO STOCKS WERE EVER RETURNED TO ME OR MY CHILDREN
IN SPITE OF MY NUMEROUS REQUESTS, CALLS OR LETTERS.
BEING AS ILL AS I HAVE BEEN I TRUST YOU WILL HELP ME AND
RELEASE MY SECURITIES. YOUR HONOR I HOPE YOU WILL HELP.

*Thank you very much,*
*Rose Seraydar*

525 Neptune Ave. - Apt. 22B
Brooklyn, N. Y. 11224-4020

May 2, 2011

Epiq Bankruptcy Solutions, L.I.C.
P.O. Box 4470
Beaverton, OR 97005

To the Attention of President, Legal Dept.

Dear Sir:

I received your most recent Document Chapter 11, Case No. 08-13555 (JMP) Jointly Administered). I NEVER GAVE ANYONE PERMISSION TO REPRESENT ME OR TO NOTIFY ANYONE INVOLVED THAT I DO NOT WANT TO FILE A CLAIM AGAINST LEHMAN BROS. I NOTIFIED SEVERAL LISTED PEOPLE THAT I CERTAINLY DO WANT TO BE PART OF THIS CASE.

I must apologize for not responding to all the Lehman Brothers Holdings notices but it was virtually impossible to focus on anything especially legal and technical. I'm sorry but I cannot understand the legal terminology. I still have not recuperated from my Triple By-Pass and Open Heart Surgery. I am 85 years old and I live alone. I am scheduled to go for Cataract Surgery on July 11th, 2011 because I have no choice, I can't read the print of a newspaper. The reason I kept putting it off was due to my constant very poor recovery affecting my memory, my sight and my ability to function properly. I have constant pain, and can hardly walk. I have had severe complications and I am still trying to recover from everything. But Thank God and Thank God for Dr. Mehmet Oz that I am still here.

I am making every effort going through 12 years of records from Lehman. I DID NOT AND DO NOT HAVE ANYONE TO HELP ME. Locating and going thru all my records has been a terrible ordeal for me but I am working as hard as possible. During the 12 years with Lehman Bros, account numbers were changed several times. THE YOUNG LADY SUGGESTED I SEND A LIST OF ALL OF MY VARIOUS ACCOUNT NUMBERS DUE TO THE RELOCATION OF LEHMAN'S EMPLOYEES AND THE CLOSURE OF SOME BRANCHES DURING MY 12 YEARS, BECAUSE THAT CAUSED THE CHANGES OF ACCOUNT N;UMBERS. And that could possibly be the answer as to why they can't locate my certificates and documents during my many years with Lehman. There were many changes. She said I may have other account numbers which may help them locate my securities and perhaps any money from my accounts.

I would truly appreciate it if someone would write me or call me to explain the reason for this enclosed document. I DO NOT WANT TO BE EXCLUDED FROM THIS CASE. I am very sorry I wasn't able to keep up with these legal matters due to my illness, but I

hope the JUDGE IN THIS CLAIM WILL REAIZE IT WAS IMPOSSIBLE FOR ME TO WORK ON THIS MATTER WHILE BEING SO ILL, ALONE AND UNABLE TO OVERCOME COMPLICATIONS CONSTANTLY. I DO HOPE THE JUDGE WILL UNDERSTAND MY TERRIBLE SITUATION. PLEASE YOUR HONOR, HELP ME.

Sincerely,

Mrs. Rose Seraydar

Copy To:

HONORABLE JAMES M. PECK
United States Bankruptcy Judge in Courtroom 601 of the
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10014

ROSE SERAYDAR AND

Account number 831-90372-17 429

## Cash and money funds balance

|  | This period |
|---|---|
| Opening balance | $ 24,702.49 |
| Deposits | 3.27 |
| Withdrawals | -50.00 |
| Money funds earnings credited | 211.37 |
| Closing balance | $ 24,867.13 |

## Portfolio details

*This section shows the holdings in your account. It reflects values as of the close of business on 03/31/98.*

### Money funds

| Description | No. of shares | Market value |
|---|---|---|
| **AUTOMATED CASH MGMT TRUST II | 24,867.13 | $ 24,867.13 |
| Total value of money funds | | $ 24,867.13 |

### Stocks

| Common stocks | Exchange | No. of shares | Price | Yield | Anticipated income (annualized) | Market value | Research* Ranking | Comment |
|---|---|---|---|---|---|---|---|---|
| VISION AEROSPACE INC RSTD | OTC | 3 | | | | | | In cash account<br>Unpriced security |
| ACCESS PHARMACEUTICALS INC | OTC | 2,000 | .27 | | | 540.00 | | In cash account<br>Symbol: AXCS\Rated: C |
| AMGEN INC | OTC | 100 | 60.875 | | | 6,087.50 | 2 | In cash account<br>Symbol: AMGN\Rated: B |
| CISCO SYSTEMS INC | OTC | 300 | 68.375 | | | 20,512.50 | 1 | In cash account<br>Symbol: CSCO\Rated: B+ |
| LXR BIOTECHNOLOGY INC | AMEX | 1,000 | 3.812 | | | 3,812.00 | | In cash account<br>Symbol: LXR |
| NOVA NATURAL RESOURCES CORP | OTC | 24 | .02 | | | .48 | | In cash account<br>Symbol: NVNU |
| PERFECTDATA CORP | OTC | 100 | 1.437 | | | 143.70 | | In cash account<br>Symbol: PERF\Rated: C |