B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

| | |
|---|---|
| In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors. | Case No. <u>08-13555 (JMP)</u><br>(Jointly Administered) |
| In re <u>Lehman Brothers Special Financing Inc.</u>, Debtor. | Case No. <u>08-13888 (JMP)</u> |

To the Debtors and the Bankruptcy Court:

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim.  Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.   Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| | |
|---|---|
| <u>SPCP GROUP, LLC</u><br>Name of Transferee | <u>GOLDMAN SACHS LENDING PARTNERS LLC</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>100% of Claim #19538</u><br>Amount of Claim: <u>$739,296.25</u><br>Date Claim Filed: <u>September 19, 2009</u><br>Debtor: <u>Lehman Brothers Special Financing Inc.</u><br><u>(Case No.: 08-13888)</u> |
| SPCP Group, LLC<br>2 Greenwich Plaza<br>1st Floor<br>Greenwich, CT 06830<br>Attn: Brian A. Jarmain<br>Phone: 203-542-4032<br>Fax: 203-542-4132<br>Mob: 203-428-5594<br>Email: bjarmain@silverpointcapital.com | |

661419.5 153/05903                                         14

With a copy to:
Ronald S. Beacher, Attorney at Law
Pryor Cashman LLP
7 Times Square | New York NY 10036-6569
t (212) 326 0148 | f (212) 515 6959
rbeacher@pryorcashman.com

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

SPCP GROUP, LLC

By: _____        Date: ___5/20/11_____
            Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____        Date: _____
            Transferor/Transferor's Agent

661419.5 153/05903                    15

With a copy to:
Ronald S. Beacher, Attorney at Law
Pryor Cashman LLP
7 Times Square l New York NY 10036- 6 5 6 9
t (212) 326 0148 l f (212) 515 6959
rbeacher@pryorcashman.com

I declare under penalty of perjury that the information provided in this evidence and notice is true and
correct to the best of my knowledge and belief.

SPCP GROUP, LLC

By: _____          Date: _____
           Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: 5/20/11
           Transferor/Transferor's Agent