B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

In re <u>Lehman Brothers Special Financing Inc.</u>, Debtor.     Case No. <u>08-13888 (JMP)</u>
To the Debtors and the Bankruptcy Court:

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee
and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its
right to raise any objection to the transfer of the claim to Transferee and Transferor waives its right to
receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim.  Transferor
consents to the substitution of Transferor by Transferee for all purposes in the above referenced
bankruptcy cases with respect to the claim, including without limitation, for voting and distribution
purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further
notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and
holder of the claim.   Transferor hereby directs that all payments, distributions, notices and
communications in respect of or with respect to the claim be made to Transferee.

<u>SPCP GROUP, LLC</u>                          <u>GOLDMAN SACHS LENDING PARTNERS LLC</u>
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): <u>100% of Claim #19526</u>
should be sent:                                  Amount of Claim: <u>$611,513.41</u>
                                                 Date Claim Filed: <u>September 19, 2009</u>
SPCP Group, LLC                                  Debtor: <u>Lehman Brothers Special Financing Inc.</u>
2 Greenwich Plaza                                <u>(Case No.: 08-13888)</u>
1st Floor
Greenwich, CT 06830
Attn: Brian A. Jarmain
Phone: 203-542-4032
Fax: 203-542-4132
Mob: 203-428-5594
Email: bjarmain@silverpointcapital.com

With a copy to:

661420.3 153/05903                    14

Ronald S. Beacher, Attorney at Law
Pryor Cashman LLP
7 Times Square | New York NY 10036- 6569
t (212) 326 0148 | f (212) 515 6959
rbeacher@pryorcashman.com

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

SPCP GROUP, LLC

By: _____          Date: _5/20/11_____
          Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: _____
          Transferor/Transferor's Agent

661420.3 153/05903                    15

Ronald S. Beacher, Attorney at Law
Pryor Cashman LLP
7 Times Square | New York NY 10036-6569
t (212) 326 0148 | f (212) 515 6959
rbeacher@pryorcashman.com

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

SPCP GROUP, LLC

By: _____     Date: _____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____     Date: 5/20/11
       Transferor/Transferee's Agent