B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

To the Debtors and the Bankruptcy Court:

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| SPCP GROUP, LLC | GOLDMAN SACHS LENDING PARTNERS LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

SPCP Group, LLC
2 Greenwich Plaza
1st Floor
Greenwich, CT 06830
Attn: Brian A. Jarmain
Phone: 203-542-4032
Fax: 203-542-4132
Mob: 203-428-5594
Email: bjarmain@silverpointcapital.com

With a copy to:
Ronald S. Beacher, Attorney at Law
Pryor Cashman LLP

Court Claim # (if known): 100% of Claim #19531
Amount of Claim: $1,372,383.37
Date Claim Filed: September 19, 2009
Debtor: Lehman Brothers Holdings Inc.

648474.8 153/05903                    16

7 Times Square | New York NY 10036-6524
t (212) 326 0148 | f (212) 515 6959
rbeacher@pryorcashman.com

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

SPCP GROUP, LLC

By: _____    Date: 5/20/11
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____    Date: _____
Transferor/Transferor's Agent

648474.8 153/05903                 17

7 Times Square | New York NY 10036- 6569
t (212) 326 0148 | f (212) 515 6959
rbeacher@pryorcashman.com

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

SPCP GROUP, LLC

By: _____          Date: _____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: 5/20/11
        Transferor/Transferor's Agent

648474.8/153-05903                    17