B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                               (Jointly Administered)

To the Debtors and the Bankruptcy Court:

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.  Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| SPCP GROUP, LLC | GOLDMAN SACHS LENDING PARTNERS LLC |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 67359, which partially amends Claim #64914, which fully amends Claim #19527[1] |
| SPCP Group, LLC<br>2 Greenwich Plaza<br>1st Floor<br>Greenwich, CT 06830<br>Attn: Brian A. Jarmain<br>Phone: 203-542-4032<br>Fax: 203-542-4132<br>Mob: 203-428-5594<br>Email: bjarmain@silverpointcapital.com | Amount of Claim as Filed: $562,926.99 (with respect to Claim #67359)<br><br>Amount of Claim Transferred: $562,926.99 (with respect to Claim #67359)<br><br>Dates Claims Filed: March 7, 2011, November 5, 2009 and September 19, 2009, respectively |

---

[1] This notice of transfer of claim includes the portion of Claim #64914 which relates to the LBSF Guarantee Claim (as defined in Claim #67359), as amended by Claim #67359.

661422.3 153/05903                                16

With a copy to:
Ronald S. Beacher, Attorney at Law
Pryor Cashman LLP
7 Times Square | New York NY 10036- 6569
t (212) 326 0148 | f (212) 515 6959
rbeacher@pryorcashman.com

Debtor: <u>Lehman Brothers Holdings Inc.</u>

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

SPCP GROUP, LLC

By: _____    Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


GOLDMAN SACHS LENDING PARTNERS LLC


By: _____    Date: _____
    Transferor/Transferor's Agent

With a copy to:
Ronald S. Beacher, Attorney at Law
Pryor Cashman LLP
7 Times Square | New York NY 10036- 6569
t (212) 326 0148 | f (212) 515 6959
rbeacher@pryorcashman.com

Debtor: Lehman Brothers Holdings Inc.

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

SPCP GROUP, LLC

By: _____        Date: _____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____        Date: 5/20/11
      Transferor/Transferor's Agent

661422.3/153-05903                    17