UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------x   Ref. Docket Nos. 18058-18066,
18072, 18080, 18082, 18083

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 29, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
1st day of July, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  CREDIT SUISSE CREDIT STRATEGIES LIQUIDATING TRUST
TRANSFEROR: CREDIT SUISSE CREDIT STRATEGIES MASTER FUND, LIMITED
C/O PUGLISI & ASSOCIATES; ATTN: D PUGLISI
850 LIBRARY AVENUE, SUITE 204
NEWARK DE 10711

CREDIT SUISSE CREDIT STRATEGIES LIQUIDATING
C/O CREDIT SUISSE ALTERNATIVE CAPITAL, INC.
ATTN: TINWAH WONG
ELEVEN MADISON AVENUE, 13TH FL
NEW YORK NY 10010

Please note that your claim # 66809 in the above referenced case and in the amount of
     $336,941.97        has been transferred **(unless previously expunged by court order)**

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: CREDIT SUISSE CREDIT STRATEGIES LIQUIDATING TRUST
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: MATT WEINSTEIN
60 WALL STREET, 3RD FLOOR
NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 18058    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/29/2011                        Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 29, 2011.

# EXHIBIT B

```
TIME: 17:37:30                                      LEHMAN BROTHERS HOLDING INC.                                      PAGE:  1
DATE: 06/29/11                                          CREDITOR LISTING
```

| Name | Address |
|---|---|
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | SIDLEY AUSTIN LLP ATTN: JAIME SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| CITIGROUP GLOBAL MARKETS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | DOUGLAS DAVIS PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: CREDIT SUISSE SUCURSAL EN ESPANA ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: CREDIT SUISSE SUCURSAL EN ESPAÑA ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS INC. | TRANSFEROR: KOMMUNALKREDIT AUSTRIA AG ATTN: MARK HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CREDIT SUISSE CREDIT STRATEGIES LIQUIDATING TRUST | C/O CREDIT SUISSE ALTERNATIVE CAPITAL, INC. ATTN: TINWAH WONG ELEVEN MADISON AVENUE, 13TH FL NEW YORK NY 10010 |
| CREDIT SUISSE CREDIT STRATEGIES LIQUIDATING TRUST | TRANSFEROR: CREDIT SUISSE CREDIT STRATEGIES MASTER FUND, LIMITED C/O PUGLISI & ASSOCIATES; ATTN: D PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 10711 |
| CREDIT SUISSE CREDIT STRATEGIES LIQUIDATING TRUST | TRANSFEROR: CREDIT SUISSE CREDIT STRATEGIES MASTER FUND, LTD. C/O PUGLISI & ASSOCIATES; ATTN: D PUGLISI 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 10711 |
| CREDIT SUISSE GLOBAL INCOME FUND | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE GLOBAL INCOME FUND | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE CREDIT STRATEGIES LIQUIDATING TRUST C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE GLOBAL INCOME FUND C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: EIDESIS CAPITAL MASTER FUND LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: EIDESIS SYNTHETIC MARKET OPPORTUNITIES LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: EIDESIS SYNTHETIC OPPORTUNITIES FUND II LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: EIDESIS SYNTHETIC OPPORTUNITIES FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| EIDESIS CAPITAL MASTER FUND LTD. | TRANSFEROR: GE FINANCIAL MARKETS ATTN: RICH VICHAIDITH 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| EIDESIS CAPITAL MASTER FUND LTD. | HOWARD S. STEEL, ESQ. BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK NY 10036 |
| EIDESIS SYNTHETIC MARKET OPPORTUNITIES LTD | C/O GREGORY SONIS EIDESIS STRUCTURED CREDIT FUND GP, LLC 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC MARKET OPPORTUNITIES LTD | C/O GREGORY SONIS EIDESIS SYNTHETIC OPPORTUNITIES MANAGEMENT II, LTD 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC MARKET OPPORTUNITIES LTD | BROWN RUDNICK LLP C/O HOWARD S. STEEL, ESQ. SEVE TIMES SQUARE NEW YORK NY 10036 |
| EIDESIS SYNTHETIC OPPORTUNITIES FUND II LTD | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP, III 100 WEST MONROE ST., 18TH FLOOR CHICAGO IL 60603 |
| EIDESIS SYNTHETIC OPPORTUNITIES FUND II LTD | HOWARD S. STEEL, ESQ. BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK NY 10036 |
| EIDESIS SYNTHETIC OPPORTUNITIES FUND II LTD | C/O GREGORY SONIS EIDESIS SYNTHETIC OPPORTUNITIES MANAGEMENT II, LLC 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC OPPORTUNITIES FUND II LTD | C/O GREGORY SONIS EIDESIS SYNTHETIC OPPORTUNITIES MANAGEMENT II, LTD 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC OPPORTUNITIES FUND, LTD. | HOWARD S. STEEL, ESQ. BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK NY 10036 |
| EIDESIS SYNTHETIC OPPORTUNITIES FUND, LTD. | C/O GREGORY SONIS EIDESIS SYNTHETIC OPPORTUNITIES MANAGEMENT II, LTD 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC OPPORTUNITIES FUND, LTD. | C/O GREGORY SONIS EIDESIS SYNTHETIC OPPORTUNITIES MANAGEMENT LLC 500 FIFTH AVENUE, 56TH FLOOR NEW YORK NY 10110 |
| EIDESIS SYNTHETIC OPPORTUNITIES FUND, LTD. | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO, ANN E. ACKER, FRANKLIN H. TOP, III 100 WEST MONROE ST., 18TH FLOOR CHICAGO IL 60603 |
| HFR ED SELECT FUND IV MASTER TRUST DTD 7/16/01 | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| HIGHTIP CAPITAL LLC | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 17:37:30                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE: 2
DATE: 06/29/11                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| LYXOR/YORK FUND, LTD. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| PCI FUND LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| PERMAL YORK, LTD | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CAPITAL MANAGEMENT, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CREDIT OPPORTUNITIES FUND, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CREDIT OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK MULTI-STRATEGY MASTER FUND, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK SOLUTIONS CAYMAN FUND LIMITED | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| `EUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: EIDESIS SYNTHETIC OPPORTUNITIES FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |

Total Number of Records Printed    42

EPIQ BANKRUPTCY SOLUTIONS, LLC