UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                        :

In re                                 :        Chapter 11 Case No.
                                          :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :        08-13555 (JMP)
                                          :        (Jointly Administered)

                    Debtors.         :

                                          :
------------------------------------------------------------------x        Ref. Docket No. 17905

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                          ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 30, 2011, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                 */s/ Lauren Rodriguez*
                                                 Lauren Rodriguez

Sworn to before me this
1st day of July, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:      ALVAREZ, ANTONIO ANDREU
                 URB. EL COTO, CALLE EL CIERVO 202, MIJAS COSTA
                 MALAGA 29650 SPAIN


Additional:




Transferee:      BARCLAYS BANK SA
                 ATTN: ABRAHAM CARPINTERO
                 CALLE MATEO INURRIA, 15 5A PLANTA
                 28036 MADRID SPAIN


**Your transfer   of claim #   45002   is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match




Docket Number 17905             Date 06/20/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 30, 2011.

**EXHIBIT B**

TIME: 16:49:17
DATE: 06/30/11

PAGE:    1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| ALVAREZ, ANTONIO ANDREU | URB. EL COTO, CALLE EL CIERVO 202, MIJAS COSTA MALAGA  29650 SPAIN |
| BARCLAYS BANK SA | ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA 28036 MADRID    SPAIN |

Total Number of Records Printed        2

EPIQ BANKRUPTCY SOLUTIONS, LLC