**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Telephone: 212-326-0421
Facsimile: 212-798-6355
TINA N. MOSS, ESQ. (TM-7907)

*Attorneys for SPCP Group, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
In re                                                       :   **Chapter 11**
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :   **Case No. 08-13555 (JMP)**
                                                            :   **(Jointly Administered)**
                        Debtors.                            :
                                                            :
------------------------------------------------------------X
                                                            :
                                                            :   **Chapter 11**
In re                                                       :
                                                            :
LEHMAN BROTHERS SPECIAL FINANCING                           :   **Case No. 08-13888 (JMP)**
INC.,                                                       :   **(Jointly Administered)**
                                                            :
                        Debtor.                             :
------------------------------------------------------------X

**NOTICE OF TRANSFER OF CLAIM OTHER THAN
FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the transfer, other than for security, of the claim referenced in this evidence and notice (the "Transferred Claim"). A copy of the Evidence of Transfer of Claim is attached hereto as Exhibit A and is incorporated herein by reference.

**Name of Transferee:**

SPCP Group, LLC

**Name of Transferor:**

Deutsche Bank AG, London

**Name and Address where notices to Transferee should be sent:**

SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT  06830

Primary Contact:  Brian A. Jarmain
Telephone: 203-542-4032
Facsimile:  203-542-4132
Email:  bjarmain@silverpointcapital.com

With a copy to:
PRYOR CASHMAN LLP
7 Times Square
New York, NY  10036
Attn:  Ronald S. Beacher, Esq.
Telephone: 212-326-0148
Facsimile:  212-515-6959
Email:  rbeacher@pryorcashman.com

**Name and address where Transferee payments should be sent:**

SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT  06830
Attn:  Brian A. Jarmain
Telephone: 203-542-4032

Case No.  08-13888
Court Claim No.  6490
Amount of Claim:  $2,091,145.98
Date Claim Filed:  July 28, 2009
Debtor:  Lehman Brothers Special Financing  Inc.

- 3 -

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(e)(2), to receive from the Clerk of the Court notice of filing of the Evidence of Transfer of Claim and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the Transferred Claim as an unconditional transfer; and (ii) Transferee is the sole owner and holder of the Transferred Claim.

Dated: New York, New York
      July 5, 2011

**PRYOR CASHMAN LLP**

By: /s/ *Tina N. Moss*
Tina N. Moss (TM-7907)
7 Times Square
New York, New York 10036
Telephone: 212-326-0421
Facsimile : 212-798-6355

*Attorneys for SPCP Group, LLC*

# EXHIBIT A

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
        Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor")
        Case No. 08-13555 (JMP) et al (Jointly Administered) (the "Case")

Proof of Claim Number 6490

**DEUTSCHE BANK AG, LONDON** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**SPCP Group, LLC**
2 Greenwich Plaza
1st Floor
Greenwich, CT 06830
Attn: Brian A. Jarmain
Phone: 203-542-4032
Email: bjarmain@silverpointcapital.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 6490 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated __MAY 11__, 2011.

**DEUTSCHE BANK AG, LONDON**

By: _____
Name:
Title:

**SPCP GROUP, LLC**    Ross Miller
                       Director

By: _____
Name:                                               Michael Sutton
Title:                                              Managing Director

By: _____
Name:
Title:

**EXHIBIT B**

EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
       Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor")
        Case No. 08-13555 (JMP) et al (Jointly Administered) (the "Case")

Proof of Claim Number 6490

**DEUTSCHE BANK AG, LONDON** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**SPCP Group, LLC**
2 Greenwich Plaza
1st Floor
Greenwich, CT 06830
Attn: Brian A. Jarmain
Phone: 203-542-4032
Email: bjarmain@silverpointcapital.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 6490 (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated  MAY 11 , 2011.

**DEUTSCHE BANK AG, LONDON**

By: _____          By: _____
    Name:                                 Name:
    Title:                                Title:

**SPCP GROUP, LLC**

By: _____
    Name:  Michael A. Gatto
    Title: Authorized Signatory