B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Sea Port Group Securities, LLC**
Name of Transferee

**Armory Master Fund, Ltd.**
Name of Transferor

Name and Address where notices to transferee should be sent:

Sea Port Group Securities, LLC
360 Madison Avenue, 22nd Floor
New York, NY 10017

Phone: 212-616-7713
Last Four Digits of Acct #: _____N/A_____

Court Claim #: 67553 (which amends 55527)
Claim Amount: $5,000,000.00
Date Claim Filed: 6/29/11 and 10/29/09, respectively

Name and Address where transferee payments should be sent (if different from above):

Phone: _____N/A_____
Last Four Digits of Acct # _____N/A_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Jonathan Silverman_  General Counsel
Transferee/Transferee's Agent

Date: 7/6/11

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Armory Master Fund, Ltd.

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Armory Master Fund, Ltd.** ("Seller") hereby certifies that it has unconditionally and irrevocably sold, transferred and assigned to **Sea Port Group Securities, LLC** ("Purchaser"), an undivided interest, to the extent of the applicable percentage/principal amount/nominal amount specified in Schedule I attached hereto (the "Purchased Claim") in Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the security referred to on Schedule I hereto together with all other claims (within the meaning of Section 101(5) of the U.S. Bankruptcy Code and applicable law) (the "Claim") in respect thereof and against **Lehman Brothers Treasury Co. B.V.** and/or **Lehman Brothers Holdings Inc.** (debtor in **Case No. 08-13555** pending in the U.S. Bankruptcy Court for the Southern District of New York) (each a "Debtor"), including, without limitation on, any and all proofs of claim filed in respect of the Claim, including without limitation, **Proof of Claim Number 67853 which amends Proof of Claim Number 55527** (the "Proof of Claim") filed in the bankruptcy case of **Lehman Brothers Holdings Inc.**

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of each Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 30th day of June, 2011.

| **Armory Master Fund, Ltd.** | **Sea Port Group Securities, LLC** |
|---|---|
| By: _____ | By: _____ |
| Name: MICHAEL J. MEAGHER | Name: Jonathan Silverman |
| Title: AUTHORIZED SIGNATORY | Title: General Counsel |
| 360 Madison Avenue | 360 Madison Avenue, 22nd Floor |
| New York, NY 10017 | New York, NY 10167 |