B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.     Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Deutsche Bank AG, London Branch
Name of Transferee

Auriel Currency 2X Fund
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 12476
Amount of Claim: $38,887,154.16
Date Claim Filed: 9/14/09 _____
Debtor: _____

Deutsche Bank AG, London Branch
c/o Deutsche Bank Securities Inc.
Distressed Products Group
60 Wall Street, 3rd Floor
New York, NY 10005
Attn: Matthew Weinstein
Email: matthew.weinstein@db.com

With a copy to:

Phone: 212.250.5760
Last Four Digits of Acct #: _____

Phone: +44 (0) 20 7258 8861
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

DOC ID-16668771.3

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                     Date: __1 July 2011__

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Ross Miller
Director

Michael Sutton
Managing Director

## EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the
        Southern District of New York ("Bankruptcy Court")
        Attn:   Clerk

AND TO: Lehman Brothers Commercial Corporation. ("Debtor")
        In re Lehman Brothers Holdings Inc.
        Case No. 08-13555 (JMP) (Jointly Administered)

Claim #: 12476

**AURIEL CURRENCY 2X FUND**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

>       **DEUTSCHE BANK AG, LONDON BRANCH**
>       c/o Deutsche Bank Securities Inc.
>       60 Wall Street, 3rd Floor
>       New York, NY 10005
>       Attn: Matthew Weinstein
>       Phone: 212-250-5760

its successors and assigns ("Purchaser"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $38,887,154.16 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Claim and recognizing the Purchaser as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Purchaser.

DOC ID-16668771.3

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___1 July___, 2011.

**AURIEL CURRENCY 2X FUND**

By: _Sean A. Blake_____

Name: SEAN A. BLAKE

Title: DIRECTOR

By: _____

Name: Michael Griffin

Title: Director

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Deutsche Bank AG, London Branch</u>
Name of Transferee

<u>Auriel Currency 2X Fund</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
c/o Deutsche Bank Securities Inc.
Distressed Products Group
60 Wall Street, 3rd Floor
New York, NY 10005
Attn:  Matthew Weinstein
Email: matthew.weinstein@db.com

With a copy to:

Court Claim # (if known): <u>12477</u>
Amount of Claim: <u>$38,887,154.16</u>
Date Claim Filed: <u>9/14/09</u> _____
Debtor: _____

Phone: <u>212.250.5760</u>
Last Four Digits of Acct #: _____

Phone: <u>+44 (0) 20 7258 8861</u>
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

DOC ID-16668771.3

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: __I July 2011__

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Ross Miller
Director

Michael Sutton
Managing Director

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
   Southern District of New York ("<u>Bankruptcy Court</u>")
   Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("<u>Debtor</u>")
    In re Lehman Brothers Holdings Inc.
    Case No. 08-13555 (JMP) (Jointly Administered)

Claim #: <u>12477</u>

**AURIEL CURRENCY 2X FUND**, its successors and assigns ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

    **DEUTSCHE BANK AG, LONDON BRANCH**
    c/o Deutsche Bank Securities Inc.
    60 Wall Street, 3rd Floor
    New York, NY 10005
    Attn: Matthew Weinstein
    Phone: 212-250-5760

its successors and assigns ("Purchaser"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $38,887,154.16 ("<u>Claim</u>") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Claim and recognizing the Purchaser as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Purchaser.

**AURIEL CURRENCY 2X FUND**

By: _Sean A. Blake_
Name: SEAN A. BLAKE
Title: DIRECTOR

By: _____
Name: MICHAEL GRIFFIN
Title: DIRECTOR