UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                          :
In re                                                                 :    Chapter 11 Case No.
                                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                                          :
                    Debtors.                                    :    (Jointly Administered)
                                                                          :
                                                                          :
-----------------------------------------------------------------x

### ORDER TO SHOW CAUSE AND NOTICE FIXING THE OBJECTION DEADLINE, REPLY DEADLINE, AND HEARING DATE ON THE DEBTORS' AMENDED MOTION FOR APPROVAL OF THE DISCLOSURE STATEMENT AND RELATED RELIEF

Upon the amended motion, dated June 29, 2011 (the "Amended Motion") [ECF No. 18126], of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession, pursuant to sections 105, 502, 1125, 1126, and 1128 of title 11 of the United States Code, Rules 2002, 3017, 3018, 3020, 9013, 9014 and 9021 of the Federal Rules of Bankruptcy Procedure, and Rules 2002-1, 3017-1, 3018-1, 3020-1, 9013-1 and 9021-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York, for approval of their Proposed Disclosure Statement[1] and entry of the Proposed Disclosure Statement Order, all as more fully described in the Amended Motion; and upon the Declaration of Alfredo R. Pérez Pursuant to Local Bankruptcy Rule 9077-1(a) attesting to the necessity for relief by Order to Show Cause; and it appearing that no notice of this Order to Show Cause need be given, except as provided herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[1] Capitalized terms that used but not defined here have the meanings ascribed to them in the Amended Motion.

ORDERED that a hearing to consider the Amended Motion shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **August 30, 2011 at 10:00 a.m. (Eastern Time)**; and it is further

ORDERED that objections and responses, if any, to the Amended Motion must be filed and served so as to be received no later than **August 11, 2011 at 4:00 p.m. (Eastern Time)**; and it is further

ORDERED that replies or an omnibus reply to objections and responses, if any, to the Amended Motion must be filed and served so as to be received no later than **August 23, 2011 at 4:00 p.m. (Eastern Time)**.

Dated:   New York, New York
         July 6, 2011

                                        *s/ James M. Peck*_____
                                        HONORABLE JAMES M. PECK
                                        UNITED STATES BANKRUPTCY JUDGE

2