Presentment Date and Time: July 20, 2011 at 10:00 a.m. (prevailing Eastern Time)
Objection Deadline: July 18, 2011 at 12:00 p.m. (prevailing Eastern Time)

Sabin Willett
Andrew C. Phelan
Evan J. Benanti
Eric Heining
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA 02110
(617) 951-8000

*Counsel for State Street Bank and Trust Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>　　　　Debtor.<br>──────────────────────────────<br>In re<br><br>LEHMAN COMMERCIAL PAPER INC.,<br><br>　　　　Debtor.<br>──────────────────────────────<br>STATE STREET BANK AND TRUST COMPANY,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>LEHMAN COMMERCIAL PAPER INC.,<br><br>　　　　Defendant. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered)<br><br><br><br>Chapter 11 Case No.<br><br>08-13900 (JMP)<br><br><br><br><br><br><br><br>Adv. Proc. No. 08-01743 |

**NOTICE OF PRESENTMENT OF ELEVENTH STIPULATION**
<u>**PARTIALLY RESOLVING DISPUTES RAISED IN ADVERSARY PROCEEDING**</u>

PLEASE TAKE NOTICE that the undersigned will present the annexed proposed Eleventh Stipulation Partially Resolving Disputes Raised in Adversary Proceeding ("Stipulation") between State Street Bank and Trust Company ("State Street") and debtor

-1-

Presentment Date and Time: July 20, 2011 at 10:00 a.m. (prevailing Eastern Time)
Objection Deadline: July 18, 2011 at 12:00 p.m. (prevailing Eastern Time)

Lehman Commercial Paper, Inc. ("LCPI") to James M. Peck, United States Bankruptcy Judge, for signature on **July 20, 2011 at 10:00 a.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that responses or objections, if any, to the proposed Stipulation must be in writing, must conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the Bankruptcy Court for the Southern District of New York, must set forth the name of the objecting party, the nature and amount of claims or interests held or asserted by the objecting party against the debtor's estate or property, the basis for the objection and the specific grounds therefore, and must be filed with the Bankruptcy Court electronically in accordance with General Order M-242 no later than **July 18, 2011 at 12:00 p.m. (prevailing Eastern Time)** (General Order M-242 and the User's Manual for the Electronic Case Filing System may be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system, and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182, and any objection must further be served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn: Howard B. Comet, Esq.), attorneys for the Debtor; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys

Presentment Date and Time: July 20, 2011 at 10:00 a.m. (prevailing Eastern Time)
Objection Deadline: July 18, 2011 at 12:00 p.m. (prevailing Eastern Time)

for the official committee of unsecured creditors appointed in these cases; and (v) Bingham McCutchen LLP, One Federal Street, Boston, Massachusetts 02110 (Attn: Andrew C. Phelan, Esq.), counsel for State Street, no later than **July 18, 2011 at 12:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that, if no objections to the Stipulation are timely filed, served and received in accordance with this Notice, the Court may enter an order approving the Stipulation without further notice or hearing. If an objection is timely filed, served and received in accordance with this Notice, a hearing shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, on **July 20, 2011 at 10:00 a.m. (prevailing Eastern Time)** at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 or as soon thereafter as counsel may be heard.

Dated: July 6, 2011
       Boston, Massachusetts

Respectfully Submitted,

**STATE STREET BANK AND TRUST COMPANY**

*By its attorneys*

 /s/  Andrew C. Phelan
Sabin Willett (*admitted pro hac vice*)
Andrew C. Phelan (*admitted pro hac vice*)
Evan J. Benanti (EB1202)
Eric Heining (*admitted pro hac vice*)
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA 02110
(617) 951-8000

-3-