**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | § |
|  | §  Chapter 11 |
|  | § |
| LEHMAN BROTHERS HOLDINGS, INC., et al.. | §  Case No. 08-13555 (JMP) |
|  | § |
| Debtors. | §  (Jointly Administered) |
|  | § |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         ) SS:
COUNTY OF NEW YORK )

Patricia A. Wright, being duly sworn deposes and says:

1.      That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

2.      That on the 6th day of July, 2011, I caused to be served a true copy of the **Notice of Presentment of Eleventh Stipulation Partially Resolving Disputes Raised in Adversary Proceeding** upon the Debtors' counsel, Office of the United States Trustee, counsel to the Official Committee of Unsecured Creditors and those parties as listed on the annexed Service List.

/s/Patricia A. Wright
Patricia A. Wright

Sworn to before me this
6th day of July, 2011

/s/Steven Sarnotsky
Notary Public, State of New York
No. 01SA6008581
Qualified in New York County
Commission Expires August 1, 2014

A/74430914.1

## SERVICE LIST

Weil, Gotshal & Manges LLP
Attn:  Howard B. Comet
767 Fifth Avenue
New York, NY 10153

Office of the US Trustee
Attn: Andy Velez-Rivera
        Paul Schwartzberg
        Brian Masumoto
        Linda Riffkin
Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne
        Evan Fleck
        Dennis O'Donnell
1 Chase Manhattan Plaza
New York, NY 10005

South Wacker Financial Mezzanine, LLC
c/o Harbor Group International
Attn:  T. Richard Litton, Jr.
999 Waterside Drive, Suite 2300
Norfolk, VA 23510

Kaufman & Canoles, P.C.
Attn: David M. Delpierre
150 W. Main Street, Suite 2100
Norfolk, VA 23510

A/74430914.1