John D. Lovi, Esq. (JL-5928)
Lara E. Romansic, Esq. (LR-9236)
STEPTOE & JOHNSON LLP
750 Seventh Avenue
New York, NY  10019
Telephone:    (212) 506-3900
Facsimile:    (212) 506-3950
Email:    jlovi@steptoe.com
         lromansic@steptoe.com

Robbin L. Itkin, Esq. (CA Bar No. 117105)
(admitted *pro hac vice)*
Katherine C. Piper, Esq. (CA Bar No. 222828)
(admitted *pro hac vice)*
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone:    (310) 734-3200
Facsimile:    (310) 734-3300
Email:    ritkin@steptoe.com
         kpiper@steptoe.com

and

Steven K. Davidson (*pro hac vice* pending)
George R. Calhoun V (*pro hac vice* pending)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue
Washington, DC  20036
Telephone:    (202) 429-3000
Facsimile:    (202) 429-3902
Email:    sdavidson@steptoe.com
         gcalhoun@steptoe.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings, Inc., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**AMENDED VERIFIED STATEMENT OF STEPTOE & JOHNSON LLP UNDER**
**RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Steptoe & Johnson LLP ("Steptoe") hereby submits this amended verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and discloses the following:

1. Steptoe currently represents the following creditors in the above-captioned bankruptcy cases of Lehman Brothers Holdings, Inc. and its affiliated debtors (together, the "Debtors"):

   (1) True Friend 4th Securitization Specialty Co., Ltd.
       27-1 Yoido-Dong Youngdeungpo-Ku
       Seoul, 150-745, Korea

       Korea Investment and Securities Co., Ltd., As Asset Manager of
       True Friend 4th Securitization Specialty Co., Ltd.
       27-1 Yoido-Dong, Youngdeungpo-Ku
       Seoul, 150-745, Korea

   (2) Idaho Power Company
       P.O. Box 447
       Salt Lake City, UT 84110-0447

       and

   (3) US Airways, Inc.
       4000 Sky Harbor Blvd.
       Phoenix, AZ 85034

2. Each of the above creditors (the "Creditors") had a prepetition relationship with one or more of the Debtors, which has formed the basis of prepetition claims against such Debtors.

3. The claim of True Friend 4th Securitization Specialty Co., Ltd. arises out of that certain Credit Linked Note issued by Lehman Brothers Treasury, Co. B.V. pursuant to that certain Lehman Brothers Holdings, Inc. USD $100,000,000,000 Euro Medium Term-Note Program, which credit linked note is unconditionally and irrevocably guaranteed by Lehman Brothers Holdings, Inc.

4. The claim of Idaho Power Company arises out of certain derivative transactions entered into with Lehman Brothers Commodity Services, Inc. and guaranteed by Lehman Brothers Holdings, Inc.

5. The claim of US Airways, Inc. arises out of certain Auction Rate Securities transactions and the actions of Lehman Brothers, Inc. and Lehman Brothers Holdings, Inc. in connection with and related to those transactions.

6. The specific amounts of the claims held by each of the Creditors are set forth in the respective proofs of claim that have been filed by the Creditors against the Debtors' estates.

7. The Creditors are the original holders of their respective claims.

8. Each of the Creditors has requested that Steptoe represent its respective individual interests in connection with the Debtors' bankruptcy cases.

9. To the extent necessary or required, Steptoe reserves the right to amend, modify, and/or supplement this verified statement as necessary.

The undersigned hereby makes this verified statement under penalty of perjury under the laws of the State of California.

Dated:  Los Angeles, California
        July 6, 2011

Respectfully submitted,

**STEPTOE & JOHNSON LLP**

By:  */s/ Katherine C. Piper*
John D. Lovi, Esq. (JL-5928)
Lara E. Romansic, Esq. (LR-9236)
750 Seventh Avenue
New York, New York 10019
Telephone: (212) 506-3900
Facsmile: (212) 506-3950
Email: jlovi@steptoe.com
       lromansic@steptoe.com

and

Robbin L. Itkin, Esq. (*admitted pro hac vice*)
Katherine C. Piper, Esq. (*admitted pro hac vice*)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone:	(310) 734-3200
Facsimile:	(310) 734-3300
Email:  ritkin@steptoe.com
		kpiper@steptoe.com

and

Steven K. Davidson, Esq. (*pro hac vice* pending)
George R. Calhoun V, Esq. (*pro hac vice* pending)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue
Washington, DC  20036
Telephone:  (202) 429-3000
Facsimile:  (202) 429-3902
Email:  sdavidson@steptoe.com
		gcalhoun@steptoe.com