Hearing Date:  July 20, 2011 at 10:00 a.m. (Prevailing Eastern Time)

Dennis F. Dunne
Evan R. Fleck
Dennis C. O'Donnell
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone:  (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
: 
In re: : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., et al., : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------------------ x

**JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN
LEHMAN COMMERCIAL PAPER INC.'S RESPONSE TO MOTION OF
EVANGELICAL CHRISTIAN CREDIT UNION PURSUANT TO SECTION 362(d)
OF THE BANKRUPTCY CODE FOR RELIEF FROM THE AUTOMATIC STAY**

The Official Committee of Unsecured Creditors (the "Committee") of Lehman

Brothers Holdings Inc. and its affiliated debtors in possession (collectively, the "Debtors")

hereby joins in the Debtors' objection [Docket No. 18304] (the "Objection")[1] to the Motion of

Evangelical Christian Credit Union Pursuant to Section 362(d) of the Bankruptcy Code for

Relief From the Automatic Stay [Docket No. 16259] (the "Motion").

**JOINDER**

1. The Committee joins in the Debtors' objection to the relief sought in the

Motion for each of the reasons set forth in the Objection, including, without limitation, the

following:  (i) the Old Church Parcel is instrumental to the development of the Emerald

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Meadows Project and its continued inclusion in the Emerald Meadows Project is necessary to enhance LCPI's estate's potential for recovery on LCPI's investments in the Emerald Meadows Project; and (ii) under the doctrine of marshaling, ECCU should be required to first satisfy its claim out of the Additional Collateral, on which LCPI has no lien, before it seeks recourse to the Old Church Parcel.

WHEREFORE, the Committee respectfully requests that the Court (i) deny the relief requested in the Motion, and (ii) grant such other relief as is just.

Dated:   New York, New York
         July 6, 2011

**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**

By: /s/ Dennis F. Dunne
Dennis F. Dunne
Evan R. Fleck
Dennis C. O'Donnell
1 Chase Manhattan Plaza
New York, NY 10005
Telephone:  (212) 530-5000

Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al.