UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re : Chapter 11 Case No.
:
: 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : (Jointly Administered)
:
Debtors. : Ref. Docket Nos. 17820, 18034,
: 18087, 18089, 18095, 18096, 18109,
: 18111, 18112, 18115, 18117, 18119,
------------------------------------------------------------x 18120
:
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS COMMERCIAL : 08-13901 (JMP)
CORPORATION, : (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 10 & 11
:
------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS SPECIAL FINANCING : 08-13888 (JMP)
INC., : (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 236 & 250
:
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 30, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<i>/s/ Lauren Rodriguez</i>
Lauren Rodriguez

Sworn to before me this
6th day of July, 2011
<i>/s/ Eleni Kossivas</i>
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ORE HILL HUB FUND LTD.
      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
      ATTN: CAROLYN HERMAN
      650 FIFTH AVENUE, 9TH FLOOR
      NEW YORK NY 10019
```

Please note that your claim # 67085-02 in the above referenced case and in the amount of
         $535,000.00           has been transferred **(unless previously expunged by court order)**

```
      WILSHIRE INSTITUTIONAL MASTER FUND II SPC-WILSHIRE ORE HILL
      INTERNATIONAL SEGREGATED PORTFOLIO
      TRANSFEROR: ORE HILL HUB FUND LTD.
      C/O GLG ORE HILL LLC
      ATTN: RACHEL CARR-HARRIS
      650 FIFTH AVE, 9TH FLOOR
      NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 17820        in your objection.
If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2011                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 30, 2011.

# EXHIBIT B

```
TIME: 16:48:22                                        LEHMAN BROTHERS HOLDING INC.                                        PAGE:  1
DATE: 06/30/11                                            CREDITOR LISTING

Name                                    Address

BANK OF AMERICA, N.A.                   TRANSFEROR: VICIS CAPITAL LLC, AS INVESTMENT MANAGER OF CALEDONIAN
                                        BANK & TRUST LTD. AS TRUSTEE OF VICIS CAPITAL MASTER SERIES TRUST, ACTING IN RESPECT OF VICIS CAPITAL MASTER FUND
                                        BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BARCLAYS BANK PLC                       TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 745 SEVENTH AVENUE NEW YORK NY 10019
BENETTON GROUP S.P.A.                   TRANSFEROR: BENETTON INTERNATIONAL SA ATTN: MORENO PASIN VIA VILLA MINELLA 1, 31050 PONZANO VENETO TREVISO   ITALY
BUTTERFIELD TRUST (BERMUDA) LIMITED,    AS TRUSTEE ON BEHALF OF HFR EM ADVANTAGE MASTER TRUST C/O HFR ASSET MANAGEMENT, LLC ATTN: JOHN M. KLIMEK
                                        10 SOUTH RIVERSIDE PLAZA, SUITE 700 CHICAGO IL 60606
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.     C/O CARVAL INVESTORS, UK, LTD KNOWLE HILL PARK, FAIRMILE LANE COBHAM SURREY KT11 2PD UNITED KINGDOM
CHAK SIN, HUNG                          FLAT G 26/F BLOCK 3 CIVIL HOUSE AFFLUENCE GARDEN TMTL 246 TUEN MUN   HONG KONG
CHAN HOU KAM                            ROOM 1606A 16/F 655 NATHAN ROAD MONGKOK, KOWLOON   HONG KONG
CHAN MAN HO                             FLT D 12/F CLARKE MANSION 9 KINGSTON STREET CAUSEWAY BAY   HONG KONG
CHAN PONG HING                          FLAT A 4/F KA NING MANSION 88 ABERDEEN MAIN ROAD ABERDEEN HK   HONG KONG
CHAN YUN KAN                            FLT 15 12/F CHUNG CHUN HSE CHUNGNGA CT TAI PO, NT   HONG KONG
CHAN, SUI LAN                           A2 11/F NEW FORTUNE HOUSE 4-8 NORTH ST KENNEDY TOWN HK   HONG KONG
CHEN JEN JEN                            8/F BLK 1 PEACE GARDEN 249 PRINCE EDWARD RD KOWLOON   HONG KONG
CHEN SUK LAN GERMIO                     UNIT F 36/F BLOCK 6 CASTELLO NO 69 SIU LEK YUEN ROAD SHATIN, NT   HONG KONG
CHEUNG FOO KIU                          ROOM 44F 2/F JADE VIEW COURT NANG HANG TSUEN YUEN LONG NT   HONG KONG
CHIU WAI LAN CLARA                      G/F NO. 76 TAI WAI NEW VILLAGE TAI WAI, NT   HONG KONG
CHOU PRISCILLA WAI YI                   CF 12/F GREENVIEW GARDEN SHATIN, NT   HONG KONG
CHOW SHU YING                           FLAT D2 2/F 6 EASTBOURNE ROAD KOWLOON TONG   HONG KONG
CHUNG ALVIN CHONG HWA                   FLAT A2 10/F PARK VIEW COURT 1 LYTTELTON ROAD MID-LEVELS   HONG KONG
FANG, SHUN                              HOUSE 1 JUN JING TAI NO.193 JI DA JI SHAN ROAD ZHU HAI CITY GUANGDONG   CHINA
HO KWOK KIT                             ROOM 9 23/F SUI LUN HOUSE SIU LUN COURT TUEN MUN NT   HONG KONG
HO, SIU WAH MICHELLE                    PH3D FOREST HILL 31 LO FAI ROAD TAI PO NT   HONG KONG
HUI HAU YIP                             2/F NO.22 TAI WAI NEW VILLAGE TAI WAI, NT   HONG KONG
IAB LIMITED                             TRANSFEROR: KNOWLE LIMITED ATTN: ELIZABETH DENMAN, DIRECTOR CLARENDON HOUSE 2 CHURCH STREET HAMILTON HM11   BERMUDA
JAR WAN YU                              FLAT 1 19/F BLOCK S TELFORD GARDENS KOWLOON BAY KLN   HONG KONG
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: PALMYRA CAPITAL FUND, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: PALMYRA CAPITAL INSTITUTIONAL FUND, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                        NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.               TRANSFEROR: PALMYRA CAPITAL OFFSHORE FUND, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26
                                        NEW YORK NY 10005
KIM SHIN YANG                           FLT D 23/F TOWER 5 THE WATERFRONT NO. 1 AUSTIN ROAD WEST TSIM SHA TSUI HONG KONG, KLN   HONG KONG
KING, YIU SAU                           FLAT D 18/F BLK 6 DISCOVERY PARK CASTLE PEAK ROAD TSUEN WAN NT HK   HONG KONG
KNOWLE LIMITED                          ATTN: ELIZABETH DENMAN, DIRECTOR ROSEBANK CENTRE, 11 BERMUDIANA ROAD PEMBROKE HM08 BERMUDA
KUAN, DAH FU MICHAEL                    9/F NO. 176 CHUNG HSIAO E RD SEC 1 TAIPEI   TAIWAN, PROVINCE OF CHINA
KWOK KAM CHIU                           FLAT 5 6/F HUNG LEE CT BLOCK E HUNG HOM BAY CENTRE HUNG HOM KLN HONG KONG   HONG KONG
LAI PIK LIN                             FLT 9 25/F CHUN WAI HOUSE TIN MA CT WONG TAI SIN KOWLOON   HONG KONG
LAM OI CHU KAREN                        FLAT F 11/F BLOCK 12 DISCOVERY PARK 398 CASTLE PEAK ROAD TSUEN WAN NT   HONG KONG
LAU WAI CHUEN                           ROOM 3202 TUNG LING HOUSE TUNG YUK COURT SHAU KI WAN HK   HONG KONG
LAU YUN PING                            ROOM 7 19/F BLOCK D PO BUI COURT KWUN TONG, KLN   HONG KONG
LAW SIU LUEN                            FLAT A 24/F KAM LUNG BUILDING 41-59 TAI TONG ROAD YUEN LONG NT   HONG KONG
LEUNG HANG SHIM/CHAN YIN LING           FLAT C 19/F BLOCK 12A PROVIDENT CENTRE 45 WHARF ROAD NORTH POINT HK   HONG KONG
LEUNG MEE YIN CHRISTINA                 FLAT A 15/F BLOCK B THE CRESCENT 13 HOMANTIN HILL ROAD HOMANTIN, KLN   HONG KONG
LEUNG WOI YUEN                          FLT B 7/F BLK 8 YUET WU VILLA TUEN MUN NT   HONG KONG
LIN GUANQUN                             # 40-9 BI SHUI ZHUAN YUAN CHANG PING DISTRICT BEIJING 102206 CHINA
LIN YUPING                              RM 1203 HUAJING GUANGCHANG NO. 17 HANJIANG ROAD SHANTOU CITY GUANDONG PROVINCE   CHINA
LIU CHUNG FAN                           1ST FLOOR BLOCK 51 PHASE 3 CHUN WAH VILLAS MA TONG ROAD YUEN LONG, NT   HONG KONG
LO HOI HEUNG                            FLAT F 7/F BLOCK 10 DAWNING VIEWS NO. 23 YAT MING ROAD FANLING NT   HONG KONG
LUI SIU, WAH                            12/F 90 WATERLOO ROAD HO MA TIN KOWLOON, HK   HONG KONG
MAK WING SUM                            FLAT 1314 CHEUNG FUNG HOUSE CHEUNG WAH ESTATE FANLING, NT   HONG KONG
MAN LIN HUENG                           G/F 81 TO YUEN WAI LAM TEI TUEN MUN NT   HONG KONG
MOK, CHIU SHIRINE YEE MAN               10/F BLOCK C PARAMOUNT MANSION 2 SHAN KWONG ROAD HAPPY VALLEY HK   HONG KONG
NG CHUN YIN NAVID                       628 SHUN MAN HOUSE OI MAN ESTATE HONG KONG
NG KIT WA / CHAN CHAN PING              ROOM 4936 LONG ACRE DR MISSISSANGA ONTARIO L5M 7L1 CANADA
NG KWOK KEUNG                           CIO: STANDARD CHARTERED BANK (HK) LTD. G/F SHOPS. CHEUNG SHA WAN PLAZA CHEUNG SHA WAN, KLN   HONG KONG

                                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 16:48:22                                              LEHMAN BROTHERS HOLDING INC.                                                                    PAGE:   2
DATE: 06/30/11                                                   CREDITOR LISTING

Name                                            Address
NG LAI SUM                                      ROOM 2326 MING YIU HOUSE JAT MING CHUEN SHATIN NT    HONG KONG
NG, WING NING VICTOR                            FLAT E 23/F BLOCK 3 MOUNT HAVEN NO. 3 LIU TO ROAD TSING YI, NT    HONG KONG
ORE HILL HUB FUND LTD.                          TRANSFEROR: BENETON GROUP S.P.A. C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019
ORE HILL HUB FUND LTD.                          TRANSFEROR: BARCLAYS BANK PLC ATTN: CAROLYN HERMAN 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019
ORE HILL HUB FUND LTD.                          TRANSFEROR: BARCLAYS BANK PLC C/O ORE HILL PARTNERS LLC ATTN: KATE SINOPOLI 650 FIFTH AVENUE NEW YORK NY 10019
ORE HILL HUB FUND LTD.                          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: CAROLYN HERMAN 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019
PALMYRA CAPITAL FUND, L.P.                      RICHARD A. CHESLEY PAUL, HASTINGS, JANOFSKY & WALKER LLP 191 N. WACKER DR., 30TH FL. CHICAGO IL 60606
PALMYRA CAPITAL INSTITUTIONAL FUND, L.P.        RICHARD A. CHESLEY PAUL, HASTINGS, JANOFSKY & WALKER LLP 191 N. WACKER DRIVE., 30TH FL. CHICAGO IL 60606
PALMYRA CAPITAL OFFSHORE FUND, L.P.             RICHARD A. CHESLEY PAUL, HASTINGS, JANOFSKY & WALKER LLP 191 N. WACKER DR., 30TH FL. CHICAGO IL 60606
PMT CREDIT OPPORTUNITIES FUND LTD.              TRANSFEROR: BENETON GROUP S.P.A. C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019
QIAN WU                                         9/F BLOCK 8 YONG HUA FU GONG YE RD 8TH SHEKOU SHENZHEN    CHINA
SIU CHI FUNG                                    RM 3101 WANG TAI HOUSE WANG FUK COURT TAI PO NT    HONG KONG
SO YUK CHING                                    G/F NO.30 A KUNG KOK TSUEN SHATIN HK    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: CHAK SIN, HUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: CHAN HOU KAM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: CHAN MAN HO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: CHAN PONG HING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: CHAN YUN KAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: CHAN, SUI LAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: CHEN JEN JEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: CHEN SUK LAN GERMIO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: CHEUNG FOO KIU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: CHIU WAI LAN CLARA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: CHOU PRISCILLA WAI YI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: CHOW SHU YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: CHUNG ALVIN CHONG HWA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: FANG, SHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: HO KWOK KIT 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: HO, SIU WAH MICHELLE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: HUI HAU YIP 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: JAR WAN YU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: KIM SHIN YANG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: KING, YIU SAU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: KUAN, DAH FU MICHAEL 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: KWOK KAM CHIU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: LAI PIK LIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: LAM OI CHU KAREN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: LAU WAI CHUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: LAU YUN PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: LAW SIU LUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: LEUNG HANG SHIM/CHAN YIN LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: LEUNG MEE YIN CHRISTINA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: LEUNG WOI YUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: LIN GUANQUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: LIN YUPING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: LIU CHUNG FAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: LO HOI HEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: LUI SIU, WAH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: MAK WING SUM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: MAN LIN HUENG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: MOK, CHIU SHIRINE YEE MAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: NG CHUN YIN NAVID 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: NG KIT WA / CHAN CHAN PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: NG KWOK KEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: NG LAI SUM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.        TRANSFEROR: NG, WING NING VICTOR 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
```

```
TIME: 16:48:22                                       LEHMAN BROTHERS HOLDING INC.                                     PAGE:   3
DATE: 06/30/11                                           CREDITOR LISTING

Name                                                    Address
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: QIAN WU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG        HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: SIU CHI FUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: SO YUK CHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: SUNG SAU, FAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: TAN, CHAN LILY WING KWAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG        HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: WONG KAI MAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: WONG KAM HO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: WONG MAN SING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: WONG SIU KEUNG / WONG HOI YAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: WOO YU SUM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG     HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: WU CHO WOON 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: WU KELING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG      HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: YANG SHI-JWA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: YU ANGELA HUI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: YU LEE SHUK MUN LINNA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG            HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: YUEN MAN LAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.    TRANSFEROR: ZHANG XIAO FEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
SUNG SAU, FAN                                           FLAT A 10/F KAM LAN BUILDING VICTORIA GARDEN SHATIN   HONG KONG
TAN, CHAN LILY WING KWAN                                FLT 6/F 4D WONG NEI CHUNG GAP RO WONG NAI CHUNG GAP HK    HONG KONG
VICIS CAPITAL LLC, AS INVESTMENT MANAGER    LTD., AS TRUSTEE OF VICIS CAPITAL MASTER SERIES TRUST, ACTING IN RESPECT OF VICIS CAPITAL MASTER FUND ATTN: KEITH HUGHES
 OF CALEDONIAN BANK & TRUST                  445 PARK AVE, 16TH FL NEW YORK NY 10022
VICIS CAPITAL LLC, AS INVESTMENT MANAGER    JAY GOFFMAN, ESQ. & ANDREW THAU, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQ. NEW YORK NY 10036
 OF CALEDONIAN BANK & TRUST
VONWIN CAPITAL MANAGEMENT, L.P.             TRANSFEROR: BUTTERFIELD TRUST (BERMUDA) LIMITED, AS TRUSTEE ON BEHALF HFR EM ADVANTAGE MASTER TRUST
                                             ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016
WILSHIRE INSTITUTIONAL MASTER FUND II       TRANSFEROR: ORE HILL HUB FUND LTD. WILSHIRE ORE HILL INTERNATIONAL SEGREGATED PORTFOLIO C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS
 SPC-                                        650 FIFTH AVE, 9TH FLOOR NEW YORK NY 10019
WILSHIRE INSTITUTIONAL MASTER FUND II       INTERNATIONAL SEGREGATED PORTFOLIO TRANSFEROR: ORE HILL HUB FUND LTD. C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS
 SPC-WILSHIRE ORE HILL                       650 FIFTH AVE, 9TH FLOOR NEW YORK NY 10019
WONG KAI MAN                                NO.25F TAI YEUNG CHE VILLAGE LAM TSUEN TAI PO, NT    HONG KONG
WONG KAM HO                                 2/F 14 LUEN FAT STREET WANCHAI, HK   HONG KONG
WONG MAN SING                               FLT A 5/F 8 GLEE PATH MEI FOO SUN CHUEN, KLN   HONG KONG
WONG SIU KEUNG / WONG HOI YAN               FLT B 31/F HOI TSUI MANSION RIVIERA GARDENS TSUEN WAN NT   HONG KONG
WOO YU SUM                                  FLAT D 25/F BIJOU COURT 171 PRINCE EDWARD ROAD WEST MONGKOK, KOWLOON   HONG KONG
WU CHO WOON                                 C/O HONG LOK YUEN COUNTRY CLUB 8 HON LOK YUEN TOWN CENTRE CRESCENT TAI PO, NT    HONG KONG
WU KELING                                   9/F BLOCK 8 YONG HUA FU GONG YE RD 8TH SHEKOU SHENZHEN    CHINA
YANG SHI-JWA                                C/O ASTRA ZENECA PHARMACEUTICAL CO LTD 44/F CITIC SQUARE 1168 NANJING WEST ROAD SHANGHAI    200041 CHINA
YU ANGELA HUI                               1318 E59TH AVENUE VANCOUVER BC V5X 1Z1 CANADA
YU LEE SHUK MUN LINNA                       ROOM 19 BLOCK A LUSO APARTMENTS NO.5 WARWICK ROAD KWOLOON TONG KLN   HONG KONG
YUEN MAN LAI                                ROOM 4  3/F YEE KING HOUSE KWONG YUEN ESTATE 70 SIU LEK YUEN ROAD SHATIN NT   HONG KONG
ZHANG XIAO FEI                              FLAT E, 22TH FLOOR NO. 8-1 JIANGHAN NORTH ROAD WUHAN   CHINA

Total Number of Records Printed        143

                                                                                                             EPIQ BANKRUPTCY SOLUTIONS, LLC
```