Craig J. Albert
REITLER KAILAS & ROSENBLATT LLC
885 Third Avenue, 20th Floor
New York, NY 10022
Tel.:    (212) 209-3050
Fax:    (212) 371-5500
*Attorneys for Edward J. Agostini Living Trust*
*Dated May 12, 2000, Sylvia Agostini Living*
*Trust Dated May 12, 2000, and*
*Edward J. Agostini and Sylvia Agostini*
*as Joint Tenants with Right of Survivorship*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 18295 |

-------------------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, Craig J. Albert, hereby certify that on the 6th day of July 2011, I caused a true

and correct copy of the within RESPONSE OF THE AGOSTINI CLAIMANTS TO

THE DEBTORS' ONE HUNDRED FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS

(LATE-FILED CLAIMS) to be served on the persons listed below by dispatching the paper to

the person by overnight delivery service at the address designated beside their names: (i) The

Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New

York, New York 10004, (ii) Office of the United States Trustee, 33 Whitehall Street, 21st Floor,

New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabeth Gasparini, Esq., and

Andrea B. Schwartz, Esq.), (iii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York,

128654

New York 10153 (Attn: Robert J. Lemons, Esq., and Mark Bernstein, Esq.), and (iv) Milbank,

Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn:

Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.).

Dated: July 7, 2011
       New York, New York

                                              /s/ Craig J. Albert
                                         _____
                                              Craig J. Albert