Steven K. Davidson (pro hac vice pending)
George R. Calhoun V (pro hac vice pending)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue
Washington, DC  20036
Telephone:  (202) 429-3000
Facsimile:  (202) 429-3902

Evan Glassman
STEPTOE & JOHNSON LLP
750 Seventh Avenue
New York, New York 10019
Telephone:  (212) 506-3900
Facsimile: (212) 506-3950

*Attorneys for US Airways, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

-----------------------------------------------------------------x

**DECLARATION OF STEVEN K. DAVIDSON IN SUPPORT OF THE RESPONSE OF US AIRWAYS, INC. (PROOF OF CLAIM NO. 30598) TO DEBTORS' ONE HUNDRED ELEVENTH OMNIBUS OBJECTION TO CLAIMS ("NO LIABILITY CLAIMS")**

I, Steven K. Davidson, hereby declare as follows:

1. I am an attorney with Steptoe & Johnson LLP, one of the attorneys for US Airways, Inc. in the above captioned action. I submit this declaration in support of the Response of US Airways, Inc. (Proof of Claim No. 30598) to Debtors' One Hundred Eleventh Omnibus Objection to Claims ("No Liability Claims").

2. Attached hereto are true copies of the following documents submitted in support of the Response of US Airways, Inc. (Proof of Claim No. 30598) to Debtors' One Hundred Eleventh Omnibus Objection to Claims ("No Liability Claims"):

**Exhibit 1:** Proof of Claim No. 30598, filed by US Airways Inc., Supplemental Documentation and Exhibits (filed Sept. 22, 2009).

**Exhibit 2:** Memorandum from Madeline L. Shapiro to Members of the Board of Directors of Lehman Brothers Holdings Inc., regarding May 15, 2007 Meeting of the Board of Directors, attaching Agenda and accompanying materials (May 11, 2007).

**Exhibit 3:** The Faces of the Lehman Crisis, Businessweek.com.

**Exhibit 4:** Capital IQ Service, Profile of Lehman Brothers Inc.

**Exhibit 5:** Mindi Westhoff, AIG Reports 6 Executive Appointments, SNL Fin. LC (Feb. 3, 2010).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed at Washington D.C. on July 7, 2011.

      /s/ STEVEN K. DAVIDSON
      Steven K. Davidson