# EXHIBIT 2

# LEHMAN BROTHERS

**DATE:**    May 11, 2007

**TO:**    Members of the Board of Directors of Lehman Brothers Holdings Inc.

**FROM:**    Madeline L. Shapiro, Assistant Secretary

**RE:**    **MAY 15, 2007 MEETING OF THE BOARD OF DIRECTORS**

---

Enclosed please find an Agenda for the May 15, 2007 meeting of the Board of Directors and accompanying materials.   Also enclosed is a summary of Executive Committee and certain other corporate actions taken since the April 12, 2007 Board meeting.

The meeting is scheduled to be held in the Board Room on the 31st floor, 745 Seventh Avenue (between 49th and 50th Streets), from 12:00 p.m. to 2:30 p.m.   Lunch will be served.  Please bring the enclosed materials with you.

Distribution:

| | |
|---|---|
| Mr. Michael L. Ainslie | Mr. Richard S. Fuld, Jr. |
| Mr. John F. Akers | Sir Christopher Gent |
| Mr. Roger S. Berlind | Mr. Roland A. Hernandez |
| Mr. Thomas H. Cruikshank | Mr. Henry Kaufman |
| Ms. Marsha Johnson Evans | Mr. John D. Macomber |

Copy to:
Mr. Joseph M. Gregory
Mr. Christopher M. O'Meara
Mr. Thomas A. Russo
Mr. Jeffrey A. Welikson

CONFIDENTIAL

**FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.**

LB 009196

**LBHI_SEC07940_026106**

## AGENDA

## LEHMAN BROTHERS HOLDINGS INC. ("Holdings")

## BOARD OF DIRECTORS MEETING

**May 15, 2007**
**745 Seventh Avenue**
**31st Floor – Board Room**
**12:00 p.m. – 2:30 p.m.**

1) Approval of Minutes of Holdings' Board of Directors Meeting held on April 12, 2007. (Resolution and Minutes Attached) (Fuld)

2) Report of May 15, 2007 Audit Committee Meeting. (Cruikshank)

3) Financial Update. (Materials Attached) (O'Meara)

4) Presentation on Strategy. (Freidheim/ Goldfarb)

5) Legal Update. (Russo)

6) Country Risk Update. (Miscik)

7) Executive Session.

## WORKING LUNCH

CONFIDENTIAL

LB 009197

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026107

# HOLDINGS

## 5/15/07 BOARD MEETING

### Item 1

CONFIDENTIAL

LB 009198

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026108

Holdings
**Board of Directors**
5/15/07

**RESOLVED,** that the Minutes of the meeting of the Board of Directors held on April 12, 2007 are hereby approved in the form submitted at this meeting, and that a copy of such Minutes be placed in the appropriate Minute Book of the Corporation.

CONFIDENTIAL                                                                 LB 009199

FOIA CONFIDENTIAL TREATMENT REQUESTED                  LBHI_SEC07940_026109
BY LEHMAN BROTHERS HOLDINGS INC.

*05/03/07 Draft*

### LEHMAN BROTHERS HOLDINGS INC.
**Minutes of the Board of Directors**
**April 12, 2007**

A meeting of the Board of Directors of Lehman Brothers Holdings Inc. (the "Corporation" or collectively with its subsidiaries, the "Firm") was held in the Board Room, 745 Seventh Avenue, at 12:00 noon on April 12, 2007 pursuant to written notice.

### PRESENT – BOARD MEMBERS

Mr. Michael L. Ainslie
Mr. John F. Akers
Mr. Roger S. Berlind
Mr. Thomas H. Cruikshank
Ms. Marsha Johnson Evans
Mr. Richard S. Fuld, Jr.
Sir Christopher Gent
Mr. Roland A. Hernandez
Mr. Henry Kaufman
Mr. John D. Macomber

### ALSO PRESENT BY INVITATION

Mr. Joseph M. Gregory
Mr. Christopher M. O'Meara
Mr. Thomas A. Russo
Mr. Jeffrey A. Welikson

### UPDATES

Mr. Russo reported to the Board of Directors on a potential *Wall Street Journal* article regarding the Firm and the subprime mortgage market. The Board directed questions to Mr. Russo and senior management regarding the subprime mortgage market and the Firm's business. Mr. Russo also updated the Board on the matters discussed during the September 9, 2006 joint meeting of the Audit Committee and the Compensation and Benefits Committee. Ms. Evans then provided an update on the status of certain potential director candidates.

### APPROVAL OF MINUTES

The first order of business was the approval of the Minutes of the Board of Directors meeting held on March 20, 2007. Upon motion duly made and seconded, it

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LB 009200

LBHI_SEC07940_026110

was unanimously

      **RESOLVED**, that the Minutes of the meeting of the Board of Directors held on March 20, 2007 are hereby approved in the form submitted at this meeting, and that a copy of such Minutes be placed in the appropriate Minute Book of the Corporation.

## REPORT OF THE AUDIT COMMITTEE

      Mr. Cruikshank reported on the April 5, 2007 Audit Committee meeting. He stated that the Corporation's Controller, Mr. Edward Grieb, introduced the review of the financial statements (including the notes thereto) and the Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") to be contained in the Corporation's Quarterly Report on Form 10-Q for the fiscal quarter ended February 28, 2007, and noted that the financial statements were consistent with the first quarter earnings press release reviewed by the Committee on March 12, 2007 He reported that Mr. Grieb discussed the procedures used to collect and validate the data used in the financial reports and MD&A.

      Mr. Cruikshank also reported that Mr. Grieb reviewed the financial statements, notes and MD&A with the Committee, highlighting the disclosures regarding accounting changes and developments, including Statements of Financial Accounting Standards Nos. 158 and 159 regarding fair value measurement and disclosure requirements. Mr. Cruikshank also reported that the Firm's Chief Financial Officer, Mr. O'Meara, discussed a meeting that Messrs. Fuld and O'Meara held on April 5, 2007 with certain senior members of Firm management, certain officers who had participated in the preparation of the 10-Q and representatives of Ernst & Young and Simpson Thacher & Bartlett, to review the 10-Q, the Firm's internal control over financial reporting, disclosure controls and procedures, and the CEO and CFO certifications of the 10-Q.

      Mr. Cruikshank reported that Mr. Art Tully of Ernst & Young discussed the Quarterly Review Report to the Audit Committee to be issued by Ernst & Young, including the review report letter to be included in the 10-Q. He stated that Mr. Tully reported that Ernst & Young was largely done with its review. He stated that Mr. Tully further reported that Ernst & Young was not aware of any material modifications needed for the financial statements to be in conformity with GAAP and expected to issue an unqualified review report.

      Mr. Cruikshank then reported that there were no additional fees for audit, audit-related, tax or other services of Ernst & Young which required pre-approval by the Committee.

2

LB 009201

CONFIDENTIAL

**FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.**

**LBHI_SEC07940_026111**

## REPORT OF THE COMPENSATION AND BENEFITS COMMITTEE

Mr. Akers gave a report on the previous day's Compensation and Benefits Committee meeting. He stated that the Committee reviewed the compensation program for the Board of Directors and is not recommending any changes to the program at this time, having concluded that director pay levels are appropriate relative to the market based on a review of competitors' compensation programs. After discussion, upon motion duly made and seconded, it was unanimously resolved:

WHEREAS, on an annual basis, each of the members of the Board of Directors of the Corporation who is not an employee of the Corporation (each such individual, a "Non-employee Director") has historically been granted an award based on the common stock, par value $.10 per share, of the Corporation (the "Common Stock"), at each annual meeting of the Corporation's shareholders (the "Annual Meeting");

WHEREAS, the Compensation and Benefits Committee of the Board of Directors (the "Committee") in its discretion, pursuant to a resolution dated April 11, 2007, has recommended to the Board of Directors that the Corporation continue to grant an award of either restricted stock units ("RSUs") or options to purchase shares of Common Stock ("Stock Options"), as applicable, to each of the Non-employee Directors (collectively, the "Annual Equity Retainers"), pursuant to the Lehman Brothers Holdings Inc. 2005 Stock Incentive Plan (the "SIP");

WHEREAS, the Board of Directors has determined that it is in the best interests of the Corporation and its stockholders to approve the grants of the Annual Equity Retainers pursuant to the SIP;

RESOLVED, that the Board of Directors hereby approves, and does make, the grant of an Annual Equity Retainer to each Non-employee Director, in the form of RSUs or Stock Options, as applicable, and in each case on such number of shares of Common Stock and subject to the terms as set forth on Exhibit B attached hereto.

FURTHER RESOLVED, that each Annual Equity Retainer approved and granted above shall be made pursuant to, and subject to the terms and conditions of, the SIP and the applicable form of RSU or Stock Option award agreement filed on March 31, 2006 by the Corporation with the United States Securities and Exchange Commission under a Form 8-K.

FURTHER RESOLVED, that in accordance with the provisions of the SIP, the per share exercise price of any Stock Options granted hereunder be equal to the Fair Market Value (as such term is defined in the SIP) of one share of Common Stock on April 12, 2007.

3

CONFIDENTIAL

LB 009202

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026112

FURTHER RESOLVED, that the officers of the Corporation be, and they hereby are, authorized and directed to take such further action with respect to the foregoing plans and programs including, without limitation, preparing and distributing award agreements and/or statements, making adjustments for amounts due the Corporation by the award recipient, and executing such further documents and taking such further action as they may, with the advise of counsel, deem necessary or desirable to carry out the purpose and intent of the foregoing resolutions, or to comply with law; and with respect to those awards which are subject to the laws of any foreign jurisdiction, the officers of the Corporation are each hereby authorized and directed to determine the form of awards to employees who are personally residing outside the United States and to take such actions and to make such amendments including, without limitation, preparing and executing such trust instruments or other documents as they may, with the advice of counsel, deem necessary or desirable to carry out the purpose and intent of the foregoing resolutions and to achieve tax efficiency and to comply with the provisions of any relevant local law or regulations in those territories, provided such actions do not result in an incremental material cost to the Corporation.

Mr. Akers reported that the Committee reviewed and discussed equity ownership levels for senior executives of the Corporation and the "liquidity guidelines" that restrict their ability to sell the Firm's stock, and that the Committee plans to continue with the existing liquidity guidelines for 2007. He also reported that the Committee reviewed "tally sheets" detailing compensation for each of the Firm's executive officers, which included a summary of total remuneration provided to the executive in the current and prior year, a summary of the total equity holdings of the executive and an illustration of potential payouts to the executive under alternative termination scenarios.

Mr. Akers then reported that the Committee reviewed and ratified RSU awards granted to senior-level new hires, and reviewed and approved a special retention award for a senior banker at the Firm. Mr. Akers also stated that the Committee discussed the proposed separation agreement for Mr. Michael Gelband, Global Head of Fixed Income, who will be leaving the Firm.

## RESULTS OF OPERATIONS

Mr. O'Meara reviewed the Firm's financial results for the month of March. As part of such review he discussed, among other things, market environment, net income, revenues, expenses, return on equity, earnings per share, capital position (including leverage ratios) and risk appetite usage, as well as the performance of the Firm by business unit and by region. He compared the March results to the average month in 2006 and to budget. He compared the fiscal year-to-date results to 2006 and to budget. Mr. O'Meara also reviewed market valuations and credit spreads for the Firm and its competitors. The Board directed questions to Mr. O'Meara and senior management

4

CONFIDENTIAL

**FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.**

LB 009203

**LBHI_SEC07940_026113**

regarding assets under management, cost of capital, credit ratings and leverage.

## COUNTRY RISK UPDATE

Ms. Jami Miscik, Global Head of Sovereign Risk Management, gave a presentation to the Board of Directors on Country Risk, including a discussion of developments in Iraq, Turkey, Iran, Pakistan and Russia. The Board directed questions to Ms. Miscik regarding Iran and Iraq, as well as the foreign investment climate in India.

## PRESENTATION ON RECRUITING

Mr. Scott J. Freidheim, the Firm's Co-Chief Administrative Officer, gave a presentation to the Board of Directors on Global Recruiting. He discussed the Firm's overall human capital strategy and stated that its goal was to generate shareholder value by enhancing the Firm's human capital base, deploying human capital optimally and strengthening the Firm's culture. Mr. Freidheim described that the overarching mission of Global Recruiting is to proactively identify and deliver the very best talent available for entry level positions within the Firm by systematically sourcing talent on a global basis, thereby becoming the employer of choice for the most talented individuals globally. He stated that, to accomplish this mission, the Firm must identify characteristics of its most successful leaders, identify and target the best and broadest pools of talent around the world, flawlessly execute recruiting campaigns and equip new recruits to succeed through a best-in-class on-boarding process.

Mr. Freidheim described the Firm's current talent acquisition model, including a description of the recruiting process. He provided a breakdown of the source of 2007 summer hires, indicating that 78% of the class came from core campuses, 16% from referrals, 6% from targeted recruiting and less than 1% from write-ins. Mr. Freidheim discussed recruiting performance, comparing data regarding hires in 2004 and in 2007, including data demonstrating increased cross offer wins by the Firm over its competitors.

He then turned to the key opportunities and challenges for Global Recruiting and stated that the recruiting process needs to evolve to build the foundation for the Firm's future growth. Mr. Freidheim stated that, as part of such process, Global Recruiting must define the characteristics for successful candidates, source the best talent globally, expand branding and marketing initiatives and restructure candidate assessment to evaluate specific competencies individually. He described Global Recruiting's efforts to identify characteristics that lead to long-term success at the Firm and to proactively target candidates with profiles of excellence correlated with these characteristics. Mr. Freidheim stated that these characteristics include problem solving, personal presence, communication skills, leadership, initiative and teamwork, and he correlated these qualities with example markers of success, such as recipients of academic distinction, student leaders, entrepreneurs and scholar-athletes.

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LB 009204

LBHI_SEC07940_026114

Mr. Freidheim next discussed Global Recruiting's efforts to source the best talent globally. He compared the breakdown of the source of 2007 summer hires to a target model, in which the percentage of targeted candidates would increase and the percentage of candidates sourced from core campuses would decrease. Mr. Freidheim stated that the impact of implementation of this target model would be to increase the sourcing of candidates from non-core campuses, to globalize the recruiting effort and to increase the diversity of the new talent pool. He also discussed Global Recruiting's plan to significantly enhance the Firm's diversity recruiting effort. He presented data comparing the percentage of women and minorities in the analyst and associate summer classes in 2004 and in 2007, and described efforts to improve sourcing of diversity candidates, to better coordinate diversity recruiting across the Firm and to deepen relationships with select not-for-profit organizations focused on minority students.

Mr. Freidheim described Global Recruiting's strategy to use co-branding opportunities and new media technologies to increase marketing reach and impact through tailored value propositions. He described co-branding opportunities between the Firm and certain universities, as well as new marketing opportunities being developed by Global Recruiting, including development of a number of internet-based marketing initiatives. Mr. Freidheim then discussed Global Recruiting's initiative to restructure the candidate assessment process to focus on independently evaluating the characteristics of long-term success. He described the success of a pilot interviewing program, in which dedicated interviewers tested particular competencies and used scripted questions designed to probe specific competencies, in contrast to a traditional model in which all interviewers would test all competencies. The Board directed questions to Mr. Freidheim regarding employee retention and attrition, the Firm's image on campuses, the characteristics for success and the markers for these characteristics, the prevalence of targeted hiring among the Firm's peers, the cost of campus recruiting, recruiting graduates of the service academies and other matters.

Mr. Macomber left the meeting during this presentation.

### ANNUAL ELECTION OF OFFICERS

Mr. Russo presented the list of officers of the Corporation for election to serve until the 2008 Annual Meeting of Stockholders, which list had been distributed in advance of the meeting. Upon motion duly made and seconded, it was unanimously

> **RESOLVED**, that the individuals named on Exhibit A attached hereto be elected as officers of this Corporation in the capacities indicated beside their respective names, to serve at the pleasure of this Corporation and subject to their continued employment by this Corporation or any affiliate until the next Annual Meeting of the Board of Directors of this Corporation and until their successors have been elected and qualified; and that such officerships shall immediately cease without the necessity or acceptance of a resignation or relinquishment in the event of death,

6

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LB 009205

LBHI_SEC07940_026115

retirement, termination, or other cessation of employment of these officers by this Corporation and its affiliates.

## LEGAL UPDATE

Mr. Russo updated the Board of Directors on the initial public offering allocation matter.

Mr. Ainslie left the meeting following this discussion.

## PRIVATE SESSION

Management (other than Mr. Fuld) was excused, and the Board met in private session.

There being no further business to come before the meeting, the meeting was, upon motion duly made and seconded, adjourned.

Respectfully submitted,


Jeffrey A. Welikson
Secretary of the Meeting

7

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LB 009206

LBHI_SEC07940_026116

Exhibit A

## LEHMAN BROTHERS HOLDINGS INC.
## OFFICERS

| | |
|---|---|
| Richard S. Fuld, Jr.[1,2] | Chairman and Chief Executive Officer |
| Joseph M. Gregory[1] | President and Chief Operating Officer |
| Christopher M. O'Meara[1,3,4] | Chief Financial Officer, Executive Vice President and Controller |
| Scott J. Friedheim[1] | Executive Vice President and Co-Chief Administrative Officer |
| Ian T. Lowitt[1] | Executive Vice President and Co-Chief Administrative Officer |
| Thomas A. Russo[1] | Executive Vice President and Chief Legal Officer |
| Jasjit Bhattal | Senior Vice President and Chief Executive Officer - Asia |
| Michael Gelband | Senior Vice President and Global Head of Capital Markets/Fixed Income |
| David Goldfarb | Senior Vice President and Global Head of Strategic Partnerships, Principal Investing and Risk |
| Jeremy M. Isaacs | Senior Vice President and Chief Executive Officer - Europe and Asia |
| Theodore P. Janulis | Senior Vice President and Global Head of Mortgage Capital |
| Stephen M. Lessing | Senior Vice President and Head of Client Relationship Management |
| Herbert H. McDade III | Senior Vice President and Global Head of Capital Markets/Equities |
| Hugh E. McGee III | Senior Vice President and Global Head of Investment Banking |
| Roger B. Nagioff | Senior Vice President and Chief Operating Officer - Europe |

---

[1] Executive Officer Under SEC Rules
[2] Principal Executive Officer Under SEC Rules
[3] Principal Accounting Officer Under SEC Rules
[4] Principal Financial Officer Under SEC Rules

8

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LB 009207

LBHI_SEC07940_026117

| | |
|---|---|
| George H. Walker IV | Senior Vice President and Global Head of the Investment Management Division |
| Jeffrey B. Lane | Office of the Chairman |
| Rashid Alvi | Vice President and Assistant Secretary |
| Richard J. Amat | Vice President |
| Steven L. Berkenfeld | Vice President |
| Tracy A. Binkley | Vice President and Director of Global Human Resources |
| Shaun Butler | Vice President |
| Karen B. Corrigan | Vice President and Assistant Secretary |
| Enrico Corsalini | Vice President |
| John DeRosa | Vice President and Global Head of Tax |
| Barrett DiPaolo | Vice President and Assistant Secretary |
| Heidemarie Echtermann | Vice President and Co-Treasurer |
| Lana Franks | Vice President |
| Terry L. Gentry | Vice President |
| Edward S. Grieb | Vice President and Financial Controller |
| Thomas Hommel | Vice President |
| Paul Imbimbo | Vice President |
| Marcus Jackson | Vice President |
| James J. Killerlane III | Vice President and Assistant Secretary |
| Francine Kittredge | Vice President |
| Kurt Locher | Vice President |
| Timothy G. Lyons | Vice President |
| Mark C. Malin | Vice President |
| Karen C. Manson | Vice President and Assistant Secretary |
| Mark J. Marcucci | Vice President |
| Raymond C. Mikulich | Vice President |
| Herbert Moos | Vice President and Assistant Treasurer |
| Bridget E. O'Connor | Vice President |
| Michael J. Odrich | Vice President |
| Carlo Pellerani | Vice President and Assistant Treasurer |
| Joseph Polizzotto | Vice President |

9

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LB 009208

LBHI_SEC07940_026118

| | |
|---|---|
| Vincent Primiano | Vice President |
| David Rushton | Vice President |
| Mark Russell | Vice President |
| Rose Shabet | Vice President |
| William Shannon | Vice President |
| Daniel C. Singer | Vice President |
| Greg L. Smith | Vice President |
| Martha Solinger | Vice President |
| Gordon Sweely | Vice President |
| Paul E. Sveen | Vice President |
| Paolo Tonucci | Vice President and Co-Treasurer |
| Mark A. Walsh | Vice President |
| Jeffrey A. Welikson | Vice President and Corporate Secretary |
| Lloyd Winans | Vice President |
| Andrew P. Wright | Vice President |
| Andrew Yeung | Vice President and Assistant Secretary |
| Nahill Younis | Vice President and Assistant Treasurer |
| John Baker | Assistant Vice President |
| Justin D. Balser | Assistant Vice President |
| Jordan Dorchuck | Assistant Vice President |
| Scott Drosdick | Assistant Vice President |
| Robert J. Leist | Assistant Vice President |
| Aida Sarmast | Assistant Vice President and Assistant Secretary |
| John M. Skoba | Assistant Vice President |
| Leo C. Trautman, Jr. | Assistant Vice President |
| Julianna Tucker | Assistant Vice President and Assistant Secretary |
| Cindy S. Buckholz | Assistant Secretary |
| Aaron Guth | Assistant Secretary |
| Madeline L. Shapiro | Assistant Secretary |
| Anna Walters | Assistant Secretary |
| Barry J. O'Brien | Assistant Treasurer |
| Anthony J. Taranto | Assistant Treasurer |

10

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LB 009209

LBHI_SEC07940_026119

Exhibit B

## April 12, 2007 Equity Awards to Non-employee Directors

| Name | RSUs | Stock Options |
|---|---|---|
| Ainslie, Michael | 3,400 | 0 |
| Akers, John | 3,400 | 0 |
| Berlind, Roger | 3,400 | 0 |
| Cruikshank, Thomas | 3,400 | 0 |
| Evans, Marsha Johnson | 3,400 | 0 |
| Gent, Sir Christopher | 3,400 | 0 |
| Hernandez, Roland | 3,400 | 0 |
| Kaufman, Henry | 0 | 10,200 |
| Macomber, John | 3,400 | 0 |
| **Total** | **27,200** | **10,200** |

All RSUs vest immediately and are payable in Common Stock upon death, disability or termination of service. As of each date that a dividend is paid on Common Stock, each Non-employee Director holding RSUs is credited with a number of additional RSUs equal to the product of (A) the dividend paid on one share of Common Stock, multiplied by (B) the number of RSUs held by the Non-employee Director, divided by (C) the closing price of the Common Stock on the New York Stock Exchange on such date. Additional award terms and conditions are provided in the applicable award agreements evidencing these grants.

All Stock Options have an exercise price per share equal to the closing price of the Common Stock on the New York Stock Exchange on the date the award is made. Stock Options have a ten-year term and become exercisable in one-third increments on each of the first three anniversaries of the award date or, if sooner, upon a termination of service. Additional award terms and conditions are provided in the applicable award agreements evidencing these grants.

11

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LB 009210

LBHI_SEC07940_026120

# HOLDINGS

# 5/15/07 BOARD MEETING

## Item 3

CONFIDENTIAL

LB 009211

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026121

# LEHMAN BROTHERS

RICHARD S. FULD, JR.
CHAIRMAN AND
CHIEF EXECUTIVE OFFICER

May 11, 2007

Dear Directors:

Enclosed are the materials for the Lehman Brothers Board meeting on Tuesday, May 15. The materials include the estimated financial results for April, which will be discussed at the meeting.

At this meeting, Scott Freidheim, Co-Chief Administrative Officer, and Dave Goldfarb, Global Head of Strategic Partnerships, Principal Investing and Risk, will deliver a presentation on the Firm's strategy and how we will be using our capital going forward.

I look forward to seeing you on Tuesday.

Sincerely,

RSF:aj
Enclosures

LEHMAN BROTHERS HOLDINGS INC.
745 SEVENTH AVENUE NEW YORK, NEW YORK 10019 TEL 212 526-7280

LB 009212

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026122

CONFIDENTIAL
FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026123

LB 009213

*Confidential Presentation to:*

# Lehman Brothers Board of Directors

# Financial Information

April 2007

# LEHMAN BROTHERS

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026124

LB 009214

# Table of Contents

◆ Executive Summary    1

◆ April 2007 Financial Results    2

◆ Capital Markets    3

◆ Investment Banking    4

◆ Investment Management / Principal Investments / Regional    5

◆ Balance Sheet, Capital and Risk    6

◆ Competitor Information    7

◆ Monthly Financial Performance Trend    8

◆ Quarterly and Annual Financial Performance Trend    9

LEHMAN BROTHERS

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026125

LB 009215

# Executive Summary

## Market Environment

◆ Global equity market valuations were up 3% during the month, led by a 4% gain in the U.S. amid strong earnings reports. International markets were also strong, with European markets rising 3% and Asian markets up 1%.

➢ Global average trading volumes in April continued to be strong, up slightly versus average year-to-date activity, and up 20% versus average month 2006 level.

◆ The Fixed Income market environment remained relatively unchanged, with interest rates and credit spreads remaining stable.

## Revenues / Expenses

◆ Second highest monthly net revenues of $1,747 million were 12% ahead of budget, and 25% ahead of average month 2006.

➢ Fixed Income Division revenues of $655 million were 16% behind budget and 9% below average month 2006 driven by continued weakness in Residential Mortgages.

➢ Equities Division revenues of $526 million were 47% ahead of budget and 64% ahead of average month 2006 as customer activity remained strong.

➢ Record Banking Division revenues of $532 million were 81% higher than budget and more than double the average month 2006 level, primarily due to strong performance in both Equity and Debt Origination.

➢ Investment Management Division revenues of $238 million outperformed budget by 6% and were 28% higher than average month 2006, due to higher AUM and incentive fees from the private equity portfolios.

➢ Principal Investments revenues of $134 million were 51% ahead of budget and 81% better than average month 2006, due to gains from fund investments, minority investments in hedge fund managers and private equity investments.

➢ Record non-U.S. revenues of $772 million were 42% better than budget due to record revenues in Asia and strong Europe results.

◆ Personnel expenses were accrued at 49.3% of net revenues, consistent with prior periods. Non-personnel expenses of $306 million were higher than budget, mainly due to higher brokerage and clearance, and business development expenses.

## Profitability

◆ Net income of $395 million and EPS of $0.68 were 15% and 16% better than budget, respectively.

◆ Pretax margin was 33.2%, ROE was 24.1% and ROTE was 29.6%.

LEHMAN BROTHERS                                    1

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026126

LB 009216

# April 2007 Financial Results

| $ millions, except per share data | Monthly Performance | | | | | | Year to Date Performance | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | April 2007 | Monthly Budget | % Δ | Avg. Month 2006 | % Δ | | 2007 | Budget | % Δ | 2006 | % Δ |
| **Segment Revenues** | | | | | | | | | | | |
| Investment Banking | 413 | 286 | 45% | 251 | 65% | | 1,542 | 1,457 | 6% | 1,250 | 23% |
| Capital Markets | 1,075 | 1,052 | 2% | 953 | 13% | | 5,693 | 5,363 | 6% | 5,071 | 12% |
| Investment Management | 259 | 222 | 17% | 192 | 35% | | 1,190 | 1,133 | 5% | 960 | 24% |
| **Total Revenues** | 1,747 | 1,560 | 12% | 1,395 | 25% | | 8,425 | 7,954 | 6% | 7,281 | 16% |
| **Expenses** | | | | | | | | | | | |
| Personnel | 861 | 769 | 12% | 688 | 25% | | 4,154 | 3,921 | 6% | 3,590 | 16% |
| Non Personnel | 306 | 278 | 10% | 239 | 28% | | 1,473 | 1,417 | 4% | 1,189 | 24% |
| Pre Tax Income | 580 | 513 | 13% | 469 | 24% | | 2,799 | 2,616 | 7% | 2,502 | 12% |
| Income Taxes | 186 | 169 | 10% | 154 | 20% | | 905 | 863 | 5% | 827 | 9% |
| Net Income Before Accounting Change | 395 | 344 | 15% | 314 | 26% | | 1,894 | 1,753 | 8% | 1,675 | 13% |
| Cumulative Effect of Accounting Change | - | - | | 4 | nm | | - | - | | 47 | nm |
| Net Income After Accounting Change | 395 | 344 | 15% | 318 | 24% | | 1,894 | 1,753 | 8% | 1,722 | 10% |
| **Additional Data** | | | | | | | | | | | |
| Earnings per Common Share | $0.68 | $0.59 | 16% | $0.54 | 27% | | $3.26 | $3.00 | 9% | $2.90 | 12% |
| Return on Common Equity | 24.1% | 21.7% | +2.4pp | 23.4% | +0.7pp | | 23.8% | 21.7% | +2.1pp | 25.0% | -1.2pp |
| Return on Tangible Equity | 29.6% | 26.3% | +3.3pp | 29.1% | +0.5pp | | 29.2% | 26.3% | +2.9pp | 31.2% | -2.1pp |
| Pre Tax Margin | 33.2% | 32.9% | +0.3pp | 33.6% | -0.4pp | | 33.2% | 32.9% | +0.3pp | 34.4% | -1.1pp |
| Compensation / Revenue | 49.3% | 49.3% | - | 49.3% | - | | 49.3% | 49.3% | - | 49.3% | - |
| Effective Tax Rate | 32.0% | 33.0% | -1.0pp | 32.9% | -0.9pp | | 32.3% | 33.0% | -0.7pp | 33.1% | +0.7pp |
| **Divisional Revenues** | | | | | | | | | | | |
| Fixed Income | 655 | 778 | (16)% | 717 | (9)% | | 3,431 | 3,967 | (14)% | 3,811 | (10)% |
| Equities | 526 | 357 | 47% | 320 | 64% | | 2,435 | 1,821 | 34% | 1,750 | 39% |
| Banking | 532 | 294 | 81% | 265 | 101% | | 1,680 | 1,498 | 12% | 1,226 | 37% |
| Investment Management | 238 | 224 | 6% | 186 | 28% | | 1,139 | 1,143 | (0)% | 929 | 23% |
| Principal Investments | 134 | 89 | 51% | 74 | 81% | | 731 | 452 | 62% | 362 | 102% |
| Banking & PIM Elimination / Other | (337) | (182) | nm | (166) | nm | | (990) | (927) | nm | (797) | nm |
| Total Revenues | 1,747 | 1,560 | 12% | 1,395 | 25% | | 8,425 | 7,954 | 6% | 7,281 | 16% |
| **Regional Revenues** | | | | | | | | | | | |
| Europe | 511 | 371 | 38% | 323 | 58% | | 2,258 | 1,890 | 19% | 1,598 | 41% |
| Asia | 261 | 171 | 53% | 132 | 98% | | 984 | 870 | 13% | 870 | 13% |

LEHMAN BROTHERS

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026127

LB 009217

# Capital Markets

## Fixed Income

- Revenues of $655 million were 16% below budget and 9% below average month 2006.
- Securitized Products underperformed as U.S. residential mortgage products continued to operate in a challenging environment.
- Interest Rate Products were strong in April, outperforming budget by 23% and average month 2006 by 65%, due to profitable trading strategies.
- Credit Products continued to outperform budget and average month 2006 level on solid customer activity and profitable trading strategies in CDO and High Yield.

*Fixed Income Market Conditions*
- Yields on U.S. and Japanese government 10 year notes remained unchanged, while the European and U.K comparable yields rose during the month.
- Oil prices ended April at $67 per barrel, down 2% versus the prior month.
- Global investment grade spreads remained unchanged during the month, while high yield spreads tightened by 8 basis points.
- The Dollar weakened against the British Pound and Euro but strengthened against the Japanese Yen.

## Equities

- Revenues of $526 million were 47% ahead of budget and 64% ahead of average month 2006.
- Customer activity continued to be strong, up 27% versus average month 2006 level.
- Execution Services revenues outperformed both budget and average month 2006 as customer activity increased 10% compared to average month 2006 level.
- Record Derivatives revenues as customer activity was nearly double the average month 2006 level.
- Prime Services revenues outperformed both budget and average month 2006 level led by strong results in Europe.

*Equity Market Conditions*
- The global equity markets (as measured by the MSCI) increased 3% during the month.
  - U.S. markets were the strongest, advancing 4% versus March. European markets rose 3% while Asian markets were up 1%.
- Global average daily trading volumes remained strong in April, up slightly versus average year-to-date activity, and up 20% versus average month 2006 level.
- U.S. market volatility (as measured by the VIX) was lower on average than in March, as the spike in volatility after the sell-off at the end of February tapered off.

LEHMAN BROTHERS                                                 3

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026128

LB 009218

# Investment Banking

## Revenue Summary

- Record monthly revenues of $532 million were 81% ahead budget and more than double average month 2006 level.
- Record Equity Origination revenues, led by strong performance in Convertibles and Corporate Derivatives.
- Debt Origination revenues also outperformed budget and average month 2006 level, as sponsor driven activity remained strong.
- Advisory revenues were ahead of average month 2006 level but trailed budget. Advisory calendar remains solid.
- Record fee pipeline of $1.4 billion, up 15% from March.

## Market Environment

- Announced M&A volume continued to be strong, with both April and calendar year to date activity significantly ahead of average month and full year 2006 level, respectively.
- With the high level of completed transactions in March and April, completed M&A volume (on a YTD annualized basis) is now on pace with the 2006 level.
- Equity origination volume in April was 7% better than average month YTD. On a YTD annualized basis, volume was flat to 2006, with an increase in Convertibles offsetting a decrease in IPO activity.
- Fixed income origination decreased in April but YTD activity remained solid, with robust corporate issuances offsetting weaknesses in asset and mortgage backed issuances.

## Significant Deals in Pipeline

| | Value $Bn | Description | Gross Fees (Estimated) |
|---|---|---|---|
| **Advisory:** | | | |
| Dollar General | 7.0 | Sale to KKR | 22.9mm |
| KKR and TPG | 44.4 | Acquisition of TXU Corporation | 20.0mm |
| Triad Hospitals | 6.4 | Sale to Community Health Systems | 18.3mm |
| Sierra Health Services | 2.4 | Sale to United Health | 16.0mm |
| Cerberus Capital Mgt | 4.2 | Acquisition of BAWAG Bank | 15.0mm |
| **Equity Origination:** | | | |
| Man Financial | 5.2 | IPO, lead manager | 22.4mm |
| The Blackstone Group | 4.0 | IPO, joint books | 20.0mm |
| Apollo Mgt | 0.6 | Convertible, lead manager | 15.0mm |
| Dupont Fabros | 0.6 | IPO, lead manager | 14.7mm |
| **Fixed Income Origination:** | | | |
| TXU Corp. (KKR, TPG) | 37.2 | Senior note/Bridge loan/Bank loan, joint | 65.2mm |
| First Data (KKR) | 24.0 | Senior note/Bridge loan/Bank loan, joint | 59.8mm |
| BAWAG Bank (Cerberus Cap Mgt) | 2.5 | Bank loan, joint books | 28.0mm |
| Local Insight Media - Yellow Pages (Welsh) | 1.0 | ABS, lead manager | 17.5mm |

## Global Market Share

| | Rank | | Lehman Share (%) | | Mkt Volume ($ billion) | | |
|---|---|---|---|---|---|---|---|
| | YTD 2007* | CY 2006 | YTD 2007* | CY 2006 | Annualized 2007 | CY 2006 | Var. |
| Fee Share** | 9 | 9 | 4.0 | 4.6 | | | |
| Announced M&A | 7 | 8 | 26.5 | 14.4 | 5,264 | 3,592 | 47% |
| Completed M&A | 8 | 7 | 16.8 | 16.1 | 2,937 | 2,912 | 1% |
| Equity | 9 | 9 | 3.2 | 3.8 | 719 | 716 | 0% |
| IPO | 9 | 11 | 3.7 | 2.8 | 206 | 264 | -22% |
| Secondary | 10 | 10 | 2.6 | 3.8 | 336 | 329 | 2% |
| Convertible | 9 | 8 | 3.9 | 6.2 | 175 | 122 | 43% |
| Fixed Income | 6 | 4 | 5.6 | 6.2 | 7,321 | 7,118 | 3% |
| Investment Grade | 7 | 8 | 4.9 | 4.4 | 3,019 | 2,650 | 14% |
| High Yield | 8 | 9 | 6.3 | 5.3 | 190 | 186 | 2% |
| ABS | 12 | 5 | 3.8 | 6.2 | 1,277 | 1,541 | -17% |
| MBS | 1 | 2 | 8.8 | 8.9 | 1,265 | 1,450 | -13% |

\* 2007 is calendar year-to-date through 4/30/2007
\*\* Fee share is March 2007 calendar year to date

LEHMAN BROTHERS

4

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026129

LB 009219

# Investment Management / Principal Investments / Regional

## Investment Management

- Revenues of $238 million were 6% and 28% ahead of budget and average month 2006, respectively.
- Asset Management and Private Equity revenues of $122 million were 6% ahead of budget and 31% better than average month 2006, on higher Assets Under Management (AUM) and incentive fees in Private Equity.
  - AUM grew to $256 billion, a net increase of $11 billion (+4%) in the month, approximately half of which was from net inflows.
- PIM revenues of $116 million were 6% and 24% ahead of average month 2006 level, with strength in Fixed Income and Equity products.

## Principal Investments

- Revenues of $134 million were 51% and 81% ahead of budget and average month 2006, respectively.
- Strong results in April were due to gains from minority investments in hedge fund managers, fund investments in Europe, as well as gains from Private Equity investments.
- Revenues in Global Trading and Principal Strategies in April were in line with budget, but were significantly ahead of average month 2006 levels.

## Europe

- European revenues of $511 million were the third highest monthly revenues ever.
- Solid results in Fixed Income, driven by Interest Rate Products and Credit Products.
- Outstanding performance in Equities was driven by continued strong customer flow and profitable trading strategies.
- Principal Investments results were strong in April due to gains from fund investments and minority investments in hedge fund managers.
- Banking revenues were behind both budget and average month 2006 due to a slower month in Advisory and Debt Origination.

## Asia

- Record April revenues of $261 million were 53% ahead of budget, and double average month 2006.
- Equities revenues were significantly ahead of budget and average month 2006 level, driven by strength across most products.
- Fixed Income revenues were 16% ahead of budget, primarily driven by performance in Credit Products.
- Banking revenues in April were significantly ahead of budget, driven by strong Equity Origination.

LEHMAN BROTHERS                    5

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026130

LB 009220

# Balance Sheet, Capital and Risk



**Balance Sheet ($ billions) / Leverage**

Figures represent average of month end amounts.

**Long Term Capital ($ billions)**

71 76 91 92 100 111 116 118

Nov '05  Feb '06  May '06  Aug '06  Nov '06  Feb '07  Mar '07  Apr '07

Equity ■ Subordinated Debt □ Senior Debt

**Average Risk Appetite Usage ($ billions)**

2007 Limit: $3.3 billion

1.3  1.3  1.3  1.6  2.1  2.5  2.5  2.5

FY05  1Q06  2Q06  3Q06  4Q06  1Q07  Mar '07  Apr '07

Figures represent average of daily usage.

**Long Term Capital Roll Forward ($ billions)**

|  | | *April '07 Activity* | | | |
|  | Mar '07 | Issuances | Maturities | Other / Earnings | Estimated Apr '07 |
|---|---|---|---|---|---|
| Senior Notes | 88.2 | 3.1 | (1.2) | 0.5 | 90.6 |
| Subordinated Debt | 7.6 | 0.3 | (0.9) | 0.1 | 7.1 |
| Total Long Term Borrowings | 95.8 | 3.4 | (2.1) | 0.6 | 97.7 |
| Preferred Stock | 1.1 | | | | 1.1 |
| Common Equity | 19.2 | | | 0.3 | 19.5 |
| Total Long Term Capital | 116.1 | 3.4 | (2.1) | 0.9 | 118.3 |

LEHMAN BROTHERS

6

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026131

LB 009221

# Competitor Information

|  | LEH | GS | MS | MER | BSC | C | BAC | JPM |
|---|---|---|---|---|---|---|---|---|
| *Financial Statistics* |  |  |  |  |  |  |  |  |
| Price to Tangible Book [1] | 2.6x | 3.3x | 2.7x | 2.3x | 1.8x | 3.9x | 3.4x | 3.1x |
| Price to Book [1,2] | 2.1x | 2.8x | 2.4x | 2.2x | 1.7x | 2.2x | 1.7x | 1.5x |
| Price to Earnings [1,4] | 10.2x | 10.2x | 10.4x | 10.8x | 10.2x | 12.0x | 10.5x | 11.6x |
| Dividend Yield | 0.8% | 0.7% | 1.3% | 1.5% | 0.8% | 4.0% | 4.4% | 2.9% |
| Book Value per Share [2] | $35.15 | $77.12 | $34.71 | $41.95 | $90.57 | $24.48 | $29.74 | $34.45 |
| Market Cap (billions) | $40 | $97 | $89 | $79 | $23 | $265 | $226 | $178 |
| *Share Price Performance* |  |  |  |  |  |  |  |  |
| 2007 Calendar Year to Date [1] | -4% | 10% | 3% | -3% | -4% | -4% | -5% | 8% |
| Calendar Year 2006 | 22% | 56% | 44% | 37% | 41% | 15% | 16% | 22% |
| Calendar Year 2005 | 47% | 23% | 2% | 13% | 13% | 1% | -2% | 2% |
| Average ROE [3] | 23% | 35% | 25% | 26% | 19% | 18% | 17% | 14% |
| Average ROTE [3] | 28% | 38% | 28% | 30% | 19% | 31% | 34% | 22% |
| *Ten Year Debt Spreads (Basis Points)* |  |  |  |  |  |  |  |  |
| Spread vs. 1 Month Libor (4/30/07) | 44 | 45 | 47 | 46 | 45 | 31 | 30 | 32 |
| Spread vs. 1 Month Libor (3/31/07) | 52 | 52 | 54 | 55 | 52 | 36 | 35 | 40 |
| Spread vs. 10 Year UST (4/30/07) | 98 | 99 | 101 | 100 | 99 | 85 | 84 | 86 |
| Spread vs. 10 Year UST (3/31/07) | 105 | 105 | 107 | 108 | 105 | 89 | 88 | 93 |
| *Long Term Debt Credit Ratings* |  |  |  |  |  |  |  |  |
| Standard & Poors | A+ | AA- | A+ | AA- | A+ | AA | AA | AA- |
| Moody's | A1 | Aa3 | Aa3 | Aa3 | A1 | Aa1 | Aa1 | Aa2 |
| Fitch | A+ | AA- | AA- | AA- | A+ | AA+ | AA | AA- |

1. *Share price as of April 30, 2007.*
2. *Book and Tangible Book values are per latest externally reported quarter.*
3. *Average of last four externally reported quarters (includes the impact of BlackRock in 3Q06 for Merrill Lynch).*
4. *Earnings are FY07 consensus estimates as of May 10, 2007.*

LEHMAN BROTHERS

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026132

LB 009222

# Monthly Financial Performance Trend

*$ millions, except per share data*

| | April 2006 | May 2006 | June 2006 | July 2006 | August 2006 | September 2006 | October 2006 | November 2006 | December 2006 | January 2007 | February 2007 | March 2007 | April 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Segment Revenues** | | | | | | | | | | | | | |
| Investment Banking | 195 | 326 | 230 | 249 | 247 | 211 | 293 | 354 | 291 | 294 | 265 | 278 | 413 |
| Capital Markets | 906 | 1,053 | 1,018 | 782 | 1,048 | 784 | 958 | 1,293 | 1,184 | 1,139 | 1,179 | 1,117 | 1,075 |
| Investment Management | 180 | 212 | 181 | 218 | 206 | 204 | 217 | 219 | 209 | 283 | 203 | 236 | 259 |
| Total Revenues | 1,281 | 1,591 | 1,429 | 1,249 | 1,500 | 1,200 | 1,468 | 1,866 | 1,683 | 1,716 | 1,647 | 1,631 | 1,747 |
| **Expenses** | | | | | | | | | | | | | |
| Personnel | 631 | 784 | 705 | 616 | 740 | 592 | 724 | 920 | 830 | 846 | 812 | 804 | 861 |
| Non Personnel | 240 | 260 | 258 | 252 | 241 | 267 | 269 | 273 | 275 | 287 | 297 | 307 | 306 |
| Pre Tax Income | 410 | 547 | 466 | 381 | 520 | 342 | 474 | 673 | 578 | 583 | 538 | 520 | 580 |
| Income Taxes | 135 | 181 | 154 | 126 | 171 | 113 | 157 | 215 | 191 | 192 | 170 | 166 | 186 |
| Net Income | 274 | 366 | 312 | 255 | 349 | 229 | 318 | 458 | 387 | 391 | 368 | 353 | 395 |
| **Additional Data** | | | | | | | | | | | | | |
| Earnings per Common Share | $0.46 | $0.62 | $0.53 | $0.44 | $0.60 | $0.39 | $0.54 | $0.79 | $0.66 | $0.67 | $0.63 | $0.61 | $0.68 |
| Return on Common Equity | 19.3% | 25.6% | 21.7% | 17.5% | 23.9% | 15.4% | 21.2% | 30.3% | 24.6% | 24.3% | 22.9% | 21.9% | 24.1% |
| Return on Tangible Equity | 24.1% | 31.9% | 26.9% | 21.7% | 29.6% | 19.0% | 26.2% | 37.3% | 30.1% | 29.5% | 28.0% | 26.9% | 29.6% |
| Pre Tax Margin | 32.0% | 34.4% | 32.6% | 30.5% | 34.7% | 28.5% | 32.3% | 36.1% | 34.3% | 34.0% | 32.7% | 31.9% | 33.2% |
| Compensation / Revenue | 49.3% | 49.3% | 49.3% | 49.3% | 49.3% | 49.3% | 49.3% | 49.3% | 49.3% | 49.3% | 49.3% | 49.3% | 49.3% |
| Effective Tax Rate | 33.1% | 33.2% | 33.1% | 33.1% | 32.9% | 33.1% | 33.0% | 31.9% | 33.0% | 33.0% | 31.6% | 32.0% | 32.0% |
| **Divisional Revenues** | | | | | | | | | | | | | |
| Fixed Income | 708 | 1,051 | 888 | 546 | 646 | 618 | 565 | 904 | 840 | 650 | 694 | 593 | 655 |
| Equities | 285 | 353 | 333 | 251 | 330 | 238 | 339 | 438 | 407 | 469 | 423 | 610 | 526 |
| Banking | 172 | 322 | 203 | 245 | 262 | 206 | 429 | 444 | 224 | 319 | 319 | 286 | 532 |
| Investment Management | 177 | 203 | 183 | 207 | 211 | 178 | 216 | 221 | 199 | 259 | 214 | 228 | 238 |
| Principal Investments | 41 | (36) | 46 | 75 | 96 | 75 | 124 | 190 | 182 | 215 | 132 | 66 | 134 |
| Banking & PIM Elimination / Other | (101) | (301) | (226) | (76) | (46) | (115) | (205) | (331) | (169) | (196) | (135) | (153) | (337) |
| Total Revenues | 1,281 | 1,591 | 1,429 | 1,249 | 1,500 | 1,200 | 1,468 | 1,866 | 1,683 | 1,716 | 1,647 | 1,631 | 1,747 |
| **Regional Revenues** | | | | | | | | | | | | | |
| Europe | 262 | 358 | 398 | 239 | 388 | 278 | 283 | 523 | 389 | 345 | 442 | 435 | 525 | 511 |
| Asia | 161 | 101 | 232 | 77 | 52 | 64 | 117 | 146 | 194 | 168 | 178 | 183 | 261 |

LEHMAN BROTHERS

8

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026133

LB 009223

# Quarterly and Annual Financial Performance Trend

| $ millions, except per share data | 2005 | | | | 2006 | | | | 2007 | Full Year | | Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 '05 | Q2 '05 | Q3 '05 | Q4 '05 | Q1 '06 | Q2 '06 | Q3 '06 | Q4 '06 | Q1 '07 | 2005 | 2006 | 2007 |
| **Segment Revenues** | | | | | | | | | | | | |
| Investment Banking | 683 | 579 | 815 | 817 | 835 | 741 | 726 | 858 | 850 | 2,894 | 3,160 | 3,600 |
| Capital Markets | 2,690 | 2,227 | 2,526 | 2,364 | 3,046 | 3,078 | 2,847 | 3,035 | 3,502 | 9,807 | 12,006 | 13,250 |
| Investment Management | 437 | 472 | 511 | 509 | 580 | 592 | 605 | 640 | 695 | 1,929 | 2,417 | 2,800 |
| Total Revenues | 3,810 | 3,278 | 3,852 | 3,690 | 4,461 | 4,411 | 4,178 | 4,533 | 5,047 | 14,630 | 17,583 | 19,650 |
| **Segment Revenues** | | | | | | | | | | | | |
| Personnel | 1,886 | 1,623 | 1,906 | 1,798 | 2,199 | 2,175 | 2,060 | 2,235 | 2,488 | 7,213 | 8,669 | 9,687 |
| Non Personnel | 618 | 642 | 653 | 675 | 711 | 738 | 751 | 809 | 860 | 2,588 | 3,009 | 3,500 |
| Pre Tax Income | 1,306 | 1,013 | 1,293 | 1,217 | 1,551 | 1,498 | 1,367 | 1,489 | 1,699 | 4,829 | 5,905 | 6,463 |
| Income Taxes | 431 | 330 | 414 | 394 | 513 | 496 | 451 | 485 | 553 | 1,569 | 1,945 | 2,133 |
| Net Income Before Accounting Change | 875 | 683 | 879 | 823 | 1,038 | 1,002 | 916 | 1,004 | 1,146 | 3,260 | 3,960 | 4,330 |
| Cumulative Effect of Accounting Change | - | - | - | - | 47 | - | - | - | - | - | 47 | - |
| Net Income After Accounting Change | 875 | 683 | 879 | 823 | 1,085 | 1,002 | 916 | 1,004 | 1,146 | 3,260 | 4,007 | 4,330 |
| **Additional Data** | | | | | | | | | | | | |
| Earnings per Common Share | $1.45 | $1.13 | $1.47 | $1.38 | $1.83 | $1.69 | $1.57 | $1.72 | $1.96 | $5.43 | $6.81 | $7.41 |
| Return on Common Equity | 24.5% | 18.2% | 23.0% | 20.9% | 26.7% | 23.7% | 21.0% | 22.3% | 24.4% | 21.6% | 23.4% | 21.7% |
| Return on Tangible Equity | 32.0% | 23.5% | 29.4% | 26.5% | 33.5% | 29.5% | 26.1% | 27.6% | 29.9% | 27.8% | 29.1% | 26.3% |
| Pre Tax Margin | 34.3% | 30.9% | 33.6% | 33.0% | 34.8% | 34.0% | 32.7% | 32.8% | 33.7% | 33.0% | 33.6% | 32.9% |
| Compensation / Revenue | 49.5% | 49.5% | 49.5% | 48.7% | 49.3% | 49.3% | 49.3% | 49.3% | 49.3% | 49.3% | 49.3% | 49.3% |
| Effective Tax Rate | 33.0% | 32.6% | 32.0% | 32.4% | 33.1% | 33.1% | 33.0% | 32.5% | 32.5% | 32.5% | 32.9% | 33.0% |
| **Divisional Revenues** | | | | | | | | | | | | |
| Fixed Income | 2,397 | 2,053 | 2,222 | 1,860 | 2,365 | 2,497 | 2,081 | 2,086 | 2,183 | 8,531 | 9,029 | 9,800 |
| Equities | 661 | 615 | 915 | 927 | 1,000 | 1,103 | 914 | 1,015 | 1,299 | 3,117 | 4,032 | 4,500 |
| Banking | 720 | 680 | 847 | 874 | 808 | 740 | 711 | 1,079 | 862 | 3,121 | 3,338 | 3,700 |
| Investment Management | 443 | 486 | 518 | 532 | 554 | 578 | 602 | 615 | 672 | 1,979 | 2,349 | 2,823 |
| Principal Investments | 192 | (58) | 138 | 40 | 241 | 85 | 217 | 388 | 530 | 312 | 932 | 1,116 |
| Banking & PIM Elimination / Other | (602) | (497) | (788) | (543) | (506) | (593) | (347) | (651) | (500) | (2,430) | (2,096) | (2,289) |
| Total Revenues | 3,810 | 3,278 | 3,852 | 3,690 | 4,461 | 4,411 | 4,178 | 4,533 | 5,047 | 14,630 | 17,583 | 19,650 |
| **Regional Revenues** | | | | | | | | | | | | |
| Europe | 883 | 750 | 767 | 757 | 1,007 | 949 | 1,025 | 1,084 | 1,222 | 3,157 | 4,065 | 4,670 |
| Asia | 305 | 370 | 358 | 483 | 557 | 413 | 361 | 328 | 541 | 1,516 | 1,659 | 2,150 |

LEHMAN BROTHERS



CONFIDENTIAL

LB 009224

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026134



LEHMAN BROTHERS

CONFIDENTIAL

LB 009225

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026135



Confidential Presentation to:

Lehman Brothers Board of Directors

Managing the Firm

Dave Goldfarb / Scott Freidheim

May 15, 2007

LEHMAN BROTHERS

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LB 009226

LBHI_SEC07940_026136

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026137

LB 009227

# Agenda

◆ Review our strategic growth plan
- Continue to be very active in executing our diversified growth strategy

◆ Key elements of our diversified growth strategy:
- Geographies
- Businesses
- Capital / Equity
- JVs / Partnerships

LEHMAN BROTHERS

1

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026138

LB 009228

# Capital Deployment Plan

## Significant incremental equity capital available in 2007 (~$6bn) – several areas of deployment

| Capital Deployment |
| --- |

**Stock Buy Back**
- Buy back stock to avoid dilution from equity awards program (50-55m shares)

**Platform Growth**
- Invest in current businesses to maintain leading franchises, gain share and increase efficiency
- Continue to address competitive gaps in key products and geographies

**Principal Investing**
- Expand across asset classes, sectors and geographies in diversified manner
- Generate net income to continue strong growth trajectory
- Leverage internal deal flow

**Acquisitions / Partnerships**
- Pursue opportunistically to more quickly build out business platforms, expand internationally and close competitive gaps
- Additional equity could be issued for acquisitions

LEHMAN BROTHERS                    2

CONFIDENTIAL
FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026139

LB 009229

# Capital Deployment

◆ In 2007, around 20% of net income used to off-set dilution and to pay common dividends
  – Lower percentage than previous years because buy-back costs are less, but roughly what we expect over the next 5 years
◆ Of the remaining capital, ~$4.4 billion will be used to support our current client franchises
◆ ~$1.1 billion available for principal and strategic growth



**Available Equity – 2007 Budget**

$ billions

| Net Income Available to Common | Hybrid Issuances | Net Cost of Buy-backs | Common Dividends | Client Franchise (Levered ~18x = ~$79 bn net b/s) | Principal / Strategic (Levered ~5x = ~$5 bn net b/s) |
|---|---|---|---|---|---|
| $4.3 | $2.1 | $0.6 | $0.3 | $4.4 | $1.1 |

CONFIDENTIAL
FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026140

LB 009230

# How We Identify and Execute Against Opportunities

| Allocating Resources to Align with Opportunities | |
| --- | --- |
| ◆ Capital | ◆ New Initiative dollars |
| ◆ Talent | ◆ Acquisitions |
| ◆ Compensation | ◆ Joint Ventures |

**Markets and Competitors**

◆ What markets are we in?
◆ What are the fee pools and where are they going?
◆ Where are our competitors?

**Opportunities and Strategy**

◆ What are the most important opportunities for the Firm?
 — Fee pools
 — Competitive gaps & advantages
 — Market leadership lessons
◆ What is the time horizon?

**Managing and Monitoring**

LEHMAN BROTHERS                    4

# 2005 View – Market Landscape

**Investment Banking Fee Pools by Country ($B)**



5

LEHMAN BROTHERS

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LB 009231

LBHI_SEC07940_026141

CONFIDENTIAL
FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026142

LB 009232

# Current View – "Traditional" Map of the World



**Country Size Based on Land Mass**

Top 60 countries
shaded dark green

LEHMAN BROTHERS                    6

CONFIDENTIAL
FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026143

LB 009233

# Current View – "Lehman" Map of the World

**2006 Origination, Advisory, Secondary & Principal Trading Revenues ($B)**

Canada $7.2B

United States $111.0B

Mexico $2.6B

Brazil $4.5B

United Kingdom $23.9B

Netherlands $4.7B

Sweden $2.5B

Germany $15.9B

Russia $5.2B

Belgium $2.7B

CEE

France $12.6B

Turkey $2.4B

South Korea $4.9B

China $2.3B

Taiwan $2.7B

Switzerland $3.3B

Spain $6.1B

Italy $7.4B

India $2.3B

Hong Kong $2.6B

Japan $20.8B

MIDDLE EAST

SOUTHEAST ASIA

Australia $5.0B

| | | | |
|---|---|---|---|
| 1st tier | 1 country | U.S. | $111B |
| 2nd tier | 4 countries | U.K., Japan, Germany and France | $10B-$25B |
| 3rd tier | 5 countries | Italy, Canada, Spain, Russia, Australia | $5B-$8B |
| 4th tier | 10 countries | S. Korea, Netherlands, Brazil, India, China | $2B-$5B |
| 5th tier | 37 countries | CEE, Saudi Arabia, Austria, Singapore, South Africa | <$2B (economies <$1B) |

Note: Capital markets revenues are based on domicile of underlying products. China revenues do not include those investment banking & capital markets revenues currently inaccessible to LEH.

LEHMAN BROTHERS

7

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026144

LB 009234

# 2010 – "Lehman" Map of the World



**Origination, Advisory, Secondary & Principal Trading Revenues ($B)**

- Relative size of individual country markets similar to 2006 – events not big enough to change relative size of the pools
- Biggest winners: India (#21 to #14), China (#22 to #15), Brazil (#13 to #10)
- Biggest losers: Switzerland (#14 to #20), Belgium (#15 to #22)

LEHMAN BROTHERS

8

*Note: Capital markets revenues are based on domicile of underlying products. China revenues do not include those investment banking & capital markets revenues currently inaccessible to LEH.*

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026145

LB 009235

# Geography – Lehman Brothers' Presence



**Origination, Advisory, Secondary and Principal Trading Revenues ($B)**

Significant presence in 2005     New presence since 2005     Limited presence

LEHMAN BROTHERS                                9

*Note: Significant presence in 2005: 10+ headcount / $1B market revs or country office;*
*New presence since 2005: 10+ headcount / $1B market revs or country office since 2005;*
*Limited presence = < 10 headcount / $1B market revenues or no country office*

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026146

LB 009236

# Businesses – 2006 Global Revenue Pools



Note: Credit includes high yield, high grade, CDO, emerging markets and municipals. Securitized products includes mortgages and structured finance
(1)    Includes revenues generated from Financial Institutions only; significant additional fees from non-traditional competitors

**LEHMAN BROTHERS**                                                    10

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026147

LB 009237

# Businesses – Competitor Benchmarking

## 2006 Competitor Revenue By Product

| ($ in billions) | Lehman Brothers | Bear Stearns | Goldman Sachs | Morgan Stanley | Merrill Lynch | Citigroup | J.P. Morgan | Credit Suisse | Deutsche Bank | UBS |
|---|---|---|---|---|---|---|---|---|---|---|
| Interest Rate Products | | $0.4 | | | | | $4.2 | | $2.3 | $1.9 |
| Foreign Exchange | 0.1 | 0.0 | 0.3 | | | 0.6 | 2.2 | | 7.0 | 1.6 |
| Real Estate | 1.8 | 0.3 | 1.1 | 1.5 | | | | 0.5 | | 0.4 |
| Mortgages | 1.6 | 0.7 | 0.5 | 0.6 | 0.4 | | | 0.5 | | 0.3 |
| Emerging Markets | 0.2 | 0.1 | 0.3 | | | 1.1 | 1.0 | | 0.9 | 0.0 |
| High Yield | | 0.4 | | | 0.4 | 1.0 | 1.0 | | 0.9 | 0.3 |
| Commodities | 0.0 | 0.0 | 3.0 | 2.8 | 1.0 | | | 0.3 | 0.3 | |
| Prime Services – Fixed Income | | 0.1 | | 0.4 | 0.5 | 0.5 | 0.6 | | 0.5 | 0.6 |
| High Grade Credit | 0.1 | 0.1 | | 0.3 | 0.5 | 0.5 | 0.2 | | 0.5 | |
| Structured Finance | 0.8 | | | 0.6 | | | 0.1 | 0.1 | 0.5 | |
| CDO | 0.3 | | | 0.5 | | | 0.6 | 0.6 | | |
| Municipals | 0.3 | | 0.0 | | 0.4 | 0.3 | | 0.0 | 0.0 | |
| Fixed Income Prop / Principal / Other | | | | (0.1) | | | (1.1) | 1.6 | 1.5 | (0.6) |
| **Total Fixed Income** | **$4.1** | | **$13.5** | | **$7.3** | **$11.0** | | | **$11.4** | **$6.4** |
| | | | | | | | | | | |
| Execution Services | | $0.6 | $2.3 | | $2.1 | | $1.1 | | $1.5 | $2.2 |
| Volatility | 1.1 | 0.3 | 2.3 | | 1.7 | 1.3 | | 2.0 | | |
| Prime Services – Equities | | 1.2 | 1.5 | | 0.3 | 0.3 | | 0.3 | | |
| Convertibles | 0.2 | 0.1 | 0.2 | | 0.2 | 0.0 | | 0.0 | | 0.1 |
| Equities Prop / Principal | 0.3 | 3.0 | | 0.2 | 0.4 | | 1.5 | | 1.5 | |
| Other Equities | | 0.0 | 0.5 | 0.0 | 0.9 | 0.0 | | 0.0 | | 0.4 |
| **Total Equities** | **$3.4** | **$2.8** | **$9.9** | | **$6.7** | **$3.1** | | | | **$6.8** |
| | | | | | | | | | | |
| Private Equity & Other Principal | $0.2 | $0.1 | $2.4 | $1.5 | N/A | $2.4 | | | | |
| Prime Services (Shadow) | | $1.7 | $3.0 | | $0.9 | $0.8 | $0.8 | | | |
| | | | | | | | | | | |
| Total Advisory | $0.9 | $0.5 | $2.6 | $1.8 | | | $1.7 | | $1.0 | |
| Equity Underwriting | 0.7 | 0.2 | 1.4 | | | 1.2 | | 1.0 | 1.5 | |
| Debt Underwriting | 1.3 | 0.3 | | | | 2.7 | 2.7 | 1.8 | 1.1 | 1.4 |
| Bonds | 0.4 | 0.1 | | | 0.8 | 0.8 | | 0.7 | 0.4 | |
| Loans | 0.3 | 0.1 | | | 1.0 | 1.1 | | 0.8 | 0.3 | |
| Other Debt Origination | | 0.1 | 0.7 | | 0.9 | 0.2 | | 0.4 | | |
| Total Investment Banking | $2.9 | $1.1 | $5.6 | | | $5.3 | $5.5 | | $3.6 | |
| **Institutional Investment Banking** | **$15.2** | **$8.1** | **$34.4** | **$21.7** | | **$22.6** | | | **$17.1** | |
| | | | | | | | | | | |
| Asset Management | | | | | | N/A | | | | |
| Total Traditional | | $0.2 | $2.3 | | | N/A | $0.0 | $2.9 | | $3.3 |
| Alternative Investments | 0.4 | 0.2 | 2.2 | | | N/A | | | 2.0 | 2.1 |
| Total Asset Management | | $0.4 | $4.5 | | | N/A | $0.5 | $3.9 | | $5.8 |
| | | | | | | | | | | |
| Private Investment Management | | | | | | | | | | |
| Wealth Management (HNW) | | | | $1.1 | $3.0 | $2.2 | $0.0 | $0.1 | $0.2 | |
| Private banking | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.3 | 3.2 | 6.9 | |
| Middle Markets | | | 0.9 | | 0.9 | 0.8 | | 0.1 | 0.1 | |
| Total Private Investment Mgmt. | $1.0 | $0.8 | $1.8 | | $3.9 | $5.0 | | $6.5 | | $8.3 |
| **Total Investment Management** | **$2.4** | **$1.2** | | | **$3.8** | **$5.0** | | **$8.4** | **$7.0** | **$14.1** |
| **Total Comparable Revenue** | **$17.6** | **$9.3** | **$37.7** | | **$21.9** | **$28.0** | | | | **$31.9** |
| **Total Revenue** | **$17.6** | **$9.3** | **$37.7** | **$33.9** | **$34.7** | **$89.6** | **$64.6** | **$30.9** | **$35.1** | **$38.4** |

LEHMAN BROTHERS

11

■ Rank #1-3    ▨ Rank #4-7    ■ Rank #8-10

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026148

LB 009238

# Businesses – Largest Global Revenue Gaps



**Lehman Revenue Gaps to Average of Top 3 Global Competitors**

*($ in billions)*

| Commodities | Alternatives | Traditional Asset Mgmt | FX | Equities Prop/ Principal | Prime Services | Advisory | Equities Volatility | Emerging Markets |
|---|---|---|---|---|---|---|---|---|
| $2.2 | $1.8 | $1.8 | $1.8 | $1.7 | $1.3 | $1.1 | $0.9 | $0.8 |

LEHMAN BROTHERS                    12

# Businesses – Client Revenues

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026149

LB 009239

**Top 20 Clients by Revenue: 2002 vs. 2006**

*$ million*

Hedge Funds        Sponsors

## 2002

| Rank | Client | Revenue |
|---|---|---|
| 1 | Fidelity | 86 |
| 2 | *Marin Coronio* | |
| 3 | Williams Companies | 60 |
| 4 | GE | 60 |
| 5 | Telecom Italia | 59 |
| 6 | AllianceBernstein | 58 |
| 7 | Blackrock | 55 |
| 8 | Putnam | 47 |
| 9 | PG & E | 47 |
| 10 | CIT Group | 46 |
| 11 | IKB Deutsche Industriebank | 45 |
| 12 | Bank of America | 43 |
| 13 | PIMCO | 43 |
| 14 | Poste Vita | 40 |
| 15 | Deutsche Asset Management | 40 |
| 16 | Tesoro | 39 |
| 17 | GE | |
| 18 | Morgan Stanley Inv Mgmt | 36 |
| 19 | JP Morgan Asset Mgmt | 36 |
| 20 | Pioneer Inv Mgmt | 35 |

| | | |
|---|---|---|
| Total HF and Sponsor Revenue | 1,512 | 25% |
| Total IB and Cap Mkts Client Revenue | 5,954 | |

## 2006

| Rank | Client | Revenue |
|---|---|---|
| 1 | Fidelity | 123 |
| 2 | Carlyle Group | 118 |
| 3 | *KKR* | |
| 4 | Capital Research | 71 |
| 5 | *Apollo Capital* | |
| 6 | Western Asset Management | 66 |
| 7 | *KKR* | |
| 8 | Blackrock | 60 |
| 9 | Hertz | 59 |
| 10 | Republic Of Italy | 56 |
| 11 | Bank of America | 52 |
| 12 | *GE* | |
| 13 | PIMCO | 51 |
| 14 | | |
| 15 | *Blackstone* | |
| 16 | GE | 46 |
| 17 | Barclays Global Investors | 45 |
| 18 | *Apollo Management* | |
| 19 | | |
| 20 | *Thomas H. Lee Partners* | |

| | | |
|---|---|---|
| Total HF and Sponsor Revenue | 3,650 | 33% |
| Total IB and Cap Mkts Client Revenue | 10,955 | |

LEHMAN BROTHERS

13

# Acquisitions and Strategic Investments



**Firm Acquisitions and Strategic Investments, 1997-2007 YTD[1]**

| Year | | Acquisitions |
|---|---|---|
| YTD '07 | 2 \| 4 | ◆ Grange Securities    ◆ DE Shaw[3]<br>◆ Eagle Energy Partners    ◆ Spinnaker[3] |
| 2006 | 6 \| 10 | ◆ Townsend Analytics    ◆ Capital Crossing    ◆ H.A. Schupf    ◆ BATS[3]    ◆ BlueBay[3]<br>◆ London Mortgage Co.    ◆ Wilton Re[2]    ◆ Campus Door    ◆ BIDS[3]    ◆ Systema Mutui |
| 2005 | 1 \| 3 | ◆ Marble Bar[2]    ◆ CNL Commercial Finance<br>◆ Ospraie[2] |
| 2004 | 2 | ◆ Preferred Mortgage Ltd.<br>◆ SIB Mortgage Corp |
| 2003 | 3 | ◆ Neuberger Berman    ◆ Crossroads Group<br>◆ Lincoln Capital |
| 2002 | 1 | ◆ Cohane Rafferty Securities |
| 2001 | 0 | ◆ -- |
| 2000 | 3 | ◆ SG Cowen Private Client Group    ◆ Southern Pacific Mortgages    ◆ BNC Mortgage |
| 1999 | 1 | ◆ Finance America |
| 1998 | 1 | ◆ Aurora Loan Servicing |
| 1997 | 0 | ◆ -- |

LEHMAN BROTHERS

14

*1. Excludes acquisitions of loan/mortgage portfolios, real estate, and private equity investments.*
*2. Strategic partnership with option to acquire 100% in 2009.*
*3. Minority stakes.*

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026150

LB 009240

CONFIDENTIAL
FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026151

LB 009241

# Managing and Monitoring – Firmwide Metrics



LEHMAN BROTHERS

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026152

LB 009242

# Capital Strategy

**Strategic use of our capital base is key pillar of our growth strategy**

**Strategic Deployment of Our Growing Capital Base**

◆ <u>Substantial Capacity</u>
– Capital base growing at 20–25% per year
– Net income expansion
– Capital efficiency

◆ <u>Strong Capabilities</u>
– Risk management expertise and culture
– Broad franchise



◆ Capitalize on our capacity and capabilities to further diversify our business model
– Additional focus on principal opportunities
– Acceleration of acquisitions and JVs

LEHMAN BROTHERS                    16

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026153

LB 009243

# Equity and Capital Growth Over Time

**Lehman Brothers' total equity and capital base has grown 20–25% per year**



**Lehman Brothers Capital Base**

CAGR: FY 2002 -2006
Shareholders Equity: 21%
Total Long-term Capital: 26%

$million

■ Shareholders Equity          ▨ Long Term Debt

LEHMAN BROTHERS                    17

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026154

LB 009244

# Reduction in Capital Intensity

Two key factors contributing to reduction in capital intensity of base business:
1. Significant growth of low capital intensity businesses
2. Increased efficiency in capital markets businesses partly as a result of the sophistication of hedging products



1.  As of April 30, 2007

LEHMAN BROTHERS                    18

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026155

LB 009245

# Global Principal Investing

**Lehman Brothers global principal business is leveraging our market position and deal flow access to build the portfolio**

| Global Principal Investing | |
| --- | --- |
| **Competitive Advantage** | ◆ Leverage internal deal flow globally across the Firm<br>◆ Capitalize on Lehman's advantage in accessing opportunities as a result of our business and market position |
| **Capabilities** | ◆ 28,000 employees, significant potential to source opportunities<br>◆ Strong risk management expertise and culture<br>◆ Strong Banking and Sponsors franchise to source deals<br>◆ Seasoned investment professionals across several principal businesses |
| **Market Trends** | ◆ Sponsors turning to Banks for LBO equity capital as club deals under increasing scrutiny, creating opportunities for Investment Banks<br>◆ Substantial growth in emerging economies creates opportunities<br>  – Principal participation can accelerate our entrance as we build client franchise |
| **Attractive Financials** | ◆ Highly ROA, ROE and comp accretive for Lehman Brothers if executed successfully |
| **Lehman Initiatives** | ◆ Global expansion of principal capabilities / activities<br>◆ Incentive program to motivate internal sourcing of opportunities<br>◆ External partnerships / JVs to generate two-way principal flow<br>◆ Firm-wide communication on enhanced principal efforts |

LEHMAN BROTHERS

CONFIDENTIAL
FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026156

LB 009246

# Principal Investing Framework

## Investments are evaluated in the context of our principal framework

**Key Principles**

◆ **Invest in a diversified manner** across asset classes, sectors, geographies and currencies

◆ Ensure an overall global **balanced portfolio** avoiding over-concentration in any one area

◆ **Optimize risk-adjusted returns** and minimize volatility

    – Target IRR >16% to maintain ROE accretion of Principal business

◆ **Leverage full capabilities** of the Firm in sourcing unique opportunities

◆ **Protect client relationships** – invest in partnership with our clients

◆ Ensure that **obligations to the LPs** in our Private Equity Funds are fulfilled

LEHMAN BROTHERS                    20

CONFIDENTIAL
FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

# Global Principal Investing Platform



LBHI_SEC07940_026157

LB 009247

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026158

LB 009248

# Principal Financials

**Principal Investing business projected to increase revenues by 60% in 2007 to reach $1.5bn.  Significant balance sheet capacity added to accommodate growth**



◆ Returns from private transactions often require a longer time horizon for return realization.  Thus, capital deployed in 2007 may only see returns in 3-5 year period

*1.  As of April 30, 2007*

LEHMAN BROTHERS                                22

CONFIDENTIAL
FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026159

LB 009249

# Principal Performance

## Principal business is RROA, ROE and comp accretive to the Firm



1.  As of April 30, 2007

LEHMAN BROTHERS

23

CONFIDENTIAL
FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026160

LB 009250

# Joint Venture / Partnerships Priorities

| Types of JV Opportunity | | |
|---|---|---|
| **Types of Opportunity** | **Focus Areas** | **Advantages** |
| **1. Broad Local Market JV**<br><br>Combine Lehman and partner operations in partner's local market (in whole or in part) | • Asia: China (CITIC), India<br>• Europe: Turkey (Garanti Bank), Middle East (KIA)<br>• Americas: Canada, Brazil, Mexico | • Leverages partner's local market presence and LEH product capabilities<br>• Builds immediate critical mass in local market<br>• Avoids cost of full scale build out<br>• Examples: Nikko/Citi, MS/CICC |
| **2. Capital JV**<br><br>Leverage partner capital to:<br>a) Provide balance sheet to Lehman clients, or<br>b) Take equity stake in Lehman | • Acquisition finance risk transfer solution (e.g., Norinchukin, Mizuho) | a) Increases risk Firm can take<br>• Examples: GS/Sumitomo, LEH/Sumitomo<br>b) Provides stable, supportive, long-term equity holder<br>• Examples: multiple European banks |
| **3. Product Distribution JV**<br><br>Leverage partner's client relationships to distribute limited number of Lehman products | • AM distribution platforms<br>• Non-conforming mortgage origination<br>• Middle market financing in India<br>• Commodities | • Leverages partner's relationships<br>• Requires limited incremental investment<br>• Examples: Rothschild/ABN, IKB/Unicredito |

LEHMAN BROTHERS                              24

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026161

LB 009251

# Example of Key Transactions

## We have completed a number of large principal transactions as well as strategic minority stakes, acquisitions and partnerships

| Example of Principal Transactions / Acquisitions / Partnerships | | |
|---|---|---|
| **Co-Investments with Clients** | ◆ TXU ($500M)<br>◆ First Data Corp ($250M) | ◆ BAWAG ($150M)<br>◆ Freescale ($120M) |
| **Diversified Principal Investments Across Geographies and Asset Classes** | ◆ Taj Capital ($250M)<br>◆ AEON Bank (~$50M)<br>◆ Aviation Finance | ◆ Edelweiss Capital (~$80M)<br>◆ Kingdee (IBM/LEH China)<br>◆ Global Private Equity Funds |
| **Strategic Minority Stakes in Hedge Fund Managers** | ◆ DE Shaw (20%)<br>◆ Spinnaker (25%)<br>◆ GLG (15%) | ◆ Ospraie (20%)<br>◆ Marble Bar (20%) |
| **Strategic Acquisitions** | ◆ Eagle Energy<br>◆ Grange Securities<br>◆ Capital Crossing | ◆ Campus Door<br>◆ Wilton RE |
| **Strategic Partnerships / JVs** | ◆ Sumitomo Capital Capacity<br>◆ IBM China Private Equity JV<br>◆ Hua An Asset Management | ◆ Systema (Italy Mortgage JV)<br>◆ Flow agreements: Alliance & Leicester, Stepstone, Casa |

LEHMAN BROTHERS

25

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026162

LB 009252

# Example of Pipeline Transactions

**We have a very robust pipeline of potential principal, partnership and acquisition opportunities**

| Principal | Minority Stakes / Acquisitions | JVs / Partnerships |
|---|---|---|

**Principal**

Co-Investments
- Tokyo Star Bank
- Alltel
- Modern Luxury
- Harman Int'l
- Alliance Boots
- Klockner Pentaplast

Private Equity
- SkyPower (Canada wind farm)
- Polaris Renewable (China wind farm)
- Mongolia Toll Road
- KingCarrier (China)
- EuroSIM (Italy)

Fund Investments
- Ramius
- ZM Capital
- GreenTech

**Minority Stakes / Acquisitions**

Minority Stakes in Hedge Fund Managers
- Moore Capital
- Millennium Partners
- Ore Hill Partners
- Brevan Howard
- Magnetar Capital
- Asia Debt Management

Strategic Acquisitions
- Martin Currie (IMD)
- Bluestone (MCD - AU)
- RGA (Life reinsurer)
- BRICS (India equity-focused broker)
- IndyMac (MCD)
- Corus Bank (Comm'l RE lender)

**JVs / Partnerships**

Broad JV
- Kuwait Investment Authority (KIA)
- CITIC
- Norinchukin
- Standard Chartered
- Mizuho
- Santander
- Garanti Bank (Turkey)
- Riyad Bank
- Huatai Securities

Product / Distribution JV
- Cheung Kong (Mortgage flow)
- Scotiabank (China derivatives)
- Magma (India securitization)

Capital JV
- Bayern LB
- AMBAC

LEHMAN BROTHERS

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LBHI_SEC07940_026163

LB 009253

# Summary

◆ Our strategy consists of a disciplined approach to identifying and addressing the most important global opportunities

◆ We have developed action plans against critical strategic gaps

  − By geography, business and client

◆ We are increasingly using our capital to invest in acquisitions, strategic stakes and principal opportunities

  − Acquisitions and strategic investments enable us to close gaps in key markets and businesses

  − Growing global network and increasing equity base provide greater opportunities for principal

    • Increasingly important and profitable complement to our core client franchise

LEHMAN BROTHERS                    27

Board and Board Committee Consents
5/15/07 Board Meeting

## SUMMARY OF BOARD AND BOARD COMMITTEE CONSENTS FOR LEHMAN BROTHERS HOLDINGS INC. ("HOLDINGS")

| DATE | SUMMARY<br>(Executive Committee Action by Written Consent unless otherwise noted) |
|---|---|
| 1. April 16, 2007<br>(Dividend Committee) | Declared a regular monthly dividend on Holdings' Floating Rate Cumulative Preferred Stock, Series G. |
| 2. April 24, 2007<br>(Dividend Committee) | Declared a regular quarterly dividend on Holdings' Common Stock of $.15 per share. |
| 3. April 24, 2007<br>(Dividend Committee) | Declared a regular quarterly dividend on Holdings' Cumulative Preferred Stock, Series C, D and F. |
| 4. May 2, 2007<br>(Eagle Energy Partners) | Authorized acquisition of Eagle Energy Partners I, L.P. and its general partner, Eagle Energy Management, LLC, a Houston-based energy services provider focused on the management of physical natural gas and power assets for third parties and on the management and delivery of natural and electric power in the U.S. and Canada. |

**CONFIDENTIAL**

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY LEHMAN BROTHERS HOLDINGS INC.**

Board and Board Committee Consents
5/15/07 Board Meeting

**SUMMARY OF BOARD AND BOARD COMMITTEE CONSENTS FOR LEHMAN BROTHERS INC. ("LEHMAN")**

| <u>DATE</u> | <u>SUMMARY</u> |
| --- | --- |
| | (Executive Committee Action by Written Consent unless otherwise noted) |
| 1.  <u>April 10, 2007</u><br>(Titles) | Approved corporate and non-corporate titles for fourth quarter 2006 and first quarter 2007. |

**CONFIDENTIAL**

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY LEHMAN BROTHERS HOLDINGS INC.**

LB 009255

LBHI_SEC07940_026165

**Sabia, Cindy**
_____

**From:**          on behalf of Russo, Thomas A
**To:**            Board of Directors
**Subject:**       WSJ

The following note was sent to us by *The Wall Street Journal* on May 11th, and we sent the below response on May 14th.

Dear Ms. Burns:

I'm Mike Hudson's editor at The Wall Street Journal and I'm writing in response to the email you sent him on May 4. I first wanted to reiterate how grateful the Journal is for the time Lehman has devoted to responding to Mike's questions, and for the many details you've provided. Your efforts will enable us to reflect Lehman's perspective in any article we publish, and help us to avoid publishing inaccurate information to our readers. Lehman may or may not be pleased with our coverage, but please let me assure you that whatever stories we run are based on our reporting and not on any preconceived notions or biases.

Thanks again for your cooperation.

Sincerely,

Jon Hilsenrath

The below was sent Monday evening to an editor at *The Wall Street Journal.*
_____

### FOR BACKGROUND PURPOSES ONLY

Dear Mr. Hilsenrath,

Thank you very much for your note. We appreciate your reaching out. Our concern is exactly what you highlighted; namely, all the evidence so far indicates that the story is the product of "preconceived notions or biases." We are writing now to share some specific information that has come to our attention to help you understand our point of view.

When we started talking to Mr. Hudson, we became concerned about the credibility of the sources being cited. Specifically, it appeared to us that his reporting was relying on a highly biased sampling of interviewees and was extrapolating from negative information to make generalizations about our company. It seemed to us that the reporting effort was discounting or ignoring positive information readily available from outside sources -- and that we provided in written responses to Mr. Hudson's questions -- and was instead relying on selective and dated information. Finally, we were confused by an apparent refusal to look more broadly at this as an industry-wide issue, or at the very least to put Lehman Brothers and BNC in the context of an admittedly difficult industry, and how we compare to other players, in order to paint a more accurate picture. At the time, this was simply how it seemed to us.

Then we began to receive information from individuals Mr. Hudson had contacted, and that information confirmed our early perception.

We received two **unsolicited** calls from former employees who had been contacted by Mr. Hudson well before he approached us. We followed up with them to obtain a fuller understanding of their conversations with Mr. Hudson after we received a *third* unsolicited call (described below). Both of them told us that they gave Mr. Hudson positive information about BNC's control environment and had compared BNC favorably to other lenders in that regard. One o: them told us that Mr. Hudson kept trying to lead her down a negative path by making statements such as, "It seems that BNC has a lot of problems with fraud," and that Mr. Hudson did not follow up on the positive information she was

1

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LB 009256

LBHI_SEC07940_026166

providing. She said that she repeatedly told him that he was "barking up the wrong tree" by focusing on BNC. The other former employee said he told Mr. Hudson (just as we did) that the fraud allegations reported to him by the Sacramento plaintiffs were brand new, and told him (just as we did) that once he had done his research, he would learn that the allegations were without merit and that the plaintiffs were simply trying to embellish a lawsuit that has no basis.

It troubled us that none of this information seemed to have an impact on the way in which the story appeared to be unfolding.

Then we received the third unsolicited call from someone contacted by Mr. Hudson. The information provided by this third party (who has never been an employee) was troubling. According to this third party, Mr. Hudson called him several weeks ago and asked him for "dirt on BNC." He said he informed Mr. Hudson that Lehman Brothers is proactive in investigating mortgage fraud and identified a competitor who was not. He said Mr. Hudson responded that this information would not help him with "what [he was] trying to do." When he asked what Mr. Hudson was trying to do, according to this person, Mr. Hudson responded, "slam Lehman." This third party further reported to us that at another point in the conversation, Mr. Hudson made the statement that he was "**looking to slam Lehman Brothers, and BNC was how [he] would get there.**" This individual was sufficiently concerned by this and took it upon himself to contact his in-house counsel and BNC to report it. He even said that he would welcome an opportunity to provide this information directly to the appropriate *Wall Street Journal* editors. We encourage you to speak to him so that you can hear from him directly rather than take our word for it.

We were going to raise this information earlier. However, when Mr. Hudson told us he was going to walk us through the story, we decided to wait. We were hopeful --based on all of the information we had provided -- that the story would be fair. Unfortunately, when Mr. Hudson read us portions of the story on May 3rd, we were disappointed to hear a biased and inaccurate story. At best it seemed like the story was going to include lots of colorful, negative information about us from some less than credible sources, and then follow it with our perfunctory denials. As it piled on, the end picture would appear extremely negative, even if it is totally at odds with reality.

We have been working with Mr. Hudson for weeks to provide him with access to numerous personnel on both coasts, including his visit to BNC at our invitation, and we have spent many hours providing detailed information in response to every one of his questions. While we were concerned about an apparent bias that seemed evident early on, and were worried about his approach in past stories, we hoped for balance. We certainly understand your point that we may not be happy with everything written about us and understand that negative things are sometimes written. However, we hope you can appreciate that as this process has worn on, and as more evidence and data points of bias have cropped up, our sense that we aren't going to see a balanced story has grown stronger. It seems that this effort has the earmarks of a pre-destined mission to "slam Lehman."

We rarely complain about the *Journal's* coverage, even when you have written tough and unpleasant stories about us. The reason we have worked so hard here to provide information and access to a reporter is because of the mismatch between the 'facts' he has presented us and the company we know. For these reasons, we really appreciate the note you sent us and the attention you are paying to this situation.

Sincerely,

Hannah Burns

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LB 009257

LBHI_SEC07940_026167

Holdings May 2007 Meeting
Seating Plan

Windows

|                | John Akers |
|                | Roger Berlind |
| Jeff Welikson  | |
|                | Marsha Johnson Evans |
| Tom Russo      | |
|                | Henry Kaufman |
| Dick Fuld      | |
|                | Sir Christopher Gent |
| Joe Gregory    | |
|                | Roland Hernandez |
| Chris O'Meara  | |
|                | Thomas Cruikshank |
|                | John Macomber |

CONFIDENTIAL

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY LEHMAN BROTHERS HOLDINGS INC.

LB 009258

LBHI_SEC07940_026168