# EXHIBIT 3

**The Faces of the Lehman Crisis**    2 of 16

more slide shows…

*BusinessWeek* Magazine
**Subscribe now and get 4 trial issues**





GETTY IMAGES

**Richard S. Fuld Jr.**
Lehman Brothers CEO, 1994-2008

Then: After Lehman posted nearly $3 billion in losses in the second quarter of 2008, Fuld unsuccessfully searched for a buyer for the firm and petitioned Federal Reserve officials to convert it into a bank holding company. He continued to assure investors of the firm's supposed ability to recover from its losses until days before filing for bankruptcy, about which he would testify before Congress shortly after. Fuld spent his entire professional career at Lehman.

Now: Estimated to have lost $1 billion in personal wealth, Fuld, 63, has become the poster child for corporate irresponsibility and the firm's collapse. Like many Lehman executives, he has been tied up in litigation from former investors and employees and subpoenaed by multiple grand jury investigations surrounding the firm's demise. Published reports say Fuld has started up a consulting firm in Manhattan, called Matrix Advisors, but Fuld has decline to comment.

read the story        post a comment

**ADS BY GOOGLE**

**Lost Money on Lehman PPN?**
We won the first arbitration award See what options you have today
www.Zamansky.com

**Oil and Gas Royalties**
Immediate Cash Flow Properties Small Investment. 1,462 Wells.
www.breitlingroyalties.com

**Glassman Wealth Services**
Fee-only Family Wealth Management
GlassmanWealth.com





About Advertising Custom Publishing EDGE Programs Reprints Terms of Use Disclaimer Privacy Notice Ethics Code Contact Us Site Map
©2011 Bloomberg L.P. All Rights Reserved.