# EXHIBIT 4

# Capital IQ
A Standard & Poor's Business

## Lehman Brothers Inc. > Private Company with Public Debt Profile

### Key Executives and Professionals

| Name | Title |
|---|---|
| Fuld, Richard S. | Chairman, Chief Executive Officer, Chairman of the Board of Lehman Brothers Holdings Inc and Director of Lehman Brothers Holdings Inc |
| Frank, Frederick | Vice Chairman and Vice Chairman of Global Healthcare Group |
| McDade, Herbert | President and Chief Operating Officer |
| Lowitt, Ian | Chief Financial Officer |
| Ballentine, Jim | Chief Executive of Australian Business |
| Bhattal, Jesse | Chief Executive Officer of Asia Operations |
| Dannenbaum, Karl | Chief Executive Officer of Germany |
| Kozak, Uzay | Managing Director and Chief Executive Officer of Turkey |
| Rolet, Xavier | Chief Executive of Lehman Brothers - France and Member of European Operating Committee |
| Schmid, Heinz | Chief Executive of Switzerland |
| Katsuragi, Akio | President of Lehman Brothers Japan Inc and Head of Japan Investment Banking |
| Abiko, Takashi | Managing Director and Head of Financial Institution Sales - Japan |

### Key Board Members

| Name | Title |
|---|---|
| Fuld, Richard S. | Chairman, Chief Executive Officer, Chairman of the Board of Lehman Brothers Holdings Inc and Director of Lehman Brothers Holdings Inc |
| Clark, Howard L. | Vice Chairman |
| Lewis, Sherman R. | Vice Chairman |
| Frank, Frederick | Vice Chairman and Vice Chairman of Global Healthcare Group |
| Yang, Zhizhong | Chairman of Lehman Brothers China and Chairman of Lehman Brothers Asia Limited |
| Safreno, Casey | Chairman of Global Healthcare Group |
| von Bassewitz, Gerd | Executive Director of German Operations |
| Schoof, Julian | Director of German Operations |
| Reuter, Till | Executive Director of German Operations |
| Macomber, John Dewitt | Director and Director of Lehman Brothers Holdings Inc |
| Gent, Christopher | Director and Director of Lehman Brothers Holdings Inc |
| Akers, John F. | Director and Director of Lehman Brothers Holdings Inc |

### Current and Pending Subsidiaries / Investments

Barclays Sudamerica S.A., CDF85 Real Estate Services Inc., Cowen & Co., LLC, Private-Client Business, Endeca Technologies, Inc., Imperial Sugar Co. (NasdaqGS:IPSU), Invoice RM, Inc., LB I Group, Inc., Le Meridien Hotels and Resorts Ltd., 32 Owned and Leased Property Portfolio, Lehman Brothers Asia Holdings Limited, Lehman Brothers Derivative Products Inc., Lehman Brothers Finance Ag, Lehman Brothers Inc., Asset Management Arm, Lehman Brothers Special Financing, Inc., Lehman Commercial Paper, Inc., Lehman Housing Capital, Inc., Ospraie Management, LLC, PIES Trust I, PIES Trust II, The CIT Group/Sales Financing, Inc., Manufactured Housing Portfolio, Van der Moolen Specialists, USA LLC

### Investments as an LP

Investitori Associati IV, Investitori Associati SGR SpA, LLR Partners Inc., Triginta Capital Fund 1 GmbH & Co. KG, Triginta Capital GmbH, Vista Equity Partners

# Capital IQ
Financial data provided by A Standard & Poor's Business

Copyright (2010) Dun & Bradstreet, Inc.