# EXHIBIT 5



3 of 3 DOCUMENTS

Copyright 2010 SNL Financial LC
All Rights Reserved
SNL Insurance Daily

**February** 3, 2010 Wednesday

**LENGTH:** 334  words

**HEADLINE: AIG** reports 6 executive appointments

**BYLINE:** Mindi Westhoff

**HIGHLIGHT:**

American International Group named six executives to corporate officer positions.

**BODY:**

American International Group Inc. on Feb. 2 reported that it named six executives to corporate officer positions.

Thomas Russo was named AIG executive vice president of legal, compliance, regulatory affairs and government affairs, and general counsel. Russo previously served as senior counsel in the New York office of Patton Boggs LLP and was also previously vice chairman of Lehman Brothers Inc. and chief legal officer at Lehman Brothers Holdings Inc..

Paulette Bradnock was named AIG senior vice president and director of internal audit. Previously, Bradnock served as deputy director and chief of staff for the internal audit division for AIG, and previously worked in a variety of senior audit positions, including audit partner and vice president, at JPMorgan Chase & Co.

Jeffrey Hurd was named AIG senior vice president of human resources and communications. Hurd previously held numerous senior positions within AIG, most recently as AIG's chief administrative officer, and has also served as head of asset management restructuring and interim president of AIG global real estate. Prior to that, Hurd served as senior managing director, chief administrative officer and general counsel of AIG Investments, as well as deputy general counsel of AIG.

Sandra Kapell was named AIG vice president and global head of talent strategy and performance systems. Kapell was most recently a senior vice president at MetLife Inc., leading the practice development group.

Michael Cowan was named AIG senior vice president and chief administrative officer, succeeding Hurd. Cowan joined AIG from Bank of America Corp. unit Merrill Lynch & Co. Inc., where he had served as senior vice president of global corporate services since 1998.

Christina Pretto was named AIG senior vice president of communications. Pretto joined AIG in 2009 as vice

president of corporate media relations and formerly worked in various senior communications roles and as managing director and global head of public affairs for Citigroup Inc.

**LOAD-DATE:** February 9, 2010