Steven K. Davidson (*pro hac vice* pending)
George R. Calhoun V (*pro hac vice* pending)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

Evan Glassman
STEPTOE & JOHNSON LLP
750 Seventh Avenue
New York, New York 10019
Telephone: (212) 506-3900
Facsimile: (212) 506-3950

*Attorneys for US Airways, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
:
In re                                                    :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
:
Debtors.                                                 :    (Jointly Administered)
:
:
----------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK         )
                          ) s.s.:
COUNTY OF NEW YORK        )

1. JOANNA MERICLE, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Steptoe & Johnson LLP.

2. On July 7, 2011, I caused true and correct copies of the Response of US Airways, Inc. (Proof of Claim No. 30598) to Debtors' One Hundred Eleventh Omnibus Objection to Claims ("No Liability Claims"); and the Declaration of Steven K. Davidson in Support of the Response of US Airways, Inc. (Proof of Claim No. 30598) to Debtors' One Hundred Eleventh

Omnibus Objection to Claims ("No Liability Claims") (together with accompanying exhibits) to be served on the following via overnight delivery:

a. The Chambers of the Honorable James M. Peck ("Chambers"), One Bowling Green, New York, New York 10004, Courtroom 601;

b. Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq., attorneys for the Debtors;

c. the U.S. Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.; and

d. Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan R. Fleck, Esq., attorneys for the Creditors' Committee.

/s/ JOANNA MERICLE
Joanna Mericle

Sworn to before me this
7th day of July, 2011

_____
Notary Public

JACLYN WISHNIA
Notary Public, State of New York
No. 01W163232779
Commission Expires December 13, 20 14