UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    08-13555 (JMP)
                                                             :    (Jointly Administered)
                     Debtors.                                :
                                                             :
---------------------------------------------------------------x    Ref. Docket Nos. 18153, 18162-
                                                                   18164, 18166, 18168, 18171, 18174,
                                                                   18185, 18191

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 5, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Diane Streany
                                                    Diane Streany

Sworn to before me this
7th day of July, 2011
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   JPMORGAN CHASE BANK, N.A.
      TRANSFEROR: BIOPROJET PHARMA
      ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
      ONE CHASE MANHATTAN PLAZA - FLOOR 26
      NEW YORK NY 10005
```

Please note that your claim # 57712 in the above referenced case and in the amount of
        $3,780,065.37        has been transferred **(unless previously expunged by court order)**

```
      SILVER POINT CAPITAL FUND, L.P.                    SILVER POINT CAPITAL FUND, L.P.
      TRANSFEROR: JPMORGAN CHASE BANK, N.A.              DAVIS POLK & WARDWELL LLP
      C/O SILVER POINT CAPITAL, L.P.                     ATTN: XIN YU
      ATTN: DAVID F. STEINMETZ                           450 LEXINGTON AVENUE
      TWO GREENWICH PLAZA, FIRST FLOOR                   NEW YORK NY 10017-3904
      GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 18153    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/05/2011                        Vito Genna, Clerk of Court

                                        /s/ Diane Streany
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on   July 5, 2011.

**EXHIBIT B**

08-13555-mg    Doc 18318    Filed 07/07/11    Entered 07/07/11 10:46:00    Main Document
Pg 4 of 8

```
TIME: 17:58:20                                                      LEHMAN BROTHERS HOLDING INC.                                                                                PAGE:    1
DATE: 07/05/11                                                           CREDITOR LISTING

Name                                                 Address
AU-YEUNG CHI KING                                    FLAT F 16/F TOWER 7 OCEAN SHORES TSEUNG KWAN O, NT    HONG KONG
CHAN HAK YIU ANDY / MOK MAN CHU                      ROOM 7 8/F ON KWAI BUILDING WHAMPOA ESTATE HUNG HOM, KLN    HONG KONG
CHAN KWAI CHUN                                       ROOM 906 9/F ASIA TRADE CENTRE 79 LEI MUK ROAD KWAI CHUNG NT    HONG KONG
CHAN NICHOLAS CHI HONG                               FLAT C 6/F BLOCK 11 BRAEMAR HILL MANSION 35 BRAEMAR HILL ROAD NORTH POINT, HK    HONG KONG
CHAN SHEUNG CHUN DAISY                               FLAT B 46/F BLOCK 6 BELLAGIO CASTLE PEAK ROAD SHAM TSENG, NT    HONG KONG
CHAN WAI CHUN                                        RM 2106 LEE WING HSE LEE ON EST MA ON SHAN, NT    HONG KONG
CHAN WAI LAN                                         FLAT E 15/F BLOCK 2 BO SHEK MANSION 328 SHA TSUI ROAD TSUEN WAN, NT    HONG KONG
CHAN YIN, WAI                                        FLAT A 14/F MAPLE GARDEN 3 51 KIN WAH STREET NORTH POINT    HONG KONG
CHAU CHAN NIM WAI, KATHERINE                         G/F BLOCK G BEASCONFIELD COURT 7 SHOUSON HILL ROAD SHOUSON HILL    HONG KONG
CHAU TIN LEUNG / LAM MEI WAN MIMI                    FLAT C 11/F BLOCK 1 BANYAN MANSIONS WHAMPOA GARDEN NO.8 WAN HOI STREET HUNG HOM, KOWLOON    HONG KONG
CHEUNG CHING CHOI                                    FLAT D 30/F BLOCK 16 LAGUNA GRANDE LAGUNA VERDE HUNG HOM KLN    HONG KONG
CHEUNG FOK, FONG                                     FLAT G 12/F BLOCK 2 SITE 9 WHAMPOA GARDEN HUNG HOM    HONG KONG
CHEUNG KIU                                           ROOM 414 4/F HIP WO HOUSE WO CHE ESTATE SHATIN NT    HONG KONG
CHEUNG KWONG CHU                                     SHOP G23 G/F TAI ON BUILDING 57-87 SHAU KEI WAN ROAD SAI WAN HO, HK    HONG KONG
CHEUNG TAK CHUNG                                     FLAT 8A BLOCK 8 VILLA RHAPSODY SYMPHONY BAY SAI KUNG NT    HONG KONG
CHEUNG YIN TUNG KENT                                 FLAT D 3/F FAST INDUSTRIAL BUILDING 658 CASTLE PEAK ROAD CHEUNG SHA WAN KLN    HONG KONG
CHEUNG, CHI HUNG/CHOW, SHIRLEY SIU LING              FLT C 15/F HELENA GARDEN NO. 263 PRINCE EDWARD ROAD WEST MONG KOK KLN    HONG KONG
CHOI HANGE, YEE                                      FLAT 31D BLOCK 13 RICHLAND GARDENS KOWLOON BAY, KLN    HONG KONG
CHOI SAU WAI                                         FLAT J 7/F 14 KING'S ROAD NORTH POINT HK    HONG KONG
CHOOK SIU KWAN                                       RM F 11/F ORCHID COURT PHASE 3 NEW TOWN PLAZA SHA TIN NT    HONG KONG
CHOW CHEUNG, TAK & CHAN WING SZE, DORIS              FLAT C 37/F BLOCK 6 VISION CITY NO. 1 YEUNG UK ROAD TSUEN WAN    HONG KONG
CHU SHUI KIT                                         FLAT B 5/F BLOCK 7 VILLA ATHENA NO.600 SAI SHA ROAD MA ON SHAN, NT    HONG KONG
CHUNG LAI WAH IRENE                                  FLAT C 22/F BLOCK 5 KING'S PARK VILLA 1 KING'S PARK RISE YAU MA TEI, KLN    HONG KONG
CHUNG WEI-LI                                         2/F NO.27 ALLEY 6 LANE 21 YU SHENG ROAD TU CHEN CITY HSIEN TAIPEI 236 TAIWAN, PROVINCE OF CHINA
FANNY, WAI FONG                                      FLAT A 10/F BLOCK 2 GREENERY PLACE NO. 1 TOWN PARK ROAD SOUTH YUEN LONG NT    HONG KONG
FONG LILLIAN                                         5/F GRAND COURT 131 KADOORIE AVENUE KOWLOON TONG, KLN    HONG KONG
GUI KEJIAN                                           ROOM 3210 TAO NGA HOUSE HONG NGA COURT LAM TIN, KLN    HONG KONG
GUO HUA                                              6TH BLDG NO.69 LANE 1159 KANG QIAO DONG LU NANHUI DISTRICT SHANGHAI    CHINA
HO MAN HOP                                           FLAT D 16/F 24 HOMANTIN HILL ROAD HOMANTIN    HONG KONG
HO SAU LING ELSIE / HO SAU HING                      FLAT F 25/F BLOCK 1 NEPTUNE TERRACE 15 TAI MAN STREET CHAI WAN, HK    HONG KONG
HO SHUN, LUEN                                        RM 802 WO MUK HOUSE LEI CHENG UK ESTATE SHAMSHUIPO, KLN    HONG KONG
HO TING KUEN / HE RUIYAN                             ROOM 4 13/F KI FU BUILDING WHAMPOA ESTATE NO.54 TAK MAN STREET HUNGHOM, KLN    HONG KONG
HO, PUI CHING DAISY                                  FLAT A 7/F BLOCK 29 GREENWOOD TERRACE 26-28 SUI WO ROAD SHATIN, NT    HONG KONG
HUI WAN YEUNG GARY / YAO KAM WAH STEWART             G/F 5A SELKIRK ROAD KOWNLOON TONG, KLN    HONG KONG
IP SIU, KUEN                                         FLAT G 53/F BLOCK 5 THE BELCHER'S 89 POKFULAM ROAD POKFULAM    HONG KONG
IP YAN, WING & HO YUET, HO                           FLAT C 12/F BLK 2 TIERRA VERDE 33 TSING KING RD TSING YI, NT    HONG KONG
JPMORGAN CHASE BANK, N.A.                            TRANSFEROR: BIOPROJET PHARMA ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
KUNG WAI MUI VIVIAN                                  FLAT B 10/F PEACEFUL MANSION SIENA 2 DISCOVERY BAY LANTAU ISLAND NT    HONG KONG
KWONG MAY LAN                                        FLAT B 5/F BLOCK 7 VILLA ATHENA 600 SAI SHA ROAD MA ON SHAN NT    HONG KONG
LAI CHUNG CHING                                      RM 6F 2/F 21 WAI KING ST TOKWAWAN, KLN    HONG KONG
LAM CHOR WAI CINDY                                   ROOM 8 28/F BLOCK H TAK BO GARDEN NO. 3 NGAU TAU KOK ROAD NGAU TAU KOK, KLN    HONG KONG
LAM KAM CHEUNG FLOYD                                 NO. 1 MULBERRY CRESCENT BRANDON MB   R7A 0Y9 CANADA
LAM PUN YUEN                                         ROOM 1618 SHUI FAI HOUSE TIN SHUI ESTATE TIN SHUI WAI, NT    HONG KONG
LAU HIN, CHUNG & SHUM YUEN WAH, YVONNE               9/F RUBY COURT 628 KING'S ROAD NORTHPOINT    HONG KONG
LAU KWAI SHIM                                        RM 3305 TOA SHUE HOUSE LEI MUK SHU ESTATE KWAI CHUNG, NT    HONG KONG
LAU YUK, MUI                                         FLT B 20/F WINFIELD BLDG NO. 847 CANTON ROAD YAU MA TEI, KLN    HONG KONG
LAW CHUNG YUEN / NGO YIN DIP                         1206 BLK F AMOY GARDEN NGAU TAU KOK ROAD KOWLOON    HONG KONG
LAW WING NIN ANDREW                                  FLAT B 4/F BLOCK 2 LYTTELTON GARDEN 29 LYTTELTON ROAD MID-LEVELS HK    HONG KONG
LEE CHING WEI                                        RM 702 176 SEC 1 CHUNG HSIAO EAST RD TAIPEI     TAIWAN, PROVINCE OF CHINA
LEE CHU CHUNG / LOW GOOH CHEE                        ROOM 1557 KAI YIN HOUSE KAI YIP ESTATE KOWLOON BAY KLN    HONG KONG
LEE PO CHUN MIRANDA                                  FLT D 26/F BLK 5 DISCOVERY PARK 398 CASTLE PEAK ROAD TSUEN WAN NT    HONG KONG
LEUNG KA WANG PAUL                                   FLAT H 8/F BLOCK 2 NAN FUNG SUN CHUEN QUARRY BAY, HK    HONG KONG
LEUNG WAI FUN                                        FLT D 19/F BLK 1 HSIN KUANG CENTRE NO. 120 LUNG CHEUNG RD WONG TAI SIN, KLN    HONG KONG
LEUNG YUN HA                                         FLAT D 1/F BLOCK 7 OSMANTHUS GARDEN 80 TAN KWAI TSUEN ROAD LOT 4270 DD 124 YUEN LONG, NT    HONG KONG
LIM HUI KIAT                                         FLAT 1711 BLOCK A KORNHILL QUARRY BAY    HONG KONG
LIN, TAM MEE                                         FLAT C 26/F BLOCK 1 THE GRAND PANORAMA 10 ROBINSON ROAD MID-LEVELS HK    HONG KONG


                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 17:58:20                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 07/05/11                                              CREDITOR LISTING

Name                                              Address
LO CHI FAI                                        ROOM 605-608  6/F NAN FUNG TOWER NO.173 DES VOEUX ROAD CENTRAL CENTRAL HK    HONG KONG
LO SIY YIN GERITA                                 FLAT A 12/F TOWER 8 PARK ROYALE NO.38 TOWN PARK ROAD NORTH YUEN LONG    HONG KONG
LO YUET ON / MA HING YIN                          ROOM 25A BLOCK 3 SCENIC VIEW CLEAR WATER BAY ROAD 63 FUNG SHING STREET NGAU CHI WAN KLN    HONG KONG
LUCAS, ANDREW MARTIN                              CREW MAIL BOX 650 FOP CATHAU CITY LANTAU NT    HONG KONG
LUI SIU, LING                                     ROOM 2404 HA KWAI HOUSE KWAI CHUNG ESTATE TSUEN WAN    HONG KONG
MAK HO PING                                       FLAT C 29/F BLOCK 3 VILLA ATHENA MA ON SHAN NT    HONG KONG
NG BO SING                                        HOUSE 7 DEERHILL AVENUE DEERHILL BAY NO. 4699 TAI PO ROAD TAI PO, NT    HONG KONG
NG MEI LING KAMISA                                FLT B 5/F PROSPERITY BUILDING NO.23-27 JAVA ROAD NORTH POINT, HK    HONG KONG
NGAI WAI, LAN                                     FLAT 3 25/F FU WO HOUSE FU KEUNG COURT WANG TAU HOM, KLN    HONG KONG
NGAI, DICK MAN DICKSON                            FLAT C 14/F BLOCK 27 BAGUIO BILLA 555 VICTORIA ROAD POKFULAM, HK    HONG KONG
NGAN HOI SING / CHOI WAI SHEUNG                   G/F 84M WATERLOO ROAD KOWLOON KLN    HONG KONG
PONG SUM YEE SAMANTA                              C/O SHIU WING STEEL LIMITED ROOM 3409 JARDINE HOUSE 1 CONNAUGHT PLACE CENTRAL,    HONG KONG
SHAN, MENGCHUN                                    NO.43 GUO JI CUN NO.198 ROAD FAN JIANG AN JIANGBEI DISTRICT NINGBO 315016 CHINA
SHIPLEY II RAYMOND                                C/O CATHAY PACIFIC AIRWAYS LTD CREW MAILBOX #2605 A SCENIC ROAD LANTAU ISLAND    HONG KONG
SILVER POINT CAPITAL FUND, L.P.                   DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, L.P.                   TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SO HIN GREGORY                                    13/F NO.26C NASSAU STREET MEI FOO SUN CHUEN LAI CHI KOK KOWLOON    HONG KONG
SO, PETER/KAN MAY KWAN                            ROOM 4 10/F LUCKY BUILDING 310 MA TAU WEI ROAD TOKWAWAN KLN    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: AU-YEUNG CHI KING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHAN HAK YIU ANDY / MOK MAN CHU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHAN KWAI CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHAN NICHOLAS CHI HONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHAN SHEUNG CHUN DAISY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHAN WAI CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHAN WAI LAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHAN YIN, WAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHAU CHAN NIM WAI, KATHERINE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHAU TIN LEUNG / LAM MEI WAN MIMI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHEUNG CHING CHOI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHEUNG FOK, FONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHEUNG KIU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHEUNG KWONG CHU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHEUNG TAK HONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHEUNG YIN TUNG KENT 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHEUNG, CHI HUNG/CHOW, SHIRLEY SIU LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHOI HANGE, YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHOI SAU WAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHOOK SIU KWAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHOW CHEUNG, TAK & CHAN WING SZE, DORIS 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHU SHUI KIT 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHUNG LAI WAH IRENE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: CHUNG WEI-LI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: FANNY, CHUNG WAI FONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: FONG LILLIAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: GUI KEJIAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: GUO HUA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: HO MAN HOP 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: HO SAU LING ELSIE / HO SAU HING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: HO SHUN, LUEN 21/F HE RUIYAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: HO TING KUEN / HE RUIYAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: HO, PUI CHING DAISY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: HUI WAN YEUNG GARY / YAO KAM WAH STEWART 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: IP SIU, KUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.          TRANSFEROR: IP YAN, WING & HO YUET, HO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG

                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 17:58:20                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   3
DATE: 07/05/11                                        CREDITOR LISTING

Name                                Address
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: KUNG WAI MUI VIVIAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: KWONG MAY LAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LAI CHUNG CHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LAM CHOR WAI CINDY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LAM KAM CHEUNG FLOYD 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LAM PUN YUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LAU HIN, CHUNG & SHUM YUEN WAH, YVONNE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LAU KWAI SHIM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LAU YUK, MUI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LAW CHUNG YUEN / NGO YIN DIP 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LAW WING NIN ANDREW 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LEE CHING WEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LEE CHU CHUNG / LOW GOOH CHEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LEE PO CHUN MIRANDA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LEUNG KA WANG PAUL 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LEUNG WAI FUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LEUNG YUN HA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LIM HUI KIAT 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LIN, TAM MEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LO CHI FAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LO, HO, KEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LO SIY YIN GERITA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LO YUET ON / MA HING YIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LUCAS, ANDREW MARTIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LUI SIU, LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: MAK HO PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: NG BO SING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: NG MEI LING KAMISA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: NGAI WAI, LAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: NGAI, DICK MAN DICKSON 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: NGAN, HOI SING / CHOI WAI SHEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: PONG SUM YEE SAMANTA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: SHAN, MENGCHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: SHIPLEY II RAYMOND 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: SO HIN GREGORY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: SO, PETER/KAN MAY KWAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: STUCKE, WERNER KARL AND BEATRIX JOHANNA JEANETTE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: SUNG FUNG CHI WINKY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: SZE SING PIU & LEUNG KAM FUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: SZE-TO WAI YIU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: SZETO LING, DIONE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: TAM KAM MING VIDDE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: TAM WOON LIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: TCHE HENG HOU KEVIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: THOMAS, RUSSELL MARK MEREDITH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: TO WAI, SHEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: TONG KAI HONG ANTHONY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: TSANG POR 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: TSE, YAU LAI (DAISY)/TO, OI MAN (AMY) 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: TSUI CHI WAH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: TUNG JEFFREY / FUNG JACKI SZE-KE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: WAN YAM ON / WAN YUET KUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: WONG CHEK LEUNG/FUNG YUEN YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: WONG KAI MING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: WONG KAM, SHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: WONG POI MAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG

                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 17:58:20                                       LEHMAN BROTHERS HOLDING INC.                                                              PAGE:    4
DATE: 07/05/11                                              CREDITOR LISTING

Name                                                       Address
STANDARD CHARTERED BANK (HONG KONG) LTD.                   TRANSFEROR: WONG WAI LING, JANET 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                   TRANSFEROR: YAN RUOPING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                   TRANSFEROR: YAU HON KWONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                   TRANSFEROR: YIP KOON WING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                   TRANSFEROR: YU YUK WAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG   HONG KONG
STUCKE, WERNER KARL AND BEATRIX JOHANNA                    UNIT A 10/F TWO CHINACHEM PLZA 68 CONNAUGHT ROAD CENTRAL CENTRAL   HONG KONG
JEANETTE
SUNG FUNG CHI WINKY                                        ROOM 905-6 9/F HANFORD HOUSE 221 C-D NATHAN ROAD YAU MA TEI, KLN   HONG KONG
SZE SING PIU & LEUNG KAM FUNG                              FLAT 7B IVY COURT NEW TOWN PLAZA PHASE 3 NO. 2-8 SHATIN CENTRE STREET SHATIN, NT   HONG KONG
SZE-TO WAI YIU                                             FLAT D 23/F TOWER 12A LAGUNA VERDE COSTA DEL SOL 8 LAGUNA VERDE AVENUE HUNGHOM KOWLOON   HONG KONG
SZETO LING, DIONE                                          FLAT H 13/F BLOCK 18 SOUTH HORIZONS AP LEI CHAU   HONG KONG
TAM KAM MING VIDDE                                         FLAT F 10/F BLOCK 2 ELEGANT GARDEN 409-419 QUEEN'S ROAD WEST SAI YING PUN HK   HONG KONG
TAM WOON LIN                                               FLT B 36/F BLK 2 OSCAR BY THE SEA NO. 8 PUNG LOI ROAD TSEUNG KWAN O, NT   HONG KONG
TCHE HENG HOU KEVIN                                        FLAT F 11/F BLOCK 12 SCENEWAY GARDEN LAM TIN KOWLOON   HONG KONG
THOMAS, RUSSELL MARK MEREDITH                              FLAT A 1/F BLOCK 14 COASTLINE VILLA DISCOVERY BAY LANTAU ISLAND NT   HONG KONG
TO WAI, SHEUNG                                             FLAT H 13/F BLOCK 13 THE PARCVILLE PO YIP STREET YUEN LONG   HONG KONG
TONG KAI HONG ANTHONY                                      FLAT G 21/F FU TIEN MANSION TAIKOO SHING QUARRY BAY, HK   HONG KONG
TSANG POR                                                  FLAT A 5/F BLOCK 3 CLASSICAL GARDENS PHASE 2 8 MA WO ROAD TAI PO NT   HONG KONG
TSE, YAU LAI (DAISY)/TO, OI MAN (AMY)                      ROOM 1604 BLOCK C WESTLANDS GARDENS QUARRY BAY HK   HONG KONG
TSUI CHI WAH                                               FLAT B 6/F BLOCK 2 VILLA CONCERTO SYMPHONY BAY SAI KUNG NT   HONG KONG
TUNG JEFFREY / FUNG JACKI SZE-KE                           FLAT D 9/F BROADVIEW MANSION 75 WONG NAI CHUNG ROAD HAPPY VALLEY, HK   HONG KONG
WAN YAM ON / WAN YUET KUEN                                 3 BATH ROAD READING BERKS  RG1 6HH UNITED KINGDOM
WONG CHEK LEUNG/FUNG YUEN YEE                              GLT B 43/F BLK 8 TIERRA VERDE 33 TSING KING ROAD TSING YI NT   HONG KONG
WONG KAI MING                                              FLAT B 15/F NAM HOI MANSION TAIKOO SHING QUARRY BAY HK   HONG KONG
WONG KAM, SHUN                                             ROOM 13 20/F BLOCK B TIN MA COURT WONG TAI SIN, KLN   HONG KONG
WONG POI MAN                                               FLAT F 42/F BLOCK 6 GRAND WATERFRONT 38 SAN MA TAU STREET TO KWA WAN, KLN   HONG KONG
WONG WAI LING, JANET                                       RM 2204 OI NING HOUSE TSZ OI COURT TSZ WAN SHAN KLN   HONG KONG
YAN RUOPING                                                RM 2710 YAN KUK HOUSE YAN MING COURT TSEUNG KWAN O, NT   HONG KONG
YAU HON KWONG                                              ROOM 15A FONTANA HEIGHTS BELAIR GARDEN SHATIN NT   HONG KONG
YIP KOON WING                                              1/F NO.55A YUEN LENG VILLAGE TAI PO NT   HONG KONG
YU YUK WAN                                                 FLAT F 11/F BLOCK 9 WHAMPOA GARDEN SITE 2 HUNG HOM, KLN   HONG KONG
```