# <u>EXHIBIT A</u>

GREENBERG TRAURIG, LLP
Maria DiConza, Esq.
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: diconzam@gtlaw.com

*Attorneys for Optique Pty Ltd ATF Optique Super
Pension Fund*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x
                                                              :
**In re:**                                      :      **Chapter 11**
                                                              :
**LEHMAN BROTHERS HOLDINGS, INC.,**      :      **Case No. 08-13555 (JMP)**
**et al.,**
                                                              :
                                  **Debtors.**      :      **(Jointly Administered)**
                                                              :
------------------------------------------------------------- x

**DECLARATION OF KEITH MASNICK IN SUPPORT
OF RESPONSE OF OPTIQUE PTY LTD ATF OPTIQUE SUPER PENSION
FUND (CLAIM NO. 5712) TO DEBTORS' ONE HUNDRED TWENTIETH
OMNIBUS OBJECTION TO CLAIMS (NO BLOCKING NUMBER LPS CLAIMS)**

STATE OF NEW SOUTH WALES  )
                                                     )
COUNTRY OF AUSTRALIA          )

Keith Masnick, being first duly sworn, deposes and states:

1.      My name is Keith Masnick.  I am over the age of 21 and reside in Woollahra,

N.S.W., Australia.  I am a director for Optique Pty Ltd ATF Optique Super Pension Fund

("Optique").  My office is located in Woollahra, Australia, in the state of New South Wales.

2.      I have personal knowledge of all of the facts set forth in this Declaration and

would be competent to testify thereto if called upon to do so as a witness.  I have read the

*Response of Optique Pty Ltd ATF Optique Super Pension Fund to Debtors' One Hundred Twentieth Omnibus Objection to Claims (No Blocking Number LPS Claims)* (the "Response") and I agree with the arguments made and positions taken in the Response.

3.      Optique purchased the Notes[1] on or around August 15, 2008 and has held the Notes at all relevant times since.  The Notes are listed as a Lehman Program Security on the Debtors' website and appear on the LBT bankruptcy trustee's website as a security issued by LBT.  The relevant portion of the LBT bankruptcy trustee's website is attached hereto as Exhibit "1".

4.      Optique filed a proof of claim on account of the Notes which was received by Epiq on November 12, 2008 and assigned proof of claim number 602 ("Claim No. 602"), a copy of which is attached hereto as Exhibit "2".   On June 30, 2009, Epiq mailed Optique an "Acknowledgment of Receipt of Proof of Claim" with respect to Claim No. 602.

5.      Following the entry of the Bar Date Order, Optique received a copy of the standard proof of claim form.  Optique re-filed its proof of claim on account of the Notes using this form.  That claim was received by Epiq on July 20, 2009 and assigned proof of claim number 5712 ("Claim No. 5712").   Claim No. 5712 was submitted with an attachment confirming Optique's ownership of the Notes as of September 30, 2008.  A copy of Claim No. 5712 (including this attachment) is attached hereto as Exhibit "3".[2]  Claim No. 5712 did not contain a blocking number associated with Optique's holding of the Notes, as Optique did not understand that it needed to take affirmative steps to obtain a blocking number after having received an acknowledgement from Epiq that its claim had been received.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Response.

[2] By order dated May 26, 2010, Claim No. 602 was expunged as amended by Claim No. 5712.

6.      Notwithstanding that Optique did not obtain a blocking number relating to the Notes, Optique has never transferred ownership of the Notes and, at all times relevant to Claim No. 5712, Optique owned the underlying Notes.   Optique continues to own the Notes at the present time.   Holding statements confirming Optique's ownership of the Notes at all relevant times are attached hereto as <u>Exhibit "4"</u>.   Optique never authorized any other party to file a proof of claim related to the Notes.

7.      Optique has further obtained a letter from ANZ Banking Group Ltd., the custodian of the Notes, which confirms that ANZ Banking Group Ltd. has held the Notes in their custody on behalf of Optique since November 14, 2008.   A copy of this letter, together with a holding statement reflecting Optique's current ownership of the Notes, is attached hereto as <u>Exhibit "5"</u>.   Optique remains the holder of record of the Notes in the Clearstream system. Optique is investigating whether it can obtain a blocking number at this time.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct, and that this Declaration was

executed on July 6 , 2011.

OPTIQUE PTY LTD ATF OPTIQUE
SUPER PENSION FUND

Keith Masnick

4

# EXHIBIT 1



### Bankruptcy Lehman Brothers Treasury Co. B.V.

home | disclaimer | contact | Your language...

Notices to Noteholders

General information

Financial information

Program Documentation

#### Bankruptcy Lehman Brothers Treasury Co. B.V.

Lehman Brothers Treasury Co. B.V. ("LBT") was declared bankrupt (in staat van faillissement) by the Amsterdam District Court on 8 October 2008 with the appointment of Rutger Schimmelpenninck and Frédéric Verhoeven as bankruptcy trustees (curatoren) (the "Bankruptcy Trustees").

The purpose of this website is to inform noteholders ("Noteholders") and other creditors of LBT about the bankruptcy.

The Bankruptcy Trustees shall make available information in the following ways:

(I) Information to Noteholders and other creditors in accordance with the Dutch Bankruptcy Act:
this includes, for example, information regarding the filing of claims, the date of the creditors' meeting and details with respect to possible distributions. This information will be made available through "Notices to Noteholders" which can be found under "Notices to Noteholders". The Bankruptcy Trustees will also send these "Notices to Noteholders" through the communication channels of the clearing agencies.

(II) Information concerning the findings of the Bankruptcy Trustees:
this information will be published in public reports. The Bankruptcy Trustees will publish public reports on a quarterly basis. All public reports will be made available on this website under "General information".

(III) Financial information:
the available financial information can be found under "Financial information".

(IV) Program documentation:
the available program documentation can be found under "Program documentation".

This website serves for information purposes only. The information contained in this website is based on information which is not complete and subject to change. Noteholders who wish to obtain advice regarding their rights and obligations under the notes are advised to consult independent counsel. Please read the disclaimer.

Last updates:
27-05-11
Added the latest list of LBT Isin-codes.

29-04-11
Added the 8th public report.

21-01-11
Added the 7th public report.

Webdesign by Zietuwel.nl

The information on this page is regarded as Financial Information, as defined in earlier communication from the Bankruptcy Trustees (see also www.lehmanbrotherstreasury.com). This information is provided to you on an "as is" and "as available" basis and may contain errors or omissions. To the fullest extent permitted by law, the Financial Information is provided without warranties of any kind, express or implied, in respect of the Financial Information, its accurateness or completeness. The Financial Information cannot in any way be relied upon and does not constitute the basis of (and must not be relied upon in) any decision, trade or otherwise, including, among other things, an exclusion of any liability of the Bankruptcy Trustees for any damage as a result of the use of) the Financial Information is applicable. Please consult the full text of this disclaimer at www.lehmanbrotherstreasury.com/fd.html. In addition, the general disclaimer containing, among other things, an exclusion of liability of the Bankruptcy Trustees in respect of the information provided in this List is applicable. Please consult the full text of this disclaimer at http://www.lehmanbrotherstreasury.com/index.html?p=3

| Series number | ISIN | Short description | Maturity date | Currency | 15 September 2008 outstanding nominal value in original currency | 15 September 2008 outstanding nominal value in USD | 8 October 2008 outstanding nominal value in EUR | Acce-lera-ted | Code | Acceleration Date |
|---|---|---|---|---|---|---|---|---|---|---|
| MTN07419 | XS0304838559 | ISHIKAWAJIMA HARIMA HVY IND STOCK | 19-Jun-2012 | JPY | 50,250,000 | $471,765 | €360,189 | UR | 8 | |
| MTN07429 | XS0304909327 | EQUITY LINKED NOTE EXCHANGEABLE INTO SONY STOCK | 19-Jun-2012 | JPY | 50,000,000 | $469,417 | €358,397 | Yes | 1 | 25-Apr-2011 |
| MTN07430 | XS0304909830 | EQUITY LINKED NOTE EXCHANGEABLE INTO KOMATSU | 19-Jun-2012 | JPY | 50,000,000 | $469,417 | €358,397 | Yes | 1 | 25-Apr-2011 |
| MTN07432 | XS0304910416 | EQUITY LINKED NOTE EXCHANGEABLE INTO ASTELLAS PHAR | 19-Jun-2012 | JPY | 50,000,000 | $469,417 | €358,397 | Yes | 1 | 25-Apr-2011 |
| MTN07433 | XS0304910929 | EQL EXCHANGEABLE INTO DENSO STOCK | 19-Jun-2012 | JPY | 50,000,000 | $469,417 | €358,397 | Yes | 1 | 25-Apr-2011 |
| MTN07434 | XS0304911570 | EQL NOTE EXCHANGEABLE INTO MITSUBISHI HEAVY IND. | 19-Jun-2012 | JPY | 50,000,000 | $469,417 | €358,397 | Yes | 1 | 25-Apr-2011 |
| MTN07438 | XS0304977910 | USD FX BEST OF BASKET NOTE | 8-Dec-2008 | USD | 1,000,000 | $1,000,000 | €733,568 | No | 3 | |
| MTN07440 | XS0305000837 | BRIC DRIVEN COMMODITY BASKET NOTE | 15-Jun-2012 | EUR | 550,000 | $765,730 | €550,000 | No | 3 | |
| MTN07441 | XS0305085218 | 2YR HSBC HOLDING PLC DAILY ACCRUAL CALLABLE EQL | 18-Jun-2009 | USD | 5,300,000 | $5,300,000 | €3,887,911 | No | 3 | |
| MTN07442 | XS0305086291 | 3YR HSBC HOLDINGS PLC DAILY ACCRUAL CALLABLE EQL | 18-Jun-2010 | USD | 1,950,000 | $1,950,000 | €1,430,458 | No | 3 | |
| MTN07443 | XS0305098971 | 2 YR HSBC HOLDING PLC DAILY ACCRUAL CALLABLE EQL | 18-Jun-2009 | USD | 1,900,000 | $1,900,000 | €1,393,779 | No | 3 | |
| MTN07444 | XS0305099359 | 2 YEAR UK BASKET DAILY ACCRUAL CALLABLE EQL NOTE | 18-Jun-2009 | GBP | 2,100,000 | $3,676,260 | €2,701,833 | No | 5 | |
| MTN07446 | XS0305099789 | 2YEAR EU BASKET DAILY ACCRUAL CALLABLE EQL NOTE | 18-Jun-2009 | EUR | 4,800,000 | $6,682,738 | €4,800,000 | No | 3 | |
| MTN07448 | XS0305100389 | 2 YEAR EURO BASKET DAILY ACCRUAL CALLABLE EQL | 18-Jun-2009 | EUR | 2,000,000 | $2,784,474 | €2,000,000 | No | 5 | |
| MTN07447 | XS0305100892 | 2 YR EURO BASKET DAILY ACCRUAL CALLABLE EQL | 18-Jun-2009 | EUR | 3,400,000 | $4,733,606 | €3,400,000 | No | 5 | |
| MTN07439 | XS0305103565 | JPY/USD FX TRANS NOTE | 22-Jun-2037 | JPY | 50,000,000 | $469,417 | €358,397 | No | 3 | |
| MTN07460 | XS0305127150 | JPY/AUD & JPY/USD CHOOSER FX TARNS NOTE | 3-Jul-2037 | JPY | 180,000,000 | $1,689,903 | €1,290,230 | No | 3 | |
| MTN07449 | XS0305154717 | EQL NOTE EXCHANGEABLE INTO ISHIKAWAJIMA HARIMA HVY | 21-Jun-2010 | JPY | 300,000,000 | $2,816,505 | €2,150,383 | No | 3 | |
| MTN07454 | XS0305155011 | EQL NOTE EXCHANGEABLE INTO ISHIKAWAJIMA HARIMA HVY | 21-Jun-2010 | JPY | 100,000,000 | $938,835 | €716,794 | No | 3 | |
| MTN07451 | XS0305155441 | EQL EXCHANGEABLE INTO MITSUI MINING & SMELTING CO | 18-Jun-2010 | JPY | 50,552,000 | $474,600 | €362,354 | No | 3 | |
| MTN07457 | XS0305158031 | AUD 2Y PRINCIPAL PROTECTED PROPERTY MARKETS FUND | 15-Jun-2009 | AUD | 12,390,000 | $9,836,932 | €6,595,688 | No | 3 | |
| MTN07461 | XS0305163460 | ISHIKAWAJIMA HARIMA HVY IND STOCK | 20-Jun-2012 | JPY | 70,679,000 | $663,559 | €506,623 | UR | 8 | |
| MTN07471 | XS0305255407 | USD 10Y CMS 100% PRINCIPAL PROTECTED | 19-Jun-2017 | USD | 20,000,000 | $20,000,000 | €14,671,362 | No | 3 | |
| MTN07463 | XS0305338799 | N225 INDEX LINKED 10Y NOTE | 26-Jun-2017 | USD | 1,000,000 | $1,000,000 | €733,568 | No | 3 | |
| MTN07467 | XS0305339417 | ELN EXCHANGEABLE INTO KAWASAKI HEAVY INDUSTRIES | 19-Jun-2012 | JPY | 50,490,000 | $474,018 | €361,910 | UR | 8 | |
| MTN07468 | XS0305340779 | ELN EXCHANGEABLE INTO ISUZU MOTORS LTD | 19-Jun-2012 | JPY | 101,920,000 | $956,861 | €730,557 | UR | 8 | |
| MTN07469 | XS0305343151 | 2 YR EURO BASKET DAILY ACCRUAL CALLABLE EL IN EUR | 19-Jun-2009 | EUR | 850,000 | $1,183,401 | €850,000 | No | 5 | |
| MTN07470 | XS0305438821 | 2YR EU BASKET DAILY ACCRUAL CALLABLE ELN | 19-Jun-2009 | USD | 1,100,000 | $1,100,000 | €806,925 | No | 3 | |
| MTN07476 | XS0305440991 | ELN EXCHANGEABLE INTO ISHIKAWAJIMA HARIMA HVY IND | 22-Jun-2010 | JPY | 141,358,000 | $1,327,118 | €1,013,246 | No | 3 | |
| MTN07463 | XS0305443409 | 2.75 YR HSBC HOLDINGS PLC. DAILY ACCRUAL CALLABLE | 22-Mar-2010 | GBP | 1,400,000 | $2,450,840 | €1,801,222 | No | 3 | |
| MTN07496 | XS0305574600 | CAPITAL PROTECTED NOTE | 15-Aug-2010 | EUR | 9,662,000 | $13,451,794 | €9,662,000 | No | 3 | |
| MTN07495 | XS0305574849 | CAPITAL PROTECTED NOTE | 15-Aug-2010 | EUR | 7,542,000 | $7,542,000 | €5,532,570 | No | 3 | |
| MTN07494 | XS0305627043 | 2 YR HSBC HOLDINGS PLC | 22-Jun-2009 | USD | 7,600,000 | $7,600,000 | €5,575,117 | No | 3 | |
| MTN07484 | XS0305631151 | 3 YR HSBC HOLDINGS PLC DAILY ACCRUAL CALLABLE EQL | 21-Jun-2010 | USD | 1,500,000 | $1,500,000 | €1,100,352 | No | 3 | |
| MTN07487 | XS0305645375 | 7 YR LEVITATOR | 20-Jun-2014 | EUR | 8,000,000 | $11,137,896 | €8,000,000 | No | 3 | |
| MTN07494 | XS0305646696 | AUTOCALLABLE ON EURIBOR | 27-Jul-2011 | EUR | 19,551,000 | $27,219,626 | €19,551,000 | UR | 8 | |
| MTN07483 | XS0305886227 | 2 YR HSBC HOLDINGS PLC DAILY ACCRUAL CALLABLE EQL | 22-Jun-2009 | HKD | 14,000,000 | $1,795,369 | €1,322,364 | No | 3 | |
| MTN07503 | XS0305889593 | EQL NOTE EXCHANGEABLE INTO AJINOMOTO CO INC STOCK | 20-Jun-2012 | JPY | 56,400,000 | $529,503 | €404,272 | UR | 8 | |
| MTN07506 | XS0305948860 | DUTCH POWER NOTES X | 11-Jul-2013 | EUR | 13,630,000 | $18,976,190 | €13,630,000 | No | 3 | |
| MTN07508 | XS0305949595 | EU BASKET DAILY ACC CALL ELN | 29-Jun-2009 | USD | 1,000,000 | $1,000,000 | €733,568 | No | 3 | |
| MTN07508 | XS0306092512 | NEC CORP STOCK ELN | 21-Jun-2012 | JPY | 100,155,000 | $940,290 | €717,906 | No | 3 | |
| MTN07524 | XS0306090423 | 8YR AUTOREDEEMABLE ELN TO BBVA AND FRANCE TELECOM | 9-Jul-2015 | EUR | 25,239,000 | $35,138,670 | €25,239,000 | No | 3 | |
| MTN07500 | XS0306096628 | OIL WEDDING CAKE | 16-Jul-2009 | GBP | 2,485,000 | $4,350,241 | €3,197,170 | No | 3 | |
| MTN07509 | XS0306144022 | ISHIKAWAJIMA HARIMA HVY IND STOCK | 22-Jun-2010 | JPY | 462,346,000 | $4,340,666 | €3,314,071 | No | 3 | |
| MTN07520 | XS0306148288 | LB 4.75 YRS USD ONE SHOT, MONTHLY AUTO CALL | 22-Mar-2012 | USD | 3,310,000 | $3,310,000 | €2,428,110 | No | 3 | |
| MTN07522 | XS0306151662 | NIKKEI LINKED AUD NOTE | 20-Jun-2014 | AUD | 2,300,000 | $1,826,065 | €1,224,381 | UR | 8 | |
| MTN07515 | XS0306153015 | 2 YR HSBC HOLDINGS PLC DAILY ACCRUAL CALLABLE EQL | 22-Jun-2009 | USD | 3,550,000 | $3,550,000 | €2,604,167 | No | 3 | |
| MTN07527 | XS0306179168 | 3YRS BONUS CERTIFICATE ON NESTLE IN CHF | 5-Jul-2010 | CHF | 8,866,851 | $7,774,373 | €5,710,970 | No | 3 | |
| MTN07536 | XS0306226696 | 3 YR CAPITAL PROTECTED NOTE LINKED | 30-Jun-2010 | EUR | 2,800,000 | $3,898,264 | €2,800,000 | No | 3 | |
| MTN07534 | XS0306232744 | ELN EXCHANGEABLE INTO MITSUI AND CO LTD STOCK | 20-Jun-2012 | JPY | 102,270,000 | $960,147 | €733,066 | UR | 8 | |
| MTN07486 | XS0306249045 | CLN-ELECTROSTEEL CASTINGS LIMITED | 27-Jun-2011 | USD | 5,000,000 | $5,000,000 | €3,667,840 | No | 3 | |
| MTN07533 | XS0306251967 | LEHMAN EUR ZERO COUPON 10Y IVTS NOTES | 18-Jun-2017 | EUR | 7,850,000 | $10,929,060 | €7,850,000 | UR | 8 | |
| MTN07533 | XS0306311373 | ELN EXCHANGEABLE INTO CASIO COMPUTER CO LTD | 19-Jun-2012 | JPY | 81,536,000 | $765,488 | €584,446 | UR | 8 | |
| MTN07528 | XS0306341958 | 2.75YR HSBC HOLDINGS PLC DAILY ACCRUAL CALLABLE | 25-Mar-2010 | USD | 3,900,000 | $3,900,000 | €2,860,915 | No | 3 | |
| MTN07529 | XS0306345355 | 3.5YR HSBC HOLDINGS PLC DAILY ACCRUAL CALLABLE | 28-Dec-2010 | AUD | 2,500,000 | $1,984,853 | €1,330,849 | No | 3 | |
| MTN07530 | XS0306637306 | NIKKEI LINKED USD NOTE | 20-Jun-2014 | USD | 1,000,000 | $1,000,000 | €733,568 | UR | 8 | |
| MTN07523 | XS0306693127 | 2 YEAR UK BASKET DAILY ACCRUAL CALLABLE EQL NOTE | 22-Jun-2009 | USD | 3,250,000 | $3,250,000 | €2,384,096 | No | 3 | |
| MTN07544 | XS0306694448 | EQL EXCHANGEABLE INTO NOMURA HOLDING INC | 20-Jun-2012 | JPY | 60,354,000 | $566,624 | €432,614 | UR | 8 | |
| MTN07541 | XS0306772426 | CLN-CMC MAGNETICS CORP | 8-Oct-2009 | USD | 1,000,000 | $1,000,000 | €733,568 | No | 3 | |
| MTN07540 | XS0306849158 | ELN WORST OF IDEMITSU KOSAN CO | 6-Jan-2009 | JPY | 100,000,000 | $938,835 | €716,794 | No | 3 | |
| MTN07542 | XS0306849745 | NIKKEI LINKED AUD NOTE | 9-Jul-2014 | AUD | 1,400,000 | $1,111,518 | €745,275 | UR | 8 | |
| MTN07564 | XS0306901330 | CAPITAL PROTECTED NOTE | 13-Aug-2010 | USD | 3,168,000 | $3,168,000 | €2,323,944 | No | 3 | |
| MTN07557 | XS0306921957 | CAPITAL PROTECTED NOTE | 13-Aug-2010 | HUF | 399,600,000 | $2,308,717 | €1,603,982 | No | 3 | |
| MTN07561 | XS0306927723 | EBARA CORP STOCK | 22-Jun-2010 | JPY | 302,400,000 | $2,839,337 | €2,167,587 | No | 3 | |
| MTN07567 | XS0306937953 | LEHMAN 6 YR ZERO COUPON NOTE | 31-Jul-2013 | EUR | 14,304,414 | $19,915,134 | €14,304,414 | UR | 7 | |
| MTN07573 | XS0307008481 | JPY/USD FS TARNS SWAP | 10-Jul-2037 | JPY | 200,000,000 | $1,877,670 | €1,433,589 | UR | 8 | |
| MTN07554 | XS0307009372 | CORPORATE CREDIT LINKED NOTES | 21-Sep-2017 | JPY | 1,000,000,000 | $9,388,350 | €7,167,945 | No | 3 | |
| MTN07558 | XS0307093491 | 24 MONTH AIRBAG ELN ON SHARE BASKET | 29-Jun-2009 | AUD | 7,000,000 | $5,557,589 | €3,726,377 | No | 3 | |
| MTN07578 | XS0307153493 | 2 YR US BASKET DLY ACCC CALLABLE ELN | 6-Jul-2009 | USD | 2,000,000 | $2,000,000 | €1,467,136 | No | 3 | |
| MTN07562 | XS0307252980 | CASIO COMPUTER CO LTD STOCK | 22-Jun-2012 | JPY | 80,294,000 | $753,832 | €575,546 | No | 3 | |
| MTN07579 | XS0307256544 | EQL EXCHANGEABLE INTO ISHIKAWAJIMA HARIMA HEAVY IN | 12-Jul-2010 | JPY | 196,080,000 | $1,840,868 | €1,405,491 | No | 3 | |
| MTN07587 | XS0307264050 | 2 YEAR EU BASKET DAILY ACCRUAL CALLABLE EQL IN USD | 29-Jun-2009 | USD | 2,050,000 | $2,050,000 | €1,503,815 | No | 5 | |
| MTN07597 | XS0307323161 | ALTERNATIVE ENERGY HYBRID NOTE | 29-Jun-2010 | SEK | 3,700,000 | $539,973 | €383,078 | No | 3 | |
| MTN07596 | XS0307325465 | ALTERNATIVE ENERGY HYBRID NOTE | 29-Jun-2010 | SEK | 16,580,000 | $2,419,663 | €1,716,605 | No | 3 | |
| MTN07595 | XS0307326180 | ALTERNATIVE ENERGY HYBRID NOTE | 29-Jun-2010 | SEK | 6,880,000 | $1,004,058 | €712,319 | No | 3 | |
| MTN07594 | XS0307334234 | ZERO | 17-Aug-2013 | EUR | 114,390,000 | $159,257,990 | €114,390,000 | Yes | 1 | 22-Jul-2010 |
| MTN07588 | XS0307362656 | 10.5 YR CMS LINKED NOTE | 30-Dec-2017 | EUR | 1,000,000 | $1,392,237 | €1,000,000 | UR | 6 | |
| MTN07588 | XS0307390608 | 1.5 YR EUROPEAN POWER INDUSTRY BASKET | 29-Dec-2008 | EUR | 1,250,000 | $1,250,000 | €916,960 | No | 5 | |
| MTN07577 | XS0307481159 | 2.5YR GLOBAL BASKET DAILY ACCRUAL CALLABLE ELN | 6-Jan-2010 | USD | 1,000,000 | $1,000,000 | €733,568 | No | 3 | |
| MTN07603 | XS0307499441 | CLN-REPUBLIC OF PHILIPPINE | 20-Dec-2010 | USD | 12,000,000 | $12,000,000 | €8,802,817 | UR | 8 | |
| MTN07606 | XS0307616424 | 2 YEAR UK BASKET DAILY ACCRUAL CALLABLE ELN QUANTO | 2-Jul-2009 | EUR | 1,900,000 | $2,645,250 | €1,900,000 | No | 3 | |
| MTN07593 | XS0307616937 | 2YR UK BASKET DAILY ACCRUAL CALLABLE ELN | 29-Jun-2009 | USD | 8,850,000 | $8,850,000 | €6,492,077 | No | 3 | |
| MTN07604 | XS0307617315 | 3 HSBC HOLDINGS PLC DAILY ACCRUAL CALLABLE EQUITY. | 2-Jul-2010 | USD | 1,900,000 | $1,900,000 | €1,393,779 | No | 3 | |
| MTN07612 | XS0307663930 | 10 YR SENIOR FLOATING RATE NOTES | 10-Jul-2017 | EUR | 5,000,000 | $6,961,185 | €5,000,000 | No | 3 | |
| MTN07613 | XS0307734037 | EQL NOTE EXCHANGEABLE INTO ISHIKAWAJIMA IND STOCK | 13-Jul-2012 | JPY | 100,118,000 | $939,943 | €717,640 | No | 3 | |
| MTN07616 | XS0307752955 | NIKKEI LINKED AUD NOTE | 9-Jul-2014 | AUD | 2,050,000 | $1,627,580 | €1,091,296 | UR | 8 | |
| MTN07617 | XS0307903830 | JPY/AUD & JPY/USD CHOOSER FX TRANS NOTE | 17-Jul-2037 | JPY | 130,000,000 | $1,220,485 | €931,833 | No | 3 | |
| MTN07642 | XS0307992676 | 5 YEAR CAPITAL PROTECTED NOTE LINKED TO THE HORNET | 2-Aug-2012 | EUR | 6,500,000 | $9,049,541 | €6,500,000 | No | 3 | |
| MTN07623 | XS0308085330 | USD FX BASKET LINKED NOTE | 26-Dec-2008 | USD | 2,000,000 | $2,000,000 | €1,467,136 | No | 3 | |
| MTN07627 | XS0308098663 | 2 YR US BASKET DLY ACC CALLABLE ELN | 6-Jul-2009 | USD | 7,600,000 | $7,600,000 | €5,575,117 | No | 3 | |
| MTN07628 | XS0308099125 | 2 YR US BASKET DLY ACC CALLABLE ELN | 6-Jul-2009 | EUR | 6,100,000 | $6,100,000 | €4,474,765 | No | 3 | |
| MTN07629 | XS0308100402 | 2 YR GLOBAL BASKET DLY ACC CALLABLE ELN | 6-Jul-2009 | USD | 5,000,000 | $5,000,000 | €3,667,840 | No | 3 | |
| MTN07630 | XS0308102283 | 2 YR HK SHARE BASKET BOOSTER ELN | 6-Jul-2009 | AUD | 7,000,000 | $5,557,589 | €3,726,377 | No | 3 | |
| MTN07638 | XS0308269819 | BEST REPLACEMENT CLIQUET NOTE | 20-Jul-2009 | EUR | 750,000 | $1,044,178 | €750,000 | No | 3 | |
| MTN07633 | XS0308274140 | 2YR EU BASKET DAILY ACCRUAL CALLABLE ELN | 3-Jul-2009 | USD | 3,100,000 | $3,100,000 | €2,274,061 | No | 3 | |
| MTN07705 | XS0308319341 | AIRBAG ON DEUTSCHE BORSE | 4-Jul-2011 | EUR | 1,000,000 | $1,392,237 | €1,000,000 | No | 3 | |
| MTN07641 | XS0308389807 | OIL WEDDING CAKE NOTES | 29-Jun-2009 | USD | 1,873,000 | $1,873,000 | €1,373,973 | No | 3 | |
| MTN07648 | XS0308390052 | 2 YR GLOBAL BASKET DLY ACC CALLABLE ELN | 6-Jul-2009 | USD | 1,600,000 | $1,600,000 | €1,173,709 | No | 3 | |
| MTN07649 | XS0308390722 | 2 YR GLOBAL BASKET DLY ACC CALLABLE ELN | 6-Jul-2009 | EUR | 4,000,000 | $4,000,000 | €2,934,272 | No | 3 | |
| MTN07634 | XS0308391704 | ELN EXCHANGEABLE INTO SUMITOMO SECURITIES GROUP INC | 12-Jul-2012 | JPY | 409,368,000 | $3,843,290 | €2,934,327 | No | 3 | |
| MTN07636 | XS0308460368 | FM SOVEREIGN RANGE NOTES | 20-Jul-2010 | USD | 5,000,000 | $5,000,000 | €3,667,840 | UR | 8 | |
| MTN07665 | XS0308461176 | 10YEAR AUTO-CALLABLE NOTE ON BNP PARIBAS | 5-Jul-2017 | EUR | 1,315,000 | $1,830,792 | €1,315,000 | No | 3 | |
| MTN07654 | XS0308481794 | EQL EXCHANGEABLE INTO CASIO COMPUTER CO LTD | 14-Jun-2012 | JPY | 150,169,000 | $1,409,846 | €1,076,263 | No | 3 | |
| MTN07662 | XS0308527612 | EQUITY LINKED NOTE EXCHANGEABLE INTO NIPPON STEEL | 18-Jan-2009 | AUD | 600,000 | $476,365 | €319,404 | No | 3 | |
| MTN07663 | XS0308588838 | 2 YR GLOBAL BASKET DAILY ACCRUAL CALLABLE ELN | 6-Jul-2009 | USD | 1,200,000 | $1,200,000 | €880,282 | No | 3 | |
| MTN07669 | XS0308734242 | 2 YR EU BASKET DAILY ACC CALL ELN | 9-Jul-2009 | EUR | 2,500,000 | $3,480,593 | €2,500,000 | No | 5 | |

# **EXHIBIT 2**

B 10 (Official Form 10) (12/07)

| **UNITED STATES BANKRUPTCY COURT** | **PROOF OF CLAIM** |
|---|---|

| Name of Debtor: *LEHMANN BROTHERS* | Case Number: |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
*OPTIQUE PTY LTD ATF OPTIQUE SUPER PENSION FUND*

Name and address where notices should be sent:
*KEITH MASNICK*
*1 ROSLYNDALE AVE., WOOLLAHRA, N.S.W*
*AUSTRALIA 2025*

Telephone number: *+61-2-9328 1652*    *EMAIL OPTIQUES*

Name and address where payment should be sent (if different from above): *@ MASNICK.COM.AU -*

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ *AUD 100, 000*

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** *LEHMANN BROTHERS    GUARENTEED NOTE*
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** *0001.*

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle   (☐ Other)
Describe: *AUD*

Value of Property: $ *100 000*    Annual Interest Rate___%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $ *AUD 100 000*    Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of a... orders, invoices, itemized statements of run... You may also attach a summary. Attach re... a security interest. You may also attach a s...

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000000602

DO NOT SEND ORIGINAL DOCUMENT SCANNING.

If the documents are not available, please explain.

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: *3 NOV 2008* | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney if any. | FOR COURT USE ONLY |
|---|---|---|
| | *Masnick* | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**FILED / RECEIVED**

**NOV 1 2 2008**



**Account: 052-31173-5**
**Account Name: Optique Pty Ltd ATF Optique Super Pension Fund**

**Optique Pty Ltd ATF Optique Super Pension Fund**
**Mr Masnick**
**1 Roslyndale Avenue**
**Woollahra 2025**
**NSW**
**Australia**

The following securities were held at **Citibank in safe custody with Lehman Brothers** on your behalf as of 30 September 2008:

| Issue Name | | Maturity Date | ISIN | Quantity |
|---|---|---|---|---|
| LEHMAN BROTHERS #7457 | FRN | 15-Jun-2009 | XS0305158031 | 100,000.00 |



Security Statement                                    Page   1

**Custodian Services**
Level 25, 530 Collins Street
Melbourne Vic 3000
GPO Box 2842AA
Melbourne Vic 3001
Phone +61 3 9273 2600
Fax +61 3 9273 2650
Swift ANZBAU3M
www.anz.com

**DATE ISSUED:**   31/07/2007

GRANGE SECURITIES NOMINEES PTY
LIMITED
OPTIQUE PTY LTD ATF OPTIQUE SUPER
PENSION FUND
1 ROSLYNDALE AVENUE
WOOLLAHRA   NSW
2025
AUSTRALIA
**Contact:**  MR KEITH MASNICK

THE FOLLOWING SECURITIES WERE HELD ON YOUR BEHALF AS AT 31/07/2007
**Unless specified, security holdings are held in Cash dividend/Interest class**

**SCA Name**   : OPTIQUE PTY LTD ATF OPTIQUE
SUPER PENSION PLAN
**SCA Number:** 249504770000

| SECURITY DESCRIPTION/ I.S.I.N DIV CLASS BREAKDOWN | HOLDINGS | MKT PRICE* In AUD | VALUATION In AUD |
|---|---|---|---|
| LBTG02 CB MAT 15-JUN-09 XS0305158031 | 100000.000 | 1.000000 | 100000.000000 |

**Total Valuation**                                              100000.000000

*The Prices quoted are intended for administrative and valuation purposes.
ANZ accept no liabilities for its accuracy and completeness

***** End of Statement *****

# **EXHIBIT 3**

| United States Bankruptcy Court/Southern District of New York | | **PROOF OF CLAIM** |
|---|---|---|

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re:
Lehman Brothers Holdings Inc., et al.
Debtors. | Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered) | **UNIQUE IDENTIFICATION NUMBER:** 4000000608 |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor | Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)         0000005712 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities. (See definition on reverse side.)

~~THIS IS FOR COURT USE ONLY~~

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
LBH (MERGE2.DBF,Txnum2) Txnum2 #: 4000000608*****
OPTIQUE PTY LTD ATF OPTIQUE SUPER
PENSION FUND
KEITH MASNICK
1 ROSLYNDALE AVE
WOOLLAHRA, N.S.W. 2025
AUSTRALIA

+61-2-93281652          OPTIQUES @
MASNICK.COM.AU
Telephone number:         Email Address: | ☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**
_(If known)_

Filed on: |

| Name and address where payment should be sent (if different from above):


Telephone number:         Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case. |

**1.   Amount of Claim as of Date Case Filed:** $ AUD 100,000 + Accruals

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   ☐ Check this box if all or part of your claim is based on a Derivative Contract.*
   ☐ Check this box if all or part of your claim is based on a Guarantee.*

**\*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**
   ☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is based on a Derivative Contract or Guarantee. UNKNOWN VALUE

**2.   Basis for Claim:** ___ see attached
      (See instruction #2 on reverse side.)

**3.   Last four digits of any number by which creditor identifies debtor:** _____
      **3a. Debtor may have scheduled account as:** _____
            (See instruction #3a on reverse side.)

**4.   Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:  ☐ Real Estate      ☐ Motor Vehicle      ☐ Other
Describe:
Value of Property: $_____   Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____   Basis for perfection:
**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

**5.   Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$_____

**6.   Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
      (See instruction #6 on reverse side.)

**7.   Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**8.   Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. _(See definition of "redacted" on reverse side.)_ If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

**FOR COURT USE ONLY**

**FILED / RECEIVED**
JUL 20 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:
July 14, 2009 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |

_Penalty for presenting fraudulent claim:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Optique Pty Ltd

ATF

## Optique Super Pension Fund

ABN 40898151620

1 Roslyndale Ave.,
Woollahra.
NSW. 2025

Ph: (02) 9328 1652
Fx: (02) 9328 1637
optiques@masnick.com.au

14 July 2009

Epiq Bankruptcy Solutions,
FDR Station, PO Box 5076
New York, NY 10150-5076

Re Lehmann Brothers

Dear Sir,

Enclosed is a claim form. I had thought I filled in one of these last year so please check to
avoid duplication.



**Account: 052-31173-5**
**Account Name: Optique Pty Ltd ATF Optique Super Pension Fund**

**Optique Pty Ltd ATF Optique Super Pension Fund**
**Mr Masnick**
**1 Roslyndale Avenue**
**Woollahra 2025**
**NSW**
**Australia**

The following securities were held at **Citibank in safe custody with Lehman Brothers** on your behalf as of 30 September 2008:

| Issue Name | Maturity Date | ISIN | Quantity |
|---|---|---|---|
| LEHMAN BROTHERS #7457   FRN | 15-Jun-2009 | XS0305158031 | 100,000.00 |



P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

**** LBH CLMLTR (MERGE2,TXNUM2) 4000000608 ****

OPTIQUE PTY LTD ATF OPTIQUE SUPER
PENSION FUND
KEITH MASNICK
1 ROSLYNDALE AVE
WOOLLAHRA, N.S.W., 2025 AUSTRALIA

June 30, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded
by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims
register in the LEHMAN BROTHERS HOLDINGS INC. case.  To ensure that your
claim has been recorded correctly, please review the following information:

Debtor:             NO DEBTOR ASSERTED BY CREDITOR
Case Number:        NO CASEZ99
Creditor:           OPTIQUE PTY LTD ATF OPTIQUE SUPER
Date Received:      11/12/2008
Claim Number:       602

*Please note that nothing in this Acknowledgement should be construed to mean or imply
that your claim is being allowed.  The Debtor may elect to object to the identified claim
on various grounds.*

We also strongly encourage you to review your proof of claim on our website at
http://chapter11.epiqsystems.com/LBH.  To find your imaged claim, click on the "Filed
Claims & Schedules" icon at the top of the page, type in your claim number in the
"Claim #" field, and click "Search".  Additionally, you may search for your claim by
typing in your name in the appropriate search field.

If you have any questions, please contact us at 646-282-2500 or via our contact form on
our website at http://www.epiqbankruptcysolutions.com/contact.htm.  Please be sure to
specify the client name about which you are inquiring.

EPIQ BANKRUPTCY SOLUTIONS, LLC



# **EXHIBIT 4**



**Created: 31-Jul-08 23:34:06**

**Account: 2064500439**
**Account Name: Optique Pty Ltd ATF Optique Super Pension Fund**

**Optique Pty Ltd ATF Optique Super Pension Fund**
**Mr Masnick**
**1 Roslyndale Avenue**
**Woollahra 2025**
**NSW**
**Australia**

The following securities were held on your behalf as of  23:34:06:

| Issue Name | Maturity Date | ISIN | Quantity |
|---|---|---|---|
| LEHMAN BROTHERS TREASURY BV | 15-Jun-2009 | XS0305158031 | 100,000.00 |



**Account: 052-31173-5**
**Account Name: Optique Pty Ltd ATF Optique Super Pension Fund**

**Optique Pty Ltd ATF Optique Super Pension Fund**
**Mr Masnick**
**1 Roslyndale Avenue**
**Woollahra 2025**
**NSW**
**Australia**

The following securities were held at **Citibank in safe custody with Lehman Brothers** on your behalf as of 30 September 2008:

| Issue Name | | Maturity Date | ISIN | Quantity |
|---|---|---|---|---|
| LEHMAN BROTHERS #7457 | FRN | 15-Jun-2009 | XS0305158031 | 100,000.00 |

2



**Account: 052-31173-5**
**Account Name: Optique Pty Ltd ATF Optique Super Pension Fund**

**Optique Pty Ltd ATF Optique Super Pension Fund**
**Mr Masnick**
**1 Roslyndale Avenue**
**Woollahra 2025**
**NSW**
**Australia**

The following securities were held at **Citibank in safe custody with Lehman Brothers** on your behalf as of 31 October 2008:

| Issue Name | | Maturity Date | ISIN | Quantity |
|---|---|---|---|---|
| LEHMAN BROTHERS #7457 | FRN | 15-Jun-2009 | XS0305158031 | 100,000.00 |





ANZ
Level 15, 100 Queen Street
Melbourne
Victoria 3000
Australia

03May11

Our Ref: 3214059030April11
OPTIQUE PTY LTD ATFT OPTIQUE SUPER PENSION FUND
LYNNE MASNICK
1 ROSLYNDALE AVENUE
WOOLLAHRA
NSW 2025

Dear Sir/Madam

Re: Statement of Holdings

The following securities were held on your behalf as at 30 April 2011

| Security Description | ISIN | Holding |
|---|---|---|
| LEHMAN BROTHERS Global note MATURITY 15 June 2009 (Held in Clearstream) | XS0305158031 | 100,000 |

Please contact ANZ Market Operations on 1800 288 891 or email safecustodyoperations@anz.com if you have any queries,

Regards Safe Custody

Operations

Australia and New Zealand Banking Group Limited ABN 11 005 357 522

"This letter and any attachments to it (the "Communication") is, unless otherwise stated, confidential, may contain copyright material and is for the use only of the intended recipient. If you receive the Communication in error, please notify the sender immediately by return email, delete the Communication and the return email, and do not read, copy, retransmit or otherwise deal with it. Any views expressed in the Communication are those of the individual sender only, unless expressly stated to be those of Australia and New Zealand Banking Group Limited ABN 11 005 357 522, or any of its related entities including ANZ National Bank Limited (together "ANZ"). ANZ does not accept liability in connection with the integrity of or errors in the Communication, computer virus, data corruption, interference or delay arising from or in respect of the Communication."

# **EXHIBIT 5**



Australia and New Zealand Banking Group Limited
15/100 Queen Street
Melbourne
Victoria 3000
Australia

Telephone 1800 288 891

30-June-2011

**SUBJECT:     OPTIQUE PTY LTD ATFT OPTIQUE SUPER PENSION FUND
LEHMAN BROTHERS TRE VAR 15/06/09 ISIN XS0305158031**

To Whom It May Concern,

We would like to confirm an individual parcel of holdings on behalf of the above client.

We as ANZ Banking Group Ltd provide a custodial service to this client via our Clearstream account 89583.  We hold an individual parcel of 100,000 units of the above security in a larger net pool of 5,210,000 units and can confirm this client's holding.  This has been under our custody on behalf of the client since 14 November 2008.

Please see attached Statement of Holdings which verifies this from a legal perspective.

Regards

Hayden McNamara, Global Head of Service

Australia and New Zealand Banking Group Limited ABN 11 005 357 522

"This letter and any attachments to it (the "Communication") is, unless otherwise stated, confidential, may contain copyright material and is for the use only of the intended recipient. If you receive the Communication in error, please notify the sender immediately by return e-mail, delete the Communication and the return e-mail, and do not read, copy, retransmit or otherwise deal with it. Any views expressed in the Communication are those of the individual sender only, unless expressly stated to be those of Australia and New Zealand Banking Group Limited ABN 11 005 357 522, or any of its related entities including ANZ National Bank Limited (together "ANZ"). ANZ does not accept liability in connection with the integrity of or errors in the Communication, computer virus, data corruption, interference or delay arising from or in respect of the Communication."



ANZ
Level 15, 100 Queen Street
Melbourne
Victoria 3000
Australia

30-Jun-11

Our Ref: 3214-0590-XS0305158031

Optique Pty Ltd ATFT Optique Super Pension Fund
Lynn Masnick
1 Roslyndale Avenue
WOOLLAHRA  NSW 2025

Dear Sir/Madam

**Re: Statement of Holdings**

The following securities were held on your behalf as at 30 June 2011.

| Security Description | ISIN | Holding |
|---|---|---|
| LEHMAN BRO GLOBAL NOTE | XS0305158031 | 100,000.00 |

Please contact ANZ Market Operations on 1800 288 891 or email safecustodyoperations@anz.com if you have any queries,

**Regards**

**Safe Custody Operations**

Australia and New Zealand Banking Group Limited ABN 11 005 357 522

"This letter and any attachments to it (the "Communication") is, unless otherwise stated, confidential, may contain copyright material and is for the use only of the intended recipient. If you receive the Communication in error, please notify the sender immediately by return e-mail, delete the Communication and the return e-mail, and do not read, copy, retransmit or otherwise deal with it. Any views expressed in the Communication are those of the individual sender only, unless expressly stated to be those of Australia and New Zealand Banking Group Limited ABN 11 005 357 522, or any of its related entities including ANZ National Bank Limited (together "ANZ"). ANZ does not accept liability in connection with the integrity of or errors in the Communication, computer virus, data corruption, interference or delay arising from or in respect of the Communication."