j:\firm\lit\lehman2.noa

Jay B. Solomon (JBS-3855)
KLEIN & SOLOMON, LLP
275 Madison Avenue, 11th Floor
New York, New York 10016
Attorneys for Creditors
HOPE GREENFIELD and
GREEFIELD'S OTC LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
In re:                            Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,    Case No. 08-13555(JMP)
*et al.*,                         (Jointly Administered)
                Debtors.
--------------------------------X

**AMENDED NOTICE OF APPEARANCE BY HOPE GREENFIELD AND GREENFIELD'S OTP LLC, PURSUANT TO BANKRUPTCY CODE §1109(b) AND BANKRUPTCY RULE 9010 AND REQUEST FOR SERVICE OF DOCUMENTS AND NOTICES PURSUANT TO BANKRUPTCY RULE 2002**

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Code §1109(b) and Bankruptcy Rule 9010, HOPE GREENFIELD and GREENFIELD'S OTP LLC, by their attorneys, Klein & Solomon, LLP, hereby appear in the above-captioned case and request that notice of all matters arising therein and all papers and other documents filed therein, including, but not limited to, orders, reports, pleadings, motions, applications, petitions, disclosure statements, and answering and reply papers, and all notices required by Bankruptcy Rule 2002, be served upon the undersigned attorneys.

Dated:     New York, New York
           July 7, 2011

                                        **KLEIN & SOLOMON, LLP**

                                        By:   s/ Jay B. Solomon
                                                  Jay B. Solomon (JBS-3855)
                                                  Attorneys for Creditors
                                                  HOPE GREENFIELD and
                                                  GREEFIELD'S OTC LLC
                                                  275 Madison Avenue, 11th Floor
                                                  New York, New York 10016
                                                  (212) 661-9400

TO:   **CLERK, UNITED STATES BANKRUPTCY COURT**
       Southern District of New York
       One Bowling Green
       New York, New York 10004-1408

       **WEIL, GOTSHAL & MANGES LLP**
       Attorneys for Debtor
       767 Fifth Avenue
       New York, New York 10153

       **HUGHES HUBBARD & REED**
       Attorneys for James W. Giddens, as Trustee
       For SIPA Liquidation of Lehman Brothers Inc.
       1 Battery Park Plaza
       New York, New York 10004

       **ANDREW D. VELEZ-RIVERA, ESQ.**
       Office of the U.S. Trustee
       33 Whitehall Street, 21st Floor
       New York, New York 10004

       **QUINN EMANUEL URQUHART OLIVER & HEDGES**
       Attorneys for Official Committee of Unsecured Creditors
       51 Madison Avenue, 22nd Floor
       New York, New York 10010