UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                         :

In re                            :           Chapter 11 Case No.
                                           :

LEHMAN BROTHERS HOLDINGS INC., *et al.,*    :        08-13555 (JMP)
                                         :        (Jointly Administered)

                Debtors.          :
                                         :

-------------------------------------------------------------------x      Ref. Docket Nos. 18128, 18129,
                                           18132, 18136-18147, 18149-18152,
                                           18159

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 1, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  */s/ Lauren Rodriguez*
                                                  Lauren Rodriguez

Sworn to before me this
7th day of July, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  DEUTSCHE BANK AG, LONDON BRANCH
             TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD
             ATTN: JEFFREY OLINSKY
             60 WALL STREET, 3RD FLOOR
             NEW YORK NY 10005

Please note that your claim # 66653-29 in the above referenced case and in the amount of
        $38,000,000.00        has been transferred **(unless previously expunged by court order)**

             YORK GLOBAL FINANCE BDH, LLC
             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
             C/O YORK CAPITAL MANAGEMENT
             ATTN: MARGARET MAURO
             767 FIFTH AVENUE, 17TH FLOOR
             NEW YORK NY 10153

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 18128      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/01/2011                           Vito Genna, Clerk of Court


                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 1, 2011.

# EXHIBIT B

```
TIME: 11:27:43
DATE: 07/01/11
```

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|------|---------|
| BARCLAYS BANK PLC | TRANSFEROR: UNITED COCONUT PLANTERS BANK 745 Seventh Avenue New York NY 10019 USA |
| BEST WORTH ASSETS LIMITED | 15/F MANULIFE TOWER, 169 ELECTRIC ROAD NORTH POINT HONG KONG |
| CHAN CHUI LIN | FLT B 11/F 33 FORT STREET NORTH POINT HK HONG KONG |
| CHIU YAU, SHING | FLT B 6/F BLK 8 ISLAND HARBOURVIEW NO.11 HOI FAI ROAD TAI KOK TSUI, KLN  HONG KONG |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF  40213 GERMANY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| GN3 SIP LTD | JASON SANJANA LATHAM & WATKINS LLP 885 THIRD AVENUE NEW YORK NY 10022 |
| GN3 SIP LTD | TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DE MATTEO OPERATIONS DIRECTOR 1230 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK NY 10020 |
| HAGEMANN, MARCO | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA BIRKENWEG 10 32584 LOEHNE  GERMANY |
| HAN LO MAN LEE | FLAT C 11/F GEE LAN MANSION WESTLANDS ROAD QUARRY BAY  HONG KONG |
| HEINZ-ERWIN SCHILLING, OLAF | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA SCHULENBURG DELITZSCH STR 26 32049 HERFORD  GERMANY |
| ILLIQUIDX LTD | TRANSFEROR: BEST WORTH ASSETS LIMITED ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: BIOPROJET PHARMA ATTN: SUSAN MCNAMARA MAIL CODE, NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| KIN LAI KUEN STELLA | FLT B-13 2/F WOODGREEN ESTATE 5 SHOUSON HILL ROAD ABERDEEN, HK  HONG KONG |
| LEUNG YUEN MAN | 1053 MCQUAY BLVD WHITBY ON L1P 1R8 CANADA |
| LIPIN STANLEY CARL/ LIPIN IREN ITZHAKI | FLAT A 41/F BLOCK 1 SCENIC GARDEN 9 KOTEWALL ROAD MID-LEVELS  HONG KONG |
| MUI MING CHEET CALVIN | FLAT B 43/F TOWER 17 OCEAN SHORES NO.88 O KING ROAD TSEUNG KWAN O, NT  HONG KONG |
| NG CHOI, FUNG | FLAT B 36/F TOWER SOUTH CHELSEA COURT 100 YEUNG UK ROAD TSUEN WAN  HONG KONG |
| ROYAL BANK OF SCOTLAND PLC, THE | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVE. OF THE AMERICAS NEW YORK NY 10019 |
| ROYAL BANK OF SCOTLAND PLC, THE | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ROYAL BANK OF SCOTLAND PLC, THE | C/O RBS SECURITIES INC. ATTN: PIA FRIIS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND PLC, THE | C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| SILVER POINT CAPITAL FUND, L.P. | DAVIS POLK & WARDWELL LLP ATTN: DAVID F. STEINMETZ TWO GREENWICH AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, LP ATTN: DAVID STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE C/O SILVER POINT CAPITAL, LP ATTN: DAVID STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | DAVIS POLK & WARDWELL LLP ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE C/O SILVER POINT CAPITAL, L.P. ATTN: DAVAID STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | XIN YU DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL L.P. ATTN: DAVID F STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, LP ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE C/O SILVER POINT CAPITAL, LP ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHAN CHUI LIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHIU YAU, SHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: HAN LO MAN LEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: KIN LAI KUEN STELLA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 11:27:43
DATE: 07/01/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:  2

| Name | Address |
|---|---|
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEUNG YUEN MAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LIFIN STANLEY CARL/ LIFIN IREN ITZHAKI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: MUI MING CHEET CALVIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: NG CHOI, FUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TSOI YEE, MOI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG ELLA MARINA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| TSOI YEE, MOI | FLAT B5 BLOCK 1 KENT COURT 133 BOUNDARY STREET KOWLOON TONG, KLN    HONG KONG |
| WONG ELLA MARINA | C/O THE DAIRY FARM COMPANY LTD 7/F DEVON HOUSE 979 KING'S ROAD QUARRY BAY, HK    HONG KONG |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |

Total Number of Records Printed    52

EPIQ BANKRUPTCY SOLUTIONS, LLC