Rhode ST. Genèse,
June 19th 2011

From :

Tinant Danielle
Avenue des Tilleuls, 16
1640 Rhode Saint-Genèse
Belgium

Mobile: 00-32-478 888 201
Phone: 00-32-2- 358 20 55

To :

The Honorable James M. Peck
One Bowling Green, New York
New York 10004
Courtroom 601

Annexes: latest mails about the hearing, 5 pages.

Subject: Reservation for a teleconference hearing.

Dear Mr. Peck,

Mr. Casey A. Burton, from Weil, Gotshal and Manges LLP, directed me to you to make a reservation for a teleconference hearing initially planned on June 30th 2011 at 10 am ET and apparently postponed to July 21st 2011 at 10 am ET.

As foreseen in the instructions for telephonic appearances at court hearings, I send you this written request with required information as you are the judge assigned to my case.

Required information:

Case noun: Lehman Brothers Holdings Inc, et al., Debtors – US Bankruptcy Court Southern
        District of New York.

Case number: Chapter 11 case no. 08-13555(JMP).

Name of the judge: The Honorable James M. Peck.

Hearing date and time:
-   Initially planned on June 30th 2011 at 10 am ET.
-   Apparently postponed to July 21st 2011 at 10 am ET.

    Can you be so kind to confirm please?

Parties, address, and phone number of participant/attorney: My Husband and me intend to
        participate ourselves.

    Mrs. Danielle Tinant/My husband, Mr. Jean-Paul Verhoustraeten
    16 Avenue des Tilleuls – 1640 Rhode Saint-Genèse – Belgium

    Phone : 00-32-2-3582055.


RECEIVED
JUN 27 2011

Parties whom participant represents:
  Mrs. Danielle Tinant

Pleading and matter on which participant wishes to be heard:
  Reason why I oppose the disallowance and expungement by Lehman Brothers Holdings
  Inc. and certain of its affiliates (collectively the "Debtors") of my claim number 64460,
  filed on November 3rd, 2009 (see my mail of  June 5th, 2011).

  The amount represented by my 14 Lehman securities, ISIN number XS0218304458-00,
  counts for 14000 €, or appreciatively 20500 USD, which is very significant for a private
  person like me.


I thank you very much in advance for your authorisation and for the confirmation of July 21st
2011 at 10 am ET as the new schedule of subject hearing.

Regards,


Danielle Tinant

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re                                                           :    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :    08-13555 (JMP)

Debtors.                                    :    (Jointly Administered)

                                                                :

-----------------------------------------------------------------x

LBH OMNI 143 05-16-2011 (MERGE2,TXNUM2) 4000111929 BAR(23) MAIL ID *** 000045391462 *** BSIUSE: 11

TINANT, DANIELLE
AV. DES TILLEULS 16
RHODE-ST-GENES, 1640 BELGIUM

**THIS IS A NOTICE REGARDING YOUR CLAIM(S). YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

**IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE OBJECTION,
PLEASE CONTACT DEBTORS' COUNSEL, CASEY BURTON, ESQ., AT 214-746-7700.**

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED FORTY-THIRD
OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)**

| CLAIM TO BE DISALLOWED & EXPUNGED | |
|---|---|
| **Creditor Name and Address:**<br>TINANT, DANIELLE<br>AV. DES TILLEULS 16<br>RHODE-ST-GENES, 1640 BELGIUM | **Claim Number:**   64460 |
| | **Date Filed:**   11/3/2009 |
| | **Debtor:**   08-13555 |
| | **Classification and Amount:**   UNSECURED: $ 0.00<br>UNLIQUIDATED |

PLEASE TAKE NOTICE that, on May 16, 2011, Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Debtors") filed their One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) (the "Objection") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").[1]

The Objection requests that the Bankruptcy Court expunge, reduce, reclassify, and/or disallow your claim(s) listed above under CLAIM TO BE DISALLOWED & EXPUNGED on the ground that said claims(s) violate the Bankruptcy Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271], as they were filed after the applicable bar date. The Bar Date Order established, among other things, September 22, 2009 at 5:00 p.m. (prevailing Eastern Time) as the deadline to file proofs of claim against the Debtors, except for claims arising from Lehman Programs Securities (as such term was defined in the Bar Date Order). The Bar Date Order established November 2, 2009 as the deadline to file proofs of claim arising from securities included on the Lehman Programs Securities List. **Any claim that the Bankruptcy Court disallows and expunges will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

---

[1] A list of the Debtors, along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.lehman-docket.com.

If you DO oppose the disallowance, expungement, reduction or reclassification of your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then you MUST file with the Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on June 15, 2011 (the "Response Deadline").

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed, expunged, reduced, or reclassified for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court or provided to the Debtors in response to the Derivative Questionnaire and/or Guarantee Questionnaire (as defined in the order, dated July 2, 2009, establishing the deadline for filing proofs of claim, approving the form and manner of notice thereof and approving the proof of claim form [Docket No. 4271]), upon which you will rely in opposing the Objection; (v) the address(es) to which the Debtors must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

A hearing will be held on June 30, 2011 to consider the Objection. The hearing will be held at 10:00 a.m. Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 601. If you file a written response to the Objection, you should plan to appear at the hearing. The Debtors, however, reserve the right to continue the hearing on the Objection with respect to your claim. If the Debtors do continue the hearing with respect to your claim, then the hearing will be held at a later date. If the Debtors do not continue the hearing with respect to your claim, then a hearing on the Objection will be conducted on the above date.

If the Bankruptcy Court does NOT disallow, expunge, reduce or reclassify your claim listed above under CLAIM TO BE DISALLOWED & EXPUNGED, then the Debtors have the right to object on other grounds to the claim (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

You may participate in a hearing telephonically provided that you comply with the Court's instructions (including, without limitation, providing prior written notice to counsel for the Debtors and any statutory committees), which can be found on the Court's website at www.nysb.uscourts.gov.

If you wish to view the complete Objection, you can do so on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.lehman-docket.com. If you would like to request a complete copy of the Objection at the Debtors' expense, please contact the Debtors' approved claims agent Epiq Bankruptcy Solutions, LLC toll-free at 1-866-879-0688.

**If you have any questions about this notice or the Objection, please contact Debtors' counsel, Casey Burton, Esq., at 214-746-7700. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.**

DATED: May 16, 2011
         New York, New York

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
(212) 310-8000
Robert J. Lemons
ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

Rhode ST. Genèse,
Juni 5th 2011

From :

Tinant Danielle
Avenue des Tilleuls, 16
1640 Rhode Saint-Genèse
Belgium

Mobile 00-32-478 888 201
Phone nbr. 00-32-2- 358 20 55

To :

The Honorable James M. Peck
One Bowling Green, New York
New York 10004
Courtroom 601

Weil Gotshal & Manges LLP
Attn : Robert J. Lemons and Mark Berstain
767 Fifth Avenue, New York
New York 10153

The Office of the United States Trustee
for Region 2
Attn : Tracy Hope Davis, Elisabetta Gasparini
        And Andrea B.Schwartz
33 Whitehall Street, 21st Floor, New York
New York 10004

Milbank, Tweed, Hadley & Mc Cloy LLP
Attn : Dennis F. Dunne, Dennis O'Donnell,
        And Evan Fleck
1 Chase Manhattan Plaza, New York
New York 10005

ANNEXES : 5 annexes.

Subject : Opposition to the disallowance and expungement of my claim, number 64460 and
         Blocking Number CA67719 (answer to ANNEX 1).

Dear,

I oppose the disallowance and expungement of my claim 64460 mentioned in the notice in
ANNEX 1.

Please find hereunder the required information related to my opposition and requested by the
notice in Annex 1.

1) - <u>Bankruptcy Court</u> :
     United States Bankruptcy Court for the Southern District of New York.

   - <u>Debtors</u> :
     Lehman Brothers Holdings Inc. and certain of its affiliates (collectively the "Debtors").

   - <u>Case number</u> : Chapter 11 Case No. 08-13555 (JMP).

- <u>Title of the Objection to which this response is directed</u> : Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late Filed Claims) with the United States Bankruptcy Court for the Southern District of New York.

2) - <u>Name of the Claimant</u> :
Tinant Danielle
Avenue des Tilleuls, 16
1640 Rhode-Saint-Genèse
Belgium

- <u>Description of the basis for the amount of the claim</u> :
14 securities identified by the ISIN number XS0218304458-00 with a purchase value of 1000   EURO each, which makes a total value of 14000 EURO. See Proof of Claim (ANNEX 5).

3) - <u>Reason why my claim should not be disallowed and expunged</u>:
The Bar Date Order established November 2, 2009 as the deadline to file proofs of claim arising from securities included on the Lehman Programs Securities List.
My bank, ING Belgique SA – securities Department, confirmed the due date of November 2, 2009 as you can see under § 5 of ANNEX 3.
This is based on my Lehman securities ISIN number XS0218304458-00 which appears on ANNEX 4.

As I sent my Proof of Claim via certified sending of the Belgian Post on October 28, 2009 am, this shows evidence that the Proof of Claim was filed on time, i.e. before November 2, 2009.
The official form of the Belgian Post, showing sending date and hour, can be found on ANNEX 6.
I cannot be responsible for any delay which may have occurred on the processing of incoming mail at the US Recipient side.

4) - <u>All documentation of other evidence of the claim</u>:
See annex 1, 3, 4, 5, 6.
N.B.: There is no annex 2, for consistency with previous mail.

5) - <u>Address where the Debtors must return any reply to my response</u>:
Same as in the Proof of Claim (ANNEX 5), i.e.:

Me Danielle Tinant
Avenue des Tilleuls 16
1640 Rhode Saint-Genèse
Belgium

6) - <u>Name , address, telephone numbers of the person resolving the claim</u>:
Me Danielle Tinant
Avenue des Tilleuls 16
1640 Rhode Saint-Genèse
Belgium
Phone: 00-32-2-358-20-55
Mobile: 00-32-478-888-201

<u>Message to the President of the Court:</u>

Mister the President,

Could you please be so kind to take the following into consideration:

1) The amount represented by my 14 Lehman securities, ISIN number XS0218304458-00, counts for 14000 €, or appreciatively 20500 USD, which is very significant for a private person like me.

2) The costs (travel from Europe, lodging, leaving expenses, etc...) to appear at the hearing on the objection, are expected to be very high for a private person like me. This becomes even more critical if the Debtors do continue the hearing with respect to my claim, because in this case the hearing will be held at a later date, as stated in your notice, which would imply last minute cancellation costs for me.

Regards,

D. Tinant