Page 3 of 4

www.alvarezandmarsal.com

**Lehman Brothers Holdings Inc. - Contact Information:**
1271 Avenue of the Americas
35th Floor
New York, NY 10020
(646) 333-8843
locheng@lehman.com

This message is intended only for the use of the Addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Thank you.

This email has been scanned by the MessageLabs Email Security System.

*********************************************************************************
This message is intended only for the use of the addressee(s) and may contain information
that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient(s), you are
hereby notified that any dissemination of this communication is strictly prohibited.
If you have received this communication in error, please erase all copies of the
message and its attachments and notify us immediately.

This email has been scanned by the MessageLabs Email Security System.
*********************************************************************************

*********************************************************************************
This message is intended only for the use of the addressee(s) and may contain information
that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient(s), you are
hereby notified that any dissemination of this communication is strictly prohibited.
If you have received this communication in error, please erase all copies of the
message and its attachments and notify us immediately.

This email has been scanned by the MessageLabs Email Security System.
*********************************************************************************

*********************************************************************************
This message is intended only for the use of the addressee(s) and may contain information
that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient(s), you are
hereby notified that any dissemination of this communication is strictly prohibited.
If you have received this communication in error, please erase all copies of the
message and its attachments and notify us immediately.

This email has been scanned by the MessageLabs Email Security System.
*********************************************************************************

*********************************************************************************
This message is intended only for the use of the addressee(s) and may contain information
that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient(s), you are
hereby notified that any dissemination of this communication is strictly prohibited.

6/20/2011

**Don Prohaska**

**From:** Cheng, Loran [lcheng@alvarezandmarsal.com]
**Sent:** Tuesday, May 05, 2009 10:55 AM
**To:** Don Prohaska
**Subject:** RE: 52K claim

Don,

I spoke to someone in real estate and was told that all your invoices were approved and have been sent to accounts payable for processing. I do not know when you should expect payment.

Regards,

Loran

**From:** Don Prohaska [mailto:don@prohaskaassociates.com]
**Sent:** Wednesday, April 29, 2009 12:22 PM
**To:** Cheng, Loran
**Subject:** RE: 52K claim

Loran – were we able to determine the status of these?  Thanks, Don

**From:** Cheng, Loran [mailto:lcheng@alvarezandmarsal.com]
**Sent:** Friday, April 17, 2009 11:31 AM
**To:** Don Prohaska
**Subject:** RE: 52K claim

I have received the invoices. Thank you.

**From:** Don Prohaska [mailto:don@prohaskaassociates.com]
**Sent:** Friday, April 17, 2009 1:41 PM
**To:** Cheng, Loran
**Subject:** RE: 52K claim

Loran – just want to confirm that you got my 3 batches of invoices.  Thanks for your assistance.  Don

**From:** Cheng, Loran [mailto:lcheng@alvarezandmarsal.com]
**Sent:** Thursday, April 16, 2009 2:52 PM
**To:** Don Prohaska
**Subject:** RE: 52K claim

Don,

I have spoken with our Treasury and was directed to someone in our commercial real estate department who is familiar with this issue. Can you please send me a copy of these invoices electronically? I will speak with someone in that department to help resolve this issue.

Regards,

Loran

6/20/2011

Page 2 of 4

**From:** Don Prohaska [mailto:don@prohaskaassociates.com]
**Sent:** Tuesday, April 14, 2009 11:04 AM
**To:** Cheng, Loran
**Subject:** FW: 52K claim

Loran, have you been able to determine what the court's intent is regarding third party invoices such as mine identified below? Thanks.

**From:** Don Prohaska [mailto:don@prohaskaassociates.com]
**Sent:** Wednesday, April 08, 2009 4:52 PM
**To:** 'Cheng, Loran'
**Subject:** RE: 52K claim

Loran, thanks for the response. I am told by Trimont RE Advisors to whom the invoices were sent that they were directed to LB Holdings. Invoices are as follows:

| Date | Property | Amount |
|---|---|---|
| 4-26-08 | 222 Broadway Oakland, CA. | $3,268.00 |
| 6-8-08 | 222 Broadway | $18,554.88 |
| 6-30-08 | 222 Broadway | $14,201.83 |
| 7-31-08 | 222 Broadway | $4,521.38 |
| 9-10-08 | Montelucia Resort Phoenix, AZ | $9,762.37 |
| 10-8-08 | Centennial Hills | $1,324.86 |
| TOTAL | | $51,633.32 |

**From:** Cheng, Loran [mailto:lcheng@alvarezandmarsal.com]
**Sent:** Wednesday, April 08, 2009 2:03 PM
**To:** don@prohaskaassociates.com
**Subject:** RE: 52K claim

Don,

We have received your email detailing a $52K claim for invoices prior to the bankruptcy. Can you please specify who the claim is with? Specifically Lehman Brothers Inc. or Lehman Brothers Holding Inc?

Regards,

Loran Cheng, CFE
Senior Associate
Alvarez & Marsal Dispute Analysis & Forensic Services, LLC
125 Park Ave Suite 2500
New York, NY 10017
Direct: 212.328.8733
Mobile: 646.407.6229
Fax: 212.328.8757

6/20/2011