UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                              :   Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :   08-13555 (JMP)
                                                   :
                         Debtors.                  :   (Jointly Administered)
----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. (08-13555) |
| Creditor Name and Address: | Metropolitan Life Insurance Company<br>PO Box 1902<br>10 Park Avenue<br>Morristown, NJ 07962-1902 |
| Claim Number (if known): | 65993 |
| Date Claim Filed: | 12/23/2009 |
| Total Amount of Claim Filed: | $338,798,048.64 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: *[signature]* | Title: Director |
| Printed Name: Ronald Nirenberg | Dated: July 8, 2011 |

US_ACTIVE:\43326298\01\58399.0003