**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                              :     Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,     :     08-13555 (JMP)
                                                                   :
                Debtors.                                    :     (Jointly Administered)
                                                                   :
------------------------------------------------------------------------x     Ref. Docket No. 18291

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK   )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 6, 2011, I caused to be served the "Notice of Presentment of Application of the Debtors Pursuant to Section 327(e) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Modify the Procedures for Compensating and Reimbursing Moulton Bellingham PC, as Special Counsel to the Debtors, Effective as of March 1, 2011," dated July 6, 2011, to which was attached the "Application of the Debtors Pursuant to Section 327(e) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Modify the Procedures for Compensating and Reimbursing Moulton Bellingham PC, as Special Counsel to the Debtors, Effective as of March 1, 2011," dated July 6, 2011 [Docket No. 18291], by causing true and correct copies to be:

   a. delivered via electronic mail to those parties listed on the annexed Exhibit A,

   b. delivered via facsimile to the party listed on the annexed Exhibit B, and

   c. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Eleni Manners*
Eleni Manners

Sworn to before me this
7th day of July, 2011
*/s/ Eleni Kossivas*
Notary Public, State of New York
No. 01KO6222093
Qualified in the County of New York
Commission Expires May 17, 2014

# EXHIBIT A

## LBH Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | anthony_boccanfuso@aporter.com |
| aalfonso@willkie.com | aoberry@bermanesq.com |
| abraunstein@riemerlaw.com | aostrow@beckerglynn.com |
| acaton@kramerlevin.com | apo@stevenslee.com |
| acker@chapman.com | aquale@sidley.com |
| adam.brezine@hro.com | araboy@cov.com |
| adarwin@nixonpeabody.com | arahl@reedsmith.com |
| Adiamond@DiamondMcCarthy.com | arheaume@riemerlaw.com |
| aeckstein@blankrome.com | arlbank@pbfcm.com |
| aentwistle@entwistle-law.com | arosenblatt@chadbourne.com |
| afriedman@irell.com | arthur.rosenberg@hklaw.com |
| agbanknewyork@ag.tn.gov | arwolf@wlrk.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashaffer@mayerbrown.com |
| ahammer@freebornpeters.com | ashmead@sewkis.com |
| aisenberg@saul.com | asnow@ssbb.com |
| akantesaria@oppenheimerfunds.com | atrehan@mayerbrown.com |
| alesia.pinney@infospace.com | aunger@sidley.com |
| alum@ftportfolios.com | austin.bankruptcy@publicans.com |
| amarder@msek.com | avenes@whitecase.com |
| AMcMullen@BoultCummings.com | azylberberg@whitecase.com |
| amenard@tishmanspeyer.com | bankr@zuckerman.com |
| Andrew.Brozman@cliffordchance.com | bankruptcy@goodwin.com |
| andrew.lourie@kobrekim.com | bankruptcy@morrisoncohen.com |
| angelich.george@arentfox.com | bankruptcy@ntexas-attorneys.com |
| ann.reynaud@shell.com | bankruptcymatters@us.nomura.com |

*LBH Email Service List*

| | |
|---|---|
| barbra.parlin@hklaw.com | cgoldstein@stcwlaw.com |
| bbisignani@postschell.com | chammerman@paulweiss.com |
| bcarlson@co.sanmateo.ca.us | chardman@klestadt.com |
| bdk@schlamstone.com | charles@filardi-law.com |
| bgraifman@gkblaw.com | charles_malloy@aporter.com |
| bguiney@pbwt.com | charu.chandrasekhar@wilmerhale.com |
| bill.freeman@pillsburylaw.com | chipford@parkerpoe.com |
| bkmail@prommis.com | chris.donoho@lovells.com |
| bmanne@tuckerlaw.com | christopher.schueller@bipc.com |
| BMiller@mofo.com | clarkb@sullcrom.com |
| boneill@kramerlevin.com | clynch@reedsmith.com |
| Brian.Corey@greentreecreditsolutions.com | cmontgomery@salans.com |
| bromano@willkie.com | cohenr@sewkis.com |
| brosenblum@jonesday.com | cp@stevenslee.com |
| broy@rltlawfirm.com | cpappas@dilworthlaw.com |
| btrust@mayerbrown.com | craig.goldblatt@wilmerhale.com |
| bturk@tishmanspeyer.com | crmomjian@attorneygeneral.gov |
| bwolfe@sheppardmullin.com | cs@stevenslee.com |
| bzabarauskas@crowell.com | csalomon@beckerglynn.com |
| cahn@clm.com | cschreiber@winston.com |
| calbert@reitlerlaw.com | cshore@whitecase.com |
| canelas@pursuitpartners.com | cshulman@sheppardmullin.com |
| carol.weinerlevy@bingham.com | ctatelbaum@adorno.com |
| cbelisle@wfw.com | cwalsh@mayerbrown.com |
| cbelmonte@ssbb.com | cward@polsinelli.com |
| cbrotstein@bm.net | cweber@ebg-law.com |

*LBH Email Service List*

| | |
|---|---|
| cweiss@ingramllp.com | dgrimes@reedsmith.com |
| dallas.bankruptcy@publicans.com | dhayes@mcguirewoods.com |
| daniel.guyder@allenovery.com | dheffer@foley.com |
| dave.davis@isgria.com | diconzam@gtlaw.com |
| david.bennett@tklaw.com | djoseph@stradley.com |
| david.crichlow@pillsburylaw.com | dkleiner@velaw.com |
| david.heller@lw.com | dkozusko@willkie.com |
| david.seligman@kirkland.com | dlemay@chadbourne.com |
| davids@blbglaw.com | dlipke@vedderprice.com |
| davidwheeler@mvalaw.com | dludman@brownconnery.com |
| dbalog@intersil.com | dmcguire@winston.com |
| dbarber@bsblawyers.com | dmurray@jenner.com |
| dbaumstein@whitecase.com | dneier@winston.com |
| dbesikof@loeb.com | dodonnell@milbank.com |
| dcimo@gjb-law.com | dove.michelle@dorsey.com |
| dcoffino@cov.com | dowd.mary@arentfox.com |
| dcrapo@gibbonslaw.com | dpegno@dpklaw.com |
| ddavis@paulweiss.com | draelson@fisherbrothers.com |
| ddrebsky@nixonpeabody.com | dravin@wolffsamson.com |
| ddunne@milbank.com | drose@pryorcashman.com |
| deggermann@kramerlevin.com | drosenzweig@fulbright.com |
| deggert@freebornpeters.com | drosner@goulstonstorrs.com |
| demetra.liggins@tklaw.com | drosner@kasowitz.com |
| deryck.palmer@cwt.com | dshemano@pwkllp.com |
| dfelder@orrick.com | dspelfogel@foley.com |
| dflanigan@polsinelli.com | dtatge@ebglaw.com |

*LBH Email Service List*

| | |
|---|---|
| dwdykhouse@pbwt.com | fhyman@mayerbrown.com |
| dwildes@stroock.com | fishere@butzel.com |
| dworkman@bakerlaw.com | francois.janson@hklaw.com |
| easmith@venable.com | fsosnick@shearman.com |
| echang@steinlubin.com | fyates@sonnenschein.com |
| ecohen@russell.com | gabriel.delvirginia@verizon.net |
| efleck@milbank.com | gbray@milbank.com |
| efriedman@friedumspring.com | george.davis@cwt.com |
| egeekie@schiffhardin.com | geraci@thalergertler.com |
| eglas@mccarter.com | ggitomer@mkbattorneys.com |
| ehollander@whitecase.com | giddens@hugheshubbard.com |
| ekbergc@lanepowell.com | gkaden@goulstonstorrs.com |
| elevin@lowenstein.com | glenn.siegel@dechert.com |
| eli.mattioli@klgates.com | gmoss@riemerlaw.com |
| ellen.halstead@cwt.com | gravert@mwe.com |
| emerberg@mayerbrown.com | gspilsbury@jsslaw.com |
| eobrien@sbchlaw.com | guzzi@whitecase.com |
| eschaffer@reedsmith.com | harrisjm@michigan.gov |
| eschwartz@contrariancapital.com | harveystrickon@paulhastings.com |
| esmith@dl.com | hbeltzer@mayerbrown.com |
| etillinghast@sheppardmullin.com | heidi@crumbielaw.com |
| ezujkowski@emmetmarvin.com | heim.steve@dorsey.com |
| ezweig@optonline.net | heiser@chapman.com |
| fbp@ppgms.com | hirsch.robert@arentfox.com |
| feldsteinh@sullcrom.com | hollace.cohen@troutmansanders.com |
| ffm@bostonbusinesslaw.com | holsen@stroock.com |

## *LBH Email Service List*

- howard.hawkins@cwt.com
- hseife@chadbourne.com
- hsnovikoff@wlrk.com
- icatto@kirkland.com
- igoldstein@dl.com
- ilevee@lowenstein.com
- info2@normandyhill.com
- ira.herman@tklaw.com
- isgreene@hhlaw.com
- israel.dahan@cwt.com
- iva.uroic@dechert.com
- jaclyn.genchi@kayescholer.com
- jacobsonn@sec.gov
- james.mcclammy@dpw.com
- james.sprayregen@kirkland.com
- jamestecce@quinnemanuel.com
- jamie.nelson@dubaiic.com
- jar@outtengolden.com
- jason.jurgens@cwt.com
- jay.hurst@oag.state.tx.us
- jay@kleinsolomon.com
- Jbecker@wilmingtontrust.com
- jbeemer@entwistle-law.com
- jbeiers@co.sanmateo.ca.us
- jbird@polsinelli.com
- jbromley@cgsh.com
- jcarberry@cl-law.com
- jchristian@tobinlaw.com
- Jdrucker@coleschotz.com
- jdyas@halperinlaw.net
- jean-david.barnea@usdoj.gov
- jeanites@whiteandwilliams.com
- jeannette.boot@wilmerhale.com
- jeff.wittig@coair.com
- jeffrey.sabin@bingham.com
- jeldredge@velaw.com
- jen.premisler@cliffordchance.com
- jennifer.demarco@cliffordchance.com
- jennifer.gore@shell.com
- jeremy.eiden@state.mn.us
- jessica.fink@cwt.com
- jfalgowski@reedsmith.com
- jflaxer@golenbock.com
- jfox@joefoxlaw.com
- jfreeberg@wfw.com
- jg5786@att.com
- jgarrity@shearman.com
- jgenovese@gjb-law.com
- jguy@orrick.com
- jherzog@gklaw.com
- jhiggins@fdlaw.com
- jhorgan@phxa.com

*LBH Email Service List*

| | |
|---|---|
| jhuggett@margolisedelstein.com | jorbach@hahnhessen.com |
| jhuh@ffwplaw.com | Joseph.Cordaro@usdoj.gov |
| jim@atkinslawfirm.com | joshua.dorchak@bingham.com |
| jjoyce@dresslerpeters.com | jowen769@yahoo.com |
| jjtancredi@daypitney.com | jowolf@law.nyc.gov |
| jjureller@klestadt.com | joy.mathias@dubaiic.com |
| jkehoe@btkmc.com | JPintarelli@mofo.com |
| jlamar@maynardcooper.com | jporter@entwistle-law.com |
| jlawlor@wmd-law.com | jprol@lowenstein.com |
| jlee@foley.com | jrabinowitz@rltlawfirm.com |
| jlevitin@cahill.com | jrsmith@hunton.com |
| jlipson@crockerkuno.com | jschwartz@hahnhessen.com |
| jliu@dl.com | jsheerin@mcguirewoods.com |
| jlovi@steptoe.com | jshickich@riddellwilliams.com |
| jlscott@reedsmith.com | jsmairo@pbnlaw.com |
| jmaddock@mcguirewoods.com | jstoll@mayerbrown.com |
| jmazermarino@msek.com | jsullivan@mosessinger.com |
| jmcginley@wilmingtontrust.com | jtimko@shutts.com |
| jmelko@gardere.com | jtougas@mayerbrown.com |
| jmerva@fult.com | judy.morse@crowedunlevy.com |
| jmmurphy@stradley.com | jwallack@goulstonstorrs.com |
| jmr@msf-law.com | jwang@sipc.org |
| john.monaghan@hklaw.com | jwcohen@daypitney.com |
| john.rapisardi@cwt.com | jweiss@gibsondunn.com |
| john@crumbielaw.com | jwest@velaw.com |
| joli@crlpc.com | jwh@njlawfirm.com |

## *LBH Email Service List*

| | |
|---|---|
| k4.nomura@aozorabank.co.jp | lawallf@pepperlaw.com |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| KDWBankruptcyDepartment@kelleydrye.com | Lee.Stremba@troutmansanders.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| Ken.Coleman@allenovery.com | linda.boyle@twtelecom.com |
| ken.higman@hp.com | lisa.ewart@wilmerhale.com |
| kerry.moynihan@hro.com | lisa.kraidin@allenovery.com |
| kgwynne@reedsmith.com | LJKotler@duanemorris.com |
| kiplok@hugheshubbard.com | lmarinuzzi@mofo.com |
| kkelly@ebglaw.com | Lmay@coleschotz.com |
| klyman@irell.com | lmcgowen@orrick.com |
| kmayer@mccarter.com | lml@ppgms.com |
| kobak@hugheshubbard.com | lnashelsky@mofo.com |
| korr@orrick.com | loizides@loizides.com |
| KOstad@mofo.com | lromansic@steptoe.com |
| kovskyd@pepperlaw.com | lscarcella@farrellfritz.com |
| kpiper@steptoe.com | lschweitzer@cgsh.com |
| kressk@pepperlaw.com | lthompson@whitecase.com |
| KReynolds@mklawnyc.com | lubell@hugheshubbard.com |
| krosen@lowenstein.com | lwhidden@salans.com |
| kuehn@bragarwexler.com | mabrams@willkie.com |
| kurt.mayr@bgllp.com | MAOFILING@CGSH.COM |
| lacyr@sullcrom.com | Marc.Chait@SC.com |
| Landon@StreusandLandon.com | margolin@hugheshubbard.com |
| lathompson@co.sanmateo.ca.us | mark.deveno@bingham.com |

*LBH Email Service List*

| | |
|---|---|
| mark.ellenberg@cwt.com | miller@taftlaw.com |
| mark.houle@pillsburylaw.com | mimi.m.wong@irscounsel.treas.gov |
| mark.sherrill@sutherland.com | mitchell.ayer@tklaw.com |
| martin.davis@ots.treas.gov | mjacobs@pryorcashman.com |
| Marvin.Clements@ag.tn.gov | mjedelman@vedderprice.com |
| matt@willaw.com | MJR1@westchestergov.com |
| matthew.klepper@dlapiper.com | mkjaer@winston.com |
| maustin@orrick.com | mlahaie@akingump.com |
| mbenner@tishmanspeyer.com | MLandman@lcbf.com |
| mberman@nixonpeabody.com | mlynch2@travelers.com |
| mbienenstock@dl.com | mmendez@hunton.com |
| mbossi@thompsoncoburn.com | mmooney@deilylawfirm.com |
| mcademartori@sheppardmullin.com | mmorreale@us.mufg.jp |
| mcordone@stradley.com | mneier@ibolaw.com |
| mcto@debevoise.com | monica.lawless@brookfieldproperties.com |
| mdorval@stradley.com | mpage@kelleydrye.com |
| meltzere@pepperlaw.com | mprimoff@kayescholer.com |
| metkin@lowenstein.com | mpucillo@bermanesq.com |
| mfeldman@willkie.com | mrosenthal@gibsondunn.com |
| mgordon@briggs.com | mruetzel@whitecase.com |
| mgreger@allenmatkins.com | mschimel@sju.edu |
| mh1@mccallaraymer.com | mshiner@tuckerlaw.com |
| mhopkins@cov.com | msiegel@brownrudnick.com |
| michael.frege@cms-hs.com | mspeiser@stroock.com |
| michael.kim@kobrekim.com | mstamer@akingump.com |
| millee12@nationwide.com | mvenditto@reedsmith.com |

## *LBH Email Service List*

| | |
|---|---|
| mwarren@mtb.com | pmaxcy@sonnenschein.com |
| ncoco@mwe.com | ppascuzzi@ffwplaw.com |
| neal.mann@oag.state.ny.us | ppatterson@stradley.com |
| ned.schodek@shearman.com | psp@njlawfirm.com |
| neilberger@teamtogut.com | ptrostle@jenner.com |
| newyork@sec.gov | pwright@dl.com |
| nfurman@scottwoodcapital.com | r.stahl@stahlzelloe.com |
| Nherman@morganlewis.com | raj.madan@bingham.com |
| nissay_10259-0154@mhmjapan.com | rajohnson@akingump.com |
| nlepore@schnader.com | ramona.neal@hp.com |
| notice@bkcylaw.com | ranjit.mather@bnymellon.com |
| oipress@travelers.com | rbeacher@pryorcashman.com |
| omeca.nedd@lovells.com | rbyman@jenner.com |
| paronzon@milbank.com | rdaversa@orrick.com |
| patrick.oh@freshfields.com | relgidely@gjb-law.com |
| paul.turner@sutherland.com | rfleischer@pryorcashman.com |
| pbattista@gjb-law.com | rfrankel@orrick.com |
| pbosswick@ssbb.com | rfriedman@silvermanacampora.com |
| pdublin@akingump.com | rgmason@wlrk.com |
| peisenberg@lockelord.com | rgraham@whitecase.com |
| peter.gilhuly@lw.com | rhett.campbell@tklaw.com |
| peter.macdonald@wilmerhale.com | richard.lear@hklaw.com |
| peter.simmons@friedfrank.com | richard.levy@lw.com |
| peter@bankrupt.com | richard.tisdale@friedfrank.com |
| pfeldman@oshr.com | ritkin@steptoe.com |
| phayden@mcguirewoods.com | RJones@BoultCummings.com |

## *LBH Email Service List*

| | |
|---|---|
| rleek@HodgsonRuss.com | sagolden@hhlaw.com |
| RLevin@cravath.com | Sally.Henry@skadden.com |
| rmatzat@hahnhessen.com | sandyscafaria@eaton.com |
| rnetzer@willkie.com | Sara.Tapinekis@cliffordchance.com |
| rnorton@hunton.com | scargill@lowenstein.com |
| robert.bailey@bnymellon.com | schannej@pepperlaw.com |
| robert.dombroff@bingham.com | Schepis@pursuitpartners.com |
| robert.henoch@kobrekim.com | schnabel.eric@dorsey.com |
| robert.malone@dbr.com | schristianson@buchalter.com |
| Robert.yalen@usdoj.gov | schwartzmatthew@sullcrom.com |
| robertdakis@quinnemanuel.com | scottshelley@quinnemanuel.com |
| Robin.Keller@Lovells.com | scousins@armstrongteasdale.com |
| roger@rnagioff.com | sdnyecf@dor.mo.gov |
| ronald.silverman@bingham.com | sehlers@armstrongteasdale.com |
| rqureshi@reedsmith.com | sfelderstein@ffwplaw.com |
| rreid@sheppardmullin.com | sfineman@lchb.com |
| rroupinian@outtengolden.com | sfox@mcguirewoods.com |
| rrussell@andrewskurth.com | sgordon@cahill.com |
| rterenzi@stcwlaw.com | sgubner@ebg-law.com |
| RTrust@cravath.com | shannon.nagle@friedfrank.com |
| russj4478@aol.com | sharbeck@sipc.org |
| rwasserman@cftc.gov | shari.leventhal@ny.frb.org |
| rwyron@orrick.com | shgross5@yahoo.com |
| s.minehan@aozorabank.co.jp | sidorsky@butzel.com |
| sabin.willett@bingham.com | slerner@ssd.com |
| sabramowitz@velaw.com | slevine@brownrudnick.com |

## *LBH Email Service List*

| | |
|---|---|
| SLoden@DiamondMcCarthy.com | tdewey@dpklaw.com |
| smayerson@ssd.com | tduffy@andersonkill.com |
| smillman@stroock.com | teresa.oxford@invescoaim.com |
| smulligan@bsblawyers.com | TGoren@mofo.com |
| snewman@katskykorins.com | thaler@thalergertler.com |
| sory@fdlaw.com | thomas.califano@dlapiper.com |
| spiotto@chapman.com | thomas.ogden@dpw.com |
| splatzer@platzerlaw.com | Thomas_Noguerola@calpers.ca.gov |
| squigley@lowenstein.com | timothy.brink@dlapiper.com |
| SRee@lcbf.com | timothy.palmer@bipc.com |
| sselbst@herrick.com | tjfreedman@pbnlaw.com |
| sshimshak@paulweiss.com | tkarcher@dl.com |
| sskelly@teamtogut.com | tkiriakos@mayerbrown.com |
| steele@lowenstein.com | tlauria@whitecase.com |
| stephen.cowan@dlapiper.com | tmacwright@whitecase.com |
| steve.ginther@dor.mo.gov | tmayer@kramerlevin.com |
| steven.troyer@commerzbank.com | tnixon@gklaw.com |
| steven.wilamowsky@bingham.com | toby.r.rosenberg@irscounsel.treas.gov |
| Streusand@StreusandLandon.com | tony.davis@bakerbotts.com |
| susan.schultz@newedgegroup.com | tslome@msek.com |
| susheelkirpalani@quinnemanuel.com | ttracy@crockerkuno.com |
| swolowitz@mayerbrown.com | twheeler@lowenstein.com |
| szuch@wiggin.com | ukreppel@whitecase.com |
| tannweiler@greerherz.com | vdagostino@lowenstein.com |
| tarbit@cftc.gov | Villa@StreusandLandon.com |
| tbrock@ssbb.com | vmilione@nixonpeabody.com |

### *LBH Email Service List*

| | |
|---|---|
| vrubinstein@loeb.com | wk@pwlawyers.com |
| walter.stuart@freshfields.com | wmckenna@foley.com |
| wanda.goodloe@cbre.com | woconnor@crowell.com |
| WBallaine@lcbf.com | wrightth@sullcrom.com |
| wbenzija@halperinlaw.net | wsilverm@oshr.com |
| wcurchack@loeb.com | wswearingen@llf-law.com |
| wfoster@milbank.com | wtaylor@mccarter.com |
| william.m.goldman@dlapiper.com | wzoberman@bermanesq.com |
| wiltenburg@hugheshubbard.com | yamashiro@sumitomotrust.co.jp |
| wisotska@pepperlaw.com | YUwatoko@mofo.com |

### **Additional Party**

Doug.James@moultonbellingham.com

**EXHIBIT B**

| **Name** | **Fax** |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE  
TRACY HOPE DAVIS, ESQ.  
ELISABETTA G. GASPARINI, ESQ.  
ANDREA B. SCHWARTZ, ESQ.  
33 WHITEHALL STREET, 21ST FLOOR  
NEW YORK, NY 10004  


INTERNAL REVENUE SERVICE  
SPECIAL PROCEDURES BRANCH  
ATTN: DISTRICT DIRECTOR  
290 BROADWAY  
NEW YORK, NY 10007