Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,       Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

Name and Address where notices to transferee
should be sent:

21/F,Standard Chartered Tower,
388 Kwun Tong Road,Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Name and Address where transferee payments
should be sent (if different from above):

YIP TING HONG
Name of Transferor

Court Claim # (if known): 39039
Amount of Claim: USD161,310 ~
Date Claim Filed: 13 Oct 2009

Phone: 94730290
Last Four Digits of Acct. #: 9642

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:_____        Date:_____ 4 MAY 2011_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
<u>Name of Transferee</u>

Name and Address where notices to transferee
should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

YIP TING HONG
<u>Name of Transferor</u>

Court Claim # (if known): 39040
Amount of Claim: USD 70,000 -
Date Claim Filed: 13 Oct, 2009

Phone: 94730270
Last Four Digits of Acct. #: 9647

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:_____    Date: - 4 MAY 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,       Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

YIP TING HONG
Name of Transferor

Name and Address where notices to transferee
should be sent:

21/F,Standard Chartered Tower,
388 Kwun Tong Road,Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): 39041
Amount of Claim: USD 80,000
Date Claim Filed: 13 OCT, 2009

Phone: 94730290
Last Four Digits of Acct. #: 2642

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:_____       Date:   - 4 MAY 2011
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,     Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

*Wong Lai King*

Name of Transferor

Name and Address where notices to transferee should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): 48085
Amount of Claim: USD 178,464
Date Claim Filed: 27 OCT, 2009

Phone: 955 22156
Last Four Digits of Acct #: 0445

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: **- 4 MAY 2011**
     Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

## <u>Southern</u> District Of <u>New York</u>

In re <u>Lehman Brothers Holdings Inc. et al., Debtors,</u>    Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice

<u>Standard Chartered Bank (Hong Kong) Limited</u>
Name of Transferee

Name and Address where notices to transferee
should be sent:

21/F,Standard Chartered Tower,
388 Kwun Tong Road,Hong Kong

Phone: <u>WM.Invest@sc.com</u>
Last Four Digits of Acct #: <u>8881</u>

Name and Address where transferee payments
should be sent (if different from above):


Phone: _____
Last Four Digits of Acct #:_____

_____WONG LAI LING_____
Name of Transferor

Court Claim # (if known): 48086
Amount of Claim: hSDb\p, Y3r
Date Claim Filed: Y.T Oct 2009

Phone: 95572\56
Last Four Digits of Acct. #: 0 4q 5

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief

By:_____    Date:_____ - 4 MAY 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,          Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

Name and Address where notices to transferee
should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Name and Address where transferee payments
should be sent (if different from above):


Phone: _____
Last Four Digits of Acct #:_____

WONG LAI KING
Name of Transferor

Court Claim # (if known): 48116 .
Amount of Claim: US$64,332~
Date Claim Filed: 27 Oct, 2009

Phone: 9552 2456

Last Four Digits of Acct. #: 0495 .


I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____          Date: **- 4 MAY 2011**
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

### Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,        Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

*Chu Tat bing*
Name of Transferor

Name and Address where notices to transferee
should be sent:

21/F,Standard Chartered Tower,
388 Kwun Tong Road,Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): _38112_
Amount of Claim: USD 64232
Date Claim Filed: _13 oct 2009_

Phone: _6087 1138_
Last Four Digits of Acct. #: _5 pro_

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:_____        Date:  **– 4 MAY 2011**
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,        Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

*Chu Tat Wing*
Name of Transferor

Name and Address where notices to transferee
should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): _38113_
Amount of Claim: USD _64232_
Date Claim Filed: _13 Oct 2009_

Phone: _60871138_
Last Four Digits of Acct. #: _5920_

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:_____        Date:____- 4 MAY 2011___
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,       Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

Name and Address where notices to transferee
should be sent:

21/F,Standard Chartered Tower,
388 Kwun Tong Road,Hong Kong
Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

_Chu 7a†ł.rp_
Name of Transferor

Court Claim # (if known): _3 8114_
Amount of Claim: USD _65 000_
Date Claim Filed: _13 oⁿ7 roⁿp_

Phone: _608711 8_
Last Four Digits of Acct. #: _5920_

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: _____       Date: _– 4 MAY 2011_
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.