B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Barclays Bank SA**    **Consuelo Sanjurjo Carro**
Name of Transferee    Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 48236
should be sent:    Amount of Claim: $424.530,00
Abraham Carpintero    Amount of Claim Transferred: $424.530,00
Cl. Mateo Inurria, 15 5ª Planta    Date Claim Filed: October 27th, 2009
28036 Madrid

Phone: 91 336 23 50    Phone: +34 881879756
Last Four Digits of Acct #: Not applicable    Last Four Digits of Acct. Not aplicable

Name and Address where transferee payments should be
sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina    Date: June 17 of 2011.
Agustín Jiménez Ales
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)  (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Barclays Bank SA**    **Consuelo Sanjurjo Carro**
Name of Transferee    Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 48235
should be sent:
Abraham Carpintero    Amount of Claim: $70.755,00
Cl. Mateo Inurria, 15  5ª Planta    Amount of Claim Transferred: $70.755,00
28036  Madrid    Date Claim Filed: October 27th, 2009

Phone: 91 336 23 50    Phone: +34 881879756
Last Four Digits of Acct #: Not applicable    Last Four Digits of Acct. Not aplicable

Name and Address where transferee payments should be
sent (if different from above):

Phone: Not aplicable
Last Four Digits of Acct #:Not aplicable

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: José García Malo de Molina    Date: June 17 of 2011.
   Agustín Jiménez Ales
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Barclays Bank, S.A.    Ephraim Mccabe
Name of Transferee    Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 48658
should be sent:    Amount of Claim: $2,830.200
    Amount of Claim Transferred:
Abraham Carpintero    Date Claim Filed: 10/27/2009
Calle Mateo Inurria, 15 5ª Planta
28036 Madrid
Spain

Phone: +34 91 336 23 50    Phone:
Last Four Digits of Acct #:  n/a    Last Four Digits of Acct. n/a

Name and Address where transferee payments
should be sent (if different from above):

Phone:  n/a
Last Four Digits of Acct #: n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    D. Andrés Martínez Mosquera    Date: 13 June 2011
       D. Agustín Folqué Muñoz
       Transferee/Transferee's Agent

WNY - 035725/000002 - 2304697 v3
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 &