James H.M. Sprayregen, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

and

David R. Seligman (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654-3406
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

*Counsel for the Liquidators of Lehman*
*Brothers Australia Limited*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Jacob Goldfinger, state as follows:

1.      I am over 18 years of age and I believe the statements contained herein are true based on my personal knowledge.  I am employed by Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, NY 10022-4611.

2.      On July 6, 2011, I caused service of *Notice of Withdrawal of Notice of Intent to Participate in Discovery Related to Plan Confirmation* to be effected on the parties listed below addressed as shown by overnight delivery service:

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn.: Richard P. Krasnow, Lori R. Fife,
Shai Y. Waisman, Jacqueline Marcus

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn.: Dennis F. Dunne, Dennis O'Donnell,
Evan R. Fleck

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

Dated: New York, New York
      July 8, 2011

Jacob Goldfinger

State of New York      )
                   ) ss
County of New York   )

Subscribed and sworn to before me this 8th day of July, 2011.

Beth Friedman Lurie
Notary Public, State of New York
No. 4783035
Qualified in Nassau County
Commission Expires Sept. 30, 2013

BETH FRIEDMAN LURIE
NOTARY PUBLIC, State of New York
No. 4783035
Qualified in Nassau County
Commission Expires Sept. 30, 2013

2

K&E:15870459.1