UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
In re:                                                           :  Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS INC. *et al.*                           :  Case No. 08-13555 (JMP)
                                                                 :
                                                                 :  (Jointly Administered)
                          Debtors.                               :
                                                                 :
-----------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF CLAIMS NO. 20827, 20828, 20829, 20835, AND 20836

PLEASE TAKE NOTICE that Pacific International Finance Limited, c/o PricewaterhouseCoopers (the "**Claimant**"), hereby withdraws its claims (i) against Lehman Brothers Special Financing, Inc., numbered **20835** and **20829** and filed on September 21, 2009 in the respective amounts of USD $527,878 and USD $1,600,000,000 and (ii) against Lehman Brothers Holdings Inc., numbered **20836, 20827**, and **20828** and filed on September 21, 2009 in the respective amounts of USD $527,878, USD $50,402.05, and USD $1,600,000,000. The Claimant hereby authorizes the duly appointed Claims Agent in these chapter 11 cases, Epiq Bankruptcy Solutions LLC, to reflect this withdrawal on the official claims register for the above-referenced debtors.

Dated: July __, 2011

_____
Name: Anthony David Kenneth Boswell
Title: Joint Receiver of the Mortgaged Property securing Minibond Series 10 to 12, 15 to 23 and 25 to 36 acting as attorney of Claimant in its capacity as issuer of the those Minibond Series and without personal liability

1