UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: Chapter 11 Case No.
In re :
: 08-13555 (JMP)
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : (Jointly Administered)
:
Debtors. : Ref. Docket Nos. 18206, 18207,
: 18210, 18211, 18214, 18216, 18217,
------------------------------------------------------------------x 18218, 18220-18226, 18228-18232,
18235, 18237, 18238, 18241, 18244,
18247-18250

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 6, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
11th day of July, 2011

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 18206, 18207, 18210, 18211, 18214, 18216, 18217, 18218, 18220-18226, 18228-18232, 18235, 18237, 18238, 18241, 18244, 18247-18250_AFF_07-06-11.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

       Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   PACIFIC LIFE & ANNUITY COMPANY
          700 NEWPORT CENTER DRIVE
          NEWPORT BEACH CA 92660

Please note that your claim # 40642 in the above referenced case and in the amount of
    $15,028,774.00   allowed at $11,600,000.00        has been transferred **(unless previously expunged by court order)**

        GOLDMAN SACHS LENDING PARTNERS LLC
        TRANSFEROR: PACIFIC LIFE & ANNUITY COMPANY
        ATTN: LAUREN DAY
        C/O GOLDMAN SACHS & CO
        30 HUDSON STREET, 36TH FLOOR
        JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 18206       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/06/2011                            Vito Genna, Clerk of Court

                                                  /s/ Lauren Rodriguez
                                                  _____
                                                  By: Epiq Bankruptcy Solutions, LLC
                                                      as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 6, 2011.

**EXHIBIT B**

```
TIME: 13:36:51                                              LEHMAN BROTHERS HOLDING INC.                                                      PAGE:   1
DATE: 07/06/11                                                   CREDITOR LISTING

Name                                                Address
ALMSTAEDT, EWALD                                    TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA HEILIGGRABSTR 8  96052 BAMBERG   GERMANY
APPLETON INDUSTRIES LIMITED                         200 S. BISCAYNE BLVD. 51ST FLOOR MIAMI FL 33131
BIARRITZ WORLDWIDE LIMITED                          200 S. BISCAYNE BLVD. 51ST FLOOR MIAMI FL 33131
CITIBANK PRIVATKUNDEN AG & CO. KGAA                 PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA                 ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF  40213 GERMANY
DEUTSCHE BANK AG, LONDON                            TRANSFEROR: SABRETOOTH MASTER FUND, LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHADIITH 60 WALL STREET, 3RD FLOOR
                                                    NEW YORK NY 10005
GALEMAR INC                                         PO BOX 501 GT 3RD FLOOR BANK OF NOCA SCOTIA BUILDING GEORGE TOWN    CAYMAN ISLANDS
GENOVA MARKETING LIMITED                            TRIDENT CHAMBERS 146 PO BOX ROADTOWN TORTOLA    VIRGIN ISLANDS (BRITISH)
GLEIM, HELMUT & CHRISTA                             TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA MITTELSTR 14 06108 HALLE    GERMANY
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR
                                                    JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD. (BV) C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY
                                                    30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR
                                                    JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: DEEPHAVEN EVENT TRADING LTD C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: DEEPHAVEN EVENT TRADING LTD. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR
                                                    JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR
                                                    JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: DEEPHAVEN INTERNATIONAL CONVERTIBLE TRADING LTD. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR
                                                    JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: DEEPHAVEN INTL. CONVERTIBLE TRADING LTD. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 36TH FLOOR
                                                    JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: PACIFIC LIFE & ANNUITY COMPANY ATTN: LAUREN DAY C/O GOLDMAN SACHS & CO 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
LIECHTENSTEINISCHE LANDESBANK                       C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131
AKTIENGESELLSCHAFT
MARATHON 44 INVESTMENTS LIMITED                     TRIDENT TRUST COMPANY (BVI) LTD TRIDENT CHAMBERS 146 ROADTOWN TORTOLA    VIRGIN ISLANDS (BRITISH)
MORGAN STANLEY & CO. INTERNATIONAL PLC              RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC              ATTN: MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC              TRANSFEROR: APPLETON INDUSTRIES LIMITED 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA ENGLAND
MORGAN STANLEY & CO. INTERNATIONAL PLC              TRANSFEROR: BIARRITZ WORLDWIDE LIMITED 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA ENGLAND
MORGAN STANLEY & CO. INTERNATIONAL PLC              TRANSFEROR: GALEMAR INC 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA ENGLAND
MORGAN STANLEY & CO. INTERNATIONAL PLC              TRANSFEROR: GENOVA MARKETING LIMITED 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA ENGLAND
MORGAN STANLEY & CO. INTERNATIONAL PLC              TRANSFEROR: MARATHON 44 INVESTMENTS LIMITED 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA ENGLAND
MORGAN STANLEY & CO. INTERNATIONAL PLC              TRANSFEROR: PHOENIX GROUP ENTERPRISES LTD. 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA ENGLAND
MORGAN STANLEY & CO. INTERNATIONAL PLC              TRANSFEROR: SHAIIA INVESTMENTS LIMITED 25, CABOT SQUARE CANARY WHARF LONDON   E14 4QA ENGLAND
PACIFIC LIFE & ANNUITY COMPANY                      700 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660
PHOENIX GROUP ENTERPRISES LTD.                      TRIDENT CHAMBERS 146 ROADTOWN TORTOLA    VIRGIN ISLANDS (BRITISH)
SHAILA INVESTMENTS LIMITED                          TRIDENT CHAMGER PO BOX 146 ROADTOWN TORTOLA    VIRGIN ISLANDS (BRITISH)
SPCP GROUP, LLC                                     PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER 7 TIMES SQUARE NEW YORK NY 10036-6569
SPCP GROUP, LLC                                     PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ATTORNEY AT LAW 7 TIMES SQUARE NEW YORK NY 10036-6569
SPCP GROUP, LLC                                     PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ATTORNEY AT LAW 7 TIMES SQUARE NEW YORK NY 10036-7311
SPCP GROUP, LLC                                     PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                     RONALD S. BEACHER, ESQ PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                     TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA 1ST FLOOR GREENWICH CT 06830
SPCP GROUP, LLC                                     TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
SPCP GROUP, LLC                                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA 1ST FLOOR GREENWICH CT 06830
SPCP GROUP, LLC                                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
THE VARDE FUND IX, L.P.                             TRANSFEROR: LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570
                                                    MINNEAPOLIS MN 55437
THE VARDE FUND IX-A, L.P.                           TRANSFEROR: LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 570
                                                    MINNEAPOLIS MN 55437

                                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 13:36:51                                              LEHMAN BROTHERS HOLDING INC.
DATE: 07/06/11                                                   CREDITOR LISTING                                                    PAGE:   2

Name                                    Address
THE VARDE FUND VI-A, L.P.               TRANSFEROR: LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570
                                        MINNEAPOLIS MN 55437
THE VARDE FUND X (MASTER), L.P.         TRANSFEROR: LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570
                                        MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)    TRANSFEROR: LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570
MASTER, L.P.                            MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, L.P.         TRANSFEROR: LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570
                                        MINNEAPOLIS MN 55437

Total Number of Records Printed         48
```

EPIQ BANKRUPTCY SOLUTIONS, LLC