UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FILED BY ETHIAS SA

PLEASE TAKE NOTICE that Ethias SA hereby withdraws its proof of claim numbered 32111 filed by it in the above-captioned bankruptcy case.

Dated: Brussels (Belgium)
July 5, 2011

ETHIAS SA

By: _____
Represented by:
Title:

Alain DELATTE
**Directeur finances**

Connie Coenegrachts
Head of Asset Management