UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                :
In re                                           :        Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :        08-13555 (JMP)
                                                :        (Jointly Administered)
                    Debtors.                    :
                                                :
---------------------------------------------------------------------x        Ref. Docket Nos. 17964, 18213,
                                                         18215, 18253, 18257-18278

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 7, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ *Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
11th day of July, 2011
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   YORVIK PARTNERS LLP
      TRANSFEROR: TRESSIS, S. V., S. A.
      11 IRONMONGER LANE
      LONDON    EC2V 8EY
      UNITED KINGDOM
```

Please note that your claim # 32789 in the above referenced case and in the amount of
          $50,462.44          has been transferred **(unless previously expunged by court order)**

```
      YORVIK CAPITAL LTD
      TRANSFEROR: YORVIK PARTNERS LLP
      ATTN: LISA KING
      11 IRONMONGER LANE
      LONDON    EC2V 8EY
      UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 17964    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/07/2011                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 7, 2011.

# EXHIBIT B

```
TIME: 11:02:29                                   LEHMAN BROTHERS HOLDING INC.                                            PAGE:   1
DATE: 07/07/11                                         CREDITOR LISTING

Name                                     Address
AJF LIMITED                              TRIDENT CHAMBERS 146 ROADTOWN TORTOLA   VIRGIN ISLANDS (BRITISH)
ALDEN GLOBAL DISTRESSED OPPORTUNITIES    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: CHRIS SCHOLFIELD C/O NEW FINANCE ALDEN SPV 885 THIRD AVENUE 34TH FLOOR
   MASTER FUND, L.P.                        NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O NEW FINANCE ALDEN SPV ATTN: CHRIS SCHOLFIELD 855 THIRD AVENUE 34TH FLOOR
   MASTER FUND, L.P.                        NEW YORK NY 10022
BARCLAYS BANK PLC                        TRANSFEROR: DIAMOND FINANCE PLC SERIES 2008-1 745 SEVENTH AVENUE NEW YORK NY 10019
CAI YUN / CHANG SHAN                     NO.1518  BLOCK 3 GUANG DA XI YUAN WANLIU HAI DIAN DISTRICT BENIJING  1000889  CHINA
CHAN CHI, KWAN & LEUNG MIU LIN, MATILDA  FLAT A 4/F BLOCK 16 LAGUNA CITY 1 LAGUNA STREET KWUN TONG, KLN  HONG KONG
CHAN CHOI YING                           FLT B 19/F BLOCK A CHUN WAH COURT 22 CHUN WAH ROAD KWUN TONG, KLN  HONG KONG
CHAN CHOY, YING                          FLT B 18/F BLK 9 ROYAL ASCOT FO TAN, NT  HONG KONG
CHAN KA KIN                              RM 2110 YEE WAI HSE TSING YI ESTATE TSING YI NT  HONG KONG
CHAN KING HING                           ROOM 3604 BLOCK G ALLWAY GARDENS TSUEN WAN NT  HONG KONG
CHAN KWING PUI                           FLT C 5/F GREENFIELD MANSION 8 KINGSTON STREET CAUSEWAY BAY  HONG KONG
CHAN KWOK WING                           FLT B 16/F BLK 15 LAGUNA CITY KWUN TONG, KLN  HONG KONG
CHAN KWOK, KWONG                         FLAT G/22 F BLOCK 2 WELL ON GARDEN 9 YUK NGA LANE TSEUNG KWAN O  HONG KONG
CHAN KWOK, WAI                           RM 1204 12/F BLOCK A KORNHILL QUARRY BAY  HONG KONG
CHAN MEI FAN                             FLT E 25/F BLK 1 OCEAN CRT NO.3 ABERDEEN PRAYA RD ABERDEEN HK  HONG KONG
CHAN MUI, CHU & MOK CHEUK LUN, ALAN      FLT B 2/F OI WAH BLDG 230 PRINCE EDWARD ROAD MOMG KOK, KLN  HONG KONG
CHAN PING CHUN / LO YIN KING             FLT A 18/F BLK 1 BEVERLEY HEIGHTS 56 CLOUD VIEW ROAD NORTH POINT, HK  HONG KONG
CHAN SIU LING                            ROOM 3 29/F WANG CHAU HOUSE CHING WANG COURT TSING YI, NT  HONG KONG
CHAN WAI CHU                             FLAT F 23/F BLOCK 2 RICHLAND GARDEN KOWLOON BAY KLN  HONG KONG
CHAN WAI CHUN                            FLT D 19/F BLK 15 RICHLAND GARDEN 80 WANG KWONG ROAD KOWLOON BAY, KLN  HONG KONG
CHAN YAU, LEUNG                          ROOM 10 14/F NGAN LUN HOUSE SIN LIN COURT TUEN MUN  HONG KONG
CHAN, BING WING                          ROOM 1008 EAST WING TSIM SHA TSUI CENTRE 66 MODY ROAD TSIM SHA TSUI KLN  HONG KONG
CHAN, MIU LING                           FLAT F/4 BLOCK 4 PARKLAND VILLAS 1 TUEN ON LANE TUEN MUN  HONG KONG
CHAN, WING MING JULIA                    FLT C 14/F MEI FOO SUN CHUEN 109 BROADWAY LAI CHI KOK KLN  HONG KONG
CHANG KO TA                              6F-2 243 ANJI ST KAOHSIUNG  TAIWAN, PROVINCE OF CHINA
CHAO TENG PANG                           RM701 7/F HENG NGAI JEWELRY CENTRE 4 HOK YUEN STREET EAST HUNG HOM HONG KONG, KLN  HONG KONG
CHAU CHI SUN                             FLAT A 1/F BLOCK 2 LOK HIN TERRACE CHAI WAN HK  HONG KONG
CHAU, MIU YUNG FIONA                     FLAT F, 25/F, BLOCK 8, LE POINT 8 KING LING ROAD TSEUNG KWAN 0, N.T.  HONG KONG
CHENG HON HING                           ROOM 206 2/F TAI HANG TERRACE NO.5 CHUN FAI ROAD TAI HANG, HK  HONG KONG
CHENG MING, CHU                          FLAT F 12/F BLOCK 5 SITE 4 WHAMPOA GARDEN HUNGHOM, KLN  HONG KONG
CHENG PAK MING JUDY                      ROOM 3 23/F BLOCK B VILLA ROCHA 10 BROADWAY ROAD HAPPY VALLEY, HK  HONG KONG
CHENG SIU YUNG                           LOT 311 PAI TAU STREET SHATIN NT  HONG KONG
CHENG WAI YEE                            HOUSE D LAKEVIEW GARDEN NO. 21 YAU ON ST TAI WAI NT  HONG KONG
CHEUNG WING MAN                          9/F BLOCK D1 KINGSFORD GARDENS NO. 214 TIN HAU TEMPLE ROAD NORTH POINT HONG KONG, HK  HONG KONG
CHEUNG OY MING, AGNES                    FLAT B 17/F BLOCK 8 MAYWOOD COURT KINGSWOOD VILLAS TIN SHUI WAI, NT  HONG KONG
CHEUNG, PO                               FLAT 9 17/F KAM YIU HOUSE KAM YING COURT SHATIN, NT  HONG KONG
CHEUNG, SAU CHUN ALICE                   FLAT F 37/F BLOCK 9 ISLAND HARBOURVIEW 11 HOI FAI ROAD WEST TAI KOK TSUI KLN  HONG KONG
CHEUNG, YUET YIN/CHOY, SHING             RM 9 31/F HUNG TAI HOUSE CHING TAI COURT TSING YI NT  HONG KONG
CHI SAU, NGAN                            FLAT D 20/F TOWER 2 TIVOLI GARDEN TSING YI  HONG KONG
CHIN MUK TSE, HIEDI                      FLAT A 14/F AURORA 61 MOORSOM ROAD JARDINE'S LOOKOUT  HONG KONG
CHING YING, HAN                          ROOM 407 4/F POK ON HOUSE POK HONG ESTATE SHATIN, NT  HONG KONG
CHIU FUNG LIN                            FLAT B 22/F KUI BUILDING 9-11 MERCURY STREET NORTH POINT HONG KONG
CHOI KWOK YI                             FLAT B 21/F BLOCK 5 KING'S PARK VILLA NO. 1 KING'S PARK RISE HOMANTIN, KLN  HONG KONG
CHOI LAI KWONG                           FLAT E 3/F BLOCK 4 ALPINE GARDAN 350 CASTLE PEAK ROAD TUEN MUN NT  HONG KONG
CHOI LUNG CI SAMONE                      RM 2005, 20/F NO. 248 QUEEN'S ROAD EAST WAN CHAI, HK  HONG KONG
CHOI SIK CHEE, JANET                     FLAT 8 12/F CHEUNG LING MANSION 162 CONNAUGHT RD WEST  HONG KONG
CHOI WAI HAN                             ROOM 3109 KAM PAK HOUSE HONG PAK COURT LAM TIN, KLN  HONG KONG
CHOY KWO                                 ROOM 404 CHI MEI HOUSE CHOI HUNG ESTATE CHOI HUNG, KLN  HONG KONG
CHU KIM YIU                              FLAT A 11/F BLOCK 5 COTTON TREE MANSIONS WHAMPOA GARDEN HUNG HOM, KLN  HONG KONG
CHU MEE CHU SELINA                       FLAT D 7/F JOHNSON MANSION 428-440 QUEEN'S ROAD WEST SAI YING PUN HK  HONG KONG
CHU MEI LING                             FLT B 21/F BLK 9 GRAND PACIFIC HEIGHTS TUEN MUN, NT  HONG KONG
CHU SHAN SHAN                            FLT B 29/F GOLDEN LODGE 7-9 BONHAM ROAD MID LEVELS HK  HONG KONG
CHU YIN CHING                            FLAT B 7/F BLOCK 5 SHUN LEE DSQ NO.32 LEE ON ROAD KWUN TONG, KLN  HONG KONG
CHUK LEE WING                            UNIT B 5/F KO FONG BUILDING NO. 27-29 KO FONG STREET KWAI FONG KWAI CHUNG NT  HONG KONG


                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:02:29                                    LEHMAN BROTHERS HOLDING INC.                                                              PAGE:     2
DATE: 07/07/11                                          CREDITOR LISTING

Name                                                Address
CHUNG KAM NIN / LEUNG CHIU KWAN                     1A LAM TSUEN SUN TSUEN TAI PO NT   HONG KONG
CHUNG KIN HUNG                                      FLAT H 10/F BLOCK 1 WOODLAND CREST 33 TIN PING ROAD SHEUNG SHUI, NT   HONG KONG
CONTRARIAN FUNDS, LLC                               TRANSFEROR: TOTAL ALPHA INVESTMENT FUND MANAGEMENT COMPANY S.A. ATTN: ALISA MUMOLA 411 WEST PUTNAM AVE., STE. 425 GREENWICH CT 06830
DEUTSCHE BANK AG, LONDON                            TRANSFEROR: SABRETOOTH MASTER FUND, LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHADIITH 60 WALL STREET, 3RD FLOOR
                                                    NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                            TRANSFEROR: SABRETOOTH MASTER FUND, LP C/O DEUTSCHE BANK SECURITIES, INC. ATTN: RICH VICHADIITH 60 WALL STREET, 3RD FLOOR
                                                    NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: BANCO DE ORO UNIBANK, INC. ATTN: JACK TSAI/CHRISTOPHER WONG 60/F INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST
                                                    KOWLOON   HONG KONG
DIAMOND FINANCE PLC SERIES 2008-1                   C/O BNY CORPORATE TRUSTEE SERVICES ONE CANADA SQUARE LONDON  E14 5AL UNITED KINGDOM
DIAMOND FINANCE PLC SERIES 2008-1                   MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
FAN, HAU LING                                       FLAT C 9/F ARCH COURT 59 SHEUNG SHING ST HOMANTIN KLN   HONG KONG
FOK HOI CHOW                                        6/F 524 CASTLE PEAK RD SHAMSHUIPO HK   HONG KONG
FUNG KONG FONG                                      RM 2 12/F BLK A HOP YICK PLAZA YLTL 496 YUEN LONG NT   HONG KONG
FUNG PUI MAN JULIA                                  FLAT F 22/F BLOCK 2 ACADEMIC TERRACE 101 POKFULAM ROAD HK   HONG KONG
HO BOR CHUEN                                        ROOM 4 25/F YU YAN HOUSE YU CHUI COURT 6 NGAU PEI SHA STREET SHATIN, NT   HONG KONG
HO CHI KEUNG                                        ROOM 8 19/F BLOCK A CHUN WAH COURT NO.22 CHUN WAH ROAD KWUN TONG, KLN   HONG KONG
HO LAI FONG                                         A2502 KWONG CHEE HOUSE KWONG FUK CHUEN TAI PO NT   HONG KONG
HONG SIU MAU                                        GUAN CHENG YAN (NORTH) BUILDING 6 5-A MADIAN HAIDIAN DISTRICT BEIJING  100088 CHINA
HUANG, JIANQI                                       NO.90 YING CUI WAN SHUNDE COUNTRY GDN BEIJIAO SHUNDE DISTRICT FOSHAN GUANGDONG PROVINCE  528312 CHINA
HUNG LO SHAN LUSAN                                  FLAT B4 1/F BLOCK B GREENVILLE GARDENS 15 SHIU FAI TERRACE MID-LEVELS, HK   HONG KONG
IP YUN YU                                           ROOM 1 30/F LEI YAN HOUSE LEI ON COURT LAM TIN KLN   HONG KONG
IP YUNG, TUEN                                       FLAT B 8/F 42 BLUE POOL ROAD HAPPY VALLEY   HONG KONG
KEE, WAI YING                                       3E BLOCK 4 ALPINE GARDEN 350 CASTLE PEAK ROAD TUEN MUN NT   HONG KONG
KO YUET CHIU                                        FLAT C 7/F 110 BROADWAY MEI FOO SUN CHUEN LAI CHI KOK KLN   HONG KONG
KO, CHING WAH/LO, LAI KWAN ALICE                    FLAT B 37/F LA PLACE DE VICTORIA 632 KING'S ROAD NORTH POINT HONG KONG
LAI KIM, CHUEN                                      FLAT 29 3/F BLOCK B BELLEVUE COURT 41 STUBBS ROAD HAPPY VALLEY   HONG KONG
LAU CHIU FONG                                       FLAT E 15/F TOWER 2 UNION PLAZA FANLING NT   HONG KONG
LAU CHUNG WAI                                       ROOM 3508 MUI YUEN HOUSE CHUK YUEN NORTH ESTATE WONG TAI SIN, KLN   HONG KONG
LAU FOOK TAI                                        FLAT B 3/F COMFORT CENTRE 108 OLD MAIN STREET ABERDEEN  HK HONG KONG
LAU LEE                                             RESIDENT'S LETTER BOX NO. 14 LING SHAN VILLAGE FANLING, NT   HONG KONG
LAU PO LIN                                          NO. 35 3RD STREET SECTION J FAIRVIEW PARK YUEN LONG NT   HONG KONG
LAU WAI KWAN                                        ROOM A 15/F BLOCK 14 WONDERLAND VILLAS KWAI CHUNG NT   HONG KONG
LAW LING TAI                                        ROOM 2907 BLK C LUNG YIU HOUSE KAM LUNG COURT MA ON SHAN NT   HONG KONG
LAW WING KAI                                        2/F 87 TUNG CHOI STREET MONGKOK KOWLOON   HONG KONG
LEE KWOK, WAH                                       FLT 5 5/F KAI PONG HOUSE KAI TAI CT KWUN TONG ROAD, KLN   HONG KONG
LEE SHUI, LAM                                       FLAT A 19/F BLOCK 6 OSCAR BY THE SEA 8 PUNG LOI ROAD TSEUNG KWAN O, NT   HONG KONG
LEONG WAI, CHUE                                     1/F BLOCK 5 DYNASTY GARDEN 160 YUEN KONG VILLAGE KAM SHEUNG ROAD YUEN LONG   HONG KONG
LEONG WAI, LAN                                      1/F 25 HO CHUNG NEW VILLAGE SAI KUNG, KLN   HONG KONG
LEUNG FUNG YIN                                      FLAT A 21/F TOWER 6 HARBOUR GREEN 8 SHAM MONG ROAD TAI KOK TSUI KLN   HONG KONG
LEUNG WAI YEE                                       FLAT D 36/F BLK 3 VILLA ESPLANADA 8 NGA YING CHAU STREET TSING YI NT   HONG KONG
LEUNG WING KAN DOMINIC                              C/O THE NANAYANG INS UNDERWRITERS LTSD 26/F ASIA ORIENT TOWER TOWN PLAZA 33 LOCKHART ROAD WAN CHAI  HK HONG KONG
LEUNG YUK FAN                                       1/F BLOCK 5 HANG CHEONG VILLAS PH 2 68G WONG NAI TUN TSUEN TAI TONG ROAD YUEN LONG NT   HONG KONG
LI HING WAN                                         FLAT C 18/F BLK 9 PHASE 2 BELVEDERE GDN TSUEN WAN, NT   HONG KONG
LI SAICHAI                                          FLAT A 10/F STAR MANSION MINDEN ROW TSIMSHATSUI KLN   HONG KONG
LI WI / WANG YAN                                    UNIT 2101 21/ F TOWER 2 THE METROPOLIS RESIDENCE HUNG HOM   HONG KONG
LI WING TAI                                         5/F 101B BROADWAY MEI FOO SUN CHUEN LAI CHI KOK KLN   HONG KONG
LI, HOI DAVID / LOK SHU CHI                         FLAT D 28/F TOWER 3 VISION CITY 1 YEUNG UK ROAD TSUEN WAN NT   HONG KONG
LIAO, YONGQIANG                                     ROOM K 213 2/F NEW EAST OCEAN CENTRE 9 SCIENCE MUSEUM ROAD TSIM SHA TSUI KLN   HONG KONG
LIM HONG MONG                                       2/F BLOCK B VILLA HELVETIA NO.69 REPULSE BAY ROAD REPULSE BAY, HK   HONG KONG
LIN CHI CHAI RAYMOND / PANG CHING LIN               ROOM 206 CHUN TAI HOUSE TSING TAI COURT TSING YI, NT   HONG KONG
LIT SIU YIN TOMI                                    ROOM 5003 50/F BLOCK B GALAXIA DIAMOND HILL, KLN   HONG KONG
LO WAH FAI                                          17/F 9 CHIU LUNG STREET CENTRAL   HONG KONG
LO YUN SING, RAYMOND                                FLAT A 39/F BLOCK 9 LE POINT 8 KING LING ROAD TSEUNG KWAN O, NT   HONG KONG
LU SHEN I CHEN                                      C/O I MING CHAIN 68-2 8/F SEC 1 MUZHA RD WANSHAN DISTRICT TAIPEI   TAIWAN, PROVINCE OF CHINA
MA YUK MEI                                          ROOM 4 32/F BLOCK C IMPERIAL COURT 62G CONDUIT ROAD MID-LEVELS, HK   HONG KONG


                                                                                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME:  11:02:29                                      LEHMAN BROTHERS HOLDING INC.                                                        PAGE:   3
DATE:  07/07/11                                            CREDITOR LISTING

Name                                                  Address
MORGAN STANLEY & CO. INTERNATIONAL PLC                RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC                TRANSFEROR: AJF LIMITED 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND
NAKANO SHINRIN                                        FLAT F 30/F BLOCK 4 ROYAL ASCOT 1 TSUN KING ROAD SHATIN, NT     HONG KONG
NAM YUK, LING                                         PO BOX 150 SHATIN POST OFFICE SHATIN    HONG KONG
NEW FINANCE ALDEN SPV                                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE 34TH FLOOR NEW YORK NY 10022
NG CHII SIANG                                         RM 806 WANG CHO HOUSE WANG TAU HOM ESTATE LOK FU KLN    HONG KONG
NG LAI KUEN, HELEN                                    FLAT A 5/F BLOCK 2 DRAGON INN COURT 9 TSING HA LANE CASTLE PEAK BAY TUEN MUN, NT     HONG KONG
NG LEE CHU                                            HOUSE 167 LYCHEE ROAD NORTH FAIRVIEW PARK YUEN LONG, NT     HONG KONG
NG SIU CHU                                            FLAT D 1/F BLOCK 1 SOUTH HORIZONS AP LEI CHAU    HONG KONG
NG SIU LAN                                            17F SUNING GROUP NO. 188 GUANGZHOU ROAD NANJING    210024 CHINA
NG YUK SIM                                            FLAT E 2/F BLOCK 3 ON NING GARDEN TSEUNG KWAN O, NT     HONG KONG
PANG SUI WA                                           FLAT 918 9/F BLOCK 2 KAI KWONG LAU CHO YIU CHUEN KWAI CHUNG NT     HONG KONG
POON HUEN, WAI                                        25/F BLOCK C 18 FARM ROAD HO MAN TIN, KLN     HONG KONG
SHAM SIU WING                                         ROOM 702 7/F BLOCK 70 KANG CHENG ROAD, LANE 958 XIN SONG ROAD, XIN ZHUANG, MIN HANG SHANGHAI    201100 CHINA
SHING KAM YUK                                         NO.26 SHING UK TSUEN LAI TSENG PING SHAN YUEN LONG NT    HONG KONG
SHIU SO, LANG & SHIU SO MAI, EVELYN                   FLT A 8/F PEARL COURT NO.5-11 RHONDDA ROAD KOWLOON TONG, KLN    HONG KONG
SIN SAI, CHUEN & IP LAI, YUNG                         DUPLEX 5 3/F DYNASTY VILLA 7 DYNASTY HEIGHTS 2 YIN PING ROAD KOWLOON TONG, KLN    HONG KONG
SIT YIK HING / LIE SHUN KWAN STELLA                   FLAT C 5/F 9 HUMBERT STREET MEI FOO SUN CHUEN LAI CHI KOK, KLN    HONG KONG
SO MEI CHUN MARIA                                     FLAT A 9/F BLOCK 10 LOCWOOD COURT KINGSWOOD VILLAS 1 TIN WU ROAD TIN SHUI WAI YUEN LONG N.T. H.K.    HONG KONG
SONG HONG                                             UNIT B & C 20/F FULL WIN COMMERCIAL CENTRE 573 NATHAN ROAD MONKOK    HONG KONG
SPCP GROUP, LLC                                       PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                       TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CAI YUN / CHANG SHAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG     HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHAN CHI, KWAN & LEUNG MIU LIN, MATILDA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHAN CHOY, YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHAN CHOY, YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHAN KA KIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHAN KING HING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHAN KWING PUI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHAN KWOK WING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHAN KWOK, KWONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHAN KWOK, WAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHAN MEI FAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHAN MUI, CHU & MOK CHEUK LUN, ALAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHAN PING CHUN / LO YIN KING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHAN SIU LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHAN WAI CHU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHAN WAI CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHAN YAU, LEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHAN, BING WING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHAN, MIU LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHAN, WING MING JULIA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHANG KO TA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHAO TENG PANG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHAU CHI SUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHAU, MIU YUNG FIONA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHENG HON MING, CHU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHENG MING, CHU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHENG PAK MING JUDY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHENG SIU YUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHENG WAI YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHEUNG OY MING, AGNES 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHEUNG WING MAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHEUNG, PO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHEUNG, SAU CHUN ALICE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHEUNG, YUET YIN/CHOY, SHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 11:02:29                              LEHMAN BROTHERS HOLDING INC.                                                    PAGE: 4
DATE: 07/07/11                                   CREDITOR LISTING

Name                                          Address
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHI SAU, NGAN           21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHIN MUK TSE, HIEDI     21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHING YING, HAN         21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHIU FUNG LIN           21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHIU KWOK YI            21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHOI LAI KWONG          21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHOI LUNG CI SAMONE     21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHOI SIK CHEE, JANET    21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHOI WAI HAN            21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHOY KWO                21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHU KIM YIU             21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHU MEE CHU SELINA      21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHU MEI LING            21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHU SHAN SHAN           21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHU YIN CHING           21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHUK LEE WING           21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHUNG KAM NIN / LEUNG CHIU KWAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: CHUNG KIN HUNG          21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: FAN, HAU LING           21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: FOK HOI CHOW            21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: FUNG KONG FONG          21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: FUNG PUI MAN JULIA      21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: HO BOR CHUEN            21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: HO CHI KEUNG            21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: HO LAI FONG             21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: HONG SIU MAU            21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: HUANG, JIANQI           21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: HUNG LO SHAN LUSAN      21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: IP YUN YU               21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: IP YUNG, TUEN           21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: KEE, WAI YING           21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: KO YUET CHIU            21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: KO, CHING WAH/LO, LAI KWAN ALICE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LAI KIM, CHUEN          21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LAU CHIU FONG           21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LAU CHUNG WAI           21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LAU FOOK TAI            21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LAU LEE                 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LAU PO LIN              21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LAU WAI KWAN            21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LAW LING TAI            21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LAW WING KAI            21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LEE KWOK, WAH           21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LEE SHUI, LAM           21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LEONG WAI, CHUE         21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LEONG WAI, LAN          21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LEUNG FUNG YIN          21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LEUNG WAI YEE           21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LEUNG WING KAN DOMINIC  21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LEUNG YUK FAN           21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LI HING WAN             21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LI SAICHAI              21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LI WI / WANG YAN        21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LI WING TAI             21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LI, HOI DAVID / LOK SHU CHI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.   TRANSFEROR: LIAO, YONGQIANG         21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
```

```
TIME: 11:02:29                                                LEHMAN BROTHERS HOLDING INC.                                                          PAGE:   5
DATE: 07/07/11                                                     CREDITOR LISTING

Name                                                  Address
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LIM HONG MONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG          HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LIN CHI CHAI RAYMOND / PANG CHING LIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LIT SIU YIN TOMI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG      HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LO WAH FAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG            HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LO YUN SING, RAYMOND 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: LU SHEN I CHEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG        HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: MA YUK MEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG            HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: NAKANO SHINRIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG        HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: NAM YUK, LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG         HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: NG CHII SIANG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG         HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: NG LAI KUEN, HELEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: NG LEE CHU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG            HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: NG SIU CHU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG            HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: NG SIU LAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG            HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: NG YUK SIM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG            HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: PANG SUI WA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG           HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: POON HUEN, WAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG        HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: SHAM SIU WING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG         HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: SHING KAM YUK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG         HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: SHIU SO, LANG & SHIU SO MAI, EVELYN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: SIN SAI, CHUEN & IP LAI, YUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: SIT YIK HING / LIE SHUN KWAN STELLA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: SO MEI CHUN MARIA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG     HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: SONG HONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG             HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: SUN ZHI YAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG           HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: SUN, ROBIN B 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG          HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: TANG CHIN LUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG        HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: TANG JACK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG             HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: TANG KAR BICK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG         HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: TIN TAK SUM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG           HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: TO SUK YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG            HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: TONG SHING CHEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG     HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: TSAI CHU KUEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG         HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: TSANG WAI, CHU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG        HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: TSE MAN CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG          HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: TZE, TSUI YUEN/LAU, TAK WAI GEOMING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: WAMG HUI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG              HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: WAN CHI BONG ANTHONY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: WAN YUEN LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG         HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: WONG KI KUEN / LUK SAU YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: WONG KWOK YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG        HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: WONG TAK SING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG         HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: WONG WAH CHEONG / LEUNG SUK YI KAREN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: WONG WAI KUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG         HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: WONG WAI PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG         HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: WONG WAI, MAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG         HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: WONG YAN LEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG        HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: WONG YING CHUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG       HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: WU KA CHAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG            HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: YEUNG LUEN YUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG       HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: YEUNG WAI, CHOI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG       HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: YIP SUI SUM POLLY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG     HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: YIP, YEE FAN EVA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG      HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: YOUNG YIM KUEN LYDIA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: YU KING HIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG           HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.  TRANSFEROR: YU WAI SZE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG            HONG KONG

                                                                                                                               EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:02:29                                      LEHMAN BROTHERS HOLDING INC.                                                      PAGE:    6
DATE: 07/07/11                                            CREDITOR LISTING

Name                                                Address
STANDARD CHARTERED BANK (HONG KONG) LTD.            TRANSFEROR: YUNG FIONA ANNE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.            TRANSFEROR: YUNG, WONG KWAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.            TRANSFEROR: ZHANG JIANG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
SUN ZHI YAN                                         FLAT B 8/F TOWER 17 LAGUNA VERDE PHASE 4 HUNG HOM HONG KONG, KLN  HONG KONG
SUN, ROBIN B                                        FLT A 25/F GOLDEN MAPLE COURT FULL WEALTH GARDENS NO.9-10 KAI YUEN TERRACE NORTH POINT  HONG KONG
TANG CHIN LUEN                                      FLAT C 35/F BLOCK 3 SCENIC VIEW NGAU CHI WAN, KLN  HONG KONG
TANG JACK                                           FLT E 18/F BLK 5 BAYVIEW GARDEN TSUEN WAN NT  HONG KONG
TANG KAR BICK                                       FLAT 34B BLOCK 3 VICTORIA CENTRE 15 WATSON ROAD NORTH POINT HK  HONG KONG
TIN TAK SUM                                         15/F 4A BROADWAY MEI FOO SUN CHUEN KOWLOON  HONG KONG
TO SUK YEE                                          FLT 1005 10/F BLK K LUK YEUNG SUN CHUEN TSUEN WAN NT  HONG KONG
TONG SHING CHEUNG                                   FLAT B 17/F EVELYN TOWERS NO.38 CLOUD VIEW ROAD NORTH POINT, HK  HONG KONG
TOTAL ALPHA INVESTMENT FUND MANAGEMENT              ON BEHALF OF NIKKO TRUST 9A RUE ROBERT STUMPER LUXEMBOURG  L-2557 LUXEMBOURG
  COMPANY S.A.
TOTAL ALPHA INVESTMENT FUND MANAGEMENT              KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660
  COMPANY S.A.
TSAI CHU KUEI                                       FLAT 10B BLOCK2 GARDEN TERRACE 8A OLD PEAK ROAD THE PEAK  HONG KONG
TSANG WAI, CHU                                      FLAT 1E 19/F WOODVIEW COURT 75 KUNG LOK ROAD KWUN TONG, KLN  HONG KONG
TSE MAN CHUN                                        FLT E 13/F BLK 2 KOWAY COURT 111 CHAI WAN RD CHAI WAN, HK  HONG KONG
TZE, TSUI YUEN/LAU, TAK WAI GEOMING                 FLAT C 29/F NIN ON MANSION TAIKOO SHING QUARRY BAY HK  HONG KONG
WAMG HUI                                            7-2-1501 CHUNG DAWEN JIN YUAN 108 QIUZHI XIANG HANGHOU  310012 CHINA
WAN CHI BONG ANTHONY                                FLAT G 20/F BLOCK 3A TIERRA VERDE TSING YI, NT  HONG KONG
WAN YUEN LING                                       FLAT 11 23/F KA YEUNG HOUSE KA SHING COURT FANLING NT  HONG KONG
WONG KI KUEN / LUK SAU YING                         2/F BLK 14 109 TUEN MUN SAN TSUEN TUEN MUN NT HK HONG KONG
WONG KWOK YING                                      25 CLAYSON STREET MARKHAM ON L6B 0H8 CANADA
WONG TAK SING                                       FLAT A 4/F BLOCK 10 BRAEMER HILL MANSIONS NO.33 BRAEMER HILL ROAD NORTH POINT HK  HONG KONG
WONG WAH CHEONG / LEUNG SUK YI KAREN                FLAT E 25/F BLOCK 2 TIERRA VERDE 33 TSING KING ROAD TSING YI, NT  HONG KONG
WONG WAI KUEN                                       FLAT A 23/F TOWER 2 GRAND PROMENADE 38 TAI HONG STREET SAI WAN HO, HK  HONG KONG
WONG WAI PING                                       FLAT 110 1/F WAH HEI HOUSE TUNG HEI COURT SHAUKEIWAN HONG KONG  HONG KONG
WONG WAI, MAN                                       ROOM 1001 10/F BLOCK 41 HENG FA CHUEN CHAI WAN  HONG KONG
WONG YAN LEUNG                                      FLT E 29/F BLK 1 RAMBLER CREST TSING YI NT  HONG KONG
WONG YING CHUEN                                     RM 3 9/F WANG TAK HOUSE WANG TAU HOM ESTATE WANG TAU HOM, KLN  HONG KONG
WU KA CHAI                                          FLAT J 1/F MEI MOON BUILDING HOP YICK ROAD YUEN LONG HK  HONG KONG
YEUNG LUEN YUEN                                     FLAT B 27/F BLOCK 2 THE TOLO PLACE 628 SAI SHA ROAD MA ON SHAN NT  HONG KONG
YEUNG WAI, CHOI                                     FLAT H 4/F PAK CHEUNG COURT BEDFORD GARDENS 163 TIN HAU TEMPLE ROAD NORTH POINT  HONG KONG
YIP SUI SUM POLLY                                   FLAT B 20/F BLK 1 FULLVIEW GARDEN 18 SIU SAI WAN RD CHAI WAN, HK  HONG KONG
YIP, YEE FAN EVA                                    FLAT F 29/F BLOCK 38 CITY ONE SHATIN SHATIN NT  HONG KONG
YORVIK CAPITAL LTD                                  TRANSFEROR: YORVIK PARTNERS LLP ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                                 TRANSFEROR: TRESSIS, S. V., S. A. 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YOUNG YIM KUEN LYDIA                                FLAT C 17/F 124 BROADWAY MEI FOO SUN CHUEN STAGE 8 LAI CHI KOK KLN  HONG KONG
YU KING HIN                                         FLAT A 5/F BLOCK 2 33 MARBLE ROAD NORTH POINT  HONG KONG
YU WAI SZE                                          10TH FLOOR FLAT B 8 MAN WAN ROAD WATERLOO HILL, KLN  HONG KONG
YUNG FIONA ANNE                                     C/O TRICOR GROUP LEVEL 28 THREE PACIFIC PLACE 1 QUEEN'S ROAD EAST WAN CHAI  HONG KONG
YUNG, WONG KWAI                                     FLAT 9A WING MING BUILDING 34-42 YEN CHOW STREET SHAM SHUI PO KLN  HONG KONG
ZHANG JIANG                                         4-301 JINFENG GARDEN #18 XIN XIU ROAD LUO HU DISTRICT GUANGDONG SHENZHEN  518002 CHINA

Total Number of Records Printed    317
```