B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

*In re Lehman Brothers Holdings Inc.,* Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Nomura Securities Co., Ltd.                     Asahi Mutual Life Insurance Co.
　　Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim #:      14150
should be sent to:                              Amount of Claim:    $52,856,150.00
　　Financial Product Department                 Date Claim Filed:   09/16/2009
　　2-2-2, Otemachi, Chiyodaku
　　Tokyo, JAPAN

Phone: 03-3211-1811                             Phone: 03-4214-3085

Name and Address where transferee payments
should be sent (if different than above):
　　1-9-1, Nihonbashi, Chuoku
　　Tokyo, JAPAN

Phone: 03-3211-1811

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Christian J. Hout_____     Date: __July 8, 2011__
　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NYDOCS03/929015.1