**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| | : | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Ref. Docket Nos. 17820, 18279- |
| | : | 18286, 18289, 18290, 18293, 18294, |
| | : | 18296, 18297 |
| | : | |

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS SPECIAL FINANCING | : | 08-13888 (JMP) |
| INC., | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Ref. Docket No. 236 |
| | : | |

------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 8, 2011,  I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
11th day of July, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                              |   Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             |   08-13555 (JMP)
                                                   |
                                                   |   (Jointly Administered)
                        Debtors.                   |
                                                   |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ORE HILL HUB FUND LTD.
             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
             ATTN: CAROLYN HERMAN
             650 FIFTH AVENUE, 9TH FLOOR
             NEW YORK NY 10019

Please note that your claim # 14370-01 in the above referenced case and in the amount of
        $535,000.00       has been transferred **(unless previously expunged by court order)**

        WILSHIRE INSTITUTIONAL MASTER FUND II SPC-WILSHIRE ORE HILL
        INTERNATIONAL SEGREGATED PORTFOLIO
        TRANSFEROR: ORE HILL HUB FUND LTD.
        C/O CLG ORE HILL LLC
        ATTN: RACHEL CARR-HARRIS
        650 FIFTH AVE., 9TH FLOOR
        NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 17820    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/08/2011                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 8, 2011.

# EXHIBIT B

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND LP | TRANSFEROR: GOLDMAN, SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ARMORY MASTER FUND LTD. | LOVELLS LLP ATTN: MATTHEW P. MORRIS, ESQ. 590 MADISON AVE. NEW YORK NY 10022 |
| ARMORY MASTER FUND LTD. | C/O THE SEAPORT GROUP, LTD. 360 MADISON AVENUE NEW YORK NY 10017 |
| ARMORY MASTER FUND,LTD. | LOVELLS LLP ATTN: MATTHEW P. MORRIS 590 MADISON AVENUE NEW YORK NY 10022 |
| ARMORY MASTER FUND,LTD. | C/O THE SEAPORT GROUP LLC 360 MADISON AVE NEW YORK NY 10017 |
| AURIEL CURRENCY 2X FUND | C/O AURIEL CAPITAL MANAGEMENT LLP 22 CROSS KEYS CLOSE LONDON W1U 2DW UNITED KINGDOM |
| CHAN BING SUM | FLAT J & K 12/F VALIANT INDUSTRIAL CENTRE 2-12 AU PUI WAN STREET FO TAN NT HONG KONG |
| CHAN WAI SUN | FLAT H 13/F BLOCK 2 HOI HAI COURT SOUTH HORIZONS AP LEI CHAU HONG KONG |
| CHAN LUK KEUNG | FLAT C 15/F BLOCK 6 VILLA ATHENA MA ON SHAN, NT HONG KONG |
| CHENG SIU MEI | HOUSE 101 HILLTOP GARDEN TAI PO, NT HONG KONG |
| CHENG SO SUN | FLAT B 8/F SUNSHINE BUILDING 34 VICTORY AVE HO MAN TIN KLN HONG KONG |
| CHENG YIU CHUNG | ROOM 2 6/F BLOCK B SERENADE COVE TSUEN WAN, NT HONG KONG |
| CHIU SIN CHEUK | FLAT 7 23/F LUNG YAN HOUSE KAM LUNG COURT MA ON SHAN, NT HONG KONG |
| CHOI KWAI, NGOR | FLAT B 8/F BLOCK 3 CLASSICAL GARDEN 8 MA WO ROAD TAI PO HONG KONG |
| CHOI WING CHUNG | FLAT E 23/F BLOCK 7 CITY GARDEN NORTH POINT, HK HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: AURIEL CURRENCY 2X FUND C/O DEUTSCHE BANK SECURITIES INC. DISTRESSED PRODUCTS GROUP ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL NEW YORK NY 10019 |
| FAN QING, TONG | FLAT A 23/F BLOCK 4 MAN FUNG SUN CHUEN 38 GREIG ROAD QUARRY BAY HONG KONG |
| FOK CHING TO | NO.37 2ND STREET SECTION G FAIRVIEW PARK YUEN LONG NT HONG KONG |
| GOLDMAN, SACHS & CO. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BANCO BANIF, S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BBVA (SUIZA) S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: LBVN HOLDINGS, L.L.C. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GU, YUJIE | 2902 #1 HAO LOU 200 DONG TAI ROAD PUDONG NEW AREA SHANGHAI 200120 CHINA |
| GUO, JOSHUA | 202 UNIT 2 NO.7 YUAN DONG ROAD NAN GUAN QU CHANG CHUN CITY CHINA |
| HAN TSIE PING / WONG SHAN YUEN | ROOM 603 GENERAL COMM BUILDING 156-162 DES VOEUX ROAD CENTRAL SHEUNG WAN, HK HONG KONG |
| HO MAN KING ALLAN | FLAT A 1/F WING TAK BUILDING 166 WING LOK STREET SHEUNG WAN HK HONG KONG |
| HO WAI YIN | FLAT D 8/F 213 FA YUEN STREET MONGKOK, KLN HONG KONG |
| KAM TAK MEI / CHU TUNG YING | FLAT F 19/F BLOCK 8 THE CASTELLO 69 SIU LEK YUEN SHATIN NT HONG KONG |
| LAI HING HOI, TAN | FLAT F 49/F BLOCK 10 METRO TOWN, 8 KING LING ROAD TSENG KWAN O HONG KONG |
| LAM FUK CHUN | FLAT A 45/F BLOCK 2 GRAND WATERFRONT 38 SAN MA TAU STREET KOWLOON CITY, KLN HONG KONG |
| LAU CHOW WAI HAR VILMA | ROOM 6C LUNG CHEONG COURT 27 BROADCAST DRIVE KOWLOON TONG KLN HONG KONG |
| LEE FUNG YEE LORITA | FLAT E 67/F BLOCK 5 GRAND PROMENADE NO. 38 TAI HONG STREET SAI WAN HO, HK HONG KONG |
| LEE MAN, YIN | FLAT B 27/F SHU PAK MANSION NO. 4 GREIG ROAD QUARRY BAY HONG KONG |
| LEUNG, SUET CHUN | ROOM H 10/F BLOCK 4 CHEERFUL PARK FANLING NT HONG KONG |
| LI SAU KAM / CHU KUK FONG | FLAT 1 36/F SILVER GARDEN 95 FO KONG VILLAGE ROAD TSZ WAN SHAN KLN HONG KONG |
| LI SIU KAM | ROOM 15 5/F BLOCK A SHUN CHI COURT NO. 1-10 SHUN CHI STREET NGAU TAU KOK, KLN HONG KONG |
| LIU HUIPING | RM 1302 NO. 4 LANE 199 LIV SHUN HONG KOU SHANGHAI 200030 CHINA |
| LO SUET, YENNY | RM 22210 BLK LOWER LEI CHAK HOUSE APLEICHAU EST AP LEI CHAU HONG KONG |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: CENTRAL PARTNERS MASTER (CAYMAN) LTD ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| NEW FINANCE ALDEN SPV | TRANSFEROR: GOLDMAN, SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| NEWFINANCE ALDEN SPV | TRANSFEROR: GOLDMAN, SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| NG KEI | FLAT A 27/F BLOCK 13 SCENEWAY GARDEN NO. 8 SCENEWAY ROAD LAM TIN KLN HONG KONG |
| OR TAI LOI | FLAT C 5/F BLOCK 5 VILLA OCEANIA MA ON SHAN, NT HONG KONG |
| ORE HILL HUB FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: CAROLYN HERMAN 650 FIFTH AVENUE, 9TH FLOOR NEW YORK NY 10019 |
| PAN SIU FU, HELEN | FLAT E 13/F BLOCK 3 LES SAISONS NO. 28 TAI ON STREET SAI WAN HO HONG KONG |
| POON PAK KAI DOMINIC | FLAT C 32/F BLOCK 10 TIERRA VERDE TSING YI, NT HONG KONG |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: ARMORY MASTER FUND,LTD. 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: ARMORY MASTER FUND,LTD. 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 11:43:34
DATE: 07/08/11

PAGE: 2

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| SHALLY, CHAN SIU LIN | FLAT D 17/BLK 7 CHIN YI GARDEN CHIN YI NT    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHAN BING SUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHAN LAI WAH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHAN LUK KEING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHENG SIU MEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHENG SO KUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHENG YIU CHUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHIU SIN CHEUK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHOI KWAI, NGOR 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHOI WING CHUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: FAN QING, TONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: FOK CHING TO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: GU, YUJIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: GUO, JOSHUA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: HAN TSIE PING / WONG SHAN YUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: HO HIN MING ALLAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: HO WAI, YIP 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: KAM TAK MEI / CHU TUNG YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAI HUNG MU, TAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAM FOK CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAU CHOW WAI HAR VILMA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEE FUNG YEE LORITA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEE MAN, YIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEUNG, SUET CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LI, SAU KAM / FONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LI SIU KAM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LIU HUIPING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LO SUET, FONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: NG KEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: OR TAI LOI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: PAN SIU FU, HELEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: POON PAK KAI DOMINIC 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: SHALLY, CHAN SIU LIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: SUNG, MAY CHEIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TANG LAI HA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TANG LIHUA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: VATTASINGH BUSABAKORN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WAN YUEN YI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG HANG SING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG KAI, TONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG KIN, PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG PING CHUEN JOHNNY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: XIE, YUPING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YEUNG KIN, WA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YIP SIU CHAU / HO MAY LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YUEN HING KONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YIM YUEN FAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YUEN PO, KAY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YUEN WING CHI REBECCA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YUEN WING KEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| SUNG, MAY CHEIN | FLAT D 30/F BLOCK 6 SHERWOOD COURT KINGSWOOD VILLAS TIN SHUI WAI NT    HONG KONG |
| TANG LAI HA | NO 5 6TH STREET RIVER NORTH FAIRVIEW PARK YUEN LONG NT    HONG KONG |
| TANG LIHUA | 9-602 LYYIJU 2100 MEIHUA RD W XINXIANG ZHOU ZHU HAI GUANG DONG    CHINA |
| VATTASINGH BUSABAKORN | FLAT B 17/F GREENLAND COURT 56 MACDONNELL ROAD MID LEVELS, HK    HONG KONG |
| WAN YUEN YI | FLAT D 10/F LORNA VILLA 242 ARGYLE STREET KOWLOON CITY, KLN    HONG KONG |

EPIQ BANKRUPTCY SOLUTIONS, LLC

PAGE:   3

TIME: 11:43:34
DATE: 07/08/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| WILSHIRE INSTITUTIONAL MASTER FUND II | INTERNATIONAL SEGREGATED PORTFOLIO TRANSFEROR: ORE HILL HUB FUND LTD. C/O CLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS |
| SPC-WILSHIRE ORE HILL | 650 FIFTH AVE., 9TH FLOOR NEW YORK NY 10019 |
| WILSHIRE INSTITUTIONAL MASTER FUND II | INTERNATIONAL SEGREGATED PORTFOLIO TRANSFEROR: ORE HILL HUB FUND LTD. C/O GLG ORE HILL LLC ATTN: RACHEL CARR-HARRIS |
| SPC-WILSHIRE ORE HILL | 650 FIFTH AVE., 9TH FLOOR NEW YORK NY 10019 |
| WONG HANG SING | FLT F 37/F BLK 12 TIERRA VERDE TSING YI, NT   HONG KONG |
| WONG KAI, TONG | FLAT E 5/F BLOCK 2 VILLA TIARA TUEN MUN   HONG KONG |
| WONG KIN, PING | 103A SHEK KWU LUNG TAI PO, NT   HONG KONG |
| WONG PING CHUEN JOHNNY | FLAT F 7/F TOWER 4 THE METROPOLIS METRO CITY PHASE 3 TSEUNG KWAN O, NT   HONG KONG |
| XIE, YUPING | RM 718 SHIN NGAR HSE FU SHIN EST TAI PO NT   HONG KONG |
| YEUNG KIN, WA | 2/F 206 HO FUI PAT HEUNG YUEN LONG   HONG KONG |
| YIM YUEN FAN | 1/F 324 SHUNNING RD SHAMSHUIPO, KOWLOON   HONG KONG |
| YIP SIU CHAU / HO MAY LING | FLT C 14/F MEI FOO SUN CHUEN 96 BROADWAY LAI CHI KOK, KLN   HONG KONG |
| YU HING KWONG | FLAT 13A TOWER 2 BELVEDERE GARDEN PHASE 3 TSUEN WAN, NT   HONG KONG |
| YUEN KIN CHUNG | 91 GRANGE ROAD GRANGE RESIDENCES #06-01 249613 SINGAPORE |
| YUEN FO, KAY | ROOM 10 20/F PIK LUK HOUSE SHEK PAI WAN ESTATE ABERDEEN   HONG KONG |
| YUEN WING CHI REBECCA | FLT A 6/F TOWER 7 TAI PO   HONG KONG |
| YUEN WING KEI | FLAT B 38/F BLOCK 4 VERBENA HEIGHTS 8 MAU TAI ROAD TSEUNG KWAN O NT   HONG KONG |

Total Number of Records Printed          122

EPIQ BANKRUPTCY SOLUTIONS, LLC