---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS NOTICE OF ONE HUNDRED FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, SARAH DECKER, AT 214-746-7700.**

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                    :     Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :     08-13555 (JMP)
                                         :
                      Debtors.           :     (Jointly Administered)
-------------------------------------------------------------------x
```

**NOTICE OF HEARING ON DEBTORS' ONE HUNDRED FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS (INVALID BLOCKING NUMBER LPS CLAIMS)**

PLEASE TAKE NOTICE that on July 11, 2011, Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), filed their one hundred fifty-ninth omnibus objection to claims (the "Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims"), and that a

1

hearing (the "Hearing") to consider the Debtors' One Hundred Fifty-Ninth Omnibus Objection to

Claims will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in

Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York,

One Bowling Green, New York, New York 10004, on **August 25, 2011 at 10:00 a.m.**

**(prevailing Eastern Time),** or as soon thereafter as counsel may be heard.

   **PLEASE TAKE FURTHER NOTICE** that any responses to the Debtors' One

Hundred Fifty-Ninth Omnibus Objection to Claims must be in writing, shall conform to the

Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall

be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399

(which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's

filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format

(with a hard copy delivered directly to Chambers), in accordance with General Order M-182

(which can be found at www.nysb.uscourts.gov), and served in accordance with General Order

M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Weil, Gotshal & Manges

LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq. and Mark

Bernstein, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street,

21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini,

Esq. and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured

creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan

Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and

2

Evan Fleck, Esq.); so as to be so filed and received by no later than **August 10, 2011 at 4:00 p.m. (prevailing Eastern Time)** (the "Response Deadline").

PLEASE TAKE FURTHER NOTICE that if no responses are timely filed and served with respect to the Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Debtors' One Hundred Fifty-Ninth Omnibus Objection to Claims, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: July 11, 2011
         New York, New York

                         /s/ Robert J. Lemons
                         Robert J. Lemons

                         WEIL, GOTSHAL & MANGES LLP
                         767 Fifth Avenue
                         New York, New York 10153
                         Telephone: (212) 310-8000
                         Facsimile: (212) 310-8007

                         Attorneys for Debtors
                         and Debtors in Possession

3

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

**DEBTORS' ONE HUNDRED FIFTY-NINTH OMNIBUS**
**OBJECTION TO CLAIMS (INVALID BLOCKING NUMBER LPS CLAIMS)**

---

**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE CERTAIN FILED PROOFS OF CLAIM.  PARTIES RECEIVING THIS ONE HUNDRED FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS SHOULD REVIEW THE OMNIBUS OBJECTION TO SEE IF THEIR NAME(S) AND/OR CLAIM(S) ARE LOCATED IN THE OMNIBUS OBJECTION AND/OR IN THE EXHIBIT ATTACHED THERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS THEIR CLAIM(S).**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT DEBTORS' COUNSEL, SARAH DECKER, AT 214-746-7700.**

---

1

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), respectfully represent as follows:

**Relief Requested**

1.    The Debtors file this one hundred fifty-ninth omnibus objection to claims (the "One Hundred Fifty-Ninth Omnibus Objection to Claims"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim filed in these chapter 11 cases (the "Procedures Order") [Docket No. 6664], seeking to disallow and expunge the claims listed on Exhibit A annexed hereto.

2.    The Debtors have examined the proofs of claim identified on Exhibit A (collectively, the "Invalid Blocking Number LPS Claims") and have determined that such claims violate this Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases (the "Bar Date Order") [Docket No. 4271].  Specifically, the Invalid Blocking Number LPS Claims are claims based, in whole or in part, on Lehman Programs Securities (as defined in the Bar Date Order and further below) that do not include valid electronic instruction reference numbers or blocking reference numbers as required by the Bar Date Order.  Accordingly, the Debtors request the disallowance and expungement of the Invalid Blocking Number LPS Claims to the extent set forth on Exhibit A annexed hereto.

3.    The Debtors reserve all their rights to object on any other basis to any Invalid Blocking Number LPS Claim as to which the Court does not grant the relief requested herein.

2

**Jurisdiction**

4.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**Background**

5.      Commencing on September 15, 2008, and periodically thereafter, LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b).  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.      On September 17, 2008, the United States Trustee for Region 2 (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

7.      On January 19, 2009, the U.S. Trustee appointed Anton R. Valukas as Examiner in the above-captioned chapter 11 cases (the "Examiner") and by order, dated January 20, 2009 [Docket No. 2583], the Court approved the U.S. Trustee's appointment of the Examiner.  The Examiner has filed his report pursuant to section 1106(b) of the Bankruptcy Code [Docket No. 7531].

8.      On January 14, 2010, the Court entered the Procedures Order, which authorizes the Debtors, among other things, to file omnibus objections to no more than 500 claims at a time, on various grounds, including those set forth in Bankruptcy Rule 3007(d) and those additional grounds set forth in the Procedures Order.

9.      On July 2, 2009, this Court entered the Bar Date Order, which set forth specific alternative claim filing procedures (the "Lehman Programs Securities Procedures") that

3

apply to the "filing of any and all claims (including claims under a related Guarantee) against the

Debtors arising from securities issued by the Debtors or any of the Debtors' affiliates [to

investors located] outside of the United States, solely to the extent identified on

http://www.lehman-docket.com under the heading 'Lehman Programs Securities' (any such

security, a 'Lehman Program Security') . . . ."  (Bar Date Order at 12.)  The Lehman Programs

Securities Procedures resulted from extensive negotiations among the Debtors, the Creditors'

Committee, the issuers of Lehman Programs Securities, Euroclear Bank ("Euroclear"),

Clearstream Bank ("Clearstream"), and a large group of creditors.

   10. The Bar Date Order set forth the Lehman Programs Securities Procedures

that specifically required, among other things, that claims for Lehman Programs Securities

"include either a Euroclear electronic instruction reference number or a Clearstream blocking

reference number" (a "Blocking Number").  (*Id.* at 13.)  Each Blocking Number issued by the

applicable clearing agency relates to a specific holder of a specific Lehman Program Security in

a specific amount.  The issuance of a Blocking Number prevented the holder of a Lehman

Program Security from trading that security through November 2, 2009 (the "Securities

Programs Bar Date") and is utilized by the Debtors to reconcile such claims.

   11. The Blocking Number requirement was necessary because the Lehman

Programs Securities did not have an indenture trustee that would file a global claim on behalf of

all holders of a particular security, but rather individual holders of such securities (or custodians

thereof) would be filing claims based on such securities.  Accordingly, the Blocking Number

requirement provided the only mechanism for the Debtors to confirm the ownership and amount

of a particular security for purposes of the proof of claim based on a Lehman Program Security.

Absent the Blocking Number requirement and temporary restriction on trading, the risk would

US_ACTIVE:\43754345\01\58399.0008

exist that the Debtors would make distributions in excess of the outstanding amount of the

Lehman Programs Securities and multiple distributions on the same obligation.

12.     The Bar Date Order warned that "any holder of a claim against the

Debtors who is required, but fails to file a proof of such claim in accordance with the Bar Date

Order . . . shall forever be barred, estopped, and enjoined from asserting such claim against the

Debtors (or filing a Proof of Claim with respect thereto)."  (Bar Date Order at 9-10.)[1]  A copy of

the Bar Date Order was made publicly available at http://www.lehman-docket.com.

13.     Because the Lehman Programs Securities were widely held by investors

around the world, the Lehman Programs Securities Procedures provided that the notice of the

Securities Programs Bar Date (the "Securities Programs Bar Date Notice") would be widely

published and disseminated.  Pursuant to the Bar Date Order, the Securities Programs Bar Date

Notice was published by the Debtors in ten languages, plus seven translations for local dialects,

in twenty-six newspapers in eighteen countries.[2]  The Securities Programs Bar Date Notice was

also provided to Euroclear, Clearstream, and similar clearing systems as well as to the issuers of

the Lehman Programs Securities with a request that those entities distribute the notice to the

holders of Lehman Programs Securities.

14.     The Securities Programs Bar Date Notice included a "**Special Note**

**Regarding Blocking Numbers**" instructing that "[e]ach Securities Program Proof of Claim must

---

[1] The Bar Date Order also stated that, "other than specifically provided in clauses (a) through (m) above [setting forth the procedures to file claims by holders of a Lehman Program Security], all provisions of this Order apply to holders of claims under any Lehman Program Security and holders of claims based on such Lehman Program Security are required to comply with all provisions of this Order."  (Bar Date Order at 15.)

[2] The Bar Date Order specified that "the Debtors shall publish notice (translated into the appropriate language, if necessary) substantially in the form of the Securities Programs Bar Date Notice at least once in one leading national newspaper in each of Italy, Spain, France, Germany, The Netherlands (in English), Switzerland, Luxembourg, United Kingdom, Hong Kong, Mexico, Belgium, Austria, Greece, Brazil, Argentina, Australia, and Japan."  (Bar Date Order at 14.)

US_ACTIVE:\43754345\01\58399.0008

include either a Euroclear Electronic Instruction Reference Number, a Clearstream Blocking

Reference Number, or other depository blocking reference number, as appropriate . . . with

respect to each Lehman Programs Security for which such Securities Program Proof of Claim is

filed." (Secs. Programs Bar Date Notice at 3.)[3]  It also warned claimants in bold-face type that

"[a]ny holder of a claim based on a Lehman Programs Security who fails to file a Securities

Programs Proof of Claim in accordance with the Bar Date Order on or before the Securities

Programs Bar Date . . . will be forever barred, estopped, and enjoined from asserting such claim

(and from filing a Securities Programs Proof of Claim with respect to such claim) against LBHI

[and] the other Debtors and their estates." (*Id.* at 3.)

### The Invalid Blocking Number LPS Claims Should Be Disallowed and Expunged

15.    In reviewing the claims filed on the claims register in these cases and

maintained by the Court-appointed claims agent, the Debtors have identified the claims on

Exhibit A as being claims based on Lehman Programs Securities that were filed without valid

Blocking Numbers.  In reviewing claims based on Lehman Programs Securities, the Debtors

must reconcile the Blocking Number provided on the proof of claim form with the lists of issued

Blocking Numbers provided to the Debtors by the various clearing agencies.  Such a

reconciliation confirms the ownership of a security by the claimant on the Securities Programs

Bar Date.  While each of the Invalid Blocking Number LPS Claims included a number in the

Securities Programs Proof of Claim Form (as defined in the Bar Date Order) box number 3,

which was designated for Blocking Numbers, the Debtors, despite their diligent efforts, have

been unable to reconcile each number with any valid Blocking Number issued by a clearing

agency.  Consequently, the Invalid Blocking Number LPS Claims do not provide any evidence

---

[3]  The Securities Programs Bar Date Notice established October 23, 2009, as the deadline to request a Blocking
Number.  (Secs. Programs Bar Date Notice at 3.)

US_ACTIVE:\43754345\01\58399.0008

regarding the ownership of such securities and do not comply with the provisions of the Bar Date Order.

16.    A filed proof of claim is "deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).  If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim.  *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Ch. 11 Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660 at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000).

17.    The Invalid Blocking Number LPS Claims fail to comply with the specific directions in the Bar Date Order and the Securities Programs Bar Date Notice that each claim based on a Lehman Program Security include a Blocking Number issued by Euroclear, Clearstream or other relevant depository.  (*See* Bar Date Order at 13; Secs. Programs Bar Date Notice at 3.)  The Blocking Number requirement in the Lehman Programs Securities Procedures was specifically and extensively negotiated and is a critical safeguard against duplicative or excess distributions on Lehman Programs Securities.  Without confirming a valid and unique Blocking Number associated with each and every Lehman Program Security, the Debtors have no way of verifying the ownership and amount of a particular security.  The widely distributed Securities Programs Bar Date Notice informed holders of Lehman Programs Securities of the Blocking Number requirement and expressly warned that failure to comply would result in their claims being barred.  (*See* Secs. Programs Bar Date Notice at 3.)

18.    Accordingly, the Debtors request that the Court disallow and expunge in their entirety with prejudice the Invalid Blocking Number LPS Claims listed on Exhibit A.

US_ACTIVE:\43754345\01\58399.0008

## <u>Notice</u>

19.     No trustee has been appointed in these chapter 11 cases.  The Debtors

have served notice of this One Hundred Fifty-Ninth Omnibus Objection to Claims on (i) the U.S.

Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange

Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern

District of New York; (vi) each claimant listed on <u>Exhibit A</u>; and (vii) all other parties entitled to

notice in accordance with the procedures set forth in the second amended order entered on June

17, 2010 governing case management and administrative procedures for these cases [Docket No.

9635].  The Debtors submit that no other or further notice need be provided.

20.     No previous request for the relief sought herein has been made by the

Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request that the Court grant the relief

requested herein and such other and further relief as is just.

Dated: July 11, 2011
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

8

# EXHIBIT A

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 159: EXHIBIT A – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | A. LOKAPOJAT OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63905 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 2 | AHONEN, JUHANI PAJATIE 4 PUDASJARVI, FI-93100 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49669 | $14,151.00 | Invalid Blocking Number LPS Claim |
| 3 | AKIATRO OY SORAHARJUNKATU 14A FIN TAMPERE, 33270 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44383 | $44,679.00 | Invalid Blocking Number LPS Claim |
| 4 | ALAHUHTA, JORMA C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63907 | $70,755.00* | Invalid Blocking Number LPS Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 159: EXHIBIT A – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 5 | ALANDSBANKEN SVERIGE AB (PUBL) ATTN: OPERATIONS, STUREPLAN 19 STOCKHOLM, 107 81 SWEDEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 62822[1] | $0.00* | Invalid Blocking Number LPS Claim |
| | | | | | | $2,257,943.93 | |
| | TRANSFERRED TO: GOLDEN TREE MASTER FUND II, LTD. TRANSFEROR: BARCLAYS BANK PLC ATTN: JOHN DEMARTINO 300 PARK AVENUE, 21ST FLOOR NEW YORK, NY 10022 | | | | | | |
| | TRANSFERRED TO: BARCLAYS BANK PLC TRANSFEROR: ACTA ASSET MANAGEMENT ASA 745 SEVENTH AVENUE NEW YORK, NY 10019 | | | | | $3,460,186.91 | |
| | TRANSFERRED TO: BARCLAYS BANK PLC TRANSFEROR: ACTA ASSET MANAGEMENT ASA 745 SEVENTH AVENUE NEW YORK, NY 10019 | | | | | $3,563,364.49 | |
| | TRANSFERRED TO: BARCLAYS BANK PLC TRANSFEROR: ACTA ASSET MANAGEMENT ASA 745 SEVENTH AVENUE NEW YORK, NY 10019 | | | | | $2,413,457.95 | |

_____

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 159: EXHIBIT A – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | ALLIANZ INVEST KAPITALANLAGEGESELLSCHAFT MBH ATTN: MAG SABINE ZECHA, CRM HIETZINGERKAI 101-105 WIEN, 1130 AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/15/2009 | 40531[2] | $53,995,452.21* | Invalid Blocking Number LPS Claim |
| | TRANSFERRED TO: SERENGETI OPPORTUNITIES MM L.P. TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK, NY 10012 | | | | | $2,545,533.26 | |
| 7 | ANDORRA BANC AGRICOL REIG, S.S. (""ANDBANC"") C/ MANUEL CERQUEDA ESCALER, 6 ESCALDES-ENORDANY, ANDORRA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63849[3] | $9,885,982.00 | Invalid Blocking Number LPS Claim |

[1] Claim 62822 is being expunged solely with respect to its asserted claim for securities with ISIN No. SE0002379271. The remainder of Claim 62822 asserting a claim totaling $11,694,953.28 for other securities is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 62822 in the future.

[2] Claim 40531 is being expunged solely with respect to its asserted claim totaling $37,923,033.26 for securities with ISIN Nos. XS0283497005, XS0304145351, and XS0341721453. The remainder of Claim 40531 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 40531 in the future.

[3] Claim 63849 is being expunged solely with respect to its asserted claim totaling $170,160 for securities with ISIN No. DE0007490724. The remainder of Claim 63849 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 63849 in the future.

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 159: EXHIBIT A – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | ARC CAPITAL & INCOME PLC ATTN: JOHN GRACEY 22 LOVAT LANE LONDON, EC3R 8EB UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 60892[4] | $1,163,123.00* | Invalid Blocking Number LPS Claim |
| 9 | ASTALA, LEENA C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63913 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 10 | AVIKAINEN, PAAVO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63914 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 11 | BA-RO FINLAND OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63916 | $212,265.00* | Invalid Blocking Number LPS Claim |
| 12 | BANCO INVERSIS, S.A. ATTENTION: EDUARDO MUELA RODRIGUEZ / TERESA MUGICA AVENIDA DE LA HISPANIDAD 6 MADRID, 28042 SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 46995 | Undetermined | Invalid Blocking Number LPS Claim |

[4] Claim 60892 is being expunged solely with respect to its asserted claim totaling $581,561.50 for securities with ISIN No. ANN5214T7148.  The portion of Claim 60892 that is asserting a claim totaling $581,561.50 for securities with ISIN No. ANN5214T7064 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 60892 in the future.

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 159: EXHIBIT A – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 13 | BLOMFELT, PETRI LUKKARIMAENTIE 3 A HELSINKI, 00680 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 60658 | $141,510.00 | Invalid Blocking Number LPS Claim |
| 14 | CORNER BANCA SA VIA CANOVA 16 LUGANO, 6900 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45218[5] | $1,726,050.34 | Invalid Blocking Number LPS Claim |
| 15 | DOVESTA OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63918 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 16 | ERKINMIKKO, JORMA C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63919 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 17 | ETELA-SAVON LASKENTA JA KONSULTOINTI KY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63921 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 18 | FARESTVEIT, TRYGVE OLAV KLAUVARINDEM 22 H0101 SALHUS, 5107 NORWAY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 61426 | $2,591.80 | Invalid Blocking Number LPS Claim |

---

[5] Claim 45218 is being expunged solely with respect to its asserted claim totaling $3,030.06 for securities with ISIN No. XS0282978666.  The remainder of Claim 45218 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 45218 in the future.

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 159: EXHIBIT A – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|------|-------------|-------------|-----------|---------|---------------------|----------------------------------|
| 19 | HAAPALA, EINO JENNINKATU 2 LAHTI, 15610 FINLAND | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 10/19/2009 | 41669 | $7,075.50 | **Invalid Blocking Number LPS Claim** |
| 20 | HANNULA, JORMA C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 11/02/2009 | 63890 | $70,755.00* | **Invalid Blocking Number LPS Claim** |
| 21 | HARJUNPAA, SAMULI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 11/02/2009 | 63892 | $70,755.00* | **Invalid Blocking Number LPS Claim** |
| 22 | HARKALA, MIKKO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 11/02/2009 | 63884 | $70,755.00* | **Invalid Blocking Number LPS Claim** |
| 23 | HEIKKINEN, MIKKO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 11/02/2009 | 63894 | $70,755.00* | **Invalid Blocking Number LPS Claim** |
| 24 | HELANDER, JOUNI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | **Lehman Brothers Holdings Inc.** | 11/02/2009 | 63898 | $141,510.00* | **Invalid Blocking Number LPS Claim** |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 159: EXHIBIT A – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 25 | HELENIUS, MARKO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63900 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 26 | HELIN, JAAKKO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63901 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 27 | HIMANEN, ARTO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63925 | $99,057.00* | Invalid Blocking Number LPS Claim |
| 28 | HIPPI, RAMI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63930 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 29 | HOCKMAN, JUKKA C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63928 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 30 | HORNA, TOMI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63934 | $283,020.00* | Invalid Blocking Number LPS Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 159: EXHIBIT A – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | HYTONEN, JUHA C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63889 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 32 | IIN MP OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63883 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 33 | INSINOORITOIMISTO SUOMEN UNIT OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63881 | $84,906.00* | Invalid Blocking Number LPS Claim |
| 34 | INVENIUS, KIMMO LEPIKKOAHONTIE 19 LEHMO, 80710 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 60661 | $49,528.50 | Invalid Blocking Number LPS Claim |
| 35 | JPF PEAT OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63505 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 36 | JUKARAINEN, JAAKKO C/O FRONT CAPITAL LTD ALEKSANTERINKATU 48A HELSINKI, FI-00100 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44268 | $42,453.00 | Invalid Blocking Number LPS Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 159: EXHIBIT A – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 37 | JUSSI-TUOTE OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63878 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 38 | KANGAS, SAMI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63875 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 39 | KANKKUNEN, PIRJO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63874 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 40 | KARIJOEN METALLI OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63871 | $254,718.00* | Invalid Blocking Number LPS Claim |
| 41 | KERALA GROUP OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63869 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 42 | KOIVISTO, RAIMO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63865 | $70,755.00* | Invalid Blocking Number LPS Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 159: EXHIBIT A – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 43 | KOSKELA, MARKO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63509 | $106,132.50* | Invalid Blocking Number LPS Claim |
| 44 | KUIVALAINEN, KIRSTI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63998 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 45 | KULJETUSLIIKE YRJO ERAMIES OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63995 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 46 | KUNNASRANTA, TARMO C/O PAMELA SMITH HOLLERMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63507 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 47 | LAITINEN, KAIJA C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63987 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 48 | LAITINEN, OLLI-PEKKA C/O FRONT CAPITAL LTD ALEKSANTERINKATU 48A HELSINKI, FI-00100 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44272 | $495,285.00 | Invalid Blocking Number LPS Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 159: EXHIBIT A – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 49 | LAITINEN, PASI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63986 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 50 | LAMMI, KIMMO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63985 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 51 | LAMPPU, PERTTI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63984 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 52 | LAUKKANEN, MARKKU C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63981 | $84,906.00* | Invalid Blocking Number LPS Claim |
| 53 | LEHTIMAKI, MIKA C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63980 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 54 | LINDWALL, KIM C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63974 | $141,510.00* | Invalid Blocking Number LPS Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 159: EXHIBIT A – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 55 | LINDWALL, LEO<br>C/O PAMELA SMITH HOLLEMAN, ESQ.<br>SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63973 | $283,020.00* | Invalid Blocking Number LPS Claim |
| 56 | LOHI, MARKUS<br>C/O PAMELA SMITH HOLLEMAN, ESQ.<br>SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63972 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 57 | LVI-KONSULTOINTI J. VAARALA OY<br>C/O PAMELA SMITH HOLLEMAN, ESQ.<br>SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63969 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 58 | MAKELA, SEPPO<br>C/O PAMELA SMITH HOLLEMAN, ESQ.<br>SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63961 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 59 | MANUEL COEHLO AFFONSO DE BARROS, ANTONIO<br>RUA ANDRE ALVARES DE ALMADA NO. 23<br>PORTO, 4150-067<br>PORTUGAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49837 | $44,754.00 | Invalid Blocking Number LPS Claim |
| 60 | MIETTINEN, HANNU<br>C/O PAMELA SMITH HOLLEMAN, ESQ.<br>SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63963 | $70,755.00* | Invalid Blocking Number LPS Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 159: EXHIBIT A – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 61 | MUTANEN, JANNE<br>C/O PAMELA SMITH HOLLEMAN, ESQ.<br>SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63962 | $212,265.00* | Invalid Blocking Number LPS Claim |
| 62 | NISKANEN, PEKKA<br>C/O PAMELA SMITH HOLLEMAN, ESQ.<br>SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63957 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 63 | NYHOLM, RAINER<br>MONONTIE 4B14<br>LAHTI, 15950<br>FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43318 | $11,320.80 | Invalid Blocking Number LPS Claim |
| 64 | OESTERREICHE VOLKSBANKEN-<br>AKTIENGESELLSCHAFT<br>KOLLINGASSE 19<br>VIENNA, A-1090<br>AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58686[6] | Undetermined | Invalid Blocking Number LPS Claim |
| 65 | OULUN REMONTTI IDEA OY<br>C/O PAMELA SMITH HOLLEMAN, ESQ.<br>SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63952 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 66 | OY ARISTO-INVEST AB<br>C/O FRONT CAPITAL LTD<br>ALEKSANTERINKATU 48A<br>HELSINKI, FI-00100<br>FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44266 | $283,020.00 | Invalid Blocking Number LPS Claim |

[6] Claim 58686 is being expunged solely with respect to its asserted claim for securities with ISIN Nos. XS0297186958, XS0304490963, and XS0305255407.  The portion of Claim 58686 that is asserting a claim for securities with ISIN Nos. XS0196298219, XS0224346592, and XS0300055547 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 58686 in the future.

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 159: EXHIBIT A – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 67 | PAALASMAA, ESKO DAGMARINKATU 14 A 33 HELSINKI, 00100 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/20/2009 | 42616 | $42,453.00 | Invalid Blocking Number LPS Claim |
| 68 | PALOMAKI, EIJA YLISKYLANKAARI 2A HELINSKI, 00840 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43115 | $14,151.00 | Invalid Blocking Number LPS Claim |
| 69 | PARHA, TUOMO SEPANJOENTIE 138 HEINAMAA, 16330 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 60668 | $28,302.00 | Invalid Blocking Number LPS Claim |
| 70 | PARTONEN, TEIJO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63947 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 71 | PEKKA KARHUMAKI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63873 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 72 | PIETERSEN, KIRSTEN P DERDE HELMERSSTRAAT 76-II AMSTERDAM, BL 1054 NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 53173[7] | $76,045.61 | Invalid Blocking Number LPS Claim |

[7] Claim 53173 is being expunged solely with respect to its asserted claim for securities with ISIN No. XS0301813522. The portion of Claim 53173 that is asserting a claim totaling $76,045.61 for securities with ISIN No. XS0229269856 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 53173 in the future.

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 159: EXHIBIT A – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 73 | PIETILA, JUKKA<br>C/O PAMELA SMITH HOLLEMAN, ESQ.<br>SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63943 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 74 | PRIBORI OY<br>C/O PAMELA SMITH HOLLEMAN, ESQ.<br>SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63940 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 75 | PURHONEN, AKI<br>C/O PAMELA SMITH HOLLEMAN, ESQ.<br>SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63935 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 76 | RANTALA, LEO<br>C/O PAMELA SMITH HOLLEMAN, ESQ.<br>SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63811 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 77 | REINIKAINEN, EERO<br>HARKATIE 6<br>KUOPIO, 70780<br>FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 46841 | $7,075.50 | Invalid Blocking Number LPS Claim |
| 78 | RIIPINEN, JYRKI<br>C/O PAMELA SMITH HOLLEMAN, ESQ.<br>SULLIVAN & WORCESTER LLP<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63814 | $70,755.00* | Invalid Blocking Number LPS Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 159: EXHIBIT A – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 79 | RINNE, JUHA C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63815 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 80 | ROUHIAINEN, PIRKKO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63816 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 81 | ROVIO, JYRKI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63817 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 82 | SAARINEN, VESA TERVAKONKATU 12 LAHTI, 15230 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41078 | $42,453.00 | Invalid Blocking Number LPS Claim |
| 83 | SAASTOPANKKI, LAMMIN C/O FRONT CAPITAL LTD ALEKSANTERINKATU 48A HELSINKI, FI-00100 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44270 | $424,530.00 | Invalid Blocking Number LPS Claim |
| 84 | SAHKOBIT OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63503 | $141,510.00* | Invalid Blocking Number LPS Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 159: EXHIBIT A – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 85 | SCHUSTER DR. JOERG LEHARSTRASSE 38 KLAGENFURT, A-9020 AUSTRIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/28/2009 | 35139[8] | $93,799.20 | Invalid Blocking Number LPS Claim |
| 86 | SEPPALA, OLLI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63822 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 87 | SG PRIVATE BANKING SUISSE SA AVENUE RUMINE 20 LAUSANNE, 1001 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36532[9] | $6,988,162.00 | Invalid Blocking Number LPS Claim |
| 88 | SIIRTOLA, JAAKKO KIUTTUPURONTIE 5 VIMPELI, 62800 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44456 | $5,660.40 | Invalid Blocking Number LPS Claim |
| 89 | SILLANPAA, TYTTI MECHELININKATU 34 B A 7 HELSINKI, 00260 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43319 | $14,151.00 | Invalid Blocking Number LPS Claim |

[8] Claim 35139 is being expunged solely with respect to its asserted claims totaling $71,060 for securities with ISIN No. DE0007490724.  The portion of Claim 35139 that is asserting a claim totaling $22,739.20 for securities with ISIN No. XS0229269856 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 35139 in the future.

[9] Claim 36532 is being expunged solely with respect to its asserted claim totaling $75,771 for securities with ISIN No. CH0027120770.  The remainder of Claim 36532 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 36532 in the future.

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 159: EXHIBIT A – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 90 | SILTALA, MARJA-TERTTU C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63823 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 91 | SINTONEN, SEPPO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63824 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 92 | SSP - STAINLES STEEL PRODUCTION OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63615 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 93 | SUOMALAINEN, PASI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63617 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 94 | TERO FENNANDER KY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63619 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 95 | TIIRO, RISTO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63621 | $70,755.00* | Invalid Blocking Number LPS Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 159: EXHIBIT A – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 96 | TOLONEN, EERO C/O PAMELA SMITH HOLLERMAN SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63625 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 97 | TUJUNEN, MIKAEL C/O PAMELA SMITH HOLLEMAN SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63626 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 98 | TUOHIMAA, TARJA LUMIKINTIE 4 D 280 HELSINKI, 00820 FINLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 60665 | $14,151.00 | Invalid Blocking Number LPS Claim |
| 99 | TUOKKO, OLAVI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63628 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 100 | VAARA, MATTI C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63633 | $141,510.00* | Invalid Blocking Number LPS Claim |
| 101 | VAASAN SUOJAVERHO OY C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63634 | $70,755.00* | Invalid Blocking Number LPS Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 159: EXHIBIT A – INVALID BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 102 | VAINIO, JARNO C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63635 | $283,020.00* | Invalid Blocking Number LPS Claim |
| 103 | VARE, JARI C/O PAMELA SMITH HOLLEMAN SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63645 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 104 | VIITANEN, JUKKA C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63642 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 105 | VILJAKAINEN, MATTI C/O PAMELA SMITH HOLLEMAN SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63649 | $70,755.00* | Invalid Blocking Number LPS Claim |
| 106 | WEGELIN & CO, PRIVATBANKIERS BOHL 17 ST. GALLEN, 9004 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49651[10] | $3,529,631.62 | Invalid Blocking Number LPS Claim |
| 107 | WORLIN, JOUKO C/O PAMELA SMITH HOLLEMAN SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63646 | $70,755.00* | Invalid Blocking Number LPS Claim |

[10] Claim 49651 is being expunged solely with respect to its asserted claim totaling $45,578.85 for securities with ISIN No. DE000A0NTKC6.  The remainder of Claim 49651 is not being expunged pursuant to this Objection, is not affected by this Objection, and shall remain active on the claims register, subject to the Debtors' right to object to that portion of Claim 49651 in the future.

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 159: EXHIBIT A – INVALID BLOCKING NUMBER LPS CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 108 | YLA-TULIJOKI, JUHANI C/O PAMELA SMITH HOLLEMAN SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON, MA 02109 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63647 | $70,755.00* | Invalid Blocking Number LPS Claim |
| | | | | | TOTAL | $102,548,347.52 | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                                    :          **Chapter 11 Case No.**
                                                                         :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :          **08-13555 (JMP)**
                                                                         :
                                         **Debtors.**             :          **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' ONE HUNDRED FIFTY-NINTH OMNIBUS OBJECTION TO CLAIMS (INVALID BLOCKING NUMBER LPS CLAIMS)

Upon the one hundred fifty-ninth omnibus objection to claims, dated July 11, 2011 (the "One Hundred Fifty-Ninth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), disallowance and expungement of the Invalid Blocking Number LPS Claims to the extent that such claims fail to include a valid electronic instruction reference number or a blocking reference number as required by the Bar Date Order, all as more fully described in the One Hundred Fifty-Ninth Omnibus Objection to Claims; and due and proper notice of the One Hundred Fifty-Ninth Omnibus Objection to Claims having been provided to (i) the U.S. Trustee; (ii) the attorneys for the Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) each claimant listed on Exhibit A attached to the One Hundred Fifty-Ninth Omnibus Objection to

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the One Hundred Fifty-Ninth Omnibus Objection to Claims.

Claims; and (vii) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the One Hundred Fifty-Ninth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the One Hundred Fifty-Ninth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the One Hundred Fifty-Ninth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto (collectively, the "Invalid Blocking Number LPS Claims") are disallowed and expunged to the extent set forth therein; and it is further

ORDERED that this Order supersedes all previous orders regarding the disposition of the Invalid Blocking Number LPS Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A annexed to the One Hundred Fifty-Ninth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2011
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE