**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

July 12, 2011

BY HAND

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY  10004

**Re: ADR Procedures Order dated 9/17/09 ("Order")**
   **Twentieth Status Report**

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the twentieth) to the Court pursuant to Order ¶13. Debtors will file this report on the docket in advance of the July 20, 2011 omnibus hearing.

In the just-ended 30-day period, Debtors have served six additional ADR Notices, bringing the total number of such notices served to 145 on 171 counterparties. Also during the immediately past reporting period, Debtors achieved settlements with counterparties in seven additional ADR matters, three as a result of mediation. Upon closing of these settlements, Debtors will have received an aggregate total of $793,735,557.77 new dollars for the Debtors' estates. Settlements have now been obtained in 91 ADR matters involving 102 counterparties.

The Honorable James M. Peck  **Weil, Gotshal & Manges LLP**
July 12, 2011
Page 2

To date, of the 48 ADR matters that have reached the mediation stage and have been concluded, 43 have been settled in mediation. Only five mediations have terminated without settlement. Twelve additional mediations have been scheduled to commence on the following dates: July 13, 26 and 28; August 10, 23 and 31; and September 8 (2), 9, 12, 15 and 22, 2011.

Respectfully submitted,

*[signature]*

Peter Gruenberger
WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp

cc:  Jacob Esher, Esq.
    James Freund, Esq.
    David Geronemus, Esq.
    Ralph Mabey, Esq.
    David Cohen, Esq.
    (all cc's via E-mail)