# EXHIBIT 1

## IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 41: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | QUISMORIO, JAMES<br>1738 VIA DEL REY<br>SOUTH PASADENA, CA 91030 | | Lehman No Case Asserted/All Cases Asserted | 10/05/2009 | 36443 | Undetermined | Late-Filed Claim |
| | | | | | TOTAL | Undetermined | |

* - Indicates claim contains unliquidated and/or undetermined amounts