# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 43: EXHIBIT 1 – LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | MOHINANI, HASSOMAL BULCHAND AND RENU HARISH<br>18/F 909 CHEUNG SHA WAN ROAD<br>LAI CHI KOK<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/10/2009 | 65305 | $100,000.00 | Late-Filed Lehman Programs Securities Claim |
| 2 | MOHINANI, HASSOMAL BULCHAND AND RENU HARISH<br>18/F 909 CHEUNG SHA WAN ROAD<br>LAI CHI KOK<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/10/2009 | 65306 | $141,740.00 | Late-Filed Lehman Programs Securities Claim |
| 3 | MOHINANI, HASSOMAL BULCHAND AND RENU HARISH<br>18/F 909 CHEUNG SHA WAN ROAD<br>LAI CHI KOK<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/10/2009 | 65307 | $178,070.00 | Late-Filed Lehman Programs Securities Claim |
| | | | | | TOTAL | $419,810.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts