# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE C/O MICHAEL A. FAGONE, ESQ. BERNSTEIN SHUR SAWYER & NELSON 100 MIDDLE STREET, PO BOX 9729 PORTLAND, ME 04104-5029 | 22640 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $589,099.00* | Lehman Brothers Holdings Inc. | Unsecured | $248,869.49 |
| 2 | CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE C/O MICHAEL A. FAGONE, ESQ. BERNSTEIN SHUR SAWYER & NELSON 100 MIDDLE STREET, P.O. BOX 9729 PORTLAND, ME 04104-5029 | 22777 | 09/21/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $589,099.00 | Lehman Brothers Special Financing Inc. | Unsecured | $314,335.30 |
| 3 | LLOYDS TSB BANK PLC ATTN: VIVEK PRASHAR 10 GRESHAM STREET LONDON, EC2V 7AE UNITED KINGDOM | 17727 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured  Subtotal | Undetermined $86,495,307.00*  $86,495,307.00 | Lehman Brothers Special Financing Inc. | Unsecured | $50,000,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS, INC. CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 67: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | LLOYDS TSB BANK PLC ATTN: VIVEK PRASHAR 10 GRESHAM STREET LONDON, EC2V 7AE UNITED KINGDOM | 17728 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $86,495,307.00* | Lehman Brothers Holdings Inc. | Unsecured | $50,000,000.00 |
| 5 | PENTWATER GROWTH FUND LTD ATTN: IRA A. REID C/O BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 14082 | 09/16/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $3,759,866.00* | Lehman Brothers Special Financing Inc. | Unsecured | $3,210,874.57 |
| 6 | PENTWATER GROWTH FUND LTD ATTN: IRA A. REID C/O BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 14083 | 09/16/2009 | Lehman Brothers Holdings Inc. | Unsecured | $3,759,866.00* | Lehman Brothers Holdings Inc. | Unsecured | $3,210,874.57 |
| | | | | | TOTAL | $181,688,544.00 | | TOTAL | $106,984,953.93 |

\* - Indicates claim contains unliquidated and/or undetermined amounts