# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 75: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|
| 1 | LUCKY ASIA TRADING LIMITED<br>C/O CHIGWELL CHANCE LIMITED<br>FLAT A, 7/F, MILTON MANSION<br>96, NATHAN ROAD<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | 09/23/2009 | 34424 | $100,000.00 |
| 2 | ZITO, ROBERT L.<br>4600 N SUNCASTLE CT.<br>APPLETON, WI 54913 | 08-13555 (JMP) | 11/03/2008 | 479 | $10,088.81 |
| | | | | TOTAL | $110,088.81 |