# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 103: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PINNACLE AMERICAN CORE PLUS BOND FUND ATTN: CHRISTINE DE LIMA, DIRECTOR PORTFOLIO MANAGER OF SCOTIA CAPITAL INC. TRUSTEE TO THE PINNACLE AMERICAN CORE PLUS BOND FUND 40 KING STREET WEST, 16TH FLOOR TORONTO ONTARIO, M5H 1H1 CANADA | 9908 | 08/31/2009 | Lehman Brothers Special Financing Inc. | Secured Unsecured Subtotal | $103,086.49 $594,440.23 $697,526.72 | Lehman Brothers Special Financing Inc. | Unsecured | $594,978.48 |
| | | | | | TOTAL | $697,526.72 | | TOTAL | $594,978.48 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1