IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 143: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | 3M INVESTMENT MANAGEMENT CORPORATION<br>C/O EMPLOYEE RETIREMENT INCOME PLAN TRUST OF<br>MINNESOTA MINIG AND MANUFACTURING COMPANY<br>ATTN: DENNIS DUERST<br>3M CENTER, BLDG. 224-55-21<br>SAINT PAUL, MN 55144 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 12/22/2010 | 67273 | $328,588.05 | Late-Filed Claim |
| 2 | ACM GLOBAL CREDIT - U.S. SUB-FUND<br>C/O ALLIANCE BERNSTEIN L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43918 | $1,371,463.00 | Late-Filed Claim |
| 3 | ACM GLOBAL CREDIT - U.S. SUB-FUND<br>C/O ALLIANCE BERNSTEIN L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43919 | $1,371,463.00 | Late-Filed Claim |
| 4 | AFFRONTI, MINDY (WEISS)<br>446 MANOR AVENUE<br>CRANFORD, NJ 07016 | | Lehman No Case Asserted/All Cases Asserted | 09/24/2009 | 35112 | $0.00 | Late-Filed Claim |
| 5 | ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)- FIXED INCOME HIGH ALPHA PORTFOLIO<br>C/O ALLIANCE BERNSTEIN L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43920 | $583,254.00 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 143: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)- FIXED INCOME HIGH ALPHA PORTFOLIO<br>C/O ALLIANCE BERNSTEIN L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43921 | $583,254.00 | Late-Filed Claim |
| 7 | ALLIANCE BERNSTEIN BOND FUND, INC.<br>ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO<br>C/O ALLIANCE BERNSTEIN L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43926 | $743,801.00 | Late-Filed Claim |
| 8 | ALLIANCE BERNSTEIN BOND FUND, INC.<br>ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO<br>C/O ALLIANCE BERNSTEIN L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43929 | $743,801.00 | Late-Filed Claim |
| 9 | ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE -<br>ALLIANCE BERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43927 | $2,017,590.00 | Late-Filed Claim |

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 143: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 | ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - ALLIANCE BERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43928 | $2,017,590.00 | Late-Filed Claim |
| 11 | ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. - ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO<br>C/O ALLIANCE BERNSTEIN L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43922 | $921,036.00 | Late-Filed Claim |
| 12 | ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. - ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO<br>C/O ALLIANCE BERNSTEIN L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43923 | $921,036.00 | Late-Filed Claim |
| 13 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43930 | $67,817.00 | Late-Filed Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 143: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 14 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43931 | $67,817.00 | Late-Filed Claim |
| 15 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43932 | $41,581.00 | Late-Filed Claim |
| 16 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43933 | $41,581.00 | Late-Filed Claim |
| 17 | BONGERS, J.W.M. BOSSCHEWEG 4 TILBURG, 5015 AE NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/12/2009 | 65472 | $12,735.90 | Late-Filed Claim |
| 18 | BROCK, T. MICHAEL 29 STANDISH CIR WELLESLEY HLS, MA 02481-5316 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/25/2009 | 34947 | $554,138.00 | Late-Filed Claim |
| 19 | BSI VIA NAGATTI # 2 LUGANO, CH 6901 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/29/2010 | 67108 | $6,450,000.00 | Late-Filed Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 143: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 20 | BUNN, PETER & MARJORIE<br>6 BENTINCK CLOSE<br>GERRARDS CROSS<br>BUCKINGHAMSHIRE, SL9 8SQ<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/22/2010 | 66319 | Undetermined | Late-Filed Claim |
| 21 | CBW LLC<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>C/O ASHURST LLP; ATTN: PATRICIA SEDDON<br>TIMES SQUARE TOWER, 7 TIMES SQUARE<br>NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/07/2010 | 67066 | $112,391.00 | Late-Filed Claim |
| 22 | CBW LLC<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>C/O ASHURST LLP; ATTN: PATRICIA SEDDON<br>TIMES SQUARE TOWER, 7 TIMES SQUARE<br>NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/07/2010 | 67067 | $98,342.00 | Late-Filed Claim |
| 23 | CBW LLC<br>TRANSFEROR: JPMORGAN CHASE BANK, N.A.<br>C/O ASHURST LLP<br>ATTN: PATRICIA SEDDON<br>TIMES SQUARE TOWER, 7 TIMES SQUARE<br>NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/07/2010 | 67070 | $126,440.00 | Late-Filed Claim |
| 24 | CHAMBERS, BEVERLY E.<br>1523 W. HIGHLAND AVE.<br>ATLANTA, GA 30306 | | Lehman No Case Asserted/All Cases Asserted | 04/11/2011 | 67458 | $6,375.00 | Late-Filed Claim |

**IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**

## OMNIBUS OBJECTION 143: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 25 | CHIAKI, KOJI<br>ROPPONGI GATE TOWER 1505<br>6-11-2 ROPPONGI MINATO-KU<br>TOKYO, 106-0032<br>JAPAN | | Lehman No Case Asserted/All Cases Asserted | 11/16/2009 | 65558 | $184,786.00 | Late-Filed Claim |
| 26 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH<br>BVO<br>100 SE 2ND STREET SUITE 2610<br>MIAMI, FL 33131 | | Lehman No Case Asserted/All Cases Asserted | 08/23/2010 | 67034 | $608,968.67 | Late-Filed Claim |
| 27 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH<br>INKA B<br>100 SE 2ND STREET SUITE 2610<br>MIAMI, FL 33131 | | Lehman No Case Asserted/All Cases Asserted | 08/23/2010 | 67035 | $211,296.90 | Late-Filed Claim |
| 28 | DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH<br>EADS PENSIONSFUNDS<br>100 SE 2ND STREET SUITE 2610<br>MIAMI, FL 33131 | | Lehman No Case Asserted/All Cases Asserted | 08/23/2010 | 67036 | $160,538.62 | Late-Filed Claim |
| 29 | FRANK MOYA LIMITED PARTNERSHIP<br>5915 PONCE DE LEON BLVD # 19<br>CORAL GABLES, FL 33146 | | Lehman No Case Asserted/All Cases Asserted | 12/20/2010 | 67270 | $250,000.00 | Late-Filed Claim |
| 30 | GAUBERT-MARTHAN, HELENE<br>1 FROGNAL LANE<br>LONDON, NW3 7DY<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34751 | $5,491.00 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 143: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 31 | GREENGROVE, KEITH<br>FLAT 22, FIRST FLOOR, HARMONY COURT<br>20-22 TAI HANG ROAD, JARDINE'S LOOKOUT<br><br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34487 | Undetermined | Late-Filed Claim |
| 32 | GROHL-WAGNER, RENATE AND WAGNER, RICHARD<br>GIESSENER STR. 45<br>LOLLAR, D-35457<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64466 | $24,141.70 | Late-Filed Claim |
| 33 | HEBERT, ROBERT A., JR.<br>1 AURORA LANE<br>NEW ROCHELLE, NY 10804 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43079 | $80,599.98 | Late-Filed Claim |
| 34 | HUNG CHAU FUNG<br>26E BLOCK 9 SCENEWAY GARDEN<br>LAM TIN<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/10/2009 | 65284 | $136,064.90* | Late-Filed Claim |
| 35 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 S. STATE<br>CHICAGO, IL 60603 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/08/2011 | 67468 | $0.00 | Late-Filed Claim |
| 36 | JAGENBURG, VANESSA<br>18 FERNWOOD ROAD<br>SUMMIT, NJ 07901 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/24/2009 | 34730 | $700,000.00 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 143: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 37 | KALMICHAEL BERMUDA INCOME TRUST<br>BUTTERFIELD TRUST (BERMUDA) LIMITED<br>ATTN: PATTI-ROSE SMITH<br>11 BERMUDIANA ROAD<br>PEMBROKE, HM 08<br>BERMUDA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/03/2011 | 67315 | Undetermined | Late-Filed Claim |
| 38 | KAS BANK N.V.<br>LEGAL DEPARTMENT<br>ATTN: REMKO DIEKER<br>SPUISTRAAT 172<br>AMSTERDAM, VT 1012<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/08/2010 | 67071 | $14,683,678.47 | Late-Filed Claim |
| 39 | KATZ, AMOS KEITH<br>280 FAIRWAY DR<br>NEW ORLEANS, LA 70163 | | Lehman No Case Asserted/All Cases Asserted | 08/27/2010 | 67041 | $5,770.91 | Late-Filed Claim |
| 40 | LEXISNEXIS, A DIV OF REED ELSEVIER, INC.<br>ATTN: BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Lehman No Case Asserted/All Cases Asserted | 09/10/2010 | 67086 | $1,359.64 | Late-Filed Claim |
| 41 | MAILINGER, NIKOLAUS<br>MUHLBERG 1<br>WALKERTSHOFEN, D-86877<br>GERMANY | | Lehman No Case Asserted/All Cases Asserted | 11/03/2009 | 64421 | $44,400.00 | Late-Filed Claim |
| 42 | MOORE, TREVOR<br>12 ALFRISTON CLOSE<br>CRAYFORD<br>KENT, DA1 3RU<br>UNITED KINGDOM | | Lehman No Case Asserted/All Cases Asserted | 11/05/2010 | 67192 | $13,920.92 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 143: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 43 | NEW<br>739 RIVER BEND WAY<br>GLENWOOD SPRINGS, CO 81601 | 09-10560 (JMP) | LB Rose Ranch LLC | 09/25/2009 | 34969 | Undetermined | Late-Filed Claim |
| 44 | PHILIPS PENSION TRUSTEES LTD,<br>AS TRUSTEE OF THE PHILIPS PENSION FUND<br>C/O ALLIANCE BERNSTEIN L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43915 | $142,115.00 | Late-Filed Claim |
| 45 | PHILLIPS, ALEXANDER<br>945 OENOKE RDG<br>NEW CANAAN, CT 06840-2605 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2009 | 34342 | $1,055,796.00 | Late-Filed Claim |
| 46 | RADEMACHER, PETER C.<br>J-FIEDRWALTESTR. 12<br>BREMEN, 28357<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/18/2010 | 66407 | $42,603.00 | Late-Filed Claim |
| 47 | ROGER W. & PAULA J. LEACH TTEE FAM. TR; UA 9-12-92<br>1104 W. VICKI AVE.<br>RIDGECREST, CA 93555-3055 | 09-17503 (JMP) | LB Somerset LLC | 03/14/2011 | 67367 | $12,000.00 | Late-Filed Claim |
| 48 | ROGER W. & PAULA J. LEACH TTEE FAM. TR; UA 9-12-92<br>1104 W. VICKI AVE.<br>RIDGECREST, CA 93555-3055 | 09-17331 (JMP) | Merit, LLC | 03/14/2011 | 67368 | $12,000.00 | Late-Filed Claim |
| 49 | ROGER W. & PAULA J. LEACH TTEE FAM. TR; UA 9-12-92<br>1104 W. VICKI AVE.<br>RIDGECREST, CA 93555-3055 | 09-17505 (JMP) | LB Preferred Somerset LLC | 03/14/2011 | 67369 | $12,000.00 | Late-Filed Claim |
| 50 | RULLO, MARIANNE T<br>ATTN: MIMI<br>614 WOODLAND AVENUE<br>SWARTHMORE, PA 19081-2527 | | Lehman No Case Asserted/All Cases Asserted | 09/24/2009 | 34853 | $52,492.24 | Late-Filed Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 143: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 51 | RULLO, MARIANNE T<br>614 WOODLAND AVENUE<br>SWARTHMORE, PA 19081-2527 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/04/2010 | 66061 | $52,492.24 | Late-Filed Claim |
| 52 | S.C. DEPARTMENT OF REVENUE<br>P.O. BOX 12265<br>COLUMBIA, SC 29211 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/14/2011 | 67461 | $6,944.01 | Late-Filed Claim |
| 53 | SAN DIEGO COUNTY EMPLOYEES RETIREMENT ASSOCIATION<br>BEN T. CAUGHEY<br>ICE MILLER, LLP<br>ONE AMERICAN SQUARE, SUITE 3100<br>INDIANAPOLIS, IN 46282 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 44520 | $145,547.00 | Late-Filed Claim |
| 54 | SANFORD C. BERNSTEIN FUND II, INC. -<br>BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORFTOLIO<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43916 | $1,920,890.00 | Late-Filed Claim |
| 55 | SANFORD C. BERNSTEIN FUND II, INC. -<br>BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORFTOLIO<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43917 | $1,920,890.00 | Late-Filed Claim |

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 143: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 56 | SANFORD C. BERNSTEIN FUND, INC. - INTERMEDIATE DURATION PORFTOLIO<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43924 | $9,853,284.00 | Late-Filed Claim |
| 57 | SANFORD C. BERNSTEIN FUND, INC. - INTERMEDIATE DURATION PORFTOLIO<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43925 | $9,853,284.00 | Late-Filed Claim |
| 58 | SCHULER, ANNETTE AND JOACHIM<br>IN DER MARK 4<br>KOENIGSWINTER, 53639<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/12/2011 | 67460 | $141,510.00 | Late-Filed Claim |
| 59 | SERVIGNANI, VALERIO<br>VIALE DELLA BELLA VILLA, 60/D<br>ROMA, 00172<br>ITALY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/30/2009 | 35580 | $14,616.76 | Late-Filed Claim |
| 60 | THRAPP, JAMES<br>167 SPRATT AVE<br>STATEN ISLAND, NY 10306 | | Lehman No Case Asserted/All Cases Asserted | 09/24/2009 | 34863 | $13,110.00* | Late-Filed Claim |
| 61 | WILSON, ALAN<br>21 PARKHILL ROAD<br>LONDON, E4 7ED<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/08/2010 | 67199 | $24,115.73 | Late-Filed Claim |
| | | | | | TOTAL | $61,568,801.64 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 143: EXHIBIT 2 – LATE-FILED CLAIMS – WITHDRAWN OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | TURNER, TINA<br>349 HARRISON AVENUE<br>WEST BERLIN, NJ 08091-2135 | | Lehman No Case Asserted/All Cases Asserted | 02/16/2011 | 67343 | $5,000.00 | Late-Filed Claim |
| 2 | TURNER, TINA<br>349 HARRISON AVENUE<br>WEST BERLIN, NJ 08091-2135 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/16/2011 | 67419 | $5,000.00 | Late-Filed Claim |
| | | | | | TOTAL | $10,000.00 | |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 143: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ACM GLOBAL CREDIT - U.S. SUB-FUND C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43951 | $1,371,463.00 | Late-Filed Claim |
| 2 | ACM GLOBAL CREDIT - U.S. SUB-FUND C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43952 | $1,371,463.00 | Late-Filed Claim |
| 3 | AGOSTINI, EDWARD J. AND SYLVIA JTWROS 6365 COLLINS AVE., APT. 3603 MIAMI BEACH, FL 33143 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 12/02/2010 | 67230 | $177,163.43 | Late-Filed Claim |
| 4 | AGOSTINI, EDWARD J. AND SYLVIA JTWROS 6365 COLLINS AVE., APT. 3603 MIAMI BEACH, FL 33143 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/02/2010 | 67232 | $177,163.43 | Late-Filed Claim |
| 5 | ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)- FIXED INCOME HIGH ALPHA PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43949 | $583,254.00 | Late-Filed Claim |
| 6 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43946 | $41,581.00 | Late-Filed Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 143: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)- FIXED INCOME HIGH ALPHA PORTFOLIO<br>C/O ALLIANCE BERNSTEIN L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43950 | $583,254.00 | Late-Filed Claim |
| 8 | ALLIANCE BERNSTEIN BOND FUND, INC.<br>ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO<br>C/O ALLIANCE BERNSTEIN L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43944 | $743,801.00 | Late-Filed Claim |
| 9 | ALLIANCE BERNSTEIN BOND FUND, INC.<br>ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO<br>C/O ALLIANCE BERNSTEIN L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43945 | $743,801.00 | Late-Filed Claim |
| 10 | ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - ALLIANCE BERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43942 | $2,017,590.00 | Late-Filed Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 143: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - ALLIANCE BERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43943 | $2,017,590.00 | Late-Filed Claim |
| 12 | ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO<br>C/O ALLIANCE BERNSTEIN L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43938 | $921,036.00 | Late-Filed Claim |
| 13 | ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO<br>C/O ALLIANCE BERNSTEIN L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43939 | $921,036.00 | Late-Filed Claim |
| 14 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43935 | $67,817.00 | Late-Filed Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 143: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 15 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43936 | $67,817.00 | Late-Filed Claim |
| 16 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43937 | $41,581.00 | Late-Filed Claim |
| 17 | BANQUE PROFIL DE GESTION COURS DE PRIVE GENEVA, 1204 SWITZERLAND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2010 | 67083 | $2,000,000.00 | Late-Filed Claim |
| 18 | BARRIOS, ROSALINDA; AN INDIVIDUAL W. DOZORSKY, ESQ. 2152 DUPONT DRIVE; SIUTE 214-A IRVINE, CA 92612 | 09-10137 (JMP) | BNC Mortgage LLC | 09/20/2010 | 67087 | $250,000.00 | Late-Filed Claim |
| 19 | BERNIER, FRANCOIS KUILBERG 36 HEUSDEN-ZOLDER, 3550 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/04/2010 | 66248 | $106,132.50 | Late-Filed Claim |
| 20 | BOOTEN, MICHELE PAUWENGRAAF 60 MAASMECHELEN, 3630 BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/04/2010 | 66251 | $70,755.00 | Late-Filed Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 143: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | BORENSTEIN, ROBERTA<br>18 WINDY RIDGE PLACE<br>MILTON, CT 06897 | 08-13885<br>(JMP) | Lehman Brothers Commodity Services Inc. | 09/23/2009 | 34410 | $172,014.67 | Late-Filed Claim |
| 22 | CARTY, LEA<br>445 3RD ST., # 4R<br>BROOKLYN, NY 11215 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/30/2009 | 35593 | $685,270.35 | Late-Filed Claim |
| 23 | CF MIDAS BALANCED GROWTH FUND<br>BEAUFORT HOUSE<br>51 NEW NORTH ROAD<br>EXETER, DEVON, EX4 4EP<br>UNITED KINGDOM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 11/08/2010 | 67193 | $4,293,541.60 | Late-Filed Claim |
| 24 | COLEMAN, MICHAEL ALEXIS SR.<br>2 FREEMAN STREET<br>BUFFALO, NY 14215 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 03/09/2011 | 67363 | $0.00 | Late-Filed Claim |
| 25 | DE CLERCQ, FRANCOISE<br>RUE VANDERCAMMEN 22<br>BRUXELLES, 1160<br>BELGIUM | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 02/04/2010 | 66244 | $72,170.10 | Late-Filed Claim |
| 26 | ED AGOSTINI LIVING TRUST DTD 5/12/2000<br>6365 COLLINS AVE., APT. 3603<br>MIAMI BEACH, FL 33143 | 08-13893<br>(JMP) | Lehman Brothers OTC Derivatives Inc. | 12/02/2010 | 67228 | $193,064.31 | Late-Filed Claim |
| 27 | ED AGOSTINI LIVING TRUST DTD 5/12/2000<br>6365 COLLINS AVE., APT. 3603<br>MIAMI BEACH, FL 33143 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 12/02/2010 | 67231 | $193,064.31 | Late-Filed Claim |

# IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 143: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 28 | FINANCIAL SERVICES COMPENSATION SCHEME LIMITED, THE<br>FAO: JAMES DARBYSHIRE<br>7TH FLOOR, LLOYDS CHAMBERS<br>1 PORTSOKEN STREET<br>LONDON, E1 8BN<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63359 | $0.00 | Late-Filed Claim |
| 29 | FITVOYE, CLAUDE<br>RUE DE L'ABATTOIR 41/2<br>BINCHE, 7130<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/04/2010 | 66249 | $116,038.20 | Late-Filed Claim |
| 30 | FRANSSEN, MATTHIAS<br>VICHTESTEENWEG 121<br>DEERLIJK, 8540<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/04/2010 | 66250 | $21,226.50 | Late-Filed Claim |
| 31 | GODARD, ALAIN & JEANNINE BRONCKART<br>CLOS DU COLBIE 46<br>BRAINE-L'ALLEUD, 1420<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/04/2010 | 66247 | $70,755.00 | Late-Filed Claim |
| 32 | SANFORD C. BERNSTEIN FUND II, INC. - BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORFTOLIO<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43947 | $1,920,890.00 | Late-Filed Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 143: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 33 | SANFORD C. BERNSTEIN FUND II, INC. - BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORFTOLIO<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43948 | $1,920,890.00 | Late-Filed Claim |
| 34 | SANFORD C. BERNSTEIN FUND, INC. - INTERMEDIATE DURATION PORFTOLIO<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43940 | $9,853,284.00 | Late-Filed Claim |
| 35 | SANFORD C. BERNSTEIN FUND, INC. - INTERMEDIATE DURATION PORFTOLIO<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43941 | $9,853,284.00 | Late-Filed Claim |
| 36 | SYLVIA AGOSTINI LIVING TRUST DTD 5/12/2000<br>6365 COLLINS AVE., APT 3603<br>MIAMI BEACH, FL 33143 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 12/02/2010 | 67229 | $344,138.24 | Late-Filed Claim |
| 37 | SYLVIA AGOSTINI LIVING TRUST DTD 5/12/2000<br>6365 COLLINS AVE., APT. 3603<br>MIAMI BEACH, FL 33143 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/02/2010 | 67233 | $344,138.24 | Late-Filed Claim |

IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 143: EXHIBIT 3 – LATE-FILED CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 38 | TINANT, DANIELLE<br>AV. DES TILLEULS 16<br>RHODE-ST-GENES, 1640<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/2009 | 64460 | Undetermined | Late-Filed Claim |
| 39 | U.S. BANK NATIONAL ASSOCIATION<br>TIMOTHY PILLAR, VP<br>EP-MN-WS1D<br>60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/27/2010 | 67150 | Undetermined | Late-Filed Claim |
| 40 | U.S. BANK NATIONAL ASSOCIATION<br>TIMOTHY PILLAR, VP<br>EP-MN-WS1D<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2010 | 67151 | Undetermined | Late-Filed Claim |
| 41 | U.S. BANK NATIONAL ASSOCIATION<br>TIMOTHY PILLAR, VP<br>EP-MN-WS1D<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107-2292 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/27/2010 | 67152 | Undetermined | Late-Filed Claim |
| 42 | U.S. BANK NATIONAL ASSOCIATION<br>TIMOTHY PILLAR, VP<br>EP-MN-WS1D<br>60 LIVINGSTON AVENUE<br>SAINT PAUL, MN 55107-2292 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2010 | 67153 | Undetermined | Late-Filed Claim |
| 43 | VALKENBORGS, ROGER<br>SCHANSSTRAAT 95<br>HEUSDEN-ZOLDER, 3550<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 02/04/2010 | 66245 | $41,037.90 | Late-Filed Claim |
| | | | | | TOTAL | $44,369,105.78 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts