Albert Oelrich                              Geschw.-Scholl-Str. 53, den 07.07.2011
                                            15754 HEIDESEE
                                            Germany


EPIQ BANKRUPTCY SOLUTIONS, LLC
757 Third Avenue

New York, NY 10017
USA


Creditor: OELRICH, ALBERT
Claim Number 1: 9695    Date Filed 8/28/2009
      Number 2: 49436   Date Filed 10/27/2009


Dear Sirs,

with reference to No. 1 and No. 2 would like to inform you, that I have sold my bonds. Therefore I have no more existing claims against Lehman Brothers Inc.

Yours sincerely

*[signature]*

Albert Oelrich

FILED / RECEIVED

JUL 1 2 2011

EPIQ BANKRUPTCY SOLUTIONS, LLC