**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

|   |   |   |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
| | : | |

------------------------------------------------------------------x

**Ref. Docket Nos. 18308-18310,**
**18312, 18316, 18317, 18319-18321,**
**18323, 18324, 18326, 18327, 18329,**
**18331-18337, 18339, 18341-18344,**
**18347, 18349-18351**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 11, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
12th day of July, 2011

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  ARAB BANKING CORPORATION (B.S.C.)
               ABC TOWER, DIPLOMATIC AREA,
               P.O BOX 5698
               MANAMA
               BAHRAIN

Please note that your claim # 54995 in the above referenced case and in the amount of
     $2,081,420.77       has been transferred **(unless previously expunged by court order)**

          MERRILL LYNCH INTERNATIONAL
          TRANSFEROR: ARAB BANKING CORPORATION (B.S.C.)
          ATTN: SIMON ORR
          2 KING EDWARD STREET
          LONDON    EC1A 1HQ
          UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 18308      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/11/2011                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 11, 2011.

**EXHIBIT B**

TIME: 10:57:20
DATE: 07/11/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
| --- | --- |
| ABRAMS CAPITAL PARTNERS II | TRANSFEROR: LEUNG YU CHIU RAYMOND / CHING FUI LING 222 BERKELEY STREET, 22ND FL ATTN: JASON PRICE BOSTON MA 02116 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND L.P. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND LP | TRANSFEROR: GOLDMAN, SACHS & CO. ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ARAB BANKING CORPORATION (B.S.C.) | ABC TOWER, DIPLOMATIC AREA, P.O BOX 5698 MANAMA BAHRAIN |
| AU YEUNG SUK YING, WINNIE | FLT 28/F BLK 7 VILLA ESPLANADA 8 NGA YING CHAU STREET TSING YI HONG KONG |
| AU, KONG IU/AU, YEE LIM ELAINE | ROOM 803, TOWER B HUNG HOM COMMERCIAL CENTRE 37-39 MA TAU WAI ROAD HUNG HOM KLN HONG KONG |
| BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. | ATTN: MR. MARIO MUSSO CORSO ITALIA, 4 ALBA (CUNEO) 12051 ITALY |
| BUETTNER, ELKE AND DIETMAR | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA PAULSENSTR. 3 BERLIN 12163 GERMANY |
| CASSA DI RISPARMIO DI BRA S.P.A. | TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. ATTN: GABUTTI LUIGI VIA PRINCIPI DI PIEMONTE, 12 BRA (CUNEO) 12042 ITALY |
| CHAN CHING TAK | FLAT H 15/F BLOCK 2 ISLAND PLACE 55 TANNER ROAD NORTH POINT, HK HONG KONG |
| CHAN MA FUI FUN / TING YORK THOMAS | FLAT B 31/F 96 MACDONNELL ROAD MID-LEVELS, HK HONG KONG |
| CHAN OI KWUN | ROOM 5 17/F BLOCK Q KORNHILL QUARRY BAY HONG KONG |
| CHAN SHIU TUNG / AU YUWN YWW | FLAT C 11/F BLOCK 9 THE PARCVILLE YUEN LONG HONG KONG |
| CHAN YICK HOP / TSE CHIN TO | FLAT A 7/F SOUTHERN HOUSE 3 WING FONG ROAD KWAI CHUNG NT HONG KONG |
| CHAN, YIN JENNY | FLAT D 68/F TOWER 2 SORRENTO 1 AUSTIN ROAD WEST TSIM SHA TSUI KLN HONG KONG |
| CHEN JUDITH CHIA-MEI | 6390 CAPITAL PARADISE HOU SHAYU SHUNYI BEIJING 101318 CHINA |
| CHEN SENG PING | 22F-2 NO. 332 WEN XIN ROAD SECTION 1 TAI CHUNG TAIWAN, PROVINCE OF CHINA |
| CHENG KAM WAN | FLAT 9 21/F BLOCK C SERENADE COVE 623 CASTLE PEAK ROAD TSUEN WAN NT HONG KONG |
| CHENG WAI YEE, IDA | FLAT 16B FORTUNA COURT 1 WONG NAI CHUNG ROAD HAPPY VALLEY HONG KONG |
| CHENG WAI CHING | A2 10/F SHEFFIELD GARDEN 1 COLLEGE ROAD KOWLOON HONG KONG |
| CHENG WING ON, DANNY & CHAN SAU LAI, AMY | ROOM 304 3/F BLOCK H TELFORD GARDEN 33 WAI YIP STREET KOWLOON BAY, KLN HONG KONG |
| CHIU SHUN NGAN, SHEILA & YUN KWAN, ROBERT | FLT A 5/F MANDARIN CT 138 ARGYLE ST HOMANTIN, KLN HONG KONG |
| CHIU YUK NGAN, YVONNE | FLT 5A MANDARIN CT PHASE 2 138-140 ARGYLE ST KOWLOON, KLN HONG KONG |
| CHO KAM MING / YIP YUNG LIN | FLAT G 33/F BLOCK 2 SADDLE RIDGE GARDEN MA ON SHAN, NT HONG KONG |
| CHONG CHUN HUNG | ROOM 1311 KWONG MIN HOUSE KWONG YUEN ESTATE SHATIN, NT HONG KONG |
| CHONG MO YUNG | FLAT B 19/F MEI FOO SUN CHUEN 3 GLEE PATH LAI CHI KOK LKN HONG KONG |
| CHOW KWAI PING RITA | FLAT B 18/F BLOCK 7 YEE MEI COURT SOUTH HORIZONS NO.7 SOUTH HORIZON DRIVE AP LEI CHAU, HK HONG KONG |
| CHOW YUET NGOR | ROOM 1 13/F BLOCK B TUNG TAO COURT SHAU KEI WAN HK HONG KONG |
| CHOW, SAU MING | ROOM 7 34TH FLOOR KING TAI HOUSE KING LAI COURT 36-38 FUNG SHING STREET NGAUCHIWAN KLN HONG KONG |
| CHU, JERRY LAL | FLAT F 16/F BLOCK 11 33 TSING KING ROAD TSING YI NT HONG KONG |
| CHUNG KIT HA HESTER | BLK F P2 10/F EVERGREEN VILLA 43 STUBBS RD HAPPY VALLEY HK HONG KONG |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| CREALLY, DAMIAN JOSEPH AND GEORGINA ANNE | FLAT A, 1/F BLOCK 5 LA VISTA, VISTA AVENUE DISCOVERY BAY LANTAU ISLAND, HK HONG KONG |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: EUROVITA ASSICURAZIONI SPA ATTN: GIL GOLAN ELEVEN MADISON AVE, 5TH FL NEW YORK NY 10010 |
| CUI QIN | FLAT D 8/F BLOCK 35 LAGUNA CITY LAM TIN, KLN HONG KONG |
| DAI WEN | FLAT F 40/F TOWER 6 THE BELCHER'S 89 POK FU LAM ROAD POK FU LAM, HK HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SABRETOOTH MASTER FUND, L.P. C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DUERING, CAROL | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA WILKESTR. 19 BERLIN 13507 GERMANY |
| FENG CHI, SHUN | 2/F 11A PRINCESS MARGARET ROAD HOMANTIN, KLN HONG KONG |
| FUNG FREDERICK WAI NANG | APT 5022 NO. 1 LANE 600 YINCHENG ROAD (C) PUDONG SHANGHAI 200120 CHINA |
| GAO HUIREN | FLAT B 8/F BLOCK A THE GRANDVILLE A LOK KWAI PATH SHATIN HONG KONG |
| GARNIER RODOLPH BERTIE GEORGES | 4/F BLK B ELDEX IND BLDG 21 MA TAU WAI RD HUNGHOM HONG KONG, KLN HONG KONG |
| GOLDMAN, SACHS & CO. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BBVA (SUIZA) S.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GUY BUTLER LIMITED | TRANSFEROR: RBS COUTTS BANK AG MR PETER EVANS 2 BROADGATE LONDON EC2M 7UR UNITED KINGDOM |

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| HA, CHEUK LING HANNAH | FLAT B 9/F HO KING VIEW 2 BRAEMAR HILL ROAD NORTH POINT, HK   HONG KONG |
| HAMAGUCHI YUKISHIGE | PENTHOUSE 3 39/F HAMPTON COURT GATEWAY HARBOUR CITY TSIM SHA TSUI HONG KONG, KLN   HONG KONG |
| HBK MASTER FUND L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HO WAI MAN | FLAT D 9/F BLOCK 1 ROYAL ASCOT FO TAN HK   HONG KONG |
| HO WONG SAU DUEN REBELLA | FLAT A 22/F BLOCK 3 POKFULAM GARDENS 180 POK FU LAM ROAD POKFULAM HK   HONG KONG |
| HO YUK FUN, JOANNA | FLAT A 2/F BLOCK 9 BOTANIA VILLA LAM TEI TUEN MUN   HONG KONG |
| HONG, WONG SUK | 10F-3 NO. 18 LANE 9 SEC CHONGSIN ROAD SANCHONG TAI PEI TAIWAN   CHINA |
| HUANG, JUNING LING | 391 CHUNG-SHAN RD CHUNG-LI CITY  320 TAIWAN, PROVINCE OF CHINA |
| HUI FUI MAN / LAI WING HING | FLAT E 10/F HOI NGAN MANSION RIVIERA GARDENS TSUEN WAN, NT   HONG KONG |
| HUI TAK MING / LOO MAY WAH OLIVA | FLAT E 11/F BLOCK 4 BAYCREST NO.8 HANG MING STREET MA ON SHAN, NT   HONG KONG |
| HUNG HING, WING / HUNG HING, MAN | FLAT A 19/F SHUN ON MANSION TAIKOO SHING QUARRY BAY, HK   HONG KONG |
| HUNG KWAI YING | FLAT A 29/F BLOCK 6 LA CITE NOBLE 1 NGAN O ROAD TSEUNG KWAN O NT   HONG KONG |
| HUNG NAI CHIU | 24/F WYLER CENTRE PHASE 2 200 TAI LIN PAI ROAD KWAI CHUNG NT   HONG KONG |
| KAM NAI CHUNG / LAW YEE LING EILEEN | FLAT B 14/F BLOCK 6 VISTA PARADISO MA ON SHAN NT   HONG KONG |
| KAM, KWAN MARK | FLAT E 19/F ST LOUIS MANSION 20 MACDONNELL ROAD TSUEN WAN, NT   HONG KONG |
| KAN KIANG CHOW, THOMAS/KAN YUEN WAN, MANDY | FLT B 7/F HUNG CHEONG FTY BLDG NO. 3 KWONG CHEONG STREET NO. 742-748 CHEUNG SHA WAN ROAD CHEUNG SHA WAN KLN   HONG KONG |
| KO WAH SING | FLT 7 31/F BLK B ABBA HOUSE 223-227 ABERDEEN MAIN RD ABERDEEN HK   HONG KONG |
| KO YING CHI | FLAT B 8/F TOWER 5 ONE SILVERSEA 18 HOI FAI ROAD MONG KOK, KLN   HONG KONG |
| KRAUSE, WOLFGANG AND SCHWARZ, HILDEGARD MARIA | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA STEINENKAMP 8 DUISBERG 47137 GERMANY |
| KWAN KWONG, YUET | RM 2416-2417 24/F LUNG WAI HOUSE LOWER WONG TAI SIN ESTATE WONG TAI SIN, KLN   HONG KONG |
| KWAN, KWONG LEE YUEN | FLAT F 25/F BLOCK 2 KOWAY COURT 111 CHAI WAN ROAD CHAI WAN HK   HONG KONG |
| KWOK CHI HONG & LEE SIU FUN | RM 1009 TING TAI HOUSE ON TING ESTATE TUEN MUN, NT   HONG KONG |
| LAI WAI TONG CHU, MUN WING TERESA | FLAT D 26/F BLOCK 2 SCENIC HEIGHTS NO. 58A-58B CONDUIT ROAD MID-LEVELS HK   HONG KONG |
| LAM CHUNG KUEN | FLAT D 8/F BLOCK 4 VISTA PARADISO MA ON SHAN NT   HONG KONG |
| LAM FUNG CHEE | FLAT A 9/F BLOCK 12 PARK ISLAND MA WAN, NT   HONG KONG |
| LAM KIT YIN | FLAT A 12/F BLOCK 2 THE CAIRNHILL 108 ROUTE TWISK TSUEN WAN NT   HONG KONG |
| LAU CHI KEUNG/LEUNG MEI MEI | FLAT H 16/F BLOCK 11 GREENFIELD GARDEN PHASE 3 FUNG SHUE WO ROAD TSING YI NT   HONG KONG |
| LAU LAI FONG | 9/F BLOCK A 240A PRINCE EDWARD ROAD KOWLOON CITY KLN   HONG KONG |
| LAW YUEN LING | FLAT A 11/F PANNY COURT NO.5 VILLIAGE ROAD HAPPY VALLEY HK   HONG KONG |
| LEE SHUK YEE | FLAT A1 1/F 7A COMFORT TCE NORTH POINT HK   HONG KONG |
| LEUNG KAM CHEUNG | FLAT A 13/F BUTLER TOWERS BOYCE ROAD JARDINE'S LOOKOUT HK   HONG KONG |
| LEUNG WAI CHING, BELINDA | NO 4 9TH STREET SECTION C FAIRVIEW PARK YUEN LONG   HONG KONG |
| LEUNG YIU, PAT | FLAT G 16/F TOWER 1 3 AP LEI CHAU DRIVE AP LEI CHAU ABERDEEN   HONG KONG |
| LEUNG YUK RAYMOND / CHING FUI LING | FLAT A 8/F TOWER 9 ISLAND HARBOUR VIEW TAI KOK TSUI, KLN   HONG KONG |
| LI PING, HONG | FLAT A 43/F TOWER 2 GRAND WATERFRONT 38 SAN TAU STREET TO KWA WAN, KLN   HONG KONG |
| LIU WAI MAN | 2/F KINGS COURT3 329A SHUI TSIU SAN TSUEN YUEN LONG   HONG KONG |
| LOPEZ, ELESIO ONG/LOPEZ, WELDY LU | FLAT E, 19/F FU WAI COURT FORTRESS GARDEN NORTH POINT HONG KONG, HK   HONG KONG |
| LUI MEI TING | ROOM 1622 HONG KWAI HOUSE CHEUNG HONG ESTATE TSING YI NT   HONG KONG |
| LUI SIU WOON LUCY | FLAT C1101 ORIENTAL GARDENS 236-238 PRINCE EDWARD ROAD MONG KOK, KLN   HONG KONG |
| LUK PIK KUEN | SHOP A G/F SEAWIDE MANSION NO. 887-889 CANTON ROAD MONG KOK, KLN   HONG KONG |
| LUK YEE WAH | FLT D 17/F TOWER 3 TIERRA VERDE TSING YI, NT   HONG KONG |
| MA WING HUNG | FLAT A 6/F WAH YICK MANSION 410 PORTLAND STREET MONG KOK, KLN   HONG KONG |
| MERRILL LYNCH INTERNATIONAL | FLAT B 11/F BLOCK 9 PRISTINE VILLIA 18 PAK LOK PATH TAI WAI, NT   HONG KONG |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: ARAB BANKING CORPORATION (B.S.C.) ATTN: SIMON ORR 2 KING EDWARD STREET LONDON   EC1A 1HQ UNITED KINGDOM |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINACIAL CENTER NEW YORK NY 10281-1003 |
| NG YUN KEUNG/NG FUNG LIN | FLAT G 14/F BLOCK 2 TEMPO INDUSTRIES LIMITED 13 CABOT SQUARE CANARY WHARF LONDON   E14 4QA ENGLAND |
| ONG FOK KA WAI, JOYCE | ROOM 3 15/F, BLOCK B GREENFIELD TERR GREENFIELD TERRACE HK   HONG KONG |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1 POSTFACH ZURICH  8022 SWITZERLAND |
| RUBIYA DRUMMOND | ROOM 14N 6/F TAI LOK HOUSE 2 TAI CHEONG STREET SAI WON HO HONG KONG   HONG KONG |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 10:57:20
DATE: 07/11/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 3

| Name | Address |
|---|---|
| SERENGETI OPPORTUNITIES PARTNERS LP | TRANSFEROR: CREDIT SUISSE INTERNATIONAL C/O SAENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SO LAI CHAN, LOUISA | FLAT A 20/F BLOCK 3 FELICITY GARDEN SAI WAN HO HK HONG KONG |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | DEUTSCHE BANK AG, LONDON BRANCH ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: AU YEUNG SUK YING, WINNIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: AU, KONG IU/AU, YEE LIM ELAINE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHAN CHUNG TAK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHAN MA FUI FUI / TING YORK THOMAS 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHAN OI KWUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHAN SHIU TUNG / AU YUN YMW 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHAN YICK HOP / TSE CHIN TO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHAN, YIN JENNY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHAN, YUDITH CHIA-MEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHEN SENG FING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHENG KAM WAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHENG WAI YEE, IDA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHEUNG WAI CHING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHEUNG WING ON, DANNY & CHAN SAU LAI, AMY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHIU SHUN NGAN, SHEILA & YUN KWAN, ROBERT 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHIU YUE NGAN, YVONNE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHO KAM MING / YIP YING LIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHONG CHUN NANG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHONG MO YUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHOW KWAI FING RITA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHOW YUET NGOR, SUSAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHOW, SAU MING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHUN, LEE LAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHUNG KIT HA HESTER 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CREALLY, DAMIAN JOSEPH AND GEORGINA ANNE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CUI QIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: DAI WEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: FENG CHI, SHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: FONG FREDERICK WAI NANG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: GAO HUIREN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: GARNIER RODOLPH BERTIE GEORGES 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: HA CHUNG HANG / LI FATIMEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: HAMAGUCHI YUKISHIGE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: HO WAI MAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: HO KWONG SAU DUEN REBELLA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: HO YUK FUN, JOANNA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: HONG, KWONG SUK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: HUANG, CHING LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: HUI PUI MAN / LAI WING HING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: HUI TAK MING / LOO MAY WAH OLIVA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: HUNG HING, WING / HUNG HING, MAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: HUNG KWAI YING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: HUNG YUK CHOY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: KAM NAI CHUNG / LAM KWAI YUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: KAM, KWAN MARK 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: KAN XIANG CHOW, THOMAS/KAN YUEN MAN, MANDY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: KO WAI SING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: KO YING CHI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: KWAN KWONG, YUET 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: KWAN, KWONG LEE YUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: KWOK CHI, YONG & LEE SIU, FUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |

TIME: 10:57:20
DATE: 07/11/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 4

| Name | Address |
| --- | --- |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAI WAI TONG / CHU, MUN WING TERESA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAM CHUNG KUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAM FUNG CHEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAM KIT YIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAU CHI KEUNG/LEUNG MEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAU LAI FONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LAW YING LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEE SHUK YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEUNG KAM CHEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEUNG WAI CHING, BELINDA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LEUNG YING, FAT 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LI PING, HONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LIU WAI MAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LO PUI, LAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LUI MEI TING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LUI SIU WOON LUCY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LUK PIK KUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: LUK YEE WAH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: MA WING HUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: MA YUEN YEE CONNIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: NG YUN KEUNG/NG FUNG LIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: ONG FOK KA WAI, JOYCE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: RUBIYA DRUMMOND 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: SO LAI CHAN, LOUISA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: SUEN SHII KEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TAM HUNG FAI, ANDREW 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TAN KALIANG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TANG DAVID YUEN KWAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TANG MEE LIN, MARY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TANG SHIRLEY ANN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TSANG PUI KWAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: TSANG TZE FAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WANG CYNTHIA WEI-CHUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WENG, HUIMING & SHI, CHANYING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG CHAU MUI / KO YU KEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG CHI WAI, / YIM RITA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG CHUNG LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG HIP YING, WINNIE & LEUNG CHUNG, PIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG KIT YING MARIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG KOON, CHEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG KWAN, HUNG & WONG SO WAI, HAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG LAI SHEUNG, RITA / CHEUNG CHUEN CHU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG TIN LIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WONG YIN, HOI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WU CHI FING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: WU LIAN HUAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: XIAO, SHENGDAO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YAM HOW YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YANG WANWEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YAU SHUK ON CECILIA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YEUNG WAI TING / WANG CHE WINNIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YEUNG YI YUE ELINA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YEUNG YUE YU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YIM YUEN CHU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YU PAK, MING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YUE, FUI SZE PERCY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG |

TIME: 10:57:20
DATE: 07/11/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 5

| Name | Address |
|---|---|
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: YONG FO LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: ZHAO QUANLI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG |
| SUEN SHUI KEUNG | FLAT G 42/F, BLOCK 2 BELLAGIO SHAM TSENG, NT    HONG KONG |
| TAM HUNG FAI ANDREW | FLAT C 8/F BLOCK 3 MONTE VISTA MA ON SHAN, NT    HONG KONG |
| TAN KALJANG | ROOM 2506 FENGHUI MANSION NO.1 WUTAISHAN NANJIN 210029 CHINA |
| TANG DAVID YUEN KWAN | 389 GRAND HILLS JING SHUN ROAD CHAOYANG DISTRACT BEIJING 100015 CHINA |
| TANG MEE LIN, MARY | FLAT F 18/F CELESTE COURT 12 FUNG FAI TERRACE HAPPY VALLEY    HONG KONG |
| TANG SHIRLEY ANN | FLAT B 4/F POKFULAM FIRE SERVICE QUARTERS 789 POKFULAM ROAD POKFULAM HONG KONG    HONG KONG |
| TEMPO INDUSTRIES LIMITED | TRIDENT TRUST CO. (BVI) LIMITED TRIDENT CHAMBERS 146 ROADTOWN    VIRGIN ISLANDS (BRITISH) |
| TSANG FUI KWAN | ROOM 703 KAI KWONG LAU CHO YIU CHUEN KWAI CHUNG NT    HONG KONG |
| TSANG TZE FAI | FLAT D 10/F BLOCK 34 CITYONE SHATIN SHATIN NT    HONG KONG |
| WANG CYNTHIA WEI-CHUN | FLAT D 5/F EMPEROR HEIGHT 5 COX'S ROAD TSIM SHA TSUI, KLN    HONG KONG |
| WENG, HUIMING & SHI, CHANYING | FLAT B1 19/F KWAN YICK BLDG PHASE 2 NO.343 DES VOEUX ROAD WEST SAI YING PUN    HONG KONG |
| WONG CHAU MUI / KO YU KEUNG | RM 1702 BLK 7 #2 COURT YARD MIDDLE STAR RIVER ROAD SECTION STAR RIVER ROAD ZHAO YANG DIST BEIJING 100025 CHINA |
| WONG CHI WAI / LO WAI YIN RITA | FLAT D 10/F BLOCK 1 VISTA PARADISO NO.2 HANG MING STREET MA ON SHAN, NT    HONG KONG |
| WONG CHING PING | FLAT A 55/F BLOCK 3 HARBOURFRONT LANDMARK 11 WAN HOI STREET HUNG HOM KLN    HONG KONG |
| WONG HIP YING, WINNIE & LEUNG CHUNG, PUN | RM 901 9/F FOOK YIP BUILDING 53-57 KWAI FUNG CRESCENT KWAI CHUNG, NT    HONG KONG |
| WONG KIT YING MARIE | FLT F 8/F FULLVIEW CRT 32 FORTRESS HILL NORTH POINT, HK    HONG KONG |
| WONG KOON, CHEUNG | FLT B 8/F BLK 4 BALWIN COURT 154-164 ARGYLE ST MONG KOK, KLN    HONG KONG |
| WONG KWAN, HUNG & WONG SO WAI, HAN | FLAT A 26/F BLOCK 5 CENTRAL PARK 18 HOI TING ROAD TAI KOK TSUI, KLN    HONG KONG |
| WONG LAI SHEUNG, RITA / CHEUNG CHUEN CHU | 7/F AUBIN HOUSE 171 GLOUCESTER ROAD WANCHAI HK    HONG KONG |
| WONG TIN LUN | FLAT D 8/F BLOCK 1 DRAGON VIEW 83 CHUNG HAU STREET HOMANTIN, KLN    HONG KONG |
| WONG YIN, HOI | ROOM 229 9/F CHOI TIN HOUSE HING TIN ESTATE LAM TIN KLN    HONG KONG |
| WU CHAU HUAN | FLT G 3/F BLK 2 TIERRA VERDE TSING YI, NT    HONG KONG |
| WU CHIN FANG | NO.47-3 11 LI EN LU TIAN HUA YUAN 3 D A BEIJING 100176 CHINA |
| XIAO, SHENGDAO | FLAT D, 20/F, PAO WOO MANSION, 177 WANCHAI ROAD WANCHAI, HK    HONG KONG |
| YAN HOW YEE | RM4-2-1309 HE BIN GONG YU NO. 403 JIANGUOBEL RD HANGZHOU 310003 CHINA |
| YANG MANWEN | HOUSE E GREENLAND VILLAS 8-12 MA YEUNG PATH KAU TO SHAN SHATIN, NT    HONG KONG |
| YAU SHUK ON CECILIA | FLAT D 4/F UNISON INDUSTRIAL CENTRE 27-31 AU PUI WAN STREET FO TAN, NT    HONG KONG |
| YEUNG WAI TING / WANG CHE KWUN WINNIE | 1-007 RITS GARDEN LIYUAN STREET TIANZHU SHUNYI BEIJING 101312 CHINA |
| YEUNG YI YUE ELINA | FLT A 21/F PARIS CT SHEUNG SHUI TOWN CTR SHEUNG SHUI, NT    HONG KONG |
| YEUNG YUK YU | 1/F 324 SHUN NING ROAD SHAM SHUI PO KLN    HONG KONG |
| YIM YUEN CHU | FLAT A 25/F KING YUET HOUSE KING NGA COURT TAI PO, NT    HONG KONG |
| YU PAK, MING | RM 2H 4/F CORNWALL TERRACE CORNWALL STREET KOWLOON TONG, KLN    HONG KONG |
| YUE, PUI SZE PERCY | FLAT 15-A FUK LEE BUILDING 1-7 SHELL STREET NORTH POINT HK    HONG KONG |
| YUNG CUNLI | ROOM 102 CELL 1 BLOCK 5 HAI LAN DONG YUAN XIAO QU TIAN CUN NORTH ROAD HAI DIAN DISTRICT BEIJING 100049 CHINA |
| ZHAO QUANLI | |

Total Number of Records Printed        248

EPIQ BANKRUPTCY SOLUTIONS, LLC