## **CERTIFICATE OF SERVICE**

I, Laura E. Neish, hereby certify that on this 13th day of July, 2011, I caused two copies of the foregoing to be served by hand upon the following:

| | |
|---|---|
| The Honorable James M. Peck<br>United States Bankruptcy Court<br>One Bowling Green<br>New York, NY 10004 | Lisa G. Laukitis, Esquire<br>Lance E. Miller, Esquire<br>Jones Day<br>222 East 41st Street<br>New York, New York 10017 |
| Richard P. Krasnow, Esquire<br>Lori R. Fife, Esquire<br>Shai Y. Waisman, Esquire<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Andy Velez-Rivera, Esquire<br>Paul Schwartzberg, Esquire<br>The Office of the United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 |
| Dennis F. Dunne, Esquire<br>Dennis O'Donnell, Esquire<br>Evan Fleck, Esquire<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | |

And a copy by facsimile to:

| | |
|---|---|
| Philip E. Cook, Esquire<br>Jones Day<br>555 South Flower Street, 50th Floor<br>Los Angeles, California 90071<br>(213) 243-2539 | James Huberty, Esquire<br>Walker Wilcox Matousek LLP<br>225 West Washington Street<br>Chicago, Illinois 60606<br>(312) 244-6800 |
| Thomas E. Geyer, Esquire<br>Bailey Cavalieri LLC<br>One Columbus<br>10 West Broad Street, Suite 2100<br>Columbus, Ohio 43215-3422<br>(614) 221-0479 | |

s/ Laura E. Neish
Laura E. Neish
