B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP) (Jointly Administered)

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Barclays Bank, S.A.                                         Antonio Andreu Álvarez
Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee                Court Claim # (if known): 45004
should be sent:                                             Amount of Claim: $707.550
                                                            Amount of Claim Transferred: _____
Abraham Carpintero                                          Date Claim Filed: 10/23/2009
Calle Mateo Inurria, 15 5ª Planta
28036 Madrid
Spain

Phone: +34 91 336 23 50                                     Phone:
Last Four Digits of Acct #:   n/a                           Last Four Digits of Acct. n/a

Name and Address where transferee payments
should be sent (if different from above):

Phone:  n/a
Last Four Digits of Acct #:  n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   D. Andrés Martínez Mosquera                          Date: _____
      D. Agustín Folqué Muñoz
      Transferee/Transferee's Agent

WNY - 035725/000002 - 2304687 v3

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 &

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)   (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Barclays Bank, S.A.                                     Nieves González González
Name of Transferee                                      Name of Transferor

Name and Address where notices to transferee            Court Claim # (if known): 47727
should be sent:                                         Amount of Claim: $84.906
                                                        Amount of Claim Transferred:
Abraham Carpintero                                      Date Claim Filed: 10/27/2009
Calle Mateo Inurria, 15 5ª Planta
28036 Madrid
Spain

Phone: +34 91 336 23 50                                 Phone:
Last Four Digits of Acct #:   n/a                       Last Four Digits of Acct. n/a

Name and Address where transferee payments
should be sent (if different from above):

Phone:   n/a
Last Four Digits of Acct #:  n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   D. Andrés Martínez Mosquera                       Date:  10th March 2011
      D. Agustín Folqué Muñoz
      Transferee/Transferee's Agent

[signature]

EVIDENCE OF TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the Southern District of New York
     Attention: Clerk

AND TO:  Lehman Brothers Holdings Inc., Case No. 08-1355 (JMP) (Jointly Administered)

RE:  Claim No: 47727

For value received, the adequacy and sufficiency of which are hereby acknowledged, and pursuant to a Purchase Agreement dated as of the date hereof, Nieves González González ("**Seller**") hereby certifies that it has unconditionally and irrevocable sold, transferred and assigned to Barclays Bank, S.A. ("**Purchaser**"), all of Seller's right, title, interest, claims and causes of action in and to, or arising under or in connection with the security referred to on Schedule I hereto together with all other claims (within the meaning of Section 101(5) of the U.S. Bankruptcy Code and applicable law) (the "**Claim**") in respect thereof against Lehman Brothers Treasury Co. BV. and/or Lehman Brothers Holdings Inc. (debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York) (each a "**Debtor**"), including, without limitation, any and all proofs of claim filed in respect of the Claim, including without limitation, Proof of Claim number 47727 filed in the bankruptcy case of Lehman Brothers Holdings Inc., solely, for the purposes hereof, with respect to the security referred to on Schedule I hereto and/or the Claim.

Seller hereby waives any objection to the transfer of the Claim to Purchaser on the books and records of each Debtor and the relevant court and/or administrator, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed under any applicable law (including Rule 3001 of the Federal Rules of Bankruptcy Procedure). Upon payment by Purchaser to Seller of the purchase price for the Claim, Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing Claim, recognizing Purchaser as the sole owner and holder of the Claim, and directing that all payments or distributions of money or property in respect of the Claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 10th day of March, 2011.

SELLER
Dª Nieves González González

By:  /s/
Name:
Title:

PURCHASER
Barclays Bank, S.A.

By:  /s/
Name: D. Ignacio Aulrán Cerqueira
Title: Proxy Manager

WNY - 0357250000002 - 2304687 v3

**PURCHASER**

Barclays Bank, S.A.

By:       Proxy
Name:  D. José Manuel Briones de Miguel
Title:    Manager

\\\\NY - 035725/000002 - 2304687 v3

SCHEDULE I

**Purchased Claim**

100% of Proof of Claim as it relates solely with respect to ISIN/CUSIP XS0282208049 as of 10th March, 2011, including all pre-petition accrued interest related thereto).

**Lehman Program Securities to which Transfer Relates**

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claims Filing Date) |
|---|---|---|---|---|---|---|---|
| Bono 100% Participación sobre EUROSTOXX-50 | XS0282208049 | Lehman Brothers Treasury Co B.V. | | $84,906 | | 9/2/2012 | |