UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :   08-13555 (JMP)
                                            :
              Debtors.                      :   (Jointly Administered)
                                            :
-------------------------------------------------------------------x

## SUPPLEMENTAL ORDER REINSTATING CLAIM

WHEREAS Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors, in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Sixty-Third Omnibus Objection to Claims (Valued Derivative Claims)*, dated October 13, 2010 [Docket No. 11978] (the "Sixty-Third Omnibus Objection to Claims"), against claim number 14329 (the "Claim"), which was filed by China Development Ind Bank (the "Claimant");

WHEREAS the Sixty-Third Omnibus Objection to Claims sought, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedures, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664] (the "Procedures Order"), to reduce and allow the Claim on the grounds that the amount listed on Claimant's proof of claim was greater than the fair, accurate, and reasonable values determined by the Debtors after a review of Claimant's supporting documentation and the Debtors books and records, as more fully described in the Sixty-Third Omnibus Objection to Claims;

WHEREAS the Debtors did not receive a response to the Sixty-Third Omnibus Objection to Claims on behalf of the Claim prior to the deadline to respond to such objection,

which was November 15, 2010 at 4:00 p.m. (Prevailing Eastern Time) (the "Response Deadline");

WHEREAS the Court held a hearing on December 1, 2010 (the "Omnibus Hearing") to consider the relief requested in the Sixty-Third Omnibus Objection to Claims;

WHEREAS the Court entered an order on December 2, 2010 [Docket No. 13164] granting the relief requested in the Sixty-Third Omnibus Objection to Claims (the "Original Order"), which, among other things, reduced and allowed the Claim;

WHEREAS Claimant never received from the court-approved claims and noticing agent, Epiq Bankruptcy Solutions, LLC ("Epiq"), a service copy of the Sixty-Third Omnibus Objection to Claims due to an error in the service address;

WHEREAS had Claimant received service of the Sixty-Third Omnibus Objection to Claims Claimant would have filed a Response by the Response Deadline or requested an extension to the Response Deadline pending negotiations with the Debtors;

**IT IS HEREBY**:

ORDERED that Epiq shall be authorized and directed to immediately reinstate the Claim on the Debtors' official claims register; and it is further

ORDERED that the rights of the Debtors and any other party in interest to object to the Claim on any ground are expressly preserved and unaffected by this Supplemental Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Supplemental Order.

Dated: New York, New York
      July 13, 2011                                     *s/ James M. Peck*
                                                        Honorable James M. Peck
                                                        United States Bankruptcy Judge