UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

In re:

LEHMAN BROTHERS HOLDINGS INC, et al.,

          Debtors.

---------------------------------------------------------

Chapter 11

Case No. 08-13555 (JMP)

### ORDER GRANTING MOTION TO WITHDRAW OF BRIAN D. GRAIFMAN AND GUSRAE, KAPLAN, BRUNO & NUSBAUM PLLC AS COUNSEL FOR CLAIMANT MARK GLASSER

UPON the motion of Brian D. Graifman and Gusrae, Kaplan, Bruno & Nusbaum PLLC ("GKBN"), pursuant to Rule 2090-1(e) of the Federal Rules of Bankruptcy Procedure, to withdraw as counsel for Mark Glasser (ECF # 17,317); the Declaration of Brian D. Graifman dated June 2, 2011 in support (ECF # 17,318); and the certificate of service of same (ECF # 17,319); and the parties, including Mark Glasser, having had the opportunity to be heard, and the Court having heard the motion at hearing on June 30, 2011; it is hereby

ORDERED, that the motion of Brian D. Graifman and GKBN to withdraw as counsel is granted.

Dated: New York, New York
      July 13, 2011

                                              *s/ James M. Peck*
                                              Honorable James M. Peck
                                              United States Bankruptcy Judge