MAYER BROWN LLP
Brian Trust
Jeffrey G. Tougas
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Fax: (212) 262-1910
btrust@mayerbrown.com
jtougas@mayerbrown.com

*Attorneys for Swift Master Auto Receivables Trust*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF CHANGE OF ADDRESS FOR SWIFT MASTER AUTO**
**RECEIVABLES TRUST**

PLEASE TAKE NOTICE THAT, pursuant to its continuing obligations under the *Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form*, dated July 2, 2009 [docket no. 4271], Swift Master Auto Receivables Trust, in connection with claim nos. 26193 and 26195 in the above-caption proceeding (collectively, the "**Claims**"), has changed its notice address.

Effective immediately, the Claims are hereby amended to change the notice address for such Claims to:

**Swift Master Auto Receivables Trust**
**c/o Ally Financial Inc.**
**1185 Avenue of the Americas, 2nd Floor**
**New York, New York 10036**
*Attn: Stephen Van Dolsen*
**Telephone: (212) 884-7140**
**Email: stephen.vandolsen@ally.com**

**with a copy to:**
**Mayer Brown LLP**
**1675 Broadway**
**New York, New York 10019**
*Attn: Brian Trust*
**Telephone: (212) 506-2570**
**Email: btrust@mayerbrown.com**

Dated: New York, New York
July 13, 2011

/s/ Brian Trust
Mayer Brown LLP
Brian Trust
Jeffrey G. Tougas
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Fax: (212) 262-1910
btrust@mayerbrown.com
jtougas@mayerbrown.com

*Attorneys for Swift Master Auto Receivables Trust*

2