B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
LRI Invest S.A.,: on behalf of SIP Income

Name of Transferor
International Fund Management S.A., on behalf of: SIP Income

Name and Address where notices to transferee should be sent:

LRI Invest S.A.
1C, rue Gabriel Lippmann
L-5365 Munsbach
Luxembourg

Court Claim # (if known): 58958
Original Amount of Claim: $289,153.00
Date Claim Filed: October 30, 2009

Phone: 00352 26 1500 2501
Email: frank.zanzen@lri-invest.l
Last Four Digits of Acct #:N/A

Phone: N/A
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: N/A
Last Four Digits of Acct #:N/A

**Please See Attached Documents**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ illegible_    Date: June 30, 2011
Transferee/Transferee's Agent
BERND SCHLICHTER
MANAGING DIRECTOR

TAHARA NEUMANN
HEAD OF LEGAL & COMPLIANCE

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

\\\\NY - 002482/000001 - 2326166 v2

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York
Attention: Clerk

AND TO: Lehman Brothers Holdings Inc., Case No. 08-1355 (JMP) (Jointly Administered)

RE: Claim No: 58958

For value received, the adequacy and sufficiency of which are hereby acknowledged, International Fund Management S.A., on behalf of SIP Income ("**Transferor**") hereby certifies that it has unconditionally and irrevocably transferred and assigned to LRI Invest S.A., on behalf of SIP Income ("**Transferee**"), all of Transferor's right, title, interest, claims and causes of action in and to, or arising under or in connection with the securities referred to by ISIN DE000A0TT7X8, together with all other claims (within the meaning of Section 101(5) of the U.S. Bankruptcy Code and applicable law) (the "**Transferred Claim**") in respect thereof against Lehman Brothers Treasury Co. BV. and/or Lehman Brothers Holdings Inc. (debtor in the United States Bankruptcy Court for the Southern District of New York (the "**Court**"), administered under Case No. 08-13555 (JMP)) (each a "**Debtor**"), including, without limitation, any and all proofs of claim filed in respect of the Claim, including without limitation, Proof of Claim number 58958 filed in the bankruptcy case of Lehman Brothers Holdings Inc.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, Title 11 of the United States Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferee agrees to file a notice of transfer with in the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claim, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 1st day of July, 2011.

**TRANSFEROR**

International Fund Management S.A., on behalf of SIP Income

By: _E. Lb_  _[signature]_
Names: Eugen Lehnertz   Andreas Schmitt
Titles: Man. Direct.   -Authorised officer-

3, rue des Labours
1912 Luxembourg
Luxembourg

**TRANSFEREE**

LRI Invest S.A., on behalf of SIP Income

By: _[signature]_   _[signature]_
Name: BERND SCHLICHTER   TAMARA NEUMANN
Title: MANAGING DIRECTOR   HEAD OF LEGAL & COMPLIANCE

1C, rue Gabriel Lippmann
L-5365 Munsbach
Luxembourg

\\\NY - 002482/000001 - 2326166 v2