# Agreement and evidence of transfer of claim
## Lehman Program Security

TO: THE DEBTOR AND THE BANKRUPTY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **TARGOBANK AG & Co. KGaA f/k/a Citibank Privatkunden AG & Co. KGaA** ("Transferor") hereby unconditionally and irrevocably transfers and assigns to

    _____ Mr. Lutz Grunert _____
    name of customer

(the "Transferee"), as of the date hereof, an undivided interest, to the extent of $ __14,201.00__, which is equal to __0.002997571__ % and as specified in Schedule 1 attached hereto (the "Transferred Claim"), in Transferor's right, title and interest in and to, or arising under or in connection with Proof of Claim Number **55404** filed by or on behalf of

    _____ Mr. Lutz Grunert _____
    name of customer

(the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), but only to the extent related to the Transferred Claim. For the avoidance of doubt, the Transferred Claim will not encompass Transferor's rights, title or interests in and to and arising in relation to the Proof of Claim or the security or securities except to the extent of $ __14,201.00__, which is equal to __0.002997571__ % and as specified in Schedule 1 attached hereto.

2. Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

3. Transferor's and Transferee's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with German law, excluding any conflict of laws provisions (Kollisionsrecht). Particular allowance shall be made for the fact that this Agreement is to be used to comply with certain requirements relevant under US Federal Law or the laws of the State of New York.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this __13__ th day of __May__ 2011.

**TARGOBANK AG & Co. KGaA f/k/a
Citibank Privatkunden AG & Co. KGaA** on behalf of

_____ Mr. Lutz Grunert _____
name of customer

By _[signature]_ _[signature]_
Name  Mr. Oliver Stuerpges     Mr. Theo Peters
Title  Area Director            Area Manager

Kasernenstr. 10
address

40213 Duesseldorf, Germany
city, state, zip

_____ Mr. Lutz Grunert _____
name of customer

By _[signature]_
Name  Mr. Lutz Grunert
Title

Liebenwerdaer Str. 3
address

03048 Cottbus, Germany
city, state, zip

# Transferred Claim

$ 14,201.00 of $ 473,750,188 (the outstanding amount of the Proof of Claim as of

13 May 2011 date of Agreement and Evidence of Transfer) together with accrued and unpaid interest.

## Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Amount together with accrued and unpaid interest (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BR.TR.O.AR.N12BSKT | DE000A0NXKZ9 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $ 14,201.00 | --------- | 7 August 2012 | $ 14,201.00 |

# United States Bankruptcy Court

In re <u>Lehman Brothers Holdings Inc. et al.</u>,   Case No. <u>Chapter 11 08-13555 (JMP) (Jointly Administered)</u>

### Transfer of claim other than for security

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U. S. C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Mr. Lutz Grunert | TARGOBANK AG & Co. KGaA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

Mr. Lutz Grunert

Liebenwerdaer Str. 3 , 03048 Cottbus, Germany

Court Claim # (if known): 55404

Amount of Claim: $ 14,201.00

Date Claim Filed: 29 October 2009

Phone:  + 49 (0)355  723494
Last Four Digits of Acct #:

Phone:  +49 (0)203 347 5703
Last Four Digits of Acct #:

Name and Address where notices to Transferee should be sent: (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By X _/s/_ Transferee/Transferee's Agent     Date 26.05.11