## Agreement and evidence of transfer of claim
## Lehman Program Security

TO: THE DEBTOR AND THE BANKRUPTY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **TARGOBANK AG & Co. KGaA f/k/a Citibank Privatkunden AG & Co. KGaA** ("Transferor") hereby unconditionally and irrevocably transfers and assigns to

_____ Mrs. Andrea Feles _____
name of customer

(the "Transferee"), as of the date hereof, an undivided interest, to the extent of $ __11,360.80__, which is equal to __0.002398057__ % and as specified in Schedule 1 attached hereto (the "Transferred Claim"), in Transferor's right, title and interest in and to, or arising under or in connection with Proof of Claim Number **55404** filed by or on behalf of

_____ Mrs. Andrea Feles _____
name of customer

(the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), but only to the extent related to the Transferred Claim. For the avoidance of doubt, the Transferred Claim will not encompass Transferor's rights, title or interests in and to and arising in relation to the Proof of Claim or the security or securities except to the extent of $ __11,360.80__, which is equal to __0.002398057__ % and as specified in Schedule 1 attached hereto.

2. Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

3. Transferor's and Transferee's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with German law, excluding any conflict of laws provisions (Kollisionsrecht). Particular allowance shall be made for the fact that this Agreement is to be used to comply with certain requirements relevant under US Federal Law or the laws of the State of New York.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this __13__ th day of __May__ 2011.

**TARGOBANK AG & Co. KGaA f/k/a**
**Citibank Privatkunden AG & Co. KGaA on behalf of**

| _____ Mrs. Andrea Feles _____ | _____ Mrs. Andrea Feles _____ |
|---|---|
| name of customer | name of customer |
| By _signature_ | By X _signature_ |
| Name  Mr. Oliver Stuempges    Mr. Theo Peters | Name  Mrs. Andrea Feles |
| Title  Area Director    Area Manager | Title |
| Kasernenstr. 10 | Erlenweg 11 |
| address | address |
| 40213 Duesseldorf, Germany | 59823 Arnsberg, Germany |
| city, state, zip | city, state, zip |

RECEIVED JUL -5 2011 US BANKRUPTCY COURT SD DIST OF NEW YORK

# Transferred Claim

$ 11,360.80    of $ 473,750,188    (the outstanding amount of the Proof of Claim as of

13 May 2011

date of Agreement and Evidence of Transfer) together with accrued and unpaid interest.

## Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Amount together with accrued and unpaid interest (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BR.TR.BO.E.N13SX5E | DE000A0SUEV6 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $ 11,360.80 | ------------ | 23 January 2013 | $ 11,360.80 |

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

In re Lehman Brothers Holdings Inc. et al.        ,        Case No. Chapter 11 08-13555 (JMP) (Jointly Administered)

x

### Transfer of claim other than for security

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U. S. C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P.,
of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Mrs. Andrea Feles | TARGOBANK AG & Co. KGaA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

Mrs. Andrea Feles

Erlenweg 11, 59823 Arnsberg, Germany

Court Claim # (if known): 55404

Amount of Claim: $ 11,360.80

Date Claim Filed: 29 October 2009

Phone: + 49 (0)2937 504421

Last Four Digits of Acct #:

Phone: +49 (0)203 347 5703

Last Four Digits of Acct #:

Name and Address where notices to Transferee should be sent:
(if different from above):

Phone:

Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and
correct to the best of my knowledge and belief.

By X ___[signature]___        Date _Arnsberg 19.05.11_
Transferee/Transferee's Agent

**Antrag auf Übertrag
von Lehman-Wertpapieren – Version B**
Bitte in Großbuchstaben ausfüllen.



TARGOBANK AG & Co. KGaA
Kasernenstraße 10 · 40213 Düsseldorf

### Antragsformular

Dieses Antragsformular ist für den Übertrag von Lehman-Wertpapieren in ein anderes Depot bestimmt, wenn ausschließlich der Wechsel der depotführenden Stelle beabsichtigt ist. Depotinhaber bei der TARGOBANK und Depotinhaber bei der neuen depotführenden Stelle sind personenidentisch.

In den nachstehenden Fällen kann dieses Antragsformular nicht verwendet werden:

- Übertragung der Lehman-Wertpapiere im Zusammenhang mit einem Verkauf
- Übertragung der Lehman-Wertpapiere im Zusammenhang mit der Auflösung einer Erbengemeinschaft
- Übertragung von Lehman-Wertpapieren, bei denen weder Lehman Brothers Treasury Co. B.V. noch Lehman Brothers Holdings Inc. die Emittentin ist
- Übertragung von Lehman-Wertpapieren auf ein bei der TARGOBANK geführtes Wertpapierdepot

In diesen Fällen wenden Sie sich bitte mit einem entsprechenden Hinweis an die TARGOBANK.

### Fragen und Hinweise

Im Anhang zu diesem Antragsformular befinden sich allgemein wichtige Informationen zum Vorgang der Übertragung Ihrer Lehman-Wertpapiere. Bitte lesen Sie diese sorgfältig durch und lassen Sie sich gegebenenfalls entsprechend beraten.

Für sämtliche Fragen zu diesem Antragsformular, den anderen beigefügten Dokumenten oder dem Vorgang der Übertragung der Lehman-Wertpapiere als solchen können Sie sich auch gerne an die TARGOBANK wenden.

Bitte beachten Sie, dass das Insolvenzverfahren von LBHI sehr transparent ist. Bestimmte Dokumente, unter anderem auch etwaige Verträge über den Transfer von Lehman-Wertpapieren, sind von jedermann im Internet unbegrenzt einsehbar. Hierauf hat die TARGOBANK keinerlei Einfluss.

### Kontakt

TARGOBANK AG & Co. KGaA
Wertpapierabwicklung
Harry-Epstein-Platz 5
47051 Duisburg

Tel.: 0180 - 33 22 112
(Festnetzpreis 9 Cent/Minute, höchstens 42 Cent/Minute aus Mobilfunknetzen, täglich von 7.30 bis 22.00 Uhr)

**Die TARGOBANK wird etwaige durch den Übertrag der Lehman-Wertpapiere entstehende Kosten nicht übernehmen.**

> **Die TARGOBANK kann den gewünschten Depotübertrag erst durchführen, nachdem Sie alle im Anhang „Wichtige Informationen" unter „Ablauf des Depotübertrags und Ersetzung in der LBHI-Insolvenztabelle" aufgezählten Dokumente vollständig und richtig ausgefüllt sowie unterschrieben haben und der TARGOBANK der ebenfalls dort beschriebene Zugangsnachweis vorliegt.**

## Anhang „Wichtige Informationen"

**Sachstand bei den Ansprüchen aus meinen Lehman-Wertpapieren**
Die TARGOBANK hat unter anderem die Ansprüche aus den im Antrag genannten Wertpapieren im Insolvenzverfahren der Lehman Brothers Holdings Inc. (LBHI) in New York als Treuhänder angemeldet. Aus technischen Gründen sind Ihre Ansprüche gegenüber LBHI dementsprechend derzeit unter dem Namen der TARGOBANK in der Insolvenztabelle¹ von LBHI registriert.

Ist Lehman Brothers Treasury Co. B.V. (LBT) in den Niederlanden Emittentin der betroffenen Lehman-Wertpapiere, ist es möglich, dass Sie auch Ansprüche gegen LBT haben. Bitte beachten Sie, dass die TARGOBANK diese zusätzlichen Ansprüche gegenüber LBT bisher **nicht** angemeldet hat und dies auch in Zukunft **nicht** tun wird. Sämtliche Ansprüche gegenüber LBT in anderen Insolvenzverfahren in den Niederlanden sind daher, insbesondere nach vollzogenem Depotübertrag, von Ihnen eigenverantwortlich, selbstständig und insbesondere unabhängig von der TARGOBANK wahrzunehmen. Bitte holen Sie auch hier gegebenenfalls geeigneten Rat ein.

**Ihre zukünftige Rolle als Gläubiger im Insolvenzverfahren von LBHI**
Aufgrund von US-insolvenzrechtlichen Besonderheiten erfordert der Depotübertrag in Bezug auf Ihre Ansprüche gegenüber LBHI die Ersetzung der TARGOBANK als Insolvenzgläubigerin in der Insolvenztabelle von LBHI durch Sie, den Depotinhaber. Von nun an nehmen **Sie selbst** die Stellung eines Gläubigers in diesem Insolvenzverfahren ein. Sie müssen daher ab der Ersetzung der TARGOBANK durch Sie in der Insolvenztabelle alle Rechte, aber auch alle Pflichten und Obliegenheiten eines Gläubigers im Insolvenzverfahren von LBHI eigenverantwortlich, selbstständig und insbesondere unabhängig von der TARGOBANK wahrnehmen. Bitte beachten Sie, dass die Nichtwahrnehmung von Rechten, Pflichten und Obliegenheiten im Insolvenzverfahren von LBHI dazu führen kann, dass bisher angemeldete Ansprüche gegen LBHI vollständig erlöschen können.

Die Verfolgung von Ansprüchen in Insolvenzverfahren in den USA unterscheidet sich stark von der Verfolgung von Ansprüchen in einem deutschen Insolvenzverfahren und kann gegebenenfalls deutlich schwieriger sein. So erfordert die Verfolgung von Ansprüchen in den USA insbesondere ein aktives Beobachten des Verfahrens sowie vorliegend gegebenenfalls ein aktives Handeln in New York, USA. Hierfür sind insbesondere Kenntnisse des auf dieses Verfahren anwendbaren Insolvenzrechts des Staates New York unabdingbar. Vor diesem Hintergrund möchten wir Sie nochmals darauf hinweisen, dass die Einholung von geeignetem Rat (gegebenenfalls bei einem New Yorker Prozessanwalt) notwendig sein kann.

**Notice-Verfahren**
Das US-amerikanische Recht sieht im Insolvenzverfahren von LBHI für die Ersetzung von Gläubigern das sog. „Notice-Verfahren" zur Anzeige eines Gläubigerwechsels vor. Hiernach muss die Anzeige eines Gläubigerwechsels durch den neuen Gläubiger, somit im vorliegenden Fall durch Sie, vorgenommen werden. Bitte beachten Sie, dass die TARGOBANK keinen Einfluss darauf hat, ob und zu welchem Zeitpunkt das Insolvenzgericht im Insolvenzverfahren von LBHI den Gläubigerwechsel tatsächlich vermerkt. Die TARGOBANK kann und wird dies auch **nicht** kontrollieren.

**Ablauf des Depotübertrags und Ersetzung in der LBHI-Insolvenztabelle**
Der Ablauf des Depotübertrags und die im Hinblick auf die entsprechenden Lehman-Wertpapiere beantragte Ersetzung der TARGOBANK in der Insolvenztabelle von LBHI durch Sie ist wie folgt:

1. Sie erhalten von der TARGOBANK folgende bereits ausgefüllte Unterlagen:
   a) diesen „Antrag auf Übertrag von Lehman-Wertpapieren – Version B"
   b) das Dokument „Form 210A" nebst einer unverbindlichen Übersetzung (bitte englische Version unterzeichnen)
   c) das Dokument „Evidence of Transfer of Claim – Version B" nebst einer unverbindlichen Übersetzung
2. Sie leiten diesen Antrag sowie die Dokumente Form 210A und Evidence of Transfer of Claim – Version B um etwaige noch fehlende Angaben ergänzt, gegebenenfalls korrigiert und unterschrieben an die TARGOBANK zurück.
3. Die TARGOBANK unterzieht die ausgefüllten Dokumente einer Plausibilitätsprüfung und unterzeichnet das Dokument Evidence of Transfer of Claim – Version B.
4. Die TARGOBANK stellt die gesamte Dokumentation für das Notice-Verfahren zusammen und schickt Ihnen die gesamte Dokumentation inklusive eines bereits an die für das Notice-Verfahren zuständige Stelle in New York adressierten Briefumschlags zu. Bitte beachten Sie, dass Änderungen an diesen Dokumenten ab diesem Zeitpunkt nur noch in Abstimmung mit der und nur durch die TARGOBANK vorgenommen werden dürfen.
5. Sie reichen die gesamte Dokumentation zum Notice-Verfahren bei der von der TARGOBANK bezeichneten Stelle in New York mittels internationalen Einschreibens mit internationalem Rückschein oder einem vergleichbaren Zugangsnachweis **selbst** ein.

   **Die Adresse lautet wie folgt:**
   United States Bankruptcy Court
   Southern District of New York
   Attention: Clerk's Office
   One Bowling Green
   New York, NY 10004-1408
   USA

   Die Kosten für den Versand sind von Ihnen zu tragen. Mit der Einreichung der Unterlagen beim United States Bankruptcy Court übernehmen Sie entsprechend den Anforderungen des US-Insolvenzrechts auch die strafrechtlich bewehrte Garantie für die Richtigkeit der in Form 210A enthaltenen Erklärung. Ein in diesem Zusammenhang mögliches Risiko besteht für Sie insbesondere, wenn Sie die durch die TARGOBANK geprüften Dokumente im Nachhinein nochmals ändern.
6. Sie übermitteln der TARGOBANK eine Kopie des internationalen Rückscheins oder des vergleichbaren Zugangsnachweises.
7. Die TARGOBANK überträgt nach Erhalt dieses Zugangsnachweises die betroffenen Lehman-Wertpapiere in das von Ihnen im Antrag benannte neue Depot. Der Depotübertrag ist damit in Deutschland abgeschlossen.

<u>Im Insolvenzverfahren von LBHI in New York ist der weitere Ablauf wie folgt:</u>

8. Nach Eingang der gesamten Dokumentation zum Notice-Verfahren bei der zuständigen Stelle in New York stellt der Clerk of the Bankruptcy Court (vergleichbar einem Rechtspfleger) Ihnen und der TARGOBANK eine Mitteilung über die im Hinblick auf Ihre Lehman-Wertpapiere beantragte Ersetzung der TARGOBANK durch Sie in der Insolvenztabelle (die sog. Notice) zu.
9. Die Notice enthält eine Aufforderung des Clerk of the Bankruptcy Court, der Ersetzung der TARGOBANK durch Sie als neuen Gläubiger in der Insolvenztabelle zu widersprechen, sollte für Sie ein berechtigtes Interesse an einem solchen Widerspruch bestehen. Ein Widerspruch hat zur Folge, dass die Ersetzung der TARGOBANK durch Sie in der Insolvenztabelle unterbleibt. Daher sollten Sie von diesem Widerspruchsrecht **keinen** Gebrauch machen.
10. Der Clerk of the Bankruptcy Court wartet 21 Tage ab und prüft, ob in dieser Zeit ein Widerspruch gegen die von ihm versandte Notice bei ihm eingeht. Geht kein Widerspruch ein, trägt er Sie in Bezug auf die betroffenen Lehman-Wertpapiere anstelle der TARGOBANK in die Insolvenztabelle ein. Wann dies genau geschieht, kann nicht unmittelbar festgestellt werden. Auf die Eintragung und den Eintragungszeitpunkt hat die TARGOBANK keinen Einfluss.

**Rolle der TARGOBANK nach Depotübertrag und Ersetzung in der LBHI-Insolvenztabelle**
Der Depotübertrag und die Ersetzung der TARGOBANK in der Insolvenztabelle führen zum einen dazu, dass das Treuhandverhältnis zwischen der TARGOBANK und Ihnen in Bezug auf die betroffenen Wertpapiere endet.

Faktisch führt es aber auch dazu, dass die TARGOBANK keinerlei Bezug mehr zu den betroffenen Lehman-Wertpapieren hat. Sie verliert somit jede Möglichkeit, in den Insolvenzverfahren von LBT und/oder LBHI Ihre Interessen in Bezug auf diese Lehman-Wertpapiere wahrzunehmen.

Darüber hinaus werden von den Insolvenzverwaltern auch keinerlei Zahlungen von etwaigen Ausschüttungen aus den Insolvenzmassen von LBT sowie LBHI mehr an die TARGOBANK geleistet werden. Sollten derartige Ausschüttungen vorgenommen werden, erhalten Sie diese nicht über die TARGOBANK.

## Evidence of Transfer – Version B

Dieses Dokument „Evidence of Transfer – Version B" korrespondiert mit dem „Antrag auf Übertrag von Lehman-Wertpapieren – Version B". Dementsprechend ist es für den Übertrag von Lehman Programs Securities im Sinne der Liste vom 17. Juli 2009 in ein anderes Depot bestimmt, wenn ausschließlich der Wechsel der depotführenden Stelle beabsichtigt ist. Depotinhaber bei der TARGOBANK und Depotinhaber bei der neuen depotführenden Stelle sind personenidentisch. Im US-Insolvenzverfahren von Lehman Brothers Holdings Inc. **(„LBHI")** entspricht das der Situation, wo der TARGOBANK-Kunde selbst in die Insolvenztabelle von LBHI eingetragen werden möchte.

* * *

Unverbindliche Übersetzung des US-amerikanischen Originals in englischer Sprache
B 210A (FORM 210A) (12/09)

# Insolvenzgericht der Vereinigten Staaten
## United States Bankruptcy Court

In Sachen __XXXXXXXXXXXXXXXXXXXXXXXXXXXXX__,    Fall Nr. __XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX__

### Abtretung einer Forderung (nicht zu Sicherungszwecken)

IN DIESER SACHE IST EINE FORDERUNG nach 11 U.S.C. § 1111(a) (Titel 11 (der US Gesetzessammlung) *United States Code*, §1111(a)) ANGEMELDET WORDEN, bzw. gilt als nach dieser Vorschrift angemeldet. Gemäß *Rule* (Verfahrensregel) *3001(e)(2)* der *Federal Rules of Bankruptcy Procedure* (US bundesrechtlichen Insolvenzverfahrensordnung) wird die nicht zu Sicherungszwecken erfolgte Abtretung dieser Forderung hiermit von dem Abtretungsempfänger angezeigt bzw. nachgewiesen.

__XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX__    __XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX__
Name des Abtretungsempfängers    Name des Abtretenden

Name und Anschrift für die Versendung von an den Abtretungsempfänger gerichtete Erklärungen und Mitteilungen:
__XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX__
__XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX__

Forderungsnummer (sofern bekannt): __XXXXXXXXXXXX__
Betrag der Forderung: __XXXXXXXXXXXXXXXXXXXXXX__
Datum der Forderungsanmeldung: __XXXXXXXXXXXX__

Tel.: __XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX__
Letzte vier Ziffern der Kto. Nr.: __XXXXXXXXXXXXXXXX__

Tel.: __XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX__
Letzte vier Ziffern der Kto. Nr.: __XXXXXXXXXXXXXXXX__

Name und Anschrift für Zahlungen an den Abtretungsempfänger (sofern nicht wie vorstehend angegeben):
__XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX__
__XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX__

Tel.: __XXXXXXXXXXXXXXXXXXXXXXXXXXXX__
Letzte vier Ziffern der Kto. Nr.: __XXXXXXXXXXXXXXXX__

Ich erkläre hiermit unter Eid *(penalty of perjury)*, dass die vorstehenden Angaben nach meiner Kenntnis und Überzeugung zutreffend und vollständig sind.

Unterzeichnet durch __XXXXXXXXXXXXXXXXXXXXXXX__    Datum __XXXXXXXXXXXXXXXXXXXXXXXXXXXX__
Abtretungsempfänger/Vertreter
des Abtretungsempfängers

# Vereinbarung und Nachweis über die Abtretung einer Forderung
*Agreement and evidence of transfer of claim*
*Lehman Program Security*

AN: DIE INSOLVENZSCHULDNERIN UND DAS INSOLVENZGERICHT

1. Gegen entsprechende Gegenleistung, deren Erhalt und Angemessenheit hiermit bestätigt werden, wird von der **TARGOBANK AG & Co. KGaA, vormals firmierend als Citibank Privatkunden AG & Co. KGaA** (die „Abtretende") hiermit vorbehaltslos und unwiderruflich mit Wirkung ab dem heutigen Tage an

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
Name des Kunden einfügen

(der „Abtretungsempfänger") ein ungeteilter Forderungsanteil in Höhe von US-$ XXXXXXXXXXX, abgetreten (die „abgetretene Teilforderung"), wobei die abgetretene Teilforderung einem Anteil von XXXXX % an den in Anlage 1 näher beschriebenen Rechten und Ansprüchen entspricht, die der Abtretenden an, aus und in Verbindung mit der Forderung *(proof of claim)* **Nr. 55404** zustehen, die für

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
Name des Kunden einfügen

in dem gegen die Lehman Brothers Holding, Inc als Insolvenzschuldnerin (die „Insolvenzschuldnerin") eingeleiteten Sanierungsverfahren *(reorganization proceedings)* (das „Verfahren") angemeldet und geltend gemacht wird (die „Forderungsanmeldung"); anhängig ist das Verfahren vor dem *United States Bankruptcy Court for the Southern District of New York* (US Insolvenzgericht für den Südlichen Bezirk von New York) (das „Insolvenzgericht"), Fall Nr. 08-13555 (JMP), wobei die hier erklärte Abtretung auf den Teil der Forderungsanmeldung beschränkt ist, der der Abgetretenen Teilforderung entspricht. Klarstellend wird festgestellt, dass Rechte und Ansprüche der Abtretenden an, aus und in Verbindung mit der Forderungsanmeldung, beziehungsweise an, aus oder in Verbindung mit dem Wertpapier/den Wertpapieren, die den Betrag von US-$ XXXXXXXXXXX, bzw. einen Anteil von XXXXX % an den in Anlage 1 näher beschriebenen Rechten und Ansprüchen übersteigen, von der hier erklärten Abtretung nicht erfasst sind.

2. Die Abtretende verzichtet hiermit auf sämtliche Einreden gegen die Übertragung der abgetretenen Teilforderung auf den Abtretungsempfänger bzw. die Vornahme entsprechender Eintragungen in die Bücher und Verzeichnisse der Insolvenzschuldnerin und des Insolvenzgerichts, und verzichtet somit auch im Rahmen des gesetzlich Zulässigen auf jegliche Anzeige- und Benachrichtigungsansprüche, insbesondere auch hinsichtlich anberaumter Verhandlungstermine gemäß der *Rule 3001(e) der Federal Rules of Bankruptcy Procedure* (US-bundesrechtlichen Insolvenzverfahrensordnung), des Bankruptcy Code (US-Insolvenzgesetzes) oder lokal geltender Insolvenzbestimmungen bzw. Gesetze, und die Abtretende stimmt hiermit zu, dass der Abtretungsempfänger für alle Zwecke dieses Verfahrens, insbesondere, ohne einen Anspruch auf Vollständigkeit zu erheben, auch hinsichtlich der Teilnahme an Abstimmungen und der Ausschüttung von Leistungen auf den Abgetretenen Anspruch, an ihre Stelle tritt. Die Abtretende ist sich bewusst, bestätigt und erklärt hiermit, dass das Insolvenzgericht ohne weitere Mitteilung an die Abtretende einen Beschluss erlassen kann, wonach die abgetretene Teilforderung auf den Abtretungsempfänger übergeht und der Abtretungsempfänger als alleiniger Inhaber der abgetretenen Teilforderung anerkannt und bestätigt wird, somit also sämtliche auf die abgetretene Teilforderung entfallenden bzw. geleisteten Zahlungen und Ausschüttungsbeträge bzw. Sachleistungen dem Abtretungsempfänger zustehen und an diesen bzw. zu dessen Gunsten zu leisten sind. Die Abtretende weist die Insolvenzschuldnerin, das Insolvenzgericht und alle anderen Parteien mit Bezug zum Verfahren *(interested parties)* weiterhin dahingehend an, dass alle weiteren Anzeigen und Mitteilungen in Bezug auf die abgetretene Teilforderung und alle Zahlungen und Verteilungen von Geldern oder Sachwerten in Bezug auf die abgetretene Teilforderung gegenüber dem Abtretungsempfänger erfolgen bzw. vorgenommen werden sollen.

Übersetzung des US-amerikanischen Originals in englischer Sprache

3. Für die Auslegung dieser Vereinbarung und die Rechte und Pflichten der Abtretenden und des Abtretungsempfängers aus dieser Vereinbarung ist deutsches Recht unter Ausschluss des Kollisionsrechts maßgeblich. Dabei ist dem Umstand in besonderer Weise Rechnung zu tragen, dass dieses Dokument eingesetzt werden soll, um Anforderungen des US-Bundesrechts und des Rechts des US-Bundesstaates New York zu erfüllen.

ZU URKUND DESSEN wurde diese VEREINBARUNG UND NACHWEIS ÜBER DIE ABTRETUNG EINER FORDERUNG am heutigen ___XXXXX___ 2010 unterzeichnet und ausgefertigt.

**TARGOBANK AG & Co. KGaA, vormals Citibank Privatkunden AG & Co. KGaA, handelnd für**

___XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX___  
Name des Kunden einfügen

Durch ___XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX___

Name ___XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX___

Title ___XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX___

___XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX___  
Anschrift

___XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX___  
Ort, Staat, PLZ

___XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX___  
Name des Kunden einfügen

Durch ___XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX___

Name ___XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX___

Title ___XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX___

___XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX___  
Anschrift

___XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX___  
Ort, Staat, PLZ

## Abgetretene Forderung

$ __xxxxxxxxxxxxx__ von $ __xxxxxxxxxxxxxx__ (der per

__xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx__
Datum des Dokuments „Agreement and Evidence of Transfer"

offene Betrag der Forderungsanmeldung).

Lehman Programs Securities die Gegenstand dieser Abtretung sind

| rtpapier-zeichnung | ISIN/CUSIP | Emittentin | Garantiegeberin | Kapitalbetrag/Nennwert | Coupon | Fälligkeit | Aufgelaufener Betrag (zum Datum der Forderungsanmeldung) |
|---|---|---|---|---|---|---|---|
| xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx |
| xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx |
| xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx |
| xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx |
| xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx |
| xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx |
| xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx |
| xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx |
| xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | xxxxxxx | | | |