WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Alfredo R. Pérez

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                               :    **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **08-13555 (JMP)**
                                                        :
                    Debtors.                            :    **(Jointly Administered)**
                                                        :
                                                        :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF
AMENDED MOTION PURSUANT TO SECTIONS 105(a)
AND 502(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY
RULE 9019 FOR APPROVAL OF PROCEDURES FOR DETERMINING
THE ALLOWED AMOUNT OF CLAIMS FILED BASED ON STRUCTURED
SECURITIES ISSUED OR GUARANTEED BY LEHMAN BROTHERS HOLDINGS INC**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the *Amended Motion Pursuant to Sections 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc.* [Docket No. 18127] (the "Motion"), which was scheduled for July 21, 2011 at 10:00 a.m., **has been adjourned to August 9, 2011 at 2:00 p.m.**, or as soon thereafter as counsel may be heard. The deadline for parties to file objections to the Motion **has been adjourned to August 2, 2011 at 4:00 p.m.** The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York,

New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated:  July 13, 2011
       New York, New York

                                      /s/ Alfredo R. Pérez
                                      Alfredo R. Pérez

WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Debtors
and Debtors in Possession