To UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

From: NG WAI HING
Flat 25D Bijou Court
171 Prince Edward Road,
Kowloon, Hong Kong

JULY 5, 2011



### RE: OBJECTION TO CLAIM # 57175, INTERNAL CONTROL NUMBER 17809, BEING TRANSFER TO THIRD PARTY STANDARD CHARTERED BANK HONG KONG.

Note: Referring to the Chapter 11 Case No. 08-13555 (JMP) Debtors Lehman Brothers Holdings Inc., et al., Claim# 57175, Internal Control Number 17809.

Claimant of the case, NG WAI HING, objected to the transfer of claim to the transferee STANDARD CHARTERED BANK (HONG KONG) LTD
21/F Standard Chartered Tower ,388 Kwun Tong Road, Hong Kong.

Such transfer claim was being conducted WITHOUT the consent of claimant of the case, and was NEITHER conducted under any agreement between the claimant and the transferee.

This notice was mailed to the transferee by first class mail, postage prepaid on July 5, 2011.


The claimant


_____
NG WAI HING

To STANDARD CHARTERED BANK (HONG KONG) LTD
21/F Standard Chartered Tower
388 Kwun Tong Road, Hong Kong

COPY

From: NG WAI HING
Flat 25D Bijou Court
171 Prince Edward Road,
Kowloon, Hong Kong

JULY 5, 2011

RE: OBJECTION TO CLAIM # 57175, INTERNAL CONTROL NUMBER 17809, BEING TRANSFER TO THIRD PARTY STANDARD CHARTERED BANK HONG KONG.

Note: Referring to the Chapter 11 Case No. 08-13555 (JMP) Debtors Lehman Brothers Holdings Inc., et al., Claim# 57175, Internal Control Number 17809.

Claimant of the case, NG WAI HING, objected to the transfer of claim to the transferee STANDARD CHARTERED BANK (HONG KONG) LTD 21/F Standard Chartered Tower ,388 Kwun Tong Road, Hong Kong.

Such transfer claim was being conducted WITHOUT the consent of claimant of the case, and was NEITHER conducted under any agreement between the claimant and the transferee.

The claimant NG WAI HING had never dealt such case with STANDARD CHARTERED BANK, HONG KONG (SCB HK), nor subscribed such Lehman Brorther's product through SCB HK.

If SCB HK has filed the transfer against the wrong claimant, you must cancel such transfer request by writing to UNITED STATES BANKRUPTCY COURT, Southern District of New York, One Bowling Green, New York, NY 10004-1408, otherwise a hearing will be scheduled by UNITED STATES BANKRUPTCY COURT.

The claimant

_____
NG WAI HING

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, transferor refers to the claimant who is selling or otherwise assigning its claim, while transferee refers to the party who is purchasing or otherwise being assigned the claim.

TO:   NG WAI HING
      FLAT 250 BIJOU COURT
      171 PRINCE EDWARD RD
      KOWLOON
      HONG KONG

Please note that your claim # 57175 in the above referenced case and in the amount of
     $74,450.61        has been transferred (unless previously expunged by court order)

      STANDARD CHARTERED BANK (HONG KONG) LTD.
      TRANSFEROR: NG WAI HING
      21/F STANDARD CHARTERED TOWER
      388, KWUN TONG ROAD
      HONG KONG
      HONG KONG

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 17809    in your objection.
If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

Date: 06/21/2011                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez

                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 21, 2011.

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc. et al., Debtors,    Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

Standard Chartered Bank (Hong Kong) Limited
Name of Transferee

*Ng Wai Hing*
Name of Transferor

Name and Address where notices to transferee should be sent:

21/F, Standard Chartered Tower,
388 Kwun Tong Road, Hong Kong

Phone: WM.Invest@sc.com
Last Four Digits of Acct #: 8881

Court Claim # (if known): 57175
Amount of Claim: USD 74,450.61
Date Claim Filed: 30 Oct 2009

Phone: 852-93600889
Last Four Digits of Acct. #: 7413

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____    Date: - 4 MAY 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (10/06)

# United States Bankruptcy Court

_____ District Of _____

In re _____,    Case No. _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

_____
Name of Alleged Transferor

Address of Alleged Transferor:

_____
Name of Transferee

Address of Transferee:

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**