EINGEGANGEN

23. März 2011

Seibert *Link*
Rechtsanwälte

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 12986**

We would like to inform you that Mr. Walter Leuthe who filed the claim Number 12986 on 09/15/2009 has assigned the rights arising out of this claim corresponding with the following securities

Lehman Brothers Treasury Co. B.V. EO-FLR Med-T Nts 2005
(12/35, WKN A00GG1V / ISIN XS0232364868) in the amount of a face value
(purchase date: October 11th 2005) of USD 657,495 (EUR 450,000)

**to**
**Delbrück Bethmann Maffei AG**
**Bethmannstraße 7-9**
**60311 Frankfurt am Main**
**Germany.**

Delbrück Bethmann Maffei AG has agreed to this assignment. Both Mr. Walter Leuthe and Delbrück Bethmann Maffei AG acknowledge and represent that due to this assignment Delbrück Bethmann Maffei AG has become the holder of the afore-mentioned right.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, *30/03/2011*

Delbrück Bethmann Maffei AG
(Assignee)

(Jochen Weber)  (Oliver Körner)

Nürtingen, *10/03/11*

Walter Leuthe
(Assignor)

_____
(Walter Leuthe)