*Dr. jur. Susanne Benöhr-Laqueur*

## Rechtsanwältin
Zeppelinstr. 1
27568 Bremerhaven
**Tel. 0471- 800 79 78**
FAX: 03212-1040419
Mobil: 0160- 610 11 91
E-mail: dr_benoehr@web.de
Homepage: www.sblq.de

**Lehman Holdings
Claims Processing Center
C/O Epiq Bancruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
U.S.A.**

Datum: 18.8.2010

**Ihr Zeichen:**

Mein Zeichen: Laqueur/ Abtretung 25074

Dear Sirs,

I am the legal representative of Dr. Hans-Peter Laqueur, Grazer Str. 76, 27568 Bremerhaven (Germany). Dr. Laqueur was the holder of a note issued by Lehman Brothers Treasury Co. B.V. with the International Securities Identification Number (ISIN): (DE 000A0TVK20 EO-FLR Basket Lkd MTN 2008 (14) 25. Mai), amounting to a nominal value of € 100,000.00 ($ 142,010.00). The claim is filed under number 25074 at the Chapter 11 Proceedings of Lehman Brothers Holdings, INC.

According to the valid court judgment (Urteil, Landgericht Hamburg, AZ: 309 O 177/09, 11/26/2009) I hereby declare in a legally binding manner that Delbrück Bethmann Maffei AG is now holder of all rights arising out of the claim number 25074 in the Chapter 11 proceedings of Lehman Brothers as stipulated in the Acknowledgement of Receipt of Proof of Claim of 9/21/2009. Dr. Laqueur has assigned all claims to Delbrück Bethmann Maffei AG.

Dr. jur. Susanne Benöhr-Laqueur
-German Attorney at Law-

Rechtsanwaltskanzlei
Dr.jur. Susanne Benöhr-Laqueur
Zeppelinstrasse 1
27568 Bremerhaven
Tel. 0471 / 800 79 78
Mobil: 0160 / 610 11 91