Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA


Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 36462**

We would like to inform you that Bernhard and Maria-Luise Jürgens who filed the claim Number 36462 on 10/5/2009 (please refer to annex 1) have assigned the rights arising out of this claim corresponding with the following securities

    XS0232364868
    in the amount of a face value of USD 163,311.50 (EUR 111,734.74)
    DE000A0SUA81
    in the amount of a face value of USD 177,512.50 (EUR 121,450.81)
    DE000A0SUA99
    in the amount of a face value of USD 284,020.00 (EUR 194,321.29)

to
**Delbrück Bethmann Maffei AG**
**Bethmannstraße 7-9**
**60311 Frankfurt am Main**
**Germany.**

Delbrück Bethmann Maffei AG has agreed to this assignment. Both Mr. Bernhard Jürgens and Maria-Luise Jürgens and Delbrück Bethmann Maffei AG acknowledge and represent that due to this assignment Delbrück Bethmann Maffei AG has become the holder of the aforementioned right.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, 12.04.2011                           Hamburg, 1.4.2011

Delbrück Bethmann Maffei AG                     Bernhard Jürgens
(Assignee)                                      (Assignor)

*(signatures)*

(Jochen Weber)  (Oliver Körner)                 (Bernhard Jürgens)


Hamburg, 1.4.2011

Maria-Luise Jürgens
(Assignor)

*(signature)*

Maria-Luise Jürgens