

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 36468**

we would like to inform you that Mr. Manfred Mertens who filed the claim Number 36468 on 09/24/2009 has assigned all rights arising out of this claim to

**Delbrück Bethmann Maffei AG**
**Bethmannstraße 7-9**
**60311 Frankfurt am Main**
**Germany**

Delbrück Bethmann Maffei AG has agreed to this assignation. Both Mr. Manfred Mertens and Delbrück Bethmann Maffei AG acknowledge and represent that due to this assignation Delbrück Bethmann Maffei AG has become the holder of the aforementioned rights.

We kindly ask you to confirm the receipt of this letter.

Yours sincerely

Frankfurt, 23.11.2010                                   Schenefeld, 29.11.2010

Delbrück Bethmann Maffei AG                              Manfred Mertens
(Assignee)                                               (Assigner)


(Jochen Weber)    (Oliver Körner)                        (Manfred Mertens)

Delbrück Bethmann Maffei AG          Vorsitzender des Aufsichtsrates:     Sitz der Gesellschaft: Frankfurt am Main
Bethmannstraße 7-9                   Jeroen Rijpkema                      Amtsgericht Frankfurt am Main,
60311 Frankfurt am Main              Vorstand:                            HRB 57565
Briefadresse: Postfach 10 06 32      Horst Schmidt (Vors.)                USt.-Nr.:  045 228 02622
60006 Frankfurt am Main              Walter Huber, Stephan Isenberg       USt-ID:  DE 122786951
Telefon (0 69) 2177-0
Telefax (0 69) 2177-34 49