Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA


Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Lehman Securities Programs Proof of Claim**

We would like to inform you that Mr. Dr. Selz, Ingo and Ms. Bartl-Selz, Brigitta who
filed a claim on **August 30, 2009** have transferred the following securities and
assigned any and all rights from this claim in connection with the following securities:

- 25 Nts Lehman Brothers Treasury Co. BV. Express N.
  06.01.14 Basket (WKN A0SUA9 / ISIN DE000A0SUA99) in the amount of a
  face value (purchase date: 25 July 2008) of USD **11,987.7** (EUR **18,794.84**) **(the
  "Securities")**

**to**

**Delbrück Bethmann Maffei AG
Bethmannstraße 7-9
60311 Frankfurt am Main
Germany.**

Delbrück Bethmann Maffei AG has agreed to this assignment. Both Mr. Selz and
Delbrück Bethmann Maffei AG acknowledge and represent that due to the transfer of
the Securities and this assignment Delbrück Bethmann Maffei AG has become the
holder of any and all rights in connection with the Securities.

We kindly ask you to confirm receipt of this letter.

Signatures follow next page.

Yours sincerely,

Frankfurt, _10.05.2011_
Delbrück Bethmann Maffei AG
(Assignee)

**Delbrück Bethmann Maffei AG**

ppa.                 ppa.
(Jochen Weber)  (Oliver Körner)

Hamburg, _26.4.11_
Dr. Ingo Selz
(Assignor)

(Dr. Ingo Selz)

Hamburg, _26.4.11_
Brigita Bartl-Selz
(Assignor)

(Brigita Bartl-Selz)