Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 39820**

we would like to inform you that Mrs. Ingeborg Moes who filed the claim Number 39820 on 10/09/2009 has assigned all his rights arising out of this claim to

**Delbrück Bethmann Maffei AG**
**Bethmannstraße 7-9**
**60311 Frankfurt am Main**
**Germany**

Delbrück Bethmann Maffei AG has agreed to this assignment. Both Mrs. Ingeborg Moes and Delbrück Bethmann Maffei AG acknowledge and represent that due to this assignment Delbrück Bethmann Maffei AG has become the holder of the aforementioned rights.

We kindly ask you to confirm the receipt of this letter.

Yours sincerely

Frankfurt, 10106/M                                    Starnberg, 22.6.2011

Delbrück Bethmann Maffei AG                           Ingeborg Moes
(Assignee)                                            (Assigner)


(Michael Pleske)    (Oliver Körner)                   (Ingeborg Moes)

RAe Dr.Zimmermann & Coll.
Beethovenstr. 22
68165 Mannheim
Tel.: +49 (0)621 414402