05/05 2011 DO 10:16  FAX +49 40 33443699 DIEKMANN Rechtsanwälte                    ☒002/003

Lehman Brothers Holdings
Claims Processing Center
c/o Equiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, Inc.; Case Number: 08-13555 (JPM) Claim Number: 42333**

We would like to inform you that Mr. Joachim Hafemann who filed the claim number 42333 on 10/20/2009 has assigned part of the rights arising out of this claim corresponding with the following securities

> 15 notes Lehman Bros Treasury Co. B.V. Expr. N 06.01.14 Basket (WKN A0SUA9/ISIN DE000A0SUA99) in the amount of face value (purchase date September 2nd 2008) of US$ 15,895.02 (Euro 10,950.00)

to
**Delbrück Bethmann Maffei AG.
Bethmannstr. 7-9
60311 Frankfurt am Main
Germany**

Delbrück Bethmann Maffai AG has agreed to this assignment. Both, Mr. Joachim Hafemann and Delbrück Bethmann Maffai AG acknowledge and represent that due to this partial assignment Delbrück Bethmann Maffai AG has become the holder of aforementioned right.

...../2

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, *10.05.2011*                                              Quickborn, *d. 2.5.11*

Delbrück Bethmann Maffai AG                              Joachim Hafemann
(Assignee)                                                              (Assignor)

*(signatures)*

(Jochen Weber)  (Oliver Körner)                             (Joachim Hafemann)