14/07 2010 16:34 FAX  +49 40 361307300    RAe DR. WEILAND u. PARTNER    ☒002/007





HAMBURG BERLIN PARIS

# DR. WEILAND UND PARTNER
RECHTSANWÄLTE  WIRTSCHAFTSPRÜFER  STEUERBERATER

**By Certified Mail with Delivery Confirmation**

UNITED STATES BANKRUPTCY COURT
One Bowling Green

New York, NY 10004-1408

Hamburg, 14.06.2010
1366/08 -58 / SC

**Lehman Brothers Holdings, INC.; Case Number 08-13555**
**Creditor: Kurtze, Ruth; Claim Number 49744**

Dear Sirs,

We are the legal representatives of Mrs. Ruth Kurtze, Geffckenstr. 18, 20249 Hamburg. Mr. Kurtze was the holder of a note issued by Lehman Brothers Treasury Co. B.V. with the international securities identification number A02TVK2 amounting to a nominal value of € 100,000.00. The claim is filed under number 49744 at the Chapter 11 Proceedings of Lehman Brothers Holdings, INC.

Mrs. Kurtze had assigned her claims arising out of the note to her husband, Dr. Gerhard Kurtze, which gave her the position of a witness at the District Court of Hamburg (Landgericht Hamburg, ref. 330 O 434/09), while Dr. Gerhard Kurtze was acting as plaintiff in the legal proceedings against the bank Delbrück Bethmann Maffei AG.

The parties, i.e. Dr. Gerhard Kurtze and Delbrück Bethmann Maffei AG, have settled the claim at court on 03.05.2010 and Dr. Gerhard Kurtze as a part of the settlement has then assigned all his claims as a noteholder to Delbrück Bethmann Maffei AG.

- 2 -

Neuer Wall 86
20354 Hamburg
Postfach 30 58 47
20318 Hamburg
Telefon +49 (0)40 / 36 13 07 - 0
Telefax +49 (0)40 / 36 13 07 - 300
info@weiland-rechtsanwaelte.de

Dr. Gerd G. Weiland
Rechtsanwalt
Alexander Jahr († 2006)
Rechtsanwalt
Herbert Durkop
Rechtsanwalt · Wirtschaftsprüfer
Jan de Haan
Rechtsanwalt
Fachanwalt f. Verwaltungsrecht
Joachim Siebold
Rechtsanwalt
Fachanwalt f. Steuerrecht
Dr. Klaus Zippel
Rechtsanwalt · Wirtschaftsprüfer
Thomas Hoffmann
Rechtsanwalt   Avocat à la Cour
Ingo Möller
Wirtschaftsprüfer  Steuerberater
Dr. Thilo Streck
Rechtsanwalt
Fachanwalt f. Insolvenzrecht
Dr. Sven Claussen, LL.M (Auckl.)
Rechtsanwalt
Matthias Ritter
Rechtsanwalt
Volker Kieckbusch
Rechtsanwalt
Dr. Nils G. Weiland, M.P.A. (Harvard)
Rechtsanwalt
Rudolf Ohlze
Rechtsanwalt
Norbert Parlow
Rechtsanwalt
Dr. Stefan Pelny, LL.M. (Yale)
Rechtsanwalt
Kerstin Grünner
Rechtsanwältin
Wibrud Fromm, LL.M. (San Diego)
Rechtsanwältin
Fachanwältin f. Arbeitsrecht
Attorney at Law (New York)
Dirk Treglaff
Rechtsanwalt
Fachanwalt f. Arbeits- und Versicherungsrecht
Andreas Grützmann
Rechtsanwalt
Klaus Opara
Rechtsanwalt
Dr. Christina Müting
Rechtsanwältin
Fachanwältin für Familienrecht · Mediation
Daniel Korsleper
Rechtsanwalt

Kurfürstendamm 64
10707 Berlin
Telefon +49 (0)30 / 20 39 74 - 0
info@weiland-berlin.de
Frank Dahrendorf
Rechtsanwalt

5, rue des Ursins
75004 Paris
Téléphone +33 (0)1 53 10 89 - 60
Fax +33 (0)1 53 10 89 - 59
info@weiland.fr
Thomas Hoffmann
Avocat à la Cour · Rechtsanwalt
Tina Koenné
Avocat à la Cour
Marc Schütte
Avocat à la Cour · Rechtsanwalt

Bankverbindung
Commerzbank Hamburg
Konto 37 32 591
BLZ 200 400 00
IBAN: DE31 2004 0000 0373 2591 00
BIC: COBADEFFXXX

AG Hamburg PR-Nr. 55
USt.IdNr.: DE 118953310

www.weiland-rechtsanwaelte.de



DR. WEILAND UND PARTNER

- 2 -

Pursuant to paragraphs (2) of Rule 3001(e) the submission of information regarding the actual transfer shall be given with this letter since a claim has been transferred other than for security after the proof of claim has been filed.

Mrs. Ruth Kurtze and Mr. Gerhard Kurtze have given us as their legal representative the order to declare that Delbrück Bethmann Maffei AG is the holder of all rights arising out of the claim number 49744 in the Chapter 11 proceedings of Lehman Brothers as stipulated in the Acknowledgement of Receipt of Proof of Claim of 02.12.2009.

If you need any further information please do not hesitate to contact us.

Dr. Sven Claussen
German Attorney at Law

We hereby declare in a legally binding manner that Delbrück Bethmann Maffei AG is the holder of all rights arising out of the claim number 49744 in the Chapter 11 proceedings of Lehman Brothers as stipulated in the Acknowledgement of Receipt of Proof of Claim of 02.12.2009. We have assigned all claims to Delbrück Bethmann Maffei AG.

Hamburg, 7.6.2010                    Hamburg, 7.6.2010

Ruth Kurtze                          Dr. Gerhard Kurtze