UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:

LEHMAN BROTHERS HOLDING INC.,                Chapter 13

                    Debtor(s).            Case No. 08-13555-jmp

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                         ) ss:
COUNTY OF NEW YORK  )

I, Glen A. Kendall, being duly sworn, depose and state:

1. I am over 18 years of age and reside in Brooklyn, New York.

2. On July 13, 2011 I served the within Response of Procesos Controlados Se De CV in Opposition to Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) with Respect to Claim No. 2821 by transmitting the papers by electronic mail to Erin Echols at Weil Gotschal & Manges, Debtors' counsel, at the e-mail address provided and received proof of delivery, and on July 14, 2011 I served the within Response of Procesos Controlados Se De CV in Opposition to Debtors' Ninety-Second Omnibus Objection to Claims (No Blocking Number LPS Claims) with Respect to Claim No. 2821 by depositing a true copy thereof by first-class mail in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the counsel for the Debtors, counsel for the Creditors Committee, and the U.S. Trustee as set forth on the service list annexed hereto as Exhibit "A", each at their last known address.

                                                                                   _____
                                                                                   Glen A. Kendall

Sworn to before me this 14th day of
July, 2011

_____

JOSEPH L. FOX
Notary Public, State of New York
No. 41-02FO4802011
Qualified in Queens County
Commission Expires December 31, 2013

EXHIBIT "A"

To:

Weil Gotschal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Milbank Tweed Hadley & McCloy, LLP
Counsel for Committee of Unsecured Creditors
One Chase Manhattan Plaza
New York, NY 10005

Office of the United States Trustee
Attn:   Tracy Hope Davis, Esq. &
        Elisabetta Gasparini, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004