GREENBERG TRAURIG LLP
Maria DiConza, Esq.
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: diconzam@gtlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                        :
In re                                   :   Chapter 11
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :   Case No. 08-13555 (JMP)
                                        :
         Debtors.                       :    (Jointly Administered)
                                        :
------------------------------------------------------------x
```

**FOURTH AMENDED VERIFIED STATEMENT OF GREENBERG**
**TRAURIG, LLP PURSUANT TO BANKRUPTCY RULE 2019**

Greenberg Traurig, LLP ("GT"), as attorneys for the entities listed on Exhibit A hereto (collectively, the "Entities"), in connection with the above-captioned chapter 11 cases of Lehman Brothers Holdings Inc., and its debtor affiliates (collectively, the "Debtors"), makes the following statements pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. As of the date of this Statement, GT was retained by the Entities in connection with the Debtors' cases.

2. Each of the Entities may hold claims against and/or interests in the Debtors arising at various times out of applicable agreements, statutory and/or common law and/or equity, pursuant to their respective relationships with the Debtors. The Entities may also hold claims against and/or interests in the Debtors in addition to those disclosed herein that do not fall within the scope of GT's representation of such Entities.

3. Each of the Entities separately requested that GT represent them in connection with the Debtors' chapter 11 cases. The specific nature and amounts of the claims held by the Entities will be, or have been, set forth in proofs of claim or other pleadings filed against the Debtors' estates.

4. GT also represents or advises, or may have represented or advised other parties in interest with respect to these cases that have not been included in this Statement because such parties that GT represents do not currently intend to appear in these cases or such representations have been concluded. These parties in interest include commercial and investment banks, private equity and hedge funds, and other financial institutions and parties to various agreements with the Debtors.

5. GT in the past provided certain legal services to certain of the Debtors or their affiliates. GT has ceased providing services to the Debtors and their affiliates. GT holds claims against the Debtors in these cases for fees and expenses incurred prior to the filing of these chapter 11 cases (Claim Nos. 23837 and 23838). Upon information and belief, GT does not hold any equity interest in the Debtors.

6. GT reserves the right to supplement or amend this Statement in the future.

7.     The undersigned declares under penalty of perjury that this Statement is true and accurate, to the best of his knowledge, information and belief.

Dated: July 14, 2011　　　　　　　　　　**GREENBERG TRAURIG LLP**
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　By:/s/  Maria DiConza
　　　　　　　　　　　　　　　　　　　　Maria DiConza, Esq.
　　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York 10166
　　　　　　　　　　　　　　　　　　　　Tel: (212) 801-9200
　　　　　　　　　　　　　　　　　　　　Fax: (212) 801-6400
　　　　　　　　　　　　　　　　　　　　Email:  diconzam@gtlaw.com

# Exhibit A - List of Entities

Florida Power & Light Company
700 Universe Blvd
Juno Beach, FL 33408
(Claim Nos. 32075 and 32099)

Menora Mivtachim Pensions Ltd.
Rami Armon, Investment Department
115 Allenby Street
Tel Aviv, Israel
(Claim No. 63830)

NextEra Energy Power Marketing, LLC (f/k/a FPL Energy Power Marketing, Inc.)
700 Universe Blvd
Juno Beach, FL 33408
(Claim Nos. 32089 and 32101)

Optique Pty Ltd ATF Optique Super Pension Fund
Keith Masnick
1 Roslyndale Avenue
Woollahra, N.S.W. 2025
Australia
(Claim No. 5712)

Tempe Life Care Village, Inc., d/b/a Friendship Village of Tempe
2645 East Southern Avenue
Tempe, AZ 85282
(Adv. Pro. No. 11-01455)