UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,       Case No. 08-13555 (JMP)

                            Debtors.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF GEORGE R. CALHOUN, V

UPON the motion of George R. Calhoun, V dated June 30, 2011, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that George R. Calhoun, V is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         July 14, 2011

                                                         *s/ James M. Peck*
                                                         UNITED STATES BANKRUPTCY JUDGE