Schiller & Knapp, LLP                                         Return Date:
950 New Loudon Road
Latham, New York 12110
ws 3360

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | NOTICE OF MOTION FOR<br>RELIEF FROM AUTOMATIC STAY |
| **Lehman Brothers Holdings, Inc.,** | Case No. 08-13555-jmp<br>Chapter 11<br>HON. JAMES M. PECK |
| Debtor |  |

_____

**PLEASE TAKE NOTICE**, that upon the annexed Request for Relief of Schiller & Knapp, LLP local counsel to McCalla, Raymer, LLC attorneys for Wells Fargo Bank, NA, d/b/a America's Servicing Company as servicer for U.S. Bank National Association, as Trustee under the Trust Agreement for the Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-11 (hereinafter "The Trust"), the undersigned respectfully moves this Court for an order, pursuant to **11 U.S.C. Section 362(d)(1)** modifying the automatic stay herein to permit The Trust or its assigns to proceed with an action to foreclose on the real property owned by Royden Yasuo Ginoza and Susan Sun He Ginoza commonly known as 118 Papahi LP, Kahului, Hawaii, together with The Trust's attorneys' fees and costs and such other and further relief as to the Court may seem just and proper.

1

**PLEASE TAKE FURTHER NOTICE**, that this motion shall be returnable on the 17th day of August at 10:00 a.m. o'clock in the forenoon of that day, before the Hon. James M. Peck, or as soon thereafter as counsel can be heard, at 1 Bowling Green, 6th Floor, Room 601, New York, NY

**PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, must comply with the Federal Rules of Bankruptcy Procedure, shall be filed with the Court and served upon and received by Schiller & Knapp, LLP, attorneys for The Trust, at their offices located at 950 New Loudon Road, Latham, New York 12110, Attention: William B. Schiller, Esq., so that they are received no later than three (3) business days before the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE**, that the hearing may be adjourned from time to time without further notice other than the announcement of such adjournments in open Court.

Dated: July 13, 2011                   /s/ *William B. Schiller*
                                       WILLIAM B. SCHILLER, ESQ.
                                       Schiller & Knapp, LLP
                                       Local Counsel to McCalla, Raymer et al
                                       Attorneys for Wells Fargo Bank, N.A., et al.
                                       950 New Loudon Road
                                       Latham, New York 12110
                                       (518) 786-9069

To:   Lehman Brothers Holding, Inc.
      Debtor
      745 Seventh Avenue
      New York, New York 10019

Arthur J. Margulies
Attorney for Debtor
Jones Day
222 East 41st Street
New York, New York  10017

Benjamin Rosenblum, Esq.
Attorney for Debtor
Jones Day
222 East 41st Street
New York, New York  10017

Diane Harvey
Attorney for Debtor
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153

Harvey R. Miller, Esq.
Attorney for Debtor
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153

Jacqueline Marcus, Esq.
Attorney for Debtor
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153

Jerrold Lyle Bregman, Esq.
Attorney for Debtor
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, New York  10178

Joshua Dorchak, Esq.
Attorney for Debtor
Bingham McCutchen, LLP
399 Park Avenue

New York, New York  10022

Lynn P. Harrison, III, Esq.
Attorney for Debtor
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, New York  10178

Paul B. O'Neil, Esq.
Attorney for Debtor
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York  10036

Ralph Il Miller, Esq.
Attorney for Debtor
Weil, Gotshal & Manges, LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C.  20005

Robert J. Lemons, Esq.
Attorney for Debtor
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York  10153

Robert M. Novick, Esq.
Attorney for Debtor
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway, 21st Floor
New York, New York  10019

Shai Waisman, Esq.
Attorney for Debtor
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York  10153

Steven J. Reisman, Esq.
Attorney for Debtor

Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, New York 10178

Thomas T. Janover, Esq.
Attorney for Debtor
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, New York 10036

William J. Hine, Esq.
Attorney for Debtor
Jones Day
222 East 41st Street
New York, New York 10017

Christopher K. Kiplok, Esq.
Attorney for Trustee James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

Daniel Steven Lubell, Esq.
Attorney for Trustee James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

Jeffrey S. Margolin, Esq.
Attorney for Trustee James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

Neil J. Oxford, Esq.
Attorney for Trustee James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers, Inc.

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

Sarah K. Loomis Cave, Esq.
Attorney for Trustee James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

William R. Maguire, Esq.
Attorney for Trustee James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

Aron Oliner
Chapter 11 Trustee of the Kontrabecki Group
c/o Duane Morris, LLP
1540 Broadway, Suite 2000
New York, New York  10036

William Heuer, Esq.
Attorney for Chapter 11 Trustee of the Kontrabecki Group
Duane Morris, LLP
1540 Broadway
New York, New York  10036-4086

Alfred H. Siegel, Esq.
Chapter 11 Trustee
c/o Sills Cumis & Gross, P.C.
One Rockefeller Plaza
New York, New York  10020

Andrew Howard Sherman, Esq.
Attorney for Chapter 11 Trustee
Sills Cummis Epstein & Gross, P.C.
30 Rockefeller Plaza

New York, New York  10112

Office of the United States Trustee
33 Whitehall Street, 21st Street
New York, New York  10004

Andrea B. Schwartz, Esq.
Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York  10004

Andrew D. Velez-Rivera, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York  10004

Epiq Bankruptcy Solutions, LLC Claims Agent
f/k/a Bankruptcy Services, LLC)
757 Third Avenue, 3rd Floor
New York, New York  10017

Herbert Baer, Esq.
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, New York  10017

David R. Seligman, Esq.
Attorney for Liquidators of Lehman Brothers Australia Limited
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL  60654

James H.M. Sprayregen, Esq.
Attorney for Liquidators of Lehman Brothers Australia Limited
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL  60654

Dennis F. Dunne, Esq.

Attorney for official Committee of Unsecured Creditors
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, New York  10005

Eric D. Winston, Esq.
Attorney for official Committee of Unsecured Creditors
Quinn Emanuel Urquhart Oliver & Hedges, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017

Robert K. Dakis, Esq.
Attorney for official Committee of Unsecured Creditors
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010

Buce J. Duke, Esq.
Attorney for Joanna Baricevic
4201 Grenwich Lane
Mt. Laurel, New Jersey  08054