

R-491    STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED
FEB 01, 2010    01:00 PM

Doc No(s) 2010-014081



/s/ NICKI ANN THOMPSON
REGISTRAR

LAND COURT    20   1/1   Z12

RETURN BY MAIL ( T) PICKUP ( ) TO:

McCalla Raymer, LLC
Attn: Assignments
1544 Old Alabama Road
Roswell, GA 30076

118 Papahi LP, Kahului, Hawaii 96732

## CORPORATE ASSIGNMENT OF MORTGAGE

That acting herein by **Mortgage Electronic Registration Systems, Inc., solely as nominee for BNC Mortgage, Inc.**, whose address is 3300 SW 34th Avenue, Suite 101, Ocala, FL 34474, and through its duly authorized officers, hereinafter called the AAssignor,@ in consideration of the sum of TEN DOLLARS ($10.00) and other valuable consideration paid to the Assignor by **US Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, 2005-11**, whose address c/o Wells Fargo Bank, N.A., PO Box 10335, Des Moines, IA 50306, hereinafter called the AAssignee,@ the receipt whereof is hereby acknowledged, and has this day Sold, Conveyed, Transferred and Assign unto the said Assignee the hereinafter described indebtedness and Security Instrument.

And Assignor further Grants, Sells, and Conveys unto the Assignee all the rights, title, interest and liens owned or held by Assignor in the hereafter described land by virtue of said indebtedness herein conveyed and assigned.

TO HAVE AND TO HOLD unto the said Assignee, Assignee=s heirs and assigns the following described indebtedness together with all and singular the following mentioned lien and any and all liens, rights, equities, remedies, privileges and interest in and to said land, which Assignor has a by virtue of being legal holder and owner of said indebtedness.

SAID INDEBTEDNESS, LIENS AND LAND BEING DESCRIBED AS FOLLOWS:

One certain promissory note dated September 14, 2005, executed by **Royden Yasuo Ginoza and Susan Sun He Ginoza** to perfect lien only and payable to the order of **Mortgage Electronic Registration Systems, Inc., solely as nominee for BNC Mortgage, Inc.** in the sum of $457,653.00.

Said note being secured by a Mortgage dated September 14, 2005, and executed by **Royden Yasuo Ginoza and Susan Sun He Ginoza** in favor of Assignor, duly recorded onSeptember 22, 2005, in the Office of the Assistant Registrar of the Land Court, State of Hawaii as Document No. 2005-191238, Book No., Page No., on the following described lot, tract, or parcel of land, lying and being situated in the County of Hawaii to wit:

**See attached Exhibit A**

To have and to hold the said Mortgage and Note, and also the said property unto the said Assignee, its successors and/or assigns, forever.

IN WITNESS WHEREOF, the Assignor has executed theses presents as of the day and year first above written.

Mortgage Electronic Registration Systems, Inc., solely as nominee for BNC Mortgage, Inc.

By: _____
NAME: John Kennerty
TITLE: Assistant Secretary

Witness Name: _____
Camille Garcia

Witness Name: _____
Monique Santos

STATE OF SOUTH CAROLINA
COUNTY OF YORK

On the 9th day of November 2009, before me, Wendy Albertson Al-Hammadi, a notary public, in and for said state and county, personally appeared, Herman John Kennerty personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

_____
Notary Public

OFFICIAL SEAL
Notary Public
State of South Carolina
WENDY ALBERTSON AL-HAMMADI
My Commission Expires March 10, 2018

Print Name: Wendy Albertson Al-Hammadi

# EXHIBIT "A"

All of that certain parcel of land situate on the southerly side of Maui Lani Parkway, Wailuku, Island and County of Maui, State of Hawaii, being LOT 46 of the "LEGENDS AT MAUI LANI", as shown on File Plan Number 2380, filed in the Bureau of Conveyances of the State of Hawaii, and containing an area of 5,905 square feet, more or less.

Together with non-exclusive easements appurtenant to Lot 11-D-1-A-5, and to any subdivided lot or lots created from Lot 11-D-1-A 5, for access and utility purposes, to be used in common with others entitled thereto, as granted by GRANT OF EASEMENTS dated April 30, 2002, recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 2002-074312, over, above, below and through the parcels and easements more particularly described as follows:

(A) EASEMENT 18, affecting all of Lot 11-D-1-A-6 (Kamehameha Avenue Extension) of Maui Lani (Large-Lot) Subdivision No. 5, being more particularly described in Exhibit "C" attached thereto.

(B) EASEMENT 20, affecting all of Lot 11-D-1-A-8 (Maui Lani Parkway) of Maui Lani (Large-Lot) Subdivision No. 5, being more particularly described in Exhibit "D" attached thereto.

(C) All of that certain parcel of land situate at Wailuku, Island and County of Maui, State of Hawaii, being LOT 76 of the "AKAHI AT MAUI LANI SUBDIVISION", as shown on File Plan Number 2194, filed in the Bureau of Conveyances of the State of Hawaii, and containing an area of 37,401 square feet, more or less.

(D) All of that certain parcel of land situate at Wailuku, Island and County of Maui, State of Hawaii, being LOT 77 of the "AKAHI AT MAUI LANI SUBDIVISION", as shown on File Plan Number 2194, filed in the Bureau of Conveyances of the State of Hawaii, and containing an area of 38,583 square feet, more or less.

(E) EASEMENT 5, affecting a portion of Lot 11-C of Maui Lani (Large-Lot) Subdivision, being more particularly described in Exhibit "G" attached thereto; and

(F) EASEMENT 6, affecting a portion of Lot 11-C of Maui Lani (Large-Lot) Subdivision, being more particularly described in Exhibit "H" attached thereto.

Said easements being subject, however, to the terms and provisions, including the failure to comply with any covenants, conditions and reservations, contained in said Grant of Easements.

Together with a nonexclusive easement for roadway and utility purposes over, across, along and upon Lots 144 through 151, inclusive, of the LEGENDS AT MAUI LANI, as shown on File Plan Number 2380; provided, however that in the event said roadway lots are conveyed to the State of Hawaii or County of Maui or other Governmental authority, for public street purposes, said easement shall immediately terminate.

BEING THE PREMISES ACQUIRED BY WARRANTY DEED AND RESERVATION OF RIGHTS

| | | |
|---|---|---|
| GRANTOR | : | D.R. HORTON - SCHULER HOMES, LLC, a Delaware limited liability company, doing business as SCHULER HOMES |
| GRANTEE | : | ROYDEN YASUO GINOZA AND SUSAN SUN HE GINOZA, HUSBAND AND WIFE, AS TENANTS BY THE ENTIRETY |
| DATED | : | SEPTEMBER 16, 2005 |
| RECORDED | : | Document No. 2005 191277 |

Subject to any and all liens and/or encumbrances of record.

Date 04/13/2010 Batch #89014931 Seq #13

# STATE OF HAWAII
# BUREAU OF CONVEYANCES
# Land & Natural Resources

DATE: 02/01/2010 13:00
RCPT: C00183
FROM: MCCALLA
JOB:

| | | |
|---|---|---|
| RS FEE | 2010-014081 | 30.00 |
| | TOTAL | 30.00 |
| | CHECK | 30.00 |
| | CHANGE | .00 |

Jail Date 04/13/2010 Batch #89014931 Seq #13