# EXHIBIT B



RECEIVED NOV 2 0 2008

*Hand*

051705 AMER

November 20, 2008

Lehman Brothers Special Financing Inc.  **VIA COURIER**
c/o Lehman Brothers Inc.  **AND FACSIMILE**
Transaction Management Group
Corporate Advisory Division  **(212) 526-7672**
745 Seventh Avenue  **(212) 526-7187**
New York, NY 10019  **(646) 758-2192**

ATTN: Documentation Manager

cc: MBIA Insurance Corporation  **VIA COURIER**
113 King Street  **AND FACSIMILE**
Armonk, New York, 10504  **(914) 765-3810**
Attention: IPM-Structured

RE: ISDA Master Agreement and Schedule thereto dated June 2, 2005 between Lehman Brothers Special Financing Inc. and AmeriCredit Automobile Receivables Trust 2005-B-M (the "Master Agreement")

Dear Sir/Madam:

As a result of the filing on September 15, 2008 by Lehman Brothers Holdings Inc. (the Credit Support Provider of Lehman Brothers Special Financing Inc. ("LBSF") under the above-referenced Master Agreement) under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (Docket No. 08-13555), AmeriCredit Automobile Receivables Trust 2005-B-M ("AmeriCredit") hereby notifies LBSF that an Event of Default of the type specified in Section 5(a)(vii)(4) of the Master Agreement has occurred with respect to LBSF as the Defaulting Party. Pursuant to Section 6(a) of the Master Agreement, AmeriCredit hereby notifies LBSF that it is designating today, November 20, 2008, as the Early Termination Date under the Master Agreement and that effective as of today's date the Transaction memorialized by the Confirmation bearing reference numbers Effort ID: N645891 / Global ID: 2162536 dated as of June 2, 2005 between LBSF and AmeriCredit, which is the sole Transaction under the Master Agreement, is terminated.

AmeriCredit will, pursuant to the Master Agreement, calculate amounts payable in respect of the Early Termination Date and will notify LBSF when such amounts are determined.

Capitalized terms used herein but not defined herein shall have the meaning ascribed thereto in the above-referenced Master Agreement. If you have any questions with respect to this notice, please contact me at (817) 302-7061

        Very truly yours,

        AmeriCredit Automobile Receivables Trust 2005-B-M
        By: AmeriCredit Financial Services, Inc.
           as Attorney-In-Fact

        *Connie Coffey* (signature)
        Connie Coffey
        Senior Vice President, Treasury