# EXHIBIT C





November 20, 2008

RECEIVED NOV 2 0 2008

Hand

040307 AMER

Lehman Brothers Special Financing Inc.  
c/o Lehman Brothers Inc.  
Transaction Management Group  
Corporate Advisory Division  
745 Seventh Avenue  
New York, NY 10019

**VIA COURIER**  
**AND FACSIMILE**

(212) 526-7672  
(212) 526-7187  
(646) 758-2192

ATTN: Documentation Manager

cc: Financial Security Assurance Inc.  
31 West 52nd Street  
New York, NY 10019  
ATTN: Document Manager  
Re: AmeriCredit Automobile Receivables Trust 2007-B-F

**VIA COURIER**  
**AND FACSIMILE**  
(212) 339-3518  
(212) 339-3529  
(212) 526-7672

RE: ISDA Master Agreement and Schedule thereto dated April 19, 2007 between Lehman Brothers Special Financing Inc. and AmeriCredit Automobile Receivables Trust 2007-B-F (the "Master Agreement")

Dear Sir/Madam:

As a result of the filings (i) on September 15, 2008 by Lehman Brothers Holdings Inc. (the Credit Support Provider of Lehman Brothers Special Financing Inc. ("LBSF") under the above-referenced Master Agreement) and (ii) on October 3, 2008 by LBSF, in each case, under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (Docket Nos. 08-13555 and 08-13888 respectively), AmeriCredit Automobile Receivables Trust 2007-B-F ("AmeriCredit") hereby notifies LBSF that an Event of Default of the type specified in Section 5(a)(vii)(4) of the Master Agreement has occurred with respect to LBSF as the Defaulting Party. Pursuant to Section 6(a) of the Master Agreement, AmeriCredit hereby notifies LBSF that it is designating today, November 20, 2008, as the Early Termination Date under the Master Agreement and that effective as of today's date all Transactions under the Master Agreement (including, without limitation, those Transactions memorialized by the Confirmations dated as of April 19, 2007 between LBSF and AmeriCredit) shall be terminated.

801 Cherry Street, Suite 3900 • Fort Worth, Texas 76102 • 817-302-7000 • Toll Free 800-644-2297

AmeriCredit will, pursuant to the Master Agreement, calculate amounts payable in respect of the Early Termination Date and will notify LBSF when such amounts are determined.

Capitalized terms used herein but not defined herein shall have the meaning ascribed thereto in the above-referenced Master Agreement. If you have any questions with respect to this notice, please contact me at (817) 302-7061.

Very truly yours,

AmeriCredit Automobile Receivables Trust 2007-B-F
By: AmeriCredit Financial Services, Inc.
    as Attorney-In-Fact

*Connie Coffey*

Connie Coffey
Senior Vice President, Treasury