# EXHIBIT D



November 20, 2008

RECEIVED NOV 20 2008

Hand
09 11 07 AmE5

Lehman Brothers Special Financing Inc.　　**VIA COURIER**
c/o Lehman Brothers Inc.　　　　　　　　　　**AND FACSIMILE**
Transaction Management Group
Corporate Advisory Division　　　　　　　　**(212) 526-7672**
745 Seventh Avenue　　　　　　　　　　　　　**(212) 526-7187**
New York, NY 10019　　　　　　　　　　　　　**(646) 758-2192**

ATTN: Documentation Manager


cc: Financial Security Assurance Inc.　　　**VIA COURIER**
31 West 52nd Street　　　　　　　　　　　　**AND FACSIMILE**
New York, NY 10019　　　　　　　　　　　　**(212) 339-3518**
Attn: Transaction Oversight Dept.　　　　　**(212) 339-3529**
Re: Policy No. 51875B-N,
AmeriCredit Automobile Receivables
Trust 2007-D-F

　　　　　　　　RE:　ISDA Master Agreement and Schedule thereto dated
　　　　　　　　　　September 20, 2007 between Lehman Brothers Special
　　　　　　　　　　Financing Inc. and AmeriCredit Automobile Receivables
　　　　　　　　　　Trust 2007-D-F (the "Master Agreement")

Dear Sir/Madam:

As a result of the filings (i) on September 15, 2008 by Lehman Brothers Holdings Inc. (the Credit Support Provider of Lehman Brothers Special Financing Inc. ("LBSF") under the above-referenced Master Agreement) and (ii) on October 3, 2008 by LBSF, in each case, under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (Docket Nos. 08-13555 and 08-13888 respectively), AmeriCredit Automobile Receivables Trust 2007-D-F ("AmeriCredit") hereby notifies LBSF that an Event of Default of the type specified in Section 5(a)(vii)(4) of the Master Agreement has occurred with respect to LBSF as the Defaulting Party. Pursuant to Section 6(a) of the Master Agreement, AmeriCredit hereby notifies LBSF that it is designating today, November 20, 2008, as the Early Termination Date under the Master Agreement and that effective as of today's date all Transactions under the Master Agreement (including, without limitation, those Transactions memorialized by the Confirmations dated as of September 20, 2007 between LBSF and AmeriCredit) shall be terminated.

AmeriCredit will, pursuant to the Master Agreement, calculate amounts payable in respect of the Early Termination Date and will notify LBSF when such amounts are determined.

Capitalized terms used herein but not defined herein shall have the meaning ascribed thereto in the above-referenced Master Agreement. If you have any questions with respect to this notice, please contact me at (817) 302-7061.

Very truly yours,

AmeriCredit Automobile Receivables Trust 2007-D-F
By: AmeriCredit Financial Services, Inc.
    as Attorney-In-Fact

*Connie Coffey*

Connie Coffey
Senior Vice President, Treasury