# EXHIBIT G



November 21, 2008

| | |
|---|---|
| Lehman Brothers Special Financing Inc. | **VIA COURIER** |
| c/o Lehman Brothers Inc. | **AND FACSIMILE** |
| Transaction Management Group | |
| Corporate Advisory Division | (212) 526-7672 |
| 745 Seventh Avenue | (212) 526-7187 |
| New York, NY 10019 | (646) 758-2192 |

ATTN: Documentation Manager

| | |
|---|---|
| cc: Financial Security Assurance Inc. | **VIA COURIER** |
| 31 West 52nd Street | **AND FACSIMILE** |
| New York, NY 10019 | (212) 339-3518 |
| Attn: Transaction Oversight Dept. | (212) 339-3529 |
| Re: Policy No. 51875B-N, | |
| AmeriCredit Automobile Receivables | |
| Trust 2007-D-F | |

> RE: ISDA Master Agreement, Schedule (the "Schedule") and other documents relating thereto dated September 20, 2007 between Lehman Brothers Special Financing Inc. (the "Counterparty") and AmeriCredit Automobile Receivables Trust 2007-D-F (collectively, the "Master Agreement")

Dear Sir/Madam:

AmeriCredit Automobile Receivables Trust 2007-D-F ("AmeriCredit") and the Counterparty are parties to the Master Agreement. Unless the context indicates otherwise, any capitalized terms used, but not defined herein, shall have the meanings ascribed thereto in the Master Agreement. Reference is also made to the following Confirmations entered into pursuant to the Master Agreement: (i) the confirmation between AmeriCredit and the Counterparty dated as of September 20, 2007, Effort ID: N1607661 / Global Deal ID: 3344584 related to the Class A-2-B Notes (the "Class A-2-B Confirmation"); (ii) the confirmation between AmeriCredit and the Counterparty dated as of September 20, 2007, Effort ID: N1607659 / Global Deal ID: 3344588 related to the Class A-3-B Notes (the "Class A-3-B Confirmation"); and (iii) the confirmation between

AmeriCredit and the Counterparty dated as of September 20, 2007, Effort ID: N1607662 / Global Deal ID: 3344590 related to the Class A-4-B Notes (the "Class A-4-B Confirmation"; and together with Class-2-B Confirmation and Class-3-B Confirmation, the "Confirmations").

As set forth in the notice from AmeriCredit sent to you on November 20, 2008 (the "Notice"), which is attached hereto as Exhibit A, AmeriCredit has designated November 20, 2008 as the Early Termination Date under the Master Agreement as the result of the occurrence of an Event of Default with respect to the Counterparty as the Defaulting Party under the Master Agreement.

This notice represents the statement under Section 6(d)(i) of the Master Agreement setting forth the net payment required to be made by AmeriCredit to the Counterparty pursuant to Section 6(e) of the Master Agreement and Part 1(e) of the Schedule. Under Section 6(e)(i)(3) of the Master Agreement and as set forth on Exhibit B, the net amount due from AmeriCredit to the Counterparty (i) under the Class A-2-B Confirmation, is USD 7,550.03; (ii) under the Class A-3-B Confirmation, is USD 258,519.84, and (iii) under the Class A-4-B Confirmation, is USD 706,235.35. The aggregate net amount due from AmeriCredit to the Counterparty is USD 972,305.22. Under Section 6(e) of the Master Agreement, if an Early Termination Date results from an Event of Default, an amount will be payable equal to the sum of the Settlement Amount plus the Termination Currency Equivalent of the Unpaid Amounts owing to the Non-defaulting Party less the Termination Currency Equivalent of the Unpaid Amounts owing to the Defaulting Party. Pursuant to the terms of the Master Agreement, in order to determine the Settlement Amount, the party making the determination must obtain at least three quotations from Reference Market-makers for each Transaction. Since less than three Market Quotations have been obtained for each Transaction, under the Master Agreement, Market Quotations cannot be determined with respect to the Transaction evidenced by the Confirmation and therefore the Loss measure of payment shall apply. Although under the Loss measure of payment we are not required to do so, we have calculated this amount by reference to a quotation in the amount of USD 972,305.22 (the "Settlement Amount") received from Wachovia Bank, National Association received by us on November 20, 2008, which is attached hereto as Exhibit C.

This Settlement Amount is added to the Unpaid Amounts due to the Counterparty resulting in a total termination payment of USD 1,399,588.26 from AmeriCredit to the Counterparty. Further detail regarding the calculation of this amount is set forth in Exhibit B. Interest on such amount will accrue from the Early Termination Date to the date of payment at the Applicable Rate.

2

If you have any questions with respect to this notice, please contact me at (817) 302-7061.

Very truly yours,

AmeriCredit Automobile Receivables Trust 2007-D-F
By: AmeriCredit Financial Services, Inc.
    as Attorney-In-Fact

*Connie Coffey*

Connie Coffey
Senior Vice President, Treasury

3



November 20, 2008

Lehman Brothers Special Financing Inc.    **VIA COURIER**
c/o Lehman Brothers Inc.    **AND FACSIMILE**
Transaction Management Group
Corporate Advisory Division    (212) 526-7672
745 Seventh Avenue    (212) 526-7187
New York, NY 10019    (646) 758-2192

ATTN: Documentation Manager

cc: Financial Security Assurance Inc.    **VIA COURIER**
31 West 52nd Street    **AND FACSIMILE**
New York, NY 10019    (212) 339-3518
Attn: Transaction Oversight Dept.    (212) 339-3529
Re: Policy No. 51875B-N,
AmeriCredit Automobile Receivables
Trust 2007-D-F

> RE: ISDA Master Agreement and Schedule thereto dated September 20, 2007 between Lehman Brothers Special Financing Inc. and AmeriCredit Automobile Receivables Trust 2007-D-F (the "Master Agreement")

Dear Sir/Madam:

As a result of the filings (i) on September 15, 2008 by Lehman Brothers Holdings Inc. (the Credit Support Provider of Lehman Brothers Special Financing Inc. ("LBSF") under the above-referenced Master Agreement) and (ii) on October 3, 2008 by LBSF, in each case, under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (Docket Nos. 08-13555 and 08-13888 respectively), AmeriCredit Automobile Receivables Trust 2007-D-F ("AmeriCredit") hereby notifies LBSF that an Event of Default of the type specified in Section 5(a)(vii)(4) of the Master Agreement has occurred with respect to LBSF as the Defaulting Party. Pursuant to Section 6(a) of the Master Agreement, AmeriCredit hereby notifies LBSF that it is designating today, November 20, 2008, as the Early Termination Date under the Master Agreement and that effective as of today's date all Transactions under the Master Agreement (including, without limitation, those Transactions memorialized by the Confirmations dated as of September 20, 2007 between LBSF and AmeriCredit) shall be terminated.

AmeriCredit will, pursuant to the Master Agreement, calculate amounts payable in respect of the Early Termination Date and will notify LBSF when such amounts are determined.

Capitalized terms used herein but not defined herein shall have the meaning ascribed thereto in the above-referenced Master Agreement. If you have any questions with respect to this notice, please contact me at (817) 302-7061.

Very truly yours,

AmeriCredit Automobile Receivables Trust 2007-D-F
By: AmeriCredit Financial Services, Inc.
    as Attorney-In-Fact

*Connie Coffey* (signature)
Connie Coffey
Senior Vice President, Treasury

## Exhibit B—Calculation Statement
(Amounts owed from AmeriCredit to the Counterparty are in parentheses)

Confirmations

| | |
|---|---|
| Class A-2-B Confirmation | (USD 7,550.03) |
| Class A-3-B Confirmation | (USD 258,519.84) |
| Class A-4-B Confirmation | (USD 706,235.35) |
| Net Amount (owed to the Counterparty) | (USD 972,305.22) |
| Settlement Amount | (USD 972,305.22) |
| Amounts Withheld by AmeriCredit Pursuant to Section 2(a)(iii) of the Master Agreement (the "Withheld Amounts") | (USD 426,185.00) |
| Interest on Withheld Amounts from Date Payable to the Early Termination Date | (USD 1,098.04) |
| Total Termination Payment | (USD 1,399,588.26) |

## Exhibit C

To:            AmeriCredit Automobile Receivables Trust 2007-D-F

Attention:     Kyle Gathright

Wachovia Bank, N.A. ("Wachovia") hereby confirms it provided you with the following quotation:

| | |
|---|---|
| Quotation Date: | November 20th, 2008 |
| Transaction on which we quoted: | A transaction between you and us ("Quote Transaction") commencing on the Quotation Date with payments, deliveries, and/or option rights that would be the economic equivalent of the remaining payments, deliveries, and/or option rights falling after the Quotation Date under a certain transaction described on the attached (which you provided to us for this purpose) assuming they were to continue to maturity. |
| Effective Date of Quote Transaction: | November 06th, 2008 (this is the first day of the first Calculation Period of the Quote Transaction and does not mean the Quote Transaction became effective) |
| Wachovia's position in Quote Transaction: | Floating Rate Payor |
| Your position in Quote Transaction: | Floating Rate Payor |
| To enter into the Quote Transaction: | Wachovia would have been willing to pay you the Upfront Payments. |
| Upfront Payments: | USD: Class A-2-B: $7,550.03, Class A-3-B $258,519.84, Class A-4-B: $706,235.35 |
| Time as of which quotation was given: | At or about 10:40 AM Eastern time |
| Person giving quotation: | Spencer Langston |
| Notes: | Please note that the Quote Transaction was a firm offer but not entered into at that time. The transaction was re-offered and executed shortly thereafter at the same levels. |

Yours truly,

Spencer Langston
WACHOVIA BANK, N.A.