**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq.
Ira M. Levee, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022
212.262.6700 (Telephone)
212.262.7402 (Facsimile)
-- and --
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Bankruptcy Counsel to Lead Plaintiffs*

### IN THE UNITED STATES BANKRUPTCY
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP)<br>Jointly Administered |
| Debtors. | Re: Doc. No. 18157 |

### CERTIFICATE OF SERVICE

I, Ira M. Levee, of full age, certify that on July 14, 2011, I caused to be served a copy of *Lead Plaintiffs' Reservation of Rights,* via electronic mail or facsimile as indicated, and first class mail on the parties listed on Exhibit A.

Dated: July 14, 2011

*/s/ Ira M. Levee*
**LOWENSTEIN SANDLER PC**
Michael S. Etkin (ME 0570)
Ira M. Levee (IL9958)
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
      and
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel to Lead Plaintiffs*

# EXHIBIT A TO CERTIFICATE OF SERVICE

**Counsel for the Insured Persons**

Philip E. Cook, Esq.
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, California 90071
pcook@jonesday.com

(via e-mail and first class mail)

**Counsel for the Insured Persons**

Lisa G. Laukitis, Esq.
Lance E. Miller, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
llaukitis@jonesday.com
lemiller@jonesday.com

(via e-mail and first class mail)

**Counsel for the Debtor**

Richard P. Krasnow, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
richard.krasnow@weil.com

(via e-mail and first class mail)

**Office of the United States Trustee for the Southern District of New York**

Tracy Hope Davis, Esq.
Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Rifkin, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004
212-668-2255 (Facsimile)

(via facsimile and first class mail)

**Counsel for the Official Committee of Unsecured Creditors**

Dennis F. Dunne, Esq.
Evan Fleck, Esq.
Dennis O'Donnell, Esq.
Millbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com
efleck@milbank.com
dodonnell@milbank.com

(via e-mail and first class mail)

**Counsel for Zurich American Insurance Co.**

Thomas E. Geyer, Esq.
Bailey Cavalieri LLC
One Columbus
10 West Broad Street, Suite 2100
Columbus, OH 43215-3422
thomas.geyer@baileycavalieri.com

(via e-mail and first class mail)

-3-

**Counsel for ACE Bermuda Insurance Ltd.**

James Huberty, Esq.
Walker Wilcox Matousek LLP
225 West Washington Street
Chicago, IL 60606
jhuberty@wwmlawyers.com

(via e-mail and first class mail)