| | |
|---|---|
| **Rolf A. Lautenschlager**<br>Sauerbruchstrasse 31<br>81377 Muenchen, Germany<br><br>Phone: 0049 89 7145429<br>Email: rolf.lauten@online.de | |
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

## OPPOSITION TO „CLAIM TO BE DISALLOWED & EXPUNGED"

| Creditor Name and Address | Claim Number | 64469 |
|---|---|---|
| LAUTENSCHLAGER, ROLF A.<br>SAUERBRUCHSTRASSE 31<br>MUENCHEN, 81377 GERMANY<br><br>Email: rolf.lauten@online.de | Data Filed:<br><br>Debtor:<br><br>Classification and Amount: | 11/3/2009<br><br>08-13555<br><br>Unsecured $ 14,900.00 |

I offer opposition against the disallowance and expungement of my claim (One Hundred Fifty-Second Omnibus Objections to Claims from Lehman Brothers Holdings Inc.).

Reasons:

I filed my claim correctly in 2009. On the formular I filled out, there was no hint, that a blocking reference number was to be requested by myself. I understood, that this would be done automatically, if my claim was accepted.

I never got a request from the court to ask for a blocking number.

In addition I disagree, that Lehman tries to escape their debts via formal reasons.

Dated: June 27, 2011

*[signature]*

Rolf A. Lautenschlager

Sauerbruchstrasse 31

81377 Muenchen, Germany

Phone: 0049 89 7145429

Email: rolf.lauten@online.de

*[RECEIVED stamp: JUN 30 2011, U.S. BANKRUPTCY COURT, SDNY, JMP]*