Michael Alexis Coleman Sr.

2 Freeman Street

Buffalo, New York 14215

Phone (716) 906-6112



Lehman Brothers Holdings Inc.

Dear Sirs

Hello my name is Michael Alexis Coleman Sr. I am a long time client of Lehman Brothers . I am writing you in regard to the matter of the Omnibus Objection to claims (Late-Filed Claims).

In regard to late-filed claims being disallowed and or expunged, I object to this matter for many reasons. The first reason that I object to this is on the grounds that the client advisors , when called upon failed to provide me with banking related statements , and also they never provided me with the necessary account information such as my account numbers which are (oooo137062501,and 0000139469662) respectively.

Through your staffs incompetent behavior it may seem that I may lose my undetermined assets.Please be advised that I phoned Lehman Brothers several times in the resent past prior to their filing for Chapter 11 Bankruptcy, to gain access to my accounts and I also tried to contact Barkelys Capital , to no avail. I failed numerous times in my attempts to gain satisfication and have my accounts turned over to me . Furthermore I was never sent any statements and I never received a Bar- Date notice in the mail or any other correspondence in this matter. I also never signed over any assets to anyone.  So please verify my signature as opposed to the one received in the summer of 2007.Please reclassify my claim and return my assets.

P.S. Your Honor please allow for me to sit in on the hearing of July 21st, 2011 via telephone please contact me as soon as possible.

Yours Truly

Michael Alexis Coleman Sr.