UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

        Debtors.

: Chapter 11 Case No.
:
: 08-13555 (JMP)
: (Jointly Administered)
:
: Ref. Docket Nos. 18357-18368,
: 18371-18374, 18376, 18379-18383,
: 18385-18387

------------------------------------------------------------x

In re

LEHMAN COMMERCIAL PAPER INC.

        Debtors.

: Chapter 11 Case No.
:
: 08-13900 (JMP)
: (Jointly Administered)
:
: Ref. Docket Nos. 33-36

------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 12, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
14th day of July, 2011
/s/ Eleni Kossivas
Notary Public, State of New York
No. 01KO6222093
Qualified in New York County
Commission Expires May 17, 2014

- 2 -

T:\Clients\LBH\Affidavits\Transfers\Transfers 18357-18368, 18371-18374, 18376, 18379-18383, 18385-18387; (08-13900 DI 33-36)_AFF_07-12-11.doc

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re | Chapter 11 Case No.
 |
LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)
 |
 | (Jointly Administered)
Debtors. |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  LOO SHOU SIE
         6896 TODERICK STREET
         VANCOUVER BC V5S 3N3
         CANADA

Please note that your claim # 48032 in the above referenced case and in the amount of
         $65,000.00       has been transferred **(unless previously expunged by court order)**

         STANDARD CHARTERED BANK (HONG KONG) LTD.
         TRANSFEROR: LOO SHOU SIE
         21/F STANDARD CHARTERED TOWER
         388, KWUN TONG ROAD
         HONG KONG
         HONG KONG

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 18357    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/12/2011                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 12, 2011.

# EXHIBIT B

```
TIME: 10:57:56                                          LEHMAN BROTHERS HOLDING INC.                                                PAGE:    1
DATE: 07/12/11                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| AI, MANYI | APT 1606 BLDG NO.1 AREA 6 WAI KAI YANG LI LIAN QU FENG TAI QU YOU AN MEN BEIJING 100069 CHINA |
| ARBEIDSLJOYSISSKIPANIN | TINGHUSVEGUR 14 POSTBOKS 3022 TORSHAVN FO-110 DENMARK |
| AU SIU MAN | FLAT B 6/F YUET LOONG BUILDING 41 SHUN FONG STREET KWAI CHUNG, NT HONG KONG |
| AU SIU MAN | FLAT B 6/F YUET LOONG BUILDING 41 SHUN FONG STREET KWAI CHUNG KWAI CHUNG, NT HONG KONG |
| AU YEUNG YIP SAU YING ANNE | G/F 79-85 HILL RD SHEK TONG TSUI HK HONG KONG |
| BANCA INFRASTRUTTURE INNOVAZIONE SVILUPPO S.P.A. | TRANSFEROR: DIAMOND FINANCE PLC SERIES 2007-2 ATTN: DOTT. ANTONINO GALATA RESPONSABILE FUNDING STRATEGICO E PORTFOLIO MANAGEMENT VIALE DELL'ARTE, 21 ROMA (RM) 00144 ITALY |
| BANCA INFRASTRUTTURE INNOVAZIONE SVILUPPO S.P.A. | TRANSFEROR: DIAMOND FINANCE PLC SERIES 2007-2 ATTN: DOTT. ANTONINO GALATA RESPONSABILE FUNDING STRATEGICO E PORTFOLIO MANAGEMENT VIALE DELL'ARTE, 21 ROMA, (RM) 00144 ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: BANCA INFRASTRUTTURE INNOVAZIONE SVILUPPO S.P.A. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BANCA INFRASTRUTTURE INNOVAZIONE SVILUPPO S.P.A. ATTN: DANIEL CROWLEY & DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEBAY FUNDS- BLUEBAY HIGH YIELD BOND FUND ATTN: DANIEL CROWLEY, DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEBAY MULTI-STRATEGY INVESTMENTS (LUXEMBOURG) S.A.R.L ATTN: DANIEL CROWLEY, DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEBAY STRUCTURED FUNDS- HIGH YIELD PORTABLE ALPHA FUND ATTN: DANIEL CROWLEY, DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: PANACEA TRUST: BLUEBAY STRUCTURED HIGH YIELD BOND SUB-TRUS ATTN: DANIEL CROWLEY, DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK SA | TRANSFEROR: SANJURJO CARRO, CONSUELO ABRAHAM CARPINTERO CL. MATEO INURRIA, 15 5A PLANTA MADRID 28036 SPAIN |
| BARCLAYS BANK, S.A. | TRANSFEROR: MCCABE, EPHRAIM ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA MADRID 28036 SPAIN |
| BLUEBAY FUNDS- BLUEBAY HIGH YIELD BOND FUND | ATTN: DAN BEBELLO & LUCIEN ORLOVIUS C/O BLUEBAY ASSET MANAGEMENT PLC 77 GROSVENOR STREET LONDON W1K 3JR UNITED KINGDOM |
| BLUEBAY FUNDS- BLUEBAY HIGH YIELD BOND FUND | ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| BLUEBAY MULTI-STRATEGY INVESTMENTS (LUXEMBOURG) S.A.R.L | ATTN: DAN BEBELLO & LUCIEN ORLOVIUS C/O BLUEBAY ASSET MANAGEMENT PLC 77 GROSVENOR STREET LONDON W1K 3JR UNITED KINGDOM |
| BLUEBAY MULTI-STRATEGY INVESTMENTS (LUXEMBOURG) S.A.R.L | ATTN: DAVID LEMAY, ESQ. CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| BLUEBAY STRUCTURED FUNDS- HIGH YIELD PORTABLE ALPHA FUND | ATTN: DAN BEBELLO & LUCIEN ORLOVIUS C/O BLUEBAY ASSET MANAGEMENT PLC 77 GROSVENOR STREET LONDON W1K 3JR UNITED KINGDOM |
| BLUEBAY STRUCTURED FUNDS- HIGH YIELD PORTABLE ALPHA FUND | ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CAJA DE AHORROS Y PENSIONES DE BARCELONA | C/O BAKER & MCKENZIE LLP ATTN: IRA A REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| CHAN HUNG FAI, ANDY | ROOM 12C BLOCK 5 CLASSICAL GARDENS 8 MA WO ROAD TAI PO HONG KONG |
| CHAN WAI HIN | FLT 3403 YAN FAI HOUSE YAN SHING COURT FANLING NT HONG KONG |
| CHAN WAI HIN | FLT 3403 YAN HAI HOUSE YAN SHING COURT FANLING NT HONG KONG |
| CHANG, DAVID LI-WEI | ROOM 1 32/F BLOCK 29 NO.188 XING HAN ROAD SUZHOU INDUSTRIAL PARK SUZHOU JIANG SU PROVINCE 215021 CHINA |
| CHEN CHIEN-YU | 2F 27 ALLEY 6 LANE 21 YU SHENG RD TU CHEN CITY TAIPEI HSIEN 236 TAIWAN, PROVINCE OF CHINA |
| CHOI SHOOK YU ANITA | FLAT A 13/F BLOCK 27 CITY ONE SHATIN SHATIN HK HK HONG KONG |
| CHOI SHOOK YU, ANITA | FLAT A 13/F BLOCK 27 CITY ONE SHATIN SHATIN HK HK HONG KONG |
| CHU SAU, KUEN | FLAT F 10/F WAH SUN BLDG 6-20 YIN CHEONG STREET MONGKOK, KLN HONG KONG |
| CHU TAT WING | FLAT F 27/F BLOCK 6 SCENEWAY GARDEN LAM TIN KLN HONG KONG |
| CURREEM, IMRHAN ABDUL | FLT E-1 6/F EVERGREEN VILLA NO.43 STUBBS ROAD MID LEVELS HONG KONG |
| EIK BANKI FOROYA P/F | TRANSFEROR: P/F STEINTOR YVIRI VIETH STROND 2 FO-100 TORSHAVN FAROE ISLANDS |
| EIK BANKI FOROYA P/F | TRANSFEROR: P/F VEST-TRADING YVIRI VIETH STROND 2 FO-100 TORSHAVN FAROE ISLANDS |
| EIK BANKI FOROYA P/F | TRANSFEROR: POULSEN, BERGUR YVIRI VIETH STROND 2 FO-100 TORSHAVN FAROE ISLANDS |
| EIK BANKI FOROYA P/F | TRANSFEROR: SPARIKASSI, SUOUROYAR YVIRI VIETH STROND 2 FO-100 TORSHAVN FAROE ISLANDS |
| HAU KWOK, PO & FUNG PUI, YEE | FLAT F 6/F BLOCK 3 ROYAL ASCOT 1 TSUN KING ROAD SHATIN HONG KONG |
| HIRAYAMA MICHIKO | FLAT E 47/F BLOCK 1 LES SAISONS NO. 28 TAI ON STREET SAI WAN HO HK HONG KONG |
| HO CHI MUN / WONG KAM CHU | FLAT B1 5/F 30 INVERNESS ROAD KOWLOON CITY, KLN HONG KONG |
| HO CHI WA | UNIT B 27/F INTERNATIONAL INDUSTRIAL CENTRE 2-8 KWEI TEI STREET FO TAN NT HONG KONG |
| HO SHUK YEE | FLAT M 10/F TOWER 2 MA ON SHAN CENTRE MA ON SHAN, NT HONG KONG |
| KU LI WAI | FLAT 18/F BLOCK F GARDEN VISTA 15-17 ON KING STREET SHATIN, NT HONG KONG |
| KU WAI | FLAT 1 18/F BLOCK F GARDEN VISTA 15-17 KING STREET SHATIN, NT HONG KONG |
| KWOK FUNG YI | ROOM 1 11/F BLOCK D YEE DAT HOUSE YEE NGA COURT TAI PO NT HONG KONG |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 10:57:56                                         LEHMAN BROTHERS HOLDING INC.                                           PAGE:    2
DATE: 07/12/11                                              CREDITOR LISTING

Name                                                    Address
LAI KAI MING ANTHONY                                    FLT B 2/F LEE KA INDUSTRIAL BLDG 8 NG FONG STREET SAN PO KONG KLN    HONG KONG
LAM GARBO                                               FLAT B3 24/F CAMBRIDGE COURT 84 WATERLOO ROAD HO MAN TIN KLN    HONG KONG
LAM YING LAN                                            FLT C 21/F BLK 1 KAI TAK GARDEN PHASE 1 WONG TAI SIN KLN    HONG KONG
LANDSBANKI FOROYA                                       YVIRI VIO STROND 15 POSTBOKS 229 TORSHAVN  FO-110 DENMARK
LANG SHEN CHIH-HUA                                      12/8 F NO 666 CHUNG HUA ROAD TAIPEI    TAIWAN, PROVINCE OF CHINA
LAU HO FA                                               RM 817 ON CHIU HOUSE CHEUNG ON ESTATE TSING YI NT    HONG KONG
LEE LEUNG PING                                          NO. 28 FAIR RIDGE MARLOW HILL HIGH WYCONBE BUCKS    UNITED KINGDOM
LEE LEUNG PING                                          NO.28 FAIR RIDGE MARLOW HILL HIGH WYCONBE BUCKS    UNITED KINGDOM
LEE SUK, HAR                                            FLAT G FLOOR 20 PRIMROSE MANSION TAIKOO SHING    HONG KONG
LEE, YING CHUEN                                         FLT B 18/F BLK 2 ROYAL SEA CREST SHAM TSENG NT    HONG KONG
LI YING, WAH                                            2/F 53B BUTE ST. MONG KOK, KLN    HONG KONG
LO MING YEE                                             JIANGUO ROAD 1 SEC 31 LANE NO. 54 FENG SHAN KAOHSIUNG    830 TAIWAN, PROVINCE OF CHINA
LOO SHOU SIE                                            6896 TODERICK STREET VANCOUVER BC V5S 3N3 CANADA
LUM WING HONG                                           FLAT H 10/F BLOCK 4 NAM FUNG SUN CHUEN 38 GREIG ROAD QUARRY NAY HK    HONG KONG
MAK HON CHIU                                            FLAT B 11/F BLOCK 5 JUBILEE GARDEN FO TAN, NT    HONG KONG
MCCABE, EPHRAIM                                         CORTIJO DE  SAN CRISTOBAL LOS ALTOS DE LOS MONTEROS MARBELLA, MALAGA  29600 SPAIN
MERRILL LYNCH CREDIT PRODUCTS, LLC                      TRANSFEROR: CAJA DE AHORROS Y PENSIONES DE BARCELONA ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER - 3RD FLOOR
                                                        ONE BRYANT PARK NEW YORK NY 10036
MOK YUN, KEUNG                                          FLAT A 31/F BLOCK 11 TIERRA VERDE 33 TSING KING ROAD TSING YI    HONG KONG
MOK YUN, KEUNG                                          FLAT A 31/F BLOCK 11 TIERRA VERDE 33 TSING KING ROAD TSING YI NT    HONG KONG
NG YAU SO, SUSANNA                                      RM 501 KAI HIM HSE CHO YIU CHUEN KWAI CHUNG, NT    HONG KONG
NG YEE KONG                                             HOUSE 32 112TH STREET HONG LOK YUEN TAI PO NT    HONG KONG
NIRMALJOT-SINGH                                         UNIT C 7/F GEMSTAR TOWER 23 MAN LOK ROAD HUNG HOM, KLN    HONG KONG
P/F STEINTOR                                            C/O JACOB PAULI HAMMER HVALBA    FO-850 DENMARK
P/F VEST-TRADING                                        C/O HALDAN H HALDANSEN POSTBOKS 84 VESTMANNA  FO-355 DENMARK
PANACEA TRUST: BLUEBAY STRUCTURED HIGH                  ATTN: DAN BEBELLO & LUCIEN ORLOVIOUS C/O BLUEBAY ASSET MANAGEMENT PLC 77 GROSVENOR STREET LONDON    W1K 3JR UNITED KINGDOM
   YIELD BOND SUB-TRUST
PANACEA TRUST: BLUEBAY STRUCTURED HIGH                  ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112
   YIELD BOND SUB-TRUST
PAO LI MING                                             16F-13 NO.198 SEC 5 MING SHENG EAST ROAD TAIPEI    TAIWAN, PROVINCE OF CHINA
POULSEN, BERGUR                                         POSTBOKS 86 FO-620  RUNAVIK    DENMARK
PUN FUNG                                                FLAT 4 19/F BLOCK B GARDEN VISTA 11-13 ON KING STREET SHATIN    HONG KONG
SANJURJO CARRO, CONSUELO                                C/ CONCEPCION ARENAL 1 BLOQUE 1 - 6 A 15006 LA CORUNA  SPAIN
SPARIKASSI, SUOUROYAR                                   VAGSVEGUR 71 VAGUR  FO-900 DENMARK
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: AI, MANYI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: AU SIU MAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: AU YEUNG YIP SAU YING ANNE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: CHAN HUNG FAI, ANDY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: CHAN WAI HIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: CHANG, DAVID LI-WEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: CHEN CHIEN-YU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: CHOI SHOOK YU ANITA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: CHOI SHOOK YU, ANITA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: CHU SAJ, KUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: CHU TAT WING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: CURREEM, IMRHAN ABDUL 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: HAU KWOK, PO & FUNG PUI, YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: HIRAYAMA MICHIKO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: HO CHI MUN / WONG KAM CHU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: HO CHI WA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: HO SHUK YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: KU LI WAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: KU WAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: KWOK FUNG YI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: LAI KAI MING ANTHONY 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.                TRANSFEROR: LAM GARBO 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG    HONG KONG

                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 10:57:56                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:   3
DATE: 07/12/11                                               CREDITOR LISTING

Name                                               Address
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: LAM YING LAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: LANG SHEN CHIH-HUA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: LAU HO FA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: LEE LEUNG PING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: LEE, SUK, HAR 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: LEE, YING CHUEN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: LI YING, WAH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: LO MING YEE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: LOO SHOU SIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: LUM WING HONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: MAK HON CHIU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: MOK YUN, KEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: NG YAU SO, SUSANNA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: NG YEE KONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: NIRMALJOT-SINGH 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: PAO LI MING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: PUN FUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: SUE CHEUNG SHU, KUM 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: SZE PING, CHIU 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: TSE LAU MEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: WANG CHUNLAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: WONG FUNG CHAI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: WONG KING YEE, SANDRA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: WONG LAI KING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: WONG WAI CHING CECILIA 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: WONG YEE LING 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: WOO, CHI SUN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: YAKUEL MIRON 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: YEUNG WING NIN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: YIP HIN KIT 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: YIP TING, HONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.           TRANSFEROR: ZENG QIN LEI 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG
SUE CHEUNG SHU, KUM                                FLAT A3 14/F BLOCK A FORTUNE TERRACE 4-16 TAK SHING STREET YAU MA TEI    HONG KONG
SUE CHEUNG SHU, KUM                                FLAT A3 14/F BLOCK A FORTUNE TERRACE 4-16 TAK SHING STREET YAU MA TEI    HONG KONG
SZE PING, CHIU                                     FLAT A1 3/F DRAGON COURT 6 DRAGON TERRACE CAUSEWAY BAY    HONG KONG
TSE LAU MEI                                        FLT B 13/F BLK 5 JULIMOUNT GDN SHA TIN HK    HONG KONG
WANG CHUNLAN                                       6476 W CHURCHILL ST VANCOUVER BC V6M 3H9 CANADA
WANG CHUNLAN                                       6476 W CHURCHILL ST VANCOUVER BC V6M 3H9 CANADA
WONG FUNG CHAI                                     ROOM 1 19/F BLOCK A WAH FUNG GARDENS 301 HIP WO STREET KWUN TONG KLN    HONG KONG
WONG KING YEE, SANDRA                              FLAT 12B PERTH APARTMENTS NO. 31 PERTH STREET HO MAN TIN, KLN    HONG KONG
WONG LAI KING                                      ROOM 2008 BLOCK P KORNHILL NO.10 HONG ON STREET QUARRY BAY, HK    HONG KONG
WONG WAI CHING CECILIA                             3/F 3 KING TAK STREET HOMANTIN KLN    HONG KONG
WONG YEE LING                                      HOUSE 18 TYCOON PLACE NO.38 LO FAI ROAD TAI PO NT    HONG KONG
WOO, CHI SUN                                       FLAT B 16/F BLOCK 2 COASTAL SKYLINE 12 TUNG CHUNG WATERFRONT ROAD TUNG CHUNG LANTAU ISLAND HONG KONG
WOO, CHI SUN                                       FLAT B 16/F BLOCK 2 COASTAL SKYLINE 12 TUNG CHUNG WATERFRONT ROAD TUNG CHUNG LANTAU ISLAND NT    HONG KONG
YAKUEL MIRON                                       APT 0665 T-11 HONG KONG PARKVIEW 88 TAI TAM RESERVOIR ROAD TAI TAM    HONG KONG
YEUNG WING NIN                                     FLAT B4 25/F BLOCK B YEE ON COURT 79C WATERLOO ROAD HOMANTIN HK    HONG KONG
YIP HIN KIT                                        G/F NO. 332 POK WAI TSUEN YUEN LONG, NT    HONG KONG
YIP TING, HONG                                     RM 307 TAK YUE HOUSE HAU TAK ESTATE TSEUNG KWAN O, KLN    HONG KONG
YORVIK PARTNERS LLP                                TRANSFEROR: ARBEIDSLOYSISSKIPANIN ATTN: LISA KING 11 IRONMONGER LANE LONDON    EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                                TRANSFEROR: EIK BANKI FOROYA P/F ATTN: LISA KING 11 IRONMONGER LANE LONDON    EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                                TRANSFEROR: LANDSBANKI FOROYA ATTN: LISA KING 11 IRONMONGER LANE LONDON    EC2V 8EY UNITED KINGDOM
ZENG QIN LEI                                       FLAT F 31/F BLOCK 1 START CREST NO 9 STAR STREET WAN CHAI, HK    HONG KONG


Total Number of Records Printed       150                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```