WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Alfredo R. Pérez

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                                                   :
                                         Debtors.                  :    (Jointly Administered)
                                                                   :
                                                                   :
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF MOTION OF THE DEBTORS
PURSUANT TO SECTION 362(a) OF THE BANKRUPTCY CODE
FOR ENFORCEMENT OF THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that the motion (the "Motion")[1] of the Debtors pursuant to section 362(a) of title 11 of the United States Code seeking entry of an order enforcing the automatic stay with respect to the SunCal Movants [ECF No. 17061], is hereby withdrawn without prejudice.

Dated: July 14, 2011
       New York, New York

/s/ Alfredo R. Pérez
Alfredo R. Pérez

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.