UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
         Debtors.                                                 :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 18354, 18389-
                                                                       18391, 18394, 18403

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 13, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Lauren Rodriguez*
                                                        Lauren Rodriguez

Sworn to before me this
14th day of July, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CITIBANK PRIVATKUNDEN AG & CO. KGAA          CITIBANK PRIVATKUNDEN AG & CO. KGAA
     ATTN: WILHELM HUELSKEN                       PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
     KASERNENSTRASSE 10                           ATTN: DOUGLAS R. DAVIS
     DUSSELDORF    40213                          1285 AVENUE OF THE AMERICAS
     GERMANY                                      NEW YORK NY 10019-6064
```

Please note that your claim # 55404-39 in the above referenced case and in the amount of
          $35,502.50           has been transferred **(unless previously expunged by court order)**

```
     WEWERS, HANS DERK AND KATHARINA
     TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA
     ZUR HEISTERBURG 6
     BARSINGHAUSEN    30890
     GERMANY
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          Southern District of New York
          One Bowling Green
          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 18354       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/13/2011                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 13, 2011.

# EXHIBIT B

```
TIME: 16:36:42                                              LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 07/13/11                                                   CREDITOR LISTING

Name                                           Address
ASAHI MUTUAL LIFE INSURANCE CO.                2-6-1, OTEMACHI CHIYODA-KU TOKYO  100-0004 JAPAN
ASAHI MUTUAL LIFE INSURANCE CO.                BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL 399 PARK AVENUE NEW YORK NY 10022-4689
BARCLAYS BANK PLC                              TRANSFEROR: SUDWESTBANK AKTIENGESELLSCHAFT 745 SEVENTH AVENUE NEW YORK NY 10019
BOTTICELLI, LLC                                TRANSFEROR: SEA PORT GROUP SECURITIES, LLC 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
CITIBANK PRIVATKUNDEN AG & CO. KGAA            PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA            ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY
HUANG, HUI-CHEN                                9F., NO. 85 SEC. 2 ZHONGAHENG E. RD., DANSHUI TOWNSHIP TAIPEI COUNTY  251 TAIWAN, PROVINCE OF CHINA
HUANG, HUI-CHEN                                YU, CHEN & YEUNG, SOLICITORS CONTACT PERSON: MR. LAWRENCE YEUNG RM 1505 TUNG NING BUILDING NO. 2 HILLIER STREET
                                               SHAUNG WAN   HONG KONG
NOMURA SECURITIES CO., LTD.                    TRANSFEROR: ASAHI MUTUAL LIFE INSURANCE CO. FINANCIAL PRODUCT DEPARTMENT 2-2-2, OTEMACHI, CHIYODAKU TOKYO  JAPAN
PRESIDENT SECURITIES (HONG KONG) LIMITED       TRANSFEROR: HUANG, HUI-CHEN UNITS 2603-6, 26/F, INFINITUS PLAZA 199 DES VOEUX ROAD CENTRAL  HONG KONG
SEA PORT GROUP SECURITIES, LLC                 TRANSFEROR: ARMORY MASTER FUND LTD. 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                 TRANSFEROR: ARMORY MASTER FUND,LTD. 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017
SUDWESTBANK AKTIENGESELLSCHAFT                 ROTEBUHLSTR. 125 STUTTGART  70178 GERMANY
SUDWESTBANK AKTIENGESELLSCHAFT                 POSTFACH 10 42 43 STUTTGART  70037 GERMANY
SUDWESTBANK AKTIENGESELLSCHAFT                 ROTEBUHLSTRABE 125 STUTTGART  70178 GERMANY
WEWERS, HANS DERK AND KATHARINA                TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA ZUR HEISTERBURG 6 BARSINGHAUSEN  30890 GERMANY


 Total Number of Records Printed     16

                                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```