Hearing Date and Time: July 20, 2011 at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time: July 15, 2011 at 12:00 p.m. (Prevailing Eastern Time)

Anchorage Capital Group, L.L.C.
610 Broadway, 6th Floor
New York, New York 10012
(212) 432-4600 (Telephone)
(212) 432-4647 (Facsimile)
Jessica L. Fainman

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re                                             :    Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,            :    08-13555 (JMP)
                                                  :
                                    Debtors.      :    (Jointly Administered)
------------------------------------------------------------------ x

**JOINDER TO RESPONSE OF CENTERBRIDGE CREDIT ADVISORS LLC**
**TO DEBTORS' MOTION FOR (i) APPROVAL OF STIPULATION AND ORDER REGARDING**
**CHAPTER 11 PLANS AND (ii) STAY OF RELATED DISCOVERY**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

Anchorage Capital Group, L.L.C., on behalf of the funds it manages ("Anchorage"), submits this joinder to the response, dated July 15, 2011 (the "Response"), of Centerbridge Credit Advisors LLC ("Centerbridge"), to the Debtors' Motion for (i) Approval of Stipulation and Order Regarding Chapter 11 Plans and (ii) Stay of Related Discovery [Docket No. 18306].

Anchorage hereby joins in and incorporates by reference the arguments presented by Centerbridge in its Response.

Dated:   New York, New York
         July 15, 2011

                                          ANCHORAGE CAPITAL GROUP, L.L.C

                                          By:   /s/ Jessica L. Fainman
                                                Jessica L. Fainman
                                                Anchorage Capital Group, L.L.C.
                                                610 Broadway, 6th Floor
                                                New York, New York 10012
                                                (212) 432-4600 (Telephone)
                                                (212) 432-4647 (Facsimile)
                                                jfainman@anchoragecap.com

                                          Counsel for Anchorage Capital Group, L.L.C.