WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
**In re**  :  **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :  **08-13555 (JMP)**
:
Debtors.  :  (Jointly Administered)
:
----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF APPLICATION
OF THE DEBTORS PURSUANT TO SECTION 327(e)
OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION TO
EXPAND THE SCOPE OF THEIR RETENTION OF PACHULSKI STANG ZIEHL
& JONES LLP AS SPECIAL COUNSEL, *NUNC PRO TUNC* TO SEPTEMBER 18, 2009**

**PLEASE TAKE NOTICE** that the hearing on the Application of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors in possession (together, the "Debtors"), pursuant to sections 327(e) of title 11 of the United States Code, Rule 2014(a) of the Federal Rules of Bankruptcy Procedure and Rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New York, to expand the scope of their retention of Pachulski, Stang, Ziehl & Jones LLP as special counsel to the Debtors (the "Application"), which was scheduled for July 20, 2011, at 10:00 a.m., **has been adjourned to August 17, 2011 at 10:00 a.m.**, or as soon thereafter as counsel may be heard. The hearing on the Application will be held before the Honorable James M. Peck, United States Bankruptcy

US_ACTIVE:\43762811\01\58399.0008

Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Application may be further adjourned from time to time without further notice other than an announcement at the hearing.

Dated: July 15, 2011
      New York, New York

                                                /s/ Richard P. Krasnow
                                                Richard P. Krasnow
                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, New York 10153
                                                Telephone:  (212) 310-8000
                                                Facsimile:  (212) 310-8007

                                                Attorneys for Debtors
                                                and Debtors in Possession