WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Gerard Uzzi (GU – 2297)
J. Christopher Shore (JCS – 6031)

Attorneys for the Ad Hoc Group
of Lehman Brothers Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION OF THE AD HOC GROUP OF LEHMAN
BROTHERS CREDITORS PURSUANT TO SECTIONS 105(a) AND 1109(b) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULES 2019 AND 7026
TO ESTABLISH DISCLOSURE PROCEDURES**

**PLEASE TAKE NOTICE** that the hearing (the "Hearing") on relief requested in the

Motion of the Ad Hoc Group of Lehman Brothers Creditors (the "Group") Pursuant to Sections

105(a) and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2019 and 7026 to Establish

Disclosure Procedures (the "Motion"), which was scheduled for July 20, 2011, at 10:00 a.m., **has

been adjourned to August 17, 2011 at 10:00 a.m. (New York Time)**, or as soon thereafter as

counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United

States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York,

New York, Room 601, and such a Hearing may be further adjourned by the Group from time to

time without further notice other than an announcement at the Hearing.

Dated:  July 15, 2011
       New York, New York

Respectfully submitted,

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Gerard Uzzi (GU – 2297)
J. Christopher Shore (JS – 6031)

By:  /s/ Gerard Uzzi_____
     Gerard Uzzi

ATTORNEYS FOR THE AD HOC GROUP
OF LEHMAN BROTHERS CREDITORS