UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re                                          :        Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :        08-13555 (JMP)
                                               :        (Jointly Administered)
                    Debtors.                   :
                                               :
-------------------------------------------------------------------x      Ref. Docket Nos. 18415, 18416,
                                                                          18418, 18422, 18424, 18426, 18429,
                                                                          18440-18443


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On July 14, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to
    F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing
    true and correct copies to be: 1) personalized with the transferee, transferor and claim
    information for the above-referenced docket numbers, 2) enclosed securely in separate
    postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
    attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Lauren Rodriguez*
                                                      Lauren Rodriguez

Sworn to before me this
15th day of July, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  MORGAN STANLEY SENIOR FUNDING, INC.                MORGAN STANLEY SENIOR FUNDING, INC.
     TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P.   RICHARDS KIBBE & ORBE LLP
     1585 BROADWAY, 2ND FLOOR                           ATTN: MANAGING CLERK
     NEW YORK NY 10036                                  ONE WORLD FINANCIAL CENTER
                                                        NEW YORK NY 10281

Please note that your claim # 66014-05 in the above referenced case and in the amount of
        $43,061.31        has been transferred **(unless previously expunged by court order)**

        GRF MASTER FUND, L.P.
        TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC.
        C/O ANCHORAGE CAPITAL GROUP, LLC
        ATTN: SUSAN MORIELLO
        610 BROADWAY, 6TH FLOOR
        NEW YORK NY 10012

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 18415    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/14/2011                             Vito Genna, Clerk of Court


                                             /s/ Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 14, 2011.

**EXHIBIT B**

TIME: 16:44:38
DATE: 07/14/11

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ANCHOR CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: SUSAN MORIELLO ANCHORAGE CAPITAL GROUP, L.L.C 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHOR CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: SUSAN MORIELLO ANCHORAGE CAPITAL GROUP, L.L.C 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: SUSAN MORIELLO ANCHORAGE CAPITAL GROUP, L.L.C. 610 BROADWAY NEW YORK NY 10012, 6TH FLOOR |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: SUSAN MORIELLO ANCHORAGE CAPITAL GROUP, L.L.C. 610 BROADWAY, 6TH FLOOR NEW YORK NY 10004 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| GRF MASTER FUND, L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: SUSAN MORIELLO ANCHORAGE CAPITAL GROUP, L.L.C. 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| GRF MASTER FUND, L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: SUSAN MORIELLO ANCHORAGE CAPITAL GROUP, L.L.C. 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| GRF MASTER FUND, L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: SUSAN MORIELLO ANCHORAGE CAPITAL GROUP, LLC. 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| GRF MASTER FUND, L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O ANCHORAGE CAPITAL GROUP, L.L.C. ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| GRF MASTER FUND, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| GRF MASTER FUND, L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ATTN: SUSAN MORIELLO ANCHORAGE CAPITAL GROUP, L.L.C. 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY SENIOR FUNDING, INC. | ATTN: MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS,LLC 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. 1585 BROADWAY- 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS,L.P. 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |

Total Number of Records Printed            26

EPIQ BANKRUPTCY SOLUTIONS, LLC