**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Telephone: 212-326-0421
Facsimile: 212-798-6355
TINA N. MOSS, ESQ. (TM-7907)

*Attorneys for SPCP Group, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
: 
In re                                      :   Chapter 11
                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   Case No. 08-13555 (JMP)
                                           :   (Jointly Administered)
                        Debtors.           :
                                           :
------------------------------------------------------------X

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. 3001(e)(2), of the partial transfer, other than for security, of the claim referenced in this evidence and notice (the "Transferred Claim"). A copy of the Evidence of Partial Transfer of Claim is attached hereto as Exhibit A and is incorporated herein by reference.

- 2 -

**Name of Transferee:**

SPCP Group, LLC

**Name of Transferor:**

Merrill Lynch Credit Products, LLC

**Name and Address where notices to Transferee should be sent:**

SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830

Primary Contact: Adam Depanfilis
Telephone: 203-542-4407
Facsimile: 203-542-4507
Email: adepanfilis@silverpointcapital.com

With a copy to:
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher, Esq.
Telephone: 212-326-0148
Facsimile: 212-515-6959
Email: rbeacher@pryorcashman.com

**Name and address where Transferee payments should be sent:**

SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830
Attn: Adam Depanfilis
Telephone: 203-542-4407

Case No. 08-13555
Court Claim No. 16062
Amount of Claim: $3,609,920.20
Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Holdings Inc.

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(e)(2), to receive from the Clerk of the Court notice of filing of the Evidence of Partial Transfer of Claim and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the Transferred Claim as an unconditional transfer; and (ii) Transferee is the valid owner of the Transferred Claim.

Dated: New York, New York  **PRYOR CASHMAN LLP**
July 15, 2011

By:   /s/ *Tina N. Moss*
Tina N. Moss (TM-7907)
7 Times Square
New York, New York 10036
Telephone: 212-326-0421
Facsimile : 212-798-6355

*Attorneys for SPCP Group, LLC*

# EXHIBIT A

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Merrill Lynch Credit Products, LLC

Merrill Lynch Credit Products, LLC, with offices located at c/o Bank of America Merrill Lynch, Bank of America Tower, 3rd Floor, One Bryant Park, New York, NY 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SPCP Group, L.L.C., with offices located at 2 Greenwich Plaza, 1st Floor, Greenwich, CT 06830 ("Buyer"), a portion of all right, title and interest in and to the claims of Seller (originally held by Abaxbank S.p.A.) against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $3,609,920.20, docketed as Claim No. 16062 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 21st day of December, 2010.

WITNESS:                                            MERRILL LYNCH CREDIT PRODUCTS, LLC

(Signature)                                         By: _____
Name: JEFF BENESH                                   (Signature of authorized corporate officer)
Title: ASSOCIATE                                    Name: RON TOROK
(Print name and title of witness)                   Title: VICE PRESIDENT
                                                    Tel.:

WITNESS:                                            SPCP GROUP, L.L.C.

_____                             By: _____
(Signature)                                         (Signature of authorized corporate officer)
Name:                                               Name:
Title:                                              Title: Michael A. Gatto
(Print name and title of witness)                   Tel.: Authorized Signatory

- 10 -