WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                                      :   **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**               :   **08-13555 (JMP)**
                                                               :
                              Debtors.                         :   **(Jointly Administered)**
                                                               :
                                                               :
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT
### OF DEBTORS' ONE HUNDRED FIFTY-FIFTH OMNIBUS OBJECTION
### TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Fifty-Fifth Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was scheduled for July 21, 2011 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely with respect to the claims listed on Exhibit A annexed hereto, to August 25, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing on the Objection as to all other claims set forth therein shall proceed as scheduled on July 21, 2011, at 10:00 a.m. (Prevailing Eastern Time). The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: July 15, 2011
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors
and Debtors in Possession*

2

# Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Blue Angel Claims LLC Transferor: BKW FMB Energie AG | 4413 |
| Blue Angel Claims LLC Transferor: BKW FMB Energie AG | 4414 |
| Quintessence Fund LP C/O QVT Financial LP | 20421 |
| Quintessence Fund LP C/O QVT Financial LP | 21144 |
| Quintessence Fund LP C/O QVT Financial LP | 21145 |
| Quintessence Fund LP C/O QVT Financial LP | 21146 |
| Quintessence Fund LP C/O QVT Financial LP | 21205 |
| Quintessence Fund LP C/O QVT Financial LP | 21225 |
| QVT Fund LP C/O QVT Financial LP | 21138 |
| QVT Fund LP C/O QVT Financial LP | 21139 |
| QVT Fund LP C/O QVT Financial LP | 21140 |
| QVT Fund LP C/O QVT Financial LP | 21202 |
| QVT Fund LP C/O QVT Financial LP | 21217 |
| QVT Fund LP C/O QVT Financial LP | 21222 |