WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                  :
**In re**                                                         :    **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                      :    **08-13555 (JMP)**
                                                                  :
                                            **Debtors.**          :    **(Jointly Administered)**
                                                                  :
                                                                  :
------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF DEBTORS' OBJECTION TO CERTAIN CLAIMS (VALUED DERIVATIVE CLAIMS) AS TO MERRILL LYNCH CREDIT PRODUCTS, LLC

        **PLEASE TAKE NOTICE** that the hearing on Debtors' Sixty-Seventh Omnibus

Objection to Claims (Valued Derivative Claims) (the "Objection"), that was scheduled for

December 22, 2010, at 10:00 a.m. (Prevailing Eastern Time), and that was previously adjourned

as to certain Valued Derivative Claims to July 21, 2011 at 10:00 a.m. (Prevailing Eastern Time),

**has been further adjourned, solely with respect to the claims listed on Exhibit A annexed**

**hereto, to October 27, 2011, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as

soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James

M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling

Green, New York, New York, Room 601, and such Hearing may be further adjourned from time

to time without further notice other than an announcement at the Hearing.

Dated:  July 15, 2011
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors
and Debtors in Possession*

**Exhibit A**

**Adjourned Claims:**

| Claimant Name | Claim Number |
|---|---|
| Merrill Lynch Credit Products, LLC | 17450 |
| Merrill Lynch Credit Products, LLC | 18011 |