Exhibit B



Corporate Trust Services
One Federal Street, 3rd Floor
Boston, MA 02110

*THIS TRANSMITTAL CONTAINS IMPORTANT INFORMATION THAT IS OF INTEREST TO THE BENEFICIAL OWNERS OF THE SUBJECT SECURITIES. IF APPLICABLE, ALL DEPOSITORIES, CUSTODIANS AND OTHER INTERMEDIARIES RECEIVING THIS NOTICE ARE REQUESTED TO EXPEDITE RE-TRANSMITTAL TO SUCH BENEFICIAL OWNERS IN A TIMELY MANNER.*

### NOTICE TO THE HOLDERS OF CERTIFICATES OF:

**Greenpoint Mortgage Funding Trust Mortgage Pass-Through Securities Series 2006-AR5 (the *"Trust"*);***

**Class 1-A2A2  Cusip No. 39538AAE6**
**Class 1-A3A2  Cusip No. 39538AAJ5**

---

Reference is made to that certain Trust Agreement dated as of September 1, 2006 by and between Structured Asset Securities Corporation (*"SASCO"*) as the Depositor, Aurora Loan Services LLC (*"Aurora"*) as the Master Servicer and U.S. Bank National Association as the Trustee (*"U.S. Bank"*), (the *"Trust Agreement"*). Any capitalized terms used herein and not otherwise expressly defined shall have the respective meanings assigned to such terms in the related transaction documents.

The Trust entered into Interest Rate Cap Agreements with Lehman Brothers Special Financing Inc. (*"Lehman"*) in connection with the Greenpoint Mortgage Funding Trust Mortgage Pass-Through Securities Series 2006-AR5 1-A2A2 and 1-A3A2 Certificates (the "Certificates").

Lehman has approached the Trustee about communicating with the Certificateholders in regard to certain matters relating to such Certificates (see *Exhibit A*). If Certificateholders wish to identify themselves, and allow the Trustee to pass this information on to Lehman so that Lehman may contact you, Certificateholders should contact the Trustee as set forth below.

The Trustee reserves all rights under the transactional documents, including without limitation the terms of the Trust Agreement, which provide, among other things, that the Trustee is authorized to pay its own fees and expenses prior to any distributions to the Certificateholders. In addition to other indemnified amounts, amounts owing to the Trustee may include, but are not

---

*Trustee is not responsible for selection or use of CUSIP. It is included solely for Certificateholder convenience.

limited to, compensation for Trustee time spent, and the fees and costs of counsel and other agents it employs, to pursue remedies or other actions to protect the security or other interests of holders.

Please be aware that to the extent the Trustee receives inquiries, the Trustee may conclude that a specific response to particular inquiries from individual Certificateholders is not consistent with equal and full dissemination of information to all Certificateholders. In any event, Certificateholders should not rely on the Trustee as their sole source of information. The Trustee makes no recommendations and does not give advice. Each Certificateholder should seek investment, legal, tax and other necessary advice from its own advisors and based on its own circumstances.

Recipients of this notice are cautioned that this notice is not evidence that the Trustee will recognize the recipient as a Certificateholder. Under Trust Agreements, the Trustee is required only to recognize and treat the person in whose name a Certificate is registered on the registration books maintained by the Trustee as a Certificateholder.

Certificateholders may respond to this Notice, and Certificateholders with any questions regarding this Notice should direct their inquiries, in writing, to: U.S. Bank National Association, Corporate Trust Services, Attention: David Duclos, One Federal Street, 3rd Floor, Boston, MA 02110; or via e-mail at david.duclos@usbank.com. Certificateholders with other questions can contact U.S. Bank at (800) 934-6802, option #4; or, at www.usbank.com/corp_trust/bondholder_contact.html.

U.S. Bank National Association                                May 21, 2010
as Trustee

# EXHIBIT A
## LEHMAN NOTICE TO TRUSTEE

# LEHMAN BROTHERS

May 11, 2010

US Bank National Association
Attn: Timothy Pillar
60 Livingston Avenue
St. Paul, MN 55107

Re: Greenpoint Mortgage Funding Trust, Series 2006-AR5

Dear Mr. Pillar:

We would like to speak with the Noteholders of the Class 1-A2A2 (CUSIP: 39538AAE6) and Class 1-A3A2 (CUSIP: 39538AAJ5) of the Greenpoint Mortgage Funding Trust, Series 2006-AR5 in regard to certain matters relating to such Notes. We would appreciate it if you can assist us in this matter.

If you have any questions, please contact Matthew Cucolo at matthew.cucolo@lamcollc.com or Quan Do at quan.do@lamcollc.com.

By: _____

Matthew Cucolo
Vice President
LAMCO LLC
a subsidiary of Lehman Brothers Holdings Inc.