Hearing Date and Time:   July 20, 2011 at 10:00 a.m. (Prevailing Eastern Time)
Objection Date and Time:  July 15, 2011 at 12:00 p.m. (Prevailing Eastern Time)

WHITEFORD, TAYLOR & PRESTON, LLP
7 St. Paul Street
Baltimore, Maryland 21202
(410) 347-8700 (Telephone)
(410) 223-4337 (Facsimile)
Brent C. Strickland (BS-7811)
Dennis J. Shaffer

*Attorneys for Monarch Alternative Capital LP*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| --------------------------------------------------------------- X | |
|---|---|
| **In re:** : | Chapter 11 Case No. |
| : | |
| **LEHMAN BROTHERS HOLDING, INC.,** *et al.,*  : | 08-13555 (JMP) |
| : | |
| **Debtors.** : | (Jointly Administered) |
| --------------------------------------------------------------- X | |

**JOINDER SUPPORTING RESPONSE OF CENTERBRIDGE CREDIT ADVISORS LLC
TO DEBTORS' MOTION FOR (i) APPROVAL OF STIPULATION AND ORDER
REGARDING CHAPTER 11 PLANS AND (ii) STAY OF RELATED DISCOVERY**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

Monarch Alternative Capital LP, on behalf of the funds it manages ("Monarch"), submits this Joinder in support of the response, dated July 15, 2011 (the "Response"), of Centerbridge Credit Advisors, LLC ("Centerbridge") to the Debtors' Motion for (i) Approval of Stipulation and Order Regarding Chapter 11 Plans and (ii) Stay of Related Discovery [Docket No. 18306].

Monarch generally supports the arguments presented by Centerbridge in the Response with respect to the Bankhaus Allowed Claims.

Dated:    Baltimore, Maryland
         July 15, 2011

          WHITEFORD, TAYLOR & PRESTON, LLP

By:    /s/ Brent C. Strickland
       Brent C. Strickland, (BS-7811)
       Dennis J. Shaffer, (MD Bar No. 25680)
       7 St. Paul Street
       Baltimore, Maryland 21202
       (410) 347-8700 (Telephone)
       (410) 223-4337 (Facsimile)

       Counsel to Monarch Alternative Capital LP

*1962236*