VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, New York  10020
Telephone:  (212) 307-5500
Facsimile: (212) 307-5598
Carollynn H.G. Callari

Counsel For Danske Bank A/S, London Branch

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                      :
                                                            :   Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :
                                                            :   Case No. 08-13555 (JMP)
                           Debtors.              :
                                                            :   Jointly Administered
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, RISHI KAPOOR, an attorney admitted to practice in the State of New York, hereby certify that on July 15, 2011, I caused the *Response of Danske Bank A/S, London Branch to Debtors' Motion for (i) Approval of Stipulation and Order Regarding Chapter 11 Plans and (ii) Stay of Related Discovery* [Docket No. 18531] to be served electronically on the parties registered for ECF service and on the parties and by the means indicated on the attached Service List.

                  */s/ Rishi Kapoor*
                  RISHI KAPOOR

## SERVICE LIST

### By Hand Delivery

Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, New York 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Harvey R. Miller
        Lori R. Fife

The Office of the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Tracy Hope Davis
        Elisabetta Gasparini
        Andrea B. Schwartz

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne
        Dennis O'Donnell
        Evan Fleck

### By E-Mail Transmission

Weil, Gotshal & Manges LLP
Harvey R. Miller (harvey.miller@weil.com)
Lori R. Fife (lori.fife@weil.com)

Milbank, Tweed, Hadley & McCloy LLP
Dennis F. Dunne (ddunne@milbank.com)
Dennis O'Donnell (dodonnell@milbank.com)
Evan Fleck (efleck@milbank.com)