UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :    Case No. 08-13555 (JMP)
                                                               :    (Jointly Administered)
                        Debtors.                               :
---------------------------------------------------------------x

## JOINDER TO THE LIMITED OBJECTION TO DEBTORS' MOTION FOR (I) APPROVAL OF STIPULATION AND ORDER REGARDING CHAPTER 11 PLANS AND (II) STAY OF RELATED DISCOVERY FILED BY PRICEWATERHOUSE COOPERS AG, ZURICH

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUTPCY JUDGE:

      American National Insurance Company, Standard Life and Accident Insurance Company, American National Life Insurance Company of Texas, American National General Insurance Company, American National Lloyds Insurance Company, Comprehensive Investment Services, Farm Family Life Insurance Company and The Moody Foundation, represented by The Law Office of Andrew J. Frisch and Greer, Herz & Adams, L.L.P., (the "Greer, Herz & Adams Clients") submits this joinder to the Limited Objection to Debtors' Motion for (i) Approval of Stipulation and Order Regarding Chapter 11 Plans and (ii) Stay of Related Discovery [Docket No. 18306] (the "Objection") filed by PricewaterhouseCoopers AG, Zurich ("PwC").

      The Greer, Herz & Adams Clients hereby join and incorporate by reference the arguments presented by PwC in its Objection.

Dated: July 15, 2011                                 The Law Office of Andrew J. Frisch
New York, New York

                                                              By: /s/ Andrew J. Frisch
                                                                 Andrew J. Frisch
                                                                 950 Third Avenue, 15th Floor
                                                                 New York, New York 10022
                                                                 (212) 784-2413
                                                                 (212) 888-0919 facsimile
                                                                 afrisch@andrewfrisch.com