## EXHIBIT A

**(Certification)**

10457886\V-4

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 768 6700
Facsimile:  (212) 768-6800
Hugh M. McDonald
Mitchell G. Williams

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x
                                          :

**In re**                                   :           **Chapter 11 Case No.**
                                           :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :         **08-13555 (JMP)**
                                           :

                    **Debtors.**         :         **(Jointly Administered)**
                                         :

----------------------------------------------------------------------x

**CERTIFICATION UNDER GUIDELINES FOR FEES**
**AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT**
**OF THIRD APPLICATION OF SNR DENTON US LLP**
**FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

I, Mitchell G. Williams, hereby certify that:

1.    I am a partner with the applicant firm, SNR Denton US LLP ("SNR Denton"),

with responsibility for the chapter 11 cases of Lehman Brothers Holdings Inc. and certain of its

affiliates, as debtors in possession in the above-captioned cases (collectively, the "Debtors"), in

respect of compliance with the Guidelines for Fees and Disbursements for Professionals in

Southern District of New York Bankruptcy Cases adopted by the Court on June 20, 1991 (the

"Fee and Disbursement Guidelines") and the Amended Guidelines for Fees and Disbursements

for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on

April 19, 1995 (together with the Fee and Disbursement Guidelines, the "Local Guidelines"), the

United States Trustee Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the

"U.S. Trustee Guidelines") and Fourth Amended Order Pursuant to Sections 105(a) and 331 of

the Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly

Compensation and Reimbursement of Expenses of Professionals [Docket No. 15997] (the

"Interim Compensation Order," and together with the Local Guidelines and the UST Guidelines,

the "Guidelines").

2.      This certification is made in respect of SNR Denton's application, dated July 15,

2011 (the "Application"), for interim compensation and reimbursement of expenses for the

period commencing February 1, 2011 through and including May 31, 2011 (the "Third

Compensation Period") in accordance with the Guidelines.

3.      In respect of section 2 of the Fee and Disbursement Guidelines, I certify that SNR

Denton reviewed the Application and has approved it.

4.      In respect of section B.1 of the Local Guidelines, I certify that:

   a.      I have read the Application;

   b.      to the best of my knowledge, information, and belief formed after
           reasonable inquiry, the fees and disbursements sought fall within the Local
           Guidelines;

   c.      the fees and disbursements sought are billed at rates in accordance with
           those customarily charged by SNR Denton and generally accepted by SNR
           Denton's clients; and

   d.      in providing a reimbursable service, SNR Denton does not make a profit
           on that service, whether the service is performed by SNR Denton in-house
           or through a third party.

5.      In respect of section B.2 of the Local Guidelines and as required by the

Administrative Order, I certify that SNR Denton has complied with these provisions requiring it

to provide counsel for the statutory committee of unsecured creditors appointed in these cases

(the "Committee") and the Debtors, with a statement of SNR Denton's fees and disbursements

accrued during the previous months.

- 2 -

10457886\V-4

- 3 -

6.      In respect of section B.3 of the Local Guidelines, I certify that the Debtors,

attorneys for the Committee, and the United States Trustee for the Southern District of New

York are each being provided with a copy of the Application.

Dated:  July 15, 2011
         New York, New York

                                             /s/ Mitchell G. Williams
                                             Mitchell G. Williams

                                             SNR Denton US LLP
                                             1221 Avenue of the Americas
                                             New York, New York 10020
                                             Telephone:  (212) 768 6700
                                             Facsimile:  (212) 768-6800


                                             Attorneys for Debtors in Possession

10457886\V-4