## EXHIBIT B

### EXPENSE SUMMARY BY SNR DENTON US LLP FOR THE
### THIRD INTERIM PERIOD OF FEBRUARY 1, 2011 THROUGH MAY 31, 2011

| EXPENSES | AMOUNTS |
|---|---|
| Document Reproduction | $812.30 |
| Delivery | $191.03 |
| Teleconference Expenses | $38.01 |
| Ground Transportation | $202.67 |
| Meals | $29.72 |
| Lexis | $176.57 |
| Westlaw | $30.97 |
| **Total:** | **$1481.27** |

10457886\V-4