**EXHIBIT C**

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY SNR DENTON US LLP FOR THE THIRD INTERIM PERIOD OF FEBRUARY 1, 2011 THROUGH MAY 31, 2011**

| PROJECT CATEGORY | CLIENT NUMBER | MATTER NUMBER | HOURS | AMOUNT |
|---|---|---|---|---|
| **Real Estate** | 21416248 | 0617 | 9.30 | $7,505.00 |
| | 21416248 | 0795 | 0.80 | $672.00 |
| | 21416248 | 0796 | 0.80 | $672.00 |
| | 21416248 | 0807 | 4.90 | $1,676.00 |
| | 21416248 | 0814 | 11.20 | $9408 |
| | 21416248 | 0815 | 0.80 | $672.00 |
| | 21416248 | 0817 | 1.80 | $1,512.00 |
| | 21416248 | 0818 | 11.60 | $9,139.00 |
| | 21416248 | 0832 | 0.80 | $672.00 |
| | 21416248 | 0836 | 0.30 | $252.00 |
| | 21416248 | 0838 | 39.70 | $24,464.00 |
| | 21416248 | 0851 | 34.40 | $22,600.00 |
| | 21416248 | 0865 | 2.70 | $2,416.50 |
| | 21416248 | 0866 | 14.40 | $12,882.00 |
| | 21416248 | 0867 | 0.50 | $447.50 |
| | 09807760 | 0011 | 284.40 | $184,695.00 |
| | 09807760 | 0021 | 450.80 | $260,102.00 |
| | 09807760 | 0035 | 223.10 | $138,650.00 |
| **Fee/Retention Issues** | 09807760 | 0030 | 98.30 | $47,310.50 |
| **Total Fees Requested:** | | | **1190.60** | **$725,747.50**[1] |

---

[1] This figure includes $635.00, for which SNR Denton does not seek approval, and which will be applied as a deduction in calculating amounts due to SNR Denton from the Debtors.

10457886\V-4