## EXHIBIT D

**SNR DENTON US LLP'S MONTHLY FEE STATEMENTS FOR THE THIRD INTERIM PERIOD OF FEBRUARY 1, 2011 THROUGH MAY 31, 2011**

10457886\V-2

# SNR DENTON ⊐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
46TH FLOOR
NEW YORK, NY 10020

March 15, 2011

**Invoice No. 1281217**

Client/Matter: 09807760-0011

RITZ KAPALUA

Payment Due Upon Receipt

Total This Invoice                                    $        48,315.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
46TH FLOOR
NEW YORK, NY 10020

March 15, 2011

**Invoice No. 1281217**

Client/Matter:  09807760-0011

RITZ KAPALUA

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 02/01/11 | L. White | 2.80 | P300 | Email correspondence and telephone conferences with Nan Molofsky regarding documentation and structuring (.8); revise asset management agreement (.8); revise line of credit (.7); email correspondence regarding same with Gencom and Milbank (.5). |
| 02/02/11 | L. White | 2.70 | P300 | Telephone conference with Nan Molofsky regarding asset management agreement performance hurdles (.3); email correspondence with Julie Levitt and Blythe Edwards (.5); telephone conference with David Fleischer (.5); review UCC memo (1.0); email correspondence with Michael Lascher and Nan Molofsky regarding same (.4). |
| 02/03/11 | L. White | 6.00 | P300 | Preparation for (1.0) and attend conference call with Nan Molofsky, Brian Gross and Joelle Halperin regarding Gencom memo prepared by Milbank on behalf of UCC (1.0); draft response to memo (4.0). |
| 02/04/11 | L. White | 3.50 | P300 | Draft response to Milbank memo (2.2); telephone conference with Nan Molofsky regarding same (.2); review and comment on Nan Molofsky's comments on memo (.5); telephone conference with Meghan Cocci regarding asset management documents (.3); review Gencom asset management sources document (.3). |

2

RITZ KAPALUA

March 15, 2011

Matter: 09807760-0011
Invoice No.: 1281217

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 02/07/11 | K. Londo | 1.80 | B110 | Review due diligence follow up comments to memo regarding status (.8), conference call with all parties regarding open issues (1.0). |
| 02/07/11 | L. White | 3.80 | P300 | Review responses to due diligence memo (.5); telephone conference with Nan Molofsky regarding response to UCC email; (.5); review and mark-up same (.8); prepare for call with Borrower and Borrower's counsel (.7); attend same (1.0); follow-up with Nan regarding meeting (.3). |
| 02/08/11 | L. White | 1.00 | P300 | Review open issues list prepared by Karim's counsel (.7); correspondence with Blyth Edwards regarding due diligence (.3). |
| 02/09/11 | L. White | 2.50 | P300 | Telephone conferences with Nan Molofsky regarding UCC call (.7); prepare for (.3) and attend UCC call (1.0); review Milbank comments on asset management agreement (.5). |
| 02/10/11 | L. White | 0.50 | P300 | Correspondence with Nan Molofsky regarding due diligence and document revisions (.3); correspondence with Blythe Edwards regarding same (.2). |
| 02/10/11 | K. Londo | 1.30 | B110 | Follow up regarding due diligence deliveries, review deliveries and update closing checklist re same (1.3). |
| 02/11/11 | L. White | 1.00 | P300 | Review Milbank's comments on asset management agreement (.8); correspondence with Nan Molofsky regarding same (.2). |
| 02/11/11 | K. Londo | 0.50 | B110 | Follow up regarding due diligence deliverables (.4); review and organize same (.1). |
| 02/13/11 | L. White | 0.50 | P300 | Review UCC comments on asset management agreement (.5). |
| 02/13/11 | K. Londo | 0.50 | B110 | Review due diligence materials provided by Gencom (.5). |

RITZ KAPALUA

March 15, 2011

Matter: 09807760-0011
Invoice No.: 1281217

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 02/14/11 | L. White | 3.50 | P300 | Telephone conferences and email correspondence with Meghan Cocci regarding asset management agreement (.5); conference with Keith Londo regarding due diligence (.3); conference call with Nan Molofsky, Brian Gross and Meghan Cocci regarding asset management agreement (1.2); follow-up with Meghan Cocci (.5); revise settlement agreement (1.0). |
| 02/14/11 | M. Cocci | 3.50 | P300 | Telephone conference with L. White regarding status of Asset Management Agreement and discussions with Milbank (.5); review Milbank revisions to Asset Management Agreement (.3); telephone conference with L. White and N. Molofsky regarding Milbank comments to Asset Management Agreement (1.2); follow-up w/L. White (.5); work on drafting revisions to Asset Management Agreement (1.0). |
| 02/14/11 | K. Londo | 2.80 | B110 | Review due diligence materials (1.5), meet with L. White re same (.3), revise closing checklist to update per review (1.0). |
| 02/15/11 | M. Cocci | 0.70 | P300 | Telephone conference with L. White regarding comments to Asset Management Agreement (.3); revise Asset Management Agreement and e-mail same to N. Molofsky and B. Gross (.4). |
| 02/15/11 | L. White | 4.00 | P300 | Review asset management agreement (1.5); telephone conference with Meghan Cocci regarding same (.3); review motion for summary judgment and Ritz SNDA regarding subordination of Ritz management agreement (1.4); telephone conference and email correspondence with Nan Molofsky regarding same (.3); email correspondence with local counsel regarding same (.5). |

RITZ KAPALUA

March 15, 2011

Matter: 09807760-0011
Invoice No.: 1281217

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 02/16/11 | L. White | 1.50 | P300 | Various telephone conferences with Nan Molofsky regarding asset management agreement and Ritz SNDA (.8); review Ritz SNDA (.5); email correspondence with Ritz (.2). |
| 02/17/11 | L. White | 1.50 | P300 | Telephone conference with Meghan Cocci regarding asset management agreement (.2); telephone conferences and email correspondence with Barry Sullivan regarding Ritz's local counsels' inquiries regarding motion for summary judgment (1.0); correspondence to Nan Molofsky regarding same (.3). |
| 02/17/11 | M. Cocci | 0.30 | P300 | Review e-mails from N. Molofsky and B. Gross regarding changes to Asset Management Agreement (.1); Telephone conference with L. White regarding same (.2). |
| 02/18/11 | L. White | 3.50 | P300 | Telephone conference with Carren Shulman (Ritz's bankruptcy counsel) (.8); prepare email memo to Nan Molofsky and Joelle Halperin regarding Shulman's concern's (.5); review Shulman's suggested language for motion for summary judgment and revise same (1.2);email Barry Sullivan (Hawaii counsel) regarding same (.3); review Sullivan's suggested language (.2); review notice requirements under Ritz documentation (.5) |
| 02/19/11 | L. White | 1.00 | P300 | Email correspondence with Carren Shulman, Nan Molofsky, Joelle Halperin regarding Ritz bankruptcy and SNDA issues (1.0). |
| 02/19/11 | M. Cocci | 0.30 | P500 | Revise Asset Management Agreement to incorporate new performance test thresholds (.2); e-mail to B . Gross and N. Molofsky regarding same (.1). |

RITZ KAPALUA

March 15, 2011

Matter: 09807760-0011
Invoice No.: 1281217

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 02/21/11 | L. White | 2.00 | P300 | Telephone conferences and email correspondence with Joelle Halperin and Shai Waisman regarding Ritz's bankruptcy and SNDA concerns (1.5); email correspondence with Barry Sullivan regarding (.3); correspondence with Julie Levitt (.2). |
| 02/22/11 | M. Cocci | 1.10 | P500 | Review e-mails from N. Molofsky and L. White regarding revisions to calculation of Gross Revenue and Operating Profit (.2); review Ritz Carlton monthly report regarding same (.2); revise Asset Management Agreement provisions regarding fee calculations to address same (.5); e-mail to L. White regarding same (.2). |
| 02/22/11 | L. White | 4.00 | P300 | Various telephone conferences with Nan Molofsky regarding asset management agreement and Ritz issues (.7); email correspondence with Carren Shulman regarding Ritz issues (.7); review bluebook and telephone conferences with Nan regarding definition of net house profit for use in asset management agreement (.8); revise LOC (.2); revise settlement agreement (1.0); correspondence with Meghan Cocci regarding changes to asset management agreement (.3); review revised asset management agreement (.3). |
| 02/23/11 | L. White | 4.20 | P300 | Numerous telephone conferences and email correspondence with Joelle Halperin, Nan Molofsky, Michael Lascher, Barry Sullivan, Shai Waisman and Carren Shulman regarding Ritz's issues regarding motion for summary judgment (3.5); telephone conference with Nan Molofsky regarding settlement agreement issues (.5); review revised asset management agreement (.2). |

RITZ KAPALUA

March 15, 2011

Matter: 09807760-0011
Invoice No.: 1281217

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 02/23/11 | M. Cocci | 0.20 | P500 | Revise definition of Gross Revenues in Asset Management Agreement and e-mail same to N. Molofsky and B. Gross for review and comment (.2). |
| 02/24/11 | M. Cocci | 0.20 | P500 | Review and respond to e-mail from N. Molofsky regarding Asset Management Agreement (.1); distribute revised draft of Asset Management Agreement (.1). |
| 02/24/11 | L. White | 2.20 | P300 | Correspondence regarding Ritz issues (.2); review settlement agreement (2.0). |
| 02/25/11 | L. White | 1.80 | P300 | Review order granting summary judgment (1.2); telephone conference with Nan Molofsky regarding same (.1); correspondence with Carren Shulman regarding same (.1); review management agreement regarding transfer issues (.2); correspondence with Milbank regarding management agreement (.2). |
| 02/26/11 | L. White | 0.70 | P300 | Revise settlement agreement (.7). |
| 02/28/11 | L. White | 2.70 | P300 | Correspondence with David Paulson and Barry Sullivan regarding order for motion for summary judgment (1.5); revise settlement agreement (1.0); telephone conference with Nan Molofsky (.2). |
| 02/28/11 | K. Londo | 0.50 | B110 | Follow up review of due diligence deliverables (.25), update closing checklist re same (.25). |

| Total Hours | 70.60 |
|---|---|
| Fee Amount | $48,315.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White | $705.00 | 56.90 | $40,114.50 |
| M. Cocci | $685.00 | 6.30 | $4,315.50 |

RITZ KAPALUA

March 15, 2011

Matter: 09807760-0011
Invoice No.: 1281217

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| K. Londo | $525.00 | 7.40 | $3,885.00 |
| Totals | | 70.60 | $48,315.00 |

| | | |
|---|---|---|
| Fee Total | $ | 48,315.00 |
| Invoice Total | $ | 48,315.00 |

8

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE
39TH FLOOR
NEW YORK, NY 10020

March 15, 2011

**Invoice No. 1281218**

Client/Matter: 09807760-0021

LIFESTYLE DEVELOPMENT, LP

Payment Due Upon Receipt

---

Total This Invoice                    $        27,845.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 3078 | OR | Attention: Accounting |
| Carol Stream, IL 60132-3078 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP                                                snrdenton.com
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

JOELLE HALPERIN                                                    March 15, 2011
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVENUE                                          **Invoice No. 1281218**
39TH FLOOR
NEW YORK, NY 10020

Client/Matter:  09807760-0021

LIFESTYLE DEVELOPMENT, LP

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 02/02/11 | L. White | 0.30 | P300 | Telephone conference with Nan Molofsky re: facility agreement (.3). |
| 02/03/11 | L. White | 1.00 | P300 | Review Brian North's email regarding partnership approval rights (.3); review /consider approval rights issues (.7). |
| 02/04/11 | L. White | 1.50 | P300 | Conference call with Bob Fernandez, Nan Molofsky and Patrick Mace (.7); follow up with Bob Fernandez (.3); review facility agreement regarding remaining obligations (.5). |
| 02/04/11 | R. Fernandez | 3.50 | P300 | Conference call with Linda White, Nan Molofsky and Patrick Mace (.7); follow-up with L. White (.3); telephone conversation with B. North re: Settlement Agreement and Lifestyle Development LP Agreement (1.0); revise Aircraft Lease and LMR Management Agreement (1.5). |
| 02/07/11 | R. Fernandez | 3.00 | P300 | Revise Settlement Agreement (1.5); review and revise Aircraft Lease and Management Agreement (1.5). |
| 02/08/11 | R. Fernandez | 5.00 | P300 | Telephone conversation with B. North to negotiate Settlement Agreement and Aircraft Lease (1.4); conference with L. White re: same(.8); revise Settlement Agreement, Beverages Services Agreement and Management Agreement (2.8) |

2

LIFESTYLE DEVELOPMENT, LP

March 15, 2011

Matter: 09807760-0021
Invoice No.: 1281218

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 02/08/11 | L. White | 1.30 | P300 | Various conferences and email correspondence with Bob Fernandez regarding settlement negotiations, park permit, opinion, partnership agreement and his conversations with Brian North regarding same (.8); review documentation regarding same (.5). |
| 02/09/11 | L. White | 0.30 | P300 | Telephone conference with Nan Molofsky regarding open issues (.3). |
| 02/09/11 | R. Fernandez | 2.00 | P300 | Multiple conversations with P. Mace re: Lone Mountain Ranch Liquor issues (.5); telephone conversation and emails with J. Jones re: same (.4); revise Settlement Agreement (1.1). |
| 02/10/11 | L. White | 1.20 | P300 | Review settlement agreement and licenses and permits (1.2). |
| 02/13/11 | L. White | 0.80 | P300 | Review revised settlement agreement (.8). |
| 02/14/11 | L. White | 2.50 | P300 | Conference with Bob Fernandez regarding settlement agreement (.5); review Everlands Offering Plan (1.2); conference with Katie Seidelman regarding title check on Castle Hot Springs to determine if Swedbank foreclosed (.3); correspondence with Nan Molofsky regarding Brian North's comments on settlement agreement (.5). |
| 02/14/11 | R. Fernandez | 1.20 | P300 | Review Borrower's proposed revisions to Settlement Agreement (.7); conference with L. White re: same (.5). |
| 02/15/11 | R. Fernandez | 2.50 | P300 | Review Borrower's comments to Aircraft Lease and Management Agreement (2.2); conference with L. White re: same (.3). |
| 02/15/11 | L. White | 1.00 | P300 | Telephone conference with Nan Molofsky regarding settlement agreement (.5); review Brian North's comments (.2); conference with Bob Fernandez regarding same (.3). |

**LIFESTYLE DEVELOPMENT, LP**

March 15, 2011

Matter: 09807760-0021
Invoice No.: 1281218

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 02/16/11 | L. White | 2.00 | P300 | Review Brian North's comments on settlement agreement (.7); conference with Bob Fernandez regarding same and regarding liquor license (.5); correspondence with Nan Molofsky regarding liquor license and settlement agreement (.5); correspondence with Katie Seidelman and Nan Molofsky regarding Castle Hot Springs foreclosure (.3). |
| 02/16/11 | R. Fernandez | 0.50 | P300 | Conference with L. White re: B. North's comments to Settlement Agreement (.5). |
| 02/21/11 | L. White | 1.50 | P300 | Draft email memo response to settlement agreement issues (1.5). |
| 02/21/11 | R. Fernandez | 1.50 | P300 | Review Borrower's comments to Beverage Service Management Agreement, Accounting Services Agreement and Assignment and Assumption to Alaska Lease (1.5). |
| 02/22/11 | L. White | 0.50 | P300 | Telephone conference with Nan Molofsky regarding settlement agreement (.3); email correspondence with Nan Molofsky regarding reporting requirements in management agreement (.2). |
| 02/23/11 | L. White | 1.30 | P300 | Review management agreement regarding budget provisions (.4); telephone conference and email correspondence with Nan Molofsky regarding same (.4); review Brian North's responses on outstanding settlement agreement issues (.5). |
| 02/24/11 | L. White | 1.80 | P300 | Review Brian North's comments on settlement agreement; (.8); telephone conference with Nan Molofsky regarding same (.7); conference with Bob Fernandez regarding management agreement issues (.3). |
| 02/24/11 | R. Fernandez | 2.00 | P300 | Revise Aircraft lease and Beverage Services Management Agreement (1.7); conference with L. White re: same (0.3). |

4

**LIFESTYLE DEVELOPMENT, LP**

March 15, 2011

Matter: 09807760-0021
Invoice No.: 1281218

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 02/25/11 | L. White | 1.50 | P300 | Conference with Bob Fernandez regarding Aircraft lease and management agreement (.2); telephone conference with Nan Molofsky and Patrick Mace regarding same (.6); correspondence with Brian North and Nan Molofsky regarding Castle Hot Springs (.7). |
| 02/28/11 | L. White | 2.00 | P300 | Prepare for call with Brian North (.5); telephone conference with Brian North and Bob Fernandez (1.0); follow-up with Bob Fernandez (.3); telephone conference with Nan Molofsky (.2). |
| 02/28/11 | R. Fernandez | 1.50 | P300 | Negotiate Management Agreement, Aircraft Lease Agreement, Beverages Services Management Agreement and Accounting Services Management Agreement with B. North (1.5). |

| | | | |
|---|---|---|---|
| Total Hours | | 43.20 | |
| Fee Amount | | | $27,845.50 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| L. White | $705.00 | 20.50 | $14,452.50 |
| R. Fernandez | $590.00 | 22.70 | $13,393.00 |
| Totals | | 43.20 | $27,845.50 |

| | | |
|---|---|---|
| Fee Total | $ | 27,845.50 |
| Invoice Total | $ | 27,845.50 |

# SNR DENTON ⅃

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020
USA

March 15, 2011

**Invoice No. 1281220**

Client/Matter: 09807760-0030

BANKRUPTCY (POST-PETITION WORK)

Payment Due Upon Receipt

Total This Invoice                                        $          2,548.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 3078
Carol Stream, IL 60132-3078

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

JOELLE HALPERIN
LEHMAN BROTHERS HOLDINGS INC.
1217 SIXTH AVENUE, 38TH FLOOR
NEW YORK, NY 10020
USA

March 15, 2011

**Invoice No. 1281220**

Client/Matter:   09807760-0030

BANKRUPTCY (POST-PETITION WORK)

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 02/01/11 | L. Bechutsky | 1.90 | B170 | Correspondence with L. Barbour (.2) and HMM (.3) re invoices in Excel format; attention to same (1.4). |
| 02/07/11 | L. Bechutsky | 0.30 | B160 | Review Feb. 2010 monthly statements in Excel format as per Fee Committee request (.3). |
| 02/10/11 | L. Bechutsky | 0.30 | B160 | Attention to Feb. 2010 monthly statement in Excel format as per Fee Committee request (.3). |
| 02/11/11 | L. Bechutsky | 0.30 | B160 | Attention to March 2010 monthly statement in Excel format as per Fee Committee request (.3). |
| 02/14/11 | L. Bechutsky | 0.30 | B160 | Attention to April 2010 monthly invoices in Excel format as per Fee Committee request (.3). |
| 02/17/11 | L. Bechutsky | 1.70 | B160 | Revise January invoices and draft monthly statement (1.7). |
| 02/24/11 | L. Bechutsky | 0.30 | B160 | Attention to January 2011 monthly statement, invoice and Excel spread sheet (.3). |
| 02/24/11 | L. Bechutsky | 0.50 | B160 | Attention to January 2011 monthly statement, invoice and Excel spread sheet (.5). |

| | | | | |
|------|------|------|------|------|
| Total Hours | | 5.60 | | |
| Fee Amount | | | | $2,548.00 |

BANKRUPTCY (POST-PETITION WORK)

March 15, 2011

Matter: 09807760-0030
Invoice No.: 1281220

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. Bechutsky | $455.00 | 5.60 | $2,548.00 |
| Totals | | 5.60 | $2,548.00 |

| | | |
|---|---|---|
| Fee Total | $ | 2,548.00 |
| Invoice Total | $ | 2,548.00 |

# SNR DENTON ⅂

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ATTN: JOELLE HALPERIN
1271 Sixth Avenue, 38th Floor
NEW YORK, NY 10020
NEW YORK, NY 10020
USA

March 16, 2011

**Invoice No. 1281264**

Client/Matter: 09807760-0035

Master Portfolio Contract

Payment Due Upon Receipt

Total This Invoice                                    $          5,974.00

Please return this page with your payment

In the case of mail deliveries to:          In the case of overnight deliveries to:
SNR Denton US LLP                              SNR Denton US LLP
Dept. 3078                    OR               Attention: Accounting
Carol Stream, IL 60132-3078                   233 South Wacker Drive
                                              Chicago, IL 60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name: SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
L. White
at 1 312 876 8000

# SNR DENTON ⌐

SNR Denton US LLP
233 South Wacker Drive
Suite 7800
Chicago, Illinois 60606-6306

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ATTN: JOELLE HALPERIN
1271 Sixth Avenue, 38th Floor
NEW YORK,  NY  10020
NEW YORK, NY 10020
USA

March 16, 2011

**Invoice No. 1281264**

Client/Matter:  09807760-0035

Master Portfolio Contract

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 02/15/11 | L. White | 0.50 | P300 | Conference with Meghan Cocci re: term sheet (.5). |
| 02/16/11 | L. White | 0.50 | P300 | Review term sheet (.5). |
| 02/16/11 | M. Cocci | 2.40 | P500 | Review and comment on Hersha Term Sheet (.9); telephone conference with S. Frey regarding same (1.0);  draft inserts for S. Frey for Term Sheet regarding nonbinding; territorial and portfolio changes (.5). |
| 02/16/11 | I. Waldman | 0.30 | P300 | Review Hersha Hospitality term sheet and overview of proposed portfolio bid structure (.3). |
| 02/16/11 | I. Waldman | 1.00 | P300 | Telephone call with S. Frey regarding revisions to term sheet (1.0). |
| 02/22/11 | L. White | 0.50 | P300 | Review Archon term sheet (.5). |
| 02/22/11 | M. Cocci | 0.90 | P500 | Review revisions to Hersha management term sheet (.2); review initial draft of Archon term sheet (.3); draft e-mail to S. Frey regarding comments to same (.4). |
| 02/23/11 | M. Cocci | 1.90 | P500 | Review and revise Archon/PHR term sheet (1.3); e-mail to S. Frey and J. Pomeranz regarding equity promote input (.1); review new proposed revisions to Term Sheet from Hersha and draft e-mail to client team regarding same (.5). |

2

Master Portfolio Contract

March 16, 2011

Matter: 09807760-0035
Invoice No.: 1281264

| **Date** | **Timekeeper** | **Hours** | **Task** | **Narrative** |
|---|---|---|---|---|
| 02/24/11 | M. Cocci | 1.00 | P500 | Review and respond to e-mail from M. Lascher regarding Archon Term Sheet (.2); incorporate revisions to Archon Term sheet to reflect comments from Lazard (.6); draft e-mail to M. Lascher regarding same (.2). |

Total Hours                9.00

Fee Amount                                                                          $5,974.00

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| L. White | $705.00 | 1.50 | $1,057.50 |
| M. Cocci | $685.00 | 6.20 | $4,247.00 |
| I. Waldman | $515.00 | 1.30 | $669.50 |
| Totals | | 9.00 | $5,974.00 |

Fee Total                              $     5,974.00

Invoice Total                         $     5,974.00

# SNR DENTON ⊐

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

March 11, 2011

**Invoice No. 1280426**

Client/Matter: 21416248-0814

SALE OF WYNDHAM MEZZ LOAN

Payment Due Upon Receipt

---

Lehman  Contact:   Susanne Frey

Total This Invoice                                          $          1,008.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL 60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York 10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

12867825\V-3

# SNR DENTON ⅂

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

March 11, 2011

**Invoice No. 1280426**

Client/Matter:  21416248-0814

SALE OF WYNDHAM MEZZ LOAN

For Professional Services Rendered through February 28, 2011:

| **Date** | **Timekeeper** | **Hours** | **Task** | **Narrative** |
|---|---|---|---|---|
| 02/07/11 | M. Williams | 1.20 | P300 | Telephone conference with Ms. Frey regarding Lehman ability to contact mortgage borrower directly (.2), telephone conference with A. Gilbert regarding same (.3), review limitations or approvals to deal with mortgage borrower (.4), telephone conference with Ms. Frey advising her of risks and advising that Lehman not do it without consent form borrower (0.3). |

| | | |
|---|---|---|
| Total Hours | 1.20 | |
| Fee Amount | | $1,008.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams | $840.00 | 1.20 | $1,008.00 |
| Totals | | 1.20 | $1,008.00 |

2

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

March 16, 2011

**Invoice No. 1280824**

Client/Matter: 21416248-0838

Colony/Midtown Plaza

Payment Due Upon Receipt

Lehman Contact:  Thomas  Buffa

Total This Invoice                                               $            672.00

Please return this page with your payment

In the case of mail deliveries to:
SNR Denton US LLP
Dept. 7247-6670
Philadelphia, PA 19170-6670

OR

In the case of overnight deliveries to:
SNR Denton US LLP
Attention: Accounting
233 South Wacker Drive
Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

12869411\V-2

# SNR DENTON

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

March 16, 2011

**Invoice No. 1280824**

Client/Matter:  21416248-0838

Colony/Midtown Plaza

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Task | Narrative |
|---|---|---|---|---|
| 02/01/11 | M. Williams | 0.80 | P700 | Email correspondence with Ms. Clark from Wells Fargo, re: search for executed ICA (.8). |

| | | | |
|---|---|---|---|
| Total Hours | | 0.80 | |
| Fee Amount | | | $672.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams | $840.00 | 0.80 | $672.00 |
| Totals | | 0.80 | $672.00 |

| | | |
|---|---|---|
| Fee Total | $ | 672.00 |
| Invoice Total | $ | 672.00 |

2

# SNR DENTON ⊐

SNR Denton US LLP                    snrdenton.com
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                                      March 16, 2011
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020                              **Invoice No. 1280428**

Client/Matter: 21416248-0851

301 HOWARD:  CW Capital Rakes Loan                    Payment Due Upon Receipt

Lehman Contact:  Thomas Buffa

Total This Invoice                                           $         3,696.40

Please return this page with your payment

In the case of mail deliveries to:                    In the case of overnight deliveries to:
SNR Denton US LLP                                          SNR Denton US LLP
Dept. 7247-6670                    OR                Attention: Accounting
Philadelphia, PA 19170-6670                          233 South Wacker Drive
                                                           Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

12869409\V-2

# SNR DENTON ⏌

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020

March 16, 2011

**Invoice No. 1280428**

Client/Matter:  21416248-0851

301 HOWARD:  CW Capital Rakes Loan

For Professional Services Rendered through February 28, 2011:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Task</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 02/03/11 | M. Williams | 1.50 | P300 | Review CW Capital request to waive prior notice of acceleration (.7), review status of rakes documents (.7), telephone conference with Mr. Buffa regarding same (.1). |
| 02/10/11 | M. Williams | 1.00 | P300 | Telephone conference  with Mr. Buffa, discussing proposed modifications to rakes loan agreement (1.4), consequences of deleting margin call provisions, etc (1.0). |
| 02/24/11 | M. Williams | 1.40 | P300 | Review borrower mark up of Rakes loan agreement (1.4). |
| 02/28/11 | M. Williams | 0.50 | P300 | Telephone conference with Mr. Buffa regarding borrower comments to the Rakes loan agreement (.5). |

| | |
|---|---|
| Total Hours | 4.40 |
| Fee Amount | $3,696.00 |

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams | $840.00 | <u>4.40</u> | <u>$3,696.00</u> |
| Totals | | 4.40 | $3,696.00 |

2

301 HOWARD

March 16, 2011

Matter: 21416248-0851
Invoice No.: 1280428

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Document reproduction | | 0.40 |
| | | SUBTOTAL | 0.40 |
| | Total Disbursements | | $0.40 |

| | | |
|---|---|---|
| Fee Total | $ | 3,696.00 |
| Disbursement Total | $ | 0.40 |
| Invoice Total | $ | 3,696.40 |

3

# SNR DENTON 🔁

SNR Denton US LLP                          snrdenton.com
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                     March 16, 2011
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                              **Invoice No. 1280427**

Client/Matter: 21416248-0818

GLENDALE LOAN MODIFICATION                    Payment Due Upon Receipt

---

Lehman Contact:  Thomas Buffa

Total This Invoice                          $        3,948.40

Please return this page with your payment

In the case of mail deliveries to:           In the case of overnight deliveries to:
SNR Denton US LLP                                  SNR Denton US LLP
Dept. 7247-6670            OR              Attention: Accounting
Philadelphia, PA 19170-6670                    233 South Wacker Drive
                                                    Chicago, IL  60606-6306

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

12869439\V-2

# SNR DENTON ⅂

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

March 16, 2011

**Invoice No. 1280427**

Client/Matter:  21416248-0818

GLENDALE LOAN MODIFICATION

For Professional Services Rendered through February 28, 2011:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 02/18/11 | M. Williams | 2.70 | P300 | Review underlying mortgage and mezzanine loan agreements, review corporate loan agreement and first amendment, review borrower proposal for modifications in preparation for telephone conference (2.0), telephone conference with messrs. Gupta, Buffa, Siddons regarding borrower request and impact on corporate loan (.7) |
| 02/22/11 | M. Williams | 0.50 | P300 | Telephone conference with Mr. Buffa regarding terms of proposed modification of underlying loans (0.5). |
| 02/22/11 | M. Williams | 0.50 | P300 | Telephone conference with Mr. Gleeson regarding calculation of margin, and obligations of Lehman to refund excess collateral (.5). |
| 02/23/11 | M. Williams | 0.50 | P300 | Telephone conference with Mr. Buffa regarding email proposal from borrower for restructuring (.3), review existing loan documents for consent rights (.2). |
| 02/24/11 | M. Williams | 0.50 | P300 | Telephone conference with Mr. Buffa regarding restructuring options with respect to underlying loan (.5). |

| | | | | |
|------|-----------|-------|------|-----------|
| Total Hours | | 4.70 | | |
| Fee Amount | | | | $3,948.00 |

128694391V-2

GLENDALE LOAN MODIFICATION

March 16, 2011

Matter: 21416248-0818
Invoice No.: 1280427

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams | $840.00 | 4.70 | $3,948.00 |
| Totals | | 4.70 | $3,948.00 |

### DISBURSEMENT DETAIL

| Date | Description | | Amount |
|---|---|---|---|
| | Document reproduction | | 0.40 |
| | | SUBTOTAL | 0.40 |
| | Total Disbursements | | $0.40 |

| | | |
|---|---|---|
| Fee Total | $ | 3,948.00 |
| Disbursement Total | $ | 0.40 |
| Invoice Total | $ | 3,948.40 |

3

# SNR DENTON ⌐

SNR Denton US LLP                snrdenton.com
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.                                                March 16, 2011
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                      **Invoice No. 1281320**

Client/Matter: 21416248-0838

Adams Mark Corporate Loan                              Payment Due Upon Receipt

---

Lehman Contact:  Sam Gleeson

Total This Invoice                             $          1,809.50

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

March 16, 2011

**Invoice No. 1281320**

Client/Matter:  21416248-0838

Adams Mark Corporate Loan

For Professional Services Rendered through March 16, 2011:

| <u>Date</u> | <u>Timekeeper</u> | <u>Hours</u> | <u>Task</u> | <u>Narrative</u> |
|---|---|---|---|---|
| 02/28/11 | M. Williams | 1.50 | P300 | Telephone conference with Mr. Gleeson re: loan agreement (.4), review Adams Mark corporate loan agreement, and note, review memos to Lehman on Future funding liability issues (.8), office conference with J. Forstot regarding impact of changes made to the master form in the Adams Mark loan (.4). |
| 02/28/11 | J. Forstot | 0.70 | B101 | Telephone call with M. Williams with respect to future funding liability (.2); review memo re: funding liability issues (.3); further telephone call with M. Williams regarding the same. (.2). |

| | | | |
|---|---|---|---|
| Total Hours | | 2.20 | |
| Fee Amount | | | $1,809.50 |

### TIME AND FEE SUMMARY

| <u>Timekeeper</u> | <u>Rate</u> | <u>Hours</u> | <u>Fees</u> |
|---|---|---|---|
| J. Forstot | $785.00 | 0.70 | $549.50 |
| M. Williams | $840.00 | <u>1.50</u> | <u>$1,260.00</u> |
| Totals | | 2.20 | $1,809.50 |

| | | |
|---|---|---|
| Fee Total | $ | 1,809.50 |
| Invoice Total | $ | 1,809.50 |

2

128694311\V-2

# SNR DENTON ⌐

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

March 16, 2011

**Invoice No. 1281316**

Client/Matter: 21416248-0838

Beaver Creek Corporate Loan

Payment Due Upon Receipt

---

Lehman Contact:  Sam Gleeson

Total This Invoice                                          $            420.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

12869427\V-2

# SNR DENTON ⅂

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

March 16, 2011

**Invoice No. 1281316**

Client/Matter:  21416248-0838

Beaver Creek Corporate Loan

For Professional Services Rendered through March 16, 2011:

| **Date** | **Timekeeper** | **Hours** | **Task** | **Narrative** |
|---|---|---|---|---|
| 02/23/11 | M. Williams | 0.50 | P300 | Telephone conference with Mr. Gleeson regarding Beaver creek margin call provisions (.5) |

| | |
|---|---|
| Total Hours | 0.50 |
| Fee Amount | $420.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| M. Williams | $840.00 | 0.50 | $420.00 |
| Totals | | 0.50 | $420.00 |

| | | |
|---|---|---|
| Fee Total | $ | 420.00 |
| Invoice Total | $ | 420.00 |

12869427\V-2

# SNR DENTON ⌐

SNR Denton US LLP                    snrdenton.com
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

LEHMAN BROTHERS HOLDINGS, INC.                              March 16, 2011
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020                                  **Invoice No. 1281317**

Client/Matter: 21416248-0838

John Hancock Corporate Loan

Payment Due Upon Receipt

---

Lehman  Contact:  Ed Siddons

Total This Invoice                              $        1,512.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
ACCOUNTING DEPT.
1271 AVENUE OF THE AMERICAS, 45TH FLOOR
NEW YORK, NY 10020

March 16, 2011

**Invoice No. 1281317**

Client/Matter:  21416248-0838

John Hancock Corporate Loan

---

For Professional Services Rendered through March 16, 2011:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 02/23/11 | M. Williams | 1.00 | P300 | Telephone conference with Messrs. Zachowitz, Siddons regarding options for sale of mezz c note (1.0). |
| 02/24/11 | M. Williams | 0.80 | P300 | Telephone conference with Mr. Siddons regarding impossibility of DPO by mezz C borrower (.4). Review of mortgage, mezz A, B and C loan agreements (.4) |

| | | | | |
|---|---|---|---|---|
| Total Hours | | 1.80 | | |
| Fee Amount | | | | $1,512.00 |

### TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| M. Williams | $840.00 | 1.80 | $1,512.00 |
| Totals | | 1.80 | $1,512.00 |

| | | |
|---|---|---|
| Fee Total | $ | 1,512.00 |
| Invoice Total | $ | 1,512.00 |

12869428\V-2

# SNR DENTON ⅃

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York  10020-1089
Two World Financial Center
New York, New York  10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020

March 16, 2011

**Invoice No. 1281310**

Client/Matter: 21416248-0851

301 HOWARD:  CW Capital Mezzanine Loan

Payment Due Upon Receipt

---

Lehman Contact:  Thomas Buffa

Total This Invoice                                          $        3,192.00

Please return this page with your payment

| In the case of mail deliveries to: | | In the case of overnight deliveries to: |
|---|---|---|
| SNR Denton US LLP | | SNR Denton US LLP |
| Dept. 7247-6670 | OR | Attention: Accounting |
| Philadelphia, PA 19170-6670 | | 233 South Wacker Drive |
| | | Chicago, IL  60606-6306 |

Payment by wire transfer should be sent to:

Citibank, N.A.
New York, New York  10043
ABA Transit # 021 000 089
Account # 4064-5823
Account Name:  SNR Denton US LLP

All payments must be in U.S. Dollars - Federal Tax I.D. Number 36-1796730

Questions relating to this invoice should be directed to:
M. Williams
at 1 212 768 6700

# SNR DENTON ⅂

SNR Denton US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Two World Financial Center
New York, New York 10281-1008

snrdenton.com

LEHMAN BROTHERS HOLDINGS, INC.
1271 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, NY 10020

March 16, 2011

**Invoice No. 1281310**

Client/Matter:  21416248-0851

301 HOWARD:  CW Capital Mezzanine Loan

For Professional Services Rendered through March 16, 2011:

| Date | Timekeeper | Hours | Task | Narrative |
|------|-----------|-------|------|-----------|
| 02/04/11 | M. Williams | 1.50 | P500 | Draft revisions to CW Capital notice of acceleration (1.0), distribute, telephone conference with Messrs. Nastasi, Buffa regarding same (.5). |
| 02/07/11 | M. Williams | 1.00 | P300 | Telephone conference with Mr. Buffa regarding revised notice letter requesting waiver of 10 day notice (.3), Review revised notice from borrower (.3), telephone conference with Messrs. Buffa, Nastasi regarding issues and risks of consenting to the waiver (.4). |
| 02/08/11 | M. Williams | 1.00 | P300 | Telephone conference with Mr. Buffa regarding consent to waiving 10 day notice of enforcement (1.0) |
| 02/09/11 | M. Williams | 0.30 | P300 | Telephone conference with Mr. Buffa, Mr. Nastasi regarding timing issues with borrower revised notice letter and earlier sale date (.3). |

Total Hours                                        3.80

Fee Amount                                                                                        $3,192.00

## TIME AND FEE SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| M. Williams | $840.00 | 3.80 | $3,192.00 |
| Totals | | 3.80 | $3,192.00 |

12869412\V-2

301 HOWARD

March 16, 2011

Matter: 21416248-0851
Invoice No.: 1281310

| | | |
|---|---|---|
| Fee Total | $ | 3,192.00 |
| Invoice Total | $ | 3,192.00 |

12869412\V-2