UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
:
In re                                                                      :       Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :       08-13555 (JMP)
:
Debtors.                                 :       (Jointly Administered)
:
---------------------------------------------------------------------x

### ORDER GRANTING THIRD INTERIM APPLICATION OF SNR DENTON US LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2011 THROUGH MAY 31, 2011

Upon consideration of the Third Application of SNR Denton US LLP, as attorneys for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses (the "Application"), dated July 15, 2011, relating to the above-referenced bankruptcy case for the period from February 1, 2011 through May 31, 2011 (the "Third Compensation Period") for the (i) allowance of compensation for professional services performed by SNR Denton US LLP ("SNR Denton") during the Third Compensation Period in the total amount of $725,112.50[1] ; (ii) allowance of SNR Denton's actual and necessary expenses incurred during the Third Compensation Period in the total amount of $1,481.27; and (iii) payment of the twenty percent (20%) holdback withheld from payments of the monthly fee statements and after notice and hearing thereon, and sufficient cause appearing therefore, and capitalized terms used in this Order being given the same meanings as are ascribed to those terms in the Application, it is hereby

**ORDERED** that the Application is granted; and it is further

---

[1] This figure reflects deductions in the amount of $635.00, for which SNR Denton does not seek approval, and which will be applied as a deduction in calculating amounts due to SNR Denton from the Debtors.

10458553\V-2

**ORDERED** that SNR Denton is authorized to apply against such amounts the amounts previously paid to it in respect of the Third Compensation Period pursuant to the Amended Fee Protocol and Guidelines; and it is further

**ORDERED** that the Debtors pay to SNR Denton the twenty percent (20%) holdback, as adjusted in the Application, withheld from the payment of monthly statements during the Third Compensation Period in the amount of $145,022.50.


Dated:    New York, New York
          _____, 2011


_____
THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

10458553\V-2