Steven K. Davidson (admitted *pro hac vice*)
George R. Calhoun V (admitted *pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue
Washington, DC  20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

Evan Glassman
STEPTOE & JOHNSON LLP
750 Seventh Avenue
New York, New York 10019
Telephone: (212) 506-3900
Facsimile: (212) 506-3950

*Attorneys for US Airways, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                              ) s.s.:
COUNTY OF NEW YORK    )

  1.    JOANNA MERICLE, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Steptoe & Johnson LLP.

  2.    On July 18, 2011, I caused true and correct copies of US Airways, Inc.'s Reply in Support of Motion of Roland Hansalik, George Barclay Perry and Joseph Arena for an Order Modifying the Automatic Stay to Allow Payment of a Judgment Under the Directors and Officers Insurance Policies Issued to the Debtors to be served on the following via overnight delivery:

a. The Chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601;

b. Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq., counsel for the Debtors;

c. The Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.;

d. Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan R. Fleck, Esq., counsel for the Creditors' Committee;

e. Jones Day, 555 South Flower Street, 50th Floor, Los Angeles, California 90071, Attn: Philip E. Cook, and Jones Day, 222 East 41st Street, New York, New York 10017, Attn: Lisa G. Laukitis and Lance E. Miller; counsel for the Insured Persons;

f. Bailey Cavalieri LLC, One Columbus, 10 West Broad Street, Suite 2100, Columbus, Ohio 43215-3422, Attn: Thomas E. Geyer, Esq., counsel for Zurich American Insurance Co.: and

g. Walker Wilcox Matousek LLP, 225 West Washington Street, Chicago, Illinois 60606, Attn: James Huberty, Esq., counsel for ACE Bermuda Insurance Ltd.

/s/ JOANNA MERICLE
Joanna Mericle

Sworn to before me this
18th day of July, 2011

_____
Notary Public

JACLYN WISHNIA
Notary Public, State of New York
No. 01W163232779
Commission Expires December 13, 20 14