GREENBERG TRAURIG LLP
Maria DiConza, Esq.
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400
Email:  diconzam@gtlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                           :

**In re**                        :    **Chapter 11**
                           :

**LEHMAN BROTHERS HOLDINGS INC., et al.,**  :  **Case No. 08-13555 (JMP)**
                           :

          **Debtors.**         :   **(Jointly Administered)**
                           :

------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

      MICHAEL JACKSON, being duly sworn, deposes and says:

      I am not a party to this action, am over 18 years of age and am employed by the law

firm of Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166.

      On July 14, 2011, I caused to be served a true and accurate copy of the ***Fourth***

***Amended Verified Statement Of Greenberg Traurig, LLP Pursuant To Bankruptcy Rule 2019***

*NY 241,343,330v1 7-18-11*

(Docket No. 18513) via First Class Mail upon the parties listed on the attached <u>Exhibit A</u>.

<div align="center" style="margin-left:50%">

_/s/_ Michael Jackson

Michael Jackson

</div>

Sworn to before me this
18th day of July, 2011.

_/s/ Doreen Cusumano_
Doreen Cusumano
Notary Public, State of New York
No. 01CU6065126
Qualified in Richmond County
Commission expires October 9, 2013

_NY 241,343,330v1 7-18-11_

# EXHIBIT A

<u>Weil Gotshal & Manges, LLP</u>
**Attn: Richard Krasnow, Esq., Lori Fife Esq.,
Shai Waisman, Esq. & Jacqueline Marcus,
Esq.**
767 5th Avenue
New York, NY 1015

<u>Office of the United States Trustee</u>
**Attn: Andy Velez-Rivera, Esq.,
Paul Schwartzberg, Esq., Linda Riffkin, Esq.,
Brian Masumoto, Esq. & Tracy Davis, Esq.**
33 Whitehall Street
21St Floor
New York, NY 10004

<u>Milbank, Tweed, Hadley & McCloy LLP</u>
Attn: Dennis Dunne, Esq., Dennis O'Donnell,
Esq. & Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005