Brent C. Strickland, Esquire (BS7811)
Dennis J. Shaffer, Esquire
WHITEFORD TAYLOR & PRESTON L.L.P.
7 Saint Paul Street
Baltimore, Maryland 21202-1636
Tel: 410-347-8700
Fax: 410-625-7510
Email: bstrickland@wtplaw.com
　　　　dshaffer@wtplaw.com

*Attorneys for Monarch Alternative Capital LP*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------------ X | |
| **In re:** : | Chapter 11 Case No. |
| : | |
| **LEHMAN BROTHERS HOLDING, INC.,** *et al.,* : | 08-13555 (JMP) |
| : | |
| **Debtors.** : | (Jointly Administered) |
| ------------------------------------------------------------------ X | |

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Dennis J. Shaffer, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Monarch Alternative Capital LP, a creditor in the above-captioned bankruptcy cases.

I certify that I am a member in good standing of the bars in the State of Maryland and the bars of the United States District Court for the District of Maryland.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 18, 2011
Baltimore, Maryland

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/  Dennis J. Shaffer
　　　　　　　　　　　　　　　　　　　　Brent C. Strickland, Esquire (BS7811)
　　　　　　　　　　　　　　　　　　　　Dennis J. Shaffer, Esquire
　　　　　　　　　　　　　　　　　　　　WHITEFORD TAYLOR & PRESTON L.L.P.

                                            7 Saint Paul Street
                                            Baltimore, Maryland 21202-1636
                                            Tel: 410-347-8700
                                            Fax: 410-625-7510
                                            Email: bstrickland@wtplaw.com
                                                          dshaffer@wtplaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of July, 2011, a copy of the foregoing pleading was served by electronic means, via the Bankruptcy Court's CM/ECF system, on all counsel registered to receive electronic notices in this adversary proceeding.

                                            /s/  Brent C. Strickland
                                            Brent C. Strickland

*1962458*