**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ---------------------------------------------------------------- X <br> **In re:** <br> <br> **LEHMAN BROTHERS HOLDING, INC.,** *et al.,* <br> <br> **Debtors.** <br> ---------------------------------------------------------------- X | : Chapter 11 Case No. <br> : <br> : 08-13555 (JMP) <br> : <br> : (Jointly Administered) <br> |

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Dennis J. Shaffer, Esquire, to be admitted, *pro hac vice*, to represent Monarch Alternative Capital LP (the "Client"), a creditor in the above-captioned bankruptcy cases, and upon the movant's certification that the movant is a member in good standing of the bars in the State of Maryland and the United States District Court for the District of Maryland, it is hereby

**ORDERED**, that Dennis J. Shaffer, Esquire is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____
New York, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE

*1962468*