WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | : | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| | : | |

------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' FORTIETH OMNIBUS**
**OBJECTION TO CLAIMS (LATE-FILED CLAIMS) AS TO CERTAIN CLAIMANTS**

          **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated

debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession

(collectively, "Debtors") are withdrawing without prejudice their Fortieth Omnibus Objection to

Claims (Late-Filed Claims) [Dkt. No. 11305] solely with respect to the claims listed on Exhibit

A annexed hereto.  The Debtors reserve their rights to object to the claims listed on Exhibit A on

any grounds in the future.

Dated:  July 18, 2011
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## Exhibit A

### Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| Adagio Fund | 34458 |
| Palchynsky, John N. | 34712 |
| Palchynsky, John N. | 34713 |
| Smejkal, Frank | 34671 |
| Smejkal, Frank | 34672 |