WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                :

**In re**                                   :        **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :        **08-13555 (JMP)**

                **Debtors.**            :        **(Jointly Administered)**

------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' FORTY-FIRST OMNIBUS**
**OBJECTION TO CLAIMS (LATE-FILED CLAIMS) AS TO CERTAIN CLAIMS**

      **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, "<u>Debtors</u>") are withdrawing without prejudice their Forty-First Omnibus Objection to Claims (Late-Filed Claims) [Dkt. No. 11306] <u>solely with respect to the claims listed on Exhibit A annexed hereto</u>. The Debtors reserve their rights to object to the claims listed on <u>Exhibit A</u> on any grounds in the future.

Dated: July 18, 2011
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| Andante Fund LP C/O Symphony Asset Management LLC | 34461 |
| Encore Fund, LP C/O Symphony Asset Management LLC | 34460 |
| Fortissimo Fund C/O Symphony Asset Management LLC | 34459 |
| Smejkal, Frank | 34673 |