UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                                       :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                                    :
:
------------------------------------------------------------x    Ref. Docket Nos. 18082, 18428,
18430-18433, 18435-18437, 18439,
18451-18466, 18469, 18472, 18475-
18477, 18479, 18481-18484, 18487-
18492, 18495, 18500-18508

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 15, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
18th day of July, 2011
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|
In re                                      |   Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |   08-13555 (JMP)
                                           |
                                           |   (Jointly Administered)
                                           |
         Debtors.                          |
                                           |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BARCLAYS BANK PLC
         TRANSFEROR: EUROBANK EFG PRIVATE BANK LUXEMBOURG S.A.
         745 SEVENTH AVENUE
         NEW YORK NY 10019

Please note that your claim # 62748-01 in the above referenced case and in the amount of
         $91,981.50         has been transferred **(unless previously expunged by court order)**

         LYXOR/YORK FUND, LTD.
         TRANSFEROR: BARCLAYS BANK PLC
         C/O YORK CAPITAL MANAGEMENT
         ATTN: MARGARET MAURO
         767 FIFTH AVENUE, 17TH FLOOR
         NEW YORK NY 10153

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 18451     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/15/2011                       Vito Genna, Clerk of Court


                                       /s/ Lauren Rodriguez
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 15, 2011.

# EXHIBIT B

```
TIME: 11:35:21                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 07/15/11                                        CREDITOR LISTING
```

| Name | Address |
|---|---|
| AG SUPER FUND INTERNATIONAL PARTNERS, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ANGELO GORDON & CO., LP 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: SIDLEY AUSTIN LLP JAIME SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE CAPITAL GROUP, LL ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O ANCHORAGE CAPITAL GROUP LLC ATTN: SUSAN MORIELLO 610 BROADWAY 6TH FL NEW YORK NY 10012 |
| ANDREU ALVAREZ, ANTONIO | URB EL COTO, CALLE EL CIERVO 202 MIJAS COSTA MALAGA 29650 SPAIN |
| BANK VONTOBEL AG, ZURICH | TRANSFEROR: UBS AG GOTTHARDSTRASSE 43 POSTFACH ZURICH CH-8022 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: BANCA INFRASTRUTTURE INNOVAZIONE SVILUPPO S.P.A. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BANCA INFRASTRUTTURE INNOVAZIONE SVILUPPO S.P.A. ATTN: DANIEL CROWLEY & DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: EUROBANK EFG PRIVATE BANK LUXEMBOURG S.A. 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK, SA | TRANSFEROR: ANDREU ALVAREZ, ANTONIO ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRIA, 15 5A PLANTA MADRID 28036 SPAIN |
| BARCLAYS BANK, SA | TRANSFEROR: GONZALEZ GONZALEZ, NIEVES ATTN: ABRAHAM CARPINTERO CALLE MATEO INURRUA, 15 5A PLANTA MADRID 28036 SPAIN |
| BOTTICELLI, L.L.C. | TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167 |
| BOTTICELLI, LLC | TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE NEW YORK NY 10167 |
| CHRIST, HANNELORE | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA BOCKRISWEG 6 22761 HAMBURG GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| DELBRUCK BETHMAN MAFFEI AG | TRANSFEROR: HAFEMANN, JOACHIM ATTN: JOCHEN WEBER, OLIVER KORNER BETHMANNSTR 7-9 60311 FRANKFURT AM MAIN GERMANY |
| DELBRUCK BETHMANN MAFFEI AG | TRANSFEROR: JURGENS, BERNHARD & MARIA-LUISE ATTN: JOCHEN WEBER, OLIVER KORNER BETHMANNSTRABE 7-9 60311 FRANKURT AM MAIN GERMANY |
| DELBRUCK BETHMANN MAFFEI AG | TRANSFEROR: KURTZE, RUTH BETHMANNSTR. 7-9 60311 FRANKFURT AM MAIN GERMANY |
| DELBRUCK BETHMANN MAFFEI AG | TRANSFEROR: LAQUEUR, DR. HANS-PETER ATTN: DR JUR. SUSANNE BEHOHR-LAQUEUR ZEPPELINSTRASSE 1 BREMERHAVEN 27568 GERMANY |
| DELBRUCK BETHMANN MAFFEI AG | TRANSFEROR: LEUTHE, WALTER BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN 60311 GERMANY |
| DELBRUCK BETHMANN MAFFEI AG | TRANSFEROR: MERTENS, MANFRED ATTN: JOCHEN WEBER, OLIVER KORNER BETHMANNSTARABE 7-9 603 FRANKFURT AM MAIN GERMANY |
| DELBRUCK BETHMANN MAFFEI AG | TRANSFEROR: MOES, INGEBORG ATTN: MICHAEL PLESKE, OLIVER KORNER BETHMANNSTRABE 7-9 60311 FRANKFURT AM MAIN GERMANY |
| DELBRUCK BETHMANN MAFFEI AG | TRANSFEROR: SELZ, INGO AND BARTI-SELZ, BRIGITA ATTN: JOCHEN WEBER, OLIVER KORNER BETHMANNSTRASSE 7-9 60311 FRANKFURT AM MAIN GERMANY |
| DELBRUK BETHMANN MAFFEI AG | TRANSFEROR: ROTERMUND, DIETER BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN 60311 GERMANY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: AVATAR FINANCE PTY LIMITED (ABN 61 009 034 315) DEUTSCHE BANK AG, HONG KONG BRANCH; ATTN: JACK TSAI 60/F INTERNATIONAL COMMERCE CENTRE, 1 AUSTIN ROAD WEST KOWLOON HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GE FINANCIAL MARKETS ATTN: RICH VICHAIDITH 60 WALL STREET 3RD FLOOR NEW YORK NY 10005 |
| DONAU VERSICHERUNG AG VIENNA INSURANCE GROUP | SCHOTTENRING 15 VIENNA A-1010 AUSTRIA |
| DONAU VERSICHERUNG AG VIENNA INSURANCE GROUP | MICHAEL TORKIN, ESQ / SOLOMON NOH, ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| FELES, ANDREA | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA ERLENWEG 11 59823 AMSBERG GERMANY |
| GOLDMAN, SACHS & CO. | TRANSFEROR: DONAU VERSICHERUNG AG VIENNA INSURANCE GROUP ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: KING CAPITAL LTD ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: KING, PENDLETON ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: VIENNA INSURANCE GROUP WIENER STADTISCHE VERSICHERUNG AG ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GONZALEZ GONZALEZ, NIEVES | AV CONDE FENOSA, 42 O BARCO DE VALDEORRAS, ORENSE 32300 SPAIN |
| GRF MASTER FUND LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O ANCHORAGE CAPITAL GROUP LLC ATTN: SUSAN MORIELLO 610 BROADWAY 6TH FL NEW YORK NY 10012 |
| GRF MASTER FUND, L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O ANCHORAGE CAPITAL GROUP LLC ATTN: SUSAN MORIELLO 610 BROADWAY 6TH FL NEW YORK NY 10012 |
| GRF MASTER FUND, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. ANCHORAGE CAPITAL GROUP, LLC ATTN: SUSAN MORIELLO 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| HAFEMANN, JOACHIM | KAMPMOORSTR. 79A QUICKBORN D-25451 GERMANY |
| HFR ED SELECT FUND IV MASTER TRUST DTD 7/16/01 | TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

08-13555-mg    Doc 18602    Filed 07/18/11    Entered 07/18/11 18:09:09    Main Document
Pg 6 of 6

```
TIME: 11:35:21                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    2
DATE: 07/15/11                                         CREDITOR LISTING

Name                                                   Address
INTERNATIONAL FUND MANAGEMENT S.A., ON                 3, RUE DES LABOURS LUXEMBOURG  L-1912 LUXEMBOURG
  BEHALF OF: SIP BALANCED
INTERNATIONAL FUND MANAGEMENT S.A., ON                 LOVELLS LLP ATTN: MATTHEW P. MORRIS, ESQ. 590 MADISON AVENUE NEW YORK NY 10022
  BEHALF OF: SIP BALANCED
INTERNATIONAL FUND MANAGEMENT S.A., ON                 3, RUE DES LABOURS LUXEMBOURG  L-1912 LUXEMBOURG
  BEHALF OF: SIP INCOME
INTERNATIONAL FUND MANAGEMENT S.A., ON                 LOVELLS LLP ATTN: MATTHEW P. MORRIS, ESQ. 590 MADISON AVENUE NEW YORK NY 10022
  BEHALF OF: SIP INCOME
INTERNATIONAL FUND MANAGEMENT SA, ON                   TRANSFEROR: INTERNATIONAL FUND MANAGEMENT SA ON BEHALF OF SIP BALANCED 1C, RUE GABRIEL LIPPMANN MUNSBACH  L-5365 LUXEMBOURG
  BEHALF OF SIP BALANCED
JURGENS, BERNHARD & MARIA-LUISE                        ASMUS WEG 12 HAMBURG  D22043 GERMANY
KING CAPITAL LTD                                       ONE DEER PARK COURT GREENWICH CT 06830
KING, PENDLETON                                        ONE DEER PARK COURT GREENWICH CT 06830
KNIGHTHEAD MASTER FUND, LP                             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LAURA L. TORRADO, ESQ 623 5TH AVENUE, 29TH FLOOR NEW YORK NY 10022
KURTZE, RUTH                                           GEFFCKENSTRASSE 18 HAMBURG  D-20249 GERMANY
LAQUEUR, DR. HANS-PETER                                GRAZER STR 76 BREMERHAVEN  27568 GERMANY
LEUTHE, WALTER                                         HINDENBURGSTRASSE 25 NURTINGEN  72622 GERMANY
LRI INVEST S.A., ON BEHALF OF SIP INCOME               TRANSFEROR: INTERNATIONAL FUND MANAGEMENT SA, ON BEHALF OF SIP INCOME C/O LRI INVEST SA 1C, RUE GABRIEL LIPPMANN
                                                       MUNSBACH  L-5365 LUXEMBOURG
LUTZ, GRUNERT                                          TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA LIEBENWERDAER STR. 3 03048 COTTBUS  GERMANY
LYXOR/YORK FUND, LTD.                                  TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
MERTENS, MANFRED                                       HUNENKAMP 1D SCHENEFELD  22869 GERMANY
MOES, INGEBORG                                         WALDSTR. 2 STARNBERG  D-82319 GERMANY
MORGAN STANLEY SENIOR FUNDING, INC.                    RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.                    TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.                    TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.                    TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P. 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.                    TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNDING, INC.                    TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS,L.P. 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
PERMAL YORK, LTD.                                      TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
PERMAL YORK, LTD.                                      TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
POSTLER, CARMEN                                        TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA GRAF-RUEPP-STR. 1 82335 BERG  GERMANY
ROTERMUND, DIETER                                      WINDMUHLENWEG 26 GOSLAR  38644 GERMANY
SELZ, INGO AND BARTL-SELZ, BRIGITA                     SCHEFFELSTR. 16 HAMBURG  D-22301 GERMANY
UBS AG                                                 BAHNHOFSTR. 45 ZURICH  8001 SWITZERLAND
UBS AG                                                 ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
VIENNA INSURANCE GROUP WIENER STADTISCHE               SCHOTTENRING 30 VIENNA  A-1010 AUSTRIA
  VERSICHERUNG AG
VIENNA INSURANCE GROUP WIENER STADTISCHE               MICHAEL TORKIN, ESQ / SOLOMON NOH, ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
  VERSICHERUNG AG
YORK CAPITAL MANAGEMENT, L.P.                          TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK CAPITAL MANAGEMENT, L.P.                          TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FITH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK CREDIT OPPORTUNITIES FUND, L.P.                   TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK CREDIT OPPORTUNITIES MASTER FUND,                 TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
  L.P.
YORK MULTI-STRATEGY MASTER FUND, L.P.                  TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK SOLUTIONS CAYMAN FUND LIMITED                     TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153


Total Number of Records Printed    81


                                                                                                                   EPIQ BANKRUPTCY SOLUTIONS, LLC
```