WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

---

**NOTICE OF HEARING ON DEBTORS' SEVENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (TO RECLASSIFY PROOFS OF CLAIM AS EQUITY INTERESTS)**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Seventy-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claims as Equity Interests) **[Docket No. 13328]** will be held on <u>**July 21, 2011 at 10:00 a.m.**</u> **(Prevailing Eastern Time)** (the "<u>Hearing</u>"), <u>solely as to the claim listed on Exhibit A attached hereto</u>.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

Dated: July 18, 2011
      New York, New York

    /s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

## **EXHIBIT A**

| **Claimant Name** | **Claim Number** | **Docket Number** |
|---|---|---|
| Michael Pinko LTD | 34908 | 14068 |