UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
In re                                      :    Chapter 11 Case No.
                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.,     :    08-13555 (JMP)
                                           :
                    Debtors.               :    (Jointly Administered)
                                           :
------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )   SS.:
COUNTY OF NEW YORK         )

**Daniel Yi**, being duly sworn, deposes and says:

1. The deponent is employed by Jones Day, 222 East 41st Street, New York, New York 10017, is over 18 years of age and is not a party to the above captioned proceeding.

2. On June 29, 2011, deponent served the **Motion, Pursuant to Section 362 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure, for an Order Modifying the Automatic Stay to Allow Payment of a Judgment Under the Directors and Officers Insurance Policies Issued to the Debtors** [Docket No. 18157] and **Motion for Admission to Practice, Pro Hac Vice - Philip E. Cook** [Docket No. 18158] by causing true and correct copies to be:

    a.    delivered via overnight courier to those parties listed on the annexed Exhibit A.

    b.    delivered via electronic mail to those parties listed on the annexed Exhibit B.

    c.    delivered via hand delivery to the party listed on the annexed Exhibit C.

NYI-4382772v1

3. On June 30, 2011, deponent served the **Motion, Pursuant to Section 362 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure, for an Order Modifying the Automatic Stay to Allow Payment of a Judgment Under the Directors and Officers Insurance Policies Issued to the Debtors** [Docket No. 18157] and **Motion for Admission to Practice, Pro Hac Vice - Philip E. Cook** [Docket No. 18158] by causing true and correct copies to be:

a. delivered via hand delivery to the party listed on the annexed Exhibit D.

/s/ Daniel Yi
Daniel Yi

Sworn to before me on this
30th day of June, 2011

/s/ Alicia Farrington
Notary Public

Alicia Farrington
Notary Public, State of New York
No. 01FA4968424
Qualified in Kings County
Commission Expires June 25, 2014

NYI-4382772v1

# EXHIBIT A

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn: Andy Velez-Rivera, Esq.
    Paul Schwartzberg, Esq.
    Brian Masumoto, Esq.
    Linda Riffkin, Esq.
    Tracy Hope Davis, Esq.

Internal Revenue Service
Special Procedures Branch
290 Broadway
New York, New York 10007
Attn:  District Director

Thomas E. Geyer, Esq.
Bailey Cavalieri LLC
One Columbus
10 West Broad Street, Suite 2100
Columbus, Ohio 43215-3422

James Huberty, Esq.
Walker Wilcox Matousek LLP
225 West Washington Street
Chicago, Illinois 60606

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
    Dennis O'Donnell, Esq.
    Evan R. Fleck, Esq.

## EXHIBIT B

RICHARD.KRASNOW@WEIL.COM
LORI.FIFE@WEIL.COM
ROBERT.LEMONS@WEIL.COM
JACQUELINE.MARCUS@WEIL.COM
GIDDENS@HUGHESHUBBARD.COM
KIPLOK@HUGHESHUBBARD.COM
KOBAK@HUGHESHUBBARD.COM
MARGOLIN@HUGHESHUBBARD.COM
LUBELL@HUGHESHUBBARD.COM
WILTENBURG@HUGHESHUBBARD.COM
DDUNNE@MILBANK.COM
WFOSTER@MILBANK.COM
DODONNELL@MILBANK.COM
EFLECK@MILBANK.COM
PARONZON@MILBANK.COM
GBRAY@MILBANK.COM
ROBERT.YALEN@USDOJ.GOV
TARBIT@CFTC.GOV
RWASSERMAN@CFTC.GOV
SHARBECK@SIPC.ORG
JWANG@SIPC.ORG
JBROMLEY@CGSH.COM
LSCHWEITZER@CGSH.COM
LGRANFIELD@CGSH.COM
CTATELBAUM@ADORNO.COM
MSTAMER@AKINGUMP.COM
PDUBLIN@AKINGUMP.COM
MLAHAIE@AKINGUMP.COM
RAJOHNSON@AKINGUMP.COM
LISA.KRAIDIN@ALLENOVERY.COM
KEN.COLEMAN@ALLENOVERY.COM
DANIEL.GUYDER@ALLENOVERY.COM
MGREGER@ALLENMATKINS.COM
KRODRIGUEZ@ALLENMATKINS.COM
tduffy@andersonkill.com
RRUSSELL@ANDREWSKURTH.COM
S.MINEHAN@AOZORABANK.CO.JP
K4.NOMURA@AOZORABANK.CO.JP
HIRSCH.ROBERT@ARENTFOX.COM
ANGELICH.GEORGE@ARENTFOX.COM
DOWD.MARY@ARENTFOX.COM
scousins@armstrongteasdale.com
SEHLERS@ARMSTRONGTEASDALE.COM
CHARLES_MALLOY@APORTER.COM
anthony_boccanfuso@aporter.com
JG5786@ATT.COM
NEAL.MANN@OAG.STATE.NY.US
TONY.DAVIS@BAKERBOTTS.COM
DWORKMAN@BAKERLAW.COM,
PETER@BANKRUPT.COM,
FFM@BOSTONBUSINESSLAW.COM,
CSALOMON@BECKERGLYNN.COM,
AOSTROW@BECKERGLYNN.COM,
CBROTSTEIN@BM.NET,
MPUCILLO@BERMANESQ.COM,
WZOBERMAN@BERMANESQ.COM,
AOBERRY@BERMANESQ.COM,
DAVIDS@BLBGLAW.COM,
DBARBER@BSBLAWYERS.COM,
DBARBER@BSBLAWYERS.COM,
SMULLIGAN@BSBLAWYERS.COM,
JEFFREY.SABIN@BINGHAM.COM,
RONALD.SILVERMAN@BINGHAM.COM,
STEVEN.WILAMOWSKY@BINGHAM.COM,
SABIN.WILLETT@BINGHAM.COM,
JEFFREY.SABIN@BINGHAM.COM,
ROBERT.DOMBROFF@BINGHAM.COM,
STEVEN.WILAMOWSKY@BINGHAM.COM,
MARK.DEVENO@BINGHAM.COM,
JEFFREY.SABIN@BINGHAM.COM,
RONALD.SILVERMAN@BINGHAM.COM,
JOSHUA.DORCHAK@BINGHAM.COM,
JEFFREY.SABIN@BINGHAM.COM,
RONALD.SILVERMAN@BINGHAM.COM,
STEVEN.WILAMOWSKY@BINGHAM.COM,
CAROL.WEINERLEVY@BINGHAM.COM,
JEFFREY.SABIN@BINGHAM.COM,
JOSHUA.DORCHAK@BINGHAM.COM,
RAJ.MADAN@BINGHAM.COM,
AECKSTEIN@BLANKROME.COM,
AMCMULLEN@BOULTCUMMINGS.COM,
RJONES@BOULTCUMMINGS.COM,
KURT.MAYR@BGLLP.COM,
KUEHN@BRAGARWEXLER.COM,
NOTICE@BKCYLAW.COM,
MGORDON@BRIGGS.COM,
monica.lawless@brookfieldproperties.com,
DLUDMAN@BROWNCONNERY.COM,
MSIEGEL@BROWNRUDNICK.COM,
SLEVINE@BROWNRUDNICK.COM,
SCHRISTIANSON@BUCHALTER.COM,
CHRISTOPHER.SCHUELLER@BIPC.COM,
TIMOTHY.PALMER@BIPC.COM,
FISHERE@BUTZEL.COM,
SIDORSKY@BUTZEL.COM,
JESSICA.FINK@CWT.COM,
DERYCK.PALMER@CWT.COM,
JOHN.RAPISARDI@CWT.COM,

NYI-4382772v1

GEORGE.DAVIS@CWT.COM,
HOWARD.HAWKINS@CWT.COM,
ELLEN.HALSTEAD@CWT.COM,
ISRAEL.DAHAN@CWT.COM,
MARK.ELLENBERG@CWT.COM,
HOWARD.HAWKINS@CWT.COM,
ELLEN.HALSTEAD@CWT.COM,
HOWARD.HAWKINS@CWT.COM,
ELLEN.HALSTEAD@CWT.COM,
HOWARD.HAWKINS@CWT.COM,
HOWARD.HAWKINS@CWT.COM,
JASON.JURGENS@CWT.COM,
ELLEN.HALSTEAD@CWT.COM,
SGORDON@CAHILL.COM,
JLEVITIN@CAHILL.COM,
thomas_noguerola@CALPERS.CA.GOV,
CAHN@CLM.COM,
WANDA.GOODLOE@CBRE.COM,
DLEMAY@CHADBOURNE.COM,
HSEIFE@CHADBOURNE.COM,
AROSENBLATT@CHADBOURNE.COM,
SPIOTTO@CHAPMAN.COM,
ACKER@CHAPMAN.COM,
HEISER@CHAPMAN.COM,
HEISER@CHAPMAN.COM,
LGRANFIELD@CGSH.COM,
LSCHWEITZER@CGSH.COM,
MAOFILING@CGSH.COM,
MAOFILING@CGSH.COM,
MAOFILING@CGSH.COM,
MAOFILING@CGSH.COM,
MAOFILING@CGSH.COM,
Jennifer.dimarco@cliffordchance.com,
andrew.brozman@cliffordchance.com,
SARA.TAPINEKIS@cliffordchance.com
JEN.PREMISLER@cliffordchance.com,
PSP@NJLAWFIRM.COM,
JWH@NJLAWFIRM.COM,
LMAY@COLESCHOTZ.COM,
JDRUCKER@COLESCHOTZ.COM,
JOLI@CRLPC.COM,
JEFF.WITTIG@COAIR.COM,
eschwartz@CONTRARIANCAPITAL.COM,
bcarlson@co.sanmateo.ca.us,
JBEIERS@CO.SANMATEO.CA.US,
lathompson@co.sanmateo.ca.us,
MHOPKINS@COV.COM,
DCOFFINO@COV.COM,
ARABOY@COV.COM,
RLEVIN@CRAVATH.COM,
RTRUST@CRAVATH.COM,
JLIPSON@CROCKERKUNO.COM,
TTRACY@CROCKERKUNO.COM,
JUDY.MORSE@CROWEDUNLEVY.COM,
WOCONNOR@CROWELL.COM,
BZABARAUSKAS@CROWELL.COM,
HEIDI@CRUMBIELAW.COM,
JOHN@CRUMBIELAW.COM,
JCARBERRY@CL-LAW.COM,
KAREN.WAGNER@DPW.COM,
JAMES.MCCLAMMY@DPW.COM,
THOMAS.OGDEN@DPW.COM,
JAMES.MCCLAMMY@DPW.COM,
JJTANCREDI@DAYPITNEY.COM,
JWCOHEN@DAYPITNEY.COM,
MCTO@DEBEVOISE.COM,
GLENN.SIEGEL@DECHERT.COM,
IVA.UROIC@DECHERT.COM,
MMOONEY@DEILYLAWFIRM.COM,
MBIENENSTOCK@DL.COM,
JLIU@DL.COM
TKARCHER@DL.COM,
PWRIGHT@DL.COM
ESMITH@DL.COM,
MBIENENSTOCK@DL.COM,
IGOLDSTEIN@DL.COM,
MBIENENSTOCK@DL.COM,
IGOLDSTEIN@DL.COM,
ADIAMOND@DIAMONDMCCARTHY.COM,
SLODEN@DIAMONDMCCARTHY.COM,
AAARONSON@DILWORTHLAW.COM,
CPAPPAS@DILWORTHLAW.COM,
TIMOTHY.BRINK@DLAPIPER.COM,
MATTHEW.KLEPPER@DLAPIPER.COM,
THOMAS.CALIFANO@DLAPIPER.COM,
STEPHEN.COWAN@DLAPIPER.COM,
WILLIAM.M.GOLDMAN@DLAPIPER.COM,
SCHNABEL.ERIC@DORSEY.COM,
HEIM.STEVE@DORSEY.COM,
DOVE.MICHELLE@DORSEY.COM,
STEVEN.TROYER@COMMERZBANK.COM,
JJOYCE@DRESSLERPETERS.COM,
ROBERT.MALONE@DBR.COM,
LJKOTLER@DUANEMORRIS.COM,
TDUFFY@ANDERSONKILL.COM,
JIM@ATKINSLAWFIRM.COM,
SANDYSCAFARIA@EATON.COM,
EZUJKOWSKI@EMMETMARVIN.COM,
AENTWISTLE@ENTWISTLE-LAW.COM,
JBEEMER@ENTWISTLE-LAW.COM,
JPORTER@ENTWISTLE-LAW.COM,
KKELLY@EBGLAW.COM,

NYI-4382772v1

DTATGE@EBGLAW.COM,
SGUBNER@EBG-LAW.COM,
CWEBER@EBG-LAW.COM,
LSCARCELLA@FARRELLFRITZ.COM,
SHARI.LEVENTHAL@NY.FRB.ORG,
SFELDERSTEIN@FFWPLAW.COM,
PPASCUZZI@FFWPLAW.COM,
JHUH@FFWPLAW.COM,
CHARLES@FILARDI-LAW.COM,
ALUM@FTPORTFOLIOS.COM,
DHEFFER@FOLEY.COM,
JLEE@FOLEY.COM,
RLASATER@FOLEY.COM,
DSPELFOGEL@FOLEY.COM,
SORY@FDLAW.COM,
JHIGGINS@FDLAW.COM,
AHAMMER@FREEBORNPETERS.COM,
DEGGERT@FREEBORNPETERS.COM,
WALTER.STUART@FRESHFIELDS.COM,
PATRICK.OH@FRESHFIELDS.COM,
PETER.SIMMONS@FRIEDFRANK.COM,
RICHARD.TISDALE@FRIEDFRANK.COM,
SHANNON.NAGLE@FRIEDFRANK.COM,
RICHARD.TISDALE@FRIEDFRANK.COM,
EFRIEDMAN@FRIEDUMSPRING.COM,
DROSENZWEIG@FULBRIGHT.COM,
JMERVA@FULT.COM,
JMELKO@GARDERE.COM,
bankruptcy@ntexas-attorneys.com,
RELGIDELY@GJB-LAW.COM,
JGENOVESE@GJB-LAW.COM,
PBATTISTA@GJB-LAW.COM,
DCIMO@GJB-LAW.COM,
DCRAPO@GIBBONSLAW.COM,
MROSENTHAL@GIBSONDUNN.COM,
JWEISS@GIBSONDUNN.COM,
ASEUFFERT@LAWPOST-NYC.COM,
TNIXON@GKLAW.COM,
JHERZOG@GKLAW.COM,
JFLAXER@GOLENBOCK.COM,
JWALLACK@GOULSTONSTORRS.COM,
DROSNER@GOULSTONSTORRS.COM,
GKADEN@GOULSTONSTORRS.COM,
brian.corey@greentreecreditsolutions.com,
DICONZAM@GTLAW.COM,
TANNWEILER@GREERHERZ.COM,
JAMIE.NELSON@DUBAIIC.COM,
JOY.MATHIAS@DUBAIIC.COM,
BGRAIFMAN@GKBLAW.COM,
JSCHWARTZ@HAHNHESSEN.COM,
JORBACH@HAHNHESSEN.COM,
RMATZAT@HAHNHESSEN.COM,
WBENZIJA@HALPERINLAW.NET,
JDYAS@HALPERINLAW.NET,
AGOLD@HERRICK.COM,
SSELBST@HERRICK.COM,
RAMONA.NEAL@HP.COM,
KEN.HIGMAN@HP.COM,
DPIAZZA@HODGSONRUSS.COM,
ISGREENE@HHLAW.COM,
SAGOLDEN@HHLAW.COM,
DCKAUFMAN@HHLAW.COM,
BARBRA.PARLIN@HKLAW.COM,
ARTHUR.ROSENBERG@HKLAW.COM,
FRANCOIS.JANSON@HKLAW.COM,
RICHARD.LEAR@HKLAW.COM,
FRANCOIS.JANSON@HKLAW.COM,
JOHN.MONAGHAN@HKLAW.COM,
BARBRA.PARLIN@HKLAW.COM,
ADAM.BREZINE@HRO.COM,
KERRY.MOYNIHAN@HRO.COM,
MMENDEZ@HUNTON.COM,
RNORTON@HUNTON.COM,
KECKHARDT@HUNTON.COM,
JRSMITH@HUNTON.COM,
ALESIA.PINNEY@INFOSPACE.COM,
CWEISS@INGRAMLLP.COM,
DAVE.DAVIS@ISGRIA.COM,
toby.r.rosenberg@irscounsetl.treas.gov,
mimi.m.wong@irscounsel.treas.gov,
DBALOG@INTERSIL.COM,
TERESA.OXFORD@INVESCOAIM.COM,
AFRIEDMAN@IRELL.COM,
KLYMAN@IRELL.COM,
MNEIER@IBOLAW.COM,
JAY.HURST@OAG.STATE.TX.US,
PTROSTLE@JENNER.COM,
DMURRAY@JENNER.COM,
RBYMAN@JENNER.COM,
GSPILSBURY@JSSLAW.COM,
JFOX@JOEFOXLAW.COM,
JOSEPH.CORDARO@USDOJ.GOV,
ELI.MATTIOLI@KLGATES.COM,
DROSNER@KASOWITZ.COM,
AGLENN@KASOWITZ.COM,
SNEWMAN@KATSKYKORINS.COM,
MPRIMOFF@KAYESCHOLER.COM,
JACLYN.GENCHI@KAYESCHOLER.COM,
kdwbankruptcydepartment@kelleydrye.com,
MPAGE@KELLEYDRYE.COM,
ICATTO@KIRKLAND.COM,
JAMES.SPRAYREGEN@KIRKLAND.COM,

DAVID.SELIGMAN@KIRKLAND.COM,
JAY@KLEINSOLOMON.COM,
JJURELLER@KLESTADT.COM,
CHARDMAN@KLESTADT.COM,
MICHAEL.KIM@KOBREKIM.COM,
ROBERT.HENOCH@KOBREKIM.COM,
ANDREW.LOURIE@KOBREKIM.COM,
TMAYER@KRAMERLEVIN.COM,
BONEILL@KRAMERLEVIN.COM,
ACATON@KRAMERLEVIN.COM,
TMAYER@KRAMERLEVIN.COM,
DEGGERMANN@KRAMERLEVIN.COM,
MLANDMAN@LCBF.COM,
WBALLAINE@LCBF.COM,
SREE@LCBF.COM,
EKBERGC@LANEPOWELL.COM,
KEITH.SIMON@LW.COM,
DAVID.HELLER@LW.COM,
PETER.GILHULY@LW.COM,
RICHARD.LEVY@LW.COM,
GABRIEL.DELVIRGINIA@VERIZON.NET,
EZWEIG@OPTONLINE.NET,
WSWEARINGEN@LLF-LAW.COM,
SFINEMAN@LCHB.COM,
dallas.bankruptcy@publicans.com,
austin.bankruptcy@publicans.com,
PEISENBERG@LOCKELORD.COM,
WCURCHACK@LOEB.COM,
VRUBINSTEIN@LOEB.COM,
DBESIKOF@LOEB.COM,
LOIZIDES@LOIZIDES.COM,
ROBIN.KELLER@LOVELLS.COM,
OMECA.NEDD@LOVELLS.COM,
CHRIS.DONOHO@LOVELLS.COM,
ROBIN.KELLER@LOVELLS.COM,
ILEVEE@LOWENSTEIN.COM,
KROSEN@LOWENSTEIN.COM,
VDAGOSTINO@LOWENSTEIN.COM,
METKIN@LOWENSTEIN.COM,
STEELE@LOWENSTEIN.COM,
TWHEELER@LOWENSTEIN.COM,
JPROL@LOWENSTEIN.COM,
METKIN@LOWENSTEIN.COM,
SCARGILL@LOWENSTEIN.COM,
SQUIGLEY@LOWENSTEIN.COM,
METKIN@LOWENSTEIN.COM,
SCARGILL@LOWENSTEIN.COM,
SQUIGLEY@LOWENSTEIN.COM,
ELEVIN@LOWENSTEIN.COM,
MWARREN@MTB.COM,
JHUGGETT@MARGOLISEDELSTEIN.COM,
FHYMAN@MAYERBROWN.COM,
ATREHAN@MAYERBROWN.COM,
BTRUST@MAYERBROWN.COM,
JTOUGAS@MAYERBROWN.COM,
EMERBERG@MAYERBROWN.COM,
TKIRIAKOS@MAYERBROWN.COM,
SWOLOWITZ@MAYERBROWN.COM,
JSTOLL@MAYERBROWN.COM,
ASHAFFER@MAYERBROWN.COM,
HBELTZER@MAYERBROWN.COM,
CWALSH@MAYERBROWN.COM,
JLAMAR@MAYNARDCOOPER.COM,
KREYNOLDS@MKLAWNYC.COM,
MH1@MCCALLARAYMER.COM,
BKMAIL@PROMMIS.COM,
EGLAS@MCCARTER.COM,
KMAYER@MCCARTER.COM,
WTAYLOR@MCCARTER.COM,
GGITOMER@MKBATTORNEYS.COM,
NCOCO@MWE.COM,
GRAVERT@MWE.COM,
PHAYDEN@MCGUIREWOODS.COM,
SFOX@MCGUIREWOODS.COM,
DHAYES@MCGUIREWOODS.COM,
JMADDOCK@MCGUIREWOODS.COM,
JSHEERIN@MCGUIREWOODS.COM,
JMR@MSF-LAW.COM,
TSLOME@MSEK.COM,
AMARDER@MSEK.COM,
JMAZERMARINO@MSEK.COM,
HARRISJM@MICHIGAN.GOV,
MICHAEL.FREGE@CMS-HS.COM,
SDNYECF@DOR.MO.GOV,
STEVE.GINTHER@DOR.MO.GOV,
DAVIDWHEELER@MVALAW.COM,
NHERMAN@MORGANLEWIS.COM,
NISSAY_10259-0154@MHMJAPAN.COM,
LBERKOFF@MORITTHOCK.COM,
JPINTARELLI@MOFO.COM,
LMARINUZZI@MOFO.COM,
LMARINUZZI@MOFO.COM,
YUWATOKO@MOFO.COM,
KOSTAD@MOFO.COM,
TGOREN@MOFO.COM,
JPINTARELLI@MOFO.COM,
LNASHELSKY@MOFO.COM,
BMILLER@MOFO.COM,
BANKRUPTCY@MORRISONCOHEN.COM,
MILLEE12@NATIONWIDE.COM,
JOWOLF@LAW.NYC.GOV,
SUSAN.SCHULTZ@NEWEDGEGROUP.CO

NYI-4382772v1

M, DDREBSKY@NIXONPEABODY.COM,
ADARWIN@NIXONPEABODY.COM,
VMILIONE@NIXONPEABODY.COM,
MBERMAN@NIXONPEABODY.COM,
VMILIONE@NIXONPEABODY.COM,
bankruptcymatters@us.normura.com,
INFO2@NORMANDYHILL.COM,
CRMOMJIAN@ATTORNEYGENERAL.GOV,
MJR1@WESTCHESTERGOV.COM,
JEREMY.EIDEN@STATE.MN.US,
DIRK.ROBERTS@OTS.TREAS.GOV,
MARTIN.DAVIS@OTS.TREAS.GOV,
akantesaria@oppenheimerfunds.com,
RDAVERSA@ORRICK.COM,
JGUY@ORRICK.COM,
KORR@ORRICK.COM,
DFELDER@ORRICK.COM,
MAUSTIN@ORRICK.COM,
RFRANKEL@ORRICK.COM,
RWYRON@ORRICK.COM,
DFELDER@ORRICK.COM,
LMCGOWEN@ORRICK.COM,
WSILVERM@OSHR.COM,
PFELDMAN@OSHR.COM,
JAR@OUTTENGOLDEN.COM,
RROUPINIAN@OUTTENGOLDEN.COM,
WK@PWLAWYERS.COM,
CHIPFORD@PARKERPOE.COM,
DWDYKHOUSE@PBWT.COM,
BGUINEY@PBWT.COM,
harveystrickon@paulhastings.com,
DRAELSON@FISHERBROTHERS.COM,
SSHIMSHAK@PAULWEISS.COM,
DDAVIS@PAULWEISS.COM,
CHAMMERMAN@PAULWEISS.COM,
DSHEMANO@PWKLLP.COM,
KRESSK@PEPPERLAW.COM,
KOVSKYD@PEPPERLAW.COM,
WISOTSKA@PEPPERLAW.COM,
LAWALLF@PEPPERLAW.COM,
MELTZERE@PEPPERLAW.COM,
SCHANNEJ@PEPPERLAW.COM,
ARLBANK@PBFCM.COM,
JHORGAN@PHXA.COM,
david.crichlow@pillsburylaw.com,
BILL.FREEMAN@PILLSBURYLAW.COM,
MARK.HOULE@PILLSBURYLAW.COM,
SPLATZER@PLATZERLAW.COM,
DFLANIGAN@POLSINELLI.COM,
JBIRD@POLSINELLI.COM,
CWARD@POLSINELLI.COM,
JSMAIRO@PBNLAW.COM,
TJFREEDMAN@PBNLAW.COM,
BBISIGNANI@POSTSCHELL.COM,
FBP@PPGMS.COM, LML@PPGMS.COM,
RFLEISCHER@PRYORCASHMAN.COM,
MJACOBS@PRYORCASHMAN.COM,
RFLEISCHER@PRYORCASHMAN.COM,
MJACOBS@PRYORCASHMAN.COM,
DROSE@PRYORCASHMAN.COM,
RBEACHER@PRYORCASHMAN.COM,
CANELAS@PURSUITPARTNERS.COM,
SCHEPIS@PURSUITPARTNERS.COM,
susheelkirpalani@quinnemanuel.com,
JAMESTECCE@QUINNEMANUEL.COM,
SCOTTSHELLEY@QUINNEMANUEL.COM,
ROBERTDAKIS@QUINNEMANUEL.COM,
JRABINOWITZ@RLTLAWFIRM.COM,
BROY@RLTLAWFIRM.COM,
ARAHL@REEDSMITH.COM,
KGWYNNE@REEDSMITH.COM,
JFALGOWSKI@REEDSMITH.COM,
CLYNCH@REEDSMITH.COM,
ESCHAFFER@REEDSMITH.COM,
MVENDITTO@REEDSMITH.COM,
JLSCOTT@REEDSMITH.COM,
DGRIMES@REEDSMITH.COM,
RQURESHI@REEDSMITH.COM,
CALBERT@REITLERLAW.COM,
JSHICKICH@RIDDELLWILLIAMS.COM,
GMOSS@RIEMERLAW.COM,
ABRAUNSTEIN@RIEMERLAW.COM,
ARHEAUME@RIEMERLAW.COM,
ROGER@RNAGIOFF.COM,
ECOHEN@RUSSELL.COM,
RUSSJ4478@AOL.COM,
MSCHIMEL@SJU.EDU,
CMONTGOMERY@SALANS.COM,
LWHIDDEN@SALANS.COM,
CBELMONTE@SSBB.COM,
TBROCK@SSBB.COM,
PBOSSWICK@SSBB.COM,
ASNOW@SSBB.COM,
AISENBERG@SAUL.COM,
EGEEKIE@SCHIFFHARDIN.COM,
jkehoe@btkmc.com,
BDK@SCHLAMSTONE.COM,
NLEPORE@SCHNADER.COM,
COHENR@SEWKIS.COM,
ASHMEAD@SEWKIS.COM,
FSOSNICK@SHEARMAN.COM,
JGARRITY@SHEARMAN.COM,

NED.SCHODEK@SHEARMAN.COM,
ANN.REYNAUD@SHELL.COM,
JENNIFER.GORE@SHELL.COM,
CSHULMAN@SHEPPARDMULLIN.COM,
RREID@SHEPPARDMULLIN.COM,
mcademartori@sheppardmullin.com,
RREID@SHEPPARDMULLIN.COM,
BWOLFE@SHEPPARDMULLIN.COM,
BANKRUPTCY@GOODWIN.COM,
JTIMKO@SHUTTS.COM,
AQUALE@SIDLEY.COM,
AUNGER@SIDLEY.COM,
rfriedman@silvermanacampora.com,
SALLY.HENRY@SKADDEN.COM,
FYATES@SONNENSCHEIN.COM,
PMAXCY@SONNENSCHEIN.COM,
SLERNER@SSD.COM,
SMAYERSON@SSD.COM,
RTERENZI@STCWLAW.COM,
CGOLDSTEIN@STCWLAW.COM,
R.STAHL@STAHLZELLOE.COM,
MARC.CHAIT@SC.COM,
ECHANG@STEINLUBIN.COM,
EOBRIEN@SBCHLAW.COM,
JLOVI@STEPTOE.COM,
LROMANSIC@STEPTOE.COM,
RITKIN@STEPTOE.COM,
KPIPER@STEPTOE.COM,
CS@STEVENSLEE.COM,
CP@STEVENSLEE.COM,
APO@STEVENSLEE.COM,
CP@STEVENSLEE.COM,
PPATTERSON@STRADLEY.COM,
MCORDONE@STRADLEY.COM,
MDORVAL@STRADLEY.COM,
MCORDONE@STRADLEY.COM,
PPATTERSON@STRADLEY.COM,
MCORDONE@STRADLEY.COM,
MDORVAL@STRADLEY.COM,
PPATTERSON@STRADLEY.COM,
DJOSEPH@STRADLEY.COM,
JMMURPHY@STRADLEY.COM,
LANDON@STREUSANDLANDON.COM,
VILLA@STREUSANDLANDON.COM,
STREUSAND@STREUSANDLANDON.COM,
LHANDELSMAN@STROOCK.COM,
DWILDES@STROOCK.COM,
HOLSEN@STROOCK.COM,
MSPEISER@STROOCK.COM,
SMILLMAN@STROOCK.COM,
LACYR@SULLCROM.COM,
FELDSTEINH@SULLCROM.COM,
CLARKB@SULLCROM.COM,
SCHWARTZMATTHEW@SULLCROM.COM,
WRIGHTTH@SULLCROM.COM,
PAUL.TURNER@SUTHERLAND.COM,
MARK.SHERRILL@SUTHERLAND.COM,
MILLER@TAFTLAW.COM,
AGBANKNEWYORK@AG.TN.GOV,
MARVIN.CLEMENTS@AG.TN.GOV,
THALER@THALERGERTLER.COM,
GERACI@THALERGERTLER.COM,
RANJIT.MATHER@BNYMELLON.COM,
ROBERT.BAILEY@BNYMELLON.COM,
MMORREALE@US.MUFG.JP,
YAMASHIRO@SUMITOMOTRUST.CO.JP,
MATT@WILLAW.COM,
IRA.HERMAN@TKLAW.COM,
DEMETRA.LIGGINS@TKLAW.COM,
RHETT.CAMPBELL@TKLAW.COM,
RHETT.CAMPBELL@TKLAW.COM,
MITCHELL.AYER@TKLAW.COM,
DAVID.BENNETT@TKLAW.COM,
MBOSSI@THOMPSONCOBURN.COM,
AMENARD@TISHMANSPEYER.COM,
MBENNER@TISHMANSPEYER.COM,
BTURK@TISHMANSPEYER.COM,
JCHRISTIAN@TOBINLAW.COM,
OIPRESS@TRAVELERS.COM,
MLYNCH2@TRAVELERS.COM,
hollace.cohen@troutmansanders.com,
lee.stremba@troutmansanders.com,
BMANNE@TUCKERLAW.COM,
MSHINER@TUCKERLAW.COM,
LINDA.BOYLE@TWTELECOM.COM,
DLIPKE@VEDDERPRICE.COM,
MJEDELMAN@VEDDERPRICE.COM,
EASMITH@VENABLE.COM,
SABRAMOWITZ@VELAW.COM,
JWEST@VELAW.COM,
DKLEINER@VELAW.COM,
JELDREDGE@VELAW.COM,
HSNOVIKOFF@WLRK.COM,
RGMASON@WLRK.COM,
ARWOLF@WLRK.COM,
CBELISLE@WFW.COM,
JFREEBERG@WFW.COM,
RGRAHAM@WHITECASE.COM,
TMACWRIGHT@WHITECASE.COM,
AVENES@WHITECASE.COM,
EHOLLANDER@WHITECASE.COM,
EHOLLANDER@WHITECASE.COM,

NYI-4382772v1

AZYLBERBERG@WHITECASE.COM,
DBAUMSTEIN@WHITECASE.COM,
RGRAHAM@WHITECASE.COM,
MRUETZEL@WHITECASE.COM,
UKREPPEL@WHITECASE.COM,
TLAURIA@WHITECASE.COM,
GUZZI@WHITECASE.COM,
CSHORE@WHITECASE.COM,
LTHOMPSON@WHITECASE.COM,
SZUCH@WIGGIN.COM,
MABRAMS@WILLKIE.COM,
MFELDMAN@WILLKIE.COM,
BROMANO@WILLKIE.COM,
MABRAMS@WILLKIE.COM,
MFELDMAN@WILLKIE.COM,
AALFONSO@WILLKIE.COM,
RNETZER@WILLKIE.COM,
DKOZUSKO@WILLKIE.COM,
MABRAMS@WILLKIE.COM,
peter.macdonald@wilmerhale.com,
JEANNETTE.BOOT@WILMERHALE.COM,
charu.chandrasekhar@wilmerhale.com,
CRAIG.GOLDBLATT@WILMERHALE.COM,
LISA.EWART@WILMERHALE.COM,
JMCGINLEY@WILMINGTONTRUST.COM,
JBECKER@WILMINGTONTRUST.COM,
CSCHREIBER@WINSTON.COM,
DMCGUIRE@WINSTON.COM,
MKJAER@WINSTON.COM,
DNEIER@WINSTON.COM,
DRAVIN@WOLFFSAMSON.COM,
JLAWLOR@WMD-LAW.COM,
JLAWLOR@WMD-LAW.COM,
BANKR@ZUCKERMAN.COM,
jhuberty@wwmlawyers.com
Thomas.Geyer@baileycavalieri.com

NYI-4382772v1

## **EXHIBIT C**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Richard P. Krasnow, Esq.
         Lori R. Fife, Esq.
         Shai Y. Waisman, Esq.
         Jacqueline Marcus, Esq.

NYI-4382772v1

## EXHIBIT D

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, New York 10004-1408

NYI-4382772v1