UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (JMP)
                                                               :
                        Debtors.                         :   (Jointly Administered)
-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF RESPONSE TO DEBTORS' FORTIETH OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS) AND MOTION REQUESTING AN ENLARGEMENT OF TIME

PLEASE TAKE NOTICE that the Response to Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) and Motion Requesting an Enlargement of Time Dkt. No. 12242] filed by Nagy és Trócsányi Ügyvédi Iroda is hereby withdrawn.

Dated: July 19, 2011

*[signature]*

Péter P. Nagy, partner
Nagy és Trócsányi Ügyvédi Iroda
Ugocsa utca 4/B, Budapest 1126
Republic of Hungary
Email:       nagy.peter@nt.hu
Telephone:   011 36 1 487-8700
Facsimile:   011 36 1 487-8701