WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Penny P. Reid
Ralph Miller

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :    08-13555 (JMP)
                                        :
                        Debtors.        :    (Jointly Administered)
                                        :
                                        :
----------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF DEBTORS' OBJECTION**
**TO CERTAIN CLAIMS (VALUED DERIVATIVE CLAIMS)**
**SOLELY AS TO ENECO ENERGY TRADE BV**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Fifty-Fifth

Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was scheduled

for July 21, 2011 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely with**

**respect to the claims listed on Exhibit A annexed hereto, to August 25, 2011, at 10:00 a.m.**

**(Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The

Hearing on the Objection as to all other claims set forth therein shall proceed as scheduled on

July 21, 2011, at 10:00 a.m. (Prevailing Eastern Time).  The Hearing will be held before the

Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House,

One Bowling Green, New York, New York, Room 601, and such Hearing may be further

adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  July 19, 2011
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Penny P. Reid
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors
and Debtors in Possession*

## Exhibit A

**Adjourned Claims:**

| Claimant Name | Claim Number |
|:---:|:---:|
| Eneco Energy Trade BV | 19279 |
| Eneco Energy Trade BV | 19280 |