WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                                        :
**In re**                                                               :   **Chapter 11 Case No.**
                                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                            :   **08-13555 (JMP)**
                                                                        :
                        **Debtors.**                                    :   **(Jointly Administered)**
                                                                        :
------------------------------------------------------------------------x
                                                                        :
**In re**                                                               :
                                                                        :   **Case No.**
**LEHMAN BROTHERS INC.,**                                               :
                                                                        :   **08-01420 (JMP) (SIPA)**
                        **Debtor.**                                     :
                                                                        :
------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR THE
FORTIETH OMNIBUS HEARING ON JULY 20, 2011 AT 10:00 A.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

I. **UNCONTESTED MATTERS:**

1. Debtors' Motion for Authority to (i) Enter into the Second Amended Joint Chapter 11 Plan Proposed by the Lehman Creditors and the Suncal Trustee on Behalf of the Suncal Involuntary Debtors in Eight of the Suncal Involuntary Debtors' Cases; (ii) Enter into the Second Amended Joint Chapter 11 Plan Proposed by the Lehman Lenders in Eleven of the Suncal Voluntary Debtors' Cases; and (iii) Participate in any Auction of the Suncal Debtors' Assets **[Docket No. 18122]**

    Response Deadline: July 13, 2011 at 4:00 p.m.

    Responses Received: None.

    Related Document:

    A. Declaration of Alfredo R. Perez in Connection with Debtors' Motion **[Docket No. 18123]**

    B. Statement of Official Committee of Unsecured Creditors in Support of the Debtors' Motion **[Docket No. 18573]**

    C. Supplemental Declaration of Alfredo Perez in Connection with Debtors' Motion **[Docket No. 18612]**

    Status: This matter is going forward.

2. Debtors' Motion for Authorization to Terminate and Settle or Reject Certain Prepetition Derivatives Contracts with Trusts for which U.S. Bank National Association Serves as Indenture Trustee and Related Relief **[Docket No. 18106]**

    Response Deadline: July 13, 2011 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A. Declaration of Robert Hershan in Support of Motion **[Docket No. 18116]**

  B. Affidavit of David Duclos in Connection with Motion **[Docket No. 18558]**

 Status:  This matter is going forward.

3. Motion of Evangelical Christian Credit Union for Relief from the Automatic Stay **[Docket No. 16259]**

 Response Deadline: July 6, 2011

 Responses Received:

  A. Lehman Commercial Paper Inc.'s Response to Motion **[Docket No. 18304]**

  B. Joinder of Official Committee of Unsecured Creditors in Lehman Commercial Paper Inc.'s Response **[Docket No. 18305]**

 Related Document:

  C. Declaration of Michael Boblit in Support of Motion **[Docket No. 16260]**

  D. Reply of Evangelical Christian Credit Union to Lehman Commercial Paper Inc.'s Response **[Docket No. 18535]**

 Status:  This matter is going forward uncontested.

**II. CONTESTED MATTERS:**

4. Debtors' Motion for (i) Approval of Stipulation and Order Regarding Chapter 11 Plans and (ii) Stay of Related Discovery **[Docket No. 18306]**

 Response Deadline: July 13, 2011 at 4:00 p.m.

 Responses Received:

  A. Response of Danske Bank A/S, London Branch **[Docket No. 18531]**

  B. Limited Objection of PricewaterhouseCoopers AG, Zurich **[Docket No. 18532]**

  C. Response of Centerbridge Credit Advisors LLC **[Docket No. 18533]**

    D.    Joinder of Anchorage Capital Group, L.L.C. to Response of Centerbridge Credit Advisors LLC **[Docket No. 18534]**

    E.    Supporting Response of Monarch Alternative Capital LP. to Response of Centerbridge Credit Advisors LLC **[Docket No. 18559]**

    F.    Joinder of American National Insurance Company to Limited Objection of PricewaterhouseCoopers AG, Zurich **[Docket No. 18564]**

Related Documents:

    G.    Debtors' Reply **[Docket No. 18583]**

    H.    Statement of the Ad Hoc Group of Lehman Brothers Creditors in Support of Debtors' Motion **[Docket No. 18580]**

    I.    Statement of Official Committee of Unsecured Creditors In Support of Debtors' Motion **[Docket No. 18585]**

Status: This matter is going forward.

5. Motion of Joseph Arena, Roland Hansalik, George Barclay Perry for an Order Modifying the Automatic Stay to Allow Payment of a Judgment Under the Directors and Officers Insurance Policies Issued to the Debtors **[Docket No. 18157]**

Response Deadline: July 13, 2011 at 4:00 p.m.

Responses Received:

    A.    Objection of the State of New Jersey, Department of Treasury, Division **[Docket No. 18467]**

    B.    Reservation of Rights of Lead Plaintiffs **[Docket No. 18519]**

    C.    Statement of Lehman Brothers Holdings Inc. in Support of Motion **[Docket No. 18468]**

Related Documents:

    D.    Reply of Insured Persons **[Docket No. 18578]**

    E.    Reply of US Airways, Inc. in Support of Motion **[Docket No. 18579]**

Status: This matter is going forward.

6. Debtors' Motion to Amend the Order Establishing Procedures to (i) Restructure, (ii) Make New or Additional Debt or Equity Investments in, and/or (iii) Enter Into Settlements and Compromises in Connection with Existing Real Estate Investments **[Docket No. 17282]**

   Response Deadline:   June 8, 2011 at 4:00 p.m.

   Responses Received:

   A. Limited Objection of the Ad Hoc Group of Lehman Brothers Creditors **[Docket No. 17515]**

   Related Documents:

   B. Debtors' Reply to Limited Objection of the Ad Hoc Group of Lehman Brothers Creditors **[Docket No. 17594]**

   C. Statement of Official Committee of Unsecured Creditors in Support of Debtors' Motion **[Docket No. 17615]**

   Status: This matter is going forward.

7. Motion of Merrill Lynch Portfolio Management, Inc. and Merrill Lynch Capital Services, Inc. to Compel Specific Performance of Subordination Agreement Terms **[Case No. 08-13555/Docket No. 18033; Case No. 08-01420/Docket No. 4357]**

   Response Deadline:   July 13, 2011 at 4:00 p.m.

   Responses Received:

   A. Debtors' Objection **[Docket No. 18486]**

   B. Statement of SIPA Trustee Regarding Motion **[Case No. 08-01420/Docket No. 4398]**

   C. Statement of Official Committee of Unsecured Creditors In Support of Debtors' Objection **[Docket No. 18570]**

   Related Documents:   None.

   Status: This matter is going forward.

**MATTERS TO BE HEARD AT 2:00 P.M.**

**III.    ADVERSARY PROCEEDINGS:**

8.    European Credit Management Limited, et al. v. Lehman Commercial Paper Inc. **[Adv. Case No. 09-01262]**

   **Pre-Trial Conference**

   Related Documents:

   A.    Amended Complaint against Lehman Commercial Paper Inc. **[Docket No. 10]**

   B.    Answer of Lehman Commercial Paper Inc. to Amended Complaint **[Docket No. 13]**

   Status:  This matter is going forward.

9.    Pulsar Re Ltd. v. Lehman Brothers Holdings Inc, et al. **[Adv. Case No. 11-01283]**

   **Pre-Trial Conference**

   Related Documents:

   A.    Complaint against Lehman Brothers Holdings Inc., et al. **[Docket No. 1]**

   B.    Motion of Lehman Brothers Holdings Inc., et al. to Dismiss Complaint with Prejudice **[Docket No. 9]**

   Status:  This matter is going forward.

10.    PT Bank Negara Indonesia (Persero) Tbk v. Lehman Brothers Special Financing, Inc., et al. **[Adv. Case No. 09-01480]**

   **Pre-Trial Conference**

   Related Documents:

   A.    Amended Complaint against Citibank, N.A., Lehman Brothers Inc. and Lehman Brothers Special Financing Inc. **[Docket No. 14]**

   B.    Answer to Amended Complaint of Defendant Lehman Brothers Special Financing Inc. **[Docket No. 23]**

   C.    Answer to Amended Complaint of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. **[Docket No. 24]**

        D.    Answer to Amended Complaint of Citibank, N.A. **[Docket No. 25]**

Status: This matter is going forward.

11. King v. Lehman Brothers Holdings Inc. **[Adv. Case No. 11-01875]**

    **Pre-Trial Conference and Debtor's Motion to Stay Adversary Proceeding**

    Related Documents:

        A.    Adversary Complaint **[Docket No. 14]**

        B.    Debtor's Motion to Stay Adversary Proceeding and Extend Deadline to Respond to Complaint and Brief in Support Thereof **[Docket No. 3]**

    Status: This matter is going forward.

## IV.    ADJOURNED MATTERS:

**A.    Lehman Brothers Holdings Inc.:**

12. Amended Motion (i) for Approval of the Disclosure Statement and the Form and Manner of Notice of the Disclosure Statement Hearing, (ii) Establishing Solicitation and Voting Procedures, (iii) Scheduling a Confirmation Hearing, and (iv) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Chapter 11 Plan **[Docket No. 18126]**

    Response Deadline:    August 11, 2011 at 4:00 p.m.

    Related Documents:

        A.    Supplement to Debtors' Amended Motion **[Docket No. 18497]**

        B.    Order to Show Cause Fixing the Objection Deadline, Reply Deadline, and Hearing Date **[Docket No. 18292]**

    Status: This matter will be heard on August 30, 2011 at 10:00 a.m.

13. Motion of Official Committee of Unsecured Creditors for Reconsideration of Court's September 17, 2008 Interim Order (i) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code and (ii) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of Bankruptcy Code **[Docket No. 434]**

    Response Deadline:    August 11, 2011 at 5:00 p.m.

    Responses Received: None.

Related Documents:   None.

Status: This matter has been adjourned to August 17, 2011 at 10:00 a.m.

14. Motion of Factiva, Inc., et al. to Compel Immediate Payment of Post-Petition Administrative Expense Claims **[Docket No. 7102]**

   Response Deadline:   August 10, 2011 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:   None.

   Status: This matter has been adjourned to August 17, 2011 at 10:00 a.m.

15. Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[Docket No. 11513]**

   Response Deadline:   February 9, 2011 at 4:00 p.m.

   Responses Received

       A.   Debtors' Objection **[Docket No. 14398]**

       B.   Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[Docket No. 14462]**

   Related Documents:

       C.   Affidavit of Michael E. Busch, Esq. in Support of Motion **[Docket No. 11514]**

       D.   Declaration of Christopher Milenkevich in Support of Debtors' Objection **[Docket No. 14454]**

   Status: This matter has been adjourned to August 17, 2011 at 10:00 a.m.

16. Cross-Motion of John Dmuchowski for Entry of an Order Permitting Late Filing of Claims **[Docket No. 12007]**

   Response Deadline:   November 23, 2011 at 4:00 p.m.

   Responses Received:   None.

   Related Document:

       A.   Debtors' Forty-Second Omnibus Objection to Claims (Late-Filed Lehman Programs Securities Claims) **[Docket No. 11307]**

Status: This matter has been adjourned to November 30, 2011 at 10:00 a.m.

17. Application of Debtors for Authorization to Employ and Retain Milbank, Tweed Hadley & McCloy LLP, as Special Counsel to the Debtors in Connection with Certain Tax Related Matters **[Docket No. 14811]**

   Response Deadline:   March 18, 2011 at 11:00 a.m.

   Responses Received

       A.    Objection of the United States Trustee **[Docket No. 15192]**

   Related Documents:   None.

   Status: This matter has been adjourned to August 17, 2011 at 10:00 a.m.

18. Motion of Giants Stadium LLC for Leave to Conduct Discovery of the Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004 **[Docket No. 16016]**

   Response Deadline:   May 11, 2011 at 4:00 p.m.

   Responses Received:

       A.    Debtors' Objection **[Docket No. 16680]**

       B.    Joinder of Official Committee of Unsecured Creditors in Debtors' Objection **[Docket No. 16683]**

   Related Documents:   None.

   Status: This matter has been adjourned to August 17, 2011 at 10:00 a.m.

19. Motion of the Ad Hoc Group of Lehman Brothers Creditors to Establish Disclosure Procedures **[Docket No. 17014]**

   Response Deadline:   June 8, 2011 at 4:00 p.m.

   Responses Received:

       A.    Debtors' Joinder to the Motion **[Docket No. 17461]**

       B.    Objection of Barclays Bank PLC, et al. **[Docket No. 17493]**

       C.    Deutsche Bundesbank's Limited Objection **[Docket No. 17498]**

D.     Objection of Certain Holders of Notes Issued by Lehman Brothers Treasury Company B.V. **[Docket No. 17499]**

E.     Opposition of Elliott Management Corp. **[Docket No. 17500]**

F.     Response of The King Street Parties **[Docket No. 17503]**

G.     Objection of The Baupost Group, L.L.C. **[Docket No. 17505]**

H.     Limited Objection of DZ Bank AG Deutsche Zentral-Genossenschaftsbank **[Docket No. 17507]**

I.     Objection of Davidson Kempner Capital Management LLC **[Docket No. 17508]**

J.     Objection of Bank of America, N.A., et al. **[Docket No. 17509]**

K.     Joinder of Nomura International PLC, et al. to the Objection of Barclays Bank PLC, et al. **[Docket No. 17510]**

L.     CarVal Investors UK Limited's Limited Objection **[Docket No. 17512]**

M.     Varde Partners, L.P.'s Objection **[Docket No. 17513]**

N.     Objection of Libertyview Capital Management LLC and Certain Affiliated Funds **[Docket No. 17531]**

O.     Objection of Lehman Brothers Mortgage Backed Securities Litigation Lead Plaintiff **[Docket No. 17532]**

P.     Objection of Lehman Brothers Equity/Debt Securities Litigation Lead Plaintiffs **[Docket No. 17533]**

Q.     Limited Objection of Official Committee of Unsecured Creditors **[Docket No. 17535]**

R.     Objection of Och-Ziff Capital Management Group LLC **[Docket No. 17536]**

S.     Joinder of Royal Bank of Canada in the Objection of the Official Committee of Unsecured Creditors **[Docket No. 17547]**

T.     Objection of Certain Non-Consolidation Plan Proponents **[Docket No. 17561]**

      U.      Joinder of Angelo, Gordon & Co., L.P., et al. to Objection of Certain Non-Consolidation Plan Proponents **[Docket No. 17563]**

Related Document:   None.

Status: This matter has been adjourned to August 17, 2011 at 10:00 a.m.

20.    Motion of Jason T. Taylor for Relief from the Automatic Stay **[Docket No. 14377]**

Response Deadline:   June 10, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status: This matter has been adjourned to August 17, 2011 at 10:00 a.m.

21.    Motion of Phillip Walsh for Relief from the Automatic Stay **[Docket No. 14571]**

Response Deadline:   June 10, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status: This matter has been adjourned to August 17, 2011 at 10:00 a.m.

22.    Motion of Colorado Plaintiffs Authorizing 2004 Examination of Debtors **[Docket No. 15200]**

Response Deadline:   March 31, 2011

Responses Received

      A.      Debtors' Preliminary Response **[Docket No. 15522]**

      B.      Debtors' Objection **[Docket No. 15681]**

Related Document:

      C.      Notice of Proposed Order **[Docket No. 15201]**

Status: This matter has been adjourned to August 17, 2011 at 10:00 a.m.

23. Motion of Colorado Plaintiffs for Relief from the Automatic Stay **[Docket No. 15202]**

    Response Deadline:   April 6, 2011

    Responses Received:

    A.   Debtors' Objection **[Docket No. 15681]**

    Related Documents:   None.

    Status: This matter has been adjourned to August 17, 2011 at 10:00 a.m.

24. Motion of Monti Family Holding Company, Ltd for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings, Inc. and Other Entities **[Docket No. 16803]**

    Response Deadline:   June 8, 2011 at 4:00 p.m.

    Responses Received:

    A.   Debtors' Objection **[Docket No. 17502]**

    Related Document:   None.

    Status: This matter has been adjourned to August 17, 2011 at 10:00 a.m.

25. Notice of Presentment of Application of the Debtors for Authorization to Expand the Scope of Their Retention of Pachulski Stang Ziehl & Jones LLP as Special Counsel, Nunc Pro Tunc to September 18, 2009  **[Docket No. 17154]**

    Response Deadline:   July 13, 2011 at 4:00 p.m.

    Responses Received:

    A.   Objection of the United States Trustee **[Docket No. 18395]**

    Related Documents:   None.

    Status: This matter has been adjourned to August 17, 2011 at 10:00 a.m.

26. Amended Motion for Approval of Procedures for Determining the Allowed Amount of Claims filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc. **[Docket No. 18127]**

    Response Deadline:   August 2, 2011 at 4:00 p.m.

Responses Received:

    A.    Limited Objection of The Steven G. Holder Living Trust **[Docket No. 18446]**

Related Document:    None.

Status: This matter has been adjourned to August 9, 2011 at 2:00 p.m.

27.    Motion to File Proof of Claim After Claims Bar Date on behalf of Caisse des Depots et Consignations **[Docket No. 18039]**

Response Deadline:    July 13, 2011 at 4:00 p.m.

Responses Received:    None.

Related Document:    None.

Status: This matter has been adjourned to August 25, 2011 at 10:00 a.m.

**B.    Adversary Proceedings:**

28.    Turnberry et al v. Lehman Brothers Holdings Inc., et al. **[Adversary Case No. 09-01062]**

**Pre-Trial Conference**

Related Documents:

    A.    Adversary Complaint **[Docket No. 1]**

    B.    Answer of Jacquelyn Soffer, et al. to Counterclaim **[Docket No. 21]**

    C.    Answer and Counterclaim of Lehman Brothers Holdings Inc., et al. to Complaint **[Docket No. 30]**

    D.    Plaintiffs' Motion to Dismiss Defendants' Amended Counterclaims **[Docket No. 32]**

    E.    Lehman's Opposition to Plaintiffs' Motion to Dismiss Defendants' Amended Counterclaims **[Docket No. 37]**

    F.    Plaintiffs' Reply in Support of Motion to Dismiss Defendants' Amended Counterclaims **[Docket No. 46]**

Status: This matter has been adjourned to August 17, 2011 at 2:00 p.m.

29. Lehman Brothers Holdings Inc. v. J. Soffer, Fontainebleau Resorts, LLC **[Adversary Case No. 10-02821]**

    **Pre-Trial Conference**

    Related Documents:

    A. Adversary Complaint **[Docket No. 1]**

    B. Motion of Fontainebleau Resorts, LLC, et al. to Dismiss Count IV of the Complaint **[Docket No. 15]**

    C. Lehman's Opposition to Defendants' Motion to Dismiss Count IV of the Complaint **[Docket No. 17]**

    D. Defendants' Reply in Further Support of their Motion to Dismiss Count IV of the Complaint **[Docket No. 22]**

    Status: This matter has been adjourned to August 17, 2011 at 2:00 p.m.

30. Lehman Brothers Holdings Inc. v. J. Soffer, Fontainebleau Resorts, LLC **[Adversary Case No. 10-02823]**

    **Pre-Trial Conference**

    Related Documents:

    A. Adversary Complaint **[Docket No. 1]**

    B. Motion of Fontainebleau Resorts, LLC, et al. to Dismiss Count IV of the Complaint **[Docket No. 15]**

    C. Lehman's Opposition to Defendants' Motion to Dismiss Count IV of the Complaint **[Docket No. 17]**

    D. Defendants' Reply in Further Support of their Motion to Dismiss Count IV of the Complaint **[Docket No. 22]**

    Status: This matter has been adjourned to August 17, 2011 at 2:00 p.m.

**V.  WITHDRAWN MATTERS:**

31. Debtors' Motion for Enforcement of the Automatic Stay with Respect to the SunCal Movants **[Docket No. 17061]**

    Response Deadline: June 8, 2011 at 4:00 p.m.

    Responses Received:

   A.  SunCal Parties' Opposition **[Docket No. 17495]**

Related Documents:

   B.  Debtors' Reply **[Docket No. 17599]**

   C.  Declaration of Sean A. O'Keefe in Support of SunCal Parties' Opposition **[Docket No. 17497]**

   D.  Statement of Official Committee of Unsecured Creditors in Support of Motion **[Docket No. 17607]**

   E.  Notice of Withdrawal **[Docket No. 18525]**

Status: This matter has been withdrawn.

Dated: July 19, 2011
   New York, New York

            /s/ Harvey R. Miller
            Harvey R. Miller

            WEIL, GOTSHAL & MANGES LLP
            767 Fifth Avenue
            New York, New York 10153
            Telephone: (212) 310-8000
            Facsimile: (212) 310-8007

            Attorneys for Debtors
            and Debtors in Possession

Dated: July 19, 2011
   New York, New York

            /s/ Jeffrey S. Margolin
            James B. Kobak, Jr.
            Jeffrey S. Margolin

            HUGHES HUBBARD & REED LLP
            One Battery Park Plaza
            New York, New York 10004
            Telephone: (212) 837-6000
            Facsimile: (212) 422-4726

            Attorneys for James W. Giddens, Trustee for
            the SIPA Liquidation of Lehman Brothers Inc.