**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

### MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Virginia Whitehill Guldi, request admission, *pro hac vice*, before the Honorable James Peck, to represent the State of New Jersey, Department of Treasury, Division of Investment, a creditor in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Delaware, the Commonwealth of Virginia and the District of Columbia, and, the bar of the U.S. District Court for the District of Delaware, the District of Columbia, the Eastern District of Virginia and the District of Maryland.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  July 19, 2011
        New York, New York

ZUCKERMAN SPAEDER LLP

/s/ Virginia Whitehill Guldi
Virginia Whitehill Guldi
1800 M Street, Suite 1000
Washington, DC 20036
*E-mail address*: vguldi@zuckerman.com
*Telephone number*: (202) 778-1800

- and -

Laura E. Neish
1540 Broadway, Suite 1604
New York, New York 10036
*E-mail address*: lneish@zuckerman.com
*Telephone number*: (212) 704-9600

*Attorneys for State of New Jersey, Department of Treasury, Division of Investment*

2155846.1