# Exhibit 1

| | |
|---|---|
| **COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**<br>Peter S. Pearlman<br>Jeffrey W. Herrmann<br>Park 80 Plaza West-One<br>Saddle Brook, NJ 07633<br>Tel: (201) 845-9600<br>Fax: (201) 845-9423 | **BERGER & MONTAGUE, P.C.**<br>Merrill G. Davidoff<br>Lawrence Lederer<br>Robin Switzenbaum<br>David Anziska<br>1622 Locust St.<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>Fax (215) 875-4604 |

Attorneys for Plaintiff The State of New Jersey, Department of Treasury, Division of Investment

### SUPERIOR COURT OF NEW JERSEY
### LAW DIVISION – MERCER COUNTY

THE STATE OF NEW JERSEY, DEPARTMENT OF TREASURY, DIVISION OF INVESTMENT,

Plaintiff,

v.

RICHARD FULD, JR., CHRISTOPHER M. O'MEARA, JOSEPH M. GREGORY, ERIN CALLAN, IAN LOWITT, DAVID GOLDFARB, HERBERT H. McDADE, III, THOMAS RUSSO, MARK WALSH, MICHAEL AINSLIE, JOHN F. AKERS, ROGER S. BERLIND, THOMAS H. CRUIKSHANK, MARSHA JOHNSON EVANS, CHRISTOPHER GENT, ROLAND A. HERNANDEZ, HENRY KAUFMAN, JOHN D. MACOMBER, and ERNST & YOUNG LLP,

Defendants.

Case No.:

<u>JURY TRIAL DEMAND</u>



RECEIVED
MAR 1 7 2009
Mercer County Superior Court
CIVIL CASE MANAGEMENT