# Exhibit 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

LEHMAN BROTHERS SECURITIES                    09 MD 2017 (LAK)
AND ERISA LITIGATION

This Document Applies to:    All Cases
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### PRETRIAL ORDER NO. 5

LEWIS A. KAPLAN, *District Judge.*

       The Court conducted a conference with counsel on March 2, 2009. The Court established the following schedules:

       1.    The movant(s) on each motion to remand that was or may be pending at the time of transfer in cases transferred to this Court on or before March 23, 2009 by that date shall inform the Court in writing whether the motion is withdrawn. Opposing papers on all remaining motions to remand shall be filed on or before April 13, 2009. Reply papers on all such motions shall be filed on or before April 20, 2009.

       2.    Motions to dismiss individual cases as distinguished from class actions are not to be filed until the disposition of motions to dismiss class actions.

       SO ORDERED.

Dated:    March 5, 2009

                                                Lewis A. Kaplan
                                                United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 3/5/09
```