# <u>Retention Checklist</u>

## 50 Largest Bond Holders

1.     Advanced Series Trust
2.     AETNA Life Insurance Company
3.     AIG Annuity Insurance Company
4.     ALFA Mutual Fire Insurance Company
5.     Allianz Life Insurance Company of North America
6.     Alpha Mutual Fund Management
7.     American Family Life Assurance Company
8.     American Life Insurance Company
9.     AXA Equitable Life Insurance Company
10.    Barclays Global Fund Advisors
11.    BBVA Gestion SA SGIIC (Spain)
12.    Blackrock Advisors
13.    Capital Research and Management
14.    Continental Casualty Company
15.    Federated Investors
16.    Fidelity Management and Research
17.    Franklin Advisors Inc.
18.    Franklin Templeton Investments
19.    Guardian Life Insurance Company
20.    Hartford Life Insurance Company
21.    ING Investment LLC
22.    Jackson National Life Insurance
23.    John Hancock Investment Management Services
24.    John Hancock Life Insurance Company
25.    Liberty National Life Insurance Company
26.    Loomis Sayles & Company L.P.
27.    Medical Liability Mutual Insurance Company
28.    Metlife Insurance Company of Connecticut
29.    Metropolitan Life Insurance Company
30.    Metropolitan West Capital Management
31.    NATIXIS  Asset Management Advisors
32.    Northwest Mutual Life Insurance Company
33.    Phillips Hager & North Investment Management
34.    PIMCO Advisors LP
35.    PIMCO Funds Global Investors
36.    Principal Life Insurance Company
37.    Prudential Financial Inc.
38.    Prudential Insurance Company of America
39.    Riversource Life Insurance Company
40.    Sun Life Assure Co. of Canada
41.    T. Rowe Price Associates
42.    Teachers Insurance and Annuity Association
43.    Thrivent Financial for Lutherans
44.    Transamerica Life Insurance Company
45.    UBS Investment KAG

46.     United States – Indices
47.     Van Kampen Asset Management
48.     Vanguard Group Incorporated
49.     Western Asset Management Company
50.     Zurich American Insurance Company

## Largest Unsecured Creditors other than Bondholders

1.      1221 Avenue of the Americas *
2.      125 Broad Street *
3.      1301 Properties Owner LP
4.      55 Broadway *
5.      767 Fifth  Ave *
6.      Allen & Overy
7.      Anjarlekar & Associates
8.      ANZ Banking Group Limited
9.      Aozora Bank
10.     Ashurst Morris Crisp
11.     Australia and New Zealand Banking Group Limited
12.     Banctec Ltd.
13.     Bank of America Plaza STE 3500 *
14.     Bank of China, New York Branch
15.     Bank of Taiwan, New York Agency
16.     Bats Trading, Inc.
17.     Bloomberg Finance LP
18.     Bloomberg L.P.
19.     BNP Paribas
20.     Broadridge Securities Processing
21.     Caldwalader, Wickersham, and Taft
22.     Canary Warf Management Limited
23.     CB Richard Ellis Client Account RE Gloa
24.     CDW Direct LLC
25.     Chuo Mitsui Trust & Banking
26.     Citibank N.A. Hong Kong Branch
27.     Citibank, NA
28.     Clifford Chance
29.     Commonwealth Bank of Australia, Tokyo Branch
30.     Compucenter (UK) Ltd.
31.     CW Lending II Limited
32.     Davis, Polk and Wardwell
33.     Dell Marketing L.P.
34.     Deutsche Borsche AG
35.     Dimension Data
36.     DnB NOR Bank ASA
37.     Drowst Trading, LLC
38.     Ernst & Young
39.     Ernst and Young Private Limited
40.     Fidessa Plc.
41.     First Commercial Bank Co., Ltd, New York Agency
42.     FT Interactive Data

43.   Haworth Singapore PTE Ltd.
44.   Henegan Construction Co., Inc.
45.   Hewlett-Packard AP (HONG KONG) LIMITED
46.   HSBC Bank
47.   Hua Nan Commercial Bank, Ltd
48.   IBM Corporation
49.   ICAP Securities Limited
50.   Information Builders Inc.
51.   JQ Network PTD Limited
52.   KBC Bank
53.   Kim & Chang
54.   Kingston Communications PLC
55.   Linklaters, S.L.
56.   Lloyds Bank, PLC
57.   London & European Title Insurance Services Ltd.
58.   London Borough of Tower Hamlets Rates
59.   Mace Limited
60.   McKee Nelson LLP
61.   Microsoft Licensing, GP
62.   Millennium Developers PVT LTD
63.   Mizuho Corporate Bank Ltd.
64.   Morse Group Limited
65.   Morse Service Holdings Limited
66.   National Bank of Australia
67.   National Commerce bank
68.   Network Appliance, Inc.
69.   Nippon Life Insurance Co.
70.   NYSE Market, Inc.
71.   Origin HR Consulting Limited
72.   Paul Weiss
73.   Pricoa Relocation UK Limited
74.   Reuters America Inc.
75.   Reuters Limited
76.   Shinkin Central Bank
77.   Shinsei Bank Ltd.
78.   Sidley Austin Brown & Wood
79.   Standard & Poor's
80.   Standard Chartered Bank
81.   Sumitomo Mitsui Banking Corp
82.   Sungard Securities Finance Inc.
83.   Svenska Handelsbanken
84.   Swapswire Limited
85.   Taipei Fubon Bank, New York Agency
86.   Tata Consultancy Services
87.   The Bank of New York
88.   The Bank of Nova Scotia
89.   The British Land Company PLC
90.   Thompson Financial
91.   TIBCO Software, Inc.

92.    UFJ Bank Limited
93.    Vertex Mortgage Services
94.    Virtx
95.    WIPRO Infotech Enterprise Solutions
96.    YXIME
97.    ZKB (Zurcher Kantonalbank)

## Significant Leases

- 101 Hudson Leasing Associates
- 1111 Brickell Office, LLC
- 125 High Street LP
- 1301 Properties Owner L.L.C
- 20 CCC Business Trust
- 300 Main L.L.C.
- 50 Broadway Realty Corp.
- 5450 West Sahara LLC
- 600 Partners Co., L.P.
- 605 Third Avenue Fee LLC
- 70 Hudson Street, LLC
- 8 Sound Shore Associates, LLC
- 85 Tenth Avenue Associates, LLC
- AIG Technologies, Inc.
- American Center
- Archipelago Holdings, Inc.
- Argonne Capital Group
- B&R 919, LLC
- Beneficiaries of North Star Trust Company Title Holding Land
- BNC Mortgage
- Board of Trade of the City of Chicago, Inc.
- BP 399 Park Avenue LLC
- Brandywine Office Investments LLC
- Brookfield Properties One WFC Co. LLC
- CA-10880 Wilshire Limited Partnership
- CB Office 10, Ltd.
- CharterMac Mortgage Capital Corporation
- Clearbridge Advisors, LLC (f/k/a CAM North America, LLC)
- Clifford Chance US LLP
- CMD ST Financial Centre, LLC
- Columbia Center Property LLC
- Constellation Place, LLC
- Consultatio Inversora S.A.
- Corporate Park Associates
- Corridors I & II/Loudoun II SPE Feeco, L.L.C.
- Courtside West, LLC
- CPR (USA) Inc.
- Creekside Business Mall LLC

4

- Crescent TC Investors LP
- Crown Point, L.L.C.
- CT Tower Investments Inc
- Custer Court, L.P.
- DBSI Housing, Inc.
- Denver United LLC
- Deutsche Bank AG, New York Branch
- Deutsche Bank Securities, Inc.
- Deutsche Immobilien Fonds Aktiengesellschaft
- Dewey Ballantine LLP/Dewey LeBouf LLP
- Eastrich No. 167 Corporation
- Financial Solutions Partners, LLC
- For 1031 Heritage II LLC
- Four Point Star Operating Company, L.P.
- Franklin Credit Management
- Frazee, LLC
- Frenkel of New Jersey, Inc.
- Galleria Properties, LLC
- GRE Glendale LLC
- Guggenheim Concourse, L.P.
- Hanover Moving & Storage Co., Inc.
- Historic TW Inc.
- Historic TW Inc.
- HQ Global Workplaces
- Hunter Financial Group, LLC
- Huron Consulting Group LLC
- HWA 555 Owners, LLC
- JBC Funds 200 West Monroe LLC
- JDJ Properties, Inc.
- Legacy III Centennial, LLC
- Lehman Brothers Commercial Bank
- Lehman Brothers Holdings, Inc.
- Lempira S.R.L., R.U.C.
- Level 3 Communications, LLC
- Liberty Property Limited Partnership
- Mack-Cali CW Realty Associates L.L.C.
- Mackenzie Financial Corporation
- MCPR Unit V LP, S.E.
- Middlefield Park Associates
- Millennium De Investimentos Imobiliarios LTDA
- MJH Wacker LLC
- Monarch Centre Associates, LLC
- Mountain Towers Properties, LLC
- National Union Fire Insurance Company of Pittsburgh, PA
- NBS Brookside 700/800, L.L.C.
- New Tower Trust Company Multi-Employer Property Trust

- Nine Penn Center Associates, LP
- Normandy Real Estate Partners
- One William Street Capital Management, L.P.
- Palm Beach Park Centre 4, LLC
- PCC Properties (Calgary) Ltd.
- Piedmont Operating Partnership, L.P.
- Pricewaterhouse Coopers, LLP
- R3 Capital Management, L.P.
- Regus do Brasil, Ltd
- Rock Forty Ninth LLC
- Rockefeller Center North, Inc.
- Rosemead Properties, Inc.
- Sandtrap II, Ltd.
- Sharon Land Company, LLC
- SLG 220 News Owner LLC
- SP4 190 S. LaSalle, L.P.
- Stillwater Development, LLC
- Sunray Investments
- Teachers Insurance and Annuity Assoc. of America
- Telwares, Inc.
- Tempe Fountainhead Corporate, LLC
- Texas Tower Limited
- The Irvine Company LLC
- The Realty Associates Fund VIII, L.P.
- Triple Net Properties, LLC
- Trizec Westwood Center LLC
- Wacker Drive Limited Partnership
- Wasserstein Perella Group Holdings, LLC
- Willkie Farr & Gallagher LLP
- WLA UPU 1 and 2, LLC
- WPGH, LLC

## Secured Creditors

1.    Danske Bank
2.    Fenway Funding LLC
3.    JPMorgan Chase
4.    MetLife
5.    SMBC
6.    State Street
7.    Swedbank

## Government and State Regulatory Agencies.

- Commodity Futures Trading Commission (LBI, NB LLC)
- Federal Deposit Insurance Corporation (LB Bank, LB Commercial Bank)
- Federal Energy Regulatory Commission (Lehman Brothers Commodity Services Inc.)

- Financial Industry Regulatory Authority (non-governmental)
- National Futures Association (non-governmental)
- New York Stock Exchange (non-governmental)
- Office of the Comptroller of Financial Institutions (Lehman Brothers Trust Co.)
- Office of Thrift Supervision (LB Bank)
- Securities and Exchange Commission
- State Bank Commissioner of the State of Delaware (Lehman Brothers Trust Company of Delaware)
- State Blue Sky Laws in all 50 states and Puerto Rico
- Utah Commissioner of Financial Institutions (LB Commercial Bank)

## Members of Ad Hoc or Unofficial Creditors' Committees

1.  <u>The Ad Hoc Committee of Bondholders of the Main Street Natural Gas, Inc. Gas Project Revenue Bonds</u>
    - Allstate Insurance Co.
    - Capital Research Management Co.
    - Capital Research Management Co.
    - Franklin Advisors LP
    - Franklin Federal Intermediate-Term-Tax-Free Income Fund
    - Franklin Federal Tax-Free Income Fund
    - Franklin Georgia Tax-Free Income Fund
    - Franklin High-Yield Tax-Free Income Fund
    - Independence Holding Co.
    - Oppenheimer Funds, Inc.
    - The Vanguard Group

2.  <u>Informal LBHI Bondholder Group</u>
    - Alliance Bernstein
    - Capital Guardian Trust Company
    - Cyrus Capital Partners, L.P.
    - King Street Capital Management, L.L.C.
    - Pacific Management Investment Company
    - Wexford Capital LLC
    - York Capital Management

## Significant Stockholders

- AXA and related parties                                7.25%
- Clearbridge Advisors, LLC and related parties          6.33%
- FMR LLC and related parties                            5.87%

## Directors and Officers (LBHI) – Current and former (up to three years) members of the corporation's board of directors and its officers.

Board of Directors
- Henry Kaufman
- Jerry A. Grundhofer

- John D. Macomber
- John F. Akers
- Marsha Johnson Evans
- Michael L. Ainslie
- Richard S. Fuld, Jr.
- Roger S. Berlind
- Roland A. Hernandez
- Sir Christopher Gent
- Thomas H. Cruikshank

Officers
- Aaron Guth
- Aida Sarmast
- Alex Kirk
- Andrew Fischtal
- Andrew Yeung
- Ann Cairns
- Bryan Marsal
- Christian Meissner
- Christine Searl
- Christopher O'Mera
- Daniel Ehrmann
- Darryl Steinberg
- David Coles
- David Goldfarb
- Denise Troise
- E. Todd Whittemore
- Eric Felder
- Erin Callen
- Francine Kittredge
- George H. Walker
- Gerald A Donini
- Gerald Pietroforte
- Gwen J. Zeisler
- Herbert H. McDade III
- Hugh E. McGee III
- Hyung S. Lee
- Ian T Lowitt
- Jack MCCarthy
- James Brogan
- James Fogarty
- Jasjit S. Bhattal
- Jeffrey A. Welikson
- Jeffrey Fitts
- Jeffry Ciongoli
- Joanne Chormanski

- John M. Skoba
- John Suckow
- Jonathan Beyman
- Jonathan Harris
- Jospeh M. Gregory
- Karen B. Corrigan
- Lana Franks
- Leo C. Trautman, Jr.
- Linda Klang
- Madeline L. Shapiro
- Martha Solinger
- Martin Winter
- Michael Geband
- Neill Poole
- Pamela Tibbetts
- Riccardo Banchetti
- Richard S. Fuld, Jr.
- Robert J. Leist
- Ronn A. Pisapia
- Salvatore Barbuzza
- Scott J. Freidheim
- Shawnda D. Merriman
- Stephen M. Lessing
- Terry L. Gentry
- Thomas A. Russo
- Thomas Hommel
- Wendy M. Uvino
- William Fox
- William Gordon
- William Olshan
- Yvonne Stich

## Underwriting Investment Bankers for Debtor's Securities

- ABN AMRO Rothschild
- Hoare Govett, Ltd.
- Lehman Brothers
- Merrill Lynch
- UBS Investment Bank

## Related Entities

1. 737 Portfolio Services LLC
2. 737 Portfolio Trust
3. Area Assignor Corp. (dissolved)
4. Area Depository Corporation (dissolved)
5. Area GP Corporation
6. Aristos LLC

7.      ASB L.L.C.
8.      Ballybunion Investments No. 2 Ltd.
9.      Ballybunion Investments No. 3 Ltd
10.     Ballybunion Investments No. Ltd.
11.     Banque Lehman Brothers S.A.
12.     Bixen Limited
13.     BK I Realty Inc. (dissolved)
14.     BK II Properties Inc.
15.     BK III Properties Inc.
16.     Blue Jay Realty Corporation
17.     BNC Holdings Inc.
18.     Bromley LLC
19.     Brookson Corp.
20.     Brookwood Energy & Properties Inc.
21.     Canope Credit Corp.
22.     Capital Analytics II, LP
23.     Central Funding (Concord) Corporation (dissolved)
24.     Clarks Summit I, LLC
25.     Clarks Summit II, LLC
26.     CP1 Real Estate Services Inc.
27.     CP4 Real Estate Services Inc. (dissolved)
28.     Dimont Corporation
29.     DL Mortgage Corp.
30.     DRA Management, Inc. (dissolved)
31.     Eagle Energy Management, LLC
32.     Eagle Energy Partners I, L.P.
33.     East Dover Limited
34.     Edibrook Corp.
35.     EHP/GP Inc. (dissolved)
36.     Eldon Street Holdings Limited
37.     ELQ Holdings B.V.
38.     ELQ Hypothekan N.V.
39.     Equipment Management Inc.
40.     Equity Strategies Loans LLC
41.     Equity Strategy Loans LLC
42.     e-Valuate, LP
43.     Executive Monetary Management, Inc.
44.     Falcon Holdings I LLC
45.     First Ward Properties Inc.
46.     Flight Sim I LLC
47.     Flight Sim II LLC
48.     Flight Sim III LLC
49.     Flight Sim IV LLC
50.     Flight Sim V Inc.
51.     FRAH Special Services Inc.
52.     Fundo De Investimento Multimercado Credito Privado Navigator Investmento
53.     Furno & Del Castano CapitalPartners LLP
54.     GA Dekalb Inc.
55.     GKI Korea Development Limited

56.  Global Principal Strategies Loans Inc.
57.  GmbH
58.  GRA Finance Corporation Ltd.
59.  GRA Finance Corporation Ltd.
60.  Growth Partners Inc. (dissolved)
61.  Hills Funding One, Ltd.
62.  Hydrocarbon Capital II LLC
63.  IL Lombard Inc. (dissolved)
64.  Ivanhoe Lan Pty Limited
65.  Jet Aircraft Leasing Inc. (dissolved)
66.  Jet Partners, LLC
67.  JFM Aviation Once LLC
68.  KM-I Real Estate Company VII (sold)
69.  Laminar Holdings LLC
70.  LB 3 GmbH
71.  LB Alberta Holdings Inc.
72.  LB Beta Finance Cayman Limited
73.  LB GPS Lightfoot L.L.C.
74.  LB Holdings Intermediate 1 Ltd
75.  LB Holdings Intermediate 2 Ltd
76.  LB I Group Inc
77.  LB India Holdings Cayman I Limited
78.  LB India Holdings Cayman II Limited
79.  LB India Holdings Mauritius I Limited
80.  LB India Holdings Mauritius II Limited
81.  LB India Holdings Mauritius III Limited
82.  LB Investment Corp. Inc.
83.  LB Investment Holding Company Limited (dissolved)
84.  LB Investments (UK) Limited
85.  LB Leasing Inc.
86.  LB Lomond Investments Limited
87.  LB Maritim Investor
88.  LB Memphis Brownestone LLC
89.  LB Military Housing LLC
90.  LB Note Corp.
91.  LB Ohana, LLC
92.  LB Skypower Inc.
93.  LB Trade Corp.
94.  LB UK Financing Limited
95.  LB UK RE Holdings Ltd.
96.  LBCCA Holdings I LLC
97.  LBCCA Holdings II LLC
98.  LB-NL Holdings (Cayman) Limited
99.  LB-NL Holdings I Inc.
100. LB-NL Holdings L.P.
101. LB-NL U.S. Investor Inc.
102. LBO Investments Limited
103. LBQ Funding (UK)
104. LBQ Hong Kong Funding Ltd

105.    LBQ Hong Kong Services Limited
106.    LCP LTU LLC
107.    LCPI Properties Inc.
108.    LCPI Properties Inv.
109.    Leesburg ACG LLC
110.    Lehman ABS Corporation
111.    Lehman Aircraft Securitization Holdings LLC
112.    Lehman Asset Backed Caps Inc.
113.    Lehman Brother Venture Capital 2003 Partnership
114.    Lehman Brothers (Israel) Inc.
115.    Lehman Brothers (PTG) Limited
116.    Lehman Brothers (Spain) S.A.
117.    Lehman Brothers 1999 Venture Managers' Partnership L.P.
118.    Lehman Brothers 1999 Vernture GP Partnership L.P.
119.    Lehman Brothers AIM Holding II LLC
120.    Lehman Brothers Alternative Investment Management LLC
121.    Lehman Brothers Argentina S.A.
122.    Lehman Brothers Asset Management (Europe) Ltd
123.    Lehman Brothers Asset Management Asia, Inc. (dissolved)
124.    Lehman Brothers Asset Management France
125.    Lehman Brothers Asset Securitization LLC
126.    Lehman Brothers Capital GmbH, Co
127.    Lehman Brothers Capital Partners I, L.P.
128.    Lehman Brothers Capital Partners II, L.P.
129.    Lehman Brothers Capital Partners IV, L.P.
130.    Lehman Brothers CDO 2003 L.P.
131.    Lehman Brothers CDO Associates (Cayman), Ltd.
132.    Lehman Brothers CDO Associates 2003 L.P.
133.    Lehman Brothers CDO Associates 2004 L.P.
134.    Lehman Brothers CDO Opportunity Partners 2004-2, L.P.
135.    Lehman Brothers Commercial Corporation Asia Limited
136.    Lehman Brothers Commercial Mortgage K.K.
137.    Lehman Brothers Commodity Service Inc.
138.    Lehman Brothers Communications Partnership
139.    Lehman Brothers de Chile, S.A. (dissolved)
140.    Lehman Brothers de Venezuela C.A. (inactive)
141.    Lehman Brothers Derivative Finance LLC
142.    Lehman Brothers Derivative Products Inc.
143.    Lehman Brothers Diversified Private Equity Fund 2004, L.P.
144.    Lehman Brothers do Brasil Ltda
145.    Lehman Brothers Energy Canada, ULC
146.    Lehman Brothers Europe Inc.
147.    Lehman Brothers Europe Limited
148.    Lehman Brothers European Mezzanine 2002 Associates L.P.
149.    Lehman Brothers European Mezzanine 2002 L.P.
150.    Lehman Brothers European Venture Capital Associates L.P.
151.    Lehman Brothers European Venture Capital L.P.
152.    Lehman Brothers Finance (Japan) Inc.
153.    Lehman Brothers Financial Products Inc.

154. Lehman Brothers Fund of Funds Associates L.P.
155. Lehman Brothers Fund of Funds L.P.
156. Lehman Brothers Global Asset Management K.K. (liquidated)
157. Lehman Brothers Healthcare Venture Capital Associates L.P.
158. Lehman Brothers Healthcare Venture Capital L.P.
159. Lehman Brothers Holdings Inc.
160. Lehman Brothers Holdings International Inc.
161. Lehman Brothers Holdings Japan Inc.
162. Lehman Brothers Holdings Plc
163. Lehman Brothers Holdings Scottish LP
164. Lehman Brothers Inc.
165. Lehman Brothers Insurance Agency L.L.C
166. Lehman Brothers International (Europe)
167. Lehman Brothers International Services, Inc.
168. Lehman Brothers Investment Holding Company Inc.
169. Lehman Brothers Investment Management Asia Limited
170. Lehman Brothers Investments PTE Ltd.
171. Lehman Brothers Japan Inc
172. Lehman Brothers LBO Inc.
173. Lehman Brothers Limited
174. Lehman Brothers Luxembourg Investments Sari
175. Lehman Brothers MBG Associates III L.L.C.
176. Lehman Brothers MBG Associates L.P.
177. Lehman Brothers MBG Capital Partners 1998 (C) LP
178. Lehman Brothers MBG Finders 1999 (A) L.P.
179. Lehman Brothers MBG Finders 1999 (B) L.P.
180. Lehman Brothers MBG Finders 2000 (B) L.P.
181. Lehman Brothers MBG Partners 1997 (A) L.P. (dissolved)
182. Lehman Brothers MBG Partners 1997 (B) L.P. (dissolved)
183. Lehman Brothers MBG Partners 1998 (A) L.P.
184. Lehman Brothers MBG Partners 1998 (B) L.P.
185. Lehman Brothers MBG Partners 1998 (C) L.P.
186. Lehman Brothers MBG Partners 1999 (A) L.P.
187. Lehman Brothers MBG Partners 1999 (B) L.P.
188. Lehman Brothers MBG Partners 1999 (C) L.P.
189. Lehman Brothers MBG Partners L.P.
190. Lehman Brothers MBG Venture Capital Partners 1997
191. Lehman Brothers MBG Venture Capital Partners 1998 (A) L.P.
192. Lehman Brothers MBG Venture Capital Partners 1998 (B) L.P.
193. Lehman Brothers MBG Venture Capital Partners 1998 (C) L.P.
194. Lehman Brothers MBG Venture Capital Partners 1998 (D) L.P.
195. Lehman Brothers MLP Associates, L.P.
196. Lehman Brothers MLP Partners, L.P.
197. Lehman Brothers Offshore Diversified Arbitrage Fund, Ltd.
198. Lehman Brothers Offshore Diversified Arbitrage Master Fund Ltd.
199. Lehman Brothers Offshore Diversified Private Equity Fund 2004, L.P.
200. Lehman Brothers Offshore Investment Partnership L.P.
201. Lehman Brothers Offshore Investment Partnership-Japan L.P.
202. Lehman Brothers Offshore long/short fund, ltd

203.    Lehman Brothers Offshore Long/Short Master Fund Ltd.
204.    Lehman Brothers Offshore Partners Ltd.
205.    Lehman Brothers Offshore Partnership Account 2000/2001, L.P.
206.    Lehman Brothers Offshore Partnership GP 2000/2001 L.P.
207.    Lehman Brothers Offshore Real Estate Associates, Ltd
208.    Lehman Brothers OTC Derivatives Inc.
209.    Lehman Brothers Overseas Inc.
210.    Lehman Brothers Pacific Holdings Pte. Ltd.
211.    Lehman Brothers Participation Fund Associates, L.P.
212.    Lehman Brothers Partnership GP 2000/2001 L.P. (dissolved)
213.    Lehman Brothers Private Equity Advisers L.L.C
214.    Lehman Brothers Private Fund Advisers LP
215.    Lehman Brothers Private Fund Management LP
216.    Lehman Brothers Private Funds Investment Company GP, LLC
217.    Lehman Brothers Private Funds Investment Company LP, LLC
218.    Lehman Brothers Secondary Fund of Funds Associates L.P.
219.    Lehman Brothers Secondary Fund of Funds L.P.
220.    Lehman Brothers Securities Taiwan Limited
221.    Lehman Brothers Services India Private Limited
222.    Lehman Brothers Singapore PTE Ltd.
223.    Lehman Brothers South Asia Limited (Inactive)
224.    Lehman Brothers South East Asia Investments PTE Limited
225.    Lehman Brothers Spain Holdings Limited
226.    Lehman Brothers Special Financing Inc.
227.    Lehman Brothers Sudamerica S.A.
228.    Lehman Brothers U.K. Holdings (Delaware) Inc.
229.    Lehman Brothers Uruguay S.A.
230.    Lehman Brothers VC Partners L.P.
231.    Lehman Brothers Venture Associates Inc.
232.    Lehman Brothers Venture Bankers' Partnership L.P.
233.    Lehman Brothers Venture Capital Partners I, L.P.
234.    Lehman Brothers Venture GP Partnership L.P.
235.    Lehman Brothers Venture Partners L.P.
236.    Lehman Brothers Verwaltungs-und Beteiligungsgesellschaft mbH
237.    Lehman CMO Inc.
238.    Lehman Commercial Paper Inc.
239.    Lehman Crossroads Corporate Investors II, LP
240.    Lehman Insurance Company
241.    Lehman Loan Funding I LLC
242.    Lehman Mortgage Company of Canada (surrendered)
243.    Lehman Mortgage Holdings Canada I Inc. (inactive)
244.    Lehman Mortgage Holdings Canada II Inc. (inactive)
245.    Lehman Municipal ABS Corp.Lehman OPC LLC
246.    Lehman Pass-Through Securities Inc.
247.    Lehman Queens Center Inc. (inactive)
248.    Lehman Queens Limited Inc. (inactive)
249.    Lehman Re Ltd.
250.    Lehman Realty & Development Corp.
251.    Lehman Receivables Corp. (dissolved)

252. Lehman Risk Advisors Inc.
253. Lehman Risk Management, Inc. (dissolved)
254. Lehman Structured Assets Inc.
255. Lehman Structured Securities Corp.
256. Lehman Syndicated Loan Inc.
257. Lehman VIP Holdings Inc.
258. Lehman VIP Investment LDC
259. Liberty Corner Inc. (sold)
260. Liberty GP II Inc. (sold)
261. Libro Companhia Securitizadora de Creditos
262. LIBRO Holdings I Inc.
263. Long Point Funding Pty Ltd.
264. Louise Y.K.
265. LPTG Inc.
266. LPTG Intermediate LLC
267. LPTG LLC
268. LW-LP Inc.
269. LW-LP Properties Inc.
270. M&L Debt Investments Holdings Pty Limited
271. M&L Debt Investments Pty Limited
272. Mast Depositor Corp
273. MBAM Investor Limited
274. MBR/GP Corp.
275. Merit, LLC
276. Metro Realty Corporation (dissolved)
277. MMP Funding Corp.
278. Morganberry Corporation
279. Nai Ham Hotel 1 Company Limited
280. Neuberger & Berman Agency, Inc.
281. Neuberger Berman Asset Management, LLC
282. Neuberger Berman Inc.
283. Neuberger Berman Investment Services, LLC
284. Neuberger Berman Pty Ltd.
285. Neuberger Berman, LLC
286. Newark Properties One Inc.
287. Nexity Investment Partnership L.P.
288. NL Funding, L.P.
289. NL GP Inc.
290. Northstar Equipment Leasing Income Inc. (dissolved)
291. NPC Inc. (dissolved)
292. O.M.B. Limited Partner Ltd.
293. OCI Holdings Limited
294. OSD Corp.
295. PAC Aircraft Management Inc.
296. Pentaring, Inc.
297. Phuket Hotel 1 Holdings Company Limited.
298. Pike International Y.K.Pindar Pty Ltd.
299. Preferred Group Limited
300. Preferred Holdings Limited

301.    Preferred Mortgages Limited
302.    Principal Transactions Inc.
303.    QP80 Real Estate Services Inc.
304.    Quality Pork Partners, Inc.
305.    Real Estate Investors Inc. (dissolved)
306.    Real Estate Private Equity Inc.
307.    Real Estate Services I Inc. (dissolved)
308.    Real Estate Services VII Inc. (dissolved)
309.    Reliance Energy E&P, LLC
310.    REPE LBREP III LLC
311.    Revival Holdings Limited
312.    RIBCO LLC
313.    RIBCO SPC, Inc.
314.    Rock Hill Real Estate, Inc.
315.    Sage Partners, LLC
316.    SAIL Investor Pte Ltd.
317.    Sambar Properties Inc.
318.    SASCO ARC Corporation
319.    Scranzay, Inc.
320.    Security Assurance Advisers, LP
321.    Select Asset Inc.
322.    Senior Income Fund Inc. (dissolved)
323.    Serafino Investments Pty Limited
324.    Shearson Lehman Brothers Capital Partners II, L.P.
325.    Shearson Lehman Hutton Capital Partners II
326.    Skratook LLC
327.    Small Business Assets I LLC
328.    Southern Pacific Funding 5 Ltd
329.    Stamford Investment Realty Inc.
330.    STRATUS I Inc.
331.    Structure Asset Securities Corporation II
332.    Structured Asset Securities Corporation
333.    Structured Options Inc.
334.    STUIE CORP.
335.    Sunrise Finance Co., Ltd.
336.    TAL Europe, LLC
337.    Tallus
338.    Thayer Group Limited
339.    Thayer Properties (Jersey) Ltd.
340.    Thayer Properties Limited
341.    Townsend Analytics Japan Ltd.
342.    Townsend Analytics, Ltd.
343.    TX Tower Inc. (sold)
344.    West Dover, LLC
345.    Wharf Reinsurance Inc.
346.    Woori-LB First Asset Securitization Specialty Co., Ltd.
347.    Woori-LB Fourth Asset Securitization Specialty Co., Ltd.
348.    Y.K Tower Funding
349.    Y.K. Park Funding

## Potential Parties in Interest

1. 1301 Properties Owner, LP
2. 13D Research Inc.
3. 1407 Broadway Real Estate LLC
4. 25 Broad LLC
5. 250 East Borrower LLC
6. 4086 Advisors
7. 4Cast Inc.
8. 4Kids Entertainment, Inc.
9. 50 Broadway Realty Corp. LLC
10. 605 Third Avenue Fee LLC
11. 8 Sound Shore Associates LLC
12. A/P Hotel, LLC
13. AB Bankas
14. AB Svensk Exportkredit
15. Aberdeen Asset Management Inc.
16. Abm Industries, Inc.
17. ABN Ambro Holding N.V.
18. AboveNet Communications Inc.
19. Abu Dhabi Investment Authority
20. Abu Dhabi National Energy
21. Accel Capital Corporation Accellent Inc.
22. Accenture LLP
23. Access Asia Investment Holdings (BVI) Ltd.
24. Access Data
25. ACCLARA
26. Account Temps
27. Accredited Home Lenders, Inc.
28. Accuride Corporation
29. ACI Operations Pty Limited
30. Acorn Partners LP
31. Activant Solutions Inc.
32. Acts Aero Tech Support
33. Adagio IV CLO Limited
34. ADV Portfolio Tech
35. Advanced Graphic Printing, Inc.
36. Advanced Portfolio Technologies, Inc.
37. AES Corporation
38. AEW Capital Management, LP
39. AG Financial Products, Inc.
40. AG First Farm Credit Bank
41. AGA Medical Corporation
42. Agribank
43. Aida Sarmast
44. AIG CDS, Inc.
45. AIG Financial Products Corp.
46. AIG Global Investment Corporation
47. AIM Advisors

48. AIM Funds
49. Airclaims Limited
50. Aircraft Finance Trust
51. Airlie CDO I
52. AIRLIE LCDO (AVIV LCDO 2006-3)
53. AIRLIE LCDO (Pebble Creek 2007-1)
54. Akin Gump Strauss Hauer & Feld LLP
55. Aktiengesellschaft
56. Alabama Power Company
57. Aladdin Relative Value Credit Master Fun Limited
58. Alameda County (CA) Employees' Retirement Association
59. Alan J. Worden
60. Alcoa Inc.
61. Alenco
62. Alex E. Rhinehart
63. Alexander Leytman
64. Algoma Stell Inc.
65. Aliant Bank
66. Alix Egloff
67. Alix Partners LLP
68. Allegheny Energy
69. Allen Matkins Leck Gamble Mallory
70. Alliance Imaging, Inc.
71. Alliance Laundry Equipment Receivable Trust 2005-A
72. Alliance Laundry Equipment Receivables 2005 LLC
73. Alliance Laundry Holdings LLC
74. Alliance Laundry Systems
75. Alliance Resource Operating
76. Alliant Energy Corporation
77. Allianz
78. Allianz Global Investors AG
79. Allied Holdings, Inc.
80. Allied Waste Industries Inc.
81. Allied World Assurance Company
82. Allison Transmission, Inc.
83. Allsport Management SA
84. Alltel Communications
85. Alltel Corp.
86. Almtaler Volksbank
87. Alpha D2 Limited
88. Alpha III
89. Altos Hornos de Mexico SA de CV
90. Altova, Inc.
91. Altra Group, Inc.
92. AM International E Mac 63 Limited
93. Amadeus Holdings Limited
94. AMBAC
95. Amber Capital Investment Management
96. Ameren Corporation

97.  Amerenergy Resources Generating
98.  American Airlines 1st Lien
99.  American Airlines Inc.
100.    American Axle & Manufacturing Inc.
101.    American Electric Power Company Inc.
102.    American European Insurance Company
103.    American Express
104.    American Express Travel Related Services Co., Inc.
105.    American Family Life Assurance Company
106.    American International Group Inc.
107.    American National Insurance Company
108.    American Transmission Company
109.    Americas
110.    America's Servicing Company
111.    AmeriSourceBergen Corporation
112.    Amgen Inc.
113.    Ana Fernanda Canales Gonzales
114.    ANC Rental Corporation
115.    Anita Bryant
116.    Ann Lee
117.    Antero Resources Corporation
118.    Anthony J. Napolitano & Associates
119.    Anthony Victor Lomas
120.    Anton R. Valukas (Examiner)
121.    ANZ Securities, Inc.
122.    Aon Consulting
123.    Aozora Bank, Ltd.
124.    Apax Summer Bidco Limited
125.    Apollo Management Holdings, L.P.
126.    Arab Bank
127.    Aracruz
128.    Aramark Corporation
129.    Arapahoe County Attorney's Office
130.    Arapahoe County Treasurer
131.    Arapahoe International Limited
132.    Arche Master Fund, L.P.
133.    Area Giochi Holding S.p.A
134.    ARINC Incorporated
135.    Aristeia International Limited
136.    Aristeia Master, L.P.
137.    Arizona Public Service Company
138.    ArvinMeritor, Inc.
139.    Arysta Lifescience
140.    AS Propulsion Capital BV
141.    Asbury Atlantic
142.    Asbury-Solomons
143.    Ashmore Energy International / AEI
144.    Asian CRC Hedge Fund
145.    Asian Multi Finance Hedge Fund

146.    Asian SBC Hedge Fund
147.    Asian Special Finance Hedge Fund
148.    Aspen Creek Financial Advisors LLC
149.    Asset Backed Management Corp.
150.    Assicurazioni
151.    Assurant, Inc.
152.    Asurion Corporation
153.    AT&T Incorporated
154.    AT&T Services Inc.
155.    Atlas Pipeline Partners
156.    Atmos Energy Corporation
157.    Atrium Companies Inc.
158.    Audio Visual Services Corporation
159.    Australia and New Zealand Banking Group Limited
160.    Australia National Bank
161.    Autodesk Inc.
162.    Automated Securities Clearance LLC (f/k/a SunGard Expert Solutions, Inc.)
163.    Automobile Club Insurance Association
164.    Autonomy Capital Research LLP
165.    Autonomy Master Fund Limited
166.    Autonomy Rochevera One Limtied
167.    A-V Services, Inc.
168.    Avago Technologies Finance Pte. Ltd.
169.    Avaya Inc.
170.    Aveos
171.    Avio
172.    Avista Corp.
173.    AVIV LCDO 2006-1
174.    AVIV LCDO 2006-2
175.    Aviva Assicurazioni S.p.A.
176.    Aviva Italia Holding S.p.A.
177.    Aviva Italia S.p.A.
178.    Aviva Life and Annuity Company
179.    Aviva Life S.p.A.
180.    Aviva Previdenza S.p.A.
181.    Aviva S.p.A.
182.    Aviva Vita S.p.A.
183.    AVR Acquisitions B.V.
184.    AVR Industrial Waste B.V.
185.    AVR Industrie N.V.
186.    Axis – ACM Inc.
187.    Axon Financial
188.    B & G Foods
189.    Bacar Constructors, Inc.
190.    BAE Systems Holdings Inc.
191.    Ball Corporation
192.    Ball Packaging Products Canada
193.    Ballyrock ABS CDO 2007-1 Limited
194.    Banca Akros S.p.A

195. Banca Carige, S.p.A.
196. Banca Italease S.p.A.
197. Banca Monte dei Paschi di Seina S.p.A.
198. Banca Popolare di Milano Societa Cooperativa a r.l.
199. Banca Sai
200. Banco Banif, S.A.
201. Banco Bilbao Vizcaya Argentaria, S.A.
202. Banco Inversis, S.A
203. Banco Popolare Societa Coopertiva
204. Banco Popular Espanol, S.A.
205. Banco Santander
206. Banesco Holding C.A.
207. Banif-Banco
208. Banif-Banco de Investimento, S.A.
209. Bank of America Mellon
210. Bank of America N.A.
211. Bank of China
212. Bank Of Montreal
213. Bank of New York Mellon
214. Bank of New York Mellon Trust Company, N.A.
215. Bank of New York Trust Co., N.A.
216. Bank of Nova Scotia
217. Bank of Taiwan
218. Bank Pekao
219. Bankruptcy Creditors' Service, Inc.
220. Banque Privee Saint Dominique
221. Barclays Bank PLC
222. Barclays Capital, Inc.
223. Barclays Global Investors National Association
224. Basso Capital Management L.P.
225. Bats Holdings, Inc.
226. Bausch and Lomb
227. Bay Harbour Management LC
228. Bay Harbour Master
229. BBVA Securities Inc.
230. BCM Ireland Holdings Limited
231. BCV Investments SCA
232. BEA Systems, Inc.
233. Beaver Country Day School (The)
234. Beig Midco Limited
235. Beig Pikco Limited
236. Bel Air Investment Advisors LLC
237. Belmont Holdings Corp.
238. Berry Plastics Corporation
239. Best Buy
240. Best Karpet
241. BHCO Master
242. BHM Exit Financing Facility
243. BHM Exit Term Loan

244. BHM Technologies, LLC
245. BIM
246. Binding Company, Inc.
247. Biogen Iden Inc.
248. Biomet, Inc.
249. BKW FMB Energie SA
250. Black Lion Beverages III B.V.
251. BlackRock
252. Blackrock Financial Management
253. Blackstone / Blackstone Capital Partners V L.P.
254. Block Financial Corporation
255. Bloomberg Finance L.P. and its affiliates
256. Bloomberg L.P. and its affiliates
257. BLT 39 LLC
258. Blue Angel Claims, LLC
259. BlueMountain Capital Management LLC
260. BMO Capital Markets Corp.
261. BMO Nesbitt Burns, Inc
262. BNC Mortgage Loan Trust
263. BNY Capital Markets, Inc.
264. BNY Corporate Trustee Services Ltd.
265. Board of Education of the City of Chicago
266. Boardwalk Pipelines, LP
267. Bondwave LLC
268. Bonten Media Group, Inc.
269. Booz Allen Hamilton Inc.
270. Bortstein Legal LLC
271. Boston Generating, LLC
272. Boultbee (Helsinki) AB
273. Boultbee (Vasteras) AB
274. BP Canada
275. BP Energy
276. BP North America
277. BPC Holding Corporation (f/k/a BPC Acquisition Corp.)
278. BRE Bank S.A.
279. BreitBurn Operating L.P.
280. Bremer Financial Corporation
281. Bremer Financial Corporation A-3
282. Brian Monahan
283. Brickman Group
284. Brigadier Capital Master Fund, Ltd.
285. British Airways Plc
286. British Sky Broadcasting Group plc
287. Broadridge Processing Solutions, Inc.
288. Brockton Contributory Retirement System
289. Brookfield Properties One WFC Co. LLC
290. Brooks Family Partnership, LLC
291. Brownstein Hyatt Farber Schreck, LLP
292. Bryant University

293.    Buckeye Partners, L.P.
294.    Buffets, Inc.
295.    Building Materials - Wells
296.    Buildings Materials Holdings
297.    Bundesanstalt fur Finanzdienstleistungsaufsicht (BaFin)
298.    Burger King Corporation
299.    Burleson, ISD
300.    Business Objects Americas
301.    C.V.I. G.V.F. (Lux) Master S.a.r.l.
302.    Cableuropa S.A.U.
303.    Cablevision Systems Corp.
304.    Cabrera Capital Markets, LLC
305.    Caisse De Depot et Placement du Quebec
306.    Caixa Geral De Depositos, S.A.
307.    Caja de Ahorros y Monte de Piedad de Madrid
308.    Caja de Castilla la Mancha Vida y Pensiones S.A. de Seguros y Reaseruros
309.    Calabri Elena
310.    California Ind. Systems Operator Corp.
311.    California Public Employees Retirement System
312.    Calyon
313.    Calyon Securities
314.    Cammell Laird Holdings Plc
315.    Campbell Soup Company
316.    Canadian Imperial Bank
317.    Canyon Value Realization Mac 18 Ltd
318.    Cap Gemini Financial Services USA, Inc
319.    Capital Automotive L.P.
320.    Capital IQ, Inc.
321.    Capmark Financial Group Inc.
322.    Carbone S.A.R.L.
323.    Caribe Media Inc.
324.    Carlos Manala
325.    Carlsberg Breweries
326.    Carlton Communications Ltd.
327.    Carlton Willard
328.    Carlyle Credit Partners Master Fund
329.    Carlyle High Yield Partners IX, Ltd.
330.    Carlyle Loan Investment
331.    Carmignac Gestion
332.    Carrollton-Farmers Branch Independent School District
333.    Casa de Ahorros y Monte De Pieda De Zaragoza Aragon y Rioja
334.    CASAM ADI CD Arbitrage Fund Limited
335.    Casam Adi Cd Arbitrage Fund Limited
336.    Cascade Investment LLC
337.    Casema Mezzanine
338.    Casema/Euribor
339.    Castex Energy 1995, L.P.
340.    Cattolica Assicurazioni S.p.A.
341.    Cavalier Telephone

342. CB Richard Ellis, Inc.
343. CBI Italian Receivables
344. CBI-Italian NPL
345. CBR Textile GMBH
346. CBS Corp.
347. CCMP Acquisition
348. CD Representative, L.C.
349. CDC IXIS Financial Guaranty Services Inc.
350. CDW Corporation
351. CEAGO ABS CDO 2007-1, LLC
352. CEAGO ABS CDO 2007-1, Ltd.
353. Cebridge 2nd Lien PIK
354. Cedar Fair
355. Cede & Co.
356. CEI/Kensington Ltd.
357. Cellcap Securities Limited
358. Centennial Cellular Corp.
359. Centennial Communications Corp.
360. Center Energy Resources Corp.
361. Centerbridge Credit Partners LP
362. Centerbridge Credit Partners Master LP
363. Centerpoint Energy Resource
364. Centra Park, LLC
365. Central CATV Inc.
366. Central European Media Enterprises Ltd.
367. Central Illinois Light Company
368. Central Illinois Public Service Company
369. Centurytel, Inc.
370. Cenveo Corporation
371. Cequel Comm
372. Ceradyne, Inc.
373. Cereita Lawrence
374. Cessna
375. CFIP Fund
376. CFS Holding NV
377. Charise Carroll
378. Charles River School (The)
379. Charles Schwab & Co., Inc.
380. Chart Industries, Inc.
381. Charter Communications
382. Chequer Finance 1 S.A.
383. Chequer Finance 2 S.A.
384. Chequer Finance 3 S.A.
385. Chesapeake Appalachia, L.L.C.
386. Chesapeake Energy Corp.
387. Chevron Natural Gas
388. Chicago Board Options Exchange, Incorporated
389. Chicago Mercantile Exchange
390. Chinatrust Commercial Bank, et al.

391.  Choctaw Investors B.V.
392.  Chorion (Project Planet) PIK
393.  Chris or Nancy Stovic
394.  Christine Coleman
395.  Chun IP
396.  Chun Ip
397.  Chuo Mitsui Trust And Banking Co.
398.  CIBC Wolrd Markets Inc.
399.  CIFG
400.  CIFG Services, Inc.
401.  Cilcorp Inc.
402.  Cinemark USA, Inc. A-4
403.  Cisco Systems Capital Corporation
404.  Cisco Systems, Inc.
405.  CIT Group (Master)
406.  Citadel Equity Fund, Ltd.
407.  Citibank, NA
408.  Citic International Financial Holdings
409.  Citigroup, Inc.
410.  Citrus Corporation
411.  City of Auburn
412.  City of Burbank
413.  City of Edinburgh Council as Administrating Authority of the Lothian Pension Fund
414.  City Of Farmers Branch
415.  City of Fremont
416.  City of Milwaukee, Wisconsin
417.  City of San Buenaventura
418.  City of South San Francisco
419.  City of Tuolumne
420.  CKX Inc.
421.  Claire's Stores, Inc.
422.  Clearwater Capital Partners
423.  Cleveland Barrett
424.  Clio European CLO B.V.
425.  Clondalkin Acquisition B.V.
426.  CME Group Inc.
427.  CNX Gas Co.
428.  Coast Electric Power Association
429.  Coditel Sarl
430.  Cognizant Technology Solutions
431.  Colfax Corporation
432.  Collins & Aikman Products
433.  Collins Building Services, Inc.
434.  Colonial Realty Limited Partnership
435.  Commerzbank A.G.
436.  Commerzbank A.G. (New York and Grand Cayman Branches)
437.  Commerzbank Capital Markets Corp.
438.  Community Health System
439.  Community Trust Bancorp Inc.

440. Compagnie Financiere Tradition SA
441. Company I Ameren Resources Gen Co
442. Compass Bank
443. Computer Financial Consultants Inc.
444. Concord Development Properties Ltd.
445. Concordia Mac 29 Ltd
446. Conocophillips
447. Conseco Inc.
448. Consolidated Container Company LLC
449. Constellation Energy Group, Inc.
450. Constellation PL
451. Continental AG I Continental
452. Continental Airlines, Inc.
453. Contrarian Capital Management, LLC
454. Convenience Food System
455. Converteam
456. Cooperative Centrale Raiffeisen-Boerenleenbank, B.A.
457. Cooper-Standard Automotive Inc.
458. Corp. Inc.
459. Corporation Trust Company
460. Corrections Corporation of America
461. CorrectNet, Inc.
462. Cortefiel, S.A.
463. Corus Bank, N.A.
464. Costello Maione Schuch Inc.
465. Coughlin Stoia Geller Rudman & Robbins, LLP
466. Counsel To Australia And New Zealand Banking
467. County of Monterey (CA)
468. County of San Mateo (CA)
469. County of Westchester
470. Covanta Energy Corporation
471. Coventry Health Care, Inc.
472. Coviden Inti
473. Cox Communications, Inc.
474. Cox Enterprises, Inc.
475. Cox Radio, Inc.
476. CPQ Midco II Corporation
477. CRA Rogerscasey, LLC
478. Credit Agricole
479. Credit Suisse
480. Credit Suisse Loan Funding LLC
481. CRJ 200 Whole Loan
482. CROSSMAR, Inc.
483. Crossmark Investment Advisers, LP
484. Crossroads Investment Advisors
485. Crown Americas, Inc.
486. Crown Castle
487. CSC Holdings
488. CSG Systems International, Inc.

489.    Cura Fixed Fund
490.    Currenex
491.    Customer Asset Protection
492.    CWT Senior
493.    Cynthia Swabsin
494.    D.E. Shaw Composite Portfolios, LLC
495.    D.E. Shaw Oculus Portfolios, LLC
496.    DAB Bank AG
497.    Dae Aviation Holdings, Inc.
498.    Dallas County
499.    Dan Yoram Schwarzmann
500.    Dana Holding Corporation
501.    Danaher Corporation
502.    Danish Holdco
503.    Danske Bank A/S
504.    Darden Restaurants Inc.
505.    Data Down Link Corporation
506.    David A. Rosenfeld
507.    David C. Cimo
508.    David C. Walton
509.    David H. Arlington Oil and Gas, Inc.
510.    Dayco
511.    DBP NPLS
512.    DCFS Trust
513.    DCI Umbrella Fund PLC
514.    Debitel (Netherlands) Holding B.V.
515.    Deere & Company
516.    Del Monte Corporation
517.    Delaware Management Holdings, Inc.
518.    Delaware Port River Authority
519.    Delek Benelux B.V.
520.    Delek Luxembourg Holding Sarl
521.    Delek US Holdings Inc.
522.    Dell Global B.V.
523.    Dell Marketing L.P.
524.    Delphi
525.    Delta Airlines A-5
526.    Demann
527.    Department of Labor and Industries
528.    DEPFA Bank PLC
529.    Deustche Bank Securities Inc.
530.    Deutsche Bank AG
531.    Deutsche Bank AG (London Branch)
532.    Deutsche Bank National Trust Company
533.    Deutsche Bank Trust Company Americas
534.    Deutsche Borse AG
535.    Deutsche Pfandbriefbank AG
536.    Deutsche Postbank AG
537.    Deutsche Telekom AG

538. Deutscher Sparkassen Und Giroverband (The)
539. Dexia Banque Belgique S.A.
540. Dexia Banque Internationale a Luxembourg S.A.
541. Dexia Belgique
542. Dexia Credit Local
543. Dexia Deutschland
544. Dexia Kommunalbank Deutschland AG
545. Dexia Local
546. Dexia Luxemburg
547. DG3 Holdings LLC
548. Diageo Finance PLC
549. Dido Erste Vermoegensverwaltun GS
550. Digicel International Finance Limited
551. Direct Energy Business LLC
552. Direct Energy LLC
553. Discover Financial Services
554. Diversified Credit Investments LLC as agent for the Government of Singapore
     Investment Corporation PTE, LTD.
555. Diversified Software Systems, Inc.
556. Division of Taxation for Corporation Tax (State of Rhode Island and Providence
     Plantations)
557. Division Water
558. DK Acquisition Partners
559. DNB Nor Bank Asa
560. Dollar General Corporation
561. Dominion Resources Inc.
562. Domtar Inc.
563. Don Engel
564. Dovenmuehle Mortgage Inc.
565. Dow Jones & Company, Inc.
566. Drake Management LLC
567. Dresdner Bank A.G.
568. Dresdner Kleinwort Group Goldings LLC
569. Dresser, Inc.
570. Dubai International Capital LLC
571. Duff & Phelps
572. Duke Corporate Education
573. Duke Energy Ohio, Inc.
574. Dun & Bradstreet
575. Duncan Energy Parnters L.P.
576. Dynegy Holdings, Inc.
577. Dynergy Power Marketing, Inc.
578. DZ Financial Markets LLC
579. E*TRADE Bank
580. E.On AG
581. Eagle Rock Energy Partners, L.P.
582. Easdaq N.V. (Artur Fischer)
583. East 46th Borrower LLC
584. Easton Investments II

585.    Eaton Corporation
586.    Ebay Inc.
587.    Edam Acquisition Holdings B.V.
588.    Edgen Murray
589.    Edison International
590.    Edison Mission Energy
591.    Edscha A.G.
592.    Educational Management Corp.
593.    Edward D. Jones & Co., LP
594.    Edward Grieb
595.    EHMD, LLC
596.    El Paso Corporation
597.    El Paso Pipeline Partners
598.    Electrabel
599.    Electrabel S.A.
600.    Electricite de France
601.    Eletrabel n.v./s.a.
602.    Elizabeth Yee
603.    Elliot International L.P.
604.    Elliot Management Corporation
605.    Elliott Associates, L.P.
606.    Embarcadero Aircraft Securitization Trust
607.    EMC Corporation
608.    EMI Entertainment World, Inc.
609.    Emigrant Bank
610.    Empiricurve Fund Limited
611.    Enbridge (U.S.) Inc.
612.    Enbridge Energy Partners
613.    Encana Corp.
614.    Encana Oil and Gas
615.    Endemol Mezz
616.    Endemol Sen
617.    Enel SPA
618.    EnergyCo Marketing and Trading
619.    EnergyCo, LLC
620.    E-NET Corporation
621.    Engineers-Employers Construction Industry Retirement Trust/Saginaw Police & Fire
        Pension Board
622.    Enron Corp.
623.    Entegra Holdings LLC
624.    Entegra TC LLC
625.    Entergy Corp.
626.    Enterprise GP Holdings L.P.
627.    Enterprise Products LLC
628.    Enterprise Products Operating L.P.
629.    Envirosolutions Real Property Holdings, Inc.
630.    EPCO Holdings
631.    Equitable Resources, Inc.
632.    Eric and Margaret Mace-Tessler

633. ERP Operating Limited Partnership
634. Escaline S.a.r.l.
635. E-Source, Inc.
636. Espin & Alter, LLP
637. Essex Equity Holdings USA, LLC
638. Etihad Airways
639. Eurohypo AG, New York Branch
640. European Bank For Reconstruction
641. European Credit (Luxembourg) S.A.
642. European Credit Management Limited
643. Evelyn Clair
644. Evergreen Investment Management Company, LLC
645. Evergreen Solar, Inc.
646. Evergreen, Et. Al
647. EXCO Operating Company, LP
648. Exco Partners Operating Partnership L.P.
649. Exco Resources Inc.
650. Executive Fliteways, Inc.
651. Exegy Incorporated
652. Export Development Canada
653. Express Energy Services Holding, LP
654. Extendicare Health Services Inc.
655. Exterran Holdings, Inc.
656. EXUM RIDGE CBO 2006-1
657. EXUM RIDGE CBO 2006-2
658. EXUM RIDGE CBO 2006-4
659. EXUM RIDGE CBO 2006-5
660. EXUM RIDGE CBO 2007-1
661. EXUM RIDGE CBO 2007-2
662. EZE Castle
663. FA Sub 3 Limited
664. Fabio Liotti
665. Factiva Limited
666. Factiva, Inc.
667. Fadesa Inmobiliaria, S.A.
668. Faegre & Benson
669. Fairpoint Communications, Inc.
670. Fairway Fund Limited
671. Falcon Senior
672. Fannie Mae
673. FCAR
674. Federal Express Corporation
675. Federal Home Loan Bank of Atlanta
676. Federal Home Loan Bank of New York
677. Federal Home Loan Bank Of Pittsburgh
678. Federal Home Loan Mortgage Corp
679. Federal Reserve Bank of New York
680. Federazione Italiana del Consorzi Agrari S.r.l.
681. Federconsorzi

682. Ferretti
683. Fidelity Balanced Fund
684. Fidelity Capital Markets Services A-6
685. Fidelity Investments
686. Field Point IV S.a.r.l.
687. Fifth Third Bank, N.A.
688. Financial Security Assurance
689. Financiere Daunou
690. Financiers CVT
691. Finartex
692. Finmeccanica Finance SA
693. FINOVA Loan Administration
694. Fir Tree Capital Opportunity Master Fund, L.P.
695. Fir Tree Value Master Fund, L.P.
696. Fire & Police Pension of Colorado
697. First Chemical Holding
698. First Chemical Mexxanine
699. First Chemical Senior
700. First Choice Power, LP
701. First Commercial Bank Co., Ltd. New York Agency
702. First Data Corporation
703. First Franklin Mortgage Lona Trust 2006-FFA
704. First Trust Advisors L.P.
705. First Trust Portfolios L.P.
706. FirstBank Puerto Rico
707. FirstEnergy Corp
708. Firth Rixson Mezz
709. Flextronics International Ltd
710. Florida Gas Transmission Company, LLC
711. Florida Power & Light Company
712. FOLIOfn Investment, Inc.
713. Fondiaria
714. Fondo Latinoamericano De Reservas
715. Ford Motor Company
716. Ford Motor Credit
717. Fortis Group
718. Fortress Investment Group LLC
719. FPL Group Capital Inc.
720. FR Acquisitions Corporation (Europe) Limited
721. Francisco Perez
722. Franklin American Mortgage Company
723. Franklin Lincoln National Corporation
724. Fred Hutchinson Cancer Research Center
725. Fred Telling
726. Freenet
727. Freescale Semiconductor, Inc.
728. Fresenius Medical Holdings Inc.
729. Frictionless Commerce, Inc.
730. Friedman, Billings, Ramsey & Group, Inc.

731. Frontier Drilling
732. Frost & Sullivan
733. Fubon Insurance Co.
734. Fubon Securities Co.
735. Fulton Bank
736. Fusion Funding Limited
737. Fusion Funding Luxembourg, S.A.R.L.
738. FX Alliance LLC
739. FXCM Holdings, LLC
740. Gables Marquis
741. Gala
742. Gala Group Finance Limited
743. Gala Mezz
744. Galileo Fund Limited
745. Galleon Buccaneer's Offshore LTD
746. Galliard Capital Management
747. Gaming Invest Sarl
748. Gartner UK Limited
749. Gartner, Inc.
750. Gaselys
751. Gaston Christian School, Inc.
752. Gate Gourmet
753. G-BNWE Aircraft Pty Ltd
754. G-BNWF Aircraft Pty Ltd
755. G-BNWG Aircraft Pty Ltd
756. G-BNWJ Aircraft Pty Ltd
757. G-BNWK Aircraft Pty Ltd
758. G-BNWK Aircraft Pty Ltd.
759. G-BNWL Aircraft Pty Ltd
760. G-BNWS Aircraft Pty Ltd
761. G-BNWT Aircraft Pty Ltd
762. GE Capital Information Technology
763. GE Capital Information Technology Solutions, Inc. DB/A Ikon Financial Services
764. GE Corporate Financial Services, Inc.
765. Gemstone CDO VI Corp
766. Gemstone CDO VI Ltd
767. GenenTech, Inc.
768. General Electric Capital Corp
769. General Helicopters International LLC
770. General Mills, Inc.
771. General Nutrition Centers, Inc.
772. Genovese Joblove & Battista, P.A.
773. Gensler Architecture, Design And Planning, P.C.
774. Gentiva Health Services, Inc.
775. Genworth Financial, Inc.
776. Genworth Life Insurance Company (f/k/a General Electric Capital Assurance Corporation)
777. George E. Di Russo
778. Georgetown University

779.  Georgia Gulf
780.  Georgia Pacific Corporation
781.  Georgia-Pacific Expansion S.A.S
782.  German Association of Savings Banks
783.  Gesconsult S.A. SG LLC
784.  GFA I LLC
785.  GHB Karnten AG
786.  Gilmartin, Poster & Shafto LLP
787.  Ginn Clubs
788.  Givaudan S.A.
789.  GL Trade
790.  Glencore Commodities Ltd.
791.  GLG Partners LP
792.  Global Cash Access, Inc.
793.  Global Credit Hedge Fund
794.  Global Thematic
795.  Globe Pub Management Limited
796.  GM Canada Foreign Trust
797.  GMAC LLC
798.  GMAC Residential Capital
799.  GMAC-IM
800.  GMAM Investment Funds Trust
801.  GMBH
802.  Godiva Chocolatier, Inc.
803.  Goldman Sachs & Co.
804.  Goldman Sachs (Asia) Finance
805.  Goldman Sachs (Japan) Ltd.
806.  Goldman Sachs Asset Management International,
807.  Goldman Sachs Asset Management, L.P.
808.  Goldman Sachs Bank USA
809.  Goldman Sachs Credit Partners
810.  Goldman Sachs International
811.  Goldman Sachs International Bank, Seoul Branch
812.  Goldman Sachs Japan Co. Ltd.
813.  Goldman Sachs Lending Partners LLC
814.  Gosford City Council
815.  Government of Guam Retirement Fund
816.  Government of Singapore
817.  Grace Wang
818.  Graham Packaging Company, L.P.
819.  Graphic Packaging International Corp
820.  Grassi Marco
821.  Great Lakes Dredge & Dock Corporation
822.  Greektown Holdings LLC
823.  Green Tree Servicing Inc.
824.  Green Tree Servicing LLC
825.  Green Valley Ranch Gaming LLC A-7
826.  Greenbriar Minerals, LLC
827.  Greenpoint Mortgage Funding Trust Series

828. Greenwich Insurance Company
829. Greg Georgas & Mark Grock
830. Greywolf Capital Management L.P.
831. Grupo Iusacell
832. GS European Performance Fund Limited
833. GS Investment Strategies, LLC
834. GSEF Al Nawras (Cayman) Limited
835. GSW Grundbesitz GmbH & Co. KG
836. Gulf Stream Asset Management
837. H3C Holdings Ltd
838. Hain Capital Group, LLC
839. Halbis Distressed Opportunity Master Fund Ltd.
840. Hale Avenue Borrower LLC
841. Halliburton Company
842. Hanger Orthopedic Group, Inc.
843. Hank's Living Trust
844. Hanover Moving & Storage Co. Inc
845. Harbert
846. Harbinger Capital Partners
847. Harbinger Capital Partners Special Situations Fund LP
848. Harbison Station Apts L.P.
849. HarbourView CDO III, Limited
850. Harpen Immobilien GmbH & Co. KG
851. Harrah's Operating Co. Inc.
852. Harris County
853. Harris Nesbit Corp.
854. Hartfield Fund Limited
855. Hawaiian Telcom Communications, Inc.
856. Hawaiian Telcom Holdco, Inc.
857. Hawaiian Telcom IP Service Delivery Investment, LLC
858. Hawaiian Telcom IP Service Delivery Research, LLC
859. Hawaiian Telcom IP Video Investment, LLC
860. Hawaiian Telcom IP Video Research, LLC
861. Hawaiian Telcom Services Company, Inc.
862. Hawaiian Telcom, Inc.
863. Hawker Beechcraft
864. HBK Investments LP
865. HCA Inc.
866. HD Supply
867. Health Care Services Corp D/B/A Blue Cross and Blue Shield of Illinois
868. Heating Finance PLC
869. Hebron Academy Incorporated
870. Hegemon Fund I, LLC
871. Hellman & Friedman
872. Henegan Construction Co., Inc.
873. Henry Schein, Inc.
874. Herbst Gaming, Inc.
875. Heritage Fields
876. Hexion

877.  Highbridge LD Acquisition LLC
878.  Highbridge Principal Strategies - Mezzanine Partners
879.  Highland Capital Management, L.P.
880.  Highmount Exploration & Production LLC
881.  Hilite German GMBH & Co. KG
882.  Hilliard Farber & Co. Inc.
883.  HMH Publishers LLC
884.  HMH Publishing Mezzanine Holdings Inc.
885.  Hogan & Hartson LLP
886.  Holger Jackisch
887.  Home Loan Mortgage Corporation
888.  Hope Greenfield
889.  Horizon Merger Corporation
890.  Houghton Mifflin Harcourt Publishers Inc.
891.  Howard W. Tomlinson
892.  HSBC Bank PLC
893.  HSBC Finance Corporation
894.  HSBC Realty Credit
895.  Hudson CLO 3 B.V.
896.  Hughes Hubbard
897.  Huish Detergents Inc. (Huish)
898.  Humberto G. Merchland Lopez
899.  Humerick Environmental Constructions, Inc.
900.  Huntsman International LLC
901.  HVB Capital Markets, Inc.
902.  HWA 555 Owners, LLC
903.  Hypo Investment Bank Ag
904.  Iasis Healthcare LLC
905.  Ibertravel Vacations (MEZZ)
906.  Ibertravel Vacations Holding LS
907.  IBM
908.  ICAP North America Inc.
909.  Iconix Brand Group
910.  Icopal
911.  Idearc Inc.
912.  IGI Resources
913.  III Credit Bias Hub Fund Ltd.
914.  III Enhanced Credit Bias Hub Fund Ltd.
915.  III Finance Ltd.
916.  III Global Ltd.
917.  III Relative Value Credit Strategies Hub Fund Ltd.
918.  III Relative Value/Macro Hub Fund Ltd.
919.  III Select Credit Hub Fund Ltd.
920.  Illinois National Insurance
921.  Illinois Power Company
922.  Illuminating
923.  IM US Hold Inverness Medical
924.  IMO Carwash
925.  Imperial Tobacco Entertainment Finance Limited

926.    Incapital LLC
927.    Independence Holding Co.
928.    Indian Pacific Ltd.
929.    INEOS Group Limited
930.    Inergy, L.P.
931.    INF SRVS
932.    Infineon Technologies AG
933.    Infonxx Inc.
934.    Informal Group Of Taiwan Financial Institutions
935.    Infospace Inc.
936.    ING bank, FSB
937.    ING Financial Markets LLC
938.    ING Group
939.    ING Life Insurance and Annuity Company
940.    ING Real Estate Finance
941.    Innovia Films (Holding 3) Limited
942.    Institutional Benchmarks
943.    Instituto de Credito Oficial
944.    Intechra LLC
945.    Intelsat (Bermuda), Ltd.
946.    Intelsat Corporation (FKA Panamsat)
947.    Intelsat Jackson (FKA Bermuda) A-8
948.    Intelsat Subsidiary Holding Company
949.    Interactive Data Corp.
950.    Intercall Inc.
951.    Interface Cable Assemblies and Services Corp.
952.    Intergen N.V.
953.    Interline Brands, Inc.
954.    Inter-Local Pension Fund Graphic Communications Conference of the International
        Brotherhood of Teamsters
955.    Internal Revenue Service
956.    International Business Machines Corporation
957.    International Lease Finance Corporation
958.    International Swaps and Derivatives Association, Inc.
959.    International Transmission Company
960.    Intersil Corporation
961.    Interstate Brands Corporation
962.    Interstate Fibernet, Inc.
963.    Interstate Power and Light Company
964.    Intesa
965.    Intesa Sanpaolo S.p.A.
966.    IntraLinks Inc.
967.    Inverness Medical Innovations Inc.
968.    INVESCO CLO
969.    INVESCO Real Estate
970.    Investcorp, Et. Al.
971.    Investkredit AG
972.    Investment Corporation PTE, LTD.
973.    Iowa Telecommunications Services, Inc.

974.   Iridium Satellite LLC
975.   Iris Software, Inc.
976.   Iron Mountain Incorporated
977.   Iron Mountain Information Management
978.   Ironbridge Homes, LLC
979.   Ironbridge Mountain Cottages, LLC
980.   Ironbridge Poperty Owners Association
981.   Ironbridgte Aspen Collection, LLC
982.   Island Medical Group
983.   Islavista Spain S.A.
984.   ISS Holding
985.   iStar Financial Inc.
986.   Italease Finance S.p.A.
987.   ITC Holdings Corporation
988.   ITC Midwest LLC
989.   ITC Transco
990.   Iusacell
991.   J P Morgan Chase Bank, N.A.
992.   J. Aron & Company
993.   Jacquelyn Soffer
994.   James J. Sullivan
995.   James W. Giddens
996.   Jamie Desmond
997.   Janet Crawshaw
998.   Jarden Corporation
999.   Jason C. Davis
1000.  Jason Siner
1001.  Jason Wallace
1002.  Jeanes Hospital
1003.  Jeffrey Soffer
1004.  JFB Firth Rixson, Inc.
1005.  JFK International Air Terminal LLC
1006.  Jin Liu
1007.  Jin Liu
1008.  JMG Capital Partners, LP
1009.  JMG Triton Offshore Fund Limited
1010.  Jo Anne Buzzo
1011.  John J. Genovese
1012.  Johnson County Arlington ISD
1013.  Johnson, Killen & Seiler
1014.  Jordan International Bank PLC
1015.  Joseph Cordaro, Assistant U.S. Attorney, SDNY
1016.  Journal Register
1017.  JSC Rosgosstrakh
1018.  Juice Energy, Inc.
1019.  Julie Verstraete
1020.  Jung Development Co., Ltd.
1021.  Jung Developments (Infinity 2) Inc.
1022.  Jung Developments Inc.

1023.    Jurgen Lindermann
1024.    Jyske Bank A/S
1025.    Ka Kin Wong
1026.    Kabel Deutschland
1027.    Kahrl Roberts & Wutcher LLP
1028.    Kalaimoku-Kuhio Development Corp.
1029.    Kantatsu Co. Ltd.
1030.    Kapalua Bay, LLC
1031.    Karim Kano
1032.    Katten Muchin Rosenman LLP
1033.    Kaupthing Bank
1034.    KBC Bank KBC Financial Products UK Limited
1035.    KBC Financial Products USA, Inc.
1036.    KBC Investments Cayman Islands V Limited
1037.    KBC Investments Limited
1038.    KBR Holdings, LLC
1039.    KDP Investment Advisors, Inc.
1040.    Keane Inc.
1041.    Kelson Finance LLC
1042.    Kelson Holding LLC
1043.    Kensington International Limited
1044.    Kerasotes Theatres Inc.
1045.    Key Energy Services, Inc.
1046.    KeyBank National Association
1047.    Keystone Inc.
1048.    KFW Bankengruppe
1049.    KGT Inc.
1050.    Kimberly-Clark Corporation
1051.    Kinder Morgan Energy Partners L.P.
1052.    Kirch Holding GMBH & Co. KG
1053.    KKR Private Equity Investors L.P.
1054.    Klavins & Slaidins A-9
1055.    Kleopatra Lux 2 Mezz
1056.    Kleopatra Lux 2 S.A.R.L
1057.    Kleopatra Senior
1058.    Knight Capital Group
1059.    Knight Debtco Ltd.
1060.    Korea Development Bank
1061.    Korea Investment & Securities Co., LTD
1062.    KPMG
1063.    Kraft Foods Inc.
1064.    Kristine Smith
1065.    Kroger Co. (The)
1066.    Kubber Investments
1067.    Laboratory Corporation of America Holdings
1068.    LAHDE Capital Management
1069.    Lai Mei Chan
1070.    Lai-han Cheung
1071.    Lake Las Vegas Resort (Laslas)

1072.   Lan Dale Asset Purchasing
1073.   Landale Liquidity Facility
1074.   Landamerica Financial Group, Inc.
1075.   Landsource
1076.   Landwirtschaftliche Rentenbank
1077.   Lanxess AG
1078.   Laplace Fund Equities Limited (from)
1079.   Las Vegas Resort
1080.   Las Vegas Sands, LLC
1081.   LaSalle Bank National Association
1082.   LaSalle Global Trust Services
1083.   Laurel Cove Development, LLC
1084.   Lavena Holding GMBH 3
1085.   Lavena Holding GMBH 4
1086.   Lavena Mezz
1087.   Lavena Senior
1088.   Lawrence & Carolyn Fogarazzo
1089.   LB 2080 Kalakaua Owners LLC
1090.   LB Co-Investment Partners Cayman AIV I LP
1091.   LB Merchant Banking Partners III Cayman AIV LP
1092.   LB Offshore GP Holdings (PE) Ltd.
1093.   LB Offshore Investment Partners II LP
1094.   LB Secondary OPP Offshore Fund II LP
1095.   LB Secondary OPP Offshore Fund LP
1096.   LB VC Partners LP (VC Fund II)
1097.   LBAYK
1098.   LBREP /L-Suncal Master I LLC
1099.   LBREP Lakeside SC Master I, LLC
1100.   LBT Loan Funding
1101.   LBT Varlik Yonetim Anonim Sirketi
1102.   LeaseDimensions
1103.   Legal & General Group Plc
1104.   Legendre Holdings 17 SA
1105.   Lehman Brothers Alpha Funds PLC for Lehman Brothers US High Yield Funds
1106.   Lehman Brothers Bankhaus AG
1107.   Lehman Brothers Bankhaus Aktiengesellschaft
1108.   Lehman Brothers European Mezzanine LB S.A.R.L
1109.   Lehman Brothers First Trust Income Opportunity Fund Inc.
1110.   Lehman Brothers High Yield Bond Fund 316. Lehman Brothers Income Funds for
        Lehman Brothers High Income Bond Funds
1111.   Lehman Brothers Income Funds
1112.   Lehman Brothers Income Funds for Lehman Brothers Strategic Income Fund
1113.   Lehman Brothers Merchant Banking Partners IV LP
1114.   Lehman Brothers Private Equity Funds
1115.   Lehman Mortgage Trust
1116.   Lehman XS Trust
1117.   Leticia Chau
1118.   Level 3 Communications, LLC
1119.   Level 3 Financing, Inc.

1120. Leveraged Loans Europe & Term Loans Europe
1121. Levine Leichtman Capital Partners Deep Value Fund, L.P.
1122. Lewtan Technologies, Inc.
1123. LFIGXG LLC
1124. LH 1440 LLC
1125. Libby Wong
1126. Liberator Bidco Limited
1127. Liberator Jr Mezz
1128. Liberator Mezz
1129. Liberator Senior Facilities Dtd
1130. Liberty Global Inc.
1131. Liberty Mutual Group Inc.
1132. Libra CDO LLC Libra CDO Ltd
1133. Lim Finance II, Inc.
1134. Limited Lincoln National Corporation
1135. Lincoln Variable Insurance
1136. Linda Demizio
1137. Linden Advisors LP
1138. Liquidpoint
1139. Litton Loan Servicing, L.P.
1140. LKQ Corporation
1141. LLC New York State Office of Unclaimed Funds
1142. LLCA-2
1143. Lloyds Bank
1144. Lloyds TSB Bank plc
1145. LM ISIS Opportunities Master Fund Ltd.
1146. Local Insight Media
1147. Local Insight Regatta Holdings, Inc.
1148. Local Media Finance LLC
1149. Longacre Master Fund Ltd
1150. Longacre Opportunity Fund, L.P.
1151. Loop Capital markets, LLC
1152. Los Angeles City Employees' Retirement System
1153. Luboja & Thau, LLP
1154. Lufthansa AG
1155. Lukoil Finance Limited
1156. Lusardi Construction Company
1157. Luxembourg 3 S.a.R.L.
1158. LW Securities, Ltd.
1159. Lyon Capital Ventures
1160. Lyondell
1161. LyondellBasell Industries
1162. M&B Maher
1163. M&G Investment Management Limited
1164. M&G Investment Management Limited (as Investment Advisor to Stitching Shell Pensioenfonds, M&G Secured Debt Fund Limited, M&G Dynamic European Loan Fund Limited, and The Prudential Assurance Company Limited)
1165. M. Arthur Gensler Jr and Assoc, Inc.
1166. M. Brian Maher and Basil Maher

1167.  M.B.H. Emprunteur
1168.  M.R. Beal & Company
1169.  Mack-Cali Realty LP
1170.  Mackinaw Power Holdings, LLC
1171.  Macquarie A-10
1172.  Madeline Dimodica
1173.  Magnus Scaddan
1174.  Main Street Natural Gas, Inc.
1175.  Majestic Fund Limited
1176.  Malaysian Airline System
1177.  Man Group Finance Inc.
1178.  Mansfield ISD
1179.  Manufacturers and Traders Trust Company
1180.  Manzoni/Prêt D?Acquisition VLM
1181.  Mapco Express, Inc.
1182.  Maples and Calder
1183.  Maples Finance Limited
1184.  Marathon Oil Company
1185.  Marble Care
1186.  Marfin Popular Bank Public Company
1187.  Margolis Edelstein
1188.  Maria DeSouza
1189.  Marie Hunter
1190.  Marina Bay-2nd Deal
1191.  Marina District Finance Company, Inc.
1192.  Mark IV
1193.  Mark L. Zusy
1194.  Mark Mazzatta
1195.  Mark T. Millkey
1196.  Market Place Apts
1197.  Marriott International Inc.
1198.  Marsha Kosseff
1199.  Marshall & Ilsley Trust Company, N.A.
1200.  Marshall Funds, Inc.
1201.  Martha Chilton Mueller
1202.  Massachusetts Mutual Life Insurance
1203.  Massachusetts Water Resources Authority
1204.  Massdevelopment/Saltonstall Building Redevelopment Corporation
1205.  Materis SAS
1206.  Matthew Hudson
1207.  Maureen Mason
1208.  Maximilian Coreth
1209.  MC Communications, LLC
1210.  McJunkin Corporation
1211.  McJunkin Red Man Holdings Corporation
1212.  Mclennan County
1213.  Medassets
1214.  Medco Health Solutions Inc.
1215.  Mediolanum Vita S.p.A.

1216. Members of Certified Class in Austin, ET AL V. Chisick, ET AL., Case SA CV 01-0971 DOC
1217. MEP II S.A.R.L.
1218. Meridian Company of New York
1219. Merit Floors Inc.
1220. Merlin Entertainments Group
1221. Merlin Italian SNR
1222. Merlin Row SNR
1223. Merrill Lynch & Co.
1224. Merrill Lynch Credit Products
1225. Merrill Lynch Japan Securities Co. Ltd.
1226. Metavante Corporation
1227. Metropolitan Transit Authority
1228. Metropolitan West Asset Management, LLC
1229. Metropolitan West Total Return Bond Fund
1230. MF Global Finance / MF Global Finance Europe Limited
1231. MF Global Ltd. / Man Financial
1232. Michael John Andrew Jervis
1233. Michael Karfunkel
1234. Michael Stores
1235. Michael Vana
1236. Michele McHugh-Mazzatta
1237. Michigan Department of Treasury
1238. Michigan Electric Transmission Co.
1239. Michigan State Housing Development Authority
1240. MicroHedge LLC
1241. Microsoft Corporation
1242. Microsoft Licensing
1243. Midamerican Energy Company
1244. Midcontinent Express Pipeline LLC
1245. MidCountry Bank
1246. Midewest Realty Advisors LLC
1247. Midwest Independent System
1248. Milano
1249. Millennium Automotive Group
1250. Millennium International, Ltd.
1251. Minardi Capital Corp
1252. Minera Del Norte S.A.
1253. Minnesota Masonic Home Care Center
1254. Minnesota State Board of Investment
1255. Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
1256. Mirant Corporation
1257. Mirant North America, LLC
1258. Missouri Department Of Revenue, Bankruptcy Unit
1259. Misys IQ LLC
1260. Misys PLC
1261. Mitsubishi UFJ, Ltd.
1262. Mitsui-MOL
1263. Mizuho Corporate Bank

1264. Mizuho Corporate Bank LTD
1265. Mizuho Financial Group
1266. Mizuho Investors Securities Co., Ltd.
1267. Mizuho Trust & Banking (Luxembourg S.A.)
1268. MKP Capital Management, LLC
1269. MKP Vela CBO, LLC
1270. MKP Vela CDO Ltd
1271. Moana Properties
1272. Moderna Finance
1273. Monique Miller Fong
1274. Monument Realty LLC
1275. Moody's Corp.
1276. Moody's Investors Service
1277. Morgan Stanley & Co. Incorporated
1278. Motors Insurance Corp 361. MP Bank HF
1279. Movie Gallery, Inc.
1280. MSN
1281. MSS Distressed & Opportunities 2
1282. MSTD, Inc.
1283. Mueller Water Products Inc.
1284. Multi Asset Platform Master Fund SPC
1285. Municipal Electric Authority of Georgia
1286. Muriel Siebert & Co., Inc.
1287. Myung Soo Jung
1288. N.V. Luchthaven Schipol
1289. Na'alehu Ventures
1290. nabCapital Securities LLC
1291. Nakilat Inc.
1292. Namrun Finance S.A.
1293. Nasdaq OMX
1294. Nathan W. Bear A-11
1295. National Agricultural Cooperative Federation
1296. National Australia Bank Limited
1297. National Bank of Canada
1298. National Cinemedia, Inc.
1299. National Power Corporation
1300. National Rural Utilities Cooperative Finance Corporation
1301. Nationwide Fund Advisors
1302. Natixis Bleichroeder Inc.
1303. Natixis Entities
1304. Natl Australia Bank Limited
1305. Natsis
1306. NCAT-New Center Asset Trust
1307. Nebraska Investment Finance Authority
1308. Nebraska Investment Finance Authority
1309. Neff Corp.
1310. Neggio Holding 3 GMBH
1311. Nelnet, Inc.
1312. Netapp, Inc.

1313. Neuberger Berman Advisers Management Trust for Lehman Brothers High Income Bond Fund
1314. Neuberger Berman Income Opportunity Fund Inc.
1315. Neuberger Berman LLC
1316. Nevada Power Company
1317. New Center Asset Trust
1318. New Edge
1319. New England Power Company
1320. New Generation Funding Trust 15, 16, 37, 38, 39 and 83
1321. New Holdco BV
1322. New Jersey Housing and Mortgage Finance Agency
1323. New South Federal Savings Bank
1324. New York Institute of Finance, Inc.
1325. New York Life Insurance Co
1326. New York Life Investment Management
1327. New York State Common Retirement Fund
1328. Newedge USA, LLC
1329. Newell Rubbermaid Inc.
1330. Newpage Corporation
1331. Newport Global Advisors LP
1332. Newport Global Credit Fund (Master) L.P.
1333. Newport Global Opportunities Fund LP
1334. Nextera Energy Power Marketing, LLP (f/k/a/ FPL Energy Power Marketing, Inc.
1335. NFI Luxco SCA
1336. NIBC Bank NV
1337. Niederosterreich-Mitte
1338. Nippon Life Insurance Company
1339. Nokia Corporation
1340. Nomura Holding America Inc.
1341. Nomura Holdings Inc.
1342. Nomura International PLC and its affiliates
1343. Norma Delepine
1344. Normandy Hill Capital, LP NorthEast
1345. Nortek Holdings, Inc.
1346. Northern Ireland Governmental Officers Superannuation Committee
1347. Northern State Power Company
1348. Northgate Minerals Corporation
1349. Northrup Grumman
1350. NorthStar Real Estate Securities Opportunity Master Fund L.P.
1351. Northwest Airlines, Inc.
1352. Norton Gold Fields Limited
1353. Novara
1354. Novartis Finance Corporation
1355. NPD Group Inc.
1356. NPL
1357. NRG Energy, Inc.
1358. NSG Holdings LLC
1359. nTAG Interactive Corporation
1360. NTL Cable Plc

1361. NTL Communications Ltd
1362. Nuance Communications, Inc.
1363. NuStar Logistics, L.P.
1364. NY State Department Of Taxation and Finance
1365. Nybron Refi
1366. Nycomed Germany Holding GMBH
1367. Nycomed Holding A/S
1368. NYFIX, Inc.
1369. NYSE Euronext Inc.
1370. O'Reilly Automotive, Inc.
1371. Occidental Energy Marketing, Inc.
1372. Occidental Power Services, Inc.
1373. Oceania Cruises, Inc.
1374. Oceania Vessel Finance, Ltd.
1375. Och-Ziff
1376. OCM Mezzanine Fund II Holdings, L.P.
1377. OCM Opportunities Fund VII Delaware, L.P.
1378. Office of the U.S. Trustee
1379. Office Of The United States Attorney
1380. Office of Thrift Supervision
1381. Office of Thrift Supervision, Northeast Region
1382. Official Committee of Unsecured Creditors
1383. OGE Energy Corp.
1384. OI Canada Corporation
1385. Oklahoma Gas And Electric Company
1386. Oklahoma Municipal Power Authority
1387. Omnicare, Inc.
1388. OMX Timber Finance Investments
1389. Oncor
1390. OneBeacon US Holdings
1391. Opal Leasing Limited
1392. Open Solutions Inc.
1393. Openwave Systems Inc.
1394. Operating Engineers Local 3 Trust Fund
1395. Oppenheimer Funds Inc.
1396. Optim Energy, LLC (f/k/a Energy Co., LLC)
1397. Oracle Corporation
1398. Oracle Credit Corporation
1399. Orangina
1400. Orbitz Worldwide
1401. Orion Cable
1402. Orrick, Herrington & Sutcliffe LLP
1403. Osterreichische
1404. Oversea-Chinese Banking Corp. Ltd.
1405. Overstock.com
1406. Owens & Minor, Inc.
1407. Owens Illinois Inc.
1408. Oz Management LP
1409. Pacific Coast Cap. Partners, LLC

1410.  Pacific Gas & Electric Company
1411.  Pacific International Finance Limited
1412.  Pacific International Limited
1413.  Pacific Investment Management LLC
1414.  Pacific Summit Energy LLC
1415.  PacifiCorp
1416.  Pages Jaunes Groupe
1417.  PanAmSat Corporation
1418.  Pangea Ltd A-12
1419.  Panton Fund
1420.  Park Place Apartments L.P.
1421.  Parker Drilling Company
1422.  Parmalat Participacoes Do Brasil Ltda
1423.  Parmalat Participacoes Promissory Note
1424.  Parsec Corp.
1425.  Parsec Trading Corp.
1426.  Partnerre Ltd.
1427.  Patricia O'Reilly
1428.  Patrick J. Coughlin
1429.  Patrick W. Daniels
1430.  Paul J. Battista
1431.  Payreel, Inc.
1432.  PB Capital Corporation
1433.  Peabody Energy Corporation
1434.  Pebble Creek 2007-2, LLC
1435.  Pebble Creek 2007-2, LTD
1436.  Pebble Creek LCDO 2006-1
1437.  Pebble Creek LCDO 2007, LLC
1438.  Pebble Creek LCDO 2007-3
1439.  Pecos Investors LLC
1440.  Penn Convention Center Authority
1441.  Penn National Gaming
1442.  Pension Benefit Guaranty Corporation
1443.  Pension Plan and Trust
1444.  Pentwater Capital Management, LP
1445.  PEP Credit Investor L.P.
1446.  Pepsi Bottling Group, Inc.
1447.  Perella Weinberg Partners LP
1448.  Perstorp AB
1449.  Pertus Sechzehnt GmbH
1450.  Pertus Sechzehnte GBMH
1451.  Peter J. and Mary Jane Dapuzzo
1452.  PGA Holdings, Inc.
1453.  PGRS 1407 BWAY LLC
1454.  Pharmerica Corporation
1455.  Philip Morris International Inc
1456.  Philips Electronics NV
1457.  Phoenix Life Limited
1458.  PHS Group PLC

1459.  PHS Senior
1460.  Pietro Ferrero
1461.  Pinnacle Entertainment, Inc.
1462.  Pinnacle Foods Finance LLC
1463.  Pinnacle West Capital Corp.
1464.  Pioneer Europe Mac 70 Ltd
1465.  Pipeline Data, LLC
1466.  Piper Jaffray and Co.
1467.  Pivotal Promontory
1468.  PJM Interconnection, L.L.C.\
1469.  Planet Acquisition Holdco 1 Ltd
1470.  Planet Acquisition Holdco 2 Ltd
1471.  Plastech Engineered Products, Inc.
1472.  Plinius Investments B.V.
1473.  Plumbers and Pipefitters National Pension Fund
1474.  PNM Resources, Inc.
1475.  PNMR Services Co.
1476.  Polaris Software Lab Limited
1477.  Police and Fire Retirement System of the City of Detroit
1478.  Popolare
1479.  Popular Gestion S.G.I.I.C., S.A.
1480.  Popular High Grand Fixed Income Fund, Inc.
1481.  Portfolio CDS Trust 18, 103-105, 162, 187, 191-196, 208-214, and 233-244
1482.  Portfolio Green German CMBS
1483.  Portland General Electric Company
1484.  Power Sector Assets & Liabilities Management Corporation
1485.  Powerex Corp.
1486.  PQ Corporation
1487.  Precis Corporation
1488.  Precision Partners
1489.  PricewaterhouseCoopers AG, Zurich
1490.  Primedia Inc.
1491.  Principal Financial Group, Inc.
1492.  Private Limited Company
1493.  Profunds Advisors LLC 424.
1494.  Project Cabellero
1495.  Project Knight Senior
1496.  ProSiebenSat.
1497.  Protection One Alarm Monitoring, Inc.
1498.  Providence Equity Partners
1499.  Providence TMT Special Situations Fund L.P.
1500.  PSEG Power LLC
1501.  Psychiatric Solutions Inc.
1502.  PT Bank Negara Indonesia
1503.  PT Mnc Sky Vision
1504.  PTG Grande Asset DEB KF
1505.  PTG Tanco Kingfisher
1506.  Public Bank Berhad
1507.  Public Service Company of Colorado

1508. Public Service Enterprise Group Incorporated
1509. Public Service of North Carolina
1510. Public Utility District No. 1 of Chelan County, WA
1511. Puget Sound Energy Inc.
1512. Pursuit Capital Partners Master
1513. Pursuit Capital Partners Master (Cayman) Ltd.
1514. Pursuit Opportunity Fund I Master LTD.
1515. Pursuit Partners
1516. Putnam Investments, LLC and Affiliates
1517. Pyrrhuloxia, LP
1518. Qantas Aircraft Leases
1519. Qatar Liquefied Gas Company Limited
1520. Quinlan Private European Strategic Property Fund
1521. QVC, Inc.
1522. QVT Financial LP
1523. Qwest Services Corporation
1524. R3
1525. Randolph H. Emerson
1526. Ras Laffan Liquefied Natural Gas Company Limited (II)
1527. RasGas
1528. Raymond F. Kravis Center for Performing Arts (The)
1529. Raymond James & Associates, Inc.
1530. RBC Dain Rauscher Inc.
1531. RBS Greenwich Capital
1532. Reddy Ice Corporation
1533. Regal Cinemas, Inc.
1534. Regency Gas Services LP
1535. Regent Seven Seas Cruises
1536. Region Marche
1537. Regions Bank
1538. Regulated Utilities
1539. Relative European Value S.A.
1540. Reliance Globalcom Services, Inc.
1541. Reliant Energy Inc. A-13
1542. Reliant Energy Power Supply, LLC
1543. Reliant Energy Services, Inc.
1544. Renal Advantage, Inc.
1545. Rent-A-Center, Inc.
1546. Rentokil
1547. Republic Waste
1548. Residential Funding Company LLC
1549. Resona Holdings
1550. Restructured Asset Certificates with Enhanced Returns, Series 2005-15-C Trust
1551. Retirement Housing Foundation
1552. Rexnord Corporation
1553. Reynolds American
1554. RFG Holding (France) SAS
1555. RFG Midco A/S
1556. RH Donnelley

1557. Richard Clair
1558. Richard McKinney
1559. Rick Fleischman
1560. Right Management, Inc.
1561. River Capital Advisors Inc.
1562. Rizal Commercial Banking Corporation
1563. RJ Reynolds Tobacco Holdings, Inc.
1564. RMC
1565. Robert A. Schoellhorn Trust
1566. Robert M. Rothman
1567. Robert Teller
1568. Rocio Gonzalez De Canales
1569. Rockefeller Center Management Corporation
1570. Rockefeller Center North Inc.
1571. Rockefeller Group Development Corporation
1572. Rock-Forty Ninth LLC, Rockefeller Center et al.
1573. Rockies Express Pipeline LLC
1574. Roger B. Nagioff
1575. Ronald Profili
1576. Rony Seikaly
1577. Roofing Holding Inc.
1578. Ross Financial Company
1579. Rothorn Fund Limited (fka Man Mac Rothorn 6A Ltd)
1580. Royal & Sun Alliance Insurance Group Plc
1581. Royal Bank of America
1582. Royal Bank of Canada
1583. Royal Bank of Scotland
1584. RSA Insurance Group Plc
1585. Russell Investment Group, Inc.
1586. Rutger Schimmelpenninck
1587. RWE
1588. RWE AG
1589. RWE Supply & Trading GmbH
1590. Saad Investments Company Limited
1591. SABMi11er Plc
1592. SABMiller Finance B.V.
1593. Sabre Holdings Corporation
1594. Sailfish Structured Investment Management (G4), LLC
1595. Saint Joseph's University
1596. Salem Five Cents Savings Bank
1597. Salt Lake Neighborhood Housing Services, Inc.
1598. Samir Tabet
1599. Sampo Bank PLC
1600. Samuel H. Rudman
1601. San Diego-Frazee, LLC
1602. Sandridge Energy, Inc.
1603. Santander Investment Securities Inc.
1604. Sarah Coombs
1605. SAS Institute Inc.

1606.  SBA Comm
1607.  SBA Senior Finance
1608.  Schefenacker AG
1609.  Schieder Moebel Holding GMBH
1610.  Scotia Capital (USA) Inc.
1611.  Scott Aitken
1612.  Sears Holdings Corp.
1613.  Sears Roebuck Acceptance Corp.
1614.  SEB Enskilda, Inc.
1615.  Semcrude LP
1616.  SemGroup Energy Partners, L.P.
1617.  Seneca Center
1618.  Sengent, Inc. -d/b/a ClariFI
1619.  Sequa Corporation
1620.  Serena Software, Inc.
1621.  Serpering Investments B.V.
1622.  Service Corp Int'l
1623.  SG Americas Securities LLC
1624.  SGS HY Credit Fund I (Exum Ridge CBO 2006-3)
1625.  SGS International, Inc.
1626.  Shareholders of Novastar Financial Inc.
1627.  Shea-Edwards Limited Partnership
1628.  Shell Energy North America (US) L.P.
1629.  Shell Trading (US) Company
1630.  Sheridan Holdings, Inc.
1631.  Sherrill-Lubinksi Corporation
1632.  Shiga Bank, Ltd. (The)
1633.  Shinsei Bank Limited
1634.  Short Credit Master Fund, LP
1635.  SHPS, Inc.
1636.  Sidley Austin LLP
1637.  Siebert Capital Markets
1638.  Siemens AG
1639.  Sierra Pacific Power Company
1640.  Silicon Graphics Inc.
1641.  Silver Point Capital, LP
1642.  Silver Sprints Apts
1643.  Sinclair Television Group, Inc.
1644.  Sing Heung
1645.  Singapore Airlines
1646.  Sisal Mezz
1647.  Sisal S.p.A
1648.  Sistema Universitario Ana G. Mendez
1649.  Siu Lui Ching
1650.  Six Flags Theme Parks Inc. A-14
1651.  Sixth Gear
1652.  Sky Power Corporation
1653.  SLG 220 News Owner LLC
1654.  Slim Baccar

1655.   SLM Corporation
1656.   SMBC Capital Markets
1657.   Smolanksy Fund Limited
1658.   Societe Generale
1659.   Soffer Turnberry/South Strip, LLC
1660.   Sola Ltd.
1661.   Solent Credit Opportunities Master Fund
1662.   Solo Cup Company
1663.   Solutia Inc.
1664.   Somers Dublin Ltd. A/C KBC Pledged
1665.   Somerset Properties SPE, LLC
1666.   Sourcecorp, Inc.
1667.   South Mississippi Power Association
1668.   Southeastern Golf, Inc.
1669.   Southern Community Bank and Trust
1670.   Southern Community Financial Corporation
1671.   Southern Company
1672.   Southwestern Public Service Company
1673.   Sovereign Securities Corporation, LLC
1674.   SP4190 S. Lasalle, L.P.
1675.   Spanish Broadcasting Systems, Inc.
1676.   SPCP Group, L.L.C. (agent for Silver Point Capital Fund, L.P. and Silver Pont Capital Offshore Fund, Ltd.)
1677.   Spectra Energy Capital, LLC (f/kfa Duke Capital)
1678.   Spectra Energy Partners OLP, LP
1679.   Spiegel Inc.
1680.   Springfield Associates LLC
1681.   Sprint Nextel Corp
1682.   Sprint Solutions, Inc
1683.   Stagg, Terenz, Confusione & Wabnik, LLP
1684.   Stahl Acquisition BV
1685.   Stallion Oilfield Services Ltd.
1686.   Stamford Associates L.P.
1687.   Stamford Associates L.P.
1688.   Stamford Law Corporation
1689.   Stan Mehaffey
1690.   Standard Chartered Bank
1691.   Standard Credit Group LLC
1692.   Standard Life Bank Plc
1693.   Standard Pacific
1694.   Star Tribune Co.
1695.   Starwood Hotels & Resorts
1696.   State Bank of Long Island
1697.   State Board of Administration of Florida
1698.   State of Arizona ex rel Arizona State Treasurer
1699.   State of Michigan, Department of Treasury
1700.   State Street Bank
1701.   Statler Arms Garage LLC
1702.   Steingass

1703.  Stephen Gott
1704.  Stephen Green
1705.  Stephen L. Hopkins
1706.  Stephen N. Hurley
1707.  Steven Anthony Pearson
1708.  Steven G. Holder Living Trust
1709.  Steven Mehos
1710.  Steven T. Mulligan
1711.  STF THSRC
1712.  Stone Tower Capital LLC
1713.  Stone Tower Debt Advisors LLC
1714.  Stony Brook Court
1715.  Stroock & Stroock & Lavan LLP
1716.  Structure Consulting Group, LLC
1717.  Structure Tone Inc.
1718.  Structured Products Transaction Management Group
1719.  SuccessFactors Inc.
1720.  Sullivan & Company Marketing
1721.  Sumitomo Mitsui Banking Corp.
1722.  Sumitomo Mitsui Brussels Branch
1723.  Sumitomo Mitsui Financial Group
1724.  Sumitomo Trust & Banking
1725.  Sumitomo Trust & Banking Co., LTD
1726.  Summit Systems, Inc.
1727.  Sun Microsystems, Inc.
1728.  Sun Trust Banks, Inc.
1729.  SunAmerica Asset Management
1730.  SunCal Debtors
1731.  Suncor Energy Marketing, Inc.
1732.  SunGard
1733.  SunGard Assent LLC
1734.  SunGard Asset Management Systems LLC
1735.  SunGard Availability Services LP
1736.  SunGard Business Integration Ltd.
1737.  SunGard Data Reference Solutions, LLC
1738.  Sungard Data Systems Inc.
1739.  SunGard Expert Solutions LLC
1740.  SunGard Institutional Brokerage Inc.
1741.  SunGard Investment Systems LLC
1742.  SunGard Kiodex, Inc.
1743.  SunGard Securities Finance LLC
1744.  Sunoco Inc.
1745.  Sunoco Logistics Partners Operations, LP
1746.  Sunrise Partners Limited Partnership
1747.  Sunshine Holdings Limited
1748.  SunTrust Robinson Humphrey, Inc.
1749.  Supervalu Inc.
1750.  Susan Sayers
1751.  Sutherland Asbill & Brennan

1752.  Svenska Handelsbanken AB
1753.  Swedbank
1754.  Swedbank AB, New York Branch
1755.  Swift Transportation Co., Inc.
1756.  Swiss Reinsurance Company
1757.  Sylvia Lewis
1758.  Symetra Financial Corporation
1759.  Synagro Technologies, Inc.
1760.  Synatech
1761.  Syncora Syncora Holdings Ltd. Syniverse
1762.  Syniverse Technologies
1763.  Systema
1764.  T & W Funding Company
1765.  Taconic Capital Partners 1.5 L.P.
1766.  Taconic Opportunity Fund L.P.
1767.  Taipei Fubon Commercial Bank Co.
1768.  Tangoe, Inc.
1769.  Targa Resources, Inc.
1770.  Target Corporation
1771.  Tarrant County
1772.  Tata American International
1773.  Tata Communications Services (America) Inc. f/k/a VSNL America Inc.
1774.  Tata Consultancy Services LTD
1775.  TD Securities (USA) LLC
1776.  TD Security
1777.  TDS Investor Corporation
1778.  Teachers' Retirement System of the State of Illinois
1779.  Team Finance LLC
1780.  Teamsters Allied Benefit Funds Technical & Scientific Application, Inc.
1781.  Telecom Italia Capital S.A.
1782.  Telefonica Europe B.V.
1783.  Telefonica, S.A.
1784.  Tembec
1785.  Tembec Industries Inc.
1786.  Temple Health System Transport Team, Inc.
1787.  Temple Physicians, Inc.
1788.  Temple University Health Systems, Inc. for itself and as Agent
1789.  Templeton Global
1790.  Tennenbaum Multi Strategy Master Fund
1791.  Tennessee Department of Revenue
1792.  Teppco Partners, L.P. A-15
1793.  Tesoro Corporation
1794.  Tetra Tech, Inc.
1795.  Teva Hungary Pharmaceutical Marketing
1796.  Teva Pharmaceutical Works Company
1797.  TFS
1798.  Thalia CLO
1799.  Thalia Credit FAC
1800.  The Adelphia Recovery Trust

1801.  The Bank of New York
1802.  The Bank Of Tokyo-Mitsubishi UFJ, Ltd
1803.  The Blackstone Group
1804.  The Carlyle Group
1805.  The Central Puget Sound Regional Transit Authority
1806.  The Chuo Mitsui Trust And Banking Co., Ltd
1807.  The City of Long Beach
1808.  The Clorox Company
1809.  The Commonwealth Of Pennsylvania
1810.  The Hartford Financial Services Group, Inc.
1811.  The Hertz Corporation
1812.  The Horne Depot, Inc.
1813.  The Hotchkiss School
1814.  The Informal Noteholder Group
1815.  The Joint Administrators of the Lehman European Group Administration Companies
1816.  The Juilliard School
1817.  The Kiyo Bank
1818.  The Kyoei Fire and Marine Insurance Company Ltd.
1819.  The Lightstone Group
1820.  The Liverpool Limited Partnership
1821.  The McGraw-Hill Companies, Inc.
1822.  The Neiman Marcus Group, Inc.
1823.  The Pemex Project Funding Master Trust
1824.  The Pension Fund Group
1825.  The Provisional French Administrator to Banque Lehman Brothers
1826.  The Provisional French Administrator to Banque Lehman Brothers SA
1827.  The Related Companies
1828.  The Rhodes Companies, LLC
1829.  The Seaport Group LLC
1830.  The Sports Authority, Inc.
1831.  The TAARP Group, LLP
1832.  The Vanguard Group, Inc.
1833.  The Walt Disney Company / Disney
1834.  The Williams Companies
1835.  Thomas Cook AG
1836.  Thomas P. Dinapoli, as Sole Trustee of The NY State Common Retirement Fund
1837.  Thompson Investment Management, Inc.
1838.  Thomson Reuters Plc & Thomson Reuters Corp.
1839.  ThruPoint, Inc.
1840.  Ticknor Corner LLC
1841.  Tiffany & Co.
1842.  Tiger Asia Fund, L.P.
1843.  Tiger Asia Overseas Fund, Ltd.
1844.  Time Warner
1845.  Tishman Speyer Properties, L.P.
1846.  Tishman Speyer Real Estate Venture VII, L.P
1847.  Tobacco Settlement Financing Corporation
1848.  Tom Wolf
1849.  TomTom N.V.

1850. Toronto-Dominion Bank
1851. Total Gas & Power Limited
1852. TOUSA, Inc. (f/k/a Technical Olympic USA Inc.)
1853. Town Sports International, Inc.
1854. Toys R Us
1855. TPF Generation Holdings, LLC
1856. TPG-Austin Portfolio Holdings LLC
1857. TPG-Axon Partners (Offshore) Ltd.
1858. TPG-Axon Partners, LP
1859. Trademarks LLC
1860. Tradeweb Markets LLC
1861. Trading Technologies International
1862. Training the Street, Inc.
1863. Trans World Airlines Inc.
1864. Transamerica Asset Funding Corp.I
1865. TransCanada Pipelines Limited
1866. Transdigm Inc
1867. Transocean Inc.
1868. Travelers National Accounts
1869. Travelport 2nd A&R
1870. Travelport Holdings Ltd.
1871. Travelport Inc.
1872. Treasurer of Douglas County, Colorado
1873. Treasurer of Garfield County, Colorado (The)
1874. Tribune Company
1875. TriOptima AB
1876. Triple Point Technology, Inc.
1877. Tri-State Generation And Transmission Association, Inc.
1878. Tronox Worldwide
1879. Tronox Worldwide LLC
1880. Trophy Hunter Investments
1881. Tropicana Entertainment
1882. Troutman Sanders LLP
1883. True Friend 4th Securitization Specialty Co.
1884. TRW Automotive Holdings Corp.
1885. TRW Automotive Inc.
1886. Turnberry Associates
1887. Turnberry Fund
1888. Turnberry Retail Holding, L.P.
1889. Turnberry/Centra Crossroads, LLC
1890. Turnberry/Centra Development, LLC
1891. Turnberry/Centra Office Sub, LLC
1892. Turnberry/Centra Quad, LLC
1893. Turnberry/Centra Sub, LLC
1894. Turnberry/South Strip, LP
1895. Tuxedo Reserve Owner LLC
1896. Tuxedo TPA Owner LLC
1897. TW Telecom Inc.
1898. TXU / Texas Utilities

1899.    TXU Energy Company
1900.    Tyco Electronics Tyco International Group S.A.
1901.    U.S. Bank National Association
1902.    U.S. Shipping Partners L.P.
1903.    UBS AG
1904.    UBS Financial Services
1905.    UBS Financial Services of Puerto Rico
1906.    UBS International Inc.
1907.    UBS Securities LLC
1908.    Unclaimed Property Recovery Service, Inc.
1909.    Unicredito Italiano
1910.    Union Bank Of California, N.A.
1911.    United Air Lines
1912.    United Components, Inc.
1913.    United Corporate Federal Credit Union
1914.    United of Omaha Life Insurance
1915.    United Parcel Services, Inc. / UPS
1916.    United States Steel Corporation / US Steel Corp
1917.    United Surgical Partners International, Inc.
1918.    UnitedHealth Group IncA-16
1919.    University of Pittsburgh
1920.    Univision Communications Inc.
1921.    UPC Broadband Holding B.V.
1922.    UPCMedia
1923.    US AG Bank
1924.    US Airways Group, Inc.
1925.    US Bank National Association
1926.    US Investigations Services, Inc.
1927.    US Securities and Exchange Commission
1928.    USAA Capital Corporation
1929.    USI Holdings Corp.
1930.    USPF Holdings, LLC
1931.    Utah Housing Corporation
1932.    Utendahl Capital Partners, L.P.
1933.    Valero Energy Corporation
1934.    Van Der Moolen Specialists
1935.    Van Gansewinkel Holding B.V.
1936.    Varde Investment Partners, L.P.
1937.    Varig S.A. (Vicao Aerea Rio-Grandese)
1938.    VBS Investment Bank
1939.    Venetian Macau Limited
1940.    Venise Acquisition
1941.    Venoco, Inc.
1942.    Venstar Leasing
1943.    Verde CDO
1944.    Verint Systems Inc.
1945.    Verizon Communications Inc.
1946.    Verso Paper Holding LLC
1947.    Versorgungswerk der Apothekerkammer Nordrheim

1948.  Vertrue Incorporated
1949.  Veyance Technologies, Inc.
1950.  Vignette Europe Limited
1951.  Virginia Electric And Power Company
1952.  Visteon Corporation
1953.  VITA
1954.  Vodafone Group Plc
1955.  Volksbank Aichfeld-Murboden
1956.  Volksbank Bad Goisern
1957.  Volksbank Enns-St. Valentin
1958.  Volksbank Feldkirchen
1959.  Volksbank Gmuend
1960.  Volksbank Graz-Bruck
1961.  Volksbank Obersdorf-Wolkersdorf-Dt
1962.  Volksbank Oetscherland
1963.  Volksbank Osttirol
1964.  Volksbank Ried im Innkreis
1965.  Volksbank Schaerding
1966.  Volksbank Slovenia
1967.  Volksbank Tullnerfeld eG
1968.  Volksbank Voklabruck-Bmunden e.Gen
1969.  Vollers Excavating & Construstion,Inc
1970.  Vornado Realty L.P. Vought Aircraft Industries, Inc.
1971.  Wachovia Bank
1972.  Wachovia Securities Ltd.
1973.  Wagram
1974.  Wall St Concepts
1975.  Walmart Stores
1976.  Warburg Pincus Equity Partners L.P.
1977.  Washington Metro
1978.  Washington Mutual Bank
1979.  Washington Mutual, Inc.
1980.  Washington State Tobacco Settlement Authority
1981.  Water Pollution Control Authority for the City of Bridgeport
1982.  Waterfall European CLO S.A.
1983.  Waterstone Market Neutral Mac 51 Ltd
1984.  WCCV
1985.  WCG Master Fund
1986.  WCI Capital Corp.
1987.  WCI Communities
1988.  WDAC Intermediate
1989.  Weetabix Mills
1990.  Wellmont Health System
1991.  Wellpoint Inc
1992.  Wells Fargo & Co.
1993.  Wells Fargo Bank Minnesota
1994.  Wells Fargo Bank, NA
1995.  Werra Papier
1996.  Wesco Aircraft Hardware Corp.

1997. Westar Energy, Inc.
1998. Western Digital Corporation
1999. Westernbank Puerto Rico
2000. WestLB AG, New York Branch
2001. Westport Capital Management
2002. WH 2005 / NIAM III East Holding OY
2003. Whippoorwill Associates Inc
2004. White Marlin CDO 2007-1
2005. White Mountains Insurance Group, Ltd.
2006. William Capital Group, L.P.
2007. William Kuntz, III
2008. William P. White
2009. Williams Partners L.P.
2010. Wilmar Landco LLC
2011. Wilmington Trust Company
2012. Wilmington Trust Company
2013. Wilmington Trust FSB
2014. Wimar Opco
2015. Wind Telecommunicazioni S.P.A.
2016. Windels Marx Lane & Mittendorf, LLP
2017. Windwalker Hawaii
2018. Winstar
2019. Wintergreen Orchard House
2020. Wisconsin Electric Power Company
2021. Wisconsin Energy Corporation
2022. Wisconsin Gas LLC (f/kla Wisconsin Gas Company)
2023. Wisconsin Power And Light Company
2024. WMG Acquisition Corp.
2025. Wolf Hollow 2nd Lien
2026. Wolf Hollow I LP
2027. Wolters Kluwer NV
2028. Woodmark
2029. World Directories
2030. World Directories Acquisition Corp.
2031. WSG Development Co.
2032. WWK Hawaii
2033. Wyeth
2034. Xcel Energy Inc.
2035. Xerox Corporation
2036. XL Capital
2037. XL Specialty Insurance Company A-I7
2038. XLCA Admin, LLC
2039. XLCDS, LLC
2040. Yankee Candle Company, Inc.
2041. Yarpa Investmenti S.G.R. S.p.A. -RP3 Fund
2042. Yarpa Investmenti S.G.R. S.P.A.-RP3
2043. Yellowstone Club
2044. Yellowstone Mtn Club
2045. Yildiz Holdings, Inc.

2046.   Yin Ying Leung
2047.   Young Broadcasting
2048.   YPSO France S.A.S.
2049.   YPSO Senior
2050.   Yuksung Korea Co., Ltd.
2051.   Yuma Hospital District
2052.   Zahniser Trust
2053.   Zephyrus Investments LLC
2054.   Zwinger Opco 6 BV

## Affiliations of Outside Directors

Michael L. Ainslie
- director - The St. Joe Company
- director - Lehman Brothers Bank, FSB
- Member (and the chairman emeritus) of the Board of Directors of The Posse Foundation, Inc.
- trustee - Vanderbilt University

John F. Akers
- director - W.R. Grace & Co

Roger S. Berlind
- governor - The Broadway League

Thomas H. Cruikshank

Marsha Johnson Evans
- advisory board - LPGA
- advisory board - Pew Partnership for Civic Change
- director - America's Development Foundation.
- director - Huntsman Corporation
- director - Naval Academy Foundation
- director - Office Depot, Inc.
- director - Weight Watchers International, Inc.

Sir Christopher Gent
- advisory board - Reform
- director - Ferrari SpA
- senior advisor - Bain & Company, Inc.

Roland A. Hernandez
- advisory board - David Rockefeller Center for Latin American Studies at Harvard University
- advisory board - Harvard Law School
- director - Sony Corporation
- director - The Ryland Group, Inc.
- director - Vail Resorts, Inc.

- director of MGM Mirage
- President's Council on International Activities – Yale University

Henry Kaufman
- member - Board of Trustees of New York University
- member - Board of Trustees of the Animal Medical Center
- member (and the chairman emeritus) - Board of Overseers of the Stern School of Business of New York University
- member (and the chairman emeritus) - Board of Trustees of the Institute of International Education
- member of the Advisory Committee to the Investment Committee of the International Monetary Fund Staff Retirement Plan
- member of the Board of Governors of Tel-Aviv University  treasurer (and former trustee) of The Economic Club of New York.
- member of the International Advisory Committee of the Federal Reserve Bank of New York
- president - Henry Kaufman & Company

John D. Macomber
- chairman - Council for Excellence in Government
- director - Collexis Holdings, Inc.
- director - Stewart & Stevenson LLC
- trustee - Carnegie Institution of Washington
- trustee - Folger Library
- vice chairman - Atlantic Council

## Professionals Retained by the Company

- Akerman Senterfitt
- Allen & Overy LLP
- Allen Matkins Leck Gamble Mallory and Natsis
- Alvarez & Marsal North America. LLC
- Andrews & Kurth LLP
- Anthony J. Napolitano & Associates
- Appleby Global
- Baker & McKenzie LLP
- Balcomb & Green, P.C.
- Ballard Spahr Anders & Ingersoll, LLP
- Bar & Karrer AG
- Bedell Cristin
- Benesch, Fiedlander, Coplan & Arnoff LLP
- Berkman Wechsler Bloom & Co., Law Offices
- Bickerton Lee Dang & Sullivan, LLP
- Bih Li & Lee
- Blake Cassels & Graydon LLP
- Bloom Murr & Accomazzo, P.C.
- BLP Abogados
- BlueGate Partners, LLC

- Bonchonsky & Zaino, LLP
- Bonelli Erede Pappalardo
- Bortstein Legal LLC
- Bracewell & Giulliani LLP
- Brand Law Group, PC
- Broad & Cassel
- Brownstein Hyatt Farber Schreck, LLP
- Bulboaca & Associatii
- Burns, White & Hickton
- Cadwalader, Wickersham & Taft LLP
- Cains
- Carrington, Coleman, Sloman & Blumenthal, L.L.P.
- Cassels Brock & Blackwell LLP
- CB Richard Ellis
- Cederquist
- Chiomenti Studio Legale
- Chun Rair & Yoshimoto LLP
- Click & Null, P.C.
- Clyde Click
- Conway and Mrowiec
- Cox Castle Nicholson
- Curtis, Mallet-Prevost, Colt & Mosle LLP
- David Marks QC
- Davies Ward Phillips & Vineberg
- Davis & Gilbert LLP
- De Brauw Blackstone Westbroek
- Dechert LLP
- Deloitte & Touch USA LLP
- Dickstein Shapiro LLP
- DLA Piper
- Dorsey & Whitney LLP
- DTZ Rockwood LLC
- Duff and Phelps
- Duff and Phelps
- Einstein Malanchuk LLP
- Epiq
- Ernst & Young LLP
- Evergreen Law Group
- Foster, Graham, Milstein & Calisher, LLP
- Fragomen, Del Rey, Bernsen & Loewy, LLP
- Freshfields Bruckhaus Deringer
- Fried Frank
- FTI Consulting Inc.
- Fulbright & Jaworski L.L.P.
- Gianni, Origoni Grippo & Partners
- Gibson, Dunn & Crutcher LLP

- Hahn Loeser & Parks LLP
- HBN Law
- Heller Ehrman LLP
- Herbert Smith CIS LLP
- Herbert Smith Ltd.
- Herrick & Feinstein MMOR Consulting
- Herzfeld & Rubin, P.C.
- Hoegen & Associates, P.C.
- Hogan & Hartson
- Houlihan Lokey Howard & Zukin Capital, Inc.
- Houser & Allison, APC
- Hunt Leibert Jacobson, P.C.
- Hunton & Williams LLP
- Huron Consulting Group
- International Legal Counselors Thailand Ltd.
- Jackson Lewis LLP
- Jeffer, Mangels, Butler & Marmaro
- Jeffery Peter Onions QC
- Jenner & Block LLP
- Jenner and Block LLP
- Jones Day
- Juris Law Offices
- Kahrl & Wutcher LLP
- Kellerhals Hess
- Kelly Matthew Wright
- Kepley Brouscious & Biggs
- Klavins & Slaidins
- Kleyr Grasso Associes
- Kramer Levin Naftalis & Frankel LLP
- Krebsbach & Snyder, P.C.
- Krieg Devault LLP
- L.B. Smithplein 3
- Latham & Watkins LLP
- Lazard Freres & Co.
- Lewis and Roca LLP
- Locke Lord Bissell & Liddell LLP
- Lombardo Dufresne
- LS Horizon Ltd.
- Luboja & Thau, LLP
- Mandel, Katz & Brosnan LLP
- Mannheimer Swartling Advokatbyrå Ab
- Maples and Calder (Cayman Office)
- Mayo Crowe LLC
- Mazars LLP
- McCann FitzGerald Solicitors
- McDermott Will & Emery LLP

- McKee Nelson
- McKenna Long & Aldridge LLP
- Meitar, Liquornik, Geva & Leshem Brandwein
- Menter, Rudin & Trivelpiece, P.C.
- Mercer Marsh & McLennan Companies
- Merra & Kanakis, P.C.
- Milbank, Tweed, Hadley & McCloy LLP
- Miller Canfield Paddock Stone
- Mitsui Company
- MM Arizona Holdings LLC
- MMOR Consulting
- Momo-o, Matsuo & Namba
- Morrison & Foerster LLP
- Mourant du Feu & Jeune
- Natixis Capital Markets
- NautaDutilh N.V.
- NBP Clems
- Norton Rose LLP
- Ogier
- Oh-Ebashi LPC & Partners
- Pachulski Stang Ziehl & Jones LL
- Paul, Hastings, Janofsky & Walker LLP
- Paul, Weiss, Rifkind, Wharton & Garrison LLP
- Pekin & Pekin
- PetroVal, Inc.
- Pite Duncan
- PricewaterhouseCoopers
- Prickett Jones & Elliott, P.A.
- Quinn Emanuel Urquhart Oliver & Hedges, LLP
- Raja & Tann
- Reilly Pozner & Connelly  LLP
- Richard Sheldon QC
- Richards, Layton & Finger, P.A.
- Salvadore Auctions & Appraisals, Inc.
- Schulte, Roth, & Zabel LLP
- Sidley Austin LLP
- Sills Cummis Epstein & Gross P.C.
- Simpson Thacher & Bartlett LLP
- Skadden, Arps, Slate, Measgher & Flom LLP
- Smith Dollar
- Snell & Wilmer
- Snyder Valuation
- Sonnenschein Nath & Rosenthal
- Squire, Sanders & Dempsey L.L.P.,
- Stamford Law Corporation
- Stroock, Stroock & Lavan

- Sutherland Asbill & Brennan LLP
- Thacher Proffitt & Wood LLP
- The Madden Law Firm
- Tompkins, McGuire, Wachenfeld & Barry LLP
- Tozzini Freire Advogados
- Travers Smith LLP
- Trenam, Kemker, Scharf, Barkin, Frye,O'Neill & Mullis
- Valentine S. Grimes & Co.
- Wachtel & Masyr LLP
- Watson, Farley & Williams (Thailand) Limited
- White & Case
- Willkie Farr & Gallagher LLP
- Wilmer Cutler Pickering Hale and Dorr LLP
- Windels Marx Lane & Mittendorf, LLP
- Woodbury & Santiago, P.A.
- Worldwide Trade Partners
- Wynn & Wynn, P.C.

## Litigation Claimants

- Alaska Electrical Pension Fund
- Alex E. Rinehart
- Aliant Bank
- Annuity Fund et al. v. Lehman Brothers Holdings, Inc., et al.
- Avenius, et, al. v. Banc of America Securities LLC, et., al.
- Bader & Yakaitis P S P & Trust
- Bank of America, N.A.
- BHL Capital Partners L.P.
- BP Energy Company & BP Corporation North America Inc.
- Breakaway Solutions Inc.
- Carolina First Bank
- City of Cleveland, Ohio
- David Trent
- Declan Kelly
- Deutsche Bank AG
- Electronic Trading Group, LLC
- Elizabeth Foster
- Evergreen Solar, Inc.
- First Alliance Mortgage Company Class Action
- Fogarazzo, et al. v. Lehman Brothers Inc., et al. Claude A. Reese
- Fogel Capital Management, Inc.
- Forza Capital Management, L.L.C.
- Friedman, Billings, Ramsey Group, Inc.
- Hugh D. Barton
- In re Issuer Plaintiff Initial Public Offering Fee Antitrust Litigation (consolidated class action)

- In re Lehman Brothers Holdings, Inc. Derivative Litigation (Garber, Staehr, Locals 302 & 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, and Saginaw Police & Fire Pension Board, plaintiffs)
- In re Mirant Corporation Securities Litigation (class action)
- In re Public Offering Antitrust Litigation (consolidated class action)
- IPO Class Actions
- J. Bader
- Keith Carpenter
- Keith Cheng
- Locals 302 & 612 of the International Union of Operating Engineers-Employers
- Mark Montag
- Mary Helbeyn
- Massachusetts Water Resources Authority
- Miron Berenshteyn
- Oliver Cheng
- Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund
- Overstock.Com Inc., et, al. v. Morgan Stanely & Co. Inc., et, al.
- Research Analyst Independence Litigations
- Rye Select Broad Market Portfolio Limited
- Rye Select Broad Market XL Portfolio Limited
- Securities Investor Protection Corporation
- Sentinel Management Group, Inc.
- Sola Ltd. Royal Bank of America v. Lehman Brothers Special Financing
- Southern Community Financial Corporation, Southern Community Bank and Trust
- State Street Bank and Trust Company
- The Adelphia Recovery Trust
- The Options Clearing Corporation
- Wright et al v. Lehman Brothers Holdings Inc. et, al. (A. Vernon Wright and Dynoil Refining LLC, plaintiffs)

## Largest Holders of Trade Debt

1.     1221 Avenue of the Americas
2.     125 Broad Street
3.     1301 Properties Owner LP
4.     2027 Collections Center Drive
5.     4 Connections LLC
6.     425 Lexington Ave.
7.     515 South Flower Street
8.     55 Broadway
9.     767 Fifth Avenue
10.    77 West Wacker
11.    A V Services Inc.
12.    AC Nielsen Company

13.     Acronis, Inc.
14.     AFD Contract Furniture Inc.
15.     Agilysys Nj, Inc.
16.     Allen & Overy
17.     Alpha Office Supplies Inc.
18.     Anjarlekar & Associates
19.     ANZ Banking Group Limited
20.     Aperture Technologies
21.     Ashurst Morris Crisp
22.     Australia and New Zealand Banking Group Limited
23.     Automated Securities Clearance Ltd.
24.     Ayco Services Agency Inc.
25.     Banctec Ltd.
26.     Bank of America Plaza STE 3500 1041. Bank of Taiwan, New York Agency
27.     Bank One Plaza
28.     Bats Trading, Inc.
29.     Bloomberg Finance LP
30.     Bloomberg L.P.
31.     Broadridge Securities Processing
32.     BT Americas, Inc.
33.     Cadwalader, Wickersham and Taft
34.     Canary Wharf Management Limited
35.     CB Richard Ellis Client Account RE Gloa
36.     CDW Direct LLC
37.     Centrale Attivita Finanziarie SPA
38.     CHD Meridian Healthcare
39.     Clayton Fixed Income Services, Inc.
40.     Clifford Chance
41.     Compliance Data Center Inc.
42.     Compucenter (UK) Ltd.
43.     Computer Associates International Inc.
44.     Computer Financial Consultants, Inc.
45.     Cushman & Wakefield Inc.
46.     Cyveillance
47.     Davis Polk and Wardwell
48.     DBRS Inc.
49.     Dell Marketing L.P.
50.     Deutsche Borsche AG
51.     DGWB, Inc.
52.     Dimension Data
53.     Diversified Global Graphics Group DG3
54.     DnB NOR Bank ASA
55.     Drowst Trading LLC
56.     Elyo Services Limited
57.     Emil Werr
58.     Enterprise Solution Providers Inc.
59.     Ernst & Young LLP
60.     Ernst & Young Private Limited
61.     EXLservice Holdings Inc.

62.    Fidessa Plc.
63.    First Commercial Bank Co., Ltd, New York Agency
64.    FTInteractive Data
65.    Gartner Group Inc.
66.    Gotham Technology Group
67.    Greenline Financial Technologies Inc.
68.    Hanover Moving &Storage Co Inc.
69.    Hatfield Philips International Limited
70.    Haworth Singapore PTE Ltd.
71.    Headstrong Services, LLC
72.    Henegan Construction Co., Inc.
73.    Hewlett Packard AP (Hong Kong) Limited
74.    Hewlett Packard Company
75.    HSBC Bank
76.    IBM Corporation
77.    ICAP Securities Limited 1078.
78.    Information Builders Inc.
79.    Intuition Publishing
80.    Ikon Office Solutions Inc.
81.    ILOG Inc.
82.    Inconit Corporation
83.    Information Builders Inc
84.    Infusion Development Corp.
85.    Integreon Managed Solutions
86.    Interactive Data Corp.
87.    Intuition Publishing Inc.
88.    IPC Information Systems Inc.
89.    Iron Mountain Digital Archives
90.    Iron Mountain Records Management
91.    JQ Network PTD Limited 1082
92.    Kepner Tregoe Inc.
93.    Key Systems
94.    Kim & Chang
95.    Kingston Communications PLC
96.    KPMG, LLP
97.    Lancaster Office Cleaning Co.
98.    Lexis Nexis
99.    Linklaters, S.L.
100.   Liquid Engines, Inc.
101.   Logical Information Machines
102.   London & European Title Insurance Services Ltd.
103.   London Borough of Tower Hamlets Rates
104.   London Eastern Railway Limited
105.   Mace Limited
106.   McKee Nelson LLP
107.   Mellon Analytical Solutions
108.   Meridian IT, Inc.
109.   Meridian It, Inc.
110.   Michael Stapleton Associates

111. Microsoft Corporation
112. Microsoft Licensing, GP
113. Millennium Developers PVT Ltd.
114. Morse Group Limited
115. Morse Service Holdings Limited
116. National Bank of Australia
117. National Commerce Bank
118. Net One Systems
119. Network Appliance Inc.
120. Nishimura & Partners
121. Northrop Grunman
122. NYSE Market, Inc.
123. Origin HR Consulting Limited
124. Paul Weiss
125. Polaris Software Lab (India), Ltd.
126. Pricoa Relocation UK Limited
127. Quest Software Inc.
128. Rainmaker Group LLC
129. Restaurant Associates
130. Reuters America
131. Reuters Ltd.
132. Rittal Corporation
133. Rockefeller Center North, Inc.
134. Rolfe & Nolan Systems Inc.
135. RR Donnelley Receivables Inc.
136. SAS Institute Inc
137. Sharon Land Company, LLC
138. SOS Security Inc.
139. Standard & Poors
140. Standard and Poors Corp.
141. Standard Chartered Bank
142. Standard Register
143. Storage Technology Corp
144. Structure Group
145. Sungard Securities Finance Ltd.
146. Swapswire Limited
147. Swets Information Services Inc.
148. Tac Americas, Inc.
149. Taipei Fubon Bank, New York Agency
150. Tata Consultancy Services
151. The Bank Of  New York
152. The British Land Company PLC
153. Thomson Financial
154. Tibco Software, Inc.
155. Transaction Network Services
156. Trilogy Leasing Co. LLC
157. Trimont Real Estate Advisors Inc.
158. Triple Point Technology, Inc.
159. Verrazano Consulting Solutions, LLC

160.    Vertex Mortgage Services
161.    Video Corporation Of America
162.    Virtix
163.    Wipro Technologies
164.    Wombat Financial Software, Inc.
165.    ZKB (Zurcher Kantonalbank)

## Professionals Retained by Significant Creditor Groups

- Akin Gump Strauss Hauer & Feld LLP
- FTI Consulting, Inc.
- Houlihan Lokey Howard & Zukin Capital, Inc.
- Milbank, Tweed, Hadley & McCloy LLP
- Munsch Hardt Kopf & Harr, P.C.
- Quinn Emanuel Urquhart Oliver and Hedges LLP
- The Wilson Law Firm, PC

## Utilities

- AT&T
- Cleveland Division of Water
- Cleveland Public Power
- ComEd
- Con Edison
- Dominion
- Illuminating
- Interstate Gas
- NEORSD
- NSTAR Electirc
- NYC Water Board
- Sempra Energy Solutions
- The Hess Corporation
- Time Warner

## Committee Members

- Aegon USA Investment Management
- Metlife
- Mizuho Corporate Bank, Ltd.
- RR Donnelley & Sons
- Shinsei Bank, Limited
- The Bank of NY Mellon
- The Royal Bank of Scotland, PLC
- The Vanguard Group
- Wilmington Trust Company

## Selected Derivative Counterparties

1.    Advanced Graphic Printing, Inc.
2.    Advanced Micro Devices, Inc.

3. AIG CDS, Inc.
4. Aircraft Finance Trust
5. Allison Transmission
6. AMBAC Credit Products, LLC
7. A.M. McGregor Home
8. American Investor Life Insurance Company
9. Aviva Life Insurance Company
10. Aviva Live & Annuity Company
11. Banca Italease S.p.A.
12. Banco Espirito Santo Investimento
13. Banco Espirito Santo
14. Bayview Financial, L.P.
15. Bayview Opportunity Master Fund, L.P.
16. Bremer Financial Corporation
17. BRM Group, Ltd.
18. Canadian National Resources Limited
19. Capital Automotive L.P.
20. Cheung Kong Bond Finance Limited
21. Chevron U.S.A. Inc.
22. City of Milwaukee, Wisconsin
23. Colorado Housing Finance Authority
24. Consolidated Container Company LLC
25. Convexity Capital Master Fund L. P.
26. Deer Park Road Corporation
27. Delaware River Port Authority
28. Deutsche Bank National Trust Company
29. Deutsche Bank Trust Company Americas
30. Dexia Bank Internationale a Luxembourg SA
31. Dexia Banque Belgique SA
32. Dexia Credit Local, Dexia Kommunalbank Deutschland AG
33. Direct Energy Business, LLC
34. Dollar General Corporation
35. E-Capital Profits Limited
36. Embarcadero Aircraft Securitization Trust
37. Emigrant Bank
38. Energy America LLC
39. Enterprise Products Operating, LLC
40. EPCO Holdings, Inc.
41. Federal Home Loan Bank of Dallas
42. FirstBank of Puerto Rico
43. Florida Power & Light Company
44. FPL Energy Power Marketing, Inc.
45. FSA Credit Protection Trust 283
46. Gaston Christian School, Inc.
47. Government of Singapore Investment Corp.
48. H21 Absolute Return Concepts SPC  ARC-B07-20
49. H21 Absolute Return Portfolios SPC Class A
50. HarbourView CDO III, Limited
51. HFF I, LLC

| | |
|---|---|
| 52. | Houghton Mifflin Harcourt Publishing Company |
| 53. | Iconix Brand Group, Inc. |
| 54. | Idaho Housing and Finance Association |
| 55. | Indianapolis Life Insurance Company (Inc) |
| 56. | ING Life Insurance & Annuity Company |
| 57. | ING USA Annuity & Life Insurance Company |
| 58. | Intel Corporation |
| 59. | Iowa Telecommunications Services Inc |
| 60. | Irish Life & Permanent PLC |
| 61. | Italease Finance S.p.A. |
| 62. | JA Solar Holdings Co., LTD. |
| 63. | Lexington Insurance Company |
| 64. | Life Investors Insurance Company of America |
| 65. | Lincore Limited |
| 66. | Linn Energy, LLC |
| 67. | MEG Energy Corp. |
| 68. | Metavante Corporation |
| 69. | Ministry of Finance Italy |
| 70. | Monumental Life Insurance Company (INC) |
| 71. | Natixis Environment & Infrastructures |
| 72. | Nebraska Investment Finance Authority |
| 73. | New Generation Funding Trust 15 |
| 74. | New Generation Funding Trust 16 |
| 75. | New Jersey Housing and Mortgage Finance Agency |
| 76. | New York Life & Annuity Insurance Corporation |
| 77. | New York Life INS & Annuity Corp Private Placi |
| 78. | New York Life Insurance Company Inc |
| 79. | Northcrest, Inc. |
| 80. | Occidental Power Services, Inc. |
| 81. | Official Committee of Unsecured Creditors |
| 82. | OHP Opportunity Limited Partnership |
| 83. | One Madison Investments (CAYCO) Limited |
| 84. | Pacific Life & Annuity Co |
| 85. | Pacific Lifecorp |
| 86. | Pacific Life Insurance Company |
| 87. | Pinnacle Foods Finance LLC |
| 88. | Portfolio Green German CMBS GMBH |
| 89. | Principal Financial Services Inc. |
| 90. | Putnam (183 ISDA's) |
| 91. | Reliastar Life Insurance Company |
| 92. | Reliastar Life Insurance Company of New York |
| 93. | Reynolds American Defined Benefit Master Trust |
| 94. | Riversource Life Insurance Company of New York |
| 95. | Russell Implementation Services Inc. |
| 96. | Russell Investment Group |
| 97. | Security Life of Denver Insurance Company |
| 98. | Security Life of Denver Insurance Company Inc |
| 99. | Simpson Meadows |
| 100. | Southern California Edison Company |

101.    Standard Credit Group LLC
102.    Sunamerica Life Insurance Company
103.    TFS (Germany)
104.    TFS (TX)
105.    TFS Derivatives Corporation
106.    TFS Derivatives Total
107.    TFS Derivatives Total
108.    TFS Oil
109.    TFS Oil Floor
110.    TFS PWR NG
111.    TFS Sing
112.    TFS UK
113.    TFS UK Cleared
114.    TFS-ICAP
115.    Tobacco Settlement Financing Corporation
116.    Tradition (North America) Inc.
117.    Tradition Asiel Securities Inc.
118.    Tradition Services S.A. DE C.V. Mex
119.    Transamerica Financial Life Insurance Co
120.    Transamerica Occidental Life Insurance Co
121.    Tullett Prebon Holdings Corporation
122.    University of Pittsburgh
123.    Verde CDO Ltd.
124.    Verde CDO, LLC
125.    Veyance Technologies, Inc.
126.    Wellmont Health System
127.    West Corporation
128.    Zeeland Aluminium Company AG

## Principal Investments

1.    ASA McJunkin Red Man Corp.(F/K/A McJunkin Corp.)
2.    AlixPartners
3.    Applebees
4.    Brozero Limited
5.    C. Amer
6.    Castex Energy 2007, L.P.
7.    Castex Energy, Inc.
8.    Crimson Exploration Inc.
9.    David Arrington Oil & Gas Barnett Shale IV, LLC
10.    David Arrington Oil & Gas, Inc.
11.    Delta Prefco Limited
12.    Delta Topco Limited
13.    DHS Drilling Company
14.    DHS Holding Company
15.    Energy XXI Gulf Coast, Inc.
16.    FDR Holdings, Ltd.
17.    First Wind Holdings, LLC

18.    Firth Rixson Limited
19.    Forgings International Holdings 1 Limited
20.    Forgings International Holdings Limited
21.    Forgings International Limited
22.    FR Acquisition Corporation (Europe) Limited
23.    FR Acquisition Corporation (Luxembourg) Sarl
24.    FR Acquisition Corporation (US), Inc.
25.    FR Acquisition Finance Subco (Luxembourg) Sarl
26.    FR Acquisition Holding Corporation (Luxembourg) Sarl
27.    FR Acquisition Subco (Luxembourg) Sarl
28.    Frontier Drilling ASA
29.    Frontier Drilling USA, Inc.
30.    Greenbrier Minerals Holdings, LLC
31.    Greenbrier Minerals, LLC
32.    Greenbrier Petroleum Corp.
33.    Hilcorp Energy I, L.P.
34.    Hilcorp Exploration Venture 1 LLC
35.    Jazz Pharmaceuticals, Inc.
36.    JFB Firth Rixson, Inc.
37.    JFB Overseas Holdings Limited
38.    JPI Commercial, LLC
39.    Labarge Pipe & Steel Company
40.    Latshaw Drilling & Exploration Company
41.    Latshaw Drilling Company, LLC
42.    LBPS Holding Co.
43.    LIM
44.    McJunkin Nigeria Limited
45.    McJunkin –Puerto Rico Corp.
46.    McJunkin Red Man Development Corp. (F/K/A McJunkin  Development
       Corporation)
47.    McJunkin Red Man Holding Corp.
48.    McJunkin -West Africa Corp.
49.    MEG Energy Corp.
50.    Midway-Tristate Corp.
51.    Milton Oil & Gas Co.
52.    Minrad International, Inc.
53.    Mountain Drilling Company
54.    Mountain Drilling LLC
55.    MRC Management Co. (F/K/A MRM West Virginia Management Company)
56.    MRM Oklahoma Management LLC
57.    Oceana
58.    Orthovita, Inc.
59.    Pegasus International, Inc.
60.    Petsec Energy Inc.
61.    Pinnacle Entertainment Corp.
62.    Red Man Pipe & Supply Co.
63.    Regents
64.    RJO Holdings Corp.

65. RJO Investor Corp.
66. Ruffner Realty Co.
67. Sacher Funding Ltd.
68. SBS
69. SCP Worldwide I L.P.
70. Sheridan Healthcare
71. Sixth Gear Funding Trust
72. Sixth Gear Inc.
73. Sixth Gear Solutions Corp.
74. SkyPower Corp.
75. Universal Ensco, Inc.
76. Universal Pegusus
77. UP Acquisition Sub Inc.
78. Up Holdings Inc.
79. Varel Funding Corp.
80. Varel International Ind., L.P.
81. Veyance
82. Voss of Norway
83. Vought
84. Wesco Acquisition Partners, Inc.
85. Yankee Candle