100 California Street, San Francisco, CA
100 Wall Street, NY, NY
1000 Wilshire, Los Angeles, CA
1000 Santa Monica Boulevard, Century City/Los Angeles, CA
1133 Westchester Ave, White Plains, NY
116 Huntington, Boston, MA
120 Howard Street, San Francisco, CA
1200 Main Street ("The Metropolitan"), Dallas, TX
50 Beale Street, San Francisco, CA
7205 Windsor Boulevard, Woodlawn, MD
8180-8200 Greensboro, Tysons Corner, VA
Bay Colony Corporate Center, 1000 Winter Street, Waltham, MA
Diamonte Cabo San Lucas, Cabo San Lucas, Mexico
Knickerbocker Hotel-1466 Broadway, NY, NY
One Fair Oaks Plaza, 4114 Legato Rd., Fairfax, VA
One Sansome Street, San Francisco, CA
Playa Pelicano, Cabo Velas, Guanacaste, Costa Rica
Riande Miami Beach 1825 Collins Avenue, Miami Beach, FL
Snowmass Mountain Base Village, Snowmass, Colorado
The Lodge at Rancho Mirage,69-730 Highway 11,  Rancho Mirage, CA