## Schedule A-2

1133-300 Member, LLC
1133-399 Member, LLC
1825 Collins Avenue Holding, LLC
300 Main Street, LLC
399 Crosswest of New York, LLC
Aby Rosen
Baja Ventures 2006, LLC
Base Village Owner LLC
BENLB-Rancho Hotel LLC (f/k/a GENLB-Rancho LLC)
Broadway BCCC Junior Mezz LLC
Broadway California Street Junior Mezz LLC
Broadway Greensboro Junior Mezz LLC
Broadway Howard Street Junior Mezz LLC
Broadway Huntington Junior Mezz LLC
Broadway Legato Junior Mezz LLC
Broadway Partners Parallel Fund B III, L.P.
Broadway Partners Parallel Fund P III, L.P.
Broadway Partners Real Estate Fund III, L.P.
Broadway Sansome Junior Mezz LLC
Broadway State Junior Mezz LLC
Broadway Wall Junior Mezz LLC
Broadway Wilshire Junior Mezz LLC
Cam Rim Development LLC
Castille Holdings-WB, LLC
Compania Oasis Integrado, SA
Cortez-WB, LLC
Crosswest Manager, Inc.
CSL Properties 2006, LLC
David P. Scheffenacker
Diamante Cabo San Lucas LLC
Diamante Cabo San Lucas S. DE R.L. DE C.V.
Diamante Properties, LLC
Ian Schrager
Istithmar Building FZE
Istithmar Six Times LLC
James B. Salter
KAJ Holdings, LLC
Karim Alibhai
Kenneth A. Jowdy
Laurence Smith
LB 1200 Main LP
LB Playa Pelicano LLC
Michael Fuchs
Patrick Smith
Playa Pelicano Holdings, SRL (f/k/a Quiromancia, Limidata
Playa Pelicano Manager LLC
Preston Yucatan-WB, LLC

Schedule A-2

PS California Investments LLC
Robert P. Weisz
RPW Group, Inc.
SCC Acquisitions, Inc.
Shamrock Holdings Group, LLC
SunCal Century City LLC
The Related Companies, L.P.