**SCHEDULE B**

| Name of Lehman Entity | Date | Service provided by CBRE | Relationship to Debtor |
|---|---|---|---|
| **Property Management** | | | |
| Lehman Brothers Holdings, Inc. | 11/23/04-5/15/07 | CBRE provided property management services for 116 Huntington Avenue, Boston, MA | Debtor |
| **Valuation/Advisory** | | | |
| Aurora Bank Commercial Services | 3/31/10 | Waldo Pet Center, 8011 Wornall Rd., Kansas City, MO; appraisal done for Aurora Bank Commercial Services; Lehman Brothers Bank FSB had foreclosed on the property in 3/09 | Affiliate |
| LB UK RE Holdings Ltd | 12/31/08 | Market value of the residential portfolio of 45 locations in Germany, project "Jessica" | Affiliate |
| LB UK RE Holdings Ltd. | Febuary 2009 | Valuation of a residential portfolio with around 1000 residential units in different locations in Germany: Wilhelmshaven, Brandenburg, Iserlohn, Oberhausen, Duisburg, Gelsenkirchen, Bonn, Chemnitz | Affiliate |
| LBREP/L-SunCal McAllister Ranch, LLC | 6/2/08 | McAllister Ranch, NWC Panama Lane and Allen Road, Bakersfield, CA  93311 | |
| LBUK RE Holdings ( in administration ) | 2009 | Skupilli Shopping Centre Tallinn Estonia; valuation-instructed by PwC | Affiliate |
| LBUK RE Holdings ( in administration ) | 2009 | Canadian Retail Mall 1000Islands Ontario Canada; valuation-instructed by PwC | Affiliate |
| LBUK RE Holdings ( in administration ) | 2009 | Land in Krakow; valuation-instructed by PwC | Affiliate |
| LBUK RE Holdings ( in administration ) | 2009 | 3 assets in JV with Chancery Gate - 628 Western Road Park Royal London, 72 Hawley Road Frimley and Land at Gatton Road Bristol | Affiliate |
| Lehman Brothers | May-08 | Marblehead, SWC Avenida Pico & Ave. Vista Hermosa, San Clemente, CA-owned by a partnership of SUNCAL | Affiliate |
| Lehman Brothers | May-08 | McSweeny Farms, SEC of State St. & Gibbel Rd., Hemet, CA-owned by a partnership of SUNCAL | Affiliate |
| Lehman Brothers | 10/27/08 | Remaining Land at Southlands E-470 & Smoky Hill Road, Aurora, CO  80016; As Is Appraisal, 2 Commercial Pads and As Is Appraisal, 1 parcel Residential Multifamily | Affiliate |
| Lehman Brothers Bank | 1/31/08 | 30752 Southview Drive, Evergreen, CO 80439 | Affiliate |
| Lehman Brothers Bank FSB | 12/30/08 | 3174 Luyung Drive, Building/Unit 3, Rancho Cordova, CA. Lehman as lender retained CBRE in regards to their foreclosure proceedings for this property; title transferred to Aurora Bank 7/1/09 | Affiliate |
| Lehman Brothers Bank, FSB | 01/31/08 | Summary Appraisal:Evergreen Orthodontics - 30752 Southview Drive, Suite 200, Evergreen, CO 80439 | Affiliate |
| Lehman Brothers Bank, FSB | 01/13/09 | The Rock Yard, 16876 Live Oak Street, Hesperia, CA | Affiliate |
| Lehman Brothers Commercial Bank | 11/08/08 | Proposed Boutique Hotel, 4255 S. Paradise Rd., Las Vegas, NV | Affiliate |
| Lehman Brothers Commercial Bank | 09/03/09 | Proposed Boutique Hotel, 4255 S. Paradise Rd., Las Vegas, NV | Affiliate |
| Lehman Brothers International | Early 2008 | The Forge London Road Sheffield Valuation | Affiliate |
| Lehman Brothers International | 11/07/10 | Instructed by Hatfield Philips on behalf of LBI: Property portfolios in Italy (Barbara, Duse,Continuum,Lodi,Palladio,PortofogliMisti-Galatea,Solaris, Sun and Tyre ), Germany ( Octopus portfolio and Billy Wilder Park Berlin ) and France ( Margaux portfolio - 2 assets at 2/4 Rue de Rochefoucauld Paris and 15 Avenue Charles de Gaulle Boulogne) | Affiliate |
| Lehman Brothers International - Global Real Estate Group (Lehman Brothers International) | 08/15/08 | Desktop opinion of different properties in Germany; project "Mitco Desktop" | Affiliate |
| Lehman Brothers International (Europe) | December 2007 and December 2008. | IZD Tower, Wagramer Strasse 19, 1220 Vienna, Austria. Valuation of the property for Matrix European Real Estate Investment Trust (MEREIT) on a quarterly basis, with the year end report and valuation (December) being also addressed to Lehman Brothers International (Europe) | Affiliate |
| Lehman Brothers UK | Aug-08 | Germany: Bräunlingen, Dauchingen, Knittlingen, Neudenau, Forbach, Nersingen, Sontheim, Affing- Mühlhausen, Taucha, Kreuzau- Stockheim, Karlstein, Treffurt, Grossenhain, Essen, Alsfeld, Herrieden, Neukirchen, Dierdorf, Düsseldorf, Schwarzen-bach, Herrenberg- Kuppingen | Affiliate |
| Lehman Brothers, Inc. | 8/31/07 | 1050 Washington Blvd., Stamford, CT; appraisal done for Archstone Communities Trust, Lehman had equity position via acquisition/merger with Archstone Communities Trust | Affiliate |
| Lehman Brothers, Inc. | 2/1/07 | Knickerbocker Hotel, 1466 Broadway/6 Times Square, New York, NY | Affiliate |
| Lehman Commercial Paper Inc. | 07/02/08 | Villas at Alta Murrieta, 39930 Whitewood Rd, Murrieta, CA | Affiliate |
| Lehman Commercial Paper Inc. | Jun-08 | San Marcos Raquet Club, 506 E Barham Dr, San Marcos, CA-part of a larger assignment involving the Gables Portfolio | Affiliate |
| Lehman Commercial Paper Inc. | Jun-08 | Summerset Village, 11102 Caminito Alvarez, San Diego, CA -part of a larger assignment involving the Gables Portfolio | Affiliate |
| Woori Global Market Asia Ltd | 3/09-5/09 | Valuation services for 1) a development site in Yuexiu District Guangzhou City for commercial and residential use, 2) a parcel of land of Shenzhen Jade City located at Shenzhen, PRC, 3) a parcel of land of Shenyang Jade City Phase 1 to 3 located at Shenya | Affiliate |
| **Brokerage** | | | |
| Lehman Brother do Brasil Ltda | 5/11/08 | Lease transaction & renewal | Affiliate |
| Lehman Brother do Brasil Ltda | 5/18/07 | Lease transaction; Brigadeiro Faria Lima Ave 7o floor Sao Paulo, Brasil; Landlord is Millennium de Investimento Imobiliario Ltda | Affiliate |
| Libro Credit Union Limited | 08/15/09 | Real Estate Services related to a Lease-Office-Canada | Affiliate |
| Libro Credit Union Limited | 11/04/09 | Real Estate Services related to a Sale-Office-Canada | Affiliate |
| Libro Credit Union Limited | 03/04/10 | Real Estate Services related to a Sale-Land- Canada | Affiliate |
| **Project Management** | | | |
| Aegis Media | 1/09-10/09 | Office Services-Shanghai | Affiliate |
| Aegis Media | 5/09-10/09 | Project management-Shanghai | Affiliate |