## Schedule B-1

| Property | Service Provided by CBRE | Date(s) |
|---|---|---|
| **Brokerage** | | |
| 100 California Street, San Francisco, CA | Represented tenant Advanced Analytical Consulting Group in lease negotiations; closed and paid | 12/21/09 |
| 100 Wall Street, NY, NY | Represented tenant Northeast Securities-renewal of existing direct lease | 03/12/10 |
| 100 Wall Street, NY, NY | Represented tenant Siebert Brandford Shank & Co, LLC in lease negotiations | 12/18/09 |
| 1000 Wilshire Boulevard, Los Angeles, CA | Exclusive Listing Agreement with Monday Properties, advisors to owner Wilshire Boulevard Property, LLC c/o LBHI to lease property; discussing renewal | 8/10-7/31/11 |
| 1133 Westchester Avenue, White Plains, NY | Represented tenant IBM in lease negotiations; payment from C&W (agent for owner) pending | Current |
| 116 Huntington Ave., Boston, MA | Represented tenant Constellation New Energy, Inc. in lease negotiations; closed and paid. | 01/14/10 |
| 120 Howard Street, San Francisco, CA | Represented tenant Securitas Security Services USA, Inc. in renewal of existing lease; closed and paid | 06/08/09 |
| One Sansome Street, San Francisco, CA | Represented owner in lease negotiations with Dept. of General Services Real Estate-State of CA. Owner is partnership of One Sansome Street LLC and Prudential Barker Pacific--Lehman equity mezzanine interest in this partnership was sold in 2007 prior to LBHI bankruptcy; closed and paid. | 02/04/11 |
| One Sansome Street, San Francisco, CA | Represented tenant Dept. of General Services Real Estate-State of CA in lease negotiations; closed and paid. | 02/04/11 |
| One Sansome Street, San Francisco, CA | Represented owner in lease negotiations with CPG Maricopa LLC. Owner is partnership of One Sansome Street LLC and Prudential Barker Pacific--Lehman equity mezzanine interest in this partnership was sold in 2007 prior to LBHI bankruptcy; payment pending | 05/16/11 |

| Property | Service Provided by CBRE | Date(s) |
|---|---|---|
| One Sansome Street, San Francisco, CA | Exclusive Listing Agreement with owner to lease property. Owner is partnership of One Sansome Street LLC and Prudential Barker Pacific--Lehman equity mezzanine interest in this partnership was sold in 2007 prior to LBHI bankruptcy. Renewal notice for listing agreement out to owner. | 6/1/2010-6/30/11 |
| **Valuation and Appraisal** | | |
| 100 California Street, San Francisco, CA | Appraisals prepared for Broadway Real Estate Partners, LLC | 11/25/09; 6/29/10; 11/30/10 |
| 100 California Street, San Francisco, CA | Appraisal prepared for Broadway Real Estate Partners, LLC | Current |
| 100 Wall Street, NY, NY | Appraisal prepared for National Valuation Consultants, Inc. | 10/07/09 |
| 100 Wall Street, NY, NY | Various appraisals prepared for National Valuation Consultants, Inc. | 11/25/09; 2/17/10 5/26/10; 8/11/10; 11/12/10; 2/28/11 |
| 1000 Santa Monica Blvd, Century City/ Los Angeles, CA | Consulting work for Venable LLP | 5/17/10; 9/9/10 |
| 1000 Santa Monica Boulevard, Century City/Los Angeles, CA | Property tax consulting for possible tax appeal for Venable LLP | 04/06/10 |
| 1133 Westchester Avenue, White Plains, NY | Appraisal prepared for DLA Piper LLP | 07/06/10 |
| 1133 Westchester Avenue, White Plains, NY | Appraisal prepared for DLA Piper LLP | 07/28/10 |
| 120 Howard Street, San Francisco, CA | Appraisal prepared for McKenna Long & Aldridge | 07/02/09 |

| Property | Service Provided by CBRE | Date(s) |
|---|---|---|
| 1200 Main Street, Dallas, TX | Appraisals prepared for Prudential Financial | 5/20/2010; 8/19/10; 11/29/10; 5/17/11 |
| 50 Beale Street, San Francisco, CA | Appraisals prepared for Prudential Financial | 11/30/09; 6/28/10; 12/28/10 |
| 50 Beale Street, San Francisco, CA | Appraisal prepared for Broadway Real Estate Partners, LLC | Current |
| 7205 Windsor Blvd., Woodlawn, MD | Appraisal prepared for Preston Capital Management, LLC | 08/19/10 |
| Base Village - Snowmass Village, Lots 2 & 3, Base Village P.U.D., Snowmass, CO | Appraisal prepared for Sherman and Howard, LLC | 09/30/09 |
| Knickerbocker Hotel, 1466 Broadway, NY, NY | Cost segregation study prepared for Istithmar Hotel FZE | 01/26/09 |
| One Sansome Street, San Francisco, CA | Appraisal prepared for Broadway Real Estate Partners, LLC | 12/30/09 |