## **Schedule B-2**

| Name of Debtor Entity | Service Provided by CBRE | Date(s) |
|---|---|---|
| **Brokerage** | | |
| Aby Rosen | No formal agreement, off market deal was taken to Aby Rosen. Deal was negotiated but never consummated | 4Q 2009-1Q2010 |
| RPW Group, Inc | Represented tenant, Episteme Capital Partners (US), LLC in lease negotiations at 800 Westchester Ave, Rye Brook, NY; closed and paid | 12/1/09 |
| RPW Group, Inc | Represented tenant, Episteme Capital Partners (US), LLC in lease negotiations at 800 Westchester Ave, Rye Brook, NY; closed and paid | 9/22/10 |
| RPW Group, Inc | Represented tenant, Plastic Surgery Center of Westchester in lease negotiations at at 440 Mamaroneck Ave., Harrison, NY; closed and paid | 7/18/10 |
| RPW Group, Inc | Represented tenant, Cosmetic Surgery Associates of NY in lease negotiations at 440 Mamaroneck Ave, Harrison, NY; closed and paid | 7/18/10 |
| RPW Group, Inc | Represented tenant, Bank Seymour & Hashmall in lease negotiations at 399 Knollwood Ave., White Plains, NY; closed and paid | 8/18/10 |
| **Valuation and Appraisal** | | |
| Istithmar Building FZE | Appraisal of 450 Lexington Avenue, NY, NY | 10/29/10 |
| The Related Companies, LP | Appraisal of Plantation Meadows, 7261 NW 16th St., Plantation, FL | 5/25/11 |
| The Related Companies, LP | Appraisal of Vista Villa Apts.6309 Montego Drive, Charlotte, NC | 11/11/10 |
| The Related Companies, LP | Appraisal of Beacon Glen Apts, 5515 West Market Street, Greensboro, NC | 11/10/10 |
| The Related Companies, LP | Appraisal of Binford Lofts, Los Angeles, CA | Current |
| Related Midwest | Appraisal of Asante,1800 E Covina St, Mesa, AZ | 3/24/11 |
| Related Midwest | Appraisal of Concord at Allendale Apartments, 4800 Allendale Road, Houston, TX | 10/4/10 |

| Name of Debtor Entity | Service Provided by CBRE | Date(s) |
|---|---|---|
| Related Midwest | Appraisal of Devonshire Apartments, 410 Charity Drive, Delta Township, MI | 10/15/10 |
| Related Midwest | Appraisal of Granite Bay, 14230 North 19th Avenue, Phoenix, Az | 10/29/10 |
| Related Midwest | Appraisal of Innsbrook Apartments, 18880 Innsbrook Drive, Northville, MI | 4/29/11 |
| Related Midwest | Appraisal of Island Bay Apartments, 7400 Jones Drive, Galveston, TX | 5/31/11 |
| Related Midwest | Appraisal of Madera Court, 8135 N. 35th Avenue, Phoenix, AZ | 10/29/11 |
| Related Midwest | Appraisal of Maple Tree Apartments 28517 Franklin Road | 2/23/11 |
| Related Midwest | Appraisal of Papago Crossing, 4530 E. McDowell Road, Phoenix, AZ | 3/28/11 |
| Related Cervera Realty Services | Appraisal of The Related Group Commercial Condo Units, Various locations | 4/18/11 |
| Related Midwest | Appraisal of Trails of Westlake, 1221 Redford Road, San Antonio, TX | 3/1/11 |
| Related Midwest | Appraisal of Trails of Westlakes, 1431 Cable Ranch Road, San Antonio, TX | 3/29/11 |
| Related Midwest | Appraisal of Valencia Park, 5104 E Van Buren Street, Phoenix, AZ | 10/4/10 |
| Related Midwest | Appraisal of Waters Edge Apartments, 7530 Waters Edge, Delta Township, MI | 10/15/10 |
| The Related Group, Florida | Appraisal of Villas at Capri apartments, 7725 Tara Circle, Naples, FL | 7/23/09 |
| The Related Group, Florida | Appraisal of West Brickell Apartments, 955 SW 2nda Avenue, Miami, FL | 6/1/11 |
| Shamrock Apollo, LLC | Appraisal of Industrial Zoned Land,1729 Apollo Court, Seal Beach, CA | 4/28/11 |

| Name of Debtor Entity | Service Provided by CBRE | Date(s) |
|---|---|---|
| Shamrock Holdings, Inc. | Appraisal of Otay Mesa Land, E/O Alta Road & S/O Airway Road, Otay, CA | 1/7/11 |
| Shamrock Holdings, Inc. | Appraisal of Otay Mesa Land, Otay, CA | 12/16/09 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |