**Schedule C**

Aberdeen Asset Management Inc.
Accenture
Accenture Inc.
AEW Capital Management, L.P.
AEW Capital Mgt.
AIG Sunamerica
AIG United Guaranty Mortgage Insurance Company of Canada
Akerman Senterfitt, Attorneys at Law
Allen & Overy LLP
Allianz Europe B.V.
Allianz Finance C.V.
Allianz Immobilien GmbH
Allianz Lebensversicherungs-AG
ALLSTATE INSURANCE
ALLSTATE INSURANCE CO.
ALLSTATE INSURANCE COMPANY
Allstate Insurance Company of Canada
American Express
AMERICAN EXPRESS COMPANY
American Express International Inc.
American Express Travel Related Services
American National Insurance Company
Amex Canada Inc.
AON Canada Inc
Aon Consulting
AON Corporation
AT&T
AT&T Corporate Real Estate-Hillsboro
AT&T Global Network Services Ned. B.V.
AT&T Global Networks Global Services (UK) BV
AT&T Services Corporate Real Estate -Western Region
AT&T Services Inc.
Avaya Inc.
Aviva Canada Inc.
Aviva Life Insurance Company
AXA
AXA Real Estate Investment
Baker & McKenzie Munich
Bank of America
Bank of America N.A.
Bank of China
Bank of China (Canada)
Bank of Montreal
Bank of Nova Scotia

**Schedule C**

Bank of Tokyo-Mitsubishi UFJ, Ltd.
Barclays Bank PLC
Barclays Capital
Barclays Capital Services Ltd.
Barclays Capital, Inc.
Barclays Capital, Inc.
Barclays Global Investors
Blackrock Financial Management
BMO Capital Markets Real Estate Inc
BP Canada
BP Canada Energy Resources
CADIM Caisse de dépôt et placement du Québec
Cadwalader, Wickersham & Taft LLP
Cadwalader, Wickersham & Taft LLP- DC
Caisse de Depot et Placement du Quebec
California Public Employees Retirement System
Canadian Imperial Bank Of Commerce
Canary Wharf Management Limited
CAPGEMINI CANADA INC.
CB RICHARD ELLIS - France
CB Richard Ellis - Greece
CB RICHARD ELLIS Belgium
CB Richard Ellis Corporate SAS
CB Richard Ellis Global Corporate Services
CB Richard Ellis GmbH
CB Richard Ellis Inc
CB Richard Ellis Limited
CB Richard Ellis Ltd. (UK)
CB Richard Ellis Québec Limitée
CB RICHARD ELLIS SOUTH ASIA PVT. LDT
CB Richard Ellis-Hong Kong
CBRE Chartier Ltd.
Chevron Usa Inc
CIBC
CIBC Mortgages Inc.
CIBC Wood Gundy c/o Blackwood Partners Inc.
CIBC Wood Gundy c/o Blackwood Partners Inc.
CIBC World Markets Inc.
Cisco
Cisco Systems Capital Corporation/Cisco Systems Inc./Cisco
Cisco Systems International BV
Citigroup
Commodity Futures Trading Commission (CFTC)
Commonwealth of Pennsylvania

**Schedule C**

Credit Suisse
Credit Suisse Immobilien KAG mbH
Credit Suisse Real Estate Finance
Credit Suisse/First Boston - Los Angeles
Cyrus Capital Partners, L.P.
Deloitte & Touche Inc.
Deustche Bank Securities Inc
Deutsche Bank AG
Deutsche Pfandbriefbank AG
Dexia Banque Belgique SA
Direct Energy Business Services Limited
DLA Piper
DLA Piper LLP
DLA Piper LLP - Chicago
DLA Piper- San Diego
DLA Piper US LLP-Baltimore
Dresdner Kleinwort Group Goldings LLC
Duff and Phelps
Dun & Bradstreet Deutschland GmbH
Eaton Corporation
EMC
EMC Corporation
Fannie Mae
Federal Express Canada Ltd.
Federal Home Loan Mortgage Corporation
Federal Reserve Bank of New York
Florida Power & Light
Florida Power & Light Company
Fred Hutchinson Cancer Research Center
Freshfields Bruckhaus Deringer
FTI Consulting Canada U.L.C.
Fulton Financial Corporation (Fulton Bank)
GE Canada Equipment Financing G. P.
GE Canada Franchise Finance
GE Canada Real Estate Equity
GE Canada Real Estate Financing L.P.
GE Capital Solutions
GE Commercial Finance
GE Real Estate Business Property
General Electric Capital Corporation
General Motors Acceptance Corporation of Canada, Limited
GMAC
Goldman Sachs & Co.
GREEN TREE SERVICING, LLC

**Schedule C**

Harbert Management Corporation
Harbert Realty Services
Harbinger Capital Partners
Hectare GMAC Real Estate
Hess Corporation
Hewlett-Packard Nederland BV
HSBC
HSBC Bank Canada
HSBC Capital (Canada) Inc.
HSBC Finance Corporation Canada
Hughes Hubbard & Reed LLP
Hypo Real Estate Bank AG
Hypo Real Estate Bank Internat
IBM Canada Limited
IBM Corporation
IBM Nederland N.V.
ING Facility Management
ING FM CREM
ING Real Estate B.V.
ING Real Estate Development
ING Real Estate Finance
ING Real Estate Finance (USA) LLC
ING Real Estate Investment
ING Reliastar Life Insurance
ING REOFN Property 1 BV
ING Security Life of Denver
ING Vastgoed Ontwikkeling B.V.
INTEL CORPORATION
Intel of Canada Ltd
Intercall Canada Inc.
IPC Information Systems Canada Inc.
Iron Mountain Information Management
IVG Institutional Fund GmbH
Jones Day
JP Morgan Chase Bank NA
JP Morgan Chase Bank NY
JPMorgan Chase Vastera Canada Company
Kraft Foods GmbH
Krieg DeVault LLP
Latham & Watkins LLP
LBImmoWert
Lloyds Bank
Lloyds TSB Bank plc
Locke Lord Bissell & Liddell LLP - Austin

**Schedule C**

Locke Lord Bissell & Liddell LLP - Dallas
M&I Bank
McKenna Long & Aldridge LLP
Merrill Lynch
Merrill Lynch Business Financial Services, Inc.
Merrill Lynch Commercial Finance Corp.
Merrill Lynch Mortgage Lending - Canada
Merrill Lynch Mortgage Lending, Inc. - San Francisco
Metavante Corporation and Metavante Canada Corporation
MIZUHO CORPORATE BANK
Morgan Stanley
MORGAN STANLEY & CO. INCORPORATED
Morgan Stanley Merchant Bankin
Morgan Stanley Real Estate Inv. GmbH
Morrison & Foerster LLP
Motors Insurance Corporation c/o CB Richard Ellis Limited
National Bank of Canada
New South Federal Savings Bank - AL
New York Life
New York Stock Exchange (NYSE)
OFFICE OF THRIFT SUPERVISION
Open Solutions Canada Inc.
Oracle Nederland BV
Pacific Life Insurance Company
Price Waterhouse Coopers GmbH
PriceWaterhouse Coopers
PricewaterhouseCoopers - TX
PriceWaterhouseCoopers LLP-NJ
PricewaterhouseCoopers, LLP
Principal Real Estate
Quarles & Brady LLP on behalf of Fannie Mae
Quinn Emanuel
Regions Bank
Regions Bank - Belleville
Regions Bank - Birmingham
Regions Bank - Boca Raton
Regions Bank - Chicago
Regions Bank - Gadsden
Regions Bank - Longwood
Regions Bank - Nashville
Regions Bank -Avenue North
Regions Bank Na
Royal Bank of Scotland
RR Donnelley

**Schedule C**

RR Donnelley & Sons Company
Scotiabank
Shell Canada Limited
Shell Real Estate Americas
Sidley Austin LLP
Snell & Wilmer
Snell & Wilmer - SLC
Snell & Wilmer L.L.P.
Snell & Wilmer L.L.P. - Las Vegas
Societe Generale
Sonnenschein Nath & Rosenthal LLP
SOUTHERN CALIFORNIA EDISON COMPANY
Sprint Nextel Corporation
State Street Bank
State Street Bank and Trust Company Br.
SUN TRUST BANK
SunGard Availability Services
Tata Consultancy Services Limited
The Bank of New York Mellon
The Bank of New York Mellon Global Corporate Trust- Irving TX
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
The Royal Bank of Scotland
THE TORONTO-DOMINION BANK
The Vanguard Group
Time Warner Cable
Toronto-Dominion Bank
TransAmerica Life Canada
TransCanada Pipelines Limited
Troutman Sanders LLP
U.S Bank National Association
UBS Financial Services
UBS Financial Services Inc.
US Bank National Association
Verizon Communications Inc.
Wachovia Bank
Wachovia Bank
Wachovia Bank - Charlotte
Wachovia Bank - Charlotte, NC
Wachovia Bank - Ft. Lauderdale
Wachovia Bank - Greenville, SC
Wachovia Bank - Philadelphia
Wachovia Bank - Roseville CA
Wachovia Bank - Summit, NJ
Wachovia Bank (PA4118)

**Schedule C**

Wachovia Bank NA
Wachovia Bank NA - DSR D4003-014
Wachovia Bank NA- DSR NC6366
Washington Mutual Bank
Washington Mutual, Inc. (WaMu)
Wells Fargo
Wells Fargo & Co
Wells Fargo Bank N.A.
Wells Fargo Bank NA (Tr.)
Wells Fargo RETECHS
Wells Fargo RETECHS c/o Snell & Wilmer LLP
Wells Fargo Retechs on behalf of Jones Day
& Walker LLP
West Corporation
Wexford Capital, LLC
White & Case
White & Case, LLP
Wilmington Trust Company
Windels Marx Lane & Mittendorf, LLP