**SCHEDULE D**

| Name of Debtor or Debtor Affiliate | Interest in Property | Property Address | Service Provided by CBRE | Date Completed |
|---|---|---|---|---|
| Aurora Bank FSB | Lender | 13546 Vintage Place, Chino, CA | Appraisal | 10/1/09 |
| Aurora Bank | Lender | BTI Aerospace & Electronics, 13546 Vintage Place, Chino, CA | Appraisal | 10/30/09 |
| Aurora Loan Services LLC | Lender | 521-533 West 57th Street, New York, NY | Appraisal to determine As Is Market Value | 6/1/09 |
| LB/L Suncal Northlake LLC | Owner | Northlake, E/S Ridge Route, N/O Pine Crest Place, Castaic, CA | Appraisal | 6/10/08 |
| Lehman | Lender | 255-A West Dr. Martin Luther King Jr., Boulevard, Charlotte, NC | converted to an apartment.  Project known as The Catalyst in Uptown Charlotte, NC.  Merrill Lynch did the original financing an affiliate of Lehman  did some mezz financing.  The client, | 7/21/09 |
| Lehman | Lender | 2000 Connecticut Avenue NW, Washington, DC | Market Study done for the owner, Gables Residential; Lehman possibly one of the lenders | 10/27/08 |
| Lehman | Lender | 8021 Georgia Avenue, Silver Spring, MD | Appraisal done for the owner, Gable Residential; Lehman possibly one of the lenders | 11/20/07 |
| Lehman | Lender | Gables Bethesda Site, 11605 Georgetown Rd, Rockville, MD | Appraisal done for the owner, Gable Residential; Lehman possibly one of the lenders | 10/1/07 |
| Lehman | Lender | 7035 Blair Road NW, Washington, DC | Appraisal done for the owner, Gable Residential; Lehman possibly one of the lenders | 9/14/07 |
| Lehman | Lender | 1221 & 1225 N. Pierce St, Arlington, VA | Appraisal done for the owner, Gable Residential; Lehman possibly one of the lenders | 9/14/07 |
| Lehman | Lender | 9 Choke Cherry Road, Rockville, MD | Appraisal done for the owner, Gable Residential; Lehman possibly one of the lenders | 6/12/08 |
| Lehman | Lender | Proposed Cente Point Apts, West Ox and Legato Rd, Fairfax, VA | Appraisal done for the owner, Gable Residential; Lehman possibly one of the lenders | 5/12/08 |

**SCHEDULE D**

| Name of Debtor or Debtor Affiliate | Interest in Property | Property Address | Service Provided by CBRE | Date Completed |
|---|---|---|---|---|
| Lehman | Lender | 1844 Ralphs Ridge, Colorado Springs, CO 80914 | Consulting report for potential acqusition of apartments. Our client was the potential loan/asset purchaser, not Lehman. The ownership group filed bankruptcy and may have had a loan with Lehman. | 7/17/09 |
| Lehman | Lender | 260 Rimview Drive, Colorado Springs, CO 80919 | Appraisal | 4/1/07 |
| Lehman | Lender | 260 Rimview Drive, Colorado Springs, CO 80919 | Appraisal report for potential acqusition of apartments. Our client was the potential loan/asset purchaser, not Lehman. The ownership group filed bankruptcy and may have had a | 7/17/09 |
| Lehman ALI, Inc. | Lender | Delta Coves - Bethel Island, Contra Costa County, California | Appraisal for Weil, Gotshal & Manges LLP | 1/5/09 |
| Lehman Brothers | Lender | Super , 1555 N. Canyon Road, Provo, UT | Appraisal | 2/8/08 |
| Lehman Brothers | Lender | Sunset Gower Studios 1437 North Gower Street Hollywood, CA 90028 | FASB Allocation of values for property owner tax filings | 8/1/07 |
| Lehman Brothers | Lender | N/O Hwy 60 & W/O I-10, Beaumont, CA | Appraisal | 5/27/08 |
| Lehman Brothers | Lender | N/O Oak Valley Pkwy & W/O I-10, Beaumont, CA | Appraisal | 5/27/08 |
| Lehman Brothers | Lender | NWC Cherry Valley Blvd & I-10, Calimesa, CA | Appraisal | 5/29/08 |
| Lehman Brothers | Owner | 201 Las Animas Street, Colorado Springs, CO 80903 | Appraisal of condominium units for First Community Bank, Lehman Brothers was partner in ownership | 1/22/09 |
| Lehman Brothers | Owner | 201 Las Animas Street, Colorado Springs, CO 80903 | Appraisal of condominium units for First Community Bank, Lehman Brothers was partner in ownership | 2/14/08 |
| Lehman Brothers | Owner | SEC S Nevada Ave & Rio Grande Street, Colorado Springs, CO 80903 | Appraisal of vacant parcels for First Community Bank; Lehman Brothers was partner in ownership | 2/20/08 |
| Lehman Brothers | Owner | SEC S Nevada Ave & Rio Grande Street, Colorado Springs, CO 80903 | Appraisal of vacant parcels for First Community Bank; Lehman Brothers was partner in ownership | 12/16/08 |
| Lehman Brothers | Lender | 1844 Ralphs Ridge, Colorado Springs, CO 80914 | Appraisal | 4/1/07 |

**SCHEDULE D**

| Name of Debtor or Debtor Affiliate | Interest in Property | Property Address | Service Provided by CBRE | Date Completed |
|---|---|---|---|---|
| Lehman Brothers | Lender | Heartland Ranch, N/O Hwy. 60, W/O I-10, Beaumont, CA | Appraisal | 5/1/08 |
| Lehman Brothers | Lender | Oak Valley Champions, N/O Oak Valley Pkwy & W/O I-10, Beaumont, CA | Appraisal; Lehman also had equity interest in the property, owner was LB L SunCal Oak Valley | 5/1/08 |
| Lehman Brothers | Lender | Oak Valley Summerwind Ranch, NWC Cherry Valley Blvd & I-10, Beaumont, CA | Appraisal; Lehman also had equity interest in the property, owner was LBREP L Suncal Summerwind Ranch I | 5/1/08 |
| Lehman Brothers | Lender | Ritter Ranch, Elizabeth Lake Road at Ranch Center Drive, Palmdale, CA | Appraisal; client was Suncal | 2/22/08 |
| Lehman Brothers | Lender | NWC Ventura Road and Teal Road, Oxnard, CA  93030 | Appraisal; client was Ralph Borchard and Robert F. Borchard Trust | 5/29/08 |
| Lehman Brothers Bank FSB | Lender | 13546 Vintage Place, Chino, CA | Appraisal | 1/16/09 |
| Lehman Brothers Bank FSB | Lendor | 2612 County Road EE Abrams, Oconto County, WI | Appraisal | 5/27/08 |
| Lehman Brothers Bank FSB/Small Business Finance | Lender | 12385 E. Arapahoe Road, Tower 1 Unit 7, Centennial, CO  80112 | Appraisal (Self-Contained) 08-277DN-0450 | 5/23/08 |
| Lehman Brothers Bank FSB/Small Business Finance | Lender | 12385 E. Arapahoe Road; Tower 1 Unit 5A Centennial, CO  80112 | Appraisal (Self-Contained) 08-277DN-0634 | 7/28/08 |
| Lehman Brothers Bank FSB/Small Business Finance | Lender | 2290 Chambers Rd. Aurora, CO  80111 | Appraisal (Summary) 08-277DN-0048 | 1/25/08 |
| Lehman Brothers Bank FSB/Small Business Finance | Lender | 185 Caprice Court, Castle Rock, CO 80107 | As Is Appraisal, Insurable Value Summary Report | 3/17/08 |
| Lehman Brothers Bank FSB/Small Business Finance | Lender | 9378 North Federal Boulevard, Federal Heights,  CO 80260 | As Is Appraisal, Liquidation Value, Foreclosure Due Diligence, Insurable Value | 6/25/08 |

**SCHEDULE D**

| Name of Debtor or Debtor Affiliate | Interest in Property | Property Address | Service Provided by CBRE | Date Completed |
|---|---|---|---|---|
| Lehman Brothers Bank, FSB | Lender | 9416 Rainier Avenue South, Seattle, Washington 98118 | Appraisal to determine As-Is Value of a free-standing retail building. | 4/8/08 |
| Lehman Brothers Bank, FSB | Lender | 1005 Reading Road, Mason, Ohio | Appraisal (Foreclosure Due Dilligence) | 1/1/09 |
| Lehman Brothers Bank, FSB | Lender | BTI Aerospace & Electronics, 13546 Vintage Place, Chino, CA | Appraisal | 1/13/09 |
| Lehman Brothers Holdings, Inc. | Lender | Former St. Lukes Medical Center 2632-2750 E. Washington Blvd. 2575-2631 Woodlyn Rd. | Appraisal | 9/11/07 |
| Lehman Brothers Holdings, Inc. | Lender | Former St. Lukes Medical Center 2632-2750 E. Washington Blvd. 2575-2631 Woodlyn Rd. | Appraisal consulation regarding a potential purchase of the Lehman note; client was Magnetar Capital LLC | 10/15/08 |
| Lehman Commercial Paper, Inc. | Lender | 11510 N. Main Street, Kansas City, MO | Appraisal | 5/30/08 |
| Lehman Commercial Paper, Inc. | Lender | 9012 NW Prairie View Road, Kansas City, MO | Appraisal | 5/30/08 |
| Lehman Commercial Paper, Inc. | Lender | 7536 Wornall Road, Kansas City, MO | Appraisal | 5/30/08 |
| Lehman Commercial Paper, Inc. | Lender | 1310 S. Enterprise, Olathe, KS | Appraisal | 5/22/08 |
| Lehman Commercial Paper, Inc. | Lender | 2816 Eaton, Kansas City, KS | Appraisal | 5/21/08 |
| Lehman Commercial Paper, Inc. | Lender | 7460 Frontage Road, Merriam, KS | Appraisal | 5/21/08 |
| Lehman Commercial Paper, Inc. | Lender | 9702 W. 67th Street, Merriam, KS | Appraisal | 5/21/08 |
| Lehman Commercial Paper, Inc. | Lender | 9220 W. 135th Street, Overland Park, KS | Appraisal | 5/21/08 |

**SCHEDULE D**

| Name of Debtor or Debtor Affiliate | Interest in Property | Property Address | Service Provided by CBRE | Date Completed |
|---|---|---|---|---|
| Lehman Commercial Paper, Inc. | Lender | 16101 W. 95th Street, Overland Park, KS | Appraisal | 5/21/08 |
| Lehman Commercial Paper, Inc. | Lender | 1723 E. Florida, Springfield, MO | Appraisal | 5/29/08 |
| Lehman Commercial Paper, Inc. | Lender | 8900 NW Prairie View Road, Kansas City, MO | Appraisal | 5/30/08 |
| Lehman Commercial Paper, Inc. | Lender | 14151 Wyandotte, Kansas City, MO | Appraisal | 5/30/08 |
| Lehman Commercial Paper, Inc. | Lender | 195 Southwest Blvd., Kansas City, MO | Appraisal | 5/21/08 |
| Lehman Commercial Paper, Inc. | Lender | 41955 Margarita Road, Temecula, CA | Appraisal | 6/20/08 |
| Lehman Commercial Paper, Inc. | Lender | 3801, 3803, 3811 Marquette Place, San Diego, CA | Appraisal | 6/20/08 |
| Lehman Commercial Paper, Inc. | Lender | 24875 Prielipp Rd, Wildomar, CA | Appraisal | 6/20/08 |
| Lehman Commercial Paper, Inc. | Lender | 41754 Margarita Road, Temecula, CA | Appraisal | 6/20/08 |
| Mable Commercial Funding Ltd and UK RE Holdings | Owner | Ireland | CBRE Dublin was asked by Varde Partners Europe Limited to carry out a basic valuation process on mortgage book of over 400 properties countrywide | 2008 |