UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                       :     **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                :     **08-13555 (JMP)**
                                                            :
                              Debtors.                      :     **(Jointly Administered)**
                                                            :
------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )    SS.:
COUNTY OF NEW YORK       )

Denise Hirtzel, being duly sworn, deposes and says:

1.  The deponent is employed by Jones Day, 222 East 41st Street, New York, New York 10017, is over 18 years of age and is not a party to the above captioned proceeding.

2.  On July 19, 2011, deponent served the **Notice of Filing Exhibit B to Motion, Pursuant to Section 362 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure, for an Order Modifying the Automatic Stay to Allow Payment of a Judgment Under the Directors and Officers Insurance Policies Issued to the Debtors** [Docket No. 18634] by causing a true and correct copy to be:

    a.    delivered via electronic mail to those parties listed on the annexed Exhibit A.

NYI-4386796v1

      b.    delivered via overnight courier to the parties listed on the annexed Exhibit B.

          /s/ Denise Hirtzel
          Denise Hirtzel

Sworn to before me on this
19th day of July, 2011

/s/ Julian Entner
Notary Public

Julian Entner
Notary Public, State of New York
No. 01EN6078424
Qualified in Kings County
Commission Expires July 29, 2014

NYI-4386796v1

**EXHIBIT A**

RICHARD.KRASNOW@WEIL.COM
LORI.FIFE@WEIL.COM
ROBERT.LEMONS@WEIL.COM
JACQUELINE.MARCUS@WEIL.COM
GIDDENS@HUGHESHUBBARD.COM
KIPLOK@HUGHESHUBBARD.COM
KOBAK@HUGHESHUBBARD.COM
MARGOLIN@HUGHESHUBBARD.COM
LUBELL@HUGHESHUBBARD.COM
WILTENBURG@HUGHESHUBBARD.COM
DDUNNE@MILBANK.COM
WFOSTER@MILBANK.COM
DODONNELL@MILBANK.COM
EFLECK@MILBANK.COM
PARONZON@MILBANK.COM
GBRAY@MILBANK.COM
ROBERT.YALEN@USDOJ.GOV
TARBIT@CFTC.GOV
RWASSERMAN@CFTC.GOV
SHARBECK@SIPC.ORG
JWANG@SIPC.ORG
JBROMLEY@CGSH.COM
LSCHWEITZER@CGSH.COM
LGRANFIELD@CGSH.COM
CTATELBAUM@ADORNO.COM
MSTAMER@AKINGUMP.COM
PDUBLIN@AKINGUMP.COM
MLAHAIE@AKINGUMP.COM
RAJOHNSON@AKINGUMP.COM
LISA.KRAIDIN@ALLENOVERY.COM
KEN.COLEMAN@ALLENOVERY.COM
DANIEL.GUYDER@ALLENOVERY.COM
MGREGER@ALLENMATKINS.COM
KRODRIGUEZ@ALLENMATKINS.COM
tduffy@andersonkill.com
RRUSSELL@ANDREWSKURTH.COM
S.MINEHAN@AOZORABANK.CO.JP
K4.NOMURA@AOZORABANK.CO.JP
HIRSCH.ROBERT@ARENTFOX.COM
ANGELICH.GEORGE@ARENTFOX.COM
DOWD.MARY@ARENTFOX.COM
scousins@armstrongteasdale.com
SEHLERS@ARMSTRONGTEASDALE.COM
CHARLES_MALLOY@APORTER.COM
anthony_boccanfuso@aporter.com
JG5786@ATT.COM
NEAL.MANN@OAG.STATE.NY.US
TONY.DAVIS@BAKERBOTTS.COM
DWORKMAN@BAKERLAW.COM,
PETER@BANKRUPT.COM,
FFM@BOSTONBUSINESSLAW.COM,
CSALOMON@BECKERGLYNN.COM,
AOSTROW@BECKERGLYNN.COM,
CBROTSTEIN@BM.NET,
MPUCILLO@BERMANESQ.COM,
WZOBERMAN@BERMANESQ.COM,
AOBERRY@BERMANESQ.COM,
DAVIDS@BLBGLAW.COM,
DBARBER@BSBLAWYERS.COM,
DBARBER@BSBLAWYERS.COM,
SMULLIGAN@BSBLAWYERS.COM,
JEFFREY.SABIN@BINGHAM.COM,
RONALD.SILVERMAN@BINGHAM.COM,
STEVEN.WILAMOWSKY@BINGHAM.COM,
SABIN.WILLETT@BINGHAM.COM,
JEFFREY.SABIN@BINGHAM.COM,
ROBERT.DOMBROFF@BINGHAM.COM,
STEVEN.WILAMOWSKY@BINGHAM.COM,
MARK.DEVENO@BINGHAM.COM,
JEFFREY.SABIN@BINGHAM.COM,
RONALD.SILVERMAN@BINGHAM.COM,
JOSHUA.DORCHAK@BINGHAM.COM,
JEFFREY.SABIN@BINGHAM.COM,
RONALD.SILVERMAN@BINGHAM.COM,
STEVEN.WILAMOWSKY@BINGHAM.COM,
CAROL.WEINERLEVY@BINGHAM.COM,
JEFFREY.SABIN@BINGHAM.COM,
JOSHUA.DORCHAK@BINGHAM.COM,
RAJ.MADAN@BINGHAM.COM,
AECKSTEIN@BLANKROME.COM,
AMCMULLEN@BOULTCUMMINGS.COM,
RJONES@BOULTCUMMINGS.COM,
KURT.MAYR@BGLLP.COM,
KUEHN@BRAGARWEXLER.COM,
NOTICE@BKCYLAW.COM,
MGORDON@BRIGGS.COM,
monica.lawless@brookfieldproperties.com,
DLUDMAN@BROWNCONNERY.COM,
MSIEGEL@BROWNRUDNICK.COM,
SLEVINE@BROWNRUDNICK.COM,
SCHRISTIANSON@BUCHALTER.COM,
CHRISTOPHER.SCHUELLER@BIPC.COM,
TIMOTHY.PALMER@BIPC.COM,
FISHERE@BUTZEL.COM,

NYI-4386796v1

SIDORSKY@BUTZEL.COM,
JESSICA.FINK@CWT.COM,
DERYCK.PALMER@CWT.COM,
JOHN.RAPISARDI@CWT.COM,
GEORGE.DAVIS@CWT.COM,
HOWARD.HAWKINS@CWT.COM,
ELLEN.HALSTEAD@CWT.COM,
ISRAEL.DAHAN@CWT.COM,
MARK.ELLENBERG@CWT.COM,
HOWARD.HAWKINS@CWT.COM,
ELLEN.HALSTEAD@CWT.COM,
HOWARD.HAWKINS@CWT.COM,
ELLEN.HALSTEAD@CWT.COM,
HOWARD.HAWKINS@CWT.COM,
HOWARD.HAWKINS@CWT.COM,
JASON.JURGENS@CWT.COM,
ELLEN.HALSTEAD@CWT.COM,
SGORDON@CAHILL.COM,
JLEVITIN@CAHILL.COM,
thomas_noguerola@CALPERS.CA.GOV,
CAHN@CLM.COM,
WANDA.GOODLOE@CBRE.COM,
DLEMAY@CHADBOURNE.COM,
HSEIFE@CHADBOURNE.COM,
AROSENBLATT@CHADBOURNE.COM,
SPIOTTO@CHAPMAN.COM,
ACKER@CHAPMAN.COM,
HEISER@CHAPMAN.COM,
HEISER@CHAPMAN.COM,
LGRANFIELD@CGSH.COM,
LSCHWEITZER@CGSH.COM,
MAOFILING@CGSH.COM,
MAOFILING@CGSH.COM,
MAOFILING@CGSH.COM,
MAOFILING@CGSH.COM,
MAOFILING@CGSH.COM,
Jennifer.dimarco@cliffordchance.com,
andrew.brozman@cliffordchance.com,
SARA.TAPINEKIS@cliffordchance.com
JEN.PREMISLER@cliffordchance.com,
PSP@NJLAWFIRM.COM,
JWH@NJLAWFIRM.COM,
LMAY@COLESCHOTZ.COM,
JDRUCKER@COLESCHOTZ.COM,
JOLI@CRLPC.COM,
JEFF.WITTIG@COAIR.COM,
eschwartz@CONTRARIANCAPITAL.COM,
bcarlson@co.sanmateo.ca.us,
JBEIERS@CO.SANMATEO.CA.US,
lathompson@co.sanmateo.ca.us,
MHOPKINS@COV.COM,
DCOFFINO@COV.COM,
ARABOY@COV.COM,
RLEVIN@CRAVATH.COM,
RTRUST@CRAVATH.COM,
JLIPSON@CROCKERKUNO.COM,
TTRACY@CROCKERKUNO.COM,
JUDY.MORSE@CROWEDUNLEVY.COM,
WOCONNOR@CROWELL.COM,
BZABARAUSKAS@CROWELL.COM,
HEIDI@CRUMBIELAW.COM,
JOHN@CRUMBIELAW.COM,
JCARBERRY@CL-LAW.COM,
KAREN.WAGNER@DPW.COM,
JAMES.MCCLAMMY@DPW.COM,
THOMAS.OGDEN@DPW.COM,
JAMES.MCCLAMMY@DPW.COM,
JJTANCREDI@DAYPITNEY.COM,
JWCOHEN@DAYPITNEY.COM,
MCTO@DEBEVOISE.COM,
GLENN.SIEGEL@DECHERT.COM,
IVA.UROIC@DECHERT.COM,
MMOONEY@DEILYLAWFIRM.COM,
MBIENENSTOCK@DL.COM,
JLIU@DL.COM
TKARCHER@DL.COM,
PWRIGHT@DL.COM
ESMITH@DL.COM,
MBIENENSTOCK@DL.COM,
IGOLDSTEIN@DL.COM,
MBIENENSTOCK@DL.COM,
IGOLDSTEIN@DL.COM,
ADIAMOND@DIAMONDMCCARTHY.COM,
SLODEN@DIAMONDMCCARTHY.COM,
AAARONSON@DILWORTHLAW.COM,
CPAPPAS@DILWORTHLAW.COM,
TIMOTHY.BRINK@DLAPIPER.COM,
MATTHEW.KLEPPER@DLAPIPER.COM,
THOMAS.CALIFANO@DLAPIPER.COM,
STEPHEN.COWAN@DLAPIPER.COM,
WILLIAM.M.GOLDMAN@DLAPIPER.COM,
SCHNABEL.ERIC@DORSEY.COM,
HEIM.STEVE@DORSEY.COM,
DOVE.MICHELLE@DORSEY.COM,
STEVEN.TROYER@COMMERZBANK.COM,
JJOYCE@DRESSLERPETERS.COM,
ROBERT.MALONE@DBR.COM,
LJKOTLER@DUANEMORRIS.COM,
TDUFFY@ANDERSONKILL.COM,
JIM@ATKINSLAWFIRM.COM,
SANDYSCAFARIA@EATON.COM,
EZUJKOWSKI@EMMETMARVIN.COM,

NYI-4386796v1

AENTWISTLE@ENTWISTLE-LAW.COM,
JBEEMER@ENTWISTLE-LAW.COM,
JPORTER@ENTWISTLE-LAW.COM,
KKELLY@EBGLAW.COM,
DTATGE@EBGLAW.COM,
SGUBNER@EBG-LAW.COM,
CWEBER@EBG-LAW.COM,
LSCARCELLA@FARRELLFRITZ.COM,
SHARI.LEVENTHAL@NY.FRB.ORG,
SFELDERSTEIN@FFWPLAW.COM,
PPASCUZZI@FFWPLAW.COM,
JHUH@FFWPLAW.COM,
CHARLES@FILARDI-LAW.COM,
ALUM@FTPORTFOLIOS.COM,
DHEFFER@FOLEY.COM,
JLEE@FOLEY.COM,
RLASATER@FOLEY.COM,
DSPELFOGEL@FOLEY.COM,
SORY@FDLAW.COM,
JHIGGINS@FDLAW.COM,
AHAMMER@FREEBORNPETERS.COM,
DEGGERT@FREEBORNPETERS.COM,
WALTER.STUART@FRESHFIELDS.COM,
PATRICK.OH@FRESHFIELDS.COM,
PETER.SIMMONS@FRIEDFRANK.COM,
RICHARD.TISDALE@FRIEDFRANK.COM,
SHANNON.NAGLE@FRIEDFRANK.COM,
RICHARD.TISDALE@FRIEDFRANK.COM,
EFRIEDMAN@FRIEDUMSPRING.COM,
DROSENZWEIG@FULBRIGHT.COM,
JMERVA@FULT.COM,
JMELKO@GARDERE.COM,
bankruptcy@ntexas-attorneys.com,
RELGIDELY@GJB-LAW.COM,
JGENOVESE@GJB-LAW.COM,
PBATTISTA@GJB-LAW.COM,
DCIMO@GJB-LAW.COM,
DCRAPO@GIBBONSLAW.COM,
MROSENTHAL@GIBSONDUNN.COM,
JWEISS@GIBSONDUNN.COM,
ASEUFFERT@LAWPOST-NYC.COM,
TNIXON@GKLAW.COM,
JHERZOG@GKLAW.COM,
JFLAXER@GOLENBOCK.COM,
JWALLACK@GOULSTONSTORRS.COM,
DROSNER@GOULSTONSTORRS.COM,
GKADEN@GOULSTONSTORRS.COM,
brian.corey@greentreecreditsolutions.com,
DICONZAM@GTLAW.COM,
TANNWEILER@GREERHERZ.COM,
JAMIE.NELSON@DUBAIIC.COM,
JOY.MATHIAS@DUBAIIC.COM,
BGRAIFMAN@GKBLAW.COM,
JSCHWARTZ@HAHNHESSEN.COM,
JORBACH@HAHNHESSEN.COM,
RMATZAT@HAHNHESSEN.COM,
WBENZIJA@HALPERINLAW.NET,
JDYAS@HALPERINLAW.NET,
AGOLD@HERRICK.COM,
SSELBST@HERRICK.COM,
RAMONA.NEAL@HP.COM,
KEN.HIGMAN@HP.COM,
DPIAZZA@HODGSONRUSS.COM,
ISGREENE@HHLAW.COM,
SAGOLDEN@HHLAW.COM,
DCKAUFMAN@HHLAW.COM,
BARBRA.PARLIN@HKLAW.COM,
ARTHUR.ROSENBERG@HKLAW.COM,
FRANCOIS.JANSON@HKLAW.COM,
RICHARD.LEAR@HKLAW.COM,
FRANCOIS.JANSON@HKLAW.COM,
JOHN.MONAGHAN@HKLAW.COM,
BARBRA.PARLIN@HKLAW.COM,
ADAM.BREZINE@HRO.COM,
KERRY.MOYNIHAN@HRO.COM,
MMENDEZ@HUNTON.COM,
RNORTON@HUNTON.COM,
KECKHARDT@HUNTON.COM,
JRSMITH@HUNTON.COM,
ALESIA.PINNEY@INFOSPACE.COM,
CWEISS@INGRAMLLP.COM,
DAVE.DAVIS@ISGRIA.COM,
toby.r.rosenberg@irscounsetl.treas.gov,
mimi.m.wong@irscounsel.treas.gov,
DBALOG@INTERSIL.COM,
TERESA.OXFORD@INVESCOAIM.COM,
AFRIEDMAN@IRELL.COM,
KLYMAN@IRELL.COM,
MNEIER@IBOLAW.COM,
JAY.HURST@OAG.STATE.TX.US,
PTROSTLE@JENNER.COM,
DMURRAY@JENNER.COM,
RBYMAN@JENNER.COM,
GSPILSBURY@JSSLAW.COM,
JFOX@JOEFOXLAW.COM,
JOSEPH.CORDARO@USDOJ.GOV,
ELI.MATTIOLI@KLGATES.COM,
DROSNER@KASOWITZ.COM,
AGLENN@KASOWITZ.COM,
SNEWMAN@KATSKYKORINS.COM,
MPRIMOFF@KAYESCHOLER.COM,
JACLYN.GENCHI@KAYESCHOLER.COM,

NYI-4386796v1

kdwbankruptcydepartment@kelleydrye.com,
MPAGE@KELLEYDRYE.COM,
ICATTO@KIRKLAND.COM,
JAMES.SPRAYREGEN@KIRKLAND.COM,
DAVID.SELIGMAN@KIRKLAND.COM,
JAY@KLEINSOLOMON.COM,
JJURELLER@KLESTADT.COM,
CHARDMAN@KLESTADT.COM,
MICHAEL.KIM@KOBREKIM.COM,
ROBERT.HENOCH@KOBREKIM.COM,
ANDREW.LOURIE@KOBREKIM.COM,
TMAYER@KRAMERLEVIN.COM,
BONEILL@KRAMERLEVIN.COM,
ACATON@KRAMERLEVIN.COM,
TMAYER@KRAMERLEVIN.COM,
DEGGERMANN@KRAMERLEVIN.COM,
MLANDMAN@LCBF.COM,
WBALLAINE@LCBF.COM,
SREE@LCBF.COM,
EKBERGC@LANEPOWELL.COM,
KEITH.SIMON@LW.COM,
DAVID.HELLER@LW.COM,
PETER.GILHULY@LW.COM,
RICHARD.LEVY@LW.COM,
GABRIEL.DELVIRGINIA@VERIZON.NET,
EZWEIG@OPTONLINE.NET,
WSWEARINGEN@LLF-LAW.COM,
SFINEMAN@LCHB.COM,
dallas.bankruptcy@publicans.com,
austin.bankruptcy@publicans.com,
PEISENBERG@LOCKELORD.COM,
WCURCHACK@LOEB.COM,
VRUBINSTEIN@LOEB.COM,
DBESIKOF@LOEB.COM,
LOIZIDES@LOIZIDES.COM,
ROBIN.KELLER@LOVELLS.COM,
OMECA.NEDD@LOVELLS.COM,
CHRIS.DONOHO@LOVELLS.COM,
ROBIN.KELLER@LOVELLS.COM,
ILEVEE@LOWENSTEIN.COM,
KROSEN@LOWENSTEIN.COM,
VDAGOSTINO@LOWENSTEIN.COM,
METKIN@LOWENSTEIN.COM,
STEELE@LOWENSTEIN.COM,
TWHEELER@LOWENSTEIN.COM,
JPROL@LOWENSTEIN.COM,
METKIN@LOWENSTEIN.COM,
SCARGILL@LOWENSTEIN.COM,
SQUIGLEY@LOWENSTEIN.COM,
METKIN@LOWENSTEIN.COM,
SCARGILL@LOWENSTEIN.COM,
SQUIGLEY@LOWENSTEIN.COM,
ELEVIN@LOWENSTEIN.COM,
MWARREN@MTB.COM,
JHUGGETT@MARGOLISEDELSTEIN.COM,
FHYMAN@MAYERBROWN.COM,
ATREHAN@MAYERBROWN.COM,
BTRUST@MAYERBROWN.COM,
JTOUGAS@MAYERBROWN.COM,
EMERBERG@MAYERBROWN.COM,
TKIRIAKOS@MAYERBROWN.COM,
SWOLOWITZ@MAYERBROWN.COM,
JSTOLL@MAYERBROWN.COM,
ASHAFFER@MAYERBROWN.COM,
HBELTZER@MAYERBROWN.COM,
CWALSH@MAYERBROWN.COM,
JLAMAR@MAYNARDCOOPER.COM,
KREYNOLDS@MKLAWNYC.COM,
MH1@MCCALLARAYMER.COM,
BKMAIL@PROMMIS.COM,
EGLAS@MCCARTER.COM,
KMAYER@MCCARTER.COM,
WTAYLOR@MCCARTER.COM,
GGITOMER@MKBATTORNEYS.COM,
NCOCO@MWE.COM,
GRAVERT@MWE.COM,
PHAYDEN@MCGUIREWOODS.COM,
SFOX@MCGUIREWOODS.COM,
DHAYES@MCGUIREWOODS.COM,
JMADDOCK@MCGUIREWOODS.COM,
JSHEERIN@MCGUIREWOODS.COM,
JMR@MSF-LAW.COM,
TSLOME@MSEK.COM,
AMARDER@MSEK.COM,
JMAZERMARINO@MSEK.COM,
HARRISJM@MICHIGAN.GOV,
MICHAEL.FREGE@CMS-HS.COM,
SDNYECF@DOR.MO.GOV,
STEVE.GINTHER@DOR.MO.GOV,
DAVIDWHEELER@MVALAW.COM,
NHERMAN@MORGANLEWIS.COM,
NISSAY_10259-0154@MHMJAPAN.COM,
LBERKOFF@MORITTHOCK.COM,
JPINTARELLI@MOFO.COM,
LMARINUZZI@MOFO.COM,
LMARINUZZI@MOFO.COM,
YUWATOKO@MOFO.COM,
KOSTAD@MOFO.COM,
TGOREN@MOFO.COM,
JPINTARELLI@MOFO.COM,
LNASHELSKY@MOFO.COM,
BMILLER@MOFO.COM,

NYI-4386796v1

BANKRUPTCY@MORRISONCOHEN.COM,
MILLEE12@NATIONWIDE.COM,
JOWOLF@LAW.NYC.GOV,
SUSAN.SCHULTZ@NEWEDGEGROUP.COM,
DDREBSKY@NIXONPEABODY.COM,
ADARWIN@NIXONPEABODY.COM,
VMILIONE@NIXONPEABODY.COM,
MBERMAN@NIXONPEABODY.COM,
VMILIONE@NIXONPEABODY.COM,
bankruptcymatters@us.normura.com,
INFO2@NORMANDYHILL.COM,
CRMOMJIAN@ATTORNEYGENERAL.GOV,
MJR1@WESTCHESTERGOV.COM,
JEREMY.EIDEN@STATE.MN.US,
DIRK.ROBERTS@OTS.TREAS.GOV,
MARTIN.DAVIS@OTS.TREAS.GOV,
akantesaria@oppenheimerfunds.com,
RDAVERSA@ORRICK.COM,
JGUY@ORRICK.COM,
KORR@ORRICK.COM,
DFELDER@ORRICK.COM,
MAUSTIN@ORRICK.COM,
RFRANKEL@ORRICK.COM,
RWYRON@ORRICK.COM,
DFELDER@ORRICK.COM,
LMCGOWEN@ORRICK.COM,
WSILVERM@OSHR.COM,
PFELDMAN@OSHR.COM,
JAR@OUTTENGOLDEN.COM,
RROUPINIAN@OUTTENGOLDEN.COM,
WK@PWLAWYERS.COM,
CHIPFORD@PARKERPOE.COM,
DWDYKHOUSE@PBWT.COM,
BGUINEY@PBWT.COM,
harveystrickon@paulhastings.com,
DRAELSON@FISHERBROTHERS.COM,
SSHIMSHAK@PAULWEISS.COM,
DDAVIS@PAULWEISS.COM,
CHAMMERMAN@PAULWEISS.COM,
DSHEMANO@PWKLLP.COM,
KRESSK@PEPPERLAW.COM,
KOVSKYD@PEPPERLAW.COM,
WISOTSKA@PEPPERLAW.COM,
LAWALLF@PEPPERLAW.COM,
MELTZERE@PEPPERLAW.COM,
SCHANNEJ@PEPPERLAW.COM,
ARLBANK@PBFCM.COM,
JHORGAN@PHXA.COM,
david.crichlow@pillsburylaw.com,
BILL.FREEMAN@PILLSBURYLAW.COM,
MARK.HOULE@PILLSBURYLAW.COM,
SPLATZER@PLATZERLAW.COM,
DFLANIGAN@POLSINELLI.COM,
JBIRD@POLSINELLI.COM,
CWARD@POLSINELLI.COM,
JSMAIRO@PBNLAW.COM,
TJFREEDMAN@PBNLAW.COM,
BBISIGNANI@POSTSCHELL.COM,
FBP@PPGMS.COM, LML@PPGMS.COM,
RFLEISCHER@PRYORCASHMAN.COM,
MJACOBS@PRYORCASHMAN.COM,
RFLEISCHER@PRYORCASHMAN.COM,
MJACOBS@PRYORCASHMAN.COM,
DROSE@PRYORCASHMAN.COM,
RBEACHER@PRYORCASHMAN.COM,
CANELAS@PURSUITPARTNERS.COM,
SCHEPIS@PURSUITPARTNERS.COM,
susheelkirpalani@quinnemanuel.com,
JAMESTECCE@QUINNEMANUEL.COM,
SCOTTSHELLEY@QUINNEMANUEL.COM,
ROBERTDAKIS@QUINNEMANUEL.COM,
JRABINOWITZ@RLTLAWFIRM.COM,
BROY@RLTLAWFIRM.COM,
ARAHL@REEDSMITH.COM,
KGWYNNE@REEDSMITH.COM,
JFALGOWSKI@REEDSMITH.COM,
CLYNCH@REEDSMITH.COM,
ESCHAFFER@REEDSMITH.COM,
MVENDITTO@REEDSMITH.COM,
JLSCOTT@REEDSMITH.COM,
DGRIMES@REEDSMITH.COM,
RQURESHI@REEDSMITH.COM,
CALBERT@REITLERLAW.COM,
JSHICKICH@RIDDELLWILLIAMS.COM,
GMOSS@RIEMERLAW.COM,
ABRAUNSTEIN@RIEMERLAW.COM,
ARHEAUME@RIEMERLAW.COM,
ROGER@RNAGIOFF.COM,
ECOHEN@RUSSELL.COM,
RUSSJ4478@AOL.COM,
MSCHIMEL@SJU.EDU,
CMONTGOMERY@SALANS.COM,
LWHIDDEN@SALANS.COM,
CBELMONTE@SSBB.COM,
TBROCK@SSBB.COM,
PBOSSWICK@SSBB.COM,
ASNOW@SSBB.COM,
AISENBERG@SAUL.COM,
EGEEKIE@SCHIFFHARDIN.COM,
jkehoe@btkmc.com,
BDK@SCHLAMSTONE.COM,
NLEPORE@SCHNADER.COM,

NYI-4386796v1

COHENR@SEWKIS.COM,
ASHMEAD@SEWKIS.COM,
FSOSNICK@SHEARMAN.COM,
JGARRITY@SHEARMAN.COM,
NED.SCHODEK@SHEARMAN.COM,
ANN.REYNAUD@SHELL.COM,
JENNIFER.GORE@SHELL.COM,
CSHULMAN@SHEPPARDMULLIN.COM,
RREID@SHEPPARDMULLIN.COM,
mcademartori@sheppardmullin.com,
RREID@SHEPPARDMULLIN.COM,
BWOLFE@SHEPPARDMULLIN.COM,
BANKRUPTCY@GOODWIN.COM,
JTIMKO@SHUTTS.COM,
AQUALE@SIDLEY.COM,
AUNGER@SIDLEY.COM,
rfriedman@silvermanacampora.com,
SALLY.HENRY@SKADDEN.COM,
FYATES@SONNENSCHEIN.COM,
PMAXCY@SONNENSCHEIN.COM,
SLERNER@SSD.COM,
SMAYERSON@SSD.COM,
RTERENZI@STCWLAW.COM,
CGOLDSTEIN@STCWLAW.COM,
R.STAHL@STAHLZELLOE.COM,
MARC.CHAIT@SC.COM,
ECHANG@STEINLUBIN.COM,
EOBRIEN@SBCHLAW.COM,
JLOVI@STEPTOE.COM,
LROMANSIC@STEPTOE.COM,
RITKIN@STEPTOE.COM,
KPIPER@STEPTOE.COM,
CS@STEVENSLEE.COM,
CP@STEVENSLEE.COM,
APO@STEVENSLEE.COM,
CP@STEVENSLEE.COM,
PPATTERSON@STRADLEY.COM,
MCORDONE@STRADLEY.COM,
MDORVAL@STRADLEY.COM,
MCORDONE@STRADLEY.COM,
PPATTERSON@STRADLEY.COM,
MCORDONE@STRADLEY.COM,
MDORVAL@STRADLEY.COM,
PPATTERSON@STRADLEY.COM,
DJOSEPH@STRADLEY.COM,
JMMURPHY@STRADLEY.COM,
LANDON@STREUSANDLANDON.COM,
VILLA@STREUSANDLANDON.COM,
STREUSAND@STREUSANDLANDON.COM,
LHANDELSMAN@STROOCK.COM,
DWILDES@STROOCK.COM,
HOLSEN@STROOCK.COM,
MSPEISER@STROOCK.COM,
SMILLMAN@STROOCK.COM,
LACYR@SULLCROM.COM,
FELDSTEINH@SULLCROM.COM,
CLARKB@SULLCROM.COM,
SCHWARTZMATTHEW@SULLCROM.COM,
WRIGHTTH@SULLCROM.COM,
PAUL.TURNER@SUTHERLAND.COM,
MARK.SHERRILL@SUTHERLAND.COM,
MILLER@TAFTLAW.COM,
AGBANKNEWYORK@AG.TN.GOV,
MARVIN.CLEMENTS@AG.TN.GOV,
THALER@THALERGERTLER.COM,
GERACI@THALERGERTLER.COM,
RANJIT.MATHER@BNYMELLON.COM,
ROBERT.BAILEY@BNYMELLON.COM,
MMORREALE@US.MUFG.JP,
YAMASHIRO@SUMITOMOTRUST.CO.JP,
MATT@WILLAW.COM,
IRA.HERMAN@TKLAW.COM,
DEMETRA.LIGGINS@TKLAW.COM,
RHETT.CAMPBELL@TKLAW.COM,
RHETT.CAMPBELL@TKLAW.COM,
MITCHELL.AYER@TKLAW.COM,
DAVID.BENNETT@TKLAW.COM,
MBOSSI@THOMPSONCOBURN.COM,
AMENARD@TISHMANSPEYER.COM,
MBENNER@TISHMANSPEYER.COM,
BTURK@TISHMANSPEYER.COM,
JCHRISTIAN@TOBINLAW.COM,
OIPRESS@TRAVELERS.COM,
MLYNCH2@TRAVELERS.COM,
hollace.cohen@troutmansanders.com,
lee.stremba@troutmansanders.com,
BMANNE@TUCKERLAW.COM,
MSHINER@TUCKERLAW.COM,
LINDA.BOYLE@TWTELECOM.COM,
DLIPKE@VEDDERPRICE.COM,
MJEDELMAN@VEDDERPRICE.COM,
EASMITH@VENABLE.COM,
SABRAMOWITZ@VELAW.COM,
JWEST@VELAW.COM,
DKLEINER@VELAW.COM,
JELDREDGE@VELAW.COM,
HSNOVIKOFF@WLRK.COM,
RGMASON@WLRK.COM,
ARWOLF@WLRK.COM,
CBELISLE@WFW.COM,
JFREEBERG@WFW.COM,
RGRAHAM@WHITECASE.COM,

NYI-4386796v1

TMACWRIGHT@WHITECASE.COM,
AVENES@WHITECASE.COM,
EHOLLANDER@WHITECASE.COM,
EHOLLANDER@WHITECASE.COM,
AZYLBERBERG@WHITECASE.COM,
DBAUMSTEIN@WHITECASE.COM,
RGRAHAM@WHITECASE.COM,
MRUETZEL@WHITECASE.COM,
UKREPPEL@WHITECASE.COM,
TLAURIA@WHITECASE.COM,
GUZZI@WHITECASE.COM,
CSHORE@WHITECASE.COM,
LTHOMPSON@WHITECASE.COM,
SZUCH@WIGGIN.COM,
MABRAMS@WILLKIE.COM,
MFELDMAN@WILLKIE.COM,
BROMANO@WILLKIE.COM,
MABRAMS@WILLKIE.COM,
MFELDMAN@WILLKIE.COM,
AALFONSO@WILLKIE.COM,
RNETZER@WILLKIE.COM,
DKOZUSKO@WILLKIE.COM,

MABRAMS@WILLKIE.COM,
peter.macdonald@wilmerhale.com,
JEANNETTE.BOOT@WILMERHALE.COM,
charu.chandrasekhar@wilmerhale.com,
CRAIG.GOLDBLATT@WILMERHALE.COM,
LISA.EWART@WILMERHALE.COM,
JMCGINLEY@WILMINGTONTRUST.COM,
JBECKER@WILMINGTONTRUST.COM,
CSCHREIBER@WINSTON.COM,
DMCGUIRE@WINSTON.COM,
MKJAER@WINSTON.COM,
DNEIER@WINSTON.COM,
DRAVIN@WOLFFSAMSON.COM,
JLAWLOR@WMD-LAW.COM,
JLAWLOR@WMD-LAW.COM,
BANKR@ZUCKERMAN.COM,
jhuberty@wwmlawyers.com
Thomas.Geyer@baileycavalieri.com
lneish@zuckerman.com
ncohen@zuckerman.com
vguldi@zuckerman.com

NYI-4386796v1

## **EXHIBIT B**

| | |
|---|---|
| Internal Revenue Service | United States Trustee |
| Special Procedures Branch | 33 Whitehall Street, 21st Floor |
| 290 Broadway | New York, NY  10004 |
| New York, New York 10007 | Attn: Andy Velez-Rivera, Esq. |
| Attn:  District Director | Paul Schwartzberg, Esq. |
| | Brian Masumoto, Esq. |
| | Linda Riffkin, Esq. |
| | Tracy Hope Davis, Esq. |

NYI-4386796v1