UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (JMP)
                                                                :    (Jointly Administered)
                    Debtors.                                    :
                                                                :
----------------------------------------------------------------x    Ref. Docket Nos. 18009, 18509,
                                                                     18510

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 18, 2011, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                       /s/ *Lauren Rodriguez*
                                                       Lauren Rodriguez

Sworn to before me this
19th day of July, 2011
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|
In re                                      |    Chapter 11 Case No.
                                           |
LEHMAN BROTHERS HOLDINGS INC., et al.,     |    08-13555 (JMP)
                                           |
                                           |    (Jointly Administered)
                                           |
           Debtors.                        |
                                           |
_____|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   GOLDMAN SACHS LENDING PARTNERS LLC              GOLDMAN SACHS LENDING PARTNERS LLC
      TRANSFEROR: SERENGETI OVERSEAS MM L.P.          RICHARDS KIBBE & ORBE LLP
      C/O GOLDMAN, SACHS & CO.                        ATTN: MANAGING CLERK
      ATTN: LAUREN DAY                                ONE WORLD FINANCIAL CENTER
      30 HUDSON STREET, 38TH FLOOR                    NEW YORK NY 10281
      JERSEY CITY NJ 07302
```

Please note that your claim # 33594-06 in the above referenced case and in the amount of
    $1,001,992.12   allowed at $965,505.58        has been transferred **(unless previously expunged by court order)**

```
      SPCP GROUP, LLC
      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
      2 GREENWICH PLAZA, 1ST FLOOR
      ATTN: BRIAN A. JARMAIN
      GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 18009       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/18/2011                            Vito Genna, Clerk of Court


                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  July 18, 2011.

# EXHIBIT B

```
TIME: 11:51:08                                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 07/18/11                                                         CREDITOR LISTING

Name                                      Address
GOLDMAN SACHS INTERNATIONAL               TRANSFEROR: GOLDMAN, SACHS & CO C/O GOLDMAN SACHS & CO. 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC        RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS LLC        TRANSFEROR: SERENGETI OVERSEAS MM L.P. C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO                       TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
ILLIQUIDX LTD                             TRANSFEROR: WEGELIN & CO, PRIVATBANKIERS ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
SPCP GROUP, LLC                           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC 2 GREENWICH PLAZA, 1ST FLOOR ATTN: BRIAN A. JARMAIN GREENWICH CT 06830
WEGELIN & CO, PRIVATBANKIERS              BOHL 17 ST. GALLEN 9004 SWITZERLAND

Total Number of Records Printed           7
```

EPIQ BANKRUPTCY SOLUTIONS, LLC