WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Alfredo R. Pérez

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (JMP)
                                              :
                        Debtors.              :    (Jointly Administered)
                                              :
                                              :
-------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF LEHMAN COMMERCIAL
PAPER INC.'S RESPONSE TO MOTION OF EVANGELICAL CHRISTIAN
CREDIT UNION PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY
<u>CODE FOR ENFORCEMENT OF THE AUTOMATIC STAY</u>**

**PLEASE TAKE NOTICE** that Lehman Commercial Paper Inc.'s response to the motion of Evangelical Christian Credit Union pursuant to section 362 (d) of title 11 of the United States Code seeking relief from the automatic stay [ECF No. 18304], is hereby withdrawn.

Dated: July 19, 2011
       New York, New York

                                    /s/ Alfredo R. Pérez
                                    Alfredo R. Pérez
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Debtors
                                    and Debtors in Possession