UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                 :

In re                            :        Chapter 11 Case No.
                                   :

LEHMAN BROTHERS HOLDINGS INC., *et al.,*  :        08-13555 (JMP)
                                   :

       Debtors.                  :        (Jointly Administered)
                                   :

------------------------------------------------------------------------x      Ref. Docket No. 18589

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 18, 2011, I caused to be served the "Debtors' Omnibus Reply to Certain Responses to Debtors' Fortieth and Forty-First Omnibus Objections to Claims (Late-Filed Claims)," dated July 18, 2011 [Docket No. 18589], by causing true and correct copies to be:

      i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

      ii.  delivered via facsimile to the party listed on the annexed Exhibit B, and

      iii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                */s/ Panagiota Manatakis*
Sworn to before me this                Panagiota Manatakis
19th day of July, 2011
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

## LBH Email Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
alesia.pinney@infospace.com
alum@ftportfolios.com
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
araboy@cov.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashaffer@mayerbrown.com
ashmead@sewkis.com

asnow@ssbb.com
atrehan@mayerbrown.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bgraifman@gkblaw.com
bguiney@pbwt.com
bill.freeman@pillsburylaw.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
bromano@willkie.com
brosenblum@jonesday.com
broy@rltlawfirm.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
bzabarauskas@crowell.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
chardman@klestadt.com
charles@filardi-law.com

## LBH Email Service List

charles_malloy@aporter.com
charu.chandrasekhar@wilmerhale.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohenr@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
daniel.guyder@allenovery.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com

ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dowd.mary@arentfox.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dspelfogel@foley.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@friedumspring.com

## LBH Email Service List

| | |
|---|---|
| egeekie@schiffhardin.com | hirsch.robert@arentfox.com |
| eglas@mccarter.com | hollace.cohen@troutmansanders.com |
| ehollander@whitecase.com | holsen@stroock.com |
| ekbergc@lanepowell.com | howard.hawkins@cwt.com |
| elevin@lowenstein.com | hseife@chadbourne.com |
| eli.mattioli@klgates.com | hsnovikoff@wlrk.com |
| ellen.halstead@cwt.com | icatto@kirkland.com |
| emerberg@mayerbrown.com | igoldstein@dl.com |
| eobrien@sbchlaw.com | ilevee@lowenstein.com |
| eschaffer@reedsmith.com | info2@normandyhill.com |
| eschwartz@contrariancapital.com | ira.herman@tklaw.com |
| esmith@dl.com | isgreene@hhlaw.com |
| etillinghast@sheppardmullin.com | israel.dahan@cwt.com |
| ezujkowski@emmetmarvin.com | iva.uroic@dechert.com |
| ezweig@optonline.net | jaclyn.genchi@kayescholer.com |
| fbp@ppgms.com | jacobsonn@sec.gov |
| feldsteinh@sullcrom.com | james.mcclammy@dpw.com |
| ffm@bostonbusinesslaw.com | james.sprayregen@kirkland.com |
| fhyman@mayerbrown.com | jamestecce@quinnemanuel.com |
| fishere@butzel.com | jamie.nelson@dubaiic.com |
| francois.janson@hklaw.com | jar@outtengolden.com |
| fsosnick@shearman.com | jason.jurgens@cwt.com |
| fyates@sonnenschein.com | jay.hurst@oag.state.tx.us |
| gabriel.delvirginia@verizon.net | jay@kleinsolomon.com |
| gbray@milbank.com | Jbecker@wilmingtontrust.com |
| george.davis@cwt.com | jbeemer@entwistle-law.com |
| geraci@thalergertler.com | jbeiers@co.sanmateo.ca.us |
| ggitomer@mkbattorneys.com | jbird@polsinelli.com |
| giddens@hugheshubbard.com | jbromley@cgsh.com |
| gkaden@goulstonstorrs.com | jcarberry@cl-law.com |
| glenn.siegel@dechert.com | jchristian@tobinlaw.com |
| gmoss@riemerlaw.com | Jdrucker@coleschotz.com |
| gravert@mwe.com | jdyas@halperinlaw.net |
| gspilsbury@jsslaw.com | jean-david.barnea@usdoj.gov |
| guzzi@whitecase.com | jeanites@whiteandwilliams.com |
| harrisjm@michigan.gov | jeannette.boot@wilmerhale.com |
| harveystrickon@paulhastings.com | jeff.wittig@coair.com |
| hbeltzer@mayerbrown.com | jeffrey.sabin@bingham.com |
| heidi@crumbielaw.com | jeldredge@velaw.com |
| heim.steve@dorsey.com | jen.premisler@cliffordchance.com |
| heiser@chapman.com | jennifer.demarco@cliffordchance.com |

## LBH Email Service List

| | |
|---|---|
| jennifer.gore@shell.com | Joseph.Cordaro@usdoj.gov |
| jeremy.eiden@state.mn.us | joshua.dorchak@bingham.com |
| jessica.fink@cwt.com | jowen769@yahoo.com |
| jfalgowski@reedsmith.com | jowolf@law.nyc.gov |
| jflaxer@golenbock.com | joy.mathias@dubaiic.com |
| jfox@joefoxlaw.com | JPintarelli@mofo.com |
| jfreeberg@wfw.com | jporter@entwistle-law.com |
| jg5786@att.com | jprol@lowenstein.com |
| jgarrity@shearman.com | jrabinowitz@rltlawfirm.com |
| jgenovese@gjb-law.com | jrsmith@hunton.com |
| jguy@orrick.com | jschwartz@hahnhessen.com |
| jherzog@gklaw.com | jsheerin@mcguirewoods.com |
| jhiggins@fdlaw.com | jshickich@riddellwilliams.com |
| jhorgan@phxa.com | jsmairo@pbnlaw.com |
| jhuggett@margolisedelstein.com | jstoll@mayerbrown.com |
| jhuh@ffwplaw.com | jsullivan@mosessinger.com |
| jim@atkinslawfirm.com | jtimko@shutts.com |
| jjoyce@dresslerpeters.com | jtougas@mayerbrown.com |
| jjtancredi@daypitney.com | judy.morse@crowedunlevy.com |
| jjureller@klestadt.com | jwallack@goulstonstorrs.com |
| jkehoe@btkmc.com | jwang@sipc.org |
| jlamar@maynardcooper.com | jwcohen@daypitney.com |
| jlawlor@wmd-law.com | jweiss@gibsondunn.com |
| jlee@foley.com | jwest@velaw.com |
| jlevitin@cahill.com | jwh@njlawfirm.com |
| jlipson@crockerkuno.com | k4.nomura@aozorabank.co.jp |
| jliu@dl.com | karen.wagner@dpw.com |
| jlovi@steptoe.com | KDWBankruptcyDepartment@kelleydrye.com |
| jlscott@reedsmith.com | keckhardt@hunton.com |
| jmaddock@mcguirewoods.com | keith.simon@lw.com |
| jmazermarino@msek.com | Ken.Coleman@allenovery.com |
| jmcginley@wilmingtontrust.com | ken.higman@hp.com |
| jmelko@gardere.com | kerry.moynihan@hro.com |
| jmerva@fult.com | kgwynne@reedsmith.com |
| jmmurphy@stradley.com | kiplok@hugheshubbard.com |
| jmr@msf-law.com | kkelly@ebglaw.com |
| john.monaghan@hklaw.com | klyman@irell.com |
| john.rapisardi@cwt.com | kmayer@mccarter.com |
| john@crumbielaw.com | kobak@hugheshubbard.com |
| joli@crlpc.com | korr@orrick.com |
| jorbach@hahnhessen.com | KOstad@mofo.com |

## LBH Email Service List

| | |
|---|---|
| kovskyd@pepperlaw.com | matt@willaw.com |
| kpiper@steptoe.com | matthew.klepper@dlapiper.com |
| kressk@pepperlaw.com | maustin@orrick.com |
| KReynolds@mklawnyc.com | mbenner@tishmanspeyer.com |
| krosen@lowenstein.com | mberman@nixonpeabody.com |
| kuehn@bragarwexler.com | mbienenstock@dl.com |
| kurt.mayr@bgllp.com | mbossi@thompsoncoburn.com |
| lacyr@sullcrom.com | mcademartori@sheppardmullin.com |
| Landon@StreusandLandon.com | mcordone@stradley.com |
| lathompson@co.sanmateo.ca.us | mcto@debevoise.com |
| lawallf@pepperlaw.com | mdorval@stradley.com |
| lberkoff@moritthock.com | meltzere@pepperlaw.com |
| Lee.Stremba@troutmansanders.com | metkin@lowenstein.com |
| lgranfield@cgsh.com | mfeldman@willkie.com |
| lhandelsman@stroock.com | mgordon@briggs.com |
| linda.boyle@twtelecom.com | mgreger@allenmatkins.com |
| lisa.ewart@wilmerhale.com | mh1@mccallaraymer.com |
| lisa.kraidin@allenovery.com | mhopkins@cov.com |
| LJKotler@duanemorris.com | michael.frege@cms-hs.com |
| lmarinuzzi@mofo.com | michael.kim@kobrekim.com |
| Lmay@coleschotz.com | millee12@nationwide.com |
| lmcgowen@orrick.com | miller@taftlaw.com |
| lml@ppgms.com | mimi.m.wong@irscounsel.treas.gov |
| lnashelsky@mofo.com | mitchell.ayer@tklaw.com |
| loizides@loizides.com | mjacobs@pryorcashman.com |
| lromansic@steptoe.com | mjedelman@vedderprice.com |
| lscarcella@farrellfritz.com | MJR1@westchestergov.com |
| lschweitzer@cgsh.com | mkjaer@winston.com |
| lthompson@whitecase.com | mlahaie@akingump.com |
| lubell@hugheshubbard.com | MLandman@lcbf.com |
| lwhidden@salans.com | mlynch2@travelers.com |
| mabrams@willkie.com | mmendez@hunton.com |
| MAOFILING@CGSH.COM | mmooney@deilylawfirm.com |
| Marc.Chait@SC.com | mmorreale@us.mufg.jp |
| margolin@hugheshubbard.com | mneier@ibolaw.com |
| mark.deveno@bingham.com | monica.lawless@brookfieldproperties.com |
| mark.ellenberg@cwt.com | mpage@kelleydrye.com |
| mark.houle@pillsburylaw.com | mprimoff@kayescholer.com |
| mark.sherrill@sutherland.com | mpucillo@bermanesq.com |
| martin.davis@ots.treas.gov | mrosenthal@gibsondunn.com |
| Marvin.Clements@ag.tn.gov | mruetzel@whitecase.com |

## LBH Email Service List

mschimel@sju.edu
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nfurman@scottwoodcapital.com
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
omeca.nedd@lovells.com
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
pwright@dl.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
rajohnson@akingump.com

ramona.neal@hp.com
ranjit.mather@bnymellon.com
rbeacher@pryorcashman.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
ritkin@steptoe.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
rnorton@hunton.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
robertdakis@quinnemanuel.com
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
rqureshi@reedsmith.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
RTrust@cravath.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp

## LBH Email Service List

sabin.willett@bingham.com

sabramowitz@velaw.com

sagolden@hhlaw.com

Sally.Henry@skadden.com

sandyscafaria@eaton.com

Sara.Tapinekis@cliffordchance.com

scargill@lowenstein.com

schannej@pepperlaw.com

Schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

sehlers@armstrongteasdale.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

slerner@ssd.com

slevine@brownrudnick.com

SLoden@DiamondMcCarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

squigley@lowenstein.com

SRee@lcbf.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.wilamowsky@bingham.com

Streusand@StreusandLandon.com

susan.schultz@newedgegroup.com

susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

teresa.oxford@invescoaim.com

TGoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

thomas.ogden@dpw.com

Thomas_Noguerola@calpers.ca.gov

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkarcher@dl.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmayer@kramerlevin.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

twheeler@lowenstein.com

ukreppel@whitecase.com

vdagostino@lowenstein.com

Villa@StreusandLandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

## LBH Email Service List

wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmckenna@foley.com
woconnor@crowell.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp
YUwatoko@mofo.com

**EXHIBIT B**

| Name | Fax |
|------|-----|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

GARADEX INC.
C/O ANDREW GATY
1800 ST. JAMES PLACE,  SUITE 300
HOUSTON,  TX  ZIP 77056

GATEX PROPERTIES INC.
C/O ANDREW GATY
1800 ST. JAMES PLACE, SUITE 300
HOUSTON,  TX  ZIP 77056