EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AMEREN ENERGY GENERATING COMPANY, located at 1901 Chouteau Avenue, Mail Code 960, St. Louis, Missouri 63103 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to JPMORGAN CHASE BANK, N.A., its successors and assigns, with offices at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005 ATTN: Susan McNamara ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 67333) in the amount of $499,298.38 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 19 day of July, 2011.

AMEREN ENERGY GENERATING COMPANY

By: *[signature]*
Name: Jerre E. Birdsong
Title: Vice President and Treasurer

JPMORGAN CHASE BANK, N.A.

By: *[signature]*
Name: Peter Schoepe
Title: Authorized Signatory