**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
In re

    **Lehman Brothers Holdings Inc., et al.**        Chapter 11
                                                                Case Number: 08-13555
                                  Debtors.                          Jointly Administered
-----------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

      PLEASE TAKE NOTICE that Avenue TC Fund, LP hereby withdraws the Notice of Transfer of Claim filed from Ameren Energy Marketing Company as transferor, to Avenue TC Fund, LP in the amount of $499,298.38.

Respectfully submitted this 20th day of July, 2011.


Avenue TC Fund, LP
399 Park Avenue
6th Floor
New York, New York 10022
Ph: (212) 850-7524
Fax: (212) 878-3545


By:   /s/ David S. Leinwand
        David S. Leinwand, Esq.