UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,          Case No. 08-13555 (JMP)

                        Debtors.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF DENNIS J. SHAFFER

UPON the motion of Dennis J. Shaffer dated July 18, 2011, for admission *pro hac vice* in

this bankruptcy proceeding; it is hereby

**ORDERED**, that Dennis J. Shaffer is admitted to practice, *pro hac vice* in the above

referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of

New York, subject to payment of the filing fee.


Dated: New York, New York
       July 20, 2011

                                      *s/ James M. Peck*
                                      UNITED STATES BANKRUPTCY JUDGE