UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,       Case No. 08-13555 (JMP)

                       Debtors.
-------------------------------------------------------------X

**ORDER AUTHORIZING ADMISSION *PRO HAC VICE*
OF VIRGINIA WHITEHILL GULDI**

UPON the motion of Virginia Whitehill Guldi dated July 19, 2011, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Virginia Whitehill Guldi is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       July 20, 2011

                                                         *s/ James M. Peck*
                                                         UNITED STATES BANKRUPTCY JUDGE