UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS LLC, et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE**

The following designated attorney hereby enters an appearance as counsel of record for MASON CAPITAL MANAGEMENT, LLC ("Mason Capital"), and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Mason Capital.

I request CM/ECF notification for filings in the case.

> Stephen D. Susman
> New York State Bar No. 3041712
> ssusman@susmangodfrey.com
> Susman Godfrey L.L.P.
> 560 Lexington Avenue, 15th Floor
> New York, NY 10022-6828
> Telephone: (713) 653-7801
> Facsimile: (713) 654-6670

1

1617524v1/012712

Dated: July 20, 2011  Respectfully submitted,

By  *s/ Stephen D. Susman*
  Stephen D. Susman
  SUSMAN GODFREY L.L.P.
  560 Lexington Avenue, 15th Floor
  New York, New York 10022-6828
  Telephone: (713) 653-7801
  Facsimile: (713) 654-6670
  E-Mail: ssusman@susmangodfrey.com

**ATTORNEYS FOR MASON CAPITAL MANAGEMENT, LLC**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 20th day of July, 2011, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

  */s/ Stephen D. Susman*

2